B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Western District of Pennsylvania | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Great Lakes Warranty Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**25-1799558** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**100 Commercial Street**<br>**Bridgeville, PA**<br>ZIP Code **15017** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Allegheny** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as    business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**          THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ■<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Great Lakes Warranty Corporation** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td align="center"><b>Exhibit A</b></td><td colspan="2" align="center"><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)</td></tr>
<tr><td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td><td colspan="2">I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)      (Date)</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>       _____<br>       (Name of landlord that obtained judgment)<br><br><br>       _____<br>       (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Great Lakes Warranty Corporation**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Paul J. Cordaro** _____
Signature of Attorney for Debtor(s)

**Paul J. Cordaro 85828**
Printed Name of Attorney for Debtor(s)

**Campbell & Levine, LLC**
Firm Name

**1700 Grant Building**
**310 - 330 Grant Street**
**Pittsburgh, PA 15219**

Address

**412-261-0310  Fax: 412-261-5066**
Telephone Number

**August 25, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ John W. Ewart, II** _____
Signature of Authorized Individual

**John W. Ewart, II**
Printed Name of Authorized Individual

**Secretary**
Title of Authorized Individual

**August 25, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS IN LIEU OF A SPECIAL MEETING OF THE BOARD OF DIRECTORS

The undersigned, being all of the directors of GREAT LAKES WARRANTY CORPORATION (the "Corporation"), a Pennsylvania corporation, hereby adopt and ratify the following resolutions with the same force and effect as if adopted and ratified at a duly convened special meeting of the Board of Directors.

WHEREAS, it is in the best interests of the Corporation to file a voluntary petition in the United States Bankruptcy Court for the Western District of Pennsylvania pursuant to Chapter 7 of Title 11 of the United States Code;

RESOLVED, that the filing by the Corporation of a petition for relief under Chapter 7 of Title 11 of the United States Code, in the United States Bankruptcy Court for the Western District of Pennsylvania is authorized; and it is further

RESOLVED, that Keith M. Jimenez, President of the Corporation, and John W. Ewart, II, Secretary and General Counsel of the Corporation, are hereby authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Corporation; and it is further

RESOLVED, that Keith M. Jimenez, President of the Corporation, and John W. Ewart, II, Secretary and General Counsel of the Corporation, are hereby authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and it is further

RESOLVED, that Keith M. Jimenez, President of the Corporation, and John W. Ewart, II, Secretary and General Counsel of the Corporation, are hereby authorized and directed to employ the law firm of Campbell & Levine, LLC to represent the Corporation in such bankruptcy case.

WHEREFORE, the undersigned have duly affixed his signatures on the date indicated opposite his signature.

Dated: 8 - 19 - 10

KEITH M. JIMENEZ

Dated: 8-25-10

JOHN W. EWART, II

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **Great Lakes Warranty Corporation**             ,      Case No. _____

                               Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 800,000.00 | | |
| B - Personal Property | Yes | 8 | 447,763.82 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 460,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 36,426.21 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4907 | | 2,586,691.08 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 4923 | | | |
| | Total Assets | | 1,247,763.82 | | |
| | | Total Liabilities | | 3,083,117.29 | |

.

# United States Bankruptcy Court

## Western District of Pennsylvania

In re **Great Lakes Warranty Corporation**

_____,
Debtor

Case No. _____

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re     **Great Lakes Warranty Corporation**                                ,      Case No. _____

                                                 Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **100 Commercial Street, Bridgeville, PA 15017** | | **-** | **800,000.00** | **460,000.00** |

| | | | |
|---|---|---|---|
| | Sub-Total > | **800,000.00** | (Total of this page) |
| | Total > | **800,000.00** | |

   **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **Great Lakes Warranty Corporation**         ,       Case No. _____

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **PNC Bank Accounts** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Allied Waste**<br>**Debtor believes there may be a deposit. Uncertain as to how much.** | - | 0.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **New York Life Insurance Policies**<br>**(whole life policies that were converted to term policies)**<br>**No cash value** | - | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

                                                               Sub-Total >       **0.00**
                                                          (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

In re   **Great Lakes Warranty Corporation**     ,    Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Loan receivable from Keith Jimenez | - | 200,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Jon and Karen Tutko; Settlement Agreeement | - | 2,500.00 |
| | | Khristine Ann Yarosh; Restitution Order | - | 117,798.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **320,298.00**
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Various marks and other copyrights; Uncertain Value** | **-** | **0.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Licenses to do business in various states** | **-** | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer and dealer lists** | **-** | **0.00** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment (see attached Schedule B.28) - Book Value** | **-** | **66,392.71** |
| | | **Office Furniture (see attached Schedule B.28) - Book Value** | **-** | **49,079.48** |
| | | **Software (See attached Schedule B.28) - Book Value** | **-** | **11,993.63** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **127,465.82** |
| (Total of this page) | |
| Total > | **447,763.82** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Schedule B.28

# Depreciation Expense

Financial

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Automobiles** | | | | | | | | | | | | |
| 223 | | 1993 Dodge Dy | 5/25/2007 | M / HY | 5.0000 | 1,500.00 | 100.0000 | 0.00 | 0.00 | 300.00 | 480.00 | 780.00 |
| Subtotal: Automobiles | | | | | | 1,500.00 | | 0.00 | 0.00 | 300.00 | 480.00 | 780.00 |
| Less dispositions and exchanges: | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net for: Automobiles | | | | | | 1,500.00 | | | 0.00 | 300.00 | 480.00 | 780.00 |
| **Buildings** | | | | | | | | | | | | |
| 213 | | 100 Commercia | 1/1/2005 | SL / N/A | 40.0000 | 530,082.88 | 100.0000 | 0.00 | 0.00 | 28,504.14 | 13,252.07 | 39,756.21 |
| Subtotal: Buildings | | | | | | 530,082.88 | | 0.00 | 0.00 | 28,504.14 | 13,252.07 | 39,756.21 |
| Less dispositions and exchanges: | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net for: Buildings | | | | | | 530,082.88 | | | 0.00 | 28,504.14 | 13,252.07 | 39,756.21 |
| **Office Equipment** | | | | | | | | | | | | |
| 4 | | Typewriter | 12/22/1996 | SL / N/A | 5.0000 | 100.00 | 100.0000 | 0.00 | 0.00 | 100.00 | 0.00 | 100.00 |
| 17 | | Time Clock | 12/8/1997 | SL / N/A | 5.0000 | 65.00 | 100.0000 | 0.00 | 0.00 | 65.00 | 0.00 | 65.00 |
| 18 | | Copy Machine | 11/8/1998 | SL / N/A | 5.0000 | 599.99 | 100.0000 | 0.00 | 0.00 | 599.99 | 0.00 | 599.99 |
| 21 | | HP Laserjet Prin | 3/11/1998 | SL / N/A | 5.0000 | 1,220.48 | 100.0000 | 0.00 | 0.00 | 1,220.48 | 0.00 | 1,220.48 |
| 22 | | Coffe Machine | 3/19/1998 | SL / N/A | 7.0000 | 62.63 | 100.0000 | 0.00 | 0.00 | 62.63 | 0.00 | 62.63 |
| 23 | | Copier | 6/1/1998 | SL / N/A | 5.0000 | 271.46 | 100.0000 | 0.00 | 0.00 | 271.46 | 0.00 | 271.46 |
| 24 | | Scanner | 12/31/1998 | SL / N/A | 5.0000 | 300.00 | 100.0000 | 0.00 | 0.00 | 300.00 | 0.00 | 300.00 |
| 27 | | HEPA Air Filter | 4/13/1999 | SL / N/A | 5.0000 | 193.74 | 100.0000 | 0.00 | 0.00 | 193.74 | 0.00 | 193.74 |
| 30 | | Memory- 64MB | 4/29/1999 | SL / N/A | 5.0000 | 111.00 | 100.0000 | 0.00 | 0.00 | 111.00 | 0.00 | 111.00 |
| 31 | | Power UPS 300 | 4/29/1999 | SL / N/A | 5.0000 | 111.00 | 100.0000 | 0.00 | 0.00 | 111.00 | 0.00 | 111.00 |
| 43 | | Computer | 5/22/2000 | SL / N/A | 5.0000 | 1,502.28 | 100.0000 | 0.00 | 0.00 | 1,502.28 | 0.00 | 1,502.28 |
| 44 | | Computer - Dell | 7/20/2000 | DDB / N/A | 5.0000 | 125.00 | 100.0000 | 0.00 | 0.00 | 125.00 | 0.00 | 125.00 |
| 48 | | Dell Computer fi | 11/26/2001 | DDB / N/A | 5.0000 | 936.45 | 100.0000 | 0.00 | 0.00 | 936.45 | 0.00 | 936.45 |
| 49 | | Dell Computer fi | 11/26/2001 | DDB / N/A | 5.0000 | 1,339.64 | 100.0000 | 0.00 | 0.00 | 1,339.64 | 0.00 | 1,339.64 |
| 52 | | Dell Printer 2002 | 1/21/2002 | DDB / N/A | 5.0000 | 1,411.98 | 100.0000 | 0.00 | 0.00 | 1,411.98 | 0.00 | 1,411.98 |
| 53 | | Dell Computer 2 | 1/21/2002 | DDB / N/A | 5.0000 | 186.57 | 100.0000 | 0.00 | 0.00 | 185.50 | 0.00 | 185.50 |
| 54 | | Dell Computer 2 | 1/21/2002 | DDB / N/A | 5.0000 | 903.08 | 100.0000 | 0.00 | 0.00 | 897.87 | 0.00 | 897.87 |
| 55 | | Two Computers | 5/1/2002 | DDB / N/A | 5.0000 | 2,033.00 | 100.0000 | 0.00 | 0.00 | 1,967.50 | 0.00 | 1,967.50 |
| 56 | | Display Kit for D | 8/20/2002 | DDB / N/A | 5.0000 | 2,000.00 | 100.0000 | 0.00 | 0.00 | 1,886.24 | 0.00 | 1,886.24 |
| 58 | | Computer for M | 8/19/2003 | DDB / N/A | 5.0000 | 1,026.13 | 100.0000 | 0.00 | 0.00 | 873.50 | 11.79 | 885.29 |
| 59 | | Keith's Comput | 8/19/2003 | DDB / N/A | 5.0000 | 961.93 | 100.0000 | 0.00 | 0.00 | 951.73 | 2.48 | 954.21 |
| 60 | | Computer for Rt | 5/9/2003 | DDB / N/A | 5.0000 | 1,389.93 | 100.0000 | 0.00 | 0.00 | 1,249.85 | 28.02 | 1,277.87 |
| 61 | | Computer - JPF | 2/7/2003 | DDB / N/A | 5.0000 | 1,087.09 | 100.0000 | 0.00 | 0.00 | 949.45 | 50.47 | 999.92 |
| 62 | | Jay's Laptop | 12/11/2003 | DDB / N/A | 5.0000 | 2,033.00 | 100.0000 | 0.00 | 0.00 | 1,828.11 | 40.98 | 1,869.09 |
| 63 | | Jim's Laptop | 3/2/2004 | DDB / N/A | 5.0000 | 2,435.32 | 100.0000 | 0.00 | 0.00 | 2,084.63 | 140.28 | 2,224.91 |
| 64 | | Walt's Compute | 8/24/2004 | DDB / N/A | 5.0000 | 908.43 | 100.0000 | 0.00 | 0.00 | 740.09 | 67.34 | 807.43 |
| 65 | | Firewall Wireles | 8/24/2004 | DDB / N/A | 5.0000 | 365.54 | 100.0000 | 0.00 | 0.00 | 293.03 | 29.16 | 322.19 |
| 66 | | 2 Dell Computer | 12/11/2003 | DDB / N/A | 5.0000 | 1,381.37 | 100.0000 | 0.00 | 0.00 | 1,116.58 | 105.92 | 1,222.50 |
| 67 | | Ewart's Dell PC | 10/22/2004 | DDB / N/A | 5.0000 | 1,921.73 | 100.0000 | 0.00 | 0.00 | 1,515.25 | 162.59 | 1,677.84 |
| 68 | | 24 Port 10/100 l | 12/13/2004 | DDB / N/A | 5.0000 | 938.40 | 100.0000 | 0.00 | 0.00 | 711.64 | 90.70 | 802.34 |
| 70 | | Dell Computer (l | 3/7/2005 | DDB / N/A | 5.0000 | 595.99 | 100.0000 | 0.00 | 0.00 | 290.36 | 37.00 | 327.36 |
| 71 | | Sales Mgr Notel | 6/1/2005 | DDB / N/A | 5.0000 | 1,982.72 | 100.0000 | 0.00 | 0.00 | 440.21 | 62.31 | 502.52 |
| 72 | | Printer for Claim | 8/2/2005 | DDB / N/A | 5.0000 | 216.73 | 100.0000 | 0.00 | 0.00 | 151.70 | 26.01 | 177.71 |

Sorted: General - category

# Depreciation Expense
## [43516]
Financial

| System No. | S | Description | Date in Service | Method / Conv. | Life | Cost / Other Basis | Bus./Inv. % | Sec.179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Office Equipment** | | | | | | | | | | | | |
| 73 | S | Computer (Kristn | 10/18/2005 | DDB / NA | 5.0000 | 1,290.76 | 100.0000 | 0.00 | 0.00 | 884.28 | 170.59 | 1,034.87 |
| 74 | | Wireless Headse | 11/1/2005 | DDB / NA | 5.0000 | 620.60 | 100.0000 | 0.00 | 0.00 | 412.12 | 83.39 | 495.51 |
| 165 | | Telephone Syst | 1/17/2005 | SL / NA | 7.0000 | 14,503.90 | 100.0000 | 0.00 | 0.00 | 3,971.31 | 2,071.99 | 6,043.30 |
| 166 | | Dell Computer ( | 1/19/2006 | SL / NA | 5.0000 | 547.84 | 100.0000 | 0.00 | 0.00 | 210.01 | 109.57 | 319.58 |
| 167 | | Dell Motherboar | 1/19/2006 | SL / NA | 5.0000 | 387.34 | 100.0000 | 0.00 | 0.00 | 148.48 | 77.47 | 225.95 |
| 168 | | Sharp Scanner | 1/19/2006 | SL / NA | 5.0000 | 11,272.45 | 100.0000 | 0.00 | 0.00 | 4,321.11 | 2,254.49 | 6,575.60 |
| 169 | | HP LJ 1320 Las | 2/22/2006 | SL / NA | 5.0000 | 352.07 | 100.0000 | 0.00 | 0.00 | 129.08 | 70.41 | 199.49 |
| 170 | | Dell Dimension | 3/14/2006 | SL / NA | 3.0000 | 558.53 | 100.0000 | 0.00 | 0.00 | 341.33 | 186.18 | 527.51 |
| 171 | | Inspiron 6000 L | 3/14/2006 | SL / NA | 3.0000 | 982.26 | 100.0000 | 0.00 | 0.00 | 600.27 | 327.42 | 927.69 |
| 172 | | Dell Dimension | 3/14/2006 | SL / NA | 3.0000 | 982.26 | 100.0000 | 0.00 | 0.00 | 600.27 | 327.42 | 927.69 |
| 173 | | Inspiron 6000 L | 3/14/2006 | SL / NA | 3.0000 | 558.53 | 100.0000 | 0.00 | 0.00 | 341.33 | 186.18 | 527.51 |
| 174 | | Wireless Headse | 3/14/2006 | SL / NA | 5.0000 | 341.33 | 100.0000 | 0.00 | 0.00 | 159.76 | 91.29 | 251.05 |
| 175 | | Powervault 100 | 4/10/2006 | SL / NA | 7.0000 | 845.30 | 100.0000 | 0.00 | 0.00 | 295.86 | 169.06 | 464.92 |
| 176 | | Dell Poweredge | 4/10/2006 | SL / NA | 7.0000 | 2,333.68 | 100.0000 | 0.00 | 0.00 | 816.80 | 466.74 | 1,283.54 |
| 177 | | Office Jetpro K5 | 4/10/2006 | SL / NA | 5.0000 | 941.52 | 100.0000 | 0.00 | 0.00 | 329.53 | 188.30 | 517.83 |
| 178 | | Laserjet 4250 fo | 4/10/2006 | SL / NA | 5.0000 | 2,276.97 | 100.0000 | 0.00 | 0.00 | 796.93 | 455.39 | 1,252.32 |
| 179 | | Laserjet 4250 fo | 6/12/2006 | SL / NA | 5.0000 | 962.98 | 100.0000 | 0.00 | 0.00 | 304.95 | 192.60 | 497.55 |
| 180 | | Telephone Wirin | 6/16/2006 | SL / NA | 5.0000 | 3,552.40 | 100.0000 | 0.00 | 0.00 | 1,065.72 | 710.48 | 1,776.20 |
| 181 | | Wireless Headse | 7/18/2006 | SL / NA | 5.0000 | 684.80 | 100.0000 | 0.00 | 0.00 | 194.00 | 136.96 | 330.99 |
| 182 | | 2 Phones for Ac | 7/18/2006 | SL / NA | 5.0000 | 567.10 | 100.0000 | 0.00 | 0.00 | 160.68 | 113.42 | 274.10 |
| 183 | | Computer Moni | 8/16/2006 | SL / NA | 5.0000 | 181.89 | 100.0000 | 0.00 | 0.00 | 51.54 | 36.38 | 87.92 |
| 184 | | 3com Baseline t | 8/16/2006 | SL / NA | 5.0000 | 411.95 | 100.0000 | 0.00 | 0.00 | 116.72 | 82.39 | 199.11 |
| 185 | | HP Laserjet 132 | 9/14/2006 | SL / NA | 5.0000 | 317.98 | 100.0000 | 0.00 | 0.00 | 84.80 | 63.60 | 148.40 |
| 186 | | Wireless Headse | 10/5/2006 | SL / NA | 5.0000 | 171.18 | 100.0000 | 0.00 | 0.00 | 42.80 | 34.24 | 77.04 |
| 187 | | HP 1040 Fax M. | 11/1/2006 | SL / NA | 5.0000 | 401.25 | 100.0000 | 0.00 | 0.00 | 93.63 | 80.25 | 173.88 |
| 188 | | Wireless Headse | 12/7/2006 | SL / NA | 5.0000 | 106.98 | 100.0000 | 0.00 | 0.00 | 23.18 | 21.40 | 44.58 |
| 189 | | Dell Computers | 12/7/2006 | SL / NA | 5.0000 | 1,536.52 | 100.0000 | 0.00 | 0.00 | 332.91 | 307.30 | 640.21 |
| 189 | | Dell Laptop (Sa | 12/7/2006 | SL / NA | 5.0000 | 820.70 | 100.0000 | 0.00 | 0.00 | 177.82 | 164.14 | 341.96 |
| 190 | | Dell Laptop (Sa | 12/11/2006 | SL / NA | 5.0000 | 820.70 | 100.0000 | 0.00 | 0.00 | 177.82 | 164.14 | 341.96 |
| 191 | | Telephone Syst | 12/14/2006 | SL / NA | 5.0000 | 12,000.00 | 100.0000 | 0.00 | 0.00 | 2,600.00 | 2,400.00 | 5,000.00 |
| 214 | | Palm pilots (2 p | 12/14/2006 | M / HY | 5.0000 | 762.90 | 100.0000 | 0.00 | 0.00 | 177.82 | 164.14 | 341.96 |
| 216 | | 2 Dell Computer | 1/17/2007 | M / HY | 5.0000 | 1,065.72 | 100.0000 | 0.00 | 0.00 | 165.29 | 152.58 | 317.87 |
| 217 | | Dell - Switch for | 1/17/2007 | M / HY | 5.0000 | 1,730.87 | 100.0000 | 0.00 | 0.00 | 213.14 | 341.03 | 554.17 |
| 218 | | American Stand | 5/3/2007 | M / HY | 7.0000 | 8,399.00 | 100.0000 | 0.00 | 0.00 | 346.17 | 553.88 | 900.05 |
| 219 | | Dell Lapop | 7/16/2007 | M / HY | 5.0000 | 1,041.56 | 100.0000 | 0.00 | 0.00 | 1,195.57 | 2,049.55 | 3,245.12 |
| 220 | | Dell Lapop | 9/18/2007 | M / HY | 5.0000 | 770.38 | 100.0000 | 0.00 | 0.00 | 208.31 | 333.30 | 541.61 |
| 221 | | Barcode Scannr | 11/14/2007 | M / HY | 5.0000 | 1,079.26 | 100.0000 | 0.00 | 0.00 | 154.08 | 246.52 | 400.60 |
| 222 | | Dell Computer | 9/18/2007 | M / HY | 5.0000 | 719.98 | 100.0000 | 0.00 | 0.00 | 215.85 | 345.36 | 561.21 |
| 222 | | 5 Drawer Filing | 11/14/2007 | M / HY | 5.0000 | 401.25 | 100.0000 | 0.00 | 0.00 | 144.00 | 230.39 | 374.39 |
| 223 | | Additional Phon | 1/24/2007 | M / HY | 5.0000 | 304.99 | 100.0000 | 0.00 | 0.00 | 80.25 | 128.40 | 208.65 |
| 224 | | External Hard D | 10/16/2007 | M / HY | 5.0000 | | 100.0000 | 0.00 | 0.00 | 61.00 | 97.60 | 158.60 |
| 225 | | | | | | | | | | | | |
| **Subtotal: Office Equipment** | | | | | | 107,062.27 | | 0.00 | 0.00 | 49,588.87 | 16,803.84 | 66,392.71 |
| Less dispositions and exchanges: | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: Office Equipment** | | | | | | 107,062.27 | | | | 49,588.87 | 16,803.84 | 66,392.71 |
| **Office Furniture** | | | | | | | | | | | | |
| 57 | | Used Table & Ca | 12/29/1996 | SL / NA | 5.0000 | 100.00 | 100.0000 | 0.00 | 0.00 | 100.00 | 0.00 | 100.00 |
| 86 | | Lamp | 10/23/1996 | SL / NA | 7.0000 | 19.25 | 100.0000 | 0.00 | 0.00 | 19.25 | 0.00 | 19.25 |

# [4316]
# Depreciation Expense
Financial

## Office Furniture

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus / Inv. % | Sec. 179/ Bonus | Salvage/Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | | Pictures | 5/15/1997 | SL / N/A | 7.0000 | 52.44 | 100.0000 | 0.00 | 0.00 | 52.44 | 0.00 | 52.44 |
| 92 | | File Cabinet | 6/23/1997 | SL / N/A | 7.0000 | 180.00 | 100.0000 | 0.00 | 0.00 | 180.00 | 0.00 | 180.00 |
| 95 | | 4 Pictures | 10/31/1997 | M / HY | 7.0000 | 76.00 | 100.0000 | 0.00 | 0.00 | 76.00 | 0.00 | 76.00 |
| 97 | | Table | 11/24/1997 | SL / N/A | 7.0000 | 200.00 | 100.0000 | 0.00 | 0.00 | 200.00 | 0.00 | 200.00 |
| 98 | | Desk | 2/14/1998 | SL / N/A | 7.0000 | 49.99 | 100.0000 | 0.00 | 0.00 | 49.99 | 0.00 | 49.99 |
| 99 | | Picture | 2/26/1998 | SL / N/A | 7.0000 | 59.92 | 100.0000 | 0.00 | 0.00 | 59.92 | 0.00 | 59.92 |
| 100 | | Auction Table | 3/12/1998 | SL / N/A | 7.0000 | 58.79 | 100.0000 | 0.00 | 0.00 | 58.79 | 0.00 | 58.79 |
| 101 | | Chair | 4/1/1998 | SL / N/A | 7.0000 | 80.50 | 100.0000 | 0.00 | 0.00 | 80.50 | 0.00 | 80.50 |
| 102 | | Sofa | 6/11/1998 | SL / N/A | 7.0000 | 485.00 | 100.0000 | 0.00 | 0.00 | 485.00 | 0.00 | 485.00 |
| 103 | | Desk | 11/10/1998 | SL / N/A | 7.0000 | 500.00 | 100.0000 | 0.00 | 0.00 | 500.00 | 0.00 | 500.00 |
| 104 | | File Cabinet wit | 2/12/1999 | M / HY | 7.0000 | 301.04 | 100.0000 | 0.00 | 0.00 | 301.04 | 0.00 | 301.04 |
| 105 | | Indiana Desk, 3t | 4/13/1999 | SL / N/A | 7.0000 | 854.93 | 100.0000 | 0.00 | 0.00 | 851.33 | 0.00 | 851.33 |
| 106 | | Indiana Credenz | 4/13/1999 | SL / N/A | 7.0000 | 844.23 | 100.0000 | 0.00 | 0.00 | 840.68 | 0.00 | 840.68 |
| 107 | | Indiana Hutch, E | 4/13/1999 | SL / N/A | 7.0000 | 981.93 | 100.0000 | 0.00 | 0.00 | 957.89 | 0.00 | 957.89 |
| 108 | | 1 Globe Executi | 4/13/1999 | SL / N/A | 7.0000 | 382.73 | 100.0000 | 0.00 | 0.00 | 361.21 | 0.00 | 361.21 |
| 109 | | 4 Globe Chairs, | 4/13/1999 | SL / N/A | 7.0000 | 723.32 | 100.0000 | 0.00 | 0.00 | 720.28 | 0.00 | 720.28 |
| 110 | | Indiana Confere | 4/13/1999 | SL / N/A | 7.0000 | 801.43 | 100.0000 | 0.00 | 0.00 | 798.06 | 0.00 | 798.06 |
| 111 | | Glass Table Top | 4/13/1999 | SL / N/A | 7.0000 | 798.06 | 100.0000 | 0.00 | 0.00 | 798.06 | 0.00 | 798.06 |
| 112 | | Indiana TaskKligh | 4/21/1999 | SL / N/A | 7.0000 | 140.17 | 100.0000 | 0.00 | 0.00 | 140.17 | 0.00 | 140.17 |
| 113 | | Sauder Armoire, | 5/11/1999 | SL / N/A | 7.0000 | 159.43 | 100.0000 | 0.00 | 0.00 | 158.91 | 0.00 | 158.91 |
| 114 | | Refrigerator | 5/18/1999 | SL / N/A | 7.0000 | 426.93 | 100.0000 | 0.00 | 0.00 | 425.54 | 0.00 | 425.54 |
| 115 | | Desk | 5/25/1999 | SL / N/A | 7.0000 | 415.16 | 100.0000 | 0.00 | 0.00 | 415.16 | 0.00 | 415.16 |
| 116 | | Picture & Table | 5/25/1999 | SL / N/A | 7.0000 | 106.99 | 100.0000 | 0.00 | 0.00 | 106.99 | 0.00 | 106.99 |
| 117 | | Lamp, Globe, Gl | 5/25/1999 | SL / N/A | 7.0000 | 318.86 | 100.0000 | 0.00 | 0.00 | 318.86 | 0.00 | 318.86 |
| 118 | | Jim's New Office | 12/23/2001 | SL / N/A | 5.0000 | 429.87 | 100.0000 | 0.00 | 0.00 | 429.87 | 0.00 | 429.87 |
| 119 | | Eight Blank Leat | 12/19/2001 | SL / N/A | 5.0000 | 9,999.15 | 100.0000 | 0.00 | 0.00 | 9,364.34 | 0.00 | 9,364.34 |
| 120 | | Conference Tab | 1/8/2003 | SL / N/A | 5.0000 | 513.52 | 100.0000 | 0.00 | 0.00 | 481.31 | 0.00 | 481.31 |
| 121 | | Keith's Leather S | 3/5/2003 | SL / N/A | 5.0000 | 3,000.00 | 100.0000 | 0.00 | 0.00 | 2,763.74 | 0.00 | 2,763.74 |
| 122 | | Jim's Black Leat | 6/6/2003 | SL / N/A | 5.0000 | 599.98 | 100.0000 | 0.00 | 0.00 | 547.95 | 3.47 | 551.42 |
| 123 | | Nucraft tazo oor | 8/4/2003 | SL / N/A | 5.0000 | 1,129.00 | 100.0000 | 0.00 | 0.00 | 1,016.19 | 18.80 | 1,034.99 |
| 124 | | Nucraft tazo cof | 8/4/2003 | SL / N/A | 5.0000 | 743.37 | 100.0000 | 0.00 | 0.00 | 682.87 | 18.78 | 701.65 |
| 125 | | Nucraft tazo oor | 8/4/2003 | SL / N/A | 5.0000 | 955.49 | 100.0000 | 0.00 | 0.00 | 852.01 | 24.15 | 876.16 |
| 126 | | Nucraft tazo oor | 8/4/2003 | SL / N/A | 5.0000 | 660.03 | 100.0000 | 0.00 | 0.00 | 588.55 | 16.68 | 605.23 |
| 127 | | Nucraft elliptical | 8/4/2003 | SL / N/A | 5.0000 | 2,057.09 | 100.0000 | 0.00 | 0.00 | 1,834.32 | 51.98 | 1,886.30 |
| 128 | | Worksurface su | 8/4/2003 | SL / N/A | 5.0000 | 1,759.47 | 100.0000 | 0.00 | 0.00 | 1,568.93 | 44.46 | 1,613.39 |
| 129 | | Credenza 24x72 | 8/4/2003 | SL / N/A | 5.0000 | 3,584.26 | 100.0000 | 0.00 | 0.00 | 3,196.10 | 90.57 | 3,286.67 |
| 130 | | Triumph guest c | 8/4/2003 | SL / N/A | 5.0000 | 806.03 | 100.0000 | 0.00 | 0.00 | 718.74 | 20.37 | 739.11 |
| 131 | | Brently confener | 8/4/2003 | SL / N/A | 5.0000 | 857.30 | 100.0000 | 0.00 | 0.00 | 764.46 | 21.66 | 786.12 |
| 132 | | Brently confener | 8/4/2003 | SL / N/A | 5.0000 | 6,991.17 | 100.0000 | 0.00 | 0.00 | 6,234.05 | 176.66 | 6,410.71 |
| 133 | | Cabinet 72x36x | 8/4/2003 | SL / N/A | 5.0000 | 738.88 | 100.0000 | 0.00 | 0.00 | 659.86 | 17.67 | 677.53 |
| 134 | | John's Office De | 10/12/2004 | DDB / N/A | 5.0000 | 289.96 | 100.0000 | 0.00 | 0.00 | 254.31 | 11.88 | 266.19 |
| 135 | | John's Office Cn | 11/15/2003 | DDB / N/A | 5.0000 | 795.00 | 100.0000 | 0.00 | 0.00 | 638.48 | 62.61 | 701.09 |
| 136 | | John's Office Ht | 10/12/2004 | DDB / N/A | 5.0000 | 739.00 | 100.0000 | 0.00 | 0.00 | 593.51 | 58.20 | 651.71 |
| 137 | | John's Office Fil | 10/12/2004 | DDB / N/A | 5.0000 | 579.00 | 100.0000 | 0.00 | 0.00 | 465.01 | 45.60 | 510.61 |
| 138 | | John's Office Fil | 10/15/2004 | DDB / N/A | 5.0000 | 171.07 | 100.0000 | 0.00 | 0.00 | 137.27 | 13.52 | 150.79 |
| 192 | | Furniture for Jim | 2/1/2006 | SL / N/A | 7.0000 | 1,099.49 | 100.0000 | 0.00 | 0.00 | 301.05 | 157.07 | 458.12 |

# [43516]
# Depreciation Expense
Financial

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Office Furniture** | | | | | | | | | | | | |
| 193 | | Desk and Hutch | 3/14/2006 | SL / N/A | 7.0000 | 449.36 | 100.0000 | 0.00 | 0.00 | 117.68 | 64.19 | 181.87 |
| 194 | | Italian Executive | 6/20/2006 | SL / N/A | 7.0000 | 200.01 | 100.0000 | 0.00 | 0.00 | 42.88 | 28.57 | 71.43 |
| 195 | | Six Black office | 6/20/2006 | SL / N/A | 7.0000 | 513.19 | 100.0000 | 0.00 | 0.00 | 109.97 | 73.31 | 183.28 |
| 196 | | U-Shaped Comp | 7/6/2006 | SL / N/A | 7.0000 | 1,800.60 | 100.0000 | 0.00 | 0.00 | 385.85 | 257.23 | 643.08 |
| 197 | | Cherry Side Cha | 7/12/2006 | SL / N/A | 7.0000 | 200.29 | 100.0000 | 0.00 | 0.00 | 42.92 | 28.61 | 71.53 |
| 198 | | Mahogany Slide | 7/12/2006 | SL / N/A | 7.0000 | 224.62 | 100.0000 | 0.00 | 0.00 | 48.14 | 32.09 | 80.23 |
| 199 | | Cherry L-shape | 7/12/2006 | SL / N/A | 7.0000 | 3,097.00 | 100.0000 | 0.00 | 0.00 | 663.65 | 442.43 | 1,106.08 |
| 200 | | U-shaped comp | 7/25/2006 | SL / N/A | 7.0000 | 484.88 | 100.0000 | 0.00 | 0.00 | 137.39 | 96.98 | 234.37 |
| 201 | | Black Fabric Ma | 8/8/2006 | SL / N/A | 5.0000 | 75.83 | 100.0000 | 0.00 | 0.00 | 15.34 | 10.83 | 26.17 |
| 202 | | L-Shaped Work | 8/16/2006 | DDB / N/A | 7.0000 | 626.84 | 100.0000 | 0.00 | 0.00 | 232.40 | 112.70 | 345.10 |
| 203 | | Lateral File Cabi | 8/16/2006 | SL / N/A | 7.0000 | 198.00 | 100.0000 | 0.00 | 0.00 | 40.08 | 28.29 | 68.37 |
| 204 | | Machine Stand/ | 8/16/2006 | SL / N/A | 7.0000 | 289.00 | 100.0000 | 0.00 | 0.00 | 58.49 | 41.29 | 99.78 |
| 205 | | Add'l IT worksta | 8/16/2006 | SL / N/A | 7.0000 | 1,423.26 | 100.0000 | 0.00 | 0.00 | 288.04 | 203.32 | 491.36 |
| 206 | | Cherry Desk and | 8/16/2006 | SL / N/A | 7.0000 | 647.00 | 100.0000 | 0.00 | 0.00 | 130.94 | 92.43 | 223.37 |
| 207 | | Executive Chair | 12/29/2006 | SL / N/A | 7.0000 | 216.09 | 100.0000 | 0.00 | 0.00 | 35.16 | 35.16 | 70.32 |
| 215 | | Filing Cabinet | 1/5/2007 | M / HY | 5.0000 | 829.62 | 100.0000 | 0.00 | 0.00 | 125.92 | 201.48 | 327.40 |
| 221 | | 1ST Floor Carpe | 1/17/2007 | M / HY | 7.0000 | 4,058.00 | 100.0000 | 0.00 | 0.00 | 579.71 | 993.80 | 1,573.51 |
| **Subtotal: Office Furniture** | | | | | | 82,046.74 | | 0.00 | 0.00 | 45,478.96 | 3,600.52 | 49,079.48 |
| Less dispositions and exchanges: | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: Office Furniture** | | | | | | 82,046.74 | | 0.00 | 0.00 | 45,478.96 | 3,600.52 | 49,079.48 |
| **Software** | | | | | | | | | | | | |
| 143 | | GLVV System Uj | 10/18/1999 | SL / N/A | 3.0000 | 500.00 | 100.0000 | 0.00 | 0.00 | 500.00 | 0.00 | 500.00 |
| 144 | | GLVV System Sc | 11/8/2000 | SL / N/A | 3.0000 | 2,000.00 | 100.0000 | 0.00 | 0.00 | 2,000.00 | 0.00 | 2,000.00 |
| 145 | | GLVV System Uj | 3/4/2000 | DDB / N/A | 3.0000 | 1,000.00 | 100.0000 | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 |
| 146 | | Hardware Upgra | 3/13/2000 | DDB / N/A | 5.0000 | 64.99 | 100.0000 | 0.00 | 0.00 | 64.99 | 0.00 | 64.99 |
| 147 | | GLVV System Uj | 5/17/2000 | DDB / N/A | 3.0000 | 649.09 | 100.0000 | 0.00 | 0.00 | 649.09 | 0.00 | 649.09 |
| 150 | | Dull Processor E | 9/21/2001 | DDB / N/A | 5.0000 | 2,539.11 | 100.0000 | 0.00 | 0.00 | 1,420.00 | 0.00 | 1,420.00 |
| 151 | | Allodita Software | 10/19/2001 | DDB / N/A | 3.0000 | 2,396.30 | 100.0000 | 0.00 | 0.00 | 2,396.30 | 0.00 | 2,396.30 |
| 152 | | Crystal Reports | 10/12/2004 | DDB / N/A | 5.0000 | 632.70 | 100.0000 | 0.00 | 0.00 | 614.39 | 0.00 | 614.39 |
| 153 | | Crystal Reports | 10/12/2004 | DDB / N/A | 5.0000 | 587.45 | 100.0000 | 0.00 | 0.00 | 471.77 | 46.26 | 518.03 |
| 208 | | MapPoint | 3/14/2006 | SL / N/A | 3.0000 | 224.70 | 100.0000 | 0.00 | 0.00 | 162.78 | 24.77 | 187.55 |
| 209 | | Qcest Timecard | 5/26/2006 | SL / N/A | 3.0000 | 317.99 | 100.0000 | 0.00 | 0.00 | 194.33 | 106.00 | 300.33 |
| 210 | | QuarkPress 6.5 | 6/7/2006 | SL / N/A | 5.0000 | 1,855.00 | 100.0000 | 0.00 | 0.00 | 587.42 | 371.00 | 958.42 |
| 211 | | Crystal Reports | 10/13/2006 | SL / N/A | 3.0000 | 557.87 | 100.0000 | 0.00 | 0.00 | 176.65 | 111.57 | 288.22 |
| 212 | | Apexsal Log Sol | 12/7/2006 | SL / N/A | 3.0000 | 609.50 | 100.0000 | 0.00 | 0.00 | 253.96 | 203.17 | 457.13 |
| **Subtotal: Software** | | | | | | 13,927.39 | | 0.00 | 0.00 | 10,792.86 | 1,200.77 | 11,993.63 |
| Less dispositions and exchanges: | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: Software** | | | | | | 13,927.39 | | 0.00 | 0.00 | 10,792.86 | 1,200.77 | 11,993.63 |
| **Grand Totals:** | | | | | | 714,619.28 | | 0.00 | 0.00 | 132,664.83 | 35,337.20 | 168,002.03 |
| Less dispositions and exchanges: | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Grand Totals:** | | | | | | 714,619.28 | | 0.00 | 0.00 | 132,664.83 | 35,337.20 | 168,002.03 |

In re   **Great Lakes Warranty Corporation**         Case No. _____

                                       Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Secured Loan Blanket Lien | | | | | |
| **PNC Bank, NA** **One PNC Plaza** **249 Fifth Avenue** **Pittsburgh, PA 15222** | | - | | | | | | |
| | | | Value $     **800,000.00** | | | | **460,000.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

   **0**    continuation sheets attached

| | Subtotal (Total of this page) | **460,000.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **460,000.00** | **0.00** |

In re   **Great Lakes Warranty Corporation**         Case No. _____

                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**3**  _____ continuation sheets attached

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Wages | | | | | | |
| Douglas Newman 4041 Laurel Flat Court Las Vegas, NV 89129 | - | | | | | | | 0.00 | |
| | | | | | | | 1,794.97 | | 1,794.97 |
| Account No. | | | Wages | | | | | | |
| Jodi Murphy 38 Blue Sky Drive Chester, WV 26034 | - | | | | | | | 0.00 | |
| | | | | | | | 25.48 | | 25.48 |
| Account No. | | | Wages | | | | | | |
| Natasha Goss 1011 Timber Trail Imperial, PA 15126 | - | | | | | | | 0.00 | |
| | | | | | | | 847.89 | | 847.89 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 2,668.34 | 2,668.34 |

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Bridgeville Borough 425 Bower Hill Road Bridgeville, PA 15017** | - | | Real Estate Tax | | | | 16,951.31 | 0.00 | 16,951.31 |
| Account No. **Central Tax Bureau of PA 10 Emerson Lane Suite 804 Bridgeville, PA 15017** | - | | Business Tax | | | | 1,881.01 | 0.00 | 1,881.01 |
| Account No. **PA Department of Labor & Industry 914 Penn Avenue 6th Floor Pittsburgh, PA 15222** | - | | PA UC | | | | 13,705.00 | 0.00 | 13,705.00 |
| Account No. **State of Nevada State Unemployment Department 2800 E. St. Louis Avenue Las Vegas, NV 89104** | - | | State Unemployment Insurance | | | | 390.47 | 0.00 | 390.47 |
| Account No. **State of Nevada Department of Revenue 1550 College Parkway Carson City, NV 89706** | - | | MBT | | | | 65.08 | 0.00 | 65.08 |

Sheet **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 32,992.87 | | 32,992.87 |

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**State of South Carolina Department of Insurance 1201 Main Street Suite 1000 Columbia, SC 29201** | - | | **State Insurance Tax** | | | | **765.00** | **0.00** | **765.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **3** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **0.00**<br>**765.00** **765.00** |
| | Total (Report on Summary of Schedules) | **0.00**<br>**36,426.21** **36,426.21** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re   **Great Lakes Warranty Corporation**       Case No. _____

                               ,

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | |
| Account No. 5115015<br><br>**2 JR Pizza Enterprises LLC**<br>**305 Townepark Circle  #101**<br>**Louisville, KY 40243** | - | **Warranty** | | | | | | 258.01 |
| Account No. 5087003<br><br>**21st Capital Inc**<br>**PO Box 1261**<br>**Moon Township, PA 15108** | - | **Warranty** | | | X | X | | 0.00 |
| Account No. 5072123<br><br>**3e Trading LLC**<br>**461 Melwood Avenue**<br>**Pittsburgh, PA 15213** | - | **Warranty** | | | X | X | | 0.00 |
| Account No. 5124423<br><br>**A  Gregory**<br>**2433 Morwood**<br>**Havertown, PA 19083** | - | **Warranty** | | | X | X | | 0.00 |
| <u>4906</u>  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | 258.01 |

In re **Great Lakes Warranty Corporation**

Case No. _____

,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade | | | | |
| **A Comfort Service**<br>**8600 Perry Highway**<br>**Pittsburgh, PA 15237** | | - | | | | | | 1,769.13 |
| Account No. 5076994 | | | | Warranty | | | | |
| **A Mervyn Carse**<br>**4137 Ann Arbor Saline Road**<br>**Ann Arbor, MI 48103** | | - | | | | | | 952.50 |
| Account No. 5101364 | | | | Warranty | | | | |
| **A Porreca**<br>**1124 Mariposa Way**<br>**Boulder City, NV 89005** | | - | | | X | X | | 0.00 |
| Account No. 5119166 | | | | Warranty | | | | |
| **A Richard Grubbs**<br>**8717 Paw Paw Springs Rd**<br>**Arrington, TN 37014** | | - | | | X | X | | 0.00 |
| Account No. 5117934 | | | | Warranty | | | | |
| **A. William Giannini**<br>**333 Woodlawn Road**<br>**Steubenville, OH 43952** | | - | | | X | X | | 0.00 |

Sheet no. **1** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,721.63

In re **Great Lakes Warranty Corporation**        Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **5131634** | | | | | | **Warranty** | | | | |
| **Aamer Alshehhi** **2464 Marble Vista Boulevard** **Columbus, OH 43204** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5097487** | | | | | | **Warranty** | | | | |
| **Aaron A Asimakopoulos** **520 West 21 Street Suite G-2-443** **Norfolk, VA 23517** | - | | | | | | | | | |
| | | | | | | | | | | **373.44** |
| Account No. **5131139** | | | | | | **Warranty** | | | | |
| **Aaron Ashley** **8792 Greylag Loop** **Blacklick, OH 43004** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5081611** | | | | | | **Warranty** | | | | |
| **Aaron C Schmidt Jr** **479 Independence Rd** **Aliquippa, PA 15001** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5131289** | | | | | | **Warranty** | | | | |
| **Aaron Crable** **462 High Street** **Brownsville, PA 15417** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |

Sheet no.**2**_____ of **4906**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                  Subtotal
        (Total of this page)     **373.44**

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5088379** | | | Warranty | | | | | |
| **Aaron Crouch** **1511B Street  Rt 116** **St Marys, OH 45885** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107460** | | | Warranty | | | | | |
| **Aaron Curtis** **4534 Waynedale Dr** **Dayton, OH 45424** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100041** | | | Warranty | | | | | |
| **Aaron D Keller** **437 Hadeen Drive** **Mansfield, OH 44907** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132524** | | | Warranty | | | | | |
| **Aaron D Pence** **922 Clover Dr** **Ellettsville, IN 47429** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5070369** | | | Warranty | | | | | |
| **Aaron Dobbins  Jr** **594 Thornbury Rd** **Westminster, MD 21158** | - | | | | | | | |
| | | | | | | | | 228.54 |

Sheet no.__**3**_____ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 228.54 |
|---|

In re   **Great Lakes Warranty Corporation**                               ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5111976** | | | | Warranty | | | | |
| **Aaron E Glass** **644 South Main Street** **Knox, PA 16232** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113473** | | | | Warranty | | | | |
| **Aaron Everingham** **13820 South 44th St  No 1198** **Phoenix, AZ 85044** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131879** | | | | Warranty | | | | |
| **Aaron Gomez** **3851 Wynn Road Apt #1009** **Las Vegas, NV 89103** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5044117** | | | | Warranty | | | | |
| **Aaron Harley** **9320 Fairhaven Avenue** **Upper Marlboro, MD 20772** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117937** | | | | Warranty | | | | |
| **Aaron Haydu** **25 Bidlack Street** **Forty Fort, PA 18704** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4**_____ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re   **Great Lakes Warranty Corporation**               ,   Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5088523** | | | | **Warranty** | | | | |
| **Aaron Herrick** **2023 Winged Foot Drive** **Missouri City, TX 77459** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5056518** | | | | **Warranty** | | | | |
| **Aaron Hooker** **49 Timbercrest Cr** **Hilton Head Island, SC 29926** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131048** | | | | **Warranty** | | | | |
| **Aaron Huff** **223 Maddux Drive** **Miamisburg, OH 45342** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106409** | | | | **Warranty** | | | | |
| **Aaron Johnson** **2546 N Marlston Street** **Philadelphia, PA 19132** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119013** | | | | **Warranty** | | | | |
| **Aaron L Blose** **800 and Half Water St** **Meadville, PA 16335** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**5**_____ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal                                0.00
(Total of this page)

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                               ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5106876** | | | Warranty | | | | |
| **Aaron L Sherrick**<br>**10714 State Route 37 E**<br>**New Lexington, OH 43764** | - | | | | | | **2,722.50** |
| Account No. **5085700** | | | Warranty | | | | |
| **Aaron L Thurman**<br>**1988 Sockless Road**<br>**Dandridge, TN 37725** | - | | | X | X | | **0.00** |
| Account No. **5119134** | | | Warranty | | | | |
| **Aaron Lawson**<br>**100 D Briaridge Dr**<br>**Turtle Creek, PA 15145** | - | | | X | X | | **0.00** |
| Account No. **5123066** | | | Warranty | | | | |
| **Aaron M Eshbach**<br>**1244 Rossmoyne Rd**<br>**Mechanicsburg, PA 17055** | - | | | X | X | | **0.00** |
| Account No. **5106880** | | | Warranty | | | | |
| **Aaron M Hunter**<br>**1338 Rowland Avenue NE**<br>**Canton, OH 44705** | - | | | X | X | | **0.00** |

Sheet no.**6**_____ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **2,722.50**

In re __Great Lakes Warranty Corporation__ ,     Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108377** | | | Warranty | | | | |
| **Aaron Mattson**<br>**721 Hancock St**<br>**Holdrege, NE 68949** | - | | | X | X | | 0.00 |
| Account No. **5125781** | | | Warranty | | | | |
| **Aaron Mendez**<br>**4322 Farrow Lane**<br>**Kansas City, KS 66104** | - | | | X | X | | 0.00 |
| Account No. **5114929** | | | Warranty | | | | |
| **Aaron Moody**<br>**441 Needmore Road  Apt 621**<br>**Clarksville, TN 37040** | - | | | X | X | | 0.00 |
| Account No. **5084036** | | | Warranty | | | | |
| **Aaron Pettengill**<br>**PO Box 136**<br>**Sibley, MO 64088** | - | | | X | X | | 0.00 |
| Account No. **5131954** | | | Warranty | | | | |
| **Aaron Ross**<br>**11815 Principi Ct**<br>**Las Vegas, NV 89103** | - | | | X | X | | 0.00 |

Sheet no.**7**_____ of **4906**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     **0.00**
(Total of this page)

In re __Great Lakes Warranty Corporation_____,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5077757** | | | | **Warranty** | | | | |
| **Aaron S Guin**<br>**631 Oakley Drive**<br>**Nashville, TN 37220** | | - | | | X | X | | 0.00 |
| Account No. **5097804** | | | | **Warranty** | | | | |
| **Aaron Simon**<br>**1405 Alveretta Boulevard**<br>**New Castle, PA 16101** | | - | | | X | X | | 0.00 |
| Account No. **5071965** | | | | **Warranty** | | | | |
| **Aaron Simpson**<br>**4913 W Pedro Ln**<br>**Laveer, AZ 85339** | | - | | | X | X | | 0.00 |
| Account No. **5068825** | | | | **Warranty** | | | | |
| **Aaron Smith**<br>**PO Box 3452/9220**<br>**Crossville, TN 38557** | | - | | | X | X | | 0.00 |
| Account No. **5127761** | | | | **Warranty** | | | | |
| **Aaron Soto**<br>**7401 W. Washington Avenue #1081**<br>**Las Vegas, NV 89128** | | - | | | X | X | | 0.00 |

Sheet no.__**8**_____ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation** _____,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102356** | | | | **Warranty** | | | | |
| **Aaron Spencer** **5350 Pathview Drive** **Dayton, OH 45424** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108241** | | | | **Warranty** | | | | |
| **Aaron T Myers** **7945 Russ Street** **Waynesburg, OH 44688** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099461** | | | | **Warranty** | | | | |
| **Aaron T Williams** **38 Ponderosa Lane** **Laurens, SC 29360** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127731** | | | | **Warranty** | | | | |
| **Aaron Tibbs** **45 Colony House Ct** **Columbia, SC 29212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5063287** | | | | **Warranty** | | | | |
| **Aaron Whigham** **1361 Marlboro** **Pittsburgh, PA 15221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**9**_____ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5091364** | | | | **Warranty** | | | | |
| **Aarone Montgomery** **3601 W Pasadena Avenue** **Phoenix, AZ 85019** | - | | | | | | | **195.53** |
| Account No. **5125627** | | | | **Warranty** | | | | |
| **Aazim Abdullah** **370 Cornflower Drive** **Columbia, SC 29229** | - | | | | X | X | | **0.00** |
| Account No. **5083687** | | | | **Warranty** | | | | |
| **Abalo Nunyakpe** **2415 E Wyoming Place** **Milwaukee, WI 53102** | - | | | | X | X | | **0.00** |
| Account No. **5120944** | | | | **Warranty** | | | | |
| **Abbas Hedjazi** **248 Mallard Dr** **Monroeville, PA 15146** | - | | | | | | | **260.00** |
| Account No. **5101862** | | | | **Warranty** | | | | |
| **Abbi Thompson** **33080 Smith Ridge Road** **Long Bottom, OH 43743** | - | | | | X | X | | **0.00** |

Sheet no. **10** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **455.53**

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089363** | | | Warranty | | | | |
| **Abbie J King** **219 Sycamore Road** **W Reading, PA 19611** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5115164 | | | Warranty | | | | |
| **Abby  Bowlin** **9054 Old Harding Pike** **Franklin, TN 37064** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5106302 | | | Warranty | | | | |
| **Abby Jo Hunt** **4215 Palestine Hollansburg Road** **New Madison, OH 45346** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5111034 | | | Warranty | | | | |
| **Abbygail Gadeon** **144 Wildflower Lane** **Hillsborough, NJ 08844** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5127719 | | | Warranty | | | | |
| **Abdias Ayala** **1213 Church Street** **Lebanon, PA 17046** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**11**____ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                    ,          Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5118901** | | | | **Warranty** | | | | |
| **Abdulelah Alothaim** **1201 N Park** **Tucson, AZ 85701** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5074765** | | | | **Warranty** | | | | |
| **Abe Yoder** **7113 Dover Zoar Road** **Dover, oh 44622** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108160** | | | | **Warranty** | | | | |
| **Abel Delapaz** **1390 Washington Road** **Pittsburgh, PA 15228** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113214** | | | | **Warranty** | | | | |
| **Abhishek Sehgal** **72 Van Buren Road  Apt 9** **Voorhees, NJ 08043** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127349** | | | | **Warranty** | | | | |
| **Abigail  Ellsworthy** **401 Ellis Lane** **West Chester, PA 19380** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**12**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5127503 | | | | Warranty | | | | |
| Abigail Butterfield 1115 State Avenue NE Massillon, OH 44646 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092949 | | | | Warranty | | | | |
| Abigail Kilgore 1585 Pinetown Road Wellsville, PA 17365 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118308 | | | | Warranty | | | | |
| Abiodun Emmanuel Adepetoye 3108 Crab Hollow Rd Pittsburgh, PA 15235 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5047881 | | | | Warranty | | | | |
| Above & Beyond Limo & Airport 3531 Queens Harbor Blvd. Myrtle Beach, SC 29588 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5069916 | | | | Warranty | | | | |
| Abraham Boggs 3244 St Rt 2199 Coldwater, OH 45828 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **13** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re **Great Lakes Warranty Corporation** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124492** | | | | **Warranty** | | | | |
| **Abram Little** **31 Woodland** **Shelby, OH 44875** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5084311** | | | | **Warranty** | | | | |
| **Abran  Gurule** **5931 Kim Road** **Rio Rancho, NM 87144** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109295** | | | | **Warranty** | | | | |
| **Ada Kozlowski** **209 Zbick Road** **Shavertown, PA 18708** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5074897** | | | | **Warranty** | | | | |
| **Ada L  Colon** **5111 Jackson St** **Philadelphia, PA 19124** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105582** | | | | **Warranty** | | | | |
| **Adair Aumock** **467 Meadow Drive** **Caro, MI 48723** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**14**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

In re  **Great Lakes Warranty Corporation**
                                                    ,                    Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5127028** | | | **Warranty** | | | | | |
| **Adalberto Rosario** **1830 Chestnut Street** **Harrisburg, PA 17104** | - | | | | X | X | | 0.00 |
| Account No. **5106583** | | | **Warranty** | | | | | |
| **Adam Cottrill** **1457 East Wheeling St** **Lancaster, OH 43130** | - | | | | X | X | | 0.00 |
| Account No. **5125126** | | | **Warranty** | | | | | |
| **Adam Keichel** **53 S Diamond St** **Slatington, PA 17593** | - | | | | X | X | | 0.00 |
| Account No. **5122935** | | | **Warranty** | | | | | |
| **Adam Knott** **843 Bates Rd** **Lebanon, TN 37087** | - | | | | X | X | | 0.00 |
| Account No. **5109746** | | | **Warranty** | | | | | |
| **Adam Lamson** **1108 Cottonwood Place** **Hartselle, AL 35640** | - | | | | X | X | | 0.00 |

Sheet no.**15**___ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127243** | | | | **Warranty** | | | | |
| **Adam Lewis 3939 Shainline Ct Collegville, PA 19426** | - | | | | X | X | | 0.00 |
| Account No. **5114364** | | | | **Warranty** | | | | |
| **Adam Martin 751 Melot Hill Road Columbia, SC 29223** | - | | | | X | X | | 0.00 |
| Account No. **5131899** | | | | **Warranty** | | | | |
| **Adam Pravlak 909 Kingview Road Scottdale, PA 15683** | - | | | | X | X | | 0.00 |
| Account No. **5115627** | | | | **Warranty** | | | | |
| **Adam Such II 608 Kingston Drive Clarksville, TN 37042** | - | | | | X | X | | 0.00 |
| Account No. **5088877** | | | | **Warranty** | | | | |
| **Adam A Allen 3434 Wilson Woods Rd Columbus, OH 43204** | - | | | | X | X | | 0.00 |

Sheet no.**16** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Great Lakes Warranty Corporation**                                Case No. _____
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5102916** | | | | **Warranty** | | | | |
| **Adam A May** **711 Buchanan Road** **Normalville, PA 15469** | - | | | | X | X | | 0.00 |
| Account No. **5125378** | | | | **Warranty** | | | | |
| **Adam Arias** **16987 W. Windermere Way** **Surprise, AZ 85374** | - | | | | X | X | | 0.00 |
| Account No. **5101845** | | | | **Warranty** | | | | |
| **Adam B Richert III** **16132 W Ironwood Street** **Surprise, AZ 85374** | - | | | | X | X | | 0.00 |
| Account No. **5059457** | | | | **Warranty** | | | | |
| **Adam Beleczki** **134 Sugar Bush cir** **Fairfield Glade, TN 38558** | - | | | | X | X | | 0.00 |
| Account No. **5101790** | | | | **Warranty** | | | | |
| **Adam Bond** **309 Chamberlain Drive** **Murfreesboro, TN 37129** | - | | | | X | X | | 0.00 |

Sheet no.**17**___ of **4906**_ sheets attached to Schedule of            Subtotal                     0.00
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

In re  **Great Lakes Warranty Corporation**                                              ,     Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5053587** | | | | **Warranty** | | | | |
| **Adam Borkat** **811 Soaring Drive** **Marietta, GA 30062** | - | | | | | | | **1,216.99** |
| Account No. **5123006** | | | | **Warranty** | | | | |
| **Adam Bowlin** **1502 Wood St** **Connelsville, PA 15425** | - | | | | X | X | | **0.00** |
| Account No. **5100631** | | | | **Warranty** | | | | |
| **Adam Byers** **117 Old Mill Road** **Ephrata, PA 17522** | - | | | | X | X | | **0.00** |
| Account No. **5112226** | | | | **Warranty** | | | | |
| **Adam C Gallaher** **130 Little Spike Road** **Osceola Mills, PA 16666** | - | | | | X | X | | **0.00** |
| Account No. **5127997** | | | | **Warranty** | | | | |
| **Adam Caldwell** **273 Letort Road** **Millersville, PA 17551** | - | | | | X | X | | **0.00** |

Sheet no. **18** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **1,216.99**

In re   **Great Lakes Warranty Corporation**         ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5075875** | | | | | **Warranty** | | | | |
| **Adam Castorena**<br>**47 Camrosa Place**<br>**Sacramento, CA 95835** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5129388** | | | | | **Warranty** | | | | |
| **Adam Clemans**<br>**227 Seiberling Drive**<br>**Sagamore Hills, OH 44607** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5111595** | | | | | **Warranty** | | | | |
| **Adam Cortright Goodall**<br>**325 Chestnut Street**<br>**Parkesburg, PA 19365** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5124103** | | | | | **Warranty** | | | | |
| **Adam Crockett**<br>**156 Springbrook Drive**<br>**Fremont, OH 43420** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5121027** | | | | | **Warranty** | | | | |
| **Adam D Porter**<br>**1075 Laver Rd**<br>**Mansfield, OH 44905** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**19** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re  **Great Lakes Warranty Corporation**                                    ,  Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129849** | | | Warranty | | | | |
| **Adam D Weaver** **17 Pleasanton Dr** **East Berlin, PA 17316** | - | | | X | X | | 0.00 |
| Account No. **5072598** | | | Warranty | | | | |
| **Adam Diaz** **1669 Milton Street** **New Orleans, LA 70122** | - | | | | | | 1,002.00 |
| Account No. **5109399** | | | Warranty | | | | |
| **Adam Froman** **1520 Center Avenue** **Cuyahoga Falls, OH 44221** | - | | | X | X | | 0.00 |
| Account No. **5095030** | | | Warranty | | | | |
| **Adam G Wasch** **18365 Modac Road** **Glouster, OH 45732** | - | | | X | X | | 0.00 |
| Account No. **5124617** | | | Warranty | | | | |
| **Adam Good** **230 Sater Drive** **Lancaster, OH 43130** | - | | | X | X | | 0.00 |

Sheet no. **20** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,002.00**

In re   **Great Lakes Warranty Corporation**               ,    Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5125524** | | | | **Warranty** | | | | |
| **Adam Hall** **1068 S Cleve Mass Rd** **Copley, OH 44321** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117104** | | | | **Warranty** | | | | |
| **Adam J Dunn** **1945 N 17th Street  Apt 1** **Allentown, PA 18104** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113748** | | | | **Warranty** | | | | |
| **Adam J Plouse** **13596 Christine Circle** **Uniontown, OH 44685** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102617** | | | | **Warranty** | | | | |
| **Adam J Zernick** **170 Mill Road** **Northern Cambria, PA 15714** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128786** | | | | **Warranty** | | | | |
| **Adam Karras** **14043 Starlite Drive** **Brookpark, OH 44142** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**21**____ of **4906**__ sheets attached to Schedule of                      Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)        **0.00**

In re  **Great Lakes Warranty Corporation**                              ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103291** <br><br> **Adam Kessler** <br> **801 S Prudence Road  #19208** <br> **Tucson, AZ 85710** | - | | | **Warranty** | | | | 178.92 |
| Account No. **5104003** <br><br> **Adam L Burrows** <br> **2902 Pine Avenue** <br> **Erie, PA 16504** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5113972** <br><br> **Adam L Depta** <br> **112 Municipal Drive** <br> **Connellsville, PA 15425** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5100596** <br><br> **Adam L Vokes** <br> **312 Kingin Hill Road** <br> **Dunbar, PA 15431** | - | | | **Warranty** | | | | 18.50 |
| Account No. **5113056** <br><br> **Adam M Gallo** <br> **142 Morton Street** <br> **New Eagle, PA 15067** | - | | | **Warranty** | X | X | | 0.00 |

Sheet no. **22** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

197.42

In re **Great Lakes Warranty Corporation**        Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100913** | | | | **Warranty** | | | | |
| **Adam M Hufstetler** **2571 Cottington Circle NW** **N Canton, OH 44720** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103310** | | | | **Warranty** | | | | |
| **Adam M Keith** **2402 Slinger Avenue** **N Cambria, PA 15714** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088326** | | | | **Warranty** | | | | |
| **Adam M Qucyk** **5551 Gross Drive** **Dayton, OH 45431** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5081279** | | | | **Warranty** | | | | |
| **Adam M Rolfes** **668 N Ash Street** **Celina, OH 45822** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097215** | | | | **Warranty** | | | | |
| **Adam M Woods** **8675 Green Meadow Avenue** **Canal Fulton, OH 44614** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **23** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     **0.00**
(Total of this page)

In re  **Great Lakes Warranty Corporation**  ,                    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131453** | | | | Warranty | | | | |
| **Adam Mastromonaco** **100 Savors Ct Apt D** **Cheswick, PA 15024** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127179** | | | | Warranty | | | | |
| **Adam Mazzocchi** **134 Rice Dr** **Morrisville, PA 19067** | - | | | | | | | |
| | | | | | | | | 1,300.00 |
| Account No. **5110965** | | | | Warranty | | | | |
| **Adam Mengle** **334 East Frederick Street** **Lancaster, PA 17602** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119845** | | | | Warranty | | | | |
| **Adam N  Dincher** **46 Baron Dr** **Lancaster, PA 17601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5067811** | | | | Warranty | | | | |
| **Adam Podowski** **7071 Broadview Road** **Seven Hills, OH 44131** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **24** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,300.00**

In re **Great Lakes Warranty Corporation**                                        Case No. _____

                                                    _____,
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5115651** | | | | Warranty | | | | |
| **Adam R Drobnick** **116 Lakefront Drive** **Orwigsburg, PA 17961** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5065954** | | | | Warranty | | | | |
| **Adam R. Kostryk** **1080 Myers Hill Road** **Marion Center, PA 15759** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099496** | | | | Warranty | | | | |
| **Adam Robert Heilig** **33 Ward Street** **Croswell, MI 48422** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122950** | | | | Warranty | | | | |
| **Adam S Fahey** **7005 Sunnywood Dr** **Nashville, TN 37211** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108778** | | | | Warranty | | | | |
| **Adam S Mihan** **259 Greenland Drive** **Lancaster, PA 17602** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **25** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5069873** | | | | Warranty | | | | |
| **Adam Simpson** **753 Bristol Rd** **Troy, OH 45373** | | - | | | X | X | | 0.00 |
| Account No. **5108168** | | | | Warranty | | | | |
| **Adam Skaggs** **234 N Chestnut Street** **Jackson, OH 45640** | | - | | | X | X | | 0.00 |
| Account No. **5075850** | | | | Warranty | | | | |
| **Adam T McCants** **419 Pittsdowne Road** **Columbia, SC 29210** | | - | | | X | X | | 0.00 |
| Account No. **5129844** | | | | Warranty | | | | |
| **Adam W Russell** **1375 Companion Ct** **Sumter, SC 29150** | | - | | | X | X | | 0.00 |
| Account No. **5105798** | | | | Warranty | | | | |
| **Adam Walker** **158 Columbia Ave** **Greenville, PA 16125** | | - | | | X | X | | 0.00 |

Sheet no. **26** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    Case No. _____
                                                     ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100794** | | | | **Warranty** | | | | |
| **Adam Warmath** **89 Dawson Avenue** **Mansfield, OH 44906** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092274** | | | | **Warranty** | | | | |
| **Adam Webb** **1150 Barrett Road** **Charleston, SC 29407** | | - | | | | | | |
| | | | | | | | | 2,481.22 |
| Account No. **5131506** | | | | **Warranty** | | | | |
| **Adam Weiland** **190 North Muddy Creek Road** **Denver, PA 17517** | | - | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. **5117176** | | | | **Warranty** | | | | |
| **Adamm H Thomas** **4575 Hunters Ridge Drive  Apt 10** **Kentwood, MI 49512** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128457** | | | | **Warranty** | | | | |
| **Adda Fegley** **186 Old Route 322** **Spring Mills, PA 16805** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **27**    of **4906**   sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)                 **2,481.22**

In re **Great Lakes Warranty Corporation**              Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5091569** | | | | Warranty | | | | |
| **Addie S Nance** **2607 Pine Street** **Newberry, SC 29108** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119743** | | | | Warranty | | | | |
| **Adebayo Oyebade** **1500 Bellafonte Court** **Nashville, TN 37221** | | - | | | | | | |
| | | | | | | | | 343.50 |
| Account No. **5129882** | | | | Warranty | | | | |
| **Adeisha Harper** **307 Edsel** **Memphis, TN 38109** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106290** | | | | Warranty | | | | |
| **Adelbert  Caraig** **845 East Fairway Drive** **Litchfield Park, AZ 85340** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086278** | | | | Warranty | | | | |
| **Adelene W Hinton** **1622 Hunters Trail** **Rock Hill, SC 29732** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **28** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          343.50

In re  **Great Lakes Warranty Corporation**                                           ,     Case No. _____

                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108190** | | | | **Warranty** | | | | |
| **Adelina Padilla** **706 S Franklin Street** **Lancaster, PA 17602** | - | | | | | | | 845.68 |
| Account No. **5124271** | | | | **Warranty** | | | | |
| **Adelis Gonzalez-Rowley** **850 Foulkrod Street** **Philadelphia, PA 19124** | - | | | | | | | 231.00 |
| Account No. **5124339** | | | | **Warranty** | | | | |
| **Adewale Ige** **4325 Wayne Ave** **Philadelphia, PA 19140** | - | | | | X | X | | 0.00 |
| Account No. **5105172** | | | | **Warranty** | | | | |
| **Adib Joel Sanchez** **1849 S James Gregaric Road** **Mt Pleasant, SC 29466** | - | | | | X | X | | 0.00 |
| Account No. **5125344** | | | | **Warranty** | | | | |
| **Adienne Lentini** **73 A Bayshore Road** **Cape May, NJ 08204** | - | | | | X | X | | 0.00 |

Sheet no. **29** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,076.68**

In re   **Great Lakes Warranty Corporation**                ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5079911** | | | | Warranty | | | | |
| **Adla Adi** **1568 Nottingham Road** **Charleston, WV 25314** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110176** | | | | Warranty | | | | |
| **Adna Darby** **116 Boneover Road** **Cheltenham, PA 19012** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089605** | | | | Warranty | | | | |
| **Adolfo G Burciaga** **220 S Dakota** **Chandler, AZ 85224** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105325** | | | | Warranty | | | | |
| **Adolfo Lopez** **201 S Mechanic** **Emporia, KS 66801** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130788** | | | | Warranty | | | | |
| **Adolph Reaves** **353 Jettie Avenue NE** **East Canton, OH 44730** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**30**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

               Subtotal
        (Total of this page)        **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122045** | | | | **Warranty** | | | | |
| **Adolphia Talley** **106 Independence Ct** **Blandon, PA 19510** | - | | | | X | X | | 0.00 |
| Account No. **5131686** | | | | **Warranty** | | | | |
| **Adria Weeks** **3102 Marrion Street** **Reading, PA 19605** | - | | | | X | X | | 0.00 |
| Account No. **5131982** | | | | **Warranty** | | | | |
| **Adria Weeks** **3102 Marion Avenue** **Reading, PA 19605** | - | | | | X | X | | 0.00 |
| Account No. **5105042** | | | | **Warranty** | | | | |
| **Adrian  Villescas** **2025 S 71st Lane** **Phoenix, AZ 85043** | - | | | | | | | 581.12 |
| Account No. **5110159** | | | | **Warranty** | | | | |
| **Adrian Aguilar** **6091 E 43rd Place** **Yuma, AZ 85365** | - | | | | X | X | | 0.00 |

Sheet no. **31**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          581.12

In re   **Great Lakes Warranty Corporation**         ,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5103070** <br><br> **Adrian C Lamos** <br> **1373 W Morelos Street** <br> **Chandler, AZ 85224** | | - | Warranty | | | | 1,850.93 |
| Account No. **5132564** <br><br> **Adrian C Sullivan** <br> **5855 Claire D LN** <br> **Las Vegas, NV 89120** | | - | Warranty | X | X | | 0.00 |
| Account No. **5115012** <br><br> **Adrian Denise Warren** <br> **200 Berryhill Road  Apt 235** <br> **Columbia, SC 29210** | | - | Warranty | X | X | | 0.00 |
| Account No. **5090202** <br><br> **Adrian E Wilson** <br> **369 Northridge Road** <br> **Circleville, OH 43113** | | - | Warranty | X | X | | 0.00 |
| Account No. **5132264** <br><br> **Adrian Figueroa** <br> **1737 Alsmhouse Road** <br> **Jamison, PA 18929** | | - | Warranty | X | X | | 0.00 |

Sheet no.**32**___ of **4906**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **1,850.93**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5108579** | | | | Warranty | | | | |
| **Adrian Grice** **3402 Love circle** **Nashville, TN 37212** | - | | | | X | X | | 0.00 |
| Account No. **5128515** | | | | Warranty | | | | |
| **Adrian Hernandez** **398 Smithridge Park** **Reno, NV 89502** | - | | | | X | X | | 0.00 |
| Account No. **5082932** | | | | Warranty | | | | |
| **Adrian L LeMaster** **1164 Westhaven Blvd** **Franklin, TN 37064** | - | | | | X | X | | 0.00 |
| Account No. **5076416** | | | | Warranty | | | | |
| **Adrian Little** **1010 South Yucca Place** **Chandler, AZ 85286** | - | | | | X | X | | 0.00 |
| Account No. **5089875** | | | | Warranty | | | | |
| **Adrian Samuels** **450 S 21st Street** **Harrisburg, PA 17104** | - | | | | X | X | | 0.00 |

Sheet no. **33** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124293** | | | | **Warranty** | | | | |
| **Adriana Bejarano**<br>**PO Box 1405**<br>**Somerton, AZ 85350** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109255** | | | | **Warranty** | | | | |
| **Adriana Cavaliere**<br>**27 1 2 W Main Street**<br>**Mt Pleasant, PA 15666** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124411** | | | | **Warranty** | | | | |
| **Adriana Varela**<br>**5040 Nellis Oasis Lane  No 2011**<br>**Las Vegas, NV 89115** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123929** | | | | **Warranty** | | | | |
| **Adriane Desimone**<br>**2302 Walnut Ridge Est**<br>**Pottstown, PA 19464** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089200** | | | | **Warranty** | | | | |
| **Adrianne Ryder**<br>**2003 West Broad St**<br>**Bethleham, PA 18018** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**34**____ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                              Subtotal<br>             (Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation**
_____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5096008 | | | | Warranty | | | | |
| Adrianne S Garber 1809 Harcum Way Pittsburgh, PA 15203 | - | | | | X | X | | 0.00 |
| Account No. 5106348 | | | | Warranty | | | | |
| Adrianne Schifino 705 Trefoil Court Monroeville, PA 15146 | - | | | | X | X | | 0.00 |
| Account No. 5126865 | | | | Warranty | | | | |
| Adrien King 805 Elm Spring Road Pittsburgh, PA 15243 | - | | | | X | X | | 0.00 |
| Account No. 5101425 | | | | Warranty | | | | |
| Adrien Plamondon 55 Barber Avenue Central Falls, RI 02863 | - | | | | X | X | | 0.00 |
| Account No. 5087309 | | | | Warranty | | | | |
| Adrienne Tevis 72 Mounds Street Athens, OH 45701 | - | | | | X | X | | 0.00 |

Sheet no. **35** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123329** | | - | | Warranty | | | | |
| **Adrienne D Gooden 1338 Belasco Ave Pittsburgh, PA 15216** | | | | | X | X | | 0.00 |
| Account No. **5130656** | | - | | Warranty | | | | |
| **Adrienne Jackson 1812 Atkinson Place Pittsburgh, PA 15235** | | | | | X | X | | 0.00 |
| Account No. **5040975** | | - | | Warranty | | | | |
| **Adrienne Marie Davis 102 Bonita Court Summerville, SC 29485** | | | | | | | | 894.48 |
| Account No. **5118609** | | - | | Warranty | | | | |
| **Adrienne Murphy 807 Benton St Braddock, PA 15104** | | | | | X | X | | 0.00 |
| Account No. **5127530** | | - | | Warranty | | | | |
| **Adrine Randolph 303 Heathercroft Egg Harbor Township, NJ 08234** | | | | | X | X | | 0.00 |

Sheet no. **36** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

894.48

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5101206** | | Warranty | | | | | | |
| **Aerosystems Plus LLC 5710 W Desperado Way Phoenix, AZ 85083** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124356** | | Warranty | | | | | | |
| **Agathonicos G Pamboukis 8598 Regency Dr Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5065311** | | Warranty | | | | | | |
| **Agli Goxhaj 1618 Waterstone Lane Charleston, SC 29414** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112339** | | Warranty | | | | | | |
| **Agnes Baker 165 Eastern School Rd Mayesville, SC 29104** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103957** | | Warranty | | | | | | |
| **Agnes M Bertram 82 Wynmere Drive Horsham, PA 19040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**37**____ of **4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re    **Great Lakes Warranty Corporation**                                              ,       Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126221** | | | Warranty | | | | |
| **Agnes Myer Lee** **276 Cross Country Loop** **Westerville, OH 43081** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5083183** | | | Warranty | | | | |
| **Agnes Townsend** **2510 Clyde Place SW** **Canton, OH 44710** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127872** | | | Warranty | | | | |
| **Agustin M Flores** **2043 Wayne Ave R** **Scranton, PA 18508** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127546** | | | Warranty | | | | |
| **Agustin Ramirez** **918 Rural Street** **Emporia, KS 66801** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5117205** | | | Warranty | | | | |
| **Ahmad A Akrouche** **5615 Red Carnation Drive** **Galloway, OH 43119** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**38** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re **Great Lakes Warranty Corporation** ,　　　　Case No. _____

　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5131683** | | - | | Warranty | X | X | | |
| **Ahmed Alassaf** 101 South 2nd Street APT 513 Harrisburg, PA 17101 | | | | | | | | 0.00 |
| Account No. **5101431** | | - | | Warranty | X | X | | |
| **Ahmed Nazeir** 1017 Fernhill Lane Whitehall, PA 18052 | | | | | | | | 0.00 |
| Account No. **5112133** | | - | | Warranty | X | X | | |
| **Ahmed S Said** 2318 Waters Edge Boulevard Columbus, OH 43209 | | | | | | | | 0.00 |
| Account No. **5102038** | | - | | Warranty | X | X | | |
| **Ahmed Shnawer** 177 West Wilt St Philadelphia, PA 19122 | | | | | | | | 0.00 |
| Account No. **5111668** | | - | | Warranty | X | X | | |
| **Ahmet Ilhami Sezer** 2544 Madison Road Cincinnati, OH 45208 | | | | | | | | 0.00 |

Sheet no. **39** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　　0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131337** | | | Warranty | | | | | |
| **Ahmid A Shahin** **1770 S Hall St  Apt B** **Allentown, PA 18103** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122856** | | | Warranty | | | | | |
| **Aida Ayala** **2504 N 5th St  Apt 2** **Philadelphia, PA 19133** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115717** | | | Warranty | | | | | |
| **Aida Santiago** **3636 Emerald Street** **Phialdelphia, PA 19134** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105904** | | | Warranty | | | | | |
| **Aileen N Lewis** **315 West Front Street** **Oil City, PA 16301** | - | | | | | | | |
| | | | | | | | | **156.20** |
| Account No. **5123848** | | | Warranty | | | | | |
| **Aimee Adkins** **39 E First St** **The Plains, OH 45780** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**40**____ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**156.20**

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5066109** | | | | | **Warranty** | | | | |
| **Aimee Faulkinbury** **6254 S. Twilight Ct** **Gilbert, AZ 85297** | - | | | | | | | | **1,011.81** |
| Account No. **5102366** | | | | | **Warranty** | | | | |
| **Aimee J Goyer** **204 Semenary Avenue** **Greensburg, PA 15601** | - | | | | | X | X | | **0.00** |
| Account No. **5131106** | | | | | **Warranty** | | | | |
| **Aimee McFadden** **1155 West Gibson Avenue** **Connellsville, PA 15425** | - | | | | | X | X | | **0.00** |
| Account No. **5122785** | | | | | **Warranty** | | | | |
| **Ainsley C Thaxton Ross** **5252 Keeport Dr  Apt 6** **Pittsburgh, PA 15236** | - | | | | | X | X | | **0.00** |
| Account No. **5127331** | | | | | **Warranty** | | | | |
| **Aisha Graham** **107 Jade Circle** **Orangeburg, SC 29115** | - | | | | | X | X | | **0.00** |

Sheet no. **41** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **1,011.81**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                            **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103521** | | | | **Warranty** | | | | |
| **Aisha L Williams** **9 Clifton Street  Second Floor** **Somerset, NJ 08873** | - | | | | | | | |
| | | | | | | | | **1,321.64** |
| Account No. **5121836** | | | | **Warranty** | | | | |
| **Aisha Pleasant** **4506 N Broad St** **Philadelphia, PA 19140** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122706** | | | | **Warranty** | | | | |
| **Aisha Rogers** **8895 Bristol Park Dr  No 202** **Bartlett, TN 39133** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115315** | | | | **Warranty** | | | | |
| **Akhir Rahim Lawson** **815 Walnut Street** **Wilkinsburg, PA 15221** | - | | | | | | | |
| | | | | | | | | **89.58** |
| Account No. **5095548** | | | | **Warranty** | | | | |
| **Al  Evans** **301 Overland Tr** **Miamisburg, OH 45342** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**42**____ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,411.22**

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5101489** | | | | | Warranty | | | | |
| **Al E Rickli** **7526 E Virginia Avenue** **Scottsdale, AZ 85257** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5089892** | | | | | Warranty | | | | |
| **Al Grillo** **1419 Columbine Street** **Anchorage, AK 99508** | - | | | | | | | | |
| | | | | | | | | | **1,905.47** |
| Account No. **5128298** | | | | | Warranty | | | | |
| **Al Montalvo** **2325 17th St** **Allentown, PA 18104** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5117614** | | | | | Warranty | | | | |
| **Alain Fernando Solano** **1146 W Hamilton Street** **Allentown, PA 18101** | - | | | | | | | | |
| | | | | | | | | | **577.00** |
| Account No. **5132780** | | | | | Warranty | | | | |
| **Alain Morffi Lozano** **3939 James Paul Avenue** **Las Vegas, NV 89104** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**43**___ of **4906**__ sheets attached to Schedule of                                    Subtotal                    | **2,482.47**
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

In re **Great Lakes Warranty Corporation** ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5125209** | | | | | **Warranty** | | | | |
| **Alaina Emery** **340 Felmeth Street** **Pittsburgh, PA 15210** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5129748** | | | | | **Warranty** | | | | |
| **Alaiya Howard** **214 East California Avenue** **Pleasantville, NJ 08232** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5123271** | | | | | **Warranty** | | | | |
| **Alan  Hamilton** **7012 Hemlock Rd** **Harrisburg, PA 17112** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5046814** | | | | | **Warranty** | | | | |
| **Alan  Williams** **108 Random Oak Cove** **Raymond, MS 39154** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5085886** | | | | | **Warranty** | | | | |
| **Alan A Shinkus** **134 N Spencer Street** **Erackville, PA 17931** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**44** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re **Great Lakes Warranty Corporation** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **5089890** | | | | | | **Warranty** | | | | |
| **Alan Alper** **1565 Columbine Avenue** **Boulder, CO 80302** | - | | | | | | | | | **207.50** |
| Account No. 5117013 | | | | | | **Warranty** | | | | |
| **Alan Bochan** **470 Austin Avenue** **Pittsburgh, PA 15243** | - | | | | | | X | X | | **0.00** |
| Account No. 5063364 | | | | | | **Warranty** | | | | |
| **Alan Brahamsha** **17 Emily Rd** **Manalapan, NJ 07726** | - | | | | | | X | X | | **0.00** |
| Account No. 5125977 | | | | | | **Warranty** | | | | |
| **Alan Brett Casavant** **270 CO Rd 437** **Athens, TN 37303** | - | | | | | | X | X | | **0.00** |
| Account No. 5122778 | | | | | | **Warranty** | | | | |
| **Alan Davis** **14407 N Century Dr** **Fountain Hills, AZ 85268** | - | | | | | | X | X | | **0.00** |

Sheet no. **45** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        **207.50**

In re   **Great Lakes Warranty Corporation**                    ,      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5078926** | | | | **Warranty** | | | | |
| **Alan Derr** **1004 Tulpehocken Road** **Richland, PA 17087** | - | | | | X | X | | 0.00 |
| Account No. **5077325** | | | | **Warranty** | | | | |
| **Alan Drew** **2945 Lischer Avenue** **Cincinnati, OH 45211** | - | | | | X | X | | 0.00 |
| Account No. **5113357** | | | | **Warranty** | | | | |
| **Alan Elayda** **620 Beverly Drive** **Summerville, SC 29485** | - | | | | X | X | | 0.00 |
| Account No. **5125716** | | | | **Warranty** | | | | |
| **Alan Fogle** **4404 Washington Avenue** **Erie, PA 16509** | - | | | | X | X | | 0.00 |
| Account No. **5087660** | | | | **Warranty** | | | | |
| **Alan G Schneiderreit** **555 Byron Road** **Warminster, PA 18974** | - | | | | X | X | | 0.00 |

Sheet no.**46**___ of **4906**_ sheets attached to Schedule of               Subtotal
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation**                    , Case No. _____

                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131095** | | | Warranty | | | | |
| **Alan Hallman**<br>**449 Luella St**<br>**Kutztown, PA 19530** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5055530** | | | Warranty | | | | |
| **Alan Handwerger**<br>**P.O. Box 32634**<br>**Baltimore, MD 21282** | - | | | | | | |
| | | | | | | | **531.99** |
| Account No. **5100747** | | | Warranty | | | | |
| **Alan Harris**<br>**535N 660 W**<br>**West Bountiful, UT 84087** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5118913** | | | Warranty | | | | |
| **Alan Hunsaker**<br>**311 Park Way Dr**<br>**Cary, IL 60013** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5088667** | | | Warranty | | | | |
| **Alan Itzkoff**<br>**80 Mercer Avenue  Apt 1**<br>**Plainfield, NJ 07060** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **47** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **531.99**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5115527 | | | | Warranty | | | | |
| Alan J Broyles 1230 Bowater Road Rock Hill, SC 29732 | - | | | | X | X | | 0.00 |
| Account No. 5114006 | | | | Warranty | | | | |
| Alan J Kuklinski 4121 W 32nd Street Erie, PA 16506 | - | | | | X | X | | 0.00 |
| Account No. 5122009 | | | | Warranty | | | | |
| Alan K Conner 1059 Burr Oak Blvd Nelsonville, OH 45764 | - | | | | X | X | | 0.00 |
| Account No. 5083854 | | | | Warranty | | | | |
| Alan Kacimi 117 South Walnut Avenue Arlington Heights, IL 60005 | - | | | | X | X | | 0.00 |
| Account No. 5122226 | | | | Warranty | | | | |
| Alan Nash 11243 N St Andrews Way Scottsdale, AZ 85254 | - | | | | | | | 94.07 |

Sheet no. **48** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

94.07

In re  **Great Lakes Warranty Corporation**                                              ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade | | | | |
| Alan Nash 11243 N. Saint Andrews Way Scottsdale, AZ 85254 | - | | | | | | | 2,283.08 |
| Account No. 5130259 | | | | Warranty | | | | |
| Alan Phillip Patrick 3900 E Sunset Rd  No 2068 Las Vegas, NV 89120 | - | | | | X | X | | 0.00 |
| Account No. 5108019 | | | | Warranty | | | | |
| Alan Pihera 318 Hayes Avenue Romeoville, IL 60446 | - | | | | X | X | | 0.00 |
| Account No. 5108687 | | | | Warranty | | | | |
| Alan R Frantik 3259 Balsiger Apollo, PA 15613 | - | | | | | | | 242.82 |
| Account No. 5109968 | | | | Warranty | | | | |
| Alan Raber 9325 Reeder Avenue Louisville, OH 44641 | - | | | | X | X | | 0.00 |

Sheet no. **49**___ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,525.90

In re    **Great Lakes Warranty Corporation**                                                    ,    Case No. _____

                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5098652** | | | | | Warranty | | | | |
| **Alan Runo** **7977 S Riverside Drive** **Aurora, OH 44202** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5093779 | | | | | Warranty | | | | |
| **Alan S Kraimer** **1951 Lasalle Way** **Marietta, GA 30062** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5071583 | | | | | Warranty | | | | |
| **Alan S Lunin** **4137 Derby Pl** **Oviedo, FL 32765** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5084866 | | | | | Warranty | | | | |
| **Alan Spagnol** **619 Chestnut St** **Donora, PA 15033** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5079037 | | | | | Warranty | | | | |
| **Alana  Hopkins Richey** **402 Blue Jasmine Lane** **Charleston, SC 29414** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**50**____ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**       ,     Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123104** | | | Warranty | | | | |
| **Alana Herrera 1003 Pruitt Dr Palos Verdes, CA 90278** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099858** | | | Warranty | | | | |
| **Alana Marie Sanders 10 Craven Avenue Charleston, SC 29407** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124213** | | | Warranty | | | | |
| **Alanna J Underwood 416 Reese Ave Lancaster, OH 43130** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5109687** | | | Warranty | | | | |
| **Albert  Brandt 316 Laurel Ave Lakewood, NJ 08701** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110848** | | | Warranty | | | | |
| **Albert  Sickman 2088 River Hill Road Monongahela, PA 15063** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**51**___ of **4906**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120074** | | | Warranty | | | | |
| **Albert A Borally**<br>**593 Dewitt Dr**<br>**Highland Heights, OH 44143** | - | | | X | X | | 0.00 |
| Account No. **5096508** | | | Warranty | | | | |
| **Albert A Boyce**<br>**8132 Cross Creek Ct**<br>**Memphis, TN 38125** | - | | | X | X | | 0.00 |
| Account No. **5111651** | | | Warranty | | | | |
| **Albert Arballo**<br>**2031 W Del Plata Lane**<br>**Yuma, AZ 85364** | - | | | X | X | | 0.00 |
| Account No. **5086150** | | | Warranty | | | | |
| **Albert C Wilson Jr**<br>**490 S Hollywood Street**<br>**Memphis, TN 38111** | - | | | X | X | | 0.00 |
| Account No. **5113629** | | | Warranty | | | | |
| **Albert Cherry**<br>**W821 E Elderberry Street**<br>**Edgar, WI 54426** | - | | | X | X | | 0.00 |

Sheet no. **52**___ of **4906**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                              ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099944** | | Warranty | | | | | | |
| **Albert D Briggs** **3623 Rhea Avenue** **Memphis, TN 38122** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105346** | | Warranty | | | | | | |
| **Albert D Stover** **144 Shady Lane** **Seneca, PA 16346** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123949** | | Warranty | | | | | | |
| **Albert D Waklatsi** **216 Worthington Pkwy** **Columbia, SC 29229** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118910** | | Warranty | | | | | | |
| **Albert Delgado** **701 W Grove Parkway  No3K** **Tempe, AZ 85283** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5076996** | | Warranty | | | | | | |
| **Albert Dibelka** **566 Merlot Place** **Chula Vista, CA 91913** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**53**___ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5088911** | | | Warranty | | | | |
| **Albert F Morabito**<br>**1015 Granite Drive**<br>**McDonald, PA 15057** | - | | | X | X | | 0.00 |
| Account No. 5115783 | | | Warranty | | | | |
| **Albert Fustasiu**<br>**158 Sequoia Drive**<br>**Coram, NY 11727** | - | | | X | X | | 0.00 |
| Account No. 5132586 | | | Warranty | | | | |
| **Albert Hepler**<br>**2285 Seipstown Road**<br>**Fogelsville, PA 18051** | - | | | X | X | | 0.00 |
| Account No. 5132454 | | | Warranty | | | | |
| **Albert Hickman**<br>**701 Pinchum Sly Road**<br>**Bishopville, SC 29010** | - | | | X | X | | 0.00 |
| Account No. 5126343 | | | Warranty | | | | |
| **Albert Hodnett**<br>**2275 Medina Avenue**<br>**Columbus, OH 43211** | - | | | X | X | | 0.00 |

Sheet no. **54** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,　　Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5105155** <br><br> **Albert Horner** <br> **247 US 250 E   Rt 1** <br> **Jeromesville, OH 44840** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5067004** <br><br> **Albert Huerta** <br> **PO Box 94** <br> **Eloy, AZ 85231** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5105962** <br><br> **Albert J Fleckenstein** <br> **109 Olive Street** <br> **Ansonia, OH 45303** | - | | | **Warranty** | | | | 157.45 |
| Account No. **5132065** <br><br> **Albert Miller Jr.** <br> **118 5th Street** <br> **Whitehall, PA 18052** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5086723** <br><br> **Albert Miramontes** <br> **123 First Street** <br> **Pittsburgh, PA 15225** | - | | | **Warranty** | X | X | | 0.00 |

Sheet no. **55** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　**157.45**

In re   **Great Lakes Warranty Corporation**                          ,       Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5088276** | | | | **Warranty** | | | | |
| **Albert Smith** **69 Sunset Road** **Mansfield, OH 44906** | - | | | | X | X | | **0.00** |
| Account No. **5106127** | | | | **Warranty** | | | | |
| **Albert W Ott Agency Inc** **746 Warrington Avenue** **Pittsburgh, PA 15210** | - | | | | X | X | | **0.00** |
| Account No. **5108179** | | | | **Warranty** | | | | |
| **Albert Zych** **1120 E Whitmore Road** **N Huntingdon, PA 15642** | - | | | | X | X | | **0.00** |
| Account No. **5129942** | | | | **Warranty** | | | | |
| **Alberta D Thompson** **50 Mount Vernon Dr** **Aliquippa, PA 15001** | - | | | | X | X | | **0.00** |
| Account No. **5072926** | | | | **Warranty** | | | | |
| **Alberta P Holtgraver** **246 Seasons Drive** **Wexford, PA 15090** | - | | | | X | X | | **0.00** |

Sheet no.**56** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal        **0.00**
                            (Total of this page)

In re  **Great Lakes Warranty Corporation**                              Case No. _____

                                                   ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126445** | | | | **Warranty** | | | | |
| **Alberta Volk** **303 Edgewood Drive** **Cabot, PA 16023** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105409** | | | | **Warranty** | | | | |
| **Alberto Calderon** **461 East Ontario** **Philadelphia, PA 19134** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126432** | | | | **Warranty** | | | | |
| **Alberto Cordoba** **232 N. Bruce #B** **Las Vegas, NV 89101** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102151** | | | | **Warranty** | | | | |
| **Alberto Cortez** **152 Wood Street** **Providence, RI 02905** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128711** | | | | **Warranty** | | | | |
| **Alberto Duranpreciado** **1010 North 31st Avenue #4** **Phoenix, AZ 85009** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **57**____ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5126636** | | | | Warranty | | | | |
| **Alberto Merino** **1017 Stone River Drive** **N. Las Vegas, NV 89030** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5067115** | | | | Warranty | | | | |
| **Alberto Ortega** **627 Brumfield Road** **Lancaster, OH 43130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123242** | | | | Warranty | | | | |
| **Aldrich Perry** **1419 Broadlands Dr** **Murfreesoboro, TN 37130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084449** | | | | Warranty | | | | |
| **Alecia Kendall** **101 Peter Cave Road** **Spencer, WV 25276** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132284** | | | | Warranty | | | | |
| **Alecia Kolar** **206 Walnut Manor Way** **Jonestown, PA 17038** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **58**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,                Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5125102** | | | | | **Warranty** | | | | |
| **Alecia Thomas PO Box 18 311 Allen Street Whitesboro, NJ 08262** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131481** | | | | | **Warranty** | | | | |
| **Aleecia Marie Sweat 7401 W Washington Ave  No 2096 Las Vegas, NV 89128** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5116193** | | | | | **Warranty** | | | | |
| **Aleida Simmons 1132 North Ninth Street Reading, PA 19604** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5085960** | | | | | **Warranty** | | | | |
| **Alejandro Baca Alvarez 1959 S Delaware Street Allentown, PA 18103** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5122410** | | | | | **Warranty** | | | | |
| **Alejandro Cervantes PO Box 162 Yuma, AZ 85366** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**59**____ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**               ,    Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099798** | | | - | Warranty | | | | |
| **Alejandro Ramirez III** **2711 Susquehanna Road** **Rosyln, PA 19001** | | | | | | | | **43.00** |
| Account No. **5131754** | | | - | Warranty | X | X | | |
| **Alejo De La Rosa** **800 Orquidea Avenue** **San Luis, AZ 85349** | | | | | | | | **0.00** |
| Account No. **5092275** | | | - | Warranty | | | | |
| **Aleksander Serebrov** **414 Avenue N  Apt C1** **Brooklyn, NY 11230** | | | | | | | | **803.00** |
| Account No. **5117313** | | | - | Warranty | X | X | | |
| **Aleksandr Lein** **5836 Spotswood Drive** **Cleveland, OH 44124** | | | | | | | | **0.00** |
| Account No. **5095976** | | | - | Warranty | X | X | | |
| **Aleksei Alendarov** **212 Taft Street** **Wind Gap, PA 18091** | | | | | | | | **0.00** |

Sheet no. **60** of **4906** sheets attached to Schedule of                   Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)         **846.00**

In re **Great Lakes Warranty Corporation**,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093621** | | | Warranty | | | | |
| **Ales Holcik**<br>**1406 Panglewood**<br>**Sicklerville, NJ 08081** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5122518 | | | Warranty | | | | |
| **Alesha R Derenzo**<br>**144 Winterbrook Dr**<br>**Cranberry Twp, PA 16066** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5125325 | | | Warranty | | | | |
| **Alessandro Fontana**<br>**9707 E. Mountain View 1403**<br>**Scottsdale, AZ 85238** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5105474 | | | Warranty | | | | |
| **Aleta K Rowe**<br>**533 Grand Street**<br>**Galion, OH 44833** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5086746 | | | Warranty | | | | |
| **Alex C Schwartz**<br>**229 Milo Street**<br>**Scottdale, PA 15683** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**61**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re  **Great Lakes Warranty Corporation**                                      ,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5123603 | | | | Warranty | | | | |
| Alex E  Navarrete 2852 S 31st Dr Yuma, AZ 85364 | - | | | | X | X | | 0.00 |
| Account No. 5097209 | | | | Warranty | | | | |
| Alex F LeGlise 203 30th Street  SW Canton, OH 44706 | - | | | | X | X | | 0.00 |
| Account No. 5089763 | | | | Warranty | | | | |
| Alex Friedman 131 Sunflower Circle Wappingers, NY 12590 | - | | | | | | | 808.60 |
| Account No. 5113666 | | | | Warranty | | | | |
| Alex Guizzetti 304 Freedom Court Newton Square, PA 19073 | - | | | | X | X | | 0.00 |
| Account No. 5094226 | | | | Warranty | | | | |
| Alex Kelly 241 Eagle Ridge Drive Valparaiso, IN 46385 | - | | | | | | | 392.10 |

Sheet no. **62**___ of **4906**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **1,200.70**

In re  **Great Lakes Warranty Corporation** ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5128781** | | | | **Warranty** | | | | |
| **Alex Loos** **10978 Mitchell Road** **Columbia Station, OH 44028** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073143** | | | | **Warranty** | | | | |
| **Alex Minkoff** **1308 Page Road** **Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5069960** | | | | **Warranty** | | | | |
| **Alex Morton** **432 East 10th Ave** **Munhall, PA 15120** | - | | | | | | | |
| | | | | | | | | 2,423.30 |
| Account No. **5109908** | | | | **Warranty** | | | | |
| **Alex Robles** **4128 Lawndale Street** **Philadelphia, PA 19124** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117182** | | | | **Warranty** | | | | |
| **Alex Rodriguez** **3407 Tyson Avenue** **Philadelphia, PA 19149** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**63**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,423.30

In re   **Great Lakes Warranty Corporation**                                    ,         Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125281** | | Warranty | | | | | | |
| **Alex Schlichting** **125 Outback Drive** **Hanover, PA 17331** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131294** | | Warranty | | | | | | |
| **Alex Sierra** **2540 Mountain Lane** **Allentown, PA 18103** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5072071** | | Warranty | | | | | | |
| **Alex Vallandry** **733 East 38th Avenue** **Spokane, WA 99203** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121401** | | Warranty | | | | | | |
| **Alexa L Beaver** **11 Foxglove Dr** **Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094706** | | Warranty | | | | | | |
| **Alexa Mercier** **5401 E Van Buren   no 1073** **Phoenix, AZ 85008** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **64**____ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                          ,      Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128810** | | Warranty | | | | | | |
| **Alexander Fleming III 648 Green Ridge Rd Glenmoore, PA 19343** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106243** | | Warranty | | | | | | |
| **Alexander Staley 1131 Oyster Mill Road Enola, PA 17025** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102538** | | Warranty | | | | | | |
| **Alexander Brigaman 3127 Asbury Road Erie, PA 16504** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117487** | | Warranty | | | | | | |
| **Alexander F Knight 314 Hedgerow Lane Doylestown, PA 18901** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089955** | | Warranty | | | | | | |
| **Alexander Fitzner 100 Mayfair Lane Oak Ridge, TN 37830** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**65**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **0.00**

In re    **Great Lakes Warranty Corporation**                                          ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5063046** | | | | **Warranty** | | | | |
| **Alexander Gilsrud**<br>**5 White Bear Avenue South**<br>**St. Paul, MN 55106** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128099** | | | | **Warranty** | | | | |
| **Alexander Gonzalez**<br>**2104 Baker Drive**<br>**Allentown, PA 18103** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111965** | | | | **Warranty** | | | | |
| **Alexander L Skinkis**<br>**3114 Northern Drive**<br>**South Park, PA 15129** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125042** | | | | **Warranty** | | | | |
| **Alexander Malcolm**<br>**8516 Roxbury Ct**<br>**Olmstead Falls, OH 44138** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131240** | | | | **Warranty** | | | | |
| **Alexander Marrow**<br>**113 Henderson Lane**<br>**Oak Ridge, TN 37830** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**66** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **0.00**

In re **Great Lakes Warranty Corporation**                                                    Case No. _____
_____,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5088759** | | **Warranty** | | | | | | |
| **Alexander Moore** **5 Sloan Court** **Columbia, SC 29223** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126296** | | **Warranty** | | | | | | |
| **Alexander Orlowski** **598 Trees Mills Road** **Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125793** | | **Warranty** | | | | | | |
| **Alexander Robert Wright** **3821 Soplo Avenue** **Pahrump, NV 89048** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098644** | | **Warranty** | | | | | | |
| **Alexander S King** **2300 Hideway** **Raleigh, NC 27613** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5080092** | | **Warranty** | | | | | | |
| **Alexander Smith** **5904 Sedberry Road** **Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **67** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**                 ,   Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5081504** | | | | Warranty | | | | |
| **Alexander Souponetsky** **213 Holly Drive** **King of Prussia, PA 19406** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121070** | | | | Warranty | | | | |
| **Alexander V Mahoney** **810 E Chestnut St** **Hegins, PA 17930** | - | | | | | | | |
| | | | | | | | | **744.20** |
| Account No. **5108817** | | | | Warranty | | | | |
| **Alexander W Masetti** **4015 Providence Court** **Schnecksville, PA 18078** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112321** | | | | Warranty | | | | |
| **Alexander Zelenaya** **10 Hillside Avenue  Apt 6T** **New York, NY 10040** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132647** | | | | Warranty | | | | |
| **Alexander Zuzzio** **657 Yardville Hamilton Square Road** **Hamilton, NJ 08691** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **68** ___ of **4906** __ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                Subtotal
          (Total of this page)      **744.20**

In re **Great Lakes Warranty Corporation** ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129045 | | | | Warranty | | | | |
| Alexandra Lenz 3150 E. Tropicana Ave Apt 323 Las Vegas, NV 89121 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5101577 | | | | Warranty | | | | |
| Alexandra Moise 419 E. Brown Street Trenton, NJ 08610 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109556 | | | | Warranty | | | | |
| Alexandria Schmidl 589 Herbertsville Road Brick, NJ 08701 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104497 | | | | Warranty | | | | |
| Alexandria D McCabe 104 Buhlmont Drive Sewickley, PA 15143 | - | | | | | | | |
| | | | | | | | | 313.00 |
| Account No. 5114193 | | | | Warranty | | | | |
| Alexandria I Montgomery 340 Pittsville Road Kennerdell, PA 16374 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **69** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **313.00**

In re **Great Lakes Warranty Corporation** ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5126663** | | | | | **Warranty** | | | | |
| **Alexandu Vizitiu** **228 Hazel Road** **Pittsburgh, PA 15235** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5128775** | | | | | **Warranty** | | | | |
| **Alexas Deily** **5337 Princeton Road** **Macungie, PA 18062** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5091679** | | | | | **Warranty** | | | | |
| **Alexis  Resto** **618 Washington Avenue** **W Deptford, NJ 08096** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5091004** | | | | | **Warranty** | | | | |
| **Alexis D Flores** **3225 E Baseline Drive  Apt 1036** **Gilbert, AZ 85234** | - | | | | | | | | |
| | | | | | | | | | **601.33** |
| Account No. **5078112** | | | | | **Warranty** | | | | |
| **Alexis M Metros** **16 Maple Street** **Dunbar, PA 15431** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **70**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **601.33**

In re   **Great Lakes Warranty Corporation**            ,   Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5117647**<br><br>**Alexis N Quinones**<br>**638 Elson Street**<br>**East Liverpool, OH 43920** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5130411**<br><br>**Alexis R Alleman**<br>**801 Chinquapin  No 507**<br>**Columbus, SC 29212** | - | | **Warranty** | | | | 237.80 |
| Account No. **5107368**<br><br>**Alexis Schieffelbein**<br>**62 Arlington Drive**<br>**Imperial, PA 15126** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5114468**<br><br>**Alexis Thompson**<br>**209 Willie Lane**<br>**Export, PA 15632** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5123490**<br><br>**Alexisz Kacamakisz**<br>**2020 E. Kerr Street  Apt J306**<br>**Springfield, MO 65803** | - | | **Warranty** | X | X | | 0.00 |

Sheet no.**71**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **237.80**

In re  **Great Lakes Warranty Corporation**                                        ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5086667** | | | | | Warranty | | | | |
| **Alexius J Taylor** **14301 Benwood Avenue** **Cleveland, Oh 44128** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5095230** | | | | | Warranty | | | | |
| **Alfiere Filice** **7558 Lakedge Court** **Hudson, OH 44236** | - | | | | | | | | |
| | | | | | | | | | 512.50 |
| Account No. **5110166** | | | | | Warranty | | | | |
| **Alfonso Villagomer** **10613 S Pearl Avenue** **Yuma, AZ 85364** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5127788** | | | | | Warranty | | | | |
| **Alfonzo Hernandez** **36 Mohawk  No 36** **Emporia, KS 66801** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5072046** | | | | | Warranty | | | | |
| **Alfred  Mullett** **8506 SW 11th Ave** **Portland, OR 97219** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**72**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

512.50

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5103700** | | | | **Warranty** | | | | |
| **Alfred A Flaim** **29 Summer Hill Road** **Schuylkill Haven, PA 17972** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111531** | | | | **Warranty** | | | | |
| **Alfred Adelmann Jr** **2405 Gettysburg Rd** **Camp Hill, PA 17011** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117531** | | | | **Warranty** | | | | |
| **Alfred Bernard Webb** **2506 Dallas Street** **Durham, NC 27707** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132448** | | | | **Warranty** | | | | |
| **Alfred Branim** **PO Box 5124** **Oneida, TN 37841** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120194** | | | | **Warranty** | | | | |
| **Alfred E Greaves** **49810 Greaves Rd** **Adena, OH 43901** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **73** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                     ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5115649** | | | | | Warranty | | | | |
| **Alfred F Colatosti** **201 E Vine Street** **Stowe, PA 19464** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5109708** | | | | | Warranty | | | | |
| **Alfred J Jurczak** **309 Hayman Road** **Uniontown, PA 15401** | | - | | | | | | | |
| | | | | | | | | | 285.56 |
| Account No. **5122711** | | | | | Warranty | | | | |
| **Alfred M Burgess** **4107 Grey Rd** **Memphis, TN 38108** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5113500** | | | | | Warranty | | | | |
| **Alfred M Mottley** **2837 Gruber Drive** **Memphis, TN 38127** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5073837** | | | | | Warranty | | | | |
| **Alfred March Moses** **215 W Council Street** **Bishopville, SC 29010** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **74** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal                                **285.56**

               (Total of this page)

In re   **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5091840** | | | Warranty | | | | |
| **Alfred O Terrant** **1935A Route 2029** **Monongahela, PA 15063** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5119680 | | | Warranty | | | | |
| **Alfred R Dover** **2782 Walters Court** **Export, PA 15632** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5126970 | | | Warranty | | | | |
| **Alfred Skele** **452 Delaware Avenue** **Penndel, PA 19047** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5119581 | | | Warranty | | | | |
| **Alfred Smith** **870 Jenny Lind St  19D** **N Charleston, SC 29406** | - | | | | | | |
| | | | | | | | 451.00 |
| Account No. 5080874 | | | Warranty | | | | |
| **Alfred T Boswell Jr** **115 Huntcrest Court** **Clarksville, TN 37043** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**75**___ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          451.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5117226** | | | | | **Warranty** | | | | |
| **Alfred Talbott** **206 25th Street** **Canton, OH 44707** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5104691** | | | | | **Warranty** | | | | |
| **Alfred Wells** **1976 Mineral Road** **New Marshfield, OH 45766** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5112915** | | | | | **Warranty** | | | | |
| **Alfredo Cabale** **5033 Torrey Hills Lane** **Lutz, FL 33558** | - | | | | | | | | |
| | | | | | | | | | 446.30 |
| Account No. **5075704** | | | | | **Warranty** | | | | |
| **Alfredo Dolgetta** **235 Prospect Ave** **Hackensack, NJ 07601** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5112302** | | | | | **Warranty** | | | | |
| **Alfredo J Barrajas** **260 W 21st Street** **Yuma, AZ 85364** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **76** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 446.30

In re  **Great Lakes Warranty Corporation**                    , Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5112167 | | | | | Warranty | | | | |
| Alfredo Pacheco Meza 11835 S Sheryl Drive Yuma, AZ 85364 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5110059 | | | | | Warranty | | | | |
| Alfredo Zepeda 3614 San Pascual Avenue Las Vegas, NV 89115 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5064149 | | | | | Warranty | | | | |
| Ali Khokhar 4700 Old Lakeport Road Sioux City, LA 51106 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5113087 | | | | | Warranty | | | | |
| Ali M Zaghab 7522 Cherry Tree Dr Fulton, MD 20759 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5105446 | | | | | Warranty | | | | |
| Ali McCain 4701 Dakota Avenue Nashville, TN 37209 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **77** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **5101436** | | | | | | **Warranty** | | | | |
| **Ali Nasser** **PO Box 4186** **Dearborn, MI 48126** | - | | | | | | | | | **848.44** |
| Account No. **5087232** | | | | | | **Warranty** | | | | |
| **Ali Othman** **5422 West Pontiac Drive** **Glendale, AZ 85308** | - | | | | | | X | X | | **0.00** |
| Account No. **5070020** | | | | | | **Warranty** | | | | |
| **Alice Chester** **2933 Route 350** **Walworth, NY 14568** | - | | | | | | X | X | | **0.00** |
| Account No. **5131194** | | | | | | **Warranty** | | | | |
| **Alice Cooper** **207 Cloud Lane** **Palmyra, PA 17078** | - | | | | | | X | X | | **0.00** |
| Account No. **5132622** | | | | | | **Warranty** | | | | |
| **Alice Hill** **5050 Cliff Rock Drive** **Zanesville, OH 43701** | - | | | | | | X | X | | **0.00** |

Sheet no. **78** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **848.44**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5064367** | | | **Warranty** | | | | |
| **Alice Mangol** **426 Fleming Rd** **Sarver, PA 16055** | | - | | X | X | | 0.00 |
| Account No. **5087780** | | | **Warranty** | | | | |
| **Alice R Farris** **1115 Fox Hill Drive  Apt 312** **Monroeville, PA 15146** | | - | | X | X | | 0.00 |
| Account No. **5115326** | | | **Warranty** | | | | |
| **Alice Weston** **128 Perry Drive** **Canton, OH 44708** | | - | | X | X | | 0.00 |
| Account No. **5119235** | | | **Warranty** | | | | |
| **Alicia  Keen** **1449 Rachel St  Apt 59** **Canton, OH 44709** | | - | | X | X | | 0.00 |
| Account No. **5101470** | | | **Warranty** | | | | |
| **Alicia  King** **2102 Benson Dr** **Dayton, OH 45406** | | - | | X | X | | 0.00 |

Sheet no.**79**___ of **4906**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re **Great Lakes Warranty Corporation**
_____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131779** | | | | Warranty | | | | |
| Alicia A Walker 305 Liberty St Erie, PA 16507 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112891** | | | | Warranty | | | | |
| Alicia E Williams 26 Saddlebrook N Wales, PA 19454 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5072877** | | | | Warranty | | | | |
| Alicia F Hobbs 1133 Camp Nancy Road Apollo, PA 15613 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092487** | | | | Warranty | | | | |
| Alicia L Scott 4815 Cedar Avenue Philadelphia, PA 19143 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101005** | | | | Warranty | | | | |
| Alicia M Haskin 129 Hollywood Avenue Youngstown, OH 44512 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**80**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127228** | | | | **Warranty** | | | | |
| **Alicia McFall** **477 Camden Ave** **Youngstown, OH 44505** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5072189** | | | | **Warranty** | | | | |
| **Alicia Plonska** **2 Roslyn Court** **Marlton, NJ 08053** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112340** | | | | **Warranty** | | | | |
| **Alicia Rauso** **109 Oakwood Drive** **Clairton, PA 15025** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5073595** | | | | **Warranty** | | | | |
| **Alicia Taylor** **2653 Creekwood Circle** **Dayton, OH 45439** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128773** | | | | **Warranty** | | | | |
| **Alicia Worthey** **913 Masslich Street** **Bethlehem, PA 18018** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **81** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                 **0.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5113888** | | | | **Warranty** | | | | |
| **Alicia Young** **102 W High Street** **Carlisle, PA 17013** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5076496** | | | | **Warranty** | | | | |
| **Alina P Velasquez** **705 Birchwood Drive** **Newark, DE 19713** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5075316** | | | | **Warranty** | | | | |
| **Aline C Kilgore** **1504 Parkins Mill Road** **Greenville, SC 29007** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5064265** | | | | **Warranty** | | | | |
| **Alisa Anderson** **1200 Linden St** **Reading, PA 19604** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114222** | | | | **Warranty** | | | | |
| **Alisa Lukacena** **1231 Township Road 213** **Bloomingdale, OH 43910** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **82** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re  **Great Lakes Warranty Corporation**                                      Case No. _____
                                                                    ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5110121** | | | | **Warranty** | | | | |
| **Alisa Vodzak** **3282 Eastview Drive** **Bethel Park, PA 15102** | - | | | | X | X | | **0.00** |
| Account No. **5130811** | | | | **Warranty** | | | | |
| **Alisha Thompson** **4721 Unicoi Drive** **Unicoi, TN 37692** | - | | | | X | X | | **0.00** |
| Account No. **5072168** | | | | **Warranty** | | | | |
| **Alisia Brochey** **1315 West 25th Street** **Erie, PA 16502** | - | | | | X | X | | **0.00** |
| Account No. **5057242** | | | | **Warranty** | | | | |
| **Alison Kekic** **359 Brad Dr** **Brunswick, OH 44212** | - | | | | | | | **273.51** |
| Account No. **5094289** | | | | **Warranty** | | | | |
| **Alison Kittrell** **9804 Martha Knight** **Knoxville, TN 37932** | - | | | | X | X | | **0.00** |

Sheet no.**83** of **4906** sheets attached to Schedule of          Subtotal          **273.51**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5129928** | | | | **Warranty** | | | | |
| **Alison Shoemaker** **7220 Harmony Grove Road** **Dover, PA 17315** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5083167** | | | | **Warranty** | | | | |
| **Alison W Scott** **2328 Kewanna Lane** **Beavercreeek, OH 45434** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117003** | | | | **Warranty** | | | | |
| **Alissa K Smith** **1076 General George Patton** **Nashville, TN 37221** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119385** | | | | **Warranty** | | | | |
| **Alissa Sechrist** **8631 Knauf Rd** **Canfield, OH 44406** | | - | | | | | | |
| | | | | | | | | **888.05** |
| Account No. **5131287** | | | | **Warranty** | | | | |
| **Aliza Clark** **209 Amber Road** **Everett, PA 15537** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**84** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**888.05**

In re **Great Lakes Warranty Corporation**                          , Case No. _____

                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5088521** | | | | | **Warranty** | | | | |
| **Alla Azvalinsky**<br>**759 Edden Court**<br>**Southampton, PA 18966** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. 5101513 | | | | | **Warranty** | | | | |
| **Alla Kupriyan**<br>**9 Craft Drive**<br>**Fountainville, PA 18923** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. 5123932 | | | | | **Warranty** | | | | |
| **Alla Mazur**<br>**186 Applegate Lane**<br>**East Brunswick, NJ 08816** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. 5102635 | | | | | **Warranty** | | | | |
| **Allan Braught**<br>**2432 E. Main Street  C-1**<br>**Mesa, AZ 85213** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. 5108978 | | | | | **Warranty** | | | | |
| **Allan Chambers**<br>**4821 Cannon Circle**<br>**Las Vegas, NV 89108** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**85**____ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re   **Great Lakes Warranty Corporation**              ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 5131927 | | | | Warranty | | | | |
| Allan Kempf 33 West Smiley Shelby, OH 44875 | - | | | | X | X | | 0.00 |
| Account No. 5097852 | | | | Warranty | | | | |
| Allan L Baron 1715 Green Valley Rd Havertown, PA 19083 | - | | | | X | X | | 0.00 |
| Account No. 5132048 | | | | Warranty | | | | |
| Allan Lampkin 1520 West 14th Street Pine Bluff, AR 71603 | - | | | | X | X | | 0.00 |
| Account No. 5098615 | | | | Warranty | | | | |
| Allan Pohlman 1030 Patton Lane North  Liberty, IA 52317 | - | | | | X | X | | 0.00 |
| Account No. 5086289 | | | | Warranty | | | | |
| Allan Shaw 1 Golf View Drive Quarryville, PA 17566 | - | | | | X | X | | 0.00 |

Sheet no. **86**___ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5074435** | | | | Warranty | | | | |
| **Allan Simons** **367 Unionville Road** **Rochester, PA 15074** | - | | | | X | X | | 0.00 |
| Account No. **5130047** | | | | Warranty | | | | |
| **Allan Withem** **11045 Hooper Ridge Road** **Glouster, OH 45732** | - | | | | X | X | | 0.00 |
| Account No. | | | | Trade | | | | |
| **Alldata** **9650 W. Tarron Drive** **Suite 100** **Elk Grove, CA 95757** | - | | | | | | | 432.76 |
| Account No. | | | | Trade | | | | |
| **Allegheny Power** **800 Cabin Hill Drive** **Greensburg, PA 15606-2222** | - | | | | | | | 1,053.63 |
| Account No. **5127656** | | | | Warranty | | | | |
| **Allen Ankrom** **1450 N. Columbus Street** **Lancaster, OH 43130** | - | | | | X | X | | 0.00 |

Sheet no. **87** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) ......... 1,486.39

In re    **Great Lakes Warranty Corporation**                                   ,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5120059 | | | | Warranty | | | | |
| Allen B Flowers Jr 440 Touvelle St Lot 13 Celina, OH 45822 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099594 | | | | Warranty | | | | |
| Allen Braught 7135 E Gary Street Mesa, AZ 85207 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093798 | | | | Warranty | | | | |
| Allen Dean 425 Rowland Rd W Wolley, WA 98284 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103625 | | | | Warranty | | | | |
| Allen Dowling Sr. 8013 Green Valley Ct Southaven, MS 38671 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5097537 | | | | Warranty | | | | |
| Allen E Walls 914 Lakeshore Road 107 RR3 Essex Ontario, CD N8M2X7 CANADA | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**88** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation**          Case No. _____

                                         ,
                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5112527 | | | | | Warranty | | | | |
| Allen Faulkner 13511 Fairway Loop S Goodyear, AZ 85395 | - | | | | | X | X | | 0.00 |
| Account No. 5104397 | | | | | Warranty | | | | |
| Allen Jenkins 3845 Ridgemont Avenue Memphis, TN 38123 | - | | | | | X | X | | 0.00 |
| Account No. 5090317 | | | | | Warranty | | | | |
| Allen K Hecker 630 Meadowlake Road Painesville, OH 44077 | - | | | | | X | X | | 0.00 |
| Account No. 5116932 | | | | | Warranty | | | | |
| Allen L Jeffries 8256 El Dorado Drive Pensacola, FL 32506 | - | | | | | | | | 4,452.50 |
| Account No. 5117236 | | | | | Warranty | | | | |
| Allen L Zeigler 3176 Fox Lake Road New Marshfield, OH 45766 | - | | | | | X | X | | 0.00 |

Sheet no. **89** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **4,452.50**

In re   **Great Lakes Warranty Corporation**                        ,      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123010** | | | | **Warranty** | | | | |
| **Allen M Clark Jr** **2120 2nd St** **S Connellsville, PA 15425** | - | | | | X | X | | **0.00** |
| Account No. **5090643** | | | | **Warranty** | | | | |
| **Allen Margolin** **309 Welsh Road** **Huntingdon Valley, PA 19006** | - | | | | | | | **248.60** |
| Account No. **5091693** | | | | **Warranty** | | | | |
| **Allen Marsh** **321 Avon Street** **Philadelphia, PA 19116** | - | | | | X | X | | **0.00** |
| Account No. **5118283** | | | | **Warranty** | | | | |
| **Allen Peetz** **108 North Sheehan** **White Haven, PA 18661** | - | | | | X | X | | **0.00** |
| Account No. **5122933** | | | | **Warranty** | | | | |
| **Allen R Kelmer** **57 Woodstone Dr** **Voorhes, NJ 08043** | - | | | | X | X | | **0.00** |

Sheet no. **90** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal           **248.60**
(Total of this page)

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5112274** | | | | Warranty | | | | |
| **Allen Redding** **5178 Chestnut Grove Road** **Spring Grove, PA 17362** | - | | | | X | X | | 0.00 |
| Account No. **5127645** | | | | Warranty | | | | |
| **Allen Wootchie Sr.** **106 Shields Lane Box 442** **Adena, OH 43901** | - | | | | X | X | | 0.00 |
| Account No. **5120165** | | | | Warranty | | | | |
| **Allena J Morris** **1420 Devereaux Ave** **Philadelphia, PA 19149** | - | | | | X | X | | 0.00 |
| Account No. **5065423** | | | | Warranty | | | | |
| **Allied Corporation** **466 East Pittsburgh Street** **Greensburg, PA 15601** | - | | | | X | X | | 0.00 |
| Account No. | | | | Trade | | | | |
| **Allied Waste Services** **73 W. Noblestown Road** **Carnegie, PA 15106-1668** | - | | | | | | | 165.46 |

Sheet no.**91**____ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  165.46

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130368** | | | **Warranty** | | | | |
| **Allison  Duval**<br>**36 N Church**<br>**Doylestown, PA 18901** | - | | | X | X | | 0.00 |
| Account No. **5127426** | | | **Warranty** | | | | |
| **Allison Alford**<br>**256 Two Pond Loop**<br>**Ladson, SC 29456** | - | | | X | X | | 0.00 |
| Account No. **5088690** | | | **Warranty** | | | | |
| **Allison B Walker**<br>**129 Fourth Street  Apt 3A**<br>**Pennsburg, PA 18073** | - | | | X | X | | 0.00 |
| Account No. **5125881** | | | **Warranty** | | | | |
| **Allison Becker**<br>**8 W. Wilde Ave.**<br>**Villas, NJ 08251** | - | | | X | X | | 0.00 |
| Account No. **5125125** | | | **Warranty** | | | | |
| **Allison Brignola**<br>**1350 B W. Wyomissing Blvd**<br>**West Lawn, PA 19609** | - | | | | | | 190.50 |

Sheet no. **92** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

190.50

In re    **Great Lakes Warranty Corporation**                              ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5124206** | | | | **Warranty** | | | | |
| **Allison C  Painter** **2154 Foster Circle** **Cookeville, TN 38501** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5068197** | | | | **Warranty** | | | | |
| **Allison DeMarse** **575 Madison Avenue SE Apt #3** **Grand Rapids, MI 49503** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5076543** | | | | **Warranty** | | | | |
| **Allison K Flexer** **4505 Harding Road  Apt #113** **Nashville, TN 37205** | - | | | | | | | |
| | | | | | | | | **860.09** |
| Account No. **5091357** | | | | **Warranty** | | | | |
| **Allison Kae Miller** **687 Cliffside Drive** **Clarkdale, AZ 86324** | - | | | | | | | |
| | | | | | | | | **966.17** |
| Account No. **5124187** | | | | **Warranty** | | | | |
| **Allison L Keller** **1935 Centerport Rd** **Mohrsville, PA 19541** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**93**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,826.26**

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5116635** | | | Warranty | | | | |
| Allison M Clanton 115 Hipkins Road West Grove, PA 19390 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5098509** | | | Warranty | | | | |
| Allison M Williams 38141 Carpenter Hill Road Rutland, OH 45775 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088095** | | | Warranty | | | | |
| Allison Smith 1334 Newton Avenue SE Atlanta, GA 30316 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5060055** | | | Warranty | | | | |
| Allison Wood 2659 Apollo Cir Birmingham, AL 35226 | - | | | | | | |
| | | | | | | | 85.64 |
| Account No. **5112454** | | | Warranty | | | | |
| Allstate Contractors 219 Cemetery Road Canal Winchester, OH 43110 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **94** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        85.64

In re **Great Lakes Warranty Corporation** ,　　　Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5113951 | | | | Warranty | | | | |
| Allysa J Sparrow 343 Ohiopyle Drive Pittsburgh, PA 15239 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5066069 | | | | Warranty | | | | |
| Allyson Ward 20100 North Cove Road Cornelius, NC 28031 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100438 | | | | Warranty | | | | |
| Allyssa L Harris 133 17th Street NW Apt 6 Canton, OH 44703 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132452 | | | | Warranty | | | | |
| Alma Cisneros-Defrutos 1216 Church Street Reading, PA 19601 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5095155 | | | | Warranty | | | | |
| Alma F Holder 1102 W Market Street Orrville, OH 44667 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **95** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100180** | | | | **Warranty** | | | | |
| **Alma Hernandez** **11030 W Dana Lane** **Avondale, AZ 85323** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132767** | | | | **Warranty** | | | | |
| **Alma Hill** **215 Luke Allen Drive** **Moore, SC 29369** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106956** | | | | **Warranty** | | | | |
| **Alma Irene Kolm** **10859 Washington Street** **Chagrin Falls, OH 44023** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129168** | | | | **Warranty** | | | | |
| **Alma Jamison** **221 South Torrey Pines** **Las Vegas, NV 89107** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090323** | | | | **Warranty** | | | | |
| **Almeda C Luster** **1372 Highway 51 North** **Covington, TN 38019** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **96** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
      **0.00**

In re **Great Lakes Warranty Corporation**                                    ,        Case No. _____
_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5098076 | | | | Warranty | | | | |
| Almeda Jeffries 3666 Bison Street Memphis, TN 38103 | - | | | | X | X | | 0.00 |
| Account No. 5082356 | | | | Warranty | | | | |
| Alnisa I Sherman 268 S Center Street  Apt $E Orange, NJ 07050 | - | | | | | | | 320.77 |
| Account No. 5125237 | | | | Warranty | | | | |
| Alnisa Muhammad 9530 Feldbank Drive Charlotte, NC 28216 | - | | | | | | | 783.99 |
| Account No. 5115866 | | | | Warranty | | | | |
| Alonda P Blakney 2182 Elmore Square  #292 Pittsburgh, PA 15219 | - | | | | X | X | | 0.00 |
| Account No. 5089710 | | | | Warranty | | | | |
| Alovett J King 43 Lexington Circle Marlton, NJ 08053 | - | | | | X | X | | 0.00 |

Sheet no. **97** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,104.76

In re  **Great Lakes Warranty Corporation** ,  Case No. _____

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123202** | | | | Warranty | | | | |
| **Aloysius Jones** **14 Fords Court** **Columbia, SC 29229** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110493** | | | | Warranty | | | | |
| **Alpha Packaging** **589 Center Port Road** **Centerport, PA 19516** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095635** | | | | Warranty | | | | |
| **Alphonse N Dobruk** **2415 Gunnison Road** **Erie, PA 16509** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115624** | | | | Warranty | | | | |
| **Alphonso C Vanlow** **4 Sheffield Avenue** **Bay Shore, NY 11706** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111050** | | | | Warranty | | | | |
| **Althea E Jones Lewis** **114 Forestview Circle** **Columbia, SC 29212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **98**___ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

           Subtotal
           (Total of this page)          **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127074** | | | | **Warranty** | | | | |
| **Alton Brown** **684 Mosswood Lane** **Spartanburg, SC 29301** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124001** | | | | **Warranty** | | | | |
| **Alton Cox** **2383 N. Broadridge Rd** **Lumberton, NC 28358** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5081652** | | | | **Warranty** | | | | |
| **Alton W Kelley** **8 Public Square** **Columbia, TN 38401** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092086** | | | | **Warranty** | | | | |
| **Alvaro F Garcia** **1147 Bexley Street** **Charleston, SC 29405** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100583** | | | | **Warranty** | | | | |
| **Alvey R Peve** **650 Davidson Rd** **Drummonds, TN 38023** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**99**___ of **4906**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5063533** | | | Warranty | | | | |
| **Alvin Barone** **320 Fort Duquesne Blvd  Apt 9-H** **Pittsburgh, PA 15222** | - | | | X | X | | 0.00 |
| Account No. **5132395** | | | Warranty | | | | |
| **Alvin Green** **4108 Mount Oliver Road** **Kalamazoo, MI 49004** | - | | | X | X | | 0.00 |
| Account No. **5102514** | | | Warranty | | | | |
| **Alvin Johnson** **2500 Knights Road  Apt 8701** **Bensalem, PA 19020** | - | | | X | X | | 0.00 |
| Account No. **5126443** | | | Warranty | | | | |
| **Alvin Powell** **617 N 6th Street** **Clairton, PA 15025** | - | | | X | X | | 0.00 |
| Account No. **5090112** | | | Warranty | | | | |
| **Alvin Recla** **13829 North 111th Avenue** **Sun City, AZ 85351** | - | | | X | X | | 0.00 |

Sheet no.**100__** of **4906__** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

In re   **Great Lakes Warranty Corporation**                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5114899** | | | Warranty | | | | |
| **Alvin Steinberg**<br>**7480 E Fifth Avenue**<br>**Denver, CO 80230** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5127292** | | | Warranty | | | | |
| **Alvin Thomas**<br>**1421 Edwards Rd**<br>**Russellville, KY 42276** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5098062** | | | Warranty | | | | |
| **Alvin Turner**<br>**10784 N Turey Lane**<br>**Oro Valley, AZ 85737** | - | | | | | | |
| | | | | | | | **1,309.61** |
| Account No. **5064152** | | | Warranty | | | | |
| **Alvin Wells**<br>**5520 Queen Ann Way**<br>**Painesville, OH 44077** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5113479** | | | Warranty | | | | |
| **Alwin Guittard**<br>**2344 W Barwick Dr**<br>**Phoenix, AZ 85085** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **101** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **1,309.61**

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5085699** | | | Warranty | | | | |
| **Alycia M Kyker**<br>**208 Adrona Lane**<br>**Dandridge, TN 37725** | - | | | X | X | | 0.00 |
| Account No. **5095698** | | | Warranty | | | | |
| **Alycia N White**<br>**3317 Pagett Rd**<br>**Columbia, SC 29209** | - | | | X | X | | 0.00 |
| Account No. **5093285** | | | Warranty | | | | |
| **Alycia R Angstadt**<br>**5 Tanner Street  PO Box 28**<br>**Mount Aetna, PA 19544** | - | | | | | | 253.83 |
| Account No. **5063764** | | | Warranty | | | | |
| **Alyne Q Massey**<br>**4431 Tyne Boulevard**<br>**Nashville, TN 37215** | - | | | X | X | | 0.00 |
| Account No. **5068782** | | | Warranty | | | | |
| **Alyse Karasik**<br>**193 W 5th St**<br>**Howell, NJ 07731** | - | | | X | X | | 0.00 |

Sheet no.**102** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

253.83

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5124345 | | | | Warranty | | | | |
| Alyssa A Kurtz 1336 Rt 30 Laughlintown, PA 15655 | - | | | | X | X | | 0.00 |
| Account No. 5105375 | | | | Warranty | | | | |
| Alyssa Anema 650 W Bridge Street Apt 3 Morrisville, PA 19067 | - | | | | | | | 294.68 |
| Account No. 5108756 | | | | Warranty | | | | |
| Alyssa K Grubbs 2115 State Route 603 Ashland, OH 44805 | - | | | | X | X | | 0.00 |
| Account No. 5099832 | | | | Warranty | | | | |
| Alyssa McCracken 6 Clarendan Shores Drive Beaufort, SC 29906 | - | | | | X | X | | 0.00 |
| Account No. 5131732 | | | | Warranty | | | | |
| Alyssa Reese 114 Aevial Drive Deptford, NJ 08096 | - | | | | X | X | | 0.00 |

Sheet no.**103**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

294.68

In re **Great Lakes Warranty Corporation** Case No. _____

                                                    ,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5087312** | | | | **Warranty** | | | | |
| **Ama Williams** **38141 Carpenter Hill Road** **Rutland, Oh 45775** | - | | | | X | X | | 0.00 |
| Account No. **5099540** | | | | **Warranty** | | | | |
| **Amado Collazo** **2809 Benson Street** **Camden, NJ 08105** | - | | | | X | X | | 0.00 |
| Account No. **5110722** | | | | **Warranty** | | | | |
| **Amalia Salgado** **3837 Gulliver Street** **Las Vegas, NV 89115** | - | | | | X | X | | 0.00 |
| Account No. **5089167** | | | | **Warranty** | | | | |
| **Amalie Prince** **3545 Demington Road** **Columbus, OH 43232** | - | | | | X | X | | 0.00 |
| Account No. **5128372** | | | | **Warranty** | | | | |
| **Amalita  DelaCruz** **8324 West Charleston Blvd  No 2060** **Las Vegas, NV 89117** | - | | | | X | X | | 0.00 |

Sheet no.**104** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5117746 | | | | Warranty | | | | |
| Amanda Brooks 511 Race Street Apt B Connellsville, PA 15425 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5083654 | | | | Warranty | | | | |
| Amanda Cox 4807 Cougar Dr Dennison, OH 44621 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106030 | | | | Warranty | | | | |
| Amanda Fletcher 818 W Westwood No 229 Mesa, AZ 85210 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106580 | | | | Warranty | | | | |
| Amanda Love 4075 Gunbarrel Rd Rushville, OH 43150 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5101298 | | | | Warranty | | | | |
| Amanda Price 13 Walnut Street Reading, PA 19607 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **105** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5101152 | | | | | Warranty | | | | |
| Amanda Stripe 305 Ludlow Rd Bellefontaine, OH 43311 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5076380 | | | | | Warranty | | | | |
| Amanda Walker 12918 NE 122nd Lane Apt K300 Kirkland, WA 98034 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5122951 | | | | | Warranty | | | | |
| Amanda Winfree 420 Plantation Blvd Lebanon, TN 37087 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5087588 | | | | | Warranty | | | | |
| Amanda B Reed 1803 Seventh Avenue Apt A3 Brockway, PA 15824 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5127424 | | | | | Warranty | | | | |
| Amanda Burns 507 Center Street Carnegie, PA 15106 | - | | | | | | | | |
| | | | | | | | | | 125.00 |

Sheet no. **106** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                 125.00

In re   **Great Lakes Warranty Corporation**          ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126791**<br><br>**Amanda Carpenter**<br>**802 W. Livingston Avenue**<br>**Crestline, OH 44827** | - | | **Warranty** | X | X | | <br><br>**0.00** |
| Account No. **5087953**<br><br>**Amanda Cibelli**<br>**84 Olympia Lane**<br>**Sicklerville, NJ 08081** | - | | **Warranty** | X | X | | <br><br>**0.00** |
| Account No. **5084096**<br><br>**Amanda D Hesse**<br>**4419 N. 9th Street**<br>**Philadelphia, PA 19140** | - | | **Warranty** | | | | <br><br>**195.99** |
| Account No. **5097711**<br><br>**Amanda D Reilly**<br>**1732 Sydney Terrace**<br>**Mount Juliet, TN 37122** | - | | **Warranty** | X | X | | <br><br>**0.00** |
| Account No. **5108918**<br><br>**Amanda E Plummer**<br>**2825 Maplewood Avenue**<br>**Springfield, OH 45505** | - | | **Warranty** | X | X | | <br><br>**0.00** |

Sheet no. **107** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **195.99**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5106069** | | | | | **Warranty** | | | | |
| **Amanda E Valkanas 305 Caldwell Avenue Wilmerding, PA 15148** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5068835** | | | | | **Warranty** | | | | |
| **Amanda Etherton 1112 Evans Lane Dandridge, TN 37725** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5101836** | | | | | **Warranty** | | | | |
| **Amanda Fonner 1704 3rd Street Moundsville, WV 26041** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5106008** | | | | | **Warranty** | | | | |
| **Amanda Gutierrez 831 Pinzon Street NW Los Lonas, NM 87031** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5097304** | | | | | **Warranty** | | | | |
| **Amanda Hall 450 Springs Avenue Lawrenceburg, TN 38464** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**108**___ of **4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                   Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5114366 | | | | | Warranty | | | | |
| Amanda Ham 4000 Cherish Hope Court LaVergne, TN 37086 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5097097 | | | | | Warranty | | | | |
| Amanda Harling 1214 Mt Vernon Church Road White Rock, SC 29177 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5126216 | | | | | Warranty | | | | |
| Amanda Insley 7990 Bristol Bang Ct. Dublin, OH 43016 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5112155 | | | | | Warranty | | | | |
| Amanda J Campbell 301 North Royal Oaks Boulevard Franklin, TN 37067 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5086850 | | | | | Warranty | | | | |
| Amanda J Clark 3042 Bauer Circle Massillon, OH 44646 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **109** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5123239 | | | | Warranty | | | | |
| Amanda J Mangol 688 Bagdad Rd Leechburg, PA 15656 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5083276 | | | | Warranty | | | | |
| Amanda J Tomczak 9743 Wattsburg Road Erie, PA 16509 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087972 | | | | Warranty | | | | |
| Amanda K Brooks 233 St Mathews Lane Spartanburg, SC 29301 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5075292 | | | | Warranty | | | | |
| Amanda K Jeffries 916 North Elm Street Coldwater, OH 45828 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126263 | | | | Warranty | | | | |
| Amanda Kane Cluley 225 E. Frederick Street Lancaster, PA 17602 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**110** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**         Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124089** | | | | **Warranty** | | | | |
| **Amanda Keefer 1355 Mount Avenue Verona, PA 15147** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113559** | | | | **Warranty** | | | | |
| **Amanda L Berry 523 Delmont Avenue Pittsburgh, PA 15210** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087948** | | | | **Warranty** | | | | |
| **Amanda L Clark 798 Yellow Breeches Cosby, TN 37722** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5082309** | | | | **Warranty** | | | | |
| **Amanda L Cribbs 898 McClelland Street Monaca, PA 15061** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5084895** | | | | **Warranty** | | | | |
| **Amanda L Dean 758 Northwood Drive Batesville, MS 38606** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **111** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation** ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097569** | | | Warranty | | | | |
| **Amanda L Etheridge** **412 Wilson Drive** **McComb, MS 39648** | - | | | X | X | | 0.00 |
| Account No. 5110536 | | | Warranty | | | | |
| **Amanda L Kendall** **204 Fairmont Street** **McDonald, PA 15057** | - | | | X | X | | 0.00 |
| Account No. 5095079 | | | Warranty | | | | |
| **Amanda L Labs** **2510 Old Bethlehem Park** **Sellersville, PA 18960** | - | | | X | X | | 0.00 |
| Account No. 5108391 | | | Warranty | | | | |
| **Amanda L McQuillis** **400 Woodland Road** **N Versailles, PA 15137** | - | | | X | X | | 0.00 |
| Account No. 5114248 | | | Warranty | | | | |
| **Amanda L Miller** **310 Prospect Street** **Lancaster, PA 17603** | - | | | X | X | | 0.00 |

Sheet no. **112** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                    ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5098051 | | | | Warranty | | | | |
| Amanda L Murberger 147 Aylesboro Avenue Boardman, OH 44512 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127433 | | | | Warranty | | | | |
| Amanda L Rouse 1117 Faust St Pittsburgh, PA 15204 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129128 | | | | Warranty | | | | |
| Amanda Lee Hostetler 182 Annabeth Road Acme, PA 15610 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120680 | | | | Warranty | | | | |
| Amanda Lindler Matthews 9 N Oak Ct Columbia, SC 29212 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112673 | | | | Warranty | | | | |
| Amanda M Elson 855 North Park Road Reading, PA 19610 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 113 of 4906 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                               0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5091404** | | | | **Warranty** | | | | |
| **Amanda M Mattern** **309 County Road 12** **Adena, OH 43901** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085909** | | | | **Warranty** | | | | |
| **Amanda M Swift** **5871 Paint Creek Way** **Hilliard, OH 46306** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111569** | | | | **Warranty** | | | | |
| **Amanda McLoone** **3523 S Peden Court** **Chandler, AZ 85248** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094586** | | | | **Warranty** | | | | |
| **Amanda Neffield** **1409 S Revere** **Mesa, AZ 85210** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5081746** | | | | **Warranty** | | | | |
| **Amanda Omartian** **110 Summit Ridge Court** **Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**114__** of **4906_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5131605** | | | | | Warranty | | | | |
| **Amanda Partlow** **212 North Pearl Street** **Crestline, OH 44027** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5088122** | | | | | Warranty | | | | |
| **Amanda R Boleski** **305 W Anthony Street** **Celina, OH 45822** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5103814** | | | | | Warranty | | | | |
| **Amanda R Lucero** **3501 E State Route 296** **Urbana, OH 43078** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5128161** | | | | | Warranty | | | | |
| **Amanda Ream** **42039 Union Street** **Lisbon, OH 44432** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5112539** | | | | | Warranty | | | | |
| **Amanda Rowe** **20997 N. Jocelyn Lane** **Maricopa, AZ 85238** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **115** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re   **Great Lakes Warranty Corporation**            ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5118083 | | | Warranty | | | | |
| Amanda S Graham 1621 Carrick Dr Murfreesboro, TN 37128 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5105174 | | | Warranty | | | | |
| Amanda S Ingold 12548 Middlefork Road Amanda, OH 43102 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5110049 | | | Warranty | | | | |
| Amanda S Mauro 306 Purdytown Turnpike Lakeville, PA 18438 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5118861 | | | Warranty | | | | |
| Amanda Schreiber 90 Stonegate Vlg Quakertown, PA 18951 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5127472 | | | Warranty | | | | |
| Amanda Smith 364 S. Manheim Avenue Egg Harbor City, NJ 08215 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **116** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123645** | | Warranty | | | | | | |
| **Amanda Taylor** **19797 Martel Rd** **Lenoir City, TN 37772** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123647** | | Warranty | | | | | | |
| **Amanda Teige** **322 Cotton Lane** **Franklin, TN 37069** | - | | | | | | | |
| | | | | | | | | **30.00** |
| Account No. **5126390** | | Warranty | | | | | | |
| **Amanda Thomas** **111 S. Chestnut Street** **Mechanicsburg, PA 17055** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101958** | | Warranty | | | | | | |
| **Amanda Thornton** **17832 N 41st Place** **Phoenix, AZ 85032** | - | | | | | | | |
| | | | | | | | | **495.58** |
| Account No. **5129342** | | Warranty | | | | | | |
| **Amanda Throgmorton** **2360 Plantation Drive** **Dyersberg, TN 38024** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**117** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **525.58**

In re  **Great Lakes Warranty Corporation**  ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104975** | | | | **Warranty** | | | | |
| **Amanda Vest 3082 Ora Road Gray Court, SC 29645** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105118** | | | | **Warranty** | | | | |
| **Amanda Waddell 7025 Bridgeport Drive Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101987** | | | | **Warranty** | | | | |
| **Amanda Wehner 3511 Woodmont Lane Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131422** | | | | **Warranty** | | | | |
| **Amarelis Cruz Castro 1007 Brock Drive Lebanon, PA 17046** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5096603** | | | | **Warranty** | | | | |
| **Ambassadors Christian Center 14 Pond Oak Court Columbia, SC 29242** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **118** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5118017 | | Warranty | | | | | | | |
| Amber Haver 285 S Rold No15 Tucson, AZ 85710 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5090411 | | Warranty | | | | | | | |
| Amber Brown 37980 E Sixteenth 3 4 Street Yuma, AZ 85365 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5085857 | | Warranty | | | | | | | |
| Amber Danielle Gaines 250 Crossbow Drive Apt I3 Columbia, SC 29212 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5114324 | | Warranty | | | | | | | |
| Amber G Haley 1405 Montgomery Avenue Nashville, TN 37207 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5098599 | | Warranty | | | | | | | |
| Amber Halters 415 Church Street #2212 Nashville, TN 37219 | - | | | | | | | | |
| | | | | | | | | | 488.98 |

Sheet no.**119**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                   488.98
(Total of this page)

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5126068** | | | | Warranty | | | | |
| **Amber Harris** **227 Duquesne Ave** **Trafford, PA 15085** | - | | | | X | X | | 0.00 |
| Account No. **5119511** | | | | Warranty | | | | |
| **Amber Jones** **23523 North 117th Drive** **Sun city, AZ 85373** | - | | | | X | X | | 0.00 |
| Account No. **5130285** | | | | Warranty | | | | |
| **Amber K Brookins** **7635 Roundhouse Rd** **New Marshfield, OH 45766** | - | | | | X | X | | 0.00 |
| Account No. **5124968** | | | | Warranty | | | | |
| **Amber L Bernabe** **1611 Rt 9** **Cape May Court House, NJ 08210** | - | | | | X | X | | 0.00 |
| Account No. **5111044** | | | | Warranty | | | | |
| **Amber L Braun** **534 W Main Street  Box 82** **Adena, OH 43901** | - | | | | X | X | | 0.00 |

Sheet no.**120** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re    **Great Lakes Warranty Corporation** _____,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122709** <br><br> **Amber L Bunnell** <br> **198 County Route 347** <br> **Bono, AR 72416** | - | | **Warranty** | | | | **206.53** |
| Account No. **5103227** <br><br> **Amber L Gayleard** <br> **1940 Fair Road** <br> **Schuylkill Haven, PA 17972** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5118886** <br><br> **Amber L Ignozzi** <br> **1927 Kenneth Ave** <br> **Arnold, PA 15068** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5110595** <br><br> **Amber L Rice** <br> **223 Montgomery Avenue** <br> **Reading, PA 19606** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5079144** <br><br> **Amber L Wood** <br> **2507 Whipple Avenue SW** <br> **Canton, OH 44706** | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **121** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      **206.53**
(Total of this page)

In re   **Great Lakes Warranty Corporation**                                              ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5126200** | | | | **Warranty** | | | | |
| **Amber Lutz Peters** **1573 RT 934N Apt 3** **Annville, PA 17003** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111425** | | | | **Warranty** | | | | |
| **Amber M Gatwood** **4255 N State Route 376  Apt #8** **McConnelsville, OH 43756** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125882** | | | | **Warranty** | | | | |
| **Amber McGuigan** **5 Heron Way** **Cape May, NJ 08204** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132511** | | | | **Warranty** | | | | |
| **Amber Moist** **909 Rush Avenue** **Bellefontaine, OH 43311** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5097679** | | | | **Warranty** | | | | |
| **Amber Moore** **2814 Gadsden St** **Columbia, SC 29201** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **122** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132718** | | | | **Warranty** | | | | |
| **Amber Pratt** **102 West Chocolate Apt 5 3rd Floor** **Hershey, PA 17033** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112803** | | | | **Warranty** | | | | |
| **Amber R McQuate** **514 N Sixth Street** **Denver, PA 17517** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129411** | | | | **Warranty** | | | | |
| **Amber R Muoio** **301 Elm** **Cottonwood Falls, KS 66845** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109398** | | | | **Warranty** | | | | |
| **Amber Rae Simmons** **2647 Miller Road** **Shelby, OH 44875** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5066113** | | | | **Warranty** | | | | |
| **Amber Ray** **2624 East Hidalgo** **Phoenix, AZ 85040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**123** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal                                   **0.00**

            (Total of this page)

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5096394** | | | | | **Warranty** | | | | |
| **Amber Roberts** **2609 Williamsburg Lane Apt 2** **Canton, OH 44708** | | - | | | | | | | **133.00** |
| Account No. **5093287** | | | | | **Warranty** | | | | |
| **Amber Sorrentino** **5368 Snowy Orchid Lane** **Allentown, PA 18104** | | - | | | | X | X | | **0.00** |
| Account No. **5131674** | | | | | **Warranty** | | | | |
| **Amber Tomlinson** **2814 Kutztown Road** **Reading, PA 19445** | | - | | | | X | X | | **0.00** |
| Account No. **5094043** | | | | | **Warranty** | | | | |
| **Amber V Wilmoth** **877 E Mulberry Street** **Lancaster, OH 43130** | | - | | | | X | X | | **0.00** |
| Account No. **5121574** | | | | | **Warranty** | | | | |
| **Amber Watts** **8127 Swarner** **Lenexa, KS 66219** | | - | | | | | | | **74.04** |

Sheet no.**124**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **207.04**

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127819** | | | **Warranty** | | | | |
| **Ambrose McCabe 3921 W. Griswald Phoenix, AZ 85051** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5105292** | | | **Warranty** | | | | |
| **Amelia Ann Taylor 422 Red Oak Road Petersburg, TN 37144** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5106789** | | | **Warranty** | | | | |
| **Amelia Voorsanger 444 E 82nd Street  #26A New York, NY 10028** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5126040** | | | **Warranty** | | | | |
| **Amelica Davidheiser 43 Church Road Schuylkill Haven, PA 17972** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5106438** | | | **Warranty** | | | | |
| **Amena  Albawi PO Box 25   342 Main Spartansburg, PA 16434** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**125**__ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5116419 | | | | | Warranty | | | | |
| Amena Harris 5650 W Berks St Philadelphia, PA 19131 | - | | | | | | | | 210.10 |
| Account No. 5108651 | | | | | Warranty | | | | |
| Amend S Baldorf 1808 Centre Street Ashland, PA 17921 | - | | | | | X | X | | 0.00 |
| Account No. 5063131 | | | | | Warranty | | | | |
| American Adventure Inc. 4765 South Boulevard Charlotte, NC 28217 | - | | | | | X | X | | 0.00 |
| Account No. 5103698 | | | | | Warranty | | | | |
| Americo Silva 20 Mountain View Drive Waterbury, CT 06706 | - | | | | | X | X | | 0.00 |
| Account No. 5056089 | | | | | Warranty | | | | |
| Amie Olenski 57 Bell St Dayton, OH 45403 | - | | | | | | | | 232.00 |

Sheet no. **126** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 442.10

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5101461** | | | | **Warranty** | | | | |
| **Amir A Ahmed** **7480 Highway 161 #20D** **Walls, MS 38680** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5071026** | | | | **Warranty** | | | | |
| **Amir Malek Madani** **143 Blackfield Dr** **Tiburon, CA 94920** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131214** | | | | **Warranty** | | | | |
| **Amisha Patel** **47 Taylor Drive** **Franklin Park, NJ 08823** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5037431** | | | | **Warranty** | | | | |
| **Amit B Bhakta** **3417 South First Street** **Abilene, TX 79605** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107220** | | | | **Warranty** | | | | |
| **Amit Khanolkar** **180 S Lexington Drive Apt 121** **Folsom, CA 95630** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**127** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 0.00

In re  **Great Lakes Warranty Corporation**                               Case No. _____
                                                                        ,
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129289**<br><br>**Amit Kumari**<br>**808 Garrett Road #2B**<br>**Upper Darby, PA 19082** | - | | **Warranty** | | | | 293.51 |
| Account No. **5128768**<br><br>**Ammie Callahan**<br>**417 27th Street**<br>**McKeesport, PA 15132** | - | | **Warranty** | | | | 419.99 |
| Account No. **5114276**<br><br>**Amos Washington**<br>**3085 Yale Avenue  #4**<br>**Memphis, TN 38112** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5091599**<br><br>**Amrik Singh**<br>**900 E Pittsburgh Street  #E17**<br>**Greensburg, PA 15601** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5126774**<br><br>**Amvel G Mciver**<br>**1716 Marquis Way**<br>**Pittsburgh, PA 15212** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **128** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    713.50

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5122683** | | | | **Warranty** | | | | |
| **Amy  Brandon** **1587 Bevan Rd  Apt 11** **Pittsburgh, PA 15227** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132161** | | | | **Warranty** | | | | |
| **Amy  Garland** **1528 Pinto Court** **Carson City, NV 89701** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108574** | | | | **Warranty** | | | | |
| **Amy  Nelson** **8221 Lennox Creekside Dr  8** **Antioch, TN 37013** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103581** | | | | **Warranty** | | | | |
| **Amy  Paulus** **2101 Mill Valley Lane** **Quakertown, PA 18951** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5081738** | | | | **Warranty** | | | | |
| **Amy Abouna** **17841 N 33rd Avenue** **Phoenix, AZ 85053** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**129** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120515** | | | Warranty | | | | |
| **Amy B Booley** **1292 W. Laurel Circle** **Mt Pleasant, PA 15666** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129386** | | | Warranty | | | | |
| **Amy Beth Strunk** **661 Richmond Road** **Bangor, PA 18013** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131896** | | | Warranty | | | | |
| **Amy Boyd** **512 Vine Street** **Connellsville, PA 15425** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131357** | | | Warranty | | | | |
| **Amy Burkhalter Sexton** **100 North Third Street Apt 18** **Shelby, OH 44875** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114323** | | | Warranty | | | | |
| **Amy C Grassham** **762 Balthrop Road** **Chapmansboro, TN 37035** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**130** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re  **Great Lakes Warranty Corporation**                          Case No. _____
                                                            ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5093449** | | | | **Warranty** | | | | |
| **Amy Cameron** **3805 Somerset Drive  Apt 104** **Prairie Village, KS 66208** | | - | | | | | | **471.67** |
| Account No. 5123669 | | | | **Warranty** | | | | |
| **Amy Cleveland Reed** **2626 Old Alabama Rd SW** **McDonald, TN 37353** | | - | | | X | X | | **0.00** |
| Account No. 5094756 | | | | **Warranty** | | | | |
| **Amy Crawford Wilson** **919 Berkeley Road** **Clemson, SC 29631** | | - | | | X | X | | **0.00** |
| Account No. 5069688 | | | | **Warranty** | | | | |
| **Amy Crocker** **8268 Traphagen St NW  Apt E** **Massillon, OH 44646** | | - | | | X | X | | **0.00** |
| Account No. 5097877 | | | | **Warranty** | | | | |
| **Amy D Gilbert** **131  1 2 Pine Street** **Brookville, PA 15825** | | - | | | X | X | | **0.00** |

Sheet no.**131**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **471.67**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123744** | | | | **Warranty** | | | | |
| **Amy Dalton** **8600 Elmfort Ave** **Waynesburg, OH 44688** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130409** | | | | **Warranty** | | | | |
| **Amy Diane Simms** **314 Cannon Trail Rd** **Lexington, SC 29073** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105063** | | | | **Warranty** | | | | |
| **Amy E Shepard** **38493 E Kumquat Drive** **Wellton, AZ 85356** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108526** | | | | **Warranty** | | | | |
| **Amy Francis Mantz Sowers** **902 Victor Dr** **Elizabeth, PA 15037** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113231** | | | | **Warranty** | | | | |
| **Amy Goldberg** **626 Seavey Road** **Pittsburgh, PA 15209** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **132** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 0.00

In re  **Great Lakes Warranty Corporation**                                    Case No. _____

                                                                    ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5115194** | | | **Warranty** | | | | |
| **Amy Hess** 326 Glenwood Drive #201 Bloomingdale, IL 60108 | - | | | | | | 79.08 |
| Account No. **5075063** | | | **Warranty** | | | | |
| **Amy J Dixon** 104 Levin Lane East Amherst, NY 14051 | - | | | X | X | | 0.00 |
| Account No. **5100051** | | | **Warranty** | | | | |
| **Amy J Shores** 46 W Tucker Avenue Shelby, OH 44875 | - | | | X | X | | 0.00 |
| Account No. **5092730** | | | **Warranty** | | | | |
| **Amy Jenkins** 1310 Walnut Street Ashland, PA 17921 | - | | | | | | 292.78 |
| Account No. **5121996** | | | **Warranty** | | | | |
| **Amy Kimball** 3450 28th St 6N Asatoria, NY 11106 | - | | | X | X | | 0.00 |

Sheet no. **133** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    371.86

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5066610** | | | Warranty | | | | |
| **Amy Konkler** **1765 Main Street** **Stockport, OH 43787** | | - | | X | X | | 0.00 |
| Account No. 5124952 | | | Warranty | | | | |
| **Amy L  Bean** **2751 Hornsmill Rd  SE** **Lancaster, OH 43130** | | - | | X | X | | 0.00 |
| Account No. 5110072 | | | Warranty | | | | |
| **Amy L Geier** **5571 Autumncrest  SW** **Canton, OH 44706** | | - | | | | | 2,215.00 |
| Account No. 5108031 | | | Warranty | | | | |
| **Amy L Mackey** **18280 State Route 664** **Logan, OH 43138** | | - | | X | X | | 0.00 |
| Account No. 5093439 | | | Warranty | | | | |
| **Amy L Mosley** **7610 E 32nd North** **Wichita, KS 67226** | | - | | X | X | | 0.00 |

Sheet no. **134** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,215.00**

In re **Great Lakes Warranty Corporation**                                Case No. _____
                                                              ,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5077291** | | | Warranty | | | | |
| Amy L Rosner 11100 N 115t Street #282 Scottsdale, AZ 85259 | | - | | X | X | | 0.00 |
| Account No. **5099871** | | | Warranty | | | | |
| Amy L Taylor 1017 Overhills Court Old Hickory, TN 37138 | | - | | X | X | | 0.00 |
| Account No. **5092604** | | | Warranty | | | | |
| Amy Landers May 12 Kinlaugh Court Columbia, SC 29204 | | - | | X | X | | 0.00 |
| Account No. **5077951** | | | Warranty | | | | |
| Amy Lazar PO Box 85704 Seattle, WA 98145 | | - | | X | X | | 0.00 |
| Account No. **5130639** | | | Warranty | | | | |
| Amy Leighty 113 Pole Cat Road Connellsville, PA 15425 | | - | | X | X | | 0.00 |

Sheet no. **135** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       0.00

In re **Great Lakes Warranty Corporation**,                    Case No. _____

_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5081758** | | | | Warranty | | | | |
| **Amy Liskey** **6195 Detrick Road** **Tipp City, OH 45371** | - | | | | X | X | | 0.00 |
| Account No. **5127729** | | | | Warranty | | | | |
| **Amy Lucille Murray** **111 N Main St  Apt A** **DuBois, PA 15801** | - | | | | X | X | | 0.00 |
| Account No. **5071240** | | | | Warranty | | | | |
| **Amy M Chapman** **1395 Ross Hanover Rd** **Hamilton, OH 45013** | - | | | | X | X | | 0.00 |
| Account No. **5098236** | | | | Warranty | | | | |
| **Amy M Henderson** **711 Narrows Road** **Connellsville, PA 15425** | - | | | | X | X | | 0.00 |
| Account No. **5113677** | | | | Warranty | | | | |
| **Amy M Klahr** **2122 Millcreek Road** **Lancaster, PA 17602** | - | | | | X | X | | 0.00 |

Sheet no.**136** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         0.00

In re **Great Lakes Warranty Corporation**, Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5128852** | | | | **Warranty** | | | | |
| **Amy McDermand** **412 Heritage PO Box 343** **Tuscarawas, OH 44682** | - | | | | X | X | | 0.00 |
| Account No. **5126049** | | | | **Warranty** | | | | |
| **Amy Pfahler** **115 Mansfield Avenue** **Shelby, OH 44875** | - | | | | X | X | | 0.00 |
| Account No. **5108488** | | | | **Warranty** | | | | |
| **Amy Phillips** **520 Rawlings Avenue** **Akron, OH 44319** | - | | | | X | X | | 0.00 |
| Account No. **5108865** | | | | **Warranty** | | | | |
| **Amy Poplanski** **100 West Carey St** **Plains, PA 18705** | - | | | | X | X | | 0.00 |
| Account No. **5128829** | | | | **Warranty** | | | | |
| **Amy R  Buratti** **7476 Bardstan Court** **Dublin, OH 43017** | - | | | | X | X | | 0.00 |

Sheet no. **137** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5071345 | | | | Warranty | | | | |
| Amy R Ogilvie 5811 E 550 N Columbus, IN 47203 | - | | | | X | X | | 0.00 |
| Account No. 5122418 | | | | Warranty | | | | |
| Amy Rusley 4109 Longfellow Dr Nashville, TN 37214 | - | | | | | | | 172.99 |
| Account No. 5115733 | | | | Warranty | | | | |
| Amy S  Doty 878 Clearview Circle Wadsworth, OH 44281 | - | | | | X | X | | 0.00 |
| Account No. 5120989 | | | | Warranty | | | | |
| Amy S Bahan 385 Orchard Dr Pittsburgh, PA 15228 | - | | | | X | X | | 0.00 |
| Account No. 5129229 | | | | Warranty | | | | |
| Amy S Natale 1128 Redoak Dr Harrison City, PA 15636 | - | | | | X | X | | 0.00 |

Sheet no.__138__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

172.99

In re **Great Lakes Warranty Corporation** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5118167 | | | | Warranty | | | | |
| Amy Shropshire 2705 West 121st St Leawood, KS 66209 | - | | | | X | X | | 0.00 |
| Account No. 5129851 | | | | Warranty | | | | |
| Amy Stahl 9884 Welsh Run Rd Mercersburg, PA 17236 | - | | | | X | X | | 0.00 |
| Account No. 5123792 | | | | Warranty | | | | |
| Amy Stauffer 601 East Prospect Road York, PA 17406 | - | | | | X | X | | 0.00 |
| Account No. 5126212 | | | | Warranty | | | | |
| Amy Sturms 228 Wunder Street Reading, PA 19606 | - | | | | X | X | | 0.00 |
| Account No. 5094732 | | | | Warranty | | | | |
| Amy Veltri 171 Montour Run Road Moon Township, PA 15108 | - | | | | X | X | | 0.00 |

Sheet no. **139** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re **Great Lakes Warranty Corporation**                              Case No. _____

_____ ,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5082859** | | | | **Warranty** | | | | |
| **Amy W King** **34 Pinkney Street** **Greenville, SC 29601** | | - | | | | | | |
| | | | | | | | | **1,175.80** |
| Account No. **5062486** | | | | **Warranty** | | | | |
| **Amy Ward** **2837 Gaston Ave** **Knoxville, Tn 37917** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5078564** | | | | **Warranty** | | | | |
| **Ana  Gonzalas** **3312 E Granada Road** **Phoenix, AZ 85008** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107605** | | | | **Warranty** | | | | |
| **Ana  Rodriguez** **533 Spruce Street** **Reading, PA 19602** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123218** | | | | **Warranty** | | | | |
| **Ana  Solivan** **649 Williams St** **Bethlehem, PA 18015** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **140** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,175.80**

In re   **Great Lakes Warranty Corporation**                              ,         Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127004** | | | | Warranty | | | | |
| **Ana Aguilar** **1924 Sweeney Avenue** **Las Vegas, NV 89104** | - | | | | X | X | | 0.00 |
| Account No. 5125617 | | | | Warranty | | | | |
| **Ana Correa** **228 Finley Avenue** **Staten Island, NY 10314** | - | | | | X | X | | 0.00 |
| Account No. 5128414 | | | | Warranty | | | | |
| **Ana Paula Bagao** **803 Townhouse Blvd** **Scranton, PA 18508** | - | | | | X | X | | 0.00 |
| Account No. 5109787 | | | | Warranty | | | | |
| **Ana Pohunek** **518 Mona lane** **Henderson, NV 89015** | - | | | | X | X | | 0.00 |
| Account No. 5131273 | | | | Warranty | | | | |
| **Ana Soto** **48 Hollybush Garden #48** **Glassboro, NJ 08028** | - | | | | X | X | | 0.00 |

Sheet no.**141**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                        ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089502** | | | Warranty | | | | |
| **Anasia D Barry** **10152 Pearl Rd** **Pittsburgh, PA 15235** | - | | | X | X | | 0.00 |
| Account No. **5086968** | | | Warranty | | | | |
| **Anatoly Kremer** **1245 Leedom Road** **Huntingdon Valley, PA 19006** | - | | | X | X | | 0.00 |
| Account No. **5120394** | | | Warranty | | | | |
| **Anders E Nobelius** **13087 Little Hayden Circle** **Hagerstown, MD 21742** | - | | | X | X | | 0.00 |
| Account No. **5131668** | | | Warranty | | | | |
| **Anders Vik** **8820 Walther Boulevard** **Parkville, ND 21234** | - | | | X | X | | 0.00 |
| Account No. **5107973** | | | Warranty | | | | |
| **Anderson Traylor** **440 Touvelle  #1** **Celina, OH 45822** | - | | | X | X | | 0.00 |

Sheet no.**142**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re  **Great Lakes Warranty Corporation**                              ,     Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5058247** | | | | **Warranty** | | | | |
| **Andre Barbe** **3875B Hecker Pass Hwy** **Gilroy, CA 95020** | | - | | | | | | |
| | | | | | | | | **1,658.00** |
| Account No. **5062316** | | | | **Warranty** | | | | |
| **Andre Boorady** **11445 Fogarty Court** **Fairfax, VA 22030** | | - | | | | | | |
| | | | | | | | | **1,486.61** |
| Account No. **5118454** | | | | **Warranty** | | | | |
| **Andre C Arnold** **15407 Neman Dr** **Bowie, MD 20716** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5081948** | | | | **Warranty** | | | | |
| **Andre Chollette** **1320 LaFayette Street** **Scranton, PA 18504** | | - | | | | | | |
| | | | | | | | | **97.87** |
| Account No. **5098083** | | | | **Warranty** | | | | |
| **Andre D Lofton** **1019 Westhaven Street** **Columbus, OH 43228** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **143** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,242.48**

In re **Great Lakes Warranty Corporation**                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5124010** | | | | **Warranty** | | | | |
| **Andre James** **7514 Beverly Rd** **Phildelphia, PA 19150** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091120** | | | | **Warranty** | | | | |
| **Andre L Broadus** **521 Coal Street** **Pittsburgh, PA 15221** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110597** | | | | **Warranty** | | | | |
| **Andre P Johnson** **11 Lelia Street  Apt 2** **Pittsburgh, PA 15211** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129966** | | | | **Warranty** | | | | |
| **Andrea  Coaxum** **7193 Decature St** **New Tripoli, PA 18066** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112566** | | | | **Warranty** | | | | |
| **Andrea  McNeil** **1663 Riverdale Dr** **Rock Hill, SC 29730** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **144** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re  **Great Lakes Warranty Corporation**                          Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5123351 | | | | Warranty | | | | |
| Andrea  Sedilko 101 Paree Dr Pittsburgh, PA 15239 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112189 | | | | Warranty | | | | |
| Andrea  Tanner 10881 West W Avenue Schoolcraft, MI 49087 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128804 | | | | Warranty | | | | |
| Andrea  Toone 3223 Chad Court Murfreesboro, TN 37129 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131616 | | | | Warranty | | | | |
| Andrea Bean 22 West Main Shiremanstown, PA 17011 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107405 | | | | Warranty | | | | |
| Andrea Black 1606 Buchanan Dr Lauraldale, PA 19604 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**145**__ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5088480** | | | | | Warranty | | | | |
| **Andrea Cargill** **339 Sailboat Run 1D** **Centerville, OH 45458** | - | | | | | X | X | | 0.00 |
| Account No. **5096850** | | | | | Warranty | | | | |
| **Andrea D Hanner** **7313 Hermitage Street** **Pittsburgh, PA 15208** | - | | | | | X | X | | 0.00 |
| Account No. **5083291** | | | | | Warranty | | | | |
| **Andrea DeFabritis** **18182 W Cardinal Drive** **Goodyear, AZ 85338** | - | | | | | X | X | | 0.00 |
| Account No. **5065235** | | | | | Warranty | | | | |
| **Andrea Devole** **2035 Oakmont Street** **Philadelphia, PA 19124** | - | | | | | X | X | | 0.00 |
| Account No. **5116716** | | | | | Warranty | | | | |
| **Andrea E Johnson** **25 Winding Creek Lane** **Columbia, SC 29229** | - | | | | | | | | 65.00 |

Sheet no. **146** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">Subtotal (Total of this page)   65.00</div>

In re **Great Lakes Warranty Corporation**                                     Case No. _____

_____,

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5127271** | | | | **Warranty** | | | | |
| **Andrea F Lynn** **425 W Oak Ave** **Wildwood, NJ 08260** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5067806** | | | | **Warranty** | | | | |
| **Andrea Hellickson** **500 Ohio Street** **Fairborn, OH 45324** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112025** | | | | **Warranty** | | | | |
| **Andrea J McLeary** **141 Brent Tree Hill** **Ligonier, PA 15658** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128016** | | | | **Warranty** | | | | |
| **Andrea J Speaker** **537 Clubhouse Blvd** **Curtice, OH 43412** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130413** | | | | **Warranty** | | | | |
| **Andrea Knox** **7332 Florence Ave** **Pittsburgh, PA 15218** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**147** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **0.00**

In re  **Great Lakes Warranty Corporation**                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5098413** | | | | **Warranty** | | | | |
| **Andrea L Aucker** **760 Walnut Street** **Pottsville, PA 17901** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5085782** | | | | **Warranty** | | | | |
| **Andrea L McDonough** **316 Easter St** **Uniontown, PA 15401** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121088** | | | | **Warranty** | | | | |
| **Andrea L Mihin** **2316 Renwick Dr** **Poland, OH 44514** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5096448** | | | | **Warranty** | | | | |
| **Andrea M Davis** **1928 E Highland St  Ste F104 #183** **Phoenix, AZ 85016** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118076** | | | | **Warranty** | | | | |
| **Andrea M Forquer** **119 Sunshine Rd** **Everett, PA 15537** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **148** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5100802** | | | | **Warranty** | | | | |
| **Andrea M Sands** **220 S Railroad Street** **Myerstown, PA 17067** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106313** | | | | **Warranty** | | | | |
| **Andrea N Emerick** **5529 Hyndman Road** **Buffalo Mills, PA 15534** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128650** | | | | **Warranty** | | | | |
| **Andrea Neutaling** **118 Peacock Avenue** **Pomeroy, OH 45769** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132144** | | | | **Warranty** | | | | |
| **Andrea Pannell** **3208 Scottwood Road** **Columbus, OH 43227** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107449** | | | | **Warranty** | | | | |
| **Andrea Pistole** **498 June St** **Cincinnati, OH 45246** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **149**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re **Great Lakes Warranty Corporation**                                    , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5084112** | | | | | Warranty | | | | |
| **Andrea Poor** **62 Fause Drive** **Oswego, NY 13126** | | - | | | | X | X | | 0.00 |
| Account No. 5056819 | | | | | Warranty | | | | |
| **Andrea Schmitt** **1815 Cranberry Court** **Ann Arbor, MI 48103** | | - | | | | | | | 141.00 |
| Account No. 5130745 | | | | | Warranty | | | | |
| **Andrea Wheeler** **704 Pennwood Drive** **Pittsburgh, PA 15235** | | - | | | | X | X | | 0.00 |
| Account No. 5116255 | | | | | Warranty | | | | |
| **Andreas Petersson** **7050 E Sunrise Drive  #2204** **Tucson, AZ 85750** | | - | | | | X | X | | 0.00 |
| Account No. 5065996 | | | | | Warranty | | | | |
| **Andreas Preiser** **8640 Desert Dusk Court NE** **Albuquerque, NM 87113** | | - | | | | X | X | | 0.00 |

Sheet no. **150** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            141.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5128071 | | | | Warranty | | | | |
| Andrei Popescu 3647 N Leclaire Chicago, IL 60641 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5068781 | | | | Warranty | | | | |
| Andrei Pushkin 14639 NE 43 PL #1608 Bellevue, WA 98007 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132020 | | | | Warranty | | | | |
| Andrej Slunjski 4970 Fuller Avenue SE Kentwood, MI 49508 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093438 | | | | Warranty | | | | |
| Andres Arvizu 2426 E Aloma Wichita, KS 67211 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5085927 | | | | Warranty | | | | |
| Andres Cabrera 2036 Ridgeway Road Emporia, KS 66801 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **151** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                  ,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5083590** | | | | **Warranty** | | | | |
| **Andres E  Benites** **10537 W Pasadena Avenue** **Glendale, AZ 85307** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5084891 | | | | **Warranty** | | | | |
| **Andres E Mata** **1314 Crossmont CV** **Cordova, TN 38016** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130196 | | | | **Warranty** | | | | |
| **Andres F Caceres** **960 Broadway** **Bethleham, PA 18015** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130068 | | | | **Warranty** | | | | |
| **Andres Gomez Franco** **3920 South Decatur #2** **Las Vegas, NV 89103** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128800 | | | | **Warranty** | | | | |
| **Andres Sepulveda Candelaria** **1011 Elm Street** **Reading, PA 19604** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **152** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108860** | | | | **Warranty** | | | | |
| **Andres Valadez** **1683 Nidia Avenue** **San Luis, AZ 85349** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097118** | | | | **Warranty** | | | | |
| **Andres Vega** **149 Chestnut Street** **Allentown, PA 18101** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128375** | | | | **Warranty** | | | | |
| **Andrew  Bascomb** **6300 W Lake Meade  No 1074** **Las Vegas, NV 89108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132496** | | | | **Warranty** | | | | |
| **Andrew  Bradley** **2152 N 6th Street** **Harrisburg, PA 17110** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5052528** | | | | **Warranty** | | | | |
| **Andrew  Giles III** **2329 Blossom Street** **Columbia, SC 29205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **153** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                    ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5111585 | | | | | Warranty | | | | |
| Andrew Hazley 1611 Wexford Drive Murfreesboro, TN 37129 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5102251 | | | | | Warranty | | | | |
| Andrew Yoder Jr 4293 TR 372 Millersburg, OH 44654 | - | | | | | | | | |
| | | | | | | | | | 146.09 |
| Account No. 5115808 | | | | | Warranty | | | | |
| Andrew A Vandivne 25 Clark Street Clarksville, PA 15322 | - | | | | | | | | |
| | | | | | | | | | 548.28 |
| Account No. 5132281 | | | | | Warranty | | | | |
| Andrew Allen 2502 Slifer Valley Road Rieglersville, PA 18077 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5129791 | | | | | Warranty | | | | |
| Andrew Asher Williams 446 Daisy Lane Lancaster, PA 17602 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **154** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        694.37

In re **Great Lakes Warranty Corporation** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5114296 | | | | | Warranty | | | | |
| Andrew Audette 650 Williams Road Colchester, VT 05446 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5084287 | | | | | Warranty | | | | |
| Andrew B Zacharczyk 7407 202nd Street   Court East Spanaway, WA 98387 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5126621 | | | | | Warranty | | | | |
| Andrew Bennett 2730 W. Lake Street Apt 705 Minieapolis, MN 55416 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5118572 | | | | | Warranty | | | | |
| Andrew Bobonick 1321 Powers Dr New Kensington, PA 15068 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5090927 | | | | | Warranty | | | | |
| Andrew Boorse 201 Hendricks Road Perkiomenville, PA 18074 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**155** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                     ,          Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108903** | | | Warranty | | | | |
| **Andrew Branch**<br>**29317 N 20th Avenue**<br>**Phoenix, AZ 85015** | - | | | X | X | | 0.00 |
| Account No. **5131093** | | | Warranty | | | | |
| **Andrew Burley**<br>**110 Windsor Court**<br>**Cranberry Twp, PA 16066** | - | | | X | X | | 0.00 |
| Account No. **5104307** | | | Warranty | | | | |
| **Andrew Burton**<br>**8925 Crystal Court**<br>**Streetsboro, OH 44241** | - | | | X | X | | 0.00 |
| Account No. **5077154** | | | Warranty | | | | |
| **Andrew C Fugate**<br>**3020 Atlantic Avenue**<br>**Erie, PA 16506** | - | | | X | X | | 0.00 |
| Account No. **5110682** | | | Warranty | | | | |
| **Andrew C Madeira**<br>**583 Miller Boulevard**<br>**Mechanicsburg, PA 17055** | - | | | X | X | | 0.00 |

Sheet no. **156** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                        Subtotal
                                                  (Total of this page)          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5106416 | | | | Warranty | | | | |
| Andrew Carlisle 1999 Marshall Road #301 Monaca, PA 15061 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096347 | | | | Warranty | | | | |
| Andrew Chapman 811 College Boulevard Ashland, OH 44805 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5115856 | | | | Warranty | | | | |
| Andrew D Conner 3722 Bates Road Athens, OH 45701 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5054044 | | | | Warranty | | | | |
| Andrew D Murphy 432 McKinley Ave Grosse Pointe Farms, MI 48236 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117962 | | | | Warranty | | | | |
| Andrew Darnell 1382 Rural hill Rd apt 147 Antioch, TN 37013 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **157** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**      Case No. _____

,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132184** | | Warranty | | | | | | |
| **Andrew Decker** **356 East Barber Street** **Brewster, OH 44613** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090118** | | Warranty | | | | | | |
| **Andrew Falck** **15180 Old Hickory Boulevard  #705** **Nashville, Tn 37211** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084782** | | Warranty | | | | | | |
| **Andrew Field** **2533 Broad Leaf Cove** **Germantown, TN 38138** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121577** | | Warranty | | | | | | |
| **Andrew Fouser** **RD 1 Box 538** **Roaring Spring, PA 16673** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131660** | | Warranty | | | | | | |
| **Andrew Frank** **100 Grandview Drive** **Woodstown, NJ 08098** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **158__** of **4906__** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re    **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5091351** | | | | **Warranty** | | | | |
| **Andrew G Endicott** **197 Dolan Court** **Mansfield, OH 44903** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117112** | | | | **Warranty** | | | | |
| **Andrew G Hightower** **273 Flaughtery Run Road   Lot 33** **Moon Township, PA 15018** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087147** | | | | **Warranty** | | | | |
| **Andrew Gearhart** **125 Wehler Road** **St Marys, PA 15857** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126170** | | | | **Warranty** | | | | |
| **Andrew Gumpert** **1211 Four Maples Ct.** **Royersford, PA 19468** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091077** | | | | **Warranty** | | | | |
| **Andrew Halbert** **45185 Deepwood Court** **Shelby Township, MI 48317** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **159** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**         ,      Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5062778** | | | | Warranty | | | | |
| **Andrew Hill** **2785 Afton Valley** **Maineville, OH 45039** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5070436** | | | | Warranty | | | | |
| **Andrew Humlhanz** **1161 E 4th St** **Bethelehem, PA 18015** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126155** | | | | Warranty | | | | |
| **Andrew Hunter** **963 Cliffwood Drive** **Mt. Pleasant, SC 29464** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106809** | | | | Warranty | | | | |
| **Andrew J Barnes** **1035 Hemlock Lane** **Enola, PA 17025** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5049439** | | | | Warranty | | | | |
| **Andrew J Economon** **3631 Perryman Rd** **Ocean Springs, MS 39564** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **160**___ of **4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5087897** | | | Warranty | | | | |
| **Andrew J Farkas 1155 E Maple St Palmyra, PA 17078** | - | | | X | X | | 0.00 |
| Account No. **5079155** | | | Warranty | | | | |
| **Andrew J Hutchins 4743 Tuttles Woods Drive Dublin, OH 43016** | - | | | X | X | | 0.00 |
| Account No. **5092203** | | | Warranty | | | | |
| **Andrew J King 805 Elm Spring Road Pittsburgh, PA 15243** | - | | | | | | 167.67 |
| Account No. **5120062** | | | Warranty | | | | |
| **Andrew J Larese 921 McKnight St Reading, PA 19601** | - | | | X | X | | 0.00 |
| Account No. **5077438** | | | Warranty | | | | |
| **Andrew J Moak 3841 Arundel Drive Birmingham, AL 35243** | - | | | | | | 307.49 |

Sheet no.**161** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 475.16

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5117606 | | | | Warranty | | | | |
| Andrew J Nowakowski 10917 Kipling Lane Philadelphia, PA 19154 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5088232 | | | | Warranty | | | | |
| Andrew John Lemon 2314 W Hunter Court Phoenix, AZ 85085 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118995 | | | | Warranty | | | | |
| Andrew John Smith 3848 W Liberty Rd DuBois, PA 15801 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120068 | | | | Warranty | | | | |
| Andrew K Behler 211 Mountain Rd Orwigsburg, PA 17961 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121734 | | | | Warranty | | | | |
| Andrew K Lane 1209 Center St Pittsburgh, PA 15221 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **162** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re  **Great Lakes Warranty Corporation**                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100320** | | | Warranty | | | | |
| **Andrew Kean**<br>**223 E Fifth Street**<br>**West Lafayette, OH 43845** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5087199** | | | Warranty | | | | |
| **Andrew Kwong**<br>**2923 Elmira Street**<br>**Denver, CO 80238** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107830** | | | Warranty | | | | |
| **Andrew L Braun**<br>**26 Piney Branch Road**<br>**E Windsor, NJ 08512** | - | | | | | | |
| | | | | | | | 303.24 |
| Account No. **5132155** | | | Warranty | | | | |
| **Andrew Landis**<br>**448 Stover Road**<br>**Harleysville, PA 19438** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5095575** | | | Warranty | | | | |
| **Andrew Lane**<br>**1100 S Douglas Avenue**<br>**Nashville, TN 37204** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**163** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

303.24

In re   **Great Lakes Warranty Corporation**      ,   Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109004** | | | | Warranty | | | | |
| **Andrew Laws** **5612 Knob Road** **Nashville, TN 37209** | - | | | | X | X | | 0.00 |
| Account No. **5127212** | | | | Warranty | | | | |
| **Andrew Lichter** **2924 Erie Avenue** **Cincinnati, OH 45208** | - | | | | X | X | | 0.00 |
| Account No. **5116389** | | | | Warranty | | | | |
| **Andrew Lippert** **211 S Third Street** **West Newton, PA 15089** | - | | | | | | | 130.00 |
| Account No. **5116295** | | | | Warranty | | | | |
| **Andrew Liscik** **206 Chestershire** **Oakdale, PA 15071** | - | | | | X | X | | 0.00 |
| Account No. **5116488** | | | | Warranty | | | | |
| **Andrew Lynch** **737 Chestnut Road** **Sewickley, PA 15143** | - | | | | X | X | | 0.00 |

Sheet no.**164**___ of **4906**_ sheets attached to Schedule of                  Subtotal
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)      **130.00**

In re    **Great Lakes Warranty Corporation**                                     Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5113591 | | | | Warranty | | | | |
| Andrew M Meckstroth 5330 Stonemeadow Avenue  Apt E Columbus, OH 43220 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102510 | | | | Warranty | | | | |
| Andrew M Pawlyszyn 32 Young Drive Stanhope, NJ 07874 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126577 | | | | Warranty | | | | |
| Andrew Majer 2177 Four Seasons Boulevard Macungie, PA 18062 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125557 | | | | Warranty | | | | |
| Andrew McNeil III 700 N. Sheridan Ave Apt 2 Pittsburgh, PA 15206 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119100 | | | | Warranty | | | | |
| Andrew McPherson 35 Buckingham Dr Red Lion, PA 17356 | | - | | | | | | |
| | | | | | | | | 358.62 |

Sheet no. **165**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                 358.62

In re **Great Lakes Warranty Corporation** ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5091898** | | | | Warranty | | | | |
| **Andrew Morr** **26010 NE 228th Circle** **Battle Ground, WA 98604** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114365** | | | | Warranty | | | | |
| **Andrew Moyer** **5100 Honeysuckle Drive** **Mechanicsburg, PA 17050** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123889** | | | | Warranty | | | | |
| **Andrew Neal Newell** **1001 Old Shoals Rd** **Monetta, SC 29105** | - | | | | | | | |
| | | | | | | | | 600.20 |
| Account No. **5088019** | | | | Warranty | | | | |
| **Andrew Neugebauer** **801 N Federal St 2137** **Chandler, AZ 85226** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091767** | | | | Warranty | | | | |
| **Andrew Newsome** **213 Cattail Road** **Chillicothe, OH 45601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **166** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

600.20

In re   **Great Lakes Warranty Corporation**                                      Case No. _____

                                                                        ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5107918** | | | Warranty | | | | |
| **Andrew Noreika** **1555 Rodgers Street** **Nanty Glo, PA 15943** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5100275** | | | Warranty | | | | |
| **Andrew Ocel** **3235 Leisure Road** **Minerva, OH 44657** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5106572** | | | Warranty | | | | |
| **Andrew P Klump** **79 Pontiac Way** **Gaithersburg, MD 20878** | - | | | | | | |
| | | | | | | | **351.20** |
| Account No. **5116744** | | | Warranty | | | | |
| **Andrew P McGarry** **824 Disston Street** **Philadelphia, PA 19111** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5071675** | | | Warranty | | | | |
| **Andrew P Roettger** **205 S Bielefeld St** **New Knoxville, OH 45871** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **167** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**351.20**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094524** | | | Warranty | | | | |
| **Andrew P Wolthers** **102 Chadwick Court** **Hendersonville, TN 37075** | - | | | X | X | | 0.00 |
| Account No. **5128707** | | | Warranty | | | | |
| **Andrew Pausman** **262 Center Avenue** **Pittsburgh, PA 15202** | - | | | X | X | | 0.00 |
| Account No. **5080095** | | | Warranty | | | | |
| **Andrew Pelaum** **2107 10th Avenue South** **Nashville, TN 37204** | - | | | X | X | | 0.00 |
| Account No. **5129459** | | | Warranty | | | | |
| **Andrew Peters** **5219 Ridgewood Road E** **Springfield, OH 45503** | - | | | | | | 1,232.50 |
| Account No. **5085148** | | | Warranty | | | | |
| **Andrew Peterson** **4040 General Peterson** **Nashville, TN 37204** | - | | | X | X | | 0.00 |

Sheet no. **168** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,232.50

In re **Great Lakes Warranty Corporation**  ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5071918 | | | Warranty | | | | |
| Andrew Pfannenstiel 5717 W. Bonanza Lane Phoenix, AZ 85083 | | - | | | | | 264.84 |
| Account No. 5097258 | | | Warranty | | | | |
| Andrew R Anderson 249 Amon AVe Elizabethtown, PA 17022 | | - | | X | X | | 0.00 |
| Account No. 5119517 | | | Warranty | | | | |
| Andrew R LaRock 515 Jackson St Reynoldsville, PA 15851 | | - | | X | X | | 0.00 |
| Account No. 5129119 | | | Warranty | | | | |
| Andrew R Reuter 16171 Irish Ridge Rd East Liverpool, OH 43920 | | - | | X | X | | 0.00 |
| Account No. 5090395 | | | Warranty | | | | |
| Andrew R Stec 305 Meadowcrest Drive Trucksville, PA 18708 | | - | | X | X | | 0.00 |

Sheet no. **169** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          264.84

In re __Great Lakes Warranty Corporation_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5073149 | | | | Warranty | | | | |
| Andrew Robinson 176 Denner Avenue Nashville, TN 37205 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131571 | | | | Warranty | | | | |
| Andrew Rupert 707 High Street Freeport, PA 16229 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5097966 | | | | Warranty | | | | |
| Andrew S Watson 1363 Old Phoenixville Road West Chester, PA 19380 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110725 | | | | Warranty | | | | |
| Andrew Safran 213 Holiday Road Columbia, SC 29835 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132351 | | | | Warranty | | | | |
| Andrew Sanders 5917 Cottage Hill Millington, TN 38053 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__170__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131811** | | | Warranty | | | | |
| **Andrew Schuller** **23 Deer Street PO Box 268** **Russellton, PA 15076** | | - | | X | X | | 0.00 |
| Account No. **5081311** | | | Warranty | | | | |
| **Andrew Shertzer** **1318 Hyde Park Dr** **Lancaster, PA 17601** | | - | | | | | 10.00 |
| Account No. **5112781** | | | Warranty | | | | |
| **Andrew Shillinglaw** **111 Westover Drive** **Nashville, TN 37205** | | - | | X | X | | 0.00 |
| Account No. **5115745** | | | Warranty | | | | |
| **Andrew Slotman** **160 Lawrence Place** **Orchard Park, NY 14127** | | - | | X | X | | 0.00 |
| Account No. **5088844** | | | Warranty | | | | |
| **Andrew Steele** **4651 Vera Cruz Road** **Center Valley, PA 18034** | | - | | X | X | | 0.00 |

Sheet no. **171** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **10.00**

In re  **Great Lakes Warranty Corporation**                                    , Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5104605** | | | | **Warranty** | | | | |
| **Andrew Sterling Carmean** **2001 Westheimer Road  #548** **Houston, TX 77098** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092865** | | | | **Warranty** | | | | |
| **Andrew Stone** **1205 Perkins Lane** **Franklin, TN 37069** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123697** | | | | **Warranty** | | | | |
| **Andrew T Flowers** **608 Summit Ave** **Glassport, PA 15045** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5074423** | | | | **Warranty** | | | | |
| **Andrew T Hildreth** **117 Bay Front Drive** **Chapin, SC 29036** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105463** | | | | **Warranty** | | | | |
| **Andrew T Jones** **14135  1 2  Akam Road** **Corry, PA 16407** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **172** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

In re __**Great Lakes Warranty Corporation**_____,   Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5111225** | | | | **Warranty** | | | | |
| **Andrew T Nieport**<br>**203 S Walnut St**<br>**New Bremen, OH 45869** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126145** | | | | **Warranty** | | | | |
| **Andrew Tanner**<br>**6017 Christina Drive**<br>**West Bloomfield, MI 48324** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131343** | | | | **Warranty** | | | | |
| **Andrew Titus Jr**<br>**1167 Middletown Road**<br>**Ridgway, PA 15853** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114133** | | | | **Warranty** | | | | |
| **Andrew Vieane**<br>**2375 S Cobblestone Court**<br>**Gilbert, AZ 85295** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131860** | | | | **Warranty** | | | | |
| **Andrew Vu**<br>**945 Quincy Avenue Apt 2**<br>**Scranton, PA 18510** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.__**173**___ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108159** | | | Warranty | | | | |
| **Andrew W Oakes**<br>**214 Shaler Street**<br>**Pittsburgh, PA 15211** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5130608** | | | Warranty | | | | |
| **Andrew Wallace**<br>**1500 Bustleton Avenue**<br>**Southampton, PA 18966** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5125851** | | | Warranty | | | | |
| **Andrew Ward**<br>**4783 Baus Road**<br>**East Greenville, PA 18041** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5126213** | | | Warranty | | | | |
| **Andrew Weber**<br>**331 East Riverview Street**<br>**Bethlehem, PA 18018** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5118617** | | | Warranty | | | | |
| **Andrew Weihrauch**<br>**6640 Quincy Dr**<br>**Verona, PA 15147** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **174**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       **0.00**

In re   **Great Lakes Warranty Corporation**                                            ,     Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5128945** | | | | Warranty | | | | |
| **Andrew Whateley** **280 Foam Road** **Millville, NJ 08332** | - | | | | X | X | | 0.00 |
| Account No. **5125265** | | | | Warranty | | | | |
| **Andrew Williams** **222 Berkstone Circle** **Harrisburg, PA 17112** | - | | | | X | X | | 0.00 |
| Account No. **5125846** | | | | Warranty | | | | |
| **Andrew Yost** **720 Fifth Street** **Lancaster, PA 17603** | - | | | | X | X | | 0.00 |
| Account No. **5084809** | | | | Warranty | | | | |
| **Andrew Z McBride** **4255 Bis Road** **Lancaster, OH 43130** | - | | | | X | X | | 0.00 |
| Account No. **5085286** | | | | Warranty | | | | |
| **Andris Niedra** **105 Cypress Street** **Beaver, PA 15009** | - | | | | X | X | | 0.00 |

Sheet no. **175** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

<p style="text-align:center">Debtor</p>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<p style="text-align:center">(Continuation Sheet)</p>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5073300 | | | | Warranty | | | | |
| Andrue Netcher 1678 Laurel Ridge Lane Lawrenceville, GA 30043 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121954 | | | | Warranty | | | | |
| Andy Blair 418 Cedar Dr Elizabeth, PA 15037 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5065079 | | | | Warranty | | | | |
| Andy Blair 129 Dakota Avenue Newmarket, MN 55054 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130837 | | | | Warranty | | | | |
| Andy Hawanchak 130 Kingston Club Rd Latrobe, PA 15650 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124858 | | | | Warranty | | | | |
| Andy Hull 1815 Greenbush Street Lafayette, IN 47904 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **176** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">Subtotal (Total of this page)     0.00</div>

In re   **Great Lakes Warranty Corporation**                                      ,      Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5068137** | | | | **Warranty** | | | | |
| **Andy Kiefer** **16657 12th Way** **Phoenix, AZ 85048** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128838** | | | | **Warranty** | | | | |
| **Anecia Henry** **800 Cedar Street Apt 41** **Millville, NJ 08332** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128614** | | | | **Warranty** | | | | |
| **Anes Halimic** **43781 Stoney Lane** **Sterling Heights, MI 48313** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102470** | | | | **Warranty** | | | | |
| **Anett Stricker** **1206 Eagles Rest Court** **Spring Hill, TN 37174** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5067679** | | | | **Warranty** | | | | |
| **Anette Lousky** **213 14th Street** **Lakewood, NJ 08701** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**177** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5109511** | | | | **Warranty** | | | | |
| **Ang Li** **300 W State Street  Apt J8** **Athens, OH 45701** | - | | | | X | X | | 0.00 |
| Account No. **5107567** | | | | **Warranty** | | | | |
| **Angel Cardenas** **13541 E 54th Ave** **Yuma, AZ 85364** | - | | | | X | X | | 0.00 |
| Account No. **5097380** | | | | **Warranty** | | | | |
| **Angel Cruz** **5156 Whitaker Avenue** **Philadelphia, PA 19124** | - | | | | X | X | | 0.00 |
| Account No. **5109689** | | | | **Warranty** | | | | |
| **Angel D Wilson** **918 Wilhelm Street** **Pittsburgh, PA 15220** | - | | | | X | X | | 0.00 |
| Account No. **5132525** | | | | **Warranty** | | | | |
| **Angel Erazo Santa** **308 E Howard Ave** **Milwaukee, WI 53207** | - | | | | X | X | | 0.00 |

Sheet no. **178** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                      ,   Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108960** | | | | **Warranty** | | | | |
| **Angel Gonzalez Torres** **158 Stone House Lane** **Columbia, PA 17512** | - | | | | X | X | | 0.00 |
| Account No. **5126963** | | | | **Warranty** | | | | |
| **Angel J Ramos** **409 McClellan St** **Reading, PA 19611** | - | | | | | | | 1,267.00 |
| Account No. **5130180** | | | | **Warranty** | | | | |
| **Angel Kelley** **854 Climax Street** **Pittsburgh, PA 15210** | - | | | | X | X | | 0.00 |
| Account No. **5123252** | | | | **Warranty** | | | | |
| **Angel L Sanchez** **345 Caravan Ct** **Middletown, PA 17057** | - | | | | X | X | | 0.00 |
| Account No. **5112411** | | | | **Warranty** | | | | |
| **Angel Lara** **8 Summer Creek Court** **Irmo, SC 29063** | - | | | | X | X | | 0.00 |

Sheet no. **179** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **1,267.00**

In re **Great Lakes Warranty Corporation**       Case No. _____

,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5129560** | | | | | **Warranty** | | | | |
| **Angel Lee** **PO Box 367** **Port Elizabeth, NJ 08348** | - | | | | | X | X | | 0.00 |
| Account No. **5097198** | | | | | **Warranty** | | | | |
| **Angel Lee Elridge** **122 West Washington Avenue   Apt 2A** **Dubois, PA 15801** | - | | | | | X | X | | 0.00 |
| Account No. **5093847** | | | | | **Warranty** | | | | |
| **Angel M Lawson** **6139 Zachary Woods lane** **Columbus, OH 43232** | - | | | | | X | X | | 0.00 |
| Account No. **5128743** | | | | | **Warranty** | | | | |
| **Angel M Richardson** **5250 Stewart AVe  No2155** **Las Vegas, NV 89110** | - | | | | | X | X | | 0.00 |
| Account No. **5092544** | | | | | **Warranty** | | | | |
| **Angel Marrero** **4631 Rosehill Street** **Philadelphia, PA 19120** | - | | | | | X | X | | 0.00 |

Sheet no.**180** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5108459** | | | | | **Warranty** | | | | |
| **Angel Ruiz** **123 Green Street** **Sellersvile, PA 18960** | - | | | | | X | X | | 0.00 |
| Account No. **5126761** | | | | | **Warranty** | | | | |
| **Angel Serrano** **125 Montgomery Avenue** **Wildwood, NJ 08260** | - | | | | | | | | 245.30 |
| Account No. **5126836** | | | | | **Warranty** | | | | |
| **Angel V Delacruz** **117 East Andrews Ave** **Wildwood, NJ 08260** | - | | | | | X | X | | 0.00 |
| Account No. **5121764** | | | | | **Warranty** | | | | |
| **Angela Green** **256 Cobb Hill Rd** **Genesee, PA 16925** | - | | | | | X | X | | 0.00 |
| Account No. **5128290** | | | | | **Warranty** | | | | |
| **Angela Lepore** **1916 Evergreen Rd** **Pulaski, PA 16143** | - | | | | | X | X | | 0.00 |

Sheet no. **181** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

245.30

In re **Great Lakes Warranty Corporation**                          Case No. _____

                                                    ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130390** | | | | Warranty | | | | |
| **Angela  Pearson** **437 E Warrington Ave** **Pittsburgh, PA 15210** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102258** | | | | Warranty | | | | |
| **Angela  Young** **309 Latzer Avenue** **Minerva, OH 44657** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092235** | | | | Warranty | | | | |
| **Angela A Venna** **904 Spruce Street** **Kulpmont, PA 17834** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112660** | | | | Warranty | | | | |
| **Angela Anderson** **320 Old Hickory Bl** **N Ashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110297** | | | | Warranty | | | | |
| **Angela Ann Woytowiez** **1213 S 27th Street  Apt #C** **Altoona, PA 16602** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **182** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

In re **Great Lakes Warranty Corporation**                           , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5129488** | | | | | Warranty | | | | |
| **Angela Bossons** **1037 West Turner Floor 2nd** **Allentown, PA 18102** | - | | | | | X | X | | 0.00 |
| Account No. **5127808** | | | | | Warranty | | | | |
| **Angela Bowden** **1822 South Derexa Drive** **Hamilton, OH 45011** | - | | | | | | | | 151.49 |
| Account No. **5128477** | | | | | Warranty | | | | |
| **Angela C Holloway** **1165 Tiftonia View Rd** **Chattanooga, TN 37419** | - | | | | | X | X | | 0.00 |
| Account No. **5125523** | | | | | Warranty | | | | |
| **Angela Callahan** **12916 St Rt 534** **Salem, OH 44460** | - | | | | | X | X | | 0.00 |
| Account No. **5130530** | | | | | Warranty | | | | |
| **Angela Canada** **3113 W Edna** **Wichita, KS 67213** | - | | | | | X | X | | 0.00 |

Sheet no. **183** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

151.49

In re  **Great Lakes Warranty Corporation**                              ,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5058699** | | | | **Warranty** | | | | |
| **Angela Chapman** **2821 Stokers Lane North** **Nashville, TN 37207** | - | | | | | | | 367.88 |
| Account No. **5115700** | | | | **Warranty** | | | | |
| **Angela Cisneros** **13917 Lakewood Heights Boulevard** **Cleveland, OH 44107** | - | | | | X | X | | 0.00 |
| Account No. **5113822** | | | | **Warranty** | | | | |
| **Angela Coryea** **161 Vickerman Rd** **Mercer, PA 16137** | - | | | | | | | 521.18 |
| Account No. **5112678** | | | | **Warranty** | | | | |
| **Angela D Anderson** **614 Crestgate Place** **Millersville, PA 17551** | - | | | | X | X | | 0.00 |
| Account No. **5094520** | | | | **Warranty** | | | | |
| **Angela Denise Bass** **5009 Lochinvar** **Memphis, TN 38116** | - | | | | X | X | | 0.00 |

Sheet no.**184** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **889.06**

In re  **Great Lakes Warranty Corporation**                                   ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5107109** | | | | | Warranty | | | | |
| **Angela E Christian** **216 West 22nd Avenue** **Wildwood, NJ 08260** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5125702** | | | | | Warranty | | | | |
| **Angela Esh** **28 Kimberly Avenue** **New Providence, PA 17560** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5083150** | | | | | Warranty | | | | |
| **Angela Hampton** **2120 Penn Place NE** **Canton, OH 44704** | - | | | | | | | | |
| | | | | | | | | | 346.34 |
| Account No. **5107235** | | | | | Warranty | | | | |
| **Angela Homewood** **1306 Summerville Avenue** **Columbia, SC 29201** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5121228** | | | | | Warranty | | | | |
| **Angela K Lockhart** **18680 Raymond St** **Maple Heights, OH 44137** | - | | | | | | | | |
| | | | | | | | | | 572.93 |

Sheet no. **185** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          919.27

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130039** | | | | **Warranty** | | | | |
| **Angela K Pride** **184 Miami Rd  PO 137** **Rushsylvania, OH 43347** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100126** | | | | **Warranty** | | | | |
| **Angela K Pride** **PO Box 137** **Rushsylvania, OH 43347** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132305** | | | | **Warranty** | | | | |
| **Angela Krum** **5609 Ritter Lane** **Las Vegas, NV 89118** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113983** | | | | **Warranty** | | | | |
| **Angela L Kuerner** **263 E 30th Street** **Erie, PA 16504** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116633** | | | | **Warranty** | | | | |
| **Angela L Phillippy** **528 Oak Grove Road** **Pine Grove, PA 17963** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **186** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                               Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122096** | | | Warranty | | | | |
| **Angela L Sanchez** **1701 East Broad St** **Millville, NJ 08332** | - | | | X | X | | **0.00** |
| Account No. **5117860** | | | Warranty | | | | |
| **Angela L Trammel** **1180 Easthill St SE** **North Canton, OH 44720** | - | | | | | | **95.00** |
| Account No. **5110514** | | | Warranty | | | | |
| **Angela Lax** **7510 E Thomas Road** **Scottsdale, AZ 85251** | - | | | X | X | | **0.00** |
| Account No. **5120039** | | | Warranty | | | | |
| **Angela Lee Holcombe** **105 Sessions Dr** **Aiken, SC 29803** | - | | | X | X | | **0.00** |
| Account No. **5066105** | | | Warranty | | | | |
| **Angela Lester** **5959 Colchester Dr** **Hermitage, TN 37076** | - | | | X | X | | **0.00** |

Sheet no. **187** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **95.00**

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5059394** | | | Warranty | | | | |
| **Angela Lockhart** 4429 Green Rd Warrensville Heights, OH 44128 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5062258** | | | Warranty | | | | |
| **Angela Lukich** 7340 Cayman Way Apt 7 Maineville, OH 45039 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125778** | | | Warranty | | | | |
| **Angela Lutz** 335 E. Maple Avenue Langhorne, PA 19047 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120177** | | | Warranty | | | | |
| **Angela M Gunshore** 2419 Pepper Tree Dr Erie, PA 16510 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5086704** | | | Warranty | | | | |
| **Angela M Lupo** 2504 E Chester Drive Chandler, AZ 85286 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**188**__ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099086** | | | | **Warranty** | | | | |
| **Angela M Mahkovic 3008 Turk Street Claridge, PA 15623** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112425** | | | | **Warranty** | | | | |
| **Angela M Miklavic 108 Colonial Way Canonsburg, PA 15317** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113928** | | | | **Warranty** | | | | |
| **Angela M Nimon 834 Beck Road SE Lancaster, OH 43130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111102** | | | | **Warranty** | | | | |
| **Angela M Ross 173 Brian Circle Antioch, TN 37013** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089358** | | | | **Warranty** | | | | |
| **Angela M Sims 2402 E Fifth Street #1621 Tempe, AZ 85281** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **189** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5111825 | | | | Warranty | | | | |
| Angela Mara 3114 Tower Hill Drive Akron, OH 44319 | - | | | | X | X | | 0.00 |
| Account No. 5132630 | | | | Warranty | | | | |
| Angela Maria Gaviria 1626 Northampton Street Easton, PA 18042 | - | | | | X | X | | 0.00 |
| Account No. 5115891 | | | | Warranty | | | | |
| Angela Marie Huff 1404 Decker Street Jefferson Hills, PA 15025 | - | | | | X | X | | 0.00 |
| Account No. 5091031 | | | | Warranty | | | | |
| Angela Marie Zech Blakey 25324 S 182nd Place Queen Creek, AZ 85242 | - | | | | X | X | | 0.00 |
| Account No. 5128543 | | | | Warranty | | | | |
| Angela Mease 113 Buckley Drive Harrisburg, PA 17112 | - | | | | X | X | | 0.00 |

Sheet no. **190** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____
_____,
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113051 | | | | Warranty | | | | |
| Angela Millican 2238 Waynesburg Drive SE Canton, OH 44707 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129139 | | | | Warranty | | | | |
| Angela Mills 2476 E Garfield Rd New Springfield, OH 44443 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5115189 | | | | Warranty | | | | |
| Angela N Williams 6635 Reedy Creek Road Bristol, VA 24202 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092986 | | | | Warranty | | | | |
| Angela P Bennett 921 S Confederate Rock Hill, SC 29750 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121337 | | | | Warranty | | | | |
| Angela Peltier 2177 Shenandoah Dr Troy, OH 45373 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **191** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5093693** | | | | **Warranty** | | | | |
| **Angela Pettigrew** **2693 E 126th Street** **Cleveland, OH 44120** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100909** | | | | **Warranty** | | | | |
| **Angela R Metz** **3235 17th Street** **Allentown, PA 18104** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132238** | | | | **Warranty** | | | | |
| **Angela Rain** **92 Second Street** **Whitney, PA 15693** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115632** | | | | **Warranty** | | | | |
| **Angela Ricks** **4927 Cane Savannah Road** **Wedgefield, SC 29168** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097696** | | | | **Warranty** | | | | |
| **Angela Riley** **53 Bayberry Lane** **Willingboro, NJ 08046** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **192** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re   **Great Lakes Warranty Corporation**                                    ,      Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5099881** | | | **Warranty** | | | | |
| **Angela Rutan** **PO Box 124** **Zanesfield, OH 43360** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5121939 | | | **Warranty** | | | | |
| **Angela S Crosby** **17179 Hartsough Rd** **Laureville, OH 43135** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5113135 | | | **Warranty** | | | | |
| **Angela S Magann** **129 Lincoln Place** **Urbana, OH 43078** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5120965 | | | **Warranty** | | | | |
| **Angela Sposito** **172 Foxwood Rd** **Coraopolis, PA 15108** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5124716 | | | **Warranty** | | | | |
| **Angela Stocker** **141 Hunters Mill Drive** **West Columbia, SC 29170** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **193** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5067001** <br><br> **Angela Torres** <br> **3422 North 12th Park** <br> **Phoenix, AZ 85014** | - | | Warranty | X | X | | 0.00 |
| Account No. **5128602** <br><br> **Angela Trout** <br> **433 South 9th Street** <br> **Akron, PA 17501** | - | | Warranty | X | X | | 0.00 |
| Account No. **5132029** <br><br> **Angela Vincent** <br> **189 Ned Williams Road** <br> **Kershaw, SC 29067** | - | | Warranty | X | X | | 0.00 |
| Account No. **5094429** <br><br> **Angela Washington** <br> **8602 E Old Spanish** <br> **Tucson, AZ 85710** | - | | Warranty | | | | 386.90 |
| Account No. **5127749** <br><br> **Angela Whitson** <br> **2691 Two Ridge Avenue** <br> **Lancaster, OH 43130** | - | | Warranty | | | | 968.31 |

Sheet no. **194** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,355.21

In re    **Great Lakes Warranty Corporation** _____ ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5112169** | | | | Warranty | | | | |
| Angeles U Lopez PO Box 6132 San Luis, AZ 85349 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090881** | | | | Warranty | | | | |
| Angelia J Van Vranken 5113 Glen Carron Drive Nashville, Tn 37220 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129257** | | | | Warranty | | | | |
| Angelica D Noel 7394 Country View Dr Harrisburg, PA 17117 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122306** | | | | Warranty | | | | |
| Angelica Maya PO Box 4707 San Luis, AZ 85349 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126333** | | | | Warranty | | | | |
| Angelina Belenkaya 557 Beddington Circle Manheim, PA 17545 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **195** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5122753 | | | | Warranty | | | | |
| Angelina Joy Hein 36 Argali Lane Mechanicsburg, PA 17055 | | - | | | X | X | | 0.00 |
| Account No. 5093451 | | | | Warranty | | | | |
| Angelina Valentine 213 Florence Drive Uniontown, PA 15401 | | - | | | X | X | | 0.00 |
| Account No. 5115100 | | | | Warranty | | | | |
| Angeline Cortese 439 Lee Drive Pittsburgh, PA 15235 | | - | | | X | X | | 0.00 |
| Account No. 5116827 | | | | Warranty | | | | |
| Angeline T Dioguardi 39 West Third Street The Plains, OH 45780 | | - | | | X | X | | 0.00 |
| Account No. 5090635 | | | | Warranty | | | | |
| Angelique Leizerowicz 1960 W Marshall Street Norristown, PA 19403 | | - | | | X | X | | 0.00 |

Sheet no. **196** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
           (Total of this page)          0.00

In re **Great Lakes Warranty Corporation**                                   Case No. _____

_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106563** | | | | Warranty | | | | |
| **Angelita D Wright** **121 Mohawk Trail Drive** **Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130265** | | | | Warranty | | | | |
| **Angelito V Espisioco** **740 Kelso Way** **Las Vegas, NJ 89107** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119259** | | | | Warranty | | | | |
| **Angelitta A Floyd** **434 5th AVe** **Coraopolis, PA 15108** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5062968** | | | | Warranty | | | | |
| **Angelo Cuomo** **509 Hertitage Lane** **Murrysville, PA 15668** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107369** | | | | Warranty | | | | |
| **Angelos Angelakis** **116 Stonemont Dr** **Irmo, SC 29063** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **197** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            **0.00**

In re   **Great Lakes Warranty Corporation**            ,     Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5105127** | | | | **Warranty** | | | | |
| **Angie  Young**<br>**422 New Street**<br>**Sidney, OH 45365** | - | | | | | | | **677.46** |
| Account No. 5111848 | | | | **Warranty** | | | | |
| **Angie Jastrzebski**<br>**70 Main Boulevard**<br>**Ringtown, PA 17967** | - | | | | X | X | | **0.00** |
| Account No. 5116248 | | | | **Warranty** | | | | |
| **Angie Lancaster**<br>**3056 E Wahalla Lane**<br>**Phoenix, AZ 85050** | - | | | | | | | **182.32** |
| Account No. 5107095 | | | | **Warranty** | | | | |
| **Angie Page**<br>**6312 Holly Trace Way**<br>**Nashville, TN 37221** | - | | | | X | X | | **0.00** |
| Account No. 5096127 | | | | **Warranty** | | | | |
| **Angie Page**<br>**6312 Holly Trace Way**<br>**Nashville, TN 37221** | - | | | | X | X | | **0.00** |

Sheet no.**198** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal                              **859.78**
(Total of this page)

In re   **Great Lakes Warranty Corporation**                                          Case No. _____
                                                              ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124465** | | | | Warranty | | | | |
| **Angie Saxton** **202 Lenox Avenue** **Pittsburgh, PA 15221** | - | | | | X | X | | 0.00 |
| Account No. **5096131** | | | | Warranty | | | | |
| **Angie Torp** **5006 Buck Creek Road** **Floyds Knob, IN 47119** | - | | | | | | | 363.96 |
| Account No. **5114135** | | | | Warranty | | | | |
| **Angus Thomson** **307 Cornwall Drive** **Pittsburgh, PA 15238** | - | | | | X | X | | 0.00 |
| Account No. **5112568** | | | | Warranty | | | | |
| **Anibal Vernacchio** **140 Meadow Lane** **Philadelphia, PA 19154** | - | | | | X | X | | 0.00 |
| Account No. **5120015** | | | | Warranty | | | | |
| **Aniceta Garcia** **437 Idlewood Dr** **Pittsburgh, PA 15236** | - | | | | X | X | | 0.00 |

Sheet no. **199** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              363.96

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132766** | | | | Warranty | | | | |
| **Anirudh Chawdani** **9 Greenwood Drive** **Hopkinton, MA 01748** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108508** | | | | Warranty | | | | |
| **Anirudha Jayanth** **1256 E Parkwood** **Sidney, OH 45365** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5049445** | | | | Warranty | | | | |
| **Anishi Scott** **105 Water Stone Way** **Goose creek, SC 29445** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120931** | | | | Warranty | | | | |
| **Anissa  Fetchen** **301 McGan St** **Dupont, PA 18641** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106453** | | | | Warranty | | | | |
| **Anita  Griffith** **6257 Cortelyou** **Cincinnati, OH 45213** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **200** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5126382** | | | | **Warranty** | | | | |
| **Anita Adkins** **1621 Montrose Street** **East Liverpool, OH 43920** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118350** | | | | **Warranty** | | | | |
| **Anita Collin** **5906 State Route 288** **Galion, OH 44833** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130121** | | | | **Warranty** | | | | |
| **Anita Fehn** **2822 Allenford Drive SE** **Canton, OH 44707** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124544** | | | | **Warranty** | | | | |
| **Anita Gribble** **8711 Hooper Street** **Murfreesboro, TN 37127** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127653** | | | | **Warranty** | | | | |
| **Anita K Sharrock** **103 Ramona Ave** **Newark, OH 43055** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **201**___ of **4906**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re  **Great Lakes Warranty Corporation**                              ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5089063** | | | | **Warranty** | | | | |
| **Anita L Lamancusa** **954 Cornell Avenue** **Youngstown, OH 44502** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5074002** | | | | **Warranty** | | | | |
| **Anita Lynn Rolih** **1388 Potomac Court** **Carol Stream, IL 60188** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101133** | | | | **Warranty** | | | | |
| **Anita M Blue** **4702 Bataan Avenue** **Clairton, PA 15025** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5079067** | | | | **Warranty** | | | | |
| **Anita M Buerkle** **165 Stoney Springs Road** **Greensburg, PA 15601** | - | | | | | | | |
| | | | | | | | | **544.28** |
| Account No. **5130396** | | | | **Warranty** | | | | |
| **Anita N Mitchell** **1307 Kirkpatrick Ave** **N Braddock, PA 15104** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**202** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                     **544.28**

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5132321** | | | | **Warranty** | | | | |
| **Anita Padelsky** **319 Mitchell Avenue** **Hagerstwon, MD 21740** | - | | | | X | X | | 0.00 |
| Account No. **5065307** | | | | **Warranty** | | | | |
| **Anita Shull** **164 Glenbrook Deive** **Glenwood, IA 51534** | - | | | | X | X | | 0.00 |
| Account No. **5128831** | | | | **Warranty** | | | | |
| **Anita Smith** **6912 Delorean Circle** **Las Vegas, NV 89108** | - | | | | X | X | | 0.00 |
| Account No. **5132523** | | | | **Warranty** | | | | |
| **Ann  Ancona** **699 Castle Blvd** **Akron, OH 44313** | - | | | | X | X | | 0.00 |
| Account No. **5084889** | | | | **Warranty** | | | | |
| **Ann  Stephens** **3907 James Road** **Memphis, TN 38128** | - | | | | X | X | | 0.00 |

Sheet no.**203** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5122965** | | **Warranty** | | | | | | | |
| **Ann Trout** **2599 Hebbardsville Rd** **Albany, OH 45710** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5112547** | | **Warranty** | | | | | | | |
| **Ann Brothers** **2130 Golf Club Lane** **Nashville, TN 37215** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5120351** | | **Warranty** | | | | | | | |
| **Ann Chew** **762 White Horse** **Trenton, NJ 08610** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5103878** | | **Warranty** | | | | | | | |
| **Ann H Cunningham** **14651 Jago Valley Road** **Amesville, OH 45711** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5126464** | | **Warranty** | | | | | | | |
| **Ann Johnson** **43549 Angela Drive** **Vinton, OH 45786** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **204** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re __Great Lakes Warranty Corporation_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5091614** | | | **Warranty** | | | | |
| **Ann K Eubank** **301 Royal Oaks Boulevard  Apt 2706** **Franklin, TN 37067** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5128561** | | | **Warranty** | | | | |
| **Ann Konieczny** **2051 Bergey Road** **Hatfield, PA 19440** | - | | | | | | |
| | | | | | | | **1,547.50** |
| Account No. **5100289** | | | **Warranty** | | | | |
| **Ann L Roberts** **2208 18th Avenue South** **Nashville, TN 37212** | - | | | | | | |
| | | | | | | | **277.00** |
| Account No. **5089642** | | | **Warranty** | | | | |
| **Ann M Bush** **205 S Market Street** **Schaefferstown, PA 17088** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5112385** | | | **Warranty** | | | | |
| **Ann M McKee** **3715 Oakview Drive** **Girard, OH 44420** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**205__** of **4906__** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,824.50**

In re **Great Lakes Warranty Corporation**
_____,  Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5057279** | | | | **Warranty** | | | | |
| **Ann M McManis** **3523 Parkline Avenue** **Cincinnati, OH 45208** | | - | | | | | | **271.94** |
| Account No. **5095466** | | | | **Warranty** | | | | |
| **Ann Marie Engle** **136 Willow Street** **Newmanstown, PA 17073** | | - | | | X | X | | **0.00** |
| Account No. **5126228** | | | | **Warranty** | | | | |
| **Ann Marie Hamilton** **5303 E. Twain Avenue SPC144** **LAs Vegas, NV 89122** | | - | | | X | X | | **0.00** |
| Account No. **5108770** | | | | **Warranty** | | | | |
| **Ann Masciulli** **204 Lake Hills Lane** **Traverlers Rest, SC 29690** | | - | | | X | X | | **0.00** |
| Account No. **5067014** | | | | **Warranty** | | | | |
| **Ann Masley** **13910 Clairdon Troy** **Burton, OH 44021** | | - | | | X | X | | **0.00** |

Sheet no. **206** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**271.94**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5094638** | | | | Warranty | | | | |
| **Ann Peterson** **18541 Mary Ann Way** **Queen Creek, AZ 85242** | - | | | | X | X | | 0.00 |
| Account No. **5085218** | | | | Warranty | | | | |
| **Ann Ritsick Fox** **504 Langans Road** **Pittston, PA 18640** | - | | | | X | X | | 0.00 |
| Account No. **5070461** | | | | Warranty | | | | |
| **Ann Sedlemeyer** **16 Easy St** **Indiana, PA 15701** | - | | | | X | X | | 0.00 |
| Account No. **5082982** | | | | Warranty | | | | |
| **Ann Ship** **3701 Woodllawn Dr** **Nashville, TN 37215** | - | | | | X | X | | 0.00 |
| Account No. **5124712** | | | | Warranty | | | | |
| **Ann Szedon** **512 Elmira Street Box 485** **Monongahela, PA 15063** | - | | | | X | X | | 0.00 |

Sheet no. **207** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5101725** | | Warranty | | | | | | |
| **Ann Terrell Fussell** **6322 Chickering Woods Drive** **Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129518** | | Warranty | | | | | | |
| **Ann Wright** **4937 14th Street SW** **Canton, OH 44710** | - | | | | | | | |
| | | | | | | | | 350.25 |
| Account No. **5094108** | | Warranty | | | | | | |
| **Ann Zimmerman** **1410 North Eighth Street** **Lebanon, PA 17046** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5076525** | | Warranty | | | | | | |
| **Anna  Elliott Douglass** **1705 Lincoya Bay Drive** **Nashville, TN 37214** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129207** | | Warranty | | | | | | |
| **Anna  Vangeli** **1382 Steven Lane** **Lansdale, PA 19446** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**208** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

350.25

In re   **Great Lakes Warranty Corporation**           ,    Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5129995 | | | | Warranty | | | | |
| Anna Andrejko 9871 West Moccassin Tr Wexford, PA 15090 | - | | | | X | X | | 0.00 |
| Account No. 5106102 | | | | Warranty | | | | |
| Anna C James 4220 Wilmot Avenue Columbia, SC 29205 | - | | | | X | X | | 0.00 |
| Account No. 5106009 | | | | Warranty | | | | |
| Anna Carbajal 1213 E Chambers Street Phoenix, AZ 85040 | - | | | | X | X | | 0.00 |
| Account No. 5126615 | | | | Warranty | | | | |
| Anna Deimler 5 Jefferson St Duncannon, PA 17020 | - | | | | X | X | | 0.00 |
| Account No. 5073725 | | | | Warranty | | | | |
| Anna Hunter 1025 Steeple Ridge Road Irmo, SC 29063 | - | | | | X | X | | 0.00 |

Sheet no. **209** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re   **Great Lakes Warranty Corporation**                    ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5116830 | | | | Warranty | | | | |
| Anna Intrigila 241 N Ninth Street Apt 2 Allentown, PA 18102 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105503 | | | | Warranty | | | | |
| Anna J Dolan 39051 A State Highway 77 Centerville, PA 16404 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112742 | | | | Warranty | | | | |
| Anna J Parkes 108 Kathleen Street Pittsburgh, PA 15211 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125574 | | | | Warranty | | | | |
| Anna Kravchenko 5955 Cantwell Drive Mayfield Heights, OH 44124 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100513 | | | | Warranty | | | | |
| Anna L Conte 16 East Madison Avenue New Castle, PA 16102 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **210** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
            (Total of this page)         **0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                          ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5092425** | | | | Warranty | | | | |
| **Anna M Bell** **1185 Sixth Avenue** **Freedom, PA 15042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124403** | | | | Warranty | | | | |
| **Anna M Eichert** **408 S State St  Apt Rear** **Newton, PA 18940** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093409** | | | | Warranty | | | | |
| **Anna M Nicholls** **10734 State Route 45** **Lisbon, OH 44438** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107025** | | | | Warranty | | | | |
| **Anna M Ours** **1405 Eighth Avenue** **Beaver, PA 15009** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108783** | | | | Warranty | | | | |
| **Anna Marie Canton** **10 Denton Avenue  Apt 2** **DuBois, PA 15801** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**211** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                        ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5089933** | | | | Warranty | | | | |
| **Anna Marie Krug** **1978 E Desert Moon Trail** **Queen Creek, AZ 85243** | | - | | | | | | 334.20 |
| Account No. **5092432** | | | | Warranty | | | | |
| **Anna ONeal** **6033 Murray Lane** **Brentwood, TN 37027** | | - | | | X | X | | 0.00 |
| Account No. **5106295** | | | | Warranty | | | | |
| **Anna Pierce** **127 East Copley** **Emporia, KS 66801** | | - | | | X | X | | 0.00 |
| Account No. **5076598** | | | | Warranty | | | | |
| **Anna Steel Clark** **119 Francis Avenue** **Wayne, PA 19087** | | - | | | X | X | | 0.00 |
| Account No. **5123591** | | | | Warranty | | | | |
| **Annabel Flores** **471 Fern St** **Somerton, AZ 85350** | | - | | | X | X | | 0.00 |

Sheet no. **212** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

334.20

In re   **Great Lakes Warranty Corporation**                ,      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5114505 | | | | | Warranty | | | | |
| Annalissa Y Ferrer 207 West Chestnut Shamokin, PA 17872 | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5083057 | | | | | Warranty | | | | |
| Anne  Stratford 589 Park Hill Drive  #15 Fair Lawn, OH 44333 | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5067068 | | | | | Warranty | | | | |
| Anne Alexdrov 16410 East Emerald Drive Fountain Hills, AZ 85268 | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5110932 | | | | | Warranty | | | | |
| Anne B Kirk 7928 Nolensville Road Arrington, TN 37014 | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5060182 | | | | | Warranty | | | | |
| Anne Chaloupka 2769 Blue Spruce Dr Green Bay, WI 54311 | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **213**  of **4906**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5124093** | | - | | **Warranty** | | | | |
| **Anne Clark**<br>**1384 Hepatica Street**<br>**Blacklick, OH 43004** | | | | | X | X | | 0.00 |
| Account No. **5115486** | | - | | **Warranty** | | | | |
| **Anne Deborah Trotter**<br>**3227 Unruh Avenue**<br>**Philadelphia, PA 19149** | | | | | X | X | | 0.00 |
| Account No. **5127771** | | - | | **Warranty** | | | | |
| **Anne Delacruz**<br>**3916 Diamond Ridge Street**<br>**Las Vegas, NV 89129** | | | | | X | X | | 0.00 |
| Account No. **5087156** | | - | | **Warranty** | | | | |
| **Anne Eichvalds**<br>**2 O W Road**<br>**Bangor, PA 18013** | | | | | X | X | | 0.00 |
| Account No. **5129088** | | - | | **Warranty** | | | | |
| **Anne Imhoff**<br>**400 East Hamilton St   Apt 2nd Floor**<br>**Allentown, PA 18109** | | | | | X | X | | 0.00 |

Sheet no. **214** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re    **Great Lakes Warranty Corporation**                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5117373 | | | Warranty | | | | |
| Anne Marie Balboa 9286 E Wood Drive Scottsdale, AZ 85260 | - | | | X | X | | 0.00 |
| Account No. 5110196 | | | Warranty | | | | |
| Anne Marie Depree Ferzian 6520 Swiss Hill Court Dayton, OH 45459 | - | | | X | X | | 0.00 |
| Account No. 5105028 | | | Warranty | | | | |
| Anne Nichols Crawford 32 Timberidge Drive Clover, SC 29710 | - | | | X | X | | 0.00 |
| Account No. 5101673 | | | Warranty | | | | |
| Anne P Langeler 5747 Lower Mountain Rd  PO Box 492 New Hope, PA 18938 | - | | | X | X | | 0.00 |
| Account No. 5112362 | | | Warranty | | | | |
| Anne Subotich 2067 E Powell Place Chandler, AZ 85249 | - | | | | | | 479.80 |

Sheet no._215_ of _4906_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          479.80

In re **Great Lakes Warranty Corporation** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5069008** | | | | **Warranty** | | | | |
| **Anne Swensen** **1050 Partridge Road** **Spartansburg, SC 29302** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127038** | | | | **Warranty** | | | | |
| **Anne Talley** **12430 N 19th Avenue** **Phoenix, AZ 85001** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126114** | | | | **Warranty** | | | | |
| **Anne Whelan** **3873 Blake Rd** **Huntingdon Valley, PA 19006** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086974** | | | | **Warranty** | | | | |
| **Annetta Cortez** **576 S Waterloo Road** **Devon, PA 19333** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108742** | | | | **Warranty** | | | | |
| **Annetta L Ashley** **1700 Grimes Road** **Mansfield, OH 44903** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **216** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re   **Great Lakes Warranty Corporation**         ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124162** | | | **Warranty** | | | | |
| **Annetta M Whitecavage** **389 W Main St** **Girardville, PA 17935** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5113867** | | | **Warranty** | | | | |
| **Annette  Fauth** **205 Arlington Dr** **Canonsburg, PA 15317** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5077934** | | | **Warranty** | | | | |
| **Annette C Ross** **5601 Wakeshire Court** **Trotwood, OH 45426** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5088073** | | | **Warranty** | | | | |
| **Annette Davis** **9906 Johnson Point Rd NE** **Olympia, WA 98516** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5124888** | | | **Warranty** | | | | |
| **Annette Faulkner** **2129 Clarendon Ave.** **Canton, OH 44706** | - | | | | | | |
| | | | | | | | **464.00** |

Sheet no. **217** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **464.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 5119255 | | | | Warranty | | | | |
| Annette Frengel 1812 Grove Ave New Castle, PA 16101 | - | | | | X | X | | 0.00 |
| Account No. 5092402 | | | | Warranty | | | | |
| Annette Gaines Butler 931 Pineland Street Vance, SC 29163 | - | | | | X | X | | 0.00 |
| Account No. 5119760 | | | | Warranty | | | | |
| Annette Jackson 957 Filmore Harris Rd Pleasant View, TN 37146 | - | | | | X | X | | 0.00 |
| Account No. 5119923 | | | | Warranty | | | | |
| Annette L Rader 337 Ridgemere Way Lancaswter, OH 43130 | - | | | | X | X | | 0.00 |
| Account No. 5116705 | | | | Warranty | | | | |
| Annette M Woods 1658 Hallowell St Pittsburgh, PA 15210 | - | | | | X | X | | 0.00 |

Sheet no.**218** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,                     Case No. _____

                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5124214** | | | | **Warranty** | | | | |
| **Annette Nelson**<br>**532 Lillie St**<br>**Chillicothe, OH 45601** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5067223** | | | | **Warranty** | | | | |
| **Annice Lewis**<br>**64 A. Main St**<br>**Daisytown, PA 15427** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089923** | | | | **Warranty** | | | | |
| **Annie Blanche Nguimzong Sonna**<br>**6360 SE Sigrid St**<br>**Hillsboro, OR 97123** | - | | | | | | | |
| | | | | | | | | **637.30** |
| Account No. **5088802** | | | | **Warranty** | | | | |
| **Annie J Hnath**<br>**123 Willowwood Drive**<br>**Emporium, PA 15834** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125757** | | | | **Warranty** | | | | |
| **Annie Redd**<br>**697 Spring Street**<br>**Memphis, TN 38112** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **219** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **637.30**

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130294** | | | | **Warranty** | | | | |
| **Annie Slater** **PO Box 116** **Canadian, OK 74425** | - | | | | X | X | | 0.00 |
| Account No. **5096730** | | | | **Warranty** | | | | |
| **Annie W Wicker** **617 Wicker Drive** **Newberry, SC 29108** | - | | | | X | X | | 0.00 |
| Account No. **5130403** | | | | **Warranty** | | | | |
| **Annmarie  Franoni** **7343 Frontenac St** **Philadelphia, PA 19111** | - | | | | X | X | | 0.00 |
| Account No. **5123946** | | | | **Warranty** | | | | |
| **Anshanette Hazle Davis** **2172 Old Riley St** **Orangeburg, SC 29118** | - | | | | | | | 234.23 |
| Account No. **5128319** | | | | **Warranty** | | | | |
| **Anthea L Cassidy** **3038 Sawdust Lane** **Dublin, OH 43017** | - | | | | X | X | | 0.00 |

Sheet no. **220** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      234.23

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5081587** | | | | **Warranty** | | | | |
| **Anthonia N Nnamani** **198 King Williams Street** **Newark, DE 19711** | | - | | | | | | 431.83 |
| Account No. **5128060** | | | | **Warranty** | | | | |
| **Anthony  DiMartino** **27 Hampton Grn** **Staten Island, NY 10312** | | - | | | X | X | | 0.00 |
| Account No. **5127602** | | | | **Warranty** | | | | |
| **Anthony  Elliott** **22855 Vasilios Ct** **Novi, MI 48374** | | - | | | X | X | | 0.00 |
| Account No. **5132240** | | | | **Warranty** | | | | |
| **Anthony  Guy** **8046 Armen Avenue** **Kettering, OH 45432** | | - | | | X | X | | 0.00 |
| Account No. **5066573** | | | | **Warranty** | | | | |
| **Anthony  Morgan** **4139 Creston Road** **Crossville, TN 38571** | | - | | | X | X | | 0.00 |

Sheet no.**221**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

431.83

In re  **Great Lakes Warranty Corporation**                              ,      Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5117231 | | | | | Warranty | | | | |
| Anthony Moscato 915 Walnut Grove Lane New Waterford, OH 44445 | - | | | | | X | X | | 0.00 |
| Account No. 5118432 | | | | | Warranty | | | | |
| Anthony Odinkemere 1344 Princeton AVe Trenton, NJ 08638 | - | | | | | X | X | | 0.00 |
| Account No. 5109188 | | | | | Warranty | | | | |
| Anthony Phillips 269 Noah Drive Franklin, TN 37064 | - | | | | | X | X | | 0.00 |
| Account No. 5095205 | | | | | Warranty | | | | |
| Anthony Reckman 6482 Olde York Rd Parma Heights, OH 44130 | - | | | | | | | | 1,663.96 |
| Account No. 5123020 | | | | | Warranty | | | | |
| Anthony Ricco 2106 Leckrone RD1 Masontown, PA 15461 | - | | | | | X | X | | 0.00 |

Sheet no. **222** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,663.96

In re **Great Lakes Warranty Corporation** , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5080174** | | | | **Warranty** | | | | |
| **Anthony  Wallace 6790 Oak Forest Olive Branch, MS 38654** | - | | | | X | X | | 0.00 |
| Account No. **5040018** | | | | **Warranty** | | | | |
| **Anthony & Johnnie Barnette 4952 Bluff City Hwy Bluff City, TN 37618** | - | | | | | | | 95.00 |
| Account No. **5092342** | | | | **Warranty** | | | | |
| **Anthony Abromavich 6992 Hamilton Road Mendon, OH 45862** | - | | | | X | X | | 0.00 |
| Account No. **5129494** | | | | **Warranty** | | | | |
| **Anthony Acosta 621 Ridge Avenue Allentown, PA 18102** | - | | | | X | X | | 0.00 |
| Account No. **5126181** | | | | **Warranty** | | | | |
| **Anthony Adams 1545 Maria Court Fernley, NV 89408** | - | | | | X | X | | 0.00 |

Sheet no.**223** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**95.00**

In re   **Great Lakes Warranty Corporation**             ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085320**<br><br>**Anthony Alcorn**<br>**90 Martsville Lane**<br>**Piqua, OH 45356** | | - | | **Warranty** | | | | 591.28 |
| Account No. **5064357**<br><br>**Anthony Allen**<br>**13311 Oddom Ct**<br>**Cypress, TX 77429** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5060144**<br><br>**Anthony Ashman**<br>**2723 Shady Run Rd**<br>**Youngstown, OH 44502** | | - | | **Warranty** | | | | 210.95 |
| Account No. **5089008**<br><br>**Anthony B  Williams**<br>**2998 Shannon Street**<br>**Memphis, TN 38108** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5093441**<br><br>**Anthony B Evans**<br>**928 Georgie Street**<br>**Derby, KS 67037** | | - | | **Warranty** | X | X | | 0.00 |

Sheet no.**224**___ of **4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal
(Total of this page)             802.23

In re   **Great Lakes Warranty Corporation**                                          ,          Case No. _____

_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5115654 | | | | Warranty | | | | |
| Anthony B Henry 319 Leedy Road Spring Grove, PA 17362 | - | | | | X | X | | 0.00 |
| Account No. 5127827 | | | | Warranty | | | | |
| Anthony Ball 1960 Oaklake Drive Watkinsville, PA 30677 | - | | | | | | | 1,736.13 |
| Account No. 5065775 | | | | Warranty | | | | |
| Anthony Barnat 1750 Pierce Street Aliquippa, PA 15001 | - | | | | | | | 4,832.00 |
| Account No. 5113840 | | | | Warranty | | | | |
| Anthony Batchelor 1500 RedSchoolhouse Rd Osceola Mills, PA 16666 | - | | | | X | X | | 0.00 |
| Account No. 5086073 | | | | Warranty | | | | |
| Anthony Benegasi 2425 Ridgewood Court New Castle, PA 16101 | - | | | | X | X | | 0.00 |

Sheet no. **225**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,568.13

In re  **Great Lakes Warranty Corporation**  ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131650** | | | Warranty | | | | |
| **Anthony Bongi** **1501 Little Gloucester Road** **Blackwood, NJ 08012** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123267** | | | Warranty | | | | |
| **Anthony Bonventre** **1845 Palm Cove Blvd Unit 201** **Delray Beach, FL 33445** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127783** | | | Warranty | | | | |
| **Anthony Bordonaro** **431 Chestnut St** **Greensburg, PA 15601** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111338** | | | Warranty | | | | |
| **Anthony Brown** **504 Bentley Street** **Dayton, OH 45404** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114091** | | | Warranty | | | | |
| **Anthony C Barranco** **103 North Elm St** **Clarksville, IN 47129** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**226** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,    Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5087611** | | | | **Warranty** | | | | |
| **Anthony C Dalfonso 165 Shilo Drive Belle Vernon, PA 15012** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5120942 | | | | **Warranty** | | | | |
| **Anthony C Morgan II 7113 Mauford Dr Dayton, OH 45424** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5090660 | | | | **Warranty** | | | | |
| **Anthony C Muller 6155 E Horseshoe Road Paradise Valley, AZ 85253** | - | | | | | | | |
| | | | | | | | | **380.71** |
| Account No. 5117225 | | | | **Warranty** | | | | |
| **Anthony C Shack 2844 Pickle Road  #162 Oregon, OH 43616** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5097976 | | | | **Warranty** | | | | |
| **Anthony C Stelluto 76 Mallory Road Tonawanda, NY 14150** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**227** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   **380.71**

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5129803 | | | | Warranty | | | | |
| Anthony Cartiglia 306 Norton Road Stroudsburg, PA 18360 | - | | | | X | X | | 0.00 |
| Account No. 5093705 | | | | Warranty | | | | |
| Anthony D Cugini 6508 Norwalk Road Medina, OH 44256 | - | | | | X | X | | 0.00 |
| Account No. 5108959 | | | | Warranty | | | | |
| Anthony D Howard 607 Willow Street Reinholds, PA 17569 | - | | | | X | X | | 0.00 |
| Account No. 5108627 | | | | Warranty | | | | |
| Anthony Davis 9825 Cincinnati Zanesville Road Amanda, OH 43102 | - | | | | X | X | | 0.00 |
| Account No. 5122481 | | | | Warranty | | | | |
| Anthony Devita 484 Center Ave Cerona, PA 15147 | - | | | | X | X | | 0.00 |

Sheet no. **228** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124607** | | | **Warranty** | | | | |
| **Anthony Dinnzio 1023 Clark Street Lancaster, PA 17602** | | - | | | | | 543.65 |
| Account No. **5130951** | | | **Warranty** | | | | |
| **Anthony Dominick Zirilli 8840 Brocklehusrt St Philadelphia, PA 19152** | | - | | X | X | | 0.00 |
| Account No. **5090547** | | | **Warranty** | | | | |
| **Anthony Dwayne Hollingsworth 741 Willis Gap Road Ararat, VA 24053** | | - | | X | X | | 0.00 |
| Account No. **5104895** | | | **Warranty** | | | | |
| **Anthony Eckley 120 E Bacon Street Pottsville, PA 17901** | | - | | X | X | | 0.00 |
| Account No. **5131558** | | | **Warranty** | | | | |
| **Anthony F Williams Jr 3469 Trimble Ave Cincinnati, OH 45207** | | - | | X | X | | 0.00 |

Sheet no. **229** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 543.65

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5113470 | | | | | Warranty | | | | |
| Anthony Filiberti 2244 Kingsgate Lane Mt Pleasant, SC 29466 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5128662 | | | | | Warranty | | | | |
| Anthony Fiorenzo 558 Forest Avenue Pittsburgh, PA 15202 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5123307 | | | | | Warranty | | | | |
| Anthony Fuccaro 131 Baker Drive Clairton, PA 15025 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5078139 | | | | | Warranty | | | | |
| Anthony Garrison 6634 Bentcreek Drive Charleston, SC 29420 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5102494 | | | | | Warranty | | | | |
| Anthony Guido 123 Willow Village Drive Pittsburgh, PA 15239 | - | | | | | | | | |
| | | | | | | | | | 164.04 |

Sheet no. **230** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — **164.04**

In re **Great Lakes Warranty Corporation**                    ,          Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123944** | | | | Warranty | | | | |
| **Anthony Harney** **2339 Spear Ct** **Auburn, PA 17922** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5081237** | | | | Warranty | | | | |
| **Anthony Henry** **313 West 8th St** **Wellston, OH 45692** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115908** | | | | Warranty | | | | |
| **Anthony High** **3100 South Nevel Circle** **Huntsville, AL 35810** | - | | | | | | | |
| | | | | | | | | **63.82** |
| Account No. **5097876** | | | | Warranty | | | | |
| **Anthony Iovino** **134 Suhan Drive** **Irwin, PA 15642** | - | | | | | | | |
| | | | | | | | | **200.99** |
| Account No. **5121942** | | | | Warranty | | | | |
| **Anthony J Bougis** **806 West Main St** **Lancaster, OH 43130** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **231** of **4906** sheets attached to Schedule of                    Subtotal                     **264.81**
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

In re **Great Lakes Warranty Corporation**                         Case No. _____

_____,
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122468** | | Warranty | | | | | | |
| **Anthony J Fischione Jr** **517 Springwood Dr** **Verona, PA 15147** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124425** | | Warranty | | | | | | |
| **Anthony J Haupt** **24486 Huber Hitler Rd** **Circleville, OH 43115** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103160** | | Warranty | | | | | | |
| **Anthony J Kaydo** **24 Grant Street   PO Box 394** **New Salem, PA 15468** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130838** | | Warranty | | | | | | |
| **Anthony J Monteparte** **1 Caldwell Dr** **Jeannette, PA 15644** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5100772** | | Warranty | | | | | | |
| **Anthony J Moon** **116 Heathersett Drive** **Franklin, TN 37640** | - | | | | | | | |
| | | | | | | | | **394.80** |

Sheet no. **232** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **394.80**

In re  **Great Lakes Warranty Corporation**          ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114629 | | | | Warranty | | | | |
| Anthony J Ricci PO Box 4148  106 Main St Seltzer, PA 17974 | - | | | | X | X | | 0.00 |
| Account No. 5080322 | | | | Warranty | | | | |
| Anthony J Sedlak 1101 Downs Boulevard  #88 Franklin, TN 37064 | - | | | | X | X | | 0.00 |
| Account No. 5128296 | | | | Warranty | | | | |
| Anthony J Shinsky 2215 Walnut Bottom Rd York, PA 17408 | - | | | | X | X | | 0.00 |
| Account No. 5108208 | | | | Warranty | | | | |
| Anthony J Solic 2806 Center Road Poland, OH 44514 | - | | | | X | X | | 0.00 |
| Account No. 5117813 | | | | Warranty | | | | |
| Anthony J Tiano III 37 Jolly Lane Levittown, PA 19055 | - | | | | X | X | | 0.00 |

Sheet no.**233** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108389** | | | | Warranty | | | | |
| **Anthony J Zumbo** **691 Moreland Drive** **Pittsburgh, PA 15243** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125735** | | | | Warranty | | | | |
| **Anthony Jackson** **2971 Paxton Road** **Shaker Heights, OH 44120** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103378** | | | | Warranty | | | | |
| **Anthony Jones** **5040 Nellis Oasis  #1011** **Las Vegas, NV 89115** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128306** | | | | Warranty | | | | |
| **Anthony Kalabat** **2525 Telegraph Rd  Ste 104** **Bloomfield Hills, MI 48302** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122834** | | | | Warranty | | | | |
| **Anthony L Derenzo** **508 Washington St  Apt 6A** **Shoemakersville, PA 19555** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**234**__ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re   **Great Lakes Warranty Corporation**                                    ,                    Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5113311** | | | | **Warranty** | | | | |
| **Anthony L Jakicic** **203 Bon Air Avenue** **Pittsburgh, PA 15210** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121720** | | | | **Warranty** | | | | |
| **Anthony L Olenar** **4384 County Rd 1** **Rayland, OH 43943** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089032** | | | | **Warranty** | | | | |
| **Anthony Lee Finn** **4435 W Saint Anne Avenue** **Laveen, AZ 85339** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104268** | | | | **Warranty** | | | | |
| **Anthony Lehman** **1268 Todd Lane  Apt B** **Troy, OH 45373** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5094094** | | | | **Warranty** | | | | |
| **Anthony Lewayne Mauldin** **419 Capers Drive** **Ladson, SC 29456** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **235** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re  **Great Lakes Warranty Corporation**
                                                    ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5098489** | | | Warranty | | | | |
| **Anthony M Anguilli** **4808 Verma Road** **Verona, PA 15147** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118635** | | | Warranty | | | | |
| **Anthony M Bordonaro** **1898Meade AVe** **New Kensington, PA 15068** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5090631** | | | Warranty | | | | |
| **Anthony M Cairns** **313 Hillside Road** **Elizabethtown, PA 17022** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111715** | | | Warranty | | | | |
| **Anthony M Carrozzi** **120 Penn Pleasant Drive  Apt 18** **Verona, PA 15147** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118891** | | | Warranty | | | | |
| **Anthony M Joseph** **5365 Cradle River Ct** **Indianaopolis, IN 46221** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**236** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128344** | | | | **Warranty** | | | | |
| **Anthony M Miller** **521 Tripoli St** **Pittsburgh, PA 15212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116500** | | | | **Warranty** | | | | |
| **Anthony M Tedesio** **423 E Franklin Avenue** **West Berlin, NJ 08091** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094831** | | | | **Warranty** | | | | |
| **Anthony Machi** **2288 Cramden Road** **Pittsburgh, PA 15241** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131238** | | | | **Warranty** | | | | |
| **Anthony Marshall** **118 Columbia Avenue** **Whitesboro, NJ 08252** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122503** | | | | **Warranty** | | | | |
| **Anthony Martin** **108 E White Oak St** **Lake Waccamaw, NC 28450** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**237** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
_____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124078** | | | | **Warranty** | | | | |
| **Anthony Mayer** **13203 Watkins Road** **Marysville, OH 43040** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132618** | | | | **Warranty** | | | | |
| **Anthony McKimey** **6891 Dodge Road** **Rome, OH 44085** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125570** | | | | **Warranty** | | | | |
| **Anthony Merkel** **2455 Cedar Street** **Spring City, PA 19475** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113690** | | | | **Warranty** | | | | |
| **Anthony Miklausic** **1428 Walter Avenue** **Pittsburgh, PA 15209** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5078845** | | | | **Warranty** | | | | |
| **Anthony Minio** **PO Box 681** **Finksburg, MD 21048** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **238** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5098169** | | | | **Warranty** | | | | |
| **Anthony Orozco** **4821 S 35th Drive** **Phoenix, AZ 85041** | - | | | | X | X | | 0.00 |
| Account No. **5071702** | | | | **Warranty** | | | | |
| **Anthony P Montalbano** **26315 N 160th Ave** **Surprise, AZ 85387** | - | | | | X | X | | 0.00 |
| Account No. **5092460** | | | | **Warranty** | | | | |
| **Anthony Paris** **1201 Amy Avenue** **Erie, PA 16504** | - | | | | X | X | | 0.00 |
| Account No. **5073215** | | | | **Warranty** | | | | |
| **Anthony Polselli** **673 W Raven Drive** **Chandler, AZ 85248** | - | | | | | | | 452.61 |
| Account No. **5130752** | | | | **Warranty** | | | | |
| **Anthony Prater** **6540 Cape Petrel Street** **North Las Vegas, NV 89084** | - | | | | X | X | | 0.00 |

Sheet no.__239__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          452.61

In re  **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                        ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5115186 | | | | | Warranty | | | | |
| Anthony R Caprio<br>665 Stumptown Rd<br>Osceola Mills, PA 16666 | - | | | | | | | | 1,105.00 |
| Account No. 5091917 | | | | | Warranty | | | | |
| Anthony R Clark<br>549 Woodmere Drive  Apt 3<br>New Stanton, PA 15672 | - | | | | | X | X | | 0.00 |
| Account No. 5096961 | | | | | Warranty | | | | |
| Anthony R Peters<br>10835 Buzzards Glory Rd<br>New Lexington, OH 43764 | - | | | | | X | X | | 0.00 |
| Account No. 5074366 | | | | | Warranty | | | | |
| Anthony R Powell<br>2408 Arbor Oaks Drive<br>Arlington, TX 76006 | - | | | | | | | | 957.34 |
| Account No. 5113906 | | | | | Warranty | | | | |
| Anthony Rizzello<br>34 Eaton Court<br>Newtown, PA 18940 | - | | | | | X | X | | 0.00 |

Sheet no.**240** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **2,062.34**

In re **Great Lakes Warranty Corporation** ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5114777 | | | | Warranty | | | | |
| Anthony Rizzuto 49 Grace Ave Schuykill Haven, PA 17972 | - | | | | X | X | | 0.00 |
| Account No. 5110758 | | | | Warranty | | | | |
| Anthony Robinson 4500 South Brookline Oklahoma City, OK 73119 | - | | | | X | X | | 0.00 |
| Account No. 5094568 | | | | Warranty | | | | |
| Anthony S Manero Jr 115 Diamond Street Sellersville, PA 18960 | - | | | | X | X | | 0.00 |
| Account No. 5061216 | | | | Warranty | | | | |
| Anthony Sebastiani 301 Timber Run Dr Canfield, OH 44406 | - | | | | | | | 215.00 |
| Account No. 5131561 | | | | Warranty | | | | |
| Anthony Slater 654 Anson Drive Columbia, SC 29229 | - | | | | X | X | | 0.00 |

Sheet no. 241 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   215.00

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5088636** | | | Warranty | | | | |
| **Anthony Spano**<br>**136 Second Avenue**<br>**New Eagle, PA 15067** | - | | | X | X | | 0.00 |
| Account No. **5128649** | | | Warranty | | | | |
| **Anthony Spicer**<br>**1102 Union Station Road**<br>**Granville, OH 43023** | - | | | X | X | | 0.00 |
| Account No. **5087402** | | | Warranty | | | | |
| **Anthony Stafford**<br>**5995 Dunlap Road**<br>**Cincinnati, OH 45252** | - | | | X | X | | 0.00 |
| Account No. **5076895** | | | Warranty | | | | |
| **Anthony T Girard**<br>**7780 Stanhope Kellogsville Road**<br>**Williamsfield, OH 44093** | - | | | X | X | | 0.00 |
| Account No. **5111948** | | | Warranty | | | | |
| **Anthony T Holder**<br>**640 Clay Starks Road**<br>**Woodburn, KY 42170** | - | | | X | X | | 0.00 |

Sheet no.**242** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5076450 | | | | Warranty | | | | |
| Anthony T Magnano 4848 N 36th Street Unit 118 Phoenix, AZ 85018 | - | | | | | | | 175.58 |
| Account No. 5111919 | | | | Warranty | | | | |
| Anthony T Parisi 3383 Northbrook Cuyahoga Falls, OH 44223 | - | | | | X | X | | 0.00 |
| Account No. 5106928 | | | | Warranty | | | | |
| Anthony Thomas Pennington 418 Weaver Street Clearfield, PA 16830 | - | | | | X | X | | 0.00 |
| Account No. 5101219 | | | | Warranty | | | | |
| Anthony V Montanari 1218 Hemlock St 302B WPAFB, OH 45433 | - | | | | X | X | | 0.00 |
| Account No. 5099381 | | | | Warranty | | | | |
| Anthony Venetucci 433 Boston Post Road Westbrook, CT 06498 | - | | | | | | | 236.00 |

Sheet no. 243 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 411.58

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5120491** | | | | Warranty | | | | |
| **Anthony W Anderson** **218 Cedardale Ave** **Villas, NJ 08251** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113592** | | | | Warranty | | | | |
| **Anthony W Drennan** **8587 Robbins Loop Drive** **Reynoldsburg, OH 43068** | - | | | | | | | |
| | | | | | | | | **1,050.06** |
| Account No. **5097820** | | | | Warranty | | | | |
| **Anthony W Parsons** **7602 Johntimm Court** **Dublin, OH 43017** | - | | | | | | | |
| | | | | | | | | **535.38** |
| Account No. **5109406** | | | | Warranty | | | | |
| **Anthony W Pearson** **306 Maxwell Street  Apt 9** **Pittsburgh, PA 15205** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104988** | | | | Warranty | | | | |
| **Anthony W Richards Sr** **33 Broad Street** **Glouster, OH 45732** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **244** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **1,585.44**

In re **Great Lakes Warranty Corporation** ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5066116** | | | | Warranty | | | | |
| **Anthony Waldon** **5744 N. 44th Ave** **Glendale, AZ 85301** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5072080** | | | | Warranty | | | | |
| **Anthony Washington** **PO Box 12214** **Overland Park, KS 66282** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131932** | | | | Warranty | | | | |
| **Anthony Whitford** **408 B North 7th Street** **Rio Grande, NJ 08242** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112315** | | | | Warranty | | | | |
| **Anthony Williams** **436 Gwinhurst Road** **Knoxville, TN 37934** | - | | | | | | | |
| | | | | | | | | 99.02 |
| Account No. **5058966** | | | | Warranty | | | | |
| **Anthony Williams III** **369 Mayor Lane** **Felton, DE 19943** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**245** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **99.02**

In re **Great Lakes Warranty Corporation**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132528** | | | | **Warranty** | | | | |
| **Anthony Zacklene** **1013 Howell Street** **VVandergrift, PA 15690** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5081754** | | | | **Warranty** | | | | |
| **Anthony Zelsnack** **95 W Kessler Cowlesville Road** **Tipp City, OH 45371** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129746** | | | | **Warranty** | | | | |
| **Antinique Noble** **6037 Hoover Drive** **Mayslanding, NJ 08330** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107755** | | | | **Warranty** | | | | |
| **Antionette Jackson** **725 Jefferson Road** **Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103533** | | | | **Warranty** | | | | |
| **Anto Palinic** **7256 Andover Drive** **Mentor, OH 44060** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**246** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5069988** | | | | **Warranty** | | | | |
| **Antoine Burrell** **117 Summer Woods Way** **Owings Mills, MD 21117** | - | | | | X | X | | 0.00 |
| Account No. **5132657** | | | | **Warranty** | | | | |
| **Antoine Gibson** **109 Valley Park Drive** **Turtle Creek, PA 15145** | - | | | | X | X | | 0.00 |
| Account No. **5088926** | | | | **Warranty** | | | | |
| **Antoine McLeod** **1212 Metze Road** **Columbia, SC 29210** | - | | | | X | X | | 0.00 |
| Account No. **5110116** | | | | **Warranty** | | | | |
| **Antoine Shelvin** **5 Colin Kelly Dr** **Riverside, OH 45431** | - | | | | X | X | | 0.00 |
| Account No. **5127613** | | | | **Warranty** | | | | |
| **Antoine Williams Sr.** **1249 Mohler Street** **Pittsburgh, PA 15208** | - | | | | X | X | | 0.00 |

Sheet no. **247** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127454** | | | | **Warranty** | | | | |
| **Antoinette Botta** **3512 Lacebark Pine Street** **Las Vegas, NV 89129** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110950** | | | | **Warranty** | | | | |
| **Antoinette Cooley** **2027 Ridge Road** **Jeanette, PA 15644** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089474** | | | | **Warranty** | | | | |
| **Antoinette J Cain** **849 Seventh** **Coraopolis, PA 15108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117917** | | | | **Warranty** | | | | |
| **Anton A Langelaar** **7702 W Westcott Dr** **Glendale, AZ 85308** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5067498** | | | | **Warranty** | | | | |
| **Anton Hajny** **4994 Highway 70 North** **Crossville, TN 38555** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**248** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)      0.00

In re   **Great Lakes Warranty Corporation**               ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104273** | | | | **Warranty** | | | | |
| **Anton Leuken III**<br>**10166 S Burnsby Lane**<br>**South Jordan, UT 84095** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107569** | | | | **Warranty** | | | | |
| **Anton Santucci**<br>**11220 Rice Creek Rd**<br>**Riverview, FL 33569** | - | | | | | | | |
| | | | | | | | | **297.05** |
| Account No. **5072427** | | | | **Warranty** | | | | |
| **Antonda Romero**<br>**5120 Roxborough Dr**<br>**Hermitage, TN 37076** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103727** | | | | **Warranty** | | | | |
| **Antonia F Ferguson**<br>**210 Mayfair Rd**<br>**Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124728** | | | | **Warranty** | | | | |
| **Antonia Malito**<br>**4920 Conrad Road**<br>**Erie, PA 16510** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **249** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **297.05**

In re   **Great Lakes Warranty Corporation**                   ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102239** | | | | **Warranty** | | | | |
| **Antonietta Y Jenkins** **923 Dueber Avenue SW** **Canton, OH 44706** | - | | | | | | | **174.99** |
| Account No. **5094282** | | | | **Warranty** | | | | |
| **Antonina Hernandez** **1021 Liberty Hill Road  Lot 4** **Morristown, TN 37814** | - | | | | X | X | | **0.00** |
| Account No. **5095647** | | | | **Warranty** | | | | |
| **Antonino  Amato** **32 Banbury Road** **Hummelstown, PA 17036** | - | | | | X | X | | **0.00** |
| Account No. **5103801** | | | | **Warranty** | | | | |
| **Antonio Amato** **288 E Main Street** **Humm, PA 17036** | - | | | | X | X | | **0.00** |
| Account No. **5107434** | | | | **Warranty** | | | | |
| **Antonio B Barnett** **4071 Vern Dr** **Madisonville, KY 42431** | - | | | | X | X | | **0.00** |

Sheet no.**250** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
              (Total of this page)       **174.99**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5129887 | | | Warranty | | | | |
| Antonio Barkley 501 Pelham Drive Apt 303 Columbia, SC 29209 | - | | | X | X | | 0.00 |
| Account No. 5087068 | | | Warranty | | | | |
| Antonio D Barnett 4281 Rolling Hills Drive Brunswick, OH 44212 | - | | | X | X | | 0.00 |
| Account No. 5121025 | | | Warranty | | | | |
| Antonio Garcia 265 Villa St San Luis, AZ 85349 | - | | | X | X | | 0.00 |
| Account No. 5073989 | | | Warranty | | | | |
| Antonio J Delgado 13422 E Telegraph Road Whittier, CA 90605 | - | | | X | X | | 0.00 |
| Account No. 5093607 | | | Warranty | | | | |
| Antonio J Lucchetto 247 Highway 12 Flemington, NJ 08822 | - | | | X | X | | 0.00 |

Sheet no. 251 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,  Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5073439** | | | | | **Warranty** | | | | |
| **Antonio Martinez** **5437 E Thunderbird Street** **Scottsdale, AZ 85254** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5113393** | | | | | **Warranty** | | | | |
| **Antonio Medel** **2015 S 46th Drive** **Yuma, AZ 85364** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5092542** | | | | | **Warranty** | | | | |
| **Antonio Melendez** **534 W Luray Street** **Philadelphia, PA 19140** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5129047** | | | | | **Warranty** | | | | |
| **Antonio Munoz** **4069 El Segundo Ave** **Las Vegas, NV 89121** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5094138** | | | | | **Warranty** | | | | |
| **Antonio Murillo** **207 Lake Front Road** **Townville, SC 29689** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**252** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5119220** | | | | **Warranty** | | | | |
| **Antonio Ramirez** **315 N Jimmy D Messer St** **Tolleson, AZ 85353** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127931** | | | | **Warranty** | | | | |
| **Antonio Serrano** **2684 Hill Road** **Sellersville, PA 18960** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5100848** | | | | **Warranty** | | | | |
| **Antonio T Griese** **408 Castner Avenue** **Donora, PA 15033** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118258** | | | | **Warranty** | | | | |
| **Antony  Smith** **125 West St** **Moncks Corner, SC 29461** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108016** | | | | **Warranty** | | | | |
| **Antoyne Evans** **3147 S Southwind Drive** **Gilbert, AZ 85295** | - | | | | | | | |
| | | | | | | | | **566.26** |

Sheet no. **253** of **4906** sheets attached to Schedule of                    Subtotal                           **566.26**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

In re  **Great Lakes Warranty Corporation**                                         Case No. _____
                                                                    ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5128403** | | | | | **Warranty** | | | | |
| **Antwain Feaster** **13 East 17th Street** **Ocean city, NJ 08226** | | - | | | | | | | **1,845.00** |
| Account No. **5108493** | | | | | **Warranty** | | | | |
| **Antwan Leary** **40 General Greene Ave** **Trenton, NJ 08618** | | - | | | | X | X | | **0.00** |
| Account No. **5101083** | | | | | **Warranty** | | | | |
| **Antwan Powels** **5335 Weatherford Drive** **Los Angeles, CA 90008** | | - | | | | | | | **368.93** |
| Account No. **5111109** | | | | | **Warranty** | | | | |
| **Anup K Popat** **2702 Ashburton Court** **Rochester Hills, MI 48306** | | - | | | | X | X | | **0.00** |
| Account No. **5087018** | | | | | **Warranty** | | | | |
| **Anurag Agrawal** **2898 Aurora Ave  Apt 48** **Boulder, CO 80303** | | - | | | | | | | **912.78** |

Sheet no.**254**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,126.71**

In re  **Great Lakes Warranty Corporation**
_____,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5131988** | | | | | **Warranty** | | | | |
| **April Russell** **8 Main Street PO Box 255** **Newburg, PA 17240** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5114709** | | | | | **Warranty** | | | | |
| **April Beatty** **1100 Woodlane Drive NE** **Lancaster, OH 43130** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5115272** | | | | | **Warranty** | | | | |
| **April Bermudez** **2310 Elliot Avenue  Unit 411** **Nashvillet, TN 37204** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5086196** | | | | | **Warranty** | | | | |
| **April Bliven** **4819 196th Place NE** **Arlington, WA 98223** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5093763** | | | | | **Warranty** | | | | |
| **April Boring** **1410 Baum Road SE** **Canton, OH 44707** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **255**_ of **4906**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____ , Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5092000** | | | | **Warranty** | | | | |
| **April C Duke 5514 Thurlow Cove Arlington, TN 38002** | | - | | | X | X | | 0.00 |
| Account No. **5122489** | | | | **Warranty** | | | | |
| **April Chantall Payson 3687 Chisolm Rd Johns Island, SC 29455** | | - | | | X | X | | 1,908.11 |
| Account No. **5075252** | | | | **Warranty** | | | | |
| **April D Wilson 7928 Hoy Court Cincinnati, OH 45231** | | - | | | X | X | | 0.00 |
| Account No. **5106392** | | | | **Warranty** | | | | |
| **April Dill 7005 Lennox Village Drive  Unit C 12 Nashville, TN 37211** | | - | | | X | X | | 0.00 |
| Account No. **5132573** | | | | **Warranty** | | | | |
| **April Foster 2510 Inlet Spring Avenue North Las Vegas, NV 89031** | | - | | | X | X | | 0.00 |

Sheet no.**256** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  1,908.11

In re **Great Lakes Warranty Corporation**                                   , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131882** | | | | Warranty | | | | |
| **April Golden** **303 Sweitzer Road** **Mt Pleasant, PA 15666** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132263** | | | | Warranty | | | | |
| **April Janda** **1160 Killian** **Akron, OH 44312** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111172** | | | | Warranty | | | | |
| **April L Moore** **3087 Meadowbrook Court** **Gibsonia, PA 15044** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086728** | | | | Warranty | | | | |
| **April L Perez** **6019 Rock Cliff Street** **Verona, PA 15147** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129740** | | | | Warranty | | | | |
| **April L Rolls** **6715 Delilah Rd House** **Egg Harbor, NJ 08234** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**257** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re   **Great Lakes Warranty Corporation**            ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106306** | | | | **Warranty** | | | | |
| **April L Watson** **115 S Jones Street** **Clinton, SC 29325** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091085** | | | | **Warranty** | | | | |
| **April M Ballentine** **77 Silicate Way** **Elgin, SC 29045** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115531** | | | | **Warranty** | | | | |
| **April M Fox** **4757 Wild Iris Drive  Apt 201** **Myrtle Beach, SC 29577** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127008** | | | | **Warranty** | | | | |
| **April Markley** **6394 Jefferson Ave** **Mays Landing, NJ 08330** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128868** | | | | **Warranty** | | | | |
| **April Palhofski** **2132 Johnston Avenue** **Bethlehem, PA 18015** | - | | | | | | | |
| | | | | | | | | **1,739.49** |

Sheet no.**258**___ of **4906**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,739.49**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120093** | | | Warranty | | | | |
| **April Pittis** **5750 Wolf Run Rd** **Dennison, OH 44621** | - | | | X | X | | 0.00 |
| Account No. **5069877** | | | Warranty | | | | |
| **April Pottenger** **1606 Cornish Rd** **Troy, OH 45373** | - | | | X | X | | 0.00 |
| Account No. **5116146** | | | Warranty | | | | |
| **April R Zimmerman** **333 Perry Street** **Columbia, PA 17512** | - | | | X | X | | 0.00 |
| Account No. **5131565** | | | Warranty | | | | |
| **April Rice** **5 Brisbane Drive** **Ft Inn, SC 29644** | - | | | | | | 1,014.00 |
| Account No. **5121850** | | | Warranty | | | | |
| **April Riggins** **8777 E Camino Del Monte** **Scottsdale, AZ 85255** | - | | | X | X | | 0.00 |

Sheet no. **259** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 1,014.00

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5132182** | | | | Warranty | | | | |
| **April Thornton** **4934 West Corrine Drive** **Glendale, AZ 85304** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112580** | | | | Warranty | | | | |
| **Arabia Robinson** **6012 McMillan Circle** **Columbia, SC 29212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087865** | | | | Warranty | | | | |
| **Aranzazu B Nacu** **3918 Pointe Decatur** **N Las Vegas, NV 89032** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116208** | | | | Warranty | | | | |
| **Aravinda Baba Duggirala** **333 Buckthorne Drive** **Lexington, SC 29072** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092954** | | | | Warranty | | | | |
| **Araya B Gebremeskel** **798 Ashler Court** **Columbus, OH 43235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**260** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re  **Great Lakes Warranty Corporation**                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126336** <br><br> **Archie Castle** <br> **216 Tater Hill Road** <br> **Zionville, NC 28698** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5126400** <br><br> **Archie Williams** <br> **584 Hampton Road** <br> **Millrun, PA 15464** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5126342** <br><br> **Arevenise Melton** <br> **1242 N. Stewart Road** <br> **MAnsfield, OH 44903** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5115127** <br><br> **Argentina B Miller** <br> **1900 12 Oro Dam Boulevard  #120** <br> **Oroville, CA 95965** | - | | **Warranty** | | | | 1,071.42 |
| Account No. **5122774** <br><br> **Arian Foster** <br> **2335 Cold Stream Ave NE** <br> **North Canton, OH 44721** | - | | **Warranty** | X | X | | 0.00 |

Sheet no.**261** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **1,071.42**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5126953** | | | | **Warranty** | | | | |
| **Ariana Renich** **10 Lanning Avenue** **Pennington, NJ 08534** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110992** | | | | **Warranty** | | | | |
| **Ariazna A Gonzalez** **419 Barclay Ave** **Morrisville, PA 19067** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106148** | | | | **Warranty** | | | | |
| **Aric S Glass** **1576 Santa Barbara Drive** **Lancaster, PA 17601** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5081571** | | | | **Warranty** | | | | |
| **Ariel  Kuperminc** **2468 Matterhorn Drive** **Wexford, PA 15090** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5067765** | | | | **Warranty** | | | | |
| **Ariel Shaw** **2945 Cruise Road 1304** **Lawrenceville, GA 30044** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **262** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                ,    Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5066728** | | | | **Warranty** | | | | |
| **Arileyda Minaya**<br>**4522 E Stille St**<br>**Philadelphia, PA 19124** | - | | | | X | X | | 0.00 |
| Account No. **5126649** | | | | **Warranty** | | | | |
| **Ariss L Sanfillipo**<br>**3631 Manillo Dr**<br>**Westerville, OH 43081** | - | | | | X | X | | 0.00 |
| Account No. **5093744** | | | | **Warranty** | | | | |
| **Arjola Hizmo**<br>**1297  W Broad Street**<br>**Columbus, OH 43222** | - | | | | X | X | | 0.00 |
| Account No. **5116140** | | | | **Warranty** | | | | |
| **Arkadivsz W Kmiotek**<br>**8474 98th Street  Apt 1**<br>**Woodhaven, NY 11421** | - | | | | X | X | | 0.00 |
| Account No. **5066326** | | | | **Warranty** | | | | |
| **Arky Muscato**<br>**9601 W Cielo Grande**<br>**Peoria, AZ 85383** | - | | | | X | X | | 0.00 |

Sheet no.**263**___ of **4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal          **0.00**
                           (Total of this page)

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5101000** | | | | **Warranty** | | | | |
| **Arlen Blankenship** **12 W Walnut Street  PO Box 2** **Shiloh, OH 44878** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116122** | | | | **Warranty** | | | | |
| **Arlene C Anderson** **247 Audubon Road** **N Kingstown, RI 02852** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107548** | | | | **Warranty** | | | | |
| **Arlene Cain** **7230 Meade St** **Pittsburgh, PA 15208** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120549** | | | | **Warranty** | | | | |
| **Arlene Fish** **932 Griselda Dr** **Marysville, TN 37803** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122068** | | | | **Warranty** | | | | |
| **Arlene Lynch** **8136 Blind Brook Ct** **Columbus, OH 43235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__264___ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5085448** | | | Warranty | | | | |
| **Arlene Morse**<br>**3539 Powers Way**<br>**Youngstown, OH 44502** | - | | | X | X | | 0.00 |
| Account No. 5131973 | | | Warranty | | | | |
| **Arlene Ramos Cruz**<br>**526 Tulpehocken Street**<br>**Reading, PA 19601** | - | | | X | X | | 0.00 |
| Account No. 5131163 | | | Warranty | | | | |
| **Arlene Van Horn**<br>**113 Ponderosa Drive**<br>**Ladson, SC 29456** | - | | | | | | 709.99 |
| Account No. 5089583 | | | Warranty | | | | |
| **Arlin Hackman**<br>**508 Lansdale Avenue**<br>**Lansdale, PA 19446** | - | | | X | X | | 0.00 |
| Account No. 5127888 | | | Warranty | | | | |
| **Arline Dean**<br>**1751 Fifth Avenue**<br>**Ewing, NJ 08638** | - | | | X | X | | 0.00 |

Sheet no. **265** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  709.99

In re  **Great Lakes Warranty Corporation**
                                    ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5066646** <br><br>**Arlo Benjamin**<br>**4352 Stanton Avenue**<br>**Pittsburgh, PA 15201** | - | | | **Warranty** | X | X | | <br><br>0.00 |
| Account No. **5120324** <br><br>**Armando Fox Jr**<br>**67 Habersac Ave**<br>**Pataskala, OH 43062** | - | | | **Warranty** | X | X | | <br><br>0.00 |
| Account No. **5128136** <br><br>**Armando Betancourt**<br>**3447 B Street**<br>**Philadelphia, PA 19134** | - | | | **Warranty** | X | X | | <br><br>0.00 |
| Account No. **5128631** <br><br>**Armando Chavina**<br>**125 South 10th Avenue Apt 54**<br>**Yuma, AZ 85364** | - | | | **Warranty** | X | X | | <br><br>0.00 |
| Account No. **5084037** <br><br>**Armando Roman**<br>**6427 E Gold Dust Avenue**<br>**Scottsdale, AZ 85253** | - | | | **Warranty** | | | | <br><br>42.59 |

Sheet no. **266** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal
                              (Total of this page)     **42.59**

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5089012** | | | | Warranty | | | | |
| **Armella W Smith** **1300 Windover Lane** **West Memphis, AR 72301** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131687 | | | | Warranty | | | | |
| **Arnaldo Caraballo Garcia** **115 West Douglass Street** **Reading, PA 19601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099011 | | | | Warranty | | | | |
| **Arnie Shapiro** **1751 Brookwood Drive** **Akron, OH 44313** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5088440 | | | | Warranty | | | | |
| **Arnold  Roman** **1716 Shackleford Rd** **Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5066418 | | | | Warranty | | | | |
| **Arnold Alster** **6601 Sterrettania Rd  No 14** **Fairview, PA 16417** | - | | | | | | | |
| | | | | | | | | **519.90** |

Sheet no.**267**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**519.90**

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5123199 | | | Warranty | | | | |
| Arnold Apodaca 18832 North 52nd Avenue Glendale, AZ 85300 | - | | | X | X | | 0.00 |
| Account No. 5101456 | | | Warranty | | | | |
| Arnold Fry 250 Hemmingway Lane Fort Mill, SC 29708 | - | | | X | X | | 0.00 |
| Account No. 5064209 | | | Warranty | | | | |
| Arnold Klein M.D. 435 North Roxbury Drive #204 Beverly Hills, CA 90210 | - | | | X | X | | 0.00 |
| Account No. 5083192 | | | Warranty | | | | |
| Arnold L Baer 240 Park Avenue Columbiana, OH 44408 | - | | | | | | 1,234.50 |
| Account No. 5114681 | | | Warranty | | | | |
| Aron L Kaufman 1473 Parkside Drive Lakewood, NJ 08701 | - | | | | | | 398.47 |

Sheet no. **268** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,632.97

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124940** | | | | **Warranty** | | | | |
| **Arron Huff** **1 Arlington Ct** **Dalton, OH 44618** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132413** | | | | **Warranty** | | | | |
| **Arther Gilliam** **4317 Forestridge Blvd** **Dayton, OH 45424** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117788** | | | | **Warranty** | | | | |
| **Arthur A Hughes** **707 Ohio River Boulevard  Apt 201** **Pittsburgh, PA 15202** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125945** | | | | **Warranty** | | | | |
| **Arthur Alanis** **1200 W. Cheyenne #2055** **N. Las Vegas, NV 89030** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108363** | | | | **Warranty** | | | | |
| **Arthur Anderson** **1225 Reuter Ranch Rd** **Roseville, CA 95661** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **269** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5101420** | | | | **Warranty** | | | | |
| **Arthur Corbin** **2306 Marsh Lake Court** **Charleston, SC 29414** | - | | | | X | X | | 0.00 |
| Account No. **5085888** | | | | **Warranty** | | | | |
| **Arthur D Williams** **4800 Cottonport Road** **Decatur, TN 37322** | - | | | | X | X | | 0.00 |
| Account No. **5091764** | | | | **Warranty** | | | | |
| **Arthur DeTomaso** **719 Blue Jacket Drive** **Fort Recovery, OH 45846** | - | | | | X | X | | 0.00 |
| Account No. **5061515** | | | | **Warranty** | | | | |
| **Arthur Diamond** **1750 S Belvoir Blvd** **S Euclid, OH 44121** | - | | | | | | | 377.25 |
| Account No. **5080332** | | | | **Warranty** | | | | |
| **Arthur Doak** **2807 Blakemore Avenue** **Nashville, TN 37212** | - | | | | X | X | | 0.00 |

Sheet no. **270** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

377.25

In re **Great Lakes Warranty Corporation** ,                Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102488** | | | | **Warranty** | | | | |
| **Arthur Eddy** **1607 North 4th Street Apt P** **Columbus, OH 43201** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102939** | | | | **Warranty** | | | | |
| **Arthur Escueta** **1722 Hillmont Drive** **Nashville, TN 37215** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129422** | | | | **Warranty** | | | | |
| **Arthur Ewell** **1334 Misty View Ct** **N las Vegas, NV 89031** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087619** | | | | **Warranty** | | | | |
| **Arthur Flores** **12331 W Alvarado Road** **Avondale, AZ 85323** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110304** | | | | **Warranty** | | | | |
| **Arthur Glynn** **5417 Campglen Drive** **Colorado Springs, CO 80906** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **271** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re **Great Lakes Warranty Corporation**                          Case No. _____

_____ ,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5131427 | | | | Warranty | | | | |
| Arthur Gotthardt Jr 123 East Phillips Street Coaldale, PA 18218 | - | | | | X | X | | 0.00 |
| Account No. 5094982 | | | | Warranty | | | | |
| Arthur H Trout 5 South Plains Road The Plains, OH 45780 | - | | | | X | X | | 0.00 |
| Account No. 5047250 | | | | Warranty | | | | |
| Arthur Haines 100 Merion Rd. Cherry Hill, NJ 08002 | - | | | | X | X | | 0.00 |
| Account No. 5102283 | | | | Warranty | | | | |
| Arthur Howard 114 Windsor Road Savannah, GA 31419 | - | | | | X | X | | 0.00 |
| Account No. 5092933 | | | | Warranty | | | | |
| Arthur J Brown 969 Third Avenue New Kensington, PA 15068 | - | | | | X | X | | 0.00 |

Sheet no. **272** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097161** | | | | **Warranty** | | | | |
| **Arthur J Decou** **1181 Steinbeck Way  Apt A** **Fairborn, OH 45324** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5088666 | | | | **Warranty** | | | | |
| **Arthur J Griffin** **1702 Willow Avenue** **Baltimore, MD 21204** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116623 | | | | **Warranty** | | | | |
| **Arthur L T Rivers Jr** **6710 Maybank Highway** **Wadmalaw Island, SC 29487** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5075503 | | | | **Warranty** | | | | |
| **Arthur L Williams II** **809 Vivians Way** **Brentwood, TN 37027** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132042 | | | | **Warranty** | | | | |
| **Arthur Logan** **652 Old Pebblehill Road** **Doylestown, PA 18901** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **273** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal
                                              (Total of this page)                              0.00

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126562** | | | **Warranty** | | | | |
| **Arthur M Reuther**<br>**6420 Harding Rd**<br>**Nashville, TN 37205** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5068240** | | | **Warranty** | | | | |
| **Arthur O'Neill**<br>**28203 North 108th Way**<br>**Scottsdale, AZ 85262** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125596** | | | **Warranty** | | | | |
| **Arthur Parks**<br>**1402 Lexington Circle**<br>**Springdale, AR 72762** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5098431** | | | **Warranty** | | | | |
| **Arthur Pietrafesa**<br>**86 Wexford Dr**<br>**Granville, OH 43023** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114623** | | | **Warranty** | | | | |
| **Arthur R Jordan Jr**<br>**41 Stockett Rd**<br>**Morgantown, WV 26508** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **274** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095225** | | | Warranty | | | | |
| **Arthur Rayba** **169 North Main St** **Carrolltown, PA 15722** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126134** | | | Warranty | | | | |
| **Arthur Reuther** **6420 Harmony Road** **Nashville, TN 37205** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5128316** | | | Warranty | | | | |
| **Arthur Sanders** **51 Towne Commons Way  No 23** **Cincinnati, OH 45215** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5096082** | | | Warranty | | | | |
| **Arthur W Jordan Jr** **6021 Valley Brook** **Monroe, OH 45050** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102528** | | | Warranty | | | | |
| **Arthur Whitehead** **32312 Wisner Street** **Hanoverton, OH 44423** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **275** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                          ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125148** | | | **Warranty** | | | | |
| **Arthurea Trader** **1729 Belleau Drive #36** **Pittsburgh, PA 15212** | - | | | | | | 329.65 |
| Account No. **5123323** | | | **Warranty** | | | | |
| **Artie Perry** **201 Commerce Ct** **Duncan, SC 39334** | - | | | | | | 938.88 |
| Account No. **5075287** | | | **Warranty** | | | | |
| **Artur A Valeev** **21039 W Madre Del Oro** **Wittmann, AZ 85361** | - | | | X | X | | 0.00 |
| Account No. **5132366** | | | **Warranty** | | | | |
| **Arturo Gonzalez** **333 Whitman Street** **Las Vegas, NV 89110** | - | | | X | X | | 0.00 |
| Account No. **5116251** | | | **Warranty** | | | | |
| **Arturo Juarez** **611 S Sixth Street** **Reading, PA 19602** | - | | | X | X | | 0.00 |

Sheet no.**276** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,268.53

In re    **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5128552 | | Warranty | | | | | | | |
| Arturo Y Logan 5682 E Sandra Ter Scottsdale, AZ 85201 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5070126 | | Warranty | | | | | | | |
| Arun  Shanbhag 26375 Halsted Rd  #162 Farmington Hills, MI 48331 | - | | | | | | | | |
| | | | | | | | | | 155.98 |
| Account No. 5069059 | | Warranty | | | | | | | |
| Arun Ramachandran 310 Elan Village Lane  Apt 415 San Jose, CA 95134 | - | | | | | | | | |
| | | | | | | | | | 1,227.00 |
| Account No. 5125653 | | Warranty | | | | | | | |
| Arvel Keeton 825 Brandenburg Drive Florenece, AL 35634 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5077620 | | Warranty | | | | | | | |
| Aryn Danner 25856 W Crown Ridge Road Buckeye, AZ 85326 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**277** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,382.98**

In re **Great Lakes Warranty Corporation**                                Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101561** | | | Warranty | | | | |
| **Asa Allen** **3801 Granny White Pike** **Nashville, TN 37204** | - | | | | | | 309.78 |
| Account No. **5126839** | | | Warranty | | | | |
| **Asa Hayes** **10521 Brickhall Lane** **Soddy Daisy, TN 37379** | - | | | X | X | | 0.00 |
| Account No. **5112477** | | | Warranty | | | | |
| **Asa Pickett Jr.** **14750 Kimberly Road** **Nelsonville, OH 45764** | - | | | X | X | | 0.00 |
| Account No. **5131019** | | | Warranty | | | | |
| **Ash Wiggins** **4522 Smithfield Street** **Shadyside, OH 43947** | - | | | X | X | | 0.00 |
| Account No. **5110683** | | | Warranty | | | | |
| **Ashden Crocker** **2270 Schell Street** **Sexton, PA 16678** | - | | | X | X | | 0.00 |

Sheet no. **278** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

309.78

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5116357 | | | Warranty | | | | |
| Ashia Craft 4032 Wisdom Way Smyrna, TN 37167 | - | | | X | X | | 0.00 |
| Account No. 5068639 | | | Warranty | | | | |
| Ashlee Calloway 408 Dearborne Avenue Blackwood, NJ 08012 | - | | | X | X | | 0.00 |
| Account No. 5086747 | | | Warranty | | | | |
| Ashlee M Bungard 210 Woodview Terrace Uniontown, PA 15401 | - | | | X | X | | 0.00 |
| Account No. 5119050 | | | Warranty | | | | |
| Ashley A Fox 1651 Parkline Dr  Apt D Pittsburgh, PA 15227 | - | | | X | X | | 0.00 |
| Account No. 5099973 | | | Warranty | | | | |
| Ashley A Kosciolek 922 N Berks Street Allentown, PA 18104 | - | | | | | | 258.00 |

Sheet no. **279** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                258.00

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5090633 | | | Warranty | | | | |
| Ashley A Sauers 639 Deep Creek Road Hegins, PA 17938 | - | | | X | X | | 0.00 |
| Account No. 5129549 | | | Warranty | | | | |
| Ashley Almand 707 Windsor Park Ln Hendersonville, TN 37075 | - | | | X | X | | 0.00 |
| Account No. 5058588 | | | Warranty | | | | |
| Ashley Bakemeier 12705 W Bloomfield Rd El Mirage, AZ 85335 | - | | | | | | 10.00 |
| Account No. 5063873 | | | Warranty | | | | |
| Ashley Baldridge 1535 Washington N. Rd. Mansfield, OH 44903 | - | | | X | X | | 0.00 |
| Account No. 5132572 | | | Warranty | | | | |
| Ashley Blair 740 Rustic Desert Place Henderson, NV 89011 | - | | | X | X | | 0.00 |

Sheet no.__280__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    10.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129592** | | | Warranty | | | | |
| **Ashley Bolton** **2842 Georgetown  No 3** **Memphis, TN 38118** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130911** | | | Warranty | | | | |
| **Ashley Bullock** **5184 Broomsedge Dr** **Dayton, OH 45431** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5091938** | | | Warranty | | | | |
| **Ashley Cardell** **3001 Delmar Avenue** **Edgemere, MD 21219** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5067087** | | | Warranty | | | | |
| **Ashley Christine Falls** **6427 MC Ilwaine Road** **Huntersville, NC 28078** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132032** | | | Warranty | | | | |
| **Ashley Collier** **1726 Arlin Apt H** **Fairborn, OH 45324** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **281** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

In re **Great Lakes Warranty Corporation** ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5081195** | | | Warranty | | | | |
| **Ashley Cooper** **624 North 67th Street** **Philadelphia, PA 19151** | | - | | | | | **962.00** |
| Account No. **5125871** | | | Warranty | | | | |
| **Ashley Craven** **416 Saint Joseph Street** **Pittsburgh, PA 15210** | | - | | X | X | | **0.00** |
| Account No. **5093241** | | | Warranty | | | | |
| **Ashley E Artigas** **201 W 114th Street** **Kansas City, MO 64114** | | - | | X | X | | **0.00** |
| Account No. **5089073** | | | Warranty | | | | |
| **Ashley E Stephens** **817 34th Street** **Vienna, WV 26105** | | - | | X | X | | **0.00** |
| Account No. **5099038** | | | Warranty | | | | |
| **Ashley Fortenbury** **39119 N Tenth Street** **Phoenix, AZ 85086** | | - | | X | X | | **0.00** |

Sheet no. **282** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **962.00**

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5115877** <br><br> **Ashley Friend** <br> **645 Mumford Drive  Apt C** <br> **Troy, OH 45373** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5130572** <br><br> **Ashley Gacek** <br> **118 1/2 Main Street PO 274** <br> **Junction City, OH 43748** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5124682** <br><br> **Ashley Going** <br> **8797 Brunswick Farms** <br> **Arlington, TN 38002** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5123905** <br><br> **Ashley Grassham** <br> **762 Balthrop Rd** <br> **Chapmansboro, TN 37035** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5113225** <br><br> **Ashley Hubartt** <br> **7193 Sonya Drive** <br> **Nashville, TN 37209** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **283** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**          Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5110604** | | | **Warranty** | | | | |
| **Ashley L Ricketts**<br>**1202 Marvista Street  Apt 1**<br>**Pittsburgh, PA 15212** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5122133** | | | **Warranty** | | | | |
| **Ashley L Swartzlander**<br>**1071 Summerwind Dr**<br>**Harrisburg, PA 17111** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5092989** | | | **Warranty** | | | | |
| **Ashley M Burr**<br>**1601 State Street**<br>**Clairton, PA 15025** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5101681** | | | **Warranty** | | | | |
| **Ashley M Dukeman**<br>**1086 W. King Road  Apt #CHE 319**<br>**Malvern, PA 19355** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5108595** | | | **Warranty** | | | | |
| **Ashley M Toussant**<br>**12216 Cartway Street**<br>**Maximo, OH 44650** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**284** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal        **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation**,                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121575** | | | Warranty | | | | |
| **Ashley Mantzoros** **155 Westfield Dr** **Aliquippa, PA 15001** | - | | | X | X | | 0.00 |
| Account No. **5127509** | | | Warranty | | | | |
| **Ashley Marsha** **5671 Whippoorwill Drive** **Pfafftown, NC 27040** | - | | | X | X | | 0.00 |
| Account No. **5131908** | | | Warranty | | | | |
| **Ashley McCune** **44810 St Rt 681** **Coolville, OH 45723** | - | | | X | X | | 0.00 |
| Account No. **5126035** | | | Warranty | | | | |
| **Ashley Meusel** **801 Willopenn Drive Apt L102** **Southampton, PA 18954** | - | | | X | X | | 0.00 |
| Account No. **5098614** | | | Warranty | | | | |
| **Ashley Meyer** **706 Jackson Street** **St Marys, OH 45805** | - | | | X | X | | 0.00 |

Sheet no. **285** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

In re   **Great Lakes Warranty Corporation**           ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5130980** | | | | | Warranty | | | | |
| **Ashley N Angelino 1851 Aster Rd Macungie, PA 18062** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5124811 | | | | | Warranty | | | | |
| **Ashley N Gracia 136 Powell Place Rd Tabernacle, NJ 08088** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5106668 | | | | | Warranty | | | | |
| **Ashley N Keener Box 29 Kerr Avenue Arcadia, PA 15712** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5123860 | | | | | Warranty | | | | |
| **Ashley N Moore 5350 Sun Valley Blvd Sun Valley, NV 89433** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5121181 | | | | | Warranty | | | | |
| **Ashley N Moore 620 Townbank Rd  Apt E7 Cape May, NJ 08204** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **286** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5115063 | | | | | Warranty | | | | |
| Ashley N Reese 517 Boggston Avenue Pittsburgh, PA 15210 | - | | | | | X | X | | 0.00 |
| Account No. 5108611 | | | | | Warranty | | | | |
| Ashley N Schleicher 1020 Indian Drive Auburn, PA 17922 | - | | | | | X | X | | 0.00 |
| Account No. 5114593 | | | | | Warranty | | | | |
| Ashley N Shreiner 445 Frystown Rd Myerstown, PA 17067 | - | | | | | X | X | | 0.00 |
| Account No. 5118398 | | | | | Warranty | | | | |
| Ashley R Banks 300 Ridge Rd Etters, PA 17319 | - | | | | | X | X | | 0.00 |
| Account No. 5115061 | | | | | Warranty | | | | |
| Ashley R Pitts 240 Lombard Street Pittsburgh, PA 15219 | - | | | | | X | X | | 0.00 |

Sheet no. __287__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re   **Great Lakes Warranty Corporation**                               ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120843** | | | Warranty | | | | |
| **Ashley R Shearer** **2696 East Ave** **Columbus, OH 43202** | - | | | | | | 181.45 |
| Account No. **5124821** | | | Warranty | | | | |
| **Ashley Redmond** **330 Parkfield Street** **Pittsburgh, PA 15210** | - | | | X | X | | 0.00 |
| Account No. **5109745** | | | Warranty | | | | |
| **Ashley Roeder** **3868 Central Pike  Apt 1212** **Hermitage, TN 37076** | - | | | X | X | | 0.00 |
| Account No. **5125025** | | | Warranty | | | | |
| **Ashley Sandven** **10323 E. Dragoon Avenue** **Mesa, AZ 85208** | - | | | | | | 619.86 |
| Account No. **5130317** | | | Warranty | | | | |
| **Ashley Senft** **255 Rooster Lane** **Manchester, PA 17345** | - | | | | | | 331.00 |

Sheet no.**288** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,132.31

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                              ,
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5107085** | | | Warranty | | | | |
| **Ashley Simpson**<br>**320 39th Avenue N**<br>**Nashville, TN 37209** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124552** | | | Warranty | | | | |
| **Ashley Spitzer**<br>**19 Reid Street**<br>**Sayreville, NJ 08872** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101569** | | | Warranty | | | | |
| **Ashley Streeter**<br>**4287 Belmont Drive**<br>**Liverpool, NY 13090** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113865** | | | Warranty | | | | |
| **Ashley Uthe**<br>**14145 N 92nd St  No 2134**<br>**Scottsdale, AZ 85260** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5042874** | | | Warranty | | | | |
| **Ashley Watson**<br>**1505 Anna Ave**<br>**West Mifflin, PA 15122** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**289** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127125** | | Warranty | | | | | | |
| **Ashlie Bogart** **638 Stipp Court** **Scranton, PA 18510** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109028** | | Warranty | | | | | | |
| **Ashlin Blanchard Potterfield** **2617 Heyward Street** **Columbia, SC 29205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110836** | | Warranty | | | | | | |
| **Ashly Eisenhardt** **PO Box 1466** **Dunlap, TN 37327** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5075853** | | Warranty | | | | | | |
| **Ashraf W Lotfi** **48 Shaffer Road** **Bridgewater, NJ 08807** | - | | | | | | | |
| | | | | | | | | 294.00 |
| Account No. **5111638** | | Warranty | | | | | | |
| **Ashton Byrd** **16657 E Gunsight Drive  #113** **Fountain Hills, AZ 85268** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**290** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**294.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5105796** | | | | **Warranty** | | | | |
| **Ashton Tufford**<br>**701 Ponteberry**<br>**Canton, OH 44718** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118611** | | | | **Warranty** | | | | |
| **Ashwin Was**<br>**1265 Sweetwater Circle**<br>**Lawrenceville, GA 30044** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092217** | | | | **Warranty** | | | | |
| **Asia G Navarro**<br>**205 Cottage Avenue Apt 60**<br>**Bridgeston, NJ 08302** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106837** | | | | **Warranty** | | | | |
| **Asia N Brown**<br>**46 Carroll St**<br>**Trenton, NJ 08609** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5060950** | | | | **Warranty** | | | | |
| **Asif Khan**<br>**2407 Guara Dr**<br>**Cedar Park, TX 78613** | - | | | | | | | |
| | | | | | | | | **558.00** |

Sheet no. **291** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **558.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120662** | | | **Warranty** | | | | |
| **Assad Salih** **151 Weavers Rd** **Greensburg, PA 15601** | | - | | | | | 219.11 |
| Account No. **5091522** | | | **Warranty** | | | | |
| **Ata Mustafa** **1208 Andrews** **Lakewood, OH 44107** | | - | | X | X | | 0.00 |
| Account No. **5121555** | | | **Warranty** | | | | |
| **Ateeq Haseeb** **4430 N Holland Sylvanie Rd No1101** **Toledo, OH 43623** | | - | | X | X | | 0.00 |
| Account No. **5121254** | | | **Warranty** | | | | |
| **Atiq Rehman** **8879 Warm Granite** **Columbia, MD 21045** | | - | | X | X | | 0.00 |
| Account No. **5125703** | | | **Warranty** | | | | |
| **Atlas Air Inc. Atlas Air Inc.** **2000 West Chester Avenue** **Purchase, NY 10577** | | - | | X | X | | 0.00 |

Sheet no.**292** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

219.11

In re  **Great Lakes Warranty Corporation**           ,    Case No. _____

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5097797** | | | | Warranty | | | | |
| **Atrevia Brown** **8695 Hwy 560** **Mountville, SC 29370** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124897** | | | | Warranty | | | | |
| **Aubree Bubb** **2620 Sunset Circle** **Glenville, PA 17329** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086434** | | | | Warranty | | | | |
| **Aubrey Brister** **205 Beaumont Trail** **Aurora, OH 44202** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114730** | | | | Warranty | | | | |
| **Aubrey L Chambers** **560 Thompson Road** **Pegram, TN 37143** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108765** | | | | Warranty | | | | |
| **Aubrey W Epps** **437 Vermont Avenue** **Rochester, PA 15074** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **293** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5069846** | | | Warranty | | | | |
| **Aubrye Wright** **12 E Washington Ave Apt 2** **Athens, TN 37303** | - | | | X | X | | 0.00 |
| Account No. **5109839** | | | Warranty | | | | |
| **Audra Hopkins** **485 Lake Road** **Andover, CT 06232** | - | | | X | X | | 0.00 |
| Account No. **5128636** | | | Warranty | | | | |
| **Audrey Fisk** **6803 Ashmore Drive** **Houston, TX 77069** | - | | | | | | 95.00 |
| Account No. **5109649** | | | Warranty | | | | |
| **Audrey J McCaw** **354 James Avenue  Apt A16** **Mansfield, OH 44907** | - | | | X | X | | 0.00 |
| Account No. **5123282** | | | Warranty | | | | |
| **Audrey M Alatas** **8644 Park Ridge Lane** **Macedinia, OH 44056** | - | | | X | X | | 0.00 |

Sheet no. **294** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **95.00**

In re **Great Lakes Warranty Corporation**                    ,          Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5070567** | | | | Warranty | | | | |
| **Audrey Wood** **2713 Atlantic Ave** **Cincinnati, OH 45209** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5080024** | | | | Warranty | | | | |
| **Audrey Yvette Riley** **1585 Brandyhill Drive** **Rock Hill, SC 29732** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086714** | | | | Warranty | | | | |
| **Aug Wilson** **114 Dakota Trail** **Rockwood, TN 37854** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102827** | | | | Warranty | | | | |
| **August F Napoli III** **1645 Sugar Creek** **Rock Creek, OH 44084** | - | | | | | | | |
| | | | | | | | | 334.32 |
| Account No. **5117343** | | | | Warranty | | | | |
| **August M Mantia** **2179 Ben Franklin Drive** **Pittsburgh, PA 15237** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **295** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    334.32

In re **Great Lakes Warranty Corporation** ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5066900** | | | | Warranty | | | | |
| **August Manifest**<br>**5008 Route 819**<br>**Apollo, PA 15613** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100764** | | | | Warranty | | | | |
| **August Tuccillo**<br>**2703 Dakmoor Drive**<br>**Allison Park, PA 15101** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089925** | | | | Warranty | | | | |
| **Augustin S Rincon**<br>**216 W Sunland Avenue**<br>**Phoenix, AZ 85041** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085458** | | | | Warranty | | | | |
| **Augustine P Merriweather**<br>**9580 Heather Court**<br>**Cincinnati, OH 45242** | - | | | | | | | |
| | | | | | | | | 728.20 |
| Account No. **5075462** | | | | Warranty | | | | |
| **Augusto Neto**<br>**2805 33rd Street  5A**<br>**Astoria, NY 11102** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **296** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

728.20

In re **Great Lakes Warranty Corporation** ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5128794 | | | | Warranty | | | | |
| Augusto Salas 421 Spruce Street Reading, PA 19602 | - | | | | X | X | | 0.00 |
| Account No. 5132643 | | | | Warranty | | | | |
| Aundray Tucker 3213 Catherine Mermit North Las Vegas, NV 89081 | - | | | | X | X | | 0.00 |
| Account No. 5115594 | | | | Warranty | | | | |
| Aura N Ramirez 1745 Skyline Drive  Apt 23 Pittsburgh, PA 15227 | - | | | | X | X | | 0.00 |
| Account No. 5124412 | | | | Warranty | | | | |
| Aurea Briones 3600 Swenson St  No 473 Las Vegas, NV 89169 | - | | | | X | X | | 0.00 |
| Account No. 5109177 | | | | Warranty | | | | |
| Aurelio Santos 1026 Greenleaf Street Easton, PA 18040 | - | | | | X | X | | 0.00 |

Sheet no.**297** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re   **Great Lakes Warranty Corporation**        Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5090114** <br><br> **Aurello Leon** <br> **687 2nd Street / PO Box 5430** <br> **San Luis, AZ 85349** | - | | Warranty | | | | **1,400.00** |
| Account No. **5132050** <br><br> **Auriel Smalls** <br> **2865 Limestone Blvd** <br> **Charleston, SC 29414** | - | | Warranty | X | X | | **0.00** |
| Account No. **5130692** <br><br> **Austin Johnson** <br> **1845 Cornsilk Drive** <br> **Charleston, SC 29414** | - | | Warranty | | | | **95.00** |
| Account No. **5113279** <br><br> **Austin Kirkwood** <br> **100 Mary Circle** <br> **Hattiesburg, MS 39402** | - | | Warranty | X | X | | **0.00** |
| Account No. **5115221** <br><br> **Austin Lighthart** <br> **110 Shady Lane** <br> **Sellersville, PA 18960** | - | | Warranty | X | X | | **0.00** |

Sheet no. **298** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,495.00**

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104445** | | | | **Warranty** | | | | |
| **Austin M Rohr** **253 N Pearl Street** **Lancaster, OH 43130** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132716** | | | | **Warranty** | | | | |
| **Austin McGrath** **107 West Main Street** **Mount Joy, PA 17552** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122131** | | | | **Warranty** | | | | |
| **Austin Sampson** **1822 Benton Ave 205** **Philadelphia, PA 19152** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087357** | | | | **Warranty** | | | | |
| **Autumn Delaloye** **8340 Pine Country Lane** **Flagstaff, AZ 86004** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129756** | | | | **Warranty** | | | | |
| **Autumn Darhower** **1795 Sheaffer Road Apt 1** **Elizabethtown, PA 17022** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **299** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5103788 | | | | Warranty | | | | |
| Autumn Janssen 9804 S 43rd Avenue Laveen, AZ 85339 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131592 | | | | Warranty | | | | |
| Autumn Lee 711 Blair Street Holidaysburg, PA 16648 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114394 | | | | Warranty | | | | |
| Autumn Sutherland 244 E Sheffield Court Gilbert, AZ 85296 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117315 | | | | Warranty | | | | |
| Averill Crowe 1385 Lower Mateer Road Vandergrift, PA 15690 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127273 | | | | Warranty | | | | |
| Avery  Klein 1734 S 25th st Lincoln, NE 68502 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **300** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5077962** | | | | **Warranty** | | | | |
| **Avis Ray** **306 Hammond St** **Westernport, MD 21562** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5094160** | | | | **Warranty** | | | | |
| **Awilda Davila** **1949 Lynfield Drive** **Betlehem, PA 18015** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130963** | | | | **Warranty** | | | | |
| **Axel Ayala Morales** **121 N 11th St No 3** **Allentown, PA 18102** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120585** | | | | **Warranty** | | | | |
| **Ayana Marie Blount** **11 E Pleasant St** **Philadelphia, PA 19119** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091591** | | | | **Warranty** | | | | |
| **Ayanya M White** **116 Dutch Drive** **Irmo, SC 29063** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **301** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

In re   **Great Lakes Warranty Corporation**                                     ,     Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5111513 | | | | Warranty | | | | |
| Aydin Comelek 2221 Angelfire Las Vegas, NV 89128 | - | | | | | | | 286.09 |
| Account No. 5092264 | | | | Warranty | | | | |
| Aymen Salti 6396 Pebble Creek Drive Independence, OH 44131 | - | | | | X | X | | 0.00 |
| Account No. 5081145 | | | | Warranty | | | | |
| Ayorinde Howard Agbale 38 Wilson Street Pittsburgh, PA 15223 | - | | | | X | X | | 0.00 |
| Account No. 5099257 | | | | Warranty | | | | |
| Ayshia Williams 3918 Bennington St Philadelphia, PA 19129 | - | | | | | | | 309.97 |
| Account No. 5122826 | | | | Warranty | | | | |
| Azalia Rivera Sanchez 1535 Silver Mesa Way Las Vegas, NV 89169 | - | | | | X | X | | 0.00 |

Sheet no. **302** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

596.06

In re   **Great Lakes Warranty Corporation**            ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132779** | | | Warranty | | | | |
| **Azeb Habte** **6025 West Flamingo #225** **Las Vegas, NV 89103** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5077432** | | | Warranty | | | | |
| **Azell Dancy Jr** **8203 Minehead Drive** **Smyrna, TN 37167** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5122613** | | | Warranty | | | | |
| **Azucena Licea** **2090 Calle Arroyo Lindo** **Tucson, AZ 85706** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5132742** | | | Warranty | | | | |
| **B and I Electric Inc** **1086 Main St   PO Box 125** **Blue Ball, PA 17506** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5122242** | | | Warranty | | | | |
| **B Claire Pigue** **309 Oakvale** **Brentwood, TN 37027** | | - | | | | | |
| | | | | | | | **367.88** |

Sheet no.**303**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**367.88**

In re **Great Lakes Warranty Corporation**         ,     Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126737**<br><br>**B Clint Bolton**<br>**1926 Hilltown**<br>**Hilltown, PA 18927** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5108502**<br><br>**B Graham Wilson**<br>**1131 Villa Drive  NE  Apt 2**<br>**Atlanta, GA 30306** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5101538**<br><br>**B Ryland Wiggs**<br>**425 Sims Lane**<br>**Franklin, TN 37069** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5105401**<br><br>**Bahayyah N Darden**<br>**50 E Price Street**<br>**Philadelphia, PA 19144** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5085604**<br><br>**Bahram Shahidian**<br>**1169 Deepwood Drive**<br>**Macedonia, OH 44056** | - | | | **Warranty** | | | | 611.59 |

Sheet no. **304** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      611.59
(Total of this page)

In re   **Great Lakes Warranty Corporation**                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5086460** | | | Warranty | | | | |
| **Bala Pothakamuri**<br>**3 May Boulevard**<br>**Jackson, NJ 08527** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5076560** | | | Warranty | | | | |
| **Baldassare Saccheri**<br>**RR1  Box 158**<br>**Tannersville, PA 18372** | - | | | | | | |
| | | | | | | | 1,056.00 |
| Account No. **5094113** | | | Warranty | | | | |
| **Balendra Sutharshan**<br>**300 Cambridge Drive**<br>**Mars, PA 16046** | - | | | | | | |
| | | | | | | | 611.70 |
| Account No. **5103742** | | | Warranty | | | | |
| **Balind Birtalan**<br>**440 Chewton Wurtemburg Road**<br>**Wampum, PA 16157** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5103735** | | | Warranty | | | | |
| **Balubhai Champaneria**<br>**741 Murfreesboro Road**<br>**Nashville, TN 37210** | - | | | | | | |
| | | | | | | | 722.65 |

Sheet no.**305** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       2,390.35

In re **Great Lakes Warranty Corporation**                    , Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5082860** | | | | Warranty | | | | |
| **Banc Capial** **640 Mt Vernon Lane** **Duncan, SC 29334** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128724** | | | | Warranty | | | | |
| **Banduwong Chuwong** **3509 Bella Viera Court** **Las Vegas, NV 89141** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5053249** | | | | Warranty | | | | |
| **Barabara Covell** **3100 Arrow Ln** **Clarksville, TN 37043** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122883** | | | | Warranty | | | | |
| **Barb Yaple** **26 Sky Dr** **Erie, PA 16510** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121545** | | | | Warranty | | | | |
| **Barbara Bouton** **257 N Main St** **Collierville, TN 38017** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **306** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re  **Great Lakes Warranty Corporation**                                        ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5130453** | | | | | Warranty | | | | |
| **Barbara Dove** **8 E High Street** **Womelsdorf, PA 19567** | - | | | | | | | | |
| | | | | | | | | | **103.19** |
| Account No. **5106594** | | | | | Warranty | | | | |
| **Barbara Foster** **118 Shewell Ave** **Doylestown, PA 18901** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5132043** | | | | | Warranty | | | | |
| **Barbara Gecik** **2213 Juniper Drive** **Coplax, PA 18037** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5078224** | | | | | Warranty | | | | |
| **Barbara Golak** **497 Berkshire Circle** **Harleysville, PA 19438** | - | | | | | | | | |
| | | | | | | | | | **1,866.00** |
| Account No. **5111279** | | | | | Warranty | | | | |
| **Barbara Neer** **1960 Willow Rd** **Springfield, OH 45502** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **307** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,969.19**

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                            ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095546** | | | | Warranty | | | | |
| **Barbara Radford**<br>**2738 Mandercrest**<br>**Columbus, OH 43232** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5094176** | | | | Warranty | | | | |
| **Barbara Ragoonanan**<br>**I/C Karen Foster 838 Carlton Avenue**<br>**Plainfield, NJ 07060** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123040** | | | | Warranty | | | | |
| **Barbara Sumey**<br>**309 Little Summit Rd**<br>**Dunbar, PA 15431** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5085073** | | | | Warranty | | | | |
| **Barbara A Toy**<br>**9154 Maple Street**<br>**Pittsburgh, PA 15239** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103637** | | | | Warranty | | | | |
| **Barbara A Ballenger**<br>**1807 Sawtooth Place**<br>**Mansfield, OH 44904** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**308** of **4906** sheets attached to Schedule of                    Subtotal                    **0.00**
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5106967 | | | | Warranty | | | | |
| Barbara A Benjamin 2150 Avenue B Mayesville, SC 29104 | - | | | | X | X | | 0.00 |
| Account No. 5102539 | | | | Warranty | | | | |
| Barbara A Frick 4014 Stanton Road Erie, PA 16510 | - | | | | X | X | | 0.00 |
| Account No. 5124234 | | | | Warranty | | | | |
| Barbara A Helvitson 301 E St Johns St Villas, NJ 08251 | - | | | | X | X | | 0.00 |
| Account No. 5092120 | | | | Warranty | | | | |
| Barbara A Kodash 323 Lindbergh Avenue Blandon, PA 19510 | - | | | | X | X | | 0.00 |
| Account No. 5128320 | | | | Warranty | | | | |
| Barbara A Lisenby 1207 Jackson Rd Chesterfield, SC 29709 | - | | | | X | X | | 0.00 |

Sheet no. **309** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**         ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121879**<br><br>**Barbara A Malek**<br>**3820 Sardis Rd**<br>**Pittsburgh, PA 15239** | | - | **Warranty** | | | | **381.00** |
| Account No. **5124216**<br><br>**Barbara A Reichard**<br>**PO Box 564 Main St**<br>**Fogelsville, PA 18051** | | - | **Warranty** | X | X | | **0.00** |
| Account No. **5121950**<br><br>**Barbara A Wuellner**<br>**2434 Wilbur Rd**<br>**Medina, OH 44256** | | - | **Warranty** | X | X | | **0.00** |
| Account No. **5124386**<br><br>**Barbara Ann Jones**<br>**RR11  Box 3007**<br>**Stroudsburg, PA 18360** | | - | **Warranty** | X | X | | **0.00** |
| Account No. **5130140**<br><br>**Barbara Archie**<br>**163 High Street PO Box 122**<br>**Leesburg, NJ 08327** | | - | **Warranty** | X | X | | **0.00** |

Sheet no. **310** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **381.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5125285 | | | | Warranty | | | | |
| Barbara Arthur 27 Edinburgh Drive Easton, PA 18045 | - | | | | X | X | | 0.00 |
| Account No. 5091296 | | | | Warranty | | | | |
| Barbara B Pippin 2432 Melbourne Drive Nashville, TN 37214 | - | | | | X | X | | 0.00 |
| Account No. 5115237 | | | | Warranty | | | | |
| Barbara Bartley 1881 Hillandale Ave Columbus, OH 43229 | - | | | | X | X | | 0.00 |
| Account No. 5126482 | | | | Warranty | | | | |
| Barbara Baynes 3750 Llewellyn Street Cincinnati, OH 45223 | - | | | | X | X | | 0.00 |
| Account No. 5118393 | | | | Warranty | | | | |
| Barbara Brassell Witten 3648 Swiss Line Irving, TX 75038 | - | | | | X | X | | 0.00 |

Sheet no. **311** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re    **Great Lakes Warranty Corporation**                 ,      Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128573** | | | | **Warranty** | | | | |
| **Barbara Brown** **1700 West Carey #D** **North Las Vegas, NV 89032** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089743** | | | | **Warranty** | | | | |
| **Barbara Bryan** **10435 Huntington Place Drive** **Houston, TX 77099** | - | | | | | | | |
| | | | | | | | | **514.57** |
| Account No. **5118797** | | | | **Warranty** | | | | |
| **Barbara Calhoun** **153 Anna Ave NW** **Canton, OH 44708** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126674** | | | | **Warranty** | | | | |
| **Barbara Cannon** **20701 N. Scottsdale** **Scottsdale, AZ 85255** | - | | | | | | | |
| | | | | | | | | **166.09** |
| Account No. **5115828** | | | | **Warranty** | | | | |
| **Barbara D Johnson** **1516 Foliage Street** **Pittsburgh, PA 15221** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **312** of **4906** sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)      **680.66**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127551** | | - | | **Warranty** | | | | |
| **Barbara E Donahue** **2737 Miles Ave** **Pittsburgh, PA 15216** | | | | | | | | **1,310.00** |
| Account No. **5101008** | | - | | **Warranty** | X | X | | |
| **Barbara E Farrand** **14921 New Buffalo Road** **Columbiana, OH 44408** | | | | | | | | **0.00** |
| Account No. **5095496** | | - | | **Warranty** | X | X | | |
| **Barbara E Hendershott** **2544 S Cherry Lane** **Ronks, PA 17572** | | | | | | | | **0.00** |
| Account No. **5115840** | | - | | **Warranty** | X | X | | |
| **Barbara E Minnich** **107 Market Street  PO Box 213** **Auburn, PA 17922** | | | | | | | | **0.00** |
| Account No. **5063080** | | - | | **Warranty** | X | X | | |
| **Barbara Eckert** **34834 North 3rd Avenue** **Phoenix, AZ 85086** | | | | | | | | **0.00** |

Sheet no.**313** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,310.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5130747** | | | | **Warranty** | | | | |
| **Barbara Edwards 140 Hull Drive Erie, PA 16509** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126556** | | | | **Warranty** | | | | |
| **Barbara Foster 1409 W. Park Avenue Perkasie, PA 18944** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125365** | | | | **Warranty** | | | | |
| **Barbara Gahagen 131 Caroline Avenue West Newton, PA 15089** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101692** | | | | **Warranty** | | | | |
| **Barbara Geiger 2636 Tremont Street Philadelphia, PA 19152** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092748** | | | | **Warranty** | | | | |
| **Barbara Haynes 2315 Manchester Avenue S.W. Massillon, OH 44647** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**314** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**           Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126467** | | | **Warranty** | | | | |
| **Barbara Hooper** **PO Box 223 3rd Street** **Jacksonville, OH 45740** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102771** | | | **Warranty** | | | | |
| **Barbara Hulse** **PO Box 50070** **Phoenix, AZ 85076** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101607** | | | **Warranty** | | | | |
| **Barbara J Asselin** **5507 Nina Circle** **Coopersburg, PA 18036** | - | | | | | | |
| | | | | | | | 644.95 |
| Account No. **5112846** | | | **Warranty** | | | | |
| **Barbara J Condon** **920 Sixth Street SW** **Massillon, OH 44647** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113482** | | | **Warranty** | | | | |
| **Barbara J Davis** **2823 Aberdeen Drive** **Florissant, MO 63033** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **315** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

644.95

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5099635** | | | | **Warranty** | | | | |
| **Barbara J Hill 26 Park Street Franklin, PA 16323** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111984** | | | | **Warranty** | | | | |
| **Barbara J Knowlton 1436 Carpenter Road Albany, OH 45710** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114568** | | | | **Warranty** | | | | |
| **Barbara J Laird 2627 Wyncote Road Bethel Park, PA 15102** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107919** | | | | **Warranty** | | | | |
| **Barbara J Miller 928 Patrick Lane  PO Box 123 Newry, PA 16665** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131251** | | | | **Warranty** | | | | |
| **Barbara J Seitz 7343 Fisher Rd Conneautville, PA 16406** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **316** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5067009** | | | | **Warranty** | | | | |
| **Barbara Jackson 5147 N 45th Place Phoenix, AZ 85018** | - | | | | | | | |
| | | | | | | | | 713.06 |
| Account No. 5110388 | | | | **Warranty** | | | | |
| **Barbara Jean Cathie 2933 Orbin Street Pittsburgh, PA 15219** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126540 | | | | **Warranty** | | | | |
| **Barbara Jean Jones 2616 Harewood Avenue Las Vegas, NV 89044** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5051151 | | | | **Warranty** | | | | |
| **Barbara Jean Stanard 2136 Cheswick LN Mt Pleasant, SC 29466** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090041 | | | | **Warranty** | | | | |
| **Barbara L Chivers 18777 Young Road Guysville, OH 45735** | - | | | | | | | |
| | | | | | | | | 295.00 |

Sheet no. 317 of 4906 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 1,008.06

In re  **Great Lakes Warranty Corporation**                                      ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5122984** | | | | | **Warranty** | | | | |
| **Barbara L Heilman**<br>**4775 Almont Dr**<br>**Columbus, OH 43229** | - | | | | | | | | **22.60** |
| Account No. **5113408** | | | | | **Warranty** | | | | |
| **Barbara L Johnston**<br>**215 Spanish Ville Drive**<br>**Jeannette, PA 15644** | - | | | | | X | X | | **0.00** |
| Account No. **5111727** | | | | | **Warranty** | | | | |
| **Barbara L Secrest**<br>**75 Roberts Drive**<br>**Shelby, OH 44875** | - | | | | | X | X | | **0.00** |
| Account No. **5127468** | | | | | **Warranty** | | | | |
| **Barbara L Snyder**<br>**619 Remaley St**<br>**Springdale, PA 15144** | - | | | | | X | X | | **0.00** |
| Account No. **5083342** | | | | | **Warranty** | | | | |
| **Barbara L Stallone**<br>**1245 Monroe Avenue**<br>**Wyomissing, PA 19610** | - | | | | | | | | **1,730.50** |

Sheet no.**318** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,753.10**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5089482** | | | | **Warranty** | | | | |
| **Barbara L Sweitzer** **2110 Pococen Drive** **Moon Township, PA 15108** | - | | | | | | | 170.80 |
| Account No. 5116498 | | | | **Warranty** | | | | |
| **Barbara L Young** **1526 Street  Route 294** **Marion, OH 43302** | - | | | | X | X | | 0.00 |
| Account No. 5130073 | | | | **Warranty** | | | | |
| **Barbara Lange** **960 Treasure Lake** **DuBois, PA 15801** | - | | | | X | X | | 0.00 |
| Account No. 5112876 | | | | **Warranty** | | | | |
| **Barbara Lee** **720 W Sterling Place** **Chandler, AZ 85225** | - | | | | X | X | | 0.00 |
| Account No. 5126480 | | | | **Warranty** | | | | |
| **Barbara Link** **108 Frogtown Road** **New Alexandria, PA 15670** | - | | | | X | X | | 0.00 |

Sheet no.**319**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

170.80

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5099803** | | - | | **Warranty** | | | | |
| **Barbara Lynn Cavaliere**<br>**3029 Hollow Court**<br>**Charleston, SC 29406** | | | | | | | | **1,313.10** |
| Account No. **5107448** | | - | | **Warranty** | X | X | | |
| **Barbara M  Curry**<br>**9261 Meadowglen Dr**<br>**Cincinnati, OH 45231** | | | | | | | | **0.00** |
| Account No. **5096980** | | - | | **Warranty** | X | X | | |
| **Barbara M  Jones**<br>**21 River Ave**<br>**Connellsville, PA 15425** | | | | | | | | **0.00** |
| Account No. **5128498** | | - | | **Warranty** | X | X | | |
| **Barbara McDermott**<br>**1106 Joyce Street**<br>**Stroudsburg, PA 18360** | | | | | | | | **0.00** |
| Account No. **5090594** | | - | | **Warranty** | X | X | | |
| **Barbara McMahon**<br>**1215 Farragut Street**<br>**Pittsburgh, PA 15206** | | | | | | | | **0.00** |

Sheet no.**320** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,313.10**

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5106682** | | | **Warranty** | | | | |
| **Barbara Miner** **5555 S Kenwood Ave** **Chicago, IL 60637** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5066217** | | | **Warranty** | | | | |
| **Barbara Mitchell** **2016 Twin Drive** **Trotwood, OH 45426** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125849** | | | **Warranty** | | | | |
| **Barbara Mohn** **511 N Church Street** **Mohnton, PA 19540** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101378** | | | **Warranty** | | | | |
| **Barbara Nagy** **1011 Brown Street** **Belle Vernon, PA 15012** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115027** | | | **Warranty** | | | | |
| **Barbara Niner** **2706 Congress Drive SW** **Canton, OH 44706** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.__321__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5120127 | | | | Warranty | | | | |
| Barbara Nissman RR2 Box 260 Lewisburg, WV 24901 | - | | | | X | X | | 0.00 |
| Account No. 5088382 | | | | Warranty | | | | |
| Barbara P Alston 7801 Cedarbrook Avenue Philadelphia, PA 19150 | - | | | | X | X | | 0.00 |
| Account No. 5132696 | | | | Warranty | | | | |
| Barbara Parrish ONeal 1013 Lonsway Circle Antioch, TN 37013 | - | | | | X | X | | 0.00 |
| Account No. 5104333 | | | | Warranty | | | | |
| Barbara Perez 1111 South Palmer Ln Olathe, KS 66061 | - | | | | X | X | | 0.00 |
| Account No. 5128025 | | | | Warranty | | | | |
| Barbara Pittman 9260 Dover Landing Ct LAs Vegas, NV 89123 | - | | | | X | X | | 0.00 |

Sheet no. 322 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re __Great Lakes Warranty Corporation__ , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5132439 | | | | | Warranty | | | | |
| Barbara Reinauer 717 Eastmont Drive Apt 2A Greensburg, PA 15601 | - | | | | | X | X | | 0.00 |
| Account No. 5131826 | | | | | Warranty | | | | |
| Barbara Rivera 1808 Adams Street Cinnaminson, NJ 08077 | - | | | | | X | X | | 0.00 |
| Account No. 5112277 | | | | | Warranty | | | | |
| Barbara Rottinghaus 4241 Dry Run Drive Hamilton, OH 45013 | - | | | | | X | X | | 0.00 |
| Account No. 5087059 | | | | | Warranty | | | | |
| Barbara Sambuca 3212 Chelsea Place Philadelphia, PA 19114 | - | | | | | X | X | | 0.00 |
| Account No. 5123794 | | | | | Warranty | | | | |
| Barbara Schieck 19 Short Street Tamaqua, PA 18252 | - | | | | | X | X | | 0.00 |

Sheet no.__323__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re    **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5068602** | | | **Warranty** | | | | |
| **Barbara Scott** **532 East 600 North** **Valparaiso, IN 46383** | | - | | | | | 110.98 |
| Account No. **5085936** | | | **Warranty** | | | | |
| **Barbara Simons Cook** **2437 Lorick Avenue** **Columbia, SC 29203** | | - | | X | X | | 0.00 |
| Account No. **5068785** | | | **Warranty** | | | | |
| **Barbara Stewart** **6606 S 4st Lane** **Phoenix, AZ 85041** | | - | | X | X | | 0.00 |
| Account No. **5075554** | | | **Warranty** | | | | |
| **Barbara Stidham** **631 N Sixteenth Street** **Quincy, IL 62301** | | - | | X | X | | 0.00 |
| Account No. **5115735** | | | **Warranty** | | | | |
| **Barbara Streck** **5340 W Oraibi Drive** **Glendale, AZ 85308** | | - | | | | | 1,300.00 |

Sheet no. **324** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,410.98

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5090188** | | | | | Warranty | | | | |
| **Barbara Svenson**<br>**7026 County Road 44**<br>**North Lewisburg, OH 43060** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5089359** | | | | | Warranty | | | | |
| **Barbara Swartz**<br>**5030 Castleman Street**<br>**Pittsburgh, PA 15232** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5129155** | | | | | Warranty | | | | |
| **Barbara Tarcy**<br>**456 Park Dr**<br>**Campbell, OH 44405** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5084306** | | | | | Warranty | | | | |
| **Barbara Tirman**<br>**7950 E Starlight Way  Unit 134**<br>**Scottsdale, AZ 85250** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5087213** | | | | | Warranty | | | | |
| **Barbara Tobolski Cochran**<br>**356 Lorlita Lane**<br>**Pittsburgh, PA 15241** | - | | | | | | | | |
| | | | | | | | | | **150.39** |

Sheet no. **325** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**150.39**

In re   **Great Lakes Warranty Corporation**         ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5103324**<br><br>**Barbara Vannote**<br>**315 W Street Road**<br>**Kennett Square, PA 19348** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5061750**<br><br>**Barbara Williams**<br>**40-12 Vernon Blvd  Apt 3E**<br>**Long Island City, NY 11101** | - | | **Warranty** | | | | **297.44** |
| Account No. **5131792**<br><br>**Barbara Wilson**<br>**868 East Sandusky Avenue**<br>**Bellefontaine, OH 43311** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5126125**<br><br>**Barbara Yost**<br>**621 E. 2nd Avenue**<br>**Altoona, PA 16602** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5121230**<br><br>**Bard A Purcell**<br>**56 Pine St**<br>**Oxford, PA 19363** | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **326** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **297.44**

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123935** | | | Warranty | | | | |
| **Barney V. Kilgore** **P.O. Box 1973** **Brewton, AL 36427** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5130611** | | | Warranty | | | | |
| **Baron Lockhart** **4540 Carswell** **Nellis, NV 89191** | - | | | | | | |
| | | | | | | | **1,781.50** |
| Account No. **5124827** | | | Warranty | | | | |
| **Baron R Burkey** **1 Grover St** **Grafton, OH 44044** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5072733** | | | Warranty | | | | |
| **Barrett Macgowan** **19528 Warren Road** **Covington, LA 70435** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5130522** | | | Warranty | | | | |
| **Barrick Neill** **8904 Saw Horse St** **Las Vegas, NV 89143** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **327** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,781.50**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5102136** | | - | | **Warranty** | | | | |
| **Barrie A McMurtrie** **5887 Lycia Lane** **Ocean Isle Beach, NC 28469** | | | | | | | | **477.99** |
| Account No. **5119931** | | - | | **Warranty** | X | X | | |
| **Barron A Webster** **1282 Starline Dr** **Summerville, SC 29483** | | | | | | | | **0.00** |
| Account No. **5123012** | | - | | **Warranty** | X | X | | |
| **Barry Evans** **110 Plymouth St** **Connelsville, PA 15425** | | | | | | | | **0.00** |
| Account No. **5102896** | | - | | **Warranty** | X | X | | |
| **Barry McCall** **9172 Demery Ct** **Brentwood, TN 37027** | | | | | | | | **0.00** |
| Account No. **5111856** | | - | | **Warranty** | X | X | | |
| **Barry McFarland** **1314 Prospect Ave** **Scranton, PA 18505** | | | | | | | | **0.00** |

Sheet no. **328** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**477.99**

In re   **Great Lakes Warranty Corporation**              ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5110700** | | | | Warranty | | | | |
| **Barry Simms**<br>**873 B Harvard Dr**<br>**Lebanon, OH 45036** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5083611** | | | | Warranty | | | | |
| **Barry A Gardner**<br>**1650E Yellowstone Place**<br>**Chandler, AZ 85249** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103120** | | | | Warranty | | | | |
| **Barry A Rathmell**<br>**339 Cindy Drive**<br>**Jonestown, PA 17038** | - | | | | | | | |
| | | | | | | | | **496.68** |
| Account No. **5077125** | | | | Warranty | | | | |
| **Barry A Wentz Jr**<br>**445 Hahns Dairy Road**<br>**Palmerton, PA 18071** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119110** | | | | Warranty | | | | |
| **Barry B Clark**<br>**128 E Liberty St**<br>**Hollansburg, OH 45332** | - | | | | | | | |
| | | | | | | | | **213.00** |

Sheet no. **329** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
                         (Total of this page)     **709.68**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106510** | | | | Warranty | | | | |
| **Barry Barley** **214 Jarvis Street  PO Box 65** **Bowerston, OH 44695** | - | | | | X | X | | 0.00 |
| Account No. **5090847** | | | | Warranty | | | | |
| **Barry Clevenger** **1815 Lucille Lane** **Murfreesboro, TN 37129** | - | | | | | | | 464.30 |
| Account No. **5063563** | | | | Warranty | | | | |
| **Barry Coulby** **1510 Stablersville Rd** **White Hall, MD 21161** | - | | | | X | X | | 0.00 |
| Account No. **5073959** | | | | Warranty | | | | |
| **Barry D Suter** **399 Buttermore Road** **Ruffs Dale, PA 15679** | - | | | | X | X | | 0.00 |
| Account No. **5123163** | | | | Warranty | | | | |
| **Barry Doss** **166 2nd Avenue** **Dayton, TN 37321** | - | | | | X | X | | 0.00 |

Sheet no. **330** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

464.30

In re   **Great Lakes Warranty Corporation**                                          ,   Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5111317** | | | | **Warranty** | | | | |
| **Barry Elder** **6215 Sutherlin Lane** **Utica, KY 42376** | - | | | | X | X | | 0.00 |
| Account No. **5100739** | | | | **Warranty** | | | | |
| **Barry G Holsing Jr** **2012 Constitution Boulevard** **Arnold, PA 15068** | - | | | | X | X | | 0.00 |
| Account No. **5091266** | | | | **Warranty** | | | | |
| **Barry G Weber Sr** **312 W Lancaster Avenue** **Shillington, PA 19607** | - | | | | X | X | | 0.00 |
| Account No. **5102073** | | | | **Warranty** | | | | |
| **Barry Garcia** **3 Moss Springs Court** **Henderson, NV 89052** | - | | | | X | X | | 0.00 |
| Account No. **5130948** | | | | **Warranty** | | | | |
| **Barry Gill** **253 Gusty Lane** **Hopkins, SC 29061** | - | | | | X | X | | 0.00 |

Sheet no.**331**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5119644 | | | | Warranty | | | | |
| Barry J Quick 25 White Lane Ashland, PA 17921 | - | | | | X | X | | 0.00 |
| Account No. 5093470 | | | | Warranty | | | | |
| Barry Kalbach 182 Ray Road Sinking Spring, PA 19608 | - | | | | X | X | | 0.00 |
| Account No. 5120527 | | | | Warranty | | | | |
| Barry L Alderfer 134 N Main St Perkasie, PA 18944 | - | | | | X | X | | 0.00 |
| Account No. 5117737 | | | | Warranty | | | | |
| Barry Lancaster 17 Thorndale Court Nashville, TN 37215 | - | | | | X | X | | 0.00 |
| Account No. 5126768 | | | | Warranty | | | | |
| Barry O Hare 1919 Pierce Street Charleston, SC 29492 | - | | | | X | X | | 0.00 |

Sheet no. **332** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131431** | | | **Warranty** | | | | |
| **Barry Paul 142 Ellen Way Harleysville, PA 19438** | - | | | X | X | | 0.00 |
| Account No. **5087965** | | | **Warranty** | | | | |
| **Barry R Hewitt 160 Iola Avenue Washington, PA 15301** | - | | | X | X | | 0.00 |
| Account No. **5124148** | | | **Warranty** | | | | |
| **Barry Stahler 1112 Richlandtown Pk Richlandtown, PA 18955** | - | | | X | X | | 0.00 |
| Account No. **5116937** | | | **Warranty** | | | | |
| **Barry Steinman 1061 Pheasant Road Rydal, PA 19046** | - | | | X | X | | 0.00 |
| Account No. **5075547** | | | **Warranty** | | | | |
| **Barry Stephen Herrod 4500 Ashmore Circle Marietta, GA 30066** | - | | | | | | **195.48** |

Sheet no.**333** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**195.48**

In re  **Great Lakes Warranty Corporation**                                    Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5111925** | | **Warranty** | | | | | | |
| **Barry Stiffey** **RD 3 Box 285  Green Lane** **Saltsburg, PA 15681** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123903** | | **Warranty** | | | | | | |
| **Barry W Holland Jr** **5661 Crestview Dr** **Memphis, TN 38134** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110420** | | **Warranty** | | | | | | |
| **Barry White** **RR1 Box 1734** **Kunkletown, PA 18058** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079703** | | **Warranty** | | | | | | |
| **Bart  Allmand** **5174 Waddell Hollow Drive** **Franklin, TN 37064** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132254** | | **Warranty** | | | | | | |
| **Bart Miltenberger** **405 Sylvania Avenue** **Glenside, PA 19038** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**334**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                    ,
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123109** | | | | **Warranty** | | | | |
| **Bashir Jara** **4645 Sperry Ave** **Gahanna, OH 43230** | | - | | | | | | **441.02** |
| Account No. **5125591** | | | | **Warranty** | | | | |
| **Bassem  Younan** **9619 Fernwood Dr** **Olmsted Falls, OH 44138** | | - | | | X | X | | **0.00** |
| Account No. **5072516** | | | | **Warranty** | | | | |
| **Beatrice Aguredakes** **1325 Nelmans SE** **E Canton, OH 44730** | | - | | | X | X | | **0.00** |
| Account No. **5106068** | | | | **Warranty** | | | | |
| **Beatrice C Gilbert** **403 Lea Drive** **Pittsburgh, PA 15235** | | - | | | X | X | | **0.00** |
| Account No. **5094563** | | | | **Warranty** | | | | |
| **Beatrice Cabrera** **641 E North Street** **Bethlehem, PA 18018** | | - | | | X | X | | **0.00** |

Sheet no.**335**___ of **4906**_ sheets attached to Schedule of                    Subtotal                         **441.02**
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

In re **Great Lakes Warranty Corporation**                                           Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5127945 | | | | Warranty | | | | |
| Beatrice Felix 1011 4th Street #218 Santa Monica, CA 90403 | - | | | | X | X | | 0.00 |
| Account No. 5130088 | | | | Warranty | | | | |
| Beatrice Hughes 7039 Fielding Way Pittsburgh, PA 15208 | - | | | | X | X | | 0.00 |
| Account No. 5112806 | | | | Warranty | | | | |
| Beatrice Kappenstein 1019 Elm Street Reading, PA 19604 | - | | | | X | X | | 0.00 |
| Account No. 5109191 | | | | Warranty | | | | |
| Beatrice L Wooding 5202 Wilson Court Clairton, PA 15025 | - | | | | X | X | | 0.00 |
| Account No. 5086569 | | | | Warranty | | | | |
| Beatrice M Lovato 30 E Fourteenth Street #1 Mesa, AZ 85201 | - | | | | X | X | | 0.00 |

Sheet no.__336__ of __4906__ sheets attached to Schedule of                                    Subtotal                    0.00
Creditors Holding Unsecured Nonpriority Claims                                            (Total of this page)

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5117994** | | | **Warranty** | | | | |
| **Beatrice Shongo 6764 Mt Pleasant Rd Meadville, PA 16335** | - | | | | | | **69.98** |
| Account No. **5125501** | | | **Warranty** | | | | |
| **Beatriz Benevenia 212 Chiquis Ct Hensderson, NV 89074** | - | | | X | X | | **0.00** |
| Account No. **5104396** | | | **Warranty** | | | | |
| **Beatriz M Myers 2182 Lake Field Cove Cordova, TN 38018** | - | | | X | X | | **0.00** |
| Account No. **5085998** | | | **Warranty** | | | | |
| **Beau Eden PO Box 128  412 Thornton Rd Thornton, PA 19373** | - | | | X | X | | **0.00** |
| Account No. **5065082** | | | **Warranty** | | | | |
| **Beau St Germain 636 Polaris Street #A Eielson AFB, AK 99702** | - | | | X | X | | **0.00** |

Sheet no. **337** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**69.98**

In re   **Great Lakes Warranty Corporation**              ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5107963** <br><br> **Becky Anne Pond** <br> **776 Nevasse Trail** <br> **Fort Mill, SC 29715** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5093507** <br><br> **Becky L Aiken** <br> **198 Gilkey Road** <br> **West Middlesex, PA 16159** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5124635** <br><br> **Becky L Hendrickson** <br> **55 Yoder Lane** <br> **Mason, WV 25260** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5068151** <br><br> **Becky Lou Lekan** <br> **7733 West Rue De Lamour** <br> **Peoria, AZ 85381** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5120190** <br><br> **Becky S Goski** <br> **476 County Road 3** <br> **Rayland, OH 43343** | - | | **Warranty** | X | X | | 0.00 |

Sheet no.**338** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5064632** | | | Warranty | | | | |
| **Beebe Benjamin 9445 Sunshine Lane #12 Wattsburg, PA 16442** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130515** | | | Warranty | | | | |
| **Begelene Dorsainvil 85 Paulus Boulevard New Brunswick, NJ 08901** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131148** | | | Warranty | | | | |
| **Behrouz Ahwazi 4015 Lynncrest Drive Cleveland, TN 37323** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132753** | | | Warranty | | | | |
| **Belal Mohammad Alshangiti 4600 Bayard Street Apt 311 Pittsburgh, PA 15213** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115105** | | | Warranty | | | | |
| **Belinda Aquino 311 Tenth Street Pittsburgh, PA 15215** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**339** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re **Great Lakes Warranty Corporation**                               Case No. _____
                                                    ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5070466** | | | Warranty | | | | |
| **Belinda Clark** **401 Washington Blvd** **Womelsdorf, PA 19567** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5094994** | | | Warranty | | | | |
| **Belinda L Loomis** **11135 Dyer Road** **Union City, PA 16438** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5103889** | | | Warranty | | | | |
| **Belinda Munn Cervantes** **6393 Highway 17 North** **Awendaw, SC 29429** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5107554** | | | Warranty | | | | |
| **Belle  Piercey** **11550 Chickasaw Path** **Lakeview, OH 43331** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5069005** | | | Warranty | | | | |
| **Belva Ball McCormick** **4232 Timberlane Drive** **Columbia, SC 29205** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**340** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5112296 | | | | Warranty | | | | |
| Ben Kesterson 11360 N Deer Hill Lane Prescott, AZ 86305 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124074 | | | | Warranty | | | | |
| Ben Dripps 9006 Hamshire Ct. Pittsburgh, PA 15237 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116815 | | | | Warranty | | | | |
| Ben G Barrs 100 South Cove Drive West Columbia, SC 29170 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132418 | | | | Warranty | | | | |
| Ben Gause 1671 Broom Mill Road Ridgeway, SC 29150 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110223 | | | | Warranty | | | | |
| Ben Graves 448 Riverview Circle Florence, AL 35630 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **341** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108775** | | | Warranty | | | | |
| **Ben Heup** **1253 W Leesport** **Leesport, PA 19533** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5067018** | | | Warranty | | | | |
| **Ben Johnson** **33176 N. Cathills Ave** **Queen Creek, AZ 85242** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130164** | | | Warranty | | | | |
| **Ben Palazzolo** **5420 Ferrari Avenue** **Las Vegas, NV 89142** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111626** | | | Warranty | | | | |
| **Ben Schulte** **3533 E Hailleh Court** **Phoenix, AZ 85044** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5109119** | | | Warranty | | | | |
| **Ben Walker** **1101 Sea Island Crossing** **Mt Pleasant, SC 29464** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **342** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093437** | | | Warranty | | | | |
| **Ben Williams** **2826 N Edgemoor Circle** **Wichita, KS 67220** | - | | | X | X | | 0.00 |
| Account No. **5105957** | | | Warranty | | | | |
| **Benay Snyder** **530 Wieders Lane** **Emmaus, PA 18049** | - | | | X | X | | 0.00 |
| Account No. **5090072** | | | Warranty | | | | |
| **Benedictus Azumah** **3506 King James Court** **Richmond, VA 23223** | - | | | | | | 199.90 |
| Account No. **5092215** | | | Warranty | | | | |
| **Benigno Velez** **817 N Sixth Street** **Allentown, PA 18102** | - | | | X | X | | 0.00 |
| Account No. **5066154** | | | Warranty | | | | |
| **Benita Ganz** **3531 Billingsly Drive** **Marietta, GA 30062** | - | | | X | X | | 0.00 |

Sheet no. **343** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

199.90

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com   Best Case Bankruptcy

In re   **Great Lakes Warranty Corporation**                                ,   Case No. _____
_____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5131744** | | | | | Warranty | | | | |
| **Benito Ramirez** **1379 North Range Avenue** **San Louis, AZ 85349** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5051791** | | | | | Warranty | | | | |
| **Benjamin A Goff** **705 Helmsdale Place** **Brentwood, Tn 37027** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5121756** | | | | | Warranty | | | | |
| **Benjamin A Rees** **3300 East 13th Street** **Joplin, MO 64801** | - | | | | | | | | |
| | | | | | | | | | 153.30 |
| Account No. **5119057** | | | | | Warranty | | | | |
| **Benjamin Abfall** **1482 St Rt 681 S** **Albany, OH 45710** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5119742** | | | | | Warranty | | | | |
| **Benjamin B Smith** **2515 Pennsylvania St** **Allentown, PA 18104** | - | | | | | | | | |
| | | | | | | | | | 132.42 |

Sheet no. **344** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                285.72
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5129137 | | | | | Warranty | | | | |
| Benjamin Barger 7717 US Highway 522 South McVeytown, PA 17051 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5121873 | | | | | Warranty | | | | |
| Benjamin Boyce RR1 Box 569A Hollidaysburg, PA 16648 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5089376 | | | | | Warranty | | | | |
| Benjamin Byrd 13 Chasewood Court Columbia, SC 29203 | - | | | | | | | | |
| | | | | | | | | | 660.00 |
| Account No. 5087856 | | | | | Warranty | | | | |
| Benjamin C Brown 1303 Clove Court Galloway, OH 43119 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5096060 | | | | | Warranty | | | | |
| Benjamin Carrillo 6420 Macon Road Memphis, TN 38134 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **345** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**660.00**

In re    **Great Lakes Warranty Corporation**                                    ,      Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5062739** | | | | | Warranty | | | | |
| **Benjamin Crawford**<br>**8262 W Eugie Ave**<br>**Peoria, AZ 85381** | - | | | | | | | | 347.50 |
| Account No. **5086518** | | | | | Warranty | | | | |
| **Benjamin D Vaughn**<br>**1745 Fieldcrest Circle**<br>**Franklin, TN 37064** | - | | | | | X | X | | 0.00 |
| Account No. **5123431** | | | | | Warranty | | | | |
| **Benjamin E Nance**<br>**3201 Aspen Grove Dr  Unit F5**<br>**Franklin, TN 37067** | - | | | | | X | X | | 0.00 |
| Account No. **5131223** | | | | | Warranty | | | | |
| **Benjamin Fisher**<br>**457 Gault Road**<br>**Narvon, PA 17555** | - | | | | | X | X | | 0.00 |
| Account No. **5131318** | | | | | Warranty | | | | |
| **Benjamin Frederick**<br>**3542 Coffeetown Road**<br>**Allentown, PA 18104** | - | | | | | X | X | | 0.00 |

Sheet no.**346__** of **4906__** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

347.50

In re __Great Lakes Warranty Corporation_____,     Case No. _____

                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5129629 | | | Warranty | | | | |
| Benjamin G Hardy 124 Bridleridge Rd Lexington, SC 29073 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5121654 | | | Warranty | | | | |
| Benjamin H Davis Jr 3471 Messersmith Rd York, PA 17408 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5110391 | | | Warranty | | | | |
| Benjamin Havek 5840 Everett East Road Hubbard, OH 44425 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5121919 | | | Warranty | | | | |
| Benjamin Heinzer 91 Pequest Rd Andover, NJ 07821 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5111106 | | | Warranty | | | | |
| Benjamin Hickok 103 Stokeswood Place Nashville, TN 37215 | - | | | | | | |
| | | | | | | | 657.42 |

Sheet no. __347___ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          657.42

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5123008 | | | Warranty | | | | |
| Benjamin Husband IV 784 Gallatin Ave Apt C Uniontown, PA 15401 | - | | | X | X | | 0.00 |
| Account No. 5064174 | | | Warranty | | | | |
| Benjamin Irvin IV 913 Corlis Dr Charleston, SC 29414 | - | | | X | X | | 0.00 |
| Account No. 5114188 | | | Warranty | | | | |
| Benjamin J Bovard 622 Polk Avenue Akron, OH 44314 | - | | | X | X | | 0.00 |
| Account No. 5112073 | | | Warranty | | | | |
| Benjamin J Corll 3178 Fairfield School Road Columbiana, OH 44408 | - | | | X | X | | 0.00 |
| Account No. 5093857 | | | Warranty | | | | |
| Benjamin J Finnell 1607 34th Street NW Canton, OH 44709 | - | | | X | X | | 0.00 |

Sheet no. 348 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**              ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5086549** | | | **Warranty** | | | | |
| **Benjamin J Irizarry 5596 Hillcreek Mall Philadelphia, PA 19120** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5131467** | | | **Warranty** | | | | |
| **Benjamin K Bernatowicz 2590 Hannon Rd Erie, PA 16510** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5129545** | | | **Warranty** | | | | |
| **Benjamin Krapf 9670 North St  Box 54 Wattsburg, PA 16442** | - | | | | | | |
| | | | | | | | **156.11** |
| Account No. **5095029** | | | **Warranty** | | | | |
| **Benjamin L Ashcraft 8734 Center Stake Rd Albany, OH 45710** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5100228** | | | **Warranty** | | | | |
| **Benjamin Lapp 270 Pine Road Dundee, NY 14837** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **349** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **156.11**

In re  **Great Lakes Warranty Corporation**                                            Case No. _____

                                                                    ,
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5082388** | | | | **Warranty** | | | | |
| **Benjamin Lee 908 Coffee Tree Lane Rock Hill, SC 29708** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096080** | | | | **Warranty** | | | | |
| **Benjamin Lewis 18008 Timber Lane Marysville, OH 43040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108278** | | | | **Warranty** | | | | |
| **Benjamin M Maleski 53191 Jessica Lane New Baltimore, MI 48051** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129375** | | | | **Warranty** | | | | |
| **Benjamin Ohl 207 Adams Pointe Blvd Mars, PA 16046** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126053** | | | | **Warranty** | | | | |
| **Benjamin Opie 5877 Soloway Street Pittsburgh, PA 15217** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **350** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                ,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5068541** | | | Warranty | | | | |
| **Benjamin Riegle** **4562 Hunt Road** **Cincinnati, OH 45242** | - | | | X | X | | 0.00 |
| Account No. **5092441** | | | Warranty | | | | |
| **Benjamin S Carpenter** **2627 Highway 501** **Goldonna, LA 71031** | - | | | X | X | | 0.00 |
| Account No. **5125634** | | | Warranty | | | | |
| **Benjamin Scott** **418 Green Park Lane** **Goose Creek, SC 29445** | - | | | X | X | | 0.00 |
| Account No. **5108081** | | | Warranty | | | | |
| **Benjamin Sneed** **406 Clearwater Dr** **Nashville, TN 37217** | - | | | X | X | | 0.00 |
| Account No. **5101948** | | | Warranty | | | | |
| **Benjamin T Estep** **5172 Madison Avenue  Apt B1** **Okemos, MI 48864** | - | | | X | X | | 0.00 |

Sheet no.**351**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                               0.00

In re __**Great Lakes Warranty Corporation**_____,   Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5125339<br><br>**Benjamin Tikalsky**<br>**5331 Coltman Loop**<br>**Las Vegas, NV 89110** | - | | **Warranty** | X | X | | 0.00 |
| Account No. 5102840<br><br>**Benjamin Tyson**<br>**4008 Auburn Lane**<br>**Nashville, TN 37215** | - | | **Warranty** | X | X | | 0.00 |
| Account No. 5123322<br><br>**Benjamin Wilson**<br>**10233 Highway 78**<br>**Ladson, SC 29456** | - | | **Warranty** | X | X | | 0.00 |
| Account No. 5106268<br><br>**Benjamin Wright**<br>**11660 Walker Rd**<br>**Logan, OH 43138** | - | | **Warranty** | X | X | | 0.00 |
| Account No. 5081319<br><br>**Bennet Office Tech**<br>**PO Box 978**<br>**Wilmar, MN 56201** | - | | **Warranty** | | | | 222.50 |

Sheet no.**352**__ of **4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                
(Total of this page)         **222.50**

In re **Great Lakes Warranty Corporation** _____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5066704** | | | Warranty | | | | |
| **Bennie Brown**<br>**12145 Highway 127 North**<br>**Crossville, TN 38571** | - | | | X | X | | 0.00 |
| Account No. **5095254** | | | Warranty | | | | |
| **Bennie F Brice**<br>**944 Arlington Avenue**<br>**Rock Hill, SC 29750** | - | | | X | X | | 0.00 |
| Account No. **5089410** | | | Warranty | | | | |
| **Benny L Wright**<br>**2065 Preakness Place**<br>**Marysville, OH 43040** | - | | | X | X | | 0.00 |
| Account No. **5129453** | | | Warranty | | | | |
| **Benoni Givens**<br>**516 W 47th St  Apt N6B**<br>**New York, NY 10038** | - | | | X | X | | 0.00 |
| Account No. **5100477** | | | Warranty | | | | |
| **Benton Wigton**<br>**1045 Oakley Court**<br>**Harrisburg, PA 17111** | - | | | X | X | | 0.00 |

Sheet no. **353** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5088913** | | | Warranty | | | | |
| **Beret Ziegenhorn 5816 Cherokee Drive Fairway, KS 66205** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130912** | | | Warranty | | | | |
| **Berna Stockman 279 N Westview Ave Dayton, OH 45403** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5069298** | | | Warranty | | | | |
| **Bernadett Finney 2W Cheryl Dr Phoenix, AZ 85021** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5128748** | | | Warranty | | | | |
| **Bernadette Herrera 704 Cowboy Cross Ave N Las Vegas, NV 89081** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121237** | | | Warranty | | | | |
| **Bernadette Murphy 804 Cedar Knob Nashville, TN 37221** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **354** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5077506** | | | | **Warranty** | | | | |
| **Bernadette C Edling** **777 Spruce Street  Apt #2** **Rochester, PA 15074** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103134** | | | | **Warranty** | | | | |
| **Bernadette Cocchiara** **3140 E Cherry Hills Place** **Chandler, AZ 85249** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090876** | | | | **Warranty** | | | | |
| **Bernadette L Bernaciak** **328 Neuchatel Road** **New Bern, NC 28562** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122476** | | | | **Warranty** | | | | |
| **Bernadette Swain** **5237 North Franklin St** **Philadelphia, PA 19120** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5075745** | | | | **Warranty** | | | | |
| **Bernadine H Dongiovanni** **1011 Labelle Vue Road** **Vandergrift, Pa 15690** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**355** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5132323** | | | | **Warranty** | | | | |
| **Bernadine McGary** **280 Morvale Road** **Easton, PA 18042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126430** | | | | **Warranty** | | | | |
| **Bernadine Watts** **5927 Gulf Island Ave** **Las Vegas, NV 89156** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129657** | | | | **Warranty** | | | | |
| **Bernando Soto Perez** **127 West 2nd Street** **Alburtis, PA 18011** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098426** | | | | **Warranty** | | | | |
| **Bernard A Young** **144 Collins Drive** **Pittsburgh, PA 15235** | - | | | | | | | |
| | | | | | | | | 438.94 |
| Account No. **5123763** | | | | **Warranty** | | | | |
| **Bernard Barakat** **3627 Monroe St** **Columbia, SC 29205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__**356**__ of __**4906**__ sheets attached to Schedule of          Subtotal                438.94
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

In re **Great Lakes Warranty Corporation** ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5112968 | | | | Warranty | | | | |
| Bernard C Ihrig 1150 Stirlingshire Drive Hendersonville, TN 37075 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5091359 | | | | Warranty | | | | |
| Bernard C Puetz 4305 Lake Washington Boulevard NE #2201 Kirkland, WA 98033 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5074995 | | | | Warranty | | | | |
| Bernard H Niehaus 2904 Southwood drive Westlake, OH 44145 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5085442 | | | | Warranty | | | | |
| Bernard H Shaw Jr 1600 Shield Road Fallston, MD 21047 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5095784 | | | | Warranty | | | | |
| Bernard Hunt 2395 McGinty Road NW North Clinton, OH 44720 | - | | | | | | | |
| | | | | | | | | 218.70 |

Sheet no. **357** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          218.70

In re  **Great Lakes Warranty Corporation**                                      ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5077081** | | | - | Warranty | | | | |
| **Bernard Leiner** **249 B Doremus Dr** **Monroe Township, NJ 08831** | | | | | | | | 2,079.50 |
| Account No. **5107577** | | | - | Warranty | X | X | | |
| **Bernard Lewis** **4 G Williamsburg East** **Greensburg, PA 15601** | | | | | | | | 0.00 |
| Account No. **5073431** | | | - | Warranty | X | X | | |
| **Bernard Maletsky** **2723 Freemansburg Avenue** **Easton, PA 18042** | | | | | | | | 0.00 |
| Account No. **5110031** | | | - | Warranty | X | X | | |
| **Bernard Mayfield** **7494 Britt Way** **Memphis, TN 38125** | | | | | | | | 0.00 |
| Account No. **5127325** | | | - | Warranty | | | | |
| **Bernard Murphy Sr.** **7 Little Knoll Court** **Medford, NJ 08055** | | | | | | | | 590.00 |

Sheet no. **358** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,669.50

In re  **Great Lakes Warranty Corporation**                                                      Case No. _____

                                                              ,
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132461** | | | Warranty | | | | |
| **Bernard Musti** **509 Blue Eagle Avenue** **Harrisburg, PA 17112** | - | | | X | X | | 0.00 |
| Account No. **5082512** | | | Warranty | | | | |
| **Bernard P Hamborsky** **PO Box 4  246 Republic St** **Lemont Furnace, PA 15456** | - | | | X | X | | 0.00 |
| Account No. **5126260** | | | Warranty | | | | |
| **Bernard Pytko Jr.** **401 Pottsville Street** **Minersville, PA 17954** | - | | | X | X | | 0.00 |
| Account No. **5129888** | | | Warranty | | | | |
| **Bernard Solomon** **1804 North Mapleview Dr** **Columbia, MO 65202** | - | | | | | | 145.50 |
| Account No. **5107760** | | | Warranty | | | | |
| **Bernard W Daugherty** **563 E Francis Avenue** **Connellsville, PA 15425** | - | | | X | X | | 0.00 |

Sheet no.**359** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **145.50**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126180** | | | | **Warranty** | | | | |
| **Bernardine Peters 154 Lynx Drive Hanover, PA 17331** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129050** | | | | **Warranty** | | | | |
| **Bernardino DeJesus Vazquez 2532 8th St Milwaukee, WI 53215** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122771** | | | | **Warranty** | | | | |
| **Bernardo B Beluso 2408 Starrock Dr Henderson, NV 89044** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095551** | | | | **Warranty** | | | | |
| **Bernarr V Tucker 1310 Dickens Street Pittsburgh, PA 15220** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122208** | | | | **Warranty** | | | | |
| **Bernhard D Deeg 5783 Amanda North Carroll, OH 43112** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**360__** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

In re   **Great Lakes Warranty Corporation**                       ,     Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121611** | | | Warranty | | | | |
| **Berni J Andrefski** **244 East Market St** **Orwigsburg, PA 17961** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5130744** | | | Warranty | | | | |
| **Bernice Henderson** **429 Andrico Road** **New Alexandria, PA 15670** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5112208** | | | Warranty | | | | |
| **Bernice L Foreman** **11251 Peach Ridge Road** **Athens, OH 45701** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5117716** | | | Warranty | | | | |
| **Bernice Logan** **2475 Snyder Road** **Dayton, OH 45426** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5103860** | | | Warranty | | | | |
| **Bertha D Wynkoop** **2111 Yosemite Road** **Grand Junction, CO 81507** | - | | | | | | |
| | | | | | | | **581.89** |

Sheet no. **361**  of **4906**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal        | **581.89**
(Total of this page)

In re   **Great Lakes Warranty Corporation**                                        ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5080404** | | | | **Warranty** | | | | |
| **Bertisha D Scott** **765 Taylor Drive** **Folcroft, PA 19032** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116385** | | | | **Warranty** | | | | |
| **Bertrand Verlhac** **1125 Maxwell Lane   Apt 805** **Hoboken, NJ 07030** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121713** | | | | **Warranty** | | | | |
| **Bess M Vargo** **1011 County Rd 3** **Rayland, OH 43943** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5088088** | | | | **Warranty** | | | | |
| **Bessie F Heatherly** **340 Countryside Circle** **Jacksboro, TN 37757** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5065089** | | | | **Warranty** | | | | |
| **Bessie Foster** **133 Gibson Street** **Spartanburg, SC 29306** | - | | | | | | | |
| | | | | | | | | **585.00** |

Sheet no.**362**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**585.00**

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102828** | | | | Warranty | | | | |
| **Bessie L Smith**<br>**4560 Dayton Liberty Road**<br>**Dayton, OH 45418** | | - | | | | | | |
| | | | | | | | | **146.49** |
| Account No. **5077541** | | | | Warranty | | | | |
| **Bessie Mann**<br>**1224 Harmony Court NE**<br>**Canton, OH 44705** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129004** | | | | Warranty | | | | |
| **Beth  Lattig**<br>**157 Hunter Ridge Dr**<br>**Harrisburg, PA 17110** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106677** | | | | Warranty | | | | |
| **Beth  Reed**<br>**143 Schuykill Mountain**<br>**Schuykill Havren, PA 17972** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102048** | | | | Warranty | | | | |
| **Beth A Jeide**<br>**4401 W Roundup Road**<br>**Bismarck, ND 58503** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**363** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          **146.49**

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5117273 | | | Warranty | | | | |
| Beth A Jones 901 Meegan Avenue New Castle, PA 16101 | - | | | | | | 272.38 |
| Account No. 5108439 | | | Warranty | | | | |
| Beth A Kane 1410 Pacific Ace  Apt B105 Natrona Heights, PA 15065 | - | | | X | X | | 0.00 |
| Account No. 5100153 | | | Warranty | | | | |
| Beth A Kerper 1161 Oaklyn Drive Narvon, PA 17555 | - | | | X | X | | 0.00 |
| Account No. 5129292 | | | Warranty | | | | |
| Beth A Ramage 405 W Church Ave Masontown, PA 15461 | - | | | X | X | | 0.00 |
| Account No. 5124938 | | | Warranty | | | | |
| Beth Boyd 3000 Rusty Avenue SW Canton, OH 44706 | - | | | | | | 849.83 |

Sheet no. **364** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,122.21

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5111477 | | | | Warranty | | | | |
| Beth Buckholtz 2820 Lincoln Way White Oak, PA 15131 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087158 | | | | Warranty | | | | |
| Beth C Hylton 814 Lennox Newlyn Road Jefferson, OH 44047 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130221 | | | | Warranty | | | | |
| Beth Cunnard 1131 5th Avenue New Brighton, PA 15066 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5064645 | | | | Warranty | | | | |
| Beth Darst 612 Linden Avenue Piqua, OH 45356 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107702 | | | | Warranty | | | | |
| Beth Ellen Bubb 7365 Deer Creek Road Morrisdale, PA 16858 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **365** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re **Great Lakes Warranty Corporation**                              , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5106729** | | | Warranty | | | | |
| **Beth Harris 4160 Highway 96 Burns, TN 37029** | - | | | X | X | | 0.00 |
| Account No. **5087349** | | | Warranty | | | | |
| **Beth Hickman 140 E Rio Salado Pkwy #511 Tempe, AZ 85281** | - | | | | | | 1,934.58 |
| Account No. **5112548** | | | Warranty | | | | |
| **Beth M Coode 4101 Utah Avenue Nashville, TN 37209** | - | | | X | X | | 0.00 |
| Account No. **5097253** | | | Warranty | | | | |
| **Beth Mancke 931 Mill Creek Road Wycombe, PA 18980** | - | | | X | X | | 0.00 |
| Account No. **5063149** | | | Warranty | | | | |
| **Beth Martin Sandvig 5513 Avondale Place Pittsburgh, PA 15203** | - | | | X | X | | 0.00 |

Sheet no. **366** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,934.58

In re **Great Lakes Warranty Corporation**        Case No. _____

                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102590** | | | | **Warranty** | | | | |
| **Beth Morgan** **6140 Pine Knoll Drive** **Harrisburg, PA 17111** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128603** | | | | **Warranty** | | | | |
| **Beth Paige** **29 McCoy Lane** **Carlisle, PA 17015** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108563** | | | | **Warranty** | | | | |
| **Beth R Reinhart** **1711 Beaver Valley Park** **Strasburg, PA 17579** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118207** | | | | **Warranty** | | | | |
| **Beth Schaub** **3000 Ssweetbriar Dr  Apt 204** **Irwin, PA 01502** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104767** | | | | **Warranty** | | | | |
| **Beth Woodard** **1028 Emerald Way** **Castalian Springs, TN 37031** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**367** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
      (Total of this page)                  **0.00**

In re   **Great Lakes Warranty Corporation**                                     ,   Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106799** | | | | **Warranty** | | | | |
| **Beth Zerger** **2123 34th Street NW** **Canton, OH 44709** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121041** | | | | **Warranty** | | | | |
| **Bethany E Kelley** **1504 Orange Lane** **Lebanon, PA 17046** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086653** | | | | **Warranty** | | | | |
| **Bethany I Neitzelt** **613 Dunkle Road** **Circleville, OH 43113** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126692** | | | | **Warranty** | | | | |
| **Bethany Jarrett** **3214 Wrights Ferry Road** **Louisville, TN 37777** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131023** | | | | **Warranty** | | | | |
| **Bethany Patterson** **11921 RT 28** **Brockway, PA 15824** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **368** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           **0.00**

In re **Great Lakes Warranty Corporation**       Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127973** <br><br> **Bethany Sampson** <br> **817 Hoffman Terrace** <br> **Easton, PA 18042** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5075346** <br><br> **Bethany Scudder** <br> **1125 Dexter Avenue** <br> **Kettering, OH 45419** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5131028** <br><br> **Bethany Signor** <br> **718 Savannah Ave** <br> **Pittsburgh, PA 15221** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5119960** <br><br> **Betheny  Bay** <br> **55361 Barr Hollow Rd** <br> **Reedsville, OH 45772** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5125521** <br><br> **Betsy Bowman** <br> **5415 St Jacob Logtoen Road** <br> **Leetonia, OH 44431** | - | | | **Warranty** | X | X | | 0.00 |

Sheet no. **369** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal <br> (Total of this page)      0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5099459** | | | Warranty | | | | |
| **Betsy J Mooney**<br>**933 Holly Lynne Drive**<br>**Pittsburgh, PA 15236** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5101677** | | | Warranty | | | | |
| **Betsy L DeShano**<br>**120 Williamsburg Place**<br>**Franklin, TN 37064** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5089678** | | | Warranty | | | | |
| **Betsy W Waldron**<br>**1175 Waldron Road**<br>**Lavergne, TN 37086** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5124850** | | | Warranty | | | | |
| **Bettie Bienvenu**<br>**219 10th Ave**<br>**Franklinton, LA 70438** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5069018** | | | Warranty | | | | |
| **Bettie Stover**<br>**1285 Airport Road**<br>**Sumter, SC 29153** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**370** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal _____
(Total of this page)           **0.00**

In re __Great Lakes Warranty Corporation__ , Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119674 | | | | Warranty | | | | |
| Betty Alexander 2024 S Baldwin no 87 Mesa, AZ 85209 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105068 | | | | Warranty | | | | |
| Betty Beighey 5931 Victor Circle Aliquippa, PA 15001 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107717 | | | | Warranty | | | | |
| Betty Evans 7709 Wigwam Rock Road PO Box 498 Tannersville, PA 18372 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109143 | | | | Warranty | | | | |
| Betty Jones 598 Blandon Street Fleetwood, PA 19522 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086371 | | | | Warranty | | | | |
| Betty Osborne 7703 Mottice Drive SE Waynesburg, OH 44688 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __371__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5080074** | | | | | Warranty | | | | |
| **Betty Stone** **661 James Avenue** **Nashville, Tn 37209** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5103726** | | | | | Warranty | | | | |
| **Betty Vann** **4505 Buttewoods Lane** **Birmingham, AL 35242** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5114434** | | | | | Warranty | | | | |
| **Betty A Rice** **2060 Webster Avenue Apt 203** **Pittsburgh, PA 15219** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5129951** | | | | | Warranty | | | | |
| **Betty Ahwazi** **4015 Lynn Crest Drive NE** **Cleveland, TN 37323** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5128547** | | | | | Warranty | | | | |
| **Betty Ann Graham** **1780 Poplar Springs Road** **Wareshoals, SC 29692** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**372__** of **4906__** sheets attached to Schedule of                    Subtotal                           0.00
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

In re **Great Lakes Warranty Corporation**                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132442** | | | Warranty | | | | |
| **Betty Beresford**<br>**229 Delaware Avenue**<br>**North Versailles, PA 15137** | | - | | X | X | | 0.00 |
| Account No. **5064766** | | | Warranty | | | | |
| **Betty Boner**<br>**441 Belle Pointe Dr**<br>**Nashville, TN 37221** | | - | | X | X | | 0.00 |
| Account No. **5124014** | | | Warranty | | | | |
| **Betty Conrad**<br>**2536 Turnage Valley Drive**<br>**Memphis, TN 38133** | | - | | X | X | | 0.00 |
| Account No. **5068574** | | | Warranty | | | | |
| **Betty Ellis**<br>**751 Deford Lot 115**<br>**Celina, OH 45822** | | - | | X | X | | 0.00 |
| Account No. **5080809** | | | Warranty | | | | |
| **Betty Emmert**<br>**42127 State Farm Road**<br>**Albany, OH 45710** | | - | | X | X | | 0.00 |

Sheet no.**373** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5087348** | | | Warranty | | | | |
| **Betty G Willis** **4215 Harding Road** **Nashville, TN 37205** | - | | | X | X | | **0.00** |
| Account No. **5121567** | | | Warranty | | | | |
| **Betty J Clay** **579 Strausser Rd** **Hamburg, PA 19526** | - | | | X | X | | **0.00** |
| Account No. **5096971** | | | Warranty | | | | |
| **Betty J Etling** **522 Ferguson Rd** **Dunbar, PA 15431** | - | | | X | X | | **173.50** |
| Account No. **5110994** | | | Warranty | | | | |
| **Betty J Simmons** **537 Touvelle  #22** **Celina, OH 45822** | - | | | X | X | | **0.00** |
| Account No. **5129673** | | | Warranty | | | | |
| **Betty J Williamson** **1152 River Dr** **Mansfield, OH 44906** | - | | | X | X | | **0.00** |

Sheet no.**374**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **173.50**

In re **Great Lakes Warranty Corporation**           Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5105242** | | | Warranty | | | | | |
| **Betty Jean Ferguson** **448 Hunters Crossing Drive** **Hopkins, SC 29061** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126250** | | | Warranty | | | | | |
| **Betty Jean Nguyen** **314 Macedon Drive** **Lexington, SC 29073** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106694** | | | Warranty | | | | | |
| **Betty Jo Iovanna** **108 Exeter St** **REading, PA 19601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121679** | | | Warranty | | | | | |
| **Betty L Spaun** **26685 Apple Grove Dorcus Rd** **Racine, OH 45771** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5077778** | | | Warranty | | | | | |
| **Betty L Werling** **6805 State Route 118** **Celina, OH 45822** | - | | | | | | | |
| | | | | | | | | 274.08 |

Sheet no. **375** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                            Subtotal
                          (Total of this page)      274.08

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5105090** | | | | **Warranty** | | | | |
| **Betty Lehman 70 Pleasant View Drive Mechanicsburg, PA 17050** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116005** | | | | **Warranty** | | | | |
| **Betty M Zedek 1111 Jefferson Street  Apt 803 Latrobe, PA 15650** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5049398** | | | | **Warranty** | | | | |
| **Betty Maloney 17 Conroy Way Tarentum, PA 15084** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091744** | | | | **Warranty** | | | | |
| **Betty McCloy Route 1 Box 72 A Pennsboro, WV 26415** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5058771** | | | | **Warranty** | | | | |
| **Betty Moore 1986 Buchtel Twinsburg, OH 44087** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **376** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5063901** | | | | **Warranty** | | | | |
| **Betty Nelson** **3690 South 8th Avenue** **Yuma, AZ 85365** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086941** | | | | **Warranty** | | | | |
| **Betty Ostrom** **1350 Fairmount Ave S** **Salem, OR 97302** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093862** | | | | **Warranty** | | | | |
| **Betty R Randazzo** **1153 Concord SW** **Canton, Oh 44710** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098622** | | | | **Warranty** | | | | |
| **Betty R Risner** **13401 N 109th Avenue** **Sun City, AZ 85351** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108991** | | | | **Warranty** | | | | |
| **Betty S Hunter** **130 Yosemite Drive** **Pittsburgh, PA 16236** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**377** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                           Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5053122** | | | Warranty | | | | |
| **Betty S Smith**<br>**6961 Barrington Ct**<br>**New Orleans, LA 70128** | | - | | | | | **727.70** |
| Account No. **5117446** | | | Warranty | | | | |
| **Betty T Kinard**<br>**2414 Rosalyn Dr**<br>**Newberry, SC 29108** | | - | | X | X | | **0.00** |
| Account No. **5119132** | | | Warranty | | | | |
| **Bettye L Billings**<br>**115 Blu Heron Pointe**<br>**Counce, TN 38326** | | - | | X | X | | **0.00** |
| Account No. **5130266** | | | Warranty | | | | |
| **Beulah M Dukes**<br>**300 Rossmoyne Ave**<br>**N Las Vegas, NV 89030** | | - | | X | X | | **0.00** |
| Account No. **5093874** | | | Warranty | | | | |
| **Beverlie Retz**<br>**4805N Rangeline Road**<br>**Covington, OH 45318** | | - | | X | X | | **0.00** |

Sheet no. **378** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **727.70**

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5123514** | | | | **Warranty** | | | | |
| **Beverly A Barker** **2895 Addison Dr** **Grove City, OH 43123** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106400** | | | | **Warranty** | | | | |
| **Beverly A Eager** **9 Hilltop Road** **Lititz, PA 17543** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5080013** | | | | **Warranty** | | | | |
| **Beverly A Hazlett** **505 Park View Drive** **Columbiana, OH 44408** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086157** | | | | **Warranty** | | | | |
| **Beverly A Midkiff** **17185 Zion Road** **Shade, OH 45776** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115142** | | | | **Warranty** | | | | |
| **Beverly Adams** **328 Coventry Drive** **Lexington, SC 29072** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**379** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re    **Great Lakes Warranty Corporation**                  ,     Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5119127** <br><br> **Beverly Brooks** <br> **4438 Donna Dr** <br> **Richmond Hts, OH 44143** | - | | **Warranty** | | | | **220.49** |
| Account No. **5068969** <br><br> **Beverly Brooks** <br> **931 Weskit Dr** <br> **Reynoldsburg, OH 43068** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5119127** <br><br> **Beverly Brooks** <br> **4438 Donna Dr** <br> **Richmond Hts, OH 44143** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5090960** <br><br> **Beverly C Miller** <br> **2300 County Line Road  Apt 102** <br> **Beavercreek, OH 45430** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5072691** <br><br> **Beverly Cabrera** <br> **3240 West Pleasant Lane** <br> **Phoenix, AZ 85041** | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **380** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **220.49**

In re **Great Lakes Warranty Corporation**                              Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5085064** | | | | | Warranty | | | | |
| **Beverly E Moodey** **365 E Alvarado Road** **Phoenix, AZ 85002** | - | | | | | X | X | | 0.00 |
| Account No. **5124473** | | | | | Warranty | | | | |
| **Beverly Fenton** **64 Pin Oak Drive** **Boiling Springs, PA 17007** | - | | | | | X | X | | 0.00 |
| Account No. **5125211** | | | | | Warranty | | | | |
| **Beverly Fetrovay** **104 Michael Drive** **Trafford, PA 15085** | - | | | | | | | | 180.60 |
| Account No. **5090575** | | | | | Warranty | | | | |
| **Beverly Heller** **1174 Hammon Avenue** **Ephrata, PA 17522** | - | | | | | X | X | | 0.00 |
| Account No. **5116592** | | | | | Warranty | | | | |
| **Beverly J Gamez** **531 Oak Street** **Leesport, PA 19533** | - | | | | | X | X | | 0.00 |

Sheet no. **381** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    180.60

In re   **Great Lakes Warranty Corporation**            ,      Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5104014** | | | | | **Warranty** | | | | |
| **Beverly J Keel** **4487 Post Place #114** **Nashville, TN 37205** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5102813** | | | | | **Warranty** | | | | |
| **Beverly J Kulick** **1350 Kenneth Avenue** **New Kensington, PA 15068** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5084197** | | | | | **Warranty** | | | | |
| **Beverly J Van Kooten** **2135 Vista Drive** **Bethlehem, PA 18018** | - | | | | | | | | |
| | | | | | | | | | **652.52** |
| Account No. **5121917** | | | | | **Warranty** | | | | |
| **Beverly Jasper** **446 Ravenscroft Rd** **W Columbia, SC 29172** | - | | | | | | | | |
| | | | | | | | | | **1,600.00** |
| Account No. **5093664** | | | | | **Warranty** | | | | |
| **Beverly Jefferson Outlaw** **313 Wimbeldon Court** **North Brunswick, NJ 08902** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **382** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,252.52**

In re   **Great Lakes Warranty Corporation**        ,     Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5070822** | | | Warranty | | | | |
| **Beverly Lacy** **18076 W. 163rd Terrace** **Olathe, KS 66062** | - | | | X | X | | 0.00 |
| Account No. **5132318** | | | Warranty | | | | |
| **Beverly Lambert** **420 West Pennsylvania Avenue #202** **Pen Argyl, PA 18072** | - | | | X | X | | 0.00 |
| Account No. **5110629** | | | Warranty | | | | |
| **Beverly Macy** **259 Alton Avenue** **Dayton, OH 45404** | - | | | X | X | | 0.00 |
| Account No. **5058587** | | | Warranty | | | | |
| **Beverly Martin** **2236 N. Aragon** **Dayton, OH 45420** | - | | | | | | 1,200.00 |
| Account No. **5068142** | | | Warranty | | | | |
| **Beverly McCall** **1359 North Kenwood Lane** **Chandler, AZ 85226** | - | | | X | X | | 0.00 |

Sheet no. **383** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **1,200.00**

In re  **Great Lakes Warranty Corporation**                                                     ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5107242** | | | | Warranty | | | | |
| **Beverly Neibling** **511 E Walnut Street** **Lancaster, OH 43130** | - | | | | X | X | | 0.00 |
| Account No. **5119454** | | | | Warranty | | | | |
| **Beverly OConnell** **80 Chilton Rd** **Langhorne, PA 19047** | - | | | | X | X | | 0.00 |
| Account No. **5113854** | | | | Warranty | | | | |
| **Beverly Peeples** **1246 Sleepy holow Rd** **Powder Spring, GA 30127** | - | | | | | | | 142.59 |
| Account No. **5106106** | | | | Warranty | | | | |
| **Beverly R Coit** **207 Philmont Drive** **Columbia, SC 29223** | - | | | | X | X | | 0.00 |
| Account No. **5112266** | | | | Warranty | | | | |
| **Beverly Shortland** **2962 Battlesburg Road SE** **East Sparta, OH 44626** | - | | | | X | X | | 0.00 |

Sheet no. **384** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

142.59

In re **Great Lakes Warranty Corporation** ,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130141** | | | Warranty | | | | |
| **Beverly Shortland** **12450 Kaywood Street NW** **Massillon, OH 44647** | - | | | X | X | | 0.00 |
| Account No. **5097461** | | | Warranty | | | | |
| **Beverly Vanwormer** **380 Wayne St** **Mansfield, OH 44902** | - | | | X | X | | 0.00 |
| Account No. **5109013** | | | Warranty | | | | |
| **Bhaunaben Ingle** **35 North Savanna Drive** **Pottstown, PA 19465** | - | | | X | X | | 0.00 |
| Account No. **5092267** | | | Warranty | | | | |
| **Bhupendra Shah** **606 Highway 31 South** **Athens, AL 35611** | - | | | X | X | | 0.00 |
| Account No. **5074570** | | | Warranty | | | | |
| **Biana Nesterovskaya** **10841 Rennard Street** **Philadelphia, PA 19116** | - | | | | | | 1,190.00 |

Sheet no. **385** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,190.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5104027 | | | | Warranty | | | | |
| Bianca C Rodriguez 929 N 10th St Reading, PA 19604 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103372 | | | | Warranty | | | | |
| Bianca C Rodriguez 1114 Tuckerton Road Reading, PA 19605 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119758 | | | | Warranty | | | | |
| Bianca Carroll 1420 Deberry Dtr Manning, SC 29102 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121607 | | | | Warranty | | | | |
| Bianca N Mauldin 550 Willow St  Apt A Highspire, PA 17034 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5085611 | | | | Warranty | | | | |
| Bianca Williams 75 Pierce St Newark, NJ 07103 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **386** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **5120066** | | | | | Warranty | | | | |
| **Bienvenida Santana Candelario** **915 Patton ST** **Reading, PA 19611** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131554** | | | | | Warranty | | | | |
| **Biff Bartron** **8 Beryl Street** **Wilmington, DE 19803** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131831** | | | | | Warranty | | | | |
| **Bilal Akram** **3044 Monteceller Road** **Cleveland, OH 44118** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5109644** | | | | | Warranty | | | | |
| **Bill  Capone** **116 Concord Street** **Indiana, PA 15701** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5099582** | | | | | Warranty | | | | |
| **Bill  Von Ohlen** **13608 Saddlecreek Drive** **Louisville, KY 40245** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**387** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104270** | | | | **Warranty** | | | | |
| **Bill A Gillis** **111 S Main Street** **Union, OH 45322** | - | | | | X | X | | 0.00 |
| Account No. **5090718** | | | | **Warranty** | | | | |
| **Bill Button** **1256 Colfax Court** **Mt Pleasant, SC 29464** | - | | | | X | X | | 0.00 |
| Account No. **5113202** | | | | **Warranty** | | | | |
| **Bill Dardio** **17686 Wapak Cridenville** **Wapak, OH 45895** | - | | | | X | X | | 0.00 |
| Account No. **5094192** | | | | **Warranty** | | | | |
| **Bill Gamble** **9101 N Invergordon** **Paradise Valley, AZ 85253** | - | | | | X | X | | 0.00 |
| Account No. **5103839** | | | | **Warranty** | | | | |
| **Bill Henderson** **15912 Beaver Pike** **Jackson, OH 45640** | - | | | | | | | 1,062.39 |

Sheet no.**388** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      1,062.39

In re **Great Lakes Warranty Corporation** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127651** | | | | Warranty | | | | |
| **Bill Hershey 1118 Furnace St Hellertown, PA 18055** | - | | | | X | X | | 0.00 |
| Account No. **5103794** | | | | Warranty | | | | |
| **Bill Hunt 2932 E Poinsettia Drive Phoenix, AZ 85028** | - | | | | | | | 460.78 |
| Account No. **5097318** | | | | Warranty | | | | |
| **Bill Lindberg 6393 Penn Avenue Pittsburgh, PA 15206** | - | | | | X | X | | 0.00 |
| Account No. **5109414** | | | | Warranty | | | | |
| **Bill Manifesto 139 Willow Ridge Road Sewickley, PA 15143** | - | | | | X | X | | 0.00 |
| Account No. **5129102** | | | | Warranty | | | | |
| **Bill Messenger 106 Silvermaple Drive Delaware, OH 43015** | - | | | | | | | 444.35 |

Sheet no. **389** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          905.13

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5120251** | | | | **Warranty** | | | | |
| **Bill Obrensky 3609 Knollwood Dr Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106753** | | | | **Warranty** | | | | |
| **Bill P Wright Jr 6344 Shetland Avenue #2 Pittsburgh, PA 15206** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5078084** | | | | **Warranty** | | | | |
| **Bill Perry 511 Clay Street Rockford, OH 45882** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5072355** | | | | **Warranty** | | | | |
| **Bill Platt 233 Patrick Henry Circle Kingsport, TN 37663** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122516** | | | | **Warranty** | | | | |
| **Bill Rankinen 4800 County Road FO Champion, MI 49814** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **390** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**          ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5111921** | | | | **Warranty** | | | | |
| **Bill Reynolds P.O. Box 1115 Crystal Beach, TX 77650** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100091** | | | | **Warranty** | | | | |
| **Bill Ward P.O. Box 3422 Telluride, CO 81435** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101220** | | | | **Warranty** | | | | |
| **Billhorn Board and Paper LLC 66 Parkway Commons Way Greer, SC 29650** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084622** | | | | **Warranty** | | | | |
| **Billie J Dunkinson 10 Jade Lane Levittown, PA 19055** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103351** | | | | **Warranty** | | | | |
| **Billie J Kilby 751 Wildwood Drive Rockhill, SC 29710** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**391** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5117770** | | | **Warranty** | | | | |
| **Billie J Wilson** **402 Indiana Street  Apt F** **Zanesville, OH 45101** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5124333** | | | **Warranty** | | | | |
| **Billie Jo Thomas** **105 Annalise Dr** **Clarkesville, TN 37043** | - | | | | | | |
| | | | | | | | **2,679.18** |
| Account No. **5113804** | | | **Warranty** | | | | |
| **Billie M Fameli** **319 Richfield Street** **Pittsburgh, PA 15234** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5132372** | | | **Warranty** | | | | |
| **Billie Rinehold** **1201 East Marks Street Apt 203** **Allentown, OA 18109** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5084478** | | | **Warranty** | | | | |
| **Billie S Hill** **126 Abigail Lane** **Anderson, SC 29621** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **392** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **2,679.18**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5060983** | | | | | Warranty | | | | |
| **Billy Ballard** **829 Woodburn Dr** **Brentwood, tN 37027** | - | | | | | | | | 363.57 |
| Account No. **5128111** | | | | | Warranty | | | | |
| **Billy Brewster** **25 Jordan Drive #9** **Whitehall, PA 18052** | - | | | | | X | X | | 0.00 |
| Account No. **5109049** | | | | | Warranty | | | | |
| **Billy D Spray** **3146 Jenkins Drive** **Murfreesboro, TN 37128** | - | | | | | X | X | | 0.00 |
| Account No. **5127294** | | | | | Warranty | | | | |
| **Billy G Stallings Jr** **126 Pilot Knob Ln** **Hendersonville, TN 37075** | - | | | | | | | | 440.66 |
| Account No. **5086357** | | | | | Warranty | | | | |
| **Billy G Willard** **1616 Courtfield Lane** **Collierville, TN 38017** | - | | | | | X | X | | 0.00 |

Sheet no. **393** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  804.23

In re  **Great Lakes Warranty Corporation**
,
_____
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5119272** | | | | **Warranty** | | | | |
| **Billy Hixson** **704 Saratoga** **Robinson, TX 76706** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128475** | | | | **Warranty** | | | | |
| **Billy Jack Parton** **11905 Jones Valley Rd** **Soddy Daisy, TN 37379** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5042626** | | | | **Warranty** | | | | |
| **Billy McBride** **7640 Stonehaven Dr** **N. Charleston, SC 29420** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107865** | | | | **Warranty** | | | | |
| **Billy Perkins** **153 Glenn Circle** **Powell, TN 37849** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091623** | | | | **Warranty** | | | | |
| **Billy W Ruff** **100 Ruff Drive** **Fulton, MS 38843** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **394** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** ,          Case No. _____

_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5094051** | | | | Warranty | | | | |
| **Binh Thanh Nguyen** **327 Edgewater Dr** **Anderson, SC 29626** | - | | | | X | X | | 0.00 |
| Account No. **5099199** | | | | Warranty | | | | |
| **Bipin C Paul** **5830 Garth Circle NW** **Canton, OH 44718** | - | | | | X | X | | 0.00 |
| Account No. **5088123** | | | | Warranty | | | | |
| **Birdie Baker** **16055 Jones Hughes road** **Venedocia, OH 45894** | - | | | | X | X | | 0.00 |
| Account No. **5085751** | | | | Warranty | | | | |
| **Blaine C Grove** **38 Appalachian Trail Road** **Gardners, PA 17324** | - | | | | X | X | | 0.00 |
| Account No. **5105869** | | | | Warranty | | | | |
| **Blaine F Heaven** **314 Forest Ave** **North Lima, OH 44452** | - | | | | X | X | | 0.00 |

Sheet no. **395** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5121991** | | | | Warranty | | | | |
| **Blair H Hilty**<br>**295 Greenvalley Dr**<br>**Indiana, PA 15701** | - | | | | X | X | | 0.00 |
| Account No. **5107960** | | | | Warranty | | | | |
| **Blake A Corley**<br>**84 Boston Street**<br>**Morgantown, WV 26508** | - | | | | X | X | | 0.00 |
| Account No. **5103995** | | | | Warranty | | | | |
| **Blake E Harrington**<br>**120 Tilden Avenue**<br>**Chardon, OH 44024** | - | | | | X | X | | 0.00 |
| Account No. **5069876** | | | | Warranty | | | | |
| **Blake Fisher**<br>**133 N High St**<br>**Covington, OH 45318** | - | | | | X | X | | 0.00 |
| Account No. **5119625** | | | | Warranty | | | | |
| **Blake L Thomas**<br>**2535 Fairway Dr**<br>**York, PA 17402** | - | | | | X | X | | 0.00 |

Sheet no.**396** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re **Great Lakes Warranty Corporation**                    , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101536** | | | **Warranty** | | | | |
| **Blake R Monroe**<br>**2116 Erin Lane**<br>**Nashville, TN 37221** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5122733** | | | **Warranty** | | | | |
| **Blake S Schneider**<br>**5239 Portland St  No 102**<br>**Columbus, OH 43235** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5100655** | | | **Warranty** | | | | |
| **Blake Standridge**<br>**115 Farrah Court**<br>**Cleveland, TN 37323** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5124985** | | | **Warranty** | | | | |
| **Blanche W Rumbel**<br>**202 Pettersonville Rd**<br>**Ringtown, PA 07967** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5111635** | | | **Warranty** | | | | |
| **Blandin Kallu**<br>**9455W Melinda Lane**<br>**Peoria, AZ 85382** | - | | | | | | |
| | | | | | | | **180.87** |

Sheet no. **397** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    **180.87**

In re **Great Lakes Warranty Corporation**                    Case No. _____
_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5131309 | | | Warranty | | | | |
| Blaney Firestone Howard 201 Church Drive Irwin, PA 15642 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5125341 | | | Warranty | | | | |
| Blanka Zarate 5174 Paradise Skies Ave Las Vegas, NV 89156 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5056449 | | | Warranty | | | | |
| Blankets 26 Blanchard Newark, NJ 07105 | - | | | | | | |
| | | | | | | | 512.67 |
| Account No. 5098189 | | | Warranty | | | | |
| Blaz Pougt 16825 Fourteenth Street Phoenix, AZ 85022 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5066560 | | | Warranty | | | | |
| Blendi Sullaj 23116 Edsel Ford Ct Saint Clair Shores, MI 48080 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **398** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    512.67

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5128572** | | | | **Warranty** | | | | |
| **Blythe Johnson** **5033 Running Rapids Avenue** **Las Vegas, NV 89130** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090552** | | | | **Warranty** | | | | |
| **Bo Cochran** **100 Populas Drvie** **Harvest, AL 35749** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127437** | | | | **Warranty** | | | | |
| **Bo Zhang** **5566 Malibu Dr  No A** **Columbus, OH 43213** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090101** | | | | **Warranty** | | | | |
| **Bob  Conti** **6050 E Indian Bend** **Paradise Valley, AZ 85253** | - | | | | | | | |
| | | | | | | | | **1,888.44** |
| Account No. **5114487** | | | | **Warranty** | | | | |
| **Bob Briscoe** **14407 W Desert Cove Road** **Surprise, AZ 85379** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **399** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,888.44**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5078122** | | | **Warranty** | | | | |
| **Bob Fitzpatrick 9 Elizabeth Avenue Westport, CT 06880** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113117** | | | **Warranty** | | | | |
| **Bob Frick Electric Inc 2059 Station Road Erie, PA 16510** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5070347** | | | **Warranty** | | | | |
| **Bob Klinker 5 Summerfield Circle Piney Flats, TN 37686** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5104062** | | | **Warranty** | | | | |
| **Bob Osborn 22309 S 213th Street Queen Creek, AZ 85252** | - | | | | | | |
| | | | | | | | 87.10 |
| Account No. **5090815** | | | **Warranty** | | | | |
| **Bobbi J Medlen 272 Newell Dr Riverside, CA 92507** | - | | | | | | |
| | | | | | | | 660.00 |

Sheet no. **400** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  747.10

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5113920** | | | Warranty | | | | |
| **Bobbi Jo Brown** **110 Rocky Road** **Red Lion, PA 17356** | - | | | X | X | | 0.00 |
| Account No. **5124370** | | | Warranty | | | | |
| **Bobbi L Greer** **259 Fairview St** **Reading, PA 19605** | - | | | X | X | | 0.00 |
| Account No. **5110228** | | | Warranty | | | | |
| **Bobbi Nugent** **109 Creasy Court** **Joelton, TN 37080** | - | | | X | X | | 0.00 |
| Account No. **5130658** | | | Warranty | | | | |
| **Bobbie  Breakiron** **PO Box 48  Indian Creek Valley Rd** **Melcroft, PA 15462** | - | | | X | X | | 0.00 |
| Account No. **5131977** | | | Warranty | | | | |
| **Bobbie Eldredge** **1509 Teton Street** **Las Vegas, NV 89101** | - | | | X | X | | 0.00 |

Sheet no. **401** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                          ,     Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5091688** | | | Warranty | | | | |
| **Bobbie Harris** **3092 Filmore Park Road** **Bartlett, TN 38134** | - | | | X | X | | 0.00 |
| Account No. **5099846** | | | Warranty | | | | |
| **Bobbie M Olsen** **214 Farley Road** **Cookeville, TN 38506** | - | | | | | | 110.05 |
| Account No. **5107044** | | | Warranty | | | | |
| **Bobbie Motley** **10102 Braemoor Drive** **Grand Blanc, MI 48439** | - | | | X | X | | 0.00 |
| Account No. **5132396** | | | Warranty | | | | |
| **Bobby  Toppins** **2320 E MacArthur A38** **Wichita, KS 67216** | - | | | X | X | | 0.00 |
| Account No. **5109951** | | | Warranty | | | | |
| **Bobby A Hysinger** **856 Kling Street** **Akron, OH 44311** | - | | | X | X | | 0.00 |

Sheet no.**402** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

110.05

In re    **Great Lakes Warranty Corporation**                                          ,          Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5097143** | | | | | Warranty | | | | |
| **Bobby D Thompson** **1135 Vernon Drive** **Columbus, OH 43207** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5102818 | | | | | Warranty | | | | |
| **Bobby Fuller** **705 Cedar Crest Drive** **Nashville, TN 37205** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5109574 | | | | | Warranty | | | | |
| **Bobby Gene Long** **280 Flint Hill Road** **Ft Mill, SC 29715** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5100578 | | | | | Warranty | | | | |
| **Bobby Henderson** **616 Veronica Avenue** **N Las Vegas, NV 89030** | - | | | | | | | | |
| | | | | | | | | | 1,241.16 |
| Account No. 5126978 | | | | | Warranty | | | | |
| **Bobby Herring** **101 Cowboy Trail** **Moyock, NC 27958** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **403** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,241.16

In re    **Great Lakes Warranty Corporation**                 ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5085231** | | | Warranty | | | | |
| **Bobby J Lacy** **20 Mason Lane** **Stafford, VA 22554** | | - | | | | | **1,608.05** |
| Account No. **5113981** | | | Warranty | | | | |
| **Bobby J Laughery** **133B Sumner Avenue** **Vandergrift, PA 15690** | | - | | X | X | | **0.00** |
| Account No. **5105358** | | | Warranty | | | | |
| **Bobby J Rager** **671 Love Joy Road** **Commodore, PA 15729** | | - | | X | X | | **0.00** |
| Account No. **5120723** | | | Warranty | | | | |
| **Bobby Jo Laughery** **143 Main St** **Leechburg, PA 15656** | | - | | X | X | | **0.00** |
| Account No. **5088962** | | | Warranty | | | | |
| **Bobby K Slayden** **789 Elizabeth Drive** **Lancaster, OH 43130** | | - | | X | X | | **0.00** |

Sheet no. **404** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      **1,608.05**
(Total of this page)

In re  **Great Lakes Warranty Corporation**                                    Case No. _____
                                                     ,
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132191** | | | | **Warranty** | | | | |
| **Bobby Kato** **4572 Ranch Lane** **Bloomfield Hills, MI 48302** | - | | | | X | X | | **0.00** |
| Account No. **5132739** | | | | **Warranty** | | | | |
| **Bobby L Prime** **530 10th Ave** **Bethlehem, PA 18108** | - | | | | X | X | | **0.00** |
| Account No. **5102800** | | | | **Warranty** | | | | |
| **Bobby M Cornwell** **352 State St** **Rock Hil, SC 29730** | - | | | | X | X | | **0.00** |
| Account No. **5098814** | | | | **Warranty** | | | | |
| **Bobby Mathis Jr** **10742 Highway 34** **Newberry, SC 29108** | - | | | | X | X | | **0.00** |
| Account No. **5076536** | | | | **Warranty** | | | | |
| **Bobby R Golden** **3180 Birchfield Drive** **Memphis, TN 38127** | - | | | | X | X | | **0.00** |

Sheet no.**405** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. 5114372 | | | | Warranty | | | | |
| Bobby R Preston 53 Riverside Drive Mount Juliet, TN 37122 | - | | | | X | X | | 0.00 |
| Account No. 5098677 | | | | Warranty | | | | |
| Bobby S England 5512 Fred Perry Road Springfield, TN 37172 | - | | | | X | X | | 0.00 |
| Account No. 5125675 | | | | Warranty | | | | |
| Bobby Sloncker 729 W. North Street Kenton, OH 42336 | - | | | | X | X | | 0.00 |
| Account No. 5125471 | | | | Warranty | | | | |
| Bobby Smith 2326 Shaun Drive Maryville, TN 37803 | - | | | | X | X | | 0.00 |
| Account No. 5114216 | | | | Warranty | | | | |
| Bobby Triantis Nolley 1913 Darbywind Drive Charlotte, NC 28216 | - | | | | X | X | | 0.00 |

Sheet no. **406** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 0.00

In re  **Great Lakes Warranty Corporation**

Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5108020** | | | | Warranty | | | | |
| **Bogdan Tomuta**<br>**625 Sutton Court**<br>**Wheeling, IL 60090** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108548** | | | | Warranty | | | | |
| **Bogna A Lucci**<br>**2104 Bishop Drive**<br>**Charleston, SC 29414** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097151** | | | | Warranty | | | | |
| **Bonita  Blue**<br>**2802 Creekbend Dr**<br>**Nashville, TN 37207** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129439** | | | | Warranty | | | | |
| **Bonita A Shields**<br>**2954 Summit Springs Dr**<br>**Columbus, OH 43207** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125058** | | | | Warranty | | | | |
| **Bonita Brown**<br>**1313 15th Street NW**<br>**Canton, OH 44703** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**407** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126794** | | | | **Warranty** | | | | |
| **Bonita Kuhn 140 Pond Road Gardners, PA 17324** | - | | | | | | | |
| | | | | | | | | **1,214.00** |
| Account No. **5131659** | | | | **Warranty** | | | | |
| **Bonita Liles 1917 West Norris Street Philadelphia, PA 19121** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127396** | | | | **Warranty** | | | | |
| **Bonita Louise Decker RD 2 Box 565A Tyrone, PA 16686** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126370** | | | | **Warranty** | | | | |
| **Bonita McKenzie 43179 Morris Road Lisbon, OH 44432** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131243** | | | | **Warranty** | | | | |
| **Bonita Wetzel 2363 Old Post Rd Beavercreek, OH 45434** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **408** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,214.00**

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5119966 | | | | Warranty | | | | |
| Bonneau P McBee 1640 Pinebrook Court Mt Pleasant, SC 29464 | - | | | | X | X | | 0.00 |
| Account No. 5077763 | | | | Warranty | | | | |
| Bonnie Aksterowicz 1508 Andchel Drive Hermitage, TN 37076 | - | | | | X | X | | 0.00 |
| Account No. 5129425 | | | | Warranty | | | | |
| Bonnie Schoeppner 27141 Old Oak Lane Springfield, OH 45503 | - | | | | X | X | | 0.00 |
| Account No. 5096318 | | | | Warranty | | | | |
| Bonnie B Smith 308 Old Wood Drive Columbia, SC 29212 | - | | | | X | X | | 0.00 |
| Account No. 5057320 | | | | Warranty | | | | |
| Bonnie Beard 16468 Hwy 55 Stonewall, NC 28583 | - | | | | X | X | | 0.00 |

Sheet no. **409** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131970** | | | Warranty | | | | |
| **Bonnie Farling**<br>**119 East Dauphin Street**<br>**Enola, PA 17025** | - | | | X | X | | 0.00 |
| Account No. **5112089** | | | Warranty | | | | |
| **Bonnie G Looney**<br>**131 Megann Drive**<br>**Portland, TN 37148** | - | | | X | X | | 0.00 |
| Account No. **5129842** | | | Warranty | | | | |
| **Bonnie Gibeaut**<br>**1047 White Pond Rd**<br>**Elgin, SC 29045** | - | | | X | X | | 0.00 |
| Account No. **5107046** | | | Warranty | | | | |
| **Bonnie J Brooks**<br>**14645 Jack Run Road**<br>**Rockbridge, OH 43149** | - | | | X | X | | 0.00 |
| Account No. **5112478** | | | Warranty | | | | |
| **Bonnie J Dunwoody**<br>**215 Fairview Street**<br>**New Lexington, OH 43764** | - | | | X | X | | 0.00 |

Sheet no.**410**___ of **4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5098763** | | | | Warranty | | | | |
| **Bonnie J Emmert**<br>**8041 Fohl Road  SW**<br>**Navarre, OH 44662** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119645** | | | | Warranty | | | | |
| **Bonnie J Fulton**<br>**5 Third Street**<br>**Heilwood, PA 15747** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113987** | | | | Warranty | | | | |
| **Bonnie L Johnson**<br>**3180 Greenlee Road    PO Box 366**<br>**McKean, PA 16426** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108631** | | | | Warranty | | | | |
| **Bonnie L Proudfoot**<br>**13909 Mansfield Road**<br>**Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127573** | | | | Warranty | | | | |
| **Bonnie Lawson**<br>**46417 St Rt 248**<br>**Chester, OH 45720** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**411__** of **4906_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5112706 | | | | Warranty | | | | |
| Bonnie M Ford 129 Guenther Lane Apollo, PA 15613 | - | | | | X | X | | 0.00 |
| Account No. 5077684 | | | | Warranty | | | | |
| Bonnie Markle 1479 Baltzley Valley Rd SE New Philadelphia, OH 44603 | - | | | | X | X | | 0.00 |
| Account No. 5048937 | | | | Warranty | | | | |
| Bonnie McFadden PO Box 307 St Marys, WV 26170 | - | | | | X | X | | 0.00 |
| Account No. 5062586 | | | | Warranty | | | | |
| Bonnie Raybuck 738 Forest Ridge Boardman, OH 44512 | - | | | | X | X | | 0.00 |
| Account No. 5074539 | | | | Warranty | | | | |
| Bonnie S Kazior 13 Veronica Drive Finleyville, PA 15332 | - | | | | X | X | | 0.00 |

Sheet no. **412** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104961** | | | | **Warranty** | | | | |
| **Bonnie Schaeffer** **538 Craig Street** **Grove City, PA 16127** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5067042** | | | | **Warranty** | | | | |
| **Bonnie Schwarz** **201 Semple St** **Aliquippa, PA 15001** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105014** | | | | **Warranty** | | | | |
| **Bonnie Soderborg** **437 N Waterslide Ct** **Heber City, UT 84032** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087675** | | | | **Warranty** | | | | |
| **Bonny L Padden** **717 Enyon Street** **Scranton, PA 18504** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089713** | | | | **Warranty** | | | | |
| **Boris Charnis** **82 Keenan Lane** **Holland, PA 18966** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **413** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                   0.00
(Total of this page)

In re  **Great Lakes Warranty Corporation**                                    ,  Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5111990** | | | | | **Warranty** | | | | |
| **Boris Vulfson** **7259 Rupert Street** **Philadelphia, PA 19149** | - | | | | | X | X | | 0.00 |
| Account No. **5072636** | | | | | **Warranty** | | | | |
| **Boro Martinic** **3226 E Vogel Avenue** **Phoenix, AZ 85028** | - | | | | | | | | 309.50 |
| Account No. **5088851** | | | | | **Warranty** | | | | |
| **Bosnjakovic Beriz** **604 Dennis Way** **Bowling Green, KY 42101** | - | | | | | X | X | | 0.00 |
| Account No. **5103058** | | | | | **Warranty** | | | | |
| **Bottra Kean** **722 Golden Bell Drive** **Rock Hill, SC 29732** | - | | | | | X | X | | 0.00 |
| Account No. **5083792** | | | | | **Warranty** | | | | |
| **Bounlay Malaikham** **1906 Elora Court** **Murfreesboro, TN 37127** | - | | | | | X | X | | 0.00 |

Sheet no.**414** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

309.50

In re **Great Lakes Warranty Corporation**                        , Case No. _____

                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5094478** | | Warranty | | | | | | |
| **Boyapati Sivakumar** **11495 Cheyenne Trail  Apt 201** **Parma Heights, OH 44130** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119459** | | Warranty | | | | | | |
| **Boyce R Parrish** **4001 Murray Pl** **Nashville, TN 37216** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5095406** | | Warranty | | | | | | |
| **Boyd A Sterling Jr** **215 Allen Street** **Donora, PA 15033** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089870** | | Warranty | | | | | | |
| **Bozo Todoric** **1260 Peggy Drive** **Hummelstown, PA 17036** | - | | | | | | | |
| | | | | | | | | **49.50** |
| Account No. **5119655** | | Warranty | | | | | | |
| **Brad  Chambers** **324 Wewstern Ave** **Brookville, OH 45309** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**415**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **49.50**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5126281** | | | | **Warranty** | | | | |
| **Brad Davis** **1124 North Gow Street** **Wichita, KS 67203** | | - | | | | | | **862.41** |
| Account No. **5073221** | | | | **Warranty** | | | | |
| **Brad Adams** **228 St Charles Avenue # 814** **New Orleans, LA 70130** | | - | | | X | X | | **0.00** |
| Account No. **5113420** | | | | **Warranty** | | | | |
| **Brad Blaha** **7045 Woodland Avenue** **Pittsburgh, PA 15202** | | - | | | X | X | | **0.00** |
| Account No. **5115136** | | | | **Warranty** | | | | |
| **Brad Clapp** **418 W Dake** **Brockfield, MO 64628** | | - | | | X | X | | **0.00** |
| Account No. **5114508** | | | | **Warranty** | | | | |
| **Brad Daniel** **1105 16th Avenue S** **Nashville, TN 37212** | | - | | | X | X | | **0.00** |

Sheet no.**416** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**862.41**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **5128380** | | | | | | **Warranty** | | | | |
| **Brad J Olbert** **3883 Starford** **Starford, PA 15777** | | - | | | | | X | X | | 0.00 |
| Account No. **5124978** | | | | | | **Warranty** | | | | |
| **Brad Moorman** **8165 West Stene Drive** **Littleton, CO 80128** | | - | | | | | X | X | | 0.00 |
| Account No. **5123703** | | | | | | **Warranty** | | | | |
| **Brad Norden** **119 N 16th St** **Grand Forks, ND 58203** | | - | | | | | X | X | | 0.00 |
| Account No. **5116010** | | | | | | **Warranty** | | | | |
| **Brad R Lempert** **1622 Napfle Avenue  Second Floor** **Philadelphia, PA 19111** | | - | | | | | X | X | | 0.00 |
| Account No. **5064867** | | | | | | **Warranty** | | | | |
| **Brad Rogers** **205 Lackawanna Road** **Lexington, KY 40503** | | - | | | | | X | X | | 0.00 |

Sheet no. **417** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123090** | | | | Warranty | | | | |
| **Brad Roubik** **2040 Blossom Hill Rd** **Easton, PA 18040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100010** | | | | Warranty | | | | |
| **Brad S Slayden** **4108 Lone Oak Road** **Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124520** | | | | Warranty | | | | |
| **Brad Shenefelt** **8704 Lost Valley Drive** **Mars, PA 16046** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106258** | | | | Warranty | | | | |
| **Brad Shoop** **57 Hope Corson Road** **Ocean View, NJ 08230** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079998** | | | | Warranty | | | | |
| **Brad Smith** **23597 S 223rd Street** **Queen Creek, AZ 85242** | - | | | | | | | |
| | | | | | | | | 1,520.00 |

Sheet no.**418** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      | 1,520.00
(Total of this page)

In re    **Great Lakes Warranty Corporation**                     ,    Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5106291** | | | - | | **Warranty** | | | | |
| **Brad Sorensen** **2761 Laurel Canyon Place** **Los Angeles, CA 90046** | | | | | | | | | 2,123.14 |
| Account No. **5115936** | | | - | | **Warranty** | X | X | | |
| **Brad Swanson** **1008 Coker Court** **Winfield, KS 67156** | | | | | | | | | 0.00 |
| Account No. **5096609** | | | - | | **Warranty** | | | | |
| **Brad Wilson** **4204 Nebraska Avenue** **Nashville, TN 37209** | | | | | | | | | 3,831.50 |
| Account No. **5129115** | | | - | | **Warranty** | X | X | | |
| **Bradely S Schonour** **3716 Saint Lawrence** **Reading, PA 19606** | | | | | | | | | 0.00 |
| Account No. **5115080** | | | - | | **Warranty** | | | | |
| **Bradford A Smith** **12 Willow Lane** **Nesquehoning, PA 18240** | | | | | | | | | 1,405.00 |

Sheet no. **419** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
       (Total of this page)     **7,359.64**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126749** | | | Warranty | | | | |
| **Bradford Fenton** **149 Lethbridge Circle** **Copley, OH 44321** | - | | | X | X | | 0.00 |
| Account No. **5131322** | | | Warranty | | | | |
| **Bradford Haines** **316 Roaring Brook Road** **Conway, MA 01341** | - | | | X | X | | 0.00 |
| Account No. **5123472** | | | Warranty | | | | |
| **Bradford Johnson** **265 Co Rd 545** **Englewood, TN 37329** | - | | | X | X | | 0.00 |
| Account No. **5064826** | | | Warranty | | | | |
| **Bradlee Basilone** **210 Cline Avenue** **Mansfield, OH 44907** | - | | | X | X | | 0.00 |
| Account No. **5119014** | | | Warranty | | | | |
| **Bradley  Allan** **408 Northgate Parkway** **Toledo, OH 46315** | - | | | X | X | | 0.00 |

Sheet no.**420__** of **4906__** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                           Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5082984** | | | Warranty | | | | |
| **Bradley  Pendleton**<br>**A201 Farrar Ave**<br>**Nashville, TN 37215** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5080281** | | | Warranty | | | | |
| **Bradley A Ganues**<br>**203 Cusick Court**<br>**Murfreesboro, TN 37128** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102067** | | | Warranty | | | | |
| **Bradley A Reisinger**<br>**98 Churchill Drive**<br>**York, PA 17403** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5105908** | | | Warranty | | | | |
| **Bradley A Workman**<br>**509 Cassin Avenue  PO Box 43**<br>**Newell, PA 15466** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131807** | | | Warranty | | | | |
| **Bradley Anderson**<br>**1730 Josiah Chowing Way**<br>**New Cumberland, PA 17070** | - | | | | | | |
| | | | | | | | 2,073.36 |

Sheet no. **421** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                     2,073.36

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5117925** | | | | **Warranty** | | | | |
| **Bradley Bennett** **121 Margaret Dr** **Stevensville, MD 21666** | - | | | | X | X | | **0.00** |
| Account No. **5121911** | | | | **Warranty** | | | | |
| **Bradley D  Titus** **300 Kennihan Lane** **Valencia, PA 16059** | - | | | | | | | **148.38** |
| Account No. **5113004** | | | | **Warranty** | | | | |
| **Bradley D Loshnowsky** **428 Longmeadow Road** **Lancaster, PA 17601** | - | | | | X | X | | **0.00** |
| Account No. **5122407** | | | | **Warranty** | | | | |
| **Bradley D Rodeheaver** **Po Box 791   1122 Babbitt Rd** **Donora, PA 15033** | - | | | | X | X | | **0.00** |
| Account No. **5122346** | | | | **Warranty** | | | | |
| **Bradley D Roush** **106 N 4th St** **Lebanon, PA 17046** | - | | | | X | X | | **0.00** |

Sheet no.**422** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        148.38

In re    **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5098808<br><br>Bradley DeFranco<br>92 Sylvan Lake Road<br>Hunlock Creek, PA 18621 | - | | Warranty | | | | 237.04 |
| Account No. 5123814<br><br>Bradley Glaze<br>9959 St Rt 93N<br>New Straitsville, OH 43766 | - | | Warranty | X | X | | 0.00 |
| Account No. 5132288<br><br>Bradley Harris<br>466 W Main Street<br>Dallastown, PA 17313 | - | | Warranty | X | X | | 0.00 |
| Account No. 5068576<br><br>Bradley High<br>115 North Main Street<br>Mendon, OH 45862 | - | | Warranty | X | X | | 0.00 |
| Account No. 5089048<br><br>Bradley Huffman<br>525 2nd Street  Apt #3<br>Rodeo, CA 94572 | - | | Warranty | X | X | | 0.00 |

Sheet no. **423** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    237.04

In re   **Great Lakes Warranty Corporation**                    ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5109894** | | | | Warranty | | | | |
| **Bradley J Mattingly** **1514 Stonehill Road** **Mt Juliet, TN 37122** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104990** | | | | Warranty | | | | |
| **Bradley J Thorne** **2243 Robert Fulton Highway** **Peach Bottom, PA 17563** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122637** | | | | Warranty | | | | |
| **Bradley L Benton** **1940 Hixton Rd** **Duncansville, PA 16635** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128861** | | | | Warranty | | | | |
| **Bradley Lewis** **165 Berry Drive** **West Columbia, SC 29170** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087831** | | | | Warranty | | | | |
| **Bradley Loudin** **8807 321st Street  Ct 3** **Eatonville, WA 98328** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **424**___ of **4906**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re    **Great Lakes Warranty Corporation**
_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5132578** | | | | **Warranty** | | | | |
| **Bradley Ludwig** **63 King Street** **Pottstown, PA 19464** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5081301** | | | | **Warranty** | | | | |
| **Bradley Meda** **14572 Kylewood Way** **Gainesville, VA 21155** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125404** | | | | **Warranty** | | | | |
| **Bradley Nelson** **10266 Castle Bridge Ct** **Knoxville, TN 37922** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114185** | | | | **Warranty** | | | | |
| **Bradley Nicsinger** **5647 Cleveland Avenue  SE** **East Sparta, OH 44626** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120425** | | | | **Warranty** | | | | |
| **Bradley Plank** **116 E Walnut** **Covington, OH 45318** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **425** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,            Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5098281** | | | | Warranty | | | | |
| **Bradley Preston** **6731 Tippecanoe  #3** **Canfield, OH 44406** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113093** | | | | Warranty | | | | |
| **Bradley Ryan** **1139 roberts Rd** **Media, PA 19063** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108054** | | | | Warranty | | | | |
| **Bradley S Baker** **15 Old State Road** **Jonestown, PA 17038** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5081214** | | | | Warranty | | | | |
| **Bradley S Egolf** **11 Winding Brook Drive** **Sinking Spring, PA 19608** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5078717** | | | | Warranty | | | | |
| **Bradley S Schauer** **1197 S Alex Road  Apt C** **West Carrollton, OH 45449** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **426** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5125672 | | | | Warranty | | | | |
| Bradley Statnick 33 Ashley Drive Dillsburg, PA 17019 | | - | | | X | X | | 0.00 |
| Account No. 5089786 | | | | Warranty | | | | |
| Bradley T Pinson 1115 Sunnymeade Drive Nashville, TN 37216 | | - | | | X | X | | 0.00 |
| Account No. 5070691 | | | | Warranty | | | | |
| Bradley Tresky 544 Walters Station Rd Evans City, PA 16033 | | - | | | X | X | | 0.00 |
| Account No. 5071003 | | | | Warranty | | | | |
| Bradly Klonowski 7881 Brecksville Rd Brecksville, OH 44141 | | - | | | X | X | | 0.00 |
| Account No. 5089361 | | | | Warranty | | | | |
| Brady Madsen 3132 E Tonto Dr Gilbert, AZ 85297 | | - | | | X | X | | 0.00 |

Sheet no. **427** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5081305** | | | Warranty | | | | |
| **Brady Fisher** **2929 Moss Hollow Rd** **Chillicothe, OH 45601** | - | | | X | X | | 0.00 |
| Account No. **5092615** | | | Warranty | | | | |
| **Brady Kohen** **226 North Mulberry Street** **Bremen, OH 43107** | - | | | X | X | | 0.00 |
| Account No. **5132598** | | | Warranty | | | | |
| **Brady Tuttle** **10643 Stemside Avenue** **Las Vegas, NV 89129** | - | | | X | X | | 0.00 |
| Account No. **5096197** | | | Warranty | | | | |
| **Brahim Mauhib** **4 Persian Lilac Drive** **Etters, PA 17319** | - | | | X | X | | 0.00 |
| Account No. **5072313** | | | Warranty | | | | |
| **Brail Lipford** **2724 South Four Peaks Way** **Chandler, AZ 85249** | - | | | X | X | | 0.00 |

Sheet no. **428** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
               (Total of this page)      0.00

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122227** | | | Warranty | | | | |
| **Brandan K Sims** **54 Schley Ave** **Pittsburgh, PA 15205** | - | | | X | X | | 0.00 |
| Account No. **5103179** | | | Warranty | | | | |
| **Brandee Phillips** **7720 Union Valley Road** **Fairview, TN 37062** | - | | | X | X | | 0.00 |
| Account No. **5091163** | | | Warranty | | | | |
| **Branden L Carey** **5323 Keeport Dr  No2** **Pittsburgh, PA 15236** | - | | | X | X | | 0.00 |
| Account No. **5111711** | | | Warranty | | | | |
| **Brandi Barra** **141 Plum Run Road** **New Oxford, PA 17350** | - | | | X | X | | 0.00 |
| Account No. **5066341** | | | Warranty | | | | |
| **Brandi Brown** **1572 Old Hillsboro Rd** **Franklin, TN 37069** | - | | | X | X | | 0.00 |

Sheet no.**429** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              0.00

In re    **Great Lakes Warranty Corporation**                  ,    Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100097** | | | | **Warranty** | | | | |
| **Brandi Busey** **4517 Singer Road** **Murfreesboro, TN 37129** | - | | | | X | X | | 0.00 |
| Account No. **5121665** | | | | **Warranty** | | | | |
| **Brandi D Taylor** **137 Glen Caladh St** **Pittsburgh, PA 15207** | - | | | | X | X | | 0.00 |
| Account No. **5096731** | | | | **Warranty** | | | | |
| **Brandi France** **750 King Street** **Mansfield, OH 44903** | - | | | | X | X | | 0.00 |
| Account No. **5128674** | | | | **Warranty** | | | | |
| **Brandi Gardner** **313 Pike Street Apt 323** **Athens, TN 37303** | - | | | | X | X | | 0.00 |
| Account No. **5116712** | | | | **Warranty** | | | | |
| **Brandi L Beck** **1509 Kenmawr Avenue** **Rankin, PA 15104** | - | | | | X | X | | 0.00 |

Sheet no. **430** of **4906** sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)        0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5105451** | | | | **Warranty** | | | | |
| **Brandi L Harner 42 Maple Street Unit 4C Mohnton, PA 19540** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091604** | | | | **Warranty** | | | | |
| **Brandi L Thomas 6301 Murray Lane Brentwood, TN 37027** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111343** | | | | **Warranty** | | | | |
| **Brandi Logan 1458 Spicetree Circle Fairborn, OH 45324** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106494** | | | | **Warranty** | | | | |
| **Brandi M Weimar 45 East Weber Avenue Villas, NJ 08251** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118104** | | | | **Warranty** | | | | |
| **Brandi N Harvey 10281 Porter Lane Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **431** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re    **Great Lakes Warranty Corporation**                 ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5118440** | | | **Warranty** | | | | |
| **Brandi Thompson**<br>**1796 West Tyson St**<br>**Chandler, AZ 85224** | - | | | | | | 751.33 |
| Account No. **5095862** | | | **Warranty** | | | | |
| **Brandin Martin**<br>**518 Cameron Walker  #304**<br>**Charlotte, NC 28217** | - | | | X | X | | 0.00 |
| Account No. **5129886** | | | **Warranty** | | | | |
| **Brandon Brown**<br>**4744 Walford Rd  Apt 3**<br>**Warrensville, OH 44128** | - | | | X | X | | 0.00 |
| Account No. **5128036** | | | **Warranty** | | | | |
| **Brandon Butler**<br>**7540 Spinola Lane**<br>**Bartlett, TN 38133** | - | | | X | X | | 0.00 |
| Account No. **5110843** | | | **Warranty** | | | | |
| **Brandon C Butler**<br>**6588 East Brook Lane  #3**<br>**Memphis, TN 38134** | - | | | X | X | | 0.00 |

Sheet no. **432** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal         751.33
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5103151 | | | | Warranty | | | | |
| Brandon C Hull 812 N Hickory Street Scottdale, PA 15683 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114142 | | | | Warranty | | | | |
| Brandon C Morris 5570 Floy Avenue St Louis, MO 63136 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127881 | | | | Warranty | | | | |
| Brandon Checket 2100 Walnut Street Lebanon, PA 17042 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131580 | | | | Warranty | | | | |
| Brandon Davis 115 North Broad Street Bedford, PA 15522 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121635 | | | | Warranty | | | | |
| Brandon E Metzger 1661 Abby Dr Newark, OH 43055 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **433** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5118606 | | | Warranty | | | | |
| Brandon E Sullivan 218 Haymont Dr Gibsonia, PA 15044 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5090540 | | | Warranty | | | | |
| Brandon Giebel 6451 W Bell Road  #1131 Glendale, AZ 85308 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5097460 | | | Warranty | | | | |
| Brandon Gruber 3927 Saint Lawrence Avenue Reading, PA 19606 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5125652 | | | Warranty | | | | |
| Brandon Heffington 3117 Ballenger Drive Nolensville, TN 37135 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5130339 | | | Warranty | | | | |
| Brandon Horne 521 Ely Ct North Powell, OH 43065 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**434**___ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5108614** | | | | | **Warranty** | | | | |
| **Brandon J Boose** **192 Fairway Drive** **Denver, PA 17517** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5085446** | | | | | **Warranty** | | | | |
| **Brandon J Brooks** **318 Jackson Street** **Rochester, PA 15074** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5129581** | | | | | **Warranty** | | | | |
| **Brandon J Williams** **116 Meadow Ave** **Creighton, PA 15030** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5124527** | | | | | **Warranty** | | | | |
| **Brandon Johns** **1472 Summer Hill Road** **Auburn, PA 17922** | - | | | | | | | | |
| | | | | | | | | | **131.19** |
| Account No. **5131102** | | | | | **Warranty** | | | | |
| **Brandon King** **126 Boulder Road** **Fairplay, SC 29645** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **435** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**131.19**

In re  **Great Lakes Warranty Corporation**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5095517** | | | | | Warranty | | | | |
| **Brandon L Clark** **1182 Troy Urbana Road** **Troy, OH 45373** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5117094** | | | | | Warranty | | | | |
| **Brandon L Duncan** **833 Fairview** **Pottsville, PA 17901** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5117357** | | | | | Warranty | | | | |
| **Brandon L Laird** **4663 Echo Glen Drive** **Pittsburgh, PA 15236** | - | | | | | | | | |
| | | | | | | | | | 303.00 |
| Account No. **5088190** | | | | | Warranty | | | | |
| **Brandon M Pogash** **107 S Main Street  PO Box 6** **Aristes, PA 17920** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5105927** | | | | | Warranty | | | | |
| **Brandon M Whitfield** **3102 Landis Street** **Pittsburgh, PA 15204** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**436** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

303.00

In re   **Great Lakes Warranty Corporation**            ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5066052** <br><br> **Brandon Mongun** <br> **2113 Lancaster Avenue** <br> **Monroe, NC 28112** | | - | Warranty | X | X | | 0.00 |
| Account No. **5106461** <br><br> **Brandon Peterson** <br> **5249 E Hobart Street** <br> **Mesa, AZ 85205** | | - | Warranty | X | X | | 0.00 |
| Account No. **5124283** <br><br> **Brandon Randall** <br> **438 Rebecca Avenue** <br> **Pittsburgh, PA 15221** | | - | Warranty | X | X | | 0.00 |
| Account No. **5123505** <br><br> **Brandon Reines** <br> **769 S Linden Ave** <br> **Pittsburgh, PA 15208** | | - | Warranty | X | X | | 0.00 |
| Account No. **5076727** <br><br> **Brandon Rickard** <br> **603 Calais Drive  Apt 2109** <br> **Pittsburgh, PA 15237** | | - | Warranty | X | X | | 0.00 |

Sheet no. **437** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095760** | | | | Warranty | | | | |
| **Brandon S Bennet** **309 East Springside Drive** **Shillington, PA 19607** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114292 | | | | Warranty | | | | |
| **Brandon S Jones** **625 Barn Street** **Pataskala, OH 43062** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109034 | | | | Warranty | | | | |
| **Brandon S Ratliff** **10219 S 47th Street** **Phoenix, AZ 85044** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086100 | | | | Warranty | | | | |
| **Brandon S Simms** **440 Pearl Street** **Leetonia, OH 44431** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102335 | | | | Warranty | | | | |
| **Brandon S Taylor** **46 West Third Street** **Pottstown, PA 19464** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **438** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5070679** | | | Warranty | | | | |
| **Brandon Stacy** **4515 FE Marconi Ave** **Phoenix, AZ 85032** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5120653 | | | Warranty | | | | |
| **Brandon T Brewer** **309 Church St #101** **Nashville, TN 37201** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5113785 | | | Warranty | | | | |
| **Brandon T Oliver** **2302 N Central Avenue C616** **Phoenix, AZ 85004** | - | | | | | | |
| | | | | | | | **1,206.25** |
| Account No. 5108678 | | | Warranty | | | | |
| **Brandon T Spahr** **109 Chasake Trail** **Apollo, PA 15613** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5100485 | | | Warranty | | | | |
| **Brandon Troup** **315 Walnut** **Valley View, PA 17983** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**439** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,206.25**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5086412** | | | | Warranty | | | | |
| **Brandon W Osborne** **635 N Railroad Street** **Palmyra, PA 17078** | - | | | | X | X | | 0.00 |
| Account No. **5118906** | | | | Warranty | | | | |
| **Brandt  Redlin** **3050 E Knoll St** **Mesa, AZ 85213** | - | | | | X | X | | 0.00 |
| Account No. **5110860** | | | | Warranty | | | | |
| **Brandy B Page** **511 N Alder Street** **Gilbert, AZ 85233** | - | | | | X | X | | 0.00 |
| Account No. **5101898** | | | | Warranty | | | | |
| **Brandy Carpenter** **1339 Fifth Street  NW** **New Philadelphia, OH 44663** | - | | | | X | X | | 0.00 |
| Account No. **5126754** | | | | Warranty | | | | |
| **Brandy Davis** **35789 Lakeshore Blvd** **East Lake, OH 44095** | - | | | | X | X | | 0.00 |

Sheet no.**440**\_\_ of **4906**\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re   **Great Lakes Warranty Corporation**                    ,    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099466** | | | - | Warranty | | | | |
| **Brandy J Fowler** **77 Spring Street  Apt 2** **Wakefield, RI 02849** | | | | | | | | **1,377.09** |
| Account No. **5097805** | | | - | Warranty | X | X | | |
| **Brandy L Molnar** **46 Edgewater** **Poland, OH 44514** | | | | | | | | **0.00** |
| Account No. **5112720** | | | - | Warranty | X | X | | |
| **Brandy L Shirley** **430 Center Street** **Indiana, PA 15701** | | | | | | | | **0.00** |
| Account No. **5115462** | | | - | Warranty | X | X | | |
| **Brandye M Patterson** **708 Jay Street** **St Marys, OH 45885** | | | | | | | | **0.00** |
| Account No. **5071668** | | | - | Warranty | X | X | | |
| **Brannon A McKim** **9047 Tarrington Lane** **Franklin, TN 37069** | | | | | | | | **0.00** |

Sheet no. **441** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **1,377.09**

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5111093 | | | | Warranty | | | | |
| Branson L Arthur 8492 Pattonsville Road Jackson, OH 45640 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110704 | | | | Warranty | | | | |
| Brant Miles 4516 Weymouth St Philadelphia, PA 19120 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132060 | | | | Warranty | | | | |
| Brant Warner 4384 Cherry Run Road Glen Rock, PA 17327 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5091274 | | | | Warranty | | | | |
| Brant Busby 284 Belle Rose Circle Madison, MS 39110 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127122 | | | | Warranty | | | | |
| Brayden A Held 105 E Manison Ave Vandergrift, PA 15690 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **442** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re __Great Lakes Warranty Corporation_____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5127839 | | | | Warranty | | | | |
| Brayetta Lovall 6100 Carmen Boulevard # 2022 Las Vegas, NV 89108 | - | | | | X | X | | 0.00 |
| Account No. 5128309 | | | | Warranty | | | | |
| Bre Ann Shade 1324 Allegheny Ave Reading, PA 19601 | - | | | | X | X | | 0.00 |
| Account No. 5089956 | | | | Warranty | | | | |
| Brea Horner 3814 Big Springs Ridge Friendsville, TN 37737 | - | | | | X | X | | 0.00 |
| Account No. 5088342 | | | | Warranty | | | | |
| Breann Wolfe 802 West King road Malvern, PA 19355 | - | | | | X | X | | 0.00 |
| Account No. 5061269 | | | | Warranty | | | | |
| Bree Johnson 97 Stanley St North Attleboro, MA 02763 | - | | | | X | X | | 0.00 |

Sheet no.__443___ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122104** | | | Warranty | | | | |
| **Brehanne K Wright**<br>**9 East 17 St**<br>**Ocean City, NJ 08226** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099040** | | | Warranty | | | | |
| **Brenda  Keeble**<br>**786 South Main St**<br>**Pascoag, RI 02859** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130116** | | | Warranty | | | | |
| **Brenda  McFarland**<br>**1069 Benton Rd**<br>**Salem, OH 44460** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5116448** | | | Warranty | | | | |
| **Brenda A Brodt**<br>**301 Gold Mill Road**<br>**Wind Gap, PA 18001** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108684** | | | Warranty | | | | |
| **Brenda Alford Daniels**<br>**2666 Hampshire Rd**<br>**Cleveland Heightws, OH 44106** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**444** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**             ,    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132710** | | | Warranty | | | | |
| **Brenda Bailey** **215 North Franklin Street** **Palmyra, PA 17078** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132357** | | | Warranty | | | | |
| **Brenda Brown** **1368 Sunnyhill Drive** **Camden, SC 29020** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130903** | | | Warranty | | | | |
| **Brenda Burkhart** **349 Sousley Rd** **Lenhartsville, PA 19534** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131784** | | | Warranty | | | | |
| **Brenda Campbell** **125 La Salle Ct** **Spartanburg, SC 29306** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5068096** | | | Warranty | | | | |
| **Brenda Carden** **7918 Hooten Hows Road** **Nashville, TN 37221** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **445** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                        (Total of this page)        0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **5098143** | | | | | | Warranty | | | | |
| **Brenda Clem** **713 Cason Lane** **Murfreesboro, TN 37128** | - | | | | | | X | X | | 0.00 |
| Account No. **5095764** | | | | | | Warranty | | | | |
| **Brenda E Irish** **30 Front Street** **Glouster, OH 45732** | - | | | | | | X | X | | 0.00 |
| Account No. **5132387** | | | | | | Warranty | | | | |
| **Brenda Farrow** **400 E King St #2** **Shipp, PA 17257** | - | | | | | | X | X | | 0.00 |
| Account No. **5044573** | | | | | | Warranty | | | | |
| **Brenda Fleck** **238 Ridge Ave.** **New Kensington, PA 15068** | - | | | | | | X | X | | 0.00 |
| Account No. **5122838** | | | | | | Warranty | | | | |
| **Brenda Gonzalez** **1050 Frederick Ave** **Reading, pa 19605** | - | | | | | | X | X | | 0.00 |

Sheet no. **446** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103408** | | | | **Warranty** | | | | |
| **Brenda H Dixon**<br>**142 Berrywood Drive**<br>**Hendersonville, TN 37075** | | - | | | | | | |
| | | | | | | | | **896.50** |
| Account No. **5108276** | | | | **Warranty** | | | | |
| **Brenda H Martin**<br>**2845 Brewington W**<br>**Sumter, SC 29153** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5081460** | | | | **Warranty** | | | | |
| **Brenda Haith Johnson**<br>**406 South Dept Street**<br>**Seneca, SC 29678** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090728** | | | | **Warranty** | | | | |
| **Brenda Haynes**<br>**200 S Main Street**<br>**New Bremen, OH 45869** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129695** | | | | **Warranty** | | | | |
| **Brenda Herbst**<br>**314 W Murphy Ave**<br>**Connellsville, PA 15425** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **447** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)      **896.50**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5127142** | | | | | Warranty | | | | |
| **Brenda Huston** **116 East Pennsylvania Ave** **Woodbine, NJ 08270** | - | | | | | X | X | | 0.00 |
| Account No. **5120415** | | | | | Warranty | | | | |
| **Brenda J Allshouse** **104 S Church St** **DuBois, PA 15801** | - | | | | | X | X | | 0.00 |
| Account No. **5100012** | | | | | Warranty | | | | |
| **Brenda J Gower** **26 Maple Street** **Fairchance, PA 15436** | - | | | | | X | X | | 0.00 |
| Account No. **5107389** | | | | | Warranty | | | | |
| **Brenda J Host** **726 Market St** **Lykens, PA 17048** | - | | | | | X | X | | 0.00 |
| Account No. **5119036** | | | | | Warranty | | | | |
| **Brenda J Lewis** **1204 Joseph Ave** **Nashville, TN 37207** | - | | | | | X | X | | 0.00 |

Sheet no. **448** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101547** | | | Warranty | | | | |
| **Brenda J McKenzie** **260 N Columbus Street** **Sunbury, OH 43074** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5087950** | | | Warranty | | | | |
| **Brenda J Parks** **2648 Windfall Estate Drive** **Sevierville, TN 37876** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124098** | | | Warranty | | | | |
| **Brenda Jenkins** **544 Cedar Street** **Salem, OH 44460** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5066200** | | | Warranty | | | | |
| **Brenda Johnston** **147 Queen City Rd** **Catawissa, PA 17820** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130429** | | | Warranty | | | | |
| **Brenda Jones** **522 Kimsey Mountain Hwy** **Reliance, TN 37369** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **449** of **4906** sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  **0.00**

In re __Great Lakes Warranty Corporation_____,   Case No. _____

                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5110205 | | | | Warranty | | | | |
| Brenda K Carpenter 39420 Barnesville Bethesda Road Bethesda, OH 43719 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114329 | | | | Warranty | | | | |
| Brenda K Jeffers 195 South Front Ave Middleport, OH 45760 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5085328 | | | | Warranty | | | | |
| Brenda K Keefer 1312 Riverbreeze Drive  Apt 2 Sevierville, TN 37876 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087114 | | | | Warranty | | | | |
| Brenda K Layton 50 New Road Elverson, PA 19520 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124972 | | | | Warranty | | | | |
| Brenda Keisch 1632 Greenwood Drive Lebanon, PA 17046 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __450__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5103553** | | | Warranty | | | | |
| **Brenda L Jordan**<br>**4075 Call Rd**<br>**Perry, oh 44081** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122390** | | | Warranty | | | | |
| **Brenda L Broadway**<br>**5088 Old State Rd 119**<br>**Greensburg, PA 15601** | - | | | | | | |
| | | | | | | | 37.53 |
| Account No. **5092597** | | | Warranty | | | | |
| **Brenda L Brown**<br>**4088 Railroad Street**<br>**New Marshfield, OH 45766** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120395** | | | Warranty | | | | |
| **Brenda L Brown**<br>**12495 Ravenna Rd**<br>**Newbury, OH 44065** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5104552** | | | Warranty | | | | |
| **Brenda L Davanzo**<br>**3388 Swallow Hollow**<br>**Poland, OH 44514** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **451** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         37.53

In re   **Great Lakes Warranty Corporation**                   ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114750 | | | | Warranty | | | | |
| Brenda L Foose 987 Matamoris Road Port Royal, PA 17082 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104894 | | | | Warranty | | | | |
| Brenda L Knouse 301 S Nicholas Street St Clair, PA 17970 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114858 | | | | Warranty | | | | |
| Brenda L Kondria 274 Tend Church Road Uniontown, PA 15401 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117780 | | | | Warranty | | | | |
| Brenda L Pellerin 19 Shriver Avenue  SE Massillon, OH 44646 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121409 | | | | Warranty | | | | |
| Brenda L Serensits 5333 Nor Bath Blvd Northampton, PA 18067 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**452** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5127447** | | | | | **Warranty** | | | | |
| **Brenda Lashawn Howard 16002 Coultervill Rd Sale Creek, TN 37373** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5128073** | | | | | **Warranty** | | | | |
| **Brenda Lovely 506 Hancock Avenue Vandergrift, PA 15690** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5123760** | | | | | **Warranty** | | | | |
| **Brenda M Clancy 1162 Stoneridge Dr  Apt A Whitehall, OH 43213** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5108635** | | | | | **Warranty** | | | | |
| **Brenda M Hemmelgarn 1807 Post Road St Henry, OH 45883** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5095157** | | | | | **Warranty** | | | | |
| **Brenda M Rochowiak 325 Second Street SE Brewster, OH 44613** | - | | | | | | | | |
| | | | | | | | | | **317.72** |

Sheet no.**453**___ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **317.72**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132243** | | | **Warranty** | | | | |
| **Brenda Mae Mann**<br>**3200 Ridgeview St**<br>**Kingsport, TN 37664** | - | | | X | X | | 0.00 |
| Account No. **5120441** | | | **Warranty** | | | | |
| **Brenda Owens**<br>**657 Linden Ave**<br>**New Kensington, PA 15068** | - | | | X | X | | 0.00 |
| Account No. **5084439** | | | **Warranty** | | | | |
| **Brenda P Ewing**<br>**141 Live Oak Court**<br>**Anderson, SC 29621** | - | | | X | X | | 0.00 |
| Account No. **5100198** | | | **Warranty** | | | | |
| **Brenda Pietrantonio**<br>**P.O. Box 3181**<br>**Arizona City, AZ 85223** | - | | | X | X | | 0.00 |
| Account No. **5124909** | | | **Warranty** | | | | |
| **Brenda R Freeman**<br>**5000 Woodbine Ave Apt # 005**<br>**Philadelphia, PA 19131** | - | | | | | | 481.40 |

Sheet no. **454** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

481.40

In re    **Great Lakes Warranty Corporation**                     ,    Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131948** | | | Warranty | | | | |
| **Brenda Ragsdale**<br>**5920 Naperville**<br>**Las Vegas, NV 89130** | - | | | X | X | | 0.00 |
| Account No. **5099445** | | | Warranty | | | | |
| **Brenda Reitz**<br>**6348 Hillgrove Southern Road**<br>**Greenville, OH 45301** | - | | | X | X | | 0.00 |
| Account No. **5123308** | | | Warranty | | | | |
| **Brenda Rice**<br>**705 16th Street NE**<br>**Massillon, OH 44646** | - | | | X | X | | 0.00 |
| Account No. **5113484** | | | Warranty | | | | |
| **Brenda Rose**<br>**801 West Voorhees**<br>**Danville, IL 61832** | - | | | X | X | | 0.00 |
| Account No. **5123847** | | | Warranty | | | | |
| **Brenda S Bownes**<br>**10001 Stone Rd**<br>**Athens, OH 45701** | - | | | X | X | | 0.00 |

Sheet no. **455** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re    **Great Lakes Warranty Corporation**                                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5113128 | | | | Warranty | | | | |
| Brenda S Douglas PO Box 346  20 Birge Drive Chauncey, OH 45719 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110691 | | | | Warranty | | | | |
| Brenda S Geddings 2736 Sumpter Highway Bishopville, SC 29010 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105725 | | | | Warranty | | | | |
| Brenda S Hawthorne 9 Williard Avenue NE Massillon, OH 44646 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5115084 | | | | Warranty | | | | |
| Brenda S Kasler 316 Railroad Street Nelsonville, OH 45764 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129027 | | | | Warranty | | | | |
| Brenda Sanderlin 1127 Holly berri Lane Millville, NJ 08332 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**456** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                         Case No. _____

_____ ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5130906** | | | | | Warranty | | | | |
| **Brenda Treaster** **111 Circle Drive** **Hummelstown, PA 17036** | - | | | | | X | X | | 0.00 |
| Account No. **5054050** | | | | | Warranty | | | | |
| **Brenda Trevino** **2526 Grand Ave** **New Castle, IN 47362** | - | | | | | X | X | | 0.00 |
| Account No. **5099514** | | | | | Warranty | | | | |
| **Brenda Vargas** **529 E Hiltong** **Philadelphia, PA 19134** | - | | | | | X | X | | 0.00 |
| Account No. **5132040** | | | | | Warranty | | | | |
| **Brenda Weatherby** **15 Kiwanis Park Road** **West Middlesex, PA 16159** | - | | | | | X | X | | 0.00 |
| Account No. **5116055** | | | | | Warranty | | | | |
| **Brenda Whitley** **4066 Davis Grove Boulevard** **Olive Branch, MS 38654** | - | | | | | X | X | | 0.00 |

Sheet no. **457** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5088193** | | | | | Warranty | | | | |
| Brendan M Dohm 8 River Farms jRoad Wrightsville, PA 17368 | - | | | | | X | X | | 0.00 |
| Account No. **5119234** | | | | | Warranty | | | | |
| Brendan N Hensel 18 East Keller St Mechanicsburg, PA 17055 | - | | | | | X | X | | 0.00 |
| Account No. **5095420** | | | | | Warranty | | | | |
| Brendan Sullivan 4344 Almond Street Philadelphia, PA 19137 | - | | | | | | | | 156.67 |
| Account No. **5103737** | | | | | Warranty | | | | |
| Brendan Teeftaller 3853 Whitland Ave Nashville, TN 37205 | - | | | | | X | X | | 0.00 |
| Account No. **5125044** | | | | | Warranty | | | | |
| Brendan Timoney 49 Carriage House Drive Southampton, PA 18966 | - | | | | | X | X | | 0.00 |

Sheet no.**458** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    156.67

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5117317 | | | | Warranty | | | | |
| Brendon C Barron 5062 Bakerstown Culmerville Tarenton, PA 15084 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5079787 | | | | Warranty | | | | |
| Brendt A Sundermeier 690 Ashbury Drive Perrysburg, OH 43551 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114490 | | | | Warranty | | | | |
| Brenna Kennedy 2102 S Ida Wichita, KS 67211 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111313 | | | | Warranty | | | | |
| Brennan Deasy 123 Longview Drive Irwin, PA 15642 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108975 | | | | Warranty | | | | |
| Brennan Hill 3512 Handman Avenue Cincinnati, OH 45226 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **459** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5069300** | | | | | Warranty | | | | |
| **Brennan Ward** **26240 Broadway Ave  Lot 28** **Oakwood Village, OH 44146** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5130244** | | | | | Warranty | | | | |
| **Brent  Downing** **48 Village Church Ct** **Chapin, SC 29036** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5119198** | | | | | Warranty | | | | |
| **Brent  Ryland** **5219 West Kings Ave** **Glendale, AZ 85306** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5120795** | | | | | Warranty | | | | |
| **Brent  Sanders** **6807 Laurel Trace** **Middleburg Hts, OH 44130** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5072872** | | | | | Warranty | | | | |
| **Brent A Bitner** **3309 Williamsburg Street  NW** **Warren, OH 44485** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**460**___ of **4906**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**
                                                                    ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5087858** | | | | **Warranty** | | | | |
| **Brent A Black** **1755 Mark Road** **Washington Court House, OH 43160** | - | | | | | | | 26.98 |
| Account No. **5122508** | | | | **Warranty** | | | | |
| **Brent A Morris** **4019 Stillwood Dr** **Knoxville, TN 37919** | - | | | | X | X | | 0.00 |
| Account No. **5116876** | | | | **Warranty** | | | | |
| **Brent A Pope** **530 Bellvue Avenue** **Kingsport, TN 37660** | - | | | | X | X | | 0.00 |
| Account No. **5086457** | | | | **Warranty** | | | | |
| **Brent A Workman** **59745 Coolhill Road** **Belmont, OH 43918** | - | | | | X | X | | 0.00 |
| Account No. **5083410** | | | | **Warranty** | | | | |
| **Brent Antony** **3536 Central Avenue** **Nashville, TN 37205** | - | | | | X | X | | 0.00 |

Sheet no.**461** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26.98

In re  **Great Lakes Warranty Corporation**                                    ,      Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132341** | | Warranty | | | | | | |
| **Brent Brenner** **4504 New Portville Road** **Newportville, PA 19052** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115979** | | Warranty | | | | | | |
| **Brent Cohen** **1817 Washington Lane** **Meadowbrook, PA 19046** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085159** | | Warranty | | | | | | |
| **Brent Dougherty** **202 Pearl Street** **Franklin, TN 37064** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099252** | | Warranty | | | | | | |
| **Brent F Girardeau** **643 Huffine Manor Circle** **Franklin, TN 37067** | - | | | | | | | |
| | | | | | | | | 1,205.08 |
| Account No. **5065576** | | Warranty | | | | | | |
| **Brent Heisner** **33094 North Mesquite Court** **Queen Creek, AZ 85242** | - | | | | | | | |
| | | | | | | | | 528.19 |

Sheet no.**462** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **1,733.27**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5098283** | | | | Warranty | | | | |
| **Brent Hugus** **12352 Beaver Creek** **Salem, OH 44460** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124265** | | | | Warranty | | | | |
| **Brent Jones** **24 Rabbit Run Lane** **Glenmoore, PA 19343** | - | | | | | | | |
| | | | | | | | | 2,593.45 |
| Account No. **5112833** | | | | Warranty | | | | |
| **Brent L  Smith** **1405 Marlboro Avenue** **Pittsburgh, PA 15221** | - | | | | | | | |
| | | | | | | | | 1,229.78 |
| Account No. **5107961** | | | | Warranty | | | | |
| **Brent Laney** **P.O. Box 2553** **Crested Butte, CO 81224** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113078** | | | | Warranty | | | | |
| **Brent Lee Rumberger** **351 Pine Hill Road** **Carlisle, PA 17013** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **463** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,823.23

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5077543** | | | | **Warranty** | | | | |
| **Brent Long** **7655 Mottice Drive** **Waynesburg, OH 44688** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108398** | | | | **Warranty** | | | | |
| **Brent M Davis** **13420 N 35th Street** **Phoenix, AZ 85032** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108692** | | | | **Warranty** | | | | |
| **Brent N Rexen** **5624 Stoneway Trail** **Nashville, TN 37209** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5094340** | | | | **Warranty** | | | | |
| **Brent P Damron** **5239 Loeffler Drive** **Groveport, OH 43125** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5098144** | | | | **Warranty** | | | | |
| **Brent Schurman** **7851 Heaton Way** **Nashville, TN 37211** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **464** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105123** | | | Warranty | | | | |
| **Brent W Price** **3705 Deerfield Cove** **Bartlett, TN 38135** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5063325** | | | Warranty | | | | |
| **Brent Warden** **25325 Stoneburner Road** **Quaker City, OH 43773** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5074398** | | | Warranty | | | | |
| **Bret Barnhizer** **1260 Boardman Canfield Rd** **Boardman, OH 44512** | - | | | | | | |
| | | | | | | | 165.00 |
| Account No. **5112936** | | | Warranty | | | | |
| **Bret L Harris** **1608 Annie Lane** **Columbia, TN 38401** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130551** | | | Warranty | | | | |
| **Bret Luxeuil** **320 Lisbon Road** **Salem, OH 44460** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**465** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**165.00**

In re   **Great Lakes Warranty Corporation**       ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5114724** | | | | **Warranty** | | | | |
| **Bret M Grider** **2070 Cambridge** **Emporia, KS 66801** | - | | | | X | X | | 0.00 |
| Account No. **5115520** | | | | **Warranty** | | | | |
| **Bret Peckenschneider** **PO Box 159** **Myerstown, PA 17067** | - | | | | X | X | | 0.00 |
| Account No. **5103334** | | | | **Warranty** | | | | |
| **Bret Thompson** **5335 Dueber Ave SW** **Canton, OH 44706** | - | | | | X | X | | 0.00 |
| Account No. **5095111** | | | | **Warranty** | | | | |
| **Brett A Morgan** **510 Perkins Avenue** **Akron, OH 44304** | - | | | | X | X | | 0.00 |
| Account No. **5090849** | | | | **Warranty** | | | | |
| **Brett Blottiaux** **18518 Wetherill Road** **Monument, CO 80132** | - | | | | X | X | | 0.00 |

Sheet no.**466** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          Subtotal
    (Total of this page)     **0.00**

In re   **Great Lakes Warranty Corporation**                                      ,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129972 | | | | Warranty | | | | |
| Brett Brown 3714 Wexford Run Rd Wexford, PA 15090 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099873 | | | | Warranty | | | | |
| Brett Dunhoft 626 Park Ridge Drive Mechanicsburg, PA 17055 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092136 | | | | Warranty | | | | |
| Brett Fortna 421 Hillcrest Drive Jonestown, PA 17038 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099812 | | | | Warranty | | | | |
| Brett Hilton PO Box 1281 Florence, AZ 85232 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5044822 | | | | Warranty | | | | |
| Brett K Berry 21 Cove Run Spartansburg, SC 29302 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **467** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5066453** | | | | | Warranty | | | | |
| **Brett Leinard** **5006 Idaho Avenue** **Nashville, TN 37209** | - | | | | | X | X | | 0.00 |
| Account No. **5089343** | | | | | Warranty | | | | |
| **Brett M Chadwick** **232 Lickdale Rd** **Jonestown, PA 17038** | - | | | | | X | X | | 0.00 |
| Account No. **5094242** | | | | | Warranty | | | | |
| **Brett M DeHaven** **608 Brown Street** **West Mansfield, OH 43358** | - | | | | | X | X | | 0.00 |
| Account No. **5088431** | | | | | Warranty | | | | |
| **Brett M McClafferty** **9761 South Delmonte** **Streetsboro, OH 44241** | - | | | | | X | X | | 0.00 |
| Account No. **5064679** | | | | | Warranty | | | | |
| **Brett Marsh** **618 Maryann Avenue** **Ridgecrest, CA 93555** | - | | | | | X | X | | 0.00 |

Sheet no. **468** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5109466** | | | | **Warranty** | | | | |
| **Brett Middlebrook**<br>**2121 West Main St  No2030**<br>**Mesa, AZ 85201** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120443** | | | | **Warranty** | | | | |
| **Brett R Biggs**<br>**4726 Kathi Dr**<br>**Bethlehem, PA 18017** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125784** | | | | **Warranty** | | | | |
| **Brett Radigan**<br>**217 Easterly Pkwy #G9**<br>**State College, PA 16801** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5070014** | | | | **Warranty** | | | | |
| **Brett Reiss**<br>**1452 E Desert Vista**<br>**Scottsdale, AZ 85262** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111886** | | | | **Warranty** | | | | |
| **Brett Shapiro**<br>**125 Amherst Way**<br>**Nashville, TN 37221** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**469** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5125541** | | - | | **Warranty** | | | | |
| **Brett Stevens** **5715 W. Robb Lane** **Glendale, AZ 85310** | | | | | | | | **412.30** |
| Account No. **5115596** | | - | | **Warranty** | X | X | | |
| **Brett T Seroka** **22 Columbus Street  Apt 16** **Belle Vernon, PA 15012** | | | | | | | | **0.00** |
| Account No. **5110404** | | - | | **Warranty** | X | X | | |
| **Brett Weiss** **42405 N Crosswater Way** **Anthem, AZ 85056** | | | | | | | | **0.00** |
| Account No. **5130050** | | - | | **Warranty** | X | X | | |
| **Brett Wilson** **2763 Ironwood Street** **Cuyahoga Falls, OH 44221** | | | | | | | | **0.00** |
| Account No. **5095038** | | - | | **Warranty** | X | X | | |
| **Brian  Andrews** **1080 New Salem Rd** **New Salem, PA 15468** | | | | | | | | **0.00** |

Sheet no.**470** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**412.30**

In re **Great Lakes Warranty Corporation**         Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5087878** | | | | | **Warranty** | | | | |
| **Brian Carlson** **2318 Stevenson Drive** **Xenia, OH 44131** | - | | | | | X | X | | 0.00 |
| Account No. **5116896** | | | | | **Warranty** | | | | |
| **Brian Davis** **1802 Brownsville Road Apt 2** **Pittsburgh, PA 15210** | - | | | | | X | X | | 0.00 |
| Account No. **5131795** | | | | | **Warranty** | | | | |
| **Brian Feeley** **4565 Penacook Avenue** **Easton, PA 18045** | - | | | | | X | X | | 0.00 |
| Account No. **5109463** | | | | | **Warranty** | | | | |
| **Brian Grout** **29861 E Mountain View** **Wellton, AZ 85356** | - | | | | | X | X | | 0.00 |
| Account No. **5110712** | | | | | **Warranty** | | | | |
| **Brian Jellison** **1751 Clearbrooke Drive** **Stow, OH 44224** | - | | | | | X | X | | 0.00 |

Sheet no. **471** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5120573** | | | | **Warranty** | | | | |
| **Brian Johnson** **216 Transom Court** **Gaston, SC 29053** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5097466** | | | | **Warranty** | | | | |
| **Brian Lecrone** **1156 Greenwood St** **Bellefontaine, OH 43311** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086913** | | | | **Warranty** | | | | |
| **Brian Liming** **3070 Hussey Road** **Jamestown, OH 45335** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121948** | | | | **Warranty** | | | | |
| **Brian McCoy** **5 Sea Grape Lane** **Ocean View, NJ 08230** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115865** | | | | **Warranty** | | | | |
| **Brian Morgan** **20 Scott Drive Apt B** **Dravosburg, PA 15034** | - | | | | | | | |
| | | | | | | | | **241.62** |

Sheet no. **472** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **241.62**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5114806 | | | | Warranty | | | | |
| Brian Nagle 65 Yellowood Drive Levittown, PA 19657 | | - | | | X | X | | 0.00 |
| Account No. 5077955 | | | | Warranty | | | | |
| Brian O Connor 1702 E Highland Avenue Phoenix, AZ 85016 | | - | | | | | | 1,252.69 |
| Account No. 5115010 | | | | Warranty | | | | |
| Brian OHare 2400 E Farragut Avenue  Second Floor Bristol, PA 19007 | | - | | | X | X | | 0.00 |
| Account No. 5123503 | | | | Warranty | | | | |
| Brian Pop 650 E Azure Ave  No 3055 N Las Vegas, NV 89081 | | - | | | X | X | | 0.00 |
| Account No. 5092889 | | | | Warranty | | | | |
| Brian Romancak 221 Greenbriar Dr Aurora, OH 44202 | | - | | | X | X | | 0.00 |

Sheet no. **473** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,252.69**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                          ,
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122968** | | | | **Warranty** | | | | |
| **Brian Sanders** **254 Via Francisca Dr** **Henderson, NV 89011** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093311** | | | | **Warranty** | | | | |
| **Brian Scheuring** **4270 New Holland Rd** **Mohnton, PA 19540** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112415** | | | | **Warranty** | | | | |
| **Brian Sheehan** **36 Evelyn Place** **Staten Island, NY 10305** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116077** | | | | **Warranty** | | | | |
| **Brian Ungar** **2334 Tilbury Avenue** **Pittsburgh, PA 15217** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115678** | | | | **Warranty** | | | | |
| **Brian Vukotich** **12 Hillcrest Drive** **Cecil, PA 15321** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**474** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation**        Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5048662** | | | | Warranty | | | | |
| **Brian  Walsh** **1546 Penn Ave** **Scranton, PA 18509** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124951** | | | | Warranty | | | | |
| **Brian  Woodside** **6760 Thornville Rd** **Rushville, OH 43150** | | - | | | | | | |
| | | | | | | | | **1,097.00** |
| Account No. **5128481** | | | | Warranty | | | | |
| **Brian A Booth** **RR5 Box 5708** **Saylorsburg, PA 18353** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121508** | | | | Warranty | | | | |
| **Brian A Campbell** **1745 Richboug Park Dr** **Brentwood, TN 37027** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116115** | | | | Warranty | | | | |
| **Brian A Davis** **144 Cal Drive** **Limestone, TN 37681** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**475** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **1,097.00**

In re   **Great Lakes Warranty Corporation**                    ,   Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5101933** | | | Warranty | | | | | |
| **Brian Bandyk** **3188 County Road 10** **Adena, OH 43901** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124532** | | | Warranty | | | | | |
| **Brian Bator** **5649 St Rt 82** **Newton Falls, OH 44444** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5100157** | | | Warranty | | | | | |
| **Brian Beck** **35 Lantern Road** **Lincoln, RI 02865** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086929** | | | Warranty | | | | | |
| **Brian Bell** **18210 Birwood Street** **Franklin, MI 48025** | - | | | | | | | |
| | | | | | | | | **521.75** |
| Account No. **5100826** | | | Warranty | | | | | |
| **Brian Berger** **3018 Smith Lane** **Franklin, TN 37069** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**476**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **521.75**

In re **Great Lakes Warranty Corporation**        Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5087869** | | | | Warranty | | | | |
| **Brian Bock** **3837 E Captain Dreyfus Avenue** **Phoenix, AZ 85032** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131425 | | | | Warranty | | | | |
| **Brian Bortz** **1063 Harison City Exp Rpad** **Jeanette, PA 15644** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104801 | | | | Warranty | | | | |
| **Brian Boucher** **401 Chapel Street** **Harrisville, RI 02830** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131376 | | | | Warranty | | | | |
| **Brian Bowks** **6252 Gardena Street** **Philadelphia, PA 19144** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5067229 | | | | Warranty | | | | |
| **Brian Brady** **139 Maple Street** **Dillimer, PA 15327** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**477** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re  **Great Lakes Warranty Corporation**                                    ,       Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5065203** | | **Warranty** | | | | | | | |
| **Brian Brandis** **991 Hillcrest Drive** **Macungie, PA 18062** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5113491** | | **Warranty** | | | | | | | |
| **Brian Brearey** **3702 Meadowbrook Boulevard** **University Heights, OH 44118** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5130350** | | **Warranty** | | | | | | | |
| **Brian Burton** **4638 Murray Connor Road** **Fayetteville, OH 45118** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5086899** | | **Warranty** | | | | | | | |
| **Brian C Berk** **2339 Sandalwood Court** **Twinsburg, OH 44087** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5072666** | | **Warranty** | | | | | | | |
| **Brian C Harris** **123 Rose Avenue** **Harrison City, PA 15636** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**478** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation**      Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5100165** | | | | Warranty | | | | |
| **Brian C Johnson 1938 Maine Street Lawrence, KS 66046** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098373** | | | | Warranty | | | | |
| **Brian C Lichney 774 Glen Park Road Boardman, OH 44512** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123483** | | | | Warranty | | | | |
| **Brian C Morris 810 Stratford Ave Sweetwater, TN 37874** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116047** | | | | Warranty | | | | |
| **Brian C Reaves 4960 Scottsdale Avenue Memphis, TN 38118** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073039** | | | | Warranty | | | | |
| **Brian C Schott 522 East Mahanoy Street Mahanoy City, PA 17948** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**479** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re   **Great Lakes Warranty Corporation**                  ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5069826** | | | - | **Warranty** | | | | |
| **Brian Campbell 60 Youngwood Rd Pittsburgh, PA 15228** | | | | | | | | 234.00 |
| Account No. **5113047** | | | - | **Warranty** | | | | |
| **Brian Carnes 2027 Henry Avenue SW Canton, OH 44706** | | | | | | | | 1,475.00 |
| Account No. **5130579** | | | - | **Warranty** | | X | X | |
| **Brian Carr 118 Skylark Drive Murfreeboro, TN 37129** | | | | | | | | 0.00 |
| Account No. **5062155** | | | - | **Warranty** | | X | X | |
| **Brian Clark 7851 Marv Drive Verona, PA 15147** | | | | | | | | 0.00 |
| Account No. **5088914** | | | - | **Warranty** | | X | X | |
| **Brian Clemons 335 Park Avenue New Castle, PA 16101** | | | | | | | | 0.00 |

Sheet no.**480** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **1,709.00**

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5127369 | | | | Warranty | | | | |
| Brian Cooney 14234 N. 51st Street Scottsdale, AZ 85254 | | - | | | | | | 615.00 |
| Account No. 5113041 | | | | Warranty | | | | |
| Brian Cooper 23 Aberdale Lane Sicklerville, NJ 08081 | | - | | | X | X | | 0.00 |
| Account No. 5114223 | | | | Warranty | | | | |
| Brian Cracraft 2308 E Encanto Street Mesa, AZ 85202 | | - | | | X | X | | 0.00 |
| Account No. 5059398 | | | | Warranty | | | | |
| Brian Cradick 2440 Gaylord St Denver, CO 80205 | | - | | | | | | 1,484.13 |
| Account No. 5114003 | | | | Warranty | | | | |
| Brian D Chase 7240 West Lake Rd Fairview, PA 16416 | | - | | | X | X | | 0.00 |

Sheet no. **481** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    2,099.13

In re **Great Lakes Warranty Corporation**                                     ,     Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5071596 | | | | Warranty | | | | |
| Brian D Grieves 58454 Claysville Rd Cambridge, OH 43725 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104094 | | | | Warranty | | | | |
| Brian D Heldenbrand 303 Leonard Avenue Massillon, OH 44646 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5094987 | | | | Warranty | | | | |
| Brian D Klein 14321 Murray Road Union City, PA 16438 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122358 | | | | Warranty | | | | |
| Brian D Putt 255 Brickchurch Rd Enola, PA 17025 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5068510 | | | | Warranty | | | | |
| Brian Daniels 2456 Joyce Lane Okeona, OH 45053 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **482** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __Great Lakes Warranty Corporation_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124326** | | | Warranty | | | | |
| **Brian Dean**<br>**3840 Old Logan Road**<br>**Lancaster, OH 43130** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119077** | | | Warranty | | | | |
| **Brian Dillon**<br>**2163 Tope Rd**<br>**New Cumberland, WV 26047** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120650** | | | Warranty | | | | |
| **Brian E Blanda**<br>**2167 Penguin Ave**<br>**Akron, OH 44319** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5090085** | | | Warranty | | | | |
| **Brian E Coe**<br>**111 McLaughlin Avenue**<br>**Adena, OH 43901** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108646** | | | Warranty | | | | |
| **Brian E Crow**<br>**1117 Marshall Street**<br>**McMechen, WV 26040** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**483**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5098114** | | | | **Warranty** | | | | |
| **Brian E Murriel** **125 Blueberry Lane** **Inman, SC 29349** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129538** | | | | **Warranty** | | | | |
| **Brian E Perkins** **17444 Donation Rd** **Corry, PA 16407** | - | | | | | | | |
| | | | | | | | | **1,014.02** |
| Account No. **5093046** | | | | **Warranty** | | | | |
| **Brian Edgar** **62820 Broadmoor Circle** **Washington, MI 48094** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5071558** | | | | **Warranty** | | | | |
| **Brian F Burke** **1546 Oak Lane** **Ashtabula, OH 44004** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110650** | | | | **Warranty** | | | | |
| **Brian Farrell** **1259 Tampa Avenue** **Akron, OH 44314** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **484** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,014.02**

In re **Great Lakes Warranty Corporation** ,   Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5074634 | | | | Warranty | | | | |
| Brian Fernando 5933 W Desert Cove Avenue Glendale, AZ 85304 | | - | | | X | X | | 0.00 |
| Account No. 5130176 | | | | Warranty | | | | |
| Brian Fike 551 Brady Road Marion Center, PA 15759 | | - | | | X | X | | 0.00 |
| Account No. 5125669 | | | | Warranty | | | | |
| Brian Fischer Jr. 712 Pilgrim Plaza Cape May, NJ 08204 | | - | | | X | X | | 0.00 |
| Account No. 5112651 | | | | Warranty | | | | |
| Brian Flechs 12030 W Yuma St Avondale, AZ 85323 | | - | | | X | X | | 0.00 |
| Account No. 5104163 | | | | Warranty | | | | |
| Brian Francis 1015 Fourth Street Hiller, PA 15444 | | - | | | X | X | | 0.00 |

Sheet no. **485** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                            Subtotal
            (Total of this page)        0.00

In re **Great Lakes Warranty Corporation**                              Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130529** | | | | **Warranty** | | | | |
| **Brian Friedman 24107 E Baintree Road Beachwood, OH 44122** | - | | | | | | | 175.00 |
| Account No. **5116309** | | | | **Warranty** | | | | |
| **Brian Fung 3915 Gibsonia Road Gibsonia, PA 15044** | - | | | | X | X | | 0.00 |
| Account No. **5130677** | | | | **Warranty** | | | | |
| **Brian Furedi Jr 955 Center St Sheppton, PA 18248** | - | | | | X | X | | 0.00 |
| Account No. **5087930** | | | | **Warranty** | | | | |
| **Brian G Handley 355 Locust Street Steelton, PA 17113** | - | | | | X | X | | 0.00 |
| Account No. **5087245** | | | | **Warranty** | | | | |
| **Brian G Myers 1445 Chestnut Avenue Gloucester City, NJ 08030** | - | | | | | | | 261.72 |

Sheet no. **486** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 436.72

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5126725** <br><br> **Brian Galbraith** <br> **603 Woodward Avenue** <br> **Kittanning, PA 16201** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5124443** <br><br> **Brian Gaul** <br> **3406 N 3rd Ave** <br> **Phoenix, AZ 85021** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5066797** <br><br> **Brian Goodyke** <br> **4263 E Gleneagle Dr** <br> **Chandler, AZ 85249** | - | | | **Warranty** | | | | 901.33 |
| Account No. **5126373** <br><br> **Brian Gorby** <br> **15330 Mock Road** <br> **Berlin Center, OH 44401** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5130484** <br><br> **Brian Gower** <br> **2144 Paganini** <br> **Henderson, NV 89052** | - | | | **Warranty** | X | X | | 0.00 |

Sheet no.**487** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

901.33

In re   **Great Lakes Warranty Corporation**                                      ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5103129** | | Warranty | | | | | | | |
| **Brian Grubbs** **10030 Oxley Road** **Athens, OH 45701** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5124688** | | Warranty | | | | | | | |
| **Brian Hanlon** **9044 Federal Road** **Cutler, OH 45724** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5126771** | | Warranty | | | | | | | |
| **Brian Hanna** **7543 Parkview Rd.** **Upper Darby, PA 19082** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5071337** | | Warranty | | | | | | | |
| **Brian Harmon** **PO Box 65** **Port Crane, NY 13833** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5103232** | | Warranty | | | | | | | |
| **Brian Harr** **5918 Main Road** **Bedford, PA 15522** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**488** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                              ,      Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5088018** | | | Warranty | | | | |
| **Brian Heiman** **5111 S Meridian** **Wichita, KS 67217** | - | | | | | | 735.60 |
| Account No. **5131819** | | | Warranty | | | | |
| **Brian Hensley** **10643 Long John Silver** **Hillsboro, OH 45133** | - | | | X | X | | 0.00 |
| Account No. **5097489** | | | Warranty | | | | |
| **Brian Hirte** **150 Indian Cove Lane** **Ponte Vedra Beach, FL 32082** | - | | | | | | 1,012.39 |
| Account No. **5132121** | | | Warranty | | | | |
| **Brian Hollabaugh** **1293 Shelton Road** **Salem, OH 44460** | - | | | X | X | | 0.00 |
| Account No. **5124286** | | | Warranty | | | | |
| **Brian Hudson** **135 Angena Drive** **Pittsburgh, PA 15205** | - | | | X | X | | 0.00 |

Sheet no. **489** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     1,747.99

In re   **Great Lakes Warranty Corporation**         ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099231** | | | | **Warranty** | | | | |
| **Brian Hunsinger** **384 Black Bear Drive** **Catawissa, PA 17820** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5068293** | | | | **Warranty** | | | | |
| **Brian Hurley** **204 Pebble Creek Road** **Columbia, SC 29201** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099927** | | | | **Warranty** | | | | |
| **Brian J Allen** **1800 Freeport Road** **Arnold, PA 15068** | - | | | | | | | |
| | | | | | | | | 284.25 |
| Account No. **5121969** | | | | **Warranty** | | | | |
| **Brian J Byrd** **1906 Windy Creek Way** **New Albany, IN 47150** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117276** | | | | **Warranty** | | | | |
| **Brian J Murphy** **279 Nelson Run Road** **Pittsburgh, PA 15237** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **490** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                  **284.25**
(Total of this page)

In re  **Great Lakes Warranty Corporation**                          ,  Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5109261** | | | | | **Warranty** | | | | |
| **Brian J Paroda** **149 Grange Road** **McClellandtown, PA 15458** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5078166** | | | | | **Warranty** | | | | |
| **Brian Janko** **253 Moore Rd** **Avon Lake, Oh 44012** | - | | | | | | | | |
| | | | | | | | | | **1,090.57** |
| Account No. **5076388** | | | | | **Warranty** | | | | |
| **Brian Jarvis** **8440 E Rosewood Lane** **Scottsdale, AZ 85251** | - | | | | | | | | |
| | | | | | | | | | **378.69** |
| Account No. **5107841** | | | | | **Warranty** | | | | |
| **Brian Johnston** **70 Keswick Avenue** **Pittsburgh, PA 15202** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5115642** | | | | | **Warranty** | | | | |
| **Brian Joseph** **4778 Tillamook** **Lima, OH 45805** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**491**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **1,469.26**

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5121715** | | | | Warranty | | | | |
| **Brian Joy** **6197 Stae Route 45** **Lisbon, OH 44432** | - | | | | X | X | | 0.00 |
| Account No. **5110835** | | | | Warranty | | | | |
| **Brian K Doyle** **317 Denny Road** **Uniontown, PA 15401** | - | | | | X | X | | 0.00 |
| Account No. **5116996** | | | | Warranty | | | | |
| **Brian K English** **93 Crowsfoot Lane** **Morrisdale, PA 16858** | - | | | | X | X | | 0.00 |
| Account No. **5089647** | | | | Warranty | | | | |
| **Brian K Flowers** **5681 Howard Price Road** **Glouster, OH 45732** | - | | | | X | X | | 0.00 |
| Account No. **5128279** | | | | Warranty | | | | |
| **Brian K James Jr** **87 North Third St  Apt 2D** **Shelby, OH 44875** | - | | | | X | X | | 0.00 |

Sheet no.__**492**___ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

In re **Great Lakes Warranty Corporation**,                    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5073109 | | | | Warranty | | | | |
| Brian K McRill 213 Penn Brooke Findlay, OH 45840 | - | | | | X | X | | 0.00 |
| Account No. 5118759 | | | | Warranty | | | | |
| Brian K Porter 200 Hopewell Rd White, PA 15490 | - | | | | X | X | | 0.00 |
| Account No. 5058130 | | | | Warranty | | | | |
| Brian Kibler 4808 Highpoint Drive Marietta, GA 30066 | - | | | | X | X | | 0.00 |
| Account No. 5104866 | | | | Warranty | | | | |
| Brian Kinner 729 Industry Road Buena Vista, PA 15018 | - | | | | X | X | | 0.00 |
| Account No. 5093215 | | | | Warranty | | | | |
| Brian L Brown 2153 Panther Vallet Rd Pottsville, PA 17901 | - | | | | X | X | | 0.00 |

Sheet no. **493** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re     **Great Lakes Warranty Corporation**
_____,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5116877 | | | | Warranty | | | | |
| Brian L Dansie 5642 Valencia Park Boulevard Hilliard, OH 43026 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132668 | | | | Warranty | | | | |
| Brian L Dries 606 Parkway Road Allentown, PA 18104 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117246 | | | | Warranty | | | | |
| Brian L Gillen 56 Grace Street  PO Box 137 Ramey, PA 16671 | - | | | | | | | |
| | | | | | | | | 424.20 |
| Account No. 5093221 | | | | Warranty | | | | |
| Brian L Harris 1528 Nathaniel Drive Cincinatti, OH 45240 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099384 | | | | Warranty | | | | |
| Brian L Shaffer 336 River Avenue Masontown, PA 15461 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **494**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

424.20

In re **Great Lakes Warranty Corporation** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127393** | | | **Warranty** | | | | |
| **Brian L Stewart 224 Grant St Greensburg, PA 15601** | - | | | X | X | | 0.00 |
| Account No. **5090423** | | | **Warranty** | | | | |
| **Brian L Uphold 3502 Eleventh Street SW Canton, OH 44710** | - | | | | | | 0.00 |
| Account No. **5104191** | | | **Warranty** | | | | |
| **Brian L Woodrum 2634 Dees Street Streetsboro, OH 44241** | - | | | X | X | | 0.00 |
| Account No. **5091542** | | | **Warranty** | | | | |
| **Brian Lawson 3921 Valleybrook Drive S Englewood, OH 45322** | - | | | X | X | | 0.00 |
| Account No. **5106289** | | | **Warranty** | | | | |
| **Brian Lee Hannon 2254 W Plata Avenue Mesa, AZ 85202** | - | | | X | X | | 0.00 |

Sheet no. **495** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   0.00

In re   **Great Lakes Warranty Corporation**              ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5098141** | | | Warranty | | | | |
| **Brian Lessin** **95-2 Glazebrock Road. Unit F2** **Killington, VT 05751** | - | | | X | X | | 0.00 |
| Account No. 5110043 | | | Warranty | | | | |
| **Brian Lucas** **274 Shasta Drive** **Pittsburgh, PA 15239** | - | | | X | X | | 0.00 |
| Account No. 5125510 | | | Warranty | | | | |
| **Brian Lundgren** **1216 Leecrest Street NW** **Massillon, OH 44646** | - | | | X | X | | 0.00 |
| Account No. 5088345 | | | Warranty | | | | |
| **Brian M Bacon** **972 East Chester Drive** **Gahanna, OH 43230** | - | | | X | X | | 0.00 |
| Account No. 5109913 | | | Warranty | | | | |
| **Brian M Gongloff** **3212 Ben Franklin Highway** **Ebensburg, PA 15931** | - | | | X | X | | 0.00 |

Sheet no.**496** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5113892** | | | | **Warranty** | | | | |
| **Brian Mantor** **10310 Seminole** **Piqua, OH 45356** | - | | | | X | X | | 0.00 |
| Account No. **5131783** | | | | **Warranty** | | | | |
| **Brian Mazzola** **3820 Bowers Hollow** **North Las Vegas, NV 89085** | - | | | | X | X | | 0.00 |
| Account No. **5092321** | | | | **Warranty** | | | | |
| **Brian McGirr** **5899 Elm Street** **Andover, OH 44003** | - | | | | | | | 336.00 |
| Account No. **5071024** | | | | **Warranty** | | | | |
| **Brian Michaels** **425 Cedar Ridge Ct** **Oldsmar, FL 34677** | - | | | | X | X | | 0.00 |
| Account No. **5132199** | | | | **Warranty** | | | | |
| **Brian Miller** **2424 Martindale Road** **Marrianna, PA 15345** | - | | | | X | X | | 0.00 |

Sheet no.**497** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

336.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5070654** | | Warranty | | | | | | |
| **Brian Moorman 3315 St Rt 219 Coldwater, OH 45828** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132456** | | Warranty | | | | | | |
| **Brian Morici 8305 Wildwood Glen Las Vegas, NV 89131** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131611** | | Warranty | | | | | | |
| **Brian Morrison 12305 South Hills Drive Reno, NV 89511** | - | | | | | | | |
| | | | | | | | | 80.95 |
| Account No. **5130789** | | Warranty | | | | | | |
| **Brian Motz 4006 4th Street NE Canton, OH 44704** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122553** | | Warranty | | | | | | |
| **Brian N Smith 729 Leafy Bend Ct Lexington, SC 29073** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **498** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

80.95

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130851** | | | Warranty | | | | |
| **Brian O Kinney** **2757 Axe Factory Rd** **Philadelphia, PA 19152** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5116444** | | | Warranty | | | | |
| **Brian O Scruggs** **3988 Karl Rd  Apt #48** **Columbus, OH 43224** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121214** | | | Warranty | | | | |
| **Brian Opaska** **430 Spring St** **New Kensington, PA 15038** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108995** | | | Warranty | | | | |
| **Brian P Benyo** **14 Freedom Circle** **Hazleton, PA 18201** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5090084** | | | Warranty | | | | |
| **Brian P Coleman** **70560 Chermont Road** **Bridgeport, OH 43912** | - | | | | | | |
| | | | | | | | 1,196.00 |

Sheet no. **499** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        1,196.00

In re __Great Lakes Warranty Corporation_____,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096992** | | | Warranty | | | | |
| **Brian P Davies** **445 Cedar Drive** **Elizabeth, PA 15037** | | - | | X | X | | 0.00 |
| Account No. **5120981** | | | Warranty | | | | |
| **Brian P McKay** **126 Center St** **Carlisle, PA 17013** | | - | | X | X | | 0.00 |
| Account No. **5123079** | | | Warranty | | | | |
| **Brian Pasquale** **1537 Indian Mtn Lake** **Albrightsville, PA 18210** | | - | | X | X | | 0.00 |
| Account No. **5129508** | | | Warranty | | | | |
| **Brian Perri** **197 Laurel Road** **Boyertown, PA 19512** | | - | | X | X | | 0.00 |
| Account No. **5101985** | | | Warranty | | | | |
| **Brian Pickler** **202 Fall Street** **Nashville, TN 37206** | | - | | X | X | | 0.00 |

Sheet no.**500**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125588** | | | **Warranty** | | | | |
| **Brian Piekut** **1329 Samantha Way** **North Huntington, PA 15642** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5070114** | | | **Warranty** | | | | |
| **Brian Posterli** **2196 Penny Lane Ct** **Youngstown, OH 44515** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111597** | | | **Warranty** | | | | |
| **Brian Pottoroff** **7749 Spanish Moss Lane** **Prescott Valley, AZ 86314** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126733** | | | **Warranty** | | | | |
| **Brian Powers** **135 South 13th Street** **Pittsburgh, PA 15203** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5062571** | | | **Warranty** | | | | |
| **Brian Priest** **82 Linda Drive  #19** **Mechanicsburg, PA 17050** | - | | | | | | |
| | | | | | | | 580.76 |

Sheet no. **501** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     580.76

In re **Great Lakes Warranty Corporation** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5107890 | | | | Warranty | | | | |
| Brian R Bauman 443 Winthrop Drive Lancaster, PA 17603 | - | | | | X | X | | 0.00 |
| Account No. 5124171 | | | | Warranty | | | | |
| Brian R Lawton 1409 West Walnut St Coal Township, PA 17866 | - | | | | X | X | | 0.00 |
| Account No. 5096395 | | | | Warranty | | | | |
| Brian R Speer 5024 Kincannon Drive Nashville, TN 37220 | - | | | | X | X | | 0.00 |
| Account No. 5130237 | | | | Warranty | | | | |
| Brian Rause 2719 7th Street PO Box 253 Wyano, PA 15695 | - | | | | | | | 157.99 |
| Account No. 5100522 | | | | Warranty | | | | |
| Brian Rosati 35 Saddlers Run Ormond Beach, FL 32174 | - | | | | X | X | | 0.00 |

Sheet no.**502** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   157.99

In re  **Great Lakes Warranty Corporation**
_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5086626** | | | | **Warranty** | | | | |
| **Brian Ruddock** **672 Rt 119 Highway N** **Indiana, PA 15701** | - | | | | | | | |
| | | | | | | | | **345.48** |
| Account No. **5097074** | | | | **Warranty** | | | | |
| **Brian S Ballard** **218 Stevens Avenue** **Lancaster, PA 17602** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123007** | | | | **Warranty** | | | | |
| **Brian S Bretz** **697 Wresley Chapel Re** **Scottdale, PA 15683** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115771** | | | | **Warranty** | | | | |
| **Brian S Matthews** **1515 Appling Walk Dr** **Cordova, TN 38016** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103463** | | | | **Warranty** | | | | |
| **Brian S McNett** **515 Railroad Street** **Stockdale, PA 15483** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**503** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**345.48**

In re **Great Lakes Warranty Corporation**                          , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5086877** | | | Warranty | | | | |
| **Brian S Morris** **54 B Hawthorne Lane** **Bidwell, OH 45614** | | - | | X | X | | 0.00 |
| Account No. **5089504** | | | Warranty | | | | |
| **Brian S Tokar** **6900 Prospect Avenue** **Pittsburgh, PA 15202** | | - | | | | | 406.50 |
| Account No. **5116789** | | | Warranty | | | | |
| **Brian S Wagner** **1559 Eaton Road** **Berkley, MI 48072** | | - | | X | X | | 0.00 |
| Account No. **5070601** | | | Warranty | | | | |
| **Brian Shaffer** **315 Church St   PO Box 379** **McIntrye, PA 15756** | | - | | | | | 192.55 |
| Account No. **5120095** | | | Warranty | | | | |
| **Brian Short** **204 Walnuit St** **Archibold, OH 43502** | | - | | X | X | | 0.00 |

Sheet no. **504** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

599.05

In re __Great Lakes Warranty Corporation__ ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5117079 | | | Warranty | | | | |
| Brian Shourds 404 Taylor Avenue W Collingswood, NJ 08107 | - | | | X | X | | 0.00 |
| Account No. 5131104 | | | Warranty | | | | |
| Brian Shuman 232 Crescent Drive Washington, PA 15301 | - | | | X | X | | 0.00 |
| Account No. 5105734 | | | Warranty | | | | |
| Brian Shyu 2528A Wharton Street Pittsburgh, PA 15203 | - | | | X | X | | 0.00 |
| Account No. 5127968 | | | Warranty | | | | |
| Brian Siegrist 5353 Dayar Street Lowville, NY 13367 | - | | | X | X | | 0.00 |
| Account No. 5082991 | | | Warranty | | | | |
| Brian Sinnwell 2115 Fairland Avenue Bethlehem, PA 18018 | - | | | | | | 273.24 |

Sheet no. __505__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      273.24

In re  **Great Lakes Warranty Corporation**                                        ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5107215** | | | | **Warranty** | | | | |
| **Brian Smith** **221 State Route 647** **Rayland, OH 43943** | - | | | | X | X | | 0.00 |
| Account No. **5132398** | | | | **Warranty** | | | | |
| **Brian Stossel** **130 Winters Road** **Butler, PA 16002** | - | | | | X | X | | 0.00 |
| Account No. **5073104** | | | | **Warranty** | | | | |
| **Brian Stuhlmacher** **7N140 Nancy Lane** **St Charles, IL 60175** | - | | | | X | X | | 0.00 |
| Account No. **5112647** | | | | **Warranty** | | | | |
| **Brian T Pearce** **1817 State Route 83  Unit 452** **Millersburg, OH 44654** | - | | | | X | X | | 0.00 |
| Account No. **5121563** | | | | **Warranty** | | | | |
| **Brian Thomas** **33615 Saint Sharbel Court** **AVon, OH 44011** | - | | | | X | X | | 0.00 |

Sheet no. **506** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

In re **Great Lakes Warranty Corporation**                                   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5093667** | | | | | **Warranty** | | | | |
| **Brian Throneburg**<br>**2867 Brownell Avenue**<br>**Sullivans Island, SC 29482** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5087715** | | | | | **Warranty** | | | | |
| **Brian Trymbiski**<br>**5008 Ann Davis Drive**<br>**Doylestown, PA 18901** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5073219** | | | | | **Warranty** | | | | |
| **Brian Turnauer**<br>**452 N Venice Blvd**<br>**Venice, CA 90291** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5123071** | | | | | **Warranty** | | | | |
| **Brian V Gagliardo**<br>**11 Klahr Rd**<br>**Bethel, PA 19507** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5059967** | | | | | **Warranty** | | | | |
| **Brian Vinsko**<br>**50 Mercedes Dr**<br>**Wilkes Barre, PA 18702** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **507** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re **Great Lakes Warranty Corporation**                                      ,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5110749 | | | | Warranty | | | | |
| Brian W Beno 3614 Pond Way White Oak, PA 15131 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102241 | | | | Warranty | | | | |
| Brian W Brown 1214 22nd Street NW Canton, OH 44709 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104991 | | | | Warranty | | | | |
| Brian W Messenger 868 Stumpville Road Jefferson, OH 44047 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5097844 | | | | Warranty | | | | |
| Brian W Veasman 1033 Caps Ridge Road Dickson, TN 37055 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106038 | | | | Warranty | | | | |
| Brian Walker PO Box 3509 Sedona, AZ 86340 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **508** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re    **Great Lakes Warranty Corporation**                                    ,      Case No. _____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5120977** | | | | Warranty | | | | |
| **Brian Werner** **419 Forest Hills Ave** **Philadelphia, PA 19116** | | - | | | X | X | | 0.00 |
| Account No. **5075279** | | | | Warranty | | | | |
| **Brian Williams Phipps** **9519 E Los Lagos Vista Avenue** **Mesa, AZ 85212** | | - | | | X | X | | 0.00 |
| Account No. **5129100** | | | | Warranty | | | | |
| **Brian Winters** **633 Ross Mountain Park** **Ligonier, PA 15658** | | - | | | X | X | | 0.00 |
| Account No. **5104305** | | | | Warranty | | | | |
| **Brian Wright** **850 Tyne Boulevard** **Nashville, TN 37220** | | - | | | | | | 443.58 |
| Account No. **5124361** | | | | Warranty | | | | |
| **Briana Hernandez** **4617 E 9th** **Tucson, AZ 85711** | | - | | | X | X | | 0.00 |

Sheet no.**509** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                443.58

In re **Great Lakes Warranty Corporation**                    ,          Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126950** | | | **Warranty** | | | | |
| **Brianlee Wiltrout**<br>**2415 Sapling Drive**<br>**Glenshaw, PA 15116** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5110393** | | | **Warranty** | | | | |
| **Brianna Bruno**<br>**2008 W Nadine Way**<br>**Phoenix, AZ 85085** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5098946** | | | **Warranty** | | | | |
| **Brianne Mangini**<br>**122 Seventeenth Avenue**<br>**Belmar, NJ 07719** | - | | | | | | |
| | | | | | | | **1,550.00** |
| Account No. **5126859** | | | **Warranty** | | | | |
| **Brianne Merritt**<br>**448 Laurel Street**<br>**Scranton, PA 18508** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5128599** | | | **Warranty** | | | | |
| **Brianne Moore**<br>**114 Washington Avenue**<br>**Ephrata, PA 17522** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**510** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                    **1,550.00**
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5107742** | | | Warranty | | | | |
| **Brianne N Turner 1236 Beverly Drive Union City, IN 47390** | - | | | X | X | | 0.00 |
| Account No. **5114831** | | | Warranty | | | | |
| **Brianne Will 32 Park Avenue Shelby, OH 44875** | - | | | X | X | | 0.00 |
| Account No. **5112856** | | | Warranty | | | | |
| **Bridget Goodwin 735 Indian Trail Road Blair, SC 29015** | - | | | X | X | | 0.00 |
| Account No. **5101443** | | | Warranty | | | | |
| **Bridget M Porco 610 10th St Oakmont, PA 15139** | - | | | X | X | | 0.00 |
| Account No. **5124569** | | | Warranty | | | | |
| **Bridget Martinez 516 North 105th Place Mesa, AZ 85207** | - | | | X | X | | 0.00 |

Sheet no. **511** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**                                                    ,   Case No. _____
_____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5127453 | | | | Warranty | | | | |
| Bridget McGuire 221 Roman Empire Avenue Las Vegas, NV 89031 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128038 | | | | Warranty | | | | |
| Bridgett Baney 672 Tiffany Nicole Lane Lexington, TN 38350 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113016 | | | | Warranty | | | | |
| Bridgett Samba 4308 Crystal View Cove Memphis, TN 38141 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128712 | | | | Warranty | | | | |
| Brie Mingo 600 Artisan Way Trenton, NJ 08618 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5071324 | | | | Warranty | | | | |
| Brigid A Carpenter 218 Fairfax Ave Nashville, TN 37212 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **512**  of  **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                   0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095837** | | | Warranty | | | | |
| **Brigitte Y Strickland**<br>**4531 Worth 5 Street**<br>**Philadelphia, PA 19124** | - | | | | | | |
| | | | | | | | 4.30 |
| Account No. **5118058** | | | Warranty | | | | |
| **Brijewdna Singh**<br>**848 Carriage Rd**<br>**Pittsburgh, PA 00018-5220** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5089919** | | | Warranty | | | | |
| **Brillante M Cloud**<br>**4603 Via Vista Circle**<br>**Huntington Beach, CA 92649** | - | | | | | | |
| | | | | | | | 194.63 |
| Account No. **5130012** | | | Warranty | | | | |
| **Brina Oscar**<br>**4635 Meadow Ridge Drive**<br>**Jackson, MS 39206** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111371** | | | Warranty | | | | |
| **Brita N Jacobs**<br>**2005 Kingston Place**<br>**Spring Hill, TN 37174** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **513** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

198.93

In re __Great Lakes Warranty Corporation__ _____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132712** | | | **Warranty** | | | | |
| **Britt Braverman** **1332 Chancellor Circle** **Bensalem, PA 19020** | - | | | X | X | | 0.00 |
| Account No. 5120745 | | | **Warranty** | | | | |
| **Brittany A  Conrad** **225 Texas Ave** **Villas, NJ 08251** | - | | | | | | 410.00 |
| Account No. 5108673 | | | **Warranty** | | | | |
| **Brittany A Lossing** **723 5th Ave East   Suite 210C** **Kalispell, MT 59901** | - | | | X | X | | 0.00 |
| Account No. 5131313 | | | **Warranty** | | | | |
| **Brittany Bach** **250 Alberta Lane** **Greensburg, PA 15601** | - | | | X | X | | 0.00 |
| Account No. 5069879 | | | **Warranty** | | | | |
| **Brittany Billing** **2511 Apache** **Sidney, OH 45365** | - | | | X | X | | 0.00 |

Sheet no.**514__** of **4906__** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                410.00
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5069233** | | | | Warranty | | | | |
| **Brittany Blevins** **763 Cty  R  Lot 48** **Crestline, OH 44827** | - | | | | X | X | | 0.00 |
| Account No. **5096686** | | | | Warranty | | | | |
| **Brittany Boitnott** **6533 Highford Drive** **Canton, OH 44626** | - | | | | X | X | | 0.00 |
| Account No. **5126973** | | | | Warranty | | | | |
| **Brittany Dunn** **509 Spring Street** **Latrobe, PA 15650** | - | | | | X | X | | 0.00 |
| Account No. **5116530** | | | | Warranty | | | | |
| **Brittany E Chester** **20199 Bramford Street** **Detroit, MI 48234** | - | | | | X | X | | 0.00 |
| Account No. **5131083** | | | | Warranty | | | | |
| **Brittany Hawk** **142 Ziegler Avenue** **Columbus, OH 43207** | - | | | | | | | 367.70 |

Sheet no. **515** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

367.70

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128606** | | | **Warranty** | | | | |
| **Brittany Heinzeroth** **220 Genteel Road** **Welsburg, WV 26070** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113650** | | | **Warranty** | | | | |
| **Brittany L Oliver** **913 Center Street  Apt 407** **McKeesport, PA 15134** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5090763** | | | **Warranty** | | | | |
| **Brittany L Robinson** **104 Kelly Court** **Culleoka, TN 38451** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107297** | | | **Warranty** | | | | |
| **Brittany Little** **198 B North Fork Road** **Weirton, WV 26062** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113996** | | | **Warranty** | | | | |
| **Brittany M Deutsch** **3841 Wood Street** **Erie, PA 16509** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**516**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119788 <br><br> Brittany N Halaja <br> 5930 Heckert Rd <br> Bakerstown, PA 15007 | | - | | Warranty | | | | 509.69 |
| Account No. 5092596 <br><br> Brittany N Jones <br> 4050 Railroad Street <br> New Marshfield, OH 45766 | | - | | Warranty | X | X | | 0.00 |
| Account No. 5096718 <br><br> Brittany Patterson <br> 3478 S Eucalyptus <br> Chandler, AZ 85249 | | - | | Warranty | X | X | | 0.00 |
| Account No. 5113728 <br><br> Brittany Pond <br> 110 E Weatogue Street <br> Sinsbury, CT 06070 | | - | | Warranty | | | | 788.00 |
| Account No. 5123167 <br><br> Brittany Shelton <br> 306 Pope St <br> Athens, TN 37303 | | - | | Warranty | X | X | | 0.00 |

Sheet no.**517** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 1,297.69

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re **Great Lakes Warranty Corporation** ,　　　Case No. _____
　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5122924** | | | | **Warranty** | | | | |
| **Brittany Swartz** **137 West 7th Ave** **Tarentum, PA 15084** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128847** | | | | **Warranty** | | | | |
| **Brittany Woods** **5629 Pathway Circle** **Memphis, TN 38115** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131187** | | | | **Warranty** | | | | |
| **Brittney Agliano** **426 Moyer Road** **Pottstown, PA 19464** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109537** | | | | **Warranty** | | | | |
| **Brittny L Gee** **18 Glenbrook Drive** **Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132637** | | | | **Warranty** | | | | |
| **Brittny M Koharcheck** **600 S 10th Street** **Reading, PA 19602** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**518** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　**0.00**

In re **Great Lakes Warranty Corporation**,      Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132545** | | | Warranty | | | | |
| **Brittney Nicole Shaffer** **219 W Main Street** **Reynoldsville, PA 15851** | - | | | X | X | | 0.00 |
| Account No. **5115464** | | | Warranty | | | | |
| **Brittney Petitjean** **1901 Covington Avenue Apt 38** **Piqua, OH 45356** | - | | | X | X | | 0.00 |
| Account No. **5082152** | | | Warranty | | | | |
| **Brittney Trigg** **1550 E Thunderbird Road #3031** **Phoenix, AZ 85022** | - | | | X | X | | 0.00 |
| Account No. **5132782** | | | Warranty | | | | |
| **Brittni Martinez** **2881 North Ranch Drive Apt2046** **Las Vegas, NV 89030** | - | | | X | X | | 0.00 |
| Account No. **5128833** | | | Warranty | | | | |
| **Britton Porter** **3877 Charbon Lane** **Bartlett, TN 38133** | - | | | X | X | | 0.00 |

Sheet no.**519** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5106490** | | | **Warranty** | | | | |
| **Brock Covington 3728 Atkins Street Pittsburgh, PA 15212** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121718** | | | **Warranty** | | | | |
| **Brock M Bandy 511 Walden Ave Tiltonsville, OH 43963** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126983** | | | **Warranty** | | | | |
| **Broderick Haer 7214 Emerald Glen Avenue NW Canal Fulton, OH 44614** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5109993** | | | **Warranty** | | | | |
| **Broderick N Haer 6576 Ravenwood Avenue  NW Canton, OH 44718** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5109101** | | | **Warranty** | | | | |
| **Brook Elizabeth Gunnells 1024 Cobblestone Boulevard Summerville, SC 29483** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **520** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5089618** | | | | **Warranty** | | | | |
| **Brook J Dyas**<br>**1605 Amsterdam Road**<br>**Fort Wright, KY 41011** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121301 | | | | **Warranty** | | | | |
| **Brooke Blanke**<br>**1923 Altivo Dr**<br>**Henderson, NV 89074** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129099 | | | | **Warranty** | | | | |
| **Brooke Martin**<br>**3825 A Grant Street**<br>**Library, PA 15129** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120282 | | | | **Warranty** | | | | |
| **Brooke Sanders**<br>**1045 Woodbury Falls Dr**<br>**Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5085969 | | | | **Warranty** | | | | |
| **Brooke Saunders**<br>**1045 Woodbury Falls Drive**<br>**Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **521** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5101516 | | Warranty | | | | | | |
| Brooklyn E Church 2420 Pope Drive Anderson, SC 29625 | - | | | | X | X | | 0.00 |
| Account No. 5093889 | | Warranty | | | | | | |
| Brooks Hofstetter 7604 Knottingham Way Fairview, TN 37062 | - | | | | X | X | | 0.00 |
| Account No. 5095487 | | Warranty | | | | | | |
| Brooks M Odle 1859 Middlesbrough Court  Apt 4 Maumee, OH 43537 | - | | | | X | X | | 0.00 |
| Account No. 5080257 | | Warranty | | | | | | |
| Brownie R Brown PO Box 191  2131 Rock Springs Road Celina, TN 38551 | - | | | | X | X | | 0.00 |
| Account No. 5092723 | | Warranty | | | | | | |
| Bruce  Johnston PO Box 202 Hampden, MA 01036 | - | | | | X | X | | 0.00 |

Sheet no.**522**__ of **4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __**Great Lakes Warranty Corporation**_____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5078560 | | | | Warranty | | | | |
| Bruce Talbot 3214 South Fair Lane Tempe, AZ 85282 | - | | | | X | X | | 0.00 |
| Account No. 5130537 | | | | Warranty | | | | |
| Bruce West 2762 Lexington Ave NW Warren, OH 44485 | - | | | | X | X | | 0.00 |
| Account No. 5126972 | | | | Warranty | | | | |
| Bruce A Burger HC 3 Box 3425 Albrightsville, PA 18210 | - | | | | X | X | | 0.00 |
| Account No. 5119673 | | | | Warranty | | | | |
| Bruce A Gray 302 Pleasant St Lebanon, OH 45036 | - | | | | X | X | | 0.00 |
| Account No. 5127443 | | | | Warranty | | | | |
| Bruce A Stauffer 11 West View Dr Akron, PA 17504 | - | | | | X | X | | 0.00 |

Sheet no._**523**___ of _**4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**            ,    Case No. _____

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131805** | | | | **Warranty** | | | | |
| **Bruce Andrews** **27 Ridgefield Drive** **Lancaster, PA 17602** | - | | | | X | X | | 0.00 |
| Account No. **5108919** | | | | **Warranty** | | | | |
| **Bruce B Shoemaker** **147 Railroad Street** **Rushsylvania, OH 43347** | - | | | | X | X | | 0.00 |
| Account No. **5088805** | | | | **Warranty** | | | | |
| **Bruce Barland** **1515 Oriental Boulevard** **Brooklyn, NY 11235** | - | | | | X | X | | 0.00 |
| Account No. **5085332** | | | | **Warranty** | | | | |
| **Bruce DeJoy** **5146 Magnolia Pond Drive** **Sarasota, FL 34233** | - | | | | X | X | | 0.00 |
| Account No. **5106389** | | | | **Warranty** | | | | |
| **Bruce Diamond** **215 Bluegrass Drive** **Hendersonville, TN 37075** | - | | | | X | X | | 0.00 |

Sheet no. **524** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re **Great Lakes Warranty Corporation**_____,　　Case No. _____
　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5087712** | | Warranty | | | | | | |
| **Bruce Francis** **19 Whalen Ave** **Sicklerville, NJ 08081** | - | | | | X | X | | 0.00 |
| Account No. **5098201** | | Warranty | | | | | | |
| **Bruce G Berard** **1 Lawnacre Street** **North Providence, RI 02911** | - | | | | X | X | | 0.00 |
| Account No. **5127559** | | Warranty | | | | | | |
| **Bruce Groner** **3411 Northwood Ave** **Easton, PA 18045** | - | | | | | | | 2,402.50 |
| Account No. **5108139** | | Warranty | | | | | | |
| **Bruce H Segal** **1610 South Eleventh Street** **Philadelphia, PA 19148** | - | | | | X | X | | 0.00 |
| Account No. **5098671** | | Warranty | | | | | | |
| **Bruce Harris** **4344 S. 10th Avenue** **Safford, AZ 85546** | - | | | | X | X | | 0.00 |

Sheet no. **525** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**2,402.50**

In re **Great Lakes Warranty Corporation** ,                     Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5129131 | | | | | Warranty | | | | |
| Bruce Hunt 329 March Street Easton, PA 18042 | - | | | | | X | X | | 0.00 |
| Account No. 5098340 | | | | | Warranty | | | | |
| Bruce J Weaver Jr 31 Delsea Drive Westville, NJ 08093 | - | | | | | X | X | | 0.00 |
| Account No. 5128593 | | | | | Warranty | | | | |
| Bruce Kehres 3588 Spring Mill North Road Shelby, OH 44875 | - | | | | | X | X | | 0.00 |
| Account No. 5092311 | | | | | Warranty | | | | |
| Bruce Kelly 4659 E Foot Hill Drive Phoenix, AZ 85253 | - | | | | | X | X | | 0.00 |
| Account No. 5100078 | | | | | Warranty | | | | |
| Bruce Kesler 83 Cypress Point Rd Felton, PA 17322 | - | | | | | X | X | | 0.00 |

Sheet no. **526** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124624** | | | | **Warranty** | | | | |
| **Bruce Kline** **5 Longford St** **Philadelphia, PA 19136** | - | | | | X | X | | 0.00 |
| Account No. **5119753** | | | | **Warranty** | | | | |
| **Bruce L Stinson** **3936 Station Rd** **New Castle, PA 16101** | - | | | | X | X | | 0.00 |
| Account No. **5098550** | | | | **Warranty** | | | | |
| **Bruce M Thompson** **710 Division Street** **Jewell, IA 50130** | - | | | | X | X | | 0.00 |
| Account No. **5093262** | | | | **Warranty** | | | | |
| **Bruce M Unverdorben** **67 Geary Wolf Road** **Pine Grove, PA 17963** | - | | | | X | X | | 0.00 |
| Account No. **5053223** | | | | **Warranty** | | | | |
| **Bruce Mancia** **873 Edinburg Rd** **Hamilton, Nj 08690** | - | | | | X | X | | 0.00 |

Sheet no.**527** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re  **Great Lakes Warranty Corporation**                                    ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5067126** | | | **Warranty** | | | | |
| **Bruce Mendel** **32 Blythewood Road** **Doylestown, PA 18901** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5069504** | | | **Warranty** | | | | |
| **Bruce Neal** **523 Spring St** **Lancaster, OH 43130** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5124854** | | | **Warranty** | | | | |
| **Bruce Oetzel** **2271 Orhard Hill Circle** **Warrington, PA 18976** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5093801** | | | **Warranty** | | | | |
| **Bruce Peters** **11784  W Auburn Dr** **Lakewood, CO 80228** | - | | | | | | |
| | | | | | | | **278.50** |
| Account No. **5092732** | | | **Warranty** | | | | |
| **Bruce Pump** **4770 Napoleon road** **Fremont, OH 43420** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **528** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **278.50**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093343** | | | | Warranty | | | | |
| **Bruce Q Dorsey** **16980 Annesley Road** **East Liverpool, OH 43920** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116145** | | | | Warranty | | | | |
| **Bruce Reeves** **PO Box 2073** **Overton, NV 89040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5051942** | | | | Warranty | | | | |
| **Bruce Reynolds** **4105 Mt Laura Ln** **Franklin, Tn 37064** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112137** | | | | Warranty | | | | |
| **Bruce Rowe** **695 Overland Drive** **Cincinnati, OH 45226** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132104** | | | | Warranty | | | | |
| **Bruce Salzman** **2720 Kingspointe** **Quincy, IL 62305** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **529** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5091353** | | | | **Warranty** | | | | |
| **Bruce Schoolfield** **58 Comanche Drive** **Sardina, OH 45171** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097068** | | | | **Warranty** | | | | |
| **Bruce Sickel** **75 Lantern Hill Road** **Shavertown, PA 18708** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090554** | | | | **Warranty** | | | | |
| **Bruce Thompson** **305 Breckenridge** **Franklin, TN 37067** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125538** | | | | **Warranty** | | | | |
| **Bruce Tinor** **101 Conerstone Place** **Whitehall, PA 18052** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104642** | | | | **Warranty** | | | | |
| **Bruce Weikel** **424 North Fourth Street** **Sunbury, PA 17801** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**530** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                0.00
(Total of this page)

In re   **Great Lakes Warranty Corporation**                                              ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5101177** | | | | **Warranty** | | | | |
| **Brush Metcalf Jr** **3300 Burgoyne Dr** **Dayton, OH 45405** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123896** | | | | **Warranty** | | | | |
| **Bryan Field** **5276 Summer Wind Lane** **Arlington, TN 38002** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125592** | | | | **Warranty** | | | | |
| **Bryan Fischbach** **3227 Library Ave** **Cleveland, OH 44109** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122076** | | | | **Warranty** | | | | |
| **Bryan Garren** **433 Old Tavern Rd** **Hunlock Creek, PA 18621** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118221** | | | | **Warranty** | | | | |
| **Bryan Green** **37820 State Route 681** **Albany, OH 45710** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**531** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5124499 | | | | Warranty | | | | |
| Bryan Pate 1844 E Jeanne Dr Tempe, AZ 85284 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5071804 | | | | Warranty | | | | |
| Bryan Young 119 E Palomino Way Queen Creek, AZ 85243 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117238 | | | | Warranty | | | | |
| Bryan Branham 39486 Pageville Road Albany, OH 45710 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5089089 | | | | Warranty | | | | |
| Bryan Branscomb 210 Apache Dr Norway, IA 52318 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113726 | | | | Warranty | | | | |
| Bryan C Richards 848 Kennedy Street Apt #4 Carnegie, PA 15106 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **532** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re  **Great Lakes Warranty Corporation**                                                    ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127678** | | | **Warranty** | | | | |
| **Bryan Clark 6319 East Juniper Avenue Scottsdale, AZ 85254** | - | | | X | X | | 0.00 |
| Account No. **5098759** | | | **Warranty** | | | | |
| **Bryan Coles 7101 Winfield Strasburg Road  NW Strasburg, OH 44680** | - | | | X | X | | 0.00 |
| Account No. **5089746** | | | **Warranty** | | | | |
| **Bryan D Immell 1496 Alum Cliff Road Chillicothe, OH 45601** | - | | | X | X | | 0.00 |
| Account No. **5089324** | | | **Warranty** | | | | |
| **Bryan D Morris 11250 Black Sheep Dr Arlington, TN 38002** | - | | | X | X | | 0.00 |
| Account No. **5126409** | | | **Warranty** | | | | |
| **Bryan Distl 1720 Shelby Ganges Road Shelby, OH 44875** | - | | | X | X | | 0.00 |

Sheet no.**533** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5090694** | | | - | | Warranty | | | | |
| **Bryan Dohner**<br>**2232 Rissermill Road**<br>**Mount Joy, PA 17552** | | | | | | | | | **1,353.30** |
| Account No. **5117781** | | | - | | Warranty | | X | X | |
| **Bryan Gerber**<br>**620 Harmon Street SW**<br>**North Canton, OH 44720** | | | | | | | | | **0.00** |
| Account No. **5103379** | | | - | | Warranty | | X | X | |
| **Bryan Gift**<br>**203 Hickory Road**<br>**Scenery Hill, PA 15360** | | | | | | | | | **0.00** |
| Account No. **5132251** | | | - | | Warranty | | X | X | |
| **Bryan Hargrove**<br>**523 Knapp Road**<br>**Charles Summit, PA 18411** | | | | | | | | | **0.00** |
| Account No. **5094074** | | | - | | Warranty | | X | X | |
| **Bryan Holland Duell**<br>**6430 N 185th Avenue**<br>**Waddell, AZ 85355** | | | | | | | | | **0.00** |

Sheet no. **534** of **4906** sheets attached to Schedule of                          Subtotal                     **1,353.30**
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)

In re **Great Lakes Warranty Corporation**        Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5098168** <br><br> **Bryan Holtzapple** <br> **1409 Skyview Circle Apt F** <br> **Harrisburg, PA 17110** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5128973** <br><br> **Bryan Hull** <br> **48 East Cochran Street** <br> **Cape May Court House, NJ 08210** | - | | **Warranty** | | | | 408.20 |
| Account No. **5098760** <br><br> **Bryan J Gore** <br> **2605 Lincolnway NW** <br> **Massillon, OH 44647** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5122763** <br><br> **Bryan J Kanzig** <br> **6710 Ganges Five Pts** <br> **Shiloh, OH 44878** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5075549** <br><br> **Bryan Jordan** <br> **708 W Bittersweet Street** <br> **Chicago, IL 60613** | - | | **Warranty** | | | | 503.49 |

Sheet no.**535** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                              Subtotal        **911.69**
                                           (Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5091612** | | | - | | **Warranty** | | | | |
| **Bryan K Duke** **1500 Kingston Springs Road** **Kingston Springs, TN 37082** | | | | | | | | | 270.21 |
| Account No. **5123245** | | | - | | **Warranty** | X | X | | |
| **Bryan K Sligh** **368 Odell Rd** **Newberry, SC 29108** | | | | | | | | | 0.00 |
| Account No. **5112269** | | | - | | **Warranty** | X | X | | |
| **Bryan Kennedy** **5130 Orchardview Drive SE** **East Canton, OH 44730** | | | | | | | | | 0.00 |
| Account No. **5129011** | | | - | | **Warranty** | | | | |
| **Bryan Khan** **623 Highland Place** **Bound Brook, NJ 08805** | | | | | | | | | 1,503.50 |
| Account No. **5093871** | | | - | | **Warranty** | | | | |
| **Bryan Kramer** **6602 Simpson Avenue** **Cincinnati, OH 45239** | | | | | | | | | 248.14 |

Sheet no. **536** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,021.85

In re **Great Lakes Warranty Corporation**                                   Case No. _____

                                                          ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5118573** | | | | **Warranty** | | | | |
| **Bryan L Sisk**<br>**422 Saulon View Dr**<br>**Bethlehem, PA 18015** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113698** | | | | **Warranty** | | | | |
| **Bryan M  Parks**<br>**620 Big Park Drive**<br>**Westerville, OH 43082** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5074520** | | | | **Warranty** | | | | |
| **Bryan M Millward**<br>**1445 Blue Ball Road**<br>**Eklton, MD 21921** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112931** | | | | **Warranty** | | | | |
| **Bryan McDonald**<br>**1542 Deer Creek Drive**<br>**Crossville, TN 38571** | - | | | | | | | |
| | | | | | | | | **492.00** |
| Account No. **5085167** | | | | **Warranty** | | | | |
| **Bryan McDonnell**<br>**6 Morris Circle**<br>**Dallas, PA 18612** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **537** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **492.00**

In re   **Great Lakes Warranty Corporation**                                          ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123174** | | | | **Warranty** | | | | |
| **Bryan Miller** **46159 TR 221** **Millersburg, OH 44654** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5072790** | | | | **Warranty** | | | | |
| **Bryan Nelson** **28701 Mira Vista** **Laguna Niguel, CA 92677** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123107** | | | | **Warranty** | | | | |
| **Bryan Pierce** **3016 Lightheart Rd** **Louisville, KY 40222** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102237** | | | | **Warranty** | | | | |
| **Bryan Reese** **928 Mountainview Drive  Lot 29** **Minerva, OH 44657** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090169** | | | | **Warranty** | | | | |
| **Bryan Rodgers** **1103 Graybar Lane** **Nashville, TN 37204** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**538** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5125309** | | | **Warranty** | | | | | |
| **Bryan Russell 6671 Guinevere Drive Columbus, OH 43229** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115850** | | | **Warranty** | | | | | |
| **Bryan S Hendrickson 230 St John Street Nelsonville, OH 45784** | - | | | | | | | |
| | | | | | | | | **127.58** |
| Account No. **5127796** | | | **Warranty** | | | | | |
| **Bryan Smith 207 Reese Street Old Forge, PA 18518** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110342** | | | **Warranty** | | | | | |
| **Bryan Tiltman 6269 Little Papoose Prescott Valley, AZ 86314** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093922** | | | **Warranty** | | | | | |
| **Bryan Valko 602 Prince Street Littlestown, PA 17340** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **539** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **127.58**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097085** | | | Warranty | | | | |
| **Bryan W Schmidt**<br>**23 E Second Street**<br>**Lansdale, PA 19446** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5084434** | | | Warranty | | | | |
| **Bryana K Beck**<br>**725 Lexington Way**<br>**Perkasie, PA 18944** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5119241** | | | Warranty | | | | |
| **Bryanna C Frazier**<br>**2504 7th St NE**<br>**Canton, OH 44704** | - | | | | | | |
| | | | | | | | **839.00** |
| Account No. **5132258** | | | Warranty | | | | |
| **Bryanna N Brooks**<br>**59 Pagoda Ct**<br>**Dayton, OH 45431** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5096729** | | | Warranty | | | | |
| **Bryant  Patterson**<br>**921 S Val Vista  121**<br>**Besa, AZ 85204** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **540** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **839.00**

In re __Great Lakes Warranty Corporation__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5114791 | | | | Warranty | | | | |
| Bryant Blakeslee 213 Sweetgum Rd Columbia, SC 29233 | - | | | | X | X | | 0.00 |
| Account No. 5129240 | | | | Warranty | | | | |
| Bryant Combs BKS 63U E RM128 Yuma, AZ 85369 | - | | | | | | | 782.02 |
| Account No. 5119638 | | | | Warranty | | | | |
| Bryant Miller 212 Commonwealth Sf  No B Duquesne, PA 15110 | - | | | | | | | 163.42 |
| Account No. 5073788 | | | | Warranty | | | | |
| Bryant Parker 921 Falling Water Court Nashville, TN 37221 | - | | | | X | X | | 0.00 |
| Account No. 5089313 | | | | Warranty | | | | |
| Bryant Recardok 818 Dorn Street McCormick, SC 29835 | - | | | | X | X | | 0.00 |

Sheet no.__541__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

945.44

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5127327 | | | | Warranty | | | | |
| Bryant Sumter 120 Oxford Commons Way Columbia, SC 29209 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114680 | | | | Warranty | | | | |
| Bryce A Frank 1017 Lombard Road Red Lion, PA 17356 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093796 | | | | Warranty | | | | |
| Bryce Garbo 7424 W Sonesta Drive Tucson, AZ 85743 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099505 | | | | Warranty | | | | |
| Bryce Robson 210 West Franklin Street Ephrata, PA 17522 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093212 | | | | Warranty | | | | |
| Bryce Whitmore 2116 D Crestview Lane Pittsburg, CA 94565 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 542 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __Great Lakes Warranty Corporation_____,    Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085515** | | | | **Warranty** | | | | |
| **Bryon K Kolosky** **232 Madison Avenue** **Hopwood, PA 15445** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086382** | | | | **Warranty** | | | | |
| **Buck R King** **8110 Buss Road** **Applecreek, OH 44606** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100070** | | | | **Warranty** | | | | |
| **Buddie L Fowler Jr** **3555 Delaware Drive** **Dalzell, SC 29040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110224** | | | | **Warranty** | | | | |
| **Budea Joans** **320 Old Hickory Blvd No 2002** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5065310** | | | | **Warranty** | | | | |
| **Buffie Bell** **720 Natchez Circle** **Mt. Pleasant, SC 29464** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**543**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re  **Great Lakes Warranty Corporation**         ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5097692<br>**Build Lease Associates Inc**<br>**207 Starboard Side**<br>**Anderson, SC 29625** | - | | Warranty | | | | 881.45 |
| Account No. 5070304<br>**Burhan Bayraktaroglo**<br>**401 King St**<br>**Yellowsprings, OH 45387** | - | | Warranty | | | | 125.50 |
| Account No. 5073147<br>**Burnett Kelly Jr**<br>**205 Crestmeade**<br>**Nashville, TN 37221** | - | | Warranty | X | X | | 0.00 |
| Account No. 5115753<br>**Burt Frenz**<br>**1814 Harrisburg Road**<br>**Canton, OH 44705** | - | | Warranty | X | X | | 0.00 |
| Account No. 5130621<br>**Burt Gushiken**<br>**1121 Mount Olympus**<br>**Las Vegas, NV 89110** | - | | Warranty | X | X | | 0.00 |

Sheet no. **544** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,006.95**

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129760** | | | Warranty | | | | |
| **Buster Fulmore** **217 Library Ct** **Duquesne, PA 15110** | - | | | | | | 81.00 |
| Account No. **5127258** | | | Warranty | | | | |
| **Butch S Stafford** **34 Maple Ave** **Northfield, OH 44067** | - | | | X | X | | 0.00 |
| Account No. **5077896** | | | Warranty | | | | |
| **Byah T Doxey** **331 Mills Avenue** **Spartanburg, SC 29302** | - | | | X | X | | 0.00 |
| Account No. **5106378** | | | Warranty | | | | |
| **Byron Locklear** **3960 Bell Road  #1210** **Hermitage, TN 37076** | - | | | X | X | | 0.00 |
| Account No. **5108556** | | | Warranty | | | | |
| **Byron Love** **205 Glenrose Court** **Columbia, SC 29212** | - | | | X | X | | 0.00 |

Sheet no. **545** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **81.00**

In re   **Great Lakes Warranty Corporation**                                          ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5106505** | | | | **Warranty** | | | | |
| **Byron O Knight**<br>**1120 Fox Hill Drive**<br>**Monroeville, PA 15146** | | - | | | X | X | | 0.00 |
| Account No. **5084983** | | | | **Warranty** | | | | |
| **Byron S Bradshaw**<br>**3801 Fourth Street NW**<br>**Canton, OH 44708** | | - | | | X | X | | 0.00 |
| Account No. **5131574** | | | | **Warranty** | | | | |
| **Byron Whitmore**<br>**8320 Oxford Avenue**<br>**Raytown, MO 64138** | | - | | | X | X | | 0.00 |
| Account No. **5120031** | | | | **Warranty** | | | | |
| **C Arlene Wallace**<br>**2546 N 5th St**<br>**Harrisburg, PA 17110** | | - | | | X | X | | 0.00 |
| Account No. **5115396** | | | | **Warranty** | | | | |
| **C Bradley Ayers**<br>**124 Cassidy Drive**<br>**Kingsport, TN 37664** | | - | | | X | X | | 0.00 |

Sheet no.**546** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                    Case No. _____

                                                            ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5093890** | | | | | **Warranty** | | | | |
| **C D Shamburger** **5624 Glenwick** **Dallas, TX 75209** | - | | | | | X | X | | 0.00 |
| Account No. **5106336** | | | | | **Warranty** | | | | |
| **C Eric Vahl** **6035 Jame Road** **Sinclairville, NY 14782** | - | | | | | | | | 138.08 |
| Account No. **5095506** | | | | | **Warranty** | | | | |
| **C F Weatherholtz** **2625 Geyerwood Court** **Grove City, OH 43123** | - | | | | | X | X | | 0.00 |
| Account No. **5121504** | | | | | **Warranty** | | | | |
| **C Greg Carter** **1001 Caruthers Ave** **Nashville, TN 37204** | - | | | | | X | X | | 0.00 |
| Account No. **5106194** | | | | | **Warranty** | | | | |
| **C Lavern P Glover** **16 Tambridge Court** **Columbia, SC 29229** | - | | | | | X | X | | 0.00 |

Sheet no. **547** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    138.08

In re **Great Lakes Warranty Corporation**                    , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5128950 | | | | Warranty | | | | |
| C Lorraine Ballenger 488 Norwood Avenue Youngstown, OH 44504 | - | | | | X | X | | 0.00 |
| Account No. 5086878 | | | | Warranty | | | | |
| C Marie McVey 75173 Lively Ridge Road Albany, OH 45710 | - | | | | X | X | | 0.00 |
| Account No. 5090683 | | | | Warranty | | | | |
| C P Jaquish 131 County Road 136 Athens, TN 37303 | - | | | | X | X | | 0.00 |
| Account No. 5092947 | | | | Warranty | | | | |
| C Stephen Taylor 3100 Grace Hill Road Columbia, SC 29204 | - | | | | X | X | | 0.00 |
| Account No. 5129023 | | | | Warranty | | | | |
| Caitlan Mulligan 1717 Morris Avenue Villas, NJ 08251 | - | | | | X | X | | 0.00 |

Sheet no. **548** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5126942** | | | | **Warranty** | | | | |
| **Caitlin Bieleski** **830 Bell Aire** **Pottstown, PA 19464** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5094550** | | | | **Warranty** | | | | |
| **Caitlin Doyle** **146 Norwood Avenue** **Cranston, RI 02905** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131030** | | | | **Warranty** | | | | |
| **Caitlin Mikus** **290 8th Street** **Freedom, PA 15042** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122174** | | | | **Warranty** | | | | |
| **Caitlin Tripp** **4515 S Durango   No 1119** **Las Vegas, NV 89147** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124643** | | | | **Warranty** | | | | |
| **Calab L Searcy** **5201 US Hwy 52** **Cedar Grove, IN 47016** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **549** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re   **Great Lakes Warranty Corporation**            ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085795** | | | | Warranty | | | | |
| **Calaiaro Corbett and Brungo 1105 Grant Street Pittsburgh, PA 15219** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117325** | | | | Warranty | | | | |
| **Calan Stewart 1821 Westmore Memphis, TN 38106** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099601** | | | | Warranty | | | | |
| **Calaya Boman 927 E Baylor Lane Gilbert, AZ 85296** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5082709** | | | | Warranty | | | | |
| **Caleb  Richter 18086 Goodnough St Adams Center, NY 13606** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114999** | | | | Warranty | | | | |
| **Caleb Gentert 4049 W Griswold Phoenix, AZ 85051** | - | | | | | | | |
| | | | | | | | | 871.00 |

Sheet no. **550** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                           Subtotal                **871.00**

                      (Total of this page)

In re  **Great Lakes Warranty Corporation**                          ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5085661** | | | | **Warranty** | | | | |
| **Caleb Knott**<br>**16852 E. Maranatha Road**<br>**Maxwell, NE 69151** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5080327** | | | | **Warranty** | | | | |
| **Caleb Magnino**<br>**1156 Summerville Circle**<br>**Thompson Station, TN 37179** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085768** | | | | **Warranty** | | | | |
| **Caleb Piatt**<br>**128 Hemlock Drive**<br>**Dallas, PA 18612** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090318** | | | | **Warranty** | | | | |
| **Caleb Richardson Jr**<br>**78 E Crafton**<br>**Pittsburgh, PA 15205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121546** | | | | **Warranty** | | | | |
| **Callie M Daniel**<br>**6243 Ross Rd**<br>**Olive Branch, MS 38654** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **551** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____,    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5111875 | | | | Warranty | | | | |
| Calvetta Lombard 3729 Buffle Head Street Las Vegas, NV 89122 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119853 | | | | Warranty | | | | |
| Calvin  Ford 257 Linden Ave Monessen, PA 15062 | - | | | | | | | |
| | | | | | | | | 149.00 |
| Account No. 5114888 | | | | Warranty | | | | |
| Calvin B Goodman 2650 Library Road Pittsburgh, PA 15234 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128118 | | | | Warranty | | | | |
| Calvin Brumbaugh 4054 Clover Creek Road Martinsburg, PA 16662 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114378 | | | | Warranty | | | | |
| Calvin C Jones Jr 7511 Mulford Street Pittsburgh, PA 15208 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **552**___ of **4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                     Subtotal              | **149.00**

              (Total of this page)

In re **Great Lakes Warranty Corporation**                          , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5131562** | | | | | **Warranty** | | | | |
| **Calvin Elam** **202 Landstone Cr** **Irmo, SC 29063** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5121068** | | | | | **Warranty** | | | | |
| **Calvin Hill Jr** **1540 Westbrook Rd** **Jackson, MS 39211** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5082626** | | | | | **Warranty** | | | | |
| **Calvin L  Calhoun III** **11753 Fiddlers Roof Lane** **Charlotte, NC 28277** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5118989** | | | | | **Warranty** | | | | |
| **Calvin L Myers** **649 West Coal St** **Trevorton, PA 17881** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5101173** | | | | | **Warranty** | | | | |
| **Calvin Mars** **315 Pepperhill Lane** **Greenwood, SC 29649** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**553** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5106270** | | | | **Warranty** | | | | |
| **Calvin McDonald** **17922 Conner Rd** **Nelsonville, OH 45764** | - | | | | X | X | | 0.00 |
| Account No. **5110952** | | | | **Warranty** | | | | |
| **Calvin Peterson** **305 Hollenbeck Road** **Irmo, SC 29063** | - | | | | X | X | | 0.00 |
| Account No. **5093095** | | | | **Warranty** | | | | |
| **Calvin R Harms** **383 Union Hill Church Road** **Bowersville, GA 30516** | - | | | | X | X | | 0.00 |
| Account No. **5129103** | | | | **Warranty** | | | | |
| **Calvin Stemley** **3706 Old Wm Penn Highway** **Pittsburgh, PA 15235** | - | | | | X | X | | 0.00 |
| Account No. **5079789** | | | | **Warranty** | | | | |
| **Calvin Weber** **9 Shadyside Lane** **Pittsburgh, PA 15232** | - | | | | X | X | | 0.00 |

Sheet no. **554** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5124796** | | | | | **Warranty** | | | | |
| **Cam Alisha Buford** **12 E Stardust Way** **Johns Island, SC 29455** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5071388** | | | | | **Warranty** | | | | |
| **Cambron Jones** **363 Marseilles Avenue** **Elyria, OH 44035** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5067936** | | | | | **Warranty** | | | | |
| **Camelot Transportation** **628 Boardman Canfield Road** **Boardman, OH 44512** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5123500** | | | | | **Warranty** | | | | |
| **Cameron  LaFleur** **5600 E Russell   No 521** **Henderson, NV 89122** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5097443** | | | | | **Warranty** | | | | |
| **Cameron A Carter** **1601 Penn Avenue  Apt 305E** **Pittsburgh, PA 15221** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**555** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5089352** | | | | **Warranty** | | | | |
| **Cameron B Marble**<br>**2318 E Sierra Street**<br>**Phoenix, AZ 85028** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5079708** | | | | **Warranty** | | | | |
| **Cameron G Bladen**<br>**435 S Walnut Street**<br>**Van Wert, OH 45891** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5099300** | | | | **Warranty** | | | | |
| **Cameron Mack**<br>**345 Katherine Avenue**<br>**Akron, OH 44310** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5081438** | | | | **Warranty** | | | | |
| **Cameron P Miles**<br>**220 S Carrollton Street**<br>**Malvern, OH 44644** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5064296** | | | | **Warranty** | | | | |
| **Cameron Schmidt**<br>**5052 Eastbrook Place**<br>**Williamsville, NY 14221** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**556** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5110574 | | | | Warranty | | | | |
| Camilla S Malone 4052 Boyd Drive Nashville, TN 37218 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5073085 | | | | Warranty | | | | |
| Camille Herbert 542 East Harrison Street Long Beach, NY 11561 | - | | | | | | | |
| | | | | | | | | 2,621.32 |
| Account No. 5099028 | | | | Warranty | | | | |
| Camille Kitmitto 21190 E Camina Plata Queen Creek, AZ 85242 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5095615 | | | | Warranty | | | | |
| Camille L Byrge 7317 Ashford Glen Drive Knoxville, TN 37918 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111443 | | | | Warranty | | | | |
| Camille Vickers 105 Stephanie Drive Easton, PA 18045 | - | | | | | | | |
| | | | | | | | | 2,103.50 |

Sheet no. 557 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,724.82

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129055 | | | | Warranty | | | | |
| Camilo Calderon 814 Bolivar Avenue N Las Vegas, NV 89030 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117316 | | | | Warranty | | | | |
| Cammie A Kratt 1550 Greensburg Road New Kensington, PA 15068 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106342 | | | | Warranty | | | | |
| Candace Abraham Thompson 723 W 30th Street South Wichita, KS 67217 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113645 | | | | Warranty | | | | |
| Candace Chronister 701 Aspen Peak Loop  Apt #623 Henderson, NV 89011 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126999 | | | | Warranty | | | | |
| Candace Gilman 326 Hummel Avenue Lemoyne, PA 17043 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **558** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                          ,  Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5086733** | | | | | **Warranty** | | | | |
| **Candace M Massey 1329 Paulson Avenue Pittsburgh, PA 15206** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5111390** | | | | | **Warranty** | | | | |
| **Candace P Hayward 436 Cathedral Avenue Pittsburgh, PA 15210** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5116306** | | | | | **Warranty** | | | | |
| **Candace Raeford 121 Riverview Boulevard Whitaker, PA 15120** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5129261** | | | | | **Warranty** | | | | |
| **Candace Reese 2832 Galesburg Drive Nashvillle, TN 37217** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5086145** | | | | | **Warranty** | | | | |
| **Candace S Gibson 6996 Hanover Parkway Unit 201 Greenbelt, MD 20770** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**559** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re __Great Lakes Warranty Corporation__ _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5070013 | | | | Warranty | | | | |
| Candice Crawford 7361 W Desert Ln Laveen, AZ 85339 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121441 | | | | Warranty | | | | |
| Candice Hass 177 Coleman Harvey Lane Shelbyville, TN 37160 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116563 | | | | Warranty | | | | |
| Candice Johnson 5360 Dove Tree Boulevard  Apt 12 Moraine, OH 45439 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5101427 | | | | Warranty | | | | |
| Candice L DeRovin 14 Ramblewood Drive Warwick, RI 02889 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113944 | | | | Warranty | | | | |
| Candice L Faulkner 127 Village Drive Coraopolis, PA 15108 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__560__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**
_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097963** | | | | Warranty | | | | |
| **Candice L Sisko 412 East Bacon Street Pottsville, PA 17901** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085534** | | | | Warranty | | | | |
| **Candice M Schwieterman 117 N. Brandon Avenue Celina, OH 45822** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097240** | | | | Warranty | | | | |
| **Candice Nicole Barnes 687 Springdale Drive Clinton, SC 29325** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129741** | | | | Warranty | | | | |
| **Candice Nolan 321 East 12th Avenue N Wildwood, NJ 08260** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128967** | | | | Warranty | | | | |
| **Candice Robinson 14 Sharon Ct Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**561** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation** ,   Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128657**<br><br>**Candice Wentz**<br>**44790 CR 23**<br>**Coshocton, OH 43812** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5071684**<br><br>**Candida Perez**<br>**5421 Horrocks St**<br>**Philadelphia, PA 19124** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5099526**<br><br>**Candido Ramos**<br>**1714 N Seventh Street**<br>**Philadelphia, PA 19122** | - | | **Warranty** | | | | 7.50 |
| Account No. **5128559**<br><br>**Candie  Thornton**<br>**1226 Lark Lane**<br>**Athens, TN 37303** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5055816**<br><br>**Candie Rembert**<br>**12407 Osceola Ave**<br>**Cleveland, OH 44108** | - | | **Warranty** | | | | 895.85 |

Sheet no.**562** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal           
(Total of this page)            **903.35**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5069137** | | | | **Warranty** | | | | |
| **Candis Casarez** **8116 Raven Oaks** **Omaha, NE 68152** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129138** | | | | **Warranty** | | | | |
| **Candria Turner** **6120 Tackawanna Street** **Philadelphia, PA 19135** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5069684** | | | | **Warranty** | | | | |
| **Candy Jones** **HC1 Box 4 F** **Irvine, PA 16329** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106164** | | | | **Warranty** | | | | |
| **Candy L Ivy** **575 Tomlin Road** **Somerville, TN 38068** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132086** | | | | **Warranty** | | | | |
| **Candy Stargess** **550 Wayne Street** **Corry, PA 16407** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**563** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re **Great Lakes Warranty Corporation** ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5126375 | | | | Warranty | | | | |
| Canton Baptist Temple 515 Whipple Avenue NW Canton, OH 44708 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5083656 | | | | Warranty | | | | |
| CantonTwp Board of Trustees 4711 Central Ave SE Canton, OH 44707 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130802 | | | | Warranty | | | | |
| Caprice M Mills 161 Boy Scout Rd Smithton, PA 15479 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Trade | | | | |
| Car Inspector US 2414 Pates Mill Road Warrenton, GA 30828 | - | | | | | | | |
| | | | | | | | | 95.00 |
| Account No. 5080450 | | | | Warranty | | | | |
| Cara Carnes 941 Edward Drive Daniels, WV 25832 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **564** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **95.00**

In re **Great Lakes Warranty Corporation**,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5090582** | | | Warranty | | | | |
| **Cara Ratay** **620 Pine Street** **Zionsville, IN 46077** | - | | | X | X | | 0.00 |
| Account No. **5107485** | | | Warranty | | | | |
| **Cara Scofield** **134 Fairfield** **Dyersburg, TN 38024** | - | | | X | X | | 0.00 |
| Account No. **5095168** | | | Warranty | | | | |
| **Cara Smith** **55 Shore Road** **East Setauket, NY 11733** | - | | | X | X | | 0.00 |
| Account No. **5123204** | | | Warranty | | | | |
| **Cardesha Gilmore** **350 Powell Road** **Columbia, SC 29203** | - | | | X | X | | 0.00 |
| Account No. **5131396** | | | Warranty | | | | |
| **Caren  Bream** **391 W Sierra Madre Blvd Apt A** **Sierra Madre, CA 91024** | - | | | X | X | | 0.00 |

Sheet no.**565** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**           ,     Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096039** | | | Warranty | | | | |
| **Caren Baker Robinson 1010 McClure Street Homestead, PA 15120** | - | | | X | X | | 0.00 |
| Account No. **5123455** | | | Warranty | | | | |
| **Caren M Costanza 80 Marshall Ave Hamilton, NJ 08610** | - | | | X | X | | 0.00 |
| Account No. **5078388** | | | Warranty | | | | |
| **Carey F Browder 515 Stonecrest Parkway  Suite 230 Smyrna, TN 37167** | - | | | X | X | | 0.00 |
| Account No. **5074009** | | | Warranty | | | | |
| **Carey Williams 309 Grant Street  Apt 1 Greensburg, PA 15601** | - | | | X | X | | 0.00 |
| Account No. **5118718** | | | Warranty | | | | |
| **Cari  Taylor Nganga 414 Thompson Ave Donora, PA 15033** | - | | | | | | 197.77 |

Sheet no.**566**___ of **4906**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **197.77**

In re **Great Lakes Warranty Corporation**                              Case No. _____
                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095639** | | | Warranty | | | | |
| **Cari Ann Vazana**<br>**419 Brady Way**<br>**Panama City Beach, FL 32408** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119562** | | | Warranty | | | | |
| **Carie L  Bailey**<br>**125 A Welsh Dr**<br>**Lancaster, PA 17601** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5081333** | | | Warranty | | | | |
| **Carilyn Inman**<br>**119 Bonfield Drive**<br>**Martinsville, VA 24112** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102726** | | | Warranty | | | | |
| **Carina Maynard Collins**<br>**70220 Donahue Road**<br>**Vinton, OH 45686** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115764** | | | Warranty | | | | |
| **Carinton Cates**<br>**808 Harbor Isle Circle West**<br>**Memphis, TN 38103** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no._**567**___ of _**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122016** | | | | **Warranty** | | | | |
| **Carl Ballentine** **335 Howell Rd** **Blythewood, SC 29016** | - | | | | X | X | | 0.00 |
| Account No. **5128340** | | | | **Warranty** | | | | |
| **Carl Eshenbaugh** **1632 Horne Blvd Apt 209** **Arnold, PS 15068** | - | | | | X | X | | 0.00 |
| Account No. **5081234** | | | | **Warranty** | | | | |
| **Carl Jones Jr** **55774 Log Pile Rd** **Ray, OH 45672** | - | | | | X | X | | 0.00 |
| Account No. **5107848** | | | | **Warranty** | | | | |
| **Carl Magill** **86 N Starr Avenue** **Pittsburgh, PA 15202** | - | | | | X | X | | 0.00 |
| Account No. **5090502** | | | | **Warranty** | | | | |
| **Carl Peterson** **764 N Uber Street** **Philadelphia, PA 19130** | - | | | | X | X | | 0.00 |

Sheet no.**568**__ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 0.00

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5090088** | | | | | Warranty | | | | |
| **Carl A Jackson** **1116 Inner Circle Drive** **Cincinnati, OH 45240** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5105258** | | | | | Warranty | | | | |
| **Carl Allen McClure** **300 Amstar Road** **Columbia, SC 29212** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5122289** | | | | | Warranty | | | | |
| **Carl B Crawford** **1034 Orange Rd** **Ashland, OH 44805** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5096895** | | | | | Warranty | | | | |
| **Carl B Vactor** **570 E Water Street** **Urbana, OH 43078** | - | | | | | | | | |
| | | | | | | | | | 172.18 |
| Account No. **5126465** | | | | | Warranty | | | | |
| **Carl Brooks** **4380 Long Run Road** **Athens, OH 45701** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **569** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

172.18

In re **Great Lakes Warranty Corporation** , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5069147** | | | | Warranty | | | | |
| **Carl Clay** **4852 Peppertree Dr** **Antioch, Tn 37013** | - | | | | X | X | | 0.00 |
| Account No. **5079577** | | | | Warranty | | | | |
| **Carl Crisp** **16069 E Glenbrook Street** **Fountain Hills, AZ 85268** | - | | | | X | X | | 0.00 |
| Account No. **5112041** | | | | Warranty | | | | |
| **Carl D Eubank** **103 Nannie Ola Court** **Lascassas, TN 37085** | - | | | | X | X | | 0.00 |
| Account No. **5117327** | | | | Warranty | | | | |
| **Carl D Kendrick** **5099 Fairbrook Avenue** **Memphis, TN 38118** | - | | | | X | X | | 0.00 |
| Account No. **5087974** | | | | Warranty | | | | |
| **Carl Davis** **3020 Hampton Circle** **Birmingham, AL 35203** | - | | | | X | X | | 0.00 |

Sheet no. **570** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re   **Great Lakes Warranty Corporation**                                      ,      Case No. _____

                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095859** | | | Warranty | | | | |
| **Carl E Atland**<br>**110 Pike Lane**<br>**Spring Grove, PA 17362** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5111484 | | | Warranty | | | | |
| **Carl E Eggleston**<br>**1126 Raff Rd SW**<br>**Canton, OH 44710** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5114221 | | | Warranty | | | | |
| **Carl E Jones Jr**<br>**871 Mercer Road  Apt 1**<br>**Beaver Falls, PA 15010** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5109576 | | | Warranty | | | | |
| **Carl E Miller**<br>**2778 Windwalker Ct**<br>**Murfreesboro, TN 37128** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5114935 | | | Warranty | | | | |
| **Carl E Sandoe Jr**<br>**802 Ravine Road**<br>**Downington, PA 19335** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**571**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**                                      ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5097264** | | | | **Warranty** | | | | |
| **Carl E Smith** **2458 Highway 147 South** **Proctor, AR 72376** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5072649** | | | | **Warranty** | | | | |
| **Carl F Krushinski** **418 E Millstream Road** **Creamridge, NJ 08514** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5099416** | | | | **Warranty** | | | | |
| **Carl Fouts** **23175 Oakdale Road** **Glouster, OH 45732** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122562** | | | | **Warranty** | | | | |
| **Carl H  Fisher** **1115 Red Rose Lane** **Villanova, PA 19085** | - | | | | | | | |
| | | | | | | | | **657.00** |
| Account No. **5113691** | | | | **Warranty** | | | | |
| **Carl H Van Wagner** **220 Crestview Road** **Penn Hills, PA 15215** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **572** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**657.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5107288** <br><br> **Carl J Rossetto** <br> **118 East keller Street** <br> **Mechanicsburg, PA 17055** | | - | | **Warranty** | | | | **253.00** |
| Account No. **5122716** <br><br> **Carl Joseph Link** <br> **529 West 9th AVe** <br> **Tarentum, PA 15084** | | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5128803** <br><br> **Carl K Strickland** <br> **2819 WAlnut Lane** <br> **Murfreesboro, TN 37129** | | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5127723** <br><br> **Carl L Bradshaw Jr** <br> **505 N 9th St 2nd Fl** <br> **Allentown, PA 18102** | | - | | **Warranty** | | | | **849.00** |
| Account No. **5115079** <br><br> **Carl L DeWitt** <br> **102 Butler Lane** <br> **Vinton, OH 45686** | | - | | **Warranty** | X | X | | **0.00** |

Sheet no.**573** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,102.00**

In re    **Great Lakes Warranty Corporation**                     ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5105290** | | | | **Warranty** | | | | |
| **Carl L Fertig**<br>**26 Oakland Avenue**<br>**Ashland, PA 17921** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118259** | | | | **Warranty** | | | | |
| **Carl L Gasket**<br>**8004 Verona Dr**<br>**Myrtle Beach, SC 29572** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5068200** | | | | **Warranty** | | | | |
| **Carl Landers**<br>**141 South Union Street**<br>**Madisonville, KY 42431** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132682** | | | | **Warranty** | | | | |
| **Carl LeGros**<br>**54 Auburn St Unit 11**<br>**Peterborough, CS K9H2G2**<br>**CANADA** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125923** | | | | **Warranty** | | | | |
| **Carl Loomis**<br>**518 East Front Street**<br>**Danville, PA 17821** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**574** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal           **0.00**
                         (Total of this page)

In re **Great Lakes Warranty Corporation**       Case No. _____
_____ ,
                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5076184 | | | | Warranty | | | | |
| Carl M Dubac 21725 Newtown Neck Road Leonardtown, MD 20650 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110171 | | | | Warranty | | | | |
| Carl Meadows 3921 Delhi Avenue Cincinnati, OH 45204 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105755 | | | | Warranty | | | | |
| Carl Mell 1017 Pier Avenue Egg Harbor Township, NJ 08234 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5091330 | | | | Warranty | | | | |
| Carl Mosier 15725 Road 24 Grover Hill, OH 45849 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127498 | | | | Warranty | | | | |
| Carl Noll 216 W. Walnut Tree Drive Blandon, PA 19510 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **575** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____

                                        ,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5105587** | | | | Warranty | | | | |
| **Carl O Wade** **131 Donald Street** **Nashville, TN 37207** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089148** | | | | Warranty | | | | |
| **Carl R Allen** **5152 Marietta Avenue** **Buchtel, OH 45716** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088454** | | | | Warranty | | | | |
| **Carl R Miccolis** **229 Railroad Street** **Hyde Park, PA 15641** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121830** | | | | Warranty | | | | |
| **Carl S Lahm Jr** **915 Stone Hill Rd** **Conestoga, PA 17516** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130228** | | | | Warranty | | | | |
| **Carl Sarnacki** **110 Overlake Dr** **Lake Orion, MI 48362** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **576** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re   **Great Lakes Warranty Corporation**                ,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094526** | | | **Warranty** | | | | |
| **Carl T Williams** **3 Stockbridge Court** **Savannah, GA 31419** | | - | | | | | **570.64** |
| Account No. 5121450 | | | **Warranty** | | | | |
| **Carl Tromm** **37520 King hill Rd** **Pomeroy, OH 45769** | | - | | X | X | | **0.00** |
| Account No. 5124017 | | | **Warranty** | | | | |
| **Carl Whitehead** **3460 Mississippi Ave** **Tishomingo, MS 38873** | | - | | X | X | | **0.00** |
| Account No. 5103688 | | | **Warranty** | | | | |
| **Carla A Zimmerman** **46 Trestle Lane** **New Ringgpld, PA 00017-9660** | | - | | X | X | | **0.00** |
| Account No. 5132348 | | | **Warranty** | | | | |
| **Carla Andrews** **118 South Harrison Avenue** **Chambersburg, PA 17201** | | - | | X | X | | **0.00** |

Sheet no.**577** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **570.64**

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5120818** | | | | | **Warranty** | | | | |
| **Carla Bittner** **2557 Almont AVe** **Pittsburgh, PA 15210** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5130825** | | | | | **Warranty** | | | | |
| **Carla D Lombardo** **24 Nightingale Trail** **Enon, OH 45323** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5102642** | | | | | **Warranty** | | | | |
| **Carla D Ratton** **2004 Ransom Place** **Nashville, TN 37217** | - | | | | | | | | |
| | | | | | | | | | 238.29 |
| Account No. **5104243** | | | | | **Warranty** | | | | |
| **Carla Holmes** **2374 Loupin Drive Apt A** **Clarksville, TN 37042** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5115510** | | | | | **Warranty** | | | | |
| **Carla J Harmon** **7655 Daytona Street NW** **Massillon, OH 44646** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **578** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

238.29

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5110365** | | | | Warranty | | | | |
| **Carla J Traber** **2620 Cotton Willow Street** **Las Vegas, NV 89135** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132588** | | | | Warranty | | | | |
| **Carla J Whitlatch** **2418 Ohio Street** **Moundsville, PA 26041** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5062917** | | | | Warranty | | | | |
| **Carla Lovich** **1242 Lakemont Dr** **Pittsburgh, PA 15243** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111800** | | | | Warranty | | | | |
| **Carla M Hogue** **303 Albrighton Drive** **Moncks Corner, SC 29461** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5063368** | | | | Warranty | | | | |
| **Carla Marrington** **26 Scenic Hills Circle** **North Salt Lake, UT 84054** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**579** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5124285 | | | | Warranty | | | | |
| Carla Partlow 7302 Brushton Avenue Pittsburgh, PA 15235 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111463 | | | | Warranty | | | | |
| Carla Piazza 1111 Monroe Avenue Dunmore, PA 18509 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124855 | | | | Warranty | | | | |
| Carla Picciotti 1226 Oriole Drive Benalem, PA 19020 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5083428 | | | | Warranty | | | | |
| Carla S Niblick 1401 Myers Road Celina, OH 45822 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5077614 | | | | Warranty | | | | |
| Carla Sanders 2052 S Raccoon Road  #12 Austintown, OH 44515 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**580**__ of **4906**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re **Great Lakes Warranty Corporation**                                      Case No. _____
                                                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123251** | | | | **Warranty** | | | | |
| **Carla Snyder** **606 Sunset Dr** **Dillsburg, PA 17019** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132190** | | | | **Warranty** | | | | |
| **Carla Vinkler** **214 East Commerce Street** **Waverly, TN 37185** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121901** | | | | **Warranty** | | | | |
| **Carlene M Gordon** **5118 Windward W** **Bensalem, PA 19020** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5048390** | | | | **Warranty** | | | | |
| **Carlene Waters-Hollingsworth** **4 Meadowlark Lane** **Danville, PA 17821** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091087** | | | | **Warranty** | | | | |
| **Carlisa N Williams** **531 Mellon Street  Apt 2L** **Pittsburgh, PA 15206** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**581__** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5130205** | | | | **Warranty** | | | | |
| **Carlo Cardamuro** **56 West North Street** **Bethlehem, PA 18018** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124757** | | | | **Warranty** | | | | |
| **Carlo Lamudio** **2233-8th Parkway** **Waukegan, IL 60085** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092142** | | | | **Warranty** | | | | |
| **Carlos A Hendricks** **238 E Goepp Street** **Bethlehem, PA 18018** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132722** | | | | **Warranty** | | | | |
| **Carlos Alvardo** **112 S Wyomissing Avenue** **Reading, PA 19607** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110681** | | | | **Warranty** | | | | |
| **Carlos Barrios** **59 Axford Road** **Trenton, NJ 08610** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **582** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5092191** | | | | Warranty | | | | |
| **Carlos Cathey** **9083 Hunters Ridge Drive** **Olive Branch, MS 38654** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5131317 | | | | Warranty | | | | |
| **Carlos Colon** **11 Village Lane** **Levittown, PA 19054** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5128793 | | | | Warranty | | | | |
| **Carlos David** **621 Mulberry Street** **Reading, PA 19604** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5106407 | | | | Warranty | | | | |
| **Carlos Ezpeleta** **5 Bonanza Drive** **Centralia, IL 62801** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5132608 | | | | Warranty | | | | |
| **Carlos Flores** **526 Erich Street** **Wernersville, PA 19565** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**583** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093810** | | | | **Warranty** | | | | |
| **Carlos Guillen** **567 W Caroline Lane** **Chandler, AZ 85225** | - | | | | | | | **688.80** |
| Account No. 5129198 | | | | **Warranty** | | | | |
| **Carlos I  Razo Duran** **4440 Tamarus St  Apt 111** **Las Vegas, NV 89119** | - | | | | X | X | | **0.00** |
| Account No. 5104797 | | | | **Warranty** | | | | |
| **Carlos J Smith** **77 Charlton Ave** **Pawtucket, RI 02860** | - | | | | X | X | | **0.00** |
| Account No. 5126887 | | | | **Warranty** | | | | |
| **Carlos L Bailey** **4815 Angel Ridge Rd** **Althens, OH 45701** | - | | | | X | X | | **0.00** |
| Account No. 5129206 | | | | **Warranty** | | | | |
| **Carlos L Cotto** **730 Evans St** **Bethlehem, PA 18015** | - | | | | X | X | | **0.00** |

Sheet no.**584** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                       **688.80**
(Total of this page)

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                              ,
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5132565** | | | | **Warranty** | | | | |
| **Carlos L Reyes** **5318 Joshua Jose Street** **N Las Vegas, NV 89031** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089599** | | | | **Warranty** | | | | |
| **Carlos L Villanueva** **1519 N Nebraska Street** **Chandler, AZ 85226** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5100635** | | | | **Warranty** | | | | |
| **Carlos Lavergne** **109 Festival Drive** **Lafayette, LA 70507** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5096292** | | | | **Warranty** | | | | |
| **Carlos Lopez** **3550 Street Road  #E2** **Bensalem, PA 19020** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130463** | | | | **Warranty** | | | | |
| **Carlos Lopez Jr** **635 Hall St  Apt 29** **Susanville, CA 96130** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**585** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    **0.00**

In re  **Great Lakes Warranty Corporation**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5105589** | | | | | **Warranty** | | | | |
| **Carlos M Murgas** **4112 Chancellor Drive** **Thompsons Station, TN 37179** | | - | | | | | | | 194.53 |
| Account No. **5076240** | | | | | **Warranty** | | | | |
| **Carlos Mascarenhas** **127 E Taunton Avenue** **Berlin, NJ 08091** | | - | | | | X | X | | 0.00 |
| Account No. **5119113** | | | | | **Warranty** | | | | |
| **Carlos O Ramos** **1049 Washington St** **Reading, PA 19601** | | - | | | | X | X | | 0.00 |
| Account No. **5129856** | | | | | **Warranty** | | | | |
| **Carlos Ortiz** **1084 Crane Street** **Kingston Springs, TN 37082** | | - | | | | X | X | | 0.00 |
| Account No. **5094670** | | | | | **Warranty** | | | | |
| **Carlos Pinhancos** **53 Vineyard Avenue** **Cumberland, RI 02864** | | - | | | | X | X | | 0.00 |

Sheet no. **586** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    194.53

In re   **Great Lakes Warranty Corporation**                                        ,        Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5129730** | | | | | **Warranty** | | | | |
| **Carlos R Barraza** **5250 Stewart Ave  No 1001** **Las Vegas, NV 89110** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5098905** | | | | | **Warranty** | | | | |
| **Carlos R Buitrago** **5115 Penn Avenue  3rd Floor** **Pittsburgh, PA 15224** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5100196** | | | | | **Warranty** | | | | |
| **Carlos Reyes** **7308 S 56th Lane** **Laveen, AZ 85339** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5106012** | | | | | **Warranty** | | | | |
| **Carlos Rivera** **854 E Eleventh Avenue** **Mesa, AZ 85204** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5128776** | | | | | **Warranty** | | | | |
| **CArlos Rodriguez** **24 Garden Court  Apt 5** **Lancaster, PA 17602** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**587** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re **Great Lakes Warranty Corporation**                    , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5118005 | | | | Warranty | | | | |
| Carlos Rojel 2757 W Cattail Tucson, AZ 85745 | | - | | | X | X | | 0.00 |
| Account No. 5124183 | | | | Warranty | | | | |
| Carlos Soto 224 Ripley Plce Elizabeth, NJ 07206 | | - | | | X | X | | 0.00 |
| Account No. 5100796 | | | | Warranty | | | | |
| Carlos T Bamberger 1756 Lillington Highway Spring Lake, NC 28390 | | - | | | X | X | | 0.00 |
| Account No. 5099263 | | | | Warranty | | | | |
| Carlos Verduzco 1570 California Street San Luis, AZ 85349 | | - | | | X | X | | 0.00 |
| Account No. 5092343 | | | | Warranty | | | | |
| Carlton E Randall 17538 Street Route 67 Wapak, OH 45895 | | - | | | X | X | | 0.00 |

Sheet no. **588** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5090446** | | | | **Warranty** | | | | |
| **Carlton E Sanders** **6219 Bertram Avenue NW** **Canton, OH 44718** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5068405** | | | | **Warranty** | | | | |
| **Carlton Gillis** **1310 Unionville Road** **Pottstown, PA 19465** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5066411** | | | | **Warranty** | | | | |
| **Carlton Johnson** **406 Harrison Avenue** **Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5039638** | | | | **Warranty** | | | | |
| **Carlton Smith** **9 Cherry Field Ct.** **Greer, SC 29651** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5054469** | | | | **Warranty** | | | | |
| **Carlton Tyler** **4523 Parliament Ct.** **Charlotte, NC 28216** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**589** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5096851** | | | | Warranty | | | | |
| **Carly D Marcum** **9075 Iroquois Way** **Orient, OH 43146** | - | | | | X | X | | 0.00 |
| Account No. **5098712** | | | | Warranty | | | | |
| **Carly Greco** **629 Oakwood Drive** **Forked River, NJ 08731** | - | | | | X | X | | 0.00 |
| Account No. **5117734** | | | | Warranty | | | | |
| **Carly J DeLuca** **726 Fairston Street** **Pittsburgh, PA 15204** | - | | | | X | X | | 0.00 |
| Account No. **5091647** | | | | Warranty | | | | |
| **Carly L Pasinsky** **424 Cowan Drive** **Elizabeth, PA 15037** | - | | | | X | X | | 0.00 |
| Account No. **5092634** | | | | Warranty | | | | |
| **Carly N Kramer** **822 Parker Road** **Burgettstown, PA 15021** | - | | | | X | X | | 0.00 |

Sheet no. **590** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132482** | | | | Warranty | | | | |
| **Carman Dunstan** **5256 Cordelia Avenue** **Baltimore, MD 21215** | - | | | | X | X | | 0.00 |
| Account No. **5126222** | | | | Warranty | | | | |
| **Carmela Gallagher** **4905 Cashion Drive** **Hilliard, OH 43026** | - | | | | X | X | | 0.00 |
| Account No. **5125286** | | | | Warranty | | | | |
| **Carmella Quattro Hunt** **9261 Upper Creel Lane** **Chestertown, MD 21620** | - | | | | X | X | | 0.00 |
| Account No. **5110197** | | | | Warranty | | | | |
| **Carmella R Wise** **1208 Mt Royal Boulevard** **Pittsburgh, PA 15223** | - | | | | X | X | | 0.00 |
| Account No. **5125603** | | | | Warranty | | | | |
| **Carmela Robinson** **222 Columbia Avenue** **Pittsburgh, PA 15235** | - | | | | | | | 172.50 |

Sheet no.**591** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

172.50

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5080978** | | | Warranty | | | | |
| **Carmelle A Ford** **363 Summit Street** **New Kensington, PA 15068** | - | | | X | X | | 0.00 |
| Account No. 5105609 | | | Warranty | | | | |
| **Carmelo Rivera** **3111 Applewood Drive** **Bethlehem, PA 18020** | - | | | X | X | | 0.00 |
| Account No. 5105583 | | | Warranty | | | | |
| **Carmen A Long** **39 Republic Avenue** **Glouster, OH 45732** | - | | | X | X | | 0.00 |
| Account No. 5131076 | | | Warranty | | | | |
| **Carmen Ayala** **2448 Atco Avenue** **Atco, NJ 08004** | - | | | X | X | | 0.00 |
| Account No. 5123788 | | | Warranty | | | | |
| **Carmen Colorado** **3121 Bristle Branch** **Sparks, NV 89434** | - | | | X | X | | 0.00 |

Sheet no. **592** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re  **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                    ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122877** | | | | **Warranty** | | | | |
| **Carmen Digeronimo 4100 Hamilton Cleveland, OH 44114** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101853** | | | | **Warranty** | | | | |
| **Carmen E Figuereo 1245 Orthodox Street Philadelphia, PA 19124** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102964** | | | | **Warranty** | | | | |
| **Carmen Elliott 209 Shamley Green Drive Columbia, SC 29229** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129738** | | | | **Warranty** | | | | |
| **Carmen Hernandez 108 Artic Avenue Minotola, NJ 08341** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096849** | | | | **Warranty** | | | | |
| **Carmen M Jackson 6525 Deary Street Pittsburgh, PA 15206** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**593**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re  **Great Lakes Warranty Corporation**                              ,  Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5089356** <br><br> **Carmen N Vigliotti** <br> **313 Atwater Street** <br> **Port Charlotte, FL 33954** | | - | | **Warranty** | | | | 750.15 |
| Account No. **5127638** <br><br> **Carmen Paredes** <br> **2835 Winter Hill Road** <br> **Manning, SC 29102** | | - | | **Warranty** | | | | 919.48 |
| Account No. **5123780** <br><br> **Carmen Rivera** <br> **239 Greenwich St** <br> **Reading, PA 19601** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5103582** <br><br> **Carmen Rivera** <br> **944 West Liberty Street** <br> **Allentown, PA 18102** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5122110** <br><br> **Carmen Serrano** <br> **27 Indian Trail** <br> **Waterbury, CT 06705** | | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **594** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      1,669.63

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5073674** | | | | **Warranty** | | | | |
| **Carmen Simmons 515 East 4th Street Dover, OH 44622** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128014** | | | | **Warranty** | | | | |
| **Carmen Velez 180 Reeves Avenue Hamilton, NJ 08609** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129548** | | | | **Warranty** | | | | |
| **Carol  Smith 5967 Jassamine Dr West Carrollton, OH 45449** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124689** | | | | **Warranty** | | | | |
| **Carol  Smith 7902 Oregon Ridge Road Millfield, OH 45761** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093553** | | | | **Warranty** | | | | |
| **Carol A Bircher 10535 Twist Tail Road Millfield, OH 45761** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**595**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5107608** | | | **Warranty** | | | | |
| **Carol A Burns**<br>**41 Gin Mill Road**<br>**Mohrsville, PA 19541** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5100139** | | | **Warranty** | | | | |
| **Carol A Camp**<br>**610 Avery Valley Drive**<br>**Smyrna, TN 37167** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5128453** | | | **Warranty** | | | | |
| **Carol A Casey**<br>**8077 Francis Rd**<br>**Girard, PA 16417** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5089832** | | | **Warranty** | | | | |
| **Carol A Dragon**<br>**1231 Lenox New Lyme Road  Apt 1**<br>**Jefferson, OH 44047** | - | | | | | | |
| | | | | | | | **796.72** |
| Account No. **5086309** | | | **Warranty** | | | | |
| **Carol A Gailey**<br>**200 Electric Avenue  Apt A1**<br>**East Pittsburgh, PA 15112** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**596** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal
                                                    (Total of this page)          **796.72**

In re **Great Lakes Warranty Corporation**           ,    Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5075398 | | | | Warranty | | | | |
| Carol A Kohn 7400 Staeger Road Celina, OH 45822 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105462 | | | | Warranty | | | | |
| Carol A Maione 10580 German Street Northeast, PA 16428 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5098773 | | | | Warranty | | | | |
| Carol A Mulheim 3944 Groveland Avenue SW Navarre, OH 44662 | - | | | | | | | |
| | | | | | | | | 254.99 |
| Account No. 5083686 | | | | Warranty | | | | |
| Carol Ann B Gouger 25 Crabgrass Lane Mohnton, PA 19540 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128578 | | | | Warranty | | | | |
| Carol Ann Hammond 1801 Stafford Avenue 10AC Scranton, PA 18505 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **597** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **254.99**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5091989** | | - | | **Warranty** | | | | |
| **Carol D Chaplin 56 Glenn Street Ext Newberry, SC 29108** | | | | | X | X | | 0.00 |
| Account No. **5125169** | | - | | **Warranty** | | | | |
| **Carol DeMatteo 137 Beech Avenue Woodbury Heights, NJ 08097** | | | | | X | X | | 0.00 |
| Account No. **5111251** | | - | | **Warranty** | | | | |
| **Carol Dixon 206 Fox Lane Wallingford, PA 19086** | | | | | X | X | | 0.00 |
| Account No. **5115858** | | - | | **Warranty** | | | | |
| **Carol E Hare 709 Walnut Street Belpre, OH 45714** | | | | | | | | 133.49 |
| Account No. **5123080** | | - | | **Warranty** | | | | |
| **Carol E Heide 3000 Boas St Harrisburg, pA 17103** | | | | | | | | 80.85 |

Sheet no. **598** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **214.34**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5124067 | | | | Warranty | | | | |
| Carol Fahrion 29 Brad Circle Dayton, OH 45410 | - | | | | X | X | | 0.00 |
| Account No. 5096663 | | | | Warranty | | | | |
| Carol Francischian 10450 Meinert Road Wexford, PA 15040 | - | | | | X | X | | 0.00 |
| Account No. 5127544 | | | | Warranty | | | | |
| Carol Haggerty 3910 Bayshore Road Apt B3 Cape May, NJ 08204 | - | | | | X | X | | 0.00 |
| Account No. 5098783 | | | | Warranty | | | | |
| Carol J Baker 408 Oak Hill Avenue Apollo, PA 15068 | - | | | | X | X | | 0.00 |
| Account No. 5107421 | | | | Warranty | | | | |
| Carol J Bloom 412 E Main St Roaring Spring, PA 16673 | - | | | | X | X | | 0.00 |

Sheet no. **599** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5117195** <br><br> **Carol J Dick** <br> **5436 Eastlake Road  Apt 305** <br> **Erie, PA 16511** | - | | | **Warranty** | | | | **1,178.05** |
| Account No. **5115630** <br><br> **Carol J Schrock** <br> **204 17th Street** <br> **Arnold, PA 15068** | - | | | **Warranty** | X | X | | **0.00** |
| Account No. **5091551** <br><br> **Carol J Stewart** <br> **5109 Gramar** <br> **Wichita, KS 67218** | - | | | **Warranty** | X | X | | **0.00** |
| Account No. **5079404** <br><br> **Carol Keener** <br> **136 Miller Road** <br> **Portersville, PA 16051** | - | | | **Warranty** | X | X | | **0.00** |
| Account No. **5129911** <br><br> **Carol Kelly** <br> **1 West Pittsburgh Street Apt B** <br> **Delmont, PA 15626** | - | | | **Warranty** | X | X | | **0.00** |

Sheet no. **600** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,178.05**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129589 | | | | Warranty | | | | |
| Carol Kirkum 6500 Vegas Drive #1093 Las Vegas, NV 89108 | - | | | | X | X | | 0.00 |
| Account No. 5126302 | | | | Warranty | | | | |
| Carol Kline 267 Keep Road Philipsburg, PA 16866 | - | | | | X | X | | 0.00 |
| Account No. 5084608 | | | | Warranty | | | | |
| Carol L Bowman 8945 Cox Kolbe Road Glouster, OH 45732 | - | | | | X | X | | 0.00 |
| Account No. 5116813 | | | | Warranty | | | | |
| Carol L Cavinee 15604 Main Street SE Brownsville, OH 43721 | - | | | | X | X | | 0.00 |
| Account No. 5112694 | | | | Warranty | | | | |
| Carol L Chambers 722 Starlit Road Nashville, TN 37205 | - | | | | X | X | | 0.00 |

Sheet no. 601 of 4906 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5111572** | | | | **Warranty** | | | | |
| **Carol L Currie** **704 Castle Pinckney Drive** **Charleston, SC 29412** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129705** | | | | **Warranty** | | | | |
| **Carol L Hall** **48 Village Dr** **Mt Pleasant, PA 15666** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112173** | | | | **Warranty** | | | | |
| **Carol L Nestler** **6510 Rolling Fork Drive** **Nashville, TN 37205** | - | | | | | | | |
| | | | | | | | | **865.27** |
| Account No. **5129579** | | | | **Warranty** | | | | |
| **Carol L Provance** **714 Jefferson Rd** **Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116261** | | | | **Warranty** | | | | |
| **Carol L Smith** **48 Riverside Drive** **Wilkes Barre, PA 18702** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **602** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                                       **865.27**
(Total of this page)

In re  **Great Lakes Warranty Corporation**                                      ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130427** | | | Warranty | | | | |
| **Carol L Torpey** **2109 Sturbridge Common** **Southampton, PA 18966** | - | | | X | X | | 0.00 |
| Account No. **5089609** | | | Warranty | | | | |
| **Carol Lara** **30 W Carter Drive  #23 107** **Tempe, AZ 85282** | - | | | X | X | | 0.00 |
| Account No. **5103621** | | | Warranty | | | | |
| **Carol Little** **10924 Landale Street** **Toluca Lake, CA 91602** | - | | | X | X | | 0.00 |
| Account No. **5050282** | | | Warranty | | | | |
| **Carol Lyn Michalak** **318 Shadow Creek Dr.** **Cuyahoga Falls, OH 44223** | - | | | X | X | | 0.00 |
| Account No. **5109258** | | | Warranty | | | | |
| **Carol M Cook** **39 Hunter Drive** **Eastchester, NY 10709** | - | | | X | X | | 0.00 |

Sheet no.**603** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 **0.00**

In re **Great Lakes Warranty Corporation**                                Case No. _____
                                                                ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5114416 | | | Warranty | | | | |
| Carol M DeAngelis 348 Hamilton Avenue Bethlehem, PA 18017 | - | | | X | X | | 0.00 |
| Account No. 5121814 | | | Warranty | | | | |
| Carol Marie Beauchamp 10 Latches Lane Aston, PA 19014 | - | | | | | | 316.74 |
| Account No. 5124218 | | | Warranty | | | | |
| Carol Marie Shuler 546 E Chestnut St Coatesville, PA 19320 | - | | | | | | 174.15 |
| Account No. 5075165 | | | Warranty | | | | |
| Carol Moye 313 Martinsville Road Basking Ridge, NJ 07920 | - | | | X | X | | 0.00 |
| Account No. 5131513 | | | Warranty | | | | |
| Carol Muss 6273 Morrell Ave Philadelphia, PA 19114 | - | | | | | | 783.00 |

Sheet no. **604** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                         1,273.89

In re  **Great Lakes Warranty Corporation**
,                              Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5107364** | | | | Warranty | | | | |
| **Carol Norton** **2075 Est 224 Street** **Euclid, OH 44117** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5068511** | | | | Warranty | | | | |
| **Carol Pedigo** **101 Silver Birch Lane** **La Vergne, TN 37086** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123898** | | | | Warranty | | | | |
| **Carol R Bloom** **1140 Summerville Circle** **Thompson Station, TN 37179** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118368** | | | | Warranty | | | | |
| **Carol R Lee** **3120 Barnes Springs Rd** **Columbia, SC 29204** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108781** | | | | Warranty | | | | |
| **Carol R Malone** **812 Ethel Bearn Road** **Blountville, TN 37617** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**605** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5089238** | | | | **Warranty** | | | | |
| **Carol Righetti** **1360 Leyton Drive** **Youngstown, OH 44509** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5098498** | | | | **Warranty** | | | | |
| **Carol S Cross** **9611 Misty Knoll Drive** **Cordova, TN 38016** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5078728** | | | | **Warranty** | | | | |
| **Carol S Glascoe** **24 McClure St** **Dayton, OH 45403** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5099335** | | | | **Warranty** | | | | |
| **Carol S Mullennex** **277 N Yorkshire Boulevard** **Youngstown, OH 44515** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086141** | | | | **Warranty** | | | | |
| **Carol V Williams** **7031 South Estacada Way** **Cordova, TN 38018** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**606** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5126545** | | | | **Warranty** | | | | |
| **Carol Vicaro** **667 Arch Lane** **Nickellsville, VA 24271** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086658** | | | | **Warranty** | | | | |
| **Carol W McDermott** **790 Sugarloaf Lane** **Seymour, TN 37865** | - | | | | | | | |
| | | | | | | | | **1,300.00** |
| Account No. **5120436** | | | | **Warranty** | | | | |
| **Carol Wills** **1700 Murdough St** **North Braddock, PA 15104** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130769** | | | | **Warranty** | | | | |
| **Carol Zeuner** **1801 Rose Valley Way** **Ambler, PA 19002** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123648** | | | | **Warranty** | | | | |
| **Carole Raley** **352 4th Ave S No 10** **Franklin, TN 37064** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **607** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                **1,300.00**

In re **Great Lakes Warranty Corporation** ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123580** | | **Warranty** | | | | | | |
| **Carole Ann Gore** **375 Cobblestone Lane** **Lancaster, PA 17601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090347** | | **Warranty** | | | | | | |
| **Carole Brown** **588 Sulphur Springs Road** **Clinton, TN 37716** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128486** | | **Warranty** | | | | | | |
| **Carole Denise Cunningham** **1378 Fifth Ave** **New Kensington, PA 15068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085207** | | **Warranty** | | | | | | |
| **Carole Jacobson** **1836 E Roma Avenue** **Phoenix, AZ 85016** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5071233** | | **Warranty** | | | | | | |
| **Carole Kamel** **550 Romeo Plank** **Raytownship, MI 48096** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **608** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Great Lakes Warranty Corporation**                                      Case No. _____

                                                              ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5110832 | | | | Warranty | | | | |
| Carole L Markel 200 Blattenberger Street Martinsburg, PA 16662 | - | | | | X | X | | 0.00 |
| Account No. 5111845 | | | | Warranty | | | | |
| Carole McClain 483 State Street Pottstown, PA 19464 | - | | | | X | X | | 0.00 |
| Account No. 5126247 | | | | Warranty | | | | |
| Carole Sullivan 610 Roseto Ave Roseto, PA 18013 | - | | | | X | X | | 0.00 |
| Account No. 5130362 | | | | Warranty | | | | |
| Carole Wacaster Borden 2287 Shoreline Drive Johns Island, SC 29455 | - | | | | X | X | | 0.00 |
| Account No. 5071992 | | | | Warranty | | | | |
| Carolee Miller 7336 East McLellan Road Mesa, AZ 85207 | - | | | | X | X | | 0.00 |

Sheet no. **609** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re **Great Lakes Warranty Corporation** ,　　Case No. _____

　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5094896** | | | | Warranty | | | | |
| **Carolina Buddemeyer 17 Ivy Drive Perryopolis, PA 15473** | - | | | | X | X | | 0.00 |
| Account No. **5055211** | | | | Warranty | | | | |
| **Carolina Neuro Specialists 109 Midlands Ct Ste A West Columbia, SC 29169** | - | | | | X | X | | 0.00 |
| Account No. **5109124** | | | | Warranty | | | | |
| **Caroline A Mullen 121 Municipal Road Northern Cambri, PA 15714** | - | | | | | | | 159.04 |
| Account No. **5120492** | | | | Warranty | | | | |
| **Caroline Herry 3117 Old Fence Rd Ellicott City, MD 21042** | - | | | | X | X | | 0.00 |
| Account No. **5099729** | | | | Warranty | | | | |
| **Caroline Izzo 236 Deerfield Lane Lititz, PA 17543** | - | | | | X | X | | 0.00 |

Sheet no. **610** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　**159.04**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5112134** | | | | **Warranty** | | | | |
| **Caroline Mills** **125 Brixworth Lane** **Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102124** | | | | **Warranty** | | | | |
| **Caroline V Gajan** **203 History Lane** **Belle Vernon, PA 15012** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118749** | | | | **Warranty** | | | | |
| **Caroline Wood Glenn** **147 Doverside Drive** **Columbia, SC 29212** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104074** | | | | **Warranty** | | | | |
| **Caroll Knight** **7034 Hills and Dales Road** **Canton, OH 44708** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112487** | | | | **Warranty** | | | | |
| **Carollyn S Martin** **5400 sturgis Dr** **Canal Winchester, OH 43110** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **611** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                     **0.00**
(Total of this page)

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5113898 | | | Warranty | | | | |
| Carolyn Campanella 104 Pearlcroft Road Cherry Hill, NJ 08034 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5132481 | | | Warranty | | | | |
| Carolyn Freeman 5 Windy Lane Pine Grove, PA 17963 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5121408 | | | Warranty | | | | |
| Carolyn Harrison 1430 Maryland AVe Spartanburg, TN 29307 | - | | | | | | |
| | | | | | | | 109.20 |
| Account No. 5120424 | | | Warranty | | | | |
| Carolyn Tucker 52 West Donegal St Mount Joy, PA 17552 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5089993 | | | Warranty | | | | |
| Carolyn A Hoover 1376 Royal Oak Drive Wexford, PA 15090 | - | | | | | | |
| | | | | | | | 1,066.44 |

Sheet no. **612**___ of **4906**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,175.64

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129125 | | | | Warranty | | | | |
| Carolyn Carroll 3183 Ibis Place Dayton, OH 45431 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5066328 | | | | Warranty | | | | |
| Carolyn Dornier 16269 Greenwood Drive Prairieville, LA 70769 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119258 | | | | Warranty | | | | |
| Carolyn E Soyring 416 South Central Ave Canonsburg, PA 15317 | - | | | | | | | |
| | | | | | | | | 195.50 |
| Account No. 5075854 | | | | Warranty | | | | |
| Carolyn F Moyer 852 Shafer Lane Natural Bridge, VA 24578 | - | | | | | | | |
| | | | | | | | | 175.00 |
| Account No. 5126732 | | | | Warranty | | | | |
| Carolyn Garrison 1327 West North Ave Apt Pittsburgh, PA 15233 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__613__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    370.50

In re   **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                              ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132671** | | | | **Warranty** | | | | |
| **Carolyn Golden** **1203 Windsor Avenue** **North Las Vegas, NV 89030** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089703** | | | | **Warranty** | | | | |
| **Carolyn J Spadaro** **933 Old National Pike** **Brownsville, PA 15417** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112461** | | | | **Warranty** | | | | |
| **Carolyn J Wiseman** **16 W Woodfield Court** **Pataskala, OH 43062** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105951** | | | | **Warranty** | | | | |
| **Carolyn Long** **812 Rosedale Avenue** **St Marys, OH 45885** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127880** | | | | **Warranty** | | | | |
| **Carolyn McIntire** **3979 Briarcrest Ct** **Las Vegas, NV 89120** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**614__** of **4906__** sheets attached to Schedule of                    Subtotal                       0.00
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103723** | | | | Warranty | | | | |
| **Carolyn N Soyars** **7468 Highway 70 South** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117724** | | | | Warranty | | | | |
| **Carolyn Nicholson** **22 Veterans Drive** **Dunmore, PA 18512** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108648** | | | | Warranty | | | | |
| **Carolyn R Fairley** **194 Chartiers Avenue** **Pittsburgh, PA 15205** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5076830** | | | | Warranty | | | | |
| **Carolyn Richardson** **5681 Fullview Heights** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114007** | | | | Warranty | | | | |
| **Carolyn Rieck** **2815 West 33rd St** **Erie, PA 16506** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **615** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                **0.00**

In re **Great Lakes Warranty Corporation**                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097019** | | | | **Warranty** | | | | |
| **Carolyn S Vick 921 Yearling Way Nashville, TN 37221** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109246** | | | | **Warranty** | | | | |
| **Carolyn Sherrill 169 County Rd 463 Englewood, TN 37329** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5064893** | | | | **Warranty** | | | | |
| **Carolyn Steytler 211 Martin Ave Pittsburgh, PA 15216** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124494** | | | | **Warranty** | | | | |
| **Carolyn Sue Brugler 3189 US Rt 68N Bellefontaine, OH 43311** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131027** | | | | **Warranty** | | | | |
| **Carolyn Sue Gilreath 3332 Grandview Dr Kingsport, TN 37660** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**616** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

In re **Great Lakes Warranty Corporation**                              , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5104241** | | | Warranty | | | | |
| **Carolyn Vallieres 25524 West Williams Street Buckeye, AZ 85326** | | - | | | | | **166.95** |
| Account No. **5114307** | | | Warranty | | | | |
| **Carolyn W Borden 9020 Scotch Heather Way Charlotte, NC 28277** | | - | | X | X | | **0.00** |
| Account No. **5114123** | | | Warranty | | | | |
| **Carolyn W Church 1057 Country Club Road West Chester, PA 19380** | | - | | X | X | | **0.00** |
| Account No. **5118904** | | | Warranty | | | | |
| **Carolyn Witter 2064 E Evergreen St Mesa, AZ 85213** | | - | | X | X | | **0.00** |
| Account No. **5067560** | | | Warranty | | | | |
| **Carolyne Hadden 2752 Rockwall Drive Nashville, TN 37221** | | - | | X | X | | **0.00** |

Sheet no. **617** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **166.95**

In re  **Great Lakes Warranty Corporation**                              ,  Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103416** | | | | **Warranty** | | | | |
| **Caron Shelton** **2828 Old Hickory Blvd** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114582** | | | | **Warranty** | | | | |
| **Carrie A Vicari** **335 Orchard Place** **Pittsburgh, PA 15210** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126355** | | | | **Warranty** | | | | |
| **Carrie Ann Kitchen** **28 East Front Street** **Marietta, PA 17547** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117353** | | | | **Warranty** | | | | |
| **Carrie Ann Rangeen** **404 Shirley Lane** **Oakdale, PA 15071** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5065932** | | | | **Warranty** | | | | |
| **Carrie Bader** **216 N. Basil Street** **Baltimore, OH 43105** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **618** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** _____,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100433** | | | | **Warranty** | | | | |
| **Carrie D Wingrove** **399 Pechin Road** **Dunbar, PA 15431** | - | | | | | | | **323.00** |
| Account No. **5129979** | | | | **Warranty** | | | | |
| **Carrie Dansak** **120 Elway Street** **Buenavista, PA 15018** | - | | | | X | X | | **0.00** |
| Account No. **5125697** | | | | **Warranty** | | | | |
| **Carrie Gordon** **212 Kulp Drive** **Perkasie, PA 18944** | - | | | | X | X | | **0.00** |
| Account No. **5104569** | | | | **Warranty** | | | | |
| **Carrie Hughes** **286 Myeerah TRail** **West Liberty, OH 43357** | - | | | | X | X | | **0.00** |
| Account No. **5097276** | | | | **Warranty** | | | | |
| **Carrie J Roth** **173 W Main Street** **Northeast, PA 16428** | - | | | | X | X | | **0.00** |

Sheet no. **619** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **323.00**

In re  **Great Lakes Warranty Corporation**                          ,          Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5099642** | | | | Warranty | | | | |
| **Carrie Kaye** **51 E Hudson Avenue** **Dayton, OH 45405** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5072266** | | | | Warranty | | | | |
| **Carrie L Morris** **10 Robin Place** **Old Greenwich, CT 06870** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5070372** | | | | Warranty | | | | |
| **Carrie MIller** **317 Vine St** **Greenville, OH 45331** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118642** | | | | Warranty | | | | |
| **Carrie N Wentworth** **1552 Baney Rd S** **Ashland, OH 44805** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5072742** | | | | Warranty | | | | |
| **Carrie Peery** **1445 Highway 36** **Burns, TN 37029** | - | | | | | | | |
| | | | | | | | | 165.00 |

Sheet no. **620** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

165.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5097585** | | | | | Warranty | | | | |
| **Carrie S Rollison** **6453 Ashbrook Village Drive** **Canal Winchester, OH 43110** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5131816 | | | | | Warranty | | | | |
| **Carrie Wadlington** **3815 Leslie Drive** **Fairfield, OH 45014** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5068606 | | | | | Warranty | | | | |
| **Carroll  Donnell** **3724 Bradford Creek  Apt 612** **Fort Worth, TX 76116** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5131528 | | | | | Warranty | | | | |
| **Carroll Wilson** **242 Chestnut Hill Road** **Hanover, PA 17331** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5074355 | | | | | Warranty | | | | |
| **Cary  Henry** **1867 E. Ravenswood Drive** **Gilbert, AZ 85298** | | - | | | | | | | |
| | | | | | | | | | 1,008.68 |

Sheet no. **621** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 1,008.68

In re **Great Lakes Warranty Corporation**      Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **5107766** | | | | | **Warranty** | | | | |
| **Cary R Bell**<br>**7128 Maryland Court**<br>**Bartlett, TN 38133** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5090326** | | | | | **Warranty** | | | | |
| **Carye Herbert**<br>**6934 Bolling Brook Cove**<br>**Germantown, TN 38138** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5075865** | | | | | **Warranty** | | | | |
| **Caryn  Columbus**<br>**1020 Burns Ave**<br>**Saint Paul, MN 55106** | - | | | | | | | | |
| | | | | | | | | | **409.00** |
| Account No. **5050559** | | | | | **Warranty** | | | | |
| **Caryn L Johnson**<br>**17418 N Main St Ext**<br>**Titusville, PA 16354** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5101573** | | | | | **Warranty** | | | | |
| **Caryn Zelez**<br>**1302 Gibson Road  Trl 100J**<br>**Bensalem, PA 19020** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**622** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">Subtotal<br>(Total of this page)    <b>409.00</b></div>

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5084823** | | | | | **Warranty** | | | | |
| **Casey  Swiger** **8556 Hager Road** **Versailles, OH 45380** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5118765** | | | | | **Warranty** | | | | |
| **Casey A Nungester** **13880 Sanborn Rd** **Murray City, OH 43144** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5120665** | | | | | **Warranty** | | | | |
| **Casey Bassett** **10750 Palm Springs Dr** **Sparks, NV 87441** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5125248** | | | | | **Warranty** | | | | |
| **Casey Chump** **325 N. 5th Street** **Indiana, PA 15701** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5093321** | | | | | **Warranty** | | | | |
| **Casey Cooper Adams** **804D Bing Hill Rd** **Adams Run, SC 29426** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**623**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**   Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5115028 | | | | Warranty | | | | |
| Casey Deveny 33399 Myers Road Pomeroy, OH 45769 | - | | | | X | X | | 0.00 |
| Account No. 5115660 | | | | Warranty | | | | |
| Casey Donald Krach 1806 Carson Hill Road DuBois, PA 15801 | - | | | | X | X | | 0.00 |
| Account No. 5066333 | | | | Warranty | | | | |
| Casey Forbes 6637 McLennan Ave Lake Balboa, CA 91406 | - | | | | X | X | | 0.00 |
| Account No. 5092123 | | | | Warranty | | | | |
| Casey Herring 409 Fourth Street Pine Grove, PA 17963 | - | | | | X | X | | 0.00 |
| Account No. 5079662 | | | | Warranty | | | | |
| Casey J Hardin 1001 Fifth Avenue Conway, PA 15027 | - | | | | X | X | | 0.00 |

Sheet no. 624 of 4906 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5098767** | | | | Warranty | | | | |
| **Casey L Anderson** **2814 Edelweiss Street NE  #3** **Canton, OH 44721** | - | | | | X | X | | 0.00 |
| Account No. **5077262** | | | | Warranty | | | | |
| **Casey L Blackmon** **3050 Burton Cove Road** **Cookeville, TN 38506** | - | | | | | | | 245.00 |
| Account No. **5096705** | | | | Warranty | | | | |
| **Casey L Kirkbride** **3315 Union Street** **Stockport, OH 43787** | - | | | | X | X | | 0.00 |
| Account No. **5097981** | | | | Warranty | | | | |
| **Casey R Burge** **4620 Wingate Road** **Columbus, OH 43232** | - | | | | X | X | | 0.00 |
| Account No. **5132359** | | | | Warranty | | | | |
| **Casey Toughe** **5270 Ithaca Avenue** **Las Vegas, NV 89122** | - | | | | X | X | | 0.00 |

Sheet no.**625**_ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

245.00

In re   **Great Lakes Warranty Corporation**                                              ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5073404 | | | | Warranty | | | | |
| Casey W Lawhead 6040 Government Way  #304 Coeur' Alene, ID 83815 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090662 | | | | Warranty | | | | |
| Casonya Lucas 215 Post Oak Court Hyattsville, MD 20785 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128553 | | | | Warranty | | | | |
| Casper  Jimenez 7825 E Howard ST Scottsdale, AZ 85257 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5081359 | | | | Warranty | | | | |
| Casper Kaz Jiminez 8025 E Lincoln Drive  #236 Scottsdale, AZ 85250 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131406 | | | | Warranty | | | | |
| Cassandra A Heisler 3846 Greenacres Road Philadelphia, PA 19154 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **626** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re  **Great Lakes Warranty Corporation**                                      ,          Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5131810 | | | | | Warranty | | | | |
| Cassandra Brown 6708 East Barivista Drive Verona, PA 15147 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5112080 | | | | | Warranty | | | | |
| Cassandra M Ardoin 1333 Bowling Avenue  Apt B Nashville, TN 37205 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5129334 | | | | | Warranty | | | | |
| Cassandra Marshall 815 Kiley Parkway #1903 Sparks, NV 89436 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5112201 | | | | | Warranty | | | | |
| Cassandra N Webb 1212 East Chestnut Mount Vernon, OH 43050 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5111062 | | | | | Warranty | | | | |
| Cassandra W Grayson 12701 Gapway Road Andrews, SC 29510 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **627**   of **4906**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal                    0.00
                                   (Total of this page)

In re   **Great Lakes Warranty Corporation**                                                    ,          Case No. _____

                                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5084210** | | | | | Warranty | | | | |
| **Cassandra Warner** **622 Sandpiper Cove** **Stockbridge, GA 30281** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5069431** | | | | | Warranty | | | | |
| **Cassandra Watkins** **1025 Rambling Brook** **Nashville, TN 37218** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5096143** | | | | | Warranty | | | | |
| **Cassandrea Horne** **313 Deener Avenue** **Falls Creek, PA 15840** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5113203** | | | | | Warranty | | | | |
| **Cassey Reier** **107 Anderson St** **New Madison, OH 45346** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5073094** | | | | | Warranty | | | | |
| **Cassie B Sandifer** **304 St James** **Cola, SC 29205** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **628** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re   **Great Lakes Warranty Corporation**               ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094777**<br><br>**Cassie M Sharp**<br>**1656 Brock Cosmos Road**<br>**Union City, OH 45390** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5090888**<br><br>**Cassie Williams**<br>**1530 Rolen Way**<br>**Sevierville, TN 37876** | - | | **Warranty** | X | X | | 0.00 |
| Account No. 5130154<br><br>**Cassondra Wesolowicz**<br>**417 Hubbard Avenue**<br>**Lake Villa, IL 60046** | - | | **Warranty** | X | X | | 0.00 |
| Account No. 5068377<br><br>**Castanza Wingfield**<br>**4710 Misty Vale Lane**<br>**Columbia, SC 29210** | - | | **Warranty** | X | X | | 0.00 |
| Account No. 5129069<br><br>**Caston Haley**<br>**3779 Van Noss Avenue**<br>**Las Vegas, NV 89081** | - | | **Warranty** | X | X | | 0.00 |

Sheet no.**629**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal
    (Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5101071** | | | | Warranty | | | | |
| **Catalina Ulloa** **5214 S Maplewood** **Chicago, IL 60632** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5080570** | | | | Warranty | | | | |
| **Catherine Cifarelli** **8808 151st Avenue** **Howard Beach, NY 11414** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125199** | | | | Warranty | | | | |
| **Catherine Palmer** **349 W Penn St** **Philadelphia, PA 19144** | - | | | | | | | |
| | | | | | | | | **83.50** |
| Account No. **5105743** | | | | Warranty | | | | |
| **Catherine A Coats** **16380 South Canaan Road** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5075848** | | | | Warranty | | | | |
| **Catherine A Sexton** **6003 Hampton Ridge Road** **Columbia, SC 29209** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**630** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**83.50**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5106727** | | | | **Warranty** | | | | |
| **Catherine Blackburn 6410 Jocelyn Hollow Road Nashville, TN 37205** | | - | | | X | X | | 0.00 |
| Account No. **5125935** | | | | **Warranty** | | | | |
| **Catherine Crump 4110 Jensome Lane Franklin, TN 37064** | | - | | | X | X | | 0.00 |
| Account No. **5120847** | | | | **Warranty** | | | | |
| **Catherine D Bacon 5044 Pinerise Ct Columbus, OH 43231** | | - | | | X | X | | 0.00 |
| Account No. **5089331** | | | | **Warranty** | | | | |
| **Catherine D Bollet 4702 Long Blade Ave Mermphis, TN 38128** | | - | | | X | X | | 0.00 |
| Account No. **5120564** | | | | **Warranty** | | | | |
| **Catherine Ellis Reeves 1037 Shinnecock Hill Ct Summerville, SC 29483** | | - | | | X | X | | 0.00 |

Sheet no.**631** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re   **Great Lakes Warranty Corporation**                              ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5131515** | | | | | **Warranty** | | | | |
| **Catherine Gannon** **PO Box 163** **S Dennis, NJ 08245** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5109017** | | | | | **Warranty** | | | | |
| **Catherine Gibson** **6633 Hegerman St** **Philadelphia, PA 19135** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131930** | | | | | **Warranty** | | | | |
| **Catherine Gordon** **PO Box 654** **Rio Grande, NJ 08242** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5098483** | | | | | **Warranty** | | | | |
| **Catherine Hopkins** **1220 S Sixth Street** **Philadelphia, PA 19147** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5126351** | | | | | **Warranty** | | | | |
| **Catherine Krezan** **1580 Ridge Avenue** **New Kensington, PA 15068** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **632** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5092465** | | | | **Warranty** | | | | |
| **Catherine L Fedak 1433 Atkins Street Erie, PA 16503** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093695** | | | | **Warranty** | | | | |
| **Catherine L Larai 2717 Fairway Drive Altoona, PA 18802** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095749** | | | | **Warranty** | | | | |
| **Catherine L Phillips 19 Winchester Circle Lebanon, PA 17046** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132741** | | | | **Warranty** | | | | |
| **Catherine L Van Doren 310 Ridge St 1st Floor Emmaus, PA 18049** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129600** | | | | **Warranty** | | | | |
| **Catherine M Bomberger 355 Knoedler Rd Apt 1 Pittsburgh, PA 15236** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **633** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 0.00

In re __Great Lakes Warranty Corporation__ , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5107293 | | | Warranty | | | | |
| Catherine M Gordon 118 Oakdale Villas, NJ 08251 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5113566 | | | Warranty | | | | |
| Catherine M Worden 717 Oaklawn Road Simpsonville, SC 29680 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5125074 | | | Warranty | | | | |
| Catherine McCafferty 319 West Street Bethlehem, PA 18018 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5110201 | | | Warranty | | | | |
| Catherine R Philpot Humr 3218 State Route 82  L147 Mantua, OH 44255 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5077749 | | | Warranty | | | | |
| Catherine R Ricketts 260 Boving Road Lancaster, OH 43130 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.__634__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5129828 | | | | | Warranty | | | | |
| Catherine Sheftz 105 Pickwick Lane Oakridge, TN 37830 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5105546 | | | | | Warranty | | | | |
| Catherine Smith 309 Allen Place Nashville, TN 37205 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5126635 | | | | | Warranty | | | | |
| Catherine Snyder 987 Greerland Drive Nashville, TN 37204 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5077833 | | | | | Warranty | | | | |
| Catherine Souleret 17 Nicholas Dr Beaver, PA 15009 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5080328 | | | | | Warranty | | | | |
| Catherine Vinett 6327 Chickering Woods Drive Nashville, TN 37215 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **635** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation**　　　　　　　　　　　　　, Case No. _____

　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5104391 | | | | Warranty | | | | |
| Catherine W Hipple 5839 Garden Ridge Drive Millington, TN 38053 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104985 | | | | Warranty | | | | |
| Catherine W Matthews 1455 Ashley Circle Pittsburgh, PA 15241 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132465 | | | | Warranty | | | | |
| Catherine Weireter 207 Waterford Road Egg Harbor Twp, NJ 08234 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128822 | | | | Warranty | | | | |
| Catherine Wolf 3515 Paris Drive Dayton, OH 45439 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106634 | | | | Warranty | | | | |
| Catherine Yurchick 1604 Constitution Boulevard Arnold, PA 15068 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **636** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108058** | | | **Warranty** | | | | |
| **Cathie Huber** **45 Monteview Drive** **York, PA 17404** | - | | | X | X | | 0.00 |
| Account No. **5085820** | | | **Warranty** | | | | |
| **Cathrine Reavey Lane** **109 Lake View Road** **Greentown, PA 18426** | - | | | X | X | | 0.00 |
| Account No. **5074686** | | | **Warranty** | | | | |
| **Cathy D Decker** **11960 State Rt 7 South** **Gallipolis, OH 45631** | - | | | X | X | | 0.00 |
| Account No. **5117055** | | | **Warranty** | | | | |
| **Cathy G Hupp** **532 E Lucius Avenue** **Youngstown, OH 44502** | - | | | | | | 237.30 |
| Account No. **5086846** | | | **Warranty** | | | | |
| **Cathy J Duff** **5589 Norbrook Ave** **Navarre, OH 44662** | - | | | X | X | | 0.00 |

Sheet no. **637** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

237.30

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5115587 | | | | Warranty | | | | |
| Cathy M Adams 1225 E Outter Drive Monroe, MI 48161 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117589 | | | | Warranty | | | | |
| Cathy M Headley 434 Garfield Street Struthers, OH 44471 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125809 | | | | Warranty | | | | |
| Cathy S Frank 6072 Drenta Cir SW Navarre, OH 44662 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116321 | | | | Warranty | | | | |
| CathyJo A Crawford 70 Roosevelt Street Sykesville, PA 15865 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132340 | | | | Warranty | | | | |
| Cathyy O Donel 23445 Burn Valley Road Doylesburg, PA 17219 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **638** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**       Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5083298 | | | | Warranty | | | | |
| Catrina Bourlakas 612 Cherry Glen Circle Nashville, TN 37215 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5042295 | | | | Warranty | | | | |
| Catrina Griffin 5354 State St. Albany, OH 45710 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106952 | | | | Warranty | | | | |
| Cavalier E LaRue 942 Meldon Avenue Donora, PA 15033 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5082842 | | | | Warranty | | | | |
| Cavetta McDavid 404 Bel Arbor Lane Mulden, SC 29662 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106600 | | | | Warranty | | | | |
| Cayce Tiesler 621 Bluffview DR Pegram, TN 37143 | - | | | | | | | |
| | | | | | | | | 583.86 |

Sheet no. **639** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     583.86

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com       Best Case Bankruptcy

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5068911** <br><br> **CCNA Mission Dept.** <br> **1294 Rutledge Rd** <br> **Transfer, PA 16154** | - | | Warranty | | | | 52.56 |
| Account No. **5124513** <br><br> **Cebriet Harrell Jr.** <br> **110 Blossom Ct** <br> **Whitehouse, TN 37188** | - | | Warranty | X | X | | 0.00 |
| Account No. **5106898** <br><br> **Cecelia Gerard** <br> **200 Drexel Avenue** <br> **Havertown, PA 19083** | - | | Warranty | X | X | | 0.00 |
| Account No. **5101258** <br><br> **Cecil C Croston** <br> **6404 Hillfield Street NW** <br> **N Canton, OH 44720** | - | | Warranty | X | X | | 0.00 |
| Account No. **5087465** <br><br> **Cecil H Neff III** <br> **738 B Hilldale Road** <br> **Holtwood, PA 17532** | - | | Warranty | X | X | | 0.00 |

Sheet no. **640** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **52.56**

In re **Great Lakes Warranty Corporation**      Case No. _____

_____ ,

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5075301** | | | **Warranty** | | | | |
| **Cecil O Baird Jr** **28163 N Superior Road** **Queen Creek, AZ 85243** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5132195** | | | **Warranty** | | | | |
| **Cecil Ritter** **288 Sandrock Way PO Box 192** **Trenton, SC 29847** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5090973** | | | **Warranty** | | | | |
| **Cecila D Morris** **1623 E Washington Lane** **Philadelphia, PA 19138** | - | | | | | | |
| | | | | | | | **421.20** |
| Account No. **5098834** | | | **Warranty** | | | | |
| **Cecile M Foshee** **14812 N Skokie Court** **Phoenix, AZ 85022** | - | | | | | | |
| | | | | | | | **1,453.12** |
| Account No. **5092736** | | | **Warranty** | | | | |
| **Cecilia Ayala** **4189 West 3rd Place** **Yuma, AZ 85364** | - | | | X | X | | |
| | | | | | | | **0.00** |

| | | |
|---|---|---|
| Sheet no. **641** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **1,874.32** |

In re   **Great Lakes Warranty Corporation**               ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125345** | | | | **Warranty** | | | | |
| **Cecilia Coloma** **902 Scott Ave** **Cape May, NJ 08204** | - | | | | X | X | | **0.00** |
| Account No. **5113991** | | | | **Warranty** | | | | |
| **Cecilia E Libra** **4439 Phyllis Drive** **Erie, PA 16510** | - | | | | | | | **313.52** |
| Account No. **5129085** | | | | **Warranty** | | | | |
| **Cedric A  Gunter** **141 Woodvale Cir** **Columbia, SC 29203** | - | | | | X | X | | **0.00** |
| Account No. **5090770** | | | | **Warranty** | | | | |
| **Cedric B Bailey** **1823 Scott Valley Drive** **Columbus, OH 43223** | - | | | | X | X | | **0.00** |
| Account No. **5089916** | | | | **Warranty** | | | | |
| **Cedric Flemon** **5529 N 23rd Avenue** **Phoenix, AZ 85015** | - | | | | X | X | | **0.00** |

Sheet no.**642** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                  Subtotal                       | **313.52**
(Total of this page)

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5131078 | | | | Warranty | | | | |
| Celedonio Negredos 5608 Red Gail Circle North Las Vegas, NV 89031 | - | | | | X | X | | 0.00 |
| Account No. 5120575 | | | | Warranty | | | | |
| Celesta D Snider 862 Summit Dr Logan, OH 43138 | - | | | | | | | 1,486.04 |
| Account No. 5124801 | | | | Warranty | | | | |
| Celeste Wells 7090 Heather Road Macungie, PA 18062 | - | | | | X | X | | 0.00 |
| Account No. 5096519 | | | | Warranty | | | | |
| Celestine Braxton 368 Barr Street McDonald, PA 15057 | - | | | | | | | 915.90 |
| Account No. 5091337 | | | | Warranty | | | | |
| Celestine Fdyeil 63 Marboro Lane Willingboro, NJ 08046 | - | | | | X | X | | 0.00 |

Sheet no. 643 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,401.94

In re **Great Lakes Warranty Corporation**          Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126241** | | | | **Warranty** | | | | |
| **Central Susquehanna RealEstate** **3524 West Fourth Street** **Williamsport, PA 17701** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5094095** | | | | **Warranty** | | | | |
| **Ceri L Evans** **220 Liberty Street  Apt 10212** **Columbus, OH 43215** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5098590** | | | | **Warranty** | | | | |
| **Cesar Gonzalez** **704 N Sixth Street** **Allentown, PA 18102** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125022** | | | | **Warranty** | | | | |
| **Cesar Gonzalez Marin** **1225 Carville Drive #2** **Reno, NV 89512** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119682** | | | | **Warranty** | | | | |
| **Cesar J Augustin** **4128 Windsor Rd** **Boardman, OH 44512** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **644** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5130581 | | | | Warranty | | | | |
| Cesar Montanez 1245 East 4th Street Bethlehem, PA 18015 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126174 | | | | Warranty | | | | |
| Cesar Reyes 8561 Gold Flash Las Vegas, NV 89129 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131752 | | | | Warranty | | | | |
| Cesar Rocha 115 Co 22nd Street Sp #8 San Luis, AZ 85349 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121680 | | | | Warranty | | | | |
| Cesco Harvey 213 Jet Star Dr Hockingport, OH 45739 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5069746 | | | | Warranty | | | | |
| Chad Behler 710 Steven Dr Lenhartsville, PA 19534 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__645__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5119160** | | | | Warranty | | | | |
| **Chad Bowling** **827 McWhorter Victory Rd** **London, KY 40741** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122541** | | | | Warranty | | | | |
| **Chad Rubinson** **2251 Wigwam Pkwy Apt 1926** **Henderson, NV 89074** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101292** | | | | Warranty | | | | |
| **Chad A Noll** **147 Memorial Highway** **Fleetwood, PA 19522** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114503** | | | | Warranty | | | | |
| **Chad Allen Berquist** **213 Rumbarger Avenue** **DuBois, PA 15801** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119907** | | | | Warranty | | | | |
| **Chad Bechard** **3439 Blaze Dr** **Murfreesboro, TN 37128** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **646** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5069872** | | | Warranty | | | | |
| **Chad Brown** **2991 Fowler Rd** **Springfield, OH 45502** | - | | | X | X | | 0.00 |
| Account No. **5126013** | | | Warranty | | | | |
| **Chad Crider** **114 Lind Avenue** **Mansfield, OH 44903** | - | | | X | X | | 0.00 |
| Account No. **5095167** | | | Warranty | | | | |
| **Chad Crowthers** **4444 East State Street PO Box 80664** **Canton, OH 44708** | - | | | X | X | | 0.00 |
| Account No. **5115878** | | | Warranty | | | | |
| **Chad D Flint** **2347 Fortman Road** **Fort Loramie, OH 45845** | - | | | X | X | | 0.00 |
| Account No. **5127409** | | | Warranty | | | | |
| **Chad D Hager** **1101 Pope Ave** **East Liverpool, OH 43920** | - | | | X | X | | 0.00 |

Sheet no.**647**___ of **4906**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re  **Great Lakes Warranty Corporation**                    ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095703** | | | Warranty | | | | |
| **Chad D Kuhn** **756 Eastern Avenue** **Woodsfield, OH 43793** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114733** | | | Warranty | | | | |
| **Chad Doyle** **6320 S Four Peaks Place** **Chandler, AZ 85249** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113142** | | | Warranty | | | | |
| **Chad E Alvis** **3 S Ninth Street** **Jacksonville, OH 45740** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5087459** | | | Warranty | | | | |
| **Chad E Pour** **2651 S Eighth Avenue  Apt  H1082** **Yuma, AZ 85764** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108930** | | | Warranty | | | | |
| **Chad Flavin** **268 Springdale Lane** **Yardley, PA 19067** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**648__** of **4906__** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5108131** | | | Warranty | | | | | |
| **Chad Gaddy** **451 Crestdale Lane** **Las Vegas, NV 89144** | | - | | | X | X | | 0.00 |
| Account No. **5099202** | | | Warranty | | | | | |
| **Chad Garrett** **220 Rose Avenue SE** **Massillon, OH 44646** | | - | | | X | X | | 0.00 |
| Account No. **5130214** | | | Warranty | | | | | |
| **Chad Hanby** **7171 Keron Drive** **Millville, NJ 08332** | | - | | | X | X | | 0.00 |
| Account No. **5067010** | | | Warranty | | | | | |
| **Chad Harms** **1131 East 9th St** **Casa Grande, AZ 85222** | | - | | | X | X | | 0.00 |
| Account No. **5088128** | | | Warranty | | | | | |
| **Chad Harner** **819 West Maple Street** **Valley View, PA 17983** | | - | | | X | X | | 0.00 |

Sheet no. **649** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5129622 | | | | | Warranty | | | | |
| Chad Havens 1529 Buttercup Drive Chambersburg, PA 17201 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5121277 | | | | | Warranty | | | | |
| Chad Householder 1165 Inglewood Dr Mogadore, OH 44260 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5131124 | | | | | Warranty | | | | |
| Chad Jackson 1301 Virginia Avenue Apt 5 Hagerstown, MD 21740 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5052785 | | | | | Warranty | | | | |
| Chad Keller 103 Landin Circle Charlottesville, VA 22902 | - | | | | | | | | |
| | | | | | | | | | 2,045.79 |
| Account No. 5100319 | | | | | Warranty | | | | |
| Chad Kovalchuk 196 Highland Avenue Donora, PA 15033 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **650** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         2,045.79

In re   **Great Lakes Warranty Corporation**                              ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5116069 | | | | Warranty | | | | |
| Chad Kozlowski 647 Memorial Drive New Kensington, PA 15068 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113014 | | | | Warranty | | | | |
| Chad Laman 2509 Arnold Road St Marys, OH 45885 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132046 | | | | Warranty | | | | |
| Chad Laurytsen 3687 Ingleside Road Shaker Heights, OH 44122 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5085535 | | | | Warranty | | | | |
| Chad M Bonifas 504 N Seventh Street Coldwater, OH 45828 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106241 | | | | Warranty | | | | |
| Chad M Hofstetter 10608 N Colby Avenue Muncie, IN 47303 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **651**_ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           0.00

In re  **Great Lakes Warranty Corporation**                               , Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5121153** | | | | **Warranty** | | | | |
| **Chad M Hull** **545 North Ray Dr** **Zanesville, OH 43701** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115509** | | | | **Warranty** | | | | |
| **Chad M Isom** **3322 Eleventh Street SW** **Canton, OH 44710** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130220** | | | | **Warranty** | | | | |
| **Chad M Lewis** **3750 Horizon Dr** **Columbia, PA 17512** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5097665** | | | | **Warranty** | | | | |
| **Chad M Porter** **5534 W Watkins Street** **Goodyear, AZ 85338** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123133** | | | | **Warranty** | | | | |
| **Chad M Ulmer** **2617 Odette Street** **Pittsburgh, PA 15227** | - | | | | | | | |
| | | | | | | | | **1,494.50** |

Sheet no. **652** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **1,494.50**

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120396** | | | Warranty | | | | |
| **Chad M Walter** **619 West Findlay St** **Carey, OH 43316** | - | | | X | X | | 0.00 |
| Account No. **5114082** | | | Warranty | | | | |
| **Chad M Wedding** **806 Oliver Street** **St Marys, OH 45885** | - | | | X | X | | 0.00 |
| Account No. **5066072** | | | Warranty | | | | |
| **Chad Matson** **5086 Silver Maple Lane** **Medina, OH 44256** | - | | | X | X | | 0.00 |
| Account No. **5105198** | | | Warranty | | | | |
| **Chad Miner** **610 West Sereno Dr** **Gilbert, AZ 85233** | - | | | X | X | | 0.00 |
| Account No. **5125952** | | | Warranty | | | | |
| **Chad Moeller** **11058 E. Raintree Drive** **Scottsdale, AZ 85255** | - | | | X | X | | 0.00 |

Sheet no.**653** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation**                                   Case No. _____

_____,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125531** | | | | **Warranty** | | | | |
| **Chad Morgan** **6095 Mapleton Drive** **New Albany, OH 43054** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101283** | | | | **Warranty** | | | | |
| **Chad N Lawrence** **21876 TR 156** **W Lafayette, OH 43845** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128178** | | | | **Warranty** | | | | |
| **Chad Nicholas Vincent** **31 Rebecca Ave** **Leechburg, PA 15656** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132595** | | | | **Warranty** | | | | |
| **Chad Prittie** **7777 Hunt Club Drive** **Mason, OH 45040** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5069125** | | | | **Warranty** | | | | |
| **Chad Ratfield** **7760 N 30th Dr** **Glendale, AZ 85051** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **654** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

In re   **Great Lakes Warranty Corporation** ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5087665** | | | | Warranty | | | | |
| **Chad Remaklus** **7904 Darke Shelby County Line** **Yorkshire, Oh 45388** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100222** | | | | Warranty | | | | |
| **Chad S Edwards** **635 Meadow Drive** **Lebanon, PA 17042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085994** | | | | Warranty | | | | |
| **Chad Stellato** **775 East Parker St** **Langhorne, PA 19048** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113924** | | | | Warranty | | | | |
| **Chad Swartzmiller** **16975 State Route 278** **Nelsonville, OH 45764** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094576** | | | | Warranty | | | | |
| **Chad Tomaiko** **1175 Stanwood Avenue** **Akron, OH 44314** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **655** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5113872** | | | **Warranty** | | | | |
| **Chad Young** **1845 Longview Dr** **Lancaster, PA 17604** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5113868** | | | **Warranty** | | | | |
| **Chadd Eme** **3502  River Road** **Conestoga, PA 17516** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5088310** | | | **Warranty** | | | | |
| **Chadi Boukarroum** **115 Omni Drive  Apt 506** **Toronto, ON M1P5B4** **CANADA** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5061105** | | | **Warranty** | | | | |
| **Chadi Murr** **170 Bertel Drive** **Covington, LA 70433** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5109484** | | | **Warranty** | | | | |
| **Chaitanya Bannerjee** **2533 Spindle Hill  #5** **Cincinatti, OH 45230** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**656** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re  **Great Lakes Warranty Corporation**                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5111927 | | | | Warranty | | | | |
| Chame Gipson 25B Pockens Village Braddock, PA 15104 | - | | | | X | X | | 0.00 |
| Account No. 5130904 | | | | Warranty | | | | |
| Champ Bennette 1208 East Hampton Street Dillon, SC 29336 | - | | | | | | | 130.00 |
| Account No. 5075683 | | | | Warranty | | | | |
| Chan Vann 337 Stevens St Philadelphia, PA 19111 | - | | | | X | X | | 0.00 |
| Account No. 5108735 | | | | Warranty | | | | |
| Chana E Whipple 8640 William Penn Road Osterbrug, PA 16667 | - | | | | | | | 941.00 |
| Account No. 5115039 | | | | Warranty | | | | |
| Chance Holmes 21320 N 56th Street #2130 Phoenix, AZ 85054 | - | | | | X | X | | 0.00 |

Sheet no. __657__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                1,071.00

In re   **Great Lakes Warranty Corporation**                                          ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5114937 | | | | Warranty | | | | |
| Chanda Breeden 2810 Rose Hill Road Ethridge, TN 38456 | - | | | | X | X | | 0.00 |
| Account No. 5101475 | | | | Warranty | | | | |
| Chandler W Hayward 7000 Juanita Cove Memphis, TN 38133 | - | | | | X | X | | 0.00 |
| Account No. 5132033 | | | | Warranty | | | | |
| Chandra Darjee 1829 Brett Street Apt 9 Pittsburgh, PA 15205 | - | | | | X | X | | 0.00 |
| Account No. 5071748 | | | | Warranty | | | | |
| Chandra Williams 2005 Leatherbury Ct Antioch, TN 37013 | - | | | | | | | 112.70 |
| Account No. 5102877 | | | | Warranty | | | | |
| Chandravadan R Bant 412 White Bridge Road Nashville, TN 37209 | - | | | | X | X | | 0.00 |

Sheet no. **658** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **112.70**

In re **Great Lakes Warranty Corporation**         Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130979** | | | **Warranty** | | | | |
| **Chanelle Clemmer**<br>**914 Lobelia Avenue**<br>**Reading, PA 19604** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5116177** | | | **Warranty** | | | | |
| **Chanelle M Hayden**<br>**2385 South Braddock Avenue**<br>**Swissvale, PA 15218** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5125864** | | | **Warranty** | | | | |
| **Chantheara Ma**<br>**128 Powelton Ave.**<br>**Woodbyne, NJ 08107** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5091745** | | | **Warranty** | | | | |
| **Chapman Johnson**<br>**1293 Oak Lane**<br>**Quakertown, PA 18951** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5111652** | | | **Warranty** | | | | |
| **Chaquanda Day**<br>**622 Beachwood**<br>**Farrell, PA 16121** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **659** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal            **0.00**<br>(Total of this page)

In re   **Great Lakes Warranty Corporation**               ,    Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5124903** | | | | | **Warranty** | | | | |
| **Charalampos Anastasiadis** **256 A Presidental Dr** **Wilmington, DE 19807** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5126818** | | | | | **Warranty** | | | | |
| **Charese McGregor** **1043 Elbon Rd** **Cleveland Hts, OH 44121** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131416** | | | | | **Warranty** | | | | |
| **Charisse Ina Turner** **1633 Baltusrol Lane** **Mt Pleasant, SC 29466** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5070993** | | | | | **Warranty** | | | | |
| **Charity Fitzpatrick** **1345 Bell Rd #306** **Antioch, TN 37013** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5102898** | | | | | **Warranty** | | | | |
| **Charity L Hamm** **827 Slate Drive** **Newbern, TN 38024** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**660__** of **4906_** sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)      **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,      Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5114390 | | | | Warranty | | | | |
| Charity Palmer 109 Helen Lane  Apt D Lamar, SC 29069 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112418 | | | | Warranty | | | | |
| Charla C Crawley 3337 Milwaukee Street  Apt 1 Pittsburgh, PA 15219 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118437 | | | | Warranty | | | | |
| Charleen Locy 224 Harding Ave South Massillon, OH 44646 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131787 | | | | Warranty | | | | |
| Charleen M McClain 46 Peach Court New Kensington, PA 15068 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5088702 | | | | Warranty | | | | |
| Charlene  Reeder 1911 W Wilshire Drive Phoenix, AZ 85009 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**661__** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re **Great Lakes Warranty Corporation**                                      ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5086391** | | | | **Warranty** | | | | |
| **Charlene A Boivin** **4677 Preserve Drive NW** **Canton, OH 44708** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123887** | | | | **Warranty** | | | | |
| **Charlene Alicia Watkins** **208 Linton St** **Philadelphia, PA 19120** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109070** | | | | **Warranty** | | | | |
| **Charlene Baker** **114 Amy Drive** **Pittsburgh, PA 15205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089995** | | | | **Warranty** | | | | |
| **Charlene Flaherty** **912 Valleyview Road** **Pittsburgh, PA 15243** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128378** | | | | **Warranty** | | | | |
| **Charlene G  Bradford** **3701 Bethel Bay St** **North Las Vegas, NV 89032** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **662** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125756** | | | | Warranty | | | | |
| **Charlene Hohl** **1266 Harvest Drive** **Denver, PA 17517** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088318** | | | | Warranty | | | | |
| **Charlene Howell** **217 Still Spring Hollow Court** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114565** | | | | Warranty | | | | |
| **Charlene J Goodnight** **89 Lafferty Avenue** **Pittsburgh, PA 15210** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120533** | | | | Warranty | | | | |
| **Charlene Jacka** **228 9th St** **Oakmont, PA 15139** | - | | | | | | | |
| | | | | | | | | 1,325.00 |
| Account No. **5130918** | | | | Warranty | | | | |
| **Charlene Johnson** **423 Wallis Avenue** **Farrell, PA 16121** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **663** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,325.00

In re   **Great Lakes Warranty Corporation**                ,    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5070452** | | | Warranty | | | | |
| **Charlene Jones** **2137 Suitland Terrace  Apt 201** **Washington, DC 20001** | - | | | X | X | | 0.00 |
| Account No. **5115410** | | | Warranty | | | | |
| **Charlene Larrew** **125 Irene Drive** **Irwin, PA 15642** | - | | | | | | 249.15 |
| Account No. **5129493** | | | Warranty | | | | |
| **Charlene Merkel** **315 William Street** **Slatington, PA 18080** | - | | | X | X | | 0.00 |
| Account No. **5094971** | | | Warranty | | | | |
| **Charlene Owen** **3541 E Lemarche Avenue** **Phoenix, AZ 85032** | - | | | | | | 366.50 |
| Account No. **5088005** | | | Warranty | | | | |
| **Charlene R Ward** **128 Scott Road** **Toney, AL 35773** | - | | | X | X | | 0.00 |

Sheet no. **664** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **615.65**

In re   **Great Lakes Warranty Corporation**                                      ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5081795** | | | Warranty | | | | |
| **Charlene S. White** **291 W. Washington Street** **Nelsonville, OH 45764** | - | | | X | X | | 0.00 |
| Account No. **5130134** | | | Warranty | | | | |
| **Charlene Valentine** **310 East Hand Avenue APt 9** **Wildwood, NJ 08260** | - | | | X | X | | 0.00 |
| Account No. **5105974** | | | Warranty | | | | |
| **Charles  Burns IV** **11 Dune Ridge Lane** **Isle of Palms, SC 29451** | - | | | | | | 151.40 |
| Account No. **5050108** | | | Warranty | | | | |
| **Charles  Caldwell** **4604 Ryan Ave** **Columbia, SC 29203** | - | | | X | X | | 0.00 |
| Account No. **5131398** | | | Warranty | | | | |
| **Charles  Clark** **455 County Road 180** **Athens, TN 37303** | - | | | X | X | | 0.00 |

Sheet no.**665__** of **4906__** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

151.40

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5122964** | | | | **Warranty** | | | | |
| **Charles  Dearth**<br>**9701 Monserat Rd**<br>**Millfield, OH 45761** | - | | | | X | X | | 0.00 |
| Account No. **5122331** | | | | **Warranty** | | | | |
| **Charles  Holloway**<br>**1735 Wrenford Rd**<br>**South Euclid, OH 44121** | - | | | | X | X | | 0.00 |
| Account No. **5072066** | | | | **Warranty** | | | | |
| **Charles  Johnson**<br>**705 South Clay Street**<br>**Nevada, MO 64772** | - | | | | X | X | | 0.00 |
| Account No. **5085203** | | | | **Warranty** | | | | |
| **Charles  Kayne**<br>**3383 Stillhouse Road SE**<br>**Atlanta, GA 30339** | - | | | | | | | 1,610.91 |
| Account No. **5119322** | | | | **Warranty** | | | | |
| **Charles  Kelly**<br>**109 32nd Ave South**<br>**Nashville, TN 37212** | - | | | | X | X | | 0.00 |

Sheet no. **666** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,610.91

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5118982 | | | | Warranty | | | | |
| Charles Kuehmann 865 Warwick Rd Deerfield, IL 60015 | - | | | | X | X | | 0.00 |
| Account No. 5078037 | | | | Warranty | | | | |
| Charles Moxon 5 Lomand Lane Bella Vista, AR 72715 | - | | | | X | X | | 0.00 |
| Account No. 5119082 | | | | Warranty | | | | |
| Charles Palumbo 700 700 Erial Rd Blackwood, NJ 08012 | - | | | | X | X | | 0.00 |
| Account No. 5090419 | | | | Warranty | | | | |
| Charles Renicker 4903 Ridge Avenue SE Canton, Oh 44707 | - | | | | X | X | | 0.00 |
| Account No. 5119283 | | | | Warranty | | | | |
| Charles W Boggs 11907 St Rt 691 Nelsonville, OH 45764 | - | | | | X | X | | 0.00 |

Sheet no.**667** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5094518** | | | | Warranty | | | | |
| **Charles A Campbell** **332 Ewing Drive** **Nashville, TN 37207** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5043354** | | | | Warranty | | | | |
| **Charles A Mattish** **88 Greene St** **Clarksville, PA 15322** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5072521** | | | | Warranty | | | | |
| **Charles A Rahmig** **346 Clay Run Road** **Mill Run, PA 15464** | - | | | | | | | |
| | | | | | | | | 158.80 |
| Account No. **5078193** | | | | Warranty | | | | |
| **Charles A Rampey Jr** **6 Tavern Court** **Blythewood, SC 29016** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112165** | | | | Warranty | | | | |
| **Charles A Rankin** **6689 Donraven Avenue** **Las Vegas, NV 89139** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **668** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     158.80

In re  **Great Lakes Warranty Corporation**                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5072011** | | | | **Warranty** | | | | |
| **Charles A Sacks** **700 Alene Road** **Ambler, PA 19002** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5100338** | | | | **Warranty** | | | | |
| **Charles Adu Gyamfi** **P.O. Box 247843** **Columbus, OH 43224** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125282** | | | | **Warranty** | | | | |
| **Charles Alderson** **6849 Waterloo Road** **Atwater, OH 44201** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101261** | | | | **Warranty** | | | | |
| **Charles Ashby Parsons Jr** **428 Broome Street  Apt 3r** **New York, NY 10013** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5066293** | | | | **Warranty** | | | | |
| **Charles Asman** **1995 Grant Road** **Coopersburg, PA 18036** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **669** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**          Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5115626 | | | | Warranty | | | | |
| Charles B Fowler 7740 Old Harding Road Nashville, TN 37221 | - | | | | X | X | | 0.00 |
| Account No. 5096929 | | | | Warranty | | | | |
| Charles B Heid 316 Third Street  PO Box 109 Darlington, PA 16115 | - | | | | X | X | | 0.00 |
| Account No. 5107920 | | | | Warranty | | | | |
| Charles Ball 904 Lower Street Roaring Spring, PA 16673 | - | | | | X | X | | 0.00 |
| Account No. 5126925 | | | | Warranty | | | | |
| Charles Barie 1306 Hiland Avenue Coraopolis, PA 15108 | - | | | | | | | 121.70 |
| Account No. 5123482 | | | | Warranty | | | | |
| Charles Bartlett 315 West 2nd Emporia, KS 66801 | - | | | | X | X | | 0.00 |

Sheet no. **670** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
                   (Total of this page)        121.70

In re   **Great Lakes Warranty Corporation**              ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5088202** | | | Warranty | | | | |
| **Charles Beam** **241 S Cadish St** **Gaston, SC 29053** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5064023** | | | Warranty | | | | |
| **Charles Beard** **1868 Old Boones Creek Road** **Johnson City, TN 37615** | - | | | | | | |
| | | | | | | | **1,072.15** |
| Account No. **5107207** | | | Warranty | | | | |
| **Charles Beohm** **2020 Explorer Road SW** **Dellroy, OH 44620** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5131283** | | | Warranty | | | | |
| **Charles Billham** **1231 Elbron Avenue** **Salem, OH 44460** | - | | | | | | |
| | | | | | | | **826.50** |
| Account No. **5069120** | | | Warranty | | | | |
| **Charles Bobb** **3030 Cortina Drive** **Colorado Springs, CO 80918** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**671**___ of **4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal
          (Total of this page)    **1,898.65**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5132299** | | | | **Warranty** | | | | |
| **Charles Boggs** **3440 Kirby Kountry Drive** **Taneytown, MD 21787** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131878** | | | | **Warranty** | | | | |
| **Charles Broadwater** **705 Veterans Drive PO Box 49** **Oliver, PA 15472** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120678** | | | | **Warranty** | | | | |
| **Charles Brophy** **118 10th St** **Pittsburgh, PA 15229** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5066036** | | | | **Warranty** | | | | |
| **Charles Brown** **9725 Harmony Drive** **Ingomar, PA 15127** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129156** | | | | **Warranty** | | | | |
| **Charles Buhl** **91 Airport Road** **Pottstown, PA 19464** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**672__** of **4906__** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5046118** | | | | | **Warranty** | | | | |
| **Charles Burkel** **1983 Charles Street** **De Pere, WI 54115** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5103871** | | | | | **Warranty** | | | | |
| **Charles C Boger** **9782 SE Top O Scott Street** **Happy Valley, OR 97086** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5101106** | | | | | **Warranty** | | | | |
| **Charles C Crawford III** **2010 Ridge Avenue** **New Kensington, PA 15068** | - | | | | | | | | |
| | | | | | | | | | **31.70** |
| Account No. **5123771** | | | | | **Warranty** | | | | |
| **Charles C Hankey** **384 Straw Cutter Rd** **Derry, PA 15627** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5131397** | | | | | **Warranty** | | | | |
| **Charles Cape** **417 Allison Drive** **Harriman, TN 37748** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **673** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **31.70**

In re **Great Lakes Warranty Corporation**        Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5096786** | | | | Warranty | | | | |
| **Charles Cary** **8818 Braeburn Loop** **Yakama, WA 98903** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107487** | | | | Warranty | | | | |
| **Charles Castelli** **2391 Poplar Grove Road** **Halls, TN 38040** | - | | | | | | | |
| | | | | | | | | **493.01** |
| Account No. **5131770** | | | | Warranty | | | | |
| **Charles Clark** **2851 St Rt 73** **Peebles, OH 45660** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131114** | | | | Warranty | | | | |
| **Charles Clark** **3128 Red Imp** **Las Vegas, NV 89081** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5063313** | | | | Warranty | | | | |
| **Charles Connolly** **3062 Ridgeland Avenue** **Lisle, IL 60532** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **674** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **493.01**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5062096** | | | | | **Warranty** | | | | |
| **Charles Cook** **3021 Cleemont Avenue** **Pittsburgh, PA 15227** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5130189** | | | | | **Warranty** | | | | |
| **Charles Culp** **224 Waldo Road** **Rockwood, TN 37854** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5108709** | | | | | **Warranty** | | | | |
| **Charles Curto** **15875 Red Shale Hill Rd** **Pekin, IL 61554** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5108301** | | | | | **Warranty** | | | | |
| **Charles D Evans** **76 Sampson Avenue** **Pittsburgh, PA 15205** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5119164** | | | | | **Warranty** | | | | |
| **Charles D Moore Jr** **271 Noah Dr** **Franklin, TN 37064** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**675__** of **4906__** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                          Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5102364** | | | Warranty | | | | |
| **Charles D Pinazza**<br>**845 Carbon Road**<br>**Greensburg, PA 15601** | - | | | X | X | | 0.00 |
| Account No. **5113103** | | | Warranty | | | | |
| **Charles D Poland**<br>**409 Ash St   PO Box 398**<br>**Richeyville, PA 15358** | - | | | X | X | | 0.00 |
| Account No. **5071826** | | | Warranty | | | | |
| **Charles D Thompson**<br>**6028 N Quail Run Rd**<br>**Paradise Valley, AZ 85253** | - | | | X | X | | 0.00 |
| Account No. **5118524** | | | Warranty | | | | |
| **Charles D Ward**<br>**16 N Lanson Ave**<br>**Hamilton, OH 45013** | - | | | X | X | | 0.00 |
| Account No. **5101520** | | | Warranty | | | | |
| **Charles Dayton**<br>**5 Cooper Drive**<br>**Somers Point, NJ 08244** | - | | | X | X | | 0.00 |

Sheet no.**676** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       **0.00**

In re **Great Lakes Warranty Corporation**, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131981** | | | Warranty | | | | |
| **Charles Dennis Jr.** **7075 West Gowan Avenue Apt 1028** **Las Vegas, NV 89129** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5094398** | | | Warranty | | | | |
| **Charles Dillon** **1328 Windy Wood Road** **Pelion, SC 29123** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5091754** | | | Warranty | | | | |
| **Charles Dries** **2181 New Street** **Orefield, PA 18069** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5109165** | | | Warranty | | | | |
| **Charles E Arwood** **5016 Princeton** **Memphis, TN 38117** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5104507** | | | Warranty | | | | |
| **Charles E Barr** **239 Winding Creek Way** **Chapin, SC 29036** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**677** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re **Great Lakes Warranty Corporation**       Case No. _____

                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5122198<br><br>Charles E Boom II<br>7140 Indian Trail<br>Poland, OH 44514 | - | | Warranty | | | | 314.97 |
| Account No. 5094028<br><br>Charles E Desabato<br>475 Sun Valley Drive<br>Pittsburgh, PA 15239 | - | | Warranty | | | | 507.70 |
| Account No. 5100906<br><br>Charles E Dwinell<br>1525 Catalina Avenue<br>Allentown, PA 18103 | - | | Warranty | X | X | | 0.00 |
| Account No. 5087542<br><br>Charles E Headley<br>319 Deemers Drive<br>Cranberry Township, PA 16066 | - | | Warranty | X | X | | 0.00 |
| Account No. 5108254<br><br>Charles E King<br>2541 Centre Avenue  #202<br>Pittsburgh, PA 15219 | - | | Warranty | X | X | | 0.00 |

Sheet no. 678 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      822.67

In re **Great Lakes Warranty Corporation**                      Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5101757** | | | | **Warranty** | | | | |
| **Charles E Larson 7066 Reed Road Conneaut, OH 44030** | - | | | | | | | 157.78 |
| Account No. **5117330** | | | | **Warranty** | | | | |
| **Charles E Marcrum 240 S Greer Memphis, TN 38111** | - | | | | X | X | | 0.00 |
| Account No. **5127436** | | | | **Warranty** | | | | |
| **Charles E McKittrick 1652 Marsdale Ave Columbus, OH 43223** | - | | | | X | X | | 0.00 |
| Account No. **5091396** | | | | **Warranty** | | | | |
| **Charles E Moxley 288 Moxleyville Road Blythe, GA 30805** | - | | | | | | | 1,522.00 |
| Account No. **5118387** | | | | **Warranty** | | | | |
| **Charles E Myers 13 Elm Ave Moundsville, WV 26041** | - | | | | | | | 105.77 |

Sheet no. **679** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **1,785.55**

In re **Great Lakes Warranty Corporation** ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5085912** | | | Warranty | | | | |
| **Charles E Page** **2064 E Cherry Hills Place** **Chandler, AZ 85249** | - | | | X | X | | 0.00 |
| Account No. **5107370** | | | Warranty | | | | |
| **Charles E Spangler** **1168 Peninsula Dr** **Prosperity, SC 29127** | - | | | X | X | | 0.00 |
| Account No. **5100203** | | | Warranty | | | | |
| **Charles E Trader** **36319 Buddy Road** **Albany, OH 45710** | - | | | X | X | | 0.00 |
| Account No. **5114776** | | | Warranty | | | | |
| **Charles E Yeager** **27 Chelton Street** **Shenandoah, PA 17976** | - | | | X | X | | 0.00 |
| Account No. **5115615** | | | Warranty | | | | |
| **Charles F Ginter Jr** **510 Market Street** **Fallentimber, PA 16639** | - | | | X | X | | 0.00 |

Sheet no. **680** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5106426 | | | | Warranty | | | | |
| Charles F Klein 3862 Wheatsheaf Road Huntingdon Valley, PA 19006 | | - | | | X | X | | 0.00 |
| Account No. 5087017 | | | | Warranty | | | | |
| Charles Federico 3 Finley Lane Wayne, NJ 07470 | | - | | | X | X | | 0.00 |
| Account No. 5068390 | | | | Warranty | | | | |
| Charles Fryer 1023 First Street Henderson, KY 42420 | | - | | | X | X | | 0.00 |
| Account No. 5122263 | | | | Warranty | | | | |
| Charles G Booth 2425 Brookville St Fairmount City, PA 16224 | | - | | | X | X | | 0.00 |
| Account No. 5122934 | | | | Warranty | | | | |
| Charles G Spiker 100 Hidden Valley Rd Ligonier, PA 15658 | | - | | | X | X | | 0.00 |

Sheet no. **681**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re    **Great Lakes Warranty Corporation**                                          ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5074538** | | | | **Warranty** | | | | |
| **Charles G Wright 17 Main Street Daisytown, PA 15427** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131632** | | | | **Warranty** | | | | |
| **Charles Gandee III 5601 Faircrest Street SW Canton, OH 44706** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122135** | | | | **Warranty** | | | | |
| **Charles Gebhart 32 Mallery Place Wilkes Barre, PA 18702** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101164** | | | | **Warranty** | | | | |
| **Charles Gibson Jr 1163 Stephenson Dr Troy, OH 45373** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5082989** | | | | **Warranty** | | | | |
| **Charles Golder 17 Pavillion Street Summerville, SC 29483** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **682** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5061251** <br><br> **Charles Goodall** <br> **11402 Reading Road** <br> **Cincinnati, OH 45241** | | - | | **Warranty** | | | | 221.31 |
| Account No. **5124633** <br><br> **Charles Grundy** <br> **18 Timber View Drive** <br> **Hubbard, OH 44425** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5101794** <br><br> **Charles H Watkins** <br> **211 Paddock Lane** <br> **Nashville, TN 37205** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5112870** <br><br> **Charles H Zeran III** <br> **4417 Crickett Drive** <br> **Orangeburg, SC 29118** | | - | | **Warranty** | | | | 337.50 |
| Account No. **5127119** <br><br> **Charles Hack** <br> **1 Soffel St** <br> **Pittsburgh, PA 15211** | | - | | **Warranty** | | | | 1,010.00 |

Sheet no.**683** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 1,568.81

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5111280 | | | | Warranty | | | | |
| Charles Hankison 18789 West Buckinham Road Logan, OH 43138 | - | | | | X | X | | 0.00 |
| Account No. 5132028 | | | | Warranty | | | | |
| Charles Hawkins 450 Barnstable Road Carlisle, PA 17015 | - | | | | X | X | | 0.00 |
| Account No. 5100268 | | | | Warranty | | | | |
| Charles Hood 1288 Stratford Street Barberton, OH 44203 | - | | | | | | | 1,390.00 |
| Account No. 5131154 | | | | Warranty | | | | |
| Charles Hull 1140 Indigo Road Mineral City, OH 44656 | - | | | | | | | 44.95 |
| Account No. 5088838 | | | | Warranty | | | | |
| Charles I Morse Jr 223 divisio Street Belvedere Tiburon, CA 94920 | - | | | | X | X | | 0.00 |

Sheet no. **684** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,434.95**

In re **Great Lakes Warranty Corporation**                                        Case No. _____
                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5076367 | | | | Warranty | | | | |
| Charles Iannetta 1750 Savercool Ave Bethlehem, PA 18015 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111540 | | | | Warranty | | | | |
| Charles J Barnes 210 East Cleveland Greenwood, MS 38930 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109651 | | | | Warranty | | | | |
| Charles J Biglin 4678 Laser Road Shelby, OH 44875 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112464 | | | | Warranty | | | | |
| Charles J Fleshman 5199 Golden Fern Lane Columbus, OH 43228 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5071196 | | | | Warranty | | | | |
| Charles J Gilberti Jr 10 Hillcrest Rd Hillsborough, NJ 08844 | - | | | | | | | |
| | | | | | | | | 145.00 |

Sheet no. **685** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                  **145.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094460** | | | Warranty | | | | |
| **Charles J Powell** **5755 E River Road  Apt 1407** **Tucson, AZ 85750** | - | | | X | X | | 0.00 |
| Account No. **5074523** | | | Warranty | | | | |
| **Charles J Robbins Sr** **739 Clover Lane** **Plymouth Meeting, PA 19462** | - | | | X | X | | 0.00 |
| Account No. **5094121** | | | Warranty | | | | |
| **Charles J Rogers** **385 Navinger Road** **Leechburg, PA 15656** | - | | | | | | 364.57 |
| Account No. **5108442** | | | Warranty | | | | |
| **Charles J Terrana** **Rd 2 Box 195** **Martinsburg, PA 16662** | - | | | X | X | | 0.00 |
| Account No. **5081142** | | | Warranty | | | | |
| **Charles J Young** **254 Lynn Haven Drive** **Pittsburgh, PA 15228** | - | | | X | X | | 0.00 |

Sheet no.**686**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**364.57**

In re **Great Lakes Warranty Corporation** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121656** <br><br> **Charles James Weldon Jr** <br> **10009 Rinaman Rd** <br> **Wexford, PA 15090** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5132658** <br><br> **Charles Jamison** <br> **114 Westminster Drive** <br> **Verona, PA 15147** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5071499** <br><br> **Charles K Rickenbach** <br> **124 S 14th St** <br> **Easton, PA 18042** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5121464** <br><br> **Charles K Stewart** <br> **7362 N Coyote Run Rd** <br> **Kingman, AZ 86409** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5128676** <br><br> **Charles Karadus** <br> **64 Jim Mountain Road** <br> **Normalville, PA 15469** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **687** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

In re   **Great Lakes Warranty Corporation**                ,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5122812** | | | | **Warranty** | | | | |
| **Charles Kijak** **17 Eddlewood Place** **Mt Laurel, NJ 08054** | - | | | | X | X | | 0.00 |
| Account No. **5119470** | | | | **Warranty** | | | | |
| **Charles L Brownell** **1001 Old Lebanon Dirt Rd** **Mount Juliet, TN 37122** | - | | | | X | X | | 0.00 |
| Account No. **5081112** | | | | **Warranty** | | | | |
| **Charles L Butler** **243 Sheringham Road** **Columbia, SC 29212** | - | | | | X | X | | 0.00 |
| Account No. **5125028** | | | | **Warranty** | | | | |
| **Charles L Hodge** **10072 Cascade Falls Dr** **Reno, NV 85921** | - | | | | X | X | | 0.00 |
| Account No. **5083478** | | | | **Warranty** | | | | |
| **Charles L Huwer** **1211 Cranberry Road** **Saint Henry, OH 45883** | - | | | | X | X | | 0.00 |

Sheet no.**688** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re   **Great Lakes Warranty Corporation**                                    ,       Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129349 | | | | Warranty | | | | |
| Charles Labonte 25961 Rock Street Coolville, OH 45723 | - | | | | X | X | | 0.00 |
| Account No. 5107077 | | | | Warranty | | | | |
| Charles Lawson 1311 Citadel Street Franklin, TN 37067 | - | | | | X | X | | 0.00 |
| Account No. 5106245 | | | | Warranty | | | | |
| Charles Lee 2853 Darlington Road Beaver Falls, PA 15010 | - | | | | | | | 360.33 |
| Account No. 5078131 | | | | Warranty | | | | |
| Charles Lynch 1627 Milner Drive Beavercreek, OH 45432 | - | | | | X | X | | 0.00 |
| Account No. 5088580 | | | | Warranty | | | | |
| Charles M Acitelli 4634 Fifteenth Street  SW Canton, OH 44710 | - | | | | X | X | | 0.00 |

Sheet no.**689**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    360.33

In re    **Great Lakes Warranty Corporation**           Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5098602** | | | | **Warranty** | | | | |
| **Charles Martin** **17 East Birchwood Drive** **Cabot, AR 72023** | - | | | | X | X | | 0.00 |
| Account No. 5125139 | | | | **Warranty** | | | | |
| **Charles Mason** **4643 Mulberry Street** **Philadelphia, PA 19124** | - | | | | X | X | | 0.00 |
| Account No. 5118907 | | | | **Warranty** | | | | |
| **Charles Mathis** **2302 E Pueblo Ave** **Phoenix, AZ 85040** | - | | | | X | X | | 0.00 |
| Account No. 5095699 | | | | **Warranty** | | | | |
| **Charles McAvoy** **512 Northampton Street** **Edwardsville, PA 18704** | - | | | | X | X | | 0.00 |
| Account No. 5097567 | | | | **Warranty** | | | | |
| **Charles McLaughlin** **11014 Drake Road** **Cato, NV 13033** | - | | | | X | X | | 0.00 |

Sheet no. **690** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
(Total of this page)     0.00

In re   **Great Lakes Warranty Corporation**                              ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5103517** | | | | **Warranty** | | | | |
| **Charles McNeil** **13151 Bustleton Avenue  Apt E2** **Philadelphia, PA 19116** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130927** | | | | **Warranty** | | | | |
| **Charles Merrick** **6044 Portraits Place** **Las Vegas, NV 89149** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110643** | | | | **Warranty** | | | | |
| **Charles Merryman** **1638 Superior Avenue** **Canton, OH 44705** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5084341** | | | | **Warranty** | | | | |
| **Charles Michael Chicketti** **14401 N 43rd Street** **Phoenix, AZ 85032** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103859** | | | | **Warranty** | | | | |
| **Charles Moore** **918 County Road 264** **Niota, TN 37826** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**691** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**,      Case No. _____

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5069860** | | | | **Warranty** | | | | |
| **Charles Moore** **137 Shadow Pine Rd** **Columbia, SC 29210** | - | | | | X | X | | 0.00 |
| Account No. **5110594** | | | | **Warranty** | | | | |
| **Charles Morris** **263 Benjamin Boulevard** **Bear, DE 19701** | - | | | | X | X | | 0.00 |
| Account No. **5074115** | | | | **Warranty** | | | | |
| **Charles Morrow** **10370 Pleasant Lake Boulevard  #D1** **Parma, OH 44130** | - | | | | X | X | | 0.00 |
| Account No. **5125002** | | | | **Warranty** | | | | |
| **Charles Muller** **223 Winding Way** **Trafford, PA 18969** | - | | | | X | X | | 0.00 |
| Account No. **5083301** | | | | **Warranty** | | | | |
| **Charles Murrill** **PO Box 505** **Scott Depot, WV 25560** | - | | | | X | X | | 0.00 |

Sheet no.**692** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     0.00
(Total of this page)

In re **Great Lakes Warranty Corporation**                                      , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5115750 | | | | Warranty | | | | |
| Charles Ohler 1315 Cottage Place NW Canton, OH 44703 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5078200 | | | | Warranty | | | | |
| Charles P Dagenet Jr 15928 E Tumbleweed Drive Fountain Hills, AZ 85268 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114482 | | | | Warranty | | | | |
| Charles P Mavrakis 512 Castner Avenue Donora, PA 15033 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126102 | | | | Warranty | | | | |
| Charles Palmer Jr. 385 Conrad Lane Rockton, PA 15856 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5047221 | | | | Warranty | | | | |
| Charles Pettigrew 3 Rockport Crt Cumming, GA 90041 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **693** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5110631 | | | | Warranty | | | | |
| Charles Platt 2141 University Place Dayton, OH 45406 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124751 | | | | Warranty | | | | |
| Charles Pope 335 Sweetfield Valley Road Athens, TN 37303 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107135 | | | | Warranty | | | | |
| Charles Popple 128 E Saint Paul Avenue Waukesha, WI 53188 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131055 | | | | Warranty | | | | |
| Charles Preston 28 Marshall Avenue Germantown, OH 45327 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5065604 | | | | Warranty | | | | |
| Charles Prucnal 400 Wagon Wheel Trail Wexford, PA 15090 | - | | | | | | | |
| | | | | | | | | 787.22 |

Sheet no. **694** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

787.22

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5111908 | | | Warranty | | | | |
| Charles Pullett 26 Rockland Street Philadelphia, PA 19144 | - | | | X | X | | 0.00 |
| Account No. 5090853 | | | Warranty | | | | |
| Charles R F Treadway 143 Ensworth Avenue Nashville, TN 37205 | - | | | X | X | | 0.00 |
| Account No. 5106842 | | | Warranty | | | | |
| Charles R Fisher II 266 E Chestnut Street Jonestown, PA 17038 | - | | | X | X | | 0.00 |
| Account No. 5106326 | | | Warranty | | | | |
| Charles R Heath 10 School House Street  PO Box 14 Allenport, PA 15412 | - | | | X | X | | 0.00 |
| Account No. 5122904 | | | Warranty | | | | |
| Charles R Potetz 203 Locust St Pittsburgh, PA 15229 | - | | | X | X | | 0.00 |

Sheet no. **695** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re **Great Lakes Warranty Corporation**                                          , Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095677** | | | **Warranty** | | | | |
| **Charles R Pressler** **4522 Brunnerdale Avenue  NW** **Canton, OH 44718** | | - | | | | | 556.57 |
| Account No. **5108992** | | | **Warranty** | | | | |
| **Charles R Sledge** **224 Fourth Street** **Wilmerding, PA 15148** | | - | | X | X | | 0.00 |
| Account No. **5105187** | | | **Warranty** | | | | |
| **Charles R Spangler III** **1405 Pennsylvania Ave** **West Mifflin, PA 15122** | | - | | X | X | | 0.00 |
| Account No. **5132502** | | | **Warranty** | | | | |
| **Charles R Walker** **811 N Jordan ST** **Allentown, PA 18102** | | - | | X | X | | 0.00 |
| Account No. **5116624** | | | **Warranty** | | | | |
| **Charles R Wells** **333 Kingwood Dr** **Columbiana, OH 44408** | | - | | X | X | | 0.00 |

Sheet no. **696** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

556.57

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126593** | | | | **Warranty** | | | | |
| **Charles Renwick 12051 Rt 89 Wattsburg, PA 16442** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123653** | | | | **Warranty** | | | | |
| **Charles Richard Platt 123 Silver Wing Dr W Columbia, SC 29169** | - | | | | | | | |
| | | | | | | | | 691.96 |
| Account No. **5093542** | | | | **Warranty** | | | | |
| **Charles S Hudson 421 William Wallace Drive Franklin, TN 37064** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114706** | | | | **Warranty** | | | | |
| **Charles S Stewart 70 Acton Court Dalzell, SC 29040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099879** | | | | **Warranty** | | | | |
| **Charles Savoy 50303 Arbaugh Drive Reedsville, OH 45772** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**697** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

691.96

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125490** | | | Warranty | | | | |
| **Charles Schnetzer 320 Palmer Avenue Mamaroneck, NY 10543** | - | | | X | X | | 0.00 |
| Account No. **5110593** | | | Warranty | | | | |
| **Charles Segear 567 Coach road Horsham, PA 19044** | - | | | | | | 295.26 |
| Account No. **5119816** | | | Warranty | | | | |
| **Charles Shepard 555 Jennings Court Shelby, OH 44875** | - | | | X | X | | 0.00 |
| Account No. **5105689** | | | Warranty | | | | |
| **Charles Stanaitis 6577 Bedell Road Berlin Center, OH 44401** | - | | | X | X | | 0.00 |
| Account No. **5055096** | | | Warranty | | | | |
| **Charles Starnes 344 Elders Pond Circle Columbia, SC 29229** | - | | | | | | 143.58 |

Sheet no. **698** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 438.84

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                        ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5117172** | | | | Warranty | | | | |
| **Charles Steven Hinman 1791 Ranger Drive Cross, SC 29436** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128426** | | | | Warranty | | | | |
| **Charles Taylor 6341 Kitamaya North Las Vegas, NV 89031** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123292** | | | | Warranty | | | | |
| **Charles Theobald 654 Co Rd. 105 Athens, OH 37303** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5066295** | | | | Warranty | | | | |
| **Charles Thomason 21 Oak Glen Dr Greenville, SC 29607** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106423** | | | | Warranty | | | | |
| **Charles Timberlake 2948 Heather Leaf Way Columbus, OH 43231** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **699** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                              ,  Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094596** | | | Warranty | | | | |
| **Charles Tompkins** **408 20th Avenue SW  Ste 101** **Minot, ND 58701** | - | | | X | X | | 0.00 |
| Account No. **5127000** | | | Warranty | | | | |
| **Charles Turner** **1212 Mount Vernon Lane** **Mt. Juliet, TN 37122** | - | | | X | X | | 0.00 |
| Account No. **5110177** | | | Warranty | | | | |
| **Charles Turner** **4652 N Camac Street** **Philadelphia, PA 19140** | - | | | X | X | | 0.00 |
| Account No. **5123344** | | | Warranty | | | | |
| **Charles Vance** **8 Glenville Ave** **Goose Creek, SC 29415** | - | | | X | X | | 0.00 |
| Account No. **5125062** | | | Warranty | | | | |
| **Charles Vergon** **28 S. Chillocothe Road** **Aurora, OH 44202** | - | | | X | X | | 0.00 |

Sheet no. **700** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re **Great Lakes Warranty Corporation**,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5088044 | | | | Warranty | | | | |
| Charles Voboril 15904 E Ponderosa Dr Fountain Hills, AZ 85268 | - | | | | | | | 97.29 |
| Account No. 5117173 | | | | Warranty | | | | |
| Charles W Bowman 1461 Three Fountains Drive Idaho Falls, ID 83404 | - | | | | X | X | | 0.00 |
| Account No. 5129452 | | | | Warranty | | | | |
| Charles W Chance Jr 5184 Rt 49 lot 4 Millville, NJ 08332 | - | | | | X | X | | 0.00 |
| Account No. 5122036 | | | | Warranty | | | | |
| Charles W Coleman 205 Hanover St New Oxford, PA 17350 | - | | | | X | X | | 0.00 |
| Account No. 5100945 | | | | Warranty | | | | |
| Charles W Geyer 217 Northmont Drive Verona, PA 15147 | - | | | | X | X | | 0.00 |

Sheet no. 701 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     97.29

In re **Great Lakes Warranty Corporation** _____,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5075016 | | | Warranty | | | | |
| Charles W Hipp 7702 E. 131st Place Thornton, CO 80602 | - | | | X | X | | 0.00 |
| Account No. 5095036 | | | Warranty | | | | |
| Charles W McCollister 3399 Matheny Road Nelsonville, OH 45764 | - | | | X | X | | 0.00 |
| Account No. 5074644 | | | Warranty | | | | |
| Charles W Miller 4475 Stanley Court Plymouth, MI 48170 | - | | | X | X | | 0.00 |
| Account No. 5127441 | | | Warranty | | | | |
| Charles W Pike Jr 2 Sioux Ct Tipp City, OH 45371 | - | | | X | X | | 0.00 |
| Account No. 5121488 | | | Warranty | | | | |
| Charles W Rowland 395 Old Sweetwater Church Rd Sweetwater, TN 37874 | - | | | X | X | | 0.00 |

Sheet no. 702 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re **Great Lakes Warranty Corporation** ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104444** | | | | **Warranty** | | | | |
| **Charles W Slater** **1241 E Chestnut Street** **Lancaster, OH 43130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5077875** | | | | **Warranty** | | | | |
| **Charles W Whetstone** **828 Belleville Road** **St Matthews, SC 29135** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128478** | | | | **Warranty** | | | | |
| **Charles W Wilkey** **2111 White Oak Rd** **Dayton, TN 37321** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124707** | | | | **Warranty** | | | | |
| **Charles Wardle** **6334 Stephens Crossing** **Mechanicsburg, PA 17050** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5070403** | | | | **Warranty** | | | | |
| **Charles Webb** **3225 Rosedale Ave #1** **Dallas, TX 72505** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **703** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re    **Great Lakes Warranty Corporation**                            ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5109997** | | | | **Warranty** | | | | |
| **Charles Williams** **4141 E Mission Lane** **Phoenix, AZ 85028** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107935** | | | | **Warranty** | | | | |
| **Charles Williamson** **4304 Glen Eden Drive** **Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132457** | | | | **Warranty** | | | | |
| **Charles Wolford** **RR1 Box 197** **Poca, WV 25159** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5097840** | | | | **Warranty** | | | | |
| **Charles Wylder** **2824 South Oakridge Road** **North Charleston, SC 29420** | - | | | | | | | |
| | | | | | | | | **754.92** |
| Account No. **5114707** | | | | **Warranty** | | | | |
| **Charley E Whitlatch** **537 Fowlers Street** **New Liexington, OH 43764** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **704** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **754.92**

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5088212** | | | **Warranty** | | | | |
| **Charlie Bates**<br>**13 Ventura Avenue**<br>**Columbia, SC 29223** | - | | | X | X | | 0.00 |
| Account No. **5052783** | | | **Warranty** | | | | |
| **Charlie Huntington**<br>**5226 N. 20th St. #B8**<br>**Phoenix, AZ 85016** | - | | | | | | 540.91 |
| Account No. **5085628** | | | **Warranty** | | | | |
| **Charlie Lansdell**<br>**6821 Cloudland Drive**<br>**Nashville, TN 37205** | - | | | | | | 1,023.90 |
| Account No. **5126666** | | | **Warranty** | | | | |
| **Charlie Payne**<br>**1726 Casey Hollow**<br>**Soddy Daisy, TN 37379** | - | | | X | X | | 0.00 |
| Account No. **5077761** | | | **Warranty** | | | | |
| **Charlotte A Wold**<br>**101 Haverford Drive**<br>**Nashville, TN 37205** | - | | | X | X | | 0.00 |

Sheet no.**705**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,564.81

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5068331** | | | | **Warranty** | | | | |
| **Charlotte Allen** **9508 Kent Village Drive** **Charlotte, NC 28269** | | - | | | X | X | | 0.00 |
| Account No. **5097564** | | | | **Warranty** | | | | |
| **Charlotte Cornett** **6557 Palestine Street** **Pemberton, OH 45332** | | - | | | X | X | | 0.00 |
| Account No. **5116002** | | | | **Warranty** | | | | |
| **Charlotte D Long** **325 Concord Avenue** **Greensburg, PA 15601** | | - | | | X | X | | 0.00 |
| Account No. **5093958** | | | | **Warranty** | | | | |
| **Charlotte J Bottomley** **3930 Millsboro Road** **Mansfield, OH 44903** | | - | | | X | X | | 0.00 |
| Account No. **5120921** | | | | **Warranty** | | | | |
| **Charlotte L Velasquez** **79 Nettle Court** **Daton, OH 45431** | | - | | | X | X | | 0.00 |

Sheet no. **706** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re   **Great Lakes Warranty Corporation**
                                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125467** | | | | **Warranty** | | | | |
| **Charlotte Richard 112 Woodward Avenue Celina, OH 45822** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089037** | | | | **Warranty** | | | | |
| **Charlotte Taylor 45284 Pfalzgraft Road Woodsfield, OH 43793** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103960** | | | | **Warranty** | | | | |
| **Charmaine D Chavez Sisneros 8132 N State Avenue Glendale, AZ 85303** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128124** | | | | **Warranty** | | | | |
| **Charmaine Sebrell 712 West Grant Street E Palestine, OH 44413** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125192** | | | | **Warranty** | | | | |
| **Charne Jenkins 500 Center Grange Road Apt 56 Monaca, PA 15061** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**707** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **0.00**

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5115075** | | | | **Warranty** | | | | |
| **Charne N Jenkins** **287 14th Street** **AMbridge, PA 15003** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119546** | | | | **Warranty** | | | | |
| **Charne N Jenkins** **500 Center Grange Rd  Apt 56** **Monaca, PA 15061** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105728** | | | | **Warranty** | | | | |
| **Charolet L Robinson** **620 Broad Avenue NW** **Canton, OH 44708** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107442** | | | | **Warranty** | | | | |
| **Charolet Robinson** **620 Broad Ave NW** **Canton, OH 44708** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118098** | | | | **Warranty** | | | | |
| **Chas S Bryant** **153 Woodcrest Lane** **Gaston, SC 29053** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**708** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5090021** | | | **Warranty** | | | | |
| **Chase Villafana** **21 Sparrow Lane** **Huntington, NY 11743** | | - | | X | X | | 0.00 |
| Account No. **5101109** | | | **Warranty** | | | | |
| **Chasity A Satterlee** **523 Harmony Road** **New Brighton, PA 15066** | | - | | | | | 1,064.51 |
| Account No. **5131014** | | | **Warranty** | | | | |
| **Chastin Arrington** **3147 Bornt Drive** **Dover, PA 17315** | | - | | X | X | | 0.00 |
| Account No. **5118075** | | | **Warranty** | | | | |
| **Chastity Hillegas** **1150 Harrison Rd** **Shellsburg, PA 15559** | | - | | X | X | | 0.00 |
| Account No. **5128435** | | | **Warranty** | | | | |
| **Chauncey E Emery II** **200 Deborah Lane** **Cape May, NJ 08204** | | - | | X | X | | 0.00 |

Sheet no. **709** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,064.51

In re  **Great Lakes Warranty Corporation**                                          ,   Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5122664** | | | | **Warranty** | | | | |
| **Chauntene Ford** **4701 E Sahara** **Las Vegas, NV 89104** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5064648** | | | | **Warranty** | | | | |
| **Chawane Floyd** **249 Tyborne Circle** **Columbia, SC 29210** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091839** | | | | **Warranty** | | | | |
| **Chelsea Dunn** **165 Downer Avenue** **Uniontown, PA 15401** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130119** | | | | **Warranty** | | | | |
| **Chelsea Eisenwein** **240 Chris Ave** **Washingtonville, OH 44490** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126291** | | | | **Warranty** | | | | |
| **Chelsea Guzowski** **284 Greenough 3** **Philadelphia, PA 19127** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **710** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129157** | | | | **Warranty** | | | | |
| **Chelsea Hutsko** **13910 Harvie Ct** **Irwin, PA 15642** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105141** | | | | **Warranty** | | | | |
| **Chelsea J Rudolph** **5256 Georgetown Road** **Franklin, PA 16323** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118924** | | | | **Warranty** | | | | |
| **Chelsea R Ostrowski** **199 Bear Creek Rd** **SArver, PA 16055** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5094578** | | | | **Warranty** | | | | |
| **Chelsea Uribe** **464 Scoville Drive** **Vienna, OH 44473** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110227** | | | | **Warranty** | | | | |
| **Chelsie Worrell** **1350 Rosa L Parks Blvd** **Nashville, TN 37208** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **711** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re   **Great Lakes Warranty Corporation**         ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5090868 | | | | Warranty | | | | |
| Chendong Zuo 63 Raintree Island Apt 5 Tonawanda, NY 14150 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104262 | | | | Warranty | | | | |
| Cher Grigsby 3102 George Buchanan Lavergne, TN 37086 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5095399 | | | | Warranty | | | | |
| Cherese Culp 281 Blanch Circle Rock Hill, SC 29730 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090761 | | | | Warranty | | | | |
| Cheri L Hodges 6105 Braxton Lane #202 Memphis, TN 38115 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5081684 | | | | Warranty | | | | |
| Cherie Stone 1030 N Mallard Street Chandler, AZ 85226 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **712** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5097146** | | | | Warranty | | | | |
| **Cherie Dixon**<br>**6461 Fleetwood Drive**<br>**Nashville, TN 37209** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129696** | | | | Warranty | | | | |
| **Cherie Leigh Banks**<br>**15358 Raystown Rd**<br>**James Creek, PA 16657** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095727** | | | | Warranty | | | | |
| **Cherie M Lent**<br>**14 South Ninth Street**<br>**Jacksonville, OH 45740** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131623** | | | | Warranty | | | | |
| **Cherie Martin**<br>**117 Winston Court West Rd**<br>**Greenwood, SC 29649** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128962** | | | | Warranty | | | | |
| **Cherisse Abdullah**<br>**79 Federal Crt**<br>**Galloway, NJ 08205** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**713** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re __Great Lakes Warranty Corporation__ , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130616** | | | **Warranty** | | | | |
| **Cheristine Fnu** **644 Orchard Street** **Scranton, OH 18505** | - | | | X | X | | 0.00 |
| Account No. **5044781** | | | **Warranty** | | | | |
| **Cherlyn Monroe** **100 Oakcrest Dr** **Charleston, SC 29412** | - | | | X | X | | 0.00 |
| Account No. **5113376** | | | **Warranty** | | | | |
| **Cherolyn R Chambers** **30 Harding Heights Boulevard** **Mansfield, OH 44875** | - | | | X | X | | 0.00 |
| Account No. **5092923** | | | **Warranty** | | | | |
| **Cherri L Hendricks** **23 Charles Street** **Athens, OH 45701** | - | | | X | X | | 0.00 |
| Account No. **5130994** | | | **Warranty** | | | | |
| **Cherri N  Sellier** **2226 Boulevard Avenue** **Scranton, PA 18509** | - | | | | | | **180.00** |

Sheet no.**714__** of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**180.00**

In re  **Great Lakes Warranty Corporation**　　　　　　　　　　,　　　Case No. _____
　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5096914** | | Warranty | | | | | | |
| **Cherri Nosbisch** **3397 E Flamingo Court** **Gilbert, AZ 85297** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129816** | | Warranty | | | | | | |
| **Cherry A Negron Diaz** **420 Bingaman Ct** **Reading, PA 19602** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103836** | | Warranty | | | | | | |
| **Cheryl A Bombick** **1405 Mountain Road** **Shavertown, PA 18708** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5082428** | | Warranty | | | | | | |
| **Cheryl A Carr** **413 S College Street** **Newcomerstown, OH 43812** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116009** | | Warranty | | | | | | |
| **Cheryl A Donnelly** **15 Concord Drive** **Madalapan, NJ 07726** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **715** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal　(Total of this page)　　**0.00**

In re   **Great Lakes Warranty Corporation**                    ,    Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. **5123715** | | - | | **Warranty** | | | | |
| **Cheryl A Jenkins** **711 Cubbage St  Apt 10** **Carnegie, PA 15106** | | | | | | | | **1,067.29** |
| Account No. **5125868** | | - | | **Warranty** | X | X | | |
| **Cheryl A Minnich** **1660 Euclid** **Zanesville, OH 43701** | | | | | | | | **0.00** |
| Account No. **5105504** | | - | | **Warranty** | X | X | | |
| **Cheryl A Pierog** **172 Sunnyside Road** **New Castle, PA 16102** | | | | | | | | **0.00** |
| Account No. **5092107** | | - | | **Warranty** | | | | |
| **Cheryl A Staley** **500 1 2  North Main Street** **Ansonia, OH 45303** | | | | | | | | **0.00** |
| Account No. **5107929** | | - | | **Warranty** | X | X | | |
| **Cheryl A Warrick** **4834 Arbor Road SW** **Canton, OH 44710** | | | | | | | | **0.00** |

Sheet no.**716__** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
                        (Total of this page)      **1,067.29**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5078223 | | | Warranty | | | | |
| Cheryl A Wilms 1402 Holly Drive Perkasie, PA 18944 | - | | | X | X | | 0.00 |
| Account No. 5117851 | | | Warranty | | | | |
| Cheryl A. Turk 2013 Sunrise Way Jamison, PA 18929 | - | | | X | X | | 0.00 |
| Account No. 5114649 | | | Warranty | | | | |
| Cheryl Ann Burinsky 59 Wentzel Road Mohnton, PA 19540 | - | | | X | X | | 0.00 |
| Account No. 5084297 | | | Warranty | | | | |
| Cheryl Arlene Wiewick 3228 E Joseph Way Gilbert, AZ 85297 | - | | | X | X | | 0.00 |
| Account No. 5121422 | | | Warranty | | | | |
| Cheryl Asbury 528 Dewey Ave Bridgeville, PA 15017 | - | | | X | X | | 0.00 |

Sheet no. 717 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

_____ ,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5097459** | | | | Warranty | | | | |
| **Cheryl Beers** **24 South Main Street** **Mary D, PA 17952** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105208** | | | | Warranty | | | | |
| **Cheryl Byerly** **300 Shabonn** **St Marys, OH 45885** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5068145** | | | | Warranty | | | | |
| **Cheryl Carmiggelt** **974 N. Grace St** **Scottsdale, AZ 85257** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5076213** | | | | Warranty | | | | |
| **Cheryl Cox** **8325 University Station Circle  Apt 1011** **Charlotte, NC 28269** | - | | | | | | | |
| | | | | | | | | 268.50 |
| Account No. **5106793** | | | | Warranty | | | | |
| **Cheryl D Henry** **4544 Kings Grant Drive** **Memphis, TN 38125** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **718** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

268.50

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085669** | | | | Warranty | | | | |
| **Cheryl E Bradley** **1846 Parkhill Drive** **Dayton, OH 45406** | | - | | | | | | 287.96 |
| Account No. 5132634 | | | | Warranty | | | | |
| **Cheryl Greely** **1550 Mulberry Street** **Reading, PA 19604** | | - | | | X | X | | 0.00 |
| Account No. 5116724 | | | | Warranty | | | | |
| **Cheryl H Washington** **404 Stirlington Road** **Columbia, SC 29212** | | - | | | X | X | | 0.00 |
| Account No. 5117690 | | | | Warranty | | | | |
| **Cheryl Kellman** **1022 Cross Haven Court** **Westerville, OH 43081** | | - | | | X | X | | 0.00 |
| Account No. 5108653 | | | | Warranty | | | | |
| **Cheryl L Augustine** **100 Handler Street** **Pittsburgh, PA 15226** | | - | | | X | X | | 0.00 |

Sheet no. **719** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

287.96

In re   **Great Lakes Warranty Corporation**                                        ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5086132** | | | | **Warranty** | | | | |
| **Cheryl L Clausner** **668 Buckeye Tram Road** **Mt Pleasant, PA 15666** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102577** | | | | **Warranty** | | | | |
| **Cheryl L Edington** **32200 Bainbridge Road** **Solon, OH 44139** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110556** | | | | **Warranty** | | | | |
| **Cheryl L Kenney** **68 Harriette Drive** **Shelby, OH 44875** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088837** | | | | **Warranty** | | | | |
| **Cheryl L Standiford** **1 Cardaras Dr** **Glouster, OH 45732** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089572** | | | | **Warranty** | | | | |
| **Cheryl L Wilson** **326 W Highland** **Phoenix, AZ 85225** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **720** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re   **Great Lakes Warranty Corporation**            ,      Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5116320 | | | Warranty | | | | |
| Cheryl Lee Holden 2227 Vodeli Street Pittsburgh, PA 15216 | - | | | | | | 811.79 |
| Account No. 5112783 | | | Warranty | | | | |
| Cheryl M Tracy 39488 Centerville Road Centerville, PA 16404 | - | | | X | X | | 0.00 |
| Account No. 5122820 | | | Warranty | | | | |
| Cheryl Meyer 127 Grouse Ct Venetia, PA 15367 | - | | | X | X | | 0.00 |
| Account No. 5114125 | | | Warranty | | | | |
| Cheryl Olson 3043 West 8th Street Mesa, AZ 85201 | - | | | X | X | | 0.00 |
| Account No. 5064819 | | | Warranty | | | | |
| Cheryl Peckham 29119 Gaston Road Albany, OH 45710 | - | | | X | X | | 0.00 |

Sheet no. **721** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **811.79**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5104745** | | | | **Warranty** | | | | |
| **Cheryl Price** **216 N Spring Street** **Blairsville, PA 15717** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5097824** | | | | **Warranty** | | | | |
| **Cheryl R Floyd** **814 N Broad Street** **Clinton, SC 29325** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106785** | | | | **Warranty** | | | | |
| **Cheryl Santanen** **8662 Lockhart Road** **Denham, LA 70726** | - | | | | | | | |
| | | | | | | | | **833.20** |
| Account No. **5126251** | | | | **Warranty** | | | | |
| **Cheryl Sheppard** **680 Kendall Road** **Newberry, SC 29108** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109306** | | | | **Warranty** | | | | |
| **Cheryl Stinson** **1209 E Purdue** **Phoenix, AZ 85020** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **722** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**833.20**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5129821** | | | | **Warranty** | | | | |
| **Cheryl Swisher** **119 Carroll Street** **Reading, PA 19611** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5095795** | | | | **Warranty** | | | | |
| **Cheryl Thomas** **723 S Ogden Avenue** **Columbus, OH 43204** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130759** | | | | **Warranty** | | | | |
| **Cheryl Veal Ladson** **2204 Saddlebill Ct** **North Las Vegas, NV 89084** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127667** | | | | **Warranty** | | | | |
| **Cheryl Wilson** **539 South Spring Road** **Wetserville, OH 43081** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092316** | | | | **Warranty** | | | | |
| **Cheryle A Francis** **2158 Bedminster Road  PO Box 396** **Perkasie, PA 18944** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**723**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5091019** | | | | | Warranty | | | | |
| **Chester Brown**<br>**2278 Highway 163**<br>**Riceville, TN 37370** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5108503** | | | | | Warranty | | | | |
| **Chester Chlupka**<br>**5413 Pearl Road**<br>**Parma, OH 44129** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5065150** | | | | | Warranty | | | | |
| **Chester D. Potter**<br>**1559 Genesis Road**<br>**Lancing, TN 37770** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5126541** | | | | | Warranty | | | | |
| **Chester Holmes**<br>**4250 Swandale Avenue**<br>**Las Vegas, NV 89121** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5096214** | | | | | Warranty | | | | |
| **Chester Murphy Jr.**<br>**30 Lowell Drive**<br>**Reading, PA 19606** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **724** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5077623 | | | | Warranty | | | | |
| Chester P Pawlowicz 1815 Hidden Point Road Annapolis, MD 21401 | - | | | | | | | 197.93 |
| Account No. 5077050 | | | | Warranty | | | | |
| Chia Mao Hung 11521 Wellman Drive Riverview, FL 33569 | - | | | | X | X | | 0.00 |
| Account No. 5103343 | | | | Warranty | | | | |
| Chien Han Ho 421 W DuBois Avenue DuBois, PA 15801 | - | | | | X | X | | 0.00 |
| Account No. 5119124 | | | | Warranty | | | | |
| Chike Onyekaba 12221 Jay Circle Minneapolis, MN 55448 | - | | | | X | X | | 0.00 |
| Account No. 5127407 | | | | Warranty | | | | |
| Chindar Cordette Ryant 119 Durham St Cordova, SC 29039 | - | | | | X | X | | 0.00 |

Sheet no. **725** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                197.93

In re    **Great Lakes Warranty Corporation**                                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125132** | | | **Warranty** | | | | |
| **Chiquita Joe Bass** **7110 Leslie Lane** **Chattanooga, TN 37421** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5123999** | | | **Warranty** | | | | |
| **Chong Moua Vue** **1295 Morse Street** **Akron, OH 44320** | - | | | | | | |
| | | | | | | | **254.80** |
| Account No. **5108894** | | | **Warranty** | | | | |
| **Chong Shaffer** **2111 N Rascon Loop** **Phoenix, AZ 85037** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5118560** | | | **Warranty** | | | | |
| **Chris Bick** **1909 Rosebank Ave** **Nashville, TN 37216** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5132113** | | | **Warranty** | | | | |
| **Chris Green** **4750 Luxor Way #2225** **Las Vegas, NV 89115** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**726** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **254.80**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5103787** | | | | **Warranty** | | | | |
| **Chris Messerri 1010 South Foothills Drive Dewey, AZ 86727** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092351** | | | | **Warranty** | | | | |
| **Chris Robertson 7540 Apple Springs Avenue Las Vegas, NV 89131** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119068** | | | | **Warranty** | | | | |
| **Chris Rose 504 Toms Run Rd Wana, WV 26590** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123165** | | | | **Warranty** | | | | |
| **Chris Torbett 292 Co Rd 545 Englewood, TN 37329** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119833** | | | | **Warranty** | | | | |
| **Chris A Kirby 8304 Stoneyview Rd Corryton, TN 37721** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **727** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5074346 | | | Warranty | | | | |
| Chris A ONeil 19650 N Orthan Circle Maricopa, AZ 85239 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5113314 | | | Warranty | | | | |
| Chris A Yuhas 370 Starr Avenue Greensburg, PA 15601 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5101743 | | | Warranty | | | | |
| Chris Armstrong 2401 E Rio Salado Parkway Tempe, AZ 85281 | - | | | | | | |
| | | | | | | | 907.56 |
| Account No. 5090133 | | | Warranty | | | | |
| Chris B Swinehart 5725 Mainsville Road New Lexington, OH 43764 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5088996 | | | Warranty | | | | |
| Chris Baldwin 1275 Ashwood Drive Akron, OH 44312 | - | | | | | | |
| | | | | | | | 434.51 |

Sheet no. **728** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,342.07

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5119723 | | | Warranty | | | | | |
| Chris Ballard 7023 Diamond Branch Rd Maryville, TN 37801 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129918 | | | Warranty | | | | | |
| Chris Bartlett 5786 State Street Albany, OH 45710 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120812 | | | Warranty | | | | | |
| Chris Bayless 777 Gulick Ave Ft Stewart, GA 31314 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5085213 | | | Warranty | | | | | |
| Chris Bird 10132 Cottoncreek Drive Littleton, CO 80130 | - | | | | | | | |
| | | | | | | | | 879.86 |
| Account No. 5084616 | | | Warranty | | | | | |
| Chris C Young 164 E June Street Mesa, AZ 85201 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **729** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

879.86

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5065088 | | | | Warranty | | | | |
| Chris Chandler 1440 Avenida Rincon #106 Sante Fe, NM 87501 | | - | | | | | | 1,316.34 |
| Account No. 5077258 | | | | Warranty | | | | |
| Chris Clark 5929 Firm Stance Drive Loveland, OH 45140 | | - | | | X | X | | 0.00 |
| Account No. 5073998 | | | | Warranty | | | | |
| Chris D Jalil 7622 S Brook Bend   Apt 302 Tampa Bay, FL 33635 | | - | | | X | X | | 0.00 |
| Account No. 5045524 | | | | Warranty | | | | |
| Chris DelPosen 2947 Skyline Dr Allison Park, PA 26202 | | - | | | X | X | | 0.00 |
| Account No. 5111194 | | | | Warranty | | | | |
| Chris Dye 9413 Maple Avenue East Sparta, OH 44626 | | - | | | X | X | | 0.00 |

Sheet no. **730** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  1,316.34

In re   **Great Lakes Warranty Corporation**                   ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131915** | | | **Warranty** | | | | |
| **Chris Friday** **3704 Kister Road** **Shreve, OH 44676** | - | | | X | X | | 0.00 |
| Account No. **5079695** | | | **Warranty** | | | | |
| **Chris Gamache** **801 N Federal Street  #2017** **Chandler, AZ 85226** | - | | | X | X | | 0.00 |
| Account No. **5117778** | | | **Warranty** | | | | |
| **Chris Granitsas** **815 Orrville Street NW** **Massillon, OH 44647** | - | | | X | X | | 0.00 |
| Account No. **5112469** | | | **Warranty** | | | | |
| **Chris Grimes** **8881 E Honey Bear Place** **Tucson, AZ 85749** | - | | | X | X | | 0.00 |
| Account No. **5126722** | | | **Warranty** | | | | |
| **Chris Grube** **2 Lower Way** **Easton, PA 18045** | - | | | X | X | | 0.00 |

Sheet no.**731**___ of **4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5114255 | | | | Warranty | | | | |
| Chris H Wagner 139 Carter Avenue NW Langhorne, PA 19047 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110886 | | | | Warranty | | | | |
| Chris Handly 3081 Oxford Glen Drive Franklin, TN 37067 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119347 | | | | Warranty | | | | |
| Chris Hatzigeorgiou 448 Mark Place Philadelphia, PA 19115 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106725 | | | | Warranty | | | | |
| Chris Hefley 812 West End Drive Franklin, TN 37064 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5068607 | | | | Warranty | | | | |
| Chris Hegmann PO Box 3121 Idaho Sp, CO 80452 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **732** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

In re  **Great Lakes Warranty Corporation**                                    Case No. _____

                                                    ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5091619** | | | | Warranty | | | | |
| **Chris Hunt** **2210 Saint Andrews Drive** **Murfreesboro, TN 37128** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116092** | | | | Warranty | | | | |
| **Chris Huskey** **100 Sutter Way** **Franklin, TN 31067** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5034142** | | | | Warranty | | | | |
| **Chris J Brantley** **459 Meathward Cir** **Moore, SC 29369** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095613** | | | | Warranty | | | | |
| **Chris K Stream** **2674 Constitution Drive** **Lindenhurst, IL 60046** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109495** | | | | Warranty | | | | |
| **Chris Kennedy** **2128 Amanda Meadow Court** **Hermitage, TN 37076** | - | | | | | | | |
| | | | | | | | | 2,202.52 |

Sheet no.**733** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,202.52

In re **Great Lakes Warranty Corporation**            Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121708** | | | **Warranty** | | | | |
| **Chris L McDiffitt** **2063 Twp Rd 115** **Rayland, OH 43943** | - | | | | | | 1,336.00 |
| Account No. **5089738** | | | **Warranty** | | | | |
| **Chris Lamesfield** **8249 Round Lake Road** **Rapid City, MI 49676** | - | | | X | X | | 0.00 |
| Account No. **5126135** | | | **Warranty** | | | | |
| **Chris Leaper** **2269 Blowden Circle** **Grove City, OH 43123** | - | | | X | X | | 0.00 |
| Account No. **5113582** | | | **Warranty** | | | | |
| **Chris Leborious** **372 Smaltz Drive** **Falling Waters, WV 25419** | - | | | X | X | | 0.00 |
| Account No. **5131296** | | | **Warranty** | | | | |
| **Chris Leftwich** **231 South Fulton** **Allentown, PA 18102** | - | | | X | X | | 0.00 |

Sheet no. **734** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
                             (Total of this page)      1,336.00

In re **Great Lakes Warranty Corporation** Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5081663** | | | | Warranty | | | | |
| **Chris Lewis** **2930 Pinewood Drive** **South Lake Tahoe, CA 96150** | - | | | | X | X | | 0.00 |
| Account No. **5107221** | | | | Warranty | | | | |
| **Chris M Finelli** **6645 Westminster Drive** **Zionsville, IN 46077** | - | | | | X | X | | 0.00 |
| Account No. **5103760** | | | | Warranty | | | | |
| **Chris Manor** **417 W Canal Street** **Troy, OH 45373** | - | | | | X | X | | 0.00 |
| Account No. **5100763** | | | | Warranty | | | | |
| **Chris Mattes** **1644 Grandview Avenue** **Pittsburgh, PA 15104** | - | | | | X | X | | 0.00 |
| Account No. **5107552** | | | | Warranty | | | | |
| **Chris McDonald** **9727 Unity Rd** **Poland, OH 44514** | - | | | | | | | 27.39 |

Sheet no.**735** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                27.39

In re **Great Lakes Warranty Corporation**         Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114202 | | Warranty | | | | | | |
| Chris Merz 791 Oak Shadows Road Celebration, FL 34747 | - | | | | X | X | | 0.00 |
| Account No. 5076044 | | Warranty | | | | | | |
| Chris Militello 8310 Whispering Oaks Way West Palm Beach, FL 33411 | - | | | | | | | 313.00 |
| Account No. 5094975 | | Warranty | | | | | | |
| Chris Mullins 11234 E Edgewood Avenue Mesa, AZ 85208 | - | | | | X | X | | 0.00 |
| Account No. 5112595 | | Warranty | | | | | | |
| Chris Patterson 632 Shryock Road Cherry Tree, PA 15724 | - | | | | X | X | | 0.00 |
| Account No. 5118494 | | Warranty | | | | | | |
| Chris Poskin 4 Manorcrest Dr Cecil, PA 15321 | - | | | | X | X | | 0.00 |

Sheet no. **736** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **313.00**

In re **Great Lakes Warranty Corporation**                              Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097221** | | | Warranty | | | | |
| **Chris R McBurney** **5858 Richville Drive SW** **Navarre, OH 44662** | - | | | X | X | | 0.00 |
| Account No. **5116784** | | | Warranty | | | | |
| **Chris S Cattadoris** **118 Amethyst Drive** **Huntsville, AL 35810** | - | | | X | X | | 0.00 |
| Account No. **5111336** | | | Warranty | | | | |
| **Chris Sandbothe** **1017 W 186th Place** **Homewood, IL 60430** | - | | | X | X | | 0.00 |
| Account No. **5092868** | | | Warranty | | | | |
| **Chris Sisson** **7604 Baltimore Avenue** **Kansas City, MO 64114** | - | | | X | X | | 0.00 |
| Account No. **5099222** | | | Warranty | | | | |
| **Chris Taylor** **5288 C Tamarack Circle E** **Columbus, OH 43229** | - | | | | | | 2,506.55 |

Sheet no. **737** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              2,506.55

In re **Great Lakes Warranty Corporation**        ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093543** | | | Warranty | | | | |
| **Chris Thompson**<br>**7974 N Wildomar**<br>**Tucson, AZ 85743** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5104575** | | | Warranty | | | | |
| **Chris Vincett**<br>**611 Berkshire Drive**<br>**Pittsburgh, PA 15215** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5103731** | | | Warranty | | | | |
| **Chris Walters**<br>**267 Sheringam Road**<br>**Columbia, SC 29212** | - | | | | | | |
| | | | | | | | **810.29** |
| Account No. **5114810** | | | Warranty | | | | |
| **Chris West**<br>**6160 West Shannon**<br>**Chandler, AZ 85221** | - | | | | | | |
| | | | | | | | **500.08** |
| Account No. **5097374** | | | Warranty | | | | |
| **Chris Wilburn**<br>**1023 Butler Street**<br>**Chester, PA 19013** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **738** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,310.37**

In re   **Great Lakes Warranty Corporation**       ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5102463** | | | | **Warranty** | | | | |
| **Chris Woodlee** **301 Jennette Place** **Franklin, TN 37064** | - | | | | X | X | | 0.00 |
| Account No. **5118980** | | | | **Warranty** | | | | |
| **Chrisoval T Hartley** **3901 Tarnbrook Dr** **Mount Laurel, NJ 08054** | - | | | | X | X | | 0.00 |
| Account No. **5129737** | | | | **Warranty** | | | | |
| **Chrissy Lecator** **14818 Cologne Dr** **Port Norris, NJ 08349** | - | | | | X | X | | 0.00 |
| Account No. **5115026** | | | | **Warranty** | | | | |
| **Christa Andreotti** **945 Genoa Road  SW** **Massillon, OH 44646** | - | | | | X | X | | 0.00 |
| Account No. **5089030** | | | | **Warranty** | | | | |
| **Christa Diane Rocha** **535 E Yellow Wood Avenue** **Queen Creek, AZ 85240** | - | | | | X | X | | 0.00 |

Sheet no.**739** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                              ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5114530** | | | Warranty | | | | |
| **Christa J Urda**<br>**527 Washington Avenue**<br>**Jermyn, PA 18433** | - | | | X | X | | 0.00 |
| Account No. **5109623** | | | Warranty | | | | |
| **Christa Linderer**<br>**3052 Skeeter Street**<br>**Grayling, MI 49738** | - | | | X | X | | 0.00 |
| Account No. **5084309** | | | Warranty | | | | |
| **Christa Meyers**<br>**5303 E. Forge Avenue**<br>**Mesa, AZ 85206** | - | | | | | | 520.90 |
| Account No. **5072994** | | | Warranty | | | | |
| **Christal Hammonds**<br>**2131 Prudence Drive**<br>**Beavercreek, OH 45431** | - | | | X | X | | 0.00 |
| Account No. **5131413** | | | Warranty | | | | |
| **Christel  Butler**<br>**102 Kilkenny Avenue**<br>**Goose Creek, SC 29445** | - | | | | | | 339.50 |

Sheet no.**740**___ of **4906**_ sheets attached to Schedule of                          Subtotal                    860.40
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)

In re **Great Lakes Warranty Corporation** ,      Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5063084 | | | | Warranty | | | | |
| Christen Phillips 308 Darlington Road Beaver Falls, PA 15010 | - | | | | X | X | | 0.00 |
| Account No. 5088830 | | | | Warranty | | | | |
| Christen Mueller 23 Brantford Place  Apt 1 Buffalo, NY 14222 | - | | | | X | X | | 0.00 |
| Account No. 5119492 | | | | Warranty | | | | |
| Christi Gabel 3401 Dawnridge Dr Dayton, OH 45414 | - | | | | X | X | | 0.00 |
| Account No. 5124136 | | | | Warranty | | | | |
| Christian Baier 1707 Quinn Rd Collierville, TN 38017 | - | | | | X | X | | 0.00 |
| Account No. 5132451 | | | | Warranty | | | | |
| Christian Almodovar 1201 Green Street Reading, PA 19604 | - | | | | X | X | | 0.00 |

Sheet no.**741** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      0.00

In re **Great Lakes Warranty Corporation** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5073790 | | | | | Warranty | | | | |
| Christian Bower 1290 Simms Heights Road Kingston Springs, TN 37082 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5130587 | | | | | Warranty | | | | |
| Christian Dahms 18 Coach Hill Ct Newark, DE 19711 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5106520 | | | | | Warranty | | | | |
| Christian Gaytan 13135 Brook Garden Lane San Antonio, TX 78232 | - | | | | | | | | |
| | | | | | | | | | 139.91 |
| Account No. 5065299 | | | | | Warranty | | | | |
| Christian George Wolters 110 Wild Heather Drive Campobello, SC 29322 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5129613 | | | | | Warranty | | | | |
| Christian Herrera 172 S 16th Avenue Yuma, AZ 85364 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**742** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

139.91

In re **Great Lakes Warranty Corporation**                            Case No. _____
                                                            ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5111552 | | | Warranty | | | | |
| Christian J Nagy 953 Bank St Aurora, OH 44202 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5129715 | | | Warranty | | | | |
| Christian Jorgensen 3548 Woodcliff Ct Murrysville, PA 15668 | - | | | | | | |
| | | | | | | | 78.98 |
| Account No. 5132541 | | | Warranty | | | | |
| Christian Mercaao 145 Fairfield Avenue W Caldwell, NJ 07006 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5093391 | | | Warranty | | | | |
| Christian P Morris 6393 Temple Road Franklin, TN 37069 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5074345 | | | Warranty | | | | |
| Christian Patric Kessler 27048 N 98th Way Scottsdale, AZ 85262 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **743** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    78.98

In re **Great Lakes Warranty Corporation** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5075281** | | | **Warranty** | | | | |
| **Christian Solis** **3323 W Franktur Road** **Phonix, AZ 85041** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5090172** | | | **Warranty** | | | | |
| **Christian Vasquez** **253 Rivers Edge Drive** **Easley, SC 29642** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110880** | | | **Warranty** | | | | |
| **Christie L Zoller** **216 Valley Street** **McDonald, PA 15057** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5117844** | | | **Warranty** | | | | |
| **Christie L. Apitsch** **1416 Ridge Avenue** **Coraopolis, PA 15108** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118511** | | | **Warranty** | | | | |
| **Christie Love** **49 W Rosevelt Ave** **Middletown, PA 17057** | | - | | | | | |
| | | | | | | | 417.50 |

Sheet no. **744** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

417.50

In re  **Great Lakes Warranty Corporation**                                        ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5116735 | | | | Warranty | | | | |
| Christie M Presher 1454 Highway 45 McClennavillle, SC 29458 | - | | | | X | X | | 0.00 |
| Account No. 5129009 | | | | Warranty | | | | |
| Christina Howard 964 Breathitt Avenue Columbus, OH 43207 | - | | | | X | X | | 0.00 |
| Account No. 5101162 | | | | Warranty | | | | |
| Christina King 2880 West Main St Troy, OH 45373 | - | | | | X | X | | 0.00 |
| Account No. 5118357 | | | | Warranty | | | | |
| Christina Prebish 1227 N river St Wilkes Barre, PA 18702 | - | | | | X | X | | 0.00 |
| Account No. 5084752 | | | | Warranty | | | | |
| Christina A Holt 3046 W. Twain Court Anthem, AZ 85086 | - | | | | | | | 677.50 |

Sheet no. **745** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    677.50

In re   **Great Lakes Warranty Corporation**                                ,   Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5117825 | | | | Warranty | | | | |
| Christina A Palumbo 3148 Newburg Road Nazareth, PA 18064 | - | | | | X | X | | 0.00 |
| Account No. 5122823 | | | | Warranty | | | | |
| Christina Adducchio 1739 W Pekin Rd Lebanon, OH 45036 | - | | | | X | X | | 0.00 |
| Account No. 5116121 | | | | Warranty | | | | |
| Christina Ann McNally 10369 Sloping Hill Avenue Las Vegas, NV 89129 | - | | | | X | X | | 0.00 |
| Account No. 5073091 | | | | Warranty | | | | |
| Christina Biddle 3321 Hull Drive Kingsport, TN 37664 | - | | | | X | X | | 0.00 |
| Account No. 5127935 | | | | Warranty | | | | |
| Christina Botterill 213 Plumb Avenue Hartford, KS 66854 | - | | | | X | X | | 0.00 |

Sheet no. **746** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5081057** | | | **Warranty** | | | | |
| **Christina Buckley** **721 Swarthmore Avenue** **Folsom, PA 19033** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5097846** | | | **Warranty** | | | | |
| **Christina C Sanders** **8916 Saundersville Road** **Mt Juliet, TN 37122** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5068882** | | | **Warranty** | | | | |
| **Christina Cale** **16231 E. Bainbridge** **Fountain Hills, AZ 85268** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5121958** | | | **Warranty** | | | | |
| **Christina Clements** **22 Ridgewood Dr** **Bordentown, NJ 08505** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5131916** | | | **Warranty** | | | | |
| **Christina Davis** **832 30th Street NW** **Massillon, OH 44647** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **747** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129601** | | Warranty | | | | | | |
| **Christina Elko** **93 Lamont Dr** **Irwin, PA 15642** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5071928** | | Warranty | | | | | | |
| **Christina Falcone** **5155 Cobb Dr** **Dayton, OH 45431** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129442** | | Warranty | | | | | | |
| **Christina H Davidson** **3541 Motts Place Ct** **Canal Winchester, OH 43110** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127259** | | Warranty | | | | | | |
| **Christina H Lamb** **P.O. Box 253** **Pottstown, PA 19464** | - | | | | | | | |
| | | | | | | | | 224.50 |
| Account No. **5124421** | | Warranty | | | | | | |
| **Christina Haas** **3420 Leechburg Rd** **Pittsburgh, PA 15239** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **748** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    224.50

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5073939** | | | **Warranty** | | | | |
| **Christina Healey**<br>**PO Box 12194**<br>**Tempe, AZ 85284** | - | | | X | X | | 0.00 |
| Account No. **5112161** | | | **Warranty** | | | | |
| **Christina Jameson**<br>**8685 Rustler Drive**<br>**Prescott Valley, AZ 86314** | - | | | X | X | | 0.00 |
| Account No. **5097591** | | | **Warranty** | | | | |
| **Christina L Gallion**<br>**7610 Township 466**<br>**Lakeville, OH 44638** | - | | | | | | 169.03 |
| Account No. **5110312** | | | **Warranty** | | | | |
| **Christina L Gold**<br>**207 Park Avenue  Apt 2**<br>**Pittsburgh, PA 15229** | - | | | | | | 410.48 |
| Account No. **5110735** | | | **Warranty** | | | | |
| **Christina L Lawson**<br>**PO Box 15131**<br>**Augusta, GA 30909** | - | | | X | X | | 0.00 |

Sheet no. **749** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

579.51

In re  **Great Lakes Warranty Corporation**                           ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105976** | | | **Warranty** | | | | |
| **Christina L Mallios**<br>**3967 Brookridge Drive**<br>**Mechanicsburg, PA 17050** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122717** | | | **Warranty** | | | | |
| **Christina L Szoss**<br>**71 Simon Rd**<br>**Cheswick, PA 15024** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5090958** | | | **Warranty** | | | | |
| **Christina L West**<br>**5708 Gross Drive**<br>**Dayton, OH 45431** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123258** | | | **Warranty** | | | | |
| **Christina Lawerence**<br>**1208 tatum Street**<br>**Woodbury, NJ 08096** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5106404** | | | **Warranty** | | | | |
| **Christina M Cullura**<br>**742 Brown Avenue**<br>**Tullytown, PA 19007** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **750** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5123101 | | | Warranty | | | | |
| Christina M Grezlik 1495 Mac Dr  Apt 2 Stow, OH 44224 | - | | | X | X | | 0.00 |
| Account No. 5109508 | | | Warranty | | | | |
| Christina M Lutsch 1704 Pleasant Avenue West Mifflin, PA 15122 | - | | | X | X | | 0.00 |
| Account No. 5107191 | | | Warranty | | | | |
| Christina M Ramsey 520 Pine Avenue  PO Box 132 Bunola, PA 15020 | - | | | X | X | | 0.00 |
| Account No. 5113965 | | | Warranty | | | | |
| Christina M Read 408 Wexford Court Franklin, TN 37069 | - | | | X | X | | 0.00 |
| Account No. 5074367 | | | Warranty | | | | |
| Christina M Zivec 5125 Blodgett Ave #313 Downers Grove, IL 60515 | - | | | | | | 484.00 |

Sheet no.751___ of 4906_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **484.00**

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5106151** | | | Warranty | | | | |
| **Christina Marzalek** **185 Hickory Heights Drive** **Bridgeville, PA 15017** | - | | | X | X | | 0.00 |
| Account No. **5107489** | | | Warranty | | | | |
| **Christina Miller** **165 East Mount Pleasant** **Ambler, PA 19002** | - | | | | | | 1,140.00 |
| Account No. **5130790** | | | Warranty | | | | |
| **Christina Morris** **1413 Bowland Avenue NE** **Canton, OH 44705** | - | | | X | X | | 0.00 |
| Account No. **5069234** | | | Warranty | | | | |
| **Christina Noble** **9979 Wohlgamuth Rd** **West Salem, OH 44287** | - | | | X | X | | 0.00 |
| Account No. **5129763** | | | Warranty | | | | |
| **Christina Paul** **364 Route 47** **Cape May Court House, NJ 08210** | - | | | X | X | | 0.00 |

Sheet no. **752** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     1,140.00

In re  **Great Lakes Warranty Corporation**                    , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **5128885** | | | | | | **Warranty** | | | | |
| **Christina Piasecki 718 West Market Street Scranton, PA 18508** | - | | | | | | X | X | | **0.00** |
| Account No. **5079716** | | | | | | **Warranty** | | | | |
| **Christina Rugnao 7035 S Thirtieth Street Mesa, AZ 85042** | - | | | | | | | | | **1,376.38** |
| Account No. **5087977** | | | | | | **Warranty** | | | | |
| **Christina S Palmer 509 Adamwood Drive Nashville, TN 37211** | - | | | | | | X | X | | **0.00** |
| Account No. **5085887** | | | | | | **Warranty** | | | | |
| **Christina S Seltzer 115 Fourth Street Hamburg, PA 19526** | - | | | | | | X | X | | **0.00** |
| Account No. **5131897** | | | | | | **Warranty** | | | | |
| **Christina Selinger 117 Huntingdon Village Apt 101 Hunker, PA 15639** | - | | | | | | X | X | | **0.00** |

Sheet no. **753** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,376.38**

In re **Great Lakes Warranty Corporation**　　　　　　　　　　　　　　　　,　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131848** | | | | **Warranty** | | | | |
| **Christina Slobodian 5935 Jeanette Street Philadelphia, PA 19128** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131077** | | | | **Warranty** | | | | |
| **Christina Soriano 3367 Greenwood Springs Las Vegas, NV 89122** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5079832** | | | | **Warranty** | | | | |
| **Christina Strickland 16 B Carpenter Street Milford, NJ 08848** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110477** | | | | **Warranty** | | | | |
| **Christina T Bonaduce 4364 Swallen Avenue Louisville, OH 44641** | - | | | | | | | |
| | | | | | | | | **336.00** |
| Account No. **5117121** | | | | **Warranty** | | | | |
| **Christina Walker 382 Weller Road New Florence, PA 15944** | - | | | | | | | |
| | | | | | | | | **222.32** |

Sheet no. **754** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　**558.32**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                    ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095318** | | | | **Warranty** | | | | |
| **Christina Ward** **9625 Kosta Drive** **Cincinnati, OH 45231** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105381** | | | | **Warranty** | | | | |
| **Christine A Gardner** **214 Radcliff Street** **Pittsburgh, PA 15204** | - | | | | | | | |
| | | | | | | | | **77.49** |
| Account No. **5077517** | | | | **Warranty** | | | | |
| **Christine A Huegel** **615 Sixth Avenue** **New Brighton, PA 15066** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105337** | | | | **Warranty** | | | | |
| **Christine A Kalogeris** **529 Chrysler Street** **Pittsburgh, PA 15226** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087422** | | | | **Warranty** | | | | |
| **Christine A Mattes** **3619 Matilda Street** **Beaver Falls, PA 15010** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **755** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             **77.49**

In re **Great Lakes Warranty Corporation** ,                  Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5111169 | | | | Warranty | | | | |
| Christine A Morehouse 10691 May Road Wattsburg, PA 16442 | - | | | | X | X | | 0.00 |
| Account No. 5085739 | | | | Warranty | | | | |
| Christine Baker 2203 W Morino Court Chandler, AZ 85224 | - | | | | X | X | | 0.00 |
| Account No. 5097201 | | | | Warranty | | | | |
| Christine Bunnell 1114 Springfield Park Cincinnati, OH 45215 | - | | | | | | | 1,010.19 |
| Account No. 5132252 | | | | Warranty | | | | |
| Christine Callaham 2 W King Street Littletown, PA 17340 | - | | | | X | X | | 0.00 |
| Account No. 5123211 | | | | Warranty | | | | |
| Christine Colvin 5235 Osborn Road Phoenix, AZ 85018 | - | | | | X | X | | 0.00 |

Sheet no. **756** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              1,010.19

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. **5122509** | | | | **Warranty** | | | | |
| **Christine D Mallette** **42 Little Creek Lane** **Maggie Valley, NC 28751** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5077826** | | | | **Warranty** | | | | |
| **Christine Decker** **199 Silver Fox Court** **Loveland, OH 45140** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5096499** | | | | **Warranty** | | | | |
| **Christine Doherty** **6974 Camino Pacheco** **San Diego, CA 92111** | - | | | | | | | |
| | | | | | | | | **1,018.00** |
| Account No. **5110748** | | | | **Warranty** | | | | |
| **Christine E Martinak** **419 Barneys Road** **Perryopolis, PA 15473** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131698** | | | | **Warranty** | | | | |
| **Christine E Nelson** **116 S Bennett Avenue** **Jackson, OH 45640** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **757** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         **1,018.00**

In re  **Great Lakes Warranty Corporation**                                              ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5129599 | | | Warranty | | | | | |
| Christine Guy 1923 Victoria Ave New Kensington, PA 15068 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119558 | | | Warranty | | | | | |
| Christine Hamilton 12 Tall Tree Rd Camp Hill, PA 17011 | - | | | | | | | |
| | | | | | | | | 541.66 |
| Account No. 5064716 | | | Warranty | | | | | |
| Christine Harvey 71 Overlook Dr Danville, PA 17821 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5085362 | | | Warranty | | | | | |
| Christine Heisler 436 Greenhurst Dr Pittsburgh, PA 15243 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122523 | | | Warranty | | | | | |
| Christine James 2414 Perdera Henderson, NV 89052 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **758** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    541.66

In re   **Great Lakes Warranty Corporation**          ,     Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130877**<br><br>**Christine Kailly**<br>**1632 W Blavis St**<br>**Philadelphia, PA 19140** | - | | **Warranty** | | | | **1,819.00** |
| Account No. **5111282**<br><br>**Christine L Howard**<br>**346 W. Euclid Ave**<br>**Springfield, OH 45506** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5092735**<br><br>**Christine L.  Reaves**<br>**1663 Pineview Cemetery Road**<br>**Seven Springs, NC 28578** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5100190**<br><br>**Christine Layman**<br>**5655 E Forest**<br>**Apache Junction, AZ 85219** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5132463**<br><br>**Christine Learn**<br>**1158 Ohltown**<br>**Youngstown, OH 44515** | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **759** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                                     **1,819.00**
(Total of this page)

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5096789** | | - | | **Warranty** | | | | |
| **Christine M Bannon 210 Hart Avenue Greenville, OH 45331** | | | | | | | | 440.00 |
| Account No. **5084244** | | - | | **Warranty** | | | | |
| **Christine M Davis 372 E. Chestnut Street Apt 3 Lisbon, OH 44432** | | | | | X | X | | 0.00 |
| Account No. **5124167** | | - | | **Warranty** | | | | |
| **Christine M Everitt 1300 Alton St Pittsburgh, PA 15216** | | | | | X | X | | 0.00 |
| Account No. **5084289** | | - | | **Warranty** | | | | |
| **Christine M Fjalstad 6150 Sue Ann Lane Prior Lake, MN 55372** | | | | | X | X | | 0.00 |
| Account No. **5091314** | | - | | **Warranty** | | | | |
| **Christine M Gilliland 134 Villa Nova Boulevard St Marys, OH 45885** | | | | | X | X | | 0.00 |

Sheet no. **760** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **440.00**

In re    **Great Lakes Warranty Corporation**                                           Case No. _____
                                                                      ,
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5094357 | | | | Warranty | | | | |
| Christine M Hubbard 11100 Phillipsville Road Wattsburg, PA 16442 | - | | | | | | | 283.55 |
| Account No. 5087027 | | | | Warranty | | | | |
| Christine M Ploharski 2938 E Harwell Road Gilbert, AZ 85234 | - | | | | X | X | | 0.00 |
| Account No. 5108567 | | | | Warranty | | | | |
| Christine M Rininger 1112 19th Street NE Canton, OH 44714 | - | | | | X | X | | 0.00 |
| Account No. 5117201 | | | | Warranty | | | | |
| Christine M Zybowski 2423 Rudolph Avenue Erie, PA 16502 | - | | | | X | X | | 0.00 |
| Account No. 5129795 | | | | Warranty | | | | |
| Christine Maria Lombardo 1114 Delaware Lane Downingtown, PA 19335 | - | | | | | | | 100.24 |

Sheet no. **761** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

383.79

In re **Great Lakes Warranty Corporation**        Case No. _____

                                ,
                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5069271** | | | Warranty | | | | |
| **Christine Mauro** **1001 Hyde Park** **Dayton, OH 45429** | - | | | X | X | | 0.00 |
| Account No. **5109928** | | | Warranty | | | | |
| **Christine Maynard** **168 Autumn Hill Drive** **Cranberry Township, PA 16066** | - | | | X | X | | 0.00 |
| Account No. **5113755** | | | Warranty | | | | |
| **Christine Mulchay** **56 Cable Court** **Wilkes Barre, PA 18706** | - | | | X | X | | 0.00 |
| Account No. **5129159** | | | Warranty | | | | |
| **Christine Napier** **235 Goshen Road** **Schwenksville, PA 19473** | - | | | X | X | | 0.00 |
| Account No. **5091884** | | | Warranty | | | | |
| **Christine R Mullins** **1783 Ashland Road** **Mansfield, OH 44905** | - | | | X | X | | 0.00 |

Sheet no. **762** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5102089 | | | Warranty | | | | |
| Christine Schultz 301 E Pearl Street Wapakoneta, OH 45895 | - | | | X | X | | 0.00 |
| Account No. 5128638 | | | Warranty | | | | |
| Christine Smith 337 Meredith Square Columbia, SC 29223 | - | | | X | X | | 0.00 |
| Account No. 5131036 | | | Warranty | | | | |
| Christine Suppa Yohe 347 Third Avenue Leechburg, PA 15656 | - | | | | | | 30.89 |
| Account No. 5112438 | | | Warranty | | | | |
| Christine Thompson 136 Fallowfield Avenue Charleroi, PA 15022 | - | | | X | X | | 0.00 |
| Account No. 5123696 | | | Warranty | | | | |
| Christine Thompson 326 Scene Ridge Rd McKeesport, PA 15133 | - | | | X | X | | 0.00 |

Sheet no. 763 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30.89

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **5119781** | | | | | | **Warranty** | | | | |
| **Christine Wilson** **361 5th Ave  2nd Floor** **New Kensington, PA 15068** | - | | | | | | | | | 60.00 |
| Account No. **5120531** | | | | | | **Warranty** | | | | |
| **Christopher  Bartoletti** **6033 Maple Grove Rd** **Bulger, PA 15019** | - | | | | | | X | X | | 0.00 |
| Account No. **5114751** | | | | | | **Warranty** | | | | |
| **Christopher  Bartys** **229 Dove Park Road** **Columbus, SC 29223** | - | | | | | | X | X | | 0.00 |
| Account No. **5101168** | | | | | | **Warranty** | | | | |
| **Christopher  Bridges** **1473 Fleet Rd** **Troy, OH 45373** | - | | | | | | X | X | | 0.00 |
| Account No. **5121220** | | | | | | **Warranty** | | | | |
| **Christopher  Cloutier** **554 Deerwood Court** **Painesville, OH 44077** | - | | | | | | X | X | | 0.00 |

Sheet no.**764__** of **4906__** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **60.00**

In re   **Great Lakes Warranty Corporation**           ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5121405** | | | | **Warranty** | | | | |
| **Christopher Coffingham** **2704 Pirate Dr** **Chalmette, LA 70043** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122661** | | | | **Warranty** | | | | |
| **Christopher Heileman** **8932 Blue Grass Rd** **Philadelphia, PA 19152** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105805** | | | | **Warranty** | | | | |
| **Christopher Judt** **584 Creekside Lane** **Lititz, PA 17543** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5088740** | | | | **Warranty** | | | | |
| **Christopher King** **9596 Bay Vista East Dr** **Indianapolis, IN 46250** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109328** | | | | **Warranty** | | | | |
| **Christopher Littrell** **3429 White Pine Dr** **Nashville, TN 37214** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **765** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5112691 | | | | Warranty | | | | |
| Christopher Nieto 1216c Berwick Trail Madison, TN 37115 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110472 | | | | Warranty | | | | |
| Christopher Robinson 236 Norway Avenue Trenton, NJ 08609 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109249 | | | | Warranty | | | | |
| Christopher Swink PO Box 85 River Road Dawson, PA 15428 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106445 | | | | Warranty | | | | |
| Christopher A Bell 209 W Morris Avenue Sewell, NJ 08080 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131236 | | | | Warranty | | | | |
| Christopher A Bower 305 Elm St Watsontown, PA 17777 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **766** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5119025 | | | | | Warranty | | | | |
| Christopher A Harrison 317 Indigo Way Allentown, PA 18104 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5124235 | | | | | Warranty | | | | |
| Christopher A Helvitson 301 East Saint Johns Ave Villas, NJ 08251 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5116880 | | | | | Warranty | | | | |
| Christopher A Hint 93 Spruce Avenue Birdsboro, PA 19508 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5088574 | | | | | Warranty | | | | |
| Christopher A Holshu 1927 Harmont Avenue NE Canton, OH 44705 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5111306 | | | | | Warranty | | | | |
| Christopher A Huber 1300 Arnold Street Pittsburgh, PA 15220 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. 767  of 4906  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                Case No. _____

                                   ,                                        
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5115031 | | | | Warranty | | | | |
| Christopher A Kelley 387 Oak Breeze Drive Columbus, OH 43207 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5097701 | | | | Warranty | | | | |
| Christopher A Kiehl 1381 Lakeland Avenue Akron, OH 44320 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5091129 | | | | Warranty | | | | |
| Christopher A Kotlarek 1655 Laurel Avenue Columbus, OH 43223 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113065 | | | | Warranty | | | | |
| Christopher A Moore 5016 Walton Road Finleyville, PA 15332 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123460 | | | | Warranty | | | | |
| Christopher A Stamper 6634 River Rd Harrison, OH 45030 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **768** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Great Lakes Warranty Corporation** _____,    Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096654**<br><br>**Christopher A Yohr**<br>**9646 Shirley Drive**<br>**Allison Park, PA 15101** | - | | **Warranty** | | | | **12.38** |
| Account No. **5070817**<br><br>**Christopher Adams**<br>**4026 Fairway Drive**<br>**Wilmette, IL 60091** | - | | **Warranty** | | | | **520.77** |
| Account No. **5064760**<br><br>**Christopher Alderman**<br>**188 Riverbend Drive**<br>**Franklin, TN 37069** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5074921**<br><br>**Christopher Anzalone**<br>**260 Woodland Drive**<br>**Medina, OH 44256** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5110948**<br><br>**Christopher Autry**<br>**12403 Juniper Circle**<br>**Savannah, GA 31419** | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **769** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          Subtotal
     (Total of this page)        **533.15**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5132308 | | | | Warranty | | | | |
| Christopher Baclay 8237 Campbell Springs Avenue Las Vegas, NV 89178 | - | | | | X | X | | 0.00 |
| Account No. 5070312 | | | | Warranty | | | | |
| Christopher Bailes 60 Howard St Doylestown, OH 44230 | - | | | | X | X | | 0.00 |
| Account No. 5076008 | | | | Warranty | | | | |
| Christopher Baker 1025 Persimmon Drive Spring Hill, TN 37174 | - | | | | | | | 205.36 |
| Account No. 5112033 | | | | Warranty | | | | |
| Christopher Barrett 558 Victoria Court Pen Argyl, PA 18072 | - | | | | X | X | | 0.00 |
| Account No. 5132720 | | | | Warranty | | | | |
| Christopher Bartoli 1607 79th Street Kenosha, WI 53143 | - | | | | X | X | | 0.00 |

Sheet no. **770** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 205.36

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5061972** | | | Warranty | | | | |
| **Christopher Beech** **1361 S Western Skies Dr** **Gilbert, AZ 85296** | | - | | | | | 514.80 |
| Account No. **5066059** | | | Warranty | | | | |
| **Christopher Blackwell** **2706 Centergrove Road** **Kannapolis, NC 28083** | | - | | X | X | | 0.00 |
| Account No. **5093010** | | | Warranty | | | | |
| **Christopher Blunt** **7205 Chevy Chase** **Memphis, TN 38125** | | - | | X | X | | 0.00 |
| Account No. **5127297** | | | Warranty | | | | |
| **Christopher Boberg** **1400 S Clam #22** **Delphos, OH 45833** | | - | | X | X | | 0.00 |
| Account No. **5124799** | | | Warranty | | | | |
| **Christopher Boheim** **HC 1 Box 202** **Bartonsville, PA 18321** | | - | | X | X | | 0.00 |

Sheet no. **771** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      514.80

In re  **Great Lakes Warranty Corporation**_____,  Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5123254** | | | - | | **Warranty** | | | | |
| **Christopher Booker** **1993 Egypt Rd** **Chapel Hill, TN 37034** | | | | | | | | | **1,763.50** |
| Account No. **5109068** | | | - | | **Warranty** | | | | |
| **Christopher Booth** **18749 Vineyard Point Lane** **Cornelius, NC 28031** | | | | | | | | | **354.00** |
| Account No. **5066171** | | | - | | **Warranty** | | | | |
| **Christopher Boyer** **215 Cobblestone Ct** **Red Lion, PA 17356** | | | | | | X | X | | **0.00** |
| Account No. **5094020** | | | - | | **Warranty** | | | | |
| **Christopher Brewington** **137 Hickory Hollow Drive** **Dickson, TN 37055** | | | | | | X | X | | **0.00** |
| Account No. **5111828** | | | - | | **Warranty** | | | | |
| **Christopher Brink** **8073 N 109th Lane** **Peoria, AZ 85345** | | | | | | X | X | | **0.00** |

Sheet no.**772**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,117.50**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5123558 | | Warranty | | | | | | |
| Christopher Broadhead RR2 Box 633 Hawley, PA 12428 | - | | | | X | X | | 0.00 |
| Account No. 5110321 | | Warranty | | | | | | |
| Christopher Bryan 1157 Keniworth Avenue Coshocton, OH 43812 | - | | | | X | X | | 0.00 |
| Account No. 5117616 | | Warranty | | | | | | |
| Christopher Bursac 175 E Baird Avenue Barberton, OH 44203 | - | | | | X | X | | 0.00 |
| Account No. 5087680 | | Warranty | | | | | | |
| Christopher C Kane RR 6  Box 6714A Saylorsburg, PA 18353 | - | | | | X | X | | 0.00 |
| Account No. 5100495 | | Warranty | | | | | | |
| Christopher C Wyrick 2 Oak Bluff Court Columbia, SC 29223 | - | | | | X | X | | 0.00 |

Sheet no.**773** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5119770 | | | | Warranty | | | | |
| Christopher Charles Messner Jr 106 Lower Piney Creek Rd Williamsburg, PA 16693 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107337 | | | | Warranty | | | | |
| Christopher Cheniae 4929 W Novak Way Laveen, AZ 85339 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131096 | | | | Warranty | | | | |
| Christopher Ciccone 46 Witherspoon Ct Chestervrook, PA 19087 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125984 | | | | Warranty | | | | |
| Christopher Conley 25 Orchary Rd Havertown, PA 19083 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102194 | | | | Warranty | | | | |
| Christopher Conroy 3525 Semptember Drive Camp Hill, PA 17011 | - | | | | | | | |
| | | | | | | | | 1,678.00 |

Sheet no. **774** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  |  **1,678.00**

In re   **Great Lakes Warranty Corporation**           ,    Case No. _____

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5121551 | | | | | Warranty | | | | |
| Christopher Cosby 7401 Phoenix Avenue  Apt 1227 El Paso, TX 79915 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5101728 | | | | | Warranty | | | | |
| Christopher Couto 2533 N 87th Way Scottsdale, AZ 85257 | - | | | | | | | | |
| | | | | | | | | | 1,077.03 |
| Account No. 5107576 | | | | | Warranty | | | | |
| Christopher Crosby 410 West Indian Avenue Folly Beach, SC 29439 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5115029 | | | | | Warranty | | | | |
| Christopher D Adams 2990 Ackley Road Guysville, OH 45735 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5082211 | | | | | Warranty | | | | |
| Christopher D Bedner PO Box 125  Wickhaven Road Wickhaven, PA 15492 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **775** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,077.03

In re    **Great Lakes Warranty Corporation**                          ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094835** <br><br> **Christopher D East** <br> **53 1st Avenue** <br> **Lexington, OH 44904** | - | | Warranty | X | X | | 0.00 |
| Account No. **5088938** <br><br> **Christopher D Gaines** <br> **615 Cleveland St** <br> **Lebanon, TN 37087** | - | | Warranty | X | X | | 0.00 |
| Account No. **5113594** <br><br> **Christopher D Olson** <br> **111 Wildberry Lane** <br> **Goose Creek, SC 29445** | - | | Warranty | | | | 991.50 |
| Account No. **5076231** <br><br> **Christopher Denny** <br> **10004 N 64th Avenue** <br> **Glendale, AZ 85302** | - | | Warranty | | | | 152.00 |
| Account No. **5076231** <br><br> **Christopher Denny** <br> **10004 N 64th Avenue** <br> **Glendale, AZ 85302** | - | | Warranty | | | | 1,120.00 |

Sheet no. **776** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)      **2,263.50**

In re   **Great Lakes Warranty Corporation**                ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5102491**<br><br>**Christopher Dierweckter**<br>**134 Maple Boulevard**<br>**Orwigsburg, PA 17961** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5127253**<br><br>**Christopher E Berkeley**<br>**613 Painted Opus Pl**<br>**N Las Vegas, NV 89084** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5113133**<br><br>**Christopher E Borgia**<br>**8730 Honeysuckle Dr**<br>**Erie, PA 16509** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5113926**<br><br>**Christopher E Brungarth**<br>**13009 London Road**<br>**Orient, OH 43146** | - | | **Warranty** | | | | 371.54 |
| Account No. **5121269**<br><br>**Christopher E Gutshall**<br>**1958 Pulpit Rd**<br>**Martinsburg, PA 16662** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **777** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

371.54

In re **Great Lakes Warranty Corporation**     Case No. _____

            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122578** | | | | **Warranty** | | | | |
| **Christopher E Hunter II** **1208 Poplar St** **Nelsonville, OH 45714** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126004** | | | | **Warranty** | | | | |
| **Christopher E Long** **95 Foxtown Dr** **Abbottstown, PA 17301** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120786** | | | | **Warranty** | | | | |
| **Christopher E Matson** **2440 South Park Rd** **Bethel Park, PA 15102** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5098423** | | | | **Warranty** | | | | |
| **Christopher E Merker** **93 Taylor Drive** **Fallsington, PA 19054** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117304** | | | | **Warranty** | | | | |
| **Christopher Edward Spain II** **455 Cranklen** **Clarksville, TN 37042** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**778** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal      **0.00**
         (Total of this page)

In re **Great Lakes Warranty Corporation**                  Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5110581** | | | | **Warranty** | | | | |
| **Christopher Fadden** **716 Schneider Street NE #K5** **Canton, OH 44721** | - | | | | X | X | | 0.00 |
| Account No. **5093534** | | | | **Warranty** | | | | |
| **Christopher Fermenti** **1166 Simpson Drive** **Columbus, OH 43227** | - | | | | X | X | | 0.00 |
| Account No. **5089475** | | | | **Warranty** | | | | |
| **Christopher Fikisz** **28 Warbler Drive** **McKees Rocks, PA 15136** | - | | | | X | X | | 0.00 |
| Account No. **5110842** | | | | **Warranty** | | | | |
| **Christopher Fitzgerald** **1951 Mt Badon** **Cordova, TN 38016** | - | | | | X | X | | 0.00 |
| Account No. **5127859** | | | | **Warranty** | | | | |
| **Christopher G Lord** **2617 Clare St** **Glenshaw, PA 15116** | - | | | | X | X | | 0.00 |

Sheet no. **779** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal             0.00
                              (Total of this page)

In re **Great Lakes Warranty Corporation**        Case No. _____

,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5077003** | | | Warranty | | | | |
| Christopher Garey 2540 Plow Rd Birdsboro, PA 19508 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129108** | | | Warranty | | | | |
| Christopher Gierlach 1630 Houk Road Portersville, PA 16051 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5067685** | | | Warranty | | | | |
| Christopher Gillespie 690 Forsyth Lane Pocahontas, TN 38061 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099474** | | | Warranty | | | | |
| Christopher Giuffrida 32 Barry Lane Syosset, NY 11791 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132242** | | | Warranty | | | | |
| Christopher Goskins 1053 Rollings Point Ct Virginia Beach, VA 23456 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**780__** of **4906__** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation** _____,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5125425 | | | Warranty | | | | |
| Christopher Gray 1709 St Rt 603 Mansfield, OH 44903 | - | | | X | X | | 0.00 |
| Account No. 5129709 | | | Warranty | | | | |
| Christopher Greenman 206 South Highview Rd Middleton, OH 45044 | - | | | X | X | | 0.00 |
| Account No. 5132609 | | | Warranty | | | | |
| Christopher Greiss 943 North 9th Street Reading, PA 19601 | - | | | X | X | | 0.00 |
| Account No. 5131346 | | | Warranty | | | | |
| Christopher Gumpenberger 540 Rabbit Hill Road Moscow Mills, MO 63362 | - | | | X | X | | 0.00 |
| Account No. 5112921 | | | Warranty | | | | |
| Christopher Hall 53336 Chelle Lane Granger, IN 46530 | - | | | X | X | | 0.00 |

Sheet no. **781** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5111136 | | | | | Warranty | | | | |
| Christopher Harcourt 300 South County 475 East Fillmore, IN 46128 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5125133 | | | | | Warranty | | | | |
| Christopher Hass 8423 Main Street Rushville, OH 43150 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5103872 | | | | | Warranty | | | | |
| Christopher Havens 425 Hart Road Lexington, KY 40502 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5104599 | | | | | Warranty | | | | |
| Christopher Hay 755 St Andrews Drive #23 207 Murfreesboro, TN 37128 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5089182 | | | | | Warranty | | | | |
| Christopher Hedges 1050 S Longmore #4 Mesa, AZ 85020 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **782** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re    **Great Lakes Warranty Corporation**                ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129707** <br><br> **Christopher Hilberg** <br> **8217 Indian Trail** <br> **Cincinnati, OH 45243** | - | | Warranty | X | X | | <br><br><br> 0.00 |
| Account No. **5096682** <br><br> **Christopher Hill** <br> **340 Eden Avenue** <br> **Massillon, OH 44646** | - | | Warranty | X | X | | <br><br><br> 0.00 |
| Account No. **5108601** <br><br> **Christopher Hutchison** <br> **882 South Kings Grant Drive** <br> **Columbia, SC 29209** | - | | Warranty | | | | <br><br><br> 326.70 |
| Account No. **5121282** <br><br> **Christopher Irish** <br> **237 Desdemona St** <br> **Pittsburgh, PA 15217** | - | | Warranty | | | | <br><br><br> 1,361.00 |
| Account No. **5118309** <br><br> **Christopher J Baden** <br> **74 Robin Hood Dr** <br> **Cranberry Twp, PA 16066** | - | | Warranty | | | | <br><br><br> 584.00 |

Sheet no.**783**_ of **4906**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal <br> (Total of this page)         **2,271.70**

In re   **Great Lakes Warranty Corporation**                                      ,        Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097719** | | | | Warranty | | | | |
| **Christopher J Calaman** **118 Hogestown Road** **Mechanicsburg, PA 17050** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127245** | | | | Warranty | | | | |
| **Christopher J Carillo** **4105 Arrowcrest Lane** **Garland, TX 75044** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084313** | | | | Warranty | | | | |
| **Christopher J Fox** **14306 E Cavedale Drive** **Scottsdale, AZ 85262** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093179** | | | | Warranty | | | | |
| **Christopher J Gabor** **730 Oakcrest Drive** **Seymour, TN 37865** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101648** | | | | Warranty | | | | |
| **Christopher J Gallagher** **2 E Waverly Road** **Wyncote, PA 19095** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **784** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**                                      , Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5120371** | | | | **Warranty** | | | | |
| **Christopher J Heichel**<br>**312 East Broad St  Apt B**<br>**Millvale, NJ 08332** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086287** | | | | **Warranty** | | | | |
| **Christopher J Kulfan**<br>**72 Brookfield Drive**<br>**Ephrata, PA 17522** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124812** | | | | **Warranty** | | | | |
| **Christopher J Marsh**<br>**526 Canterbury Rd**<br>**Audubon, PA 19403** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123634** | | | | **Warranty** | | | | |
| **Christopher J McGee**<br>**5745 Canal Rd**<br>**Pleasantville, OH 43148** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107218** | | | | **Warranty** | | | | |
| **Christopher J McHugh**<br>**1064 Old Post Road**<br>**South Park, PA 15129** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **785** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                 0.00

In re **Great Lakes Warranty Corporation**                               Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5098659** | | | | Warranty | | | | |
| **Christopher J Messina** **8022 Gildersleeve Avenue** **Kirtland, OH 44094** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103099** | | | | Warranty | | | | |
| **Christopher J Rockwell** **223 West Laurel Street** **Tremont, PA 17981** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090379** | | | | Warranty | | | | |
| **Christopher J Swartz** **184 Pennsylvania Avenue** **Shenandoah, PA 17976** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096164** | | | | Warranty | | | | |
| **Christopher J Viningre** **547 Ewart Road** **Akron, OH 44312** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114734** | | | | Warranty | | | | |
| **Christopher Jay Wilson** **3916 W Davidson** **Phoenix, AZ 85051** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **786** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                              0.00

In re **Great Lakes Warranty Corporation** ,                Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5093783 | | | | Warranty | | | | |
| Christopher Johnson 1440 Broadway Unit 304 San Francisco, CA 94109 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113747 | | | | Warranty | | | | |
| Christopher K Welsh 148 Lake Terrace Drive Munroe Falls, OH 44262 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105159 | | | | Warranty | | | | |
| Christopher Kauffman 128 Bleile Road Lenhartsville, PA 19534 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100882 | | | | Warranty | | | | |
| Christopher Kearns 187 Damon Road Waterford, OH 45786 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130770 | | | | Warranty | | | | |
| Christopher Keller 47 Marsha Drive Cressona, PA 17925 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **787** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109050** | | | Warranty | | | | |
| **Christopher Kilmurry 142 Meade Avenue Pittsburgh, PA 15202** | - | | | X | X | | 0.00 |
| Account No. **5130665** | | | Warranty | | | | |
| **Christopher Kolodzi 275 Chesapeake Est Thomasville, PA 17364** | - | | | X | X | | 0.00 |
| Account No. **5129035** | | | Warranty | | | | |
| **Christopher Kremer 2792 Byron Dr North Canton, OH 44720** | - | | | | | | 131.00 |
| Account No. **5105818** | | | Warranty | | | | |
| **Christopher Kugele 11863 Wincanton Drive Cincinnati, OH 45231** | - | | | | | | 224.00 |
| Account No. **5036194** | | | Warranty | | | | |
| **Christopher L Cravener 134 Harvey Rd Sarver, PA 16055** | - | | | | | | 223.00 |

Sheet no. **788** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **578.00**

In re **Great Lakes Warranty Corporation**                                      Case No. _____

                                                                                          ,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5116228 | | | Warranty | | | | |
| Christopher L Flores 112 Polo Hill Road Columbia, SC 29223 | - | | | | | | 105.96 |
| Account No. 5113148 | | | Warranty | | | | |
| Christopher L Steuber 1147 Brookside Drive Greensburg, PA 15601 | - | | | X | X | | 0.00 |
| Account No. 5091921 | | | Warranty | | | | |
| Christopher L Stockbauer 1033 Helen Avenue Lancaster, PA 17601 | - | | | X | X | | 0.00 |
| Account No. 5123286 | | | Warranty | | | | |
| Christopher Larkin 4238 Floral Avenue Cincinati, OH 45212 | - | | | X | X | | 0.00 |
| Account No. 5113005 | | | Warranty | | | | |
| Christopher Law 309 Bank Avenue Riverton, NJ 08077 | - | | | X | X | | 0.00 |

Sheet no. **789** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     105.96

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                          ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095550** | | | | **Warranty** | | | | |
| **Christopher Lawson** **123 Grant Ave** **Mount Ephrain, NJ 28059** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091958** | | | | **Warranty** | | | | |
| **Christopher Lochner** **4960 Gittings Drive** **Gibsonia, PA 15044** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090983** | | | | **Warranty** | | | | |
| **Christopher Logue** **439 Titans Circle** **Murfreesboro, TN 37127** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093735** | | | | **Warranty** | | | | |
| **Christopher Longo** **1878 Russet Avenue** **Dayton, OH 45410** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073259** | | | | **Warranty** | | | | |
| **Christopher M Barnes** **902 Grimes Street** **Lake City, AR 72437** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **790** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____

,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5112085** | | | | **Warranty** | | | | |
| **Christopher M Behrends 112 N Cavalcade Circle Oak Grove, KY 42262** | - | | | | X | X | | 0.00 |
| Account No. **5107921** | | | | **Warranty** | | | | |
| **Christopher M Boyle 4706 E Willock Road Pittsburgh, PA 15227** | - | | | | X | X | | 0.00 |
| Account No. **5082550** | | | | **Warranty** | | | | |
| **Christopher M Cadez 173 Wylie Avenue Strabane, PA 15363** | - | | | | X | X | | 0.00 |
| Account No. **5102985** | | | | **Warranty** | | | | |
| **Christopher M Campuzano 40 W Albemarle Avenue Lansdowne, PA 19050** | - | | | | X | X | | 0.00 |
| Account No. **5118166** | | | | **Warranty** | | | | |
| **Christopher M Carloni 5311 Arrowood Loop East Columbus, OH 43229** | - | | | | X | X | | 0.00 |

Sheet no. **791** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                    ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097428** | | | | Warranty | | | | |
| **Christopher M Haines** **37100 Stonecreek Drive** **North Ridgeville, OH 44039** | - | | | | X | X | | 0.00 |
| Account No. 5073105 | | | | Warranty | | | | |
| **Christopher M Hanna** **105 Limecrest Road** **Andover, NJ 07821** | - | | | | | | | 852.00 |
| Account No. 5121183 | | | | Warranty | | | | |
| **Christopher M King** **2880 W Main St** **Troy, OH 45373** | - | | | | X | X | | 0.00 |
| Account No. 5089066 | | | | Warranty | | | | |
| **Christopher M Knox** **7602 Red Fox Trail** **Hudson, OH 44236** | - | | | | X | X | | 0.00 |
| Account No. 5104105 | | | | Warranty | | | | |
| **Christopher M McClung** **1513 Lincoln Way E** **Massillon, OH 44646** | - | | | | X | X | | 0.00 |

Sheet no.**792** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

852.00

In re **Great Lakes Warranty Corporation**,     Case No. _____

                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5071402** | | | **Warranty** | | | | |
| **Christopher M Richards** **633 Sloane Ave** **Mansfield, OH 44903** | - | | | X | X | | **0.00** |
| Account No. **5112390** | | | **Warranty** | | | | |
| **Christopher Maniecki** **17 Oak Street** **Eighty Four, PA 15330** | - | | | X | X | | **0.00** |
| Account No. **5088288** | | | **Warranty** | | | | |
| **Christopher Manos** **1919 Humbert Road** **N Canton, OH 44720** | - | | | | | | **486.00** |
| Account No. **5131018** | | | **Warranty** | | | | |
| **Christopher Martin** **1321 Woodmont Avenue** **New Kensington, PA 15068** | - | | | X | X | | **0.00** |
| Account No. **5121758** | | | **Warranty** | | | | |
| **Christopher Martinez** **5501 East Harmon No132** **Las Vegas, NV 89122** | - | | | X | X | | **0.00** |

Sheet no.**793** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal
      (Total of this page)     **486.00**

In re  **Great Lakes Warranty Corporation**                                     Case No. _____

                                                    ,

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **5131642** | | Warranty | | | | | | | |
| **Christopher McCabe** **3383 Parkbrook Drive** **Grove City, OH 43123** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5098383** | | Warranty | | | | | | | |
| **Christopher McCartney** **3130 Leisure Road SW** **Minerva, OH 44657** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131661** | | Warranty | | | | | | | |
| **Christopher McGahee** **PO Box  223** **Augusta, WV 26704** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5130166** | | Warranty | | | | | | | |
| **Christopher McPherson** **6300 McCarren Street** **Las Vegas, NV 89081** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131135** | | Warranty | | | | | | | |
| **Christopher Meredith** **1502 Douglas Drive** **Garland, TX 75041** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**794**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**                                      Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132440** | | | **Warranty** | | | | |
| **Christopher Morelli**<br>**226 Bonita Drive**<br>**Greensburg, PA 15601** | - | | | X | X | | 0.00 |
| Account No. **5125270** | | | **Warranty** | | | | |
| **Christopher Murry**<br>**325 Hillcrest Avenue**<br>**Trenton, NJ 08618** | - | | | X | X | | 0.00 |
| Account No. **5108826** | | | **Warranty** | | | | |
| **Christopher N Loveland**<br>**1796 Renee Drive**<br>**South Park, PA 15129** | - | | | X | X | | 0.00 |
| Account No. **5113208** | | | **Warranty** | | | | |
| **Christopher N Luck**<br>**3130 N Seventh Avenue  #345**<br>**Phoenix, AZ 85013** | - | | | X | X | | 0.00 |
| Account No. **5124548** | | | **Warranty** | | | | |
| **Christopher Nolte**<br>**212 Hmpton Road**<br>**Hatboro, PA 19040** | - | | | X | X | | 0.00 |

Sheet no. **795** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5075500 | | | | Warranty | | | | |
| Christopher Omartian 608Huffine Manor Circle Franklin, TN 37067 | - | | | | X | X | | 0.00 |
| Account No. 5122752 | | | | Warranty | | | | |
| Christopher Omasits 155 Sunset Rd Pittsburgh, PA 15237 | - | | | | X | X | | 0.00 |
| Account No. 5068956 | | | | Warranty | | | | |
| Christopher ONeil 130 Red Haven Dr North Wales, PA 19454 | - | | | | X | X | | 0.00 |
| Account No. 5071693 | | | | Warranty | | | | |
| Christopher Owen Kohler 1317 Wexford Downs Ln Nashville, TN 37211 | - | | | | | | | 299.12 |
| Account No. 5118868 | | | | Warranty | | | | |
| Christopher P Nester 213 Kingswood Lane Coatesville, PA 19320 | - | | | | | | | 390.00 |

Sheet no. **796** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           689.12

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095847** | | | Warranty | | | | |
| **Christopher P Cibula 142 W Larkspur Street Munhall, PA 15120** | - | | | | | | 425.38 |
| Account No. **5110618** | | | Warranty | | | | |
| **Christopher P Gendron 430 Marsh Run Road New Cumberland, PA 17070** | - | | | X | X | | 0.00 |
| Account No. **5090590** | | | Warranty | | | | |
| **Christopher P Mana 825 Sarah Street W Homestead, PA 15120** | - | | | | | | 537.00 |
| Account No. **5094196** | | | Warranty | | | | |
| **Christopher P Speros 5119 Nave Street SW Canton, OH 44706** | - | | | X | X | | 0.00 |
| Account No. **5086947** | | | Warranty | | | | |
| **Christopher Patterson 433 Galloway Drive Franklin, TN 37064** | - | | | X | X | | 0.00 |

Sheet no. **797** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

962.38

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5043030 | | | | | Warranty | | | | |
| Christopher Perlick 22180 Romanus Dr Leonardtown, MD 20650 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5107137 | | | | | Warranty | | | | |
| Christopher Peters 1301 Suber Street Cola, SC 29205 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5086635 | | | | | Warranty | | | | |
| Christopher Pillian 3435 Highway 411 North Englewood, TN 37329 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5110096 | | | | | Warranty | | | | |
| Christopher Powell 13 Hickory Grade Road Cecil, PA 15321 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5121003 | | | | | Warranty | | | | |
| Christopher R Lewis 18100 Lister Ave Eastpoint, MI 48021 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **798** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**  ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5075052 | | | | Warranty | | | | |
| Christopher R Cain 115 Whisper Court Johnson City, TN 37601 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5097211 | | | | Warranty | | | | |
| Christopher R Davis 2200 Snyder Avenue NE Canton, OH 44714 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093125 | | | | Warranty | | | | |
| Christopher R Dillon 5930 Hadley Shawnee Mission, KS 66202 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5071193 | | | | Warranty | | | | |
| Christopher R Hambel 10416 W St Rt 37 Malta, OH 43768 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110089 | | | | Warranty | | | | |
| Christopher R Romandrick 180 Owen St Swoyersville, PA 18704 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**799** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5087618** | | | | Warranty | | | | |
| Christopher R Smithson 370 N Williams Street Chandler, AZ 85225 | - | | | | X | X | | 0.00 |
| Account No. **5065850** | | | | Warranty | | | | |
| Christopher Radcliffe 11 Hess Circle Ephrata, PA 17522 | - | | | | X | X | | 0.00 |
| Account No. **5129233** | | | | Warranty | | | | |
| Christopher Rapp 2819 Spring Garden Ave Pittsburgh, PA 15212 | - | | | | X | X | | 0.00 |
| Account No. **5109419** | | | | Warranty | | | | |
| Christopher Remphrey 605 N Mulberry Street Berwick, PA 18603 | - | | | | X | X | | 0.00 |
| Account No. **5131703** | | | | Warranty | | | | |
| Christopher Robison 15 West Franklin Avenue Collimgswood, NJ 08108 | - | | | | X | X | | 0.00 |

Sheet no.**800** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re **Great Lakes Warranty Corporation**         Case No. _____
_____,
                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5092399** | | | | Warranty | | | | |
| **Christopher Roshong** **3845 Willwood Street NW** **Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097355** | | | | Warranty | | | | |
| **Christopher Ryan** **866 Needham Drive** **Smyrna, TN 37167** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119569** | | | | Warranty | | | | |
| **Christopher S Leyva** **65 Canal St** **Oxford, NY 13830** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129367** | | | | Warranty | | | | |
| **Christopher Schleicher** **620 First Street** **Clymer, PA 15728** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123942** | | | | Warranty | | | | |
| **Christopher Schmidt** **15820 Normandy Avenue** **Cleveland, OH 44111** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no._**801**___ of _**4906**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal        0.00
                                         (Total of this page)

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094866** | | | **Warranty** | | | | |
| **Christopher Schmidt** **3018 Overhill Road** **Birmingham, AL 35223** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5107479** | | | **Warranty** | | | | |
| **Christopher Schuette** **3607 West Villa Linden Drive** **Glendale, AZ 85310** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5126581** | | | **Warranty** | | | | |
| **Christopher Schweihs** **7437 Cowles Mountain Blvd** **San Diego, CA 92119** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5113908** | | | **Warranty** | | | | |
| **Christopher Seeds** **1332 McKinley Avenue** **Woodbury, NJ 08096** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5085177** | | | **Warranty** | | | | |
| **Christopher Sekel** **8 Eighth Street** **N Arlington, NJ 07031** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **802** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re   **Great Lakes Warranty Corporation**                                  ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5124512 | | | | | Warranty | | | | |
| Christopher Semder 401 Bowling Avenue #93 Nashville, TN 37205 | - | | | | | | | | |
| | | | | | | | | | 876.75 |
| Account No. 5090909 | | | | | Warranty | | | | |
| Christopher Shoup 750 North 23rd Street Philadelphia, PA 19130 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5092438 | | | | | Warranty | | | | |
| Christopher Simonson 4013 Copeland Drive Nashville, TN 37215 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5090984 | | | | | Warranty | | | | |
| Christopher Smallwood 2407 Delano Court Murfreesboro, TN 37130 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5121534 | | | | | Warranty | | | | |
| Christopher Smith 1205 West St pARKVILLE, mo 64132 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **803** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

876.75

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122783** | | | | **Warranty** | | | | |
| **Christopher Stitt** **3102 Brown Pl** **N Versailles, PA 15137** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5069035** | | | | **Warranty** | | | | |
| **Christopher Summers** **4209 Allendale Avenue** **Rockford, IL 61109** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117959** | | | | **Warranty** | | | | |
| **Christopher T Bryant** **227 Center Ave** **Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094023** | | | | **Warranty** | | | | |
| **Christopher T Foster** **133 Westmeath Drive** **Moore, SC 29369** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124533** | | | | **Warranty** | | | | |
| **Christopher Tesone** **8638 Fairweather Tr** **Poland, OH 44514** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**804** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

In re **Great Lakes Warranty Corporation**                           Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5108013** | | | | **Warranty** | | | | |
| **Christopher Tipton 2911 W. Sioux Glendale, AZ 85307** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115440** | | | | **Warranty** | | | | |
| **Christopher Todd Floyd 1300 Park West Blvd  #810 Mt Pleasant, SC 29466** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123196** | | | | **Warranty** | | | | |
| **Christopher Tomas Barton 106 Graydon Ct West Columbia, SC 29170** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089088** | | | | **Warranty** | | | | |
| **Christopher Troupe 2363 S Funk Road Wooster, OH 44691** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091753** | | | | **Warranty** | | | | |
| **Christopher Ulmer 113 Oak Park Road Hatfield, PA 19440** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **805** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re   **Great Lakes Warranty Corporation**                          ,          Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099575** | | | | **Warranty** | | | | |
| **Christopher Upchurch 500 Old Harding Court Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086401** | | | | **Warranty** | | | | |
| **Christopher V Barlow 25145 Midland Redford, MI 48239** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123481** | | | | **Warranty** | | | | |
| **Christopher W Miller 4140 Whiting Philadelphia, PA 19154** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124095** | | | | **Warranty** | | | | |
| **Christopher Weeks 45 Pauline Drive Adamsville, TN 38310** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5064613** | | | | **Warranty** | | | | |
| **Christopher White 5117 Orchard Dr McHenry, IL 60050** | - | | | | | | | |
| | | | | | | | | 707.84 |

Sheet no.**806**  of **4906**  sheets attached to Schedule of                                           Subtotal                    707.84
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097740** | | | Warranty | | | | |
| **Christopher Winters** **10400 1/2 Stubenville Pike Road** **Lisbon, OH 44432** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114581** | | | Warranty | | | | |
| **Christoplher Mient** **1300 Virginia Avenue  Apt 606** **McKeesport, PA 15135** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111399** | | | Warranty | | | | |
| **Christy A Gereshenski** **224 Vine Street** **Monongahela, PA 15063** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126337** | | | Warranty | | | | |
| **Christy Canter** **15855 Webb Avenue** **Nelsonville, OH 45764** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119897** | | | Warranty | | | | |
| **Christy Foster** **302 North Main St** **Manns Choice, PA 15550** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **807** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5110012** | | | **Warranty** | | | | |
| **Christy L Martin** **13481 Dawley Road** **Nelsonville, OH 45764** | | - | | X | X | | 0.00 |
| Account No. **5123022** | | | **Warranty** | | | | |
| **Christy McNatt** **23 Short St** **Uniontown, PA 15401** | | - | | X | X | | 0.00 |
| Account No. **5081648** | | | **Warranty** | | | | |
| **Christy Mitchell** **5134 Regent Drive** **Nashville, TN 37220** | | - | | | | | 533.24 |
| Account No. **5062671** | | | **Warranty** | | | | |
| **Chro Gregory** **322 East 26th Street** **Erie, PA 16504** | | - | | X | X | | 0.00 |
| Account No. **5132570** | | | **Warranty** | | | | |
| **Chrystal Fryer** **343 Clarkson Street** **Borlington, NJ 08016** | | - | | X | X | | 0.00 |

Sheet no.**808** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      533.24

In re **Great Lakes Warranty Corporation**                          Case No. _____

_____,

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5100290** | | | | | Warranty | | | | |
| **Chrystie Worley** **2102 Golf Club Lane** **Nashville, TN 37215** | - | | | | | X | X | | 0.00 |
| Account No. **5121952** | | | | | Warranty | | | | |
| **Chuck Adams** **1948 Karen Circle** **Cookesville, TN 38506** | - | | | | | | | | 161.87 |
| Account No. **5063262** | | | | | Warranty | | | | |
| **Chuck Najm** **450 Sandhurst Dr** **Highland Heights, OH 44143** | - | | | | | X | X | | 0.00 |
| Account No. **5108890** | | | | | Warranty | | | | |
| **Cianna Hampton** **95 W Patrick Street** **Gilbert, AZ 85233** | - | | | | | X | X | | 0.00 |
| Account No. **5128163** | | | | | Warranty | | | | |
| **Ciara Cicogna** **1258 East Pershing Street** **Salem, OH 44460** | - | | | | | X | X | | 0.00 |

Sheet no.**809** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          161.87

In re __Great Lakes Warranty Corporation__ , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5131493** | | | | | **Warranty** | | | | |
| **Cicely McLoud**<br>**6485 Waywind Drive**<br>**Trotwood, OH 45426** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5086766** | | | | | **Warranty** | | | | |
| **Cinda K Walter**<br>**5306 Lake Pleasant Road**<br>**Erie, PA 16509** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5111491** | | | | | **Warranty** | | | | |
| **Cindi R Dagenhard**<br>**275 S Main St**<br>**Magnolia, OH 44643** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5130261** | | | | | **Warranty** | | | | |
| **Cindy A Ramirez**<br>**8976 W Dorrell Lane**<br>**Las Vegas, NV 89149** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5099955** | | | | | **Warranty** | | | | |
| **Cindy Brouillette**<br>**254 Rose Street**<br>**Woonsocket, RI 02895** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.__810__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re    **Great Lakes Warranty Corporation**                   ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5116895 | | | Warranty | | | | |
| Cindy Cummings 789 Cooke Drive Apt A Pittsburgh, PA 15234 | - | | | X | X | | 0.00 |
| Account No. 5065102 | | | Warranty | | | | |
| Cindy Hopkins 16 Sheraton Court Hamilton, OH 45013 | - | | | X | X | | 0.00 |
| Account No. 5110939 | | | Warranty | | | | |
| Cindy Kent 12648 Leyte Street NE Minneapolis, MN 55449 | - | | | | | | 464.15 |
| Account No. 5084419 | | | Warranty | | | | |
| Cindy L Arndt 416 N Keim Street PO Box 88 New Ringgold, PA 17966 | - | | | | | | 407.00 |
| Account No. 5106299 | | | Warranty | | | | |
| Cindy L Shuttleworth 9176 State Route 49 Ansonia, OH 45303 | - | | | X | X | | 0.00 |

Sheet no. 811 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   (Total of this page)     871.15

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5069075** | | | | **Warranty** | | | | |
| **Cindy Lawson**<br>**8117 W Harmony Ln**<br>**Peoria, AZ 85382** | | - | | | X | X | | 0.00 |
| Account No. **5106542** | | | | **Warranty** | | | | |
| **Cindy M Valerio**<br>**1246 Reading Road**<br>**Bowmansville, PA 17507** | | - | | | X | X | | 0.00 |
| Account No. **5119982** | | | | **Warranty** | | | | |
| **Cindy McGown**<br>**708 E Tremaine Ave**<br>**Gilbert, AZ 85234** | | - | | | X | X | | 0.00 |
| Account No. **5123304** | | | | **Warranty** | | | | |
| **Cindy Millan**<br>**138 Park Street**<br>**Nanticoke, PA 18634** | | - | | | | | | 301.70 |
| Account No. **5131859** | | | | **Warranty** | | | | |
| **Cindy Pierce**<br>**217 East Empire Street**<br>**Freeport, IL 61032** | | - | | | X | X | | 0.00 |

Sheet no.**812** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

301.70

In re   **Great Lakes Warranty Corporation**             ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5111787** | | | | **Warranty** | | | | |
| **Cindy R Miller** **PO Box 105  Hardy Hill** **Dunbar, PA 15431** | - | | | | X | X | | 0.00 |
| Account No. **5118086** | | | | **Warranty** | | | | |
| **Cindy Schaper** **RR6 Box 1505** **Altoona, PA 16601** | - | | | | | | | 184.62 |
| Account No. **5126368** | | | | **Warranty** | | | | |
| **Cindy Walzer** **1121 Franklin Avenue** **Salem, OH 44460** | - | | | | X | X | | 0.00 |
| Account No. **5126596** | | | | **Warranty** | | | | |
| **Cindy Wolfe** **226 Kay Road** **Harrisville, PA 16038** | - | | | | X | X | | 0.00 |
| Account No. **5114819** | | | | **Warranty** | | | | |
| **Cindy Woodall** **44 Walker Drive** **Hillsborough, NJ 08844** | - | | | | X | X | | 0.00 |

Sheet no.**813**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal         |     **184.62**
                              (Total of this page)

In re **Great Lakes Warranty Corporation**                               Case No. _____
_____,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129154 | | | | Warranty | | | | |
| Cinthy Stevens 1223 2nd Street Apt 4 Beaver, PA 15009 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5048814 | | | | Warranty | | | | |
| Cinthya Miley 5520 Traceside Dr Nashville, Tn 37221 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132539 | | | | Warranty | | | | |
| CJ  Scarpitta 5 Bradley Drive Shereham, NY 11766 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5067049 | | | | Warranty | | | | |
| Claire Furlong 165 Oxford Boulevard Garden City, NY 11530 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092652 | | | | Warranty | | | | |
| Claire Griffin 656 E Los Arboles Chandler, AZ 85225 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**814__** of **4906_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5109176** | | | | **Warranty** | | | | |
| **Claire Landes** **307 Summit Avenue** **Perkasie, PA 18944** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103767** | | | | **Warranty** | | | | |
| **Claire M McGrogan** **3401 Oxford Valley Road** **Levittown, PA 19057** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129628** | | | | **Warranty** | | | | |
| **Clara Hudson** **5468 Ravine Bluff Ct** **Columbus, OH 43231** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107976** | | | | **Warranty** | | | | |
| **Clare Jones** **628 Cottage Avenue** **Piqua, OH 45356** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132234** | | | | **Warranty** | | | | |
| **Clarence  Bond Jr** **1045 S Main Streeet** **Meadville, PA 16335** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**815** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re   **Great Lakes Warranty Corporation**                                              ,   Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5064870** | | | | | **Warranty** | | | | |
| **Clarence  Teeter** **561 East Walnut Street** **Lancaster, OH 43130** | - | | | | | X | X | | 0.00 |
| Account No. **5093596** | | | | | **Warranty** | | | | |
| **Clarence  Watson Jr** **6994 Gura Road** **Athens, OH 45701** | - | | | | | X | X | | 0.00 |
| Account No. **5116870** | | | | | **Warranty** | | | | |
| **Clarence A Ford** **1016 Moyer Street** **Pittsburgh, PA 15204** | - | | | | | X | X | | 0.00 |
| Account No. **5112181** | | | | | **Warranty** | | | | |
| **Clarence A Phillips** **120 West Main Street** **Millville, NJ 08332** | - | | | | | X | X | | 0.00 |
| Account No. **5092289** | | | | | **Warranty** | | | | |
| **Clarence Cochran** **429 East 13th Street** **Columbus, OH 43201** | - | | | | | X | X | | 0.00 |

Sheet no.**816** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

In re  **Great Lakes Warranty Corporation**                                    ,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5127438 | | | | Warranty | | | | |
| Clarence E Calcote 1 Bishop Gadsden Way  No202 Charleston, SC 29412 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118613 | | | | Warranty | | | | |
| Clarence E Jenkins 412 Seddon AVe Braddock, PA 15104 | - | | | | | | | |
| | | | | | | | | 876.24 |
| Account No. 5071800 | | | | Warranty | | | | |
| Clarence Gardner 3232 Downing St   SW East Sparta, OH 44626 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5085690 | | | | Warranty | | | | |
| Clarence H Harrod 4501 Bentley Drive  #516 Columbia, SC 29210 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122917 | | | | Warranty | | | | |
| Clarence J Crawford 6825 Old Egg Harbor Rd Egg Harbor, NJ 08234 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 817  of 4906  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

876.24

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5122205 | | | | Warranty | | | | |
| Clarence Kinnear 135 East 1st Street Waterford, PA 16441 | - | | | | X | X | | 0.00 |
| Account No. 5124402 | | | | Warranty | | | | |
| Clarence Leslie 369 Moravia Rd New Galilee, PA 16141 | - | | | | X | X | | 0.00 |
| Account No. 5106954 | | | | Warranty | | | | |
| Clarence M Moore 6438 Pioneer Trail Hiram, OH 44234 | - | | | | X | X | | 0.00 |
| Account No. 5121829 | | | | Warranty | | | | |
| Clarence McMinn 178 Stonehouse Lane Columbia, PA 17512 | - | | | | X | X | | 0.00 |
| Account No. 5129781 | | | | Warranty | | | | |
| Clarence R Heyer 342 State Rte 356 Apollo, PA 15613 | - | | | | X | X | | 0.00 |

Sheet no.**818**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re __Great Lakes Warranty Corporation_____,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5112479<br><br>Clarence Taylor<br>807 Watson Road<br>Bidwell, OH 45614 | - | | | Warranty | X | X | | 0.00 |
| Account No. 5111803<br><br>Clarence W Bailey<br>3314 Rainbow Run Road<br>Monongahela, PA 15063 | - | | | Warranty | X | X | | 0.00 |
| Account No. 5117789<br><br>Clarence W Law<br>924 Thompson Avenue<br>Donora, PA 15033 | - | | | Warranty | X | X | | 0.00 |
| Account No. 5121554<br><br>Clarice A James<br>5854 Penn St<br>Philadelphia, PA 19149 | - | | | Warranty | | | | 323.30 |
| Account No. 5127107<br><br>Clarice Kinard<br>304 Wild Olive Drive<br>Columbia, SC 29229 | - | | | Warranty | X | X | | 0.00 |

Sheet no.__819___ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          323.30

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105726** | | | Warranty | | | | |
| **Clark A Bryant 906 Johnson Street SE Massillon, OH 44646** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5123015** | | | Warranty | | | | |
| **Clark B Sedgwick 1317 Cambria Ave Connellsville, PA 15425** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5110322** | | | Warranty | | | | |
| **Clark G Martin 451 E Church Street Urbana, OH 43078** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5077236** | | | Warranty | | | | |
| **Classic Plumbing 4636 Shepler Church SW Canton, OH 44706** | - | | | | | | |
| | | | | | | | **269.00** |
| Account No. **5129454** | | | Warranty | | | | |
| **Claud Douglas Parsons 28725 Burroughs Ct Mechanicsville, MD 20659** | - | | | | | | |
| | | | | | | | **336.29** |

Sheet no. **820** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **605.29**

In re __Great Lakes Warranty Corporation__ ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5106728**<br><br>**Claud Haws**<br>**601 Moss Lane**<br>**Franklin, TN 37064** | | - | | **Warranty** | | | | 381.14 |
| Account No. **5129734**<br><br>**Claude  Moore**<br>**333 Honea Rd**<br>**Hazel Green, AL 35750** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5129682**<br><br>**Claude Adamssom**<br>**23 Kings Cross Circle**<br>**Doylestown, PA 18901** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5093787**<br><br>**Claude Chapman III**<br>**28166 N Coal Avenue**<br>**Queen Creek, AZ 85243** | | - | | **Warranty** | | | | 371.65 |
| Account No. **5107035**<br><br>**Claude Charbonneau**<br>**1323 Marie Marthe**<br>**Chambly, QC J3L5Y9**<br>**CANADA** | | - | | **Warranty** | X | X | | 0.00 |

Sheet no.**821**__ of **4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      752.79

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129902** | | | **Warranty** | | | | |
| **Claude Eads**<br>**3153 Fender Road**<br>**Melbourne, KY 41059** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5123849** | | | **Warranty** | | | | |
| **Claude Kantner**<br>**5942 Rossetter Rd**<br>**Albany, OH 45710** | | - | | | | | |
| | | | | | | | **114.68** |
| Account No. **5112732** | | | **Warranty** | | | | |
| **Claude Richardson**<br>**PSC Box 24406**<br>**Luke AFB, AZ 85307** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5089557** | | | **Warranty** | | | | |
| **Claudette A Debo**<br>**600 Corporation Drive**<br>**Aliquippa, PA 15001** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5131699** | | | **Warranty** | | | | |
| **Claudia  Carter**<br>**11 Smittle Road**<br>**Oak Hill, OH 45656** | | - | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **822** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **114.68**

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089183** | | | **Warranty** | | | | |
| **Claudia J Vogrin**<br>**537 Hi Tor Drive**<br>**Pittsburgh, PA 15236** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5091859** | | | **Warranty** | | | | |
| **Claudia M Ortiz**<br>**2801 N Oracle Road  #217**<br>**Tucson, AZ 85705** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5128571** | | | **Warranty** | | | | |
| **Claudia McGuire**<br>**7905 Ryandale Circle Apt 204**<br>**Las Vegas, NV 89145** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5126535** | | | **Warranty** | | | | |
| **Claudia Morales**<br>**4550 W. Sahara Avenue**<br>**LAs Vegas, NV 89102** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5122428** | | | **Warranty** | | | | |
| **Claudia S Guadrow**<br>**2575 4th St**<br>**Sparks, NV 89431** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**823** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re  **Great Lakes Warranty Corporation**                                    , Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130124** | | | Warranty | | | | |
| **Claudia Weber** **3593 East South Range Road** **New Springfield, OH 44443** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131793** | | | Warranty | | | | |
| **Claudio Gambino** **3 Costa Court** **Langhorne, PA 19047** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5086772** | | | Warranty | | | | |
| **Clay Mennecke** **10541 Barton Rd** **Waterford, PA 16441** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099789** | | | Warranty | | | | |
| **Clay Smith** **5561 Oak Ridge Road** **Placerville, CA 95667** | - | | | | | | |
| | | | | | | | 1,229.28 |
| Account No. **5117294** | | | Warranty | | | | |
| **Clayton A Spelts** **511 W Grant Street** **Haxtun, CO 80731** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **824** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                1,229.28

In re    **Great Lakes Warranty Corporation**                   ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5092004** | | | **Warranty** | | | | |
| **Clayton Boone** **6518 Baybrook** **Memphis, TN 38134** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5105394** | | | **Warranty** | | | | |
| **Clayton C Brown Jr** **295 Route 47 South  Lot 5** **Cape May Court House, NJ 08210** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5076138** | | | **Warranty** | | | | |
| **Clayton Collins** **80 North Mill Street** **New Salem, PA 15468** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5129312** | | | **Warranty** | | | | |
| **Clayton Galloway** **33738 Edwina Road** **Lewisville, OH 43754** | - | | | | | | |
| | | | | | | | **787.00** |
| Account No. **5107295** | | | **Warranty** | | | | |
| **Clayton L Johnson** **3102 Cameron Boulevard** **Isle of Palms, SC 29451** | - | | | X | X | | |
| | | | | | | | **0.00** |

| | | |
|---|---|---|
| Sheet no. **825** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **787.00** |

In re    **Great Lakes Warranty Corporation**                                          ,    Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5106621** | | | **Warranty** | | | | |
| **Clayton M Mayle** **351 W State Street** **Athens, OH 45701** | - | | | X | X | | 0.00 |
| Account No. **5092352** | | | **Warranty** | | | | |
| **Clayton R McFann** **864 Wooddale Drive** **Urbana, OH 43078** | - | | | X | X | | 0.00 |
| Account No. **5096404** | | | **Warranty** | | | | |
| **Cledith D Webb** **934 W Longview Avenue** **Mansfield, OH 44906** | - | | | X | X | | 0.00 |
| Account No. **5105950** | | | **Warranty** | | | | |
| **Clell E Osburn** **237 Shannon Heights Drive** **Verona, PA 15147** | - | | | X | X | | 0.00 |
| Account No. **5116224** | | | **Warranty** | | | | |
| **Clem Floyd** **342 Cohasset Drive** **Youngstown, OH 44511** | - | | | X | X | | 0.00 |

Sheet no.**826** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121765** | | | **Warranty** | | | | |
| **Clement J Bojanowski** **3831 Plymouth Ridge** **Kingsville, OH 44048** | | - | | X | X | | 0.00 |
| Account No. **5117588** | | | **Warranty** | | | | |
| **Clemente Perez** **47N Lasule Street** **Alamo, TN 38001** | | - | | X | X | | 0.00 |
| Account No. **5116402** | | | **Warranty** | | | | |
| **Clemie  Sanders** **8 Oak Drive  PO Box 93** **Elrama, PA 15038** | | - | | X | X | | 0.00 |
| Account No. **5111445** | | | **Warranty** | | | | |
| **Clenice Vincent** **2729 Lehigh Street** **Lower Burrell, PA 15068** | | - | | X | X | | 0.00 |
| Account No. **5131480** | | | **Warranty** | | | | |
| **Cleo Hinton** **PO Box 966** **Twin Falls, ID 83303** | | - | | X | X | | 0.00 |

Sheet no. **827** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5118751 | | | | Warranty | | | | |
| Cletes A Rines 2246 E 200 South Portland, IN 47371 | - | | | | | | | 115.67 |
| Account No. 5065306 | | | | Warranty | | | | |
| Cleveland Bryan 3235 Estate Road Moncks Corner, SC 29461 | - | | | | X | X | | 0.00 |
| Account No. 5065282 | | | | Warranty | | | | |
| Cleveland Holt Jr. 513 Avrett Ct. Evans, GA 30809 | - | | | | X | X | | 0.00 |
| Account No. 5127833 | | | | Warranty | | | | |
| Cleveland Thomas 620 Leibert Street Bethlehem, PA 18018 | - | | | | X | X | | 0.00 |
| Account No. 5063044 | | | | Warranty | | | | |
| Cliff Funka III 3934 Shadylawn Toldeo, OH 43614 | - | | | | X | X | | 0.00 |

Sheet no. **828** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 115.67

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5072692 | | | Warranty | | | | |
| Clifford  Luckett 1644 Hammond SW Canton, OH 44706 | - | | | X | X | | 0.00 |
| Account No. 5110558 | | | Warranty | | | | |
| Clifford Brown 4561 Ridge Road SW Baltic, OH 43804 | - | | | X | X | | 0.00 |
| Account No. 5117587 | | | Warranty | | | | |
| Clifford Brown 2346 S Ithan Street Philadelphia, PA 19143 | - | | | X | X | | 0.00 |
| Account No. 5093947 | | | Warranty | | | | |
| Clifford Burd Jr 2651 Tamlynn Court Easton, PA 18045 | - | | | X | X | | 0.00 |
| Account No. 5107626 | | | Warranty | | | | |
| Clifford C Jeremiah 1309 Walnut Street Monessen, PA 15062 | - | | | X | X | | 0.00 |

Sheet no. **829** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127940** | | | | **Warranty** | | | | |
| **Clifford Dorse** **211 Seven Pines** **Collierville, TN 38017** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102787** | | | | **Warranty** | | | | |
| **Clifford I Gould** **4291 E Chestnut Lane** **Gilbert, AZ 85297** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086146** | | | | **Warranty** | | | | |
| **Clifford J Mason** **4356 Burgundy Road** **Memphis, TN 38111** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128846** | | | | **Warranty** | | | | |
| **Clifford Jowers** **4425 Arnold CU** **Memphis, TN 38118** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103465** | | | | **Warranty** | | | | |
| **Clifford K Dehn** **534 Howell Street** **Elizabeth, PA 15037** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**830** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121649** | | | Warranty | | | | |
| **Clifford M Linder Jr** **6810 Dwyer Rd** **Okeana, OH 45053** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130252** | | | Warranty | | | | |
| **Clifford Navis** **314 Trotters Field Way** **Simpsonville, SC 29681** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132158** | | | Warranty | | | | |
| **Clifford Trezhau Jr** **3728 Duss Avenue** **Baden, PA 15005** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5060184** | | | Warranty | | | | |
| **Clifford Weller** **94 Sunny Hill Rd** **Wellsboro, PA 16901** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102172** | | | Warranty | | | | |
| **Clifford Wood** **5569 Gross Drive** **Dayton, OH 45431** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **831** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097206** | | | **Warranty** | | | | |
| **Clifton E Coleman 1473 Felton Road South Euclid, OH 44121** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113245** | | | **Warranty** | | | | |
| **Clifton Grant Shaffer 17 Heckman Lane Corsica, PA 15829** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5104722** | | | **Warranty** | | | | |
| **Clifton J Tackett Jr 6345 Browns Run Road Middletown, OH 45042** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131221** | | | **Warranty** | | | | |
| **Clifton M Wilson 501 Rosewood Dr Florence, SC 29501** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5112131** | | | **Warranty** | | | | |
| **Clifton Moss 6725 N Carlisle Street Philadelphia, PA 19126** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **832** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5065125** | | | **Warranty** | | | | |
| **Clint A. Miller**<br>**304 Lynn Street**<br>**St. Marys, OH 45885** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5087260** | | | **Warranty** | | | | |
| **Clint Clardy**<br>**7 Eastbrooke Circle**<br>**Madison, MS 39110** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5105629** | | | **Warranty** | | | | |
| **Clint E Rosentrater**<br>**RD 2  Box 1242**<br>**Claysburg, PA 16625** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5079349** | | | **Warranty** | | | | |
| **Clint Letcher**<br>**10055 E Mountain View Lake Dr**<br>**Scottsdale, AZ 85258** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5112391** | | | **Warranty** | | | | |
| **Clint N Jensen**<br>**2110 Hollingsworth Street  Apt A**<br>**New Kensington, PA 15068** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **833** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5106675 | | Warranty | | | | | | |
| Clinton Sneed Jr 4434 Tankersley Circle Roshron, TX 77583 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111159 | | Warranty | | | | | | |
| Clinton A Lindquist 2156 Delphos Drive Erie, PA 16509 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090993 | | Warranty | | | | | | |
| Clinton L Poitra 3711 S Ashley Place Chandler, AZ 85286 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5068842 | | Warranty | | | | | | |
| Clinton McDaniel 117 Lincoln St Uniontown, PA 15401 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5080243 | | Warranty | | | | | | |
| Clinton Mikel 1328 Washtenaw Avenue Ann Arbor, MI 48104 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**834** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**         ,      Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131355** | | | **Warranty** | | | | |
| **Clinton Tice**<br>**217 South Cherry Street**<br>**Annville, PA 17003** | - | | | X | X | | **0.00** |
| Account No. **5116983** | | | **Warranty** | | | | |
| **Clinton W Anderson**<br>**1720 Hillcrest Road**<br>**Fairmont, WV 26554** | - | | | | | | **82.46** |
| Account No. **5118095** | | | **Warranty** | | | | |
| **Clinton Wood**<br>**3320 Old Highway 64 East**<br>**Hayesville, NC 28904** | - | | | X | X | | **0.00** |
| Account No. **5125461** | | | **Warranty** | | | | |
| **Clinton Young**<br>**205 Reimer Street**<br>**Petrolia, PA 16050** | - | | | | | | **949.00** |
| Account No. **5125230** | | | **Warranty** | | | | |
| **Cloraine Ponceley**<br>**121 Crestview Road**<br>**Upper Darby, PA 19082** | - | | | X | X | | **0.00** |

Sheet no. **835** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal             **1,031.46**

                              (Total of this page)

In re **Great Lakes Warranty Corporation**                                  ,                Case No. _____

_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5073302 | | | | Warranty | | | | |
| Clyde Allen 1327 Barkleigh Lane Franklin, TN 37064 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132678 | | | | Warranty | | | | |
| Clyde Corle 3439 Riva Ct Beavercreek, OH 45430 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128755 | | | | Warranty | | | | |
| Clyde Covington 1213 9th St NW Canton, OH 44703 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110941 | | | | Warranty | | | | |
| Clyde Culbertson 4010 Shell Point Road Beaufort, SC 29906 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129090 | | | | Warranty | | | | |
| Clyde E Hill Jr 61 Herr St Pittsburgh, PA 15209 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **836** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132579** | | | | **Warranty** | | | | |
| **Clyde Johnson** **5621 Cabot Cove Drive** **Hilliard, PA 43026** | - | | | | X | X | | 0.00 |
| Account No. **5125093** | | | | **Warranty** | | | | |
| **Clyde McMullen** **914 Stoneridge** **Lebanon, OH 45036** | - | | | | X | X | | 0.00 |
| Account No. **5124686** | | | | **Warranty** | | | | |
| **Clyde Randolph** **2451 Cemetary Street** **Colville, OH 45723** | - | | | | X | X | | 0.00 |
| Account No. **5110288** | | | | **Warranty** | | | | |
| **Clyde T Seanor** **1012 Peachtree Lane** **Greensburg, PA 15601** | - | | | | X | X | | 0.00 |
| Account No. **5128722** | | | | **Warranty** | | | | |
| **Clyde Triplett** **419 Strecker Lane** **Marietta, OH 45750** | - | | | | X | X | | 0.00 |

Sheet no.**837** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5112259 | | | | Warranty | | | | |
| Clyde W Peterson 123 S 83rd Avenue Tolleson, AZ 85353 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092861 | | | | Warranty | | | | |
| Clyne Media Inc 169B Belle Forest Circle Nashville, TN 37221 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129883 | | | | Warranty | | | | |
| Coby Geter 22 Reidy Ct Columbia, SC 29223 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109597 | | | | Warranty | | | | |
| Codie A Berk 547 Dreibelbis Mill Rd Shoemakersville, PA 19555 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118425 | | | | Warranty | | | | |
| Codie A Berk 140 Lincoln Ave  Apt Q Orwigsburg, PA 17961 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **838** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093749** | | | | **Warranty** | | | | |
| **Cody A Lutz** **7285 Avon Lake Road** **Spencer, OH 44275** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5092240 | | | | **Warranty** | | | | |
| **Cody A Mamrak** **406 Church Street** **Herminie, PA 15637** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5110270 | | | | **Warranty** | | | | |
| **Cody Allen** **4574 State Route 47 E** **Bellefontaine, OH 43311** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5129446 | | | | **Warranty** | | | | |
| **Cody Burke** **547 Drebelbis Mill Road** **Shoemakersville, PA 19555** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5116584 | | | | **Warranty** | | | | |
| **Cody Clark** **7081 Montana Avenue** **Las Vegas, NV 89110** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**839** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5101621** | | | | **Warranty** | | | | |
| **Cody E Smith** **219 Geno Lane** **Reynoldsville, PA 15851** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099733** | | | | **Warranty** | | | | |
| **Cody J Sing** **2315 Anderson Place SW** **Canton, OH 44706** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114518** | | | | **Warranty** | | | | |
| **Cody R Frye** **323 Hillsdale Lane** **Holland, OH 43528** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132001** | | | | **Warranty** | | | | |
| **Cody Utke** **4540 Carswell #S10** **Nellis AFB, NV 89191** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127555** | | | | **Warranty** | | | | |
| **Cody Wayne Dixon** **461 Moore Hill Ave** **Corbin, KY 40701** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**840** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re  **Great Lakes Warranty Corporation**                                  ,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5099634** | | | | Warranty | | | | |
| **Cody Wolfe** **HC 81 Box 90A** **Tunnelton, WV 26444** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088338** | | | | Warranty | | | | |
| **Cole McGown** **4508 Idaho Avenue** **Nashville, TN 37209** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087996** | | | | Warranty | | | | |
| **Cole Traynor** **4710 Michigan Avenue** **Nashville, TN 37209** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120305** | | | | Warranty | | | | |
| **Coleen A Kline** **1104 N 13th St** **Reading, PA 19604** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116859** | | | | Warranty | | | | |
| **Coleman P Breme** **1185 W Main Street** **Lansdale, PA 19446** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**841** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                              ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5065442** | | | Warranty | | | | |
| **Colin Anderson** **1211 Lorain Avenue** **Bethlehem, PA 18018** | - | | | X | X | | 0.00 |
| Account No. **5090652** | | | Warranty | | | | |
| **Colin Lamb** **1200 N Veitch  #1131** **Arlington, VA 22201** | - | | | X | X | | 0.00 |
| Account No. **5108559** | | | Warranty | | | | |
| **Colin Lovett** **488 Smallwood Drive** **Chapin, SC 29036** | - | | | X | X | | 0.00 |
| Account No. **5072056** | | | Warranty | | | | |
| **Colin Nix** **P.O. Box 1301** **Twin Peaks, CA 92391** | - | | | X | X | | 0.00 |
| Account No. **5122277** | | | Warranty | | | | |
| **Colin T Wright** **24 South 10th St** **Columbia, PA 17512** | - | | | X | X | | 0.00 |

Sheet no.**842**___ of **4906**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**                                              , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5125919** | | | | | **Warranty** | | | | |
| **Colin Wright** **24 South 10th Street** **Columbia, PA 17512** | - | | | | | X | X | | 0.00 |
| Account No. **5110241** | | | | | **Warranty** | | | | |
| **Colleen A Higbee** **276 Mohawk School Road** **New Castle, PA 16102** | - | | | | | X | X | | 0.00 |
| Account No. **5108967** | | | | | **Warranty** | | | | |
| **Colleen A Hoang** **637 Worcester Drive** **Thorofare, NJ 08086** | - | | | | | X | X | | 0.00 |
| Account No. **5098573** | | | | | **Warranty** | | | | |
| **Colleen A Redline** **301 Walnut Street** **Walnutport, PA 18088** | - | | | | | X | X | | 0.00 |
| Account No. **5119685** | | | | | **Warranty** | | | | |
| **Colleen A Rodgers** **133 Penn Adamsburg Rd** **Jeannette, PA 15644** | - | | | | | X | X | | 0.00 |

Sheet no.**843**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                        ,  Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5115555** | | | **Warranty** | | | | |
| **Colleen F Dausch**<br>**16 Elmont Street**<br>**Pittsburgh, PA 15205** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100611** | | | **Warranty** | | | | |
| **Colleen H Hoang**<br>**637 Worcester Drive**<br>**West Deptford, NJ 08086** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119539** | | | **Warranty** | | | | |
| **Colleen L  Newsome**<br>**2123 Shady Ave**<br>**Pittsburgh, PA 15217** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130273** | | | **Warranty** | | | | |
| **Colleen Licht**<br>**1101 Nawkee Drive**<br>**Las Vegas, NV 89031** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5089450** | | | **Warranty** | | | | |
| **Colleen M Dalin**<br>**125 Hampton Court**<br>**Sicklerville, NJ 08081** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**844__** of **4906_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**          ,    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5080565 | | | | Warranty | | | | |
| Colleen M Gallaher 15 Front Street   Apt C McSherrystown, PA 17344 | - | | | | X | X | | 0.00 |
| Account No. 5121023 | | | | Warranty | | | | |
| Colleen M Haynes 2923 Glen Mawr St Pittsburgh, PA 15204 | - | | | | X | X | | 0.00 |
| Account No. 5131089 | | | | Warranty | | | | |
| Colleen McMahon 776 Valley Rise Drive Henderson, NV 89052 | - | | | | X | X | | 0.00 |
| Account No. 5131523 | | | | Warranty | | | | |
| Colleen P Franconi 7343 Frontenac St Philadelphia, PA 19111 | - | | | | X | X | | 0.00 |
| Account No. 5074492 | | | | Warranty | | | | |
| Colleen Voigt 3113 Westchester Drive Claysville, TN 37043 | - | | | | X | X | | 0.00 |

Sheet no.**845** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re  **Great Lakes Warranty Corporation**
                                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125032** <br><br> **Collen Gallagher** <br> **7015 Charles Street** <br> **Philadelphia, PA 19155** | | - | | **Warranty** | | | | **231.00** |
| Account No. **5115703** <br><br> **Collette M Neuber** <br> **1 Lewis Avenue  Apt B** <br> **Morrisville, PA 19067** | | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5124761** <br><br> **Collin Williams** <br> **737 Charldon Ave SW** <br> **Massillon, OH 44646** | | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5112084** <br><br> **Collins W Smith** <br> **6573 Jocelyn Hollow Road** <br> **Nashville, TN 37205** | | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5127636** <br><br> **Colon Nunez** <br> **20 Mercer Street** <br> **Warminster, PA 18974** | | - | | **Warranty** | X | X | | **0.00** |

Sheet no.**846** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**231.00**

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114182 | | | | Warranty | | | | |
| Colson Jean Louis 145 South Seventh Street Coplay, PA 18037 | - | | | | X | X | | 0.00 |
| Account No. 5131242 | | | | Warranty | | | | |
| Complete Homeowners Assoc Complete Homeo 503 Strassburg Road Paradise, PA 17562 | - | | | | X | X | | 0.00 |
| Account No. 5128802 | | | | Warranty | | | | |
| Concertine Thomas 3524 Hursey Road Apt 2c Newberry, SC 29108 | - | | | | X | X | | 0.00 |
| Account No. 5110400 | | | | Warranty | | | | |
| Concetta Parmentier 20264 N 64th Avenue Glendale, AZ 85308 | - | | | | X | X | | 0.00 |
| Account No. 5118288 | | | | Warranty | | | | |
| Conda L Jones Box 275  59 West Canal St  Apt A Caroll, OH 43112 | - | | | | X | X | | 0.00 |

Sheet no. **847** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104424** | | | | **Warranty** | | | | |
| **Connie D Cumberland** **310 First Street** **Vanderbilt, PA 15486** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5100991** | | | | **Warranty** | | | | |
| **Connie J Burnheimer** **106 Gibson Drive** **Elizabeth, PA 15037** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117412** | | | | **Warranty** | | | | |
| **Connie J Quiggle** **1118 Beverly Road** **McKeesport, PA 15133** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128660** | | | | **Warranty** | | | | |
| **Connie Karns** **3645 Mulberry Road** **Dayton, OH 45414** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5071883** | | | | **Warranty** | | | | |
| **Connie Kendall** **4465 Spence Rd** **Springfield, OH 45502** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **848** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5123045 | | | | Warranty | | | | |
| Connie M Blystone 800 Kingview Rd  Apt 5 Scottdale, PA 15683 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090116 | | | | Warranty | | | | |
| Connie Noell 2391 Stony Garden Road Kintersville, PA 18930 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114792 | | | | Warranty | | | | |
| Connie R  Murphy 4648 Two Notch Rd Gilbert, SC 29054 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127913 | | | | Warranty | | | | |
| Connie Sanders 12663 Enclave Ct Carmel, IN 46032 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092010 | | | | Warranty | | | | |
| Connie Stith 3710 Cassandra Drive Tipp City, OH 45371 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**849**__ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation**                                     Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5126829 | | | | Warranty | | | | |
| Connie Traynor 604 E Gibson Avenue Connellsville, PA 15425 | - | | | | X | X | | 0.00 |
| Account No. 5127478 | | | | Warranty | | | | |
| Connie Wilson 7833 E. Foxmore Lane Scottsdale, AZ 85258 | - | | | | | | | 823.58 |
| Account No. 5116386 | | | | Warranty | | | | |
| Conor Anderson 3224 Newbury Road Nazareth, PA 18064 | - | | | | X | X | | 0.00 |
| Account No. 5066298 | | | | Warranty | | | | |
| Conrad Fuchs 2318 White Rd Grove City, OH 43123 | - | | | | X | X | | 0.00 |
| Account No. | | | | Trade | | | | |
| Consolidated Communications 4008 Gibsonia Road Gibsonia, PA 15044 | - | | | | | | | 1,387.06 |

Sheet no. **850**__ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,210.64

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5119015 | | | Warranty | | | | |
| Constance Nystrom 8807 Werman Rd Fogelsville, PA 18051 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5106327 | | | Warranty | | | | |
| Constance A Payne 1792 Plymouth Gageville Road Ashtabula, OH 44004 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5102252 | | | Warranty | | | | |
| Constance Blanton 422 Hamilton NE Canton, OH 44704 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5101344 | | | Warranty | | | | |
| Constance Cameron 600 Morgantown Avenue Fairmont, WV 26554 | - | | | | | | |
| | | | | | | | 534.08 |
| Account No. 5124223 | | | Warranty | | | | |
| Constance Eckenrode 369 Broadmoor Ave Pittsburgh, PA 15228 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. 851 of 4906 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

534.08

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5125031 | | | | Warranty | | | | |
| Constance Junkert 170 E. Gaudalupe Road #116 Gilbert, AZ 85234 | - | | | | X | X | | 0.00 |
| Account No. 5091827 | | | | Warranty | | | | |
| Constance L Tawney 5277 Frank Road NW N Canton, OH 44780 | - | | | | X | X | | 0.00 |
| Account No. 5099026 | | | | Warranty | | | | |
| Constance M Durham 3398 S Seton Gilbert, AZ 85297 | - | | | | X | X | | 0.00 |
| Account No. 5106473 | | | | Warranty | | | | |
| Constance McGreevy 1925 Edgemont Road Columbus, OH 43212 | - | | | | X | X | | 0.00 |
| Account No. 5129889 | | | | Warranty | | | | |
| Constance Moore 356 Poets Walk Irmo, SC 29063 | - | | | | X | X | | 0.00 |

Sheet no. **852** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                  0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5083796** | | | | Warranty | | | | |
| **Constance Shotkoski**<br>**5004 S. Baneberry Avenue**<br>**Sioux Falls, SD 57106** | | - | | | | | | 176.93 |
| Account No. **5082784** | | | | Warranty | | | | |
| **Constance V Kazan-Pantelas**<br>**101 Dunedin Dr**<br>**Cheswick, PA 15024** | | - | | | X | X | | 0.00 |
| Account No. **5088711** | | | | Warranty | | | | |
| **Constance Vehling**<br>**4535 W Beautiful Way**<br>**Laveen, AZ 85339** | | - | | | X | X | | 0.00 |
| Account No. **5127663** | | | | Warranty | | | | |
| **Constance Wieder**<br>**758 Mohawk Street**<br>**Alentown, PA 18103** | | - | | | X | X | | 0.00 |
| Account No. **5090883** | | | | Warranty | | | | |
| **Constantinos Chrysostomou**<br>**261 Trotwood Drive**<br>**Pittsburgh, PA 15241** | | - | | | X | X | | 0.00 |

Sheet no.**853** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    176.93

In re **Great Lakes Warranty Corporation**                Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5069189** | | | | **Warranty** | | | | |
| **Constanza Brewton** **129 Liberty Rd** **Harmony, PA 16037** | - | | | | X | X | | 0.00 |
| Account No. **5105506** | | | | **Warranty** | | | | |
| **Cora Kinkead** **101 Cherryview Court** **Bristol, TN 37620** | - | | | | X | X | | 0.00 |
| Account No. **5127052** | | | | **Warranty** | | | | |
| **Corby G Caiazzo** **3610 Berkley Rd** **Darlington, MD 21034** | - | | | | X | X | | 0.00 |
| Account No. **5098583** | | | | **Warranty** | | | | |
| **Corby Marshall Rettig** **986 Nissley Road** **Lancaster, PA 17601** | - | | | | X | X | | 0.00 |
| Account No. **5118862** | | | | **Warranty** | | | | |
| **Cordela Dunbar** **9716 East Road  PO Box 257** **Ingomar, PA 15127** | - | | | | X | X | | 0.00 |

Sheet no.**854** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal        **0.00**
(Total of this page)

In re  **Great Lakes Warranty Corporation**
                                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5088646** | | | | **Warranty** | | | | |
| **Cordell T Griffin 1880 Hoops Lane Waston, PA 18040** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130281** | | | | **Warranty** | | | | |
| **Cordia Jones 5363 Meadowlake  Apt 10 Memphis, TN 38115** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113447** | | | | **Warranty** | | | | |
| **Coretta Hill 481 Ohio Avenue Midland, PA 15059** | - | | | | | | | |
| | | | | | | | | **170.10** |
| Account No. **5084217** | | | | **Warranty** | | | | |
| **Corey C Battles PO Box 748  12067 Fowlers Mill Chardon, OH 44024** | - | | | | | | | |
| | | | | | | | | **696.00** |
| Account No. **5129619** | | | | **Warranty** | | | | |
| **Corey Delee 260 Watson Blvd Apt 1 Pittsburgh, PA 15214** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **855** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **866.10**

In re   **Great Lakes Warranty Corporation**                                        ,        Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5107013** | | | | | **Warranty** | | | | |
| **Corey Driver** **826 N Caswell Avenue** **Southport, NC 28461** | - | | | | | | | | **681.25** |
| Account No. **5090060** | | | | | **Warranty** | | | | |
| **Corey Eaton** **1973 S Bahama Drive** **Gilbert, AZ 85296** | - | | | | | X | X | | **0.00** |
| Account No. **5124737** | | | | | **Warranty** | | | | |
| **Corey Hurst** **1701 Chartwell Street** **Lancaster, OH 43130** | - | | | | | | | | **920.00** |
| Account No. **5064575** | | | | | **Warranty** | | | | |
| **Corey McCormick** **3427 N Sonoran Hills** **Mesa, AZ 85207** | - | | | | | X | X | | **0.00** |
| Account No. **5066170** | | | | | **Warranty** | | | | |
| **Corey Nelson** **44136 West McCord Drive** **Maricopa, AZ 85239** | - | | | | | X | X | | **0.00** |

Sheet no. **856** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,601.25**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128039** | | | | **Warranty** | | | | |
| **Corey Pettigrew** **7057 Hillshire Drive** **Memphis, TN 38133** | - | | | | X | X | | 0.00 |
| Account No. **5086144** | | | | **Warranty** | | | | |
| **Corey R Hunt** **83 Rainey Street** **Atoka, TN 38004** | - | | | | X | X | | 0.00 |
| Account No. **5083865** | | | | **Warranty** | | | | |
| **Corey R Jansen** **4729 East Winfield Court** **Mead, WA 99021** | - | | | | X | X | | 0.00 |
| Account No. **5094684** | | | | **Warranty** | | | | |
| **Corey R Stennett** **146 White Bridge Road** **Mt Pleasant, PA 15666** | - | | | | X | X | | 0.00 |
| Account No. **5132314** | | | | **Warranty** | | | | |
| **Corey Renninger** **49 Church Road** **Pottsville, PA 17901** | - | | | | X | X | | 0.00 |

Sheet no.**857** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                              , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5108457** | | | | **Warranty** | | | | |
| **Corey S Schuler 29 Pin Oak Drive Quakertown, PA 18951** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5072819** | | | | **Warranty** | | | | |
| **Corey S Yurkovich 116 Stump Drive Belle Vernon, PA 15012** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101347** | | | | **Warranty** | | | | |
| **Corey Scott Waugaman 2500 Beechwood Drive Tarboro, NC 27886** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130423** | | | | **Warranty** | | | | |
| **Corey V Ozepy 2140 Market St N Kensington, PA 15068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109594** | | | | **Warranty** | | | | |
| **Corey W Blackburn 3521 Glenfalls Drive Hermitage, TN 37076** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **858** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation**                                  Case No. _____
                                                                                ,
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5060183** | | | | Warranty | | | | |
| **Corey Wright** **1346 Spring Road NW** **Washington, DC 20010** | - | | | | | | | 481.97 |
| Account No. **5077901** | | | | Warranty | | | | |
| **Corina Blake** **5302 N Fifteenth Drive** **Phoenix, AZ 85015** | - | | | | X | X | | 0.00 |
| Account No. **5122449** | | | | Warranty | | | | |
| **Corinne Menegay** **1716 Woodland Ave NW** **Canton, OH 44703** | - | | | | X | X | | 0.00 |
| Account No. **5074394** | | | | Warranty | | | | |
| **Cornelia Dilley** **10216 Quito Street** **Cooper City, FL 33026** | - | | | | X | X | | 0.00 |
| Account No. **5101476** | | | | Warranty | | | | |
| **Cornelia Giesecke** **2825 Chapel St** **Collins, OH 44826** | - | | | | X | X | | 0.00 |

Sheet no.**859** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              481.97

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                              ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5086245** | | | Warranty | | | | |
| **Cornelia Simpkins** **558 Third Avenue** **Bridgeville, PA 15017** | - | | | | | | 359.00 |
| Account No. **5042621** | | | Warranty | | | | |
| **Cornelious & Mathew Inabinett** **579 Creole Retreat** **Mt. Pleasant, SC 29464** | - | | | X | X | | 0.00 |
| Account No. **5106609** | | | Warranty | | | | |
| **Cornelius Bell** **PO Box 270009** **Las Vegas, NV 89127** | - | | | X | X | | 0.00 |
| Account No. **5125515** | | | Warranty | | | | |
| **Cornelius Overgaag** **5836 River Street** **Winchendon, MA 01475** | - | | | X | X | | 0.00 |
| Account No. **5102205** | | | Warranty | | | | |
| **Cornell D Jones** **3623 Geneva Drive** **Murfreesboro, TN 37128** | - | | | | | | 1,323.00 |

Sheet no. **860** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,682.00

In re   **Great Lakes Warranty Corporation**                                      ,        Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5127697** | | | | | Warranty | | | | |
| **Cornell R Dupill**<br>**251 Athena Dr**<br>**Delmont, PA 15626** | - | | | | | | | | 155.76 |
| Account No. **5112419** | | | | | Warranty | | | | |
| **Cornis Stephenson**<br>**1346 Nobles Lane**<br>**Pittsburgh, PA 15210** | - | | | | | X | X | | 0.00 |
| Account No. **5088244** | | | | | Warranty | | | | |
| **Correnthia A Lewis**<br>**10854 N 60th Avenue  #2151**<br>**Glendale, AZ 85304** | - | | | | | X | X | | 0.00 |
| Account No. **5130595** | | | | | Warranty | | | | |
| **Corrina Dix**<br>**19 Chandler Ct**<br>**Columbia, SC 29210** | - | | | | | | | | 1,044.00 |
| Account No. **5068333** | | | | | Warranty | | | | |
| **Corrinne Loucks**<br>**114 Knob Hill Road**<br>**Boone, NC 28607** | - | | | | | X | X | | 0.00 |

Sheet no. **861** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 1,199.76

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                        ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5106390** | | | **Warranty** | | | | |
| **Cort Cramer** **500 Arsenal Street** **Watertown, MA 02472** | - | | | | | | 101.50 |
| Account No. **5093406** | | | **Warranty** | | | | |
| **Cortney D Hobson** **3131 E Legacy Drive  #2046** **Phoenix, AZ 85042** | - | | | | | | 411.35 |
| Account No. **5088280** | | | **Warranty** | | | | |
| **Cortney N Krista** **306 Lea Street** **Homestead, PA 15120** | - | | | | | | 10.00 |
| Account No. **5069696** | | | **Warranty** | | | | |
| **Cortney Stanley** **123 22nd St NE** **Canton, OH 44714** | - | | | X | X | | 0.00 |
| Account No. **5111824** | | | **Warranty** | | | | |
| **Cory Gerber** **14062 Western Road** **Apple Creek, OH 44606** | - | | | X | X | | 0.00 |

Sheet no.**862** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     522.85

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5070527** | | | | **Warranty** | | | | |
| **Cory Gosso** **2113 80th St** **Somerset, WI 54024** | - | | | | | | | 406.18 |
| Account No. 5130958 | | | | **Warranty** | | | | |
| **Cory Gregg** **47 Private Road** **Commodore, PA 15729** | - | | | | X | X | | 0.00 |
| Account No. 5104987 | | | | **Warranty** | | | | |
| **Cory J Councilman** **167 Pomeroy Road** **Athens, OH 45701** | - | | | | X | X | | 0.00 |
| Account No. 5120002 | | | | **Warranty** | | | | |
| **Cory J Marshall** **511 Harding St** **New Cumberland, PA 19070** | - | | | | X | X | | 0.00 |
| Account No. 5113700 | | | | **Warranty** | | | | |
| **Cory L  Dorton** **5684 State Street** **Albany, OH 45710** | - | | | | X | X | | 0.00 |

Sheet no.**863** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

406.18

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095572** | | | Warranty | | | | |
| **Cory L Roberts** **3401 Anderson Road #7** **Antioch, TN 37013** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110911** | | | Warranty | | | | |
| **Cory M Apel** **1706 Anna Avenue** **West Mifflin, PA 15122** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100493** | | | Warranty | | | | |
| **Cory M Hadden** **769 Orange Street** **Oil City, PA 16301** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131725** | | | Warranty | | | | |
| **Cory Muldrow** **104 Pin Oak Ct** **Elezebethtown, KY 42701** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121364** | | | Warranty | | | | |
| **Cory R Good** **650 E Azure Ave 1026** **North Las Vegas, NV 89081** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **864** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5113131** | | | | | **Warranty** | | | | |
| **Cory R Horacek**<br>**1521 Parker Dr**<br>**Mayfield Heights, OH 44124** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5127284** | | | | | **Warranty** | | | | |
| **Cory Stiner**<br>**7080 Vienna Woods Drive**<br>**Cincinnati, OH 45211** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5114249** | | | | | **Warranty** | | | | |
| **Cory Zink**<br>**849 Wright Street**<br>**Columbia, PA 17512** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5132743** | | | | | **Warranty** | | | | |
| **Cosmo Ianiveri**<br>**5053 Struthers Rd**<br>**Struthers, OH 44471** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5111644** | | | | | **Warranty** | | | | |
| **Cosmo Serrapere**<br>**706 Carriage Circle**<br>**Pittsburgh, PA 15205** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**865** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5115975<br><br>Courtney A Sands<br>312 Oak Lane<br>McKees Rocks, PA 15136 | | - | | Warranty | | | | 483.50 |
| Account No. 5078051<br><br>Courtney Coffey<br>161 Old Orchard Street<br>Chalfont, PA 18914 | | - | | Warranty | X | X | | 0.00 |
| Account No. 5109494<br><br>Courtney Goolsby<br>36 Kingsley Cove<br>Jackson, TN 38365 | | - | | Warranty | X | X | | 0.00 |
| Account No. 5129735<br><br>Courtney H Carter<br>11511 Chapaclane Rd<br>Charlotte, NC 28278 | | - | | Warranty | X | X | | 0.00 |
| Account No. 5119009<br><br>Courtney Hale<br>212 McDowell Dr<br>Nashville, TN 37218 | | - | | Warranty | X | X | | 0.00 |

Sheet no. **866** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

483.50

In re  **Great Lakes Warranty Corporation**                                            Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5091616** | | | | **Warranty** | | | | |
| **Courtney M Hughey** **264 Sailboat Drive** **Nashville, TN 37217** | - | | | | X | X | | 0.00 |
| Account No. **5093590** | | | | **Warranty** | | | | |
| **Courtney R Collins** **35896 Flatwoods Road** **Pomeroy, OH 45769** | - | | | | X | X | | 0.00 |
| Account No. **5105722** | | | | **Warranty** | | | | |
| **Courtney R Reid** **1512 27th Street NE** **Canton, OH 44714** | - | | | | X | X | | 0.00 |
| Account No. **5128808** | | | | **Warranty** | | | | |
| **Courtney Robinson** **302 Fernview Dr** **Columbia, SC 29229** | - | | | | X | X | | 0.00 |
| Account No. | | | | **Trade** | | | | |
| **Coverall** **1711 Babcock Boulevard** **Pittsburgh, PA 15209** | - | | | | | | | 2,083.29 |

Sheet no. **867** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     2,083.29

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                              ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122680** | | | | **Warranty** | | | | |
| **Craig A Dolfi** **76 Twp Rd 1102** **Dillonvale, OH 43917** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092247** | | | | **Warranty** | | | | |
| **Craig A Nelson** **6773 Eddleston Court** **Canal Winchester, OH 43110** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5075300** | | | | **Warranty** | | | | |
| **Craig A Scott** **2227 South Boca** **Mesa, AZ 85212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123930** | | | | **Warranty** | | | | |
| **Craig A.  Gessinger** **1017 3rd Street** **Whitehall, PA 18052** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5067386** | | | | **Warranty** | | | | |
| **Craig Broering** **6722 Huwer Road** **Maria Stein, OH 45860** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**868__** of **4906__** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                    ,     Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5099597** | | | Warranty | | | | |
| **Craig Cameron**<br>**5015 E Lucia Drive**<br>**Cave Creek, AZ 85331** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5098235** | | | Warranty | | | | |
| **Craig Cole**<br>**2395 Northwest Highland Drive**<br>**Corvallis, OR 97330** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5121467** | | | Warranty | | | | |
| **Craig Covert**<br>**7536 Christin Lee Circle**<br>**Knoxville, TN 37931** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5128920** | | | Warranty | | | | |
| **Craig D Anderson**<br>**2432 Bayberry Court**<br>**Mays Landing, NJ 08330** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5119364** | | | Warranty | | | | |
| **Craig D Mickens**<br>**422 Coolspring St**<br>**Uniontown, PA 15401** | - | | | | | | |
| | | | | | | | **89.99** |

Sheet no. **869** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **89.99**

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5089137** | | | | **Warranty** | | | | |
| **Craig D Sweet** **175 Shawnee Trail** **Aurora, OH 44202** | - | | | | | | | |
| | | | | | | | | **1,251.28** |
| Account No. **5102717** | | | | **Warranty** | | | | |
| **Craig Ellison** **1819 Shadowood Drive** **Columbia, SC 29212** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120426** | | | | **Warranty** | | | | |
| **Craig Francis** **7448 Fannie AVe** **Greenville, OH 45331** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5096703** | | | | **Warranty** | | | | |
| **Craig Gent** **2 Andover Road Apt B9** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5083945** | | | | **Warranty** | | | | |
| **Craig Harwell** **445 Todd Phillips Trail** **Clarksville, TN 37043** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **870** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,251.28**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5092304** | | | | **Warranty** | | | | |
| **Craig Heitkamp** **1366 Amsterdam Road** **Minster, OH 45865** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5063290** | | | | **Warranty** | | | | |
| **Craig Herlan** **702 Oak Grove Ave** **Menlo Park, CA 94025** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110037** | | | | **Warranty** | | | | |
| **Craig Holton** **5752 Laura Lane** **Hilliard, OH 43026** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125469** | | | | **Warranty** | | | | |
| **Craig Hughes** **1961 Walnut** **Ottawa, OH 45875** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073991** | | | | **Warranty** | | | | |
| **Craig Hurt** **912 South Taylor** **Pratt, KS 67124** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**871** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**            Case No. _____
                                          ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127290** | | | | **Warranty** | | | | |
| **Craig Joseph Kosinski** **514 Game School Rd** **Brockway, PA 15824** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5082960** | | | | **Warranty** | | | | |
| **Craig Kirker** **3190 Howard Ave** **Oviedo, FL 32765** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101978** | | | | **Warranty** | | | | |
| **Craig Kulp** **633 West Broadway** **Red Lion, PA 17356** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5097587** | | | | **Warranty** | | | | |
| **Craig L Rich** **394 N Avenue** **Tallmadge, OH 44278** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126966** | | | | **Warranty** | | | | |
| **Craig L Stewart** **2234 Raymond Ave** **Reading, PA 19605** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**872** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

In re  **Great Lakes Warranty Corporation**                                              ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5111330** | | | | **Warranty** | | | | |
| **Craig L Thomas** **204 Oak Hollow Circle** **Hermitage, TN 37076** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099791** | | | | **Warranty** | | | | |
| **Craig Nathaniel Stover** **509 Whitewater Drive** **Irmo, SC 29063** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132783** | | | | **Warranty** | | | | |
| **Craig Nichols** **9856 Raven Wing Canyon Ct** **Las Vegas, NV 89183** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121083** | | | | **Warranty** | | | | |
| **Craig Peter Slingluff** **328 E Howard St** **Pottstown, PA 19464** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126789** | | | | **Warranty** | | | | |
| **Craig Ramsey** **4876 Williamsport Rd** **Elizabeth, PA 15037** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **873** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 0.00

In re  **Great Lakes Warranty Corporation**                           , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5129838 | | | | Warranty | | | | |
| Craig Scoby 6145 Hampton Hall Highway Hermitage, TN 37076 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5071839 | | | | Warranty | | | | |
| Craig Simmons 8506 Newton Lane King George, VA 22485 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5078879 | | | | Warranty | | | | |
| Craig Strickland 8113 Poplarwood Lane Nashville, TN 37221 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099369 | | | | Warranty | | | | |
| Craig T Cross 4846 Meese Road Louisville, OH 44641 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086188 | | | | Warranty | | | | |
| Craig T Dufford Jr PO Box 114  Rt 136 Darragh, PA 15625 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 874 of 4906 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5072552** | | | | **Warranty** | | | | |
| **Craig Tinnelle**<br>**2728 W Schiliro Circle**<br>**Phoenix, AZ 85032** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079402** | | | | **Warranty** | | | | |
| **Craig Voigt**<br>**11304 Merridale Street**<br>**Wichita, KS 67212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090241** | | | | **Warranty** | | | | |
| **Craig W Colvin**<br>**220 Sherry Lynn Place**<br>**Harvest, AL 35749** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132117** | | | | **Warranty** | | | | |
| **Craig Wade**<br>**44821 St Rt 558**<br>**Columbiana, OH 44408** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109766** | | | | **Warranty** | | | | |
| **Craig Wilczynski**<br>**1232 Lincoln Avenue**<br>**Uniontown, PA 15407** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**875** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093653** | | | | Warranty | | | | |
| **Craig Williams**<br>**3486 Penn Estates**<br>**E Stroudsburg, PA 18301** | - | | | | X | X | | 0.00 |
| Account No. **5119108** | | | | Warranty | | | | |
| **Craig Young**<br>**PO Box 139**<br>**Bessemer, PA 16112** | - | | | | X | X | | 0.00 |
| Account No. **5088482** | | | | Warranty | | | | |
| **Creg Rietz**<br>**404 Derwood Dr**<br>**Piqua, OH 45356** | - | | | | X | X | | 0.00 |
| Account No. **5126526** | | | | Warranty | | | | |
| **Crendia Rieger**<br>**404 Altermoor Drive**<br>**Natrona Heights, PA 15065** | - | | | | X | X | | 0.00 |
| Account No. **5071781** | | | | Warranty | | | | |
| **Cristal Dix**<br>**52 Ravine Lane**<br>**Levittown, PA 19055** | - | | | | X | X | | 0.00 |

Sheet no. **876** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129551** | | | **Warranty** | | | | |
| **Cristin M Pepe** **221 East 18th St** **Wildwood, NJ 08260** | - | | | X | X | | 0.00 |
| Account No. **5075543** | | | **Warranty** | | | | |
| **Cristy L Campbell** **603 Bailey Drive Apt 12** **Mansfield, OH 44904** | - | | | X | X | | 0.00 |
| Account No. **5116706** | | | **Warranty** | | | | |
| **Critina Crihalmean** **10911 Magdala Drive** **Parma, OH 44130** | - | | | | | | 322.00 |
| Account No. **5049192** | | | **Warranty** | | | | |
| **Crystal Schmidt Cannon** **1026 Levick St 1st Fl** **Philadelphia, PA 19111** | - | | | | | | 20.00 |
| Account No. **5086514** | | | **Warranty** | | | | |
| **Crystal A Hayes** **714 Eighteenth Avenue** **New Castle, PA 15010** | - | | | X | X | | 0.00 |

Sheet no.**877**_ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    342.00

In re   **Great Lakes Warranty Corporation**                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123897**<br><br>**Crystal A Roberson**<br>**3289 Keats Rd**<br>**Memphis, TN 38134** | - | | Warranty | X | X | | **0.00** |
| Account No. **5109304**<br><br>**Crystal Alvarez**<br>**5905 W Oregon #146**<br>**Glendale, AZ 85301** | - | | Warranty | X | X | | **0.00** |
| Account No. **5123493**<br><br>**Crystal B Buchert**<br>**206 Meredith St**<br>**Pittsburgh, PA 15210** | - | | Warranty | | | | **116.50** |
| Account No. **5124875**<br><br>**Crystal Banda**<br>**4174 Cholla**<br>**Golden Valley, AZ 86419** | - | | Warranty | | | | **360.00** |
| Account No. **5123640**<br><br>**Crystal Bowles**<br>**8588 Co Rd 54**<br>**Lewistown, OH 43333** | - | | Warranty | X | X | | **0.00** |

Sheet no.**878** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**476.50**

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5129219** | | | | **Warranty** | | | | |
| **Crystal Chesser** **19387 Maole Street** **Trimble, OH 45782** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111041** | | | | **Warranty** | | | | |
| **Crystal D Bonfonti** **601 Maple** **Cottonwood Falls, KS 66845** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121716** | | | | **Warranty** | | | | |
| **Crystal E Pritts** **65180 Barcamp Rd** **Belmont, OH 43718** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129224** | | | | **Warranty** | | | | |
| **Crystal Gail Sanchez** **5366 Hwy 411** **Madisonville, TN 37354** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126710** | | | | **Warranty** | | | | |
| **Crystal Garnette** **4340 Stanton Avenue** **Pittsburgh, PA 15201** | - | | | | | | | |
| | | | | | | | | **189.50** |

Sheet no. **879** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **189.50**

In re **Great Lakes Warranty Corporation**                                        Case No. _____

_____ ,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128977** | | | | Warranty | | | | |
| **Crystal Herzik** **312 Elizabeth Avenue Apt 1** **Pittsburgh, PA 15202** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131570** | | | | Warranty | | | | |
| **Crystal Kirkland** **1221 Mohler Street** **Pittsburgh, PA 15208** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128801** | | | | Warranty | | | | |
| **Crystal Knox** **308 May Oak Road** **Columbia, SC 29229** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120070** | | | | Warranty | | | | |
| **Crystal M Kuhn** **2149 Sunnyside Ave** **Pottstown, PA 19464** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132295** | | | | Warranty | | | | |
| **Crystal Murphy** **472 Landmark Estates** **Jane Lew, WV 26378** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **880** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125497** | | | **Warranty** | | | | |
| **Crystal Nichols**<br>**2649 Donna Street Apt B**<br>**N. Las Vegas, NV 89030** | | - | | | | | **56.50** |
| Account No. **5085443** | | | **Warranty** | | | | |
| **Crystal Piela**<br>**3 Woods Edge Court**<br>**Belvidere, NJ 07823** | | - | | X | X | | **0.00** |
| Account No. **5097259** | | | **Warranty** | | | | |
| **Crystal R Addison**<br>**4907 Holly Lane**<br>**Millington, TN 38053** | | - | | X | X | | **0.00** |
| Account No. **5131000** | | | **Warranty** | | | | |
| **Crystal R Sadowski**<br>**1020 Scituate Court**<br>**Grafton, OH 44044** | | - | | X | X | | **0.00** |
| Account No. **5129939** | | | **Warranty** | | | | |
| **Crystal Rohlicek**<br>**1093 East Steffield Avenue**<br>**Chandler, AZ 85225** | | - | | X | X | | **0.00** |

Sheet no. **881** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **56.50**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113834 | | | | Warranty | | | | |
| Crystal Villeneuve PO Box 515  125 Wade Lane Oliver Springs, TN 37840 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114189 | | | | Warranty | | | | |
| Crystal Wilson 10877 Williams Road SW Gnadenhutten, OH 44629 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126757 | | | | Warranty | | | | |
| Crystals Care Inc Crystals Care Inc 6555 Greene Street Philadelphia, PA 19119 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131338 | | | | Warranty | | | | |
| Csaba M Farkas 1020 Locust Grove Rd York, PA 17402 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123315 | | | | Warranty | | | | |
| Cuong James 851 N. Glebe Road #105 Arlington, VA 22203 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **882** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re   **Great Lakes Warranty Corporation**                   ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5098112** | | | | Warranty | | | | |
| **Cuong P Le** **1869 E Aspen Way** **Gilbert, AZ 85234** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121578 | | | | Warranty | | | | |
| **Curt A Hauser** **115 La Place Point Court** **Sewickly, PA 15143** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119616 | | | | Warranty | | | | |
| **Curt Broadway** **7 Fell St** **Trenton, NJ 08638** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114876 | | | | Warranty | | | | |
| **Curt H Zimmermann** **5 Glencannon Court** **Dillsburg, PA 17019** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120785 | | | | Warranty | | | | |
| **Curtis A Olson** **27905 Lake city Rd** **Ridgway, PA 15853** | - | | | | | | | |
| | | | | | | | | 531.50 |

Sheet no.**883** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal        | 531.50
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                  Best Case Bankruptcy

In re   **Great Lakes Warranty Corporation**          ,    Case No. _____

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120588** | | | Warranty | | | | |
| **Curtis C Hunter** **1641 Brentworth Way** **Rend, NV 89521** | - | | | X | X | | 0.00 |
| Account No. **5115645** | | | Warranty | | | | |
| **Curtis Chalfant** **217 S Elm** **Celina, OH 45822** | - | | | X | X | | 0.00 |
| Account No. **5066645** | | | Warranty | | | | |
| **Curtis Conrad** **428 Scott Street** **Crestline, OH 44827** | - | | | X | X | | 0.00 |
| Account No. **5125026** | | | Warranty | | | | |
| **Curtis Cripe** **40040 N 56th Street** **Cave Creek, AZ 85331** | - | | | X | X | | 0.00 |
| Account No. **5085212** | | | Warranty | | | | |
| **Curtis Dewberry** **5818 E 101 Place** **Tulsa, OK 74137** | - | | | X | X | | 0.00 |

Sheet no. **884** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                       0.00
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5070061** | | | | **Warranty** | | | | |
| **Curtis Dowling** **112 Crosscreek Dr** **Columbia, SC 29212** | - | | | | X | X | | 0.00 |
| Account No. **5122643** | | | | **Warranty** | | | | |
| **Curtis E Johnson** **75 Watson Blvd** **Pittsburgh, PA 15214** | - | | | | X | X | | 0.00 |
| Account No. **5086407** | | | | **Warranty** | | | | |
| **Curtis E Thompson** **101 Harper LaneTN** **Oak Ridge, TN 37830** | - | | | | X | X | | 0.00 |
| Account No. **5089597** | | | | **Warranty** | | | | |
| **Curtis Hale Eward** **PO Box 3236** **Arizona City, AZ 85223** | - | | | | X | X | | 0.00 |
| Account No. **5132497** | | | | **Warranty** | | | | |
| **Curtis J Baronetski** **118 Dingel Rd** **West Sunbury, PA 16061** | - | | | | X | X | | 0.00 |

Sheet no.**885** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re __Great Lakes Warranty Corporation__ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5122185** <br><br> **Curtis J Payson** <br> **3687 Chisholm** <br> **Johns Island, SC 29455** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5122129** <br><br> **Curtis King** <br> **955 Wakeling St** <br> **Philadelphia, PA 19124** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5125477** <br><br> **Curtis Knight** <br> **639 W. Central Avenue** <br> **Toledo, OH 43610** | | - | | **Warranty** | | | | 1,269.00 |
| Account No. **5086320** <br><br> **Curtis L Fowler** <br> **924 Booker Street** <br> **Newberry, SC 29108** | | - | | **Warranty** | | | | 291.35 |
| Account No. **5096835** <br><br> **Curtis Lewis** <br> **361 Ash Tree Road** <br> **Cola, SC 29229** | | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **886** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **1,560.35**

In re   **Great Lakes Warranty Corporation**                                          Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5087441** | | | Warranty | | | | | |
| **Curtis R Cole** **6051 W Park Avenue** **Chandler, AZ 85226** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087455** | | | Warranty | | | | | |
| **Curtis R Ford** **2609 Autumndale NE** **Uniontown, OH 44685** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087457** | | | Warranty | | | | | |
| **Curtis R Ford** **2669 Autumndale NW** **Uniiontown, OH 44685** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088678** | | | Warranty | | | | | |
| **Curtis R White** **PO Box 22291** **Beaumont, TX 77754** | - | | | | | | | |
| | | | | | | | | 474.30 |
| Account No. **5112659** | | | Warranty | | | | | |
| **Curtis R White** **5501 Cork Hill Dr** **Dayton, OH 45424** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **887** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           474.30

In re **Great Lakes Warranty Corporation**                                      Case No. _____
                                                                    ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109135** | | | Warranty | | | | |
| **Curtis Singleton 317 Anstree Dr Columbia, SC 29229** | - | | | X | X | | 0.00 |
| Account No. **5094915** | | | Warranty | | | | |
| **Curtis W Flock 108 Adella Court Jeannette, PA 15644** | - | | | X | X | | 0.00 |
| Account No. **5077264** | | | Warranty | | | | |
| **Curtis Walsh 331 Bonnahurst Court Hermitage, TN 37076** | - | | | X | X | | 0.00 |
| Account No. **5129909** | | | Warranty | | | | |
| **Curtis Widman 696 MacBeth Drive Pittsburgh, PA 15235** | - | | | X | X | | 0.00 |
| Account No. **5088660** | | | Warranty | | | | |
| **Curtiss Erickson 5323 Richland Road Gibsonia, PA 15044** | - | | | X | X | | 0.00 |

Sheet no.**888** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

In re **Great Lakes Warranty Corporation**      Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5124177** | | | | **Warranty** | | | | |
| **Curvin Boehler**<br>**3467 Lakeview Rd**<br>**Spring Grove, PA 17362** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125288** | | | | **Warranty** | | | | |
| **Cush Conner**<br>**6857 Bridgewater Drive**<br>**Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130695** | | | | **Warranty** | | | | |
| **CVAS Inc**<br>**1507 Menomonie Street**<br>**Eau Claire, WI 54703** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125609** | | | | **Warranty** | | | | |
| **Cybil Carney**<br>**11085 Huron Street**<br>**Hohenwald, TN 38462** | - | | | | | | | |
| | | | | | | | | **681.13** |
| Account No. **5098973** | | | | **Warranty** | | | | |
| **Cynthania S Obioha**<br>**1 Northfern Court**<br>**Columbia, SC 29212** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **889** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **681.13**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5071195** | | Warranty | | | | | | |
| **Cynthia  A Church** **2993 Glazier Rd** **Guysville, OH 45735** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085800** | | Warranty | | | | | | |
| **Cynthia  Ford** **6347 Watkins Road** **Pataskala, OH 43062** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118915** | | Warranty | | | | | | |
| **Cynthia A Brower** **1102 Glasgoe Dr** **Murfreesboro, TN 37130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5072004** | | Warranty | | | | | | |
| **Cynthia A Durco** **7941 Hunters Crossing** **Cordova, TN 38018** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122507** | | Warranty | | | | | | |
| **Cynthia A Rice** **13419 Woodworth Rd** **New Springfield, OH 44443** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**890** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131156** | | | | **Warranty** | | | | |
| **Cynthia Abel** **3300 9th Street SW** **Canton, OH 44710** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090434** | | | | **Warranty** | | | | |
| **Cynthia Bann** **2652 Lincoln Street** **Canton, OH 44707** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104159** | | | | **Warranty** | | | | |
| **Cynthia C Vannoy** **109 Edgewood Lane** **Goose Creek, SC 29445** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5080698** | | | | **Warranty** | | | | |
| **Cynthia Castillo** **1350 E Northern #209** **Phoenix, AZ 85020** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093807** | | | | **Warranty** | | | | |
| **Cynthia Chilton** **3436 East Equisiera Trail** **Phoenix, AZ 85044** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**891** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** ,                Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085832** | | | | Warranty | | | | |
| **Cynthia Confair** **122 W Saylor Street** **Atlas, PA 17851** | - | | | | X | X | | 0.00 |
| Account No. **5131432** | | | | Warranty | | | | |
| **Cynthia Dexheimer** **2 Dexheimer Lane** **Erwinna, PA 18920** | - | | | | X | X | | 0.00 |
| Account No. **5083398** | | | | Warranty | | | | |
| **Cynthia Dileo** **11515 N 91st  #219** **Scottsdale, AZ 85260** | - | | | | X | X | | 0.00 |
| Account No. **5107847** | | | | Warranty | | | | |
| **Cynthia Dornish** **375 Jefferson Drive** **Pittsburgh, PA 15228** | - | | | | X | X | | 0.00 |
| Account No. **5129879** | | | | Warranty | | | | |
| **Cynthia Dunham** **1448 Mt Zion Road** **Cassatt, SC 29032** | - | | | | X | X | | 0.00 |

Sheet no.**892** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re  **Great Lakes Warranty Corporation**                              ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127793** | | | | **Warranty** | | | | |
| **Cynthia Eichelberger** **7333 High View Drive** **Columbia, SC 29223** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5075381** | | | | **Warranty** | | | | |
| **Cynthia Fisher** **4833 E Princess Drive** **Mesa, AZ 85205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128155** | | | | **Warranty** | | | | |
| **Cynthia Fusco** **718 Glenwood Avenue** **Wildwood, NJ 08260** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090157** | | | | **Warranty** | | | | |
| **Cynthia Gash** **7315 Dunsford** **Knoxville, TN 37919** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121710** | | | | **Warranty** | | | | |
| **Cynthia Grala** **119 Jersey Lane** **Oak Ridge, TN 37830** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**893** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5128341** | | | | **Warranty** | | | | |
| **Cynthia Green** **3106 Bethel Rd  No11** **Simpsonville, SC 29681** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111094** | | | | **Warranty** | | | | |
| **Cynthia Hill** **1024 J W Barbee Road** **Jackson, OH 45640** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109581** | | | | **Warranty** | | | | |
| **Cynthia I Mejia** **1480 Goblet Avenue** **Mt Pleasant, SC 29464** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104360** | | | | **Warranty** | | | | |
| **Cynthia J Gray** **4263 E Vaughn** **Gilbert, AZ 85234** | - | | | | | | | |
| | | | | | | | | **222.00** |
| Account No. **5125221** | | | | **Warranty** | | | | |
| **Cynthia Jaszenski** **1202 Success Street** **Pittsburgh, PA 15212** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**894**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                    Subtotal                  **222.00**
                                                           (Total of this page)

In re   **Great Lakes Warranty Corporation**           ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105367** | | | **Warranty** | | | | |
| **Cynthia K Gebhart**<br>**121 Ideal Road**<br>**Senecaville, OH 43780** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5068658** | | | **Warranty** | | | | |
| **Cynthia Kenner**<br>**3116 Las Colinas Way**<br>**Round Rock, TX 78681** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5098866** | | | **Warranty** | | | | |
| **Cynthia L Briley**<br>**1302 Mercury Boulevard  #18**<br>**Murfreesboro, TN 37130** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5103365** | | | **Warranty** | | | | |
| **Cynthia L Henry**<br>**746 E Second Mountain Road**<br>**Orwigsburg, PA 17961** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101809** | | | **Warranty** | | | | |
| **Cynthia L Lewis**<br>**1098 Cambria Street**<br>**Nanty Glo, PA 15943** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**895** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal             **0.00**
                             (Total of this page)

In re **Great Lakes Warranty Corporation**                          , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124368** | | | | **Warranty** | | | | |
| **Cynthia L Reyes 310 Pine St Wernersville, PA 19565** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128088** | | | | **Warranty** | | | | |
| **Cynthia L Spino 2750 Doral Circle SE Massillon, OH 44646** | - | | | | | | | |
| | | | | | | | | 780.33 |
| Account No. **5086694** | | | | **Warranty** | | | | |
| **Cynthia L Swank 410 N Park Valley Center, KS 67147** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5072993** | | | | **Warranty** | | | | |
| **Cynthia M  Brunswick 441 Park Street St Henry, OH 45883** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114080** | | | | **Warranty** | | | | |
| **Cynthia M Grimmitt 313 Golden Gate Drive Verona, PA 15147** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**896__** of **4906__** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

780.33

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5107131** | | | | Warranty | | | | |
| **Cynthia M Lyons** **1361 Mill Pond Way** **Palmyra, PA 17078** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131613** | | | | Warranty | | | | |
| **Cynthia Martin** **1454 Banner Drive** **Lancaster, PA 17601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129372** | | | | Warranty | | | | |
| **Cynthia Mayer** **6926 Forrest Avenue** **Philadelphia, PA 19138** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125421** | | | | Warranty | | | | |
| **Cynthia Minster** **405 Tiporary Ct** **Oakdale, PA 15071** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101754** | | | | Warranty | | | | |
| **Cynthia Mitchell** **3723 South Orchard Street  #A** **Tacoma, WA 98466** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **897** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
**0.00**

In re **Great Lakes Warranty Corporation**         Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132613** | | | | **Warranty** | | | | |
| **Cynthia Montoney** **293 Hathaway Drive** **Cuyahoga Falls, OH 44223** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093989** | | | | **Warranty** | | | | |
| **Cynthia P Abati** **1344 Lexington Drive** **Lawrence, PA 15055** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5074641** | | | | **Warranty** | | | | |
| **Cynthia P Wingfield** **135 Main Street** **McClellandtown, PA 15458** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124711** | | | | **Warranty** | | | | |
| **Cynthia Patton** **1850 Ridge Road** **Falls Creek, PA 15840** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106738** | | | | **Warranty** | | | | |
| **Cynthia Payne Langlois** **121 Kerry Gibbons Drive** **Chapin, SC 29036** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **898** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5074399 | | | | Warranty | | | | |
| Cynthia Presutti 3015 N 64th Street Mesa, AZ 85215 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107565 | | | | Warranty | | | | |
| Cynthia Ramirez Estrada P.O. Box 4332 San Luis, AZ 85349 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126209 | | | | Warranty | | | | |
| Cynthia Shirk 390 N. Crawford Road Grantville, PA 17028 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113352 | | | | Warranty | | | | |
| Cynthia Smith 202 Lake Drive Fleetwood, PA 19522 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107596 | | | | Warranty | | | | |
| Cynthia Steward 3764 St Rt 224 Greenwich, OH 44837 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **899** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re    **Great Lakes Warranty Corporation**                                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5058016** | | | | Warranty | | | | |
| **Cynthia Tallent** **2838 Mars Hill Rd** **Spring City, TN 37381** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126186** | | | | Warranty | | | | |
| **Cynthia Taylor** **2701 Rhoadesdale Avenue** **Akron, OH 44312** | - | | | | | | | |
| | | | | | | | | **608.85** |
| Account No. **5084144** | | | | Warranty | | | | |
| **Cynthia Verrengia** **3 Sandpiper Court** **Jackson, NJ 08527** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114137** | | | | Warranty | | | | |
| **Cynthia Vita** **117 Reaghard Drive** **Cheswick, PA 15024** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125693** | | | | Warranty | | | | |
| **Cynthia Warren** **4792 Library Road** **Bethel Park, PA 15102** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**900__** of **4906__** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        **608.85**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5083961** | | | | Warranty | | | | |
| **Cynthia Watts** **335 Marzolf Road** **Pittsburgh, PA 15209** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126531** | | | | Warranty | | | | |
| **Cynthia Wein** **1885 Beechwood Avenue** **North Canton, OH 44720** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129528** | | | | Warranty | | | | |
| **Cynthia Williams** **49 Thomas Drive PO Box 146** **Brockway, PA 15824** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091411** | | | | Warranty | | | | |
| **Cynthia Williams** **1529 Mohawk Drive** **Madison, TN 37115** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5063831** | | | | Warranty | | | | |
| **Cyprienne Lemon** **2459 Georgetown Road North** **Canton, OH 44704** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **901** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re __Great Lakes Warranty Corporation_____,    Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5130326 | | | | Warranty | | | | |
| Cyrstal Lee Snyder 448 Hoodridge Drive Apt A1 Pittsburgh, PA 15234 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102338 | | | | Warranty | | | | |
| D and J Limousine 7960 Busch Road Birch Run, MI 48415 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124391 | | | | Warranty | | | | |
| D and V Butler Inc 601 Crescent Blvd Suite 102 Ridgeland, MS 39157 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093150 | | | | Warranty | | | | |
| D Bradley Garst 2047 Dennings Road New Windsor, MD 21776 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107168 | | | | Warranty | | | | |
| D G Schreckengost 4299 Glenwood Avenue Boardman, OH 44512 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__902__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       0.00

In re __Great Lakes Warranty Corporation__ , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5109001** | | | | **Warranty** | | | | |
| **D Oscar H McCray**<br>**45 Acme Street**<br>**Columbia, SC 29201** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130846** | | | | **Warranty** | | | | |
| **D Scott Waltman**<br>**3540 River Road**<br>**Conestoga, PA 17516** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5065000** | | | | **Warranty** | | | | |
| **D. Adam Krause**<br>**2004 Carsons Cove**<br>**Commerce Township, MI 48390** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115051** | | | | **Warranty** | | | | |
| **Dae K  Kwan**<br>**5145 Edmonson Circle**<br>**Nashville, TN 37211** | - | | | | | | | |
| | | | | | | | | **504.00** |
| Account No. **5111103** | | | | **Warranty** | | | | |
| **Dafina Czerneczky**<br>**131 Five Oaks Drive**<br>**Nashville, TN 37217** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**903__** of **4906__** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **504.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103299** | | | | Warranty | | | | |
| **Dahny Hok** **40209 N Blaze Court** **Phoenix, AZ 85086** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095521** | | | | Warranty | | | | |
| **Dain Sykes** **430 Forest Avenue** **West Milton, OH 45383** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123786** | | | | Warranty | | | | |
| **Daisy Beltran** **133 N. 10th Street Apt2** **Allentown, PA 18102** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128473** | | | | Warranty | | | | |
| **Daisy Beltran** **131 N 10th St Apt 2** **Allentown, PA 18102** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110606** | | | | Warranty | | | | |
| **Daisy J White** **41840 Jones Road** **Shade, OH 45776** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **904** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5119988 | | | | | Warranty | | | | |
| Daisy Lang 4619 Vore Ridge Rd Athens, OH 45701 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5088684 | | | | | Warranty | | | | |
| Daisy M Ramos 512 East 145 Street  Apt 5E Bronx, NY 10454 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5127035 | | | | | Warranty | | | | |
| Daisy Perez 480 Winona Lakes East Stroudsburg, PA 18302 | - | | | | | | | | |
| | | | | | | | | | 762.00 |
| Account No. 5086121 | | | | | Warranty | | | | |
| Daisy T Evans 231 Cart Drive Spartansburg, SC 29307 | - | | | | | | | | |
| | | | | | | | | | 286.00 |
| Account No. 5121090 | | | | | Warranty | | | | |
| Dakota M Page 519 55th St NW N Canton, OH 44720 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **905** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,048.00**

In re **Great Lakes Warranty Corporation**                                        Case No. _____

_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5108471** | | | | Warranty | | | | |
| **Dale A Karr** **82 Park Avenue** **Shelby, OH 44875** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112253** | | | | Warranty | | | | |
| **Dale A Lifer** **RR1 Box 1131** **Kunkletown, PA 18058** | - | | | | | | | |
| | | | | | | | | **1,003.00** |
| Account No. **5096438** | | | | Warranty | | | | |
| **Dale A Perriello** **522 Center Hill Road** **Pittsburgh, PA 15239** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130258** | | | | Warranty | | | | |
| **Dale Anthony Duyan** **8791 Duncan Barrel Ave  No 102** **Las Vegas, NV 89178** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5071828** | | | | Warranty | | | | |
| **Dale B Rivers** **6000 S Regal Lane** **Charlotte, NC 28210** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**906** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **1,003.00**

In re  **Great Lakes Warranty Corporation**                              ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127578** | | | Warranty | | | | |
| **Dale Bortolani** **8211 Linden Leaf Cir** **Columbus, OH 43235** | - | | | | | | 244.89 |
| Account No. **5127521** | | | Warranty | | | | |
| **Dale Burge** **20680 Clemmets Road** **Centerville, PA 16404** | - | | | X | X | | 0.00 |
| Account No. **5117321** | | | Warranty | | | | |
| **Dale C Bowland** **222 Duquesne Boulevard** **New Kensington, PA 15068** | - | | | X | X | | 0.00 |
| Account No. **5113158** | | | Warranty | | | | |
| **Dale Carpenter** **819 Running Deer** **Nashville, TN 37205** | - | | | X | X | | 0.00 |
| Account No. **5121265** | | | Warranty | | | | |
| **Dale E Lewis** **1403 Barbara Lane** **Mansfield, OH 44905** | - | | | X | X | | 0.00 |

Sheet no. **907** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     244.89

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5090367** | | | **Warranty** | | | | |
| **Dale Ellen Johnston** **115 Carriage Drive** **Wernersville, PA 19565** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5103277** | | | **Warranty** | | | | |
| **Dale F Strickhouser** **3789 Carlisle Pike** **New Oxford, PA 17350** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5089736** | | | **Warranty** | | | | |
| **Dale Goodman** **PO Box 674** **Lake Charles, LA 70602** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102253** | | | **Warranty** | | | | |
| **Dale H Lyon** **19 E Canal Street  PO Box 214** **Navarre, OH 44662** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123769** | | | **Warranty** | | | | |
| **Dale H Richards** **118 Water Tower Rd** **Latrobe, PA 15650** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**908** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5125626** | | | | **Warranty** | | | | |
| **Dale Hitt** **11511 Liming Van Thompson Road** **Hamersville, OH 45130** | | - | | | | | | |
| | | | | | | | | **348.17** |
| Account No. **5062551** | | | | **Warranty** | | | | |
| **Dale Johnston** **115 Carriage Dr** **Wernersville, PA 19565** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5076065** | | | | **Warranty** | | | | |
| **Dale Leatherberry** **95 Cheyenne Drive** **Girard, OH 44420** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101935** | | | | **Warranty** | | | | |
| **Dale Malone** **79 Forest Avenue** **Cohasset, MA 02025** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5070808** | | | | **Warranty** | | | | |
| **Dale Olsen** **350 W McLellan   #5** **Mesa, AZ 85201** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **909** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**348.17**

In re **Great Lakes Warranty Corporation** , Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5080403** | | | Warranty | | | | |
| **Dale P Traver** **838 Hulmeville Road** **Langhorne, PA 19047** | - | | | X | X | | 0.00 |
| Account No. **5118009** | | | Warranty | | | | |
| **Dale R McGlaughlin** **1211 Louise St** **Munhall, PA 15120** | - | | | | | | 424.88 |
| Account No. **5084545** | | | Warranty | | | | |
| **Dale R Sprigg II** **129 Davis Lane** **Alum Bank, PA 15521** | - | | | X | X | | 0.00 |
| Account No. **5124648** | | | Warranty | | | | |
| **Dale Reed** **1538 Long Run Road** **Schuylkill Haven, PA 17972** | - | | | X | X | | 0.00 |
| Account No. **5087359** | | | Warranty | | | | |
| **Dale Rennee Lewis** **8121 S La Rosa Drive** **Tempe, AZ 85284** | - | | | X | X | | 0.00 |

Sheet no. **910** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **424.88**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5114906 | | | | | Warranty | | | | |
| Dale S Andrews 108 Richards Avenue Darlington, SC 29532 | - | | | | | X | X | | 0.00 |
| Account No. 5129263 | | | | | Warranty | | | | |
| Dale Swank HCR 63 Box 77  Upper Mile Hill Mt Pleasant, PA 15666 | - | | | | | X | X | | 0.00 |
| Account No. 5125556 | | | | | Warranty | | | | |
| Dale Tyler 514 Sylvania Avenue Pittsburgh, PA 15210 | - | | | | | X | X | | 0.00 |
| Account No. 5088401 | | | | | Warranty | | | | |
| Dale W Starry Jr 130 Pugh Drive Shippensburg, PA 17257 | - | | | | | | | | 1,058.18 |
| Account No. 5053949 | | | | | Warranty | | | | |
| Dalene Burgmeier 13626 So 43th St. Phoenix, AZ 85044 | - | | | | | | | | 72.79 |

Sheet no. **911** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,130.97**

In re  **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5062579** | | | | **Warranty** | | | | |
| **Dalenne Savers** **102 Glass Lane** **Fombell, PA 16123** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112901** | | | | **Warranty** | | | | |
| **Dallas J Dixon** **373 Penny Lane** **Bellefontaine, OH 43311** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126471** | | | | **Warranty** | | | | |
| **Dalmar Kirk** **112 Emrose Drive** **Pittsburgh, PA 15235** | | - | | | | | | |
| | | | | | | | | 55.00 |
| Account No. **5097455** | | | | **Warranty** | | | | |
| **Damara Bugai** **27B Greenwood Heights** **Connellsville, PA 15425** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129552** | | | | **Warranty** | | | | |
| **Damaris Murray** **704 Webster Ave** **Woodbine, NJ 08270** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**912___** of **4906__** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**55.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129281** | | | Warranty | | | | |
| **Damaris N Roe** **397 Mt Tabor Rd** **Connellsville, PA 15425** | - | | | X | X | | 0.00 |
| Account No. **5091823** | | | Warranty | | | | |
| **Damen Anderson** **13 Fireweed Drive** **Whitehorse, YT Y1A5V2** **CANADA** | - | | | X | X | | 0.00 |
| Account No. **5091994** | | | Warranty | | | | |
| **Damen E Barry** **1281 Ringing Rocks Park** **Pottstown, PA 19464** | - | | | X | X | | 0.00 |
| Account No. **5128044** | | | Warranty | | | | |
| **Dameter Sharpe** **1217 Bluff Avenue** **North Las Vegas, NV 89030** | - | | | X | X | | 0.00 |
| Account No. **5126191** | | | Warranty | | | | |
| **Damian Blasco** **134 Hawthorne** **Delmont, PA 15626** | - | | | X | X | | 0.00 |

Sheet no. **913** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5106820 | | | | Warranty | | | | |
| Damian Guzman 529 N Howard Street Allentown, PA 18102 | - | | | | X | X | | 0.00 |
| Account No. 5104746 | | | | Warranty | | | | |
| Damian J Askin 109 Jamestown Manor Lower Burrell, PA 15068 | - | | | | | | | 370.50 |
| Account No. 5101418 | | | | Warranty | | | | |
| Damian J Zottoli 330 Earlwood Road Pittsburgh, PA 15235 | - | | | | X | X | | 0.00 |
| Account No. 5111917 | | | | Warranty | | | | |
| Damian M McIntyre 1140 Greenvalley Dr Pittsburgh, PA 15220 | - | | | | X | X | | 0.00 |
| Account No. 5072853 | | | | Warranty | | | | |
| Damian Motyka 2746 S Seton Avenue Gilbert, AZ 85297 | - | | | | | | | 855.16 |

Sheet no. __914__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       1,225.66

In re   **Great Lakes Warranty Corporation**                                      ,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **5086393** | | | | | | Warranty | | | | |
| **Damian Ngodo**<br>**P.O. Box 3833**<br>**Houston, TX 77253** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5099581** | | | | | | Warranty | | | | |
| **Damian R Cunningham**<br>**1569 Buchanon Drive**<br>**Clarksville, TN 37042** | - | | | | | | | | | |
| | | | | | | | | | | **254.18** |
| Account No. **5098257** | | | | | | Warranty | | | | |
| **Damian Siekonic**<br>**2822 Stonesthrow Road**<br>**Center Valley, PA 18034** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5124750** | | | | | | Warranty | | | | |
| **Damien Benzak**<br>**HC1 Box 203**<br>**Saylorsburg, PA 08353** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5096743** | | | | | | Warranty | | | | |
| **Damien DeChurch**<br>**1405 Duke Court**<br>**Limerick, PA 19468** | - | | | | | | | | | |
| | | | | | | | | | | **816.00** |

Sheet no. **915** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,070.18**

In re **Great Lakes Warranty Corporation** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5130708** | | | | | Warranty | | | | |
| **Damien Lopez** **434 Pear Street** **Scranton, PA 18505** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5084776** | | | | | Warranty | | | | |
| **Damien Wong Ken** **3512 Juneberry Way** **Murfreesboro, TN 37128** | - | | | | | | | | |
| | | | | | | | | | 724.00 |
| Account No. **5121968** | | | | | Warranty | | | | |
| **Damon Huddleston** **4621 S Elizabeth** **Whichita, KS 67217** | - | | | | | | | | |
| | | | | | | | | | 430.00 |
| Account No. **5107789** | | | | | Warranty | | | | |
| **Damon L Shearon** **906 Poplar Ridge Road** **Chapmansboro, TN 37035** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5093108** | | | | | Warranty | | | | |
| **Damon R Mills** **211 Dogwood Circle** **Waverly, TN 37185** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **916** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,154.00

In re   **Great Lakes Warranty Corporation**            ,    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5114610** | | | **Warranty** | | | | |
| **Damon Reglia**<br>**116 S South McKean St**<br>**Kittanning, PA 16201** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115670** | | | **Warranty** | | | | |
| **Damon T Nicholas**<br>**55 Taurus Drive  Unit 3B**<br>**Hillsborough, NK 08844** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127434** | | | **Warranty** | | | | |
| **Damon W Mallow**<br>**505 W Lake St**<br>**Lakeview, OH 43331** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108813** | | | **Warranty** | | | | |
| **Damon Ware**<br>**11 Elderberry Lane**<br>**Willingboro, NJ 08046** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120096** | | | **Warranty** | | | | |
| **Damond L Anderson**<br>**411 Misty Lane**<br>**Akron, OH 44321** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**917** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                                  
(Total of this page)        **0.00**

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130300** | | | Warranty | | | | |
| **Dan Cataneo** **18 Farview Dr** **Rockaway, NJ 07866** | - | | | | | | 246.00 |
| Account No. **5099856** | | | Warranty | | | | |
| **Dan Jessup** **5101 Missy Marie Lane** **Las Vegas, NV 89130** | - | | | X | X | | 0.00 |
| Account No. **5105246** | | | Warranty | | | | |
| **Dan A Tribett Sr** **61071 Meek Road** **Shadyside, OH 43947** | - | | | X | X | | 0.00 |
| Account No. **5088324** | | | Warranty | | | | |
| **Dan Adams** **2111 Jenny Lane** **Washington Courthouse, OH 43160** | - | | | X | X | | 0.00 |
| Account No. **5098970** | | | Warranty | | | | |
| **Dan Armstrong** **845 Irwin Avenue** **Meadville, PA 16335** | - | | | | | | 256.00 |

Sheet no. **918** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **502.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 5119424 | | | | | Warranty | | | | |
| Dan Ater 1702 Stingy Lane Clarksburg, OH 43115 | - | | | | | | | | 1,401.00 |
| Account No. 5089957 | | | | | Warranty | | | | |
| Dan Bahr 611 Strawberry Hill Philadelphia, TN 37846 | - | | | | | X | X | | 0.00 |
| Account No. 5071081 | | | | | Warranty | | | | |
| Dan Bordo 8588 W Barkhurst Dr Pittsburgh, PA 15237 | - | | | | | | | | 1,185.50 |
| Account No. 5122313 | | | | | Warranty | | | | |
| Dan Buck 162 anthony Rd Glen Gardner, NJ 08826 | - | | | | | X | X | | 0.00 |
| Account No. 5127158 | | | | | Warranty | | | | |
| Dan Coll 903 Pullman dr North Wales, PA 19454 | - | | | | | X | X | | 0.00 |

Sheet no.**919** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **2,586.50**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095035** | | | | **Warranty** | | | | |
| **Dan Denisio** **2343 Glen Canyon** **Altadena, CA 91001** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088397** | | | | **Warranty** | | | | |
| **Dan Dospoy** **439 Hillcrest Street** **Northern Cambria, PA 15714** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087087** | | | | **Warranty** | | | | |
| **Dan Drop** **166 River  Unit 1** **Dedham, MA 02026** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085749** | | | | **Warranty** | | | | |
| **Dan Durstein** **517 Armstrong** **St Marys, OH 45885** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079401** | | | | **Warranty** | | | | |
| **Dan Foley** **257 Oakridge** **Pontiac, MI 48341** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**920** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** Case No. _____
                                                    ,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5113177** | | | | **Warranty** | | | | |
| **Dan Lynch** **126 Cottonwood Drive** **Franklin, TN 37069** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5064240** | | | | **Warranty** | | | | |
| **Dan Mares** **5644 Kipling Parkway Apt 307** **Arvada, CO 80002** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092766** | | | | **Warranty** | | | | |
| **Dan Ott** **5951 Irishtown Road** **Grampian, PA 16838** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114815** | | | | **Warranty** | | | | |
| **Dan Schindler** **16374 Bostater** **Ney, OH 43549** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5085850** | | | | **Warranty** | | | | |
| **Dan T Marett Jr** **108 Country Garden Lane** **Anderson, SC 29626** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **921** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                **0.00**

In re **Great Lakes Warranty Corporation** ,    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127640** | | | | **Warranty** | | | | |
| **Dan wallace** **1053 Elm Street** **Eagleville, TN 37060** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087832** | | | | **Warranty** | | | | |
| **Dan Whisler** **PO Box 614** **Winthrop, WA 98862** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121224** | | | | **Warranty** | | | | |
| **Dana  Essick** **3305 Gentle Court** **Alexandria, VA 22310** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095540** | | | | **Warranty** | | | | |
| **Dana A Messer** **387 Lex Ontario Road** **Mansfield, OH 44903** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095319** | | | | **Warranty** | | | | |
| **Dana Alexander Forbes** **2277 Van Ness Avenue  #C** **San Francisco, CA 94109** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**922**___ of **4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100313** | | | Warranty | | | | |
| **Dana Baradei** **11527 Courtney Lane** **Northport, AL 35475** | - | | | | | | **879.23** |
| Account No. **5131086** | | | Warranty | | | | |
| **Dana Bollman** **5009 Apache Valley Avenue** **Las Vegas, NV 89131** | - | | | X | X | | **0.00** |
| Account No. **5126714** | | | Warranty | | | | |
| **Dana Brown** **3509 Windsor Court** **Mays Landing, NJ 08330** | - | | | X | X | | **0.00** |
| Account No. **5131569** | | | Warranty | | | | |
| **Dana Bynalski** **318 Boggs Avenue** **Pittsburgh, PA 15211** | - | | | X | X | | **0.00** |
| Account No. **5108084** | | | Warranty | | | | |
| **Dana Carbenia** **502 E Bury** **N Canton, OH 44720** | - | | | X | X | | **0.00** |

Sheet no.**923** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**879.23**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5131224 | | | | Warranty | | | | |
| Dana Carol Weaver 100 Pine Terrace Great Falls, SC 29055 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5064252 | | | | Warranty | | | | |
| Dana Cesesne 236 North Carolina Avenue Sewanee, TN 37375 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114554 | | | | Warranty | | | | |
| Dana Diakunik 353 Fan Hollow Road Uniontown, PA 15401 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118983 | | | | Warranty | | | | |
| Dana E Ruff Elkins 577 Pitt Rd Kingsport, TN 37663 | - | | | | | | | |
| | | | | | | | | 366.30 |
| Account No. 5097625 | | | | Warranty | | | | |
| Dana F Kugel 618 Linden Avenue Celina, OH 45822 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **924** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

366.30

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5075695 | | | | Warranty | | | | |
| Dana Ford 467 West Road Apt 2 Bridgeton, NJ 08302 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099925 | | | | Warranty | | | | |
| Dana Fuhs 1004 Pheasant Court Kingston Springs, TN 37082 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117745 | | | | Warranty | | | | |
| Dana G Prinkey 206 Hall Road PO Box 61 Ohiopyle, PA 15470 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105599 | | | | Warranty | | | | |
| Dana Gemma 3210 Parklane Drive Parma, OH 44134 | - | | | | | | | |
| | | | | | | | | 444.19 |
| Account No. 5132163 | | | | Warranty | | | | |
| Dana Hawkins 25 Oakridge Drive Irwin, PA 15642 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **925** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

444.19

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5105232** | | | | **Warranty** | | | | |
| **Dana J Clegg 3044 George Buchanan Dt LaVergne, TN 37086** | | - | | | X | X | | 0.00 |
| Account No. **5132265** | | | | **Warranty** | | | | |
| **Dana Jacobs 185 Grandview Avenue Monaca, PA 15061** | | - | | | X | X | | 0.00 |
| Account No. **5108417** | | | | **Warranty** | | | | |
| **Dana L Carter 5969 Sycamore Drive Hernando, MS 38632** | | - | | | X | X | | 0.00 |
| Account No. **5086726** | | | | **Warranty** | | | | |
| **Dana L Rudat 512 Gorgas Street Pittsburgh, PA 15210** | | - | | | X | X | | 0.00 |
| Account No. **5097300** | | | | **Warranty** | | | | |
| **Dana L Tucker 8684 Old State Route 78 Glouster, OH 45732** | | - | | | X | X | | 0.00 |

Sheet no. **926** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5113647 | | Warranty | | | | | | |
| Dana M Crincic 404 East Patterson Street Lansford, PA 18232 | - | | | | X | X | | 0.00 |
| Account No. 5104793 | | Warranty | | | | | | |
| Dana Mazzarini 4830 Brownsville Road Whitehall, PA 15236 | - | | | | X | X | | 0.00 |
| Account No. 5123261 | | Warranty | | | | | | |
| Dana McLaughlin 33 South Market Street Gibbstown, NJ 08027 | - | | | | | | | 1,093.00 |
| Account No. 5126809 | | Warranty | | | | | | |
| Dana Pcolar 6095 Pleasant Valley Road Irwin, PA 15642 | - | | | | X | X | | 0.00 |
| Account No. 5087784 | | Warranty | | | | | | |
| Dana S Riggall 6923 E Snowdon Street Mesa, AZ 85207 | - | | | | | | | 1,411.63 |

Sheet no. **927** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,504.63

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5132338 | | | | Warranty | | | | |
| Dana Stewart 723 Erie Street N Massillon, OH 44646 | - | | | | X | X | | 0.00 |
| Account No. 5074967 | | | | Warranty | | | | |
| Dana Strupp 57 Whitworth Blvd Nashville, TN 37205 | - | | | | X | X | | 0.00 |
| Account No. 5088743 | | | | Warranty | | | | |
| Dana Tsakanikas 6760 Headwater Trail New Albany, OH 43054 | - | | | | | | | 647.93 |
| Account No. 5113232 | | | | Warranty | | | | |
| Dana W Ryan 2154 Kidd Road Nolensville, TN 37135 | - | | | | X | X | | 0.00 |
| Account No. 5119543 | | | | Warranty | | | | |
| Danchell Taylor 789 Sheridan Park Court Bexley, oh 43209 | - | | | | X | X | | 0.00 |

Sheet no. **928** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

647.93

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5052635** | | | | **Warranty** | | | | |
| **Dane Sorenson** **150180 Bluewater Rd** **Big River, CA 92242** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5072533** | | | | **Warranty** | | | | |
| **Dane Strassman** **8337 Lorreto Ave** **Philadelphia, PA 19152** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122780** | | | | **Warranty** | | | | |
| **Dane W Eck** **120 Pheasant Dr** **Kutztown, PA 19530** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123739** | | | | **Warranty** | | | | |
| **Danelle Drexler** **2228 Harsh Ave SE** **Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128167** | | | | **Warranty** | | | | |
| **Danetta Claybrook** **3940 Lockwood Boulevard** **Boardman, OH 44511** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**929**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5112243** | | | | **Warranty** | | | | |
| **Danette Freed** **6331 Linglestown Road** **Harrisburg, PA 17112** | - | | | | X | X | | 0.00 |
| Account No. **5126452** | | | | **Warranty** | | | | |
| **Danial Newman** **235 Waddell Avenue** **Donora, PA 15033** | - | | | | X | X | | 0.00 |
| Account No. **5120032** | | | | **Warranty** | | | | |
| **Daniel  Bowers** **2808  W Rosegarden Blvd** **Mechanicsburg, PA 17055** | - | | | | X | X | | 0.00 |
| Account No. **5109277** | | | | **Warranty** | | | | |
| **Daniel  Decoursey** **10194 Dutch Road** **Waterford, PA 16441** | - | | | | | | | 120.45 |
| Account No. **5130471** | | | | **Warranty** | | | | |
| **Daniel  Enoh** **15 Jordan Drive #12** **Whitehall, PA 18052** | - | | | | X | X | | 0.00 |

| Sheet no. **930** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 120.45 |
|---|---|---|

In re __Great Lakes Warranty Corporation_____,     Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5128339 | | | | Warranty | | | | |
| Daniel  Faulkner 233 Pike  Apt 416 Athens, TN 37303 | - | | | | X | X | | 0.00 |
| Account No. 5112986 | | | | Warranty | | | | |
| Daniel  Faustino 103 E Montrose Youngstown, OH 44505 | - | | | | | | | 47.86 |
| Account No. 5123540 | | | | Warranty | | | | |
| Daniel  Gonzalez 348 Quigley Ave  Apt A Vineland, NJ 08360 | - | | | | X | X | | 0.00 |
| Account No. 5124959 | | | | Warranty | | | | |
| Daniel  Hayes 7401 Huffaker Ferry Rd Knoxville, TN 37920 | - | | | | X | X | | 0.00 |
| Account No. 5112263 | | | | Warranty | | | | |
| Daniel  Meyer 5203 Burrville Road Coldwater, OH 45828 | - | | | | X | X | | 0.00 |

Sheet no.__931___ of __4906__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        47.86

In re **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085298** | | | | Warranty | | | | |
| **Daniel Rauso** **109 Oakwood Drive** **Clairton, PA 15025** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129222** | | | | Warranty | | | | |
| **Daniel Santek** **5550 East Michigan St No 3202** **Orlando, FL 32822** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132189** | | | | Warranty | | | | |
| **Daniel Vega** **901 Wyandotte Street** **Bethlehem, PA 18015** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120280** | | | | Warranty | | | | |
| **Daniel Wegan** **2012 1st Ave** **Altoona, PA 16602** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124115** | | | | Warranty | | | | |
| **Daniel A Broughton** **319 West Oak Ave** **Wildwood, NJ 08260** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **932** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5078912 | | | Warranty | | | | |
| Daniel A Thomas 465 Townsend Avenue Columbus, OH 43223 | - | | | X | X | | 0.00 |
| Account No. 5094632 | | | Warranty | | | | |
| Daniel Ackerman 1535 W Scottsdale #1073 Tempe, AZ 85281 | - | | | | | | 213.79 |
| Account No. 5130293 | | | Warranty | | | | |
| Daniel Adams 2728 Banks Ct Thompson Staton, TN 37179 | - | | | X | X | | 0.00 |
| Account No. 5131502 | | | Warranty | | | | |
| Daniel Alcott 4032 Schalk #2 Road Millers, MD 21102 | - | | | X | X | | 0.00 |
| Account No. 5103820 | | | Warranty | | | | |
| Daniel Amigone 5096 Old York Course Hollywood, SC 29449 | - | | | | | | 265.28 |

Sheet no. **933** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 479.07

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5082180** | | | Warranty | | | | |
| **Daniel Avorgbedor** **159 Desantis Drive** **Columbus, OH 43214** | - | | | X | X | | 0.00 |
| Account No. **5097029** | | | Warranty | | | | |
| **Daniel B Krammes** **38 South Tremont Street** **Zerbe, PA 17981** | - | | | X | X | | 0.00 |
| Account No. **5123722** | | | Warranty | | | | |
| **Daniel B Kulp** **539 E Callowhill St** **Perkasie, PA 18944** | - | | | X | X | | 0.00 |
| Account No. **5109829** | | | Warranty | | | | |
| **Daniel Baker** **14400 Block Rd** **Pittsburgh, PA 15239** | - | | | X | X | | 0.00 |
| Account No. **5132312** | | | Warranty | | | | |
| **Daniel Baran** **3318 N Decatur Blvd #1014** **N Las Vegas, NV 89130** | - | | | X | X | | 0.00 |

Sheet no.**934** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5060419**<br><br>**Daniel Barker**<br>**322 Jefferson Avenue**<br>**Downingtown, PA 19335** | - | | **Warranty** | | | | 150.93 |
| Account No. **5126697**<br><br>**Daniel Battista**<br>**247 Chestnut Street**<br>**Glendora, NJ 08029** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5125413**<br><br>**Daniel Batza**<br>**HC 63 Box 570**<br>**Romney, WV 26757** | - | | **Warranty** | | | | 853.50 |
| Account No. **5095459**<br><br>**Daniel Bishop**<br>**6973 Sandusky Street**<br>**Chatfield, OH 44825** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5095075**<br><br>**Daniel Bowen**<br>**315 Sequoia Drive**<br>**Newtown, PA 18940** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **935** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           1,004.43

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106755** | | | | Warranty | | | | |
| **Daniel Bradley** **1259 Morningside** **Pittsburgh, PA 15206** | - | | | | X | X | | 0.00 |
| Account No. **5127977** | | | | Warranty | | | | |
| **Daniel Burke** **711 3rd Avenue West** **Springfield, TN 37172** | - | | | | | | | 909.97 |
| Account No. **5075507** | | | | Warranty | | | | |
| **Daniel Burrus** **808 Timber Lane** **Nashville, TN 37205** | - | | | | X | X | | 0.00 |
| Account No. **5115699** | | | | Warranty | | | | |
| **Daniel Butler** **555 Disston Street** **Philadelphia, PA 19111** | - | | | | X | X | | 0.00 |
| Account No. **5106697** | | | | Warranty | | | | |
| **Daniel C Coleman** **5672 Farlook Drive** **Cincinnati, OH 45242** | - | | | | X | X | | 0.00 |

Sheet no. **936** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

909.97

In re __**Great Lakes Warranty Corporation**_____,   Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5117302 | | | | Warranty | | | | |
| Daniel C LeBlanc 400 Eastover Court Franklin, TN 37064 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109930 | | | | Warranty | | | | |
| Daniel C Ryan 215 S Ashland Avenue New Castle, PA 16102 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5071344 | | | | Warranty | | | | |
| Daniel C Stahler 429 S Sugar St Celina, OH 45822 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131359 | | | | Warranty | | | | |
| Daniel Cardwell 6343 Simmer Circle Springfield, VA 22150 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127543 | | | | Warranty | | | | |
| Daniel Carlson 162 Lehner Road Eldora, NJ 08270 | - | | | | | | | |
| | | | | | | | | 871.00 |

Sheet no. **937**___ of **4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

871.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5083100** | | | Warranty | | | | |
| **Daniel Carr** **108 Steele Road** **Camillus, NY 13031** | - | | | X | X | | 0.00 |
| Account No. 5112561 | | | Warranty | | | | |
| **Daniel Cogliano** **149 Summer Pines** **Blythewood, SC 29016** | - | | | X | X | | 0.00 |
| Account No. 5111470 | | | Warranty | | | | |
| **Daniel Corrigan** **5229 N 23rd Street** **Phoenix, AZ 85016** | - | | | | | | 1,264.00 |
| Account No. 5096727 | | | Warranty | | | | |
| **Daniel Cox** **6186 E Stonechat** **Tucson, AZ 85706** | - | | | X | X | | 0.00 |
| Account No. 5070234 | | | Warranty | | | | |
| **Daniel Davenport** **921 N 103rd Street** **Mesa, AZ 85207** | - | | | X | X | | 0.00 |

Sheet no.**938**__ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,264.00**

In re **Great Lakes Warranty Corporation** Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127017** | | | | **Warranty** | | | | |
| **Daniel Demarco** **105 Rebud Drive** **Beaver Falls, PA 15012** | - | | | | X | X | | 0.00 |
| Account No. **5095272** | | | | **Warranty** | | | | |
| **Daniel Douglas** **320 W Midlothian** **Youngstown, OH 44511** | - | | | | X | X | | 0.00 |
| Account No. **5109685** | | | | **Warranty** | | | | |
| **Daniel Duba** **413 W Park Avenue** **Maple Shade, NJ 08052** | - | | | | X | X | | 0.00 |
| Account No. **5128587** | | | | **Warranty** | | | | |
| **Daniel Durbin Jr** **4516 Ganges Five Points Road** **Shelby, OH 44875** | - | | | | X | X | | 0.00 |
| Account No. **5120929** | | | | **Warranty** | | | | |
| **Daniel E Brannan** **1405 Wood Rivetr Blvd** **Beavercreek, OH 45434** | - | | | | X | X | | 0.00 |

Sheet no. **939** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5120431** | | | | | Warranty | | | | |
| **Daniel E Ferenchak** **5216 Lincoln Ave** **Whitehall, PA 18052** | - | | | | | | | | **1,003.00** |
| Account No. **5115892** | | | | | Warranty | | | | |
| **Daniel E Rodriguez** **5647 Frontenac** **Philadelphia, PA 19124** | - | | | | | X | X | | **0.00** |
| Account No. **5071333** | | | | | Warranty | | | | |
| **Daniel E Scott** **4942 SR 788** **Wellston, OH 45692** | - | | | | | X | X | | **0.00** |
| Account No. **5120303** | | | | | Warranty | | | | |
| **Daniel Engle** **PO Box 149  189 Market St** **Pillow, PA 17080** | - | | | | | X | X | | **0.00** |
| Account No. **5106023** | | | | | Warranty | | | | |
| **Daniel Ernest** **8785 W Pecos Road  #2099** **Chandler, AZ 85225** | - | | | | | X | X | | **0.00** |

Sheet no. **940** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,003.00**

In re  **Great Lakes Warranty Corporation**                                      ,     Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119252 | | | | Warranty | | | | |
| Daniel F Ross 430 Tiffany St Johnstown, PA 15905 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102784 | | | | Warranty | | | | |
| Daniel F Williamson 137 Wehler Road  PO Box 551 Saint Marys, PA 15857 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127397 | | | | Warranty | | | | |
| Daniel Farley PO Box 581  215 NW 4th Ave Clearfield, PA 16830 | - | | | | | | | |
| | | | | | | | | 1,130.00 |
| Account No. 5118625 | | | | Warranty | | | | |
| Daniel Fineberg 219 Fallowfield Dr Leopla, PA 17540 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127970 | | | | Warranty | | | | |
| Daniel Fisher 58 South 14th Street Indiana, PA 15701 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **941** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **1,130.00**

In re   **Great Lakes Warranty Corporation**              Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5116873** | | | | | **Warranty** | | | | |
| **Daniel Flynn HCR 1  Box 301  47 Highview Court Brodheadsville, PA 18322** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5099595** | | | | | **Warranty** | | | | |
| **Daniel Ford 250 Woodcreek Way Acworth, GA 30101** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5089285** | | | | | **Warranty** | | | | |
| **Daniel Fox 908 Fairview Avenue Feasterville Trevose, PA 19053** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5110534** | | | | | **Warranty** | | | | |
| **Daniel G Boger 334 Bellwood Road West Mifflin, PA 15122** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5092955** | | | | | **Warranty** | | | | |
| **Daniel G Magulick 1924 Moss Creek Road N Cambria, PA 15714** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**942**___ of **4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5088935** | | | | | **Warranty** | | | | |
| **Daniel Gifford** **24114 Laureumont Court** **Katy, TX 77494** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5124955** | | | | | **Warranty** | | | | |
| **Daniel Gomez** **127 Trey Lee Way** **Maryville, TN 37801** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5114632** | | | | | **Warranty** | | | | |
| **Daniel Gremillion** **11 Middleton Dr** **Nashville, TN 00053-7215** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5131057** | | | | | **Warranty** | | | | |
| **Daniel Hall** **RD3 Box 12** **Moundsville, WV 26041** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5069598** | | | | | **Warranty** | | | | |
| **Daniel Hamilton** **5788 Aristides Way** **New Albany, OH 43054** | - | | | | | | | | |
| | | | | | | | | | **670.91** |

Sheet no. **943** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**670.91**

In re __Great Lakes Warranty Corporation_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5114392 | | | Warranty | | | | |
| Daniel Hanson 608 Bowers Drive West Chester, PA 19382 | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5066062 | | | Warranty | | | | |
| Daniel Hege 2027 Huffine Mill Road McLeonsville, NC 27301 | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5108350 | | | Warranty | | | | |
| Daniel Hines 4717 Cougar Ridge Road Fort Worth, TX 76126 | | - | | | | | |
| | | | | | | | 416.00 |
| Account No. 5125533 | | | Warranty | | | | |
| Daniel Hordak 317 N. 6th Street Coshocton, OH 43812 | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5089009 | | | Warranty | | | | |
| Daniel Huttemann 1302 Autumn Bluff CV Cordova, TN 38018 | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. __944__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   416.00

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5101260** | | | | | **Warranty** | | | | |
| **Daniel J Boulton** **3629 Valley Vista Road** **Nashville, TN 39205** | - | | | | | X | X | | 0.00 |
| Account No. **5114242** | | | | | **Warranty** | | | | |
| **Daniel J Burniston** **73 Cracker Jack Road** **Monongahela, PA 15063** | - | | | | | X | X | | 0.00 |
| Account No. **5081810** | | | | | **Warranty** | | | | |
| **Daniel J Cenci** **704 William Drive** **Trafford, PA 15085** | - | | | | | | | | 2,425.00 |
| Account No. **5084922** | | | | | **Warranty** | | | | |
| **Daniel J Dugo** **181 East St Joseph Street** **Easton, PA 18042** | - | | | | | X | X | | 0.00 |
| Account No. **5105484** | | | | | **Warranty** | | | | |
| **Daniel J Edmiston** **9 Forcey Dr** **Baden, PA 15005** | - | | | | | X | X | | 0.00 |

Sheet no. **945** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     2,425.00

In re   **Great Lakes Warranty Corporation**                                      ,        Case No. _____

                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122669** | | | **Warranty** | | | | |
| **Daniel J Ginecki 4030 Lyman Dr Philadelphia, PA 19114** | - | | | | | | **1,765.90** |
| Account No. **5089603** | | | **Warranty** | | | | |
| **Daniel J Grennay 1404 N Hartford #5 Chandler, AZ 85225** | - | | | X | X | | **0.00** |
| Account No. **5125416** | | | **Warranty** | | | | |
| **Daniel J Gutherman 3526 Llanberis Ave Bristol, PA 19007** | - | | | X | X | | **0.00** |
| Account No. **5104004** | | | **Warranty** | | | | |
| **Daniel J Heberle 1132 W 29th Street Erie, PA 16508** | - | | | X | X | | **0.00** |
| Account No. **5084198** | | | **Warranty** | | | | |
| **Daniel J Kavcak 4488 Graystone Drive Nazareth, PA 18064** | - | | | X | X | | **0.00** |

Sheet no. **946** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           **1,765.90**

In re  **Great Lakes Warranty Corporation**                                                  ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| Account No. 5121323 | | Warranty | | | | | | | |
| Daniel J Paracat 4080 Howley St Pittsburgh, PA 15224 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5065936 | | Warranty | | | | | | | |
| Daniel Jackson 107 Hawthorne #3 Columbia, IL 62236 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5087236 | | Warranty | | | | | | | |
| Daniel Jansen 22 Meadow Ridge Lane Lafayette, NJ 07848 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5128520 | | Warranty | | | | | | | |
| Daniel Jasonowski 2132 Magee Avenue Philadelphia, PA 19149 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5107493 | | Warranty | | | | | | | |
| Daniel Jones 2728 Phipps Avenue Willow Grove, PA 19090 | - | | | | | | | | |
| | | | | | | | | | 1,181.00 |

Sheet no. **947** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,181.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5111361 | | | | Warranty | | | | |
| Daniel K Randalls 112 Cherry Hill Drive Hendersonville, TN 37075 | - | | | | X | X | | 0.00 |
| Account No. 5095527 | | | | Warranty | | | | |
| Daniel Kanar 204 Forestwood Drive Northfield, OH 44067 | - | | | | X | X | | 0.00 |
| Account No. 5117988 | | | | Warranty | | | | |
| Daniel Kaye 201 Marruth Ave Easton, PA 18040 | - | | | | X | X | | 0.00 |
| Account No. 5070169 | | | | Warranty | | | | |
| Daniel Keesey 11529 Mt Baldwin Ct Alta Loma, CA 91737 | - | | | | X | X | | 0.00 |
| Account No. 5129232 | | | | Warranty | | | | |
| Daniel Koellner 101 Shannon Ct Warminster, PA 18974 | - | | | | X | X | | 0.00 |

Sheet no. **948** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __Great Lakes Warranty Corporation_____,     Case No. _____

                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5132200 | | | | Warranty | | | | |
| Daniel Konya 6714 Lower Macungie Road Apt F9 Trextertown, PA 18081 | - | | | | X | X | | 0.00 |
| Account No. 5109889 | | | | Warranty | | | | |
| Daniel Kunk 800 Pauline Coldwater, MI 49036 | - | | | | X | X | | 0.00 |
| Account No. 5090519 | | | | Warranty | | | | |
| Daniel L Flipse 7945 Stonecastle Road Athens, OH 45701 | - | | | | X | X | | 0.00 |
| Account No. 5078302 | | | | Warranty | | | | |
| Daniel L Ginder 40 West Morgan Court Hilton Head, SC 29926 | - | | | | X | X | | 0.00 |
| Account No. 5094837 | | | | Warranty | | | | |
| Daniel L Hockenberry 6883 Leesville Road Crestline, OH 44827 | - | | | | X | X | | 0.00 |

Sheet no. __949__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re    **Great Lakes Warranty Corporation**                                    Case No. _____

_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109157** | | | | **Warranty** | | | | |
| **Daniel L Rowland** **2711 Emerson Avenue** **Erie, PA 16508** | - | | | | X | X | | 0.00 |
| Account No. **5091781** | | | | **Warranty** | | | | |
| **Daniel L Sanner** **2581 Maple Street** **Rock Creek, OH 44084** | - | | | | X | X | | 0.00 |
| Account No. **5107906** | | | | **Warranty** | | | | |
| **Daniel L Simmons** **4354 Helene Drive** **N Charleston, SC 29418** | - | | | | X | X | | 0.00 |
| Account No. **5128172** | | | | **Warranty** | | | | |
| **Daniel Lawlis** **30680 King Road** **Salem, OH 44460** | - | | | | X | X | | 0.00 |
| Account No. **5123043** | | | | **Warranty** | | | | |
| **Daniel Lee Rockwell** **255 Sleepy Hollow Rd** **Smithfield, PA 15478** | - | | | | X | X | | 0.00 |

Sheet no. **950** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129006** | | | Warranty | | | | |
| **Daniel Leonard**<br>**106 Wappler Drive**<br>**Hanover, PA 17331** | - | | | X | X | | 0.00 |
| Account No. **5096286** | | | Warranty | | | | |
| **Daniel M Gulick**<br>**322 E South**<br>**Wilkes Barre, PA 18702** | - | | | X | X | | 0.00 |
| Account No. **5109760** | | | Warranty | | | | |
| **Daniel M Hawks**<br>**PO Box 117**<br>**Saxonburg, PA 16056** | - | | | | | | 288.77 |
| Account No. **5101919** | | | Warranty | | | | |
| **Daniel M Sevcik**<br>**2675 Union Avenue NE**<br>**Minerva, OH 44657** | - | | | | | | 337.11 |
| Account No. **5084409** | | | Warranty | | | | |
| **Daniel M Webber**<br>**506 Bear Creek Street  PO Box 462**<br>**Auburn, PA 17922** | - | | | | | | 1,276.00 |

Sheet no. **951** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 1,901.88

In re __Great Lakes Warranty Corporation__ ,     Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5092875** | | | Warranty | | | | |
| **Daniel Mackin** **119 Latham Drive** **Griswold, CT 06361** | - | | | X | X | | 0.00 |
| Account No. **5096860** | | | Warranty | | | | |
| **Daniel Marino** **741 Grant Street** **Reynoldsville, PA 15851** | - | | | X | X | | 0.00 |
| Account No. **5078581** | | | Warranty | | | | |
| **Daniel Mason** **1319 Sixth Street  NW** **Canton, OH 44703** | - | | | | | | 170.00 |
| Account No. **5102361** | | | Warranty | | | | |
| **Daniel Mayes** **374 Irish Circle** **Hopkinsville, KY 42240** | - | | | X | X | | 0.00 |
| Account No. **5108509** | | | Warranty | | | | |
| **Daniel McCleese** **9718 Crestbrook Drive** **Cincinnati, OH 45231** | - | | | X | X | | 0.00 |

Sheet no.**952**__ of **4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                  Subtotal          **170.00**
        (Total of this page)

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                          ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113055 | | | | Warranty | | | | |
| Daniel Michaels 46 Monticello Drive Brunswick, OH 44212 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125845 | | | | Warranty | | | | |
| Daniel Moyer 2002 West Main Street TRLR 53 Ephrata, PA 17522 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127668 | | | | Warranty | | | | |
| Daniel O Bryan 1051 West First Avenue #30 Columbus, OH 43212 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129525 | | | | Warranty | | | | |
| Daniel Obodeh 14 Suydam Street Apt A New Brunswick, NJ 08901 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119118 | | | | Warranty | | | | |
| Daniel Ogello 111 Dornoch St Cortland, OH 44410 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **953** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re  **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                    ,
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5073352** | | | | **Warranty** | | | | |
| **Daniel Ortiz** **2445 Dayton Avenue** **Union, NJ 07083** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092239** | | | | **Warranty** | | | | |
| **Daniel P Burns** **302 Fell Street** **Belle Vernon, PA 15012** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121576** | | | | **Warranty** | | | | |
| **Daniel P Kurtzhal** **425 Straube Ave** **Baden, PA 15005** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116161** | | | | **Warranty** | | | | |
| **Daniel P Maloney** **13564 Clancy Road** **Meadville, PA 16335** | - | | | | | | | |
| | | | | | | | | **165.84** |
| Account No. **5113990** | | | | **Warranty** | | | | |
| **Daniel P OConnor** **11520 Yaple Road** **Waterford, PA 16441** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**954** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **165.84**

In re  **Great Lakes Warranty Corporation**                    ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5117213** | | | | Warranty | | | | |
| **Daniel P ONeill** **130 Kenney Drive** **Sewickley, PA 15143** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104834** | | | | Warranty | | | | |
| **Daniel P Roberts** **7574 George Horn Rd** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087364** | | | | Warranty | | | | |
| **Daniel P Schleher II** **2371 South Union Street** **Spencerport, NY 14559** | - | | | | | | | |
| | | | | | | | | **107.62** |
| Account No. **5111431** | | | | Warranty | | | | |
| **Daniel P Walsh** **244 Lemoyne** **Pittsburgh, PA 15228** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101132** | | | | Warranty | | | | |
| **Daniel Paranzino** **158 Hollow Haven Drive** **Pittsburgh, PA 15236** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**955**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **107.62**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5100846** | | | | **Warranty** | | | | |
| **Daniel Paul** **1650 Maddy Lane** **Keego Harbor, MI 48320** | | - | | | X | X | | 0.00 |
| Account No. **5096297** | | | | **Warranty** | | | | |
| **Daniel Petti** **3875 L Street** **Philadelphia, PA 19124** | | - | | | X | X | | 0.00 |
| Account No. **5074285** | | | | **Warranty** | | | | |
| **Daniel Petz** **1137 W Harvest** **Mesa, AZ 85201** | | - | | | X | X | | 0.00 |
| Account No. **5079400** | | | | **Warranty** | | | | |
| **Daniel Pomerlee** **875 E Fifteenth North** **Mountain Home, ID 83647** | | - | | | X | X | | 0.00 |
| Account No. **5131140** | | | | **Warranty** | | | | |
| **Daniel Quill** **5902 Hampstead Avenue** **Cleveland, OH 44129** | | - | | | X | X | | 0.00 |

Sheet no. **956** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                                    ,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085315** | | | | Warranty | | | | |
| **Daniel R Ansell** **321 Second Street  PO Box 38** **W Leisenring, PA 15489** | - | | | | X | X | | 0.00 |
| Account No. 5119053 | | | | Warranty | | | | |
| **Daniel R Bernard** **2528 St Rt 681** **Albany, OH 45710** | - | | | | X | X | | 0.00 |
| Account No. 5111460 | | | | Warranty | | | | |
| **Daniel R Blizzard** **7384 Balmore Drive** **Sunset Beach, NC 28468** | - | | | | X | X | | 0.00 |
| Account No. 5112433 | | | | Warranty | | | | |
| **Daniel R Egbers** **57 Woodstock Dr** **Fairfield, OH 45014** | - | | | | X | X | | 0.00 |
| Account No. 5113122 | | | | Warranty | | | | |
| **Daniel R Flaugh** **5945 Pilgrim Drive** **Erie, PA 16509** | - | | | | X | X | | 0.00 |

Sheet no.**957** of **4906** sheets attached to Schedule of          Subtotal                      0.00
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

In re    **Great Lakes Warranty Corporation**                                                      ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5129974** | | | | **Warranty** | | | | |
| **Daniel R Lisjack** **213 Lawrence Court** **Gibsonia, PA 15044** | - | | | | X | X | | 0.00 |
| Account No. **5110249** | | | | **Warranty** | | | | |
| **Daniel R Makar** **2331 Market  #318** **Akron, OH 44312** | - | | | | X | X | | 0.00 |
| Account No. **5109565** | | | | **Warranty** | | | | |
| **Daniel R Patterson** **6225 Ramblewood Drive** **Dayton, OH 45424** | - | | | | X | X | | 0.00 |
| Account No. **5105430** | | | | **Warranty** | | | | |
| **Daniel R Rella** **123 Leanne Drive** **New Egypt, NJ 08533** | - | | | | X | X | | 0.00 |
| Account No. **5105729** | | | | **Warranty** | | | | |
| **Daniel R Stockwell** **2070 County Road 168** **Dundee, OH 44624** | - | | | | X | X | | 0.00 |

Sheet no. **958** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

In re   **Great Lakes Warranty Corporation**           ,    Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5118634** | | | **Warranty** | | | | |
| **Daniel R Wise**<br>**304 Farrell Rd**<br>**Marsteller, PA 15760** | | - | | X | X | | 0.00 |
| Account No. **5125559** | | | **Warranty** | | | | |
| **Daniel Ray Relei**<br>**PO Box 38267**<br>**Phoenix, AZ 85069** | | - | | X | X | | 0.00 |
| Account No. **5123069** | | | **Warranty** | | | | |
| **Daniel Raymond Deal**<br>**604 West Chestnut St**<br>**Lancaster, PA 17603** | | - | | X | X | | 0.00 |
| Account No. **5127576** | | | **Warranty** | | | | |
| **Daniel Rhodes**<br>**5470 St Rt 37**<br>**Ostrander, OH 43061** | | - | | X | X | | 0.00 |
| Account No. **5106936** | | | **Warranty** | | | | |
| **Daniel Robertson**<br>**660 Lake Village Blvd  No 306**<br>**Auburn hills, MI 48326** | | - | | X | X | | 0.00 |

Sheet no.**959**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
           (Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5063582** | | | - | **Warranty** | | | | |
| **Daniel Romaine** **27730 Euclid Ave** **Euclid, OH 44132** | | | | | | | | **360.50** |
| Account No. **5130295** | | | - | **Warranty** | X | X | | |
| **Daniel Rose** **270 Blue Sky Circle** **Lafayette, TN 37083** | | | | | | | | **0.00** |
| Account No. **5069133** | | | - | **Warranty** | X | X | | |
| **Daniel Ruvalcaba** **3961 W Chama Drive** **Glendale, AZ 85310** | | | | | | | | **0.00** |
| Account No. **5127685** | | | - | **Warranty** | X | X | | |
| **Daniel S Henn** **1955 N End Rd** **Mohrsville, PA 19541** | | | | | | | | **0.00** |
| Account No. **5124433** | | | - | **Warranty** | X | X | | |
| **Daniel S McCarley** **605 Sycamore Dr** **Russellville, KY 42141** | | | | | | | | **0.00** |

Sheet no. **960** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **360.50**

In re **Great Lakes Warranty Corporation**                          Case No. _____

                                                            ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5080479** | | | | | Warranty | | | | |
| **Daniel Sawyer 8002 Timber Cove Drive Mount Juliet, TN 37122** | - | | | | | | | | 1,171.37 |
| Account No. **5108582** | | | | | Warranty | | | | |
| **Daniel Scarberry 1318 Walnut Emporia, KS 66801** | - | | | | | X | X | | 0.00 |
| Account No. **5111791** | | | | | Warranty | | | | |
| **Daniel Scott Brown 436 Three Mile Hill Mount Pleasant, PA 15666** | - | | | | | X | X | | 0.00 |
| Account No. **5106458** | | | | | Warranty | | | | |
| **Daniel Shamael PSC Box 23787 Luke AFB Glendale Luke AFB, AZ 85309** | - | | | | | X | X | | 0.00 |
| Account No. **5042221** | | | | | Warranty | | | | |
| **Daniel Shea 1932 W Bell St Houston, TX 77109** | - | | | | | X | X | | 0.00 |

Sheet no. **961** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     **1,171.37**

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____

                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101596** | | | Warranty | | | | |
| **Daniel Shebesta** **1659 Alcor Terrace** **Cincinnati, OH 45230** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5111177** | | | Warranty | | | | |
| **Daniel Sheridan** **391 Nature Trail Lane** **Murrysville, PA 15668** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5067202** | | | Warranty | | | | |
| **Daniel Sherman** **430 Forby Estates Dr** **Eureka, MO 63025** | - | | | | | | |
| | | | | | | | **753.23** |
| Account No. **5125219** | | | Warranty | | | | |
| **Daniel Smith** **11900 Winter Road** **Amanda, OH 43102** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5092115** | | | Warranty | | | | |
| **Daniel Smucker** **2404 Route 890** **Paxinos, PA 17860** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**962**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**753.23**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125479** | | | | Warranty | | | | |
| **Daniel Sutton Jr.** **414 Camilla Street** **Baden, PA 15005** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132283** | | | | Warranty | | | | |
| **Daniel Sweeney** **517 Newton Avenue** **Oaklyn, NJ 08107** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130276** | | | | Warranty | | | | |
| **Daniel Swigart** **2516 Medina Line Road** **Wadsworth, OH 44281** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5065081** | | | | Warranty | | | | |
| **Daniel Thompson** **3380 State Route 30 East** **Latrobe, PA 15650** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127208** | | | | Warranty | | | | |
| **Daniel Thompson** **5042 S. Bigley Ridge Road** **Long Bottom, OH 45743** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **963** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5099604** | | | Warranty | | | | |
| **Daniel Turner**<br>**7421 W John Cabot Road**<br>**Glendale, AZ 85308** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110913** | | | Warranty | | | | |
| **Daniel V Monticelli**<br>**1202 Ridge Road**<br>**Belle Vernon, PA 15012** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111031** | | | Warranty | | | | |
| **Daniel Vallance**<br>**3588 Liberty Ellerton**<br>**Dayton, OH 45418** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099606** | | | Warranty | | | | |
| **Daniel Vergara Padrow**<br>**1708 W Villa Maria Drive**<br>**Phoenix, AZ 85023** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132256** | | | Warranty | | | | |
| **Daniel W McCombs**<br>**1866 Hickory Ridge Dr**<br>**Beavercreek, OH 45432** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **964** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128328** | | | Warranty | | | | |
| **Daniel W Woods** **853 Castle Garden Rd** **Driftwood, PA 15832** | - | | | X | X | | 0.00 |
| Account No. **5074586** | | | Warranty | | | | |
| **Daniel W Black** **410 Falls Ave** **New Castle, PA 16105** | - | | | | | | 143.90 |
| Account No. **5079412** | | | Warranty | | | | |
| **Daniel W Day** **10117 Landwood Drive** **Louisville, KY 40291** | - | | | X | X | | 0.00 |
| Account No. **5120790** | | | Warranty | | | | |
| **Daniel W Dickinson** **289 Highland** **Wadsworth, OH 44281** | - | | | | | | 179.98 |
| Account No. **5123556** | | | Warranty | | | | |
| **Daniel W McClain** **359 Taylor Rd** **Mansfield, OH 44903** | - | | | X | X | | 0.00 |

Sheet no. **965** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    323.88

In re   **Great Lakes Warranty Corporation**                          ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5086736** | | | | **Warranty** | | | | |
| **Daniel W Wilkins** **PO Box 85  307 Madison Heights** **Madison, PA 15663** | - | | | | | | | 358.05 |
| Account No. **5089550** | | | | **Warranty** | | | | |
| **Daniel Warren** **1596 N County Road  800E** **Avon, OH 45123** | - | | | | X | X | | 0.00 |
| Account No. **5080059** | | | | **Warranty** | | | | |
| **Daniel Williams** **8560 W Peoria** **Peoria, AZ 85345** | - | | | | X | X | | 0.00 |
| Account No. **5073996** | | | | **Warranty** | | | | |
| **Daniel Wing** **9264 Reed Avenue** **Morrisville, PA 19067** | - | | | | X | X | | 0.00 |
| Account No. **5096103** | | | | **Warranty** | | | | |
| **Daniel Wolf** **1537 Red Oak Rd** **Kettering, OH 45432** | - | | | | X | X | | 0.00 |

Sheet no. **966** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          358.05

In re  **Great Lakes Warranty Corporation**                              ,  Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131728** | | | | Warranty | | | | |
| **Daniel Wood** **3099 S Duck Creek Road** **North Jackson, OH 44451** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126460** | | | | Warranty | | | | |
| **Daniel Workman** **1482 Old St Road** **Coolville, OH 45723** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117774** | | | | Warranty | | | | |
| **Daniela M Rizea** **24172 Carla Lane** **North Olmsted, OH 44070** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123644** | | | | Warranty | | | | |
| **Daniele D Formichelli** **7552 Wilson Mills Rd** **Chesterland, OH 44026** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125204** | | | | Warranty | | | | |
| **Daniell Evans** **723 8th Avenue** **Brackenridge, PA 15014** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **967** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5128598** | | | | Warranty | | | | |
| **Daniell Moore** **161 Heatherwood Drive** **Ephrata, PA 17522** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130827** | | | | Warranty | | | | |
| **Danielle Estle** **6961 Shellcross Dr** **Huber Heights, OH 45424** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103222** | | | | Warranty | | | | |
| **Danielle Holmes Shine** **137 Main Street Second Floor** **W Orange, NJ 07052** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132421** | | | | Warranty | | | | |
| **Danielle Stuart** **8113 Chiltern Avenue** **Las Vegas, NV 89129** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114053** | | | | Warranty | | | | |
| **Danielle Bennett** **1328 Penn Avenue** **Pittsburgh, PA 15221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**968** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5070670 | | | | Warranty | | | | |
| Danielle Benward 6255 Wadsworth Road Medina, OH 44256 | | - | | | | | | 633.00 |
| Account No. 5120364 | | | | Warranty | | | | |
| Danielle Certeza 122 E 4th Ave Altoona, PA 16602 | | - | | | X | X | | 0.00 |
| Account No. 5093968 | | | | Warranty | | | | |
| Danielle Croker 811 Mallet Hill Road  #1606 Columbia, SC 29223 | | - | | | X | X | | 0.00 |
| Account No. 5113532 | | | | Warranty | | | | |
| Danielle D Ridley 5292 Seneca Avenue Memphis, TN 38117 | | - | | | X | X | | 0.00 |
| Account No. 5094808 | | | | Warranty | | | | |
| Danielle Davis 3819 E Camelback Road  #157 Phoenix, AZ 85018 | | - | | | X | X | | 0.00 |

Sheet no.**969**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                633.00

In re __Great Lakes Warranty Corporation__ ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5118664 | | | | Warranty | | | | |
| Danielle DeSanti 199 Huntingtown Rd Newtown, CT 06470 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108002 | | | | Warranty | | | | |
| Danielle Dickens 612 S Main St Marys, OH 45885 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5079483 | | | | Warranty | | | | |
| Danielle Eileen Geisser 3318 North Decatur Blvd  Apt 2110 Las Vegas, NV 89130 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110635 | | | | Warranty | | | | |
| Danielle Foley 889 Olde Farm Court Vandalia, OH 45377 | - | | | | | | | |
| | | | | | | | | 125.71 |
| Account No. 5073953 | | | | Warranty | | | | |
| Danielle Hill 535 St Annes Drive Holland, OH 43528 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__970__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

125.71

In re  **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113262 | | Warranty | | | | | | |
| Danielle K Baker 344 Brushrun Road Claysville, PA 15323 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5115216 | | Warranty | | | | | | |
| Danielle K Cusate 709 Hunters Run Perkasie, PA 18944 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124385 | | Warranty | | | | | | |
| Danielle Keen 527 Somers Ave Trevose, PA 19053 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117492 | | Warranty | | | | | | |
| Danielle L Fitch 1329 Strawn Avenue New Kensington, PA 15068 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129013 | | Warranty | | | | | | |
| Danielle L Fletcher 1603 Gregg Ave  Apt 3E Florence, SC 29501 | - | | | | | | | |
| | | | | | | | | 1,014.00 |

Sheet no. **971**__ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 1,014.00 |

In re **Great Lakes Warranty Corporation**          Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124353** | | | | **Warranty** | | | | |
| **Danielle M Lindsey** **37422 Tail Feather Dr** **North Ridgeville, OH 44039** | - | | | | X | X | | 0.00 |
| Account No. **5087076** | | | | **Warranty** | | | | |
| **Danielle McGlaughlin** **1715 Carmel Church Road** **Celina, OH 45822** | - | | | | X | X | | 0.00 |
| Account No. **5126184** | | | | **Warranty** | | | | |
| **Danielle Meskel** **523 W. Brady Street** **Butler, PA 16001** | - | | | | X | X | | 0.00 |
| Account No. **5123212** | | | | **Warranty** | | | | |
| **Danielle Moore** **2711 S. Union** **Alliance, OH 44601** | - | | | | X | X | | 0.00 |
| Account No. **5114452** | | | | **Warranty** | | | | |
| **Danielle N Guggie** **142 Haser Drive** **New Kensington, PA 15068** | - | | | | X | X | | 0.00 |

Sheet no. **972** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5129739 | | | | Warranty | | | | |
| Danielle N Stewart 3121 Hemlock Rd Cape May, NJ 08204 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118395 | | | | Warranty | | | | |
| Danielle Poorman 2 Robin Hill Rd Levittown, PA 19055 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5080805 | | | | Warranty | | | | |
| Danielle R Carter 2011 Ferry Avenue   M17 Camden, NJ 08104 | - | | | | | | | |
| | | | | | | | | 337.08 |
| Account No. 5115123 | | | | Warranty | | | | |
| Danielle Smith 1319 Harvard Avenue Natrona Heights, PA 15065 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109393 | | | | Warranty | | | | |
| Danielle Stevenson 5 Colin Kelly Riverside, OH 45431 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **973** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    337.08

In re　**Great Lakes Warranty Corporation**　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129142 | | | | Warranty | | | | |
| Danielle Witkowsky 17 East Greenwood Avenue Villas, NJ 08251 | - | | | | X | X | | 0.00 |
| Account No. 5103418 | | | | Warranty | | | | |
| Danita N Antonutti P.O. Box 444 Joelton, TN 37080 | - | | | | X | X | | 0.00 |
| Account No. 5106863 | | | | Warranty | | | | |
| Danita S Dulkoski 244 Third Street  SW New Philadelphia, OH 44663 | - | | | | X | X | | 0.00 |
| Account No. 5100769 | | | | Warranty | | | | |
| Danny B Magnelli 1230 Straka Street Pittsburgh, PA 15204 | - | | | | X | X | | 0.00 |
| Account No. 5090272 | | | | Warranty | | | | |
| Danny Doroshenko 2801 NE 183rd Street  #704 Aventura, FL 33160 | - | | | | X | X | | 0.00 |

Sheet no.**974**___ of **4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　**0.00**

In re **Great Lakes Warranty Corporation**                          ,  Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129344** | | | Warranty | | | | |
| **Danny Fischer** **3140 Buttermilk Road W** **Lenoir City, TN 37771** | - | | | X | X | | 0.00 |
| Account No. **5117926** | | | Warranty | | | | |
| **Danny Gibbs** **9126 Pleasant Drive** **Ooltewah, TN 37363** | - | | | X | X | | 0.00 |
| Account No. **5108966** | | | Warranty | | | | |
| **Danny J Blank Jr** **2821 Laurie Lane** **Marrero, LA 70072** | - | | | X | X | | 0.00 |
| Account No. **5114990** | | | Warranty | | | | |
| **Danny Keeton** **8 Dukes Park Road** **Summertown, TN 38483** | - | | | X | X | | 0.00 |
| Account No. **5125566** | | | Warranty | | | | |
| **Danny McCullough** **418 Kserman Ave NE Apt A** **New Philadelphia, OH 44663** | - | | | X | X | | 0.00 |

Sheet no.**975** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re  **Great Lakes Warranty Corporation**                          ,          Case No. _____
_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125263** | | | **Warranty** | | | | |
| **Danny Monge** **2708 Welsh Crest** **Antioch, TN 37013** | - | | | X | X | | 0.00 |
| Account No. **5100508** | | | **Warranty** | | | | |
| **Danny Mull** **404 Second Street** **Seymour, TN 37865** | - | | | | | | 596.70 |
| Account No. **5124240** | | | **Warranty** | | | | |
| **Danny P Roberts** **100 Mill St** **Royston, GA 30662** | - | | | X | X | | 0.00 |
| Account No. **5121507** | | | **Warranty** | | | | |
| **Danny Sands** **PO Box 102** **Greenback, TN 37742** | - | | | X | X | | 0.00 |
| Account No. **5079403** | | | **Warranty** | | | | |
| **Danny Tinsman** **5986 Yorba Court** **Las Vegas, NV 89103** | - | | | | | | 523.52 |

Sheet no. **976** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,120.22

In re **Great Lakes Warranty Corporation**                          ,     Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099266** | | | | Warranty | | | | |
| **Danny Wood** **10547 E 38th Place** **Yuma, AZ 85364** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118235** | | | | Warranty | | | | |
| **Danny Wright** **10049 Berry Rd** **Kensington, OH 44427** | - | | | | | | | |
| | | | | | | | | 670.26 |
| Account No. **5103724** | | | | Warranty | | | | |
| **Danny Ziadeh** **1003 Woodbury Falls Drive** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129431** | | | | Warranty | | | | |
| **Dante S Willis** **3451 Partridge Pl** **Columbus, OH 43221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131537** | | | | Warranty | | | | |
| **Danwade Lee** **930 Tahoe Blvd  Ste 802  PMB 119** **Incline Village, NV 89451** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**977**__ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    670.26

In re  **Great Lakes Warranty Corporation**

,

Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5112463 | | Warranty | | | | | | |
| Danyale Northern 2907 Stayton Street Pittsburgh, PA 15212 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099398 | | Warranty | | | | | | |
| Danyell L Washington 720 Grand Avenue Pittsburgh, PA 15221 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131594 | | Warranty | | | | | | |
| Danyell Wisniewski 326B East 12th Street Northampton, PA 18067 | - | | | | | | | |
| | | | | | | | | 1,320.59 |
| Account No. 5100965 | | Warranty | | | | | | |
| Danyelle Coder 6491 Knapp Rd Jefferson, OH 44047 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123610 | | Warranty | | | | | | |
| Daphne  Watkins 8668 Treaure Trove Las Vegas, NV 89123 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **978** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,320.59

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5107114** | | | | **Warranty** | | | | |
| **Daquan Square** **1918 Genesee Street** **Trenton, NJ 08610** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111906** | | | | **Warranty** | | | | |
| **Dara Amira Spivey** **1535 67th Avenue** **Philadelphia, PA 19126** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117977** | | | | **Warranty** | | | | |
| **Dara Hooker** **4215 Harding Rd** **Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125866** | | | | **Warranty** | | | | |
| **Dara Ingram** **6411 Malvern Avenue 2nd Floor** **Philadelphia, PA 19151** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5085610** | | | | **Warranty** | | | | |
| **Dara Marie Finney** **3412 West Street** **West Miffline, PA 15122** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **979** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation**                              , Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120776** | | | **Warranty** | | | | |
| **Darby A Anderson 405 Martineese Rd Swansea, SC 29160** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5118229** | | | **Warranty** | | | | |
| **Darby Lewes 120 W Houston Ave Montgomery, PA 17752** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5113593** | | | **Warranty** | | | | |
| **Daric Keys 4655 Stonehill Street Hilliard, OH 43026** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5129201** | | | **Warranty** | | | | |
| **Darica L Wilbert 1950 N Walnut Rd   No 238 Las Vegas, NV 89115** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5104226** | | | **Warranty** | | | | |
| **Darick J May 1581 State Route 197 St Marys, OH 45885** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **980** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **0.00**

In re **Great Lakes Warranty Corporation**　　　　　　　　　, 　　Case No. _____

　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124131** | | | | Warranty | | | | |
| **Darik R Allen** **3232 Bidlington Dr** **Columbus, OH 43224** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125280** | | | | Warranty | | | | |
| **Darin Forry** **1327 Strickler Road** **Manheim, PA 17545** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089692** | | | | Warranty | | | | |
| **Darin J Mallett** **684 E Winchester Way** **Chandler, AZ 85249** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104228** | | | | Warranty | | | | |
| **Darin L Borger** **26 Plymouth Drive** **Jonestown, PA 17038** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110800** | | | | Warranty | | | | |
| **Darin L Hawkins** **1642 Lenox New Lyme Road** **Jefferson, OH 44047** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**981** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　**0.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096354** | | | Warranty | | | | |
| **Darin R Youngs** **1264 Denniston Avenue** **Bettendorf, IA 52722** | - | | | X | X | | 0.00 |
| Account No. **5124294** | | | Warranty | | | | |
| **Dario Cortez** **1325 Bienstar Lane** **San Luis, AZ 85349** | - | | | X | X | | 0.00 |
| Account No. **5088360** | | | Warranty | | | | |
| **Darius L Jenkins** **123 Cals Lane** **Ligonier, PA 15658** | - | | | X | X | | 0.00 |
| Account No. **5115761** | | | Warranty | | | | |
| **Darius Lucas** **7158 N. Via Lucia Maria** **Glendale, AZ 85301** | - | | | X | X | | 0.00 |
| Account No. **5101373** | | | Warranty | | | | |
| **Darl McNutt** **2659 Prinston Street** **Lowel Burrell, PA 15068** | - | | | X | X | | 0.00 |

Sheet no.**982** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102525** | | | | Warranty | | | | |
| **Darla  Newbern** **28 Gellow Way Road** **Richboro, PA 18954** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125326** | | | | Warranty | | | | |
| **Darla Brown** **4140 East Hallihan Drive** **Cave Creek, AZ 85331** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118503** | | | | Warranty | | | | |
| **Darla L Thrower** **1601 Woodmont Ave** **Arnold, PA 15068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095817** | | | | Warranty | | | | |
| **Darlen Mazza** **104 Hitzel Hill Road** **Sewickley, PA 15143** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125737** | | | | Warranty | | | | |
| **Darlene Alento** **102 Colonial Lane** **Greentown, PA 18426** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**983**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5129046 | | | | Warranty | | | | |
| Darlene Carbonell 5644 Mount Athos Street North Las Vegas, NV 89031 | | - | | | X | X | | 0.00 |
| Account No. 5132706 | | | | Warranty | | | | |
| Darlene Crews 151 Nordeen Road Erwin, TN 37650 | | - | | | X | X | | 0.00 |
| Account No. 5078228 | | | | Warranty | | | | |
| Darlene D Kulp 318 Conewago Drive East Berlin, PA 17316 | | - | | | X | X | | 0.00 |
| Account No. 5068892 | | | | Warranty | | | | |
| Darlene Gay PO Box 1239 Danville, WV 25053 | | - | | | | | | 231.40 |
| Account No. 5070146 | | | | Warranty | | | | |
| Darlene Jones 115 Callaway Lane Meridianville, AL 35759 | | - | | | X | X | | 0.00 |

Sheet no. **984** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 231.40

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5131255 | | | | Warranty | | | | |
| Darlene Jones Cheeks PO Box 381 73 Rt 47 Cape May Court House, NJ 08210 | - | | | | X | X | | 0.00 |
| Account No. 5104199 | | | | Warranty | | | | |
| Darlene K Zappa 3711 Springmill North Road Shelby, OH 44875 | - | | | | X | X | | 0.00 |
| Account No. 5119976 | | | | Warranty | | | | |
| Darlene Keown 428 Applegate Ave Toms River, NJ 08757 | - | | | | | | | 550.00 |
| Account No. 5121152 | | | | Warranty | | | | |
| Darlene L Harris 2215 Centennial Rd Hanover, PA 17331 | - | | | | | | | 2,743.62 |
| Account No. 5107928 | | | | Warranty | | | | |
| Darlene Lenardos 4921 Piccadilly Street Canton, OH 44706 | - | | | | X | X | | 0.00 |

Sheet no. **985** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,293.62

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119203 | | | | Warranty | | | | |
| Darlene Leslie 5616 W. Vineyard Road Laveen, AZ 85339 | - | | | | | | | 711.18 |
| Account No. 5105978 | | | | Warranty | | | | |
| Darlene M Bertin 7043 Paxton Road Boardman, OH 44512 | - | | | | X | X | | 0.00 |
| Account No. 5094753 | | | | Warranty | | | | |
| Darlene Maylor 6 Abberton Circle Columbia, SC 29229 | - | | | | X | X | | 0.00 |
| Account No. 5088626 | | | | Warranty | | | | |
| Darlene McClain 1912 Wilter Street Philadelphia, PA 19115 | - | | | | X | X | | 0.00 |
| Account No. 5066577 | | | | Warranty | | | | |
| Darlene McDaniels PO Box 3934 / 26 Indian Rock Crossville, TN 38557 | - | | | | X | X | | 0.00 |

Sheet no. **986** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 711.18

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5064842** | | | | | **Warranty** | | | | |
| **Darlene Mihalko** **2104 Boring Lane Lot 3** **E. Liverpool, OH 43920** | | - | | | | | | | **944.79** |
| Account No. **5124514** | | | | | **Warranty** | | | | |
| **Darlene Shelton** **3960 Bell Road Apt 906** **Hermitage, TN 37076** | | - | | | | X | X | | **0.00** |
| Account No. **5130805** | | | | | **Warranty** | | | | |
| **Darlene Sundo** **3930 Wm Penn Hwy  Apt 331** **Pittsburgh, PA 15235** | | - | | | | X | X | | **0.00** |
| Account No. **5099093** | | | | | **Warranty** | | | | |
| **Darlye McLaughlin** **815 royal Heights** **Connellsville, PA 15425** | | - | | | | X | X | | **0.00** |
| Account No. **5118966** | | | | | **Warranty** | | | | |
| **Darnell Barron** **328 Renova St** **Pittsburgh, PA 15207** | | - | | | | X | X | | **0.00** |

Sheet no. **987** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **944.79**

In re   **Great Lakes Warranty Corporation**                   ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5086547** | | | | Warranty | | | | |
| **Darnell Haldeman** **665 Chain Street  Apt 2** **Norristown, PA 19401** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118401** | | | | Warranty | | | | |
| **Darnell Wood** **111 Apple blossom Lane** **Cranberry Twp, PA 16066** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120730** | | | | Warranty | | | | |
| **Darnetta I Northern** **7101 Whipple St** **Swissvale, PA 15218** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095311** | | | | Warranty | | | | |
| **Darnise L Jennings** **258 Everglade Drive** **Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129368** | | | | Warranty | | | | |
| **Darnise Wilks** **10205 Clair Avenue** **Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**988** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
            (Total of this page)       0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5126459 | | Warranty | | | | | | |
| Darrel Ice 5421 Washington Road Albany, OH 45710 | - | | | | X | X | | 0.00 |
| Account No. 5084725 | | Warranty | | | | | | |
| Darrell Heard 3208 Dove Place Nashville, TN 37218 | - | | | | | | | 2,098.98 |
| Account No. 5095485 | | Warranty | | | | | | |
| Darrell W Merryman 3105 Windsor Green Drive Antioch, TN 37013 | - | | | | X | X | | 0.00 |
| Account No. 5078339 | | Warranty | | | | | | |
| Darrell A Grant 75 Ridge Oak Place Jackson, TN 38305 | - | | | | X | X | | 0.00 |
| Account No. 5130777 | | Warranty | | | | | | |
| Darrell Becker 327 Fairview Drive Lititz, PA 17543 | - | | | | X | X | | 0.00 |

Sheet no. **989** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   2,098.98

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re  **Great Lakes Warranty Corporation**                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5091566** | | | Warranty | | | | |
| **Darrell Blanton** **2666 Green Mill Drive** **Memphis, TN 38119** | - | | | | | | **284.90** |
| Account No. **5070117** | | | Warranty | | | | |
| **Darrell Garber** **1505 Rex Mills** **New Concord, OH 43762** | - | | | X | X | | **0.00** |
| Account No. **5128282** | | | Warranty | | | | |
| **Darrell Goodwine** **1350 HErman St** **Pittsburgh, PA 15212** | - | | | X | X | | **0.00** |
| Account No. **5070934** | | | Warranty | | | | |
| **Darrell Herron** **5210 Strathaven Dr** **Dayton, OH 45424** | - | | | X | X | | **0.00** |
| Account No. **5089010** | | | Warranty | | | | |
| **Darrell L Mack** **105 Hinckley Road** **Proctor, AR 72376** | - | | | X | X | | **0.00** |

Sheet no.**990** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **284.90**

In re __Great Lakes Warranty Corporation__ , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5131024** | | | | **Warranty** | | | | |
| **Darrell Linger**<br>**210 Shawnee Drive**<br>**Buckhannon, WV 26201** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085229** | | | | **Warranty** | | | | |
| **Darrell Morris**<br>**1383 Howe Valley Road**<br>**Cecilia, KY 42724** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120301** | | | | **Warranty** | | | | |
| **Darrell Myers**<br>**212 West High St**<br>**Re Lion, PA 17356** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094270** | | | | **Warranty** | | | | |
| **Darrell N Downs**<br>**346 E Second Street**<br>**Mansfield, OH 44902** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115907** | | | | **Warranty** | | | | |
| **Darrell S McNabb Jr**<br>**2813 Highway 95**<br>**Rock Spring, GA 30739** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**991** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re    **Great Lakes Warranty Corporation**                          ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089397** | | | Warranty | | | | |
| **Darrell Staton** **2123 46th Street** **Pennsauken, NJ 08110** | - | | | X | X | | 0.00 |
| Account No. **5046809** | | | Warranty | | | | |
| **Darrell W Strickland** **12934 Pacer Dr NW** **Pickerington, OH 43147** | - | | | X | X | | 0.00 |
| Account No. **5076605** | | | Warranty | | | | |
| **Darrell Wiles** **1650 Lillian Circle** **Columbia, TN 38401** | - | | | | | | 167.57 |
| Account No. **5107765** | | | Warranty | | | | |
| **Darrels S Tetlow** **6921 Watergrove Drive** **Memphis, TN 38119** | - | | | X | X | | 0.00 |
| Account No. **5106849** | | | Warranty | | | | |
| **Darren E Dirksen** **2279 Rutgers Street W** **North Canton, OH 44720** | - | | | X | X | | 0.00 |

Sheet no. **992** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **167.57**

In re  **Great Lakes Warranty Corporation**　　　　　　　　　　　　　　　，　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5119875** | | **Warranty** | | | | | | |
| **Darren G Toler** **3829 Caldwell Ridge Parkway** **Charlotte, NC 28213** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5098949** | | **Warranty** | | | | | | |
| **Darren Hughes** **22 Clark Place** **Oak Ridge, TN 37830** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105540** | | **Warranty** | | | | | | |
| **Darren Johnson** **4000 Gypsy Lane  #207** **Philadelphia, PA 19129** | - | | | | | | | |
| | | | | | | | | **292.54** |
| Account No. **5090331** | | **Warranty** | | | | | | |
| **Darren L Powell** **2288 E 95th Street** **Cleveland, OH 44106** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113080** | | **Warranty** | | | | | | |
| **Darren Lee Reitbauer** **6 Flint Ridge Drive** **Reading, PA 19607** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**993** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**292.54**

In re  **Great Lakes Warranty Corporation**                                          Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122498** | | Warranty | | | | | | |
| **Darren Stinnett** **720 Regent Court** **Maryville, TN 37803** | - | | | | X | X | | 0.00 |
| Account No. **5090807** | | Warranty | | | | | | |
| **Darren Tappen** **4526 E Weldon Avenue** **Phoenix, AZ 85018** | - | | | | | | | 485.00 |
| Account No. **5116950** | | Warranty | | | | | | |
| **Darren Testa** **11 Greenwood Hills Drive** **Mountain Top, PA 18707** | - | | | | | | | 228.81 |
| Account No. **5100204** | | Warranty | | | | | | |
| **Darrick K Ramsey** **11443 Muddlety Valley Road** **Summersville, WV 26651** | - | | | | X | X | | 0.00 |
| Account No. **5121760** | | Warranty | | | | | | |
| **Darrin Bane** **11 Lodge St** **Pittsburgh, PA 15227** | - | | | | | | | 144.94 |

Sheet no.**994**___ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                858.75

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                          ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5090058** | | | | Warranty | | | | |
| **Darrin L Biggs** **1642 W Calle Del Norte** **Chandler, AZ 85224** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106934** | | | | Warranty | | | | |
| **Darrin M Monnie** **2484 McKeever Street** **Monongahela, PA 15063** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5055180** | | | | Warranty | | | | |
| **Darrin McAninch** **2987 Benttree Dr** **Cincinnati, OH 45244** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129570** | | | | Warranty | | | | |
| **Darrin Ray Stanford** **4804 Wunder Ave** **Oakford, PA 19053** | - | | | | | | | |
| | | | | | | | | 513.38 |
| Account No. **5111495** | | | | Warranty | | | | |
| **Darryl  Dennis** **214 Eden** **Massillon, OH 44646** | - | | | | | | | |
| | | | | | | | | 319.00 |

Sheet no.**995** of **4906** sheets attached to Schedule of                                    Subtotal                      832.38
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

In re   **Great Lakes Warranty Corporation**         ,    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5092541** | | | | Warranty | | | | |
| **Darryl  Johnson** **7729 Overbrook Avenue** **Philadelplhia, PA 19151** | - | | | | | | | 688.00 |
| Account No. **5127184** | | | | Warranty | | | | |
| **Darryl A Lawrence** **1412 Warren Dr** **Lebanon, PA 17042** | - | | | | X | X | | 0.00 |
| Account No. **5093929** | | | | Warranty | | | | |
| **Darryl Cranfield** **195 Shell Lane** **Decatur, TN 37322** | - | | | | X | X | | 0.00 |
| Account No. **5105785** | | | | Warranty | | | | |
| **Darryl D Byrd** **711 Brownsville Road** **Pittsburgh, PA 15210** | - | | | | X | X | | 0.00 |
| Account No. **5115687** | | | | Warranty | | | | |
| **Darryl Heisser** **10946 Hardy Pecan Court** **Fontana, CA 92337** | - | | | | | | | 1,030.59 |

Sheet no.**996**__ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,718.59**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5097929** | | | | Warranty | | | | |
| **Darryl J Zaren**<br>**908 Route 906  PO Box 75**<br>**Webster, PA 15087** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120880** | | | | Warranty | | | | |
| **Darryl L Jasper**<br>**940 E 24th St**<br>**Erie, PA 16503** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121831** | | | | Warranty | | | | |
| **Darryl L Wiggers**<br>**9301 Page Rd**<br>**Wattsburg, PA 16442** | - | | | | | | | |
| | | | | | | | | 261.59 |
| Account No. **5106568** | | | | Warranty | | | | |
| **Darryl S Harrington**<br>**825 MacBeth Drive**<br>**Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114598** | | | | Warranty | | | | |
| **Darryl Thompson**<br>**6724 Marshall Rd**<br>**Upper Darby, PA 19082** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **997** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

261.59

In re   **Great Lakes Warranty Corporation**                                              ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094936** | | | Warranty | | | | |
| **Darryl W Henderson** **36997 S Golf Course Drive** **Tucson, AZ 85739** | - | | | | | | 231.70 |
| Account No. **5127340** | | | Warranty | | | | |
| **Darryl Whitted** **708 James Street** **Athens, TN 37303** | - | | | X | X | | 0.00 |
| Account No. **5129574** | | | Warranty | | | | |
| **Darryle Lyles** **7964 Oakfirld Grove** **Brentwood, TN 37027** | - | | | X | X | | 0.00 |
| Account No. **5122114** | | | Warranty | | | | |
| **Darryn Howard** **84 Wood Dr** **Carrolton, OH 44615** | - | | | X | X | | 0.00 |
| Account No. **5110408** | | | Warranty | | | | |
| **Darryn T Dierickx** **1346 South Shore Drive** **St Cloud, FL 34771** | - | | | X | X | | 0.00 |

Sheet no.**998** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                231.70

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104602** | | | | **Warranty** | | | | |
| **Darwin Wall** **287 E Frye Road  Suite #1** **Chandler, AZ 85225** | | - | | | | | | **2,929.48** |
| Account No. **5123429** | | | | **Warranty** | | | | |
| **Daryl  Demonbreum** **703 Davidson Rd** **Nashville, TN 37205** | | - | | | X | X | | **0.00** |
| Account No. **5103720** | | | | **Warranty** | | | | |
| **Daryl Keith Sowell** **16009 Stuarts Draft Court** **Charlotte, NC 28278** | | - | | | X | X | | **0.00** |
| Account No. **5074381** | | | | **Warranty** | | | | |
| **Daryl Kirby** **20716 West Lost Creek Dr** **Buckeye, AZ 85396** | | - | | | X | X | | **0.00** |
| Account No. **5093524** | | | | **Warranty** | | | | |
| **Daryl L Moore** **294 Spruce Glen Cove** **Cordova, TN 38016** | | - | | | X | X | | **0.00** |

Sheet no. **999** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,929.48**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5098766** | | | | Warranty | | | | |
| **Daryl L Stainbrook** **804 Faircrest Street SW** **Canton, OH 44706** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088484** | | | | Warranty | | | | |
| **Daryl LaFountain** **2678 Walnut Ridge Dr** **Troy, OH 45373** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105444** | | | | Warranty | | | | |
| **Daryl R Woods** **3600 Bellwood Avenue** **Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5076164** | | | | Warranty | | | | |
| **Daryl W Alhart** **5544 Mt. Herman Road** **Cookeville, TN 38506** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120406** | | | | Warranty | | | | |
| **Daryl Walker** **5201 West Campo Bello** **Glandale, AZ 85308** | - | | | | | | | |
| | | | | | | | | 494.94 |

Sheet no. **1000** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

494.94

In re    **Great Lakes Warranty Corporation**                                      ,    Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5096869** | | | | Warranty | | | | |
| **Daryl Walny** **146 North Berwick Lane** **Franklin, TN 37069** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104929 | | | | Warranty | | | | |
| **Daryll Postlethwait** **26300 Quarry Road** **Wellington, OH 44090** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132068 | | | | Warranty | | | | |
| **Dashiell Minford** **641 Randolph Street** **Allentown, PA 18109** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121580 | | | | Warranty | | | | |
| **Datton Wilson III** **2108 SE 7th St** **Lees Summit, MO 64063** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123680 | | | | Warranty | | | | |
| **Daunise Marshall** **315 Morewood Ave** **Blairsville, PA 15717** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1001** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation**       Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5111876** <br><br> **Dave Brittain** <br> **108 Kinvara Court** <br> **Pittsburgh, PA 15237** | - | | **Warranty** | | | | **95.49** |
| Account No. **5098446** <br><br> **Dave Layhee** <br> **695 Cherry Hills** <br> **N Sioux City, SD 57049** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5109639** <br><br> **Dave Archer** <br> **464 Blue Stem** <br> **Dakota Dunes, SD 57049** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5131716** <br><br> **Dave Barber** <br> **2720 Breakers Creek Drive** <br> **Las Vegas, NV 89134** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5093825** <br><br> **Dave Clossey** <br> **5815 Lochlen Road** <br> **Baltimore, MD 21209** | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **1002** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **95.49**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5079232 | | | | Warranty | | | | |
| Dave G Gorman 205 Freeport Road Creighton, PA 15030 | - | | | | X | X | | 0.00 |
| Account No. 5113390 | | | | Warranty | | | | |
| Dave Grasowski 701 Second Street  Apt 1 Oakmont, PA 15139 | - | | | | X | X | | 0.00 |
| Account No. 5072093 | | | | Warranty | | | | |
| Dave Marlin 2016 Concord Lake Road Kannapolis, NC 28083 | - | | | | X | X | | 0.00 |
| Account No. 5071085 | | | | Warranty | | | | |
| Dave McGeary 4444 Birchwood Drive Allison, PA 15101 | - | | | | X | X | | 0.00 |
| Account No. 5090579 | | | | Warranty | | | | |
| Dave Olson 1195 Treasure Lake DuBois, PA 15801 | - | | | | X | X | | 0.00 |

Sheet no. **1003** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5111562** <br><br> **Dave Wright** <br> **901 Hawthorne** <br> **St Marys, OH 45885** | | - | | **Warranty** | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106286** <br><br> **Daved R  Coen** <br> **1250 State Route 56** <br> **New Masfield, OH 45766** | | - | | **Warranty** | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121071** <br><br> **David  Adams** <br> **31 Pearl Dr** <br> **Pittsburgh, PA 15227** | | - | | **Warranty** | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094425** <br><br> **David  Andrews II** <br> **8832 Cressent Glen Court** <br> **Cane Ridge, TN 37013** | | - | | **Warranty** | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131529** <br><br> **David  Anselm** <br> **715 Fernwood St** <br> **Bethlehem, PA 18018** | | - | | **Warranty** | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1004** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re   **Great Lakes Warranty Corporation**                                ,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5105035** | | | | **Warranty** | | | | |
| **David  Ashford** **909 West Heather Drive** **Mesa, AZ 85201** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123002** | | | | **Warranty** | | | | |
| **David  Bloom Jr** **1324 Aetna St** **Connelsville, PA 15425** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090344** | | | | **Warranty** | | | | |
| **David  Burchfield** **402 Midway Drive** **Oliver Springs, TN 37840** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099235** | | | | **Warranty** | | | | |
| **David  Burroughs** **10916 Parkview Court** **Plymouth, IN 46563** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115629** | | | | **Warranty** | | | | |
| **David  Cunningham** **28 S Ninth Street** **Allentown, PA 18102** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1005** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5127229 | | | | | Warranty | | | | |
| David Curtis 3790 Woodrow Ave Pittsburgh, PA 15227 | - | | | | | | | | 107.49 |
| Account No. 5090113 | | | | | Warranty | | | | |
| David Fine 87 Green Valley Road Sweet Valley, PA 18656 | - | | | | | X | X | | 0.00 |
| Account No. 5059011 | | | | | Warranty | | | | |
| David Ford 118 Douglas Shade Gray, TN 37615 | - | | | | | | | | 94.99 |
| Account No. 5110210 | | | | | Warranty | | | | |
| David Foutz PO Box 523 Louisville, OH 44641 | - | | | | | X | X | | 0.00 |
| Account No. 5083217 | | | | | Warranty | | | | |
| David Greiner 462 Limestone Drive Bethel Park, PA 15102 | - | | | | | X | X | | 0.00 |

Sheet no. **1006** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 202.48

In re  **Great Lakes Warranty Corporation**  , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105442** | | | Warranty | | | | |
| **David  Gutterman**<br>**5033 Glenarden Drive**<br>**Las Vegas, NV 89130** | - | | | X | X | | 0.00 |
| Account No. **5130523** | | | Warranty | | | | |
| **David  Hale**<br>**610 E Benton**<br>**Wapakoneta, OH 45895** | - | | | X | X | | 0.00 |
| Account No. **5125151** | | | Warranty | | | | |
| **David  Harmuth**<br>**913 Mount Hood**<br>**Pittsburgh, PA 15239** | - | | | X | X | | 0.00 |
| Account No. **5119144** | | | Warranty | | | | |
| **David  Hildehoff**<br>**171 Slate Run Rd**<br>**Greensburg, PA 15601** | - | | | X | X | | 0.00 |
| Account No. **5110634** | | | Warranty | | | | |
| **David  Hollycross**<br>**343 N Miami Street**<br>**West Milton, OH 45383** | - | | | X | X | | 0.00 |

Sheet no. **1007** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re    **Great Lakes Warranty Corporation**                                        ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5105532 | | | | | Warranty | | | | |
| David  Holsopple 1036 Hilton Street Bethlehem, PA 18017 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5087229 | | | | | Warranty | | | | |
| David  Howells 1460 Beverly Hills Road Coopersburg, PA 18036 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5126879 | | | | | Warranty | | | | |
| David  Jackson 8509 Gateway Rd Breinigsville, PA 18031 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5121792 | | | | | Warranty | | | | |
| David  Kelly 405 Charles St Scranton, PA 18508 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5099698 | | | | | Warranty | | | | |
| David  Kerstetter RR 2  Box 501 Herndon, PA 17830 | - | | | | | | | | |
| | | | | | | | | | 321.93 |

Sheet no. **1008** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                321.93

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5091885** | | | | | Warranty | | | | |
| **David Lee**<br>**1424 Eleventh Street**<br>**Fort Lee, NJ 07024** | - | | | | | | | | 191.40 |
| Account No. **5100050** | | | | | Warranty | | | | |
| **David M Russell**<br>**658 Fleetwood Road**<br>**Mansfield, OH 44905** | - | | | | | X | X | | 0.00 |
| Account No. **5064450** | | | | | Warranty | | | | |
| **David Mahaney**<br>**14345 Highway 70 North**<br>**Monterey, TN 38574** | - | | | | | X | X | | 0.00 |
| Account No. **5099754** | | | | | Warranty | | | | |
| **David Martinez Sr**<br>**3650 N Marshall Street**<br>**Philadelphia, PA 19140** | - | | | | | X | X | | 0.00 |
| Account No. **5109942** | | | | | Warranty | | | | |
| **David Monroe**<br>**520 Pleasant Ridge Road**<br>**McKees Rocks, PA 15136** | - | | | | | | | | 83.00 |

Sheet no. **1009** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          274.40

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093816** | | | Warranty | | | | |
| **David Pope**<br>**725 W Water Street**<br>**Piqua, OH 45356** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5109130 | | | Warranty | | | | |
| **David Radebaugh**<br>**4584 Bunker Lane**<br>**Stow, OH 44224** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5118892 | | | Warranty | | | | |
| **David Raymond**<br>**8 Corduroy Rd**<br>**Essex Junction, VT 05452** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5097528 | | | Warranty | | | | |
| **David Robbins**<br>**P.O. Box 119  340 Popular Street NW**<br>**Bolivar, OH 44612** | - | | | | | | |
| | | | | | | | 250.00 |
| Account No. 5071978 | | | Warranty | | | | |
| **David Rosen**<br>**900 N. Kingsbury  #862**<br>**Chicago, IL 60610** | - | | | X | X | | |
| | | | | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. **1010** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 250.00 |

In re **Great Lakes Warranty Corporation** ,                     Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5110889 | | | | Warranty | | | | |
| David Sestak 3005 Brodhead Road #170 Bethlehem, PA 18020 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092294 | | | | Warranty | | | | |
| David Sielken 442 Hamilton Drive Stewartsville, NJ 08886 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5079866 | | | | Warranty | | | | |
| David Strang 347 E Lomavista Drive Tempe, AZ 85282 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5115953 | | | | Warranty | | | | |
| David Warner 422 Washington Avenue Lancaster, OH 43130 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5074945 | | | | Warranty | | | | |
| David Whybrew 924 E. Wescott Drive Phoenix, AZ 85024 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1011** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re  **Great Lakes Warranty Corporation**
_____,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5078730** | | | Warranty | | | | |
| **David Wisk**<br>**6 Fawn Court**<br>**Marlton, NJ 08053** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5127879** | | | Warranty | | | | |
| **David Zeigler Jr**<br>**1703 Southbound Dr**<br>**Swansea, SC 29160** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5128085** | | | Warranty | | | | |
| **David A Eller Jr**<br>**2950 18th St NW**<br>**Canton, OH 44708** | - | | | | | | |
| | | | | | | | **66.50** |
| Account No. **5119952** | | | Warranty | | | | |
| **David A Brush**<br>**132 Regency Court**<br>**Covington, OH 45318** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5122214** | | | Warranty | | | | |
| **David A Campbell**<br>**4 Easet Christy Dr**<br>**Mount Holly Springs, PA 17065** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **1012** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **66.50**

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5069581** | | | | Warranty | | | | |
| **David A Clemens** **2900 Wolff Dr** **Eden, NY 14057** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111471** | | | | Warranty | | | | |
| **David A Coffey** **20009 N Window Rock D** **Surprise, AZ 85374** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5046337** | | | | Warranty | | | | |
| **David A Conley** **1959 Trego Creek Rd** **Chillicothe, OH 45601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115199** | | | | Warranty | | | | |
| **David A Dotts** **919 Fawn Alley** **Houtzsale, PA 16651** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118650** | | | | Warranty | | | | |
| **David A Drum** **212 Cahllenge Lane** **Cheswick, PA 15024** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1013** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,                     Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103560** | | | | **Warranty** | | | | |
| **David A Ellison** **69523 Heils Lane** **Bridgeport, OH 43912** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111485** | | | | **Warranty** | | | | |
| **David A Forshay Jr** **5950 Deerfield AVe** **North Lawrence, OH 44666** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085472** | | | | **Warranty** | | | | |
| **David A Hawes** **813 Madison Avenue** **East Pittsburgh, PA 15112** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123095** | | | | **Warranty** | | | | |
| **David A Highland** **739 Mallard Dr** **Apollo, PA 15613** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094910** | | | | **Warranty** | | | | |
| **David A Hill** **218 Harrison Street** **Pottsville, PA 17901** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1014** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re  **Great Lakes Warranty Corporation**                                      ,  Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5092384** | | | **Warranty** | | | | |
| **David A Knight** **106 Tenth Street SW** **Massillon, OH 44647** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5117264** | | | **Warranty** | | | | |
| **David A Krysik** **248 St Patricks Road** **Worthington, PA 16262** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5110586** | | | **Warranty** | | | | |
| **David A Lockhart** **24969 Mountainbelle Road** **Coolville, OH 45720** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5085447** | | | **Warranty** | | | | |
| **David A Matzie** **396 Pennsylvania Avenue** **Rochester, PA 15074** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5118441** | | | **Warranty** | | | | |
| **David A Miramontes** **11105 Obee Rd** **Whitehouse, OH 43571** | - | | | | | | |
| | | | | | | | **97.41** |

Sheet no. **1015** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **97.41**

In re    **Great Lakes Warranty Corporation**                 ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093342** | | | **Warranty** | | | | |
| **David A Parker**<br>**365 Roslyn Street**<br>**Buffalo, NY 14215** | - | | | X | X | | 0.00 |
| Account No. **5086729** | | | **Warranty** | | | | |
| **David A Peterson**<br>**6162 Library Road  Apt 44**<br>**Bethel Park, PA 15102** | - | | | X | X | | 0.00 |
| Account No. **5072241** | | | **Warranty** | | | | |
| **David A Romero**<br>**39 W 482 West Mallory Drive**<br>**Geneva, IL 60134** | - | | | X | X | | 0.00 |
| Account No. **5112699** | | | **Warranty** | | | | |
| **David A Spade**<br>**934 Union Cemetery Road**<br>**Greensburg, PA 15601** | - | | | X | X | | 0.00 |
| Account No. **5120111** | | | **Warranty** | | | | |
| **David A Tutterrow**<br>**7389 Ivy Trails Cove**<br>**Olive Branch, MS 38654** | - | | | X | X | | 0.00 |

Sheet no. **1016** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                 0.00
(Total of this page)

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5058119** | | | Warranty | | | | |
| **David Abrahamian 241 Sunrise Blvd Williamsville, NY 14221** | - | | | | | | 1,069.60 |
| Account No. **5065418** | | | Warranty | | | | |
| **David Adamec 1570 N Prospect Ave  #710 Milwaukee, WI 53202** | - | | | | | | 631.00 |
| Account No. **5127635** | | | Warranty | | | | |
| **David Adams 14765 Twp Rd 202 Corning, OH 43730** | - | | | X | X | | 0.00 |
| Account No. **5117626** | | | Warranty | | | | |
| **David Anctil 620 W Chestnut Street West Chester, PA 19380** | - | | | X | X | | 0.00 |
| Account No. **5114347** | | | Warranty | | | | |
| **David Anderson 21 san diego Dr Magnolia, NJ 08049** | - | | | X | X | | 0.00 |

Sheet no. **1017** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,700.60**

In re __Great Lakes Warranty Corporation__ _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5104723 | | | | Warranty | | | | |
| David Andrew DuBois 232 Whiteford Way Lexington, SC 29072 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5079898 | | | | Warranty | | | | |
| David Appleby 1091 Hickory Ridge Lane Loveland, OH 45140 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127898 | | | | Warranty | | | | |
| David Atwood 803 Sprint Lane Camp Hill, PA 17011 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125012 | | | | Warranty | | | | |
| David B Allen 57427 Tr 261 W Lafayette, OH 43845 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103159 | | | | Warranty | | | | |
| David B Bayus 3100 Old Mill Road Hudson, OH 44236 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __1018__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation**     Case No. _____
                ,
          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5086226** | | | | Warranty | | | | |
| **David B Meneely** **171 Beauty Hill Road** **Barrington, NH 03825** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086355** | | | | Warranty | | | | |
| **David B Robins** **7551 Tagg Drive** **Germantown, TN 38138** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097961** | | | | Warranty | | | | |
| **David B Shuffelton** **1650 Cardo Road** **Fort Laramie, OH 45945** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087658** | | | | Warranty | | | | |
| **David B Zeller** **850 State Route 307 West** **Jefferson, OH 44047** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5069874** | | | | Warranty | | | | |
| **David Barhorst** **708 Arrowhead Dr** **Sidney, OH 45365** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1019** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126299** | | | Warranty | | | | |
| **David Barr**<br>**700 Center Avenue**<br>**Verona, PA 15147** | - | | | X | X | | 0.00 |
| Account No. **5095688** | | | Warranty | | | | |
| **David Beem**<br>**11263 Sandyville Road**<br>**Sandyville, OH 44671** | - | | | X | X | | 0.00 |
| Account No. **5115795** | | | Warranty | | | | |
| **David Bender**<br>**4 Golf Road**<br>**Myerstown, PA 17067** | - | | | X | X | | 0.00 |
| Account No. **5088689** | | | Warranty | | | | |
| **David Bennett**<br>**516 Mohawk Street**<br>**Allentown, PA 18103** | - | | | X | X | | 0.00 |
| Account No. **5101839** | | | Warranty | | | | |
| **David Biggs**<br>**470 Whitestone Road**<br>**Harmony, PA 16037** | - | | | X | X | | 0.00 |

Sheet no. **1020** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

_____ ,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5065142** | | | | Warranty | | | | |
| **David Blackmon** **1106 Pinehurst Drive** **Hartsville, SC 29550** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092681** | | | | Warranty | | | | |
| **David Blanchard** **2521 Riva Road  Suite D2** **Annapolis, MD 21401** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124099** | | | | Warranty | | | | |
| **David Blevins** **8631 Knauf Road** **Canfield, OH 44406** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127016** | | | | Warranty | | | | |
| **David Bliklen** **7311 N. 3rd Street** **Phoenix, AZ 85020** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111283** | | | | Warranty | | | | |
| **David Bobo** **11941 Hawks Nest Road** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1021** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5103594** | | | | Warranty | | | | |
| **David Bracken 106 Limestone Hill Road Connellsville, PA 15425** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093505** | | | | Warranty | | | | |
| **David Brasseur 18 W Williams Avenue Mansfield, OH 44902** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112644** | | | | Warranty | | | | |
| **David Breneman 3346 River Road Conestoga, PA 17516** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131226** | | | | Warranty | | | | |
| **David Brill 5292 Ridge Trail Clarkston, MI 78348** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124685** | | | | Warranty | | | | |
| **David Brooks 6341 Lemaster Road Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1022** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                            ,
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5047273** | | | | | Warranty | | | | |
| **David Bruce Bland 624 3rd St NE Washington, DC 20002** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5069845** | | | | | Warranty | | | | |
| **David Bunch 572 Gobey Rd Wartburg, TN 37887** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5127700** | | | | | Warranty | | | | |
| **David Byelene 408 22nd Street NW Canton, OH 44709** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5044380** | | | | | Warranty | | | | |
| **David Byers 289 Georgetown Ln Beaver, PA 15009** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5099489** | | | | | Warranty | | | | |
| **David Byers 601 Affirmed Court Crestview, FL 32539** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1023** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                            ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5114317 | | | | Warranty | | | | |
| David C Bidlack 42634 sand ridge Rd Albany, OH 45710 | - | | | | X | X | | 0.00 |
| Account No. 5093856 | | | | Warranty | | | | |
| David C Coleman 4745 Picadilly Street SW Canton, OH 44706 | - | | | | X | X | | 0.00 |
| Account No. 5121227 | | | | Warranty | | | | |
| David C Fitzgerald 345 ridgeley Circle SE Canton, Oh 44720 | - | | | | X | X | | 0.00 |
| Account No. 5077058 | | | | Warranty | | | | |
| David C Gazzetta 21730 Ridge Circle Elkhorn, NE 68022 | - | | | | X | X | | 0.00 |
| Account No. 5087798 | | | | Warranty | | | | |
| David C Gill 6031 Barnsley Cove Millington, TN 38053 | - | | | | X | X | | 0.00 |

Sheet no. 1024 of 4906 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109985** | | | Warranty | | | | |
| **David C Olson**<br>**1195 Treasure Lake**<br>**DuBois, PA 15801** | - | | | X | X | | 0.00 |
| Account No. **5113362** | | | Warranty | | | | |
| **David C Shipe**<br>**1727 West Main Street**<br>**Valley View, PA 17983** | - | | | | | | 1,260.00 |
| Account No. **5066108** | | | Warranty | | | | |
| **David Cain**<br>**2400 East County Down Dr**<br>**Chandler, AZ 85249** | - | | | X | X | | 0.00 |
| Account No. **5091421** | | | Warranty | | | | |
| **David Caines**<br>**107 Sand Piper Court**<br>**Midway, KY 40347** | - | | | | | | 577.45 |
| Account No. **5078488** | | | Warranty | | | | |
| **David Campbell**<br>**1444 Winterberry Street**<br>**Murfreesboro, TN 37130** | - | | | X | X | | 0.00 |

Sheet no. **1025** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,837.45**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5106462 | | | | | Warranty | | | | |
| David Caton 750 Magnolia Rd Hrellertown, PA 18055 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5114257 | | | | | Warranty | | | | |
| David Charles Morian 12111 Sperry Road Atlantic, PA 16111 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5129978 | | | | | Warranty | | | | |
| David Clark 7307 McClure Ave Pittsburgh, PA 15818 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5113076 | | | | | Warranty | | | | |
| David Coalbank 15629 N 17th Avenue Phoenix, AZ 85023 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5096491 | | | | | Warranty | | | | |
| David Coneway 609 Ginger Lane Elizabeth, PA 15037 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1026** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  0.00

In re **Great Lakes Warranty Corporation** ,

Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5116057 | | | | Warranty | | | | |
| David Connelly 619 Farragut Street  Apt C Millvale, PA 15209 | - | | | | X | X | | 0.00 |
| Account No. 5119491 | | | | Warranty | | | | |
| David Conti 7683 West County Rd 150  South Coatesville, IN 46121 | - | | | | X | X | | 0.00 |
| Account No. 5123301 | | | | Warranty | | | | |
| David Cooke 9205 Gillespie Street Philadelphia, PA 19114 | - | | | | X | X | | 0.00 |
| Account No. 5130791 | | | | Warranty | | | | |
| David Copeland 1116 Kerns Drive NE Apt B PO Box 5 Bolivar, OH 44612 | - | | | | X | X | | 0.00 |
| Account No. 5106532 | | | | Warranty | | | | |
| David Cotten 7103 Prairie Wind Drive Colorado Springs, CO 80923 | - | | | | X | X | | 0.00 |

Sheet no. **1027** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5131526** | | | | | **Warranty** | | | | |
| **David Cramer** **1517 McFarland Drive** **Landisville, PA 17538** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5112316** | | | | | **Warranty** | | | | |
| **David Cromley** **210 Regency Blvd** **Sugar Grove, IL 60554** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5129919** | | | | | **Warranty** | | | | |
| **David Cullen** **PO Box 174 Stadden Road** **Tannersville, PA 18372** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5109322** | | | | | **Warranty** | | | | |
| **David D Best** **1411 Priceville Road** **Gilbert, SC 29054** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5103540** | | | | | **Warranty** | | | | |
| **David D Dye** **8343 Nichols Road** **Windham, OH 44288** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1028** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085316** | | - | | **Warranty** | | | | |
| **David D Gallagher**<br>**145 Johnson Lane**<br>**Connnellsville, PA 15425** | | | | | | | | 93.86 |
| Account No. **5118337** | | - | | **Warranty** | | | | |
| **David D Lowry**<br>**17351 Millfield Rd**<br>**Millfield, OH 45761** | | | | | X | X | | 0.00 |
| Account No. **5110287** | | - | | **Warranty** | | | | |
| **David D Todorich**<br>**340 Black Hills Drive**<br>**Latrobe, PA 15650** | | | | | X | X | | 0.00 |
| Account No. **5091217** | | - | | **Warranty** | | | | |
| **David D Washington**<br>**204 Penfort Street**<br>**Pittsburgh, PA 15214** | | | | | X | X | | 0.00 |
| Account No. **5085589** | | - | | **Warranty** | | | | |
| **David Dahan**<br>**3625 Devonshire Rd**<br>**Allentown, PA 18103** | | | | | X | X | | 0.00 |

Sheet no. **1029** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **93.86**

In re   **Great Lakes Warranty Corporation**                              ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119671 | | | | Warranty | | | | |
| David Davis 58 S Weston Rd Troy, OH 45373 | - | | | | X | X | | 0.00 |
| Account No. 5130286 | | | | Warranty | | | | |
| David Day 1610 Quaterhorse Henderson, NV 89002 | - | | | | X | X | | 0.00 |
| Account No. 5131847 | | | | Warranty | | | | |
| David Deal 1221 CR8 Midland City, AL 36350 | - | | | | | | | 115.58 |
| Account No. 5131818 | | | | Warranty | | | | |
| David Dearwester 3534 Pine Oak Street Grove City, OH 43123 | - | | | | X | X | | 0.00 |
| Account No. 5082857 | | | | Warranty | | | | |
| David DeBiasse 4102 Wimbledon Circle Lawrence, KS 66047 | - | | | | X | X | | 0.00 |

Sheet no. **1030** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    115.58

In re **Great Lakes Warranty Corporation** Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5077445** | | | | | **Warranty** | | | | |
| **David Devore** **555 Williamson County Line Road** **Fairview, TN 37062** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5078073** | | | | | **Warranty** | | | | |
| **David Disabato** **4226 Ivey Hollow Court** **Denver, SC 28037** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5130560** | | | | | **Warranty** | | | | |
| **David Dodson** **568 Old Bachman Valley Road** **Westminster, MD 21157** | - | | | | | | | | |
| | | | | | | | | | **229.37** |
| Account No. **5132148** | | | | | **Warranty** | | | | |
| **David Duvall** **226 Brinks Drive** **Circleville, OH 43113** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5112819** | | | | | **Warranty** | | | | |
| **David E Balmat** **14 Rattlesnake Lane** **Andreas, PA 18211** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **1031** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**229.37**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5122872** | | | | | **Warranty** | | | | |
| **David E Bostic II** **70 Juniper Dr** **Etters, PA 17319** | - | | | | | X | X | | 0.00 |
| Account No. **5096883** | | | | | **Warranty** | | | | |
| **David E Emerick** **PO Box 209** **Ono, PA 17077** | - | | | | | X | X | | 0.00 |
| Account No. **5107362** | | | | | **Warranty** | | | | |
| **David E Filler** **3176 East High St** **Springfield, OH 45505** | - | | | | | X | X | | 0.00 |
| Account No. **5112641** | | | | | **Warranty** | | | | |
| **David E Hawk** **144 Pleasantview Drive** **Strausburg, PA 17579** | - | | | | | X | X | | 0.00 |
| Account No. **5120666** | | | | | **Warranty** | | | | |
| **David E Johnson** **21 Dixie Dr** **Mt Vernon, OH 43050** | - | | | | | X | X | | 0.00 |

Sheet no. **1032** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re __Great Lakes Warranty Corporation__ _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5094555** | | | | **Warranty** | | | | |
| **David E Jones**<br>**560 Inwood Drive**<br>**Mansfield, OH 44903** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120444** | | | | **Warranty** | | | | |
| **David E Keith**<br>**1784 Galusha Rd**<br>**Brockway, PA 15824** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5066233** | | | | **Warranty** | | | | |
| **David E Liprando**<br>**435 Fox Hill Street**<br>**Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087807** | | | | **Warranty** | | | | |
| **David E McElyea**<br>**831 Englewood Cove**<br>**Memphis, TN 38127** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093557** | | | | **Warranty** | | | | |
| **David E Moody**<br>**1728 Herbert Garrett Road**<br>**Cookeville, TN 38506** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __1033__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                              , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5082406** | | | | Warranty | | | | |
| **David E Phipps** **7361 Mercer Auglaize County Line Road** **St Marys, OH 45885** | | - | | | X | X | | 0.00 |
| Account No. **5095023** | | | | Warranty | | | | |
| **David E Ross** **620 Tie Plant Road** **Grenada, MS 38901** | | - | | | X | X | | 0.00 |
| Account No. **5083937** | | | | Warranty | | | | |
| **David E Shotts** **192 Lucas Pipeline Road** **Ruffs Dale, PA 15679** | | - | | | X | X | | 0.00 |
| Account No. **5116864** | | | | Warranty | | | | |
| **David E Simmons Jr** **4 Grandview Avenue** **Lancaster, PA 19603** | | - | | | X | X | | 0.00 |
| Account No. **5076850** | | | | Warranty | | | | |
| **David E Wilson** **221 Cottage Avenue** **Lemont Furnace, PA 15456** | | - | | | X | X | | 0.00 |

Sheet no. **1034** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5127194 | | | | Warranty | | | | |
| David E Womac 2096 Walker Valley Rd NW Charleston, TN 37310 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5065162 | | | | Warranty | | | | |
| David E. England 2307 Bluegrass Road Springfield, TN 37172 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5057816 | | | | Warranty | | | | |
| David Edwards P.O. Box 6082 Ketchum, ID 83340 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119965 | | | | Warranty | | | | |
| David Ellinwood 83 Broad St Charleston, SC 29402 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125655 | | | | Warranty | | | | |
| David Eugene Bender Jr. 17 Dante Street Bangor, PA 18013 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1035** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                          Case No. _____
                                                                                    ,
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131377** | | | | **Warranty** | | | | |
| **David Evans** **1390 Laubach Avenue** **Northampton, PA 18067** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110068** | | | | **Warranty** | | | | |
| **David Ewing** **2918 Rawle St** **Phledelphia, PA 19149** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5071321** | | | | **Warranty** | | | | |
| **David F Imhof** **2781 N Firestone Rd** **Wooster, OH 44691** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124708** | | | | **Warranty** | | | | |
| **David Ferringer** **578 Red Mill Road** **Kittaning, PA 16201** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113353** | | | | **Warranty** | | | | |
| **David Ferro** **934 Upland Avenue** **Reading, PA 19607** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1036** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5086575** | | | | Warranty | | | | |
| **David Figueroa**<br>**16250 W Davis Road**<br>**Surprise, AZ 85374** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124631** | | | | Warranty | | | | |
| **David Fisher**<br>**5842 Laura Avenue**<br>**Homeworth, OH 44634** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132691** | | | | Warranty | | | | |
| **David Fite**<br>**1717 Clearview Road**<br>**Pottstown, PA 19464** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126246** | | | | Warranty | | | | |
| **David Flournoy**<br>**12720 Comblain Road**<br>**Knoxville, TN 37934** | - | | | | | | | |
| | | | | | | | | 1,393.58 |
| Account No. **5126214** | | | | Warranty | | | | |
| **David Fuller**<br>**955 Mullen Avenue**<br>**Henderson, NV 89044** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1037** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,393.58

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095773** | | | Warranty | | | | |
| **David G Crow** **705 Centre Street** **Easton, PA 18042** | - | | | X | X | | 0.00 |
| Account No. **5102365** | | | Warranty | | | | |
| **David G Stubbs Jr** **232 Theobold Avenue** **Greensburg, PA 15601** | - | | | X | X | | 0.00 |
| Account No. **5096554** | | | Warranty | | | | |
| **David G Todorich** **131 Second Avenue** **Latrobe, PA 15650** | - | | | X | X | | 0.00 |
| Account No. **5102612** | | | Warranty | | | | |
| **David G Waite** **PO Box 251** **Bowmansville, PA 17507** | - | | | X | X | | 0.00 |
| Account No. **5112541** | | | Warranty | | | | |
| **David Garrison** **4509 Nebraska Avenue** **Nashville, TN 37209** | - | | | X | X | | 0.00 |

Sheet no. **1038** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124865** | | | Warranty | | | | |
| **David Gates 1850 Atlantic Drive Columbia, SC 29210** | - | | | X | X | | 0.00 |
| Account No. **5112462** | | | Warranty | | | | |
| **David Gay 12978 E Douglas Tucson, AZ 85641** | - | | | | | | 1,707.00 |
| Account No. **5097203** | | | Warranty | | | | |
| **David Geiler 100 Riverboat Row  #C 7 Newport, KY 41071** | - | | | X | X | | 0.00 |
| Account No. **5118599** | | | Warranty | | | | |
| **David Gergen 3375 e STreet Phoenix, AZ 85028** | - | | | X | X | | 0.00 |
| Account No. **5125300** | | | Warranty | | | | |
| **David Giancola 5661 Struthers Road Struthers, OH 44471** | - | | | X | X | | 0.00 |

Sheet no. **1039** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,707.00**

In re  **Great Lakes Warranty Corporation** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125748** | | | **Warranty** | | | | |
| **David Gibbs**<br>**2010 Ben Hill Court**<br>**Nolensville, TN 37135** | - | | | X | X | | **0.00** |
| Account No. **5112420** | | | **Warranty** | | | | |
| **David Gibson**<br>**3418 Plaza Candida**<br>**Sierra Vista, AZ 85650** | - | | | | | | **732.01** |
| Account No. **5130550** | | | **Warranty** | | | | |
| **David Glabb**<br>**877 Red Tail Ct**<br>**Leechburg, PA 15656** | - | | | X | X | | **0.00** |
| Account No. **5132437** | | | **Warranty** | | | | |
| **David Goblinger**<br>**430 Fayette Street**<br>**Latrobe, PA 15650** | - | | | X | X | | **0.00** |
| Account No. **5099624** | | | **Warranty** | | | | |
| **David Godfrey**<br>**6815 Vinewood #2**<br>**Cincinnati, OH 45227** | - | | | X | X | | **0.00** |

Sheet no. **1040** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **732.01**

In re   **Great Lakes Warranty Corporation**                                     ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5112289** | | | | **Warranty** | | | | |
| **David Graas** **2588 Gaines Court** **Tracy, CA 95377** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125274** | | | | **Warranty** | | | | |
| **David Graff** **450 State Road** **Geneva, OH 44041** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116468** | | | | **Warranty** | | | | |
| **David Groover** **4400 County Highway 83A W** **Freeport, FL 32439** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121997** | | | | **Warranty** | | | | |
| **David Gross** **1555 Minespring Lane** **Upper Black Eddy, PA 18972** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091766** | | | | **Warranty** | | | | |
| **David H McCord** **612 Hillsboro Road** **Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1041** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      **0.00**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5113799** | | | Warranty | | | | |
| **David H Smith** **164 Saint Paul Street** **Pittsburgh, PA 15203** | - | | | X | X | | 0.00 |
| Account No. **5085337** | | | Warranty | | | | |
| **David Hahne** **620 Comstock** **Seattle, WA 98109** | - | | | X | X | | 0.00 |
| Account No. **5117954** | | | Warranty | | | | |
| **David Haney** **134 Surevue Dr** **Murfreesboro, TN 37127** | - | | | X | X | | 0.00 |
| Account No. **5089903** | | | Warranty | | | | |
| **David Harmon** **42420 Rancho Las Palmas Drive** **Rancho Mirage, CA 92270** | - | | | X | X | | 0.00 |
| Account No. **5115730** | | | Warranty | | | | |
| **David Harris** **9437 S 47th Place** **Phoenix, AZ 85044** | - | | | | | | 960.03 |

Sheet no. **1042** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

960.03

In re **Great Lakes Warranty Corporation**                    Case No. _____
_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5072554** | | | | Warranty | | | | |
| **David Hayes** **2120 S Navajo Way** **Chandler, AZ 85248** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131909** | | | | Warranty | | | | |
| **David Heintucker** **Rd  Box 139** **Moundsville, WV 26041** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5076979** | | | | Warranty | | | | |
| **David Hettrick** **814 E Bellevue Ave** **Laureldale, PA 19605** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087274** | | | | Warranty | | | | |
| **David Hill** **1014 3rd Avenue** **Hellerstown, PA 18055** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101976** | | | | Warranty | | | | |
| **David Hill Sr.** **311 Morton Avenue** **Moundsville, WV 26041** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1043** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____ , Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5069335** | | | | | Warranty | | | | |
| **David Hilton** **88 Glenwood Drive** **North Kingstown, RI 02852** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5120393** | | | | | Warranty | | | | |
| **David Hilton** **874 Shady Hollow Circle** **Bloomfield hills, MI 48304** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5061594** | | | | | Warranty | | | | |
| **David Hitchens** **9710 Cumberland Rd.** **Pleasant City, OH 43772** | - | | | | | | | | |
| | | | | | | | | | **1,327.90** |
| Account No. **5092002** | | | | | Warranty | | | | |
| **David Holt** **95 Little Simmons Road** **Clarksdale, MS 38614** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5128432** | | | | | Warranty | | | | |
| **David Horan** **PO Box 103** **Lake Harmony, PA 18624** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **1044** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **1,327.90**

In re **Great Lakes Warranty Corporation**            Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123078**<br><br>**David Horn**<br>**PO Box 1430**<br>**Mayer, AZ 86333** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5132301**<br><br>**David Howard**<br>**4201 E Craig Rd #1046**<br>**N Las Vegas, NV 89030** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5127822**<br><br>**David Hoyack**<br>**2100 Enterprise Pkwy**<br>**Twinsburg, OH 44087** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5124789**<br><br>**David Huck**<br>**2101-9 Hill Road**<br>**Sellersville, PA 18960** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5065697**<br><br>**David Humphries**<br>**235 Bridge Street**<br>**Catasaqua, PA 18032** | - | | **Warranty** | | | | 2,510.00 |

Sheet no.**1045** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal<br>                             (Total of this page)        2,510.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096522** | | | Warranty | | | | |
| **David Hunt** **22536 La Quilla Drive** **Chatsworth, CA 91311** | - | | | X | X | | 0.00 |
| Account No. **5101354** | | | Warranty | | | | |
| **David Hunter** **816 Rosedale Street** **St Marys, OH 45885** | - | | | X | X | | 0.00 |
| Account No. **5130596** | | | Warranty | | | | |
| **David Hunter** **7716 Sunset Drive** **Harrisburg, PA 17112** | - | | | X | X | | 0.00 |
| Account No. **5087727** | | | Warranty | | | | |
| **David Hyland** **724 S Chester Ave** **Riverside, NJ 08075** | - | | | X | X | | 0.00 |
| Account No. **5109703** | | | Warranty | | | | |
| **David J Attenborough** **302 Deland Avenue** **Cape May, NJ 08204** | - | | | X | X | | 0.00 |

Sheet no.**1046** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5094674** | | | | **Warranty** | | | | |
| **David J Basista**<br>**504 Green Haven Ct**<br>**Pittsburgh, PA 15239** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112836** | | | | **Warranty** | | | | |
| **David J Black**<br>**8808 Indian Mound Road**<br>**Waterloo, SC 29384** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094577** | | | | **Warranty** | | | | |
| **David J Brockway**<br>**6151 Center Street  Apt 201**<br>**Mentor, OH 44060** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108129** | | | | **Warranty** | | | | |
| **David J Cohen**<br>**34 Savage Drive**<br>**Upper Holland, PA 19055** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114004** | | | | **Warranty** | | | | |
| **David J Cramer**<br>**1143 Tudor Drive**<br>**Breinigsville, PA 18031** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1047** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re  **Great Lakes Warranty Corporation**                                      ,  Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5101450** | | | | | Warranty | | | | |
| David J Eaton 13713 Daltrey Lane Charlotte, NC 28277 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5115583** | | | | | Warranty | | | | |
| David J Everson 2775 Woodside Drive Zanesville, OH 43701 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5120995** | | | | | Warranty | | | | |
| David J Farrow 50 Pine Grove Rd  PO Box 214 Peach Bottom, PA 17563 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5071680** | | | | | Warranty | | | | |
| David J Ford 1720 Supplee Rd Lansdale, PA 19446 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5115274** | | | | | Warranty | | | | |
| David J Goodwin II 2611 Township Road 218 Richmond, OH 43944 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1048** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5074378 | | | | Warranty | | | | |
| David J Gordon 6924 Talkeetna Court Atlanta, GA 30331 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5071708 | | | | Warranty | | | | |
| David J Kalkbrenner 9982 W. J.J. Ranch Raod Peoria, AZ 85383 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110106 | | | | Warranty | | | | |
| David J Kemerer 1129 Circle Dr Irwin, PA 15642 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114237 | | | | Warranty | | | | |
| David J Lawrence 109 North Second Street McSherrystown, PA 17344 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112352 | | | | Warranty | | | | |
| David J Maclin PO Box 211 Gallaway, TN 38036 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1049** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                     Case No. _____

_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5083871** | | | Warranty | | | | |
| **David J Ott**<br>**240 Valley View Drive**<br>**Fairfield, PA 17320** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5087124** | | | Warranty | | | | |
| **David J Schaefer**<br>**69 South Berne Street**<br>**Schuylkill Haven, PA 17972** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5127699** | | | Warranty | | | | |
| **David J Schmidt**<br>**1718 Briarwood Lane**<br>**Pittsburgh, PA 15239** | - | | | | | | |
| | | | | | | | **95.00** |
| Account No. **5117265** | | | Warranty | | | | |
| **David J Spangenberg**<br>**PO Box 215   5743 Lower York Road**<br>**Lahaska, PA 18931** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5097168** | | | Warranty | | | | |
| **David J Wachalec**<br>**3326 Shelly Drive**<br>**Mansfield, OH 44903** | - | | | | | | |
| | | | | | | | **373.00** |

Sheet no. **1050** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          **468.00**

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124004** | | | | **Warranty** | | | | |
| **David Jackel 160 Raymaley Rd Harrison City, PA 15636** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130344** | | | | **Warranty** | | | | |
| **David James 915 South Firetower Road Florence, SC 29506** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5038397** | | | | **Warranty** | | | | |
| **David Jan Williams 207Gen Stonewall Jackson Stanley, NC 28164** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111312** | | | | **Warranty** | | | | |
| **David Jankowski 344 Marzolf Road Pittsburgh, PA 15209** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109461** | | | | **Warranty** | | | | |
| **David Jarvis 4525 West Sandra Terrace Glendale, AZ 52306** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1051** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re  **Great Lakes Warranty Corporation**                                  ,   Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131865** | | | Warranty | | | | |
| **David Johnson** **424 Mertland Avenue** **Dayton, OH 45431** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131822** | | | Warranty | | | | |
| **David Jones** **121 Lincoln Road** **Chambersburg, PA 17201** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110063** | | | Warranty | | | | |
| **David K Alaback** **3210 Arbor Road SW** **Canton, OH 44710** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5083798** | | | Warranty | | | | |
| **David K Andrews** **209 King Arthur Circle** **Franklin, TN 37067** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132030** | | | Warranty | | | | |
| **David Kane** **60 Riverbank Drive** **Roebling, NJ 08554** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1052** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089912** | | | Warranty | | | | |
| **David Karl Wochner** **716 E Erie Drive** **Tempe, AZ 85282** | - | | | X | X | | 0.00 |
| Account No. **5062144** | | | Warranty | | | | |
| **David Kelly** **2081 Northside Drive** **Charleston, SC 29407** | - | | | | | | 95.00 |
| Account No. **5094512** | | | Warranty | | | | |
| **David King** **57 W Moser Avenue** **Coaldale, PA 18218** | - | | | X | X | | 0.00 |
| Account No. **5076032** | | | Warranty | | | | |
| **David Kirk Groome** **7419 Maple Street** **New Orleans, LA 70118** | - | | | | | | 207.40 |
| Account No. **5086942** | | | Warranty | | | | |
| **David Kirkwood** **322 Huntley Drive** **Los Angeles, CA 90048** | - | | | | | | 119.50 |

Sheet no. **1053** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 421.90

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5129129 | | | | Warranty | | | | |
| David Kissel 1516 South Street Rockton, PA 15856 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103924 | | | | Warranty | | | | |
| David Koch 1716 Glenwillow Street Las Vegas, NV 89117 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112704 | | | | Warranty | | | | |
| David Kommer 1275 Deal Road Mansfield, OH 44903 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093353 | | | | Warranty | | | | |
| David Koon 7248 Bennell Dr Reynoldsburg, OH 43068 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131358 | | | | Warranty | | | | |
| David Korb 6276 Youngstown Drive Hubbard, OH 44425 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1054** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5072401** | | | **Warranty** | | | | |
| **David Kurland** **9241 Collins Ave  Apt 14** **Surfside, FL 33154** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132585** | | | **Warranty** | | | | |
| **David L Brabham Jr** **124 Eden Lane** **Cheraw, SC 29550** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5089719** | | | **Warranty** | | | | |
| **David L Cole** **932 Sharp Hollow Road** **Sevierville, TN 37862** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5092601** | | | **Warranty** | | | | |
| **David L Driscoll** **1076 Marla Avenue** **Logan, OH 43138** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110524** | | | **Warranty** | | | | |
| **David L Earl** **720 Martin St** **Maryville, TN 37804** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1055** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5116333 | | | Warranty | | | | |
| David L Gibbons 222 Meredith Street Pittsburgh, PA 15210 | - | | | X | X | | 0.00 |
| Account No. 5076495 | | | Warranty | | | | |
| David L Gudel 119 Jefferson Pike Brownsville, PA 15417 | - | | | | | | 469.60 |
| Account No. 5100209 | | | Warranty | | | | |
| David L Heighton 30713 Stewart Hollow Road Middleport, OH 45760 | - | | | X | X | | 0.00 |
| Account No. 5101787 | | | Warranty | | | | |
| David L Heilman 404 Whitetail Trail NE Canton, OH 44704 | - | | | X | X | | 0.00 |
| Account No. 5109195 | | | Warranty | | | | |
| David L Hrovatic III 27296 Weaver Road East Rochester, OH 44625 | - | | | X | X | | 0.00 |

Sheet no. **1056** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

469.60

In re  **Great Lakes Warranty Corporation**                                    ,      Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5104299 | | Warranty | | | | | | |
| David L Joyce Jr 1621 Crosslynne Avenue Oaklyn, NJ 08107 | - | | | | X | X | | 0.00 |
| Account No. 5098487 | | Warranty | | | | | | |
| David L Kleyn 5643 Kemerer Hollow Road Export, PA 15632 | - | | | | X | X | | 0.00 |
| Account No. 5095237 | | Warranty | | | | | | |
| David L Kubancik 3877 Grandview Avenue Shadyside, OH 43947 | - | | | | | | | 60.00 |
| Account No. 5099982 | | Warranty | | | | | | |
| David L Mataka 115 S Wayne Street Orwigsburg, PA 17961 | - | | | | X | X | | 0.00 |
| Account No. 5094667 | | Warranty | | | | | | |
| David L McCurdy 242 Georgetown Court Royersford, PA 19468 | - | | | | X | X | | 0.00 |

Sheet no. **1057** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **60.00**

In re **Great Lakes Warranty Corporation**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130976** | | | Warranty | | | | |
| **David L McQuay** **2275 Linden Rd** **York, PA 17408** | - | | | X | X | | 0.00 |
| Account No. **5097485** | | | Warranty | | | | |
| **David L Pfrommer** **9 Oak Hollow Court** **Columbia, SC 29209** | - | | | X | X | | 0.00 |
| Account No. **5124110** | | | Warranty | | | | |
| **David L Rawlinson** **1080 W Oak Dr** **Rock Hill, SC 29732** | - | | | X | X | | 0.00 |
| Account No. **5101348** | | | Warranty | | | | |
| **David L Richards Jr** **7294 Forest Hill Avenue** **Poland, OH 44514** | - | | | X | X | | 0.00 |
| Account No. **5120673** | | | Warranty | | | | |
| **David L Riley** **5435 Canal Rd** **Pleasantville, OH 43148** | - | | | X | X | | 0.00 |

Sheet no. **1058** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    Case No. _____
                                                              ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5117491 | | Warranty | | | | | | | |
| David L Schwartz 53 Kennedy Boulevard Taylor, PA 18504 | - | | | | | X | X | | 0.00 |
| Account No. 5095379 | | Warranty | | | | | | | |
| David L Stout 96 Third Street  PO Box 5 Gouldsboro, PA 18424 | - | | | | | X | X | | 0.00 |
| Account No. 5123767 | | Warranty | | | | | | | |
| David L Ward 29348 CR 25 Warsaw, OH 43844 | - | | | | | X | X | | 0.00 |
| Account No. 5082870 | | Warranty | | | | | | | |
| David L Yanacek 216 Golf Road Tamaqua, PA 18252 | - | | | | | | | | 216.73 |
| Account No. 5066330 | | Warranty | | | | | | | |
| David Lauber 59 Gloria Drive Allendale, NJ 07401 | - | | | | | | | | 4,450.08 |

Sheet no. **1059** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,666.81

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5062783** | | | | Warranty | | | | |
| **David Leach**<br>**320 Chenoweth Dr**<br>**Simpsonville, SC 29681** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124733** | | | | Warranty | | | | |
| **David Lee**<br>**3221 Newberry Place**<br>**Troy, MI 48084** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095429** | | | | Warranty | | | | |
| **David Lee Frame**<br>**123 Donald Street**<br>**Nashville, TN 37207** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094217** | | | | Warranty | | | | |
| **David Leid**<br>**4110 Snyder Road**<br>**Galion, OH 44833** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5072426** | | | | Warranty | | | | |
| **David Lemelman**<br>**9278 NW 40th St**<br>**Coral Springs, FL 33065** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1060** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5117643** | | | **Warranty** | | | | |
| **David Lenard 850 Manifold Road Washington, PA 15301** | - | | | X | X | | 0.00 |
| Account No. **5113668** | | | **Warranty** | | | | |
| **David Leneveu 11723 Kemperwoods Drive Cincinnati, OH 45249** | - | | | X | X | | 0.00 |
| Account No. **5130113** | | | **Warranty** | | | | |
| **David Leon Azicri 4000 Ridgewood Dr Erie, PA 16506** | - | | | | | | 232.80 |
| Account No. **5049460** | | | **Warranty** | | | | |
| **David Leroy Hopkins 1339 S Edgewater Dr Charleston, SC 29407** | - | | | | | | 293.00 |
| Account No. **5119238** | | | **Warranty** | | | | |
| **David Levering 4548 Marcellus St NW Canton, OH 44708** | - | | | X | X | | 0.00 |

Sheet no. **1061** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **525.80**

In re **Great Lakes Warranty Corporation**                    Case No. _____
_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5083154** | | | | **Warranty** | | | | |
| **David Lewis** **7522 Celina St NW** **Massillon, OH 44646** | - | | | | | | | 58.00 |
| Account No. **5094924** | | | | **Warranty** | | | | |
| **David Lickey** **4141 NE Alameda** **Portland, OR 97212** | - | | | | X | X | | 0.00 |
| Account No. **5125314** | | | | **Warranty** | | | | |
| **David Linck** **3390 Mustang** **Las Vegas, NV 89108** | - | | | | X | X | | 0.00 |
| Account No. **5111693** | | | | **Warranty** | | | | |
| **David Lipnicky** **448 Antenor Avenue** **Pittsburgh, PA 15210** | - | | | | X | X | | 0.00 |
| Account No. **5120733** | | | | **Warranty** | | | | |
| **David Lippert** **8816 Tamarack Dr** **Meadville, PA 16335** | - | | | | X | X | | 0.00 |

Sheet no. **1062** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    58.00

In re **Great Lakes Warranty Corporation**                                  , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5110937 | | | | Warranty | | | | |
| David Longley 105 Brookline Court Franklin, TN 37069 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106772 | | | | Warranty | | | | |
| David M Baker II 51053 Richardson Avenue Negley, OH 44441 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107341 | | | | Warranty | | | | |
| David M Beard 17754 State Route 198 Wapakoneta, OH 45895 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109356 | | | | Warranty | | | | |
| David M Beatty 214 Yarrow Lane Pittsburgh, PA 15236 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105076 | | | | Warranty | | | | |
| David M Blauch 190 Sagamore Hill Road Pittsburgh, PA 15239 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1063** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5117998 | | | Warranty | | | | |
| David M Burns 6687 Parma Park Blvd Parma Heights, OH 44130 | - | | | X | X | | 0.00 |
| Account No. 5097109 | | | Warranty | | | | |
| David M Bush 519 Finley Street Pittsburgh, PA 15206 | - | | | | | | 557.25 |
| Account No. 5120256 | | | Warranty | | | | |
| David M Greer 11 White Rd Cheswick, PA 15024 | - | | | | | | 1,229.77 |
| Account No. 5095838 | | | Warranty | | | | |
| David M Hufford 416 Sunnyside Road Smyrna, DE 19977 | - | | | | | | 1,295.00 |
| Account No. 5096578 | | | Warranty | | | | |
| David M Karpinski 812 Dohrman Street McKees Rocks, PA 15136 | - | | | | | | 54.50 |

Sheet no. 1064 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 3,136.52

In re **Great Lakes Warranty Corporation**                    Case No. _____
_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5123355 | | | | Warranty | | | | |
| David M Maggi 3530 W Pittsburgh Rd New Castle, PA 16101 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104377 | | | | Warranty | | | | |
| David M Pack 1009 Wiiloughby Way Nashville, TN 37221 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5088353 | | | | Warranty | | | | |
| David M Penton 495 Belinda Parkway Mt Juliet, TN 37122 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5115135 | | | | Warranty | | | | |
| David M Short 330 Livermore Road Blairsville, PA 15717 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099722 | | | | Warranty | | | | |
| David M Tesche 340 Lynn Avenue Landisville, PA 17538 | - | | | | | | | |
| | | | | | | | | 589.41 |

Sheet no. **1065** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    589.41

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5117983 | | | | Warranty | | | | |
| David M Weaver 78 Spruce St Natrona Heights, PA 15065 | - | | | | X | X | | 0.00 |
| Account No. 5089958 | | | | Warranty | | | | |
| David M Wilson 223 Hidden Brook Drive Sweetwater, TN 37874 | - | | | | X | X | | 0.00 |
| Account No. 5095863 | | | | Warranty | | | | |
| David M Yurtin 128 Marshall Place New Castle, PA 16101 | - | | | | X | X | | 0.00 |
| Account No. 5085638 | | | | Warranty | | | | |
| David Madochick 1202 Lehigh Avenue Allentown, PA 18103 | - | | | | | | | 607.26 |
| Account No. 5097932 | | | | Warranty | | | | |
| David Magill 8841 US Route 220 Bedford, PA 15522 | - | | | | X | X | | 0.00 |

Sheet no. **1066** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **607.26**

In re   **Great Lakes Warranty Corporation**              ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124484** | | | Warranty | | | | |
| **David Maneval** **50 Lambert Street** **Pittston, PA 18640** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5073140** | | | Warranty | | | | |
| **David Mark Hudson** **497 Martin Road** **White House, TN 37188** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5126147** | | | Warranty | | | | |
| **David Martell Jr.** **632 Pine Street** **Reading, PA 19602** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5128785** | | | Warranty | | | | |
| **David Marzich** **5627 Wallings Rd** **North Royalton, OH 44133** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5125795** | | | Warranty | | | | |
| **David Masters** **4094 Green Park Drive** **Mount Joy, PA 17552** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **1067** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation** _____,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5129556** | | | | **Warranty** | | | | |
| **David Mathes**<br>**2858 West 34th**<br>**Erie, PA 16506** | - | | | | X | X | | 0.00 |
| Account No. **5127065** | | | | **Warranty** | | | | |
| **David Matko**<br>**332 Main Street PO Box136**<br>**Arcada, PA 15712** | - | | | | X | X | | 0.00 |
| Account No. **5125060** | | | | **Warranty** | | | | |
| **David Matthew McGraw**<br>**3438 Emanual Church Rd**<br>**Lexington, SC 29073** | - | | | | X | X | | 0.00 |
| Account No. **5086093** | | | | **Warranty** | | | | |
| **David McAllister**<br>**18 Brook Hollow**<br>**Sinking Spring, PA 19608** | - | | | | X | X | | 0.00 |
| Account No. **5125692** | | | | **Warranty** | | | | |
| **David McCain Jr.**<br>**388 High Street**<br>**Smithfield, OH 43948** | - | | | | X | X | | 0.00 |

Sheet no. **1068** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5070076** | | | Warranty | | | | |
| **David McClellan**<br>**1846 Tahoe Dr**<br>**Xenia, OH 45385** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5114274 | | | Warranty | | | | |
| **David McCown**<br>**6535 Oak Park Drive**<br>**Memphis, TN 38134** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5127134 | | | Warranty | | | | |
| **David McCoy Jr.**<br>**327 West Federal Street**<br>**Allentown, PA 18103** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5071019 | | | Warranty | | | | |
| **David McCranie**<br>**8553 Wide Rd**<br>**Tallahassee, FL 32305** | - | | | | | | |
| | | | | | | | 268.98 |
| Account No. 5123141 | | | Warranty | | | | |
| **David McDermot**<br>**133 8th Ave**<br>**West Mifflin, PA 15722** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**1069** of **4906** sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)                   268.98

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5058256** | | | | | Warranty | | | | |
| **David McGill** **6102 Alpine St** **District Heights, MD 20747** | - | | | | | | | | 1,424.00 |
| Account No. 5128165 | | | | | Warranty | | | | |
| **David McGoogan** **40886 Bonesville School Road** **Leetonia, OH 44431** | - | | | | | X | X | | 0.00 |
| Account No. 5127323 | | | | | Warranty | | | | |
| **David McHale** **113 Shoemaker Street** **Dumore, PA 18512** | - | | | | | X | X | | 0.00 |
| Account No. 5124282 | | | | | Warranty | | | | |
| **David McLean** **214 Luella Avenue** **Charleroi, PA 15022** | - | | | | | X | X | | 0.00 |
| Account No. 5103619 | | | | | Warranty | | | | |
| **David Megela** **3139 Westborn Street** **Pittsburgh, PA 15212** | - | | | | | | | | 225.50 |

Sheet no. **1070** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,649.50

In re **Great Lakes Warranty Corporation**　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103101** | | | | **Warranty** | | | | |
| **David Messerschmidt 20 North Second Street Saint Clair, PA 17970** | - | | | | X | X | | 0.00 |
| Account No. **5124642** | | | | **Warranty** | | | | |
| **David Metcalf 4907 W. South Range Road Canfield, OH 44406** | - | | | | | | | 209.50 |
| Account No. **5075066** | | | | **Warranty** | | | | |
| **David Metz 636 Bell Street New Kensington, PA 15068** | - | | | | X | X | | 0.00 |
| Account No. **5085418** | | | | **Warranty** | | | | |
| **David Michael Anderson 5633 Montelle Lane Nashville, TN 37211** | - | | | | X | X | | 0.00 |
| Account No. **5086765** | | | | **Warranty** | | | | |
| **David Michalak 113 West Road Cranesville, PA 16410** | - | | | | X | X | | 0.00 |

Sheet no. __1071__ of __4906__ sheets attached to Schedule of　　　　　　　　Subtotal　　　　　| 209.50
Creditors Holding Unsecured Nonpriority Claims　　　　　　　　　　(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　　　　　　Best Case Bankruptcy

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5068258** | | | Warranty | | | | |
| **David Michals** **6703 Sawtooth Drive** **Ooltewah, TN 37363** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126664** | | | Warranty | | | | |
| **David Mikula** **7803 Spectrum Drive** **McKinney, TX 75070** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130973** | | | Warranty | | | | |
| **David Miller** **12808 Finley Avenue** **Meadville, PA 16335** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5065309** | | | Warranty | | | | |
| **David Milling** **3560 Rockwood Place** **Johns Island, SC 29455** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131100** | | | Warranty | | | | |
| **David Minnich** **10332 Allentown Blvd** **Grantville, PA 17028** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1072** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                     0.00

In re **Great Lakes Warranty Corporation** ,          Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5069878** | | | | **Warranty** | | | | |
| **David Moore** **950 S Alcony Conover Rd** **Troy, OH 45373** | - | | | | X | X | | 0.00 |
| Account No. **5071925** | | | | **Warranty** | | | | |
| **David Moss** **8253 High St. N.E.** **Warren, OH 44484** | - | | | | X | X | | 0.00 |
| Account No. **5073814** | | | | **Warranty** | | | | |
| **David N Clarizio** **1910 Leland Avenue   Apt B** **Baltimore, MD 21220** | - | | | | X | X | | 0.00 |
| Account No. **5118064** | | | | **Warranty** | | | | |
| **David N Wagner** **318 North Front Street** **Minersville, PA 17954** | - | | | | | | | 489.30 |
| Account No. **5093273** | | | | **Warranty** | | | | |
| **David N Wathe** **24 Morningside Drive** **Middletown, NY 10941** | - | | | | X | X | | 0.00 |

Sheet no. **1073** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          489.30

In re **Great Lakes Warranty Corporation**                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5130172** | | | | Warranty | | | | |
| **David Nelson** **820 Audrey Place** **Dayton, OH 45408** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5047224** | | | | Warranty | | | | |
| **David Nelson** **514 Saint Anns Lane** **Exton, PA 19341** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131276** | | | | Warranty | | | | |
| **David Nelson** **110 Gore Road** **Onalaska, WA 98570** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116430** | | | | Warranty | | | | |
| **David Neu** **1155 Ben Hill Boulevard** **Nolensville, TN 37135** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126411** | | | | Warranty | | | | |
| **David Neukirch** **117 Nanticoke Court** **Shamong, NJ 08088** | - | | | | | | | |
| | | | | | | | | 174.26 |

Sheet no. **1074** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                          174.26
(Total of this page)

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5109774** | | **Warranty** | | | | | | | |
| **David Nicgorski** **1609 Fifth Street** **Beaver Falls, PA 15010** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5108737** | | **Warranty** | | | | | | | |
| **David Oates** **11 Lee Road  2082** **Phenix City, AL 36870** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5130008** | | **Warranty** | | | | | | | |
| **David Olson Jr** **1195 Treasure Lake** **DuBois, PA 15801** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5047575** | | **Warranty** | | | | | | | |
| **David Orantes** **1935 Coronado Circle** **Bullhead City, AZ 86442** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5088255** | | **Warranty** | | | | | | | |
| **David Orlowski** **8714 Sharon Drive** **Scottsdale, AZ 85260** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**1075**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **0.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5108055** | | | | Warranty | | | | |
| **David Oshura** **RR1 Box 16E** **Whote Haven, PA 18661** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120605** | | | | Warranty | | | | |
| **David P Devine** **33 Summit Ave** **Reading, PA 19605** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108822** | | | | Warranty | | | | |
| **David P Harden** **708 North Maple Street** **Lancaster, OH 43130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105719** | | | | Warranty | | | | |
| **David P Matako Jr** **1731 Lincoln Way NW  Apt 2B** **Massillon, OH 44647** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114001** | | | | Warranty | | | | |
| **David P Price** **214 Morning Glory Rd** **Ruckersville, VA 22968** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1076** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5094558** | | | | Warranty | | | | |
| **David P Shefton** **915 N Fifth Street** **Reading, PA 19601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119421** | | | | Warranty | | | | |
| **David Packer** **8371 E Olive Anne** **Yuma, AZ 85365** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107907** | | | | Warranty | | | | |
| **David Perecko** **1425 Fourth Street** **Monongahela, PA 15863** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118435** | | | | Warranty | | | | |
| **David Peters** **4282 Mark Rd  NE** **Mechanicsburg, OH 44651** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131609** | | | | Warranty | | | | |
| **David Pfeifer** **3840 Iverson Lane** **North Las Vegas, NV 89032** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1077** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                              Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5127307** | | | | | **Warranty** | | | | |
| **David Pitaro** **264 Shafer Rd** **Coraopolis, PA 15108** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5125833** | | | | | **Warranty** | | | | |
| **David Powell** **9123 Rue De Fluer** **Denham Springs, LA 70706** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5091475** | | | | | **Warranty** | | | | |
| **David Pozzutto** **1262 Hidden Lakes Drive** **Mt Pleasant, SC 29464** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5131492** | | | | | **Warranty** | | | | |
| **David Price** **2340 East Brook Road #8** **New Castle, PA 16105** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5128181** | | | | | **Warranty** | | | | |
| **David Price** **3396 Hwy 11 S** **Riceville, TN 37370** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **1078** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re   **Great Lakes Warranty Corporation**              ,      Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5075962** | | | | **Warranty** | | | | |
| **David Prudden** **1008 E Franklin Street** **Troy, OH 45373** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5095758** | | | | **Warranty** | | | | |
| **David R Alton** **91 Front Street** **Schuylkill Haven, PA 17972** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5098562** | | | | **Warranty** | | | | |
| **David R Dimond** **12155 Old Mill Road** **Spencer, OH 44275** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121931** | | | | **Warranty** | | | | |
| **David R Goff** **508 Fairoaks Blvd** **Mansfield, OH 44907** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089996** | | | | **Warranty** | | | | |
| **David R Grill** **231 Moniger Road** **Washington, PA 15301** | - | | | | | | | |
| | | | | | | | | **302.36** |

Sheet no. **1079** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

          Subtotal                **302.36**
(Total of this page)

In re  **Great Lakes Warranty Corporation**                                ,         Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106748** | | | | **Warranty** | | | | |
| **David R Kates 414 Strope Road Burgettstown, PA 15021** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108961** | | | | **Warranty** | | | | |
| **David R Rice 668 Glen Run Drive Atglen, PA 19310** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091405** | | | | **Warranty** | | | | |
| **David R Weidinger 2102 State Route 152 Dillonvale, OH 43917** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119837** | | | | **Warranty** | | | | |
| **David R Willis 331 Mapletree Dr Knoxville, TN 37934** | - | | | | | | | |
| | | | | | | | | **245.50** |
| Account No. **5115874** | | | | **Warranty** | | | | |
| **David R Withrow 1068 Lakemont Drive Bridgeville, PA 15017** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1080** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **245.50**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5116459 | | | | Warranty | | | | |
| David Ramirez 3433 Morrow Drive Bensalem, PA 19020 | - | | | | | | | 527.16 |
| Account No. 5092817 | | | | Warranty | | | | |
| David Randall Raymond 527 Westover Road Columbia, SC 29210 | - | | | | X | X | | 0.00 |
| Account No. 5064967 | | | | Warranty | | | | |
| David Rankin Jr. 6912 Wood Street Crestline, OH 44827 | - | | | | X | X | | 0.00 |
| Account No. 5124554 | | | | Warranty | | | | |
| David Reconnu 291 Twin Bridges Charleroi, PA 15022 | - | | | | X | X | | 0.00 |
| Account No. 5087716 | | | | Warranty | | | | |
| David Renner 6720 Chestnut Hill Road Coopersburg, PA 18036 | - | | | | X | X | | 0.00 |

Sheet no. **1081** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          527.16

In re **Great Lakes Warranty Corporation** , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5081238** | | | | | Warranty | | | | |
| **David Richards 1275 Jolly Rd Wellston, OH 45692** | - | | | | | X | X | | 0.00 |
| Account No. **5058501** | | | | | Warranty | | | | |
| **David Richardson 1 Aiken St Charleston, SC 29403** | - | | | | | X | X | | 0.00 |
| Account No. **5108990** | | | | | Warranty | | | | |
| **David Ritchey 13692 Cunningham Drive Westfield, IN 46074** | - | | | | | X | X | | 0.00 |
| Account No. **5117484** | | | | | Warranty | | | | |
| **David Robinson 5011 Lausanne Ddrive Dayton, OH 45458** | - | | | | | X | X | | 0.00 |
| Account No. **5052598** | | | | | Warranty | | | | |
| **David Rock 32640 Shadowbrook Dr. Solon, OH 44139** | - | | | | | X | X | | 0.00 |

Sheet no. **1082** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5066491** | | | **Warranty** | | | | |
| **David Ross** **4215 Harding Road #104** **Nashville, TN 37205** | - | | | X | X | | 0.00 |
| Account No. **5132253** | | | **Warranty** | | | | |
| **David Rubauer** **700 East 1st Street Apt 6** **Birdsboro, PA 19508** | - | | | X | X | | 0.00 |
| Account No. **5099743** | | | **Warranty** | | | | |
| **David S Harner** **2028 Hill Road** **Perkiomenville, PA 18074** | - | | | X | X | | 0.00 |
| Account No. **5117349** | | | **Warranty** | | | | |
| **David S Miller** **1324 Horseshoe Boulevard** **Mt Pleasant, SC 29466** | - | | | X | X | | 0.00 |
| Account No. **5129021** | | | **Warranty** | | | | |
| **David S Puskan** **159 Truxall Rd** **Apollo, PA 15613** | - | | | X | X | | 0.00 |

Sheet no. __**1083**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         0.00

In re   **Great Lakes Warranty Corporation**              ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093094** | | | Warranty | | | | |
| **David S Rice Jr** **604 Burton Drive** **Anderson, SC 29625** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5098324** | | | Warranty | | | | |
| **David S Ruckert** **1347 Lovi Road** **Freedom, PA 15042** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5117820** | | | Warranty | | | | |
| **David S Szedon Sr** **7 Davis Road** **Monongahela, PA 15063** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5115290** | | | Warranty | | | | |
| **David Salyers** **531 Shearwater Drive** **Richmond, KY 40475** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5055607** | | | Warranty | | | | |
| **David Sanders** **5647 Candlwood** **Houston, TX 77056** | - | | | | | | |
| | | | | | | | **616.00** |

Sheet no. **1084** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal           
(Total of this page)           **616.00**

In re **Great Lakes Warranty Corporation** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5098876** | | | | **Warranty** | | | | |
| **David Saucedo** **12237 Tierra Rosa** **El Paso, TX 79938** | - | | | | X | X | | 0.00 |
| Account No. **5101711** | | | | **Warranty** | | | | |
| **David Sborz** **141S Third Street** **Minersville, PA 17954** | - | | | | X | X | | 0.00 |
| Account No. **5125826** | | | | **Warranty** | | | | |
| **David Schiavone** **211 Garland way** **Chestertown, MD 21620** | - | | | | X | X | | 0.00 |
| Account No. **5083880** | | | | **Warranty** | | | | |
| **David Schmutz** **677 Vernon Avenue** **Nashville, TN 37209** | - | | | | | | | 200.00 |
| Account No. **5107152** | | | | **Warranty** | | | | |
| **David Schnier** **451 S Hawes Road  #19** **Mesa, AZ 85208** | - | | | | X | X | | 0.00 |

Sheet no. **1085** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

200.00

In re **Great Lakes Warranty Corporation** ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131581** | | | | **Warranty** | | | | |
| **David Schoettle** **328 Reading Avenue** **Boyertown, PA 19512** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5077395** | | | | **Warranty** | | | | |
| **David Seligman** **504 Belle Meade Boulevard** **Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131709** | | | | **Warranty** | | | | |
| **David Sellers** **125 Huron Avenue** **Mount Clemens, MI 48043** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116147** | | | | **Warranty** | | | | |
| **David Senn** **18 Villa Jardin** **San Antonio, TX 78230** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5100170** | | | | **Warranty** | | | | |
| **David Shaum** **P.O. Box 2653** **Mansfield, OH 44903** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1086** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re **Great Lakes Warranty Corporation**                              Case No. _____
                                                          ,
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131923** | | | | **Warranty** | | | | |
| **David Shaum** **4351 Tommy Lane** **Manfield, OH 44906** | | - | | | X | X | | 0.00 |
| Account No. **5126801** | | | | **Warranty** | | | | |
| **David Shelkey** **255 6th Avenue** **New Kensington, PA 15068** | | - | | | X | X | | 0.00 |
| Account No. **5095250** | | | | **Warranty** | | | | |
| **David Sherman** **3376 Marie Jones Road** **Springfield, TN 37172** | | - | | | X | X | | 0.00 |
| Account No. **5108306** | | | | **Warranty** | | | | |
| **David Shiers** **45695 67th Road** **Gibbon, NE 68840** | | - | | | X | X | | 0.00 |
| Account No. **5121465** | | | | **Warranty** | | | | |
| **David Shipula** **222 Lyndwood Ave** **Hanover Twp, PA 18706** | | - | | | X | X | | 0.00 |

Sheet no.**1087** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126584** | | | Warranty | | | | |
| **David Silbaugh** **143 Mallory Blvd** **New Bloomfield, PA 17068** | | - | | X | X | | 0.00 |
| Account No. **5127903** | | | Warranty | | | | |
| **David Simononis** **609 Mews Drive** **Perasie, PA 18944** | | - | | X | X | | 0.00 |
| Account No. **5125296** | | | Warranty | | | | |
| **David Smith** **139 Green Valley Road** **Plymouth Meeting, PA 19462** | | - | | X | X | | 0.00 |
| Account No. **5074401** | | | Warranty | | | | |
| **David Smith** **7020 E Via Costa** **Scottsdale, AZ 85258** | | - | | X | X | | 0.00 |
| Account No. **5127856** | | | Warranty | | | | |
| **David Snyder** **715 1st Avenue** **Altoona, PA 16602** | | - | | X | X | | 0.00 |

Sheet no. **1088** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re  **Great Lakes Warranty Corporation**                                    Case No. _____

                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5130305** | | | | **Warranty** | | | | |
| **David Soland** **617 Sunny Slope** **Emporia, KS 66801** | - | | | | X | X | | 0.00 |
| Account No. **5128541** | | | | **Warranty** | | | | |
| **David Soler** **1131 West Union Steet** **Allentown, PA 18102** | - | | | | X | X | | 0.00 |
| Account No. **5119567** | | | | **Warranty** | | | | |
| **David Spodeck** **5917 Fireside Dr** **Brentwood, TN 37027** | - | | | | X | X | | 0.00 |
| Account No. **5066870** | | | | **Warranty** | | | | |
| **David Stanley** **531 Belmonte Pk #601** **Dayton, OH 45405** | - | | | | X | X | | 0.00 |
| Account No. **5124800** | | | | **Warranty** | | | | |
| **David Stanley Brown** **112 Sparrow Rd** **Greenwood, SC 29649** | - | | | | X | X | | 0.00 |

Sheet no. **1089** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5084818** | | | | Warranty | | | | |
| **David Stoppi** **111 W Carpenter Avenue** **Myerstown, PA 17067** | - | | | | X | X | | 0.00 |
| Account No. **5088747** | | | | Warranty | | | | |
| **David Stubing** **9825 West Lancaster** **Sun City, AZ 85651** | - | | | | X | X | | 0.00 |
| Account No. **5115698** | | | | Warranty | | | | |
| **David Swain** **23546 State Route 180** **Rockbridge, OH 43149** | - | | | | X | X | | 0.00 |
| Account No. **5095401** | | | | Warranty | | | | |
| **David Swatsworth** **627 Center Street** **Curwensville, PA 16833** | - | | | | X | X | | 0.00 |
| Account No. **5111244** | | | | Warranty | | | | |
| **David Sweval** **1680 Lorkay Drive** **Mansfield, OH 44905** | - | | | | X | X | | 0.00 |

Sheet no. **1090** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093341** | | | Warranty | | | | |
| **David T Kay** **331 Fair Street** **Berea, OH 44017** | - | | | | | | 268.34 |
| Account No. **5123754** | | | Warranty | | | | |
| **David T Massey** **1431 Prim Rose Lane** **Franklin, TN 37064** | - | | | X | X | | 0.00 |
| Account No. **5111678** | | | Warranty | | | | |
| **David Tackett** **1821 E Maryland  No10** **Phoenix, AZ 85016** | - | | | | | | 1,360.64 |
| Account No. **5130481** | | | Warranty | | | | |
| **David Thompson** **143 Home Ave** **Trenton, NJ 08611** | - | | | X | X | | 0.00 |
| Account No. **5089889** | | | Warranty | | | | |
| **David Tornetto** **11534 Clayton Road** **St Louis, MO 63131** | - | | | X | X | | 0.00 |

Sheet no. **1091** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          1,628.98

In re  **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5099826** | | | | | Warranty | | | | |
| **David Traina** **57 Wabash Avenue** **Cheektowaga, NY 14206** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131768** | | | | | Warranty | | | | |
| **David Trask** **275 South Stewart Street** **Blairsville, PA 15717** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5109633** | | | | | Warranty | | | | |
| **David Tucci** **721 Welty Street** **Greensburg, PA 15601** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5124879** | | | | | Warranty | | | | |
| **David Turner** **4251 Flaming Ridge Trail** **Las Vegas, NV 89147** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5122362** | | | | | Warranty | | | | |
| **David Turner** **232 Springhill Rd** **Brownsville, TN 38012** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**1092** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**             ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132038** | | | | **Warranty** | | | | |
| **David Vanriper Jr.** **476 Randolph Lane** **Meadville, PA 16335** | - | | | | X | X | | 0.00 |
| Account No. **5125278** | | | | **Warranty** | | | | |
| **David Vegh** **3203 Hatton Road** **Baltimore, MD 21208** | - | | | | X | X | | 0.00 |
| Account No. **5069433** | | | | **Warranty** | | | | |
| **David Vulcano** **7410 Master Shane Drive** **Fairview, TN 37062** | - | | | | X | X | | 0.00 |
| Account No. **5100920** | | | | **Warranty** | | | | |
| **David W Bennett** **7 Ridgewood Dr** **McKean, PA 16426** | - | | | | X | X | | 0.00 |
| Account No. **5115773** | | | | **Warranty** | | | | |
| **David W Brandon** **930 Oaklawn Place** **Southaven, MS 38671** | - | | | | X | X | | 0.00 |

Sheet no.**1093** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085642** | | | | Warranty | | | | |
| **David W Brown** **315 Concorde Avenue  #2** **Greensburg, PA 15601** | - | | | | X | X | | 0.00 |
| Account No. **5107860** | | | | Warranty | | | | |
| **David W Campbell** **706 Riata Court** **Smyrna, TN 37167** | - | | | | X | X | | 0.00 |
| Account No. **5079969** | | | | Warranty | | | | |
| **David W Couch** **3032 Oceanside Road** **Oceanside, NY 11572** | - | | | | X | X | | 0.00 |
| Account No. **5114624** | | | | Warranty | | | | |
| **David W Dixon** **1606 Brinton Ave** **Braddock, PA 15104** | - | | | | X | X | | 0.00 |
| Account No. **5083271** | | | | Warranty | | | | |
| **David W Duplin** **1306 Altemus Road** **Homer City, PA 15748** | - | | | | X | X | | 0.00 |

Sheet no.**1094** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5120882 | | | Warranty | | | | |
| David W Gahan 2633 Woodlawn Ave Erie, PA 16510 | - | | | X | X | | 0.00 |
| Account No. 5081246 | | | Warranty | | | | |
| David W Hartman 1445 East 750 n Wawaka, IN 46794 | - | | | X | X | | 0.00 |
| Account No. 5088796 | | | Warranty | | | | |
| David W Jones 779 Edgemont Avenue Palmerton, PA 18017 | - | | | X | X | | 0.00 |
| Account No. 5109043 | | | Warranty | | | | |
| David W Ludwig 802 Betsy Ross Drive Murfreesboro, TN 37129 | - | | | X | X | | 0.00 |
| Account No. 5098551 | | | Warranty | | | | |
| David W Markovitch 2317 Dellenbaugh Road Tarentum, PA 15084 | - | | | X | X | | 0.00 |

Sheet no. **1095** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5119323 | | | Warranty | | | | |
| David W McMillan 115 28th Ave North Nashville, TN 37203 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5110470 | | | Warranty | | | | |
| David W Newman 815 E Deep Run Road Westminster, MD 21158 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5121852 | | | Warranty | | | | |
| David W Nicholson 41 Country Club Rd Carlisle, PA 17015 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5087054 | | | Warranty | | | | |
| David W Ollis 5980 Margie Circle Navarre, OH 44662 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5108999 | | | Warranty | | | | |
| David W Pacella 4159 Hill Terrace Drive Sinking Spring, PA 19608 | - | | | | | | |
| | | | | | | | 1,040.00 |

Sheet no. **1096** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       1,040.00

In re **Great Lakes Warranty Corporation**                                    , Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5078269 | | | Warranty | | | | |
| David W Peppard 227 21st St NW Canton, OH 44709 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5098512 | | | Warranty | | | | |
| David W Putman 26972 Huckleberry Road Coolville, OH 45723 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5102373 | | | Warranty | | | | |
| David W Weiner Sr 915 Passer Road Coopersburg, PA 18036 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5117735 | | | Warranty | | | | |
| David Waggoner 5956 Sedberry Road Nashville, TN 37208 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5130543 | | | Warranty | | | | |
| David Wagner 3031 W Whitehall St Allentown, PA 18104 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1097** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5125040** | | | | | Warranty | | | | |
| **David Waldmann** **2971 E. Superior Road** **Queen Creek, AZ 85243** | - | | | | | X | X | | 0.00 |
| Account No. **5112170** | | | | | Warranty | | | | |
| **David Wallach** **310 S Fourth Street  #504** **Phoenix, AZ 85004** | - | | | | | X | X | | 0.00 |
| Account No. **5058253** | | | | | Warranty | | | | |
| **David Washington** **7671 Peggy Dr** **N Charleston, SC 29418** | - | | | | | X | X | | 0.00 |
| Account No. **5101571** | | | | | Warranty | | | | |
| **David Waters** **1530 Fort Johnson Road  #36** **Charleston, SC 29412** | - | | | | | X | X | | 0.00 |
| Account No. **5086156** | | | | | Warranty | | | | |
| **David Watkins** **11820 Capos Road** **Glouster, OH 45732** | - | | | | | X | X | | 0.00 |

Sheet no. **1098** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re   **Great Lakes Warranty Corporation**                          ,          Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5066494** | | | | | **Warranty** | | | | |
| **David Weaver** **24 Bell Street** **Bellville, OH 44813** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5125544** | | | | | **Warranty** | | | | |
| **David Weil** **31 East Otterman Street Apt 10** **Greensburg, PA 15601** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5126440** | | | | | **Warranty** | | | | |
| **David Weimer** **209 Houston Avenue** **Connellsville, PA 15425** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5126185** | | | | | **Warranty** | | | | |
| **David Weist** **2262 Mt. Chapel Road** **Breezewood, PA 15533** | - | | | | | | | | |
| | | | | | | | | | 95.00 |
| Account No. **5125082** | | | | | **Warranty** | | | | |
| **David Whittimore** **7168 Hwy 70 West** **Brownsville, TN 38012** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1099** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

95.00

In re   **Great Lakes Warranty Corporation**                              ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095094** | | | - | **Warranty** | | | | |
| **David Wiegand** **5929 E Boston Street** **Mesa, AZ 85205** | | | | | | | | **391.64** |
| Account No. **5071743** | | | - | **Warranty** | | | | |
| **David Worley** **2021 Trenton Dr** **Spring Hill, TN 37174** | | | | | X | X | | **0.00** |
| Account No. **5132768** | | | - | **Warranty** | | | | |
| **David Yanko Jr.** **177 Chelsea Street** **Enon Valley, PA 16120** | | | | | X | X | | **0.00** |
| Account No. **5130123** | | | - | **Warranty** | | | | |
| **David Yoha** **3654 Birdland Avenue** **Akron, OH 44319** | | | | | X | X | | **0.00** |
| Account No. **5106942** | | | - | **Warranty** | | | | |
| **David Young** **4317 N 27th Street** **Phoenix, AZ 85016** | | | | | X | X | | **0.00** |

Sheet no.**1100** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
             (Total of this page)           **391.64**

In re **Great Lakes Warranty Corporation** ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126345** | | | Warranty | | | | |
| **David Young** **26770 Orchard Drive** **Albany, OH 45710** | - | | | X | X | | 0.00 |
| Account No. **5132770** | | | Warranty | | | | |
| **David Yurgelaitis** **7684 Cassablanca Street** **Pinckney, MI 48169** | - | | | X | X | | 0.00 |
| Account No. **5100500** | | | Warranty | | | | |
| **David Zatsick** **12674 Lakeside Drive** **Conneaut Lake, PA 16316** | - | | | X | X | | 0.00 |
| Account No. **5111376** | | | Warranty | | | | |
| **David Zebrak** **3104 Woodlawn Avenue** **Erie, PA 16510** | - | | | X | X | | 0.00 |
| Account No. **5092236** | | | Warranty | | | | |
| **David Ziegman** **10062 Pebble Stone Drive** **Centerville, OH 45458** | - | | | X | X | | 0.00 |

Sheet no. **1101** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5130583 | | | | Warranty | | | | |
| David Zuhlsdorf 19436 Sugar Creek Road Bowling Green, OH 43402 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5069535 | | | | Warranty | | | | |
| Davorine Anderson 5511 Autumn Woods Apt 11 Trotwood, OH 45426 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130495 | | | | Warranty | | | | |
| Dawn Harvey 6368 Coventry Way Clinton, MD 20735 | - | | | | | | | |
| | | | | | | | | 115.16 |
| Account No. 5093614 | | | | Warranty | | | | |
| Dawn Scruggs 3890 Scottsville Rd Lafayette, TN 37083 | - | | | | | | | |
| | | | | | | | | 280.00 |
| Account No. 5123361 | | | | Warranty | | | | |
| Dawn Wehr 14298 Columbiana Canfield Rd Columbiana, OH 44408 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1102** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**395.16**

In re **Great Lakes Warranty Corporation**         Case No. _____

                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5110912** | | | | **Warranty** | | | | |
| **Dawn A Gasbarro 55 Dewey Street  Apt 2 Pittsburgh, PA 15223** | - | | | | X | X | | 0.00 |
| Account No. **5110910** | | | | **Warranty** | | | | |
| **Dawn A Gorman 1414 Alton Street Pittsburgh, PA 15216** | - | | | | X | X | | 0.00 |
| Account No. **5117721** | | | | **Warranty** | | | | |
| **Dawn B Latkovic Roose 306 13th Street Sharpsburg, PA 15215** | - | | | | X | X | | 0.00 |
| Account No. **5101549** | | | | **Warranty** | | | | |
| **Dawn Barrett 30 Pinecreek Drive Carlisle, PA 17013** | - | | | | | | | 521.25 |
| Account No. **5100008** | | | | **Warranty** | | | | |
| **Dawn C Brown 180 Highway Supply Road Dunbar, PA 15431** | - | | | | X | X | | 0.00 |

Sheet no.**1103** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **521.25**

In re   **Great Lakes Warranty Corporation**                    ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5085658** | | | Warranty | | | | |
| **Dawn D Heuser** **1717 Ridge Avenue** **Arnold, PA 15068** | - | | | X | X | | 0.00 |
| Account No. **5130843** | | | Warranty | | | | |
| **Dawn Dunithan** **107 Wickham Farm Drive** **Union, OH 45322** | - | | | | | | 2,180.00 |
| Account No. **5124823** | | | Warranty | | | | |
| **Dawn E  Frankish** **1040 Roosevelt** **Cuyahoga Falls, OH 44221** | - | | | X | X | | 0.00 |
| Account No. **5124747** | | | Warranty | | | | |
| **Dawn Gass** **100 Orchard Drive** **Cape May, NJ 08204** | - | | | | | | 285.40 |
| Account No. **5117990** | | | Warranty | | | | |
| **Dawn Hoyman** **124 Mill St** **Derry, PA 15627** | - | | | X | X | | 0.00 |

Sheet no. **1104** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
(Total of this page)      **2,465.40**

In re **Great Lakes Warranty Corporation**     Case No. _____

             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5103926** | | | | **Warranty** | | | | |
| **Dawn J Adams** **51 Hillcrest Avenue** **Hubbard, OH 44425** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114682** | | | | **Warranty** | | | | |
| **Dawn L Engelhardt** **802 Bartley Place** **Toledo, OH 43609** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092832** | | | | **Warranty** | | | | |
| **Dawn M Brandt** **1127 Mifflin Street** **Lebanon, PA 17046** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112004** | | | | **Warranty** | | | | |
| **Dawn M Breidigan** **783 S Spruce Street** **Annville, PA 17003** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121400** | | | | **Warranty** | | | | |
| **Dawn M Galob** **531 Greenfield Court** **N Huntington, PA 15642** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1105** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal
          (Total of this page)   **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5110873 | | | | | Warranty | | | | |
| Dawn M Linthicum 421 Fulton Street Millville, NJ 08332 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5111720 | | | | | Warranty | | | | |
| Dawn M Reynolds 216 Greydon Avenue McKees Rocks, PA 15136 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5100778 | | | | | Warranty | | | | |
| Dawn M Stroncek 21 Conley Lane Burgettstown, PA 15021 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5084438 | | | | | Warranty | | | | |
| Dawn Marie Brown 147 North Ninth Street Quakertown, PA 18951 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5114504 | | | | | Warranty | | | | |
| Dawn Michelle Whelpley 741 First Street DuBois, PA 15801 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**1106** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5131777** | | | | | Warranty | | | | |
| **Dawn Murray** **386 Dry Run Road** **Monongahela, PA 15063** | - | | | | | X | X | | 0.00 |
| Account No. **5111351** | | | | | Warranty | | | | |
| **Dawn Orsi** **4103 Grenwich Lane** **Mt Laurel, NJ 08054** | - | | | | | X | X | | 0.00 |
| Account No. **5121128** | | | | | Warranty | | | | |
| **Dawn R Trapanese** **501 May Pink Dr** **Toms River, NJ 08753** | - | | | | | | | | 228.52 |
| Account No. **5107427** | | | | | Warranty | | | | |
| **Dawn Reese** **5217 Beech Ridge Rd** **Nashville, TN 37221** | - | | | | | X | X | | 0.00 |
| Account No. **5121832** | | | | | Warranty | | | | |
| **Dawn S Price** **614 S Carolina Ave** **Cape May Court House, NJ 08210** | - | | | | | X | X | | 0.00 |

Sheet no. **1107** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      228.52

In re   **Great Lakes Warranty Corporation**                              ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5125621** | | | | **Warranty** | | | | |
| **Dawn Savinelli** **221 Reynolds Street** **Kingston, PA 18704** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129319** | | | | **Warranty** | | | | |
| **Dawn Thompson** **204 Roselle Drive** **Apollo, PA 15613** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129506** | | | | **Warranty** | | | | |
| **Dawn Vasquez** **839 Night Street #2** **Allentown, PA 18102** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090945** | | | | **Warranty** | | | | |
| **Dawn Wilcox** **469 Ridge Road** **Lewisberry, PA 17339** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127756** | | | | **Warranty** | | | | |
| **Dawna Roederer** **130 Central Avenue** **Athens, OH 45701** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1108** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

In re  **Great Lakes Warranty Corporation**                          ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5116184** | | | | **Warranty** | | | | |
| **Dawnee L Sloan** **207 Jucunda Street** **Pittsburgh, PA 15210** | - | | | | X | X | | 0.00 |
| Account No. **5094449** | | | | **Warranty** | | | | |
| **Dawnette Lounds Culp** **4543 Garden Hills Drive** **Stone Mountain, GA 30083** | - | | | | X | X | | 0.00 |
| Account No. **5104644** | | | | **Warranty** | | | | |
| **Dayna L Kellett** **91 Back Street** **Mary D, PA 17952** | - | | | | X | X | | 0.00 |
| Account No. **5119316** | | | | **Warranty** | | | | |
| **Dayse Mariano Duci** **327 Lighthouse Way** **Myrtle Beach, SC 29577** | - | | | | | | | 811.46 |
| Account No. **5119043** | | | | **Warranty** | | | | |
| **Dean  Curry** **4744 Stone View Ct** **Powell, OH 43065** | - | | | | X | X | | 0.00 |

Sheet no.**1109** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

811.46

In re **Great Lakes Warranty Corporation** _____,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5091534** | | | | Warranty | | | | |
| **Dean Greenbell**<br>**6718 S Indian Wells**<br>**Goodyear, AZ 85338** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088398** | | | | Warranty | | | | |
| **Dean A Entrekin**<br>**1507 Doyle Drive**<br>**Downingtown, PA 19335** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5083844** | | | | Warranty | | | | |
| **Dean A Nevill**<br>**211 Craig Street**<br>**New Brighton, PA 15066** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5077650** | | | | Warranty | | | | |
| **Dean A Willis Jr**<br>**1592 Reiser Road**<br>**Mansfield, OH 44905** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5061983** | | | | Warranty | | | | |
| **Dean Bacalzo**<br>**275 West Third Avenue Drive**<br>**Broomfield, CO 80020** | - | | | | | | | |
| | | | | | | | | 2,373.20 |

Sheet no. **1110** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,373.20

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5087650** | | | Warranty | | | | |
| **Dean Betz**<br>**540 E Betsy Lane**<br>**Chandler, AZ 85296** | | - | | | | | 937.00 |
| Account No. 5115035 | | | Warranty | | | | |
| **Dean Dierdorf**<br>**2529 Fallen Oak Circle  NE**<br>**Massillon, OH 44646** | | - | | X | X | | 0.00 |
| Account No. 5131622 | | | Warranty | | | | |
| **Dean Durham**<br>**2 Deer Harbour Ct**<br>**Columbia, SC 29229** | | - | | X | X | | 0.00 |
| Account No. 5108823 | | | Warranty | | | | |
| **Dean E Kitchen**<br>**321 Brumfield Road**<br>**Lancaster, OH 43130** | | - | | X | X | | 0.00 |
| Account No. 5117370 | | | Warranty | | | | |
| **DeAn Fox Blanton**<br>**343 Shiloh Unity Road**<br>**Lancaster, SC 29720** | | - | | X | X | | 0.00 |

Sheet no. **1111** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

937.00

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5120006** | | | | **Warranty** | | | | |
| **Dean K Chatkin 274 Lodestone Ct Westminster, MD 21158** | - | | | | X | X | | **0.00** |
| Account No. **2006402** | | | | **Warranty** | | | | |
| **Dean M Clawson Pipe Town Road Box 113 Hostetter, PA 15638** | - | | | | | | | **270.12** |
| Account No. **5098739** | | | | **Warranty** | | | | |
| **Dean Mark Requidan 498 Hainesworth Drive Charleston, SC 29414** | - | | | | X | X | | **0.00** |
| Account No. **5126067** | | | | **Warranty** | | | | |
| **Dean Marucci 4734 Havana Drive Pittsburgh, PA 15239** | - | | | | | | | **1,605.60** |
| Account No. **5087308** | | | | **Warranty** | | | | |
| **Dean McMahan 153 Moody Ridge Road Belpre, OH 45714** | - | | | | X | X | | **0.00** |

Sheet no. **1112** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,875.72**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5087203** | | | | **Warranty** | | | | |
| **Dean R Carlson 1002 Monongahela Street Belle Vernon, PA 15012** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111534** | | | | **Warranty** | | | | |
| **Dean R Maser 1564 South Jefferson Ct Lancaster, PA 17602** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5099121** | | | | **Warranty** | | | | |
| **Dean Wills 1592 Reiser Drive Mansfield, OH 44905** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101251** | | | | **Warranty** | | | | |
| **Deangelio Kelly 9215 Lumberjack Road Nashville, TN 37214** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5071661** | | | | **Warranty** | | | | |
| **Deann Barrett 1617 Englishtown Rd Old Bridge, NJ 08857** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1113** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

In re **Great Lakes Warranty Corporation**                                Case No. _____
                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5108715** | | | | Warranty | | | | |
| **Deann L Davis**<br>**736 E Judson Avenue**<br>**Youngstown, OH 44502** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117960** | | | | Warranty | | | | |
| **Deann Wheelock**<br>**1005 Nighhawk Lane**<br>**Mount Juliet, TN 37122** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110849** | | | | Warranty | | | | |
| **Deanna Bundy**<br>**105 Burtha Avenue**<br>**Donora, PA 15033** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091969** | | | | Warranty | | | | |
| **Deanna G Fye**<br>**3243 West 43rd Street**<br>**Erie, PA 16506** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119416** | | | | Warranty | | | | |
| **Deanna J Schnarrs**<br>**146 Montgomery Dr**<br>**Harleysville, PA 19438** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1114** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                                       0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127922** | | | **Warranty** | | | | |
| **Deanna Kennedy**<br>**1625 Mill Street**<br>**Chesterhill, OH 43728** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108027** | | | **Warranty** | | | | |
| **Deanna L Hunter**<br>**4474 Tomahawk Road**<br>**Prairie Valley, KS 66208** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5092720** | | | **Warranty** | | | | |
| **Deanna L Tavares**<br>**2014 48th Street NE**<br>**Canton, OH 44705** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5105054** | | | **Warranty** | | | | |
| **Deanna Law**<br>**8096 Del Laton Drive**<br>**Scottsdale, AZ 85258** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5116809** | | | **Warranty** | | | | |
| **Deanna M Burge**<br>**31 Brownfield Lane**<br>**Uniontown, PA 15401** | - | | | | | | |
| | | | | | | | **270.37** |

Sheet no. **1115** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **270.37**

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5087909** | | - | | | Warranty | | | | |
| **Deanna M Sall** **57878 Main Street** **Martins Ferry, OH 43935** | | | | | | | | | 842.50 |
| Account No. 5104597 | | - | | | Warranty | X | X | | |
| **Deanna Posada** **115 Dedham Drive** **Rockvale, TN 37153** | | | | | | | | | 0.00 |
| Account No. 5123311 | | - | | | Warranty | X | X | | |
| **Deanna Scherer** **308 East 20th Street** **Dover, OH 44622** | | | | | | | | | 0.00 |
| Account No. 5108364 | | - | | | Warranty | X | X | | |
| **Deanna Spensieri Rice** **158 David St** **Staten Island, NY 10308** | | | | | | | | | 0.00 |
| Account No. 5129786 | | - | | | Warranty | X | X | | |
| **Deanna Wright** **716 Cribbs Street** **Greensburg, PA 15601** | | | | | | | | | 0.00 |

Sheet no. **1116** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

842.50

In re __Great Lakes Warranty Corporation_____,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5119747** | | | **Warranty** | | | | | |
| **Deanne Burford** **320 Kentons Way** **Franklin, TN 37067** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073041** | | | **Warranty** | | | | | |
| **Deanne Vasquez** **1114 Patton Avenue** **Monessen, PA 15062** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116710** | | | **Warranty** | | | | | |
| **Deatrice A Pearson** **211 Third Street** **Braddock, PA 15104** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103591** | | | **Warranty** | | | | | |
| **Deb Dietz** **449 Ramsgate Drive** **Gibsonia, PA 15044** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5066746** | | | **Warranty** | | | | | |
| **Deb Hoffman** **4004 Saranac Dr** **Sharpville, PA 16150** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1117** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **5129407** | | | | | | Warranty | | | | |
| **Debbie A Rhymer**<br>**104 River Bluff Way**<br>**Bluff City, TN 37618** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5103136** | | | | | | Warranty | | | | |
| **Debbie Bassett**<br>**5525 E Lincoln #109**<br>**Paradise Valley, AZ 85253** | - | | | | | | | | | |
| | | | | | | | | | | 2,779.40 |
| Account No. **5113069** | | | | | | Warranty | | | | |
| **Debbie Dawson**<br>**125 Wilder Drive**<br>**Signal Mountain, TN 37377** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5128811** | | | | | | Warranty | | | | |
| **Debbie Dean**<br>**7 Hunter Lane**<br>**Chaddsford, PA 19317** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5099099** | | | | | | Warranty | | | | |
| **Debbie G Young**<br>**409 Floyd Street**<br>**Newberry, SC 29108** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |

Sheet no. **1118** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,779.40

In re  **Great Lakes Warranty Corporation**                                        Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5091778** | | **Warranty** | | | | | | |
| **Debbie Gordon** **209 10th Avenue South Ste.322** **Nashville, TN 37201** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5082863** | | **Warranty** | | | | | | |
| **Debbie Hook** **17420 Old Town Road SE** **Oldtown, MD 21555** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5058770** | | **Warranty** | | | | | | |
| **Debbie Lupariello** **4295  Ebenezor Rd** **Cincinnati, OH 45248** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128664** | | **Warranty** | | | | | | |
| **Debbie Reynolds** **12 Spring Street** **Drayton, SC 29333** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122708** | | **Warranty** | | | | | | |
| **Debbie Walker** **7435 Fox Glenn** **Olive Branch, MS 38654** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1119** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**            ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129742** | | | Warranty | | | | |
| **Debby A Langley** **413 1/2 Sassafras St** **Millville, NJ 08332** | | - | | X | X | | 0.00 |
| Account No. **5101992** | | | Warranty | | | | |
| **Debby Gonzalez** **1444 E Luzerne Street** **Philadelphia, PA 19124** | | - | | X | X | | 0.00 |
| Account No. **5087192** | | | Warranty | | | | |
| **Debby Reith** **7203 Barton Road** **Olmsted Township, OH 44138** | | - | | X | X | | 0.00 |
| Account No. **5102905** | | | Warranty | | | | |
| **Debi Shawl** **2533 North 87 Way** **Scottsdale, AZ 85257** | | - | | X | X | | 0.00 |
| Account No. **5110584** | | | Warranty | | | | |
| **Debora H Welch** **125 Old US Highway 33** **Shade, OH 45776** | | - | | X | X | | 0.00 |

Sheet no. **1120** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                           
(Total of this page)        0.00

In re   **Great Lakes Warranty Corporation**                                   ,   Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5087756** | | | | Warranty | | | | |
| **Debora L Forish** **832 S Main Street** **Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130191** | | | | Warranty | | | | |
| **Debora Martinez** **508 Cleveland Avenue** **Athens, TN 37303** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5083745** | | | | Warranty | | | | |
| **Deborah  Comley** **1179 Sarah St** **Bethel Park, PA 15102** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087016** | | | | Warranty | | | | |
| **Deborah  Hensel** **PO Box 86** **Granger, TX 76530** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5075091** | | | | Warranty | | | | |
| **Deborah  Leighty** **491 Olde Mill Drive`** **Westerville, OH 43082** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1121** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5118593 | | | Warranty | | | | |
| Deborah Myers 2414 Adelaide Dr Thompsons Station, TN 37179 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5115243 | | | Warranty | | | | |
| Deborah Wilmering 1165 Foxwood Lane Baltimore, MD 21221 | - | | | | | | |
| | | | | | | | 281.80 |
| Account No. 5120855 | | | Warranty | | | | |
| Deborah A Johnson 1302 Edgewood Lane Streetsboro, OH 44241 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5129456 | | | Warranty | | | | |
| Deborah A Brannan 345 Nemoral St Warminster, PA 18974 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5087628 | | | Warranty | | | | |
| Deborah A Cain 712 Redford Avenue Columbus, OH 43207 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. 1122 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  281.80

In re **Great Lakes Warranty Corporation** _____ ,     Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5114721**<br><br>**Deborah A Dandridge**<br>**18 Roselann Avenue**<br>**Lancaster, PA 17613** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5123337**<br><br>**Deborah A Djbrilla**<br>**173 West Vine St**<br>**Shiremanstown, PA 17011** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5099240**<br><br>**Deborah A Duche**<br>**217 Mary Ellen Road**<br>**North Versailles, PA 15137** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5114192**<br><br>**Deborah A Fenchalk**<br>**817 Isobel Street**<br>**Harwick, PA 15049** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5098123**<br><br>**Deborah A Hernandez**<br>**13610 Augusta Hooe Road**<br>**Upper Marlboro, MD 20772** | - | | | **Warranty** | X | X | | 0.00 |

Sheet no. **1123** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)     0.00

In re **Great Lakes Warranty Corporation**          Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5101365 | | | | Warranty | | | | |
| Deborah A Hromanik 515 Tomahawk Drive Elizabeth, PA 15037 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118734 | | | | Warranty | | | | |
| Deborah A Hubbard 37 West Main St Jacksonville, Oh 45740 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116588 | | | | Warranty | | | | |
| Deborah A MacDade Hendricks 201 Appletree Drive Levittown, PA 19055 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5077775 | | | | Warranty | | | | |
| Deborah A Wells 510 Tyler Street Columbia, SC 29205 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5073841 | | | | Warranty | | | | |
| Deborah A Williams 125 Chancery Lane Columbia, SC 29229 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1124** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
                   (Total of this page)           0.00

In re  **Great Lakes Warranty Corporation**
,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5091906** | | | | | Warranty | | | | |
| **Deborah Bartalini** **27 Avon Circle #D** **Rye Brook, NY 10573** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5127147 | | | | | Warranty | | | | |
| **Deborah Bosley** **5019 Miller Station Rd** **Hampstead, MD 21074** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5106246 | | | | | Warranty | | | | |
| **Deborah Brown** **3006 Robinwood Drive SW** **Lordstown, OH 44481** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5129857 | | | | | Warranty | | | | |
| **Deborah Burch** **3318 North Decatur Blvd #1094** **Las Vegas, NV 89130** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5129320 | | | | | Warranty | | | | |
| **Deborah Conwell** **1804 Woodmont Avenue** **Arnold, PA 15068** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1125** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**       ,    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126466** | | | | Warranty | | | | |
| **Deborah Corbin**<br>**34294 Union Ridge Road**<br>**Albany, OH 45710** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5083492** | | | | Warranty | | | | |
| **Deborah Curigliano**<br>**663 Patterson Avenue**<br>**Bridgeville, PA 15017** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129615** | | | | Warranty | | | | |
| **Deborah DeChurch**<br>**651 Guy Avenue**<br>**DuBois, PA 15801** | - | | | | | | | |
| | | | | | | | | **0.18** |
| Account No. **5108717** | | | | Warranty | | | | |
| **Deborah Dunn**<br>**1456 Kueber Boulevard NE**<br>**Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122311** | | | | Warranty | | | | |
| **Deborah E Laskey**<br>**454 Freeport Rd**<br>**Pittsburgh, PA 15238** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1126** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal<br>            (Total of this page)     **0.18**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123343** | | | | **Warranty** | | | | |
| **Deborah Eileen Owens** **1535 Barrett Rd** **Woodland, PA 16881** | - | | | | | | | **1,178.50** |
| Account No. **5055824** | | | | **Warranty** | | | | |
| **Deborah Evans** **1895 Old Elmore Rd** **Crossville, Tn 38572** | - | | | | X | X | | **0.00** |
| Account No. **5129008** | | | | **Warranty** | | | | |
| **Deborah Hamilton** **777 Cherrytree Rd  Apt C51** **Upper Chichester, PA 19014** | - | | | | | | | **206.82** |
| Account No. **5131260** | | | | **Warranty** | | | | |
| **Deborah Heiler** **3125 S South Road** **Ocean View, NJ 08230** | - | | | | X | X | | **0.00** |
| Account No. **5095486** | | | | **Warranty** | | | | |
| **Deborah Houbbadi** **114 Chestnut Hill Rd** **Oak Ridge, TN 37830** | - | | | | X | X | | **0.00** |

Sheet no. **1127** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,385.32**

In re __**Great Lakes Warranty Corporation**_____,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5090438 | | | | Warranty | | | | |
| Deborah J LaValla 1733 Claredon Avenue NW Canton, OH 44708 | - | | | | X | X | | 0.00 |
| Account No. 5130832 | | | | Warranty | | | | |
| Deborah J McGinnis 305 W Murphy Ave Connellsville, PA 15425 | - | | | | X | X | | 0.00 |
| Account No. 5128067 | | | | Warranty | | | | |
| Deborah J Shaffer PO Box 206 Cleveland St Hyndman, PA 15545 | - | | | | X | X | | 0.00 |
| Account No. 5119371 | | | | Warranty | | | | |
| Deborah J Wilson 1512 Olympic Circle East Apt 3 Whitehall, PA 18052 | - | | | | X | X | | 0.00 |
| Account No. 5097771 | | | | Warranty | | | | |
| Deborah Jones 1 Adams Avenue Warminster, PA 18974 | - | | | | | | | 1,035.55 |

Sheet no. __1128__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,035.55

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108134** | | | Warranty | | | | |
| **Deborah Kotsol**<br>**309 S Broad Street**<br>**Canfield, OH 44406** | - | | | X | X | | 0.00 |
| Account No. **5106861** | | | Warranty | | | | |
| **Deborah L Davis**<br>**5034 15th Street SW**<br>**Canton, OH 44710** | - | | | X | X | | 0.00 |
| Account No. **5108434** | | | Warranty | | | | |
| **Deborah L Gaul**<br>**343 Blaker Drive**<br>**East Greenville, PA 18041** | - | | | X | X | | 0.00 |
| Account No. **5122690** | | | Warranty | | | | |
| **Deborah L Kaylor**<br>**4279 Edenburg Rd**<br>**New Castle, PA 16102** | - | | | X | X | | 0.00 |
| Account No. **5103111** | | | Warranty | | | | |
| **Deborah L Kline**<br>**1552 Tower Road**<br>**Mohrsville, PA 19541** | - | | | X | X | | 0.00 |

Sheet no. **1129** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5114670 | | | | Warranty | | | | |
| Deborah L Martin 104 Yale Drive Lower Burrell, PA 15068 | - | | | | X | X | | 0.00 |
| Account No. 5115792 | | | | Warranty | | | | |
| Deborah L Paskins 910 Garfield Avenue Lancaster, OH 43130 | - | | | | X | X | | 0.00 |
| Account No. 5119958 | | | | Warranty | | | | |
| Deborah L Strapple 418 Hartford Stuare Lower Burrell, PA 15068 | - | | | | X | X | | 0.00 |
| Account No. 5110173 | | | | Warranty | | | | |
| Deborah L Temple 130 Hahn Road Westminster, MD 21157 | - | | | | X | X | | 0.00 |
| Account No. 5105790 | | | | Warranty | | | | |
| Deborah Little 1341 Whittler Street NE North Canton, OH 44721 | - | | | | X | X | | 0.00 |

Sheet no. **1130** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5110548 | | | Warranty | | | | |
| Deborah M Franey 146 Canterbury Crossing Fort Mill, SC 29708 | - | | | X | X | | 0.00 |
| Account No. 5104100 | | | Warranty | | | | |
| Deborah M Franklin 4450 13th Street NW Canton, OH 44708 | - | | | X | X | | 0.00 |
| Account No. 5089484 | | | Warranty | | | | |
| Deborah M Offen 631 Pine Street Ambridge, PA 15003 | - | | | X | X | | 0.00 |
| Account No. 5109194 | | | Warranty | | | | |
| Deborah M Summers 725 Heslep Avenue Donora, PA 15033 | - | | | X | X | | 0.00 |
| Account No. 5111700 | | | Warranty | | | | |
| Deborah Malinics 197 E Evergreen Avenue Philadelphia, PA 19118 | - | | | X | X | | 0.00 |

Sheet no. **1131** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                             Subtotal (Total of this page)        0.00

In re  **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097786** | | | Warranty | | | | |
| **Deborah Martin** **118 Blackburn Avenue** **Nashville, TN 37205** | - | | | X | X | | 0.00 |
| Account No. **5130926** | | | Warranty | | | | |
| **Deborah McConnell** **7837 Spartanburg Street** **Las Vegas, NV 89149** | - | | | X | X | | 0.00 |
| Account No. **5118809** | | | Warranty | | | | |
| **Deborah Minetti** **67 Ohlin Dr** **News Middleton, OH 44442** | - | | | | | | 234.95 |
| Account No. **5065730** | | | Warranty | | | | |
| **Deborah Mottle** **212 North Cadillac Drive** **Boardman, OH 44512** | - | | | X | X | | 0.00 |
| Account No. **5087127** | | | Warranty | | | | |
| **Deborah Murray** **601 E Colliery Avenue** **Tower City, PA 17980** | - | | | X | X | | 0.00 |

Sheet no. **1132** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 234.95

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124083** | | | **Warranty** | | | | |
| **Deborah Panetta** **112 N. Midland Avenue** **Norristown, PA 19403** | - | | | X | X | | 0.00 |
| Account No. **5125233** | | | **Warranty** | | | | |
| **Deborah Plesset** **322 Penn Vista Drive** **Pittsburgh, PA 15235** | - | | | | | | 610.11 |
| Account No. **5060645** | | | **Warranty** | | | | |
| **Deborah Polce** **320 Rolling Hills Rd.** **Freedom, PA 15042** | - | | | | | | 111.60 |
| Account No. **5118232** | | | **Warranty** | | | | |
| **Deborah R Lain** **1232 Meadow Lane** **Liberty, MO 64068** | - | | | X | X | | 0.00 |
| Account No. **5132315** | | | **Warranty** | | | | |
| **Deborah Reed** **1000 Newbold Street PO Box 112** **Tuscarora, PA 17982** | - | | | X | X | | 0.00 |

Sheet no.**1133** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    721.71

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                         ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5128315** | | | | **Warranty** | | | | |
| **Deborah Reidy** **6 Hollyberry Ave** **Egg Harbor Twp, NJ 08234** | - | | | | X | X | | 0.00 |
| Account No. **5068630** | | | | **Warranty** | | | | |
| **Deborah Riggs** **5 Rosewood Lane** **Sewell, NJ 08080** | - | | | | X | X | | 0.00 |
| Account No. **5096186** | | | | **Warranty** | | | | |
| **Deborah Smerker** **61 Brookside Boulevard** **Pittsburgh, PA 15241** | - | | | | X | X | | 0.00 |
| Account No. **5126920** | | | | **Warranty** | | | | |
| **Deborah Smith** **4819 Rosetta Street** **Pittsburgh, PA 15224** | - | | | | X | X | | 0.00 |
| Account No. **5076946** | | | | **Warranty** | | | | |
| **Deborah Soule** **4126 21st Street SW** **Canton, OH 44706** | - | | | | | | | 500.00 |

Sheet no.**1134** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **500.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5070755** | | | | Warranty | | | | |
| **Deborah Tucker** **1015 Rosalie St** **Philadelphia, PA 19149** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5078978** | | | | Warranty | | | | |
| **Deborah Twyman** **2456 Philadelphia Drive** **Dayton, OH 45405** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097261** | | | | Warranty | | | | |
| **Deborah Wilkes** **761 Leath Street** **Memphis, TN 38107** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5083853** | | | | Warranty | | | | |
| **Deborra L Jones** **PO Box 8181** **Phoenix, AZ 85066** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119912** | | | | Warranty | | | | |
| **Debra  Bailey** **9338 Campus Lane** **Philadelphia, PA 19114** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1135** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

In re   **Great Lakes Warranty Corporation**            ,    Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5082858** | | | | **Warranty** | | | | |
| **Debra  Dailey Gallivan** **425 Falling Rock Way** **Greenville, SC 29615** | - | | | | | | | 312.80 |
| Account No. **5118899** | | | | **Warranty** | | | | |
| **Debra A Walker** **210 Penn Ave** **Pittsburgh, PA 15210** | - | | | | X | X | | 0.00 |
| Account No. **5042147** | | | | **Warranty** | | | | |
| **Debra Ann Talley** **564 Wetzel Rd.** **Pittsburgh, PA 15209** | - | | | | X | X | | 0.00 |
| Account No. **5107587** | | | | **Warranty** | | | | |
| **Debra Catalano** **4215 Fairland Road** **Philadelphia, PA 19154** | - | | | | X | X | | 0.00 |
| Account No. **5128592** | | | | **Warranty** | | | | |
| **Debra Cottrell** **371 South Rock Road** **Mansfield, OH 44903** | - | | | | X | X | | 0.00 |

Sheet no.**1136** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                               Subtotal          | 312.80

(Total of this page)

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5087809** | | | | | Warranty | | | | |
| **Debra D Hallom** **4612 N Mill Port Cove  #1** **Memphis, TN 38116** | - | | | | | X | X | | 0.00 |
| Account No. 5126847 | | | | | Warranty | | | | |
| **Debra Daily** **828 Troy Drive** **Dayton, TN 37321** | - | | | | | X | X | | 0.00 |
| Account No. 5105837 | | | | | Warranty | | | | |
| **Debra E Hallahan** **2004 Adams Street** **Greensburg, PA 15601** | - | | | | | X | X | | 0.00 |
| Account No. 5107138 | | | | | Warranty | | | | |
| **Debra Edwards** **30 Battle Ridge Lane** **Nolensville, TN 37135** | - | | | | | | | | 347.92 |
| Account No. 5118538 | | | | | Warranty | | | | |
| **Debra Gobble** **1008 E Griswold** **Phoenix, AZ 85020** | - | | | | | X | X | | 0.00 |

Sheet no.**1137**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       347.92

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5090433** | | | | **Warranty** | | | | |
| **Debra Henry** **816 Columbus Road NW** **Canton, OH 44708** | | - | | | | | | **1,693.00** |
| Account No. **5113658** | | | | **Warranty** | | | | |
| **Debra Hernandez** **19 Bellevue Avenue** **Woodbury, NJ 08096** | | - | | | X | X | | **0.00** |
| Account No. **5092379** | | | | **Warranty** | | | | |
| **Debra J Landis** **7540 Cheverton Circle NW** **Massillon, OH 44646** | | - | | | X | X | | **0.00** |
| Account No. **5115648** | | | | **Warranty** | | | | |
| **Debra J Blystone** **PO Box 105  340 Steele Road** **Marion Center, PA 15759** | | - | | | X | X | | **0.00** |
| Account No. **5111124** | | | | **Warranty** | | | | |
| **Debra Johnston** **3491 Washington Avenue** **Finleyville, PA 15332** | | - | | | X | X | | **0.00** |

Sheet no. **1138** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,693.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113406 | | | | Warranty | | | | |
| Debra K Cowden 168 Cowden Road Burgettstown, PA 15021 | - | | | | X | X | | 0.00 |
| Account No. 5117859 | | | | Warranty | | | | |
| Debra K Gray 1806 Treemont SE Massillon, OH 44646 | - | | | | X | X | | 0.00 |
| Account No. 5126269 | | | | Warranty | | | | |
| Debra Kouse 6670 St Rt 68N Bellefontaine, OH 43311 | - | | | | X | X | | 0.00 |
| Account No. 5106144 | | | | Warranty | | | | |
| Debra Koval 1629 Freeport Road Kittanning, PA 16201 | - | | | | X | X | | 0.00 |
| Account No. 5067032 | | | | Warranty | | | | |
| Debra Kroger 6614 Hollowview Trail Centerville, OH 45458 | - | | | | X | X | | 0.00 |

Sheet no. **1139** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**            Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5128382 | | | | Warranty | | | | |
| Debra L Bruni 103 Arizona Dr Lower Burrell, PA 15068 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5089204 | | | | Warranty | | | | |
| Debra L Howard 2324 Woodstock Pittsburgh, PA 15218 | - | | | | | | | |
| | | | | | | | | 162.30 |
| Account No. 5123452 | | | | Warranty | | | | |
| Debra L Musser 126 Mayfield Lititz, PA 17543 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5094660 | | | | Warranty | | | | |
| Debra L Stevens 205 West Wilson St Bryant, IN 47326 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105970 | | | | Warranty | | | | |
| Debra L Washburn 1110 White Dawn Lane Mechanicsburg, PA 17055 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1140** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **162.30**

In re **Great Lakes Warranty Corporation**                    , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **5114151** | | **Warranty** | | | | | | | | |
| **Debra L West** **5138 Dearborn Street** **Pittsburgh, PA 15224** | - | | | | | | | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5108625** | | **Warranty** | | | | | | | | |
| **Debra L Wolfe** **4007 Stiffler Hill Road** **Cherry Tree, PA 15724** | - | | | | | | | | | |
| | | | | | | | | | | 132.89 |
| Account No. **5123806** | | **Warranty** | | | | | | | | |
| **Debra Lawrence** **228 Tremont Avenue** **Greensburg, PA 15601** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5103138** | | **Warranty** | | | | | | | | |
| **Debra Lombardo** **39 Pittston Avenue** **Yatesville, PA 18640** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5064074** | | **Warranty** | | | | | | | | |
| **Debra Peterson** **2067 North Villas Lane** **Chandler, AZ 85224** | - | | | | | | | | | |
| | | | | | | | | | | 249.41 |

Sheet no.**1141** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

382.30

In re  **Great Lakes Warranty Corporation**                              ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132415** | | | Warranty | | | | |
| **Debra Petrosky** **6 Homestead Drive** **Millville, NJ 08332** | - | | | X | X | | 0.00 |
| Account No. **5127673** | | | Warranty | | | | |
| **Debra Pinion** **501 West Charles** **Bucyrus, OH 44820** | - | | | X | X | | 0.00 |
| Account No. **5105216** | | | Warranty | | | | |
| **Debra Roggenkamp** **10 Michelle Lane** **Bayville, NJ 08721** | - | | | X | X | | 0.00 |
| Account No. **5105291** | | | Warranty | | | | |
| **Debra S Harris** **1030 County Road  30A** **Ashland, OH 44805** | - | | | X | X | | 0.00 |
| Account No. **5116399** | | | Warranty | | | | |
| **Debra S Shoemaker** **3637 Willow Road** **Erie, PA 16505** | - | | | X | X | | 0.00 |

Sheet no. **1142** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation** ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5126935** | | | | | **Warranty** | | | | |
| **Debra Sanders** **502 B East Goepp Street** **Bethlehem, PA 18015** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5125112** | | | | | **Warranty** | | | | |
| **Debra Schiff** **776 Eves Drive** **Hillsborough, NJ 08844** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5080810** | | | | | **Warranty** | | | | |
| **Debra Seeley** **31 Lake Drive** **Parkersburg, WV 26104** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5072728** | | | | | **Warranty** | | | | |
| **Debra Selmon** **158 Beharn Ridge Road** **West Alexander, PA 15376** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5111233** | | | | | **Warranty** | | | | |
| **Debra Shaw** **337 Nantmeal Road** **Glenmoore, PA 19343** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1143** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5130170** | | | | | Warranty | | | | |
| **Debra Trent** **4876 Marco Polo Street** **N Las Vegas, NV 89031** | - | | | | | X | X | | 0.00 |
| Account No. **5091868** | | | | | Warranty | | | | |
| **Debra Weidleman** **3832 Taft Avenue NE** **Canton, OH 44705** | - | | | | | X | X | | 0.00 |
| Account No. **5125668** | | | | | Warranty | | | | |
| **Debra Weiss** **616 Ramah Road** **Millville, NJ 08332** | - | | | | | X | X | | 0.00 |
| Account No. **5074445** | | | | | Warranty | | | | |
| **Debra Wells** **42375 Halstom Road** **Hammond, LA 70403** | - | | | | | X | X | | 0.00 |
| Account No. **5126675** | | | | | Warranty | | | | |
| **Debra Welsh** **5016 Impala Drive** **Murrysville, PA 15668** | - | | | | | X | X | | 0.00 |

Sheet no. **1144** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                    , Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **5108120** | | | | | | Warranty | | | | |
| **Debra Williams** **14 Knox Avenue** **Monessen, PA 15062** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5122715** | | | | | | Warranty | | | | |
| **Debra Zarbaugh** **1604 Fift Ave** **Arnold, PA 15068** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5112005** | | | | | | Warranty | | | | |
| **Debrah Varner** **47 Quail Hill Drive** **Alum Creek, WV 25003** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5107214** | | | | | | Warranty | | | | |
| **Debraha Feenerty** **1903 Grandview Road** **Glendale, WV 26038** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5123793** | | | | | | Warranty | | | | |
| **Debria Zankel** **900 First Street 1st Floor** **McKeesrocks, PA 15136** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |

Sheet no. **1145** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095848** <br><br> **Dee S McKendrick** <br> **5122 Kylock Road** <br> **Mechanicsburg, PA 17055** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5125712** <br><br> **Deedee M Wright** <br> **712 E 2nd St 1st Fl** <br> **Erie, PA 16503** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5099229** <br><br> **Deek Glotfelty** <br> **48280 State Route 78** <br> **Clarington, OH 43915** | - | | **Warranty** | | | | 3,141.00 |
| Account No. **5122743** <br><br> **Deena C Kolarik** <br> **616 Ancient Mayan** <br> **Henderson, NV 89015** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5087679** <br><br> **Deena K Shattuck** <br> **400 Autumnwood Drive** <br> **Whitehouse, TN 37188** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **1146** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,141.00

In re **Great Lakes Warranty Corporation** Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5130346 | | | | Warranty | | | | |
| Deepak Chowdhary 2801 Cypress Bend Road Florence, SC 29506 | - | | | | X | X | | 0.00 |
| Account No. 5081437 | | | | Warranty | | | | |
| Deidra B King 7082 S Star Drive Gilbert, AZ 85297 | - | | | | X | X | | 0.00 |
| Account No. 5123990 | | | | Warranty | | | | |
| Deidre Gilmore 28 Sharpless Blvd West Hampton, NJ 08060 | - | | | | X | X | | 0.00 |
| Account No. 5123396 | | | | Warranty | | | | |
| Deion M Hickman 14 Williams St Rio Grande, NJ 08242 | - | | | | X | X | | 0.00 |
| Account No. 5128385 | | | | Warranty | | | | |
| Deirdre E Benoit 2500 Eastshore Dr  No F Reno, NV 89509 | - | | | | X | X | | 0.00 |

Sheet no. **1147** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5113628 | | | | Warranty | | | | |
| Deirdre Shehane Stroud 902 Duckwood Road Lancaster, SC 29720 | - | | | | X | X | | 0.00 |
| Account No. 5076556 | | | | Warranty | | | | |
| Dejoyce S Hall 7211 Smithfield Road Columbia, SC 29223 | - | | | | X | X | | 0.00 |
| Account No. 5123145 | | | | Warranty | | | | |
| Del Dausman 402 Rockledge Dr Sewickley, PA 15143 | - | | | | X | X | | 0.00 |
| Account No. 5050290 | | | | Warranty | | | | |
| Delaine Deer 1457 Simmons St. Mount Pleasant, SC 29464 | - | | | | X | X | | 0.00 |
| Account No. 5126945 | | | | Warranty | | | | |
| Delana McGee 240 E. Meyers Street Pittsburgh, PA 15210 | - | | | | X | X | | 0.00 |

Sheet no. **1148** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,
                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125620** | | | | Warranty | | | | |
| **Delandrian Wright** **453 96 Hwy** **Greenwood, SC 29649** | - | | | | X | X | | 0.00 |
| Account No. **5045490** | | | | Warranty | | | | |
| **Delbert Chaney** **3150 Marshfield Rd** **Albany, OH 45710** | - | | | | X | X | | 0.00 |
| Account No. **5102531** | | | | Warranty | | | | |
| **Delbert Waldeck Jr.** **11 Spring Street** **Glouster, OH 45732** | - | | | | X | X | | 0.00 |
| Account No. **5119560** | | | | Warranty | | | | |
| **Delia E Sanchez** **542 Palm St** **Lancaster, PA 17602** | - | | | | X | X | | 0.00 |
| Account No. **5116837** | | | | Warranty | | | | |
| **Delilah Burger Entry** **153 Saddlebrook Road** **Lexington, SC 29072** | - | | | | X | X | | 0.00 |

Sheet no. **1149** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                     Subtotal
              (Total of this page)      0.00

In re   **Great Lakes Warranty Corporation**         ,    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5087620** <br><br> **Delilah P Lopez** <br> **184 W Morelos** <br> **Chandler, AZ 85224** | - | | **Warranty** | X | X | | 0.00 |
| Account No. 5112363 <br><br> **DeLinda C Fields** <br> **113 Thomas Holman Circle** <br> **Springfield, TN 37172** | - | | **Warranty** | X | X | | 0.00 |
| Account No. <br><br> **Dell Business Credit** <br> **P.O. Box 5275** <br> **Carol Stream, IL 60197-5275** | - | | **Trade** | | | | 18,397.27 |
| Account No. 5132510 <br><br> **Della Hoskins** <br> **5769 Co Road 11** <br> **Bellefontaine, OH 43311** | - | | **Warranty** | X | X | | 0.00 |
| Account No. 5111754 <br><br> **Della M Martinez** <br> **924 Wabash Avenue** <br> **Youngstown, OH 44502** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **1150** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     18,397.27

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5125236** | | | | | **Warranty** | | | | |
| **Della Mellis** **1732 Santee Street** **Charleston, SC 29412** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5057299** | | | | | **Warranty** | | | | |
| **Delletha Murphy** **1375 Spring Village Dr** **Mansfield, OH 44905** | - | | | | | | | | |
| | | | | | | | | | **155.78** |
| Account No. **5096377** | | | | | **Warranty** | | | | |
| **Delmar Hall** **9695 Staudt Road** **Union City, OH 45390** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5127111** | | | | | **Warranty** | | | | |
| **Delmeka S Carter** **204 3rd Ave** **Aliquippa, PA 15001** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5100291** | | | | | **Warranty** | | | | |
| **Delores A Felder** **103 Iverness** **Summerville, SC 29483** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **1151** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **155.78**

In re  **Great Lakes Warranty Corporation**                                    ,  Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5112046 | | | Warranty | | | | |
| Delores Ann Barb 311 Sharp Hollow Road Bluff City, TN 37618 | - | | | X | X | | 0.00 |
| Account No. 5087794 | | | Warranty | | | | |
| Delores Chism 13332 Sonnett Cove Memphis, TN 38134 | - | | | X | X | | 0.00 |
| Account No. 5131835 | | | Warranty | | | | |
| Delores Coleman 6133 North Marshall Street Philadelphia, PA 19120 | - | | | | | | 556.80 |
| Account No. 5095497 | | | Warranty | | | | |
| Delores DeMore 4235 W Morton Phoenix, AZ 85051 | - | | | X | X | | 0.00 |
| Account No. 5124833 | | | Warranty | | | | |
| Delores Leach 3406 Finley Chapel Road Wellston, OH 45692 | - | | | X | X | | 0.00 |

Sheet no. **1152** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **556.80**

In re   **Great Lakes Warranty Corporation**                              Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5124281** | | | | **Warranty** | | | | |
| **Delores Ledford** **3230 Centenial  Lot 8** **Sylvania, OH 43560** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129541** | | | | **Warranty** | | | | |
| **Delores M Holcomb** **2523 Peach St  PB 4075** **Erie, PA 16512** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127885** | | | | **Warranty** | | | | |
| **Delores Miller** **3729 Peters Mountain Road** **Halifax, PA 17037** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105250** | | | | **Warranty** | | | | |
| **Delores Roppelt** **135 Adlin Avenue** **Houston, PA 15342** | - | | | | | | | |
| | | | | | | | | 17.28 |
| Account No. **5122915** | | | | **Warranty** | | | | |
| **Delores T Hatcher** **217 W Anna St** **Cape May Court House, NJ 08210** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1153**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   17.28

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126516** | | | **Warranty** | | | | |
| **Delores Turner**<br>**RT 2 Box 219A**<br>**Pennsboro, WV 26415** | - | | | X | X | | 0.00 |
| Account No. **5096104** | | | **Warranty** | | | | |
| **Delores Wright**<br>**5067 Rosecrest Dr**<br>**Pittsburgh, PA 15201** | - | | | X | X | | 0.00 |
| Account No. **5075576** | | | **Warranty** | | | | |
| **Delphine Orsat**<br>**8721 Santa Monica Blvd #327**<br>**West Hollywood, CA 90069** | - | | | | | | 519.75 |
| Account No. **5113449** | | | **Warranty** | | | | |
| **Demareio Champion**<br>**826 Finley View Drive**<br>**Rock Hill, SC 29730** | - | | | X | X | | 0.00 |
| Account No. **5129648** | | | **Warranty** | | | | |
| **DeMarie Sanchez**<br>**1563 East 9th Street**<br>**Bethlehem, PA 18015** | - | | | X | X | | 0.00 |

Sheet no.**1154** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

519.75

In re    **Great Lakes Warranty Corporation**    , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5113676 | | | Warranty | | | | |
| Demaris Morales Flores 6912 Hegerman Street Philadelphia, PA 19135 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5111195 | | | Warranty | | | | |
| Demetra K Lahanis 2128 Hollywood Street Warren, OH 44483 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5062809 | | | Warranty | | | | |
| Demetria Hubbard 995 Garfield Ave. Alliance, OH 44601 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5120398 | | | Warranty | | | | |
| Demetrius Martin 15915 Kipling Ave Cleveland, OH 44110 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5095200 | | | Warranty | | | | |
| Demetrius Thompson 3344 Woodford Road Cincinnati, OH 45213 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1155** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5098155** | | | **Warranty** | | | | |
| **Demian Packett** **5039 Cattail Court** **Dayton, OH 45431** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5101735** | | | **Warranty** | | | | |
| **Dena C Sharpe** **231 Brookside Rd** **Norristown, PA 19401** | - | | | | | | |
| | | | | | | | **180.00** |
| Account No. **5064175** | | | **Warranty** | | | | |
| **Dena Gray Magwood** **3181 Murraywood Road** **Johns Island, SC 29455** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5098093** | | | **Warranty** | | | | |
| **Denis A Souers** **3511 Rexdale Street  SW** **Canton, OH 44706** | - | | | | | | |
| | | | | | | | **293.05** |
| Account No. **5127413** | | | **Warranty** | | | | |
| **Denise  Exley** **946 Ivy Lane** **Pottstown, PA 19464** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**1156**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**473.05**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. **5103273** | | | | **Warranty** | | | | |
| **Denise  Johnson Wilhelm** **603 King Street** **Perryopolis, PA 15473** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123691** | | | | **Warranty** | | | | |
| **Denise  Warters** **153 Dix Dr  Apt 11** **North Versailles, PA 15137** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5076300** | | | | **Warranty** | | | | |
| **Denise A Baker** **46310 Kayann Lane** **New Waterford, OH 04445** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090591** | | | | **Warranty** | | | | |
| **Denise A Barron** **108 Fisk Avenue  Apt 2** **Pittsburgh, PA 15202** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117293** | | | | **Warranty** | | | | |
| **Denise Albright** **2006 Aspen Ridge SE** **Cedar Rapids, IA 52403** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1157**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5115845** | | | | **Warranty** | | | | |
| **Denise Baye** **805 Wildel Avenue** **New Castle, DE 19720** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106692 | | | | **Warranty** | | | | |
| **Denise Bozentka** **808 Main St** **Edwardsville, PA 18704** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107323 | | | | **Warranty** | | | | |
| **Denise Brooks** **1311 Tyne Boulevard** **Nashville, TN 37215** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125205 | | | | **Warranty** | | | | |
| **Denise Brooks** **758 Farmdale Road** **Mount Joy, PA 17552** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106413 | | | | **Warranty** | | | | |
| **Denise Brown** **6835 Chew Avenue** **Philadelphia, PA 19120** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1158** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5131864** | | | | | **Warranty** | | | | |
| **Denise Carlton** **1406 8th Street NW** **Canton, OH 44707** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5116934** | | | | | **Warranty** | | | | |
| **Denise D Oaks** **722 Mt Pleasant Road** **Pittsburgh, PA 15214** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5130916** | | | | | **Warranty** | | | | |
| **Denise Dando** **455 Elm Street** **Indiana, PA 15701** | - | | | | | | | | |
| | | | | | | | | | **94.00** |
| Account No. **5098496** | | | | | **Warranty** | | | | |
| **Denise Darcel Turner** **5167 Kings Oasis Way** **Bartlett, TN 38135** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5109412** | | | | | **Warranty** | | | | |
| **Denise DeLoach** **1905 Beech Street  #25** **Pittsburgh, PA 15221** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **1159** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **94.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124933** | | | | **Warranty** | | | | |
| **Denise Duncan** **18701 County Road #12** **Rawson, OH 45881** | - | | | | | | | **516.50** |
| Account No. **5097990** | | | | **Warranty** | | | | |
| **Denise Dunn** **302 Old Course Loop** **Blythewood, SC 29016** | - | | | | | | | **123.00** |
| Account No. **5127680** | | | | **Warranty** | | | | |
| **Denise Evans** **61 Winnsboro Arms Apt 10** **Winnsboro, SC 29180** | - | | | | X | X | | **0.00** |
| Account No. **5132487** | | | | **Warranty** | | | | |
| **Denise Fordyce** **11239 Harvey Road** **Emmitsburg, MD 21727** | - | | | | X | X | | **0.00** |
| Account No. **5125837** | | | | **Warranty** | | | | |
| **Denise Greenwalt** **424 Berkley Lane** **Greensburg, PA 15601** | - | | | | X | X | | **0.00** |

Sheet no. **1160** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **639.50**

In re  **Great Lakes Warranty Corporation**              ,     Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126055** | | | Warranty | | | | |
| **Denise J Shaffer**<br>**114 Bucklick Rd**<br>**Uniontown, PA 15401** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5125121** | | | Warranty | | | | |
| **Denise Johnson**<br>**843 Berekley St  Apt B**<br>**Newmilford, NJ 07646** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5073272** | | | Warranty | | | | |
| **Denise Kuperminc**<br>**301 Roslyn Road**<br>**Richmond, VA 23226** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5113395** | | | Warranty | | | | |
| **Denise L Allen**<br>**1365 Harlow Street**<br>**Pittsburgh, PA 15204** | - | | | | | | |
| | | | | | | | **273.40** |
| Account No. **5118614** | | | Warranty | | | | |
| **Denise M Terrell**<br>**304 Carla Dr**<br>**Pittsburgh, PA 15238** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **1161** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          Subtotal
     (Total of this page)        **273.40**

In re   **Great Lakes Warranty Corporation**                   ,       Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5122665** | | | | **Warranty** | | | | |
| **Denise Mitchell**<br>**10324 Lettuce Leaf**<br>**Las Vegas, NV 89183** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109653** | | | | **Warranty** | | | | |
| **Denise Naugle**<br>**16 Seltzer Avenue**<br>**Shelby, OH 44875** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132364** | | | | **Warranty** | | | | |
| **Denise Orrison**<br>**12 West Newport Road #1**<br>**Lititz, PA 17543** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5050549** | | | | **Warranty** | | | | |
| **Denise R Lefeld**<br>**232 N Sycamore**<br>**St Henry, Oh 45883** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121998** | | | | **Warranty** | | | | |
| **Denise Russell**<br>**510 Acorn Dr**<br>**Easton, PA 18040** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1162** of **4906** sheets attached to Schedule of                         Subtotal

Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation**                    ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106158** | | **Warranty** | | | | | | |
| **Denise Smith Jennings** **1401 Longcreek Drive  Apt 504D** **Columbia, SC 29210** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128965** | | **Warranty** | | | | | | |
| **Denise Somerville** **512 Friendship Avenue** **McKees Rocks, PA 15135** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106432** | | **Warranty** | | | | | | |
| **Denise Sweeney** **5249 Carnegie St** **Pittsburgh, PA 15201** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132226** | | **Warranty** | | | | | | |
| **Denise Taylor** **951st George Street** **East Liverpool, OH 43920** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121229** | | **Warranty** | | | | | | |
| **Dennie J Johnson** **174 West Glendale St** **Bedford, OH 44146** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1163** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5115219 | | | | Warranty | | | | |
| Dennis  Falkowski 10385 Rue Mont Grenoble San Diego, CA 92131 | - | | | | X | X | | 0.00 |
| Account No. 5127124 | | | | Warranty | | | | |
| Dennis  Fumanti 1543 Monsey Ave Scranton, PA 18509 | - | | | | X | X | | 0.00 |
| Account No. 5099218 | | | | Warranty | | | | |
| Dennis  Kirkman 2572 S Adams Street Denver, CO 80210 | - | | | | X | X | | 0.00 |
| Account No. 5102254 | | | | Warranty | | | | |
| Dennis  Natale 2225 Rexdale Drive SW Canton, OH 44706 | - | | | | X | X | | 0.00 |
| Account No. 5130128 | | | | Warranty | | | | |
| Dennis  Williams 141 Clingar Hubbard, OH 44425 | - | | | | X | X | | 0.00 |

Sheet no. **1164** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                  ,        Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5106745** | | | | **Warranty** | | | | |
| **Dennis A Doggett** **531 First Street** **Charleroi, PA 15022** | - | | | | X | X | | 0.00 |
| Account No. **5114484** | | | | **Warranty** | | | | |
| **Dennis A Johnson** **517 10th Street** **Monessen, PA 15062** | - | | | | X | X | | 0.00 |
| Account No. **5122754** | | | | **Warranty** | | | | |
| **Dennis B Stoner** **1130 S Green St** **Palmyra, PA 17078** | - | | | | X | X | | 0.00 |
| Account No. **5085407** | | | | **Warranty** | | | | |
| **Dennis Balogh** **450 Nibert Rd** **Indiana, PA 15701** | - | | | | X | X | | 0.00 |
| Account No. **5085596** | | | | **Warranty** | | | | |
| **Dennis Behm** **5567 Viewpoint Dr** **Dayton, OH 45459** | - | | | | X | X | | 0.00 |

Sheet no.**1165** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**                                    , Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5102083** | | | | **Warranty** | | | | |
| **Dennis Bielinski**<br>**27016 Midland Road**<br>**Bay Village, OH 44140** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108275** | | | | **Warranty** | | | | |
| **Dennis C Gabel**<br>**P.O. Box 515**<br>**Bristol, PA 19007** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108130** | | | | **Warranty** | | | | |
| **Dennis Cowley**<br>**1349 Cushmore Road**<br>**Southampton, PA 18966** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128612** | | | | **Warranty** | | | | |
| **Dennis Crawford**<br>**11909 Forest Ave**<br>**Cleveland, OH 44120** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095825** | | | | **Warranty** | | | | |
| **Dennis Davis**<br>**430 Hunter St  AptA**<br>**Gloucester City, NJ 08030** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1166** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5073670 | | | | Warranty | | | | |
| Dennis DeCost 211 Girard Avenue SE Canton, OH 44707 | - | | | | X | X | | 0.00 |
| Account No. 5131075 | | | | Warranty | | | | |
| Dennis Deegan 266 Venetian Drive Easton, PA 18040 | - | | | | X | X | | 0.00 |
| Account No. 5125131 | | | | Warranty | | | | |
| Dennis Dent 311 Wild Turkey Lane Soddy Daisy, TN 37379 | - | | | | X | X | | 0.00 |
| Account No. 5079817 | | | | Warranty | | | | |
| Dennis Deyarmin 1550 Greenwich Road Cherry Tree, PA 15724 | - | | | | | | | 197.09 |
| Account No. 5131629 | | | | Warranty | | | | |
| Dennis Drake 906 Highland Avenue Bellefont, DE 19809 | - | | | | | | | 1,652.40 |

Sheet no. **1167** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,849.49

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5091349** | | | | **Warranty** | | | | |
| **Dennis E Barnes** **106 Carol Street** **N Cambria, PA 15714** | - | | | | X | X | | 0.00 |
| Account No. **5088916** | | | | **Warranty** | | | | |
| **Dennis E Boyd** **311 Ramsgate Drive** **Gibsonia, PA 15044** | - | | | | X | X | | 0.00 |
| Account No. **5103018** | | | | **Warranty** | | | | |
| **Dennis E Hernandez** **2475 Grand Avenue** **Bellmore, NY 11758** | - | | | | X | X | | 0.00 |
| Account No. **5103843** | | | | **Warranty** | | | | |
| **Dennis E Ireland** **111 Lee Avenue** **Jackson, OH 45640** | - | | | | X | X | | 0.00 |
| Account No. **5094980** | | | | **Warranty** | | | | |
| **Dennis E Lawson** **36807 Lime Bank Road** **Logan, OH 43138** | - | | | | X | X | | 0.00 |

Sheet no. **1168** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re  **Great Lakes Warranty Corporation**                              ,     Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5066675** | | | | **Warranty** | | | | |
| **Dennis Falkowski**<br>**33 Norfield Road**<br>**Weston, CT 06883** | - | | | | X | X | | 0.00 |
| Account No. **5119628** | | | | **Warranty** | | | | |
| **Dennis Flege**<br>**7543 Tanglewood Lane**<br>**West Chester, OH 45069** | - | | | | X | X | | 0.00 |
| Account No. **5106347** | | | | **Warranty** | | | | |
| **Dennis Franks**<br>**40 Little Mingo Road**<br>**Finleyville, PA 15332** | - | | | | X | X | | 0.00 |
| Account No. **5105348** | | | | **Warranty** | | | | |
| **Dennis G Chapman**<br>**313 Upper Drennan Road**<br>**New Kensington, PA 15068** | - | | | | X | X | | 0.00 |
| Account No. **5088813** | | | | **Warranty** | | | | |
| **Dennis G Troyer**<br>**2547 TR 176**<br>**Baltic, OH 43804** | - | | | | X | X | | 0.00 |

Sheet no. **1169** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____

 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126550** | | | Warranty | | | | |
| **Dennis Gray** **215 S State St** **Dubois, PA 15801** | - | | | X | X | | 0.00 |
| Account No. **5107851** | | | Warranty | | | | |
| **Dennis Gronski** **250 Route 66** **Delmont, PA 15626** | - | | | X | X | | 0.00 |
| Account No. **5104756** | | | Warranty | | | | |
| **Dennis Guthery** **6127 West Kings Ave** **Glendale, AZ 85306** | - | | | | | | 424.06 |
| Account No. **5117768** | | | Warranty | | | | |
| **Dennis Howell** **416  1 2 Second Street NE** **Massillon, OH 44646** | - | | | X | X | | 0.00 |
| Account No. **5111053** | | | Warranty | | | | |
| **Dennis J Fiore** **10 Tracy Drive** **Doylestown, PA 18901** | - | | | X | X | | 0.00 |

Sheet no. **1170** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

424.06

In re **Great Lakes Warranty Corporation**                          , Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5098643 | | | Warranty | | | | |
| Dennis J Skrajewski 261 Spring Run Lane Downington, PA 19335 | - | | | X | X | | 0.00 |
| Account No. 5102623 | | | Warranty | | | | |
| Dennis J Smerbeck 508 Mayflower Crossings   Apt 552 Wilkes Barre, PA 18702 | - | | | X | X | | 0.00 |
| Account No. 5117895 | | | Warranty | | | | |
| Dennis J. Hoover 3928 Lake Run Blvd Stow, OH 44224 | - | | | X | X | | 0.00 |
| Account No. 5128456 | | | Warranty | | | | |
| Dennis Jasper Jr 401 E Market St Clearfield, PA 16830 | - | | | X | X | | 0.00 |
| Account No. 5108267 | | | Warranty | | | | |
| Dennis Jones 4118 Western Avenue Woodward, OK 73801 | - | | | X | X | | 0.00 |

Sheet no. __1171__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                          , Case No. _____
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125888** | | | | **Warranty** | | | | |
| **Dennis Kelly Jr 70 North Harrison Ave Pittsburgh, PA 15202** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118821** | | | | **Warranty** | | | | |
| **Dennis L Beatty Jr 1378 Fifth Ave Arnold, PA 15068** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102638** | | | | **Warranty** | | | | |
| **Dennis Lee 921 East Willow Circle Payson, AZ 85541** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130983** | | | | **Warranty** | | | | |
| **Dennis Lepera Jr 536 Gordon Street Reading, PA 19601** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089111** | | | | **Warranty** | | | | |
| **Dennis M  McDonald 4400 Grand Ceantral Ave  34 Vienna, OH 26105** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**1172** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re  **Great Lakes Warranty Corporation**                                      ,          Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123340** | | | **Warranty** | | | | |
| **Dennis M Hall** **3458 Green Leaf Dr** **Mount Joy, PA 17552** | - | | | X | X | | **0.00** |
| Account No. **5127118** | | | **Warranty** | | | | |
| **Dennis M McCrea** **855 Freeland St** **Pittsburgh, PA 15210** | - | | | | | | **415.68** |
| Account No. **5106157** | | | **Warranty** | | | | |
| **Dennis M McTeir** **1258 Orangewood Avenue** **Pittsburgh, PA 15216** | - | | | X | X | | **0.00** |
| Account No. **5108714** | | | **Warranty** | | | | |
| **Dennis McCarthy** **716 Mt Carmel Rd** **Nashville, TN 37205** | - | | | X | X | | **0.00** |
| Account No. **5125633** | | | **Warranty** | | | | |
| **Dennis Morgan** **3675 S. Rainbow #1071-110** **Las Vegas, NV 89103** | - | | | X | X | | **0.00** |

Sheet no. **1173** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            **415.68**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5088420 | | | | Warranty | | | | |
| Dennis Nornhold One Laurel Drive Enola, PA 17025 | - | | | | X | X | | 0.00 |
| Account No. 5078905 | | | | Warranty | | | | |
| Dennis O'Shea 903 Buford Place Nashville, TN 37204 | - | | | | X | X | | 0.00 |
| Account No. 5099930 | | | | Warranty | | | | |
| Dennis P Hillary 411 South Avenue  PO Box 86061 Williamsburg, PA 15221 | - | | | | X | X | | 0.00 |
| Account No. 5093789 | | | | Warranty | | | | |
| Dennis Pratte 1074 East Locust Dr Chandler, AZ 85286 | - | | | | X | X | | 0.00 |
| Account No. 5075996 | | | | Warranty | | | | |
| Dennis R Himes 1105 Jacob Circle Scottdale, PA 15683 | - | | | | | | | 102.04 |

Sheet no. **1174** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **102.04**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5104406** | | | Warranty | | | | |
| **Dennis R Lane 1149 Michigan Street Bellefontaine, OH 43311** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111822** | | | Warranty | | | | |
| **Dennis Robbins 706 Roantree Drive Brentwood, TN 37027** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5072242** | | | Warranty | | | | |
| **Dennis Roberts 163 Lakesview Circle Valentines, VA 23887** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123159** | | | Warranty | | | | |
| **Dennis Rosser Jr. 37358 Vales Mill Rd. Radcliff, OH 45695** | - | | | | | | |
| | | | | | | | 207.02 |
| Account No. **5125658** | | | Warranty | | | | |
| **Dennis Rowe 3001 Glenmahr Avenue Pittsburgh, PA 15204** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1175** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

207.02

In re  **Great Lakes Warranty Corporation**                                        Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093696** | | | | **Warranty** | | | | |
| **Dennis Satyr**<br>**108 Ebony Court**<br>**Brooklyn, NY 11229** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128963** | | | | **Warranty** | | | | |
| **Dennis Scull**<br>**28 Pine Street**<br>**Force, PA 15841** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073263** | | | | **Warranty** | | | | |
| **Dennis Simpson**<br>**4958 Cloverhill Drive**<br>**Murfreesboro, TN 37128** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100741** | | | | **Warranty** | | | | |
| **Dennis Stevenson**<br>**7045 Fort Amanda Road**<br>**Lima, OH 45606** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124664** | | | | **Warranty** | | | | |
| **Dennis Tishko**<br>**7560 Wills Run**<br>**Blacklick, OH 43004** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1176** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                0.00

In re **Great Lakes Warranty Corporation**                                   Case No. _____

_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5118787** | | | **Warranty** | | | | |
| **Dennis W Baker** **28659 Blackjack Rd** **Logan, OH 43138** | - | | | X | X | | 0.00 |
| Account No. **5124242** | | | **Warranty** | | | | |
| **Dennis W Martin** **4258 Loop Rd** **Waterford, PA 16441** | - | | | X | X | | 0.00 |
| Account No. **5112032** | | | **Warranty** | | | | |
| **Dennis Wade** **9833 Fillinger Road** **Cranesville, PA 16410** | - | | | X | X | | 0.00 |
| Account No. **5131308** | | | **Warranty** | | | | |
| **Dennis Wilson** **207 Muenster Road** **Saint Marys, PA 15857** | - | | | X | X | | 0.00 |
| Account No. **5111944** | | | **Warranty** | | | | |
| **Dennis Wright Jr** **506 Northview Drive** **Bexley, OH 43209** | - | | | X | X | | 0.00 |

Sheet no.**1177** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 0.00

In re   **Great Lakes Warranty Corporation**            ,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126201** | | | | **Warranty** | | | | |
| **Dennis Zbinden** **6565 Dale Avenue** **Massillon, OH 44646** | | - | | | X | X | | 0.00 |
| Account No. **5122461** | | | | **Warranty** | | | | |
| **Denny L  Miller** **131 Rudy Rd** **Masnfield, OH 44903** | | - | | | X | X | | 0.00 |
| Account No. **5132206** | | | | **Warranty** | | | | |
| **Denosha Ward** **777 Rockdale Street** **Rock Hill, SC 29730** | | - | | | X | X | | 0.00 |
| Account No. **5128384** | | | | **Warranty** | | | | |
| **Denton Stacey** **718 Main St  Rd 5** **Ashland, OH 44805** | | - | | | X | X | | 0.00 |
| Account No. **5110587** | | | | **Warranty** | | | | |
| **Denzil E Lilly** **14375 Shade Road** **Shade, OH 45776** | | - | | | X | X | | 0.00 |

Sheet no. **1178** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

        Subtotal
     (Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation**                                          Case No. _____
                                                        ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5093252** <br><br> **Denzil Peters** <br> **1210 Breeden Road** <br> **Charlotte, TN 37036** | | - | | **Warranty** | | | | **146.00** |
| Account No. **5101797** <br><br> **Deon Nick** <br> **2175 Kweteng Drive** <br> **Mt. Pleasant, SC 29464** | | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5106927** <br><br> **Dereck W Poole** <br> **440 Ruxton Street** <br> **Pittsburgh, PA 15211** | | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5082255** <br><br> **Derek  DiMeo** <br> **14 Photinia Drive** <br> **Newark, DE 19702** | | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5099880** <br><br> **Derek  Drake** <br> **1047 Mansker Farms Blvd** <br> **Hendersonville, TN 37075** | | - | | **Warranty** | X | X | | **0.00** |

Sheet no._1179_ of _4906_ sheets attached to Schedule of                                          Subtotal                      **146.00**
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

In re **Great Lakes Warranty Corporation**
_____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129736 | | | | Warranty | | | | |
| Derek A Andrews 314 Knoedler Dr Apt 2 Pittsburgh, PA 15236 | - | | | | X | X | | 0.00 |
| Account No. 5097977 | | | | Warranty | | | | |
| Derek A Landfair 2862 Freedom Trail Reynoldsburg, OH 43068 | - | | | | X | X | | 0.00 |
| Account No. 5126866 | | | | Warranty | | | | |
| Derek Allen Broughton 1268 Cheraw Rd Cassatt, SC 29032 | - | | | | | | | 59.72 |
| Account No. 5090034 | | | | Warranty | | | | |
| Derek Campos 6819 Dartworth Parma, OH 44129 | - | | | | X | X | | 0.00 |
| Account No. 5125106 | | | | Warranty | | | | |
| Derek Delong 114 Montieth Avenue West Lawn, PA 19609 | - | | | | X | X | | 0.00 |

Sheet no. **1180** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59.72

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101262** | | | Warranty | | | | |
| **Derek Driggs** **259 East 100 North** **Bountiful, UT 84010** | - | | | X | X | | 0.00 |
| Account No. **5097662** | | | Warranty | | | | |
| **Derek Favers** **726 California Avenue  Apt 2** **Pittsburgh, PA 15202** | - | | | X | X | | 0.00 |
| Account No. **5102678** | | | Warranty | | | | |
| **Derek Grieco** **5 Floral Street** **Windham, NH 03087** | - | | | X | X | | 0.00 |
| Account No. **5066822** | | | Warranty | | | | |
| **Derek Handley** **805 Cranberry Drive** **Monroeville, PA 15146** | - | | | X | X | | 0.00 |
| Account No. **5123031** | | | Warranty | | | | |
| **Derek K French** **1065 East Broadway** **Leisenring, PA 15455** | - | | | X | X | | 0.00 |

Sheet no. **1181** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                              , Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5116044 | | | Warranty | | | | |
| Derek L Foster 4101 Lake Street St Paris, OH 43072 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5097131 | | | Warranty | | | | |
| Derek M Emrick 16615 E Gunsight #102 Fountain Hills, AZ 85268 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5125979 | | | Warranty | | | | |
| Derek Musgrove PO Box 1219 Pine Knot, KY 42636 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5125329 | | | Warranty | | | | |
| Derek Pierce 15 Pin Oaks Drive Phoenixville, PA 19460 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5125078 | | | Warranty | | | | |
| Derek T Dunn 530 S Baltimore Derby, KS 67037 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1182** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**                              ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5128006** | | | | | Warranty | | | | |
| **Derell Sills** **2179 Clay Stone Place** **Reynoldsburg, OH 43868** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5060023** | | | | | Warranty | | | | |
| **Deric Beier** **2622 Mary's Lane** **Rensselaer, IN 47978** | - | | | | | | | | |
| | | | | | | | | | **427.94** |
| Account No. **5108876** | | | | | Warranty | | | | |
| **Derik Rutten** **10250 Porter Lane** **Athens, OH 45701** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5127084** | | | | | Warranty | | | | |
| **Deron Bearden** **2416 Crane Ct** **N Las Vegas, NV 89084** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5113433** | | | | | Warranty | | | | |
| **Derric L Porter** **319 West Twelfth Street** **Columbia, TN 38401** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**1183** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **427.94**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123863** | | | | **Warranty** | | | | |
| **Derrick Bryant** **1201 Shawnette Rd** **Collinwood, TN 38450** | | - | | | | | | **1,292.00** |
| Account No. **5107767** | | | | **Warranty** | | | | |
| **Derrick C Reed** **6215 Jamestown Avenue** **Horn Lake, MS 38637** | | - | | | X | X | | **0.00** |
| Account No. **5107715** | | | | **Warranty** | | | | |
| **Derrick Clark** **1314 S Wilton Street** **Philadelphia, PA 19143** | | - | | | X | X | | **0.00** |
| Account No. **5126159** | | | | **Warranty** | | | | |
| **Derrick Fontaine** **1700 Butler Pike Apt 321A** **Conshocken, PA 19428** | | - | | | X | X | | **0.00** |
| Account No. **5070030** | | | | **Warranty** | | | | |
| **Derrick Foster** **9975 n 131 Place** **Scottsdale, AZ 85250** | | - | | | | | | **140.50** |

Sheet no. **1184** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,432.50**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5097214** | | | | Warranty | | | | |
| **Derrick L Logan** **1860 Greentree Place SE** **Massillon, OH 44646** | - | | | | X | X | | 0.00 |
| Account No. 5113161 | | | | Warranty | | | | |
| **Derrick M Tibbs** **1539 Needmore Road** **Old Hickory, TN 37138** | - | | | | X | X | | 0.00 |
| Account No. 5075737 | | | | Warranty | | | | |
| **Derrick Mains** **831 WestSan Marcos** **Chandler, AZ 85225** | - | | | | X | X | | 0.00 |
| Account No. 5088097 | | | | Warranty | | | | |
| **Derrick Merritt** **123 Richardson Way** **Maynardville, TN 37807** | - | | | | X | X | | 0.00 |
| Account No. 5116241 | | | | Warranty | | | | |
| **Derrick Moore** **741 Work Drive** **Nashville, TN 37207** | - | | | | X | X | | 0.00 |

Sheet no. **1185** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5067052** | | | | **Warranty** | | | | |
| **Derrick Norris** **4131 Mapleton Street SE** **Canton, OH 44707** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131918** | | | | **Warranty** | | | | |
| **Derrick Oree** **2313 Wellbrook Road** **Columbia, SC 29223** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5075889** | | | | **Warranty** | | | | |
| **Derrick P Tulloch** **17502 Magma Court** **Hagerstown, MD 21740** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090848** | | | | **Warranty** | | | | |
| **Derrick Peppers** **3004 Casa Drive** **Nashville, TN 37214** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096802** | | | | **Warranty** | | | | |
| **Derrick Stewart** **3101 Rosedale Blvd** **Louisville, KY 40220** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1186** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131007** | | | | **Warranty** | | | | |
| **Derrick Williams** **4055 Trudy Street** **Memphis, TN 37128** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120169** | | | | **Warranty** | | | | |
| **Derrik T Pannell** **1580 Kenwick Rd** **Columbus, OH 43209** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124135** | | | | **Warranty** | | | | |
| **Derwood Kogler** **RR 1 Box 289D** **Falls, PA 18615** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117907** | | | | **Warranty** | | | | |
| **Desiree L Cox** **921 Emma St** **Lebanon, PA 17042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121279** | | | | **Warranty** | | | | |
| **Desiree M Brusco** **216 Hoffman Heights** **Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1187** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5101589** | | | | **Warranty** | | | | |
| **Desiree Smith** **241 Broad Street** **Saint Clair, PA 17970** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113257** | | | | **Warranty** | | | | |
| **Desonda L Hughes** **417 Hillview Street** **Duquesne, PA 15110** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087592** | | | | **Warranty** | | | | |
| **Despina E Xenakis** **2014 Pembrook Drive** **Glenshaw, PA 15116** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120327** | | | | **Warranty** | | | | |
| **Dessiree L Whitlow** **PO Box 23  Fishpot Rd** **Vestaburg, PA 15368** | - | | | | | | | |
| | | | | | | | | **929.00** |
| Account No. **5130810** | | | | **Warranty** | | | | |
| **Detief Flocke** **529 Inwood Dr** **Mansfield, OH 44903** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1188** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **929.00**

In re  **Great Lakes Warranty Corporation**                                      ,     Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5113627 | | | | Warranty | | | | |
| Detra L Rotundo 315 E Union Boulevard Bethlehem, PA 18018 | - | | | | X | X | | 0.00 |
| Account No. 5092656 | | | | Warranty | | | | |
| Dev Sharma 1518 W Willow Ridge Phoenix, AZ 85041 | - | | | | X | X | | 0.00 |
| Account No. 5121692 | | | | Warranty | | | | |
| Devaughn Randolph 603 Washington St Aliquippa, PA 15001 | - | | | | X | X | | 0.00 |
| Account No. 5128928 | | | | Warranty | | | | |
| Devaughn Williams 718 Virginia Avenue Rochester, PA 15074 | - | | | | X | X | | 0.00 |
| Account No. 5080872 | | | | Warranty | | | | |
| Devika Kumar 401 Bowling Avenue  Unit #1 Nashville, TN 37205 | - | | | | | | | 630.50 |

Sheet no. **1189** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

630.50

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                                        ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5130818 | | | | Warranty | | | | |
| Devin Cox 284 East Kercher Avenue Lebanon, PA 17046 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127670 | | | | Warranty | | | | |
| Devin Barclay 51 West Blenkner Street Apt 107 Columbus, OH 43215 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111206 | | | | Warranty | | | | |
| Devin Johnson N 15292 County Road K Galesville, WI 54630 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102275 | | | | Warranty | | | | |
| Devin M Foster Clark 112 Springdale Lane Millersville, PA 17551 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5091533 | | | | Warranty | | | | |
| Devin McCane Twelve Trees Lane Lot 1 Vanceburg, KY 41179 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1190** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124846** | | | | Warranty | | | | |
| **Devin Milliken** **122 Ulisky Lane** **Worthington, PA 16262** | - | | | | X | X | | 0.00 |
| Account No. **5084495** | | | | Warranty | | | | |
| **Devlin Moreland** **1925 Third Avenue** **New Brighton, PA 15066** | - | | | | X | X | | 0.00 |
| Account No. **5109141** | | | | Warranty | | | | |
| **Devon Maness** **181 Rice Rd** **Brownsville, TN 38012** | - | | | | X | X | | 0.00 |
| Account No. **5127167** | | | | Warranty | | | | |
| **Devon Washington** **2810 Shipley Road** **Philadelphia, PA 19152** | - | | | | X | X | | 0.00 |
| Account No. **5129338** | | | | Warranty | | | | |
| **Devrin Kuipers** **140 Outer Drive** **Oak Ridge, TN 37830** | - | | | | X | X | | 0.00 |

Sheet no. **1191** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5129133 | | | | Warranty | | | | |
| Devynn Creitz 15377 Norwood Avenue Blue Ridge Summit, MD 17214 | - | | | | X | X | | 0.00 |
| Account No. 5128506 | | | | Warranty | | | | |
| Deward Spellman 7017 Wheeler Street Philadlphia, PA 19142 | - | | | | X | X | | 0.00 |
| Account No. 5093324 | | | | Warranty | | | | |
| Dewarren Mashode Compton 120 Carlyle Circle Goldsboro, NC 27530 | - | | | | | | | 217.03 |
| Account No. 5122065 | | | | Warranty | | | | |
| Dewayne D Cohen RR 3 Box 158 Pleasant Unity, PA 15676 | - | | | | X | X | | 0.00 |
| Account No. 5121442 | | | | Warranty | | | | |
| Dewayne E Grady 2361 Uriah Place Murfreesboro, TN 37129 | - | | | | X | X | | 0.00 |

Sheet no. **1192** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

217.03

In re **Great Lakes Warranty Corporation** , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5104480** <br><br> **Dewayne Holmes** <br> **1255 Eddy Scamp City Road** <br> **Arab, AL 35016** | | - | **Warranty** | | | | **1,159.41** |
| Account No. **5067672** <br><br> **Dewayne Simmons** <br> **205 Rae Street** <br> **Lake City, SC 29560** | | - | **Warranty** | X | X | | **0.00** |
| Account No. **5101011** <br><br> **Dewey H Caldwell** <br> **1327 Robin Avenue** <br> **Salem, OH 44460** | | - | **Warranty** | X | X | | **0.00** |
| Account No. **5110705** <br><br> **Dewey J  Wakefield** <br> **4411 Teesdale St** <br> **Philadelphia, PA 19136** | | - | **Warranty** | X | X | | **0.00** |
| Account No. **5070676** <br><br> **Dewey Richmond  Jr** <br> **6639 Evergreen Wood Dr** <br> **Huber Hts, OH 45424** | | - | **Warranty** | X | X | | **0.00** |

Sheet no. **1193** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,159.41**

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5075544** | | | Warranty | | | | |
| **Dexter Kimsey** **3931 Stonebriar Lane** **Duluth, GA 30097** | - | | | X | X | | 0.00 |
| Account No. **5085848** | | | Warranty | | | | |
| **Dexter L Smith** **38 Hampton Gate Dr** **Sicklerville, NJ 08081** | - | | | | | | 285.00 |
| Account No. **5090094** | | | Warranty | | | | |
| **Dexter R Casta** **461 Gypsy Lane #8** **Youngstown, OH 44504** | - | | | X | X | | 0.00 |
| Account No. **5132031** | | | Warranty | | | | |
| **Deyra Robles Tapia** **1970 Veterans Highway #M32** **Levittown, PA 19056** | - | | | X | X | | 0.00 |
| Account No. **5092313** | | | Warranty | | | | |
| **Dezso Kovesi** **1470 Wagar Road #103** **Rocky River, OH 44116** | - | | | X | X | | 0.00 |

Sheet no. **1194** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **285.00**

In re **Great Lakes Warranty Corporation**         Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5073940 | | | | Warranty | | | | |
| Dhanamjay Adoni Babu 1522 E Southern Ave 201B Tempe, AZ 85282 | - | | | | X | X | | 0.00 |
| Account No. 5061878 | | | | Warranty | | | | |
| Dhaval Vaishnav 39900 Finley Dr Canton, MI 48188 | - | | | | X | X | | 0.00 |
| Account No. 5132777 | | | | Warranty | | | | |
| Di Liu 126 Piedmont Trail Road Clarksburg, MD 20871 | - | | | | X | X | | 0.00 |
| Account No. 5128830 | | | | Warranty | | | | |
| Diah Maglish 5253 Sandstorm Las Vegas, NV 89142 | - | | | | X | X | | 0.00 |
| Account No. 5129358 | | | | Warranty | | | | |
| Diamond Pearl Robinson 2618 Nutmeg Ct Mays Landing, NJ 08330 | - | | | | X | X | | 0.00 |

Sheet no. **1195** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5092639** | | | | **Warranty** | | | | |
| **Diana Pollack** **10404 Edgepark** **Garfield Heights, OH 44105** | - | | | | | | | |
| | | | | | | | | 623.00 |
| Account No. **5119989** | | | | **Warranty** | | | | |
| **Diana West** **5 Coventry Lane** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5070373** | | | | **Warranty** | | | | |
| **Diana Ahlers** **421 Park St** **St Henry, OH 45883** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108691** | | | | **Warranty** | | | | |
| **Diana C Attaway** **421 Boundary Street** **Newberry, SC 29108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105273** | | | | **Warranty** | | | | |
| **Diana C Ritenour** **36 Riviera Terrace  PO Box 224** **Dilliner, PA 15327** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1196** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

623.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5125358 | | | Warranty | | | | |
| Diana Coleman 414 Pleasant Street Ashland, OH 44805 | - | | | X | X | | 0.00 |
| Account No. 5103196 | | | Warranty | | | | |
| Diana D Maynard 122 Oak Brook Drive Liberty, SC 39657 | - | | | X | X | | 0.00 |
| Account No. 5102250 | | | Warranty | | | | |
| Diana E Mathis 422 Hamilton NE Canton, OH 44704 | - | | | X | X | | 0.00 |
| Account No. 5056370 | | | Warranty | | | | |
| Diana Glover 433 Santa Paula Dr Grand Prairie, TX 75052 | - | | | X | X | | 0.00 |
| Account No. 5097402 | | | Warranty | | | | |
| Diana H. Fisketjon 5390 Parker Branch Road Franklin, TN 37064 | - | | | X | X | | 0.00 |

Sheet no. **1197** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5128367 | | | | Warranty | | | | |
| Diana K Cutting 2100 Bravo ST Las Vegas, NV 89108 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125926 | | | | Warranty | | | | |
| Diana Kelley 6925 Maplebrook Ave NE East Canton, OH 44730 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119291 | | | | Warranty | | | | |
| Diana Kimes 55498 4th Ave Reedsville, OH 45772 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125465 | | | | Warranty | | | | |
| Diana Kittle 3601 St Rt 703 #84 Celina, OH 45822 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112238 | | | | Warranty | | | | |
| Diana L Allen 244 Fifth Avenue Mansfield, OH 44905 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. <u>1198</u> of <u>4906</u> sheets attached to Schedule of          Subtotal          0.00
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

In re   **Great Lakes Warranty Corporation**                                              ,        Case No. _____
_____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099739** | | | | Warranty | | | | |
| Diana L Bailey 402 McGill Street Orrville, OH 44667 | - | | | | X | X | | 0.00 |
| Account No. **5130139** | | | | Warranty | | | | |
| Diana L Channels 48084 Moore Rd East Liverpool, OH 43920 | - | | | | X | X | | 0.00 |
| Account No. **5090730** | | | | Warranty | | | | |
| Diana L Cook 342 E Main Street  PO Box 387 St Henry, OH 45883 | - | | | | X | X | | 0.00 |
| Account No. **5095350** | | | | Warranty | | | | |
| Diana L Krise 616 N Maple Avenue Ridgway, PA 15853 | - | | | | X | X | | 0.00 |
| Account No. **5086876** | | | | Warranty | | | | |
| Diana L Lilly 14375 Shade Road Shade, OH 45776 | - | | | | X | X | | 0.00 |

Sheet no. **1199**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                              Case No. _____
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5088479** | | | | **Warranty** | | | | |
| **Diana Petty** **1138 Patton St** **Troy, OH 45373** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130648** | | | | **Warranty** | | | | |
| **Diana Stupak** **3119 Brunot Avenue** **Pittsburgh, PA 15201** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5077605** | | | | **Warranty** | | | | |
| **Diana Veglia** **355 W 7th St** **Salem, OH 44460** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5097002** | | | | **Warranty** | | | | |
| **Diana Wallace** **800 Willopenn Drive** **Southampton, PA 18966** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5098517** | | | | **Warranty** | | | | |
| **Diana Worman** **118 Lennon Circle** **Telford, PA 18969** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1200** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5099396** | | | Warranty | | | | |
| **Diane Adams**<br>**PO Box 633**<br>**Ridgeville, SC 29472** | - | | | X | X | | 0.00 |
| Account No. 5121174 | | | Warranty | | | | |
| **Diane Adney**<br>**39642 Highview Dr**<br>**Oakhurst, CA 93644** | - | | | X | X | | 0.00 |
| Account No. 5131556 | | | Warranty | | | | |
| **Diane Bass**<br>**9648 Sioux**<br>**Redford Twp, MI 48239** | - | | | X | X | | 0.00 |
| Account No. 5131450 | | | Warranty | | | | |
| **Diane Morgan**<br>**123 County Road 889**<br>**Etowah, TN 37331** | - | | | X | X | | 0.00 |
| Account No. 5112938 | | | Warranty | | | | |
| **Diane Arbuckle**<br>**2925 W Maryland Ave**<br>**Phoenixville, AZ 85017** | - | | | X | X | | 0.00 |

Sheet no. **1201** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5118712 | | | | Warranty | | | | |
| Diane Bagshaw 4949 Division Hwy East EArl, PA 17519 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127491 | | | | Warranty | | | | |
| Diane Benson 4908 Barrie Street NW Canton, OH 44708 | - | | | | | | | |
| | | | | | | | | 553.73 |
| Account No. 5112481 | | | | Warranty | | | | |
| Diane Boso 9737 Snortin Ridge Road Lancaster, OH 43130 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108236 | | | | Warranty | | | | |
| Diane Brown 726 Belfast Road Newberry, SC 29108 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111384 | | | | Warranty | | | | |
| Diane C Hildenbrand 124 Carriage Drive Pittsburgh, PA 15237 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1202** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

553.73

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5100062** <br><br> **Diane Celidonia** <br> **2416 Hamilton Avenue** <br> **Glenshaw, PA 15116** | - | | | Warranty | | | | 40.00 |
| Account No. **5131312** <br><br> **Diane Dansevicus** <br> **4069 Dalewood Street** <br> **Pittsburgh, PA 15227** | - | | | Warranty | X | X | | 0.00 |
| Account No. **5108390** <br><br> **Diane Dawes** <br> **5130 Earlsdale Road** <br> **Pittsburgh, PA 15234** | - | | | Warranty | X | X | | 0.00 |
| Account No. **5097219** <br><br> **Diane E Henson** <br> **5765 Lake Cable Avenue  NW** <br> **Canton, OH 44718** | - | | | Warranty | X | X | | 0.00 |
| Account No. **5119228** <br><br> **Diane F Allison** <br> **PO Box 194** <br> **Henryville, PA 18322** | - | | | Warranty | X | X | | 0.00 |

Sheet no. **1203** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40.00

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5112109 | | | Warranty | | | | |
| Diane Fleming 306 Legare Street Latta, SC 29565 | - | | | X | X | | 0.00 |
| Account No. 5101942 | | | Warranty | | | | |
| Diane Foster 550 Bilper Avenue  Apt 6717 Lindenwold, NJ 08021 | - | | | | | | 191.63 |
| Account No. 5115650 | | | Warranty | | | | |
| Diane J Kellenberger 502 E Locust Street Fleetwood, PA 19522 | - | | | X | X | | 0.00 |
| Account No. 5110928 | | | Warranty | | | | |
| Diane J Mariani 4 Wellington Road Pittsburgh, PA 15221 | - | | | X | X | | 0.00 |
| Account No. 5119488 | | | Warranty | | | | |
| Diane J Polcovich 5111 South Hickory St Mount Carmel, PA 17851 | - | | | X | X | | 0.00 |

Sheet no. 1204  of 4906  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    191.63

In re   **Great Lakes Warranty Corporation**                                    Case No. _____

                                                  ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5053921** | | | | **Warranty** | | | | |
| **Diane Johnson** **639 7th Ave.** **Bethlehem, PA 18018** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124303** | | | | **Warranty** | | | | |
| **Diane Jones Johnson** **919 Sassafrass Drive** **Millville, NJ 08332** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5084020** | | | | **Warranty** | | | | |
| **Diane K Nelson** **16835 E Alamosa  Unit A** **Fountain Hills, AZ 85268** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5073436** | | | | **Warranty** | | | | |
| **Diane K Wingerson** **238 South 89 Street** **Mesa, AZ 85208** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5088024** | | | | **Warranty** | | | | |
| **Diane L Bresler** **6301 Westfall Rd** **Lancaster, OH 43130** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1205** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

In re **Great Lakes Warranty Corporation** ,　　　Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5112884 | | | Warranty | | | | |
| Diane L Dixon 5651 South Lamont Road Springfield, TN 37172 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5091074 | | | Warranty | | | | |
| Diane L Greer 305 Buffalo Ridge Louisville, OH 44641 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5120310 | | | Warranty | | | | |
| Diane L McCarty 220 Ridgewood Dr Boardman, OH 44512 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5067563 | | | Warranty | | | | |
| Diane Landsberger 3274 E. S. Range Road New Springfield, OH 44443 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5087688 | | | Warranty | | | | |
| Diane M Cross 2153 S Live Oak Drive Moncks Corner, SC 29461 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1206** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　0.00

In re **Great Lakes Warranty Corporation**                   ,     Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121945**<br><br>**Diane M Palmer**<br>**618 North Broad St**<br>**Lancaster, OH 43130** | - | | **Warranty** | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099764**<br><br>**Diane M Rabatin**<br>**2109 Saint Elmo NE**<br>**Canton, OH 44714** | - | | **Warranty** | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5116533**<br><br>**Diane Moultrie**<br>**6529 Van Dike Street**<br>**Philadelphia, PA 19135** | - | | **Warranty** | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130746**<br><br>**Diane Nagy**<br>**4104 Harvard Road**<br>**Erie, PA 16509** | - | | **Warranty** | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131360**<br><br>**Diane Nuske**<br>**3812 Root Avenue**<br>**Canton, OH 44705** | - | | **Warranty** | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1207** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal       0.00
(Total of this page)

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100274** | | | | Warranty | | | | |
| **Diane O Keehl** **18723 Brewster Rd** **Chagrin Falls, OH 44023** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110896** | | | | Warranty | | | | |
| **Diane Penn** **200 Marvin Road** **Shicisshinny, PA 18655** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125925** | | | | Warranty | | | | |
| **Diane Raffa** **339 Winona Lakes** **East Stroudsburg, PA 18301** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117533** | | | | Warranty | | | | |
| **Diane Reese** **317 Layfield Road** **Perkiomenville, PA 18074** | - | | | | | | | |
| | | | | | | | | 1,230.00 |
| Account No. **5065027** | | | | Warranty | | | | |
| **Diane Reynolds** **2038 Lake Road** **Ridgeway, SC 29130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1208** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        **1,230.00**

In re **Great Lakes Warranty Corporation**                                      ,      Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125993** <br><br> **Diane Roach** <br> **8407 B New Jersey Avenue** <br> **Wildwood, NJ 08260** | | - | | **Warranty** | | | | **474.00** |
| Account No. **5089887** <br><br> **Diane Rose** <br> **3164 Ridgeway Road** <br> **Dayton, OH 45419** | | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5127276** <br><br> **Diane S McFadden** <br> **109 Schley St** <br> **Newark, NJ 07112** | | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5083292** <br><br> **Diane Smith** <br> **27740 Tomball Parkway** <br> **Tomball, TX 77375** | | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5088827** <br><br> **Diane Smith** <br> **115 Canton Court** <br> **Goodeettsville, TN 37072** | | - | | **Warranty** | X | X | | **0.00** |

Sheet no.**1209** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**474.00**

In re **Great Lakes Warranty Corporation**         Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5131202** | | | | Warranty | | | | |
| **Diane Smith** **27740 Tombau Pkwy** **Tom Ball, TX 77375** | - | | | | X | X | | 0.00 |
| Account No. **5100021** | | | | Warranty | | | | |
| **Diane Stile** **67 Horner Lane PO Box 757** **Charleroi, PA 15022** | - | | | | X | X | | 0.00 |
| Account No. **5086354** | | | | Warranty | | | | |
| **Diane T Cambron** **203 Bramley Place** **Franklin, TN 37069** | - | | | | X | X | | 0.00 |
| Account No. **5127766** | | | | Warranty | | | | |
| **Diane W Stonebeck** **4261 Clear Way** **Allentown, PA 18103** | - | | | | X | X | | 0.00 |
| Account No. **5063525** | | | | Warranty | | | | |
| **Diane Ward** **5152 Singing Hills Dr** **Antioch, TN 37013** | - | | | | X | X | | 0.00 |

Sheet no. **1210** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                  0.00
(Total of this page)

In re    **Great Lakes Warranty Corporation**                                   ,    Case No. _____

_____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131589** | | | | **Warranty** | | | | |
| **Diane Wilson** **655 Louise Drive** **Fairview, PA 16415** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114824** | | | | **Warranty** | | | | |
| **Diane Yoder** **7088 County Road 5** **West Liberty, OH 43357** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113222** | | | | **Warranty** | | | | |
| **Diane Zimmerman Fitzgerald** **18267 Route 322  Apt B** **Brookville, PA 15825** | - | | | | | | | |
| | | | | | | | | **1,129.75** |
| Account No. **5097457** | | | | **Warranty** | | | | |
| **Diann Galvin** **221 Main Street** **Pottsville, PA 17901** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5063833** | | | | **Warranty** | | | | |
| **Diann Velovitch** **10625 Laurens Drive Northeast** **Bolivar, OH 44612** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1211** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,129.75**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5121775** | | | | Warranty | | | | |
| **Dianna L Kelly 206 South 4th St Duquesne, PA 15110** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128420** | | | | Warranty | | | | |
| **Dianna Medina 4210 Apple Oak Ct Las Vegas, NV 89115** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126888** | | | | Warranty | | | | |
| **Dianna Carsey 16485 Willow Creek Road Guysville, OH 45735** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099584** | | | | Warranty | | | | |
| **Dianna Chambers 1200 Hitt Lane Goodlettsville, TN 37072** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097747** | | | | Warranty | | | | |
| **Dianna Enoff 2144 Enoff Drive Westminster, MD 21157** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1212** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123951** | | | | **Warranty** | | | | |
| **Dianna Gindhart 495 Friesburg Aldine Rd Elmer, NJ 08318** | - | | | | X | X | | 0.00 |
| Account No. **5128289** | | | | **Warranty** | | | | |
| **Dianna Harmon 26 North 14th St  Apt 1 Allentown, PA 18102** | - | | | | X | X | | 0.00 |
| Account No. **5121961** | | | | **Warranty** | | | | |
| **Dianna J Woltz 1826 Baltimore Rd Lancaster, OH 43130** | - | | | | X | X | | 0.00 |
| Account No. **5115864** | | | | **Warranty** | | | | |
| **Dianna L Wolfe 6525 Cameron Road Athens, OH 45701** | - | | | | X | X | | 0.00 |
| Account No. **5125598** | | | | **Warranty** | | | | |
| **Dianna Lynn Barber 10228 Loftin Dr Olive Branch, MS 38654** | - | | | | X | X | | 0.00 |

Sheet no. **1213** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5125343 | | | | Warranty | | | | |
| Dianna Montgomery 294 Main Street #1 Landisville, PA 17538 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5073804 | | | | Warranty | | | | |
| Dianna Williams PO Box 7070 Wise, VA 24923 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129371 | | | | Warranty | | | | |
| Dianna Wilson 134 West Duval Street Philadelphia, PA 19144 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132285 | | | | Warranty | | | | |
| Dianne Daily 401 Keener Avenue Middletown, PA 17052 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128617 | | | | Warranty | | | | |
| Dianne Robinson 19603 Lanbury Ave Beachwood, OH 44122 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1214** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ............ 0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5092344** | | | | | **Warranty** | | | | |
| **Dianne C Houser** **4688 Madeline Drive** **Rock Hill, SC 29732** | - | | | | | X | X | | 0.00 |
| Account No. **5067395** | | | | | **Warranty** | | | | |
| **Dianne Fisk** **3121 South Farm Crest** **Cincinnati, OH 45213** | - | | | | | X | X | | 0.00 |
| Account No. **5129414** | | | | | **Warranty** | | | | |
| **Dianne J Jordan** **102 Melrose Montebello Parkway** **Natchez, MS 39120** | - | | | | | X | X | | 0.00 |
| Account No. **5097212** | | | | | **Warranty** | | | | |
| **Dianne L Korchnak** **3033 Sheila Street NW** **Massillon, OH 44646** | - | | | | | X | X | | 0.00 |
| Account No. **5111920** | | | | | **Warranty** | | | | |
| **Dianne M Monahan** **38b Higgins Avenue** **Clementon, NJ 08021** | - | | | | | X | X | | 0.00 |

Sheet no. **1215** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                              ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127628** | | | **Warranty** | | | | |
| **Diedra N Round**<br>**2106 Arlington Ave**<br>**Pittsburgh, PA 15210** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5090377** | | | **Warranty** | | | | |
| **Dierdre A Wilkinson**<br>**119 King Arthur Road  PO Box 873**<br>**Blakeslee, PA 18610** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119375** | | | **Warranty** | | | | |
| **Digital Region Music LLC**<br>**PO Box 871  Spring St**<br>**Logan, OH 43138** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5076527** | | | **Warranty** | | | | |
| **Dillen Rodgers**<br>**3160  Lakestream Drive**<br>**Columbus, IN 47201** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5103806** | | | **Warranty** | | | | |
| **Dillon Abplanalp**<br>**725 Villa Road**<br>**Springfield, OH 45071** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1216** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**       Case No. _____

           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128557** | | | | Warranty | | | | |
| **Dimitar Petkuva** **2383 Akers Mill Rd SE 18** **Atlanta, GA 30339** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127982** | | | | Warranty | | | | |
| **Dimitri Dolgov** **26 Regency Dr** **Poughkeepsie, NY 12603** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114991** | | | | Warranty | | | | |
| **Dina Cociuba** **PO Box 1226** **Carefree, AZ 85377** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5062475** | | | | Warranty | | | | |
| **Dina Hutt** **252 Tyler Street** **Rock Springs, WY 82901** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115842** | | | | Warranty | | | | |
| **Dina N Cerniglia** **1028 Dutch Hollow Road** **Jeannette, PA 15244** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1217** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                         ,   Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5125427** | | | | | **Warranty** | | | | |
| **Dinesh Rugnath** **130 Brookfield Avenue** **Nashville, TN 37205** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5110632** | | | | | **Warranty** | | | | |
| **Dineshbhai R Patel** **2702 Fairmont Court** **Troy, OH 45373** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5078882** | | | | | **Warranty** | | | | |
| **Dinh N Tran** **8249 Teakwood** **Woodway, TX 76712** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5093715** | | | | | **Warranty** | | | | |
| **Dinnea L Goins** **1706 Brinton Manor  Apt 306** **Pittsburgh, PA 15221** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5084086** | | | | | **Warranty** | | | | |
| **Dino Piccolino** **108 Sandra Court** **North Versailles, PA 15137** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1218** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5098524** | | | Warranty | | | | |
| **Dino Ventura** **498 Heistersburg Road** **East Millsboro, PA 15433** | - | | | X | X | | 0.00 |
| Account No. **5034149** | | | Warranty | | | | |
| **Dion Wilford** **P.O. Box 441** **St Stephen, SC 29479** | - | | | X | X | | 0.00 |
| Account No. **5089794** | | | Warranty | | | | |
| **Dion Hammond** **1632 Laketon Road** **Pittsburgh, PA 15221** | - | | | X | X | | 0.00 |
| Account No. **5092252** | | | Warranty | | | | |
| **Dion Hammond** **7585 Bristol Circle** **Naples, FL 34120** | - | | | X | X | | 0.00 |
| Account No. **5105465** | | | Warranty | | | | |
| **Dion J Larese** **8200 Highline Boulevard** **Erie, PA 16509** | - | | | X | X | | 0.00 |

Sheet no. **1219** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5114732 | | | | | Warranty | | | | |
| Dion Roy Serventi 11973 E Becker Lane Scottsdale, AZ 85259 | - | | | | | | | | |
| | | | | | | | | | 725.00 |
| Account No. 5075358 | | | | | Warranty | | | | |
| Dion Smith 378 25th Street Northwest Massillon, OH 44647 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5129074 | | | | | Warranty | | | | |
| Dione Jones 29280 Corbin Pkwy Easton, PA 21601 | - | | | | | | | | |
| | | | | | | | | | 1,400.00 |
| Account No. 5129107 | | | | | Warranty | | | | |
| Dionisio Valentin 120 E Street Road Warminster, PA 18974 | - | | | | | | | | |
| | | | | | | | | | 241.08 |
| Account No. 5079439 | | | | | Warranty | | | | |
| Dionne G Pettus 1318 Stanmore Street Pittsburgh, PA 15212 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1220** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    2,366.08

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5120815** | | | | **Warranty** | | | | |
| **Dionne R Evans** **49 Girard Ave** **Trenton, NJ 08639** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131414** | | | | **Warranty** | | | | |
| **Dipayan Jana** **909 Essex Drive** **Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5071327** | | | | **Warranty** | | | | |
| **Dirk E Wetherhold** **2353 Danfield Way** **Macungie, PA 18062** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093107** | | | | **Warranty** | | | | |
| **Dixie Gamble** **301 28th Avenue N** **Nashville, TN 37203** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5097408** | | | | **Warranty** | | | | |
| **DJ Strotman** **7200 Noblestown Road Apt 9** **Oakdale, PA 15071** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1221** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re  **Great Lakes Warranty Corporation**                                      ,        Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5103866** | | | Warranty | | | | |
| **DLon L Walker** **1120 Pemberton Street** **Pittsburgh, PA 15212** | - | | | X | X | | 0.00 |
| Account No. **5098935** | | | Warranty | | | | |
| **Doan P Nguyen** **301 N Reservoir Street** **Lancaster, PA 17602** | - | | | X | X | | 0.00 |
| Account No. **5127418** | | | Warranty | | | | |
| **Dock McDuffie III** **344 Vanderlake Drive** **York, SC 29745** | - | | | | | | 1,307.00 |
| Account No. **5116433** | | | Warranty | | | | |
| **Dodge Express LLC** **24621 Devoe Avenue** **Euclid, OH 44123** | - | | | X | X | | 0.00 |
| Account No. **5128072** | | | Warranty | | | | |
| **Doeron E Rayford** **9003 S Burley Ave** **Chicago, IL 60617** | - | | | X | X | | 0.00 |

Sheet no. **1222** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **1,307.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130730** | | | | Warranty | | | | |
| **Doeun Chhan** **24577 Meadow Lane** **Westlake, OH 44145** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118367** | | | | Warranty | | | | |
| **Dolbey Jamison Optical Co Inc** **213 Jones Blvd** **Pottstown, PA 19464** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120030** | | | | Warranty | | | | |
| **Dolores  Aversa Gounley** **5060 Arney Rd** **Harrisburg, PA 17111** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123569** | | | | Warranty | | | | |
| **Dolores A Anderson** **3112 W 38th St** **Erie, PA 16506** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5075289** | | | | Warranty | | | | |
| **Dolores A Hernandez** **260 S Noble** **Mesa, AZ 85208** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1223** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5130399 | | | | Warranty | | | | |
| Dolores A Jones 154 Goldenridge Dr Levittown, PA 19057 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126645 | | | | Warranty | | | | |
| Dolores Calabro 1504 Marion Street Dunmore, PA 18509 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086603 | | | | Warranty | | | | |
| Dolores Claire King 6373 N Willowbrook Drive Casas Alobes, AZ 85704 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5080585 | | | | Warranty | | | | |
| Dolphos Henderson 4300 East 141st Cleveland, OH 44128 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114157 | | | | Warranty | | | | |
| Domenic Cozzocrea 2190 Pauline Street Pittsburgh, PA 15216 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 1224 of 4906 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130404** | | | Warranty | | | | |
| **Domenic J Agnoni**<br>**3326 Meridian St**<br>**Philadelphia, PA 19136** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129988** | | | Warranty | | | | |
| **Domenic Villani**<br>**930 Wafford Lane**<br>**Bethlehem, PA 18017** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5098553** | | | Warranty | | | | |
| **Domingo Deleon**<br>**1 Price Street**<br>**Providence, RI 02907** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131971** | | | Warranty | | | | |
| **Domingo Garcia Rodriguez**<br>**825 North 8th Street**<br>**Reading, PA 19604** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102775** | | | Warranty | | | | |
| **Domingo Negron**<br>**11984 SSG Rivers Court**<br>**El Paso, TX 79908** | - | | | | | | |
| | | | | | | | 510.00 |

Sheet no. **1225** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **510.00**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5085235** | | | Warranty | | | | |
| **Dominic DiDonato** **2628 S Mole Street** **Philadelphia, PA 19145** | - | | | X | X | | 0.00 |
| Account No. **5098982** | | | Warranty | | | | |
| **Dominic Prophete** **2321 Morse Avenue** **Scotch Plains, NJ 07076** | - | | | | | | 0.35 |
| Account No. **5120769** | | | Warranty | | | | |
| **Dominick A Bruno** **3115 Holland St** **Erie, PA 16504** | - | | | X | X | | 0.00 |
| Account No. **5085586** | | | Warranty | | | | |
| **Dominick Laspina** **87 Germanville Rd** **Ashland, PA 17921** | - | | | X | X | | 0.00 |
| Account No. **5122851** | | | Warranty | | | | |
| **Dominique C Currie** **610 Garfield** **Emporia, KS 66801** | - | | | X | X | | 0.00 |

Sheet no. **1226** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.35

In re **Great Lakes Warranty Corporation**         Case No. _____
                                         ,
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5109395 | | | Warranty | | | | |
| Dominique Johnson 2360 Duncan Drive  Apt 4 Fairborn, OH 45324 | - | | | X | X | | 0.00 |
| Account No. 5098915 | | | Warranty | | | | |
| Dominique Ponko 6123 Farm Road Export, PA 15632 | - | | | X | X | | 0.00 |
| Account No. 5068108 | | | Warranty | | | | |
| Don  Olson 722 Sunset Way NW Bemidji, MN 56601 | - | | | | | | 757.49 |
| Account No. 5045733 | | | Warranty | | | | |
| Don & Pamela Zelaya 3005 Pandell Court Spring Hill, TN 37174 | - | | | X | X | | 0.00 |
| Account No. 5089775 | | | Warranty | | | | |
| Don A Cooper 113 Lena Loop Burns, TN 37029 | - | | | X | X | | 0.00 |

Sheet no. **1227** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **757.49**

In re **Great Lakes Warranty Corporation**                              Case No. _____

                                                              ,

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5086420** | | | | **Warranty** | | | | |
| **Don C Ramsey** **30 Vernon Road** **Shelby, OH 44875** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086809** | | | | **Warranty** | | | | |
| **Don C Splittorf** **7755 Fox Run NW** **N Canton, OH 44720** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5064771** | | | | **Warranty** | | | | |
| **Don Carter** **7320 Meadowlark Place** **Philadelphia, PA 19153** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131643** | | | | **Warranty** | | | | |
| **Don Carter** **1107 Twin Oaks Road** **Sylvania, GA 30467** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112035** | | | | **Warranty** | | | | |
| **Don D Newcomb III** **704A East Gate Plaza** **Emporia, KS 66801** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1228** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5065481** | | | | **Warranty** | | | | |
| **Don Donnell**<br>**3072 W. Hwy 80**<br>**Bisbee, AZ 85603** | - | | | | X | X | | 0.00 |
| Account No. **5117228** | | | | **Warranty** | | | | |
| **Don Fisher III**<br>**4906 Wiseland Avenue SE**<br>**Canton, OH 44707** | - | | | | X | X | | 0.00 |
| Account No. **5117978** | | | | **Warranty** | | | | |
| **Don G Bergert**<br>**19 South Ridge Trail South East**<br>**Cartersville, GA 30120** | - | | | | X | X | | 0.00 |
| Account No. **5126981** | | | | **Warranty** | | | | |
| **Don Henderson**<br>**8226 Lytle Ferry Road**<br>**Waynesville, OH 45068** | - | | | | X | X | | 0.00 |
| Account No. **5094585** | | | | **Warranty** | | | | |
| **Don Hunnell**<br>**651 S Second Street**<br>**Cottonwood, AZ 86326** | - | | | | | | | 335.92 |

Sheet no.**1229** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 335.92

In re **Great Lakes Warranty Corporation**          Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100753** | | | | **Warranty** | | | | |
| **Don Kronforst** **3 Prospect Drive** **Prospect Heights, IL 60070** | - | | | | | | | **1,025.89** |
| Account No. **5124322** | | | | **Warranty** | | | | |
| **Don Lewis** **331 Lewis Road** **Weedville, PA 15868** | - | | | | X | X | | **0.00** |
| Account No. **5080038** | | | | **Warranty** | | | | |
| **Don M Blandin** **2934 28th Street NW** **Washington, SC 20008** | - | | | | | | | **1,750.20** |
| Account No. **5128668** | | | | **Warranty** | | | | |
| **Don Morris** **96 Miles Road** **Columbia, SC 29223** | - | | | | | | | **173.83** |
| Account No. **5131325** | | | | **Warranty** | | | | |
| **Don Nation** **829 Ceadr Springs Road** **Athens, TN 00033-7303** | - | | | | X | X | | **0.00** |

Sheet no. **1230** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,949.92**

In re  **Great Lakes Warranty Corporation**                                    ,  Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5113295** | | | Warranty | | | | |
| **Don Oliver** **1412 McCorkle Road** **Piketon, OH 45661** | - | | | X | X | | 0.00 |
| Account No. **5111428** | | | Warranty | | | | |
| **Don T Henderson** **8226 Lytle Ferry Road** **Waynesville, OH 45068** | - | | | | | | 1,500.00 |
| Account No. **5066688** | | | Warranty | | | | |
| **Don Weber** **1059 West 35th** **Erie, PA 16508** | - | | | X | X | | 0.00 |
| Account No. **5130078** | | | Warranty | | | | |
| **Dona Jean Tedesco** **244 Princeton Avenue** **West View, PA 15229** | - | | | X | X | | 0.00 |
| Account No. **5102290** | | | Warranty | | | | |
| **Dona Zeigler** **739 Woodcrest Drive  Apt 1** **Mansfield, OH 44905** | - | | | | | | 262.00 |

Sheet no. **1231** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **1,762.00**

In re **Great Lakes Warranty Corporation** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5104329** | | | | | **Warranty** | | | | |
| **Donald Bucher** **5511 West 85th St** **Overland Park, KS 66207** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5085993** | | | | | **Warranty** | | | | |
| **Donald Evans** **1564 Roosevelt Dr** **Sharon Hills, PA 19079** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5101907** | | | | | **Warranty** | | | | |
| **Donald Fankhauser Jr** **306 Ludlow Ave** **Steubenville, OH 43952** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5102859** | | | | | **Warranty** | | | | |
| **Donald Hewlette** **9406 Diagonal Rd** **Mantua, OH 44255** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5132273** | | | | | **Warranty** | | | | |
| **Donald Mays** **137 Kovach Road** **Greensboro, PA 15338** | - | | | | | | | | |
| | | | | | | | | | 871.00 |

Sheet no.**1232** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     | **871.00**
(Total of this page)

In re   **Great Lakes Warranty Corporation**                                  ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097205** | | Warranty | | | | | | |
| **Donald Milner** **3509 Neyrey Drive** **Metairie, LA 70002** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129243** | | Warranty | | | | | | |
| **Donald Murray Jr** **3255 Foxbrair** **Memphis, TN 38115** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105181** | | Warranty | | | | | | |
| **Donald Olson** **16568 Daza Dr** **Ramone, CA 92065** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096646** | | Warranty | | | | | | |
| **Donald Robinson** **5715 West Monte Vista Road** **Phoenix, AZ 85035** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102224** | | Warranty | | | | | | |
| **Donald Robinson** **7245 Bennett Street** **Pittsburgh, PA 15208** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1233** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                                    ,   Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **5108722** | | **Warranty** | | | | | | | |
| **Donald  Selway** **6207 Sherman Church** **Canton, OH 44706** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5122339** | | **Warranty** | | | | | | | |
| **Donald  Simpson** **3033 Argyll Dr** **Summerville, SC 29483** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5113824** | | **Warranty** | | | | | | | |
| **Donald  Welch** **1132 Keels Rd** **Manning, SC 29102** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5108012** | | **Warranty** | | | | | | | |
| **Donald  White Jr** **2231 E Bowker Street** **Phoenix, AZ 85040** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5124348** | | **Warranty** | | | | | | | |
| **Donald  Wittmeyer** **93347 E Edan Rd** **Eden, NY 14057** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1234** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125744** | | Warranty | | | | | | |
| **Donald A Arnold Jr** **684 Woodland Rd** **Westampton, NJ 08060** | - | | | | X | X | | 0.00 |
| Account No. **5106470** | | Warranty | | | | | | |
| **Donald A Carpenter Jr** **221 N Main Street  PO Box 117** **Cherry Tree, PA 15724** | - | | | | X | X | | 0.00 |
| Account No. **5121668** | | Warranty | | | | | | |
| **Donald A Johnson** **526 S Gamble St** **Shelby, OH 44875** | - | | | | X | X | | 0.00 |
| Account No. **5107846** | | Warranty | | | | | | |
| **Donald A Newsome** **179 Cherry Hill Road** **Laurens, SC 29360** | - | | | | X | X | | 0.00 |
| Account No. **5107930** | | Warranty | | | | | | |
| **Donald A Pesher** **1139 Bellflower Avenue SW** **Canton, OH 44710** | - | | | | X | X | | 0.00 |

Sheet no. **1235** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                              ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5075545** | | | | **Warranty** | | | | |
| **Donald Adair** **3628 Candelaria Street** **Plano, TX 75023** | - | | | | X | X | | 0.00 |
| Account No. **5128108** | | | | **Warranty** | | | | |
| **Donald Adams Sr** **14987 Twp Road 202** **Corning, OH 43730** | - | | | | X | X | | 0.00 |
| Account No. **5125776** | | | | **Warranty** | | | | |
| **Donald Allen** **76 Lake Shore Drive** **Youngstown, OH 44511** | - | | | | | | | 1,555.00 |
| Account No. **5108451** | | | | **Warranty** | | | | |
| **Donald Anthony** **243 William Street   PO Box 882** **DuBois, PA 15801** | - | | | | X | X | | 0.00 |
| Account No. **5070881** | | | | **Warranty** | | | | |
| **Donald Austin** **3309 Dilton Mankin** **Murfreesboro, TN 37127** | - | | | | | | | 125.13 |

Sheet no. **1236** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,680.13

In re **Great Lakes Warranty Corporation** ,     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5088788** | | | | **Warranty** | | | | |
| **Donald B French** **255 Prince Circle NE** **North Canton, OH 44720** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125804** | | | | **Warranty** | | | | |
| **Donald Barnes** **401 Morris Rd** **Lansdale, PA 19446** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127620** | | | | **Warranty** | | | | |
| **Donald Barnum** **321 Ronald Avenue** **Las Vegas, NV 89110** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5095134** | | | | **Warranty** | | | | |
| **Donald Block** **1135 Tenne Vue Estates** **Paducah, KY 42003** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5064119** | | | | **Warranty** | | | | |
| **Donald Boyd** **10977 N 800 St** **Robinson, IL 62544** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1237** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____ ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5113289 | | | | Warranty | | | | |
| Donald Brown 1630 Second Street Bethlehem, PA 18020 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5066456 | | | | Warranty | | | | |
| Donald Caire 4963 Tyne Ridge Court Nashville, TN 37220 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5066120 | | | | Warranty | | | | |
| Donald Cool 24741 South Saddletree Dr Chandler, AZ 85248 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123700 | | | | Warranty | | | | |
| Donald Cricks 2921 2nd St NW Canton, OH 44708 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5085359 | | | | Warranty | | | | |
| Donald D Sawders 429 Pittsburgh Street Columbiana, OH 44408 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1238** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5105095 | | | | | Warranty | | | | |
| Donald D Shriver 52251 State Route 26 Jerusalem, OH 43747 | - | | | | | | | | 634.12 |
| Account No. 5113971 | | | | | Warranty | | | | |
| Donald Davenport 6735 Short Lane Upper Darby, PA 19082 | - | | | | | | | | 1,176.00 |
| Account No. 5069786 | | | | | Warranty | | | | |
| Donald Dean 5819 Memphis St Bel Aire, KS 67220 | - | | | | | X | X | | 0.00 |
| Account No. 5113108 | | | | | Warranty | | | | |
| Donald Densmore 2924 Autumn Haze Las Vegas, NV 89117 | - | | | | | X | X | | 0.00 |
| Account No. 5098542 | | | | | Warranty | | | | |
| Donald Duane Rothrock 1206 Edward Street Philipsburg, PA 16866 | - | | | | | | | | 625.00 |

Sheet no. 1239 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 2,435.12

In re   **Great Lakes Warranty Corporation**                          ,        Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5093317** | | | Warranty | | | | | |
| **Donald Dunn** **8008 West Bailey Rd** **Millfield, OH 45761** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117751** | | | Warranty | | | | | |
| **Donald E Bassett** **809 State Route 302  PO Box 110** **Nankin, OH 44848** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122617** | | | Warranty | | | | | |
| **Donald E Blanchard** **5113 Roxborough Dr** **Hermitage, TN 37076** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5076651** | | | Warranty | | | | | |
| **Donald E Carr** **3695 Gibson Lane** **New Concord, OH 43762** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102965** | | | Warranty | | | | | |
| **Donald E Cash** **1700 Savannah Highway** **North, SC 29112** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1240** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5098462** | | | | Warranty | | | | |
| **Donald E Coates** **33339 Myers Road** **Pomeroy, OH 45769** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121000** | | | | Warranty | | | | |
| **Donald E Fisher** **157 Redwood Rd** **Mansfield, OH 44907** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088591** | | | | Warranty | | | | |
| **Donald E Grassler** **730 Hills and Dales  NW  Apt E27** **Canton, OH 44708** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112262** | | | | Warranty | | | | |
| **Donald E Hageman Jr** **611 Crow Street** **Celina, OH 45822** | | - | | | | | | |
| | | | | | | | | 133.59 |
| Account No. **5094184** | | | | Warranty | | | | |
| **Donald E Hickey** **71 N Main Street  Route 250** **Greenwich, OH 44837** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1241** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

133.59

In re  **Great Lakes Warranty Corporation**                                      ,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5111752** | | | | | **Warranty** | | | | |
| **Donald E Richter 359 E Crawford Avenue Connelsville, PA 15425** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5120459** | | | | | **Warranty** | | | | |
| **Donald Embry 114 Idle Dr Shelbyville, TN 37160** | - | | | | | | | | |
| | | | | | | | | | 1,600.00 |
| Account No. **5099855** | | | | | **Warranty** | | | | |
| **Donald Eugene French 5101 Missy Marie Lane Las Vegas, NV 89130** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131881** | | | | | **Warranty** | | | | |
| **Donald Everett 2775 Old Bethlehem Pike Quakerstown, PA 18951** | - | | | | | | | | |
| | | | | | | | | | 190.00 |
| Account No. **5094865** | | | | | **Warranty** | | | | |
| **Donald F Pernsley 1155 York Road  A-9 Warminster, PA 18974** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1242** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,790.00**

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120935** | | | Warranty | | | | |
| **Donald F Small Jr** **1623 Hillside Ave** **Lancaster, SC 29720** | | - | | X | X | | 0.00 |
| Account No. **5107953** | | | Warranty | | | | |
| **Donald Ferguson** **25 Cherry Ridge Terrace** **N Cambria, PA 15714** | | - | | X | X | | 0.00 |
| Account No. **5089770** | | | Warranty | | | | |
| **Donald G Dahlinger** **201 Pebble Brook Drvie** **Nashville, TN 37221** | | - | | X | X | | 0.00 |
| Account No. **5129118** | | | Warranty | | | | |
| **Donald G Huffman** **935 Mayflower Dr** **Mansfield, OH 44905** | | - | | X | X | | 0.00 |
| Account No. **5106460** | | | Warranty | | | | |
| **Donald G Janes** **355 Greenlee Rd** **Mansfield, OH 44907** | | - | | X | X | | 0.00 |

Sheet no. **1243** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5091176** | | | | Warranty | | | | |
| **Donald G Pethtel** **22200 East River Road** **Grosse Ile, MI 48138** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5074853** | | | | Warranty | | | | |
| **Donald G Post** **371 S Walnut Street** **St Henry, OH 45883** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131281** | | | | Warranty | | | | |
| **Donald Gotschall** **114 Hilltop Drive** **Minerva, OH 44657** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114031** | | | | Warranty | | | | |
| **Donald Grosvenor** **4933 E Virginia Avenue** **Phoenix, AZ 85008** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122166** | | | | Warranty | | | | |
| **Donald Heflin Jr** **2323 E Apache Rd   No 1019** **Tempe, AZ 85281** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1244** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re  **Great Lakes Warranty Corporation**                                            ,     Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123869** | | | | Warranty | | | | |
| **Donald Holloway** **6 Bedford Ln** **Newtown, PA 18940** | | - | | | X | X | | 0.00 |
| Account No. **5128422** | | | | Warranty | | | | |
| **Donald Huff** **135 S Stygler Rd  Apt 1F** **Columbus, OH 43230** | | - | | | X | X | | 0.00 |
| Account No. **5127471** | | | | Warranty | | | | |
| **Donald Hunt** **8 Saint Andrews** **Marmora, NJ 08223** | | - | | | | | | 179.50 |
| Account No. **5089707** | | | | Warranty | | | | |
| **Donald J Angelo** **1133 Lakeview Avenue  NW** **Canton, OH 44708** | | - | | | | | | 243.29 |
| Account No. **5103524** | | | | Warranty | | | | |
| **Donald J Connors** **1396 Broadway Avenue** **E McKeesport, PA 15035** | | - | | | X | X | | 0.00 |

Sheet no. **1245** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     422.79

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5110259 | | | | | Warranty | | | | |
| Donald J Handel 1441 Apple Circle  Apt 179 Mechanicsburg, PA 17055 | - | | | | | X | X | | 0.00 |
| Account No. 5085430 | | | | | Warranty | | | | |
| Donald J Nichols 1021 Havelock Drive Taylors, SC 29687 | - | | | | | | | | 20.00 |
| Account No. 5127126 | | | | | Warranty | | | | |
| Donald J Nolan Jr 529 Solomon Temple Rd Latrobe, PA 15650 | - | | | | | X | X | | 0.00 |
| Account No. 5127698 | | | | | Warranty | | | | |
| Donald Jobes 2436 Dreamwood Avenue SW Canton, OH 44706 | - | | | | | X | X | | 0.00 |
| Account No. 5105469 | | | | | Warranty | | | | |
| Donald Jones 503 West Washington Street Corry, PA 16407 | - | | | | | X | X | | 0.00 |

Sheet no. **1246** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **20.00**

In re **Great Lakes Warranty Corporation** _____,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. 5088963 | | | | Warranty | | | | |
| Donald K Argyle 1268 Sheridan Drive Lancaster, OH 43130 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120565 | | | | Warranty | | | | |
| Donald K Slater 23 Lincoln Dr Shelby, OH 44875 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132734 | | | | Warranty | | | | |
| Donald Katschka 8000 Spring Mountain Road 2170 Las Vegas, NV 89117 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129037 | | | | Warranty | | | | |
| Donald Kendrick 1303 Brooklyn Ave SW Canton, OH 44710 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5063155 | | | | Warranty | | | | |
| Donald King 7403 Wessel Man Rd Cleves, OH 45002 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1247** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5115202 | | | | Warranty | | | | |
| Donald L Brominski 907 Marion Lane Moosic, PA 18507 | - | | | | X | X | | 0.00 |
| Account No. 5110535 | | | | Warranty | | | | |
| Donald L Mitchell 1524 Victoria Avenue Arnold, PA 15068 | - | | | | X | X | | 0.00 |
| Account No. 5129779 | | | | Warranty | | | | |
| Donald L Musselma 501 Barley St Roaring Spring, PA 16673 | - | | | | | | | 667.00 |
| Account No. 5089648 | | | | Warranty | | | | |
| Donald L Newton Sr 5443 Washington Road Albany, OH 45710 | - | | | | X | X | | 0.00 |
| Account No. 5113378 | | | | Warranty | | | | |
| Donald L Semoni 105 Forbes Trail Drive Export, PA 15632 | - | | | | X | X | | 0.00 |

Sheet no. **1248** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **667.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5118607 | | | | Warranty | | | | |
| Donald L Stahl 499 Stahl Rd Smithton, PA 15479 | - | | | | X | X | | 0.00 |
| Account No. 5092462 | | | | Warranty | | | | |
| Donald L Vanderhoof Jr 45670 Sundback Road Spartansburg, PA 16434 | - | | | | X | X | | 0.00 |
| Account No. 5112593 | | | | Warranty | | | | |
| Donald Losey 499 Hillcrest Drive Emporium, PA 15834 | - | | | | X | X | | 0.00 |
| Account No. 5094086 | | | | Warranty | | | | |
| Donald M Dial 8640 Deer Meadow Boulevard Streetsboro, OH 44241 | - | | | | X | X | | 0.00 |
| Account No. 5122240 | | | | Warranty | | | | |
| Donald M Lunn 1584 Cross Pointe Brentwood, TN 37027 | - | | | | X | X | | 0.00 |

Sheet no. 1249  of 4906  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

_____
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097420** | | | | Warranty | | | | |
| **Donald MacDonald** **165 Roup Avenue** **Pittsburgh, PA 15206** | - | | | | X | X | | 0.00 |
| Account No. **5122876** | | | | Warranty | | | | |
| **Donald Machovina** **9236 West Hampton Dr** **North Royalton, OH 44133** | - | | | | X | X | | 0.00 |
| Account No. **5128519** | | | | Warranty | | | | |
| **Donald Maloney** **229 Wood Street** **Bristol, PA 19007** | - | | | | X | X | | 0.00 |
| Account No. **5060007** | | | | Warranty | | | | |
| **Donald Martin** **33 Meadowview Dr** **Lapatcong, NJ 08865** | - | | | | X | X | | 0.00 |
| Account No. **5091635** | | | | Warranty | | | | |
| **Donald Mathey** **1120 Stratford Avenue  NE** **Massillon, OH 44646** | - | | | | X | X | | 0.00 |

Sheet no. **1250** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Great Lakes Warranty Corporation**          Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095520** | | | | **Warranty** | | | | |
| **Donald McCready** **11060 Pennfield Road** **Dayton, OH 45458** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115466** | | | | **Warranty** | | | | |
| **Donald McNeill** **1181 Marl Pit Road** **Middletown, DE 19709** | - | | | | | | | |
| | | | | | | | | **317.64** |
| Account No. **5093647** | | | | **Warranty** | | | | |
| **Donald Meteny** **617 S Chestnut Street** **Scottdale, PA 15683** | - | | | | | | | |
| | | | | | | | | **625.77** |
| Account No. **5062839** | | | | **Warranty** | | | | |
| **Donald Miller** **528 Shasta Dr** **Lancaster, OH 43130** | - | | | | | | | |
| | | | | | | | | **501.88** |
| Account No. **5068089** | | | | **Warranty** | | | | |
| **Donald Mooneyham** **447 Bradley Wyatt Road** **Pikeville, TN 37367** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1251** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **1,445.29**

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128721** | | | **Warranty** | | | | |
| **Donald Newton**<br>**736 Jackson Street**<br>**Nelsonville, OH 45764** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132615** | | | **Warranty** | | | | |
| **Donald Nordquist Jr.**<br>**2662 Grandview Road**<br>**Lake Milton, OH 44429** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5089853** | | | **Warranty** | | | | |
| **Donald P Ostrander**<br>**370 Walnut Hill Road**<br>**Millersville, PA 17551** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118159** | | | **Warranty** | | | | |
| **Donald P Timperley**<br>**2101 Graphic Arts**<br>**Emporia, KS 66801** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099108** | | | **Warranty** | | | | |
| **Donald P Williams**<br>**343 Prospect Street**<br>**Pottsville, PA 17901** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. __1252__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101970** | | | Warranty | | | | |
| **Donald Pike** **9191 North Lima Road Apt 25D** **Poland, OH 44514** | - | | | X | X | | 0.00 |
| Account No. **5084206** | | | Warranty | | | | |
| **Donald R Franchi** **854 Garlow Blvd** **Pittsburgh, PA 15239** | - | | | X | X | | 0.00 |
| Account No. **5103031** | | | Warranty | | | | |
| **Donald R Geiter Jr** **15 Lewiston Circle** **Lancaster, PA 17601** | - | | | X | X | | 0.00 |
| Account No. **5088581** | | | Warranty | | | | |
| **Donald R Kirkwood Jr** **27753 Ann Drive** **Columbia Station, OH 44028** | - | | | X | X | | 0.00 |
| Account No. **5099318** | | | Warranty | | | | |
| **Donald R Morrow** **258 W Main Road** **Conneaut, OH 44030** | - | | | X | X | | 0.00 |

Sheet no. **1253** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re   **Great Lakes Warranty Corporation**             ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5119056** | | | Warranty | | | | |
| **Donald R Vanmeter** **45820 Pomeroy Pike** **Chester, OH 45720** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113744** | | | Warranty | | | | |
| **Donald R. Clark** **127 W Ardmore** **Phoenix, AZ 85041** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5063226** | | | Warranty | | | | |
| **Donald Ray** **45990 Crestview Road** **New Waterford, OH 44445** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102944** | | | Warranty | | | | |
| **Donald Ray Harris** **5234 Newton Oak Circle S** **Memphis, TN 38117** | - | | | | | | |
| | | | | | | | 283.62 |
| Account No. **5127412** | | | Warranty | | | | |
| **Donald Ray Smith** **868 N Maple St** **Ephrata, PA 17522** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1254** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **283.62**

In re   **Great Lakes Warranty Corporation**       ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102718** | | | | Warranty | | | | |
| **Donald Reeves** **1640 Kennerly Road** **Irmo, SC 29063** | - | | | | X | X | | 0.00 |
| Account No. **5131670** | | | | Warranty | | | | |
| **Donald Reidnauer** **66 Stone Gate Road** **Quakertown, PA 18951** | - | | | | | | | 940.50 |
| Account No. **5062015** | | | | Warranty | | | | |
| **Donald Rhodes** **157 Glendale Church Rd** **Smithfield, PA 15478** | - | | | | X | X | | 0.00 |
| Account No. **5129611** | | | | Warranty | | | | |
| **Donald Schadler** **2649 North Charlotte** **Pottstown, PA 19464** | - | | | | X | X | | 0.00 |
| Account No. **5125520** | | | | Warranty | | | | |
| **Donald Schaeffer** **5197 Myers Road** **West Salem, OH 44287** | - | | | | X | X | | 0.00 |

Sheet no. **1255** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

940.50

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                                  ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127285** | | | Warranty | | | | |
| **Donald Schorr** **7401 N. Timberlane Drive** **Cincinnati, OH 45243** | - | | | X | X | | 0.00 |
| Account No. **5130521** | | | Warranty | | | | |
| **Donald Sjmjndinger** **02588 Lock Two** **New Bremen, OH 45865** | - | | | X | X | | 0.00 |
| Account No. **5118619** | | | Warranty | | | | |
| **Donald T McConnell Jr** **352 Brumbaugh Rd** **Roaring Sping, PA 16673** | - | | | X | X | | 0.00 |
| Account No. **5128675** | | | Warranty | | | | |
| **Donald Thomas** **197 Foote Ave** **Duryea, PA 18642** | - | | | | | | 536.60 |
| Account No. **5077106** | | | Warranty | | | | |
| **Donald Thomas** **201 Maryville Lane** **Piqua, OH 45356** | - | | | X | X | | 0.00 |

Sheet no. **1256** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          536.60

In re   **Great Lakes Warranty Corporation**            ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128675** | | | | Warranty | | | | |
| **Donald Thomas** **197 Foote Ave** **Duryea, PA 18642** | | - | | | X | X | | 0.00 |
| Account No. **5098525** | | | | Warranty | | | | |
| **Donald Tkacs** **3025 Pyramid Avenue** **Pittsburgh, PA 15227** | | - | | | X | X | | 0.00 |
| Account No. **5113487** | | | | Warranty | | | | |
| **Donald Underwood** **37976 North Sandy Dr** **Queen Creek, AZ 85240** | | - | | | X | X | | 0.00 |
| Account No. **5124990** | | | | Warranty | | | | |
| **Donald V Cribbet** **7911 New England Rd** **Stewart, OH 45778** | | - | | | X | X | | 0.00 |
| Account No. **5106372** | | | | Warranty | | | | |
| **Donald Vicente** **2055 Trolley Bridge Drive** **Quakertown, PA 18951** | | - | | | X | X | | 0.00 |

Sheet no. **1257** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5105422** | | | | **Warranty** | | | | |
| **Donald W Douglas 365 N Brinker Avenue Columbus, OH 43204** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108713** | | | | **Warranty** | | | | |
| **Donald W Strauser 1959 Doc Walker Road Parker, PA 16049** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126047** | | | | **Warranty** | | | | |
| **Donald Weisman 109 Woodshone Drive Columbia, SC 29223** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110645** | | | | **Warranty** | | | | |
| **Donald Wharton 255 Ironwood Street SW Canton, OH 44706** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107144** | | | | **Warranty** | | | | |
| **Donald Yoder 835 W Main Street  #34 Mesa, AZ 85201** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1258** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 0.00

In re **Great Lakes Warranty Corporation**                    ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106536** | | | | **Warranty** | | | | |
| **Donalin A Scott**<br>**132 Riverwalk Court**<br>**Irmo, SC 29063** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131765** | | | | **Warranty** | | | | |
| **Dong Xie**<br>**155 Miami Street**<br>**Tiffin, OH 44833** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084715** | | | | **Warranty** | | | | |
| **Dongshin Kim**<br>**361 Seventeenth Street NW  Unit #1617**<br>**Atlanta, GA 30363** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101211** | | | | **Warranty** | | | | |
| **Dongyell Johnson**<br>**28381 North Zircon Dr**<br>**Queen Creek, AZ 85242** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112964** | | | | **Warranty** | | | | |
| **Donita Hartman**<br>**926 State Route 66**<br>**Leechburg, PA 15656** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1259** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      0.00

In re   **Great Lakes Warranty Corporation**                      ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5070338** | | | **Warranty** | | | | |
| **Donn Freer** **11862 Poleman Cir NW** **Canal Fulton, OH 44614** | | - | | X | X | | 0.00 |
| Account No. **5109841** | | | **Warranty** | | | | |
| **Donn Kitzmiller** **8 Seneca Drive** **Elkview, WV 25071** | | - | | X | X | | 0.00 |
| Account No. **5113412** | | | **Warranty** | | | | |
| **Donna  Broyles** **5905 Airways Boulevard  #701** **Southaven, MS 38671** | | - | | X | X | | 0.00 |
| Account No. **5066824** | | | **Warranty** | | | | |
| **Donna  Castle** **Millersdale Rd RD 1 Box 379 D** **Greensburg, PA 15605** | | - | | X | X | | 0.00 |
| Account No. **5081519** | | | **Warranty** | | | | |
| **Donna  Davis Ruggieno** **4253 Stanton Avenue** **Pittsburgh, PA 15201** | | - | | X | X | | 0.00 |

Sheet no. **1260** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       0.00

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____

  _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132267** | | | | **Warranty** | | | | |
| **Donna  Federlein** **70 Plymouth Drive  N** **Glen Head, NY 11545** | - | | | | | | | 198.24 |
| Account No. **5089453** | | | | **Warranty** | | | | |
| **Donna  McClellan** **PO Box 3143** **Cottonwood, AZ 86326** | - | | | | | | | 350.36 |
| Account No. **5124444** | | | | **Warranty** | | | | |
| **Donna  Robinson** **30251 N Royal Oakway** **Queen Creek, AZ 85143** | - | | | | | | | 569.26 |
| Account No. **5096688** | | | | **Warranty** | | | | |
| **Donna Bishop** **224 Grandview Street** **Scio, OH 43988** | - | | | | X | X | | 0.00 |
| Account No. **5132047** | | | | **Warranty** | | | | |
| **Donna Branigan** **610 Moreboro Road** **Hatboro, PA 19040** | - | | | | X | X | | 0.00 |

Sheet no. __1261__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           1,117.86

In re **Great Lakes Warranty Corporation**      Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5120141** | | | | | Warranty | | | | |
| **Donna Brinser** **221 Irish Rd** **Berwyn, PA 19312** | - | | | | | X | X | | 0.00 |
| Account No. **5087162** | | | | | Warranty | | | | |
| **Donna Brown** **1340 Lakeshore Drive  Apt B** **Camden, NJ 08104** | - | | | | | | | | 181.20 |
| Account No. **5094873** | | | | | Warranty | | | | |
| **Donna C Summer** **1126 Airport Road** **Newberry, SC 29108** | - | | | | | X | X | | 0.00 |
| Account No. **5123005** | | | | | Warranty | | | | |
| **Donna Clevenger** **8 Jordan ST** **Fairchance, PA 15436** | - | | | | | X | X | | 0.00 |
| Account No. **5093044** | | | | | Warranty | | | | |
| **Donna D Scott** **460 Cole Brookdale Road** **Boyerstown, PA 19512** | - | | | | | X | X | | 0.00 |

Sheet no. **1262** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

181.20

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5097048** | | | | Warranty | | | | |
| **Donna Dickerson** **190 Hawthorne St** **Memphis, TN 38104** | - | | | | X | X | | 0.00 |
| Account No. **5127215** | | | | Warranty | | | | |
| **Donna E Fisher** **4935 Twp Rd 430** **Logan, OH 43138** | - | | | | X | X | | 0.00 |
| Account No. **5127027** | | | | Warranty | | | | |
| **Donna Eiseman** **42 Victory Way** **Indianola, PA 15051** | - | | | | X | X | | 0.00 |
| Account No. **5090877** | | | | Warranty | | | | |
| **Donna Ellison** **1008 Cypress Street** **Jeannette, PA 15644** | - | | | | X | X | | 0.00 |
| Account No. **5093479** | | | | Warranty | | | | |
| **Donna Flumerfeldt** **5253 Sallee Drive** **Murfreesboro, TN 37129** | - | | | | X | X | | 0.00 |

Sheet no. **1263** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5065028** | | | | | **Warranty** | | | | |
| **Donna Hicks** **347 Edgemont Avenue** **Spartansburg, SC 29301** | - | | | | | X | X | | 0.00 |
| Account No. **5091419** | | | | | **Warranty** | | | | |
| **Donna Inners** **10478 Christopher Lane** **Conifer, CO 80433** | - | | | | | | | | 354.96 |
| Account No. **5106092** | | | | | **Warranty** | | | | |
| **Donna J Carrelli** **139 Edgewater Drive** **Westville, NJ 08093** | - | | | | | X | X | | 0.00 |
| Account No. **5113467** | | | | | **Warranty** | | | | |
| **Donna J Erickson** **1461 Greenall Road** **Summerton, SC 29148** | - | | | | | X | X | | 0.00 |
| Account No. **5099364** | | | | | **Warranty** | | | | |
| **Donna J Johnston** **2923 Leechburg Road** **Lower Burrell, PA 15068** | - | | | | | X | X | | 0.00 |

Sheet no. **1264** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     354.96

In re  **Great Lakes Warranty Corporation**                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5104478 | | | | Warranty | | | | |
| Donna J Nilsen 530 S Spruce Street Elizabethtown, PA 17022 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5084137 | | | | Warranty | | | | |
| Donna Jackowski 1216 Thomas Avenue Monongahela, PA 15063 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5115377 | | | | Warranty | | | | |
| Donna K Brant 1426 Elm Street Greensburg, PA 15601 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111494 | | | | Warranty | | | | |
| Donna K Friedman 8071 Oakdale NW Massillon, OH 44646 | - | | | | | | | |
| | | | | | | | | 349.00 |
| Account No. 5110062 | | | | Warranty | | | | |
| Donna K Kelley 434  1 2  S Arch Alliance, OH 44601 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1265** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

349.00

In re  **Great Lakes Warranty Corporation**                                    Case No. _____

,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5097509** | | | | | Warranty | | | | |
| **Donna K Steinkamp** **5108 Williamsburg Road** **Brentwood, TN 37027** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5104120 | | | | | Warranty | | | | |
| **Donna Kipila** **6370 Pine Crest Lane** **Macungie, PA 18062** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5120622 | | | | | Warranty | | | | |
| **Donna L Bowman** **451 South State St** **Ephrata, PA 17522** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5092061 | | | | | Warranty | | | | |
| **Donna L Frazier** **217 N Warren Avenue** **Columbus, OH 43204** | - | | | | | | | | |
| | | | | | | | | | 417.28 |
| Account No. 5085097 | | | | | Warranty | | | | |
| **Donna L Kroh** **2037 Centre Street** **Ashland, PA 17921** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1266** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

417.28

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114041 | | | | Warranty | | | | |
| Donna L Lupkin 1203 Spring Garden Street Pottsville, PA 17901 | | - | | | X | X | | 0.00 |
| Account No. 5123073 | | | | Warranty | | | | |
| Donna L Ney 237 Sweet Arrow Lake Pine Grove, PA 17963 | | - | | | X | X | | 0.00 |
| Account No. 5120657 | | | | Warranty | | | | |
| Donna L Stevens 3950 Amanda Clearport Rd SW Lancaster, OH 43130 | | - | | | X | X | | 0.00 |
| Account No. 5103988 | | | | Warranty | | | | |
| Donna L Taylor 566 W Chocolate Avenue Hershey, PA 17033 | | - | | | X | X | | 0.00 |
| Account No. 5118996 | | | | Warranty | | | | |
| Donna Lowery 2439 W Allegheny Ave Philadelphia, PA 19132 | | - | | | X | X | | 0.00 |

Sheet no. **1267** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124141** | | | | **Warranty** | | | | |
| **Donna M Boswell** **217 Northridge Cir** **Nashville, TN 37221** | - | | | | X | X | | 0.00 |
| Account No. **5105855** | | | | **Warranty** | | | | |
| **Donna M Castora** **3464 US Route 6** **Rome, OH 44085** | - | | | | X | X | | 0.00 |
| Account No. **5112114** | | | | **Warranty** | | | | |
| **Donna M Koenig** **3321 Jeffrey Dr** **Dresher, PA 19025** | - | | | | X | X | | 0.00 |
| Account No. **5115160** | | | | **Warranty** | | | | |
| **Donna M Marous** **1678 Chapel Road** **Jefferson, OH 44047** | - | | | | X | X | | 0.00 |
| Account No. **5124654** | | | | **Warranty** | | | | |
| **Donna M Schultz** **7 Montague Dr** **Dillsburg, PA 17019** | - | | | | X | X | | 0.00 |

Sheet no. **1268** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         **0.00**

In re    **Great Lakes Warranty Corporation**                ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114563 | | | | Warranty | | | | |
| Donna M Thompson 2716 Broadway Avenue Pittsburgh, PA 15216 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5075727 | | | | Warranty | | | | |
| Donna M Trifero 513 E Church Avenue Masontown, PA 15461 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5098549 | | | | Warranty | | | | |
| Donna Mae Rael 6340 N 126th Avenue Litchfield Park, AZ 85340 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127860 | | | | Warranty | | | | |
| Donna Marie Edwards 9 Duff Road Apt 11 Pittsburgh, PA 15235 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5088881 | | | | Warranty | | | | |
| Donna Marie Oswald 15 Ginna B Drive Robesonia, PA 19551 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1269** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal         0.00
(Total of this page)

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5108118 | | | | | Warranty | | | | |
| Donna McGrew 463 Wisconsin Street Monongahela, PA 15063 | - | | | | | X | X | | 0.00 |
| Account No. 5121682 | | | | | Warranty | | | | |
| Donna Mead 100 Bruin Rd Lake Ariel, PA 18436 | - | | | | | | | | 147.95 |
| Account No. 5079836 | | | | | Warranty | | | | |
| Donna Meelwer 1235 Denbigh Lane Wayne, PA 19087 | - | | | | | | | | 440.61 |
| Account No. 5111087 | | | | | Warranty | | | | |
| Donna N Fallis 1286 Eden Road Awendaw, SC 29429 | - | | | | | X | X | | 0.00 |
| Account No. 5111613 | | | | | Warranty | | | | |
| Donna Norman 1906 E Venado Drive New River, AZ 85087 | - | | | | | X | X | | 0.00 |

Sheet no. **1270** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       588.56

In re    **Great Lakes Warranty Corporation**                        ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5108980** | | | | | **Warranty** | | | | |
| **Donna Olish** **221 Shawna Road** **Northern Cambri, PA 15714** | - | | | | | X | X | | 0.00 |
| Account No. **5109435** | | | | | **Warranty** | | | | |
| **Donna Painter** **501 Rutgers Avenue** **Swarthmore, PA 19081** | - | | | | | X | X | | 0.00 |
| Account No. **5094663** | | | | | **Warranty** | | | | |
| **Donna Paul** **4491 Mozart Avenue** **Huber Heights, OH 45424** | - | | | | | X | X | | 0.00 |
| Account No. **5110065** | | | | | **Warranty** | | | | |
| **Donna Phillips** **625 27th Street NW** **Massillon, OH 44647** | - | | | | | X | X | | 0.00 |
| Account No. **5131233** | | | | | **Warranty** | | | | |
| **Donna Queeney** **13 West New York Ave** **Villas, NJ 08251** | - | | | | | X | X | | 0.00 |

Sheet no. **1271** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal             0.00
(Total of this page)

In re **Great Lakes Warranty Corporation**                     Case No. _____

                                          ,
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5101479** | | | | **Warranty** | | | | |
| **Donna R Berry** **20 Hollaway Cove Road** **Chappels, SC 29037** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107992** | | | | **Warranty** | | | | |
| **Donna R Davis** **1535 Port Au prince** **Phoenix, AZ 85023** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106949** | | | | **Warranty** | | | | |
| **Donna R Mason** **7122 Churchland Street** **Pittsburgh, PA 15206** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130393** | | | | **Warranty** | | | | |
| **Donna R Stainbrook** **565 Surfside Dr** **Pittsburgh, PA 15239** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5096898** | | | | **Warranty** | | | | |
| **Donna R Waechter** **4496 Lahm Dr** **Akron, OH 44319** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1272** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

In re **Great Lakes Warranty Corporation**                                   Case No. _____
                                                            ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120809** | | | **Warranty** | | | | |
| **Donna Rae Purcell**<br>**13 Willow St**<br>**Pottsville, PA 17901** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110356** | | | **Warranty** | | | | |
| **Donna Raebel**<br>**5181 W Desert Hills Drive**<br>**Glendale, AZ 85304** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130739** | | | **Warranty** | | | | |
| **Donna Smith**<br>**1142 Eisanhauer Drive**<br>**Russellton, PA 15076** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5098331** | | | **Warranty** | | | | |
| **Donna Tobey**<br>**P.O. Box 2175**<br>**E Falmouth, MA 02536** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129491** | | | **Warranty** | | | | |
| **Donna Torres**<br>**34 Eisenhower Circle**<br>**Whitehall, PA 18052** | - | | | | | | |
| | | | | | | | 1,020.00 |

Sheet no. **1273** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      1,020.00

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5068995** | | | | **Warranty** | | | | |
| **Donna Tutor** **7148 Fountain Creek Ridge Lane** **Waterloo, IL 62298** | - | | | | X | X | | 0.00 |
| Account No. **5123777** | | | | **Warranty** | | | | |
| **Donna W Phillips** **7945 Susquehanna St** **Pittsburgh, PA 15221** | - | | | | | | | 1,705.00 |
| Account No. **5113900** | | | | **Warranty** | | | | |
| **Donna Wenger** **200 Sharon Drive** **Lower Burrell, PA 15068** | - | | | | | | | 335.90 |
| Account No. **5118349** | | | | **Warranty** | | | | |
| **Donna Winston** **3507 Primrose Rd** **Philadelphia, PA 19114** | - | | | | X | X | | 0.00 |
| Account No. **5115252** | | | | **Warranty** | | | | |
| **Donnell Bowden** **62 Highland Avenue** **Pittsburgh, PA 15136** | - | | | | X | X | | 0.00 |

Sheet no. **1274** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,040.90**

In re **Great Lakes Warranty Corporation**                                   , Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5087073** | | | | Warranty | | | | |
| **Donnell Mazyck** **1132 Hamlin Road** **Mt Pleasant, SC 29464** | - | | | | X | X | | 0.00 |
| Account No. **5093161** | | | | Warranty | | | | |
| **Donnie A Gay Jr** **1549 Omarest Drive** **Columbia, SC 29210** | - | | | | | | | 239.95 |
| Account No. **5111322** | | | | Warranty | | | | |
| **Donnie E Kinsey** **3160 Walling Road** **Springfield, TN 37172** | - | | | | X | X | | 0.00 |
| Account No. **5090049** | | | | Warranty | | | | |
| **Donnie G Skinner** **3888 Sargent Road** **Guysville, OH 45735** | - | | | | X | X | | 0.00 |
| Account No. **5106864** | | | | Warranty | | | | |
| **Donnie R Newsome III** **318 Third Street NE** **Massillon, OH 44646** | - | | | | X | X | | 0.00 |

Sheet no. **1275** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           239.95

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5120617** | | | | | **Warranty** | | | | |
| **Donny R Beck** **2316 Harleywind Dr** **Memphis, TN 38134** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5078828** | | | | | **Warranty** | | | | |
| **Donta Beaty** **135 Indianola Avenue** **Dayton, OH 45405** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5132220** | | | | | **Warranty** | | | | |
| **Dontay Mobley** **2614 North 16th Street** **Philadelphia, PA 19132** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5123855** | | | | | **Warranty** | | | | |
| **Donyale L Murray** **106 Courtney Ln** **Bristol, VA 24201** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5106881** | | | | | **Warranty** | | | | |
| **Donzil R Tanner** **1258 Huron Road SE** **Massillon, OH 44646** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1276** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

In re   **Great Lakes Warranty Corporation**                                  ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5074242** | | | | | **Warranty** | | | | |
| **Dora J Reed** **7611 Hamilton Avenue** **Pittsburgh, PA 15208** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5130271** | | | | | **Warranty** | | | | |
| **Dora Loftis** **315 Main Street** **Goodspring, NV 89019** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5108659** | | | | | **Warranty** | | | | |
| **Dora Schaeffler** **8644 Ferndale Street** **Philadelphia, PA 19115** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5125980** | | | | | **Warranty** | | | | |
| **Doral Demus** **210 St. Joseph Street** **Pittsburgh, PA 15210** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5132469** | | | | | **Warranty** | | | | |
| **Doreen Isett** **4305 Fourrth Avenue** **Temple, PA 19560** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1277** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5119947 | | | | Warranty | | | | |
| Doreen K Hitz 2632 Deodate Rd Elizabethtown, PA 17022 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118571 | | | | Warranty | | | | |
| Doreen M Fox 206 S Eagle ST Geneva, OH 44041 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5088688 | | | | Warranty | | | | |
| Dorene M Riddick 518 W Wyoming Street Allentown, PA 18103 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103331 | | | | Warranty | | | | |
| Dorette Johnson 1732 15th St  SE Massillon, OH 44646 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5115254 | | | | Warranty | | | | |
| Dorine I Lowery 1440 Mill Street Pittsburgh, PA 15221 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1278** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5076953 | | | | Warranty | | | | |
| Doris Vaughn 472 Alison Ave Mansfield, OH 44903 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5091446 | | | | Warranty | | | | |
| Doris A Hinkel 174 Hinkel Road Ashland, PA 17921 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5084426 | | | | Warranty | | | | |
| Doris A Shrader 64 Colin Kelly Drive Riverside, OH 45431 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114917 | | | | Warranty | | | | |
| Doris Busse 211 N Vine Street Farina, IL 62838 | - | | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123998 | | | | Warranty | | | | |
| Doris Ellis 4716 Shanks Phalanx Southington, OH 44470 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1279** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5096602 | | | Warranty | | | | |
| Doris J Barnhart 324 Latrobe Street PO Box 434 Youngstown, PA 15696 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5095415 | | | Warranty | | | | |
| Doris J Corbin 4881 Auston Springfield, OH 45502 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5120317 | | | Warranty | | | | |
| Doris Jackson 45 Granite Lane Willingboro, NJ 08046 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5077593 | | | Warranty | | | | |
| Doris Keefer 217 Dry Hill Rd Connellsville, PA 15425 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5123694 | | | Warranty | | | | |
| Doris M Jones 615 Locust St Monessen, PA 15062 | - | | | | | | |
| | | | | | | | 89.95 |

Sheet no. **1280** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) — 89.95

In re **Great Lakes Warranty Corporation**, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131985** | | | | Warranty | | | | |
| **Doris Peych**<br>**3332 Marworth Ct #10**<br>**Macingie, PA 18062** | - | | | | X | X | | 0.00 |
| Account No. **5128162** | | | | Warranty | | | | |
| **Doris Renfro**<br>**160 North Middle**<br>**Columbiana, OH 44408** | - | | | | X | X | | 0.00 |
| Account No. **5111091** | | | | Warranty | | | | |
| **Doris Stinnette**<br>**5570 Ludlow Street**<br>**Philadelphia, PA 19139** | - | | | | X | X | | 0.00 |
| Account No. **5091919** | | | | Warranty | | | | |
| **Dorothea R Lint**<br>**3 Carnegie Avenue**<br>**Mt Pleasant, PA 15666** | - | | | | X | X | | 0.00 |
| Account No. **5121470** | | | | Warranty | | | | |
| **Dorothy A Balliet**<br>**594 half Ironwood Dr**<br>**Mansfield, OH 44903** | - | | | | X | X | | 0.00 |

Sheet no. **1281** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re   **Great Lakes Warranty Corporation**                 ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099652** | | | | **Warranty** | | | | |
| **Dorothy A Reedy**<br>**514 East Main Street**<br>**Schuylkill Haven, PA 17972** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109862** | | | | **Warranty** | | | | |
| **Dorothy Ann Wriglesworth**<br>**86 Rabbit Lane**<br>**Clearfield, PA 16830** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119268** | | | | **Warranty** | | | | |
| **Dorothy Annette Jones**<br>**2122 Clancy St**<br>**Las Vegas, NV 89156** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095376** | | | | **Warranty** | | | | |
| **Dorothy E Blaney**<br>**502 Broken Oak Court**<br>**Mansfield, OH 44904** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5077653** | | | | **Warranty** | | | | |
| **Dorothy F Edwards**<br>**11357 Street Route 55**<br>**Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1282** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                       0.00
(Total of this page)

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                          ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5122728 | | | | Warranty | | | | |
| Dorothy H Doyle 111 Idaho Ave PO Box 119 Villas, NJ 08251 | - | | | | X | X | | 0.00 |
| Account No. 5044802 | | | | Warranty | | | | |
| Dorothy H richey 853 Savage Rd Charleston, SC 29414 | - | | | | X | X | | 0.00 |
| Account No. 5124244 | | | | Warranty | | | | |
| Dorothy Hand 3 Cedar ST S Seaville, NJ 08246 | - | | | | X | X | | 0.00 |
| Account No. 5103169 | | | | Warranty | | | | |
| Dorothy J Stark 145 Hilltop Road PO Box 45 Mill Run, PA 15464 | - | | | | X | X | | 0.00 |
| Account No. 5115727 | | | | Warranty | | | | |
| Dorothy Kabaitan 110 Miller Court Summerville, SC 29485 | - | | | | X | X | | 0.00 |

Sheet no. **1283** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5076439 | | | | Warranty | | | | |
| Dorothy L Kirkingburg 414 Washington Boulevard Jefferson, OH 44047 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109424 | | | | Warranty | | | | |
| Dorothy McGettigan 290 Oxford Valley Road Yardley, PA 19067 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132015 | | | | Warranty | | | | |
| Dorothy Munsey 625 Main Street Hellertown, PA 18055 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112061 | | | | Warranty | | | | |
| Dorothy Spurley 20256 Market Street Orancock, VA 23417 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106975 | | | | Warranty | | | | |
| Dorothy Weik 3602 N Eagle Canyon Mesa, AZ 85207 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__1284__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131714** | | | | Warranty | | | | |
| **Dottie Paver** **2893 Dibblee Aveneu** **Columbus, OH 43204** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099274** | | | | Warranty | | | | |
| **Doug Bardick** **PO Box 2248** **Didsbury, AB T0M0W0** **CANADA** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5066241** | | | | Warranty | | | | |
| **Doug Benedict** **722 West Market St** **Bethlehem, PA 18018** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114194** | | | | Warranty | | | | |
| **Doug Chipman** **4470 Route 412** **Riegelsville, PA 18077** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5076279** | | | | Warranty | | | | |
| **Doug Geller** **1208 W Shawnee Drive** **Chandler, AZ 85224** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1285** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101289** | | | **Warranty** | | | | |
| **Doug Grube 2953 Rockdale Road Slatington, PA 18080** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126566** | | | **Warranty** | | | | |
| **Doug Jenrath 4313 Signal Hill Dr Nashville, TN 37205** | - | | | | | | |
| | | | | | | | 554.79 |
| Account No. **5118026** | | | **Warranty** | | | | |
| **Doug Pera 4625 Piedmont Row Road Charlotte, NC 28210** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132326** | | | **Warranty** | | | | |
| **Doug Prestier 842 Soutn Main Street North Canton, OH 44720** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5077334** | | | **Warranty** | | | | |
| **Doug Roth 876 W Shannon Street Chandler, AZ 85225** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**1286** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

554.79

In re **Great Lakes Warranty Corporation**                                      Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5067371** | | | | **Warranty** | | | | |
| **Doug Rubenkoewig 5619 Ramblewood Court Columbus, OH 43235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5069983** | | | | **Warranty** | | | | |
| **Doug Tomolonis 1520 Meadow Run Road Bear Creek, PA 18602** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123011** | | | | **Warranty** | | | | |
| **Douglas Brighton 1227 Greenwood Blvd Connellsville, PA 15425** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109266** | | | | **Warranty** | | | | |
| **Douglas Gallentine 338 Foxburg Road Normalville, PA 15465** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5078844** | | | | **Warranty** | | | | |
| **Douglas Jones 10433 Rowland Avenue SW Lakewood, WA 98499** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1287** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5122190 | | | | Warranty | | | | |
| Douglas Krousfoupf 6820 Wentworth Dr Philadelphia, PA 43771 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104587 | | | | Warranty | | | | |
| Douglas McCullough 219 Pats Drive Belle Vernon, PA 15012 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118079 | | | | Warranty | | | | |
| Douglas Ziegler 171 Fretz Rd Telford, PA 18969 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120542 | | | | Warranty | | | | |
| Douglas A Bryan 122 South 4th St Perkasie, PA 18944 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116803 | | | | Warranty | | | | |
| Douglas A Cooper 1231 Curtis Drive Lebanon, TN 37087 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 1288 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5090427** <br><br> **Douglas A Garner** <br> **432 Seventh Street NE** <br> **Massillon, OH 44646** | | - | | **Warranty** | | | | 212.50 |
| Account No. **5067544** <br><br> **Douglas Arbogast** <br> **172 Melrose Avenue** <br> **Tyron, NC 28782** | | - | | **Warranty** | | | | 468.00 |
| Account No. **5104596** <br><br> **Douglas Armstrong** <br> **202 Church Street** <br> **Warsaw, OH 43844** | | - | | **Warranty** | | | | 129.79 |
| Account No. **5105501** <br><br> **Douglas Avann** <br> **2433 N 37th Place** <br> **Phoenix, AZ 85008** | | - | | **Warranty** | | | | 562.50 |
| Account No. **5109319** <br><br> **Douglas Bauer** <br> **477 Walnut Street** <br> **St Marys, PA 15857** | | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **1289** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 1,372.79

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **5126100** | | | | | Warranty | | | | |
| **Douglas Beri Sr.** **3715 Berry  Drive** **Windber, PA 15963** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5132548** | | | | | Warranty | | | | |
| **Douglas Billock** **1902 Cemetry HL** **Brockway, PA 15824** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5125423** | | | | | Warranty | | | | |
| **Douglas Bryan** **8410 Mason Hill Road** **Woodstock, IL 60098** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5077641** | | | | | Warranty | | | | |
| **Douglas C Dowdle** **505 Pointer Place** **Brentwood, TN 37027** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5086010** | | | | | Warranty | | | | |
| **Douglas C Hodge** **6908 Meadow Lake Road** **New Market, MD 21774** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1290** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120975** | | | **Warranty** | | | | |
| **Douglas C Phillips** **115 Dane Drive** **Ephrata, PA 17522** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131723** | | | **Warranty** | | | | |
| **Douglas Coburn** **650 E Azure Avenue #6 2043** **Las Vegas, NV 89081** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107212** | | | **Warranty** | | | | |
| **Douglas Cottrill** **4466 Gooding Street SW** **Canton, OH 44706** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131678** | | | **Warranty** | | | | |
| **Douglas Craver** **548 Lindberg** **Berea, OH 44017** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122721** | | | **Warranty** | | | | |
| **Douglas E DeCastro** **894 Goshen Rd** **Cape May Ct, NJ 08210** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1291** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

                                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114652 | | | | Warranty | | | | |
| Douglas E Leaman 172 Oak View Road Lancaster, PA 17602 | - | | | | X | X | | 0.00 |
| Account No. 5088493 | | | | Warranty | | | | |
| Douglas E Yohman 357 Airway Inn Rd Uniontown, PA 15401 | - | | | | X | X | | 0.00 |
| Account No. 5109265 | | | | Warranty | | | | |
| Douglas Ford 1303 Spencer Street Croydon, PA 19021 | - | | | | X | X | | 0.00 |
| Account No. 5068836 | | | | Warranty | | | | |
| Douglas Freeman 141 Robinson St #47 Pittsburgh, PA 15213 | - | | | | X | X | | 0.00 |
| Account No. 5082351 | | | | Warranty | | | | |
| Douglas Huff 12310 Brooklawn Cleveland, OH 44111 | - | | | | X | X | | 0.00 |

Sheet no. **1292** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5110878** | | | **Warranty** | | | | |
| **Douglas I Krimes 225 Hartings Park Road Denver, PA 17517** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5118431** | | | **Warranty** | | | | |
| **Douglas J Davis 47 Queen Lily Rd Levitown, PA 19057** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5085599** | | | **Warranty** | | | | |
| **Douglas J Edwards 4340 Hanna Hills Dr Dublin, OH 43016** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5119219** | | | **Warranty** | | | | |
| **Douglas J LeFevre PO Box 38 Eden, GA 31307** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5081268** | | | **Warranty** | | | | |
| **Douglas J Leist 6564 Countryside Trail Liberty Township, OH 45044** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. __**1293**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **0.00**

In re **Great Lakes Warranty Corporation**                    , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108840** | | | **Warranty** | | | | |
| **Douglas Johnson** **113 Ashton Drive** **Mt Pleasant, PA 15666** | - | | | X | X | | 0.00 |
| Account No. **5117632** | | | **Warranty** | | | | |
| **Douglas K Hinkle** **9349 Childrens Home Bradford Road** **Bradford, OH 45308** | - | | | X | X | | 0.00 |
| Account No. **5102589** | | | **Warranty** | | | | |
| **Douglas Kemp** **983 Johnsonville Road** **Chester, WV 26034** | - | | | X | X | | 0.00 |
| Account No. **5130120** | | | **Warranty** | | | | |
| **Douglas Kinney** **632 Licking View Drive** **Heath, OH 43056** | - | | | X | X | | 0.00 |
| Account No. **5113102** | | | **Warranty** | | | | |
| **Douglas Kroener** **1429 W Lamplighter Lane  Box 191** **Gwynedd, PA 19436** | - | | | X | X | | 0.00 |

Sheet no. **1294** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5052245** | | | | **Warranty** | | | | |
| **Douglas M Ford** **12606 State Route 691** **Nelsonville, OH 45764** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130144** | | | | **Warranty** | | | | |
| **Douglas M Rehker** **506 Rider Way** **Coraopolis, PA 15108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100207** | | | | **Warranty** | | | | |
| **Douglas M Sherman** **5455 Gun Club Road** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130114** | | | | **Warranty** | | | | |
| **Douglas Martin** **275 North Blainsport Road** **Reinholds, PA 17569** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5065711** | | | | **Warranty** | | | | |
| **Douglas Mason** **1192 Forest Avenue #A** **Pittsburgh, PA 15236** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1295** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5107296** | | | | Warranty | | | | |
| **Douglas Mathis** **133 Windsor Drive** **Pittsburgh, PA 15235** | - | | | | | | | 1,104.50 |
| Account No. **5131020** | | | | Warranty | | | | |
| **Douglas McClelland** **314 Veron Avenue PO Box 37** **Ridgway, PA 15853** | - | | | | X | X | | 0.00 |
| Account No. **5067258** | | | | Warranty | | | | |
| **Douglas Merrick** **1300 Division Street Suite 301** **Nashville, TN 37203** | - | | | | X | X | | 0.00 |
| Account No. **5100503** | | | | Warranty | | | | |
| **Douglas Miller** **500 Center Grange Road Apt 71** **Monaca, PA 15061** | - | | | | X | X | | 0.00 |
| Account No. **5125474** | | | | Warranty | | | | |
| **Douglas Myers** **196 Ridge Avenue** **Homer City, PA 15748** | - | | | | X | X | | 0.00 |

Sheet no.**1296** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **1,104.50**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5110445 | | | | Warranty | | | | |
| Douglas Peyton 740 E Warm Springs  Apt 421 Henderson, NV 89015 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100325 | | | | Warranty | | | | |
| Douglas R Boam 4024 Stellar Drive Erie, PA 16506 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5083793 | | | | Warranty | | | | |
| Douglas Rich 5937 Westheimer Drive Brentwood, TN 37027 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128437 | | | | Warranty | | | | |
| Douglas Roberts 213 Ash St Scranton, PA 18509 | - | | | | | | | |
| | | | | | | | | 143.77 |
| Account No. 5062511 | | | | Warranty | | | | |
| Douglas Roberts 7128 Alert New London Okeana, Oh 45053 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1297** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

143.77

In re **Great Lakes Warranty Corporation**                                        ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5102987 | | | | Warranty | | | | |
| Douglas S Besch 403 S Main Street Sellersville, PA 18960 | - | | | | X | X | | 0.00 |
| Account No. 5089520 | | | | Warranty | | | | |
| Douglas S Segalowitz 422 Grinnell Street Pickerington, OH 43147 | - | | | | X | X | | 0.00 |
| Account No. 5086426 | | | | Warranty | | | | |
| Douglas S Shearer 1949 Stovertown Road Spring Grove, PA 17362 | - | | | | X | X | | 0.00 |
| Account No. 5058246 | | | | Warranty | | | | |
| Douglas Smith 9421 Polo Club Dr Knoxville, TN 37922 | - | | | | | | | 2,198.35 |
| Account No. 5130645 | | | | Warranty | | | | |
| Douglas Strabel 4307 NW Oregon St Camas, WA 98607 | - | | | | X | X | | 0.00 |

Sheet no. **1298** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,198.35

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____ ,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5103415** | | | | Warranty | | | | |
| **Douglas T Willis**<br>**9 West Ninth Street**<br>**New Castle, DE 19720** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125613** | | | | Warranty | | | | |
| **Douglas Thomason**<br>**931 Forrest Acres Street**<br>**Nashville, TN 37220** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109185** | | | | Warranty | | | | |
| **Douglas W Kanouff**<br>**940 Creek View Drive**<br>**Aurora, OH 44202** | - | | | | | | | |
| | | | | | | | | **924.84** |
| Account No. **5126064** | | | | Warranty | | | | |
| **Douglas W Kelly**<br>**102 Tanglewood Ct**<br>**Irwin, PA 15642** | - | | | | | | | |
| | | | | | | | | **558.60** |
| Account No. **5105887** | | | | Warranty | | | | |
| **Douglas W Ober**<br>**282 Mascot Road**<br>**Ronks, PA 17572** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1299** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,483.44**

In re   **Great Lakes Warranty Corporation**          ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126691** <br><br> **Douglas Walbert** <br> **1505 Fifth Avenue** <br> **Ford City, PA 16226** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5128387** <br><br> **Douglas Wilhide** <br> **470 Austin Ave** <br> **Pittsburgh, PA 15243** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5101636** <br><br> **Douglas Wise** <br> **1049 Harmon Avenue** <br> **Columbus, OH 43223** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5108221** <br><br> **Doushon L Germany** <br> **823 E Eleventh Avenue  Apt #1** <br> **Munhall, PA 15120** | - | | **Warranty** | | | | 73.00 |
| Account No. **5109934** <br><br> **Dovie Majors** <br> **2639 Big Eagle Trail** <br> **Murfreesboro, TN 37127** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **1300** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **73.00**

In re **Great Lakes Warranty Corporation**                Case No. _____

                                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5090518** | | | Warranty | | | | |
| **Doy R Nitz II** **2470 Second Street** **Syracuse, OH 45779** | - | | | X | X | | 0.00 |
| Account No. 5126625 | | | Warranty | | | | |
| **Doyle Redington** **50 Columbia St** **W Orange, NJ 07052** | - | | | X | X | | 0.00 |
| Account No. 5115517 | | | Warranty | | | | |
| **Doyle Wilhoite** **910 College Street** **Portland, TN 37148** | - | | | X | X | | 0.00 |
| Account No. 5112142 | | | Warranty | | | | |
| **Dr Jack Lazzaratto** **8942 Bracken Cliff Court** **Las Vegas, NV 89129** | - | | | | | | 1,337.00 |
| Account No. 5107228 | | | Warranty | | | | |
| **Dr Matt Perkins** **1507 Downing Court** **Murfreesboro, TN 37130** | - | | | | | | 425.47 |

Sheet no. **1301** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,762.47

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5057301** | | | Warranty | | | | |
| **Dragan Cicvarcic** **1507 Energy St.** **Gillette, WY 82716** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113497** | | | Warranty | | | | |
| **Dre Hastings** **700 North Dobson  Slot 37** **Chandler, AZ 85224** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5075286** | | | Warranty | | | | |
| **Dreamlyn Talley** **453 S Parkcrest  #412** **Mesa, AZ 85206** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5098421** | | | Warranty | | | | |
| **Drew A Haubert Jr** **13 S River Street  PO Box 720** **Maytown, PA 17550** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122849** | | | Warranty | | | | |
| **Drew Berman** **2711 Muscadine Dr** **Maryville, TN 37803** | - | | | | | | |
| | | | | | | | 2,543.00 |

Sheet no. **1302** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,543.00

In re  **Great Lakes Warranty Corporation**                                ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5066600** | | | **Warranty** | | | | |
| **Drew DeWeerd** **1414 E San Miguel** **Phoenix, AZ 85014** | - | | | X | X | | 0.00 |
| Account No. **5132441** | | | **Warranty** | | | | |
| **Drew Ecklund** **407 Hawthorne Street** **Greensburg, PA 15601** | - | | | X | X | | 0.00 |
| Account No. **5110347** | | | **Warranty** | | | | |
| **Drew Mittelsteadt** **2700 N Hayden Road  #2091** **Scottsdale, AZ 85257** | - | | | X | X | | 0.00 |
| Account No. **5120163** | | | **Warranty** | | | | |
| **Drew Wykoff** **418 Hulton Rd** **Oakmont, PA 15139** | - | | | | | | 371.40 |
| Account No. **5125639** | | | **Warranty** | | | | |
| **Drusilla Caldwell** **152 Lincoln Avenue** **Ashland, OH 44805** | - | | | X | X | | 0.00 |

Sheet no. **1303** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **371.40**

In re   **Great Lakes Warranty Corporation**                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129143** | | | | **Warranty** | | | | |
| **Duan Walker** **17 Oslo Avenue** **Rio Grande, NJ 08242** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092160** | | | | **Warranty** | | | | |
| **Duane Bush** **9714 Asbury Drive** **Parrish, FL 34219** | - | | | | | | | |
| | | | | | | | | **709.30** |
| Account No. **5123564** | | | | **Warranty** | | | | |
| **Duane C Schlosser** **19238 State Hwy 198** **Saegertown, PA 16433** | - | | | | | | | |
| | | | | | | | | **7.31** |
| Account No. **5122002** | | | | **Warranty** | | | | |
| **Duane E Albert** **1231 Strawn AVe** **New Kensington, PA 15068** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5046156** | | | | **Warranty** | | | | |
| **Duane Eberly** **8058 W. Smithville West** **Wooster, OH 44691** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**1304** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **716.61**

In re   **Great Lakes Warranty Corporation**          ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **5102513** | | | | | | **Warranty** | | | | |
| **Duane Erickson** **1650 Golden Hills Road** **Colorado Springs, CO 80919** | - | | | | | | | | | **468.90** |
| Account No. **5072788** | | | | | | **Warranty** | | | | |
| **Duane L Dollar** **7710 Meadow Glen Lane** **Houston, TX 77063** | - | | | | | | X | X | | **0.00** |
| Account No. **5113486** | | | | | | **Warranty** | | | | |
| **Duane Lein** **2545 Airport Road  #1** **Portage, WI 53301** | - | | | | | | X | X | | **0.00** |
| Account No. **5106683** | | | | | | **Warranty** | | | | |
| **Duane McDonald** **12552 Buffalo Road** **Anamosa, IA 52205** | - | | | | | | | | | **151.43** |
| Account No. **5044520** | | | | | | **Warranty** | | | | |
| **Duane Miller** **2410 Mount Union Ave. SE** **Massillon, OH 44646** | - | | | | | | X | X | | **0.00** |

Sheet no. <u>1305</u> of <u>4906</u> sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                       Subtotal
               (Total of this page)         **620.33**

In re **Great Lakes Warranty Corporation**        Case No. _____
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5098961** | | | | Warranty | | | | |
| **Duane Shoemaker** **220 Morley Road** **Dilliner, PA 15327** | - | | | | X | X | | 0.00 |
| Account No. **5065077** | | | | Warranty | | | | |
| **Duane Snyder** **10181 East Aster Drive** **Scottsdale, AZ 85260** | - | | | | | | | 323.37 |
| Account No. **5130526** | | | | Warranty | | | | |
| **Duane Swingley** **400 Wren Avenue** **Bellefontaine, OH 43311** | - | | | | X | X | | 0.00 |
| Account No. **5107182** | | | | Warranty | | | | |
| **Duane Wells** **18 Terminal Way  Suite 400** **Pittsburgh, PA 15219** | - | | | | X | X | | 0.00 |
| Account No. **5078786** | | | | Warranty | | | | |
| **Duke Shannon Mitchum** **122 Maple Drive** **Summerville, SC 29485** | - | | | | X | X | | 0.00 |

Sheet no. **1306** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal
        (Total of this page)      323.37

In re   **Great Lakes Warranty Corporation** ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106121** | | | | Warranty | | | | |
| **Dung C Vo** **824 Brookline Boulevard  Third Floor** **Pittsburgh, PA 15226** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130808** | | | | Warranty | | | | |
| **Durdica G Jakovijevic** **7040 Carriage Hill** **Brecksville, OH 44141** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117410** | | | | Warranty | | | | |
| **Durell S West Scott** **103 Park Manor Drive** **Monessen, PA 15062** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128615** | | | | Warranty | | | | |
| **Dureya Robinson** **5599 Thomas St** **Maple Heights, OH 44137** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120620** | | | | Warranty | | | | |
| **Dusan Maran** **430 Larkspur Loop** **Lancaster, PA 17605** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1307** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                        ,

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5086882 | | | | Warranty | | | | |
| Dustin B Shaner 11695 Hawks Nest Road Athens, Oh 45701 | - | | | | X | X | | 0.00 |
| Account No. 5125311 | | | | Warranty | | | | |
| Dustin Boyce 287 Sherman Road Mansfield, OH 44903 | - | | | | X | X | | 0.00 |
| Account No. 5122368 | | | | Warranty | | | | |
| Dustin C Duebler 161 Heatherbrooke Est Muncy, PA 17756 | - | | | | X | X | | 0.00 |
| Account No. 5132788 | | | | Warranty | | | | |
| Dustin Carpenter 311 Cty Hwy 12 Adena, OH 43901 | - | | | | X | X | | 0.00 |
| Account No. 5095472 | | | | Warranty | | | | |
| Dustin D Shafer 8444 Nave Road SW Massillon, OH 44646 | - | | | | X | X | | 0.00 |

Sheet no. **1308** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5090943** | | | | | Warranty | | | | |
| **Dustin G Miller** **164 East Gilmore Avenue** **Trafford, PA 15085** | - | | | | | X | X | | 0.00 |
| Account No. **5099163** | | | | | Warranty | | | | |
| **Dustin Gordon** **2225 Maplecrest Drive** **Nashville, TN 37214** | - | | | | | X | X | | 0.00 |
| Account No. **5129078** | | | | | Warranty | | | | |
| **Dustin Hoffman Reed** **215 Oakland Ave** **Punnxsutawney, PA 15767** | - | | | | | X | X | | 0.00 |
| Account No. **5124276** | | | | | Warranty | | | | |
| **Dustin Holm** **2631 Ohio State Dr SE** **Massillon, OH 44646** | - | | | | | X | X | | 0.00 |
| Account No. **5130183** | | | | | Warranty | | | | |
| **Dustin Hunt** **533 Woodbine Street** **Willard, OH 44890** | - | | | | | X | X | | 0.00 |

Sheet no. **1309** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,  Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109244** | | | | **Warranty** | | | | |
| **Dustin J Kosley 2986 Douglas Street Ravenna, OH 44266** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107190** | | | | **Warranty** | | | | |
| **Dustin J Rineer 294 Magnolia Drive Holtwood, PA 17532** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110661** | | | | **Warranty** | | | | |
| **Dustin L Hepner 6163 Turney Road Garfield Heights, OH 44125** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105824** | | | | **Warranty** | | | | |
| **Dustin L McClure 1761 Honey Locust Drive Mansfield, OH 44905** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126104** | | | | **Warranty** | | | | |
| **Dustin Moore 23619 Woltz Road Rockbridge, OH 43149** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1310** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5051066** <br><br> **Dustin Mullholland** <br> **2585 Stonewall Cemetary** <br> **Lancaster, PA 43130** | - | | Warranty | | | | 154.42 |
| Account No. **5122453** <br><br> **Dustin Robinson** <br> **3034 Leisure Rd NW** <br> **Minerva, OH 44657** | - | | Warranty | X | X | | 0.00 |
| Account No. **5120884** <br><br> **Dustin S Eckman** <br> **843 Burkhart Ave** <br> **Erie, PA 16511** | - | | Warranty | X | X | | 0.00 |
| Account No. **5127927** <br><br> **Dustin Smith** <br> **990 View High Drive** <br> **Kansas City, MO 64101** | - | | Warranty | X | X | | 0.00 |
| Account No. **5108294** <br><br> **Dustin Songer** <br> **190 Vaneal Rd** <br> **Washington, PA 15301** | - | | Warranty | X | X | | 0.00 |

Sheet no. **1311** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          154.42

In re    **Great Lakes Warranty Corporation**                    ,     Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5068889** | | | **Warranty** | | | | |
| **Dustin Turner** **2505 Cypress Pond Rd** **Palm Harbor, Fl 34683** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5089454** | | | **Warranty** | | | | |
| **Dustin W Sonn** **95 E Rancho Vista Way** **Cottonwood, AZ 86326** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5116311** | | | **Warranty** | | | | |
| **Dwain Weaver** **12 Village Drive** **Lititz, PA 17543** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125752** | | | **Warranty** | | | | |
| **Dwald Zentner** **106 Larchmont Drive** **Lower Burrell, PA 15068** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5106199** | | | **Warranty** | | | | |
| **Dwayne  Floyd** **20111 Drake Road** **Strongsville, OH 44149** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1312** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130325** | | | **Warranty** | | | | |
| **Dwayne Molnar** **9455 E. Raintree Drive #2051** **Scottdale, AZ 85260** | - | | | | | | 568.95 |
| Account No. **5089744** | | | **Warranty** | | | | |
| **Dwayne Chatelain** **1054 Meadow Glen Avenue** **Zachary, LA 70791** | - | | | | | | 274.68 |
| Account No. **5122237** | | | **Warranty** | | | | |
| **Dwayne E Brown** **4340 Hillcrest Dr** **Bellbrook, OH 45305** | - | | | X | X | | 0.00 |
| Account No. **5130162** | | | **Warranty** | | | | |
| **Dwayne Hysell** **11627 Pete Smith Road** **Athens, OH 45701** | - | | | X | X | | 0.00 |
| Account No. **5074536** | | | **Warranty** | | | | |
| **Dwayne Lyons** **34 Sigler Road** **Chillicothe, OH 45601** | - | | | X | X | | 0.00 |

Sheet no. **1313** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     843.63

In re **Great Lakes Warranty Corporation**                          Case No. _____
_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129977** | | | | Warranty | | | | |
| **Dwayne Myer** **5983 Wertztown Road** **Narvon, PA 17555** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5085427** | | | | Warranty | | | | |
| **Dwayne Persky** **2911 W Morrow Drive** **Phoenix, AZ 85027** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5095934** | | | | Warranty | | | | |
| **Dwayne R Van Buren** **637 S Union Street** **Galion, OH 44833** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128837** | | | | Warranty | | | | |
| **Dwayne R Walker** **1009 Clay St** **Woodbine, NJ 08270** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126899** | | | | Warranty | | | | |
| **Dwayne Swafford** **3329 Ultimate Way** **West Carollton, OH 45342** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1314** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re **Great Lakes Warranty Corporation**                    , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5129764 | | | Warranty | | | | |
| Dwayne Watkins 104 W Scott Street Whitesboro, NJ 08252 | - | | | X | X | | 0.00 |
| Account No. 5085881 | | | Warranty | | | | |
| Dwayne Wright 4168 Brookside Boulevard Cleveland, OH 44132 | - | | | X | X | | 0.00 |
| Account No. 5108249 | | | Warranty | | | | |
| Dwight A Hoover 807 Summit Street Coraopolis, PA 15108 | - | | | X | X | | 0.00 |
| Account No. 5128812 | | | Warranty | | | | |
| Dwight Cole 800 B Bush River Blvd Columbia, SC 29210 | - | | | X | X | | 0.00 |
| Account No. 5112317 | | | Warranty | | | | |
| Dwight D Riegel 56 Grandview Avenue Jackson, OH 45640 | - | | | X | X | | 0.00 |

Sheet no. **1315** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                          , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5092273** | | | Warranty | | | | |
| **Dylan Hettinger 656 S Grant Street Denver, CO 80209** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5086168 | | | Warranty | | | | |
| **Dylan T Crawford 29977 State Route 356 New Marshfield, OH 45766** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5109452 | | | Warranty | | | | |
| **E Barry Bridgforth 16164 Highway 432 Pickens, MS 39146** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5095752 | | | Warranty | | | | |
| **E Brooks  Quigley 2524 Devon Valley Drive Nashville, TN 37221** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5089552 | | | Warranty | | | | |
| **E J Haffey 704 Catherine Street Ripley, OH 45162** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1316** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   0.00

In re **Great Lakes Warranty Corporation** ,
                                 Debtor                          Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5112655 | | | | Warranty | | | | |
| Eagle One Properties 3370 N Hayden Rd    123 Scottsdale, AZ 85251 | - | | | | X | X | | 0.00 |
| Account No. 5106010 | | | | Warranty | | | | |
| Eagle Trust Group 3122 E Vermont Drive Gilbert, AZ 85295 | - | | | | X | X | | 0.00 |
| Account No. 5123966 | | | | Warranty | | | | |
| Ear Photographics Inc 202 Green St Athens, TN 37303 | - | | | | X | X | | 0.00 |
| Account No. 5092270 | | | | Warranty | | | | |
| Earl  Eaton 6527 Carston Court Frederick, MD 21703 | - | | | | X | X | | 0.00 |
| Account No. 5113616 | | | | Warranty | | | | |
| Earl  Matlock Jr 210 E Sunrise Avenue Dayton, OH 45426 | - | | | | X | X | | 0.00 |

Sheet no. **1317**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Great Lakes Warranty Corporation**         Case No. _____
_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5089694 | | | | Warranty | | | | |
| Earl Albert McMullen Jr 250 W Juniper Avenue #87 Gilbert, AZ 85233 | - | | | | X | X | | 0.00 |
| Account No. 5124106 | | | | Warranty | | | | |
| Earl Bell 394 Honey Lane Leetonia, OH 44431 | - | | | | X | X | | 0.00 |
| Account No. 5108787 | | | | Warranty | | | | |
| Earl D Wilson 132 Chestnut Avenue Cape May Court House, NJ 08210 | - | | | | X | X | | 0.00 |
| Account No. 5096747 | | | | Warranty | | | | |
| Earl G Richards 24 Valley Hill Road Ashland, PA 17921 | - | | | | X | X | | 0.00 |
| Account No. 5066111 | | | | Warranty | | | | |
| Earl Lewis PO Box 1048 Tonto Basin, AZ 85553 | - | | | | X | X | | 0.00 |

Sheet no. **1318** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5090515** | | | | Warranty | | | | |
| **Earl Lounsberry** **143 Hoffman Road** **Philadelphia, PA 19148** | - | | | | X | X | | 0.00 |
| Account No. 5126753 | | | | Warranty | | | | |
| **Earl Myers Jr.** **2685 Downning Street SW** **East Sparta, OH 44626** | - | | | | X | X | | 0.00 |
| Account No. 5101032 | | | | Warranty | | | | |
| **Earl R Bowen Jr** **2910 Van Horn Hill Road** **Malta, OH 43758** | - | | | | X | X | | 0.00 |
| Account No. 5099437 | | | | Warranty | | | | |
| **Earl R Brown Jr** **508 Crescent Boulevard Ext** **Crescent, PA 15046** | - | | | | | | | 1,248.50 |
| Account No. 5091790 | | | | Warranty | | | | |
| **Earl R Campbell** **8735 Carr Bailey Rd** **Millfield, OH 45761** | - | | | | X | X | | 0.00 |

Sheet no.**1319** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,248.50

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5121820** | | | | **Warranty** | | | | |
| **Earl Ruckdeschel III**<br>**2944 Fretz Valley Rd**<br>**Perkasie, PA 18944** | - | | | | X | X | | 0.00 |
| Account No. **5101466** | | | | **Warranty** | | | | |
| **Earl Smetak**<br>**4691 State Route 982**<br>**Latrobe, PA 15650** | - | | | | X | X | | 0.00 |
| Account No. **5103829** | | | | **Warranty** | | | | |
| **Earl Stafford**<br>**920 N 17th Street**<br>**Allentown, PA 18104** | - | | | | X | X | | 0.00 |
| Account No. **5093739** | | | | **Warranty** | | | | |
| **Earl W Johns**<br>**515 River Road**<br>**Yardley, PA 19067** | - | | | | X | X | | 0.00 |
| Account No. **5123406** | | | | **Warranty** | | | | |
| **Earl W Lee**<br>**1105 Berdella St**<br>**Pittsburgh, PA 15220** | - | | | | X | X | | 0.00 |

Sheet no. **1320** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

In re  **Great Lakes Warranty Corporation**                ,    Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5094124** | | | | Warranty | | | | |
| Earle H Humphreys Jr<br>PO Box 4112<br>Bethlehem, PA 18018 | - | | | | X | X | | 0.00 |
| Account No. **5116058** | | | | Warranty | | | | |
| Earle Smith<br>713 Skyview Drive<br>Cranberry Township, PA 16066 | - | | | | | | | 313.43 |
| Account No. **5080752** | | | | Warranty | | | | |
| Earlene Timmons<br>4901 Courtyard West<br>Paducah, KY 42001 | - | | | | X | X | | 0.00 |
| Account No. **5131330** | | | | Warranty | | | | |
| Earline Sanders<br>4637 Honey Suckle Lane<br>Memphis, TN 38109 | - | | | | | | | 194.08 |
| Account No. **5116049** | | | | Warranty | | | | |
| Early A Smith<br>290 Beverly Lane<br>Holly Springs, MS 38635 | - | | | | X | X | | 0.00 |

Sheet no.**1321**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **507.51**

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5116048** | | | Warranty | | | | |
| **Early A Smith III** **290 Beverly Lane** **Holly Springs, MS 38635** | - | | | X | X | | 0.00 |
| Account No. **5106573** | | | Warranty | | | | |
| **Earnell Branson** **157 Springway Drive** **Columbia, SC 29209** | - | | | | | | 2,216.45 |
| Account No. **5125535** | | | Warranty | | | | |
| **Earnest Frazier** **335 Macassar Drive** **Pittsburgh, PA 15236** | - | | | X | X | | 0.00 |
| Account No. **5124666** | | | Warranty | | | | |
| **Earnest Jackson** **28735 Carmel Ct** **Southfield, MI 48076** | - | | | | | | 384.99 |
| Account No. **5116782** | | | Warranty | | | | |
| **Earnest L Daniel** **112 Blackwood Drive** **Madison, AL 35757** | - | | | X | X | | 0.00 |

Sheet no. **1322** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,601.44**

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5090276** | | | **Warranty** | | | | |
| **Earnestine W King** **614 Hicksville Road** **Early Branch, SC 29916** | - | | | X | X | | 0.00 |
| Account No. **5086499** | | | **Warranty** | | | | |
| **Earth To Air Systems** **123 SE Parkway Court #160** **Franklin, TN 37064** | - | | | X | X | | 0.00 |
| Account No. **5075983** | | | **Warranty** | | | | |
| **Eartha L McElveen** **420 Forest Grove Circle** **Columbia, SC 29210** | - | | | X | X | | 0.00 |
| Account No. **5125575** | | | **Warranty** | | | | |
| **East Coast Drilling and Trenching LLC** **1205 Mount Zion Rd** **Lebanon, PA 17046** | - | | | X | X | | 0.00 |
| Account No. **5112777** | | | **Warranty** | | | | |
| **Eastern Tech Group** **4467 Woodbury Pike** **Woodbury, PA 16695** | - | | | X | X | | 0.00 |

Sheet no. **1323** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5067670** | | | | **Warranty** | | | | |
| **Easton Harvey** **638 South 700 West** **Orem, UT 84058** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124575** | | | | **Warranty** | | | | |
| **Eastwood Johnson** **109 Maryland Avenue #109** **West Mifflin, PA 15122** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118420** | | | | **Warranty** | | | | |
| **Eboni Buggs** **840 Rebecca St** **Pittsburgh, PA 15221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115066** | | | | **Warranty** | | | | |
| **Ebony C Moultrie** **403 1 2 W Elizabeth Street** **Pittsburgh, PA 15207** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128907** | | | | **Warranty** | | | | |
| **Ebony D Foote** **100 Loomis St** **Chester, SC 29706** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1324** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5109906 | | | | Warranty | | | | |
| Ebony Harris 1275 Brentwood Highlands Nashville, TN 37211 | - | | | | X | X | | 0.00 |
| Account No. 5086855 | | | | Warranty | | | | |
| Ebow Bannerman 2699 Beau Ct NW Apt 5 Canton, OH 44708 | - | | | | X | X | | 0.00 |
| Account No. 5121686 | | | | Warranty | | | | |
| Ed Howerton 1707 Elmhurst Dr Athens, TN 37303 | - | | | | X | X | | 0.00 |
| Account No. 5104744 | | | | Warranty | | | | |
| Ed Casto 1191 Oak Grove Road Waverly, WV 26184 | - | | | | X | X | | 0.00 |
| Account No. 5076993 | | | | Warranty | | | | |
| Ed Jasorio 66 Yost Road Womelsdorf, PA 19567 | - | | | | X | X | | 0.00 |

Sheet no. 1325 of 4906 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5128360** | | | | | **Warranty** | | | | |
| **Ed Joseph**<br>**316 E Fayette St**<br>**Connellsville, PA 15425** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5131628** | | | | | **Warranty** | | | | |
| **Ed Kreps**<br>**725 Piketown Road**<br>**Harrisburg, PA 17112** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5089606** | | | | | **Warranty** | | | | |
| **Ed R Hamon**<br>**14712 E Willis Road**<br>**Gilbert, AZ 85296** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5099980** | | | | | **Warranty** | | | | |
| **Ed Rist**<br>**37 Ann Street**<br>**Pottsville, PA 17901** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5130093** | | | | | **Warranty** | | | | |
| **Ed Sickenberger**<br>**RD1 Box 210**<br>**Imler, PA 16655** | - | | | | | | | | |
| | | | | | | | | | **944.50** |

Sheet no. **1326** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    **944.50**
(Total of this page)

In re   **Great Lakes Warranty Corporation**         ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125225** | | | **Warranty** | | | | |
| **Edda Ross** **601 Rosamond Street** **Dayton, OH 45427** | - | | | X | X | | 0.00 |
| Account No. **5110590** | | | **Warranty** | | | | |
| **Eddie Adkins** **161 Partridge Trail** **Walterboro, SC 29488** | - | | | | | | 1,358.61 |
| Account No. **5085598** | | | **Warranty** | | | | |
| **Eddie Adolph** **17730 N Bell Pointe Boulevard** **Surprise, AZ 85374** | - | | | X | X | | 0.00 |
| Account No. **5127646** | | | **Warranty** | | | | |
| **Eddie Childs** **205 Edgewood Circle** **Ninety Six, SC 29666** | - | | | | | | 175.00 |
| Account No. **5090760** | | | **Warranty** | | | | |
| **Eddie L Williams II** **3396 Venson Drive** **Bartlett, TN 38135** | - | | | X | X | | 0.00 |

Sheet no. **1327** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                 Subtotal       (Total of this page)       **1,533.61**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5080753** | | | | | **Warranty** | | | | |
| **Eddie Mac  Husband** **1044 Parkwood Terrace** **Nashville, TN 37220** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5105143** | | | | | **Warranty** | | | | |
| **Eddie Pennington Jr** **1351 Olentangy Road** **Gallion, OH 44833** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5104316** | | | | | **Warranty** | | | | |
| **Eddie Perry** **405 East Jenkins Avenue** **Columbus, OH 43207** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5096470** | | | | | **Warranty** | | | | |
| **Eddie R Barber Jr** **2063 McGee Road** **Rock Hill, SC 29730** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5092257** | | | | | **Warranty** | | | | |
| **Eddie Volker** **135 Morton Street** **New Eagle, PA 15067** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1328** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5128310 | | | | | Warranty | | | | |
| Edelmiro Perez Garcia Jr 1033 Madison Ave Reading, PA 19601 | - | | | | | X | X | | 0.00 |
| Account No. 5100801 | | | | | Warranty | | | | |
| Edgar Ayala Rodriguez 404 Oxford Road Ladson, SC 29456 | - | | | | | X | X | | 0.00 |
| Account No. 5113968 | | | | | Warranty | | | | |
| Edgar Cuevas 5801 S 24th Street Phoenix, AZ 85040 | - | | | | | | | | 1,286.40 |
| Account No. 5130021 | | | | | Warranty | | | | |
| Edgar J Juarez Webb 2725 Snellis Unit 2119 Las Vegas, NV 89121 | - | | | | | X | X | | 0.00 |
| Account No. 5117720 | | | | | Warranty | | | | |
| Edgar K Dicken 173 Williams Lane Morgantown, WV 26508 | - | | | | | | | | 1,110.00 |

Sheet no. **1329** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,396.40

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130015** | | | Warranty | | | | |
| **Edgar Magana Monroy** **823 Waverly** **Emporia, KS 66801** | - | | | X | X | | 0.00 |
| Account No. **5129423** | | | Warranty | | | | |
| **Edgar Nin Martiniz** **3462 Myrtle Way Avenue** **LAs Vegas, NV 89102** | - | | | X | X | | 0.00 |
| Account No. **5104580** | | | Warranty | | | | |
| **Edgar O McClung Jr** **305 Jackson Street** **Medina, OH 44256** | - | | | X | X | | 0.00 |
| Account No. **5107827** | | | Warranty | | | | |
| **Edgar Oliver Fields** **438 Ravenscroft Road** **West Columbia, SC 29172** | - | | | | | | 3,207.00 |
| Account No. **5110165** | | | Warranty | | | | |
| **Edgar Rene Martinez** **8711 E 24th Place** **Yuma, AZ 85365** | - | | | X | X | | 0.00 |

Sheet no. **1330** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      3,207.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5103104 | | | | Warranty | | | | |
| Edgar V Gonzalez 4775 S Wild Rose Drive Tucson, AZ 85730 | - | | | | X | X | | 0.00 |
| Account No. 5119136 | | | | Warranty | | | | |
| Edith Valentin 563 Brumswick Ave Trenton, NJ 08638 | - | | | | X | X | | 0.00 |
| Account No. 5131965 | | | | Warranty | | | | |
| Edith Brown 970 North 7th Street Philadelphia, PA 17123 | - | | | | X | X | | 0.00 |
| Account No. 5122875 | | | | Warranty | | | | |
| Edith E McCullough 521 Rostraver St Monessen, PA 15062 | - | | | | X | X | | 0.00 |
| Account No. 5079564 | | | | Warranty | | | | |
| Edith E Riggen 59 Lower Martin Road  PO Box 1 Martin, PA 15460 | - | | | | X | X | | 0.00 |

Sheet no.**1331** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re **Great Lakes Warranty Corporation**                                      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5125222** | | | | Warranty | | | | |
| **Edith Richards**<br>**345 Tevebaugh Road**<br>**Freedom, PA 15042** | - | | | | X | X | | 0.00 |
| Account No. **5122916** | | | | Warranty | | | | |
| **Edith S Betts**<br>**302 Bayview Rd**<br>**Rio Grande, NJ 08242** | - | | | | X | X | | 0.00 |
| Account No. **5058078** | | | | Warranty | | | | |
| **Edivaldo Coelho**<br>**313 Anetta Dr**<br>**Goose Creek, SC 29445** | - | | | | | | | 490.86 |
| Account No. **5129313** | | | | Warranty | | | | |
| **Edman Braun Jr**<br>**201 Pear Street**<br>**Bethesda, OH 43719** | - | | | | X | X | | 0.00 |
| Account No. **5122898** | | | | Warranty | | | | |
| **Edmond  Burton**<br>**3139 Laurel Ave**<br>**Henderson, NV 89014** | - | | | | X | X | | 0.00 |

Sheet no.**1332** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    490.86

In re   **Great Lakes Warranty Corporation**                                        ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5120439** | | | | **Warranty** | | | | |
| **Edmond Diamond** **22 Militia Hill Drive** **Chesterbrook, PA 19087** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123243** | | | | **Warranty** | | | | |
| **Edmond Ray Smith** **411 N Salem Dr** **Florence, SC 29506** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5080088** | | | | **Warranty** | | | | |
| **Edmund  Hill** **137 Woodward Hill Place** **Brentwood, TN 37027** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085426** | | | | **Warranty** | | | | |
| **Edmund C Okeke** **3284 Niagara Court** **Nashville, TN 37214** | - | | | | | | | |
| | | | | | | | | 3,452.13 |
| Account No. **5113882** | | | | **Warranty** | | | | |
| **Edmund Homa** **444 Speiring Hill Court** **Lower Burrell, PA 15068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1333** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,452.13

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5104667** | | | | | **Warranty** | | | | |
| **Edmund L Kidd Jr** **781 Harvard Street** **Rochester, NY 14610** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5119687** | | | | | **Warranty** | | | | |
| **Edna Dawkins** **511 Goldsmith Road** **Simpsonville, SC 29681** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5101014** | | | | | **Warranty** | | | | |
| **Edna M Nance** **1367 Dusky Street** **Syracuse, OH 45779** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5132629** | | | | | **Warranty** | | | | |
| **Edna Ortiz** **424 Virginia Avenue** **Whitehall, PA 18052** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5128944** | | | | | **Warranty** | | | | |
| **Edna Ortiz** **311 East Robert Avenue Apt 4** **Wildwood, NJ 08260** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **1334** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re  **Great Lakes Warranty Corporation**                              ,  Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5074444** | | | | **Warranty** | | | | |
| **Eduardo Bustamonte 21241 SouthWest 97 Court Miami, FL 33189** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125048** | | | | **Warranty** | | | | |
| **Eduardo Gomez 8450 W Hwy 95 Apt 62 Somerton, AZ 85350** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127143** | | | | **Warranty** | | | | |
| **Eduardo Ortiz 514 Lincoln Avenue Woodbine, NJ 08270** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5100903** | | | | **Warranty** | | | | |
| **Eduardo Rosario 252 E Walnut Street Allentown, PA 18109** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120936** | | | | **Warranty** | | | | |
| **Edward Cesareo 23 Lackland Ave Piscataway, NJ 08855** | - | | | | | | | |
| | | | | | | | | **968.50** |

Sheet no. **1335** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                        Subtotal
                                                  (Total of this page)         **968.50**

In re  **Great Lakes Warranty Corporation**                                        ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097225** | | | | **Warranty** | | | | |
| **Edward Dolph** **1653 Bedford Avenue SW** **Canton, OH 44706** | - | | | | | | | 1,182.50 |
| Account No. **5122014** | | | | **Warranty** | | | | |
| **Edward Hinecker** **4124 MMeadow Valley** **Las Vegas, NV 89107** | - | | | | X | X | | 0.00 |
| Account No. **5086392** | | | | **Warranty** | | | | |
| **Edward Kyun Kwon** **1145 Krista Lane** **Rochester, MI 48307** | - | | | | X | X | | 0.00 |
| Account No. **5100867** | | | | **Warranty** | | | | |
| **Edward Lesh** **978 E 1100 N** **Lehi, UT 84043** | - | | | | | | | 1,224.03 |
| Account No. **5111811** | | | | **Warranty** | | | | |
| **Edward McCabe** **6809 Sweet Pecan Street** **Las Vegas, NV 89149** | - | | | | X | X | | 0.00 |

Sheet no. **1336** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,406.53**

In re  **Great Lakes Warranty Corporation**                                    Case No. _____

                                                            ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5090654** | | | | | **Warranty** | | | | |
| **Edward  McGourn**<br>**PO Box 1572**<br>**Burlington, VT 05401** | - | | | | | | | | **1,114.28** |
| Account No. **5123450** | | | | | **Warranty** | | | | |
| **Edward  Reddington**<br>**1852 Quail circle**<br>**Lugoff, SC 29078** | - | | | | | | | | **1,375.00** |
| Account No. **5093516** | | | | | **Warranty** | | | | |
| **Edward  Steele Jr**<br>**4254 Chavis Road**<br>**Cosby, TN 37722** | - | | | | | X | X | | **0.00** |
| Account No. **5096713** | | | | | **Warranty** | | | | |
| **Edward  Toussant**<br>**2455 E Harrison Court**<br>**Gilbert, AZ 85296** | - | | | | | X | X | | **0.00** |
| Account No. **5119881** | | | | | **Warranty** | | | | |
| **Edward  Tremp**<br>**4066 Poe Rd**<br>**Medina, OH 44256** | - | | | | | X | X | | **0.00** |

Sheet no.**1337**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **2,489.28**

In re **Great Lakes Warranty Corporation**                                      ,                Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5110018 | | | | Warranty | | | | |
| Edward A Moleski 15826 US Route 33S Nelsonville, OH 45764 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112098 | | | | Warranty | | | | |
| Edward A Thomsen 1024 Trent Place Pleasant View, TN 37146 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119724 | | | | Warranty | | | | |
| Edward A West 6462 Macedonia Church St Prosperity, SC 29127 | - | | | | | | | |
| | | | | | | | | 449.50 |
| Account No. 5073072 | | | | Warranty | | | | |
| Edward B Sampiero 197 Caladonia Avenue Fairlawn, OH 44333 | - | | | | | | | |
| | | | | | | | | 208.00 |
| Account No. 5048600 | | | | Warranty | | | | |
| Edward Barnes 5515 E. Via Los Caballos Paradise Valley, AZ 85253 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1338** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    657.50

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5106790 | | | | Warranty | | | | |
| Edward Bernard Mitchell 3884 Oakley Drive Johns Island, SC 29455 | - | | | | | | | 502.09 |
| Account No. 5126533 | | | | Warranty | | | | |
| Edward Bloom 184 24th Street SE Massillon, OH 44646 | - | | | | X | X | | 0.00 |
| Account No. 5109538 | | | | Warranty | | | | |
| Edward Bracey 520 Bowen Drive Sumter, SC 29150 | - | | | | X | X | | 0.00 |
| Account No. 5129325 | | | | Warranty | | | | |
| Edward Brown 1122 Oglethorpe Pittsburgh, PA 15201 | - | | | | X | X | | 0.00 |
| Account No. 5119080 | | | | Warranty | | | | |
| Edward C Schulz 3358 Cincinnati Brookviile Rd Hamilton, OH 45013 | - | | | | X | X | | 0.00 |

Sheet no. 1339  of 4906  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

502.09

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5120451 | | | | Warranty | | | | |
| Edward C Baitt 811 Rome Rock Creek Roaming Shores, OH 44085 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5078814 | | | | Warranty | | | | |
| Edward Celidonia 2416 Hamilton Avenue Glenshaw, PA 15116 | - | | | | | | | |
| | | | | | | | | 606.80 |
| Account No. 5095380 | | | | Warranty | | | | |
| Edward D Compton Jr 1500 Second Street Pen Argyl, PA 18072 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105317 | | | | Warranty | | | | |
| Edward D Shields 3765 Spring Valley Road Albany, OH 45710 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092775 | | | | Warranty | | | | |
| Edward D Williams 829 Bergen Street Gloucester, NJ 08030 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1340** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

**606.80**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128479** | | | | Warranty | | | | |
| **Edward Dale Harper** **4623 Cloverdale Loop** **Hixson, TN 37343** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129413** | | | | Warranty | | | | |
| **Edward David Lane** **PO Box 566** **Cal Nev, AZ 89038** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5070528** | | | | Warranty | | | | |
| **Edward DeMartino** **5970 SW 18th St Unit 267** **Boca Raton, FL 33433** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126208** | | | | Warranty | | | | |
| **Edward Dodson Sr.** **10800 Yare Circle NW** **Canal Fulton, OH 44614** | | - | | | | | | |
| | | | | | | | | **354.99** |
| Account No. **5106233** | | | | Warranty | | | | |
| **Edward Dougherty** **131 Walnut Street PO Box 205** **Tuscarora, PA 17982** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1341** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **354.99**

In re **Great Lakes Warranty Corporation**                                    , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5130417 | | Warranty | | | | | | |
| Edward E Snodgrass 506 Millers Lane Pittsburgh, PA 15239 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123900 | | Warranty | | | | | | |
| Edward E. Miller 43 Paradise Hills Lane Lebanon, TN 37090 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127825 | | Warranty | | | | | | |
| Edward Edgell 342 East Wheeling Street Apt 4 Lancaster, OH 43130 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5063875 | | Warranty | | | | | | |
| Edward Ewers Jr 630 Oak St Lot 169 Mansfield, OH 44907 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118390 | | Warranty | | | | | | |
| Edward Fieser 2315 Entity St St Louis, MO 63114 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1342** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5113147** | | | **Warranty** | | | | |
| **Edward Franczyk 22 Forest Avenue Greensburg, PA 15601** | | - | | | | | 145.50 |
| Account No. **5093305** | | | **Warranty** | | | | |
| **Edward G DeLong 120 S Mill St Lexington, OH 44904** | | - | | X | X | | 0.00 |
| Account No. **5086024** | | | **Warranty** | | | | |
| **Edward G Kuhn 568 Cemetery Road Orangeville, PA 17859** | | - | | X | X | | 0.00 |
| Account No. **5132039** | | | **Warranty** | | | | |
| **Edward Grabigel 1212 Union Avenue Natrona Heights, PA 15065** | | - | | X | X | | 0.00 |
| Account No. **5122603** | | | **Warranty** | | | | |
| **Edward Gracie 525 302 Grant Ave Morgantown, WV 26505** | | - | | X | X | | 0.00 |

Sheet no. **1343** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 145.50

In re **Great Lakes Warranty Corporation**        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5119860** | | | | **Warranty** | | | | |
| **Edward H Boylan** **4346 Industry Rd** **Rootwtown, OH 04272** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5088226** | | | | **Warranty** | | | | |
| **Edward H Frankenfield** **613 Crown Street** **Morisville, PA 19067** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5100245** | | | | **Warranty** | | | | |
| **Edward Hakeem** **1201 Orherd Mt. Ct.** **Antioch, TN 37013** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124856** | | | | **Warranty** | | | | |
| **Edward Hamlett** **1518 Banyan Way** **Knoxville, TN 37914** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132726** | | | | **Warranty** | | | | |
| **Edward Harden Jr.** **1132 Nortrh 11th Street** **Reading, PA 19604** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1344** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation**                                    ,                    Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5112018** | | | | **Warranty** | | | | |
| **Edward Harkins** **655 Horning Road** **Pittsburgh, PA 15236** | | - | | | X | X | | **0.00** |
| Account No. **5130960** | | | | **Warranty** | | | | |
| **Edward Hawthorne Harris** **2825 Wylie Ave** **Pittsburgh, PA 15219** | | - | | | X | X | | **0.00** |
| Account No. **5119815** | | | | **Warranty** | | | | |
| **Edward Hayes** **4311 T R 55** **Cochocton, OH 43812** | | - | | | X | X | | **0.00** |
| Account No. **5073308** | | | | **Warranty** | | | | |
| **Edward Heisler** **1119 Brownsville Road** **Pittsburgh, PA 15210** | | - | | | X | X | | **0.00** |
| Account No. **5071073** | | | | **Warranty** | | | | |
| **Edward Holmes** **6582 Gano Rd** **Cincinnati, OH 45241** | | - | | | X | X | | **0.00** |

Sheet no. **1345** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126832** | | | | **Warranty** | | | | |
| **Edward Hunter** **302 Route 9** **Cape May, NJ 08204** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132485** | | | | **Warranty** | | | | |
| **Edward Ingram** **237 Co Road 296** **Sweetwater, TN 37874** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090000** | | | | **Warranty** | | | | |
| **Edward J Cotton** **1389 Saffron Drive** **West Salem, OH 44287** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105784** | | | | **Warranty** | | | | |
| **Edward J Domain** **717 Brookline Boulevard** **Pittsburgh, PA 15226** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105732** | | | | **Warranty** | | | | |
| **Edward J Kruczek** **1978 Hamilton Drive** **Coopersburg, PA 18036** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1346** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,   Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5063766** <br><br>**Edward J Rapoza** <br>**335 High Crest Drive** <br>**West Milfred, NJ 07480** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5077694** <br><br>**Edward J Schifman** <br>**2843 Lone Pine Lane** <br>**Naples, FL 34119** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5097962** <br><br>**Edward James Galgon** <br>**Rt 29  918 Gravel Pike** <br>**Palm, PA 18070** | - | | **Warranty** | | | | 176.00 |
| Account No. **5065085** <br><br>**Edward Janicki** <br>**P.O. Box 512** <br>**Garberville, CA 95542** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5123314** <br><br>**Edward Jones** <br>**736 East 6th Street** <br>**Yazoo City, MS 39194** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **1347** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      176.00

In re   **Great Lakes Warranty Corporation**                     ,      Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5128013** | | | | **Warranty** | | | | |
| **Edward K Chiu**<br>**16 Aaronwoods Ct**<br>**Wheeling, WV 26003** | | - | | | X | X | | 0.00 |
| Account No. **5087760** | | | | **Warranty** | | | | |
| **Edward K Curigliano**<br>**663 Patterson Avenue**<br>**Bridgeville, PA 15017** | | - | | | X | X | | 0.00 |
| Account No. **5111980** | | | | **Warranty** | | | | |
| **Edward K Dorst Jr**<br>**801 Washington Street**<br>**Baltimore, OH 43105** | | - | | | X | X | | 0.00 |
| Account No. **5109506** | | | | **Warranty** | | | | |
| **Edward Kapcin**<br>**6295 Old William Penn Highway**<br>**Export, PA 15632** | | - | | | X | X | | 0.00 |
| Account No. **5129273** | | | | **Warranty** | | | | |
| **Edward Keedy**<br>**214 E Georgia Ave**<br>**Connellsville, PA 15425** | | - | | | X | X | | 0.00 |

Sheet no. **1348** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **0.00**

In re __Great Lakes Warranty Corporation_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102053** | | | | **Warranty** | | | | |
| **Edward Kellert 32665 Colony Hill Franklin, MI 48025** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092383** | | | | **Warranty** | | | | |
| **Edward Kolek 13900 Millersburg Rd Navarre, OH 44662** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123568** | | | | **Warranty** | | | | |
| **Edward Konetsky 4478 Emmett Dr Erie, PA 16511** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095989** | | | | **Warranty** | | | | |
| **Edward L Asbury 801 Red Dale Road Orwigsburg, PA 17961** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5080858** | | | | **Warranty** | | | | |
| **Edward L Bernhard 1721 Illingsworth Avenue Allentown, PA 18103** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1349** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

                                        , Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5102894** | | | | | **Warranty** | | | | |
| **Edward L Curts** **717 Murlin Avenue** **Celina, OH 45822** | - | | | | | X | X | | 0.00 |
| Account No. **2027029** | | | | | **Warranty** | | | | |
| **Edward L Dubbs** **518 Parkview Lane** **Hanover, PA 17331** | - | | | | | X | X | | 0.00 |
| Account No. **5089812** | | | | | **Warranty** | | | | |
| **Edward L Mayercik** **412 Hazelwood Drive** **Smyrna, TN 37167** | - | | | | | X | X | | 0.00 |
| Account No. **5086358** | | | | | **Warranty** | | | | |
| **Edward L Stayton** **727 Bell Road  Apt 520** **Antioch, TN 37013** | - | | | | | X | X | | 0.00 |
| Account No. **5114129** | | | | | **Warranty** | | | | |
| **Edward L Thomas** **1808 Patricia Lane** **N Versailles, PA 15137** | - | | | | | X | X | | 0.00 |

Sheet no. **1350** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Great Lakes Warranty Corporation**                                      Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093785** | | | | **Warranty** | | | | |
| **Edward Lizano** **5103 Seagrove Cove** **San Diego, CA 92130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129853** | | | | **Warranty** | | | | |
| **Edward Lyman** **4744 Hammock Dr** **Murfreesboro, TN 37128** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119814** | | | | **Warranty** | | | | |
| **Edward M Kelly** **823 T R 974** **Ashland, OH 44805** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086773** | | | | **Warranty** | | | | |
| **Edward M Porter** **RD1 Box 97B Measor Rd** **Springcreek, PA 16436** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125430** | | | | **Warranty** | | | | |
| **Edward Madden** **7131 Gillespie Street** **Philadelphia, PA 18155** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1351** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5099042 | | | | | Warranty | | | | |
| Edward Max Webster 610 Maple Avenue DuBois, PA 15801 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5124919 | | | | | Warranty | | | | |
| Edward McFarland 130 Radcliff Drive Aliquippa, PA 15001 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5059461 | | | | | Warranty | | | | |
| Edward Miller 36 Bill Brown Rd Crossville, Tn 38571 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5110127 | | | | | Warranty | | | | |
| Edward Morgan 116 Gardenview Drive Pittsburgh, PA 15212 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5116777 | | | | | Warranty | | | | |
| Edward Myers 1508 Boone Court Murfreesboro, TN 37130 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1352** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5110238 | | | | Warranty | | | | |
| Edward P Mulvey 1130 Heberton Street Pittsburgh, PA 15206 | - | | | | X | X | | 0.00 |
| Account No. 5124724 | | | | Warranty | | | | |
| Edward Potter III 12037 Westlake Road E. Springield, PA 16411 | - | | | | X | X | | 0.00 |
| Account No. 5093096 | | | | Warranty | | | | |
| Edward Preston McKinney 1313 Blairfield Drive Antioch, TN 37013 | - | | | | X | X | | 0.00 |
| Account No. 5114060 | | | | Warranty | | | | |
| Edward R Ladd 178 Governors Drive Johns Island, SC 29455 | - | | | | X | X | | 0.00 |
| Account No. 5103392 | | | | Warranty | | | | |
| Edward R Lampe 8303 Fawn Lake Court Cincinnati, OH 45247 | - | | | | X | X | | 0.00 |

Sheet no. **1353** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5119321 | | | Warranty | | | | |
| Edward R Seay Jr<br>212 Augusta Nat Ct<br>Franklin, TN 37069 | - | | | X | X | | 0.00 |
| Account No. 5105578 | | | Warranty | | | | |
| Edward Ray Tallow Jr<br>140 Bagwell Farm Road<br>Spartanburg, SC 29302 | - | | | X | X | | 0.00 |
| Account No. 5089062 | | | Warranty | | | | |
| Edward S Melanson<br>33 Union Street<br>Columbiana, OH 44408 | - | | | X | X | | 0.00 |
| Account No. 5090948 | | | Warranty | | | | |
| Edward Santen<br>4203 N. Yorkshire Square<br>Cincinnati, OH 45245 | - | | | X | X | | 0.00 |
| Account No. 5064425 | | | Warranty | | | | |
| Edward Sawyers<br>601 Baughman Ave<br>Jeanette, PA 15644 | - | | | X | X | | 0.00 |

Sheet no. 1354  of 4906  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5123435 | | | | Warranty | | | | |
| Edward Seay 212 Augusta National Ct Franklin, TN 37069 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126038 | | | | Warranty | | | | |
| Edward Sloan 14 Kutz Road Temple, PA 19560 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125283 | | | | Warranty | | | | |
| Edward Soden 849 Liden Street Jefferson, OH 44047 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105680 | | | | Warranty | | | | |
| Edward Spitman 801 Shady Avenue Corry, PA 16407 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107309 | | | | Warranty | | | | |
| Edward Strawn 839 Sixth Street Beaver, PA 15009 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1355** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5105687 | | | | Warranty | | | | |
| Edward Struna 7014 Stanhope Kelldosville Road Williamsfield, OH 44093 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129330 | | | | Warranty | | | | |
| Edward Swidowski 309 George Street Greensburg, PA 15601 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114881 | | | | Warranty | | | | |
| Edward T Adams 428 Lutz Lane Port Matilda, PA 16870 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123032 | | | | Warranty | | | | |
| Edward T Stiner 430 Woodside Old Frame Rd Smithfield, PA 15478 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087699 | | | | Warranty | | | | |
| Edward Tortorello 95 Meadowlark Lane Sadona, AZ 86336 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1356** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5103601** | | | | **Warranty** | | | | |
| **Edward TRUE** **15275 St Rt 691** **Nelsonville, OH 45764** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5052244** | | | | **Warranty** | | | | |
| **Edward Tyson** **123 Old Mill Rd.** **Dripping Springs, TX 78620** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132011** | | | | **Warranty** | | | | |
| **Edward Vega Jr.** **732 Sout Hall Street** **Allentown, PA 18103** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099198** | | | | **Warranty** | | | | |
| **Edward W Howard** **429 Fenton Avenue NE** **Canton, OH 44704** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107378** | | | | **Warranty** | | | | |
| **Edward W Lauffer** **313 Elgin Circle** **Mechanicsburg, PA 17055** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1357** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re __**Great Lakes Warranty Corporation**_____ ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5118109 | | | | Warranty | | | | |
| Edward W Mattucci 8190 Dungarvin Dr Granc Blanc, MI 48439 | - | | | | X | X | | 0.00 |
| Account No. 5124744 | | | | Warranty | | | | |
| Edward Williams 3 Topeka Ct. Marlton, NJ 08053 | - | | | | X | X | | 0.00 |
| Account No. 5124805 | | | | Warranty | | | | |
| Edward Wilson 884 Blueridge Rd. Pittsburgh, PA 15239 | - | | | | X | X | | 0.00 |
| Account No. 5127949 | | | | Warranty | | | | |
| Edward Wilson Jr 109 Pine Grove Road Mt Juliet, TN 37122 | - | | | | X | X | | 0.00 |
| Account No. 5066556 | | | | Warranty | | | | |
| Edward Winters 49 Conklingtown Road Chester, NY 10918 | - | | | | X | X | | 0.00 |

Sheet no. __1358__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123702** | | | | **Warranty** | | | | |
| **Edwardo E Collazo 84 Jessen Place Beacon, NY 12508** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129970** | | | | **Warranty** | | | | |
| **Edwin  Green 612 Holly Ridge Lane Columbia, SC 29229** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5096742** | | | | **Warranty** | | | | |
| **Edwin Armstrong P.O. Box 1388 Camp Verde, AZ 86322** | | - | | | | | | |
| | | | | | | | | **122.14** |
| Account No. **5096742** | | | | **Warranty** | | | | |
| **Edwin Armstrong P.O. Box 1388 Camp Verde, AZ 86322** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122243** | | | | **Warranty** | | | | |
| **Edwin C Sanders II 3514 Geneva Circle Nashville, TN 37209** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**1359**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**122.14**

In re __Great Lakes Warranty Corporation__ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5080154** | | | | **Warranty** | | | | |
| **Edwin Fava** **411 Evans Street  Apt 2** **Williamsville, NY 14221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094950** | | | | **Warranty** | | | | |
| **Edwin G Hutchinson** **10965 Canning House Road** **Felton, PA 17322** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5074544** | | | | **Warranty** | | | | |
| **Edwin Knight** **5727 Carthage Avenue** **Norwood, OH 45212** | - | | | | | | | |
| | | | | | | | | 986.47 |
| Account No. **5116296** | | | | **Warranty** | | | | |
| **Edwin Koch** **104 Jucunda Street** **Pittsburgh, PA 15210** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105958** | | | | **Warranty** | | | | |
| **Edwin Lopez** **1001 Cedar Street** **Allentown, PA 18102** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__1360__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

986.47

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5116260 | | | | Warranty | | | | |
| Edwin M Ellis 1335 Morgans Circle Canonsburg, PA 15317 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124871 | | | | Warranty | | | | |
| Edwin Pinero Soto 1410 Town House Boulevard Scranton, PA 18508 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5098770 | | | | Warranty | | | | |
| Edwin R Anderson 1029 Briarview NW North Canton, OH 44720 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5089007 | | | | Warranty | | | | |
| Edwin Robinson 3299 Brevard Dr Memphis, TN 38116 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129505 | | | | Warranty | | | | |
| Edwin Rodriguez 1535 Herbert Street Allentown, PA 18102 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __1361__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5128586** | | | | | Warranty | | | | |
| **Edwin Smith Jr.** **19083 CR 7** **Coshocton, PA 43812** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5101070** | | | | | Warranty | | | | |
| **Edwin Sugay** **4545 Wolverine Way** **Antioch, CA 94531** | - | | | | | | | | |
| | | | | | | | | | **272.00** |
| Account No. **5070729** | | | | | Warranty | | | | |
| **Edwin Weeber Jr** **1 Perry Lane** **Pittsburgh, PA 15229** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5127401** | | | | | Warranty | | | | |
| **Edwinna M Reagan** **117 Tyrone Ave** **Uniontown, PA 15401** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5090087** | | | | | Warranty | | | | |
| **Edythe Christopher** **105 Bluegrass Parkway** **Lebanon, TN 37090** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. __1362__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **272.00**

In re   **Great Lakes Warranty Corporation**     ,    Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5063955** | | | | Warranty | | | | |
| **Ee Foo Lee** **2921 Albazano Court** **Sparks, NV 89436** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126653** | | | | Warranty | | | | |
| **Efficent Electric Efficent Electric** **4800 Groves Road** **Columbus, OH 43232** | - | | | | | X | | |
| | | | | | | | | **0.00** |
| Account No. **5059458** | | | | Warranty | | | | |
| **Effie Kauffman** **480 Shut In Gap Rd** **Spring City, Tn 37381** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5083604** | | | | Warranty | | | | |
| **Efrain  Espionza** **150 E Adams Street** **Nogales, AZ 85261** | - | | | | | | | |
| | | | | | | | | **380.90** |
| Account No. **5116953** | | | | Warranty | | | | |
| **Efrain Mota** **24604 Helene Drive** **Brownstown, MI 48183** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1363** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal          **380.90**
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095171** | | | | **Warranty** | | | | |
| **Efrain Torres** **2745 Creeks Edge Lane** **Navarre, FL 32566** | - | | | | X | X | | 0.00 |
| Account No. 5119031 | | | | **Warranty** | | | | |
| **Efton Foster** **4377 Espirit Dr** **Ft Collins, CO 80524** | - | | | | X | X | | 0.00 |
| Account No. 5125685 | | | | **Warranty** | | | | |
| **Egidio Colella** **105 Pontaxit Avenue** **Cape May, NJ 08204** | - | | | | X | X | | 0.00 |
| Account No. 5110162 | | | | **Warranty** | | | | |
| **Egna Berenice Robledo** **115 E County 22nd Street** **San Luis, AZ 80349** | - | | | | X | X | | 0.00 |
| Account No. 5113612 | | | | **Warranty** | | | | |
| **Eileen Britt** **155 High Street** **Roscoe, PA 15477** | - | | | | X | X | | 0.00 |

Sheet no. **1364** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____ ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5118796** | | | | | **Warranty** | | | | |
| **Eileen Cantera** **3110 26th St NE** **Canton, OH 44705** | - | | | | | | | | **155.06** |
| Account No. **5116278** | | | | | **Warranty** | | | | |
| **Eileen F Cernansky** **1206 N Fifth Street** **Toronto, OH 43964** | - | | | | | X | X | | **0.00** |
| Account No. **5103393** | | | | | **Warranty** | | | | |
| **Eileen Fox** **1061 Swallow Drive** **Cherry Hill, NJ 08003** | - | | | | | X | X | | **0.00** |
| Account No. **5106476** | | | | | **Warranty** | | | | |
| **Eileen H Zimmerman** **3540 Luciousboro Road** **Homer City, PA 15748** | - | | | | | X | X | | **0.00** |
| Account No. **5118875** | | | | | **Warranty** | | | | |
| **Eileen M Rhoades** **1471 Troy Rd  Lot 28** **Ashland, OH 44805** | - | | | | | X | X | | **0.00** |

Sheet no. **1365** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **155.06**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5121074 | | | | Warranty | | | | |
| Eileen May Wing 104 Penn Lear Dr Monroeville, PA 15146 | - | | | | X | X | | 0.00 |
| Account No. 5113241 | | | | Warranty | | | | |
| Eileen Myers 115 Lynnbrook Nashville, TN 37218 | - | | | | X | X | | 0.00 |
| Account No. 5124869 | | | | Warranty | | | | |
| Eileen Parrinello 57 Van Buren Avenue Metuchen, NJ 08840 | - | | | | X | X | | 0.00 |
| Account No. 5087646 | | | | Warranty | | | | |
| Eileen Priest 418 Aventura Drive Mount Juliet, TN 37122 | - | | | | X | X | | 0.00 |
| Account No. 5112679 | | | | Warranty | | | | |
| Eileen R Brockway 3243 Hines Road Kingsville, OH 44049 | - | | | | X | X | | 0.00 |

Sheet no. **1366** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re **Great Lakes Warranty Corporation**                              , Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5118351** | | | | **Warranty** | | | | |
| **Eileen Ricciletti 1217 Susquehana Rd Rydal, PA 19046** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085926** | | | | **Warranty** | | | | |
| **Eileen Stevens 10437 E Cochise Avenue Scottsdale, AZ 85258** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114686** | | | | **Warranty** | | | | |
| **Eileen Wasko 18 South Irving Avenue Scranton, PA 18505** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126270** | | | | **Warranty** | | | | |
| **Ekin Okat 506 Hickory Villa Drive Nashville, TN 37211** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5044049** | | | | **Warranty** | | | | |
| **Ekow Yankah 1 East Main Plaza # 104 Champaign, IL 68120** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1367** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
                               (Total of this page)         **0.00**

In re **Great Lakes Warranty Corporation**          Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127995** | | | | **Warranty** | | | | |
| **Elaina J Talayumptewa 1 Ridge Rd Peach Springs, AZ 86434** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106031** | | | | **Warranty** | | | | |
| **Elaine Bowers 953 White Mountain Dr Show Low, AZ 85901** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5078562** | | | | **Warranty** | | | | |
| **Elaine Fritz 4654 E Mountain Vista Drive Phoenix, AZ 85048** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101756** | | | | **Warranty** | | | | |
| **Elaine A Burton 184 Jasmine Place Columbia, SC 29203** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116542** | | | | **Warranty** | | | | |
| **Elaine A Hamski 6818 Cottage Street Philadelphia, PA 19135** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1368** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal       0.00
(Total of this page)

In re **Great Lakes Warranty Corporation** ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5082522** | | | | **Warranty** | | | | |
| **Elaine Babb Blackmon 646 Park Dr Rock Hill, SC 29730** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122824** | | | | **Warranty** | | | | |
| **Elaine Castillo 2900 Sunridge Heights No 1013 Las Vegas, NV 89052** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121812** | | | | **Warranty** | | | | |
| **Elaine Freeman 2703 Shetland WAy Westville, NJ 08093** | - | | | | | | | |
| | | | | | | | | 80.08 |
| Account No. **5091634** | | | | **Warranty** | | | | |
| **Elaine Kelly 518 Sher De Lin Road Dubois, PA 15801** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5063508** | | | | **Warranty** | | | | |
| **Elaine Larntz 22083 TR 1705 West Lafayette, OH 43845** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1369** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     80.08

In re **Great Lakes Warranty Corporation** , Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113328 | | | | Warranty | | | | |
| Elaine M Richcreek 220 Creek Road Camp Hill, PA 17011 | - | | | | X | X | | 0.00 |
| Account No. 5119120 | | | | Warranty | | | | |
| Elaine M Vrancich 173 Terrace Dr Boradman, OH 44512 | - | | | | X | X | | 0.00 |
| Account No. 5102306 | | | | Warranty | | | | |
| Elaine R  Johnson Thomas 942 S Meadow Street Allentown, PA 18103 | - | | | | X | X | | 0.00 |
| Account No. 5132197 | | | | Warranty | | | | |
| Elaine Serra 509 1/2 N Rail Road Street Allentown, PA 18102 | - | | | | X | X | | 0.00 |
| Account No. 5131876 | | | | Warranty | | | | |
| Elaine Shelton 123 E Fayette Street Connellsville, PA 15425 | - | | | | X | X | | 0.00 |

Sheet no. **1370** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                            ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123526** | | | | **Warranty** | | | | |
| **Elana Goldstein 322 Felter Ave Hewlett, NY 11557** | - | | | | | | | **700.00** |
| Account No. **5090185** | | | | **Warranty** | | | | |
| **Elbert L. Williams 31565 Painter Ridge Vinton, OH 45686** | - | | | | X | X | | **0.00** |
| Account No. **5073220** | | | | **Warranty** | | | | |
| **Elbert P Jones 3642 Shady Grove Dr Manvel, TX 77578** | - | | | | X | X | | **0.00** |
| Account No. **5129203** | | | | **Warranty** | | | | |
| **Elder O Sandoval 112 N Main St Sellersville, PA 18960** | - | | | | X | X | | **0.00** |
| Account No. **5092684** | | | | **Warranty** | | | | |
| **Eldon W Spivey 617 Towne Park West Drive  #1227 Rincon, GA 31326** | - | | | | X | X | | **0.00** |

Sheet no.**1371** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **700.00**

In re  **Great Lakes Warranty Corporation**  ,  Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5107452** | | | | | Warranty | | | | |
| Eldred J Kraemer 3177 Hampton AVe Pittsburgh, PA 15234 | - | | | | | X | X | | 0.00 |
| Account No. **5106111** | | | | | Warranty | | | | |
| Eleanor F Landman 327 Jefferson Street Lemont Furnace, PA 15456 | - | | | | | X | X | | 0.00 |
| Account No. **5115595** | | | | | Warranty | | | | |
| Eleanor H Williams 3291 Wexford Road Gibsonia, PA 15044 | - | | | | | X | X | | 0.00 |
| Account No. **5115283** | | | | | Warranty | | | | |
| Eleanor J Harkins 8239 New Second Street Elkins Park, PA 19027 | - | | | | | | | | 407.71 |
| Account No. **5126089** | | | | | Warranty | | | | |
| Eleanor Wenrich 10 Windwood Place Lititz, PA 17543 | - | | | | | X | X | | 0.00 |

Sheet no. **1372** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

407.71

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5107886 | | | | Warranty | | | | |
| Eleanore M Hall 7145 State Route 96 Crestline, OH 44827 | - | | | | X | X | | 0.00 |
| Account No. 5089542 | | | | Warranty | | | | |
| Elease Portee 627 Ridge Trail Drive Columbia, SC 29229 | - | | | | X | X | | 0.00 |
| Account No. 5056282 | | | | Warranty | | | | |
| Elek Hendrickson 1865 N Fuller Ave Apt #215 Los Angeles, CA 90046 | - | | | | | | | 1,100.34 |
| Account No. 5110100 | | | | Warranty | | | | |
| Elena M Bova 431 Shell Court East Columbus, OH 43213 | - | | | | X | X | | 0.00 |
| Account No. 5131115 | | | | Warranty | | | | |
| Elena Salas 2821 North Rancho Drive Las Vegas, NV 89130 | - | | | | X | X | | 0.00 |

Sheet no. **1373** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,100.34**

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5062507** | | | **Warranty** | | | | |
| **Elenzio Ferreira** **929 Tyson Ave Apt A 20** **Philadelphia, PA 19111** | - | | | X | X | | 0.00 |
| Account No. **5114106** | | | **Warranty** | | | | |
| **Eleuterio Sillas** **2842 Flower Avenue** **N Las Vegas, NV 89030** | - | | | X | X | | 0.00 |
| Account No. **5116207** | | | **Warranty** | | | | |
| **Elgirtha Ryder** **1605 Mercer Court** **Yellow Springs, OH 45387** | - | | | X | X | | 0.00 |
| Account No. **5083881** | | | **Warranty** | | | | |
| **Eli Lundy** **7244 Cabot Drive** **Nashville, TN 37209** | - | | | X | X | | 0.00 |
| Account No. **5120586** | | | **Warranty** | | | | |
| **Eli Taylor** **1818 W Ashdale St** **Philadelphia, PA 19144** | - | | | X | X | | 0.00 |

Sheet no. **1374** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5114673** | | | **Warranty** | | | | |
| **Eli Veenendaal**<br>**130 Partridge Circle**<br>**Carlisle, PA 17013** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5114834** | | | **Warranty** | | | | |
| **Eligio L Garcia Jr**<br>**509 East Street**<br>**Emporia, KS 66801** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5123936** | | | **Warranty** | | | | |
| **Elijah L. Patton**<br>**2816 Mayfield Road**<br>**Cleveland, OH 44118** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5105533** | | | **Warranty** | | | | |
| **Elijah Robinson**<br>**PO Box 584**<br>**Round O, SC 29474** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5100514** | | | **Warranty** | | | | |
| **Elijah Roush**<br>**240 Nightengale**<br>**Pickerington, OH 43147** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **1375** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re  **Great Lakes Warranty Corporation**                              Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132277** | | | Warranty | | | | |
| **Elik Serpas** **5277 Wilbur Street** **Las Vegas, NV 89119** | - | | | X | X | | 0.00 |
| Account No. **5110305** | | | Warranty | | | | |
| **Elina Volodina** **29249 Longview Avenue** **Warren, MI 48093** | - | | | X | X | | 0.00 |
| Account No. **5103754** | | | Warranty | | | | |
| **Elinor M Dettorre** **345 Pershing Avenue** **Blairsville, PA 15717** | - | | | X | X | | 0.00 |
| Account No. **5108491** | | | Warranty | | | | |
| **Eliot E. Gminder** **5500 Lincoln Way** **Fayetteville, PA 17222** | - | | | X | X | | 0.00 |
| Account No. **5128726** | | | Warranty | | | | |
| **Elisa O Quendo** **8705 Kulka Road** **Las Vegas, NV 89161** | - | | | X | X | | 0.00 |

Sheet no. **1376** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**         ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5062490** | | | | **Warranty** | | | | |
| **Elisabeth Lee** **7126 Riverfront Dr** **Nashville, tN 37221** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127722** | | | | **Warranty** | | | | |
| **Elisabeth McNeal** **2001 Hamilton Street Apt 327** **Philadelphia, PA 19130** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126713** | | | | **Warranty** | | | | |
| **Elise Vaughan** **104 Colonial Court** **Galloway, NJ 08205** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101647** | | | | **Warranty** | | | | |
| **Elisete Perdigao** **8524 Summerdale Avenue** **Philadelphia, PA 19152** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102040** | | | | **Warranty** | | | | |
| **Elisha R Kipker** **10755 State Route 274 W** **Lewistown, OH 43333** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1377** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal              **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                         ,
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127032** | | | | **Warranty** | | | | |
| **Elisha Rouse** **449 6th Street NW** **New Philadelphia, OH 44003** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5075955** | | | | **Warranty** | | | | |
| **Elisio Sapata** **159 Fairhill Drive** **Wilmington, DE 19808** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124126** | | | | **Warranty** | | | | |
| **Elissa L Schwartzmann** **4766 Fiesta Way** **Las Vegas, NV 89121** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116176** | | | | **Warranty** | | | | |
| **Elita R Moses** **619 Hancock Street** **Monongahela, PA 15063** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5035244** | | | | **Warranty** | | | | |
| **Elite Construction Srvc Inc** **PO Box 542** **Ames, LA 50010** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1378** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re   **Great Lakes Warranty Corporation**        ,    Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5104761** | | | | | Warranty | | | | |
| **Elixalen Trebanino** **124 S Woodlawn Avenue** **Clifton Heights, PA 19018** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5084466** | | | | | Warranty | | | | |
| **Elizabeth  Abraham** **1632 Greystone Rd** **Charleston, WV 25314** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5098133** | | | | | Warranty | | | | |
| **Elizabeth  Canaval** **5268 Royal Arch Cascade Drive** **Dublin, OH 43016** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5110918** | | | | | Warranty | | | | |
| **Elizabeth  Chavarin** **7365 E 24th Lane** **Yuma, AZ 85365** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5130459** | | | | | Warranty | | | | |
| **Elizabeth  Crespo** **2235 W Walnut Street Apt A** **Allentown, PA 18104** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1379** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                            0.00
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5076408 | | | | Warranty | | | | |
| Elizabeth Currey 5450 E Corrine Dr Scottsdale, AZ 85254 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100393 | | | | Warranty | | | | |
| Elizabeth Estep 5172 Madison Ave Apt B1 Okemos, MI 48864 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109552 | | | | Warranty | | | | |
| Elizabeth Inostroza 2209 N Second Street Philadelphia, PA 19133 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112698 | | | | Warranty | | | | |
| Elizabeth Williams 17 Cedricton Street Pittsburgh, PA 15210 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108784 | | | | Warranty | | | | |
| Elizabeth A Aliatis 14 Congress Court Quakertown, PA 18951 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1380** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                   ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5084376** | | | | **Warranty** | | | | |
| **Elizabeth A Bruce** **1308 Keystone Park Road** **New Alexandria, Pa 15670** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108433** | | | | **Warranty** | | | | |
| **Elizabeth A Ferguson** **1411 W Park Avenue** **Perkasie, PA 18944** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079833** | | | | **Warranty** | | | | |
| **Elizabeth A Gazzano** **345 Winona Lakes** **East strosudsburg, PA 18301** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121182** | | | | **Warranty** | | | | |
| **Elizabeth A Greene** **3023 Linmuth Dr E** **Springfield, OH 45503** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112297** | | | | **Warranty** | | | | |
| **Elizabeth A McGill** **909 e Camelback Rd  2122** **Phoenix, AZ 85014** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1381** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re   **Great Lakes Warranty Corporation**                                  ,   Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5108283** | | | | **Warranty** | | | | |
| **Elizabeth A Morgan** **106 Fieldbridge Court** **Lancaster, PA 17603** | - | | | | X | X | | 0.00 |
| Account No. **5108764** | | | | **Warranty** | | | | |
| **Elizabeth A Sanso** **101 Pohls Road** **Aliquippa, PA 15001** | - | | | | X | X | | 0.00 |
| Account No. **5122100** | | | | **Warranty** | | | | |
| **Elizabeth A Stark** **15 West Shellbay Ave** **Cape May Court House, NJ 08210** | - | | | | X | X | | 0.00 |
| Account No. **5128408** | | | | **Warranty** | | | | |
| **Elizabeth A Stark** **P.O. Box 173** **Leesburg, NJ 08327** | - | | | | X | X | | 0.00 |
| Account No. **5064612** | | | | **Warranty** | | | | |
| **Elizabeth Adams** **71 Beechmont Ct Unit C** **Schaumburg, IL 60193** | - | | | | X | X | | 0.00 |

Sheet no. **1382** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5071671 | | | | Warranty | | | | |
| Elizabeth Ann Allen 2801 Aston Woods Ct Thompsons Station, TN 37179 | | - | | | X | X | | 0.00 |
| Account No. 5130029 | | | | Warranty | | | | |
| Elizabeth Arthur 755 Hickory Ct Ashland, OH 44805 | | - | | | X | X | | 0.00 |
| Account No. 5099215 | | | | Warranty | | | | |
| Elizabeth Ayesse 3808 M Ridgeway Avenue Chicago, IL 60618 | | - | | | | | | 440.00 |
| Account No. 5101501 | | | | Warranty | | | | |
| Elizabeth Bach 370 Brush Creek Road Irwin, PA 15642 | | - | | | | | | 632.80 |
| Account No. 5131259 | | | | Warranty | | | | |
| Elizabeth Beitel 231 Arbor Road Villas, NJ 08251 | | - | | | X | X | | 0.00 |

Sheet no. **1383** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,072.80

In re **Great Lakes Warranty Corporation** _____,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5094554** | | | | **Warranty** | | | | |
| **Elizabeth Butler**<br>**5310 W 80th Terrace**<br>**Prairie Village, KS 66208** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116238** | | | | **Warranty** | | | | |
| **Elizabeth C Delvin**<br>**6400 Delvin Farm Lane**<br>**College Grove, TN 37046** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124863** | | | | **Warranty** | | | | |
| **Elizabeth Carlin**<br>**613 Ivy Green Lane**<br>**Irmo, SC 29063** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5063903** | | | | **Warranty** | | | | |
| **Elizabeth Cervantes**<br>**3015 South 71st Drive**<br>**Phoenix, AZ 85043** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102769** | | | | **Warranty** | | | | |
| **Elizabeth Chandler**<br>**2231 North 26th Street**<br>**Mesa, AZ 85213** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1384** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5125249 | | | | Warranty | | | | |
| Elizabeth Cochenour 21 Cross Road New Pond Land, NJ 07435 | - | | | | X | X | | 0.00 |
| Account No. 5093843 | | | | Warranty | | | | |
| Elizabeth Dillie 2408 Bellwood Court Pittsburgh, PA 15237 | - | | | | X | X | | 0.00 |
| Account No. 5116191 | | | | Warranty | | | | |
| Elizabeth F Bahlinger 437 Hartz Road Fleetwood, PA 19522 | - | | | | X | X | | 0.00 |
| Account No. 5115433 | | | | Warranty | | | | |
| Elizabeth F Germes 604 Roberts Lane Marlten, NJ 08053 | - | | | | | | | 2,637.14 |
| Account No. 5106071 | | | | Warranty | | | | |
| Elizabeth Grzandziel 455 Parker Street Pittsburgh, PA 15209 | - | | | | X | X | | 0.00 |

Sheet no. **1385** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **2,637.14**

In re **Great Lakes Warranty Corporation**                Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5106515** | | | | | Warranty | | | | |
| **Elizabeth Gyaami**<br>**1012 Keystone Court**<br>**Vacaville, CA 95687** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5126006** | | | | | Warranty | | | | |
| **Elizabeth Harrison**<br>**7210 Whitaker Avenue**<br>**Philadelphia, PA 19111** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5088927** | | | | | Warranty | | | | |
| **Elizabeth J Bimson**<br>**1503 Hollyridge Court**<br>**Murfreesboro, TN 37130** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5088519** | | | | | Warranty | | | | |
| **Elizabeth Jaeger**<br>**7205 Charlton Street**<br>**Philadelphia, PA 19119** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131181** | | | | | Warranty | | | | |
| **Elizabeth Johnson**<br>**5201 South Spruce**<br>**Wichita, KS 67216** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1386** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                          Case No. _____
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097777** | | **Warranty** | | | | | | |
| **Elizabeth Johnson** **5360 Edmondson Pike Apt 407** **Nashville, TN 37211** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101039** | | **Warranty** | | | | | | |
| **Elizabeth K Crawford** **49031 Elwonger Road** **East Palestine, OH 44413** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5094805** | | **Warranty** | | | | | | |
| **Elizabeth Kairo** **6523 Seventeenth Avenue** **Phoenix, AZ 85041** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087280** | | **Warranty** | | | | | | |
| **Elizabeth Kooba** **3705 Gina Drive** **Bloomington, IL 61704** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113998** | | **Warranty** | | | | | | |
| **Elizabeth L Anthony** **2829 Davison Avenue** **Erie, PA 16504** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**1387** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5105852** | | | | **Warranty** | | | | |
| **Elizabeth L Clifton** **1141 Ridgecrest Drive** **Dickson, TN 37055** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5076972** | | | | **Warranty** | | | | |
| **Elizabeth L Good** **1066 Hidden Moss Drive** **Cockeysville, MD 21030** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098208** | | | | **Warranty** | | | | |
| **Elizabeth M Brownfield** **218 Harding Avenue SW** **Massilon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088890** | | | | **Warranty** | | | | |
| **Elizabeth M Hollar** **2510 Fairway Crossing** **Mansfield, OH 44903** | - | | | | | | | |
| | | | | | | | | 975.00 |
| Account No. **5125551** | | | | **Warranty** | | | | |
| **Elizabeth Marcellino** **6376 Jackson Street** **Pittsburgh, PA 15206** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1388** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

975.00

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131207** | | | Warranty | | | | |
| **Elizabeth Martinez** **205 West 4th Street Apt 301** **Bethlehem, PA 18015** | - | | | X | X | | 0.00 |
| Account No. **5087563** | | | Warranty | | | | |
| **Elizabeth McCracken** **2426 Beaufort Avenue** **Pittsburgh, PA 15226** | - | | | X | X | | 0.00 |
| Account No. **5132547** | | | Warranty | | | | |
| **Elizabeth McMullin** **1715 2nd Avenue** **Altoona, PA 16602** | - | | | X | X | | 0.00 |
| Account No. **5131862** | | | Warranty | | | | |
| **Elizabeth Mertes** **1002 Yardley Commons** **Yardley, PA 19067** | - | | | X | X | | 0.00 |
| Account No. **5078803** | | | Warranty | | | | |
| **Elizabeth Morrissey** **1118 Forrester Avenue** **Pine Hill, NJ 08021** | - | | | | | | 373.00 |

Sheet no.__**1389**__ of __**4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

373.00

In re   **Great Lakes Warranty Corporation**                                        ,   Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5061962** | | | | | Warranty | | | | |
| **Elizabeth Nardini** **1150 Old Country Lane** **Dayton, OH 45414** | | - | | | | | | | 241.87 |
| Account No. **5131748** | | | | | Warranty | | | | |
| **Elizabeth Post** **373 Los Tres Hombres** **San Luis, AZ 85349** | | - | | | | X | X | | 0.00 |
| Account No. **5078134** | | | | | Warranty | | | | |
| **Elizabeth R Eddy** **107 Creel Street** **St Marys, WV 26170** | | - | | | | X | X | | 0.00 |
| Account No. **5113150** | | | | | Warranty | | | | |
| **Elizabeth Rivera Rosario** **1829 Hanover Avenue** **Allentown, PA 18109** | | - | | | | X | X | | 0.00 |
| Account No. **5105393** | | | | | Warranty | | | | |
| **Elizabeth S Mellor** **219 West Third Avenue** **Wildwood, NJ 08260** | | - | | | | X | X | | 0.00 |

Sheet no. **1390** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

241.87

In re **Great Lakes Warranty Corporation** , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5079827** | | | | **Warranty** | | | | |
| **Elizabeth Simpson** **16493 North 176th Drive** **Surprise, AZ 85388** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129426** | | | | **Warranty** | | | | |
| **Elizabeth Slutz** **9501 W Sahara Avenue 1203** **Las Vegas, NV 89117** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092610** | | | | **Warranty** | | | | |
| **Elizabeth Thielke** **8606 Newsome Station Road** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089582** | | | | **Warranty** | | | | |
| **Elizabeth W Douglas** **3020 Holy Trinity Church Road** **Little Mountain, SC 29075** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100634** | | | | **Warranty** | | | | |
| **Elizabeth Weiner** **3031 Franklin Pike** **Nashville, TN 37024** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1391** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re    **Great Lakes Warranty Corporation**                        ,      Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5070747** | | | | **Warranty** | | | | |
| **Elizabeth Whitener**<br>**510 Alexander Circle**<br>**Columbia, SC 29206** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094018** | | | | **Warranty** | | | | |
| **Elizabeth Y Cheers**<br>**121 Winesap Court**<br>**Murfreesboro, TN 37127** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131244** | | | | **Warranty** | | | | |
| **Elizabethanne Frances**<br>**129 Dover Dr**<br>**Corapolis, PA 15108** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103618** | | | | **Warranty** | | | | |
| **Ella L Houston**<br>**1057 Greenlaw Avenue**<br>**Memphis, TN 38105** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073817** | | | | **Warranty** | | | | |
| **Ella Roytburd**<br>**20 Brentwood Place**<br>**Holland, PA 18966** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1392** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Great Lakes Warranty Corporation**                                   Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5071317** | | | | **Warranty** | | | | |
| **Ella W Cunning**<br>**4813 Lower Elkton Rd**<br>**Leetonia, OH 44431** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103119** | | | | **Warranty** | | | | |
| **Ellen Oakes**<br>**1517 West Blvd**<br>**Alpha, NJ 08865** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123363** | | | | **Warranty** | | | | |
| **Ellen Price**<br>**10060 Salem Warren Rd**<br>**Salem, OH 44460** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107081** | | | | **Warranty** | | | | |
| **Ellen B Goldring**<br>**852 Highland Crest**<br>**Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5052613** | | | | **Warranty** | | | | |
| **Ellen Beard**<br>**16216 North 32nd Place**<br>**Phoenix, AZ 85032** | - | | | | | | | |
| | | | | | | | | 300.30 |

Sheet no. **1393** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    300.30

In re  **Great Lakes Warranty Corporation**　　　　　　　　　　　,　　Case No. _____
　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5130713** | | | | **Warranty** | | | | |
| **Ellen Blessing Havry** **8399 Kifer Road** **Newburgh, IN 47630** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121920** | | | | **Warranty** | | | | |
| **Ellen Booth** **1342 Middle Easton Belmont** **Stroudsburg, PA 18360** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122028** | | | | **Warranty** | | | | |
| **Ellen C Vaughan** **410 Holly Berry Ln** **Lugoff, SC 29078** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125873** | | | | **Warranty** | | | | |
| **Ellen Engstrom** **602 Pennridge Road** **Pittsburgh, PA 15211** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107437** | | | | **Warranty** | | | | |
| **Ellen Fletcher** **2617 Cox Mill Rd** **Hopkinsville, KY 42240** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1394** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                            ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102763** | | | | **Warranty** | | | | |
| **Ellen Glass** **6907 East Latham Street** **Scottsdale, AZ 85257** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126993** | | | | **Warranty** | | | | |
| **Ellen Graham** **203 Clairmont Drive** **Altoona, PA 16602** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5082023** | | | | **Warranty** | | | | |
| **Ellen Hollis** **113 Delta Boulevard** **Franklin, TN 37067** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090602** | | | | **Warranty** | | | | |
| **Ellen J Ashby** **109 Walnut Street  Apt 14** **Lansdale, PA 19446** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5096123** | | | | **Warranty** | | | | |
| **Ellen Jones** **506 Old Towne Drive** **Brentwood, TN 37027** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**1395** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **0.00**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5082886** | | | Warranty | | | | |
| **Ellen Policastro 655 Hall Road Beaver, PA 15009** | - | | | X | X | | 0.00 |
| Account No. **5086931** | | | Warranty | | | | |
| **Ellen R Zucker P.O. Box 210334 Nashville, TN 37221** | - | | | | | | 118.67 |
| Account No. **5101244** | | | Warranty | | | | |
| **Ellen Renee Burns 143 Lightner Road   P.O. Box 262 Landisburg, PA 17040** | - | | | | | | 180.30 |
| Account No. **5072699** | | | Warranty | | | | |
| **Ellen Seidel 119 West Avenue Medina, TN 38355** | - | | | | | | 404.50 |
| Account No. **5123207** | | | Warranty | | | | |
| **Ellerbe Somers Gregg 4624 Lelias Court Columbia, SC 29206** | - | | | X | X | | 0.00 |

Sheet no. **1396** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    703.47

In re **Great Lakes Warranty Corporation**                                      Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5040051** | | | | Warranty | | | | |
| **Ellie Philips** **6143 Ruthedge Hill Road** **Columbia, SC 29209** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084288** | | | | Warranty | | | | |
| **Elliot Dworkin** **2330 Blackoak Bend** **San Antonio, TX 78248** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085853** | | | | Warranty | | | | |
| **Elliot Maldonado** **2086 E Scenic Drive** **Bath, PA 18014** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124743** | | | | Warranty | | | | |
| **Elliott Persinger** **3107 Melissa Ct.** **Smyrna, TN 37167** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130924** | | | | Warranty | | | | |
| **Ellis Antoon** **6425 Addely Drive** **Las Vegas, NV 89108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1397** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                      ,    Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121653** | | | **Warranty** | | | | |
| **Ellis J Brockington**<br>**1509 N Missouri Ave**<br>**Atlantic City, NJ 08401** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5103579** | | | **Warranty** | | | | |
| **Ellis Turner**<br>**1537 West Orland Street**<br>**Philadelphia, PA 19126** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5106425** | | | **Warranty** | | | | |
| **Ellsworth Blackwell**<br>**6587 Santa Cruz Place**<br>**Reynoldsburg, OH 43068** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088443** | | | **Warranty** | | | | |
| **Ellyn Roth**<br>**6009 N Granite Reef**<br>**Scottsdale, AZ 85250** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5089130** | | | **Warranty** | | | | |
| **Elmar Zobens**<br>**26096 W Gilmer Road**<br>**Grayslake, IL 60030** | - | | | | | | |
| | | | | | | | 895.00 |

Sheet no.**1398** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
                (Total of this page)       **895.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                                        ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5085605** | | | | | **Warranty** | | | | |
| **Elmer Myers** **234 Stonehouse Rd** **Carlisle, PA 17013** | - | | | | | X | X | | 0.00 |
| Account No. **5125767** | | | | | **Warranty** | | | | |
| **Elmer Eash** **3610 E. Longview** **Haven, KS 67543** | - | | | | | | | | 592.50 |
| Account No. **5122081** | | | | | **Warranty** | | | | |
| **Elmer S Martin** **641 New London Rd** **Hamilton, OH 45013** | - | | | | | X | X | | 0.00 |
| Account No. **5115473** | | | | | **Warranty** | | | | |
| **Elmer V McIlhenney** **9338 Tulip Street** **Philadelphia, PA 19114** | - | | | | | X | X | | 0.00 |
| Account No. **5079520** | | | | | **Warranty** | | | | |
| **Elmer W Coffman Sr** **434 Ogden St** **Connellsville, PA 15425** | - | | | | | X | X | | 0.00 |

Sheet no. **1399** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     592.50

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127648** | | | | **Warranty** | | | | |
| **Elmerina Abdullah** **625 Melrose Avenue** **Atlantic City, NJ 08401** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131161** | | | | **Warranty** | | | | |
| **Elmore Williams** **3339 Kidd Street** **North Las Vegas, NV 89032** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5078333** | | | | **Warranty** | | | | |
| **Elois Lee Dunell** **736 High Street** **Bethlehem, PA 18018** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120601** | | | | **Warranty** | | | | |
| **Elsa Pastuna** **11 Chatham Place** **Plainfield, NJ 07060** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131390** | | | | **Warranty** | | | | |
| **Elsie H Victoria** **1977 Greenberry Road** **Baltimore, MD 21209** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1400** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation**                              Case No. _____
                                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109667** | | | **Warranty** | | | | |
| **Elsie J Walsh** **1726 Kendrick Street** **Philadelphia, PA 19152** | | - | | | | | **269.70** |
| Account No. **5092910** | | | **Warranty** | | | | |
| **Elton Howard** **2508 Holly Springs Court** **Ellicott City, MD 21043** | | - | | X | X | | **0.00** |
| Account No. **5115529** | | | **Warranty** | | | | |
| **Elton Spain** **107 Myton Court** **Columbia, SC 29203** | | - | | X | X | | **0.00** |
| Account No. **5126742** | | | **Warranty** | | | | |
| **Elva Guttman** **328 Church Hill Rd.** **Kintnersville, PA 18930** | | - | | X | X | | **0.00** |
| Account No. **5067581** | | | **Warranty** | | | | |
| **Elvin Metzler** **108 Clarien Drive** **Souderton, PA 18964** | | - | | X | X | | **0.00** |

Sheet no. **1401** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **269.70**

In re   **Great Lakes Warranty Corporation**                                        ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5088721** | | | **Warranty** | | | | |
| **Elvin N Nolt Jr** **321 N Hershey Avenue** **Leola, PA 17540** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123506** | | | **Warranty** | | | | |
| **Elvira  Torres** **2712 Rondel Rd** **Columus, OH 43231** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120939** | | | **Warranty** | | | | |
| **Elwaleed Ahmed** **19432 Mayfield Ave  No202** **Livonia, MI 48152** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5104919** | | | **Warranty** | | | | |
| **Elwood Hall** **4422 Limerick Road** **Jackson, OH 45640** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131382** | | | **Warranty** | | | | |
| **Elwood Harold Dorn** **40391 Dorn Road** **Centerville, PA 16404** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**1402** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097834** | | | Warranty | | | | |
| **Emanuel  Romanias**<br>**464 Long Drive**<br>**Pittsburgh, PA 15241** | - | | | X | X | | 0.00 |
| Account No. **5108882** | | | Warranty | | | | |
| **Emanuel Jimenez**<br>**3700 New Jersey Ave  Apt BB**<br>**Wildwood, NJ 08260** | - | | | X | X | | 0.00 |
| Account No. **5122548** | | | Warranty | | | | |
| **Emanuel O Roland II**<br>**3104 Skinner Dr**<br>**Antioch, TN 37013** | - | | | X | X | | 0.00 |
| Account No. **5061540** | | | Warranty | | | | |
| **Emeil Soryal**<br>**17360 Wood Acre Trail**<br>**Chagrin Falls, OH 44023** | - | | | | | | 289.50 |
| Account No. **5129310** | | | Warranty | | | | |
| **Emerald Delbrugge**<br>**54520 Brackin Road**<br>**Martins Ferry, OH 43935** | - | | | X | X | | 0.00 |

Sheet no. **1403** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

289.50

In re   **Great Lakes Warranty Corporation**                                              ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120659** | | | Warranty | | | | |
| **Emery J Able Jr**<br>**1430 W Fair Ave**<br>**Lancaster, OH 43130** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102727** | | | Warranty | | | | |
| **Emil Bortis**<br>**6946 W Josac Street**<br>**Glendale, Z 85308** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5075966** | | | Warranty | | | | |
| **Emilio Cabrera**<br>**5742 W Morten Avenue**<br>**Glendale, AZ 85301** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121232** | | | Warranty | | | | |
| **Emily  Hardcastle**<br>**1172 TRavellers Ridge**<br>**Nashville, TN 37220** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131995** | | | Warranty | | | | |
| **Emily  Wood**<br>**1008 Rockdale Street**<br>**Green Bay, WI 54304** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1404**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                          ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5086227** | | | | Warranty | | | | |
| **Emily A Gauss** **340 Woodlawn Terrace** **Collinswood, NJ 08108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114349** | | | | Warranty | | | | |
| **Emily Boes** **1525 W Lynnwood Street** **Phoenix, AZ 85007** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091174** | | | | Warranty | | | | |
| **Emily C Paulsen** **6514 W. Silver Sage Lane** **Phoenix, AZ 85083** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111248** | | | | Warranty | | | | |
| **Emily Cope** **632 Meadowridge Drive** **Ellwood City, PA 16117** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124710** | | | | Warranty | | | | |
| **Emily Deatley** **809 5th St** **Struthers, OH 44471** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1405** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                     ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5126650** | | | | **Warranty** | | | | |
| **Emily Legg**<br>**800 Park Road**<br>**Westerville, OH 43081** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087589** | | | | **Warranty** | | | | |
| **Emily M Garland**<br>**8204 Londonberry Road**<br>**Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120092** | | | | **Warranty** | | | | |
| **Emily Meghan Neff**<br>**3104 Duncan St  Apt 3**<br>**Columbia, SC 29205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123147** | | | | **Warranty** | | | | |
| **Emily Potter**<br>**117 Manassas Loop**<br>**Yorktown, VA 23693** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084044** | | | | **Warranty** | | | | |
| **Emily R  Gifford**<br>**118 Walden Court**<br>**Columbia, SC 29204** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1406** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5112446** | | | **Warranty** | | | | |
| **Emily R Degounette**<br>**120 North Second Street**<br>**Duquesne, PA 15110** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5121742** | | | **Warranty** | | | | |
| **Emily R Semanco**<br>**5242 W Ridge Rd  Apt B**<br>**Erie, PA 16506** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5114857** | | | **Warranty** | | | | |
| **Emily S Fortuna**<br>**730 Fairbank Herbert Road  Box 251**<br>**Fairbank, PA 15435** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5092043** | | | **Warranty** | | | | |
| **Emily Scott**<br>**107 North Pinecrest**<br>**Wichita, KS 67208** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5121190** | | | **Warranty** | | | | |
| **Emily T Smith**<br>**2150 Stadium Dr  No K2**<br>**Phenix City, AL 36867** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **1407** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal       **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125422** | | | | **Warranty** | | | | |
| **Emily Vanburen** **1691 Bond Avenue** **Columbus, OH 43229** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122033** | | | | **Warranty** | | | | |
| **Emilya Bonita Bailey** **2849 Dubard St** **Columbia, SC 29204** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5063698** | | | | **Warranty** | | | | |
| **EMITech Phx Inc.** **4609 South 33rd Place** **Phoenix, AZ 85040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122525** | | | | **Warranty** | | | | |
| **Emma  Tarli** **610 Rt 981** **Smithton, PA 15479** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130636** | | | | **Warranty** | | | | |
| **Emma Davis** **247 N Ogden Avenue** **Columbus, OH 43204** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1408** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

_____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097139** | | | Warranty | | | | |
| **Emma Jane Chaney** **7889 County Rd  Number 121** **Valley Heaf, AL 35989** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102246** | | | Warranty | | | | |
| **Emma L Croston** **2531 Indiana Way NE** **Canton, OH 44705** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5064689** | | | Warranty | | | | |
| **Emma Rae Tennent** **1803 Lillian St** **Nashville, TN 37206** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5064828** | | | Warranty | | | | |
| **Emmaline Seevers** **540 Bailey Drive** **Mansfield, OH 44904** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110452** | | | Warranty | | | | |
| **Emmanuel  Grammatikos** **909 Willard Avenue NE** **Warren, OH 44483** | - | | | | | | |
| | | | | | | | 335.39 |

Sheet no. **1409** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      335.39

In re **Great Lakes Warranty Corporation**         Case No. _____

_____

                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5106349 | | | | Warranty | | | | |
| Emmanuel A Ufele 354 Penn Oak Drive Pittsburgh, PA 15235 | - | | | | X | X | | 0.00 |
| Account No. 5119518 | | | | Warranty | | | | |
| Emmanuel Ameh 19627 Wheatfield Terrace Gaithersburg, MD 20870 | - | | | | | | | 346.30 |
| Account No. 5127535 | | | | Warranty | | | | |
| Emmanuel Terzakis 5003 Atlantic Ave Apt 1 Ventnor, NJ 08406 | - | | | | X | X | | 0.00 |
| Account No. 5128849 | | | | Warranty | | | | |
| Emmanuella Longmire 2096 Ridgeway Road Memphis, TN 38119 | - | | | | X | X | | 0.00 |
| Account No. 5093606 | | | | Warranty | | | | |
| Encounters Network 2389 Henpeck Lane Franklin, TN 37065 | - | | | | X | X | | 0.00 |

Sheet no. **1410** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                     Subtotal       346.30
                   (Total of this page)

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5110048** | | | | **Warranty** | | | | |
| **Enjou Berry** **130 Eastmont Lane** **Sicklerville, NJ 08081** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5083169** | | | | **Warranty** | | | | |
| **Enkhee  Tsegmid** **3109 Barbara Dr  Apt X7** **Middletown, OH 45044** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105412** | | | | **Warranty** | | | | |
| **Enrico Pagnanelli** **111 South 15th Street** **Philadelphia, PA 19102** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106013** | | | | **Warranty** | | | | |
| **Enrique  Gonzalez** **6873 N Placita Chula Vista** **Tucson, AZ 85704** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086229** | | | | **Warranty** | | | | |
| **Enrique B Luchino** **86 Mill Street** **Washington Boro, PA 17582** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1411** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **0.00**

In re  **Great Lakes Warranty Corporation**                                    , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132590** <br><br> **Enrique Berajes** <br> **3785 Calumet Circle** <br> **N Las Vegas, NV 89031** | | - | | **Warranty** | | | | **1,138.49** |
| Account No. **5122679** <br><br> **Enrique Hernendez** <br> **104 Maple St** <br> **Bell Buckle, TN 37070** | | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5129564** <br><br> **Enrique Ortiz** <br> **8025 Sunset Crrk** <br> **Las Vegas, NV 89113** | | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5100227** <br><br> **ER Motors** <br> **3603 Sandpiper Trail** <br> **Mandan, ND 58554** | | - | | **Warranty** | | | | **1,699.92** |
| Account No. **5131136** <br><br> **Erasmus Gyamfi Jr** <br> **7742 Silkwood Ct** <br> **Columbus, OH 43085** | | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **1412** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **2,838.41**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103158** | | Warranty | | | | | | |
| **Erhardt J Bell 2510 Substation Road Medina, OH 44256** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101965** | | Warranty | | | | | | |
| **Eric Collinsworth 212 Fernwood Lane Lebanon, TN 37087** | - | | | | | | | |
| | | | | | | | | 1,779.00 |
| Account No. **5131002** | | Warranty | | | | | | |
| **Eric Flinchbaugh 1679 6th Avenue York, PA 17403** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099246** | | Warranty | | | | | | |
| **Eric Geadlemann 2864 Sawyer Bend Rd Franklin, TN 37069** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119805** | | Warranty | | | | | | |
| **Eric Schroeder 215 Eagle River rd Joplin, MO 69804** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1413** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **1,779.00**

In re **Great Lakes Warranty Corporation**                                      Case No. _____
                                                    ,
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089894** | | | Warranty | | | | |
| **Eric A Bakey** **146 Stonemill Drive** **Elizabethtown, PA 17022** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110615** | | | Warranty | | | | |
| **Eric A Herbert** **1237 Berkshire Avenue** **Pittsburgh, PA 15226** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5084819** | | | Warranty | | | | |
| **Eric A Riegner** **3283 Maple Drive** **Pittsburgh, PA 15237** | - | | | | | | |
| | | | | | | | 734.45 |
| Account No. **5121955** | | | Warranty | | | | |
| **Eric Allen** **1853 Garden Ridge** **Toledo, OH 43614** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5073004** | | | Warranty | | | | |
| **Eric B Lambes** **1280 Hickory Tree Drive** **Zanesville, OH 43701** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1414** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           734.45

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                    ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130940** | | | | Warranty | | | | |
| **Eric Bell** **44B New St** **Hatboro, PA 19040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132484** | | | | Warranty | | | | |
| **Eric Bowers** **118 McMahon Drive** **Manor, PA 15665** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127681** | | | | Warranty | | | | |
| **Eric Bowman** **2010 Eastview Avenue** **Dayton, OH 45405** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090679** | | | | Warranty | | | | |
| **Eric Broderick** **125 Inman Road** **Harrisville, RI 02830** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130570** | | | | Warranty | | | | |
| **Eric Brown** **1415 Stewart Street** **New Kensington, PA 15068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1415** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            0.00

In re  **Great Lakes Warranty Corporation**                                      ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5088009 | | | | Warranty | | | | |
| Eric C Borland 425 Donna Drive Clarksville, TN 37042 | - | | | | X | X | | 0.00 |
| Account No. 5110208 | | | | Warranty | | | | |
| Eric C McFall 4721 Buhl Boulevard Uniontown, OH 44685 | - | | | | | | | 545.84 |
| Account No. 5109871 | | | | Warranty | | | | |
| Eric C Murray 124 Sixth Street  Apt 4 McKeesport, PA 15132 | - | | | | X | X | | 0.00 |
| Account No. 5117932 | | | | Warranty | | | | |
| Eric C. Goslowsky 1903 Chartwell Court Murfreesboro, TN 37629 | - | | | | X | X | | 0.00 |
| Account No. 5104283 | | | | Warranty | | | | |
| Eric Clarkson 5022 Reeds Road Shawnee Mission, KS 66202 | - | | | | X | X | | 0.00 |

Sheet no. **1416** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)       **545.84**

In re   **Great Lakes Warranty Corporation**                                          ,   Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105940** | | | **Warranty** | | | | |
| **Eric D Brody** **546 Bradford Drive** **Gallatin, TN 37066** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121158** | | | **Warranty** | | | | |
| **Eric D Carriker** **7925 St Ives Rd Apt 11C** **North Charleston, SC 29406** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5106337** | | | **Warranty** | | | | |
| **Eric D Clendenin** **348 Heipie Hill Road** **Gorham, IL 62940** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127306** | | | **Warranty** | | | | |
| **Eric D Emrescahk** **3319 Jameson Dr** **Pittsburgh, PA 15227** | - | | | | | | |
| | | | | | | | 110.00 |
| Account No. **5094610** | | | **Warranty** | | | | |
| **Eric D Kaufman** **127 Congruity Road** **Greensburg, PA 15601** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1417** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

110.00

In re **Great Lakes Warranty Corporation**  Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5115955 | | | | Warranty | | | | |
| Eric Daniels 335 Regency Avenue Pataskala, OH 43062 | | - | | | | | | 1,139.00 |
| Account No. 5087657 | | | | Warranty | | | | |
| Eric DeBronsky 345 Winona Lakes East Stroudsburg, PA 18301 | | - | | | X | X | | 0.00 |
| Account No. 5064323 | | | | Warranty | | | | |
| Eric Devine 526 10th St Struthers, OH 44471 | | - | | | X | X | | 0.00 |
| Account No. 5118366 | | | | Warranty | | | | |
| Eric E Greer PO Box 396 Roscoe, PA 15477 | | - | | | X | X | | 0.00 |
| Account No. 5068393 | | | | Warranty | | | | |
| Eric Ericson 130 Brighton Close Nashville, TN 37205 | | - | | | X | X | | 0.00 |

Sheet no. **1418** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,139.00**

In re  **Great Lakes Warranty Corporation**                                                                      ,     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5114256** | | | Warranty | | | | | |
| **Eric Farr** **11 Virginia Avenue** **Reading, PA 19606** | - | | | | X | X | | 0.00 |
| Account No. **5120186** | | | Warranty | | | | | |
| **Eric Foley** **5104 Brookstone Court** **Antioch, TN 37013** | - | | | | X | X | | 0.00 |
| Account No. **5098213** | | | Warranty | | | | | |
| **Eric Ford** **4709 North 111th Lane** **Phoenix, AZ 85037** | - | | | | X | X | | 0.00 |
| Account No. **5105736** | | | Warranty | | | | | |
| **Eric Fox** **21937 Phelps Road** **Meadville, PA 16335** | - | | | | X | X | | 0.00 |
| Account No. **5100586** | | | Warranty | | | | | |
| **Eric Groff** **1190 Wheaton Street** **Memphis, TN 38117** | - | | | | X | X | | 0.00 |

Sheet no. **1419** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131232** | | | **Warranty** | | | | |
| **Eric H Goodman 475 West Main Ave Myerstown, PA 17067** | - | | | X | X | | 0.00 |
| Account No. **5118190** | | | **Warranty** | | | | |
| **Eric Harkins 27744 North 98th Drive Peoria, AZ 85380** | - | | | | | | 863.46 |
| Account No. **5120770** | | | **Warranty** | | | | |
| **Eric Haser 1304 Union St Valencia, PA 16059** | - | | | X | X | | 0.00 |
| Account No. **5107033** | | | **Warranty** | | | | |
| **Eric Haught 434 Gallery Drive Marysville, OH 43040** | - | | | X | X | | 0.00 |
| Account No. **5100233** | | | **Warranty** | | | | |
| **Eric Henning 12631 W Ashby Drive Peoria, AZ 85383** | - | | | X | X | | 0.00 |

Sheet no. **1420** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 863.46

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5125587** | | | | | Warranty | | | | |
| **Eric Hess 237 Dombey Dr Pittsburgh, PA 15237** | - | | | | | | | | 834.94 |
| Account No. **5081752** | | | | | Warranty | | | | |
| **Eric Hudson 1506 Peters Road Troy, OH 45373** | - | | | | | X | X | | 0.00 |
| Account No. **5128616** | | | | | Warranty | | | | |
| **Eric Hull 369 Bounty Way AVon Lake, OH 44012** | - | | | | | X | X | | 0.00 |
| Account No. **5107875** | | | | | Warranty | | | | |
| **Eric J Anderson 11457 N Inca Avenue Fountain Hills, AZ 85268** | - | | | | | X | X | | 0.00 |
| Account No. **5103689** | | | | | Warranty | | | | |
| **Eric J Pena 606 Bingaman St Reading, PA 19602** | - | | | | | | | | 1,170.00 |

Sheet no. **1421** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,004.94**

In re   **Great Lakes Warranty Corporation**            ,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097721** | | | | Warranty | | | | |
| Eric J Tweed 206 Durham Road Hellertown, PA 18055 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113411** | | | | Warranty | | | | |
| Eric J Wissner 4510 Melwood Road Leechburg, PA 15656 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079693** | | | | Warranty | | | | |
| Eric James Blake 1732 W Tulsa Street Chandler, AZ 85224 | - | | | | | | | |
| | | | | | | | | 546.50 |
| Account No. **5085465** | | | | Warranty | | | | |
| Eric John Kellerhals 424 Saddlebrooke Road Lexington, SC 29072 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127445** | | | | Warranty | | | | |
| Eric Justin Helton 2025 Bice Rd Soddy Daisy, TN 37379 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1422** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
                               (Total of this page)        546.50

In re **Great Lakes Warranty Corporation**        Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5081335** <br><br> **Eric L Appel** <br> **1613 W Market Street** <br> **Frederick, MD 21701** | - | | **Warranty** | | | | **273.50** |
| Account No. **5071769** <br><br> **Eric L Brenner** <br> **240 Old Hickory Road** <br> **New Castle, PA 16102** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5119748** <br><br> **Eric L Gale** <br> **2205 Alteras Dr** <br> **Antioch, TN 37013** | - | | **Warranty** | | | | **453.80** |
| Account No. **5126817** <br><br> **Eric L Ping** <br> **62 Glen Oak Ct** <br> **Hurricane, WV 25526** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5072103** <br><br> **Eric L Swartz** <br> **1841 T Bird Drive** <br> **Front Royal, VA 22630** | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **1423** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **727.30**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5049841** <br><br> **Eric L Thomaston** <br> **18719 Highland Avenue** <br> **Homewood, IL 60430** | - | | | **Warranty** | | | | **1,051.00** |
| Account No. **5080307** <br><br> **Eric Lennon** <br> **1131 William Street** <br> **Hamilton, NJ 08610** | - | | | **Warranty** | X | X | | **0.00** |
| Account No. **5109447** <br><br> **Eric M Brink** <br> **3312 Carlisle Court** <br> **Fort Mill, SC 29715** | - | | | **Warranty** | X | X | | **0.00** |
| Account No. **5081120** <br><br> **Eric M DeAngelo** <br> **1156 Wildwood Way** <br> **Erie, PA 16511** | - | | | **Warranty** | | | | **156.00** |
| Account No. **5096397** <br><br> **Eric M Hall** <br> **57 Rolling Meadows** <br> **Goodlettsville, TN 37072** | - | | | **Warranty** | X | X | | **0.00** |

Sheet no. **1424** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,207.00**

In re   **Great Lakes Warranty Corporation**                 ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119876 | | | | Warranty | | | | |
| Eric M Trier 220 Turkeyfoot Rd Venetia, PA 15367 | | - | | | | | | 2,591.45 |
| Account No. 5126660 | | | | Warranty | | | | |
| Eric Macchiaroli 2606 Wildwood Road Allison Park, PA 15101 | | - | | | | | | 381.40 |
| Account No. 5067455 | | | | Warranty | | | | |
| Eric Maldonado 6505 S. 15th Dr Phoenix, AZ 85041 | | - | | | X | X | | 0.00 |
| Account No. 5124343 | | | | Warranty | | | | |
| Eric Martin Borough 1032 Gibbons St Scranton, PA 18505 | | - | | | | | | 225.58 |
| Account No. 5075421 | | | | Warranty | | | | |
| Eric Mercer 4220 Fiery Run Road Linden, VA 22642 | | - | | | X | X | | 0.00 |

Sheet no. **1425** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
(Total of this page)         **3,198.43**

In re **Great Lakes Warranty Corporation**                                              ,     Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5110457** | | | | Warranty | | | | |
| **Eric Michaud** **821 Hillview Heights** **Nashville, TN 37204** | - | | | | X | X | | 0.00 |
| Account No. **5129256** | | | | Warranty | | | | |
| **Eric Morris** **14 1/2 Grace Avenue** **Shelby, OH 44875** | - | | | | | | | 325.00 |
| Account No. **5104493** | | | | Warranty | | | | |
| **Eric Morrison** **2940 Caywood Road** **Marietta, OH 45750** | - | | | | X | X | | 0.00 |
| Account No. **5112878** | | | | Warranty | | | | |
| **Eric Newsome** **8550 Highway 70** **Arlington, TN 38002** | - | | | | X | X | | 0.00 |
| Account No. **5118802** | | | | Warranty | | | | |
| **Eric Norris** **1306 Apache Trail** **Hephzibah, GA 30815** | - | | | | | | | 859.88 |

Sheet no. **1426** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          1,184.88

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5080982** | | | **Warranty** | | | | |
| **Eric Oetzel 928 W Mill Street Quakertown, PA 18951** | - | | | | | | 232.30 |
| Account No. **5090914** | | | **Warranty** | | | | |
| **Eric P Droege Jr 4141 Magnolia Drive Mt Joy, PA 17552** | - | | | X | X | | 0.00 |
| Account No. **5096785** | | | **Warranty** | | | | |
| **Eric P Kann 456 Rich Valley Road Carlisle, PA 17015** | - | | | X | X | | 0.00 |
| Account No. **5115862** | | | **Warranty** | | | | |
| **Eric P Pinney 69454 Prattsville Road McArthur, OH 45651** | - | | | | | | 1,536.00 |
| Account No. **5129480** | | | **Warranty** | | | | |
| **Eric R Keller 367 Squire Lane Lititz, PA 17543** | - | | | X | X | | 0.00 |

Sheet no. **1427** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,768.30

In re **Great Lakes Warranty Corporation**        Case No. _____

                                                ,
                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5090052** | | | | Warranty | | | | |
| Eric R Mattson 989 Old Highway 33 Shade, OH 45776 | - | | | | X | X | | 0.00 |
| Account No. **5132687** | | | | Warranty | | | | |
| Eric Rader 13 Palisades Point Johnson City, TN 37601 | - | | | | X | X | | 0.00 |
| Account No. **5108099** | | | | Warranty | | | | |
| Eric Richardson 1380 Nash Road Ridgeville, SC 29472 | - | | | | | | | 1,615.45 |
| Account No. **5100184** | | | | Warranty | | | | |
| Eric Romain 9838 E Farmdale Avenue Mesa, AZ 85208 | - | | | | | | | 1,409.74 |
| Account No. **5114461** | | | | Warranty | | | | |
| Eric Rubright 32 Kingston Drive Palmyra, PA 17078 | - | | | | X | X | | 0.00 |

Sheet no. **1428** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                            Subtotal
             (Total of this page)      3,025.19

In re    **Great Lakes Warranty Corporation**             ,     Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5126688** | | | | | **Warranty** | | | | |
| **Eric Rush** **3034 Hogback Road** **Finleyville, PA 15332** | - | | | | | X | X | | 0.00 |
| Account No. **5088241** | | | | | **Warranty** | | | | |
| **Eric S Hazlett** **907 McCoy Road** **McKees Rocks, PA 15136** | - | | | | | X | X | | 0.00 |
| Account No. **5088847** | | | | | **Warranty** | | | | |
| **Eric S Snyder** **13 Scott Street** **Brodheadsville, PA 18322** | - | | | | | | | | 193.50 |
| Account No. **5098860** | | | | | **Warranty** | | | | |
| **Eric Salisbury** **1843 S Old Greenfield Road** **Mesa, AZ 85206** | - | | | | | X | X | | 0.00 |
| Account No. **5092368** | | | | | **Warranty** | | | | |
| **Eric Sandt** **110 Canberra Dr** **Knoxville, TN 37923** | - | | | | | X | X | | 0.00 |

Sheet no. **1429** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

             Subtotal
      (Total of this page)           193.50

In re **Great Lakes Warranty Corporation** ,   Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5071798 | | | | Warranty | | | | |
| Eric Schroeder Rev Trust 215 Eagle Ridge Rd Joplin, MO 64804 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108435 | | | | Warranty | | | | |
| Eric Seidel P.O. Box 733 Trumbauersville, PA 18970 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130174 | | | | Warranty | | | | |
| Eric Snook 620 Grassy Hill Road Summerville, SC 29483 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117322 | | | | Warranty | | | | |
| Eric Spalding 2037 Hawks Nest Court Hermitage, TN 37076 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120479 | | | | Warranty | | | | |
| Eric Swaebly 3695 Pigeon Run Rd SW Massilon, OH 44647 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1430** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5124116** | | | | **Warranty** | | | | |
| **Eric T Fath 5 South 8th Ave Villas, NJ 08251** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128175** | | | | **Warranty** | | | | |
| **Eric T Pancoast 323 Flour Lane Langhorne, PA 19047** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5066403** | | | | **Warranty** | | | | |
| **Eric T. Hoffman 110 Scott Ridge Road Harmony, PA 16037** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128670** | | | | **Warranty** | | | | |
| **Eric Taylor 413 Aiken Hunt Columbia, SC 29223** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085737** | | | | **Warranty** | | | | |
| **Eric Thomas Couture 2524 S El Paradiso Drive  28 Mesa, AZ 85202** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1431** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**        ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5125508** | | | | | **Warranty** | | | | |
| **Eric Thristino**<br>**1119 Jackson Avenue NW**<br>**Massillon, OH 44646** | - | | | | | X | X | | 0.00 |
| Account No. **5065706** | | | | | **Warranty** | | | | |
| **Eric Toth**<br>**625 Irving Park Blvd**<br>**Sheffield Lake, OH 44054** | - | | | | | | | | 584.79 |
| Account No. **5116614** | | | | | **Warranty** | | | | |
| **Eric Vevango**<br>**2511 N 148th**<br>**Goodyear, AZ 85395** | - | | | | | X | X | | 0.00 |
| Account No. **5120816** | | | | | **Warranty** | | | | |
| **Eric W Mattey**<br>**1734 Banning Rd**<br>**Dawson, PA 15428** | - | | | | | X | X | | 0.00 |
| Account No. **5117042** | | | | | **Warranty** | | | | |
| **Eric W Miller**<br>**135 Maple Drive**<br>**Cadiz, OH 43907** | - | | | | | X | X | | 0.00 |

Sheet no. **1432** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     584.79

In re **Great Lakes Warranty Corporation**         Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122473** | | | **Warranty** | | | | |
| **Eric W Sweitzer**<br>**213 Sweitzer Lane**<br>**Brookville, PA 15825** | - | | | X | X | | 0.00 |
| Account No. **5071673** | | | **Warranty** | | | | |
| **Eric W Ventling**<br>**PO Box 41914**<br>**Nashville, TN 37204** | - | | | X | X | | 0.00 |
| Account No. **5120474** | | | **Warranty** | | | | |
| **Eric W Yocum**<br>**551 Cliffside Dr**<br>**Lexington, OH 44904** | - | | | X | X | | 0.00 |
| Account No. **5131884** | | | **Warranty** | | | | |
| **Eric Wagner**<br>**108 Cherokee Roaad**<br>**Danville, PA 17821** | - | | | X | X | | 0.00 |
| Account No. **5128678** | | | **Warranty** | | | | |
| **Eric Ward**<br>**4911 Menloughwood Dr**<br>**Canton, OH 44703** | - | | | X | X | | 0.00 |

Sheet no. **1433** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re   **Great Lakes Warranty Corporation**         ,      Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5091580** | | | | Warranty | | | | |
| **Eric Weltmer** **2101 Cedar Run Drive  201** **Camp Hill, PA 17011** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113199** | | | | Warranty | | | | |
| **Eric Widener** **402 Walnut Street** **New Weston, OH 45348** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5068093** | | | | Warranty | | | | |
| **Eric Wolanski** **12 Hanover Acres** **Burgettstown, PA 15721** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106646** | | | | Warranty | | | | |
| **Eric Wolf** **3011 Hietter Road** **Quakertown, PA 18951** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091015** | | | | Warranty | | | | |
| **Eric Wolfe** **P.O. Box 666** **Winslow, AZ 86047** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1434** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5110782** | | | | Warranty | | | | |
| **Eric Wood** **9814 Dornoch Trail** **Brighton, MI 48114** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131405** | | | | Warranty | | | | |
| **Erica  Perez** **3000 Ford Road Apt B-31** **Bristol, PA 19007** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122889** | | | | Warranty | | | | |
| **Erica C Duffy** **1421 Carlton Rd** **Carlton, PA 16311** | - | | | | | | | |
| | | | | | | | | **551.84** |
| Account No. **5113947** | | | | Warranty | | | | |
| **Erica C Patton** **1701 Parkline Drive  #10** **Pittsburgh, PA 15227** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126009** | | | | Warranty | | | | |
| **Erica Cook** **5366 Keeport Dr Apt 18** **Pittsburgh, PA 15236** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**1435** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **551.84**

In re   **Great Lakes Warranty Corporation**                                           ,     Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132373** | | | | Warranty | | | | |
| **Erica Cotto** **430 North Oswego Street** **Allentown, PA 18109** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5064906** | | | | Warranty | | | | |
| **Erica Dazey** **312 45th Street SW** **Canton, OH 44706** | - | | | | | | | |
| | | | | | | | | 656.80 |
| Account No. **5126293** | | | | Warranty | | | | |
| **Erica Dougher** **942 Providence Road** **Scranton, PA 18508** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130167** | | | | Warranty | | | | |
| **Erica Hart** **2601 S. Pavilion Ctr Drive #2062** **Las Vegas, NV 89135** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113863** | | | | Warranty | | | | |
| **Erica L Coleman** **2112 Collingwood Ave** **Pittsburgh, PA 15218** | - | | | | | | | |
| | | | | | | | | 102.73 |

Sheet no. **1436** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

759.53

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5087871** | | | Warranty | | | | |
| **Erica L Hayden** **839 Highland Avenue Apt B** **Greensburg, PA 15601** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5113116 | | | Warranty | | | | |
| **Erica L Martin** **23 Ridgewood Dr** **McKean, PA 16426** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5112790 | | | Warranty | | | | |
| **Erica L Mencer** **109 East Street** **Bolivar, OH 44612** | - | | | | | | |
| | | | | | | | **124.00** |
| Account No. 5121729 | | | Warranty | | | | |
| **Erica L Troshak** **1420 Centre Ave** **Pittsburgh, PA 15219** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5094170 | | | Warranty | | | | |
| **Erica Pollard** **66 Sanhican Dr** **Trenton, NJ 08618** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **1437** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**124.00**

In re **Great Lakes Warranty Corporation**                                  Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122675** | | | | **Warranty** | | | | |
| **Erica R Benson** **513 S Walker St** **Columbia, SC 29205** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5100916** | | | | **Warranty** | | | | |
| **Erica R Demauri** **738 East 29th St** **Erie, PA 16504** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108067** | | | | **Warranty** | | | | |
| **Erica R Jones** **14152 Staley Road** **Anna, OH 45302** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103653** | | | | **Warranty** | | | | |
| **Erica R Robinson** **2135 Durant Lane** **Manning, SC 29102** | - | | | | | | | |
| | | | | | | | | **980.00** |
| Account No. **5106873** | | | | **Warranty** | | | | |
| **Erica R Youtsey** **706 Carnwise Street SE** **Canton, OH 44707** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1438** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **980.00**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5063877** | | | | | **Warranty** | | | | |
| **Erica Roseborough** **115 Sunnyslope Drive Apt 4** **Mansfield, OH 44907** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131310** | | | | | **Warranty** | | | | |
| **Erich Kielburger** **2601 Pickertown Road** **Warrington, PA 18976** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5128065** | | | | | **Warranty** | | | | |
| **Erick  Rieger** **32 Wilmot St** **East Brunswich, NJ 08816** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131037** | | | | | **Warranty** | | | | |
| **Erick Melendez** **97 Timberhill Drive #1** **Hamilton, PA 45013** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5109698** | | | | | **Warranty** | | | | |
| **Erick Melgar** **1804 Snughaven Court** **Las Vegas, NV 89108** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1439** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5125734 | | | | Warranty | | | | |
| Erick Taylor 80 Kachina Trail Flagstaff, AZ 86004 | - | | | | X | X | | 0.00 |
| Account No. 5114002 | | | | Warranty | | | | |
| Erick Willis 4584 Mission Meadow Circle Las Vegas, NV 89139 | - | | | | X | X | | 0.00 |
| Account No. 5129031 | | | | Warranty | | | | |
| Ericka Cobbs 38 A St Mays Apt A Charleston, SC 29403 | - | | | | X | X | | 0.00 |
| Account No. 5106570 | | | | Warranty | | | | |
| Ericka D Clendening 3834 Sam Boney Drive Nashville, TN 37211 | - | | | | | | | 606.90 |
| Account No. 5081966 | | | | Warranty | | | | |
| Ericka E Neiswonger 108 West Broad Street New Bethlehem, PA 16242 | - | | | | X | X | | 0.00 |

Sheet no. **1440** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

606.90

In re    **Great Lakes Warranty Corporation**                                          , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093792** | | | Warranty | | | | |
| **Ericka Porter** **12624 Wrightwood Court** **Upper Marlboro, MD 20772** | - | | | X | X | | 0.00 |
| Account No. **5131604** | | | Warranty | | | | |
| **Erickson Archie** **267 Robinson Street** **Rock Hill, SC 29730** | - | | | X | X | | 0.00 |
| Account No. **5115755** | | | Warranty | | | | |
| **Erik  Turner** **507 Oak Manor Avenue** **Massillon, OH 44646** | - | | | X | X | | 0.00 |
| Account No. **5110641** | | | Warranty | | | | |
| **Erik A Lewetag** **360 Cherry Valley Road** **Saxonburg, PA 16056** | - | | | X | X | | 0.00 |
| Account No. **5089423** | | | Warranty | | | | |
| **Erik A Venning** **1010 North East Horizon Loop  #1909** **Hillsboro, OR 97124** | - | | | X | X | | 0.00 |

Sheet no.**1441** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          0.00

In re   **Great Lakes Warranty Corporation**                                          ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103453** | | | | Warranty | | | | |
| **Erik Carroll** **18419 N 57th Drive** **Glendale, AZ 85308** | - | | | | | | | **377.00** |
| Account No. **5103861** | | | | Warranty | | | | |
| **Erik Christian** **2914 River Bend Lane** **Grand Junction, CO 84503** | - | | | | X | X | | **0.00** |
| Account No. **5097251** | | | | Warranty | | | | |
| **Erik Draaijer** **15969 Punta Espada Loop** **Corpus Christi, TX 78418** | - | | | | X | X | | **0.00** |
| Account No. **5096346** | | | | Warranty | | | | |
| **Erik Emsing** **17132 Amity Drive** **Derwood, MD 20855** | - | | | | X | X | | **0.00** |
| Account No. **5129503** | | | | Warranty | | | | |
| **Erik Heiney Sr** **233 North 10th St** **Allentown, PA 17102** | - | | | | X | X | | **0.00** |

Sheet no. **1442** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**377.00**

In re **Great Lakes Warranty Corporation**                                    , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5107583** | | | Warranty | | | | |
| **Erik John Loesch**<br>**1679 Lauda Drive**<br>**Mount Pleasant, SC 29464** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5102754** | | | Warranty | | | | |
| **Erik Johnson**<br>**19635 N Cave Creek Road  #3**<br>**Phoenix, AZ 85024** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5091430** | | | Warranty | | | | |
| **Erik Jones**<br>**2371 Groveland Street**<br>**Pittsburgh, PA 15234** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5118747** | | | Warranty | | | | |
| **Erik Larson**<br>**136 Marion Ave**<br>**Wynantskill, NY 44077** | - | | | | | | |
| | | | | | | | **229.40** |
| Account No. **5102605** | | | Warranty | | | | |
| **Erik Schneider**<br>**1652 N 132nd Avenue**<br>**Goodyear, AZ 85338** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **1443** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**229.40**

In re __Great Lakes Warranty Corporation_____,     Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5087705** | | | Warranty | | | | |
| **Erik Sievers**<br>**1810 Quinn Road**<br>**Collierville, TN 38017** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127990** | | | Warranty | | | | |
| **Erik Wells**<br>**100 Pinecrest Ave**<br>**Dallas, PA 18612** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5112672** | | | Warranty | | | | |
| **Erika A Campbell**<br>**212 Jennifer Lane**<br>**Ephrata, PA 17522** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131869** | | | Warranty | | | | |
| **Erika Bucci**<br>**511 Walnut Street**<br>**Conneaut, OH 44030** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115968** | | | Warranty | | | | |
| **Erika K Steiskal**<br>**4910 Burkwood Circle**<br>**Sylvania, OH 43560** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1444** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                                    ,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5110809 | | | | Warranty | | | | |
| Erika L Braun 626 N Front Street Wormleysburg, PA 17043 | - | | | | X | X | | 0.00 |
| Account No. 5115691 | | | | Warranty | | | | |
| Erika L Yeager 1445 Madison Avenue Toronto, OH 43964 | - | | | | X | X | | 0.00 |
| Account No. 5107243 | | | | Warranty | | | | |
| Erika Poma 2052 Heritage Ct. Asheboro, NC 27203 | - | | | | X | X | | 0.00 |
| Account No. 5131992 | | | | Warranty | | | | |
| Erin  Mercier 822 Buffalo Street Franklin, PA 16323 | - | | | | X | X | | 0.00 |
| Account No. 5132490 | | | | Warranty | | | | |
| Erin B Swingle Carney 2735 East Ridgewood Ct Zanesville, OH 43701 | - | | | | X | X | | 0.00 |

Sheet no.**1445** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re　**Great Lakes Warranty Corporation**　　　　　　　　　,　　Case No. _____

　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131084** | | | | Warranty | | | | |
| **Erin Bauder** **3196 Bean Oller** **Delaware, OH 43015** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095876** | | | | Warranty | | | | |
| **Erin C Doherty** **21 Bard Road** **Shippensburg, PA 17257** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117090** | | | | Warranty | | | | |
| **Erin D Reeder** **732 Cherry Street** **Galion, OH 44833** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119617** | | | | Warranty | | | | |
| **Erin E Connelly** **131 Howard St** **Millvale, pa 15209** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094410** | | | | Warranty | | | | |
| **Erin F Yabu** **16825 N Fourteenth Street  #105** **Phoenix, AZ 85022** | - | | | | | | | |
| | | | | | | | | 272.06 |

Sheet no.**1446** of **4906** sheets attached to Schedule of　　　　　　Subtotal
Creditors Holding Unsecured Nonpriority Claims　　　　　(Total of this page)　　　272.06

In re  **Great Lakes Warranty Corporation**                                    ,  Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095673** <br><br> **Erin K Pressler** <br> **4522 Brunnerdale Avenue  NW** <br> **Canton, OH 44718** | - | | | **Warranty** | | | | 157.00 |
| Account No. **5126683** <br><br> **Erin Kiney** <br> **4810 Abbay Drive** <br> **Nashville, TN 37211** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5126602** <br><br> **Erin Lewis** <br> **8985 Storey Road** <br> **Northeast, PA 16428** | - | | | **Warranty** | | | | 780.00 |
| Account No. **5128164** <br><br> **Erin Lozowski** <br> **5435 Station Road** <br> **Erie, PA 16510** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5117277** <br><br> **Erin M Devine** <br> **1236 Winterton Street** <br> **Pittsburgh, PA 15206** | - | | | **Warranty** | X | X | | 0.00 |

Sheet no. **1447**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    937.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125174** <br><br> **Erin Mary Joynt** <br>**1148 Emma Lane** <br>**Warminster, PA 18974** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5080483** <br><br> **Erin Nicole Graff** <br>**42176 W Chisolm Drive** <br>**Maricopa, AZ 85239** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5125370** <br><br> **Erin Nicole Lochner** <br>**4960 Gittings Drive** <br>**Gibsonia, PA 15044** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5044458** <br><br> **Erin Prenger** <br>**5332 E. Exeter Blvd.** <br>**Phoenix, AZ 85018** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5079546** <br><br> **Erin Riffle** <br>**1330 Piper Court** <br>**Canton, OH 44703** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **1448** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5105788** | | | | | **Warranty** | | | | |
| **Erin Roskos** **1327 Spangler Road** **Canton, OH 44714** | | - | | | | | | | |
| | | | | | | | | | **1,397.50** |
| Account No. **5100107** | | | | | **Warranty** | | | | |
| **Erin Sawchik** **27478 Bassett Road** **Westlake, OH 44145** | | - | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5131893** | | | | | **Warranty** | | | | |
| **Erin Showman** **5 Penn Street Apt 2** **Mt Pleasant, PA 15666** | | - | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5111871** | | | | | **Warranty** | | | | |
| **Erin Troutman** **3559 Ridgeway Avenue** **Reading, PA 19605** | | - | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5128314** | | | | | **Warranty** | | | | |
| **Erkin B Karimi** **10 Creekwood Square** **Cincinnati, OH 45246** | | - | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **1449** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — **1,397.50**

In re __Great Lakes Warranty Corporation__ ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5110916 | | | Warranty | | | | |
| Erlene Wade Fuqua 1641 Converse Street Lancaster, SC 29720 | - | | | X | X | | 0.00 |
| Account No. 5121431 | | | Warranty | | | | |
| Erline Taylor 1600 e Mai St Lot 14 Brownsviile, TN 38012 | - | | | X | X | | 0.00 |
| Account No. 5126206 | | | Warranty | | | | |
| Erma Frew 825 Netherwood NW Canton, OH 44708 | - | | | X | X | | 0.00 |
| Account No. 5095177 | | | Warranty | | | | |
| Erna Kracher Box 137 Inglis, MB R0J0X0 CANADA | - | | | X | X | | 0.00 |
| Account No. 5108551 | | | Warranty | | | | |
| Erna L Carpenter 12880 Veronica Lane North Huntingdon, PA 15642 | - | | | X | X | | 0.00 |

Sheet no. __1450__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                  ,    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100818** <br><br> **Ernane Batista Del Media** <br> **6451 Oxford Avenue** <br> **Philadelphia, PA 19111** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5128446** <br><br> **Ernest Bell Sr** <br> **120 S State St Apt 913** <br> **Elgin, IL 60120** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5076505** <br><br> **Ernest D Bennett III** <br> **909 Yearling Way** <br> **Nashville, TN 37221** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5069913** <br><br> **Ernest Dimuccio** <br> **615 Brekenridge Way** <br> **Beavercreek, OH 45430** | - | | **Warranty** | | | | **291.00** |
| Account No. **5130561** <br><br> **Ernest Haggy** <br> **36967 Rocksprings Road** <br> **Pomeroy, OH 45769** | - | | **Warranty** | | | | **183.00** |

Sheet no. **1451** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**474.00**

In re   **Great Lakes Warranty Corporation**                                            ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5107249** | | | | Warranty | | | | |
| **Ernest K Rice Jr** **4144 Meadowsweet Drive** **Riverside, OH 45424** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108415** | | | | Warranty | | | | |
| **Ernest L Bonds** **1490 Bridgewater Road** **Cordova, TN 38018** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113948** | | | | Warranty | | | | |
| **Ernest L Dorsett Sr** **2123 Elsie Street** **Pittsburgh, PA 15210** | | - | | | | | | |
| | | | | | | | | **89.38** |
| Account No. **5049354** | | | | Warranty | | | | |
| **Ernest Nellos** **3431 Dakota Lane** **Aburquerque, NM 87110** | | - | | | | | | |
| | | | | | | | | **118.13** |
| Account No. **5088285** | | | | Warranty | | | | |
| **Ernest S Check** **409 Back Street** **Dunbar, PA 15431** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1452** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**207.51**

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5117765 | | | | Warranty | | | | |
| Ernest W Kuhley 106 Harvey Struthers, OH 44471 | - | | | | | | | |
| | | | | | | | | 165.46 |
| Account No. 5071988 | | | | Warranty | | | | |
| Ernestina Reyes 8825 West Mercer Lane Peoria, AZ 85345 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118404 | | | | Warranty | | | | |
| Ernestine K Brown 1591 Crucible St Pitsburgh, PA 15205 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122702 | | | | Warranty | | | | |
| Ernestine P Kitchin 2603 Yale Ave Memphis, TN 38112 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130066 | | | | Warranty | | | | |
| Ernestine Tucker 232 Tilting Rock Dr Hopkins, SC 29061 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1453** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

165.46

In re **Great Lakes Warranty Corporation**                                      Case No. _____

                                                                    ,

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129329 | | | | Warranty | | | | |
| Ernestine Young 1307 Taylor Avenue New Kensington, PA 15068 | | - | | | | | | 72.40 |
| Account No. 5124019 | | | | Warranty | | | | |
| Ernestine Young Reed 4416 Rangeline Memphis, TN 38127 | | - | | | X | X | | 0.00 |
| Account No. 5131070 | | | | Warranty | | | | |
| Ernesto Arias 4623 Sahwnee Street North Charleston, SC 29405 | | - | | | X | X | | 0.00 |
| Account No. 5087532 | | | | Warranty | | | | |
| Ernie H Stone III 301 South Street Sedalia, OH 43151 | | - | | | X | X | | 0.00 |
| Account No. 5103959 | | | | Warranty | | | | |
| Eros Riston 355 Crescent Boulevard Los Angeles, CA 90048 | | - | | | X | X | | 0.00 |

Sheet no. **1454** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **72.40**

In re   **Great Lakes Warranty Corporation**                                      ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127512** | | | | Warranty | | | | |
| **Errick Bethel** **204 Hopecreek Drive** **Irmo, SC 29063** | - | | | | | | | **1,387.50** |
| Account No. **5128083** | | | | Warranty | | | | |
| **Errick D Freeman** **3603 Ellis Ave NE** **Canton, OH 44705** | - | | | | X | X | | **0.00** |
| Account No. **5071827** | | | | Warranty | | | | |
| **Errol Johnson** **4222 Quail Run Parkway** **Danville, CA 94506** | - | | | | X | X | | **0.00** |
| Account No. **5087038** | | | | Warranty | | | | |
| **Erskine Thompson** **458 Harshberger Road** **Johnstown, PA 15905** | - | | | | X | X | | **0.00** |
| Account No. **5106292** | | | | Warranty | | | | |
| **Erston  Senger** **9501 N 53rd Place** **Paradise Valley, AZ 85253** | - | | | | X | X | | **0.00** |

Sheet no.**1455** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **1,387.50**

In re    **Great Lakes Warranty Corporation**
_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123342** | | | | **Warranty** | | | | |
| **Ertan Kanalp** **224 Sample St** **Pittsburgh, PA 15209** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5085963** | | | | **Warranty** | | | | |
| **Ervette D Bonnett** **28 S Madison Street** **Allentown, PA 18102** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125154** | | | | **Warranty** | | | | |
| **Ervin L Okeley** **314 Armstrong St** **Celina, OH 45822** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121851** | | | | **Warranty** | | | | |
| **Ervin Yarrell** **7 Copperwood Court** **Columbia, SC 26331** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125202** | | | | **Warranty** | | | | |
| **Erwin Query Jr.** **414 Creek Denwart** **Mount Pleasant, SC 29464** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1456** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131120** | | | Warranty | | | | | |
| **Esau Villa Gonzalez** **4630 Koval Lane #59C** **Las Vegas, NV 89109** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122656** | | | Warranty | | | | | |
| **Ese Duke** **620 Clydesdale Dr** **York, PA 17402** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129172** | | | Warranty | | | | | |
| **Essence Hambrick** **303 Rosyln Avenue** **Canton, OH 44708** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127770** | | | Warranty | | | | | |
| **Essie Mae White** **372 Dreger** **Memphis, TN 38109** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131001** | | | Warranty | | | | | |
| **Esteban Mason Rahine Lewis** **12510 Lava Court** **Haterstown, MD 21740** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1457** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 5129282 | | | | | Warranty | | | | |
| Esteban Vidal IV 1633 Chadwick Circle Lancaster, PA 17603 | - | | | | | X | X | | 0.00 |
| Account No. 5112288 | | | | | Warranty | | | | |
| Estee Copeland 326 Greenvale Rd South Euclid, OH 44121 | - | | | | | X | X | | 0.00 |
| Account No. 5105705 | | | | | Warranty | | | | |
| Estelle Stokes 1114 Thirteenth Street SE Massillon, OH 44646 | - | | | | | X | X | | 0.00 |
| Account No. 5105493 | | | | | Warranty | | | | |
| Esther D Jackson 109 Woodfern Circle Belton, SC 29627 | - | | | | | X | X | | 0.00 |
| Account No. 5128100 | | | | | Warranty | | | | |
| Esther Davidson 18842 North 73rd Drive Glendale, AZ 85308 | - | | | | | X | X | | 0.00 |

Sheet no. **1458** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**      ,   Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124372** | | | **Warranty** | | | | |
| **Esther J Rentas**<br>**231 Rabbit Lane**<br>**Reading, PA 19601** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115102** | | | **Warranty** | | | | |
| **Esther L Gillespie**<br>**901 State Route 46 S**<br>**South Jefferson, OH 44047** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088557** | | | **Warranty** | | | | |
| **Esther M Anderson**<br>**1632 State Route 711**<br>**Stahlstown, PA 15687** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126738** | | | **Warranty** | | | | |
| **Esther Madara**<br>**2535 Kutztown Road**<br>**Pennsburg, PA 18073** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129891** | | | **Warranty** | | | | |
| **Esther R Miller**<br>**863 Massillon Rd  Lot 39**<br>**Millersburg, OH 44654** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**1459** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5105496** | | | | | Warranty | | | | |
| **Esther Titus** **21 E Honda Bow Road** **Anthem, AZ 85086** | - | | | | | X | X | | 0.00 |
| Account No. **5125400** | | | | | Warranty | | | | |
| **Ethan Jenkins** **411 Hazelwood Drive** **Smyrna, TN 37167** | - | | | | | X | X | | 0.00 |
| Account No. **5127346** | | | | | Warranty | | | | |
| **Ethel Dillard** **15778 Lamphere Street** **Detriot, MI 48223** | - | | | | | X | X | | 0.00 |
| Account No. **5084494** | | | | | Warranty | | | | |
| **Ethel E Waters** **1924 Green Street  Apt 2** **Philadelphia, Pa 19130** | - | | | | | | | | 504.00 |
| Account No. **5099734** | | | | | Warranty | | | | |
| **Ethel F Weeks** **106 Eleventh Street NE** **Massillon, OH 44646** | - | | | | | X | X | | 0.00 |

Sheet no.**1460** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

504.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5090935 | | | Warranty | | | | |
| Ethel Ruth Wright 2519 Longleaf Drive Charlotte, NC 28210 | - | | | X | X | | 0.00 |
| Account No. 5088638 | | | Warranty | | | | |
| Ether L Santiago 4342 Glendale Street Philadelphia, Pa 19124 | - | | | X | X | | 0.00 |
| Account No. 5128733 | | | Warranty | | | | |
| Etta Carpenter 20262 Sand Rock Road Stewart, OH 45778 | - | | | X | X | | 0.00 |
| Account No. 5102889 | | | Warranty | | | | |
| Etta Goodwin 511 George Lane Newberry, SC 29108 | - | | | X | X | | 0.00 |
| Account No. 5104564 | | | Warranty | | | | |
| Etta Porter Sanders 7461 Church Hill Road Hollywood, SC 29449 | - | | | X | X | | 0.00 |

Sheet no. **1461** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5111850 | | | | Warranty | | | | |
| Eugene Ballestero 400 Craig Ave Staen Island, NY 10307 | - | | | | | | | |
| | | | | | | | | 1,156.66 |
| Account No. 5068829 | | | | Warranty | | | | |
| Eugene Rees 301 East Main St Carnegie, PA 15106 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122980 | | | | Warranty | | | | |
| Eugene A Rutter 625 Mill St Apt 2F New Lexington, OH 43764 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5076288 | | | | Warranty | | | | |
| Eugene Beaird 721 Work Drive Nashville, TN 37207 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5094330 | | | | Warranty | | | | |
| Eugene Brooks 1254 Colony Church Road Newberry, SC 29108 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1462** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,156.66**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5064646** | | | Warranty | | | | |
| **Eugene Collier** **1915 Springwood Drive** **Piqua, OH 45356** | - | | | X | X | | 0.00 |
| Account No. **5132164** | | | Warranty | | | | |
| **Eugene Cunard** **32 Stanley Street** **Hanover Twp, PA 18706** | - | | | X | X | | 0.00 |
| Account No. **5058619** | | | Warranty | | | | |
| **Eugene Cupp** **5844 Longview St SW** **Massillon, oH 44646** | - | | | X | X | | 0.00 |
| Account No. **5132563** | | | Warranty | | | | |
| **Eugene D Raugust** **6228 Lauren Ashton Avenue** **Las Vegas, NV 89131** | - | | | X | X | | 0.00 |
| Account No. **5116354** | | | Warranty | | | | |
| **Eugene D Smith** **3 Keeler Avenue** **Stevens, PA 17578** | - | | | X | X | | 0.00 |

Sheet no. **1463** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129302 | | | | Warranty | | | | |
| Eugene Dade 37 Bannockburn Blvd Blacklick, OH 43004 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124531 | | | | Warranty | | | | |
| Eugene Demers II 1900 Idlewild Drive Reno, NV 89509 | - | | | | | | | |
| | | | | | | | | 938.50 |
| Account No. 5131225 | | | | Warranty | | | | |
| Eugene Drury 6020 A Fairfield Road Fairfield, PA 17320 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5088807 | | | | Warranty | | | | |
| Eugene Eldredge 2950 Dean Parkway 202 Minneapolis, MN 55416 | - | | | | | | | |
| | | | | | | | | 264.00 |
| Account No. 5127814 | | | | Warranty | | | | |
| Eugene F Mason 498 Rt 50 Woodbine, NJ 08270 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1464** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,202.50

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5091626 | | | | Warranty | | | | |
| Eugene F Miller III 3227 Rhett Road Philadelphia, PA 19154 | - | | | | X | X | | 0.00 |
| Account No. 5126188 | | | | Warranty | | | | |
| Eugene Filiaggi 3322 Cramlington Drive Gibsonia, PA 15044 | - | | | | X | X | | 0.00 |
| Account No. 5117672 | | | | Warranty | | | | |
| Eugene G Schenk 1615 Walnut Street Ashland, PA 17921 | - | | | | X | X | | 0.00 |
| Account No. 5131939 | | | | Warranty | | | | |
| Eugene George 47 Nesco Manor Road Drums, PA 18222 | - | | | | X | X | | 0.00 |
| Account No. 5128393 | | | | Warranty | | | | |
| Eugene H Lopes 114 Old Route 217 Derry, PA 15627 | - | | | | X | X | | 0.00 |

Sheet no. **1465** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re   **Great Lakes Warranty Corporation**                                    ,      Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5079682 | | | | | Warranty | | | | |
| Eugene Majni 349 North Erie Beach Marblehead, OH 43440 | - | | | | | X | X | | 0.00 |
| Account No. 5085214 | | | | | Warranty | | | | |
| Eugene Niemeyer 16011 Challenger Drive Crosby, TX 77532 | - | | | | | X | X | | 0.00 |
| Account No. 5087849 | | | | | Warranty | | | | |
| Eugene P Coppney 135 Saxons Ferry Drive Lexington, SC 89072 | - | | | | | X | X | | 0.00 |
| Account No. 5091687 | | | | | Warranty | | | | |
| Eugene P Hart IV 3356 Venson Memphis, TN 38134 | - | | | | | X | X | | 0.00 |
| Account No. 5132202 | | | | | Warranty | | | | |
| Eugene Reynolds 1104 Linden Street #2 Allentown, PA 18102 | - | | | | | X | X | | 0.00 |

Sheet no. **1466** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re  **Great Lakes Warranty Corporation**

Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5095494** | | | | | Warranty | | | | |
| **Eugene S Horning**<br>**544 Five Pointville Road**<br>**Denver, PA 17517** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5126224 | | | | | Warranty | | | | |
| **Eugene Smith**<br>**7394 ST RT 97 Lot 75**<br>**Mansfield, OH 44903** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5128086 | | | | | Warranty | | | | |
| **Eugene Yannayon**<br>**4706 Pleasant Hill Rd NW**<br>**Canton, OH 44708** | - | | | | | | | | |
| | | | | | | | | | 606.00 |
| Account No. 5129385 | | | | | Warranty | | | | |
| **Eugeneia Aikens**<br>**6936 Casale Blvd PO Box 7**<br>**Mizpah, NJ 08342** | - | | | | | | | | |
| | | | | | | | | | 61.50 |
| Account No. 5071709 | | | | | Warranty | | | | |
| **Eugenia P Shealy**<br>**301 Breton Dr**<br>**Greer, SC 29650** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1467** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

667.50

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103133** | | | | **Warranty** | | | | |
| **Eugenia Reeves 2 Kilmarnok Way Charleston, SC 29414** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130767** | | | | **Warranty** | | | | |
| **Eunice Gray 2600 Welsh Road Apt 21 Philadelphia, PA 19152** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110975** | | | | **Warranty** | | | | |
| **Eunice J Parrish 7018 Ticonderoga Downers Grove, IL 60516** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093012** | | | | **Warranty** | | | | |
| **Eunice Shorter 5023 Penwood Cove Memphis, TN 38118** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5053962** | | | | **Warranty** | | | | |
| **Eunmi Kiyota 4422 E Zenth Cave Creek, AZ 85331** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1468** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation** , Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125663** | | | | Warranty | | | | |
| **Euridices Jeffries**<br>**47 N. Waverly Street**<br>**Columbus, OH 43213** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5066110** | | | | Warranty | | | | |
| **Eva Cook**<br>**1409 East Bloch Road**<br>**Phoenix, AZ 85040** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124272** | | | | Warranty | | | | |
| **Eva Davis**<br>**38 Aldene Avenue**<br>**Goose Creek, SC 29445** | - | | | | | | | |
| | | | | | | | | **3,205.00** |
| Account No. **5106882** | | | | Warranty | | | | |
| **Eva Emans**<br>**227 N Brandon Avenue**<br>**Celina, OH 45822** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125055** | | | | Warranty | | | | |
| **Eva Marlene Boudreaux**<br>**207 John Kinard Cir**<br>**Chapin, SC 29036** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**1469** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,205.00**

In re **Great Lakes Warranty Corporation**        ,      Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5101144** | | | | Warranty | | | | |
| **Evan Williams 8614 Harrison Bay Road Harrison, TN 37341** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102945** | | | | Warranty | | | | |
| **Evan C Blackman 8716 Overcup Oaks Drive Cordova, TN 38018** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101187** | | | | Warranty | | | | |
| **Evan Ediger 2821 NW 173rd Edmond, OK 73012** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5088762** | | | | Warranty | | | | |
| **Evan Eichelberger 2241 Derrill Avenue Newberry, SC 29108** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102674** | | | | Warranty | | | | |
| **Evan J Reber 101D Community Drive Shillington, PA 19607** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1470** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal                        **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation**           Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5117465 | | | Warranty | | | | |
| Evan Johnston 1824 East High Street Apt B Springfield, OH 45505 | - | | | X | X | | 0.00 |
| Account No. 5093269 | | | Warranty | | | | |
| Evan M Needs 49331 McKenzie Ridge Road Racine, OH 45771 | - | | | X | X | | 0.00 |
| Account No. 5108561 | | | Warranty | | | | |
| Evan McCutchen 1700 W Clinch Ave Unit 217 Knoxville, TN 37916 | - | | | | | | 530.31 |
| Account No. 5126928 | | | Warranty | | | | |
| Evan Pangiliran 16013 N 58th Street Scottsdale, AZ 85254 | - | | | X | X | | 0.00 |
| Account No. 5084971 | | | Warranty | | | | |
| Evan R Callahan 4081 Hill St South Park, PA 15129 | - | | | X | X | | 0.00 |

Sheet no. **1471** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **530.31**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131961** | | | Warranty | | | | |
| **Evan Reber** **2422 Grandview Ave** **Reading, PA 19606** | - | | | X | X | | 0.00 |
| Account No. **5107420** | | | Warranty | | | | |
| **Evan T Renninger** **157 Ridge Rd** **Fallentimber, PA 16639** | - | | | X | X | | 0.00 |
| Account No. **5086361** | | | Warranty | | | | |
| **Evanna K DeFonteny** **11000 Proctor Road** **Philadelphia, PA 19116** | - | | | X | X | | 0.00 |
| Account No. **5085055** | | | Warranty | | | | |
| **Evans Valme** **125 Florence Street** **Brockton, MA 02301** | - | | | X | X | | 0.00 |
| Account No. **5128407** | | | Warranty | | | | |
| **Eve M Thompson** **201 Webster Ave  Apt F15** **Woodbine, NJ 08270** | - | | | X | X | | 0.00 |

Sheet no. **1472** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130686** | | | Warranty | | | | |
| **Evelyn  Watson 36 W Main St Jacksonville, OH 45740** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127963** | | | Warranty | | | | |
| **Evelyn Almodovar 2043 S Fountain Street #5 Allentown, PA 18103** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5068992** | | | Warranty | | | | |
| **Evelyn Cale 15926 E. Genoa Way Fountain Hills, AZ 85268** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5079105** | | | Warranty | | | | |
| **Evelyn Fisher 1614 Penns Crossing Allentown, PA 18104** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130280** | | | Warranty | | | | |
| **Evelyn Harris 5303 East Twain 59 Las Vegas, NV 89122** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1473** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                           Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5107017** | | | | **Warranty** | | | | |
| **Evelyn K Bennett** **4240 Delmont Road** **Lancaster, OH 43130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092994** | | | | **Warranty** | | | | |
| **Evelyn L Kanoski** **365 County Road 10** **Dillonvale, OH 43917** | - | | | | | | | |
| | | | | | | | | 531.55 |
| Account No. **5131249** | | | | **Warranty** | | | | |
| **Evelyn Ludington** **250 Loop Road** **Lewistown, PA 17044** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086607** | | | | **Warranty** | | | | |
| **Evelyn M Camp** **3205 Dresden Road** **Zanesville, OH 43701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098129** | | | | **Warranty** | | | | |
| **Evelyn M Cook** **2324 Jenkintown Road** **Glenside, PA 19038** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1474** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           531.55

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                                    ,
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5108955 | | | | | Warranty | | | | |
| Evelyn M Martin 1394 Hammon Avenue Ephrata, PA 17522 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5113862 | | | | | Warranty | | | | |
| Evelyn M Moulton 1132 Sheffield St Pittsburgh, PA 15233 | - | | | | | | | | |
| | | | | | | | | | 3,375.00 |
| Account No. 5124931 | | | | | Warranty | | | | |
| Evelyn Montes De Oca 4841 W. Wrightwood Avenue Chicago, IL 60639 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5132669 | | | | | Warranty | | | | |
| Evelyn Rodriguez 3916 Proclamation Place Las Vegas, NV 89110 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5131257 | | | | | Warranty | | | | |
| Evelyn Scott 1726 Morris Avenue Villas, NJ 08251 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1475** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    3,375.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5088115** | | | Warranty | | | | |
| **Evelyn Shular Dana** **4418C Grannywhite Park** **Nashville, TN 37204** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123753** | | | Warranty | | | | |
| **Everett A Tracy** **118 East Lincoln St** **New Lexington, OH 43764** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5116097** | | | Warranty | | | | |
| **Everett Adkins** **PO Box 542** **Gadsden, AZ 85336** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130138** | | | Warranty | | | | |
| **Everett Corson** **PO Box 50 53 Moores Beach Road** **Delmont, NJ 08314** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088311** | | | Warranty | | | | |
| **Everett Weston** **4102 Sturgis Heights  Apt 209** **Fort Leonard Wood, MO 65473** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1476** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5091151** | | | | Warranty | | | | |
| **Everette H Taylor Sr** **5148 Croft Crossing Drive** **Richmond, VA 23237** | | - | | | | | | 928.93 |
| Account No. **5109964** | | | | Warranty | | | | |
| **Evert Briggs III** **1230 Oak Avenue NW** **Canton, OH 44708** | | - | | | X | X | | 0.00 |
| Account No. **5128285** | | | | Warranty | | | | |
| **Evert Simpson** **437 Southlake Rd** **Columbia, SC 29253** | | - | | | X | X | | 0.00 |
| Account No. **5130359** | | | | Warranty | | | | |
| **Evon Robinson** **1008 Bodison Memorial Drive** **Roundo, SC 29474** | | - | | | X | X | | 0.00 |
| Account No. **5096873** | | | | Warranty | | | | |
| **Evyn Mustoe** **411 32nd Avenue South** **Nashville, TN 37212** | | - | | | X | X | | 0.00 |

Sheet no. **1477** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

928.93

In re  **Great Lakes Warranty Corporation**                                           ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5098289** | | | | **Warranty** | | | | |
| **Ewana Lavette Skinner** **34 Care Lane** **Greer, SC 29651** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089748** | | | | **Warranty** | | | | |
| **EWMS Leasing** **441 Prospect Street** **Pawtucket, RI 02860** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. | | | | **Trade** | | | | |
| **Experian** **949 West Bond Street** **Lincoln, NE 68521** | - | | | | | | | |
| | | | | | | | | **198.00** |
| Account No. **5051174** | | | | **Warranty** | | | | |
| **Eyvonne K Crowder** **1402 Wautaga St** **Kingsport, TN 37664** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5095095** | | | | **Warranty** | | | | |
| **Ezekell Jamison** **13808 Lakeshore Drive** **Bratenahl, OH 44110** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1478** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**198.00**

In re    **Great Lakes Warranty Corporation**                                          ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5129467** | | | | | **Warranty** | | | | |
| **Ezekiel Washington** **2418 Church Street** **Denmark, SC 29042** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5110736** | | | | | **Warranty** | | | | |
| **Ezequiel Hernandez** **6 McCulloch Avenue Ext** **Ravena, NY 12143** | - | | | | | | | | |
| | | | | | | | | | **511.20** |
| Account No. **5101048** | | | | | **Warranty** | | | | |
| **F J  Bernhard III** **270 Carrie Lane** **Harleysville, PA 19438** | - | | | | | | | | |
| | | | | | | | | | **141.98** |
| Account No. **5120640** | | | | | **Warranty** | | | | |
| **F Robertson Hancock** **413 Fairfax Ave** **Nashville, TN 03712** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5086691** | | | | | **Warranty** | | | | |
| **Fabian Delgado** **505 N Rock Road  Apt 1002** **Wichita, KS 67206** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**1479**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**653.18**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5126507** | | | | | **Warranty** | | | | |
| **Fabiola Contreras 122 West 30th Street Wichita, KS 67217** | - | | | | | | | | 942.50 |
| Account No. **5102396** | | | | | **Warranty** | | | | |
| **Fadil Dajti 7151 Cottage Street Philadelphia, PA 19135** | - | | | | | | | | 676.00 |
| Account No. **5112186** | | | | | **Warranty** | | | | |
| **Fadilj Dzambazi 208 Peters Avenue East Meadow, NY 11554** | - | | | | | X | X | | 0.00 |
| Account No. **5108869** | | | | | **Warranty** | | | | |
| **Fadra Kamel 4129 E Indian School Road #221 Phoenix, AZ 85018** | - | | | | | X | X | | 0.00 |
| Account No. **5112918** | | | | | **Warranty** | | | | |
| **Fady Diab 4312 Hyde Park Apt 1 North Olmstead, OH 44070** | - | | | | | X | X | | 0.00 |

Sheet no. **1480** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,618.50

In re   **Great Lakes Warranty Corporation**            ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5073921** | | | | **Warranty** | | | | |
| **Faetina Boggs**<br>**9042 Fulton Lane**<br>**Cordova, TN 38016** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107043** | | | | **Warranty** | | | | |
| **Faisel A Haruna**<br>**646 Seventh Street**<br>**Niagara Falls, NY 14301** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106666** | | | | **Warranty** | | | | |
| **Faith  Sharif**<br>**166 Knight Bridge Drive E**<br>**Pickerington, OH 43147** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121396** | | | | **Warranty** | | | | |
| **Faith  Shingledecker**<br>**3783 SR 18 E**<br>**Marion, IN 46952** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097871** | | | | **Warranty** | | | | |
| **Faith A Wentz**<br>**15700 Murray Road**<br>**Union City, PA 16438** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1481**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

In re   **Great Lakes Warranty Corporation**          ,    Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5059989** | | | | Warranty | | | | |
| **Faith Nicholson** **702 Sherwwood Cir** **Connellsville, PA 15425** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104269** | | | | Warranty | | | | |
| **Faith Weinert** **115 W Elm Street** **St Paris, OH 43072** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122105** | | | | Warranty | | | | |
| **Falcon Ventures Inc** **2551 38th Ave NE  Unit 135** **Minneapolis, MN 55421** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107771** | | | | Warranty | | | | |
| **Faouzi Allouch** **1816 Sable Place  #2** **Memphis, TN 38134** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5097751** | | | | Warranty | | | | |
| **Farah Wamshar** **494 Oysterdale Road** **Oley, PA 19547** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1482** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation**                                Case No. _____
_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5094657** | | | | | **Warranty** | | | | |
| **Farborzamir Alikhani**<br>**157 Brickyard Road**<br>**Mars, PA 16046** | - | | | | | X | X | | 0.00 |
| Account No. **5065083** | | | | | **Warranty** | | | | |
| **Farhat Unnisa**<br>**916 Mann Court**<br>**Folsom, CA 95630** | - | | | | | X | X | | 0.00 |
| Account No. **5126525** | | | | | **Warranty** | | | | |
| **Faris Carpet Inc.**<br>**7495 National Pike**<br>**Uniontown, PA 15401** | - | | | | | X | X | | 0.00 |
| Account No. **5115752** | | | | | **Warranty** | | | | |
| **Farrah  Agnone**<br>**5917 Clover Meadows Ave**<br>**Scotts, MI 49088** | - | | | | | X | X | | 0.00 |
| Account No. **5124808** | | | | | **Warranty** | | | | |
| **Farrah J Grinion Adams**<br>**2727 Maple Ave**<br>**Vineland, NJ 08361** | - | | | | | X | X | | 0.00 |

Sheet no.**1483** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123578** | | | | **Warranty** | | | | |
| **Fate E Harris**<br>**340 Norman Way**<br>**Erie, PA 16508** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131745** | | | | **Warranty** | | | | |
| **Fatimah Jones**<br>**5929 Nassau Rd**<br>**Philadelphia, PA 19151** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101755** | | | | **Warranty** | | | | |
| **Fatmata Sumah**<br>**9738 Basket Ring Road**<br>**Columbia, MD 21045** | - | | | | | | | |
| | | | | | | | | **1,622.90** |
| Account No. **5111685** | | | | **Warranty** | | | | |
| **Fatmir Rushawi**<br>**6531 W Brookhart Way**<br>**Phoenix, AZ 85083** | - | | | | | | | |
| | | | | | | | | **2,229.58** |
| Account No. **5120089** | | | | **Warranty** | | | | |
| **Fawzi Sabieh**<br>**15608 Howe Rd**<br>**Strongsville, OH 44136** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1484** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal<br>        (Total of this page)     **3,852.48**

In re **Great Lakes Warranty Corporation**                                   Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5130505** | | | | Warranty | | | | |
| **Fay Buchanan** **5417 S Nopone Valley Rd** **Decatur, TN 37322** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101765** | | | | Warranty | | | | |
| **Faye Grund** **1430 Ledgewood Crt.** **Mansfield, OH 44906** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. | | | | Trade | | | | |
| **Fed-Ex** **P.O. Box 371461** **Pittsburgh, PA 15250-7461** | - | | | | | | | |
| | | | | | | | | **312.14** |
| Account No. **5124179** | | | | Warranty | | | | |
| **Felder Shanae** **347 New Hechman** **Jersey City, NJ 07305** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106794** | | | | Warranty | | | | |
| **Felicia A Jackson** **10611 Onslow Street** **Houston, TX 77016** | - | | | | | | | |
| | | | | | | | | **215.76** |

Sheet no. **1485** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **527.90**

In re **Great Lakes Warranty Corporation**                                    ,                    Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128499** | | | Warranty | | | | |
| **Felicia Bitto** **HC 3 Box 3704** **Albrightville, PA 18210** | - | | | | | | **968.00** |
| Account No. **5126252** | | | Warranty | | | | |
| **Felicia Bright** **2024 Stoney Battery Road** **Newberry, SC 29108** | - | | | X | X | | **0.00** |
| Account No. **5094519** | | | Warranty | | | | |
| **Felicia Dotson** **3663 Highway 49 East** **Charlotte, TN 37036** | - | | | X | X | | **0.00** |
| Account No. **5113189** | | | Warranty | | | | |
| **Felicia E Carson** **208 Woodkirk Street  Apt 1** **Carnegie, PA 15106** | - | | | X | X | | **0.00** |
| Account No. **5090610** | | | Warranty | | | | |
| **Felicia L Moore** **107 Cinderella Lane** **Greenville, SC 29617** | - | | | X | X | | **0.00** |

Sheet no. **1486** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       **968.00**

In re **Great Lakes Warranty Corporation** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5106671** | | | | **Warranty** | | | | |
| **Felicia M Diehl** **1512 Beechview Avenue** **Pittsburgh, PA 15216** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120918** | | | | **Warranty** | | | | |
| **Felicia M Mason** **5125 Five Chop Rd** **Cameron, SC 29030** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119887** | | | | **Warranty** | | | | |
| **Felicia Mack** **2253 Larue St** **Philadelphia, PA 19137** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108008** | | | | **Warranty** | | | | |
| **Felicia Moran** **3933 W Kelton Lane** **Phoenix, AZ 85053** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123127** | | | | **Warranty** | | | | |
| **Felicia N Jones** **56 Center St  rear** **Pittsburgh, PA 15112** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1487** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5122484** | | | | Warranty | | | | |
| **Felicia N Jones 506 Center Street Rear Pittsburgh, PA 15112** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101225** | | | | Warranty | | | | |
| **Felicia Romer 7889 W Windsor Boulevard Glendale, AZ 85303** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130357** | | | | Warranty | | | | |
| **Felicia Spikes 3392 Margruder Avenue Columbia, SC 29207** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093334** | | | | Warranty | | | | |
| **Felicia Y Burrows 2210 Winfield Way NE Canton, OH 44705** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095074** | | | | Warranty | | | | |
| **Feliciana L Hipolito P.O. Box 825 Farmingdale, NJ 07727** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1488** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5126039 | | | Warranty | | | | |
| Felicito Diaz Solis 528 Cedar Street Reading, PA 19601 | - | | | X | X | | 0.00 |
| Account No. 5130610 | | | Warranty | | | | |
| Felipe Arroyo 129 West Douglas Street Reading, PA 19601 | - | | | X | X | | 0.00 |
| Account No. 5125146 | | | Warranty | | | | |
| Felipe Paulino 111 NH. Ellsworth Allentown, PA 15109 | - | | | X | X | | 0.00 |
| Account No. 5062737 | | | Warranty | | | | |
| Felipe Ruiz 11626 W. Bloomfield Rd Elmridge, AZ 85335 | - | | | | | | 263.00 |
| Account No. 5092588 | | | Warranty | | | | |
| Felix Castro 408 Ridgewood Drive Fairborn, OH 45324 | - | | | X | X | | 0.00 |

Sheet no. **1489** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

263.00

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5117262 | | | | Warranty | | | | |
| Felix Jiminez 1945 Bridge Street Philadelphia, PA 19124 | | - | | | | | | 217.72 |
| Account No. 5113963 | | | | Warranty | | | | |
| Felix Luis Pabon Jr 647 Bay Street Lancaster, PA 17603 | | - | | | X | X | | 0.00 |
| Account No. 5102395 | | | | Warranty | | | | |
| Felix Medina 5404 Walker Street Philadelphia, PA 19124 | | - | | | X | X | | 0.00 |
| Account No. 5131184 | | | | Warranty | | | | |
| Feng Haljru 1400 Martin Street Apt 1111 State College, PA 16801 | | - | | | X | X | | 0.00 |
| Account No. 5106640 | | | | Warranty | | | | |
| Feng Juan Lu 5204 E Woodridge Drive Scottsdale, AZ 85254 | | - | | | X | X | | 0.00 |

Sheet no. **1490** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **217.72**

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5081892** | | | | Warranty | | | | |
| **Fenghua Li** **1830 Choctaw Place** **Kent, OH 44240** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129234 | | | | Warranty | | | | |
| **Ferich Hoebler** **3809 Grant Street** **Library, PA 15129** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126495 | | | | Warranty | | | | |
| **Fermin Carrillo Ramirez** **2420 Blueheaven Lane** **Carson City, NV 89701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5101738 | | | | Warranty | | | | |
| **Fernando M Monge** **9071 Mill Creek Rd  apt 1509** **Levittown, PA 19054** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5098387 | | | | Warranty | | | | |
| **Fernando Miranda** **1 Fairview Avenue  A22** **Danbury, CT 06810** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1491** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re  **Great Lakes Warranty Corporation**                                    ,       Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5102305** | | | Warranty | | | | |
| **Fernando Morales** **1412 W Linden Street** **Allentown, PA 18102** | - | | | X | X | | 0.00 |
| Account No. **5106301** | | | Warranty | | | | |
| **Fernando R  DeCastro** **5508 N 83rd Dr** **Glandale, AZ 85305** | - | | | X | X | | 0.00 |
| Account No. **5125816** | | | Warranty | | | | |
| **Fernando Reyes Ramirez** **18234 Oakbrook Lane** **Reno, NV 89508** | - | | | X | X | | 0.00 |
| Account No. **5118932** | | | Warranty | | | | |
| **Fernando Sanchez** **625 E Mifflio St** **Lebanon, PA 17046** | - | | | X | X | | 0.00 |
| Account No. **5126448** | | | Warranty | | | | |
| **Fernando Soto** **2367 East Reno Ave** **Las Vegas, NV 89119** | - | | | | | | 2,925.00 |

Sheet no.**1492** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     2,925.00

In re  **Great Lakes Warranty Corporation**  ,  Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122795** | | | Warranty | | | | |
| **Ferrell Brownlee**<br>**6381 Union Dr**<br>**Alliance, OH 44601** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129429** | | | Warranty | | | | |
| **Fidel D Soto**<br>**5785 Tacoma Rd  Apt D**<br>**Columbus, OH 43229** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5105487** | | | Warranty | | | | |
| **Fielding D Jewell**<br>**4712 Stuart Glen Dr**<br>**Nashville, TN 37215** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5069968** | | | Warranty | | | | |
| **Fielding Jewell**<br>**4712 Stewart Glen Dr**<br>**Nashville, TN 37215** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132633** | | | Warranty | | | | |
| **Filiberto Sotelo**<br>**4249 Laurel Park Avenue**<br>**Las Vegas, NV 89103** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1493** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**        ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5120283 | | | Warranty | | | | |
| First AME Church 177 Mitchell Ave Clairton, OA 15025 | - | | | X | X | | 0.00 |
| Account No. 5098632 | | | Warranty | | | | |
| Firutu Coroiu 35369 Tall Oaks Dr Dterling Heights, MI 48312 | - | | | X | X | | 0.00 |
| Account No. 5077000 | | | Warranty | | | | |
| Fletcher Foster 1825 Laurel Ridge Drive Nashville, TN 37215 | - | | | X | X | | 0.00 |
| Account No. 5094868 | | | Warranty | | | | |
| Fleur De Lis Leasing and Sales 628 East 1 St Str Thibodaux, LA 70301 | - | | | X | X | | 0.00 |
| Account No. 5087804 | | | Warranty | | | | |
| Floice D Carter 1005 Richland Drive West Memphis, AR 72301 | - | | | X | X | | 0.00 |

Sheet no. **1494** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re    **Great Lakes Warranty Corporation**                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5132571** | | | | Warranty | | | | |
| **Flor Y Lopez** **1973 Vegas Valley Drive** **Las Vegas, NV 89169** | - | | | | X | X | | **0.00** |
| Account No. **5104430** | | | | Warranty | | | | |
| **Flora Dorman** **1122 McCleary Street** **McKeesport, PA 15132** | - | | | | X | X | | **0.00** |
| Account No. **5121779** | | | | Warranty | | | | |
| **Flora E Raiford** **1635 Ardmore Blvd  Apt 27** **Pittsburgh, PA 16221** | - | | | | X | X | | **0.00** |
| Account No. **5096229** | | | | Warranty | | | | |
| **Flora Mozee** **1003 Green Acres Road** **Silverstreet, SC 29145** | - | | | | | | | **774.66** |
| Account No. **5125836** | | | | Warranty | | | | |
| **Florence Atheson** **544 Farview Drive** **Greensburg, PA 15601** | - | | | | X | X | | **0.00** |

Sheet no.**1495** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **774.66**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

<center>Debtor</center>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<center>(Continuation Sheet)</center>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123035** | | | **Warranty** | | | | |
| **Florence L Price** **373 Duck Pond Rd** **Dunbar, PA 15425** | - | | | X | X | | **0.00** |
| Account No. **5117473** | | | **Warranty** | | | | |
| **Florence L Taylor** **122 Robinson Avenue** **Clarksville, PA 15322** | - | | | X | X | | **0.00** |
| Account No. **5099735** | | | **Warranty** | | | | |
| **Florence M Early** **5112 Thirteenth Street SW** **Canton, OH 44710** | - | | | X | X | | **0.00** |
| Account No. **5110203** | | | **Warranty** | | | | |
| **Florence McCutcheon** **6224 N Central Avenue** **Philadelphia, PA 85012** | - | | | X | X | | **0.00** |
| Account No. **5107563** | | | **Warranty** | | | | |
| **Florence Nahar** **425 Don St** **Belle Vernon, PA 15012** | - | | | | | | **705.90** |

Sheet no.**1496** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">Subtotal<br>(Total of this page)</div>

**705.90**

In re **Great Lakes Warranty Corporation**                            ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094380** | | | Warranty | | | | |
| **Florence S Cotopolis** **2224 Washington Boulevard NW** **Camden, OH 44709** | - | | | X | X | | 0.00 |
| Account No. **5127652** | | | Warranty | | | | |
| **Florence Time** **109 N. Merion Avenue** **Pleasantville, NJ 08232** | - | | | X | X | | 0.00 |
| Account No. **5096817** | | | Warranty | | | | |
| **Florin Gabriel Pop** **36803 Dover Drive** **Westland, MI 48185** | - | | | X | X | | 0.00 |
| Account No. **5089936** | | | Warranty | | | | |
| **Flossie A Cline** **RR1 Box 106** **Friendly, WV 26146** | - | | | X | X | | 0.00 |
| Account No. **5113535** | | | Warranty | | | | |
| **Flossie M Berry** **6542 Barclay Street** **Millington, TN 38053** | - | | | X | X | | 0.00 |

Sheet no. **1497** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                    Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101631** | | | Warranty | | | | |
| **Floyd A Donahoo** **420 Highland Ridge Road** **Marianna, PA 15345** | - | | | | | | **671.17** |
| Account No. **5096542** | | | Warranty | | | | |
| **Floyd Franklin  Risner** **97 Ridding Ridge Court** **Ridgeway, SC 29130** | - | | | X | X | | **0.00** |
| Account No. **5121478** | | | Warranty | | | | |
| **Floyd Henderson** **3425 N Rocky River Rd** **Lancaster, SC 29720** | - | | | X | X | | **0.00** |
| Account No. **5107757** | | | Warranty | | | | |
| **Floyd N Corbin Jr** **206 Collinsburg Road** **West Newton, PA 15016** | - | | | X | X | | **0.00** |
| Account No. **5087707** | | | Warranty | | | | |
| **Floyd N Simms Jr** **2821 Zach Road** **Columbus, OH 43219** | - | | | X | X | | **0.00** |

Sheet no. **1498** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **671.17**

In re  **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5104192** | | | | | **Warranty** | | | | |
| **Floyd R Conley III** **10039 State Route 700 #57** **Mantua, OH 44255** | - | | | | | X | X | | 0.00 |
| Account No. **5095959** | | | | | **Warranty** | | | | |
| **Floyd R Hayes** **209 Riverpark Way 2104** **Sevierville, Tn 37862** | - | | | | | X | X | | 0.00 |
| Account No. **5061363** | | | | | **Warranty** | | | | |
| **Forest Melchior** **19 Promontory Ln** **Telluride, Co 81435** | - | | | | | X | X | | 0.00 |
| Account No. **5091662** | | | | | **Warranty** | | | | |
| **Forrest C Whitlark** **3000 Heyward Street** **Cola, SC 29205** | - | | | | | X | X | | 0.00 |
| Account No. **5106212** | | | | | **Warranty** | | | | |
| **Forrest Cleave Ham** **91 Beaufain Street** **Charleston, SC 29401** | - | | | | | X | X | | 0.00 |

Sheet no. **1499** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119751 | | | | Warranty | | | | |
| Forrest D Reinard 536 Delacy Dr Fairview, TN 37062 | - | | | | | | | 404.00 |
| Account No. 5119233 | | | | Warranty | | | | |
| Forrest S Bish 3 Main St York, PA 17406 | - | | | | | | | 496.00 |
| Account No. 5111779 | | | | Warranty | | | | |
| Fran Morrison 2060 Listonburg Rd Concluence, PA 15424 | - | | | | X | X | | 0.00 |
| Account No. 5113079 | | | | Warranty | | | | |
| Frances Mamber 460 Poplar Street Lancaster, PA 17603 | - | | | | X | X | | 0.00 |
| Account No. 5104123 | | | | Warranty | | | | |
| Frances Puhalla 1284 W Elm St Monaca, PA 15061 | - | | | | X | X | | 0.00 |

Sheet no. **1500** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **900.00**

In re **Great Lakes Warranty Corporation** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5090548** | | | | Warranty | | | | |
| **Frances A Anderson** **5435 Garden Trail Lane** **Collierville, TN 38017** | - | | | | X | X | | 0.00 |
| Account No. **5103523** | | | | Warranty | | | | |
| **Frances A Bailey** **198 Steele Avenue** **Northern Cambria, PA 15714** | - | | | | X | X | | 0.00 |
| Account No. **5106661** | | | | Warranty | | | | |
| **Frances A Greenaway** **PO Box 502** **Madera, PA 16661** | - | | | | X | X | | 0.00 |
| Account No. **5113938** | | | | Warranty | | | | |
| **Frances C Chang** **2075 Cotton Valley Street** **Henderson, NV 89052** | - | | | | X | X | | 0.00 |
| Account No. **5092670** | | | | Warranty | | | | |
| **Frances Coffee** **10202 N. 32nd Lane  Unit 151** **Phoenix, AZ 85051** | - | | | | X | X | | 0.00 |

Sheet no. **1501** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5117586 | | | Warranty | | | | |
| Frances Crist 6510 Keystone Street Philadelphia, PA 19135 | - | | | X | X | | 0.00 |
| Account No. 5128291 | | | Warranty | | | | |
| Frances D Figueroa 505 Refwal St Allentown, PA 18102 | - | | | | | | 1,641.00 |
| Account No. 5089071 | | | Warranty | | | | |
| Frances K Fuson 1440 Thomas Avenue  Apt 4 San Diego, CA 92109 | - | | | X | X | | 0.00 |
| Account No. 5106875 | | | Warranty | | | | |
| Frances L Edwards 2624 Eaton Road NW Canton, OH 44708 | - | | | X | X | | 0.00 |
| Account No. 5128007 | | | Warranty | | | | |
| Frances M Wilson 111 West  Atlantic Ave Cape May Court House, NJ 08210 | - | | | X | X | | 0.00 |

Sheet no. 1502  of 4906  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,641.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5084366** | | | | | **Warranty** | | | | |
| **Frances Mae E Richards** **19777 N 76th Street  #1263** **Scottsdale, AZ 85255** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5108909** | | | | | **Warranty** | | | | |
| **Frances Manahan** **140 Highland Avenue** **Pennsville, NJ 08070** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5121975** | | | | | **Warranty** | | | | |
| **Frances Mulholland** **108 West Jacksonville Ave** **Villas, NJ 08251** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5103300** | | | | | **Warranty** | | | | |
| **Frances Singery** **2875 Timbarlyn Trail Road** **Fullterton, CA 92833** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5098813** | | | | | **Warranty** | | | | |
| **Frances T Corley** **1114 Dothan Road  Apt A** **Columbia, SC 29210** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**1503** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**         Case No. _____

_____,
                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5110616 | | | | Warranty | | | | |
| Frances Tiziani 177 Aluminum City Terrace New Kensington, PA 15068 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5097968 | | | | Warranty | | | | |
| Francesco Taormina 148 East Main Street Hegins, PA 17938 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106410 | | | | Warranty | | | | |
| Francia Pizarro 2300 Faunce Street Philadelphia, PA 19152 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123971 | | | | Warranty | | | | |
| Francine G Hickman 403 Oak Manor Dr Columbia, SC 29229 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5072848 | | | | Warranty | | | | |
| Francine I Barrow 431 N Redrock Street Gilbert, AZ 85234 | - | | | | | | | |
| | | | | | | | | 303.00 |

Sheet no. **1504** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **303.00**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5107762 | | | | Warranty | | | | |
| Francine L Hawkins 3112 Glenfinnan Drive Memphis, TN 38128 | - | | | | X | X | | 0.00 |
| Account No. 5094004 | | | | Warranty | | | | |
| Francine Tate 527 Cumberland Hills Drive Hendersonville, TN 37075 | - | | | | X | X | | 0.00 |
| Account No. 5067204 | | | | Warranty | | | | |
| Francine Zachowski 9233 Meadow Lane Brecksville, OH 44141 | - | | | | X | X | | 0.00 |
| Account No. 5126598 | | | | Warranty | | | | |
| Francis Alonge 2407 Eastlawn Pkwy Erie, PA 16510 | - | | | | X | X | | 0.00 |
| Account No. 5128816 | | | | Warranty | | | | |
| Francis Arias 6250 West Arby Avenue # 184 Las Vegas, NV 89118 | - | | | | X | X | | 0.00 |

Sheet no.**1505** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126870** | | | **Warranty** | | | | |
| **Francis Bacus**<br>**520 W. Washington Street**<br>**Nelsonville, OH 45764** | - | | | X | X | | 0.00 |
| Account No. **5097779** | | | **Warranty** | | | | |
| **Francis Davis**<br>**8300 Sawyer Brown L305**<br>**Nashville, TN 37221** | - | | | X | X | | 0.00 |
| Account No. **5119058** | | | **Warranty** | | | | |
| **Francis Ewing**<br>**9335 St Rt 664 N**<br>**Logan, OH 43138** | - | | | X | X | | 0.00 |
| Account No. **5111021** | | | **Warranty** | | | | |
| **Francis G White**<br>**633 Lincoln Road**<br>**Birdsboro, PA 19508** | - | | | X | X | | 0.00 |
| Account No. **5092364** | | | **Warranty** | | | | |
| **Francis Githire**<br>**1446 Francis Station**<br>**Knoxville, TN 37909** | - | | | X | X | | 0.00 |

Sheet no. **1506** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    Case No. _____
                                                         ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5082520** | | Warranty | | | | | | |
| **Francis Glaser** **3126 Woodview Ridge Drive  Apt 301** **Kansas City, KS 66103** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090080** | | Warranty | | | | | | |
| **Francis Gouker IV** **825 Hayden Boulevard** **Elizabeth, PA 15037** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129380** | | Warranty | | | | | | |
| **Francis Gutowski** **217 North 3rd Street** **DuBois, PA 15801** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091589** | | Warranty | | | | | | |
| **Francis Guy** **47 Hunter Street** **Tamaqua, PA 18252** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128358** | | Warranty | | | | | | |
| **Francis H Sprouse** **1225 Pegtown Ave  PO Box 508** **North Apollo, PA 15672** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1507**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        0.00

In re **Great Lakes Warranty Corporation**                    , Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5074047** | | | | **Warranty** | | | | |
| **Francis J Golia** **3371 Brunswick Pike** **Trenton, NJ 08648** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122370** | | | | **Warranty** | | | | |
| **Francis J Wurtenberg** **611 Fourth Ave** **Croydon, PA 19021** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104770** | | | | **Warranty** | | | | |
| **Francis James Welsh** **8805 Cherry Springs Drive** **Cordova, TN 38016** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124165** | | | | **Warranty** | | | | |
| **Francis Nunez** **1114 Chestnut St** **Reading, PA 19602** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5088910** | | | | **Warranty** | | | | |
| **Francis P Quetot Jr** **11063 Echo Dell Road** **Rogers, OH 44455** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1508** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re **Great Lakes Warranty Corporation**        Case No. _____
_____ ,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5113319 | | | Warranty | | | | |
| Francis S Loy Jr 31 Deep Run Road Myerstown, PA 17067 | - | | | | | | 1,595.50 |
| Account No. 5132527 | | | Warranty | | | | |
| Francis Uber 348 Palm Hill Road Polk, PA 16342 | - | | | X | X | | 0.00 |
| Account No. 5103677 | | | Warranty | | | | |
| Francis X OConnell 1422 Centre Street Ashland, PA 17921 | - | | | X | X | | 0.00 |
| Account No. 5126065 | | | Warranty | | | | |
| Francisca Amatekpor 1637 Alverado Avenue Pittsburgh, PA 15216 | - | | | X | X | | 0.00 |
| Account No. 5118102 | | | Warranty | | | | |
| Francisco Braganza 9534 117th St S Richmond Hill, NY 11419 | - | | | X | X | | 0.00 |

Sheet no. 1509 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     1,595.50

In re   **Great Lakes Warranty Corporation**                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131775** | | | | **Warranty** | | | | |
| **Francisco Calaway** **881 Co Road 32 South** **Bellefontaine, OH 43311** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131688** | | | | **Warranty** | | | | |
| **Francisco Cintron** **1154 Marion Street** **Reading, PA 19604** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127740** | | | | **Warranty** | | | | |
| **Francisco G Acosta** **740 Summit Chase Dr** **Reading, PA 19611** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091279** | | | | **Warranty** | | | | |
| **Francisco J Perez** **15737 E Kipling Drive** **Fountain Hills, AZ 85268** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5078710** | | | | **Warranty** | | | | |
| **Francisco J Perez** **15737 E Kipling Drive** **Fountain Hills, AZ 85268** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1510** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                              Case No. _____
                                                                                          ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102793** | | | | **Warranty** | | | | |
| **Francisco J Villegas** **6201 N Cherry Lynn Road** **Phoenix, AZ 85033** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106523** | | | | **Warranty** | | | | |
| **Francisco Llz** **422 N Tenth Street** **Allentown, PA 18102** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5067348** | | | | **Warranty** | | | | |
| **Francisco Nieves** **5430 Valley Street** **Philadelphia, PA 19124** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121990** | | | | **Warranty** | | | | |
| **Francisco Padilla** **517 Emory Ave** **Trenton, NJ 08611** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132466** | | | | **Warranty** | | | | |
| **Francisco Perez** **16 Griswold Circle** **Granby, MA 01033** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1511** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   **0.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5095343** | | | | Warranty | | | | |
| **Francisco R Herrera 24 Newburg Drive Newmanstown, PA 17073** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085954** | | | | Warranty | | | | |
| **Francisco Rosario Jr 811 Bento Street Allentown, PA 18103** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094966** | | | | Warranty | | | | |
| **Francisco Thomas 1740 W Drake Circle Mesa, AZ 85202** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092867** | | | | Warranty | | | | |
| **Francisco Valencia 331 Cuahutemoc Street San Luis, AZ 85349** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087834** | | | | Warranty | | | | |
| **Franco Tricarico 102 25th Street Belleair Beach, FL 33786** | - | | | | | | | |
| | | | | | | | | 2,828.34 |

Sheet no. **1512** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,828.34

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099279** | | | | **Warranty** | | | | |
| **Frank Chapman** **4777 Trousdale Ferry Park** **Lebanon, TN 37087** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5075009** | | | | **Warranty** | | | | |
| **Frank DiMatteo** **448 Chapeldale Drive** **Apollo, PA 15613** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095832** | | | | **Warranty** | | | | |
| **Frank DiShon** **1618 W Lamar Road** **Phoenix, AZ 85015** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097277** | | | | **Warranty** | | | | |
| **Frank Klein Jr** **14321 Murray Road** **Union City, PA 16438** | | - | | | | | | |
| | | | | | | | | 276.10 |
| Account No. **5113625** | | | | **Warranty** | | | | |
| **Frank Manone Jr** **3900 Sterner Mill Road** **Quakertown, PA 18951** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__1513__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  276.10

In re **Great Lakes Warranty Corporation**                                          ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126441** | | | | **Warranty** | | | | |
| **Frank  Sabula**<br>**2322 Moyer Road**<br>**Connellsville, PA 15425** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122444** | | | | **Warranty** | | | | |
| **Frank  Taylor Jr**<br>**6228 B Roosevelt Blvd**<br>**Philadelphia, PA 19149** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126773** | | | | **Warranty** | | | | |
| **Frank  White**<br>**505 Vanmore Rd**<br>**Fairless Hills, PA 19030** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106566** | | | | **Warranty** | | | | |
| **Frank A Lorello**<br>**26 Leslie Drive**<br>**Edinburg, PA 16116** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092872** | | | | **Warranty** | | | | |
| **Frank A Mesich**<br>**236 Underwood Drive**<br>**Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1514** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5095545** | | | | | Warranty | | | | |
| **Frank A Natale** **165 Neshannock Trails Drive** **New Castle, PA 16105** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5112096** | | | | | Warranty | | | | |
| **Frank Ancrum III** **1660 Old Trolley Road** **Summerville, SC 29485** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5087247** | | | | | Warranty | | | | |
| **Frank Blozusky** **1407 Main Street** **Gilberton, PA 17934** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5069499** | | | | | Warranty | | | | |
| **Frank Bova** **5995 Estate Ct** **Erie, PA 16509** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5092114** | | | | | Warranty | | | | |
| **Frank Brown** **1016 N Arch Street** **Allentown, PA 18104** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1515** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**      ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5054781** | | | | Warranty | | | | |
| **Frank Campagna** **941 Hamilton Drive** **Broadview Heights, OH 44147** | | - | | | | | | 558.12 |
| Account No. **5063143** | | | | Warranty | | | | |
| **Frank Cenin** **2421 Somrac** **Willoughby Hills, OH 44094** | | - | | | X | X | | 0.00 |
| Account No. **5086061** | | | | Warranty | | | | |
| **Frank Cirioni** **PO Box 242** **Niantic, CT 06359** | | - | | | X | X | | 0.00 |
| Account No. **5063266** | | | | Warranty | | | | |
| **Frank Cservak** **3852 Morganza Rd** **Bridgeville, PA 15017** | | - | | | X | X | | 0.00 |
| Account No. **5128330** | | | | Warranty | | | | |
| **Frank Cusick** **33 West Washington Ave** **Dubois, PA 15801** | | - | | | X | X | | 0.00 |

Sheet no. **1516** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

558.12

In re    **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5116791** | | Warranty | | | | | | | |
| **Frank D Amico** **100 Smallacombe Drive** **Scranton, PA 18508** | - | | | | | X | X | | 0.00 |
| Account No. **5090346** | | Warranty | | | | | | | |
| **Frank D Gibbons** **2727 Gould Drive** **South Park, PA 15129** | - | | | | | X | X | | 0.00 |
| Account No. **5125586** | | Warranty | | | | | | | |
| **Frank D Price** **60 Woodbridge Dr** **Charlston, WV 25311** | - | | | | | | | | 629.45 |
| Account No. **5059400** | | Warranty | | | | | | | |
| **Frank DiBrino** **79 Oakland Ave.** **Tuckahoe, NY 10707** | - | | | | | | | | 1,833.03 |
| Account No. **5120683** | | Warranty | | | | | | | |
| **Frank E Faris III** **5283 Euclid Ave   PO Box 336** **Buchtel, OH 45716** | - | | | | | X | X | | 0.00 |

Sheet no. **1517** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          2,462.48

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **5100982** | | | | | | **Warranty** | | | | |
| **Frank E Harpster III** **242 Broadway Street  PO Box 154** **Meyersdale, PA 15552** | - | | | | | | X | X | | 0.00 |
| Account No. **5071497** | | | | | | **Warranty** | | | | |
| **Frank E Kietzke** **413 Ohio Ave  PO Box 350** **Rochester, PA 15074** | - | | | | | | | | | 1,430.06 |
| Account No. **5085489** | | | | | | **Warranty** | | | | |
| **Frank E Randall Jr** **3518 Bevan Road** **North Versailles, PA 15137** | - | | | | | | X | X | | 0.00 |
| Account No. **5125374** | | | | | | **Warranty** | | | | |
| **Frank Fetty** **46716 Winston Dive** **East Liverpool, OH 43920** | - | | | | | | X | X | | 0.00 |
| Account No. **5097484** | | | | | | **Warranty** | | | | |
| **Frank Freidl** **4212 Bayard Street** **Easton, PA 18045** | - | | | | | | X | X | | 0.00 |

Sheet no.**1518** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,430.06

In re **Great Lakes Warranty Corporation**                              Case No. _____

                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130312** <br><br> **Frank Fultz M** <br> **1578 Hobart Ave** <br> **Akron, OH 44306** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5094083** <br><br> **Frank G Auld** <br> **706 Sixth Street  PO Box 652** <br> **Marianna, PA 15345** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5118579** <br><br> **Frank G Pollock Jr** <br> **4508 Alcott Drive** <br> **Nashville, TN 37215** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5124969** <br><br> **Frank Gerald King** <br> **1630 S. Webster Avenue** <br> **Scranton, PA 18505** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5117103** <br><br> **Frank Giordano** <br> **4801 Eland Downe Road** <br> **Phoenixville, PA 19460** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **1519** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                                 0.00

In re **Great Lakes Warranty Corporation**        Case No. _____
                                              ,
                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5112619** | | | | Warranty | | | | |
| **Frank Grant** **P.O. Box 1345** **Hoopa, CA 95546** | - | | | | X | X | | 0.00 |
| Account No. **5093345** | | | | Warranty | | | | |
| **Frank Guffre** **6211 Johnston Road   Cheffield 6** **Albany, NY 12203** | - | | | | X | X | | 0.00 |
| Account No. **5097216** | | | | Warranty | | | | |
| **Frank H Fuelling** **120 Anna NW** **Canton, OH 44708** | - | | | | X | X | | 0.00 |
| Account No. **5113233** | | | | Warranty | | | | |
| **Frank H Turner** **163 Meadowland Court** **Manchester, TN 37355** | - | | | | X | X | | 0.00 |
| Account No. **5118359** | | | | Warranty | | | | |
| **Frank Hartzell** **218 Cassatt Ave** **Jeannette, PA 15644** | - | | | | X | X | | 0.00 |

Sheet no. **1520** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5093294** | | | | **Warranty** | | | | |
| **Frank Heinlen** **1838 County Highway 56** **Nevada, OH 44849** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132174** | | | | **Warranty** | | | | |
| **Frank Howell Jr.** **9 Main Street PO Box 192** **Daisytown, PA 15427** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115801** | | | | **Warranty** | | | | |
| **Frank J Horack Jr** **4167 Dudley Road** **Mantua, OH 44255** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118023** | | | | **Warranty** | | | | |
| **Frank J Lally** **43 Nell St** **Hopwood, PA 15445** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111403** | | | | **Warranty** | | | | |
| **Frank J Sanner** **695 Hoover Street** **Monessen, PA 15062** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1521** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**                          , Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5098942 | | | Warranty | | | | |
| Frank L Beichner 630 Twilight Drive West Newton, PA 15089 | - | | | X | X | | 0.00 |
| Account No. 5072932 | | | Warranty | | | | |
| Frank L Smith 190 Reichwein Road Lavelle, Pa 17943 | - | | | X | X | | 0.00 |
| Account No. 5131737 | | | Warranty | | | | |
| Frank M Byrd 111 Fox Knoll Lane West Chester, PA 19380 | - | | | X | X | | 0.00 |
| Account No. 5100346 | | | Warranty | | | | |
| Frank Marion 933 Fineview Pittsburgh, PA 15235 | - | | | X | X | | 0.00 |
| Account No. 5115406 | | | Warranty | | | | |
| Frank Martinez III 609 Beegle Road Bedford, PA 15522 | - | | | X | X | | 0.00 |

Sheet no. 1522 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5125454** <br><br> **Frank Mazzei** <br> **116 Chanticleer Drive** <br> **Penn Hills, PA 15235** | - | | | **Warranty** | | | | 565.40 |
| Account No. **5069227** <br><br> **Frank McKlueen** <br> **163 Westin Park** <br> **Johnson City, Tn 37615** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5081292** <br><br> **Frank Messano** <br> **4018 Otono Drive  #B** <br> **Santa Barbara, CA 93110** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5129244** <br><br> **Frank Moreno** <br> **3914 Harrison Street** <br> **Kansas City, MO 64110** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5083357** <br><br> **Frank P Struble Jr** <br> **226 Chestnut Street** <br> **West Reading, PA 19611** | - | | | **Warranty** | X | X | | 0.00 |

Sheet no. **1523** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                565.40

In re   **Great Lakes Warranty Corporation**              ,     Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120688** | | | Warranty | | | | |
| **Frank Payne** **15802 W Quinlin** **Tucson, AZ 85735** | - | | | X | X | | 0.00 |
| Account No. **5096042** | | | Warranty | | | | |
| **Frank Pillitteri** **234 E 35th Street** **Erie, PA 16504** | - | | | X | X | | 0.00 |
| Account No. **5130757** | | | Warranty | | | | |
| **Frank Pisco** **6724 Theus Circle** **Las Vegas, NV 89107** | - | | | X | X | | 0.00 |
| Account No. **5120188** | | | Warranty | | | | |
| **Frank R Dupre** **506 Village Court** **Nashville, TN 37206** | - | | | X | X | | 0.00 |
| Account No. **5076076** | | | Warranty | | | | |
| **Frank R Mount** **746 Delverne Avenue SW** **Canton, OH 44710** | - | | | X | X | | 0.00 |

Sheet no. **1524** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                               
(Total of this page)        **0.00**

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5086776** | | | | **Warranty** | | | | |
| **Frank R Stewart**<br>**9871 Townline Rd**<br>**Northeast, PA 16428** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121066** | | | | **Warranty** | | | | |
| **Frank R Velazquez Jr**<br>**509 Woodfield Cr  Apt D**<br>**Paw Paw, MI 49079** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090038** | | | | **Warranty** | | | | |
| **Frank Robinson**<br>**5571 S Pagosa Court**<br>**Centennial, CO 80015** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115450** | | | | **Warranty** | | | | |
| **Frank S Browning**<br>**2455 E Catalina Avenue**<br>**Mesa, AZ 85204** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110927** | | | | **Warranty** | | | | |
| **Frank S Strickland**<br>**110 Diebold Road**<br>**McKees Rocks, PA 15136** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1525** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re   **Great Lakes Warranty Corporation**                                          ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097476** | | | Warranty | | | | |
| **Frank Salters**<br>**229 Bill Williamson Court**<br>**Lexington, SC 29073** | | - | | | | | 346.50 |
| Account No. **5132250** | | | Warranty | | | | |
| **Frank Schuler**<br>**1446 Mottle Avenue**<br>**Bethlehem, PA 18018** | | - | | X | X | | 0.00 |
| Account No. **5085626** | | | Warranty | | | | |
| **Frank Shope**<br>**8677 Haselton Road**<br>**Nashville, TN 37221** | | - | | X | X | | 0.00 |
| Account No. **5125513** | | | Warranty | | | | |
| **Frank Spicer**<br>**707 Delverne Ave SW**<br>**Canton, OH 44710** | | - | | X | X | | 0.00 |
| Account No. **5125659** | | | Warranty | | | | |
| **Frank Spragens Jr.**<br>**407 Dudley Road**<br>**Lexington, KY 40502** | | - | | X | X | | 0.00 |

Sheet no. **1526** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      346.50

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5125989** | | | | **Warranty** | | | | |
| **Frank Stotts** **308 Pheasant Drive** **Pittsburgh, PA 15235** | - | | | | X | X | | 0.00 |
| Account No. **5132493** | | | | **Warranty** | | | | |
| **Frank T Richo** **7213 Grand Palace** **Las Vegas, NV 89130** | - | | | | X | X | | 0.00 |
| Account No. **5130384** | | | | **Warranty** | | | | |
| **Frank T Trombetta** **986 Baldwin Rd Ext** **Carnegie, PA 15106** | - | | | | X | X | | 0.00 |
| Account No. **5090325** | | | | **Warranty** | | | | |
| **Frank W George Sr** **7746 Shadow Hills Drive** **Arlington, TN 38002** | - | | | | X | X | | 0.00 |
| Account No. **5130957** | | | | **Warranty** | | | | |
| **Frank Walford** **1226 Buffalo Street** **Franklin, PA 15323** | - | | | | X | X | | 0.00 |

Sheet no. **1527** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                           Case No. _____
_____,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119151 | | | | Warranty | | | | |
| Frank Wallace 439 William St Pen Argyl, PA 18072 | - | | | | X | X | | 0.00 |
| Account No. 5130236 | | | | Warranty | | | | |
| Frank Warchol Jr 201 2nd St North Augusta, SC 29841 | - | | | | | | | 85.29 |
| Account No. 5094116 | | | | Warranty | | | | |
| Frank Watkins Jr 3820 Benton Street NW Washington, DC 20007 | - | | | | X | X | | 0.00 |
| Account No. 5109903 | | | | Warranty | | | | |
| Frankie  Stone 108 C Hickory Hills Lane Hermitage, TN 37076 | - | | | | X | X | | 0.00 |
| Account No. 5103102 | | | | Warranty | | | | |
| Frankie J Fishon 28 Decker Road Bushkill, PA 18324 | - | | | | X | X | | 0.00 |

Sheet no._1528_ of _4906_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          85.29

In re __Great Lakes Warranty Corporation__ ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5112484 | | | | Warranty | | | | |
| Frankie Lee Walton 145 Ross Road Columbus, OH 43213 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103710 | | | | Warranty | | | | |
| Frankie M Church 204 Zoder Drive Gatlinberg, TN 37738 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110060 | | | | Warranty | | | | |
| Frankie Pennington 3667 Mechanicsville Road Bensalem, PA 19020 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108925 | | | | Warranty | | | | |
| Franklin Ames 38 Barnham Brook Road Saranac, NY 12984 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131041 | | | | Warranty | | | | |
| Franklin Bennett 821 Glenview Street Philadelphia, PA 19111 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __1529__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5132156 | | | | | Warranty | | | | |
| Franklin Clymer 21 East Temple Avenue POB 215 Sellersville, PA 18960 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5089911 | | | | | Warranty | | | | |
| Franklin E Blake 451 S Hawes Rd  No 75 Mesa, AZ 85208 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5084196 | | | | | Warranty | | | | |
| Franklin Gbenedio 2640 Wild Cat Lane Riverside, CA 92503 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5111479 | | | | | Warranty | | | | |
| Franklin H Brown 307 Normandy Circle Nashville, TN 37209 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5097680 | | | | | Warranty | | | | |
| Franklin Henson 130 College St Spartanburg, SC 29303 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1530**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**        Case No. _____
                                                                                     ,
                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132211** | | | **Warranty** | | | | |
| **Franklin Heyward**<br>**138 Oatstraw Lane**<br>**Swansea, SC 29160** | - | | | X | X | | 0.00 |
| Account No. **5130574** | | | **Warranty** | | | | |
| **Franklin James**<br>**148 Robinson Ct**<br>**Gaston, SC 29053** | - | | | X | X | | 0.00 |
| Account No. **5131854** | | | **Warranty** | | | | |
| **Franklin Oellio**<br>**97 Meadowview Drive**<br>**Leola, PA 17540** | - | | | X | X | | 0.00 |
| Account No. **5109843** | | | **Warranty** | | | | |
| **Franklin Ogelsby**<br>**109 Caroline Court**<br>**Benton, KY 42025** | - | | | X | X | | 0.00 |
| Account No. **5130897** | | | **Warranty** | | | | |
| **Franklin Santana**<br>**6433 58th Road**<br>**Maspeth, NY 11378** | - | | | X | X | | 0.00 |

Sheet no. **1531** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                    
(Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119027 | | | | Warranty | | | | |
| Franklin Schaeffer 534 Birds Hill Rd Pine Grove, PA 17963 | - | | | | X | X | | 0.00 |
| Account No. 5062901 | | | | Warranty | | | | |
| Franklin Seifert 129 Oberlin Avenue Sinking Spring, PA 19608 | - | | | | X | X | | 0.00 |
| Account No. 5123264 | | | | Warranty | | | | |
| Fred  Dailey 205 Shrineview Avenue Boalsburg, PA 16827 | - | | | | X | X | | 0.00 |
| Account No. 5107361 | | | | Warranty | | | | |
| Fred  Davis Jr 1614 N 19th St Allentown, PA 18104 | - | | | | X | X | | 0.00 |
| Account No. 5113375 | | | | Warranty | | | | |
| Fred  Kuhl 505 Falcon Lane Las Vegas, NV 89107 | - | | | | X | X | | 0.00 |

Sheet no.**1532**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123599** | | | **Warranty** | | | | |
| **Fred Ramirez**<br>**4815 Meyer Ct**<br>**Bethlehem, PA 18020** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5084023** | | | **Warranty** | | | | |
| **Fred Abrams**<br>**51 Callison Lane**<br>**Voorhees, NJ 08043** | - | | | | | | |
| | | | | | | | 343.00 |
| Account No. **5110022** | | | **Warranty** | | | | |
| **Fred Allen**<br>**3906 Avenue K #D2**<br>**Brooklyn, NY 11210** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5090401** | | | **Warranty** | | | | |
| **Fred Baes**<br>**2505 W Woodbridge Drive**<br>**Muncie, IN 47304** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099221** | | | **Warranty** | | | | |
| **Fred Bitterly**<br>**1187 County Route 31**<br>**Granville, NY 12832** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1533** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   343.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5096028** | | | | **Warranty** | | | | |
| **Fred C Jones** **1808 State Street** **Georgetown, SC 29446** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108335** | | | | **Warranty** | | | | |
| **Fred Evans** **1160 Glenbrook Drive** **Franklin, TN 37064** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116422** | | | | **Warranty** | | | | |
| **Fred G Andrews** **8696 Springhill Trail** **Poland, OH 44514** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091595** | | | | **Warranty** | | | | |
| **Fred Galiardo** **24 Crowndale Place** **Galloway, NJ 08205** | - | | | | | | | |
| | | | | | | | | **602.21** |
| Account No. **5067195** | | | | **Warranty** | | | | |
| **Fred Ganter** **15536 Gannetglade Lane** **Lithia, FL 33547** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1534** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**602.21**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5073211** | | | Warranty | | | | |
| **Fred Garlington** **6619 Black Bend Court** **Riverdale, GA 30294** | - | | | X | X | | 0.00 |
| Account No. **5120507** | | | Warranty | | | | |
| **Fred Gross** **10399 Covington Lane** **Twinsburg, OH 44087** | - | | | X | X | | 0.00 |
| Account No. **5121842** | | | Warranty | | | | |
| **Fred Hulin Jr** **1002 W Redondo Dr** **Gilbert, AZ 85233** | - | | | | | | 443.50 |
| Account No. **5080575** | | | Warranty | | | | |
| **Fred J David** **103 General Drive** **Uniontown, PA 15401** | - | | | X | X | | 0.00 |
| Account No. **5130514** | | | Warranty | | | | |
| **Fred Joseph Martin** **600 Englishman Hill Rd** **Connellsville, PA 15425** | - | | | X | X | | 0.00 |

Sheet no. **1535** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

443.50

In re **Great Lakes Warranty Corporation**                                                    Case No. _____
                                                           ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085209** | | | | Warranty | | | | |
| **Fred Kong** **1821 Granite Avenue** **Las Vegas, NV 89104** | - | | | | | | | 1,992.00 |
| Account No. **5077259** | | | | Warranty | | | | |
| **Fred Koss** **4223 St Andrews Place** **Cincinnati, OH 45236** | - | | | | X | X | | 0.00 |
| Account No. **5102511** | | | | Warranty | | | | |
| **Fred LeBleu** **593 Sam Houston Jones Parkway** **Lake Charles, LA 70611** | - | | | | X | X | | 0.00 |
| Account No. **5124629** | | | | Warranty | | | | |
| **Fred Porada** **3681 E. Main Street** **New Waterford, OH 44445** | - | | | | | | | 213.96 |
| Account No. **5110389** | | | | Warranty | | | | |
| **Fred R Cook** **1819 McMinn Street** **Aliquippa, PA 15001** | - | | | | X | X | | 0.00 |

Sheet no. **1536** of **4906** sheets attached to Schedule of                          Subtotal                     2,205.96
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5079781** | | | | **Warranty** | | | | |
| **Fred Tierney** **11122 Ruby Road** **Cambridge, OH 43725** | - | | | | | | | 733.58 |
| Account No. 5080853 | | | | **Warranty** | | | | |
| **Fred W McMullen** **108 Township Drive** **Hopwood, PA 15445** | - | | | | X | X | | 0.00 |
| Account No. 5124090 | | | | **Warranty** | | | | |
| **Fred Westerbeck** **6569 Chestwick Lane** **Hudson, OH 44236** | - | | | | X | X | | 0.00 |
| Account No. 5105320 | | | | **Warranty** | | | | |
| **Freda B Bryant** **130 Leona Road** **Athens, OH 45701** | - | | | | X | X | | 0.00 |
| Account No. 5109409 | | | | **Warranty** | | | | |
| **Freda Mae Clemons** **323 Euclid Avenue** **Canonsburg, PA 15317** | - | | | | X | X | | 0.00 |

Sheet no. **1537** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    733.58

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5047953** | | | Warranty | | | | |
| **Freddie D Gillians** **103 N Ansel Crossing** **Goose Creek, SC 29445** | - | | | X | X | | 0.00 |
| Account No. **5097783** | | | Warranty | | | | |
| **Freddie Echiverri** **627 E. Nottingham Place** **San Antonio, TX 78209** | - | | | X | X | | 0.00 |
| Account No. **5089004** | | | Warranty | | | | |
| **Freddie L Wagner Jr** **210 West Jackson Avenue  #D1** **West Memphis, AR 72301** | - | | | X | X | | 0.00 |
| Account No. **5087929** | | | Warranty | | | | |
| **Freddie R Wicker** **1148 Leita Street** **Newberry, SC 29108** | - | | | X | X | | 0.00 |
| Account No. **5047495** | | | Warranty | | | | |
| **Freddie S Byas Jr** **9680 Snortin Ridge Rd** **Lancaster, Oh 43130** | - | | | | | | 174.94 |

Sheet no. **1538** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     174.94

In re **Great Lakes Warranty Corporation**                            Case No. _____

_____,

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5057813** | | | Warranty | | | | |
| **Freddie Thompson**<br>**4425 Plainville Rd**<br>**Cincinnati, OH 45227** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132112** | | | Warranty | | | | |
| **Freddy  Funes**<br>**5304 Tipper Avenue**<br>**Las Vegas, NV 89122** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5089416** | | | Warranty | | | | |
| **Freddy Jackson Jr**<br>**248 Penn Avenue Extension**<br>**Turtle Creek, PA 15145** | - | | | | | | |
| | | | | | | | 95.00 |
| Account No. **5093178** | | | Warranty | | | | |
| **Freddy L Arwood**<br>**1391 Gists Creek Road**<br>**Sevierville, TN 37876** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5069842** | | | Warranty | | | | |
| **Freddy Mathias**<br>**323 Ponderosa Ln**<br>**Crossville, TN 38555** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**1539** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **95.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5107661** | | | | | **Warranty** | | | | |
| **Frederic Billings** **3906 Woodmont Drive** **Nashville, TN 37205** | - | | | | | X | X | | 0.00 |
| Account No. **5086867** | | | | | **Warranty** | | | | |
| **Frederick Mattola** **3019 Villawood Ave** **Pittsburgh, PA 15227** | - | | | | | X | X | | 0.00 |
| Account No. **5094685** | | | | | **Warranty** | | | | |
| **Frederick McIlvenny** **3047 Emerald Blvd** **Long Pond, PA 18334** | - | | | | | X | X | | 0.00 |
| Account No. **5117963** | | | | | **Warranty** | | | | |
| **Frederick Sammons Jr** **141 Stamford Park Dr** **Huntington, WV 25705** | - | | | | | X | X | | 0.00 |
| Account No. **5128342** | | | | | **Warranty** | | | | |
| **Frederick Telles** **1100 7th St Rear** **New Kensington, PA 15068** | - | | | | | X | X | | 0.00 |

Sheet no. **1540** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**           ,      Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5111054 | | | | Warranty | | | | |
| Frederick A Essien 3206 Latonia Avenue Covington, KY 41015 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5084960 | | | | Warranty | | | | |
| Frederick C Blanchard 108 Sherwick Drive Elizabeth, PA 15037 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130834 | | | | Warranty | | | | |
| Frederick C Garlitz 126 Half Paved lane Greensburg, PA 15601 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107079 | | | | Warranty | | | | |
| Frederick Enters 1001 Cumberland View Drive Ashland City, TN 37015 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086587 | | | | Warranty | | | | |
| Frederick H Mathias Jr 8 Connet Road The Plains, OH 45780 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1541** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal       0.00
                             (Total of this page)

In re　**Great Lakes Warranty Corporation**　　　　　　　　　　　, 　　Case No. _____

　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5128753 | | | | Warranty | | | | |
| Frederick Hall 3201 Forestdale Ave SW Canton, OH 44706 | - | | | | | | | 46.10 |
| Account No. 5127734 | | | | Warranty | | | | |
| Frederick J Grzybowski 25 Driftwood Rittman, OH 44270 | - | | | | X | X | | 0.00 |
| Account No. 5109434 | | | | Warranty | | | | |
| Frederick M Helms 122 W Painter Street Connellsville, PA 15425 | - | | | | X | X | | 0.00 |
| Account No. 5104102 | | | | Warranty | | | | |
| Frederick Mohr 322 33rd Street NW Canton, OH 44709 | - | | | | X | X | | 0.00 |
| Account No. 5132122 | | | | Warranty | | | | |
| Frederick Norris 6505 Tuscarawas Road Midland, PA 15059 | - | | | | X | X | | 0.00 |

Sheet no. **1542** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　46.10

In re   **Great Lakes Warranty Corporation**               ,       Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5103486** | | | **Warranty** | | | | |
| **Frederick P Bors** **3223 Market Avenue N** **Canton, OH 44714** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5110987** | | | **Warranty** | | | | |
| **Frederick P Ferringer** **10 Rear Virginia Avenue** **Uniontown, PA 15401** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5114506** | | | **Warranty** | | | | |
| **Frederick Smith Jr** **103 Colonial Drive  Apt D** **Reading, PA 19607** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5115137** | | | **Warranty** | | | | |
| **Frederick T Lepore** **228 Valley Bend Drive** **Nashville, TN 37214** | | - | | | | | |
| | | | | | | | **239.60** |
| Account No. **5116654** | | | **Warranty** | | | | |
| **Frederick Welshhans** **702 W Southern Avenue** **Columbiana, OH 44408** | | - | | | | | |
| | | | | | | | **141.00** |

Sheet no. <u>1543</u> of <u>4906</u> sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
             (Total of this page)        **380.60**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5070316 | | | | Warranty | | | | |
| Frederick White 1257 Oakmont Ave Flossmoor, IL 60422 | - | | | | X | X | | 0.00 |
| Account No. 5073839 | | | | Warranty | | | | |
| Fredericka Quattlebaum 4824 Smallwood Road  Apt 85 Columbia, SC 29223 | - | | | | X | X | | 0.00 |
| Account No. 5087993 | | | | Warranty | | | | |
| Fredrick Hibbert 1409 Calloway Court Nashville, TN 37221 | - | | | | X | X | | 0.00 |
| Account No. 5106925 | | | | Warranty | | | | |
| Fredrick J Barraclough 439 Terrace Drive Pittsburgh, PA 15238 | - | | | | X | X | | 0.00 |
| Account No. 5089545 | | | | Warranty | | | | |
| Fredrick Jacobs 233 Windsor Village Drive Columbia, SC 29223 | - | | | | X | X | | 0.00 |

Sheet no. **1544**  of **4906**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5064541** | | | | **Warranty** | | | | |
| **Freeman A Miller** **5874 Township Road 332** **Millersburg, OH 44654** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5094492** | | | | **Warranty** | | | | |
| **Freeman Freshcorn** **1906 Hamilton Street** **New Castle, PA 16101** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130907** | | | | **Warranty** | | | | |
| **Freselanda V Naranjo** **9461 Stephanie St** **Centerville, OH 45458** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123253** | | | | **Warranty** | | | | |
| **Friso Kramer Freher** **70 Cotswold Circle** **Ocean, NJ 07712** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5076798** | | | | **Warranty** | | | | |
| **Frrancis J Hess** **1098 Springview Drive** **Southampton, PA 18966** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1545** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                                                ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5094358** | | Warranty | | | | | | |
| **Fruit of the Spirit** **1100 Sunset Drive** **Columbia, SC 29203** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092587** | | Warranty | | | | | | |
| **Fullington Trailways** **316 East Cherry Street** **Clearfield, PA 16830** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5069003** | | Warranty | | | | | | |
| **Furman Ezekeil Jordan Jr.** **26 Kirk Bluff Road** **Bluffton, SC 29910** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5066102** | | Warranty | | | | | | |
| **Fury Sainato** **7125 Locust Ave #4** **Boardman, OH 44512** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100472** | | Warranty | | | | | | |
| **G Barry Tompkins** **132 Cove Court** **Irmo, SC 29063** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1546** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**                                              Case No. _____

_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122594** | | | Warranty | | | | |
| **G Don Hutchinson** **1020 Fairway Dr** **Greenbriar, TN 37073** | - | | | X | X | | 0.00 |
| Account No. **5074557** | | | Warranty | | | | |
| **G Franklin Causey Jr** **160 Forty Love Point** **Chapin, SC 29036** | - | | | | | | 969.52 |
| Account No. **5051776** | | | Warranty | | | | |
| **G Paige Hiatt** **14341 Wright Way** **Broomfield, CO 80020** | - | | | X | X | | 0.00 |
| Account No. **5120985** | | | Warranty | | | | |
| **G Roger Rutt** **2340 Hobson Rd** **Lancaster, PA 17602** | - | | | X | X | | 0.00 |
| Account No. **5080223** | | | Warranty | | | | |
| **G Tom Welsh** **1314 Forest Green Drive** **Coraopolis, PA 15108** | - | | | X | X | | 0.00 |

Sheet no.**1547** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         969.52

In re **Great Lakes Warranty Corporation** , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5106455** | | | | Warranty | | | | |
| **Gabriel  Gutierrez** **8866 E Shangrila Road** **Scottsdale, AZ 85260** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131211** | | | | Warranty | | | | |
| **Gabriel Blas** **4915 Russell #159** **Las Vegas, NV 89044** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5070538** | | | | Warranty | | | | |
| **Gabriel Draguicevich** **524 Catumet Dr** **Fflugerville, TX 78660** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130869** | | | | Warranty | | | | |
| **Gabriel Joseph Soto** **2716 Meyer Pl** **Philadelphia, PA 19144** | - | | | | | | | |
| | | | | | | | | 85.13 |
| Account No. **5103568** | | | | Warranty | | | | |
| **Gabriel L Vasquez** **1805 Apple Ridge Circle** **Nashville, TN 37211** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. <u>1548</u> of <u>4906</u> sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **85.13**

In re   **Great Lakes Warranty Corporation**              ,      Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5099217** | | | - | | **Warranty** | | | | |
| **Gabriel McGavock** **4905 Fox Ridge Lane** **McKinney, TX 75071** | | | | | | | | | **243.00** |
| Account No. **5132367** | | | - | | **Warranty** | X | X | | |
| **Gabriel Meza** **1420 Tangerine** **Las Vegas, NV 89110** | | | | | | | | | **0.00** |
| Account No. **5109459** | | | - | | **Warranty** | X | X | | |
| **Gabriel Ortiz** **70 A North Hurley Rd** **Hurley, NM 88043** | | | | | | | | | **0.00** |
| Account No. **5128770** | | | - | | **Warranty** | X | X | | |
| **Gabriel Rodriguez** **5300 West Highview Street #3** **Allentown, PA 18104** | | | | | | | | | **0.00** |
| Account No. **5094431** | | | - | | **Warranty** | X | X | | |
| **Gabriel Valdenegro** **4843 N 80th Lane** **Phoenix, AZ 85033** | | | | | | | | | **0.00** |

Sheet no. **1549** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                  **243.00**
(Total of this page)

In re   **Great Lakes Warranty Corporation**                              ,          Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5085914** | | | Warranty | | | | |
| **Gabriel Velasquez** **1526 S Longmore Court** **Chandler, AZ 85286** | | - | | | | | |
| | | | | | | | **207.50** |
| Account No. 5123790 | | | Warranty | | | | |
| **Gabriele Matthews** **25 Fulling Mill Rd.** **Rio Grande, NJ 08242** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5116704 | | | Warranty | | | | |
| **Gabriella Mitrofan** **1860 W 85th Street** **Cleveland, OH 44102** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5123210 | | | Warranty | | | | |
| **Gabrielle D Campbell** **1950 Scott Rd** **New Marshfield, OH 45766** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5109305 | | | Warranty | | | | |
| **Gabrielle E Yarbrough** **20725 Melanie Drive** **Wittman, AZ 85361** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1550** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**207.50**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5125494 | | | | Warranty | | | | |
| Gabrielle Moleski 14209 St Rt 278 Nelosnville, OH 45764 | - | | | | | | | 95.00 |
| Account No. 5129898 | | | | Warranty | | | | |
| Gabrielle Roux 264 Mountain Avenue Princeton, NJ 08540 | - | | | | X | X | | 0.00 |
| Account No. 5103538 | | | | Warranty | | | | |
| Gabrielle Taylor 305 Katy Lane Englewood, OH 45322 | - | | | | X | X | | 0.00 |
| Account No. 5073069 | | | | Warranty | | | | |
| Gail A Crites 76935 Virtue Road New Comerstown, OH 43832 | - | | | | X | X | | 0.00 |
| Account No. 5123677 | | | | Warranty | | | | |
| Gail A Goss 2519 Old Erie Pike West Decatur, PA 16878 | - | | | | X | X | | 0.00 |

Sheet no. **1551** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   95.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123092** | | | | **Warranty** | | | | |
| **Gail A Sneathen 467 Handsmill Rd  Belleplain Woodbine, NJ 08270** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108094** | | | | **Warranty** | | | | |
| **Gail B Hall PO Box 90 Block Island, RI 02807** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126743** | | | | **Warranty** | | | | |
| **Gail Gerdelmann 1011 Washington Street Hainesport, NJ 08036** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092070** | | | | **Warranty** | | | | |
| **Gail J Kron 4652 Old William Penn Highway Monroeville, PA 15146** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109116** | | | | **Warranty** | | | | |
| **Gail L Dorris 7451 Antietam Lane Murfreesboro, TN 37130** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1552** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131941** | | | | Warranty | | | | |
| **Gail Lee Scerbo HCR #1 Box 613 Brodheadsville, PA 18322** | - | | | | X | X | | 0.00 |
| Account No. **5098765** | | | | Warranty | | | | |
| **Gail M Bittinger 511 Kaylynn Street SE Massillon, OH 44646** | - | | | | X | X | | 0.00 |
| Account No. **5105257** | | | | Warranty | | | | |
| **Gail M Machina 376 Adelaide Road Connellsville, PA 15425** | - | | | | X | X | | 0.00 |
| Account No. **5131509** | | | | Warranty | | | | |
| **Gail M Marotto 1041 Indian Mt Lake Albrightsville, PA 18210** | - | | | | X | X | | 0.00 |
| Account No. **5101930** | | | | Warranty | | | | |
| **Gail M Swatzel 14453 Shade Road Shade, OH 45776** | - | | | | X | X | | 0.00 |

Sheet no. **1553** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5110511** | | | | Warranty | | | | |
| **Gail Medlock** **5380 W Whitten Street** **Chandler, AZ 85226** | | - | | | X | X | | 0.00 |
| Account No. **5095176** | | | | Warranty | | | | |
| **Gail Settles** **2956 Gilbert Avenue NE** **Canton, OH 44705** | | - | | | X | X | | 0.00 |
| Account No. **5105178** | | | | Warranty | | | | |
| **Gail Warren** **1733 Hathaway Lane** **Upper St Clair, PA 15241** | | - | | | X | X | | 0.00 |
| Account No. **5110200** | | | | Warranty | | | | |
| **Gale J Barnes** **1433 Bell Road** **S Russell, OH 44022** | | - | | | X | X | | 0.00 |
| Account No. **5102318** | | | | Warranty | | | | |
| **Gale M Artemus** **305 Hathcock Court** **Columbia, SC 29210** | | - | | | | | | 338.50 |

Sheet no. **1554** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                338.50

In re **Great Lakes Warranty Corporation** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5077822** | | | | **Warranty** | | | | |
| **Gale Winters** **3303 West Monterey Street** **Chandler, AZ 85226** | - | | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130787** | | | | **Warranty** | | | | |
| **Galen Blair** **832 Young Avenue NE** **Canton, OH 44705** | - | | | | | | | |
| | | | | | | | | 329.99 |
| Account No. **5115277** | | | | **Warranty** | | | | |
| **Galen J Miller** **3082 E Oriole Way** **Chandler, AZ 85202** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127050** | | | | **Warranty** | | | | |
| **Galen P Hoffman III** **710 Vine St  Apt 2** **Perkasie, PA 18944** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130374** | | | | **Warranty** | | | | |
| **Gamalier J Velazquez** **103 Green Terrace  Apt 3** **Reading, PA 19601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1555** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          329.99

In re   **Great Lakes Warranty Corporation**               ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5123309 | | | Warranty | | | | |
| Gareth Edwards 2514 Nicholas Place NW Canton, OH 44708 | - | | | X | X | | 0.00 |
| Account No. 5094112 | | | Warranty | | | | |
| Gareth W Skar 715 N Maple Green Bay, WI 54303 | - | | | X | X | | 0.00 |
| Account No. 5113596 | | | Warranty | | | | |
| Garey L Lewis 1939 Kent Street Columbus, OH 43219 | - | | | X | X | | 0.00 |
| Account No. 5126634 | | | Warranty | | | | |
| Garland Hopkins 2701 Madison Street Apt 250 Chester, PA 19013 | - | | | X | X | | 0.00 |
| Account No. 5112689 | | | Warranty | | | | |
| Garnet M Mitchell 113 Perch Drive  PO Box 187 Kennerdell, PA 16374 | - | | | | | | 169.15 |

Sheet no.**1556** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal         | 169.15
(Total of this page)

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5087778** | | | | **Warranty** | | | | |
| **Garnett C Brock** **1311 Center Street** **Pittsburgh, PA 15221** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5095865** | | | | **Warranty** | | | | |
| **Garrett Lee Roth** **106 Beech Street** **Denver, PA 17517** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108057** | | | | **Warranty** | | | | |
| **Garrett M Patterson** **421 Spring Hill Rd** **Lexington, SC 29073** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128033** | | | | **Warranty** | | | | |
| **Garrett Murphy** **3439 Beck Road** **Butler, PA 16002** | - | | | | | | | |
| | | | | | | | | **741.76** |
| Account No. **5120782** | | | | **Warranty** | | | | |
| **Garry E Matson** **977 Lindfield Dr** **South Park, PA 15129** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1557** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**741.76**

In re **Great Lakes Warranty Corporation** Case No. _____

_____ ,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5099030** | | | | Warranty | | | | |
| Garry E Smith 619 E Erie Street Chandler, AZ 85225 | - | | | | X | X | | 0.00 |
| Account No. 5114755 | | | | Warranty | | | | |
| Garry Smith 365 Crussell Road Piney Flats, TN 37686 | - | | | | X | X | | 0.00 |
| Account No. 5105466 | | | | Warranty | | | | |
| Garry T Hall II 9946 German Road Northeast, PA 16428 | - | | | | | | | 1,131.58 |
| Account No. 5085637 | | | | Warranty | | | | |
| Garry Webb 7062 Lookout Court Liberty Township, OH 45011 | - | | | | X | X | | 0.00 |
| Account No. 5079796 | | | | Warranty | | | | |
| Garth Hensley PO Box 1143 Mount Gay, WV 25637 | - | | | | | | | 95.00 |

Sheet no. **1558** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,226.58

In re **Great Lakes Warranty Corporation**                            , Case No. _____
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085112** | | | | Warranty | | | | |
| **Gary Baker** **779 Martin Street** **Greenville, OH 45331** | - | | | | | | | 197.82 |
| Account No. **5118902** | | | | Warranty | | | | |
| **Gary Barbee** **2235 E Taxidea Way** **Phoenix, AZ 85048** | - | | | | X | X | | 0.00 |
| Account No. **5092654** | | | | Warranty | | | | |
| **Gary Humphrey** **1355 W Highland Street** **Chandler, AZ 85224** | - | | | | X | X | | 0.00 |
| Account No. **5061266** | | | | Warranty | | | | |
| **Gary Johnson** **P.O. Box 21** **Pikeville, TN 37367** | - | | | | X | X | | 0.00 |
| Account No. **5082137** | | | | Warranty | | | | |
| **Gary Klein** **275 W Juniper Avenue #2102** **Gilbert, AZ 85233** | - | | | | X | X | | 0.00 |

Sheet no. **1559** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                197.82
(Total of this page)

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122469** | | Warranty | | | | | | |
| **Gary Madison** **6B Missouri AVe** **Cherry hill, NJ 08002** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5073720** | | Warranty | | | | | | |
| **Gary Martin** **2533 Burgundy Street** **New Orleans, LA 70117** | - | | | | | | | |
| | | | | | | | | **405.50** |
| Account No. **5083055** | | Warranty | | | | | | |
| **Gary McPeak** **179 Wolf Willow Crescent** **Edmonton, AB T5T1T3** **CANADA** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089527** | | Warranty | | | | | | |
| **Gary Schreiber** **567 Rosemar Road** **Morrisville, PA 19067** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108789** | | Warranty | | | | | | |
| **Gary Small** **816 Heilprin Avenue** **Woodbine, NJ 08270** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1560** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**405.50**

In re **Great Lakes Warranty Corporation**            Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5104238** | | | | | **Warranty** | | | | |
| **Gary Smith** **517 Rosslyn Avenue** **Springdale, PA 15144** | | - | | | | | | | **197.50** |
| Account No. **5078137** | | | | | **Warranty** | | | | |
| **Gary Stiegerwald** **410 Royal Palm Boulevard** **Charleston, SC 29407** | | - | | | | X | X | | **0.00** |
| Account No. **5101467** | | | | | **Warranty** | | | | |
| **Gary Swope** **222 BEams Rd** **Luthesburg, PA 15848** | | - | | | | X | X | | **0.00** |
| Account No. **5132309** | | | | | **Warranty** | | | | |
| **Gary Wood** **10244 Chigoza Pine Avenue** **Las Vegas, NV 89135** | | - | | | | X | X | | **0.00** |
| Account No. **5101413** | | | | | **Warranty** | | | | |
| **Gary A Eagler** **310 Carmel Street** **Northern Cambria, PA 15714** | | - | | | | X | X | | **0.00** |

Sheet no. **1561** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **197.50**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. **5096166** | | | | Warranty | | | | |
| **Gary A Haider** **2701 Main Street** **Munhall, PA 15120** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089654** | | | | Warranty | | | | |
| **Gary A Jordan** **53594 #9 Road  PO Box 296** **Reedsville, OH 45772** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116883** | | | | Warranty | | | | |
| **Gary Adams** **2560 Gallows Hill Road** **Kintnersville, PA 18930** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123356** | | | | Warranty | | | | |
| **Gary Alberding** **24 Private Rd 6051** **Marion Center, PA 15759** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103736** | | | | Warranty | | | | |
| **Gary Baginski** **3011 Pipkin Hills Drive** **Springhill, TN 37174** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1562** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5129173 | | | | Warranty | | | | |
| Gary Bee 1581 Pekin Drive SE Lot 38 East Canton, OH 44730 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5097326 | | | | Warranty | | | | |
| Gary Bluestein 19 Pioneer Circle Sharon, MA 02067 | - | | | | | | | |
| | | | | | | | | 1,405.72 |
| Account No. 5090621 | | | | Warranty | | | | |
| Gary Bohinsky 373 State Street Baden, PA 15005 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5068578 | | | | Warranty | | | | |
| Gary Boyd 1132 Princeton Avenue Celina, OH 45822 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5074415 | | | | Warranty | | | | |
| Gary Byrnes 24145 W Tonto Street Buckeye, AZ 85236 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1563** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     1,405.72

In re  **Great Lakes Warranty Corporation**                          Case No. _____
                                                          ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100397** | | | **Warranty** | | | | |
| **Gary C Hebert** **212 Exeter Lane** **Blountville, TN 37617** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114909** | | | **Warranty** | | | | |
| **Gary C Hill** **60 Churchill Road** **Pittsburgh, PA 15235** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130410** | | | **Warranty** | | | | |
| **Gary C McBride** **PO Box 31** **Romney, WV 26757** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101067** | | | **Warranty** | | | | |
| **Gary C Shriver** **117 Mill Road** **Lancaster, OH 43130** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107333** | | | **Warranty** | | | | |
| **Gary Campbell** **4280 Center Road** **Zanesville, OH 43701** | - | | | | | | |
| | | | | | | | 1,179.15 |

Sheet no. **1564** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,179.15

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130089** | | | Warranty | | | | |
| **Gary Cannon**<br>**2004 Plateau Street**<br>**Pittsburgh, PA 15210** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5128699** | | | Warranty | | | | |
| **Gary Cheatle**<br>**865 South Michael Road**<br>**Saint MArys, PA 15857** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126802** | | | Warranty | | | | |
| **Gary Clark**<br>**344 Clark Road**<br>**Bristol, TN 37620** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131218** | | | Warranty | | | | |
| **Gary Clay**<br>**223 Paddock Circle West**<br>**Powell, OH 43065** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5098354** | | | Warranty | | | | |
| **Gary Cole**<br>**45 Logan Way**<br>**W Ossippe, NH 03890** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1565** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**              ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5067995** | | | | Warranty | | | | |
| **Gary Colonna** **2629 Ridge Road Ext.** **Baden, PA 15005** | | - | | | X | X | | 0.00 |
| Account No. 5112982 | | | | Warranty | | | | |
| **Gary Cron Jr** **204 N Main Street** **DeGraff, OH 43318** | | - | | | X | X | | 0.00 |
| Account No. 5129054 | | | | Warranty | | | | |
| **Gary Crooks Sr** **7972 Macklin Street** **Las Vegas, NV 89129** | | - | | | X | X | | 0.00 |
| Account No. 5088357 | | | | Warranty | | | | |
| **Gary D Harman** **204 Eagle Pointe Drive** **Columbia, SC 29229** | | - | | | X | X | | 0.00 |
| Account No. 5112721 | | | | Warranty | | | | |
| **Gary D Reed** **3318 Nolo Road** **Penn Run, PA 15765** | | - | | | X | X | | 0.00 |

Sheet no.**1566** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5106788** | | | | | **Warranty** | | | | |
| **Gary D Reising**<br>**39 Winard Circle**<br>**Sellersville, Pa 18960** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5060780** | | | | | **Warranty** | | | | |
| **Gary Deeter**<br>**235 Jefferson St**<br>**New Madison, OH 45346** | - | | | | | | | | |
| | | | | | | | | | **449.03** |
| Account No. **5127279** | | | | | **Warranty** | | | | |
| **Gary Dickson**<br>**3890 Bainridge Drive**<br>**Medina, OH 44256** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5114212** | | | | | **Warranty** | | | | |
| **Gary Duvall**<br>**179 Grant Street**<br>**Homestead, PA 15120** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5093037** | | | | | **Warranty** | | | | |
| **Gary E Kissinger**<br>**64 Cross Key Road**<br>**Bernville, PA 19506** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **1567** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **449.03**

In re  **Great Lakes Warranty Corporation**                                    ,      Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123725** | | | | **Warranty** | | | | |
| **Gary E Sullivan** **2644 Orchard Run Dr** **Dayton, OH 45449** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131107** | | | | **Warranty** | | | | |
| **Gary Egenlauf** **410 Stephens Street** **Connellsville, PA 15425** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5096088** | | | | **Warranty** | | | | |
| **Gary Farmer** **460 Sweet Pea Lane** **Swansea, SC 29160** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125550** | | | | **Warranty** | | | | |
| **Gary French** **229 Richmond Drive** **Jeanette, PA 15644** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5094696** | | | | **Warranty** | | | | |
| **Gary G Jackson** **143 S Joslyn Dr** **Verona, PA 15147** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1568**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            **0.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5103295 | | | | Warranty | | | | |
| Gary Goodman 1350 S Greenfield #1150 Mesa, AZ 85206 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5067007 | | | | Warranty | | | | |
| Gary Greenwood 220 North 22nd Unit 1111 Mesa, AZ 85212 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5066915 | | | | Warranty | | | | |
| Gary Gresh 1061 Crest Drive Crescent, PA 15046 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099820 | | | | Warranty | | | | |
| Gary Grube P.O. Box 221 Perkasie, PA 18944 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108199 | | | | Warranty | | | | |
| Gary Guinn 9724 Woodland Drive Hanover, PA 17331 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 1569 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5099937** | | | | | Warranty | | | | |
| **Gary Hartley** **742 Shaw Avenue** **Monroeville, PA 15146** | - | | | | | | | | 441.68 |
| Account No. 5131150 | | | | | Warranty | | | | |
| **Gary Hatton** **12425 Walnut Drive** **Conneaut Lake, PA 16316** | - | | | | | X | X | | 0.00 |
| Account No. 5094543 | | | | | Warranty | | | | |
| **Gary Himelfarb** **7005 Arandale Road** **Bethesda, MD 20817** | - | | | | | X | X | | 0.00 |
| Account No. 5087820 | | | | | Warranty | | | | |
| **Gary Howard** **6446 East Trailridge Circle #14** **Mesa, AZ 85215** | - | | | | | X | X | | 0.00 |
| Account No. 5120185 | | | | | Warranty | | | | |
| **Gary Hume** **1060 Kennesaw Blvd** **Gallatin, TN 37066** | - | | | | | | | | 358.36 |

Sheet no. **1570** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

800.04

In re **Great Lakes Warranty Corporation**                     ,      Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5111293 | | | Warranty | | | | |
| Gary J Geldhof JR 755 Pleasant Ave Peckville, PA 18452 | - | | | X | X | | 0.00 |
| Account No. 5121475 | | | Warranty | | | | |
| Gary J Lemon 275 Fairview Dr Lower Burrell, PA 15068 | - | | | X | X | | 0.00 |
| Account No. 5078172 | | | Warranty | | | | |
| Gary J McCain 7951 Evergreen Lane Middletown, OH 45044 | - | | | | | | 1,229.86 |
| Account No. 5103472 | | | Warranty | | | | |
| Gary K Greene 911 Still Spring Run Inman, SC 29349 | - | | | X | X | | 0.00 |
| Account No. 5128673 | | | Warranty | | | | |
| Gary Kitchen 305 B Longfellow Vandergrift, PA 15690 | - | | | X | X | | 0.00 |

Sheet no. **1571** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,229.86**

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5102550** | | | | | **Warranty** | | | | |
| **Gary L Beers** **10937 Route 8** **Wattsburg, PA 16442** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5101843** | | | | | **Warranty** | | | | |
| **Gary L Boyd** **11367 E Dreyfus Avenue** **Scottsdale, AZ 85259** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5101158** | | | | | **Warranty** | | | | |
| **Gary L Braglin Jr** **11 North St** **Glouster, OH 45735** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5122356** | | | | | **Warranty** | | | | |
| **Gary L Byers** **1113 Hillcrest Rd** **Akron, PA 17501** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5116315** | | | | | **Warranty** | | | | |
| **Gary L Cox** **1187 Fixler Road** **Wadsworth, OH 44281** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1572** of **4906** sheets attached to Schedule of                          Subtotal                      0.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

In re **Great Lakes Warranty Corporation**                                      ,     Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5105845** | | | | **Warranty** | | | | |
| **Gary L Gracely Jr**<br>**242 Naftzingertown Road**<br>**Mohrsville, PA 19541** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5077030** | | | | **Warranty** | | | | |
| **Gary L Jackson Jr**<br>**68 Ludwig Road**<br>**Armagh, PA 15920** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5038238** | | | | **Warranty** | | | | |
| **Gary L Jarvis**<br>**30555 lake Logan Rd Lot #8**<br>**Logan, Oh 43138** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108958** | | | | **Warranty** | | | | |
| **Gary L Krantz**<br>**202 Cindalyn Drive**<br>**New Holland, PA 17557** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5078430** | | | | **Warranty** | | | | |
| **Gary L Pehrson**<br>**315 East Alcott Avenue**<br>**Fergus Falls, MN 56537** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1573** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

In re   **Great Lakes Warranty Corporation**               ,    Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5117905<br><br>**Gary L Rohrbach**<br>**2863 Hauck Rd**<br>**Green Lane, PA 18054** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. 5121617<br><br>**Gary L Wolverton**<br>**1006 Wallace St**<br>**Vandergrift, PA 15690** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. 5125130<br><br>**Gary Lee Fisher**<br>**1910 River Chase Rd**<br>**Hixson, TN 37343** | - | | | **Warranty** | | | | 119.20 |
| Account No. 5094958<br><br>**Gary Lester**<br>**8126 E Morgan Trail**<br>**Scottsdale, AZ 85258** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. 5131600<br><br>**Gary Lin Miller**<br>**10 Whitehall Drive**<br>**Robensia, PA 19551** | - | | | **Warranty** | X | X | | 0.00 |

Sheet no. **1574** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal<br>                               (Total of this page)     **119.20**

In re   **Great Lakes Warranty Corporation**        ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5096884** | | | | **Warranty** | | | | |
| **Gary Lucas** **812 Madison Avenue** **Cambridge, OH 43725** | - | | | | X | X | | 0.00 |
| Account No. **5086680** | | | | **Warranty** | | | | |
| **Gary M Gaia** **5283 Highway 3** **Sarah, MS 38665** | - | | | | X | X | | 0.00 |
| Account No. **5093227** | | | | **Warranty** | | | | |
| **Gary M Keaton** **P.O. Box 891** **Charleston, SC 29402** | - | | | | X | X | | 0.00 |
| Account No. **5077292** | | | | **Warranty** | | | | |
| **Gary M Norman** **216 Allendale Drive** **Friendsville, TN 37737** | - | | | | X | X | | 0.00 |
| Account No. **5092901** | | | | **Warranty** | | | | |
| **Gary Macciocchi** **43255 De Luz Road** **Temecula, CA 92590** | - | | | | X | X | | 0.00 |

Sheet no. **1575** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal            **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5087449** | | | Warranty | | | | |
| **Gary Maynor** **1204 Evening Star** **East Canton, OH 44730** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5125070 | | | Warranty | | | | |
| **Gary McCloy** **519 Rail Road St PO Box 1** **Stockdale, PA 15483** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5130712 | | | Warranty | | | | |
| **Gary McDonnell** **6800 Feeder Run Circle** **Canal Fulton, OH 44614** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5118261 | | | Warranty | | | | |
| **Gary McNair** **4126 N Lockwood** **Toledo, OH 43612** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5131820 | | | Warranty | | | | |
| **Gary Meyer** **121 Pikemont Drive** **Wexford, PA 15090** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1576** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5096930** | | | | Warranty | | | | |
| **Gary Minteer** **309 E Falls Street** **New Castle, PA 16101** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127644** | | | | Warranty | | | | |
| **Gary Misenhelder** **611 Park Street** **Martins Ferry, OH 43935** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107623** | | | | Warranty | | | | |
| **Gary Newhart** **165 Fieldstone Way** **Lebanon, OH 45036** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5065933** | | | | Warranty | | | | |
| **Gary Ott** **909 Lafayette Street #905** **Denver, CO 80218** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116408** | | | | Warranty | | | | |
| **Gary P Sautters** **809 Plymouth Court NW** **Canton, OH 44703** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1577** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5111820** | | | **Warranty** | | | | |
| **Gary Pears** **8217 Holly Road** **Brentwood, TN 37027** | - | | | X | X | | 0.00 |
| Account No. **5065087** | | | **Warranty** | | | | |
| **Gary Petry** **9015 Fairway Hill Drive** **Austin, TX 78750** | - | | | | | | 308.04 |
| Account No. **5072070** | | | **Warranty** | | | | |
| **Gary Pirri** **212 Old Barn Path** **Marshfield, MA 02050** | - | | | | | | 480.00 |
| Account No. **5097081** | | | **Warranty** | | | | |
| **Gary R Baker** **1122 Everbright Drive** **Uniontown, OH 44685** | - | | | X | X | | 0.00 |
| Account No. **5094407** | | | **Warranty** | | | | |
| **Gary R Bost** **307 Village Lane** **West Mifflin, PA 15122** | - | | | X | X | | 0.00 |

Sheet no. **1578** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

788.04

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5103858** | | | | **Warranty** | | | | |
| **Gary R Calhoun** **196 Scenic Circle** **Tellico Plains, TN 37385** | - | | | | X | X | | 0.00 |
| Account No. **5095985** | | | | **Warranty** | | | | |
| **Gary R McCall** **1007 Laurel Boulevard** **Pottsville, PA 17901** | - | | | | X | X | | 0.00 |
| Account No. **5094495** | | | | **Warranty** | | | | |
| **Gary R Mobley** **1515 Anatole Court** **Murfreesboro, TN 37130** | - | | | | X | X | | 0.00 |
| Account No. **5112684** | | | | **Warranty** | | | | |
| **Gary R Mohney** **126 N Mulberry Street** **New Castle, PA 16101** | - | | | | X | X | | 0.00 |
| Account No. **5129295** | | | | **Warranty** | | | | |
| **Gary Ryan** **8516 Old Ivory Way** **Bucklick, OH 43004** | - | | | | X | X | | 0.00 |

Sheet no. **1579** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099363** | | | | Warranty | | | | |
| **Gary S Kowalo** **273 Rogers Mill Road** **Normalville, PA 15469** | - | | | | X | X | | 0.00 |
| Account No. **5093224** | | | | Warranty | | | | |
| **Gary S Waldron** **532 Main St** **Coal Township, PA 17866** | - | | | | X | X | | 0.00 |
| Account No. **5131449** | | | | Warranty | | | | |
| **Gary Sanudosky** **4736 Poplar Street** **West Mifflin, PA 15122** | - | | | | | | | 553.17 |
| Account No. **5100277** | | | | Warranty | | | | |
| **Gary Saunier** **3503 Dueber Avenue SW** **Canton, OH 44706** | - | | | | X | X | | 0.00 |
| Account No. **5115550** | | | | Warranty | | | | |
| **Gary Schreffler** **611 E Elm Street** **Tamaqua, PA 18252** | - | | | | X | X | | 0.00 |

Sheet no. **1580** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **553.17**

In re **Great Lakes Warranty Corporation**                              Case No. _____
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127067** | | | | **Warranty** | | | | |
| **Gary Schulz** **3 Crawford Lane** **Gordonsville, TN 38563** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110929** | | | | **Warranty** | | | | |
| **Gary Shelton** **845 S Kenny Way** **Las Vegas, NV 89107** | | - | | | | | | |
| | | | | | | | | **446.93** |
| Account No. **5093969** | | | | **Warranty** | | | | |
| **Gary Stegenga** **386 Booth Road** **Washington, PA 15301** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120829** | | | | **Warranty** | | | | |
| **Gary T Murray** **207 Sunshine Crest Ct** **Apex, NC 27502** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128665** | | | | **Warranty** | | | | |
| **Gary Topp Jr** **228 South Union** **Emporia, KS 66801** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1581** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**446.93**

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5129097 | | | Warranty | | | | |
| Gary Vanmook 539 Old Mill Road Pittsburgh, PA 15238 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5093597 | | | Warranty | | | | |
| Gary Voorhies 1660 McMahon Hollow Rd Pleasant View, TN 37146 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5094544 | | | Warranty | | | | |
| Gary W Benz Sr 128 Addison Avenue Franklin, TN 37064 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5082927 | | | Warranty | | | | |
| Gary W Benz Sr 1724 General George Patton Drive Brentwood, TN 37027 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5108277 | | | Warranty | | | | |
| Gary W Simmons 2009 Frosty Hollow Road Roaring Spring, PA 16673 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1582** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re __**Great Lakes Warranty Corporation**_____,   Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5101598 | | | Warranty | | | | |
| Gary W Smith Jr 168 S Grant Street Manheim, PA 17545 | - | | | X | X | | 0.00 |
| Account No. 5124884 | | | Warranty | | | | |
| Gary W Thomas 2294 Park Ave West Mansfield, OH 44906 | - | | | | | | 156.78 |
| Account No. 5124555 | | | Warranty | | | | |
| Gary Wallace 708 Morrell Avenue Connelsville, PA 15425 | - | | | X | X | | 0.00 |
| Account No. 5126564 | | | Warranty | | | | |
| Gary Wilson 27679 155th Place Sturgeon Lake, MN 55783 | - | | | X | X | | 0.00 |
| Account No. 5099087 | | | Warranty | | | | |
| Gary Wilson Manges 110 Starboard Villa  Apt 108 Greensburg, PA 15601 | - | | | X | X | | 0.00 |

Sheet no.__1583__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  156.78

In re **Great Lakes Warranty Corporation**,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **5066924** | | | | | | Warranty | | | | |
| **Gary Wispelaere** **16677 E. Westby Dr # 205** **Fountian Hills, AZ 85208** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5126665** | | | | | | Warranty | | | | |
| **Gary Yarbrough** **7452 Hwy 151** **Lafayette, GA 30728** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5087959** | | | | | | Warranty | | | | |
| **Gavin Curtis** **2006 S Main Street** **Moscow, ID 83843** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5124683** | | | | | | Warranty | | | | |
| **Gavin Newsome** **4568 Knotty Oaks Road** **Memphis, TN 38141** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5074344** | | | | | | Warranty | | | | |
| **Gavin O Bruhier** **12827 N Palm Street** **El Mirage, AZ 85335** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |

Sheet no. **1584** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation**                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093544** | | | | **Warranty** | | | | |
| **Gavrao Bardia** **9125 E Purdue Avenue  #209** **Scottsdale, AZ 85288** | - | | | | X | X | | 0.00 |
| Account No. **5100546** | | | | **Warranty** | | | | |
| **Gayla  Farokh** **5925 Willowross Way** **Plano, TX 75093** | - | | | | X | X | | 0.00 |
| Account No. **5122078** | | | | **Warranty** | | | | |
| **Gayla Coryellbattle** **16728 N Palo Rojo Rd** **Maricopa, AZ 85138** | - | | | | X | X | | 0.00 |
| Account No. **5126394** | | | | **Warranty** | | | | |
| **Gayle Brook** **4504 Salt Marsh Circle** **Pawleys Island, SC 29585** | - | | | | X | X | | 0.00 |
| Account No. **5130257** | | | | **Warranty** | | | | |
| **Gayle Flaherty** **11113 Blossom Ave** **Parma, OH 44130** | - | | | | X | X | | 0.00 |

Sheet no.**1585**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5086888 <br><br> Gayle Lynn Welever <br> 1028 South Acres <br> Anderson, SC 29625 | | - | | Warranty | | | | 771.60 |
| Account No. 5129751 <br><br> Gayle Morgan <br> 1707 Claire Ct <br> Murfreesboro, TN 37129 | | - | | Warranty | X | X | | 0.00 |
| Account No. 5068323 <br><br> Gaylord Coffman <br> 188 TR 1990 <br> Jeromesville, OH 44840 | | - | | Warranty | X | X | | 0.00 |
| Account No. 5132322 <br><br> Geaunita Huggins <br> 2429 Zackview Drive <br> Darlington, SC 29540 | | - | | Warranty | X | X | | 0.00 |
| Account No. 5105605 <br><br> Geeta C Shanbhag <br> S Church Street Ext <br> Roebuck, SC 29376 | | - | | Warranty | | | | 274.20 |

Sheet no. **1586** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

1,045.80

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____
                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5070413** | | **Warranty** | | | | | | |
| **Geewon Kim** **20 Mission Rd** **Sedona, AZ 86336** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106558** | | **Warranty** | | | | | | |
| **Gelena R Motes** **14 Hill Pines Court** **Columbia, SC 29210** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107900** | | **Warranty** | | | | | | |
| **Gemma V Crawford** **214 E 25th Avenue  #102** **North Wildwood, NJ 08260** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102223** | | **Warranty** | | | | | | |
| **Gena D Robinson** **2409 Main Street** **Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130567** | | **Warranty** | | | | | | |
| **Gene Brown** **1327 Valley Road** **Coatesville, PA 19320** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1587**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                     Case No. _____

_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5066038** | | | Warranty | | | | |
| **Gene Daniele**<br>**432 Eigth Street**<br>**Donora, PA 15033** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5064572** | | | Warranty | | | | |
| **Gene Fritz**<br>**4654 E. Mountain Vista Dr**<br>**Phoenix, AZ 85048** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121568** | | | Warranty | | | | |
| **Gene Gilbert**<br>**715 Daria Ct**<br>**Houston, TX 77079** | - | | | | | | |
| | | | | | | | 177.50 |
| Account No. **5100230** | | | Warranty | | | | |
| **Gene L Flatt**<br>**502 Essex Lane**<br>**Mesa, AZ 85208** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5085172** | | | Warranty | | | | |
| **Gene L. Markey**<br>**88 Hillcrest Lane**<br>**Kenton, OH 43326** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1588** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **177.50**

In re   **Great Lakes Warranty Corporation**               ,     Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5064873** | | | | **Warranty** | | | | |
| **Gene Phipps** **14406 Groveleigh Lane** **Cypress, TX 77429** | - | | | | X | X | | 0.00 |
| Account No. **5088686** | | | | **Warranty** | | | | |
| **Gene Riepensell** **808 N Eleventh Street** **Allentown, PA 18102** | - | | | | X | X | | 0.00 |
| Account No. **5088624** | | | | **Warranty** | | | | |
| **Gene W Lane** **4841 Mulberry Street** **Philadelphia, PA 19124** | - | | | | X | X | | 0.00 |
| Account No. **5127767** | | | | **Warranty** | | | | |
| **Geneth Jones** **7674 Hampton Cove** **Las Vegas, NV 89139** | - | | | | X | X | | 0.00 |
| Account No. **5091037** | | | | **Warranty** | | | | |
| **Genetia Harrison** **385 W Pierson Street  A4** **Phoenix, AZ 85013** | - | | | | X | X | | 0.00 |

Sheet no. **1589** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
              (Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129885** | | | **Warranty** | | | | |
| **Geneva Dawkins** **855 Easter Street** **Columbia, SC 28203** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122026** | | | **Warranty** | | | | |
| **Genevieve H Mauro** **175 7th St Ext** **New Kensington, PA 15068** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113704** | | | **Warranty** | | | | |
| **Gennady Brayman** **4208 Elm Crest Drive** **West Bloomfield, MI 48322** | | - | | | | | |
| | | | | | | | 980.00 |
| Account No. **5104165** | | | **Warranty** | | | | |
| **Gentry Chiropractic LLC** **679 Orangeburg Road A** **Summerville, SC 29483** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5093896** | | | **Warranty** | | | | |
| **Geo P Matthews Jr** **1075 E Main Street** **Roaring Springs, PA 16673** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**1590** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **980.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109890** | | Warranty | | | | | | |
| **Geoff Heidke** **4039 N 141st Drive** **Goodyear, AZ 85395** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108273** | | Warranty | | | | | | |
| **Geoffrey Bean** **212 North Iroquois Street** **Laurium, MI 49913** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107985** | | Warranty | | | | | | |
| **Geoffrey Gournet** **820 Paxinosa Street** **Easton, PA 18042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5047960** | | Warranty | | | | | | |
| **Geoffrey I Scott** **2528 Grace Chapel Rd** **Wadmalaw Island, SC 29407** | - | | | | | | | |
| | | | | | | | | 319.50 |
| Account No. **5126256** | | Warranty | | | | | | |
| **Geoffrey Magaziner** **7200 Atlantic Avenue** **Wildwood, NJ 08260** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1591** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

319.50

In re     **Great Lakes Warranty Corporation**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5086207 | | | | Warranty | | | | |
| Geoffrey P Davis 751 Nordeen Drive West Mifflin, PA 15122 | - | | | | X | X | | 0.00 |
| Account No. 5111209 | | | | Warranty | | | | |
| Geoffrey Twigg 16 W Greenhouse Rd Dillsburg, PA 17019 | - | | | | X | X | | 0.00 |
| Account No. 5094153 | | | | Warranty | | | | |
| Geoffrey Vickers 1345 Bell Road  #444 Antioch, TN 37013 | - | | | | | | | 349.18 |
| Account No. 5103423 | | | | Warranty | | | | |
| George  Barker 6086 Chester Rd Arlington, TN 38002 | - | | | | X | X | | 0.00 |
| Account No. 5120619 | | | | Warranty | | | | |
| George  Bryant 1046 Boswell Rd  PO Box 1032 Munford, TN 38058 | - | | | | X | X | | 0.00 |

Sheet no. **1592** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

349.18

In re __Great Lakes Warranty Corporation_____,     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5081266** | | | **Warranty** | | | | |
| **George Gonard** **13100 Havan Rd** **Garfield Heights, OH 44125** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107758** | | | **Warranty** | | | | |
| **George Hefner** **175 Mt Pleasant Road** **Belle Vernon, PA 15012** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5056490** | | | **Warranty** | | | | |
| **George Lisle** **1363 Headquaters Plantation D** **Johns Island, SC 29455** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5072376** | | | **Warranty** | | | | |
| **George Rand** **55 S Locust Ave** **Marlton, NJ 08053** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5117827** | | | **Warranty** | | | | |
| **George Taylor Jr** **1362 S Vineyard #2110** **Mesa, AZ 85240** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.__**1593**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**                              Case No. _____

,

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5079897 | | | Warranty | | | | | |
| George  Washington Jr 158 Crescent Garden Drive Pittsburgh, PA 15235 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5115159 | | | Warranty | | | | | |
| George A Dzura Sr 975 North Market Street Jefferson, OH 44047 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5050081 | | | Warranty | | | | | |
| George A Hoy 1817 N 59th Cir Mesa, AZ 85205 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5064567 | | | Warranty | | | | | |
| George A Laws 918 Hill Hollow Road Sevierville, TN 37876 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122718 | | | Warranty | | | | | |
| George A Letender 151 Chasity Dr Aliquippa, PA 15001 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1594** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation**       Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5123331 | | | | Warranty | | | | |
| George A Perry 164 Mt Lebanon Blvd Pittsburgh, PA 15228 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129146 | | | | Warranty | | | | |
| George Ashton 321 Roberts Avenue Wildwood, NJ 08260 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5062014 | | | | Warranty | | | | |
| George Brink Jr. 1481 Alexander SE Canton, OH 44709 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125691 | | | | Warranty | | | | |
| George Brokaw III 1250 North Street Apt 9 Martins Ferry, OH 43935 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096567 | | | | Warranty | | | | |
| George Brosky 270 Rattlesnake Road Brockway, PA 15824 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1595** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                            ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095607** | | | | **Warranty** | | | | |
| **George C Vasquez** **8405 S College Lane** **Tempe, AZ 85284** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099997** | | | | **Warranty** | | | | |
| **George Colaneri** **1175  Calla Road E  A122** **Poland, OH 44514** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101416** | | | | **Warranty** | | | | |
| **George Cullen** **132 Glenwood Drive** **Elizabeth, PA 15037** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092330** | | | | **Warranty** | | | | |
| **George Curran** **7494 East Earll Drive #114** **Scottsdale, AZ 85251** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119408** | | | | **Warranty** | | | | |
| **George D McCaughey** **45 Holly Hill Rd** **Richboro, PA 18954** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1596** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                0.00
(Total of this page)

In re **Great Lakes Warranty Corporation**,     Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5106506** | | | | **Warranty** | | | | |
| **George Duck**<br>**6040 Lake O Springs Avenue NW**<br>**Canton, OH 44718** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112576** | | | | **Warranty** | | | | |
| **George E Camp**<br>**1722 Yotk Dr**<br>**Columbia, SC 29204** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124431** | | | | **Warranty** | | | | |
| **George E Anderson**<br>**53760 Dutch Ridge Rd Box 112**<br>**New Rumley, OH 43984** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5074360** | | | | **Warranty** | | | | |
| **George E Bailey**<br>**229 Virginia Avenue**<br>**Chester, WV 26034** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106620** | | | | **Warranty** | | | | |
| **George E Day Sr**<br>**7 Eastwood Lane**<br>**Pottsville, PA 17901** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1597** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

         Subtotal      **0.00**
(Total of this page)

In re  **Great Lakes Warranty Corporation** ,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5107010** | | | | **Warranty** | | | | |
| **George E Errig Jr** **1036 Williamstown Road** **Franklinville, NJ 08322** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110134** | | | | **Warranty** | | | | |
| **George E Williams** **1220 Player Street** **Newberry, SC 29108** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5082252** | | | | **Warranty** | | | | |
| **George E Williams II** **1181 Primm Road** **Ashland City, TN 37015** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5082031** | | | | **Warranty** | | | | |
| **George Eber** **9 Torrey Pines Way** **Brentwood, TN 37027** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130234** | | | | **Warranty** | | | | |
| **George Ebersole** **536 New Street** **Roaring Spring, PA 16673** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**1598** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

In re **Great Lakes Warranty Corporation** ,    Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5066039 | | | | | Warranty | | | | |
| George Engisch 5737 E. Horseshoe Road Paradise Valley, AZ 85253 | - | | | | | X | X | | 0.00 |
| Account No. 5098653 | | | | | Warranty | | | | |
| George English Oldham IV 341 Childe Harolds Circle Brentwood, TN 37027 | - | | | | | X | X | | 0.00 |
| Account No. 5075744 | | | | | Warranty | | | | |
| George F Harding Jr 5100 Scenic Road Murrysville, PA 15668 | - | | | | | X | X | | 0.00 |
| Account No. 5084723 | | | | | Warranty | | | | |
| George F Metz 19865 Elton Rd Sidney, OH 45365 | - | | | | | X | X | | 0.00 |
| Account No. 5117099 | | | | | Warranty | | | | |
| George Fabian 129 Herring Lane Uniontown, PA 15401 | - | | | | | X | X | | 0.00 |

Sheet no. 1599 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        0.00

In re   **Great Lakes Warranty Corporation**                                                    ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5067023** | | | | Warranty | | | | |
| **George Ferry** **1271 Lambert Circle** **Sacramento, CA 95838** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102355** | | | | Warranty | | | | |
| **George Fyock** **865A Sheldon Court** **Wheaton, IL 60187** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093850** | | | | Warranty | | | | |
| **George G Huff** **325 Ninth Street NW** **North Canton, OH 44720** | - | | | | | | | |
| | | | | | | | | 1,424.50 |
| Account No. **5089437** | | | | Warranty | | | | |
| **George Gamber** **1035 Washington Road** **Pittsburgh, PA 15228** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091748** | | | | Warranty | | | | |
| **George Gaugler IV** **998 North Bent Road** **Hatfield, PA 19440** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1600**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     1,424.50

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5070990** | | | | **Warranty** | | | | |
| **George Gibbs** **1271 N Jackson St** **Chandler, AZ 85225** | - | | | | X | X | | 0.00 |
| Account No. **5102521** | | | | **Warranty** | | | | |
| **George Ginter** **3400 Todd Road** **Lexington, KY 40509** | - | | | | X | X | | 0.00 |
| Account No. **5111029** | | | | **Warranty** | | | | |
| **George Gnatovich** **8711 E Pinnacle Peak Road 174** **Scottsdale, AZ 85255** | - | | | | X | X | | 0.00 |
| Account No. **5078596** | | | | **Warranty** | | | | |
| **George H Blair** **7 Hansom Lane** **Marlboro, NJ 07746** | - | | | | X | X | | 0.00 |
| Account No. **5098054** | | | | **Warranty** | | | | |
| **George H Britton Jr** **423 Wet Spruce Street** **Mahonoy City, PA 17948** | - | | | | X | X | | 0.00 |

Sheet no. **1601** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5117285 | | | | Warranty | | | | |
| George H Hoffman 126 Grassmere Lane Elgin, SC 29045 | - | | | | X | X | | 0.00 |
| Account No. 5124349 | | | | Warranty | | | | |
| George H Johnson Sr 2121 Anderson Anthony Warren, OH 44481 | - | | | | X | X | | 0.00 |
| Account No. 5112666 | | | | Warranty | | | | |
| George H Johnston 5295 White Tail Circle Wadsworth, OH 44281 | - | | | | X | X | | 0.00 |
| Account No. 5131636 | | | | Warranty | | | | |
| George Handy 1705 Catawba Street Columbia, SC 29205 | - | | | | X | X | | 0.00 |
| Account No. 5123299 | | | | Warranty | | | | |
| George Hickok 7 Royal Oaks Drive Charleroi, PA 15022 | - | | | | X | X | | 0.00 |

Sheet no. <u>1602</u> of <u>4906</u> sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation**                          ,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125064** | | | | **Warranty** | | | | |
| **George Holladay** **1100 Salem Church Road** **Irmo, SC 29063** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117380** | | | | **Warranty** | | | | |
| **George J Phillips** **105 Rockwood Road** **Wilmington, DE 19809** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126716** | | | | **Warranty** | | | | |
| **George Jackson** **443 W. Spicer Avenue** **Wildwood, NJ 08260** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112602** | | | | **Warranty** | | | | |
| **George Jordan** **341 Siloam Church road** **Rutledge, AL 36071** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115207** | | | | **Warranty** | | | | |
| **George K Walters** **13379 Ault Road NW** **Pickerington, OH 43147** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1603** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**         Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131743** | | | | Warranty | | | | |
| **George Koppany** **3511 Chalfont Drive** **Philadelphia, PA 19154** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5074804** | | | | Warranty | | | | |
| **George Koutris** **9 Maple Drive** **Colts Neck, NJ 07722** | - | | | | | | | |
| | | | | | | | | 637.00 |
| Account No. **5123590** | | | | Warranty | | | | |
| **George L  Bunting** **2815 Norcom Rd** **Philadelphia, PA 19154** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101445** | | | | Warranty | | | | |
| **George L Benjamin** **925 Hamlet Court  Apt 6** **Monroeville, PA 15146** | - | | | | | | | |
| | | | | | | | | 764.10 |
| Account No. **5097700** | | | | Warranty | | | | |
| **George L Bright** **525  Hamilton Street** **Easton, PA 18042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1604** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

       Subtotal           **1,401.10**
(Total of this page)

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5121420** | | | | **Warranty** | | | | |
| **George L Bucher** **7810 Millerton Dr** **Centerville, OH 45459** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110083** | | | | **Warranty** | | | | |
| **George L Huey** **13103 Harpers Crossing** **Langhorne, PA 19047** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131621** | | | | **Warranty** | | | | |
| **George Lee III** **325 Wood Duck Road** **Columbia, SC 29223** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5095393** | | | | **Warranty** | | | | |
| **George Lewis Joseph** **609 Robson Street** **Manning, SC 29102** | - | | | | | | | |
| | | | | | | | | **249.12** |
| Account No. **5127135** | | | | **Warranty** | | | | |
| **George Lutz** **2044 Lincoln Court** **Reading, PA 19610** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1605** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**249.12**

In re **Great Lakes Warranty Corporation**                                         ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5112130** | | | | **Warranty** | | | | |
| **George M Bryant** **123 Clifton Street** **Greenwood, SC 29649** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113601** | | | | **Warranty** | | | | |
| **George M Pack** **3517 Spring Branch Drive** **Grove City, OH 43123** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5097980** | | | | **Warranty** | | | | |
| **George M Parker** **1215 Clement Drive** **Worthington, OH 43085** | - | | | | | | | |
| | | | | | | | | **817.92** |
| Account No. **5093813** | | | | **Warranty** | | | | |
| **George Manzannes** **3056 West 17th Street** **Yuma, AZ 85364** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121707** | | | | **Warranty** | | | | |
| **George Mazevski** **10016 Esteppe Drive** **Manassas, VA 20111** | - | | | | | | | |
| | | | | | | | | **297.00** |

Sheet no. **1606** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,114.92**

In re   **Great Lakes Warranty Corporation**                                     ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5104290** | | | | **Warranty** | | | | |
| **George Miller** **3421 Steele Road** **West Paducah, KY 42086** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130894** | | | | **Warranty** | | | | |
| **George Miller Markland** **4057 Hills Church Rd** **Export, PA 15632** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088370** | | | | **Warranty** | | | | |
| **George Mokodean** **3649 Farnham Street** **North Canton, OH 44720** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089349** | | | | **Warranty** | | | | |
| **George N Whitfield** **12497 N Crimson Vista Drive** **Marana, AZ 85658** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110807** | | | | **Warranty** | | | | |
| **George Nassoor** **201 East Lafayette Street** **Easton, PA 18042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1607** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **5129336** | | | **Warranty** | | | | |
| **George Nicholas** **269 Old Mill Road** **Apollo, PA 15613** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5120362** | | | **Warranty** | | | | |
| **George Olson** **124 Rosemont Ave** **Austintown, OH 44515** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5108504** | | | **Warranty** | | | | |
| **George P Goranitis** **9115 State Route 45** **Orwell, OH 44076** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5110147** | | | **Warranty** | | | | |
| **George P Price II** **114 Amy Drive  Box #7** **Pittsburgh, PA 15205** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5090879** | | | **Warranty** | | | | |
| **George P Putnam** **7005 Stone Mill DRive** **Knoxville, TN 37919** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**1608** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re   **Great Lakes Warranty Corporation**                       ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5092940** | | | | **Warranty** | | | | |
| **George Pastoor**<br>**4531 Prescott**<br>**Naples, FL 34119** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130064** | | | | **Warranty** | | | | |
| **George Piskorik**<br>**24 Dorchester Drivee**<br>**Dallas, PA 18612** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5085807** | | | | **Warranty** | | | | |
| **George Polinsky**<br>**26 Willow Lane**<br>**Pottsville, PA 17901** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5098990** | | | | **Warranty** | | | | |
| **George Q Kline**<br>**124 E Pine Street**<br>**Mahonoy City, PA 17921** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127170** | | | | **Warranty** | | | | |
| **George R Cartron**<br>**5921 Mill Branch Rd**<br>**Huntingtown, MD 20639** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**1609** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal<br>                              (Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation**          Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5088547 | | | | Warranty | | | | |
| George R Frycklund 15 Reston Drive Indiana, PA 15701 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110978 | | | | Warranty | | | | |
| George R Reichenbach Jr 225 Mellinger Circle Ephrata, PA 17522 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096581 | | | | Warranty | | | | |
| George R Rikard 1310 Second Street Newberry, SC 29108 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127449 | | | | Warranty | | | | |
| George Randall Knight 14722 Dayton Pike Sale Creek, TN 37373 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127867 | | | | Warranty | | | | |
| George Randolph Rice 147 Maple Lo Dr Pittsburgh, PA 15235 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1610** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      0.00

In re   **Great Lakes Warranty Corporation**       ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130306** | | | Warranty | | | | |
| **George Rice** **147 Maple Lo Drive** **Pittsburgh, PA 15235** | - | | | X | X | | 0.00 |
| Account No. **5123231** | | | Warranty | | | | |
| **George Roach** **2315 Cedar St** **Philadelphia, PA 19125** | - | | | X | X | | 0.00 |
| Account No. **5124971** | | | Warranty | | | | |
| **George Robert Gore** **978 Homestead Lane PPO Box 830** **Hershey, PA 17033** | - | | | X | X | | 0.00 |
| Account No. **5089650** | | | Warranty | | | | |
| **George S Ragan** **40582 State Route 689** **Albany, OH 45710** | - | | | X | X | | 0.00 |
| Account No. **5117744** | | | Warranty | | | | |
| **George Sapic** **32 High Street** **Fairchance, PA 15436** | - | | | X | X | | 0.00 |

Sheet no. **1611** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5113631** | | **Warranty** | | | | | | |
| **George Smith** **5507 W Montecito Avenue** **Phoenix, AZ 85031** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126808** | | **Warranty** | | | | | | |
| **George Sofranko** **210 S. Hitchman Street** **MT. Pleasant, PA 15666** | - | | | | | | | |
| | | | | | | | | **223.80** |
| Account No. **5119566** | | **Warranty** | | | | | | |
| **George Southerland** **1627 Taft Hwy** **Signal Mountain, TN 37377** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092699** | | **Warranty** | | | | | | |
| **George Stofira** **2713 North River Road** **Warren, OH 44483** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123206** | | **Warranty** | | | | | | |
| **George Stuckey** **88 Ard Circle** **Hemingway, SC 29554** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1612** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                223.80

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121959** | | | Warranty | | | | |
| **George T Hotochin 8 Albert Ave Monongahela, PA 15063** | - | | | X | X | | 0.00 |
| Account No. **5122330** | | | Warranty | | | | |
| **George T Thompson PO Box 161 Cape May Court House, NJ 08210** | - | | | X | X | | 0.00 |
| Account No. **5110812** | | | Warranty | | | | |
| **George Tutt III 11 Cinnamon Drive Cumberton, NJ 08048** | - | | | X | X | | 0.00 |
| Account No. **5101446** | | | Warranty | | | | |
| **George V Deakings P.O. Box 565 Slippery Rock, PA 16057** | - | | | | | | 135.91 |
| Account No. **5082690** | | | Warranty | | | | |
| **George Vatchnadze 4243 Hidden Meadows Court Okemos, MI 48864** | - | | | X | X | | 0.00 |

Sheet no.__**1613**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

135.91

In re **Great Lakes Warranty Corporation**                               Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5084260** | | | | | Warranty | | | | |
| **George Vaughan**<br>**4104 Goldfield**<br>**Lawrence, KS 66049** | - | | | | | X | X | | 0.00 |
| Account No. **5077163** | | | | | Warranty | | | | |
| **George W Bealiles Jr**<br>**69466 Provident Road**<br>**St Clairsville, OH 43950** | - | | | | | X | X | | 0.00 |
| Account No. **5104509** | | | | | Warranty | | | | |
| **George W Davis**<br>**1030 Maybington Road**<br>**Whitmire, SC 29178** | - | | | | | X | X | | 0.00 |
| Account No. **5105604** | | | | | Warranty | | | | |
| **George W Gramling**<br>**P.O. Box 35**<br>**Gramling, SC 29348** | - | | | | | | | | 825.00 |
| Account No. **5105179** | | | | | Warranty | | | | |
| **George W Jacoby**<br>**163 Davidson Lane**<br>**Aliquippa, PA 15001** | - | | | | | X | X | | 0.00 |

Sheet no. **1614** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        825.00

In re   **Great Lakes Warranty Corporation**                 ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5078658 | | | Warranty | | | | | |
| George W Knox II 119 Firethorn Rd Baden, PA 15005 | - | | | | X | X | | 0.00 |
| Account No. 5080827 | | | Warranty | | | | | |
| George Whitfield 9019 N Sarsi Cove Negley, OH 04441 | - | | | | X | X | | 0.00 |
| Account No. 5130922 | | | Warranty | | | | | |
| George Williams 4113 Wendt Ave Memphis, TN 38128 | - | | | | X | X | | 0.00 |
| Account No. 5124788 | | | Warranty | | | | | |
| George Worster 126 Hughes Ave Sellersville, PA 18960 | - | | | | X | X | | 0.00 |
| Account No. 5131969 | | | Warranty | | | | | |
| George Wright 9274 Great Lakes Circle Centerville, OH 45458 | - | | | | X | X | | 0.00 |

Sheet no. **1615** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

In re **Great Lakes Warranty Corporation**                        Case No. _____

_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5091236** | | | | | Warranty | | | | |
| George Z Harty 211 N Greenbriar Road Muncie, IN 47304 | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5129515** | | | | | Warranty | | | | |
| George Zimmerman 1300 Kercher Avenue Myerstown, PA 17067 | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5106113** | | | | | Warranty | | | | |
| Georgette H Fike 4461 Fourth Street Grindstone, PA 15442 | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5087997** | | | | | Warranty | | | | |
| Georgia  Gray 211 Lawn Avenue Sellersville, PA 18960 | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5102310** | | | | | Warranty | | | | |
| Georgia A Mungin 2575 Delk Road  Apt 1530D Marietta, GA 30067 | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**1616**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5068485** | | | | **Warranty** | | | | |
| **Georgia Arnold** **9055 Heritage Rd** **Magnolia, OH 44643** | - | | | | X | X | | **0.00** |
| Account No. **5107454** | | | | **Warranty** | | | | |
| **Georgia C Basalyga** **PO Box 130  1122 Helbling Rd** **New Brighton, PA 15066** | - | | | | | | | **303.92** |
| Account No. **5125912** | | | | **Warranty** | | | | |
| **Georgia Fotopoulos** **447 County Line Road** **York Springs, PA 17372** | - | | | | X | X | | **0.00** |
| Account No. **5108348** | | | | **Warranty** | | | | |
| **Georgina  Arnold** **PO Box 264** **Murray City, OH 43144** | - | | | | X | X | | **0.00** |
| Account No. **5118012** | | | | **Warranty** | | | | |
| **Geovany Chavez** **2136 Petersham Court a** **Las Vegas, NV 89108** | - | | | | X | X | | **0.00** |

Sheet no. **1617** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**303.92**

In re **Great Lakes Warranty Corporation** ,　　 Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5120060** | | | | **Warranty** | | | | |
| **Gerald  Urish** **137 Mine Road** **Grassflat, PA 16839** | - | | | | | | | **135.55** |
| Account No. **5095456** | | | | **Warranty** | | | | |
| **Gerald A Brundage** **635 Orchard Drive W** **Mansfield, OH 44904** | - | | | | X | X | | **0.00** |
| Account No. **5097087** | | | | **Warranty** | | | | |
| **Gerald A Lauffer** **3204 Main Street** **Sumneytown, PA 18084** | - | | | | X | X | | **0.00** |
| Account No. **5117678** | | | | **Warranty** | | | | |
| **Gerald A Sloan** **911 Taft Avenue  Rear** **Pittsburgh, PA 15210** | - | | | | X | X | | **0.00** |
| Account No. **5114454** | | | | **Warranty** | | | | |
| **Gerald B Sinclair** **2064 Deckers Point Road** **Marion Center, PA 15759** | - | | | | X | X | | **0.00** |

Sheet no. **1618**  of **4906**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

135.55

In re  **Great Lakes Warranty Corporation**                                    Case No. _____

_____ ,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5086458** | | | Warranty | | | | |
| **Gerald Benson** **PO Box 7** **Byesville, OH 43773** | - | | | | | | **203.73** |
| Account No. **5070509** | | | Warranty | | | | |
| **Gerald Biggins** **500 N Hwy 89** **Prescott, AZ 86313** | - | | | X | X | | **0.00** |
| Account No. **5131549** | | | Warranty | | | | |
| **Gerald Blizzard** **640 Mickey Inn Road Lot 68** **Chambersburg, PA 17201** | - | | | X | X | | **0.00** |
| Account No. **5129768** | | | Warranty | | | | |
| **Gerald Ciciliano** **775 Cathy Lane** **Henderson, NV 89015** | - | | | X | X | | **0.00** |
| Account No. **5090924** | | | Warranty | | | | |
| **Gerald Dixon** **1315 Big Rock Court** **Ft. Mill, SC 29708** | - | | | X | X | | **0.00** |

Sheet no. **1619** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **203.73**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105288** | | | Warranty | | | | |
| **Gerald E Deitsch** **9413 Burrville Road** **Rockford, OH 45882** | - | | | X | X | | 0.00 |
| Account No. **5099080** | | | Warranty | | | | |
| **Gerald E Heller** **259 Jefferson Avenue** **Moundsville, WV 26041** | - | | | X | X | | 0.00 |
| Account No. **5121840** | | | Warranty | | | | |
| **Gerald E Kunkel** **41 Eurana Ave** **Weatherly, PA 18255** | - | | | X | X | | 0.00 |
| Account No. **5127399** | | | Warranty | | | | |
| **Gerald E Mote** **1601 Country Club Dr** **Pittsburgh, PA 15237** | - | | | | | | 135.79 |
| Account No. **5093495** | | | Warranty | | | | |
| **Gerald E Murtha** **10647 Kilburn Lane** **Cambridge, OH 43725** | - | | | X | X | | 0.00 |

Sheet no. **1620** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  135.79

In re __Great Lakes Warranty Corporation__ , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5068724** | | | | **Warranty** | | | | |
| Gerald Eagleston 3521 E Brown Rd Ste 103 Mesa, AZ 85213 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085633** | | | | **Warranty** | | | | |
| Gerald Fleischer 5202 Close Circle Nashville, TN 37205 | - | | | | | | | |
| | | | | | | | | 538.42 |
| Account No. **5119443** | | | | **Warranty** | | | | |
| Gerald H Murray 1417 Dehirsch Ave Woodbine, NJ 08270 | - | | | | | | | |
| | | | | | | | | 239.75 |
| Account No. **5127736** | | | | **Warranty** | | | | |
| Gerald Hastings 21 Beaver Dr Barrington, NJ 08007 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125035** | | | | **Warranty** | | | | |
| Gerald Hufner 1311 Newtown Avenue West Collingwood, NJ 08107 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __1621__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

778.17

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5079205 | | | | | Warranty | | | | |
| Gerald J Rushin RD3 Hyde Road   Box 852 Spartansburg, PA 16434 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5122575 | | | | | Warranty | | | | |
| Gerald K Pyle 235 W1st Ave Columbus, OH 43201 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5126958 | | | | | Warranty | | | | |
| Gerald Kagan 17 Harrison Street New York, NY 10013 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5102655 | | | | | Warranty | | | | |
| Gerald L  Martin 16 Broad St Ephrata, PA 17522 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5123679 | | | | | Warranty | | | | |
| Gerald L Miller 268 Kerr Ave Arcadia, PA 15712 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1622** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**      Case No. _____

               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122790** | | | | **Warranty** | | | | |
| **Gerald Lee Zimmerman** **605 Logan Rd** **Warren, PA 16365** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110867** | | | | **Warranty** | | | | |
| **Gerald Leon Coble** **34 Askey Road** **Frenchville, PA 16836** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130188** | | | | **Warranty** | | | | |
| **Gerald Linton** **1319 West Madison Avenue** **Athens, TN 37303** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124675** | | | | **Warranty** | | | | |
| **Gerald Lloyd** **4957 Rt 240 Hwy** **Cherry Tree, PA 15724** | - | | | | | | | |
| | | | | | | | | 511.78 |
| Account No. **5123895** | | | | **Warranty** | | | | |
| **Gerald M Hampton** **5268 McGavock Rd** **Brentwood, TN 37027** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1623** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     **511.78**
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5088803 | | | | Warranty | | | | |
| Gerald M Sobczyck 385 Lein Road West Seneca, NY 14224 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5066725 | | | | Warranty | | | | |
| Gerald Matzura Jr 407 N. Locust St Mt Carmel, PA 17859 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129896 | | | | Warranty | | | | |
| Gerald Medina 236 East Cambria Street Philadelphia, PA 19134 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5063896 | | | | Warranty | | | | |
| Gerald Murphy 3727 West Turtle Hills Drive Anthum, AZ 85086 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111111 | | | | Warranty | | | | |
| Gerald N Boggess 1882 Oakland Road Jackson, OH 45640 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 1624 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re   **Great Lakes Warranty Corporation**                                    ,      Case No. _____

                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5105832** | | | | **Warranty** | | | | |
| **Gerald Pallitta 412 Harrison Avenue Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104855** | | | | **Warranty** | | | | |
| **Gerald Parry 659 Brownstown Road Larimer, PA 15647** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097554** | | | | **Warranty** | | | | |
| **Gerald R Lesak 813 15th Street Ambridge, PA 15003** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115495** | | | | **Warranty** | | | | |
| **Gerald S Dixon 1315 Big Rock Court Fort Mill, SC 29708** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098776** | | | | **Warranty** | | | | |
| **Gerald Smith 3151 Prairie College Road Canton, OH 44706** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1625** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5078067 | | | | Warranty | | | | |
| Gerald St Pierre 5014 Hasty Drive Nashville, TN 37211 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5051148 | | | | Warranty | | | | |
| Gerald Tumbleston 329 Evian Way Mt Pleasant, SC 29464 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5091833 | | | | Warranty | | | | |
| Gerald Villella 3216 Harvard Erie, PA 16508 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5091090 | | | | Warranty | | | | |
| Gerald W Dushack 229 Front Street N Huntington, PA 15642 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103270 | | | | Warranty | | | | |
| Gerald W Hall 5109 West Shorewood Drive Dunkirk, NY 14048 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1626** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                   ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126450** | | | Warranty | | | | |
| **Gerald Wertz**<br>**1302 1st Strteet Box 266**<br>**Hiller, PA 15444** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5072553** | | | Warranty | | | | |
| **Gerald Wynne**<br>**40850 N Hearst Drive**<br>**Anthem, AZ 85086** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127177** | | | Warranty | | | | |
| **Geraldine M Schlenger**<br>**3910 Bayshore Rd  Apt E13**<br>**Cape May, NJ 08204** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124169** | | | Warranty | | | | |
| **Geraldine Moore**<br>**47 General Greene Ave**<br>**Trenton, NJ 08618** | - | | | | | | |
| | | | | | | | 389.90 |
| Account No. **5082050** | | | Warranty | | | | |
| **Geraldine Shaw**<br>**1402 N Bluff Street**<br>**Wichita, KS 67208** | - | | | | | | |
| | | | | | | | 205.53 |

Sheet no. **1627** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     595.43

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5130464 | | | | | Warranty | | | | |
| Geraldo  Rivera 2444 W Emaus Avenue Apt 4 Allentown, PA 18103 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5122070 | | | | | Warranty | | | | |
| Gerard  Schrom 209 Eaton Rd Drexel Hill, PA 19026 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5108359 | | | | | Warranty | | | | |
| Gerardo Bravo 3826 Maryland Avenue Las Vegas, NV 89121 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5111938 | | | | | Warranty | | | | |
| Gerardo H Cabrera 7513 Sloughhouse Elk Griove, CA 95624 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5115482 | | | | | Warranty | | | | |
| Gerardo O Sanchez PO Box 6642 San Luis, AZ 85349 | - | | | | | | | | |
| | | | | | | | | | 264.00 |

Sheet no.**1628**  of **4906**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

264.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102018** | | | | Warranty | | | | |
| **German Gomez** **1938 SW 177 Ave** **Miramar, FL 33029** | - | | | | X | X | | 0.00 |
| Account No. **5113096** | | | | Warranty | | | | |
| **Geroge L Italien** **45 Sawyer Road** **Hampden, ME 04444** | - | | | | X | X | | 0.00 |
| Account No. **5131010** | | | | Warranty | | | | |
| **Gerold Eshelman** **3010 Walnut Lane** **Telford, PA 18969** | - | | | | X | X | | 0.00 |
| Account No. **5114491** | | | | Warranty | | | | |
| **Gerome Brown Jr** **2116 Stenton Avenue** **Philadelphia, PA 19138** | - | | | | X | X | | 0.00 |
| Account No. **5083290** | | | | Warranty | | | | |
| **Gerri Pinson** **3630 Laurel Hollow** **Spring, TX 77388** | - | | | | X | X | | 0.00 |

Sheet no.**1629** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,   Case No. _____
_____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5101037** | | | | **Warranty** | | | | |
| **Gerry  Freeman** **49245 McCoy Avenue** **East Liverpool, OH 43920** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108711** | | | | **Warranty** | | | | |
| **Gerry Lightner** **720 Brown St** **Everson, PA 15631** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131304** | | | | **Warranty** | | | | |
| **Gerry Ramon Austin** **224 Hance St** **Laurens, SC 29360** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132624** | | | | **Warranty** | | | | |
| **Gerry Wharington** **1610 Briarwood Road** **Saskatoon, SK S7V1H2** **CANADA** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128985** | | | | **Warranty** | | | | |
| **Gerryanne Thomas** **345 East County Line Road** **Hatboro, PA 19040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1630**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation**           Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5130525** | | | | | Warranty | | | | |
| **Gertrude Perez Torres** **537 and half Strong Aly** **Reading, PA 19602** | - | | | | | X | X | | 0.00 |
| Account No. **5068452** | | | | | Warranty | | | | |
| **Gertrude Waymore Bennett** **4783 Bauman Hill Road** **Lancaster, OH 43130** | - | | | | | X | X | | 0.00 |
| Account No. **5105452** | | | | | Warranty | | | | |
| **Ghadi Cole** **9609 Cardwell Avenue** **Cleveland, OH 44105** | - | | | | | | | | 180.00 |
| Account No. **5092795** | | | | | Warranty | | | | |
| **Ghadud Naum El** **1129 Sheffield Street** **Pittsburgh, PA 15233** | - | | | | | | | | 392.98 |
| Account No. **5089895** | | | | | Warranty | | | | |
| **Ghezai Habtemichael** **519 W Second Street** **Ottawa, KS 66067** | - | | | | | X | X | | 0.00 |

Sheet no. **1631** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **572.98**

In re  **Great Lakes Warranty Corporation**                                                   ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5119065** | | Warranty | | | | | | |
| **Ghirmai Negash** **10 Spring St** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119983** | | Warranty | | | | | | |
| **Giff  Ludwigsen** **135 West Main St** **Missoula, MT 59802** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5036713** | | Warranty | | | | | | |
| **Gigi A. Noll** **103 W. McNutt St** **Houston, PA 15342** | - | | | | | | | |
| | | | | | | | | 100.00 |
| Account No. **5098006** | | Warranty | | | | | | |
| **Gigi N Walton** **1120 Glenarden Drive** **Rock Hill, SC 29730** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100300** | | Warranty | | | | | | |
| **Gil J Valencia** **516 North Crest Drive** **Nashville, TN 37211** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1632** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

100.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5103215 | | | | | Warranty | | | | |
| Gil J Valiencia 516 North Crest Drive Nashville, TN 37211 | - | | | | | X | X | | 0.00 |
| Account No. 5115716 | | | | | Warranty | | | | |
| Gil Senaten Jr 20 Arlington Avenue Wyandanch, NY 11798 | - | | | | | X | X | | 0.00 |
| Account No. 5106971 | | | | | Warranty | | | | |
| Gilbert Benjamin 215 Sutter Lane Plymouth Meeting, PA 19462 | - | | | | | X | X | | 0.00 |
| Account No. 5127414 | | | | | Warranty | | | | |
| Gilbert Douglas White 1340 W Pike St Philadelphia, PA 19140 | - | | | | | X | X | | 0.00 |
| Account No. 5107877 | | | | | Warranty | | | | |
| Gilbert F Alfaro 740 Cinammon Teal Circle El Paso, TX 79930 | - | | | | | X | X | | 0.00 |

Sheet no. **1633** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5055598** | | | | Warranty | | | | |
| **Gilbert Hutton** **2634 Lansdale Dr.** **Wexford, PA 15090** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079806** | | | | Warranty | | | | |
| **Gilbert M Figueroa** **7098 Long Run Road** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112013** | | | | Warranty | | | | |
| **Gilbert Millstine** **945 Washington Boulevard  Apt E245** **Pittsburgh, PA 15206** | - | | | | | | | |
| | | | | | | | | 150.30 |
| Account No. **5106417** | | | | Warranty | | | | |
| **Gilbert R Gateward** **323 Haven Avenue** **Ocean City, NJ 08226** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118976** | | | | Warranty | | | | |
| **Gilbert R Williams** **4101 NW 146th Terrace** **Oklahoma City, OK 73134** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1634**  of **4906**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

150.30

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5126402 | | | | | Warranty | | | | |
| Gilbert S Lederman 304 Douglas Rd Staten Island, NY 10304 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5099138 | | | | | Warranty | | | | |
| Gilberto Cepeda 1166 N Sloan Lane Las Vegas, NV 89110 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5098598 | | | | | Warranty | | | | |
| Gilberto Garcia 1728 Lansdale Avenue Bethlehem, PA 18017 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5071090 | | | | | Warranty | | | | |
| Gilberto Soares 8101 Large St Philadelphia, PA 19152 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5111648 | | | | | Warranty | | | | |
| Gilberto Zamoro Torres 374 Montana Drive San Luis, AZ 88349 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1635** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re **Great Lakes Warranty Corporation**       Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130206** | | | Warranty | | | | |
| **Gilliam Baptiste** **1641 West Linden Street** **Allentown, PA 18102** | - | | | X | X | | 0.00 |
| Account No. **5114699** | | | Warranty | | | | |
| **Gina A Franciscus** **405 Palace Court** **Pittsburgh, PA 15227** | - | | | X | X | | 0.00 |
| Account No. **5089592** | | | Warranty | | | | |
| **Gina Carroll** **17356 Angules Road** **Jefferson, SC 29718** | - | | | X | X | | 0.00 |
| Account No. **5131532** | | | Warranty | | | | |
| **Gina Culver** **4215 Barnett Street** **Philadelphia, PA 19135** | - | | | X | X | | 0.00 |
| Account No. **5091173** | | | Warranty | | | | |
| **Gina D Grey** **39023 N Boulder View Drive** **Scottsdale, AZ 85262** | - | | | X | X | | 0.00 |

Sheet no. **1636** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

         Subtotal
(Total of this page)      0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5122633** | | | | Warranty | | | | |
| **Gina E Solano** **5415 Desert Stone** **Sparks, NV 89436** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116625** | | | | Warranty | | | | |
| **Gina F Brazil** **5400 Hill Road Circle** **Nashville, TN 37220** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085865** | | | | Warranty | | | | |
| **Gina Holland Fryer** **207 Destin Road** **Columbia, SC 29212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5067777** | | | | Warranty | | | | |
| **Gina Hull** **285 Isaw Drive** **Mt. Pleasant, SC 29464** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113435** | | | | Warranty | | | | |
| **Gina Hutson** **225 E Winterberry** **Whitehouse, TN 37188** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1637** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**            ,      Case No. _____

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5078582** | | | | **Warranty** | | | | |
| **Gina Jackson** **4751 Woodside Avenue  NW** **Canton, OH 44709** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119177** | | | | **Warranty** | | | | |
| **Gina Lewis Hunley** **368 Rosebrook Dr** **Gallitin, TN 37066** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096441** | | | | **Warranty** | | | | |
| **Gina M Collins** **15B Potomac Street** **Oakmont, PA 15139** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124428** | | | | **Warranty** | | | | |
| **Gina M Nichols** **408 Kemper Ave** **Lancaster, OH 43130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089947** | | | | **Warranty** | | | | |
| **Gina M Rizzardi** **233 E Mahanoy Avenue** **Girardsville, PA 17935** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1638** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **0.00**

In re __Great Lakes Warranty Corporation__ ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5107763 | | | | Warranty | | | | |
| Gina Marie Dagastino 6058 Blue Springs Avenue Bartlett, TN 38134 | - | | | | X | X | | 0.00 |
| Account No. 5052548 | | | | Warranty | | | | |
| Gina P Grant 116 W Chapel Chase Dr Decatur, IN 46733 | - | | | | X | X | | 0.00 |
| Account No. 5118883 | | | | Warranty | | | | |
| Gina R Watson 3920 Vinceton St Pittsburgh, PA 15214 | - | | | | | | | 212.79 |
| Account No. 5112308 | | | | Warranty | | | | |
| Gina Rispo 2126 Fuller Street Philadelphia, PA 19152 | - | | | | X | X | | 0.00 |
| Account No. 5117312 | | | | Warranty | | | | |
| Gina Ruiz Lopez 291 Clinton Avenue Akron, OH 44301 | - | | | | X | X | | 0.00 |

Sheet no. __1639__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

212.79

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5091708** | | | Warranty | | | | |
| **Gina Shaler** **2501 Clay Pike** **N Huntington, PA 15642** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099299** | | | Warranty | | | | |
| **Gina Sibila** **2419 49th Street  NE** **Canton, OH 44705** | - | | | | | | |
| | | | | | | | 302.01 |
| Account No. **5069399** | | | Warranty | | | | |
| **Ginger Crowe** **575 Country Club Ln** **Nashville, TN 38205** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119987** | | | Warranty | | | | |
| **Ginger Dowler** **14 Jacobs St** **Chauncey, OH 45719** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5097983** | | | Warranty | | | | |
| **Ginger E Strapp** **106 N Mill Street** **Degraph, OH 43318** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**1640** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

302.01

In re  **Great Lakes Warranty Corporation**               ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5092747** | | | | Warranty | | | | |
| **Ginna Stamps** **532 Roundtree Circle** **Chester, SC 29706** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095975** | | | | Warranty | | | | |
| **Giovanna Quirici** **1435 Quince St** **Denver, CO 80220** | - | | | | | | | |
| | | | | | | | | 799.50 |
| Account No. **5088294** | | | | Warranty | | | | |
| **Giovanni C Dattalo** **1116 Milton St** **Louisville, KY 40217** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114892** | | | | Warranty | | | | |
| **Giovanni Provenzano** **231 Myers Lane** **Allison Park, PA 15101** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116729** | | | | Warranty | | | | |
| **Giovanni Verango** **8308 Shorebreeze Drive** **Las Vegas, NV 89128** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1641** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      799.50

In re **Great Lakes Warranty Corporation** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129468** | | | **Warranty** | | | | |
| **Gisela Montoya** **1814 West 18th Street** **Yuma, AZ 85364** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123662** | | | **Warranty** | | | | |
| **Gisele Savage** **1520 N Bouvier St** **Philadelphia, PA 19121** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121349** | | | **Warranty** | | | | |
| **Gitty  Fisher** **26 Roselle Court** **Lakewood, NJ 08701** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129561** | | | **Warranty** | | | | |
| **Giuseppe Bordonaro** **RR3 Box3248A** **Saylorsburg, PA 18353** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124290** | | | **Warranty** | | | | |
| **Giuseppe Canale** **1325 E. Cedar Street** **Annville, PA 17003** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1642** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   **Great Lakes Warranty Corporation**                                    Case No. _____
                                                          ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5078357** | | | **Warranty** | | | | |
| **Giuseppe GC Rosselli 184 Richbarn Road Pittsburgh, Pa 15212** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126997** | | | **Warranty** | | | | |
| **Gladden Delk 7153 Wellbaum Road Brookville, OH 45309** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5087140** | | | **Warranty** | | | | |
| **Gladstone Hutchinson 2165 Beechwood Drive Orefield, PA 18069** | - | | | | | | |
| | | | | | | | 322.50 |
| Account No. **5108726** | | | **Warranty** | | | | |
| **Gladys  De Jesus 4757 N Second Street Philadelphia, PA 19120** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127484** | | | **Warranty** | | | | |
| **Gladys  Mitchell 3020 Glen Mawr St Pittsburgh, PA 15204** | - | | | | | | |
| | | | | | | | 830.00 |

Sheet no. **1643**  of **4906**  sheets attached to Schedule of                     Subtotal                                 | 1,152.50 |
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

In re    **Great Lakes Warranty Corporation**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085195** | | | | **Warranty** | | | | |
| **Gladys B Azpurua** **121 San Wood Road** **Knoxville, TN 37923** | - | | | | X | X | | 0.00 |
| Account No. **5131302** | | | | **Warranty** | | | | |
| **Gladys E Sepulveda** **111 West 16th Ave   Apt 3** **North Wildwood, NJ 08260** | - | | | | X | X | | 0.00 |
| Account No. **5132069** | | | | **Warranty** | | | | |
| **Gladys Feliciano** **318 6th Avenue** **Bethlehem, PA 18018** | - | | | | X | X | | 0.00 |
| Account No. **5056189** | | | | **Warranty** | | | | |
| **Gladys Lounder** **902 Oakstone Dr** **Johnson City, Tn 37601** | - | | | | X | X | | 0.00 |
| Account No. **5080453** | | | | **Warranty** | | | | |
| **Gladys M Gillespie** **13 Wild Rose Court** **Columbia, SC 29229** | - | | | | X | X | | 0.00 |

Sheet no.**1644**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re  **Great Lakes Warranty Corporation**                              ,     Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122879** | | **Warranty** | | | | | | |
| **Gladys S Jackson** **19700 Harvard Ave** **Warrensville, OH 44122** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127694** | | **Warranty** | | | | | | |
| **Glanville Sewer** **613 Crescent Avenue** **Reading, PA 19605** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105406** | | **Warranty** | | | | | | |
| **Glen  Rosenwald** **2113 B Arch Street** **Philadelphia, PA 19103** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089107** | | **Warranty** | | | | | | |
| **Glen  Young** **2783 S Sulley Dr  102** **Gilbert, AZ 85295** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132246** | | **Warranty** | | | | | | |
| **Glen Beddies** **1701 Spaulding Road** **Dayton, OH 45432** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1645** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **0.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____

                              , 

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095192** | | | | Warranty | | | | |
| **Glen Brantley** **332 S Pierce Street** **Delphos, OH 45833** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091080** | | | | Warranty | | | | |
| **Glen E Foster** **139 Shannon Street** **Spartanburg, SC 29307** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126539 | | | | Warranty | | | | |
| **Glen L Alexander** **1206 Terrance Dr** **Johnson City, TN 37604** | - | | | | | | | |
| | | | | | | | | 219.80 |
| Account No. 5100677 | | | | Warranty | | | | |
| **Glen R Chester Jr** **1031 Sha Dawn Road** **Joelton, TN 37080** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123770 | | | | Warranty | | | | |
| **Glen W Larimer** **181 Sawmill Rd** **Saltsburg, PA 15681** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1646** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                219.80

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5071986 | | | | | Warranty | | | | |
| Glenda A Brasda 1333 West Cindy Street Chandler, AZ 85224 | - | | | | | | | | |
| | | | | | | | | | 123.00 |
| Account No. 5101767 | | | | | Warranty | | | | |
| Glenda Findley 2996 Taylortown Road Shelby, OH 44875 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5124963 | | | | | Warranty | | | | |
| Glenda J Collins 225 Anderson Dr Knoxville, TN 37920 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5122517 | | | | | Warranty | | | | |
| Glenda R Reed 654 Holly Dr Summersville, WV 26651 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5128329 | | | | | Warranty | | | | |
| Glendi Alcantara 129 Ashmore Ave Trenton, NJ 08611 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1647** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

123.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5121334** <br><br> **Glenn A Gossard** <br> **549 Clemesha Ave** <br> **Pittsburgh, PA 15226** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5110066** <br><br> **Glenn A Millar** <br> **2443 Manchester Road** <br> **North Lawrence, OH 44666** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5071775** <br><br> **Glenn A Powell Jr** <br> **9780 Woodland Rd North** <br> **Pittsburgh, PA 15237** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5086427** <br><br> **Glenn B Hopper** <br> **111 S. Hatton Avenue** <br> **Lebanon, TN 37087** | - | | | **Warranty** | | | | 888.00 |
| Account No. **5113969** <br><br> **Glenn B Lester** <br> **2655 Lake Mead  #1030** <br> **Las Vegas, NV 89032** | - | | | **Warranty** | X | X | | 0.00 |

Sheet no. **1648** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

888.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5111955** | | | **Warranty** | | | | |
| **Glenn Carlish** **1417 E Goldenrod Street** **Phoenix, AZ 85048** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5095232** | | | **Warranty** | | | | |
| **Glenn Clifford** **1811 Woodbine Circle NE** **Massillon, OH 44646** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5087693** | | | **Warranty** | | | | |
| **Glenn D Hoback** **975 General George Patton** **Nashville, TN 37221** | - | | | | | | |
| | | | | | | | **487.50** |
| Account No. **5095763** | | | **Warranty** | | | | |
| **Glenn E Brooks** **1514 Carpenter Road** **Albany, OH 45710** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5121947** | | | **Warranty** | | | | |
| **Glenn E Collins** **1885 King Ave** **Columbus, OH 43212** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **1649** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **487.50**

In re  **Great Lakes Warranty Corporation**                                   ,  Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097973** | | | | Warranty | | | | |
| **Glenn E Rhea** **1405 Chota Drive** **Knoxville, TN 37922** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105296 | | | | Warranty | | | | |
| **Glenn G Jones Jr** **109 W Beachwood Road** **Bessemer, PA 16112** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5062904 | | | | Warranty | | | | |
| **Glenn Harmon** **546 South Country Club #1140** **Mesa, AZ 85210** | - | | | | | | | |
| | | | | | | | | 150.00 |
| Account No. 5125644 | | | | Warranty | | | | |
| **Glenn Holland** **204 Michigan Drive Lot 50** **Altoona, PA 16602** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5089554 | | | | Warranty | | | | |
| **Glenn L Bauerfeind** **1065 Coral Circle** **Conway, PA 15027** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1650** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

150.00

In re **Great Lakes Warranty Corporation**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5119483 | | | | | Warranty | | | | |
| Glenn L Mohler 102 South Line Rd Ephrata, PA 18552 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5126793 | | | | | Warranty | | | | |
| Glenn Lauchman 65 S. Hickory Lane New Oxford, PA 17350 | - | | | | | | | | |
| | | | | | | | | | 216.70 |
| Account No. 5108902 | | | | | Warranty | | | | |
| Glenn Lundstedt 5614 King Trail Corpus Christi, TX 79414 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5125749 | | | | | Warranty | | | | |
| Glenn Powel 5115 Huff Ferry Road Loudon, TN 37774 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5093503 | | | | | Warranty | | | | |
| Glenn R Eyster III 105 Church Street Seven Valleys, PA 17360 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**1651** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

216.70

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5124636 | | | | | Warranty | | | | |
| Glenn Reichle 952 West Pershing Street Salem, OH 44460 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5095519 | | | | | Warranty | | | | |
| Glenn Replogle 1210 S Mulberry Street Troy, OH 45373 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5091891 | | | | | Warranty | | | | |
| Glenn Stevens 2033 Lancaster Grosse Pointe, MI 48236 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5041868 | | | | | Warranty | | | | |
| Glenn Strouse 210 East Main St. Schuykill Haven, PA 17972 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5086516 | | | | | Warranty | | | | |
| Glenn T Moore 462 Hill Street Beech Bottom, WV 26030 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1652** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122300** | | Warranty | | | | | | |
| **Glenn W Hupp** **933 Greefield SW** **Canton, OH 44706** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112868** | | Warranty | | | | | | |
| **Glenna Bentley** **595 Hetzler Road** **Rochester Mills, PA 15771** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5060584** | | Warranty | | | | | | |
| **Glenna Spell** **125 South Bend Ct** **Loveland, OH 45140** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129199** | | Warranty | | | | | | |
| **Gloria  Salamanca** **3503 Mercury St  Apt B** **N Las Vegas, NV 89030** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5075595** | | Warranty | | | | | | |
| **Gloria Adler** **RR1 Box 269A** **Effort, PA 18330** | - | | | | | | | |
| | | | | | | | | **349.50** |

Sheet no. **1653**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**349.50**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5109842** | | | | **Warranty** | | | | |
| **Gloria B Sievers** **234 Club House Drive** **Middletown, NJ 07748** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092428** | | | | **Warranty** | | | | |
| **Gloria B Sosack** **1052 Bank Street** **East Liverpool, OH 43920** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115074** | | | | **Warranty** | | | | |
| **Gloria Barnes** **2215 Boustead Street** **Pittsburgh, PA 15218** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132432** | | | | **Warranty** | | | | |
| **Gloria Black** **103 Millbrook Street** **Simpsonville, SC 29681** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093581** | | | | **Warranty** | | | | |
| **Gloria Bolin** **5289 Washington Road** **Albany, OH 45710** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1654** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5116117** | | | | **Warranty** | | | | |
| **Gloria D While 548 Jedburgh Way Rock Hill, SC 29730** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113472** | | | | **Warranty** | | | | |
| **Gloria Erhardt 17822 North 20th Place Phoenix, AZ 85022** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123347** | | | | **Warranty** | | | | |
| **Gloria Ferguson 543 McNiel Dr Sagamore Hills, OH 44067** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107722** | | | | **Warranty** | | | | |
| **Gloria Harner 10009 Neptune Mendon Road Mendon, OH 45862** | - | | | | | | | |
| | | | | | | | | 143.33 |
| Account No. **5101111** | | | | **Warranty** | | | | |
| **Gloria Heatherington 71140 Sharon Road Birdgeport, OH 43912** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1655** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            143.33

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5118477** | | | Warranty | | | | |
| **Gloria J Raiders**<br>**4148 Cypress St**<br>**Butler, PA 16001** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5094044** | | | Warranty | | | | |
| **Gloria J Schmiesing**<br>**8141 Blanke Road**<br>**Anna, OH 45302** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088158** | | | Warranty | | | | |
| **Gloria J Wertman**<br>**335 S Second Street**<br>**Pottsville, PA 17901** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5117084** | | | Warranty | | | | |
| **Gloria L Dawson**<br>**448 Jefferson Street  #2**<br>**Rochester, PA 15074** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129299** | | | Warranty | | | | |
| **Gloria Lynch**<br>**325 Eleazar Road**<br>**Tellico Plain, TN 37385** | - | | | | | | |
| | | | | | | | 1,706.00 |

Sheet no. **1656** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,706.00

In re **Great Lakes Warranty Corporation** ,
_____
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129268** | | | **Warranty** | | | | |
| **Gloria M Williams** **2935 State Route 31** **Acme, PA 15610** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110164** | | | **Warranty** | | | | |
| **Gloria R Brass** **2783 S Las Palmas Vista** **Yuma, AZ 85364** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121915** | | | **Warranty** | | | | |
| **Gloria Robinson** **24 Bond St** **Trenton, NJ 08638** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5068763** | | | **Warranty** | | | | |
| **Gloria Rollins** **2020 E Freeport Ln** **Gilbert, AZ 85234** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5112606** | | | **Warranty** | | | | |
| **Gloria Sanmiguel** **11581 W Cocopah Street** **Avondale, AZ 85323** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1657** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5115767 | | | | Warranty | | | | |
| Gloria Thornton 724 Nonconnah Avenue Memphis, TN 38109 | - | | | | X | X | | 0.00 |
| Account No. 5102720 | | | | Warranty | | | | |
| Glynn Johnson 219 Tyborne Cir. Columbia, SC 29210 | - | | | | X | X | | 0.00 |
| Account No. 5103177 | | | | Warranty | | | | |
| Golden Adkins 304B Due West Madison, TN 37115 | - | | | | X | X | | 0.00 |
| Account No. 5088096 | | | | Warranty | | | | |
| Gordon A Roddy 3220 McGhee Road Maryville, TN 37803 | - | | | | X | X | | 0.00 |
| Account No. 5106517 | | | | Warranty | | | | |
| Gordon Hall 4330 Fox Sparrow Road Klamath Falls, Oh 97601 | - | | | | | | | 133.13 |

Sheet no. **1658** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             133.13

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129092** | | | | Warranty | | | | |
| **Gordon L Given** **33597 SR 78** **Lewisville, OH 43754** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5068155** | | | | Warranty | | | | |
| **Gordon McCall** **5870 North Chaparral** **Tucson, AZ 85743** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5080326** | | | | Warranty | | | | |
| **Gordon Neely** **123 Southwood Drive** **Madison, AL 35758** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124749** | | | | Warranty | | | | |
| **Gordon Ross II** **347 Robin Drive** **Nazareth, PA 18064** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095692** | | | | Warranty | | | | |
| **Gordon Seeton** **5175 Lynncrest** **Canton, OH 44706** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1659** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5122647** | | | | **Warranty** | | | | |
| **Grace Beattie** **1448 Cathys Lane** **North Wales, PA 19454** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123134** | | | | **Warranty** | | | | |
| **Grace Urda** **512 Airbrake Ave** **Wilmerding, PA 15148** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5080132** | | | | **Warranty** | | | | |
| **Grace Fife Crawford** **715 Gatepost Drive** **Mt Pleasant, SC 29464** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116499** | | | | **Warranty** | | | | |
| **Grace L Cropper** **724 Benwood Avenue** **McKees Rocks, PA 15136** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116266** | | | | **Warranty** | | | | |
| **Grace R Martin** **804 Universal Road** **Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1660** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re  **Great Lakes Warranty Corporation**                                    ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5089586** | | | | Warranty | | | | |
| **Grace Zugay** **33 Harrison Avenue  Apt 8** **Souderton, PA 18964** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127531** | | | | Warranty | | | | |
| **Gracelia Malcom** **1006 S. Main Street Apt 25D** **Pleasantville, NJ 08234** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130547** | | | | Warranty | | | | |
| **Gracie Moore** **3725 Hudson Avenue** **Youngstown, OH 44511** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088238** | | | | Warranty | | | | |
| **Graciela G De Valdez** **13610 Demster Avenue** **Downey, CA 90242** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124458** | | | | Warranty | | | | |
| **Grady Williams** **5602 Tynecastle Loop** **Dublin, OH 43016** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__**1661**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089353** <br><br> **Graham L Roberts** <br> **400 North Coronado St  No 1015** <br> **Chandler, AZ 85224** | - | | **Warranty** | | | | 547.00 |
| Account No. **5093522** <br><br> **Graham Timmins** <br> **2715 Tramway Circle NE** <br> **Albuquerque, NM 87122** | - | | **Warranty** | | | | 569.39 |
| Account No. **5123064** <br><br> **Grant R Clemo** <br> **7 Rolling Ridge Dr** <br> **Rockaway, NJ 07866** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5122791** <br><br> **Grayson Brady Blake** <br> **816 Pine Oak Rd** <br> **Camden, SC 29020** | - | | **Warranty** | | | | 212.50 |
| Account No. **5111619** <br><br> **Grayzie Diaz** <br> **350 W 13th Place  #130** <br> **Mesa, AZ 85201** | - | | **Warranty** | X | X | | 0.00 |

Sheet no.__1662__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        1,328.89

In re  **Great Lakes Warranty Corporation**           ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5084968** | | | **Warranty** | | | | |
| **Greater Deliverance World Out Reach Ctr**<br>**538 Smith Rd**<br>**Peachland, NC 28133** | - | | | X | X | | 0.00 |
| Account No. **5125424** | | | **Warranty** | | | | |
| **Greg  Furlong**<br>**1764 N. Rock Road**<br>**Mansfield, OH 44903** | - | | | X | X | | 0.00 |
| Account No. **5118296** | | | **Warranty** | | | | |
| **Greg  Kline**<br>**1085 Marquette Dr**<br>**Lancaster, OH 43130** | - | | | X | X | | 0.00 |
| Account No. **5125532** | | | **Warranty** | | | | |
| **Greg Beach**<br>**2561 Coral Ridge Aveenue**<br>**Grove City, OH 43123** | - | | | X | X | | 0.00 |
| Account No. **5111286** | | | **Warranty** | | | | |
| **Greg Blankenship**<br>**923 Boscobel St**<br>**Nashville, TN 37206** | - | | | X | X | | 0.00 |

Sheet no.**1663** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal            
(Total of this page)        **0.00**

In re   **Great Lakes Warranty Corporation**                                    Case No. _____
                                                           ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103873** | | | | **Warranty** | | | | |
| **Greg Bradley** **5044 Idylwood Street** **Beaumont, TX 77703** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111679** | | | | **Warranty** | | | | |
| **Greg Carrell** **512 Raymond Street** **Nashville, TN 37211** | - | | | | | | | |
| | | | | | | | | **246.50** |
| Account No. **5105167** | | | | **Warranty** | | | | |
| **Greg Corlis** **103 Fremont Avenue** **Park Ridge, NJ 07656** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5085339** | | | | **Warranty** | | | | |
| **Greg D Nicholls** **4437 Hoger Street** **Orlando, FL 32812** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110126** | | | | **Warranty** | | | | |
| **Greg Dulski** **1452 Cliffview Road** **Pittsburgh, PA 15212** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**1664** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **246.50**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5114435** | | | | **Warranty** | | | | |
| **Greg E Milkovich 5063 Springhouse Lane Bridgeville, PA 15017** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090553** | | | | **Warranty** | | | | |
| **Greg Fahey 1233 Melvin Drive Murfreesboro, TN 37128** | - | | | | | | | |
| | | | | | | | | **436.06** |
| Account No. **5111396** | | | | **Warranty** | | | | |
| **Greg Flatt 703 Pinnacle Hill Road Kingston Springs, TN 37082** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107101** | | | | **Warranty** | | | | |
| **Greg Gerkey 153 McConnells Mill Road Portersville, PA 16051** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131656** | | | | **Warranty** | | | | |
| **Greg Grathouski 185 Bel;oun Road Chambersburg, PA 12701** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1665** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **436.06**

In re **Great Lakes Warranty Corporation** ,                Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5095855** | | | | **Warranty** | | | | |
| **Greg Guth** **8931 Breingsville Road  PO Box 126** **Breingsville, PA 18031** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126380** | | | | **Warranty** | | | | |
| **Greg Hampton** **802 Highway 3405** **Eolia, KY 40826** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110724** | | | | **Warranty** | | | | |
| **Greg Harri** **27 Tupelo Trail** **Columbia, SC 29206** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118745** | | | | **Warranty** | | | | |
| **Greg J Schleier** **451 Village Dr** **Hauppauge, NY 11788** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095867** | | | | **Warranty** | | | | |
| **Greg Joseph Suraci** **12103 Altadena Drive** **Scottsdale, AZ 85259** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1666** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5113927 | | | Warranty | | | | |
| Greg L Kline 1085 Marquette Drive Lancaster, OH 43130 | - | | | X | X | | 0.00 |
| Account No. 5107284 | | | Warranty | | | | |
| Greg Long 4041 Unity Street Latrobe, PA 15650 | - | | | X | X | | 0.00 |
| Account No. 5066131 | | | Warranty | | | | |
| Greg Marvin 422 Troon Dr Napa, CA 94558 | - | | | | | | 1,200.00 |
| Account No. 5074550 | | | Warranty | | | | |
| Greg Morton 5761 Traymore Street Huber Heights, OH 45424 | - | | | X | X | | 0.00 |
| Account No. 5102671 | | | Warranty | | | | |
| Greg Pierce 17 Lake Crest Dr Columbia, SC 29206 | - | | | X | X | | 0.00 |

Sheet no. **1667** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           **1,200.00**

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5073503 | | | Warranty | | | | |
| Greg Rankin 32831 Street Highway 77 Centerville, PA 16404 | - | | | X | X | | 0.00 |
| Account No. 5104836 | | | Warranty | | | | |
| Greg Scott Mineweaser 426 West Pinecrest Lane Brookville, PA 15825 | - | | | X | X | | 0.00 |
| Account No. 5122767 | | | Warranty | | | | |
| Greg Sluss 13149 Crab Orchard Rd Coeburn, VA 24230 | - | | | X | X | | 0.00 |
| Account No. 5128705 | | | Warranty | | | | |
| Greg Vest 2245 Sunningdale Road Kingsport, TN 37660 | - | | | X | X | | 0.00 |
| Account No. 5085419 | | | Warranty | | | | |
| Greg Wilder 23 Sawgrass Lane Brentwood, TN 37027 | - | | | X | X | | 0.00 |

Sheet no. **1668** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5127834 | | | | Warranty | | | | |
| Greg Williams 3950 Mountain Vista #106 Las Vegas, NV 89121 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5094057 | | | | Warranty | | | | |
| Gregg Crystal 520 Glendale Avenue Mapleshade, NJ 08052 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5098230 | | | | Warranty | | | | |
| Gregg E Higgins 209 Junior High Drive Irwin, PA 15642 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5094147 | | | | Warranty | | | | |
| Gregg Hellwig 112 Graham Place Bethlehem, PA 18015 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5065113 | | | | Warranty | | | | |
| Gregg M. Wald P.O. Box 112 Dayton, OH 45409 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1669** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5105140** | | | | **Warranty** | | | | |
| **Gregg W Patterson** **23 First Street  Box 143** **Alverda, PA 15710** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103443** | | | | **Warranty** | | | | |
| **Gregory  Dabe** **58 Euclid Street** **Versailles, OH 45380** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122660** | | | | **Warranty** | | | | |
| **Gregory  Fletcher** **285 Lawndale Ave** **King of Prussia, PA 19406** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5075686** | | | | **Warranty** | | | | |
| **Gregory  Gallina** **2700 Cambridge Street** **Philadelphia, PA 19130** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102527** | | | | **Warranty** | | | | |
| **Gregory  Gosselin** **4 Thunderhill** **York Harbor, ME 03911** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1670** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5127889 | | | | Warranty | | | | |
| Gregory Nevel 444 N 3rd St Emmaus, PA 18049 | - | | | | X | X | | 0.00 |
| Account No. 5114093 | | | | Warranty | | | | |
| Gregory Wall 1405 Bradberry Dr Murfreesboro, TN 37136 | - | | | | X | X | | 0.00 |
| Account No. 5100966 | | | | Warranty | | | | |
| Gregory Wilkins 4043 Windsor Rd Boardman, OH 44512 | - | | | | X | X | | 0.00 |
| Account No. 5117806 | | | | Warranty | | | | |
| Gregory A Anoia 140 Country Club View Drive Lebanon, Pa 17042 | - | | | | X | X | | 0.00 |
| Account No. 5120413 | | | | Warranty | | | | |
| Gregory A DePalma 2878 7th Street Road Lower Burrell, PA 15068 | - | | | | X | X | | 0.00 |

Sheet no. 1671  of 4906  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re  **Great Lakes Warranty Corporation**
,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5120613** | | | | **Warranty** | | | | |
| **Gregory A Levendis 128 Ramunno Circle Hockessin, DE 01977** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115062** | | | | **Warranty** | | | | |
| **Gregory A Lookshin 1101 E Annette Dr Phoenix, AZ 85022** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111311** | | | | **Warranty** | | | | |
| **Gregory A McFadden 210 W Pennsville Street Conellsville, PA 15425** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124146** | | | | **Warranty** | | | | |
| **Gregory A Warner 2150 Alsace Rd  Apt 2 Reading, PA 19604** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127378** | | | | **Warranty** | | | | |
| **Gregory Baugh 19 Belmont Circle Uniontown, PA 15401** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1672** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re   **Great Lakes Warranty Corporation**      ,     Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103593** | | | | **Warranty** | | | | |
| **Gregory Bednar** **259 Holly Place** **Mt Pleasant, PA 15666** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104113** | | | | **Warranty** | | | | |
| **Gregory Brooks** **11597 Youngstown Pittsburgh Road** **New Middletown, OH 44442** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093541** | | | | **Warranty** | | | | |
| **Gregory Bundrage** **110 Byington Drive** **Fayetteville, GA 30214** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130465** | | | | **Warranty** | | | | |
| **Gregory Bunns** **12 Morris St** **South Amboy, NJ 08879** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116130** | | | | **Warranty** | | | | |
| **Gregory C Coe** **12657 Monroe Mills Road** **Mt Vernon, OH 43050** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1673** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re   **Great Lakes Warranty Corporation**            ,     Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5120927 | | | | Warranty | | | | |
| Gregory D Cooley 3753 Faulkner Dr Nashville, TN 37211 | - | | | | X | X | | 0.00 |
| Account No. 5054667 | | | | Warranty | | | | |
| Gregory D Garcia 5707 W Cholla Glendale, AZ 85304 | - | | | | | | | 524.00 |
| Account No. 5118287 | | | | Warranty | | | | |
| Gregory D Hughes 6455 Buckner St Canal Winchester, OH 43110 | - | | | | X | X | | 0.00 |
| Account No. 5088527 | | | | Warranty | | | | |
| Gregory D Matz 18160 Route 403 Dixonville, PA 15734 | - | | | | X | X | | 0.00 |
| Account No. 5131138 | | | | Warranty | | | | |
| Gregory Dakters 10890 Stella Lane Chagrin Falls, OH 44023 | - | | | | | | | 355.00 |

Sheet no. **1674** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

879.00

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5126905 | | | | | Warranty | | | | |
| Gregory Davis 997 Carver Street Philadelphia, PA 19124 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5076195 | | | | | Warranty | | | | |
| Gregory Donley 20 Water Front Way Horner, WV 26372 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5057705 | | | | | Warranty | | | | |
| Gregory Dyer Jr 2336 Parklyn St Pittsburgh, PA 15234 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5127688 | | | | | Warranty | | | | |
| Gregory England 807 Jone Terrace Road Reading, PA 19611 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5083175 | | | | | Warranty | | | | |
| Gregory F Johnson 4175 Thistlewood Road Hatboro, PA 19040 | - | | | | | | | | |
| | | | | | | | | | 963.90 |

Sheet no. **1675** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           963.90

In re   **Great Lakes Warranty Corporation**                                                                    Case No. _____
                                                                                          ,
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5065201** | | | | | **Warranty** | | | | |
| **Gregory Fischer** **235 Stone Fence Road** **West Chester, PA 19382** | - | | | | | | | | 930.84 |
| Account No. 5094408 | | | | | **Warranty** | | | | |
| **Gregory Frank** **301 Beaver Street** **Greensburg, PA 15601** | - | | | | | X | X | | 0.00 |
| Account No. 5124936 | | | | | **Warranty** | | | | |
| **Gregory Gamache** **3400 Waynesburg Dr SE** **Canton, OH 44707** | - | | | | | X | X | | 0.00 |
| Account No. 5132136 | | | | | **Warranty** | | | | |
| **Gregory Gearhart** **84 Warrington Road** **Dillsburg, PA 17019** | - | | | | | X | X | | 0.00 |
| Account No. 5081306 | | | | | **Warranty** | | | | |
| **Gregory Gilot** **14765 Via Tivoli Court** **Davie, Fl 33325** | - | | | | | X | X | | 0.00 |

Sheet no.**1676** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

930.84

In re   **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                    ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099731** | | | | Warranty | | | | |
| **Gregory Grant Howard** **1009 William Penn Boulevard** **Womelsdorf, PA 19567** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131011** | | | | Warranty | | | | |
| **Gregory Greiser** **1045 North West End Blvd Lot 408** **Quakertown, PA 18951** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095072** | | | | Warranty | | | | |
| **Gregory H Pierce** **2 Wartman Road** **Collegeville, PA 19426** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101180** | | | | Warranty | | | | |
| **Gregory Hardison** **423 Maelln Drive** **Webster Groves, MO 63119** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129900** | | | | Warranty | | | | |
| **Gregory Harley** **Bx 246 Diffley Road** **Ashville, NY 14710** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1677** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. **5104385** <br><br> **Gregory Harris** <br> **3006 S 68 Street** <br> **Philadelphia, PA 19142** | | - | **Warranty** | | | | **1,411.00** |
| Account No. **5104442** <br><br> **Gregory Hubler** <br> **723 S Route 183** <br> **Schuylkill Haven, PA 17972** | | - | **Warranty** | X | X | | **0.00** |
| Account No. **5121774** <br><br> **Gregory J Bahleda** <br> **295 Hill St** <br> **Pitcairn, PA 15140** | | - | **Warranty** | X | X | | **0.00** |
| Account No. **5118217** <br><br> **Gregory J Breen** <br> **3215 Keating Court** <br> **Manchester, MD 21102** | | - | **Warranty** | X | X | | **0.00** |
| Account No. **5100791** <br><br> **Gregory Kaminsky** <br> **526 Cochran Street** <br> **Sewickley, PA 15143** | | - | **Warranty** | X | X | | **0.00** |

Sheet no. __1678__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,411.00**

In re __Great Lakes Warranty Corporation__ _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113702 | | Warranty | | | | | | |
| Gregory Kemp 626 Chestershire Road Columbus, OH 43204 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093013 | | Warranty | | | | | | |
| Gregory Koziel 341 Grandview Street Memphis, TN 38111 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114943 | | Warranty | | | | | | |
| Gregory L Alleman 32467 Long Run Road Sycamore Valley, OH 43789 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5098055 | | Warranty | | | | | | |
| Gregory L Frakes 30 Maple Road Columbus, OH 43217 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5098516 | | Warranty | | | | | | |
| Gregory L Knapp 148 Lickdale Road Jonestown, PA 17038 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __1679__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re    **Great Lakes Warranty Corporation**              ,       Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108914** | | | | **Warranty** | | | | |
| **Gregory L Lowe** **711 Fruit Way** **McKees Rocks, PA 15136** | | - | | | | | | 1,267.50 |
| Account No. **5080912** | | | | **Warranty** | | | | |
| **Gregory L Mayer** **7575 E Indian Bend  #2081** **Scottsdale, AZ 85250** | | - | | | X | X | | 0.00 |
| Account No. **5093058** | | | | **Warranty** | | | | |
| **Gregory L Swift** **2700 55th Street NE** **Canton, OH 44721** | | - | | | | | | 419.50 |
| Account No. **5100588** | | | | **Warranty** | | | | |
| **Gregory L Watson** **4873 Bronsze Cove** **Memphis, TN 38125** | | - | | | | | | 55.32 |
| Account No. **5100498** | | | | **Warranty** | | | | |
| **Gregory Layne** **3385 Twp Road 335** **JUnction City, OH 43748** | | - | | | X | X | | 0.00 |

Sheet no. **1680** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                           Subtotal
                     (Total of this page)       **1,742.32**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127522** | | | **Warranty** | | | | |
| **Gregory Lewis 8985 Storey Road Northeast, PA 16428** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5093493** | | | **Warranty** | | | | |
| **Gregory Lewis 5228 Princeton Lane Groveport, OH 43125** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5085787** | | | **Warranty** | | | | |
| **Gregory Lonigro 512 East Patterson Ave Connellsville, PA 15425** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5088227** | | | **Warranty** | | | | |
| **Gregory M Smith 5 Bridle Court West Goshen, NY 10924** | - | | | | | | |
| | | | | | | | **426.09** |
| Account No. **5127695** | | | **Warranty** | | | | |
| **Gregory Mahoney 351 East Carrollton Street Magnolia, OH 44643** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**1681** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

**426.09**

In re **Great Lakes Warranty Corporation**         Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5129307 | | | Warranty | | | | |
| Gregory Market 3150 Essington Way Bensalem, PA 19020 | - | | | X | X | | 0.00 |
| Account No. 5124765 | | | Warranty | | | | |
| Gregory Mattioli 122 Eisele Rd. Cheswick, PA 15024 | - | | | | | | 3,013.90 |
| Account No. 5103297 | | | Warranty | | | | |
| Gregory May 156 Buckhorn Trail Bozeman, MT 59718 | - | | | X | X | | 0.00 |
| Account No. 5071410 | | | Warranty | | | | |
| Gregory Michael 5503 E Danbury Rd Scottsdale, AZ 85254 | - | | | X | X | | 0.00 |
| Account No. 5123392 | | | Warranty | | | | |
| Gregory Michael Hindman 2546 Hunting Ridge Trail Bridgeville, PA 15017 | - | | | X | X | | 0.00 |

Sheet no. **1682** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,013.90**

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                                    ,
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5126060** | | | | **Warranty** | | | | |
| **Gregory Muiter** **2640 Fountain Dr** **Wexford, PA 15090** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5079104** | | | | **Warranty** | | | | |
| **Gregory N Shamus** **26049 Dreschfield** **Grosse Ile, MI 48138** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120964** | | | | **Warranty** | | | | |
| **Gregory P Prevenslik** **414 Saw Mill Rd** **Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111745** | | | | **Warranty** | | | | |
| **Gregory R Hopp** **217 Northridge Road** **Columbus, OH 43214** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108035** | | | | **Warranty** | | | | |
| **Gregory R Smith** **250 Chestnut Street** **Runnemede, NJ 08078** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1683** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5067633** | | | Warranty | | | | |
| **Gregory Rodden** **103 Colgan Terrace** **Verona, PA 15147** | - | | | X | X | | 0.00 |
| Account No. **5087505** | | | Warranty | | | | |
| **Gregory Roger Stanley** **150 S Roosevelt Road  #2149** **Mesa, AZ 85202** | - | | | X | X | | 0.00 |
| Account No. **5079692** | | | Warranty | | | | |
| **Gregory S Braden** **83 Welton Road** **Conneaut, OH 44030** | - | | | | | | 133.38 |
| Account No. **5099838** | | | Warranty | | | | |
| **Gregory S Harrison** **316 R Eutaw Avenue** **New Cumberland, PA 17070** | - | | | X | X | | 0.00 |
| Account No. **5121648** | | | Warranty | | | | |
| **Gregory S Schmitt** **114 Trolley Ct** **Pittsburgh, PA 15237** | - | | | X | X | | 0.00 |

Sheet no. **1684** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                     133.38

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5084953** | | - | | **Warranty** | X | X | | |
| **Gregory S Stanford 89 W Fourth Street Burnside, PA 15721** | | | | | | | | **0.00** |
| Account No. **5123563** | | - | | **Warranty** | X | X | | |
| **Gregory Scott Fyock 460 Oslo Dr Deltona, FL 32725** | | | | | | | | **0.00** |
| Account No. **5127448** | | - | | **Warranty** | X | X | | |
| **Gregory Scott Morgan 5836 Pinelake Dr Harrison, TN 37341** | | | | | | | | **0.00** |
| Account No. **5131367** | | - | | **Warranty** | X | X | | |
| **Gregory Shaneyfelt Old Route 119 Box 214 Ruffsdale, PA 15679** | | | | | | | | **0.00** |
| Account No. **5099293** | | - | | **Warranty** | X | X | | |
| **Gregory Sherman 31925 Tracy Lane Solon, OH 44139** | | | | | | | | **0.00** |

Sheet no. **1685** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re  **Great Lakes Warranty Corporation**
,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5095123** | | | | **Warranty** | | | | |
| **Gregory Smith** **3365 Clarkston Avenue** **Columbus, OH 43232** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131585** | | | | **Warranty** | | | | |
| **Gregory Smith** **11 Bennington Road** **Havertown, PA 19083** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125502** | | | | **Warranty** | | | | |
| **Gregory Stephens** **6383 Water Dragon Avenue** **Las Vegas, NV 89110** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105754** | | | | **Warranty** | | | | |
| **Gregory Sullivan** **11 S Washington Avenue** **Bala Cynwyd, PA 19004** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124192** | | | | **Warranty** | | | | |
| **Gregory T Carson** **479 Tanner Way** **Lansdale, PA 19446** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1686** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131769** | | | **Warranty** | | | | |
| **Gregory Taylor** **411 Laurel Hill Drive** **Roebuck, SC 29376** | - | | | X | X | | 0.00 |
| Account No. **5115303** | | | **Warranty** | | | | |
| **Gregory Thad Pierce** **4931 Clemson Avenue** **Columbia, SC 29206** | - | | | X | X | | 0.00 |
| Account No. **5124413** | | | **Warranty** | | | | |
| **Gregory Thomas Mathias** **1575 W Warm Springs  No 1771** **Henderson, NV 89014** | - | | | X | X | | 0.00 |
| Account No. **5089340** | | | **Warranty** | | | | |
| **Gregory V Varrato** **268 Elmtree Road** **New Kensington, PA 15068** | - | | | X | X | | 0.00 |
| Account No. **5111214** | | | **Warranty** | | | | |
| **Gregory Volk** **1323 West Glenmere Drive** **Chandler, AZ 85224** | - | | | X | X | | 0.00 |

Sheet no.**1687** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5128047 | | | Warranty | | | | |
| Gregory Vukasovic 8472 W Gilmore St Las Vegas, NV 89129 | - | | | X | X | | 0.00 |
| Account No. 5117160 | | | Warranty | | | | |
| Gregory W Glendenning 2330 McDonald Road SW Lancaster, OH 43130 | - | | | | | | 135.19 |
| Account No. 5132073 | | | Warranty | | | | |
| Gregory Wade 745 South Filmore Street Allentown, PA 18103 | - | | | X | X | | 0.00 |
| Account No. 5104762 | | | Warranty | | | | |
| Gregory Wallace 121 Rohrman Road Darlington, PA 16115 | - | | | X | X | | 0.00 |
| Account No. 5090884 | | | Warranty | | | | |
| Gregory Wilkinson 6621 Riverview Drive Nashville, TN 37209 | - | | | X | X | | 0.00 |

Sheet no. **1688** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     135.19

In re   **Great Lakes Warranty Corporation**      ,     Case No. _____

                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5118433 | | | Warranty | | | | |
| Gregory Wilson 1127 Bark Rd Magnolia, OH 44643 | - | | | X | X | | 0.00 |
| Account No. 5110905 | | | Warranty | | | | |
| Greta Stoddard 409 Lost Creek Drive Columbia, SC 29212 | - | | | X | X | | 0.00 |
| Account No. 5113508 | | | Warranty | | | | |
| Greta Yvonne Tyler 3411 Neeses Highway Orangesburg, SC 29115 | - | | | X | X | | 0.00 |
| Account No. 5128057 | | | Warranty | | | | |
| Gretchen Fonseca 215 Windsor Avenue Upper Darby, PA 19082 | - | | | | | | 862.50 |
| Account No. 5089617 | | | Warranty | | | | |
| Gretchen K Meilahn 1643 Dell Terrace Cincinnati, OH 45230 | - | | | X | X | | 0.00 |

Sheet no. **1689** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **862.50**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5094933** | | | | **Warranty** | | | | |
| **Gretchen M Huff** **2438 Stono Watch Drive** **Johns Island, SC 29455** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101166** | | | | **Warranty** | | | | |
| **Gretchen Meyers** **401 Horn St** **Lewisburg, OH 45338** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132567** | | | | **Warranty** | | | | |
| **Griselda  Camarena** **8049 Kokoma Drive** **Las Vegas, NV 89107** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088586** | | | | **Warranty** | | | | |
| **Grover Anderson** **1590 First Street  NE  Apt J** **Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110662** | | | | **Warranty** | | | | |
| **Grzegorz Boc** **9277 Shady Lake Drive  Apt 207** **Streetsborough, OH 44241** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1690** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    Case No. _____
                                                           ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121476** | | | Warranty | | | | |
| **Guadalupe Buendia**<br>**3024 Harewood Circle**<br>**Las Vegas, NV 89030** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5093604** | | | Warranty | | | | |
| **Guardian LTC Pharmacy**<br>**Route 219  PO Box 240**<br>**Brockway, PA 15824** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122297** | | | Warranty | | | | |
| **Gudrun Gaynor**<br>**3935 Seneca Ct**<br>**Skippack, PA 19474** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5062792** | | | Warranty | | | | |
| **Guerdon Stuckey**<br>**3041 Tifton Grass Lane**<br>**Charlotte, NC 28269** | - | | | | | | |
| | | | | | | | 1,081.64 |
| Account No. **5125636** | | | Warranty | | | | |
| **Guerino Defalco**<br>**429 Walnut Street**<br>**Vandergrift, PA 15690** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1691** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,081.64

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                      ,
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5105043** | | | | Warranty | | | | |
| **Guillermo Ortiz** **15148 W Pershing Street** **Surprise, AZ 85379** | - | | | | X | X | | 0.00 |
| Account No. **5079405** | | | | Warranty | | | | |
| **Guillermo Villagran** **7003 S 23 Lane** **Phoenix, AZ 85041** | - | | | | X | X | | 0.00 |
| Account No. **5131991** | | | | Warranty | | | | |
| **Gulnaz Kapadia** **25119 Callaway Street** **San Antonio, TX 78260** | - | | | | X | X | | 0.00 |
| Account No. **5117592** | | | | Warranty | | | | |
| **Gurdev Singh** **637 Mountainview** **Lewiston, NY 14092** | - | | | | X | X | | 0.00 |
| Account No. **5109977** | | | | Warranty | | | | |
| **Gurkamal Badyal** **73 Summit Avenue** **Northfield, OH 44067** | - | | | | | | | 375.21 |

Sheet no. **1692** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

375.21

In re **Great Lakes Warranty Corporation**                              , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5094641** | | | | Warranty | | | | |
| Gustaro Gutierrez P.O. Box 4631 San Luis, AZ 85349 | - | | | | X | X | | 0.00 |
| Account No. 5131501 | | | | Warranty | | | | |
| Gustavo Vrezi 2701 North Rainbow Las Vegas, NV 89108 | - | | | | X | X | | 0.00 |
| Account No. 5083879 | | | | Warranty | | | | |
| Guy  Jennings 1742 Richbourg Park Drive Brentwood, TN 37027 | - | | | | X | X | | 0.00 |
| Account No. 5130420 | | | | Warranty | | | | |
| Guy A  Molina 4715 Oceanview Avenue Virginia Beach, VA 23455 | - | | | | X | X | | 0.00 |
| Account No. 5113903 | | | | Warranty | | | | |
| Guy Cascella 14 Clayton Hills Lane St Louis, MO 63131 | - | | | | X | X | | 0.00 |

Sheet no.**1693** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099948** | | | | Warranty | | | | |
| **Guy L Morgan 912 Pinecrest Drive Jonesboro, AR 72401** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095126** | | | | Warranty | | | | |
| **Guy Lyre 484 Roarks Cove Road Sewanee, TN 37375** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110137** | | | | Warranty | | | | |
| **Guy W Bowers 133 W Second Mountain Road Pottsville, PA 17901** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116776** | | | | Warranty | | | | |
| **Gwen Handley 230 Mathews Avenue Ashland, OH 44805** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099762** | | | | Warranty | | | | |
| **Gwen L Kosie 8053 Lindisfrane Drive Pittsburgh, PA 15237** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1694** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5082938** | | | | Warranty | | | | |
| **Gwen Prater** **194 Red Jacket Trace** **Murfreesboro, TN 37127** | - | | | | X | X | | 0.00 |
| Account No. 5124997 | | | | Warranty | | | | |
| **Gwendolyn Hartman** **500 North Locust Street** **Elizabethtown, PA 17022** | - | | | | X | X | | 0.00 |
| Account No. 5111742 | | | | Warranty | | | | |
| **Gwendolyn L Glaze** **6605 Brainard Street** **Pittsburgh, PA 15206** | - | | | | X | X | | 0.00 |
| Account No. 5118803 | | | | Warranty | | | | |
| **Gwendolyn M Ritchie** **243 Coachlight Terrace** **Huntingdon Valley, PA 19006** | - | | | | X | X | | 0.00 |
| Account No. 5116313 | | | | Warranty | | | | |
| **Gwendolyn P Pongracz** **2781 Bleiler Hill Road** **New Tripoli, PA 18066** | - | | | | | | | 667.00 |

Sheet no. **1695** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

667.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5103213** Gwenn Hasbrouck 109 W Magnolia Avenue Oak Ridge, TN 37830 | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5123681** Gwenn Kuhns 17 Village Dr Mt Pleasant, PA 15666 | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5115799** Gwyn A Lesnikov 45016 State Route 303 Wellington, OH 44090 | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5090183** Gwyneth  Ayers 1623 20th Avenue Longmont, CO 80501 | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5105165** Habbeeb Salameh 574 Holt Valley Road Nashville, TN 37221 | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **1696** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5130201** | | | | Warranty | | | | |
| **Hadde Robles**<br>**425 East Cumberland Street**<br>**Allentown, PA 18103** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119672** | | | | Warranty | | | | |
| **Hadjira Moudjed**<br>**4429 Wilmington Pike D**<br>**Kettering, OH 45440** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5076874** | | | | Warranty | | | | |
| **Hai Thanh Tran**<br>**96 Jordan Street**<br>**Pittsburgh, PA 15102** | - | | | | | | | |
| | | | | | | | | **96.40** |
| Account No. **5109097** | | | | Warranty | | | | |
| **Haig J Berberian**<br>**2069 Ashburton Way**<br>**Mount Pleasant, SC 29466** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124729** | | | | Warranty | | | | |
| **Hailee Yurjevich**<br>**13604 Merton Woods Lane**<br>**Charlotte, NC 28273** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1697** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**96.40**

In re    **Great Lakes Warranty Corporation** _____,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5058679** | | | Warranty | | | | |
| **Hakan Ilkin 102 S 16th St Pittsburgh, PA 15203** | - | | | X | X | | 0.00 |
| Account No. **5088829** | | | Warranty | | | | |
| **Hal Freeman 350 Southwinter Street Russellville, KY 42276** | - | | | X | X | | 0.00 |
| Account No. **5109995** | | | Warranty | | | | |
| **Hal White P.O. Box 676022 Rancho Santa Fe, CA 92067** | - | | | | | | 95.00 |
| Account No. **5131262** | | | Warranty | | | | |
| **Halee Bryant 148 West Burk Avenue Apt 2 Wildwood, NJ 08260** | - | | | X | X | | 0.00 |
| Account No. **5120827** | | | Warranty | | | | |
| **Haley Vines 118 Pershing Ave Lufkin, TX 75904** | - | | | X | X | | 0.00 |

Sheet no. **1698** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                95.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5123496 | | Warranty | | | | | | |
| Haley Cross 209 Hunters Chase Dr Smyrna, TN 37167 | - | | | | X | X | | 0.00 |
| Account No. 5106382 | | Warranty | | | | | | |
| Haley Lubow 5005 Evanston Way Thompsons Station, TN 37179 | - | | | | X | X | | 0.00 |
| Account No. 5115603 | | Warranty | | | | | | |
| Halva Warner 1916 Kimball Avenue Arnold, PA 15068 | - | | | | X | X | | 0.00 |
| Account No. 5101957 | | Warranty | | | | | | |
| Hamdan H Omar 3525 Parker Road Wylie, TX 75098 | - | | | | X | X | | 0.00 |
| Account No. 5064895 | | Warranty | | | | | | |
| Hamilton Harrison 5 Moyer Place Cincinnati, OH 45208 | - | | | | X | X | | 0.00 |

Sheet no. **1699** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

In re __Great Lakes Warranty Corporation__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108274** | | | **Warranty** | | | | |
| **Hanjo D Farr**<br>**127 Avenue E**<br>**Schuylkill, PA 17972** | - | | | X | X | | 0.00 |
| Account No. **5103057** | | | **Warranty** | | | | |
| **Hank Morrison**<br>**44 Mehalic Drive**<br>**Lewis Run, PA 16738** | - | | | X | X | | 0.00 |
| Account No. **5103108** | | | **Warranty** | | | | |
| **Hank P Hoover**<br>**22 Clemens Road**<br>**Fleetwood, PA 19522** | - | | | X | X | | 0.00 |
| Account No. **5120392** | | | **Warranty** | | | | |
| **Hannah Gage**<br>**6046 Leeward Lane**<br>**Wilmington, NC 28409** | - | | | X | X | | 0.00 |
| Account No. **5095189** | | | **Warranty** | | | | |
| **Hannah Hubler**<br>**7665 CR 33A**<br>**Wapak, OH 45895** | - | | | X | X | | 0.00 |

Sheet no.__1700__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

,

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114948 | | | | Warranty | | | | |
| Hannah M Gillmon 2716 Allegheny Avenue Bexley, OH 43209 | - | | | | | | | 188.97 |
| Account No. 5127795 | | | | Warranty | | | | |
| Hannah Montgomery 1138 Euclid Street Apt 1 Santa Monica, CA 90403 | - | | | | X | X | | 0.00 |
| Account No. 5117630 | | | | Warranty | | | | |
| Hannah R Ayers 403 Alice Drive  Apt #81 Sumter, SC 29150 | - | | | | | | | 580.80 |
| Account No. 5131990 | | | | Warranty | | | | |
| Hannah Simmons 2120 Lick Brandy Road Glasgow, KY 42141 | - | | | | X | X | | 0.00 |
| Account No. 5092117 | | | | Warranty | | | | |
| Hanover Twp Fire Co 100 Stoke Park Road Bethlehem, PA 18017 | - | | | | X | X | | 0.00 |

Sheet no. **1701** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

769.77

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5098800** | | | | **Warranty** | | | | |
| **Hans Erik Hurst**<br>**52 Pebble Creek Drive**<br>**Lititz, PA 17543** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130908** | | | | **Warranty** | | | | |
| **Hao Le**<br>**4704 Laurel Drive**<br>**Harrisburg, PA 17110** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126300** | | | | **Warranty** | | | | |
| **Hardie Burgan**<br>**107 Valley Lane**<br>**Pittsburgh, PA 15238** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118667** | | | | **Warranty** | | | | |
| **Harilaos Sorovigas**<br>**6099 sleight Rd**<br>**Bath, MI 48808** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119143** | | | | **Warranty** | | | | |
| **Harish  Sundaram**<br>**15912 Fairway Lake**<br>**Chesterfield, MO 63017** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1702** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re **Great Lakes Warranty Corporation** ,
                                     Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5089913** | | | | **Warranty** | | | | |
| **Harish Ramakrishna** **4509 E Night Owl Lane** **Cave Creek, AZ 85331** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5071797** | | | | **Warranty** | | | | |
| **Harjinder Sran** **7566 N Hanna** **Fresno, CA 93722** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5082108** | | | | **Warranty** | | | | |
| **Harlan G McKinney** **115 Long Needle Rd** **Columbia, SC 29229** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098140** | | | | **Warranty** | | | | |
| **Harlan Schafir** **3026 Lantern Trail** **Richmond, IN 47374** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108085** | | | | **Warranty** | | | | |
| **Harland Heady** **5046 Santana St** **Murfreesboro, TN 37129** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1703** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**         ,     Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5089964** | | | | **Warranty** | | | | |
| **Harmony Bleigh**<br>**11178 Orville**<br>**Massillon, OH 44647** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5062158** | | | | **Warranty** | | | | |
| **Harold King**<br>**126 Oak Turn Road**<br>**Charleston, SC 29412** | | - | | | | | | |
| | | | | | | | | **269.00** |
| Account No. **5124417** | | | | **Warranty** | | | | |
| **Harold A Palmer**<br>**4781 Serenity Lane**<br>**Murrysville, PA 15668** | | - | | | | | | |
| | | | | | | | | **2,305.50** |
| Account No. **5116392** | | | | **Warranty** | | | | |
| **Harold A Shemesh**<br>**1252 Fells Church Road**<br>**Belle Vernon, PA 15012** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5070233** | | | | **Warranty** | | | | |
| **Harold Cook**<br>**23718 S Illinois Ave**<br>**Chandler, AZ 85248** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1704** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)       **2,574.50**

In re    **Great Lakes Warranty Corporation**                                          ,      Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | | |
| Account No. 5119192 | | | | | Warranty | | | | |
| Harold D McMann 141 Cochran Rd Oak hill, OH 45640 | - | | | | | X | X | | 0.00 |
| Account No. 5123039 | | | | | Warranty | | | | |
| Harold D Angel 3230 Richey Rd Connellsville, PA 15425 | - | | | | | X | X | | 0.00 |
| Account No. 5102517 | | | | | Warranty | | | | |
| Harold Dwight Myers II 118 Capri Street Sugar Land, TX 77478 | - | | | | | X | X | | 0.00 |
| Account No. 5103576 | | | | | Warranty | | | | |
| Harold Ellis 3235 North Bambrey Street Philadelphia, PA 19129 | - | | | | | | | | 189.98 |
| Account No. 5122017 | | | | | Warranty | | | | |
| Harold F Elliott 49053 Riggs Crest Rd Reedsville, OH 45772 | - | | | | | X | X | | 0.00 |

Sheet no. **1705** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             189.98

In re   **Great Lakes Warranty Corporation**          ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128097** | | | | **Warranty** | | | | |
| **Harold Gerhart Jr**<br>**316 Virginia Road**<br>**Mechanicsburg, PA 17050** | - | | | | X | X | | 0.00 |
| Account No. **5117326** | | | | **Warranty** | | | | |
| **Harold Glover**<br>**838 Josephine Street**<br>**Memphis, TN 38114** | - | | | | X | X | | 0.00 |
| Account No. **5098837** | | | | **Warranty** | | | | |
| **Harold H Heady Jr**<br>**1202 Crest Avenue**<br>**Charleroi, PA 15022** | - | | | | X | X | | 0.00 |
| Account No. **5124118** | | | | **Warranty** | | | | |
| **Harold H McDevitt**<br>**13 Dennis Creek Dr**<br>**Cape May Court House, NJ 08210** | - | | | | X | X | | 0.00 |
| Account No. **5127583** | | | | **Warranty** | | | | |
| **Harold Hinklin**<br>**208 Eighth Avenue**<br>**Galton, OH 44833** | - | | | | X | X | | 0.00 |

Sheet no.**1706** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **0.00**

In re  **Great Lakes Warranty Corporation**　　　　　　　　　　,　　　Case No. _____

　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5089047** | | | | Warranty | | | | |
| **Harold J Frank** **P.O. Box 8565** **Incline Village, NV 86452** | - | | | | X | X | | 0.00 |
| Account No. **5064608** | | | | Warranty | | | | |
| **Harold Jones Jr** **9552 Woodstone Mill Dr** **Jacksonville, FL 32244** | - | | | | X | X | | 0.00 |
| Account No. **5107675** | | | | Warranty | | | | |
| **Harold Leibensperger** **84 Fork Mountain Road** **Auburn, PA 17922** | - | | | | X | X | | 0.00 |
| Account No. **5131962** | | | | Warranty | | | | |
| **Harold Livingston Jr** **PO Box 458** **Goshen, NJ 08218** | - | | | | X | X | | 0.00 |
| Account No. **5082433** | | | | Warranty | | | | |
| **Harold Mabardy** **232 Winter Creek Dr** **Bluefield, VA 24605** | - | | | | X | X | | 0.00 |

Sheet no. **1707** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　　　0.00

In re   **Great Lakes Warranty Corporation**              ,     Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5065308** | | | | **Warranty** | | | | |
| **Harold Manigault** **1654 River Road** **Mc Clellanville, SC 29458** | - | | | | | | | 793.28 |
| Account No. **5115985** | | | | **Warranty** | | | | |
| **Harold Perlstein** **5637 N Central Park** **Chicago, IL 60659** | - | | | | X | X | | 0.00 |
| Account No. **5124687** | | | | **Warranty** | | | | |
| **Harold Six** **12353 St Rt 691** **Nelsonville, OH 45764** | - | | | | X | X | | 0.00 |
| Account No. **5099745** | | | | **Warranty** | | | | |
| **Harold Wesner** **51 Franklin Lane** **Quakertown, PA 18951** | - | | | | | | | 346.98 |
| Account No. **5101027** | | | | **Warranty** | | | | |
| **Harriet Cleckley** **110 Pops Dr** **Orangeburg, SC 29115** | - | | | | X | X | | 0.00 |

Sheet no. **1708** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **1,140.26**

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5114787** | | | | | **Warranty** | | | | |
| **Harriet Perantinides** **278 Park Dr** **Campbell, OH 44405** | - | | | | | | | | 390.88 |
| Account No. **5098606** | | | | | **Warranty** | | | | |
| **Harris  Allen** **901 Shenandoah Drive** **Brentwood, TN 37027** | - | | | | | X | X | | 0.00 |
| Account No. **5129908** | | | | | **Warranty** | | | | |
| **Harris Cowen** **199 Popcorn Lane** **Enon Valley, PA 16120** | - | | | | | X | X | | 0.00 |
| Account No. **5083244** | | | | | **Warranty** | | | | |
| **Harrison A Moyer** **1424 Chippewa Drive** **Allentown, PA 18104** | - | | | | | | | | 104.90 |
| Account No. **5066549** | | | | | **Warranty** | | | | |
| **Harrison DB Kidd** **4518 Yancey Drive** **Nashville, TN 37215** | - | | | | | X | X | | 0.00 |

Sheet no.**1709** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

495.78

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109169** | | | **Warranty** | | | | |
| **Harrison Jones** **593 Lark Street** **Brownsville, TN 38012** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5071864** | | | **Warranty** | | | | |
| **Harry  Furman II** **312 Voss Road** **Geneva, OH 44041** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5119878** | | | **Warranty** | | | | |
| **Harry  Halkides** **1701 Vine Ave SW** **Canton, OH 44706** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5082710** | | | **Warranty** | | | | |
| **Harry A Costa** **5153 Lakeshore Road** **Burlington, ON L7L1C1** **CANADA** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5089418** | | | **Warranty** | | | | |
| **Harry Audley Flannery** **116 Valhalla Drive** **New Castle, PA 16103** | - | | | | | | |
| | | | | | | | **580.86** |

Sheet no.**1710**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**580.86**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127985** | | | Warranty | | | | |
| **Harry Becker 296 Yellow Hill Road Narvon, PA 17555** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125119** | | | Warranty | | | | |
| **Harry Bottles 119 Montville Street Pittsburgh, PA 15214** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120983** | | | Warranty | | | | |
| **Harry C Bothwell 200 Faculty Rd Duncannon, PA 17020** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119648** | | | Warranty | | | | |
| **Harry Dolance 2401 Scotch Hill Rd 1 North Huntington, PA 15642** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5097012** | | | Warranty | | | | |
| **Harry E Carney Jr 282 Route 250 Adena, OH 43901** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1711** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5109457 | | | | Warranty | | | | |
| Harry E Ramsey 4242 N 85th Drive Phoenix, AZ 85037 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5101393 | | | | Warranty | | | | |
| Harry Gaillard Jr 10 Piedmont Ridge Columbia, SC 29229 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5088309 | | | | Warranty | | | | |
| Harry H Lockhart 34334 Eretton Livonia, MI 48152 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112021 | | | | Warranty | | | | |
| Harry Hoffman 129 Terrace Road St Marys, PA 15857 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132157 | | | | Warranty | | | | |
| Harry Hopkins 230 Devore Street Cadiz, OH 43907 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1712** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 0.00

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5119602** | | | | **Warranty** | | | | |
| **Harry J Vargo** **8658 Mohr Lane** **Fogelsville, PA 01801** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090862** | | | | **Warranty** | | | | |
| **Harry Maier** **256 Lake Front Drive** **Akron, OH 44319** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119996** | | | | **Warranty** | | | | |
| **Harry Ong** **2008 Andover Way** **Mt Pleasant, SC 29466** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090320** | | | | **Warranty** | | | | |
| **Harry P Kinnison** **121 OBrien Road** **Lucasville, OH 45648** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107264** | | | | **Warranty** | | | | |
| **Harry Swank** **39 Beverly Drive** **Columbiana, OH 44408** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1713** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113873 | | | | Warranty | | | | |
| Harry T Amend 1838 Bigger Rd Bulger, PA 15019 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090576 | | | | Warranty | | | | |
| Harry Thomas II 207 North College Street Carlisle, PA 17013 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128068 | | | | Warranty | | | | |
| Harry Thomas Moyer RR 7 Box 826A  PO Box  631 Hollidaysburg, PA 16648 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5094661 | | | | Warranty | | | | |
| Harry W Crosby 115 Westridge Court Chapin, SC 29026 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123549 | | | | Warranty | | | | |
| Harry Winter 301 S Nicholas St Saint Clair, PA 17970 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1714** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,  Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127115** | | | | Warranty | | | | |
| **Harvey E Gordon**<br>**84041 Mizer Rd**<br>**Cadiz, OH 43907** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5066599** | | | | Warranty | | | | |
| **Harvey H Hatfield**<br>**PO Box 122**<br>**St Marys, WV 26170** | - | | | | | | | |
| | | | | | | | | **202.60** |
| Account No. **5119281** | | | | Warranty | | | | |
| **Harvey Huntley**<br>**109 Blythewood Pt Dr**<br>**Blythewood, Sc 29016** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116215** | | | | Warranty | | | | |
| **Harvey L Calhoun**<br>**150 Willingham Road**<br>**Talladega, AL 35160** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092374** | | | | Warranty | | | | |
| **Harvey T Mitchell**<br>**2722 Lincolnway East**<br>**Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1715** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**202.60**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5110857 | | | Warranty | | | | | |
| Hasan Alhachem 1815 J F Kennedy Boulevard #1014 Philadelphia, PA 19103 | - | | | | X | X | | 0.00 |
| Account No. 5106024 | | | Warranty | | | | | |
| Hasan Drewry 43 A Elsmere Blvd Wilmongton, DE 19805 | - | | | | X | X | | 0.00 |
| Account No. 5128017 | | | Warranty | | | | | |
| Hasan Sarikaya 9321 Bohning Dr Garfield Hts, OH 44125 | - | | | | X | X | | 0.00 |
| Account No. 5117881 | | | Warranty | | | | | |
| Hasina M. Thomas 2760 Katian Road Columbus, OH 43219 | - | | | | X | X | | 0.00 |
| Account No. 5088992 | | | Warranty | | | | | |
| Haskel R Williamson PO Box 7 Holden, WV 25625 | - | | | | X | X | | 0.00 |

Sheet no. **1716** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____

                                                          ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5128288** | | | | **Warranty** | | | | |
| **Hassan M Kassem**<br>**7908 Jims Ct**<br>**West Chester, OH 45069** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106701** | | | | **Warranty** | | | | |
| **Hassan Rammanian**<br>**1024 Pinto Drive**<br>**Fairborn, OH 45324** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102379** | | | | **Warranty** | | | | |
| **Hatem Gabr**<br>**15 Anchorage Pointe**<br>**Anchorage, KY 40223** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5064172** | | | | **Warranty** | | | | |
| **Hattie Brown Rambert**<br>**2026 Little Avenue**<br>**North Charleston, SC 29405** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132558** | | | | **Warranty** | | | | |
| **Hawke McKeon & Sniscak LLP**<br>**100 N 10th St Box 1778**<br>**Harrisburg, PA 17105** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1717** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5075017** | | | Warranty | | | | |
| **Hayden Kepner** **5194 Baldwin Terrace** **Marietta, GA 30068** | - | | | X | X | | 0.00 |
| Account No. **5072192** | | | Warranty | | | | |
| **Hayward Reeder** **233 Coville Drive** **Browns Mills, NJ 08015** | - | | | X | X | | 0.00 |
| Account No. **5128423** | | | Warranty | | | | |
| **Haze Massey** **157 McFall Ways** **Blacklick, OH 43004** | - | | | | | | 721.20 |
| Account No. **5090421** | | | Warranty | | | | |
| **Hazel A Fredericks** **3151 Allenford SE** **Canton, OH 44707** | - | | | X | X | | 0.00 |
| Account No. **5102734** | | | Warranty | | | | |
| **Hazel Calendine** **11353 St Route 550** **Athens, OH 45701** | - | | | X | X | | 0.00 |

Sheet no. **1718** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

721.20

In re **Great Lakes Warranty Corporation**                              , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126474** | | | **Warranty** | | | | |
| **Hazel Hamilton**<br>**244 Boles Road**<br>**Early Branch, SC 29916** | - | | | X | X | | 0.00 |
| Account No. **5092598** | | | **Warranty** | | | | |
| **Hazel M Llewellyn**<br>**5675 Gun Club Road**<br>**Athens, OH 45701** | - | | | X | X | | 0.00 |
| Account No. | | | **Trade** | | | | |
| **Health America Coventry**<br>**P.O. Box 6479**<br>**Carol Stream, IL 60197** | - | | | | | | 18,532.78 |
| Account No. **5097220** | | | **Warranty** | | | | |
| **Heath  McCrea**<br>**4039 Fulton Drive  Apt 2**<br>**Canton, OH 44718** | - | | | X | X | | 0.00 |
| Account No. **5077515** | | | **Warranty** | | | | |
| **Heath Evans**<br>**13365 N Como Drive**<br>**Tucson, AZ 85755** | - | | | X | X | | 0.00 |

Sheet no.<u>1719</u> of <u>4906</u> sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **18,532.78**

In re **Great Lakes Warranty Corporation**                    , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5080052** | | | | **Warranty** | | | | |
| **Heath Pickering**<br>**6552 E Fairfield**<br>**Mesa, AZ 85205** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5098811** | | | | **Warranty** | | | | |
| **Heather  Burke**<br>**243 Weston Lane**<br>**Wilkes Barre, PA 18702** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120437** | | | | **Warranty** | | | | |
| **Heather  Cuyles**<br>**184 Burns Rd**<br>**New Brighton, PA 15016** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113689** | | | | **Warranty** | | | | |
| **Heather  Flynn**<br>**528 Tamplin Street**<br>**Sharon, PA 16142** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092369** | | | | **Warranty** | | | | |
| **Heather  Reighard**<br>**724 25th Street NW**<br>**Canton, OH 44709** | - | | | | | | | |
| | | | | | | | | **1,074.00** |

Sheet no. **1720** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,074.00**

In re   **Great Lakes Warranty Corporation**         ,      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129437** | | | **Warranty** | | | | |
| **Heather  Roberts** **418 County Rd  116** **Athens, TN 37303** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5058554** | | | **Warranty** | | | | |
| **Heather  Shearer** **30 Evergreen St** **Thompsontown, PA 17094** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5128621** | | | **Warranty** | | | | |
| **Heather  Singleton** **241 Clinton Ave** **Akron, OH 44301** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5108884** | | | **Warranty** | | | | |
| **Heather A Freuchtel** **256 Rampart Boulevard** **New Kensington, PA 15069** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5100450** | | | **Warranty** | | | | |
| **Heather A Nice** **300 Parkland Avenue  SW** **Massillon, OH 44646** | - | | | | | | |
| | | | | | | | **1,040.00** |

Sheet no. **1721** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,040.00**

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095332** | | | Warranty | | | | |
| **Heather A Selfe** **43 Sedgwick Drive** **East Berlin, PA 17316** | | - | | X | X | | 0.00 |
| Account No. 5129460 | | | Warranty | | | | |
| **Heather Bartolota** **18447 North 95th Street** **Scottsdale, AZ 85255** | | - | | | | | 961.56 |
| Account No. 5120576 | | | Warranty | | | | |
| **Heather Brocious** **PO Box 36   107 Second St** **Stump Creek, PA 15863** | | - | | X | X | | 0.00 |
| Account No. 5125294 | | | Warranty | | | | |
| **Heather Brown** **4088 Railroad Street** **New Marshfield, OH 45766** | | - | | X | X | | 0.00 |
| Account No. 5126670 | | | Warranty | | | | |
| **Heather Cibik** **205 Arizona Drive** **Lower Burrell, PA 15068** | | - | | | | | 3,152.00 |

Sheet no. **1722** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **4,113.56**

In re **Great Lakes Warranty Corporation**        Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5085630** | | | **Warranty** | | | | |
| **Heather Clayton** **3622 W Carla Vista Drive** **Chandler, AZ 85226** | - | | | X | X | | 0.00 |
| Account No. **5129610** | | | **Warranty** | | | | |
| **Heather Cordrey** **113 Holbrook Lane** **Gilbertsville, PA 19525** | - | | | X | X | | 0.00 |
| Account No. **5106891** | | | **Warranty** | | | | |
| **Heather D Cartmill** **325 South Cottonwood** **Emporia, KS 66801** | - | | | X | X | | 0.00 |
| Account No. **5130383** | | | **Warranty** | | | | |
| **Heather D Peters** **5056 School Creek Lane** **Annville, PA 17003** | - | | | X | X | | 0.00 |
| Account No. **5108519** | | | **Warranty** | | | | |
| **Heather Dawn Bishop** **111 Jarett Road** **Summerville, SC 29485** | - | | | X | X | | 0.00 |

Sheet no. **1723** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation**                          , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123852** | | | | **Warranty** | | | | |
| **Heather Delprincipe** **36 Poland Manor** **Poland, OH 44514** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123465** | | | | **Warranty** | | | | |
| **Heather Denise Merritt** **1450 E Bell Rd  # 2136** **Phoenix, AZ 85022** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115278** | | | | **Warranty** | | | | |
| **Heather Dennis** **962 E Rockwell Drive** **Chandler, AZ 85225** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085864** | | | | **Warranty** | | | | |
| **Heather Emerick** **81 Beacon Circle** **Cranston, RI 02910** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132778** | | | | **Warranty** | | | | |
| **Heather Fry** **25 Newport Drive** **Hazleton, PA 18201** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1724** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5124406** | | | | Warranty | | | | |
| **Heather G Tarr** **214 Orange St** **Urbana, OH 43078** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5067715** | | | | Warranty | | | | |
| **Heather Hannan** **7146 Jackson Street** **Philadelphia, PA 19135** | - | | | | | | | |
| | | | | | | | | 7.00 |
| Account No. **5113876** | | | | Warranty | | | | |
| **Heather Herman** **1102 Miley Street** **Lebanon, PA 17046** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129834** | | | | Warranty | | | | |
| **Heather Hess** **312 Glen View Circle** **Lititz, PA 17543** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123721** | | | | Warranty | | | | |
| **Heather J Holbrook** **166 Ellisade Rd** **Allentown, NJ 08501** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1725** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                     **7.00**

In re   **Great Lakes Warranty Corporation**                                                 ,      Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5130195** | | | | **Warranty** | | | | |
| **Heather Johnson** **227 Otterbein Drive** **Lexington, OH 44904** | - | | | | X | X | | 0.00 |
| Account No. **5074963** | | | | **Warranty** | | | | |
| **Heather Konetsky** **655 Eldred Street** **Erie, PA 16511** | - | | | | X | X | | 0.00 |
| Account No. **5076900** | | | | **Warranty** | | | | |
| **Heather L Behm** **16248 Highway 119 North** **Rochester Mills, PA 15771** | - | | | | X | X | | 0.00 |
| Account No. **5127133** | | | | **Warranty** | | | | |
| **Heather L Davis** **212 Nicewonger Lane** **Duncansville, PA 16635** | - | | | | X | X | | 0.00 |
| Account No. **5122244** | | | | **Warranty** | | | | |
| **Heather L Goodwin** **17 Honeysuckle Lane** **Birmingham, AL 35213** | - | | | | X | X | | 0.00 |

Sheet no.**1726** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                          , Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5097842** | | | | **Warranty** | | | | |
| **Heather L Morris Terry** **7 Sandstone Court** **Little Rock, AR 72227** | - | | | | X | X | | 0.00 |
| Account No. 5104093 | | | | **Warranty** | | | | |
| **Heather L Parks** **3894 Dartmouth Avenue NW** **Massillon, OH 44646** | - | | | | X | X | | 0.00 |
| Account No. 5115911 | | | | **Warranty** | | | | |
| **Heather L Ruffner** **1904 Winston Drive** **St Marys, OH 45885** | - | | | | X | X | | 0.00 |
| Account No. 5106374 | | | | **Warranty** | | | | |
| **Heather L Stefan** **72279 Pine Drive** **Bridgeport, OH 43912** | - | | | | X | X | | 0.00 |
| Account No. 5130136 | | | | **Warranty** | | | | |
| **Heather Laracuente** **1104 RT 47 South Lot C** **Rio Grande, NJ 08242** | - | | | | X | X | | 0.00 |

Sheet no. **1727** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128752** | | | | **Warranty** | | | | |
| **Heather Lloyd 107 Woodland Ave SE Massillon, OH 44646** | - | | | | X | X | | **0.00** |
| Account No. **5122907** | | | | **Warranty** | | | | |
| **Heather Lynne McKinney 2818 Oakley Ave Bensalem, PA 19020** | - | | | | | | | **157.40** |
| Account No. **5107160** | | | | **Warranty** | | | | |
| **Heather M Dougan 3703 Dynes Avenue Erie, PA 16510** | - | | | | | | | **1,600.00** |
| Account No. **5044376** | | | | **Warranty** | | | | |
| **Heather M Miller 1144 Chapel Rd Monaca, PA 15061** | - | | | | X | X | | **0.00** |
| Account No. **5118921** | | | | **Warranty** | | | | |
| **Heather M Scarano 676 Loridge Dr Pittsburgh, PA 15209** | - | | | | X | X | | **0.00** |

Sheet no. **1728** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,757.40**

In re **Great Lakes Warranty Corporation** ,            Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5113614 | | | | Warranty | | | | |
| Heather M Sethman 109 B Back Street PO Box 196 Coal Center, PA 15423 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123036 | | | | Warranty | | | | |
| Heather M Trout 14 Medsger Rd Connellsville, PA 15425 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111517 | | | | Warranty | | | | |
| Heather M Yurkovich 115 Stump Dr Belle Vernon, PA 15012 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111497 | | | | Warranty | | | | |
| Heather Mammone 313 Edgewater Avenue NW Massillon, OH 44646 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132417 | | | | Warranty | | | | |
| Heather McManus 310 South Village Lane Logoff, SC 29075 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1729** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,       Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5078324 | | | Warranty | | | | |
| Heather N Kuhn 21 Westview Drive McSherrystown, PA 17344 | - | | | | | | 350.00 |
| Account No. 5109054 | | | Warranty | | | | |
| Heather N Tilley RR2 Box 188 Tyrone, PA 16686 | - | | | X | X | | 0.00 |
| Account No. 5125867 | | | Warranty | | | | |
| Heather O Rourke 382 Keever Avenue Pittsburgh, PA 15205 | - | | | X | X | | 0.00 |
| Account No. 5126153 | | | Warranty | | | | |
| Heather Pierce 1548 Clark Sound Circle Charleston, SC 29412 | - | | | X | X | | 0.00 |
| Account No. 5062673 | | | Warranty | | | | |
| Heather Rady 634 State St Greensburg, PA 15601 | - | | | X | X | | 0.00 |

Sheet no. **1730** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **350.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5067759** | | | | **Warranty** | | | | |
| **Heather Rombold** **117 Rombold Lane** **New Brighton, PA 15066** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123757** | | | | **Warranty** | | | | |
| **Heather S Miggantz** **124 Calmont Dr** **Pittsburgh, PA 15239** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106958** | | | | **Warranty** | | | | |
| **Heather S Ryan** **7708 S Heather Drive** **Tempe, AZ 85284** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127798** | | | | **Warranty** | | | | |
| **Heather Seibel** **3244 Ridge Pike** **Eagleville, PA 19408** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097872** | | | | **Warranty** | | | | |
| **Heather Smith** **1671 Diehl Road** **Bedford, PA 15522** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1731** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5086387** | | | Warranty | | | | |
| **Heather Steele** **580 River Ridge Road** **McKeesport, PA 15133** | - | | | X | X | | 0.00 |
| Account No. **5129485** | | | Warranty | | | | |
| **Heather Thompson** **4238 Barr Avenue** **Memphis, TN 38111** | - | | | X | X | | 0.00 |
| Account No. **5124518** | | | Warranty | | | | |
| **Heather Watts** **900 S. 1st Avenue** **Lebanon, PA 17042** | - | | | | | | 381.00 |
| Account No. **5128935** | | | Warranty | | | | |
| **Heather Webster** **36 Grant Street** **Rittman, OH 44270** | - | | | | | | 2,270.50 |
| Account No. **5126316** | | | Warranty | | | | |
| **Hebert Estrada** **19446 Mountain Road** **Grantville, PA 17028** | - | | | | | | 38.98 |

Sheet no. **1732** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **2,690.48**

In re  **Great Lakes Warranty Corporation**  ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5047064** | | | Warranty | | | | |
| **Hector Caballero** **2580 Devon Valley** **Nashville, TN 37221** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100581** | | | Warranty | | | | |
| **Hector Camarillo Espinoza** **1136 Weiner** **Memphis, TN 38122** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5086566** | | | Warranty | | | | |
| **Hector E Peguero** **5834 Weymouth Street** **Philadelphia, PA 19120** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130978** | | | Warranty | | | | |
| **Hector Feliciano** **305 Bellaire** **Fairborn, OH 45324** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115218** | | | Warranty | | | | |
| **Hector G Guzman Jr** **3850 Orangemans Rd** **Hatboro, PA 19040** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1733** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                            ,        Case No. _____
                                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5132376 | | | | Warranty | | | | |
| Hector Gonzalez Jr. 699 Cedar Hill Drive Allentown, PA 18109 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128313 | | | | Warranty | | | | |
| Hector Irizarry 1621 Dolphin Ave Pleasantville, NJ 08232 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114761 | | | | Warranty | | | | |
| Hedy Baker 919 Overview Court Mt Pleasant, SC 29464 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5063543 | | | | Warranty | | | | |
| Hee Kang 2456 South Old Oaks Drive Beavercreek, OH 45431 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110517 | | | | Warranty | | | | |
| Heeyung Jeung 5901 W Behrend Drive  Apt 2002 Glendale, AZ 85308 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1734** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5098926** | | | | Warranty | | | | |
| **Heidi Ames** **1110 Bricklanding Place** **Webster, NY 14580** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113464 | | | | Warranty | | | | |
| **Heidi Banks** **1909 Gay Evans Road** **Winchester, KY 40391** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125436 | | | | Warranty | | | | |
| **Heidi Garcia** **3369 Zion Road** **Olanta, PA 16863** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131166 | | | | Warranty | | | | |
| **Heidi Gault** **2779 Ranger Drive** **North Charleston, SC 29405** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105905 | | | | Warranty | | | | |
| **Heidi Hatfield** **2401 Kanan Road** **Agoura Hills, CA 91301** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1735** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re    **Great Lakes Warranty Corporation**                                          ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113344 | | Warranty | | | | | | |
| Heidi M Limbert 140 Ginder Road NE Lancaster, OH 43130 | - | | | | X | X | | 0.00 |
| Account No. 5094809 | | Warranty | | | | | | |
| Heidi Marie Hatfield 2401 Kanan Road Agoura, CA 91301 | - | | | | X | X | | 0.00 |
| Account No. 5111949 | | Warranty | | | | | | |
| Heidi Wendling 8159 West 100 North Farmland, IN 37340 | - | | | | X | X | | 0.00 |
| Account No. 5088879 | | Warranty | | | | | | |
| Helen A McCoy 5 South Eighth Street  PO Box 77 Jacksonville, OH 45740 | - | | | | X | X | | 0.00 |
| Account No. 5131679 | | Warranty | | | | | | |
| Helen Brisco 3794 Sylvan Memphis, TN 38128 | - | | | | X | X | | 0.00 |

Sheet no. **1736** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**      Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5053946** | | | | Warranty | | | | |
| **Helen DeBarr**<br>**201 Cool Springs**<br>**Sutersville, PA 15083** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125005** | | | | Warranty | | | | |
| **Helen Delhoyo**<br>**3700 Stewart SP 176**<br>**Las Vegas, NV 89118** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115269** | | | | Warranty | | | | |
| **Helen E Vaughn**<br>**1092 Weakley Lane**<br>**Smyrna, TN 37167** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116089** | | | | Warranty | | | | |
| **Helen Edgerton**<br>**2616 Ringsted Lane**<br>**Mt Pleasant, SC 29466** | | - | | | | | | |
| | | | | | | | | 1,171.22 |
| Account No. **5098761** | | | | Warranty | | | | |
| **Helen G Maddox**<br>**811 Paris SE**<br>**Paris, OH 44669** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1737** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,171.22

In re **Great Lakes Warranty Corporation**                                      Case No. _____
                                                              ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5131366** | | | | | **Warranty** | | | | |
| **Helen Godish 1590 Woodlwan Drive Latrobe, PA 15650** | - | | | | | X | X | | 0.00 |
| Account No. **5124935** | | | | | **Warranty** | | | | |
| **Helen Hahn 2089 18th St SW Akron, OH 44314** | - | | | | | X | X | | 0.00 |
| Account No. **5129104** | | | | | **Warranty** | | | | |
| **Helen Johnson 7234 Lamport Upper Darby, PA 19082** | - | | | | | | | | 281.30 |
| Account No. **5123157** | | | | | **Warranty** | | | | |
| **Helen June Kelley RR2 Box 645 Hollidaysburg, PA 16648** | - | | | | | X | X | | 0.00 |
| Account No. **5097073** | | | | | **Warranty** | | | | |
| **Helen L Hall 4422 Limerick Rd Jackson, OH 45640** | - | | | | | X | X | | 0.00 |

Sheet no. **1738** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    281.30

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5128622 | | | | Warranty | | | | |
| Helen L Morrison 2221 Vincent Lane Kingsport, TN 37660 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096496 | | | | Warranty | | | | |
| Helen L Spencer 2495 Henn Hyde Road Cortland, OH 44410 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5091258 | | | | Warranty | | | | |
| Helen Long 409 Ocean Avenue Sea Girt, NJ 08750 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113220 | | | | Warranty | | | | |
| Helen Marie Martinez 509 N Broad Street Ridgway, PA 15853 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108494 | | | | Warranty | | | | |
| Helen R Dworkin 801 S Chester Road  #206 Swarthmore, PA 19081 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1739** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127751** | | | | **Warranty** | | | | |
| **Helen Schenz** **17949 North Oakley Drive** **Buchtel, OH 45716** | - | | | | X | X | | 0.00 |
| Account No. **5089868** | | | | **Warranty** | | | | |
| **Helen Smith** **308 Union Street** **Tamaqua, PA 18252** | - | | | | X | X | | 0.00 |
| Account No. **5085101** | | | | **Warranty** | | | | |
| **Helen Theresa McDaris** **8459 Wildcat Bridge Road** **Danielsville, GA 30633** | - | | | | X | X | | 0.00 |
| Account No. **5125346** | | | | **Warranty** | | | | |
| **Helen Weidenhammer** **815 West Leesport Road** **Leesport, PA 19533** | - | | | | X | X | | 0.00 |
| Account No. **5100935** | | | | **Warranty** | | | | |
| **Helen Weis** **1107 Country Club Drive** **Tullahoma, TN 37388** | - | | | | X | X | | 0.00 |

Sheet no. **1740** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5100342** | | | | | Warranty | | | | |
| **Helen Wimer** **2101 Hideout Lane** **Bowie, MD 20716** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5120861** | | | | | Warranty | | | | |
| **Helena A Garcia** **2900 El Camino Ave  No13** **Las Vegas, NV 89102** | - | | | | | | | | |
| | | | | | | | | | **1,430.54** |
| Account No. **5080225** | | | | | Warranty | | | | |
| **Helena Baillio** **304 Clover Dale Boulevard** **Ft Walton Beach, FL 32547** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5119204** | | | | | Warranty | | | | |
| **Helene Berlin** **1988 E Oxford Dr** **Tempe, AZ 85283** | - | | | | | | | | |
| | | | | | | | | | **852.79** |
| Account No. **5088185** | | | | | Warranty | | | | |
| **Helene Moore** **324 Wilson Avenue** **Port Carbon, PA 17965** | - | | | | | | | | |
| | | | | | | | | | **172.38** |

Sheet no. **1741** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **2,455.71**

In re **Great Lakes Warranty Corporation**                                        ,   Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5112531** | | | | | **Warranty** | | | | |
| **Helene Wright 21 Briar Court Fishkill, NY 12524** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5123306** | | | | | **Warranty** | | | | |
| **Hen Van Vo 9369 Pinarello Street Las Vegas, NV 89178** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5091367** | | | | | **Warranty** | | | | |
| **Hendina Hamill 4540 E Westchester Drive Chandler, AZ 85249** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5122850** | | | | | **Warranty** | | | | |
| **Hendrick Cousar 426 E White St  Apt B Rock Hill, SC 29730** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5093344** | | | | | **Warranty** | | | | |
| **Hendrik Post 26 Bernice Court Grimsby, ON L3M5C3 CANADA** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **1742** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5119129 | | | Warranty | | | | |
| Henehan Family Living Trust 410 Long Pointe Dr Avon Lake, OH 44012 | - | | | X | X | | 0.00 |
| Account No. 5112546 | | | Warranty | | | | |
| Henri Van Der Vegte 2015 Lenox Cove Cr. NE Atlanta, GA 30319 | - | | | X | X | | 0.00 |
| Account No. 5114904 | | | Warranty | | | | |
| Henrietta H Mason 7975 Lanier Drive Cumming, GA 30041 | - | | | X | X | | 0.00 |
| Account No. 5044793 | | | Warranty | | | | |
| Henrietta M  Drayton 1221 Palustrine Ct Charleston, SC 29414 | - | | | X | X | | 0.00 |
| Account No. 5123843 | | | Warranty | | | | |
| Henrietta R Cvetan 40886 SR 689 Albany, OH 45710 | - | | | X | X | | 0.00 |

Sheet no. **1743** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                              , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5069273** | | | | Warranty | | | | |
| **Henry  Fong** **10301 N 70th St #244** **Paradise Valley, AZ 85253** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106188** | | | | Warranty | | | | |
| **Henry  Jackson** **2400 Seventh Avenue  PO Box 275** **Beaver Falls, PA 15010** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115644** | | | | Warranty | | | | |
| **Henry  Schoen** **35 W Riley** **Montezuma, IL 45866** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110596** | | | | Warranty | | | | |
| **Henry A Wilson** **904 Timberglen Drive** **Imperial, PA 15126** | - | | | | | | | |
| | | | | | | | | 680.00 |
| Account No. **5093855** | | | | Warranty | | | | |
| **Henry B Johnson** **607 Fourteenth Street SE** **Canton, OH 44707** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1744** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**680.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5118088 | | | | Warranty | | | | |
| Henry C Ford 909 Todds Lane Hampton, VA 23666 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125379 | | | | Warranty | | | | |
| Henry Chen 35 Watergate Drive #706 Sarasota, FL 34236 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111523 | | | | Warranty | | | | |
| Henry D McMaster 1731 Senate St Columbia, SC 29701 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132769 | | | | Warranty | | | | |
| Henry Deni 1109 Kemper Drive Warminster, PA 18974 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090449 | | | | Warranty | | | | |
| Henry E Raber 2155 Township Road 416 Dundee, OH 44624 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1745** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5074608 | | | Warranty | | | | |
| Henry Esquivias<br>31 S. Temple Street<br>Mesa, AZ 85204 | - | | | X | X | | 0.00 |
| Account No. 5112812 | | | Warranty | | | | |
| Henry F Jumper<br>102 Creek Bottom Drive<br>Cayce, SC 29033 | - | | | X | X | | 0.00 |
| Account No. 5109707 | | | Warranty | | | | |
| Henry Gray Jr<br>214 South Franley<br>Jefferson, OH 44047 | - | | | X | X | | 0.00 |
| Account No. 5101619 | | | Warranty | | | | |
| Henry J Jefferson<br>6781 W Peuget Avenue<br>Peoria, AZ 85345 | - | | | X | X | | 0.00 |
| Account No. 5112233 | | | Warranty | | | | |
| Henry J Zalokar<br>2701 Silver Fox Trail<br>Ashland, OH 44805 | - | | | X | X | | 0.00 |

Sheet no. **1746** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
                (Total of this page)          0.00

In re   **Great Lakes Warranty Corporation**                          Case No. _____
                                                          ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131171** | | | **Warranty** | | | | |
| **Henry Nathan Johnson 1255 Audrey Road Manning, SC 29102** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122867** | | | **Warranty** | | | | |
| **Henry Seiner 254 Hickory Heights Dr Bridgeville, PA 15017** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111138** | | | **Warranty** | | | | |
| **Henry Stubbs 491 Crandall Youngstown, OH 44505** | - | | | | | | |
| | | | | | | | 351.00 |
| Account No. **5103224** | | | **Warranty** | | | | |
| **Henry T Skipper IV 3452 Crestridge Dr Nashville, TN 37204** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5067708** | | | **Warranty** | | | | |
| **Henry Victor Jr. P.O. Box 51 Rose Pine, LA 70699** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1747** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     351.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5111951** | | | | **Warranty** | | | | |
| **Henry W Brockman** **1407 Old Hillsboro Road** **Frankllin, TN 37069** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131241** | | | | **Warranty** | | | | |
| **Henry W Ferree** **307 Maywood Rd** **York, pa 17402** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100829** | | | | **Warranty** | | | | |
| **Henry W Robinson Jr** **4 Linden Drive** **Hamburg, PA 19526** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103053** | | | | **Warranty** | | | | |
| **Henry Wilson** **1068 Neal Road** **Hopkins, SC 29061** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104454** | | | | **Warranty** | | | | |
| **Henry Yaun** **1384 Honeysuckle Court** **Gilbert, AZ 85296** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1748** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                                    ,      Case No. _____
_____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124893** | | | | **Warranty** | | | | |
| **Herb Dula** **6283 Maybee Road** **Clarkston, MI 48346** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106333** | | | | **Warranty** | | | | |
| **Herbert  McMahan** **3790 St Ellens Drive** **Mt Pleasant, SC 29466** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104989** | | | | **Warranty** | | | | |
| **Herbert Blankson** **West Green Office    Ohio University** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086351** | | | | **Warranty** | | | | |
| **Herbert Edwards** **70 Stoneycreek Road** **Troy, OH 45373** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115921** | | | | **Warranty** | | | | |
| **Herbert F Dickerson** **7 Wheatland Highway** **Simpsonville, SC 29681** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1749** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                          ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5077218** | | | | **Warranty** | | | | |
| **Herbert Falligan** **1838 Fernon Street** **Philadelphia, PA 19145** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123471** | | | | **Warranty** | | | | |
| **Herbert Fishman** **1418 Glendale Crt** **Monroeville, PA 15146** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5064173** | | | | **Warranty** | | | | |
| **Herbert Grant** **2120 Durant Ave** **N. Charleston, SC 29405** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108452** | | | | **Warranty** | | | | |
| **Herbert H  Norton** **96 Harold Dr** **Ashland, OH 44805** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108993** | | | | **Warranty** | | | | |
| **Herbert H Hall** **105 Statin Street** **Pittsburgh, PA 15235** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1750** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re  **Great Lakes Warranty Corporation**                                    Case No. _____
                                                            ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5118836 | | | | Warranty | | | | |
| Herbert J McMonagle Jr 7 Demarest Ct Baltimore, MD 21234 | - | | | | X | X | | 0.00 |
| Account No. 5103587 | | | | Warranty | | | | |
| Herbert Kisthardt 316 East Broad Street Apt Bethlehem, PA 18018 | - | | | | X | X | | 0.00 |
| Account No. 5108047 | | | | Warranty | | | | |
| Herbert L Jones 2780 Bonnell Drive Sumter, SC 29154 | - | | | | X | X | | 0.00 |
| Account No. 5102597 | | | | Warranty | | | | |
| Herbert Liebold 13 Cranberry Creek Estates Cresca, PA 18326 | - | | | | X | X | | 0.00 |
| Account No. 5111362 | | | | Warranty | | | | |
| Herbert Ligon 16 West Lake Nashville, TN 37205 | - | | | | X | X | | 0.00 |

Sheet no. **1751** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                          ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5121506** | | | | **Warranty** | | | | |
| **Herbert Ricky Merritt** **6016 Belden St** **Philadelphia, PA 19149** | - | | | | | | | 206.29 |
| Account No. **5100579** | | | | **Warranty** | | | | |
| **Herbie Mertel** **9441 Linda Shore Dr** **Southaven, MS 38672** | - | | | | | | | 662.45 |
| Account No. **5127076** | | | | **Warranty** | | | | |
| **Heriberto G Villena** **1526 SW 136 Place** **Miami, FL 33184** | - | | | | X | X | | 0.00 |
| Account No. **5110163** | | | | **Warranty** | | | | |
| **Heriberto Gutierrez** **344 Joshua Street** **Somerton, AZ 85350** | - | | | | X | X | | 0.00 |
| Account No. **5132625** | | | | **Warranty** | | | | |
| **Heriberto Santiago Gonzalez** **1333 Perkiomen Avenue** **Reading, PA 19602** | - | | | | X | X | | 0.00 |

Sheet no. **1752** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              868.74

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5099298** | | | Warranty | | | | |
| **Herman Cortez** **2049 Seagar Boulevard 6C** **Far Rockaway, NY 11691** | - | | | X | X | | 0.00 |
| Account No. **5119061** | | | Warranty | | | | |
| **Herman E Kennedy** **9755 St Rt 377** **Chesterhill, OH 43728** | - | | | X | X | | 0.00 |
| Account No. **5086045** | | | Warranty | | | | |
| **Herman Kroninger** **12971 National Rd SW** **Pataskala, OH 43062** | - | | | X | X | | 0.00 |
| Account No. **5092726** | | | Warranty | | | | |
| **Herman Pondexter** **150 White Oak Lane** **Harleyville, SC 29448** | - | | | X | X | | 0.00 |
| Account No. 5115073 | | | Warranty | | | | |
| **Herman Posey** **7700 Lloyd Avenue #2** **Swissvale, PA 15218** | - | | | X | X | | 0.00 |

Sheet no. **1753** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re   **Great Lakes Warranty Corporation**        ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114916 | | | | Warranty | | | | |
| Herman Quick Jr 227 Highpoint Drive Diamondhead, MS 39525 | - | | | | X | X | | 0.00 |
| Account No. 5095312 | | | | Warranty | | | | |
| Herminia S Wilson 1088 Milltown Road Verona, PA 15147 | - | | | | | | | 993.79 |
| Account No. 5131852 | | | | Warranty | | | | |
| Herminio Morales 3650 Stober Blvd #18 Las Vegas, NV 89103 | - | | | | X | X | | 0.00 |
| Account No. 5118601 | | | | Warranty | | | | |
| Hero Kader 13811 N 55th Place Scottsdale, AZ 85254 | - | | | | | | | 1,918.19 |
| Account No. 5105283 | | | | Warranty | | | | |
| Herold Nazon 200 Sheffield Lane Summerville, SC 29485 | - | | | | X | X | | 0.00 |

Sheet no. **1754** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **2,911.98**

In re   **Great Lakes Warranty Corporation**                                          ,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5129141** | | | | **Warranty** | | | | |
| **Herschel Conley** **35275 Hull Rd** **Salinville, OH 43945** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5072608** | | | | **Warranty** | | | | |
| **Herve Beriault** **217 Tilfordk** **Deerfield Beach, FL 33442** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116219** | | | | **Warranty** | | | | |
| **Heyward Bannister** **2206 Lincoln Street** **Columbia, SC 29201** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5081951** | | | | **Warranty** | | | | |
| **Hi Tech Mold Engr Inc** **2775 Commerce Drive** **Rochester Hills, MI 48309** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103922** | | | | **Warranty** | | | | |
| **Hickle Vending** **450 E Main Street** **Uniontown, PA 15401** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1755** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5113040** <br><br> **Hiesha R Legrande** <br> **3928 Market Street** <br> **Philadelphia, PA 19103** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5112104** <br><br> **Hieu Do** <br> **1346 Country Club Drive** <br> **Lancaster, PA 17602** | - | | **Warranty** | | | | 206.80 |
| Account No. **5082693** <br><br> **Hieu Truong** <br> **3499 W 120 Street** <br> **Cleveland, OH 44111** | - | | **Warranty** | X | X | | 0.00 |
| Account No. <br><br> **Highmark Vision** <br> **P.O. Box 382069** <br> **Pittsburgh, PA 15251** | - | | **Trade** | | | | 1,204.77 |
| Account No. **5122343** <br><br> **Hilda Astorga** <br> **1733 Markham Dr** <br> **Bethlehem, PA 18017** | - | | **Warranty** | | | | 980.00 |

Sheet no. **1756** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,391.57**

In re __Great Lakes Warranty Corporation__ ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5048177** <br><br> **Hilda Holman** <br> **913 W. Wagner Dr.** <br> **Gilbert, AZ 85233** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5100908** <br><br> **Hilda Vega** <br> **1705 S Albert Street  Apt 7** <br> **Allentown, PA 18105** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5123937** <br><br> **Hillary A Hamdan** <br> **7614 Pons Lane** <br> **West Chester, OH 45069** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5122117** <br><br> **Hillel J Ceria** <br> **5829 Arlington Bend Dr** <br> **Las Vegas, NV 89139** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5122930** <br><br> **Hilton C  Williams** <br> **2988 Sharptop Rd** <br> **Palmyra, TN 37142** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **1757**  of **4906**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105017** | | | Warranty | | | | |
| **Hing C Lam** **157 35 24th Road** **White Stone, NY 11357** | - | | | X | X | | 0.00 |
| Account No. **5090985** | | | Warranty | | | | |
| **Hipolito Villanueva** **115 W Ray Road** **Chandler, AZ 85225** | - | | | X | X | | 0.00 |
| Account No. **5131391** | | | Warranty | | | | |
| **Hiram  Torres-Rivera** **1452 Cotton Street** **Reading, PA 19602** | - | | | X | X | | 0.00 |
| Account No. **5110841** | | | Warranty | | | | |
| **Hoa Thi Phan** **915 Wingfield Road** **Memphis, TN 38122** | - | | | X | X | | 0.00 |
| Account No. **5129212** | | | Warranty | | | | |
| **Hoang Huynm** **1214 Whitney Street** **Columbia, SC 29201** | - | | | X | X | | 0.00 |

Sheet no. **1758** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101894** | | | Warranty | | | | |
| **Hobert Yount**<br>**4620 Kendal Street SW**<br>**Canton, OH 44706** | - | | | X | X | | 0.00 |
| Account No. | | | Trade | | | | |
| **Holiday Inn Express**<br>**3053 Washington Pike**<br>**Bridgeville, PA 15017** | - | | | | | | 1,356.60 |
| Account No. 5131920 | | | Warranty | | | | |
| **Holliann Marie Smiley**<br>**715 Crescent Avenue  Apt 3**<br>**Ellwood City, PA 16117** | - | | | X | X | | 0.00 |
| Account No. 5106375 | | | Warranty | | | | |
| **Hollie A Pabin**<br>**71766 Saint Clairsville Street**<br>**Saint Clairsville, OH 43950** | - | | | X | X | | 0.00 |
| Account No. 5093274 | | | Warranty | | | | |
| **Hollie L Shimatzki**<br>**181 Leapline Boulevard**<br>**Dunbar, PA 15431** | - | | | X | X | | 0.00 |

Sheet no.**1759** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,356.60

In re  **Great Lakes Warranty Corporation**
,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5113537 | | | Warranty | | | | |
| Hollie P Davis 5170 Hickory Hollow Parkway  Apt 604 Antioch, TN 37013 | - | | | | | | 88.00 |
| Account No. 5110580 | | | Warranty | | | | |
| Hollie Power 28526 Water Oak Loop Ponchatoula, LA 70454 | - | | | X | X | | 0.00 |
| Account No. 5119197 | | | Warranty | | | | |
| Holly  Johnson 5713 E Everett Dr Scottsdale, AZ 85254 | - | | | X | X | | 0.00 |
| Account No. 5106007 | | | Warranty | | | | |
| Holly A Campbell Bradley 7810 W Third Street Dayton, OH 45427 | - | | | X | X | | 0.00 |
| Account No. 5116612 | | | Warranty | | | | |
| Holly A Savard 1341 Toboggan Trail Easton, PA 18040 | - | | | X | X | | 0.00 |

Sheet no. **1760**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          88.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5111979 | | | | Warranty | | | | |
| Holly Aucreman 1008 East Fifth Avenue Lancaster, OH 43130 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112760 | | | | Warranty | | | | |
| Holly Claire Hansen 12 Held Circle Charleston, SC 29412 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5115350 | | | | Warranty | | | | |
| Holly E DeCarlo 405 Ruxton Street Pittsburgh, PA 15211 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104341 | | | | Warranty | | | | |
| Holly E Edwards 312 Ashcroft Place Nashville, TN 37215 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130749 | | | | Warranty | | | | |
| Holly Ferrare 129 Vine Street Girard, PA 16417 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1761** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102649** | | | | **Warranty** | | | | |
| **Holly H Justice** **5015 Millbrook Drive** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5069128** | | | | **Warranty** | | | | |
| **Holly Henbest** **5215 E Poston** **Phoenix, AZ 85054** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109151** | | | | **Warranty** | | | | |
| **Holly J Lane** **12240 Ridge Avenue** **Edinboro, PA 16412** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113184** | | | | **Warranty** | | | | |
| **Holly J Ruffolo** **25 Fifth Street** **Pittsburgh, PA 15215** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121740** | | | | **Warranty** | | | | |
| **Holly L Hubbard** **5620 Lincoln Ave** **Export, PA 15632** | - | | | | | | | |
| | | | | | | | | **68.00** |

Sheet no. **1762** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**68.00**

In re  **Great Lakes Warranty Corporation**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5113705 | | Warranty | | | | | | | |
| Holly Lee Gorby 66 S Washington Street  Apt 37 East Palestine, OH 44413 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5064279 | | Warranty | | | | | | | |
| Holly Lefeld 4810 Buschor Rd Coldwater, OH 45828 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5100507 | | Warranty | | | | | | | |
| Holly M Boxer 1413 Main Street Gilberton, PA 17934 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5089336 | | Warranty | | | | | | | |
| Holly M Patt 422 East Brown Ave Bellefontaine, OH 43311 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5097192 | | Warranty | | | | | | | |
| Holly N Bobarsky 133 S Lehigh Avenue Frackville, PA 17931 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1763** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                 0.00

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5108403** | | | | | **Warranty** | | | | |
| **Holly Peterson** **16388 Florida Way** **Rosemount, MN 55068** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5132453** | | | | | **Warranty** | | | | |
| **Holly Radcliff** **142 North Main Street Apt 3** **Columbiana, OH 44408** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5107483** | | | | | **Warranty** | | | | |
| **Holly Rathjew** **1734 Noon Valley Drive** **Bellingham, WA 98226** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5093661** | | | | | **Warranty** | | | | |
| **Holly Watson** **817 East Third Street** **Oil City, PA 16301** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131344** | | | | | **Warranty** | | | | |
| **Homer Ray  Adams** **176 Project Road** **Langley, SC 29834** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1764** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                0.00

In re   **Great Lakes Warranty Corporation**                                ,     Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124351** | | | **Warranty** | | | | |
| **Hong Hoa Thi Nguyen** **19 E Coventry** **Charleston, WV 25309** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5116715** | | | **Warranty** | | | | |
| **Hong Joo Lee** **3993 spring Mountain Rd  No 188** **Las Vegas, NV 89102** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5063405** | | | **Warranty** | | | | |
| **Hong Thach** **6302 North 5th Street** **Philadelphia, PA 19126** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5072741** | | | **Warranty** | | | | |
| **Hope Brazzell** **212 Spring Haven Court** **Nashville, TN 37221** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101941** | | | **Warranty** | | | | |
| **Hope C Manning** **1260 A J Knight Road** **Crofton, KY 42217** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**1765** of **4906**  sheets attached to Schedule of                    Subtotal                       **0.00**
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

In re **Great Lakes Warranty Corporation**                    Case No. _____
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5128883** | | | | Warranty | | | | |
| **Hope Center** **1178 Jerro Road** **Manning, SC 29102** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107938** | | | | Warranty | | | | |
| **Hope Gottlieb** **52 Willow Avenue  F5** **Cornwall, NY 12518** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110805** | | | | Warranty | | | | |
| **Hope Marie Smith** **39 Red Lion Avenue** **Felton, PA 17322** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114589** | | | | Warranty | | | | |
| **Hopeton L Guthrine** **1065 Chardea Dr** **Calrksville, TN 37040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5064157** | | | | Warranty | | | | |
| **Hopewell Precision Inc** **89 Haight Hill Road** **Stanfordsville, NY 12581** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1766** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**                                      , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129684** | | | Warranty | | | | |
| **Horace Crosby** **116 Oakmont Dr** **Madison, MS 39110** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5066913** | | | Warranty | | | | |
| **Horace Shepard** **51 Midland Heights Apt C** **Midland, PA 15059** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5123833** | | | Warranty | | | | |
| **Hoshea Cordowin** **2840 S Decatur** **Las Vegas, NV 89102** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5073449** | | | Warranty | | | | |
| **Hosseyn Nuri** **3522 McCoppin Park Court** **San Jose, CA 95124** | - | | | | | | |
| | | | | | | | **210.00** |
| Account No. **5067002** | | | Warranty | | | | |
| **Houng Truong** **1305 West Sells Drive** **Phoenix, AZ 85013** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**1767** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **210.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5120606 | | | | | Warranty | | | | |
| Houston Patrick Jr 7566 Misty Meadows Dr Lake Cormorant, MS 38641 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5065630 | | | | | Warranty | | | | |
| Howard  Schneiderman 2150 Stocker Mill Road Easton, PA 18045 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5112594 | | | | | Warranty | | | | |
| Howard  Webber III PO Box 156  1408 Dehirsch Ave Woodbine, NJ 08270 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5102571 | | | | | Warranty | | | | |
| Howard A Keener 1350 Kenneth Avenue New Kensington, PA 15068 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5097356 | | | | | Warranty | | | | |
| Howard A Muir 270 Highway 259 Portland, TN 37148 | - | | | | | | | | |
| | | | | | | | | | 40.88 |

Sheet no. **1768** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **40.88**

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5124777** | | | | **Warranty** | | | | |
| **Howard Baird** **218 Carnation Ct East** **Mt Pleasant, PA 15666** | - | | | | X | X | | 0.00 |
| Account No. **5090644** | | | | **Warranty** | | | | |
| **Howard Berman** **44 Antler Drive** **Holland, PA 18966** | - | | | | X | X | | 0.00 |
| Account No. **5124692** | | | | **Warranty** | | | | |
| **Howard Berman** **2640 Leihigh** **Philadelphia, PA 19125** | - | | | | X | X | | 0.00 |
| Account No. **5110520** | | | | **Warranty** | | | | |
| **Howard Blinn** **301 Bayberry** **Imperial, PA 15126** | - | | | | X | X | | 0.00 |
| Account No. **5131673** | | | | **Warranty** | | | | |
| **Howard Cade III** **144 Belmont Avenue** **Croydon, PA 19021** | - | | | | X | X | | 0.00 |

Sheet no. **1769** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                0.00

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5066297** | | | Warranty | | | | |
| **Howard Chin**<br>**1470 Shore Dr**<br>**Bronx, NY 10465** | - | | | | | | 463.71 |
| Account No. **5067579** | | | Warranty | | | | |
| **Howard Cohen**<br>**230 North Ott Street**<br>**Allentown, PA 18104** | - | | | X | X | | 0.00 |
| Account No. **5100357** | | | Warranty | | | | |
| **Howard E  Shields**<br>**333 Finance Rd**<br>**Weirton, WV 26062** | - | | | | | | 241.21 |
| Account No. **5087341** | | | Warranty | | | | |
| **Howard E Corsnitz**<br>**2618 Boas Street**<br>**Harrisburg, PA 17101** | - | | | X | X | | 0.00 |
| Account No. **5119366** | | | Warranty | | | | |
| **Howard G Henderson III**<br>**1635 Hawthorne St**<br>**Pittsburgh, PA 15201** | - | | | X | X | | 0.00 |

Sheet no. **1770** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    704.92

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5051375** | | | | **Warranty** | | | | |
| **Howard G Snyder** **5 Chestnut Ln** **Montgomery, NY 12549** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5074761** | | | | **Warranty** | | | | |
| **Howard Henley** **330 N Bullmoose Street** **Chandler, AZ 85224** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123880** | | | | **Warranty** | | | | |
| **Howard J Burns** **2348 Twin Lake Circle** **Jackson, MS 39211** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107312** | | | | **Warranty** | | | | |
| **Howard L Lemon** **110 E Sixteenth Street** **Winfield, KS 67156** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132746** | | | | **Warranty** | | | | |
| **Howard M Sherman** **2236 Simon St** **Philadelphia, PA 19137** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1771** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5131533 | | | | Warranty | | | | |
| Howard McFadden 309 Oklahoma Drive Sumter, SC 29153 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131261 | | | | Warranty | | | | |
| Howard Minnichbach 6515 Delilah Road Egg Harbor, NJ 08234 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121304 | | | | Warranty | | | | |
| Howard R Stein 452 Sequoia Dr Pittsburgh, PA 15236 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114811 | | | | Warranty | | | | |
| Howard S Strug 3060 Bristol Road  Apt 179 Bensalem, PA 19020 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100066 | | | | Warranty | | | | |
| Howard W Beeman 740 Foreman Road Austinburg, OH 44010 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1772** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**        Case No. _____
                                                    ,
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5106324 | | | Warranty | | | | |
| Howard W Dunlap 560 Willow Street Pottsville, PA 17901 | - | | | X | X | | 0.00 |
| Account No. 5121755 | | | Warranty | | | | |
| Howard Williams 4254 Ormond St Philadelphia, PA 19124 | - | | | | | | 974.00 |
| Account No. 5126917 | | | Warranty | | | | |
| Howard Wright 1547 East Pastorius Street Philadelphia, PA 19138 | - | | | | | | 1,441.00 |
| Account No. 5094788 | | | Warranty | | | | |
| Hubert E Walker 9004 State Route 14 Du Quoin, IL 62832 | - | | | X | X | | 0.00 |
| Account No. 5078593 | | | Warranty | | | | |
| Hubert F Stollenwerk 1550 Darmstadt Avenue Egg Harbor, NJ 08215 | - | | | X | X | | 0.00 |

Sheet no. **1773** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

           Subtotal
       (Total of this page)       **2,415.00**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124040** | | | Warranty | | | | |
| **Hubert Wisenbarger** **4185 Bloomfield Rd.** **Cambridge, OH 43725** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5127238** | | | Warranty | | | | |
| **Hugh  Sprague Jr.** **324 Discovery Lane** **Egg Harbor Twp, NJ 08234** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5065144** | | | Warranty | | | | |
| **Hugh Arthur** **1503 Broad Street** **Camden, SC 29020** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5123058** | | | Warranty | | | | |
| **Hugh B Auton** **3536 Wheeland School** **Prosperity, SC 29127** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5096628** | | | Warranty | | | | |
| **Hugh C Howser III** **701 Bowling Avenue #6** **Nashville, TN 37215** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **1774** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5108820** | | | | | **Warranty** | | | | |
| **Hugh G Swisher** **720 Edgemont** **Lancaster, OH 43130** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5116997** | | | | | **Warranty** | | | | |
| **Hugh Raney** **41 Sevier Lane** **Decaturville, TN 38329** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5102394** | | | | | **Warranty** | | | | |
| **Hugo Trinidad** **3300 Street Road  Apt C4** **Bensalem, PA 19020** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5122577** | | | | | **Warranty** | | | | |
| **Huirong  Huang** **1 Community Dr  Apt 604** **Athens, OH 45701** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5110792** | | | | | **Warranty** | | | | |
| **Humberto Jimpikit** **2555 Old Trevose Road  L2** **Trevose, PA 19053** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1775** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129811 | | Warranty | | | | | | |
| Humberto Rodarte Nava 3642 Boulder Highway No 85 Las Vegas, NV 89121 | - | | | | X | X | | 0.00 |
| Account No. 5102606 | | Warranty | | | | | | |
| Humberto Rosales 1525 W Seventh Avenue Mesa, AZ 85202 | - | | | | X | X | | 0.00 |
| Account No. 5113788 | | Warranty | | | | | | |
| Humphreys George 333 Bridgewater Drive McDonald, TN 37353 | - | | | | X | X | | 0.00 |
| Account No. 5084296 | | Warranty | | | | | | |
| Hung P  Nguyen 3194 E Mead Drive Chandler, AZ 85249 | - | | | | X | X | | 0.00 |
| Account No. 5125452 | | Warranty | | | | | | |
| Hussein Farhat 23626 Edward Street Dearborn, MI 48128 | - | | | | | | | 782.90 |

Sheet no.__1776__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         782.90

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127789** | | | | Warranty | | | | |
| **Hussein Mabruk** **3626 Ardincaple Dr  No A** **Columbia, SC 29203** | | - | | | | | | 1,595.00 |
| Account No. **5088730** | | | | Warranty | | | | |
| **Huy Son** **2336 Alki Ave SW** **Seattle, WA 98116** | | - | | | X | X | | 0.00 |
| Account No. **5069859** | | | | Warranty | | | | |
| **Hye Kang** **213 Sparkleberry Ln** **Columbia, SC 29229** | | - | | | X | X | | 0.00 |
| Account No. **5069122** | | | | Warranty | | | | |
| **Hynjoo Rah** **1201 S McClintock  #108** **Tempe, AZ 85281** | | - | | | X | X | | 0.00 |
| Account No. **5125277** | | | | Warranty | | | | |
| **Ia Abashidze** **446 Blue Course Drive Apt 203** **State College, PA 16803** | | - | | | X | X | | 0.00 |

Sheet no. **1777** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,595.00

In re **Great Lakes Warranty Corporation**          Case No. _____

                                   , Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5125009 | | | Warranty | | | | |
| Iain Hunter<br>350 W 50th St 11E<br>New York, NY 10019 | | - | | X | X | | 0.00 |
| Account No. 5092558 | | | Warranty | | | | |
| Iain Briggs<br>574 Grand Oaks Drive<br>Brentwood, TN 37027 | | - | | X | X | | 0.00 |
| Account No. 5082628 | | | Warranty | | | | |
| Ian Craig<br>902 Clearview Drive<br>Nasahville, TN 37205 | | - | | X | X | | 0.00 |
| Account No. 5065884 | | | Warranty | | | | |
| Ian Harris<br>1803 Daylily Lane<br>Charleston, SC 29412 | | - | | X | X | | 0.00 |
| Account No. 5086936 | | | Warranty | | | | |
| Ian MacNeil<br>254 Andrea Ln<br>Clarksville, TN 37042 | | - | | X | X | | 0.00 |

Sheet no. **1778** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal
(Total of this page)      0.00

In re　**Great Lakes Warranty Corporation**　　　　　　　　　　　, Case No. _____

　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5107903** | | | | Warranty | | | | |
| **Ian A Grant**<br>**2016 New York Avenue**<br>**Finleyville, PA 15332** | - | | | | | | | 512.66 |
| Account No. **5106538** | | | | Warranty | | | | |
| **Ian C Evringham**<br>**8650 Lake Drive**<br>**West Liberty, OH 43357** | - | | | | X | X | | 0.00 |
| Account No. **5088242** | | | | Warranty | | | | |
| **Ian Craig**<br>**2133 Chickering Lane**<br>**Nashville, TN 37215** | - | | | | X | X | | 0.00 |
| Account No. **5126385** | | | | Warranty | | | | |
| **Ian Ely Cate**<br>**322 Mullin Avenue**<br>**Iowa City, IA 52246** | - | | | | | | | 150.00 |
| Account No. **5120523** | | | | Warranty | | | | |
| **Ian M Willis**<br>**15478 Olive Green Rd**<br>**Centeburg, OH 43011** | - | | | | | | | 110.89 |

Sheet no.**1779** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　　　(Total of this page)　　773.55

In re **Great Lakes Warranty Corporation** , Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5131458 | | | | Warranty | | | | |
| Ian Moskowitz 6326 Trotter Street Philadelphia, PA 19111 | - | | | | X | X | | 0.00 |
| Account No. 5115910 | | | | Warranty | | | | |
| Ian R Campbell 1327 Ashbourne Road Elkins Park, PA 19027 | - | | | | X | X | | 0.00 |
| Account No. 5104321 | | | | Warranty | | | | |
| Ian T Macauley 1230 s Rancho Dr Las Vegas, NV 89102 | - | | | | X | X | | 0.00 |
| Account No. 5111564 | | | | Warranty | | | | |
| Ibrahim Desooki 1038 Adams Avenue  Apt B Elizabeth, NJ 07201 | - | | | | X | X | | 0.00 |
| Account No. 5114882 | | | | Warranty | | | | |
| Ibrahim Mohamed Shafik 4538 Valleydale Way Columbus, OH 43231 | - | | | | X | X | | 0.00 |

Sheet no. **1780** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re **Great Lakes Warranty Corporation**                  Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5115729 | | | | Warranty | | | | |
| Ida Gutierrez 29666 N Broken Shale Drive Queen Creek, AZ 85243 | - | | | | X | X | | 0.00 |
| Account No. 5126520 | | | | Warranty | | | | |
| Idalina Curet 5618 Miram Road Philadelphia, PA 19124 | - | | | | X | X | | 0.00 |
| Account No. 5123994 | | | | Warranty | | | | |
| Idalis Acevedo 132 Colonial Park Apt. K Reading, PA 19607 | - | | | | X | X | | 0.00 |
| Account No. 5131825 | | | | Warranty | | | | |
| Ieshia Watkins 104 Fairway Circle Rock Hill, SC 29730 | - | | | | | | | 2,717.07 |
| Account No. 5110509 | | | | Warranty | | | | |
| Ifiok E Enyong 175 Scott Road York, PA 17403 | - | | | | X | X | | 0.00 |

Sheet no. **1781** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal           | **2,717.07**
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re **Great Lakes Warranty Corporation**                    , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102760** | | Warranty | | | | | | |
| **Igli Bica** **17609 North 8th Avenue** **Phoenix, AZ 85023** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121225** | | Warranty | | | | | | |
| **Igor Kravets** **901 Bell Ave** **Sacramento, CA 95838** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109976** | | Warranty | | | | | | |
| **Igor Loureiko** **1111 Post Oak Boulevard  Apt 548** **Houston, TX 77056** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5083296** | | Warranty | | | | | | |
| **Igor Lukyan** **2003 N Royal Birkdale Dr** **Vernon Hills, IL 60261** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5071808** | | Warranty | | | | | | |
| **Ihab Abu Kweik** **308 Brownsfell Dr** **Columbus, OH 43235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1782** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5111247** | | - | | **Warranty** | | | | |
| **Ihor Shvetsov 836 Damen Avenue Chicago, IL 60622** | | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5080657** | | - | | **Warranty** | | | | |
| **Iiya Simyatitsky 302 N Meridian Avenue Wichita, KS 67203** | | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101185** | | - | | **Warranty** | | | | |
| **Ikshvanku Barot 126 Sleepy Pointe Way Suffolk, VA 23435** | | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123485** | | - | | **Warranty** | | | | |
| **Ila S Prouty 26 Nora Lane Bakersville, NC 28705** | | | | | | | | |
| | | | | | | | | 4,496.13 |
| Account No. **5127837** | | - | | **Warranty** | | | | |
| **Imelda Lucy 8419 Lucero Street Las Vegas, NV 89149** | | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1783** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 4,496.13

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5111229** | | | | **Warranty** | | | | |
| **Inacio A Pinto** **916 Woodland Avenue** **Union, NJ 07083** | | - | | | | | | |
| | | | | | | | | **158.00** |
| Account No. **5123707** | | | | **Warranty** | | | | |
| **India McRae** **33 Aberdeen Place** **Woodbury, NJ 08096** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126956** | | | | **Warranty** | | | | |
| **India Stradford** **4056 Rawleigh Street** **Harrisburg, PA 17109** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130945** | | | | **Warranty** | | | | |
| **Inetta Armstead** **821 North Main Road 66 B** **Vineland, NJ 08360** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104896** | | | | **Warranty** | | | | |
| **Inez Matus** **168 Long Stretch Road** **Pine Grove, PA 17963** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1784** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **158.00**

In re **Great Lakes Warranty Corporation**                          , Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5084195** | | | Warranty | | | | |
| **Inez Salazar Shensley** **1835 Salem Road** **Coopersburg, PA 18036** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5073150** | | | Warranty | | | | |
| **Inga Kim** **8167 Charlotte Pike** **Nashville, TN 37221** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5042139** | | | Warranty | | | | |
| **Ingrid Edgerly** **PO Box 967** **Kasilof, AK 99610** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101789** | | | Warranty | | | | |
| **Ingrid J McLane** **3533 Hardscrabble Road** **Alexandria, OH 43001** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110655** | | | Warranty | | | | |
| **Innocent Akpuaka** **6817 Real Princess Lane** **Gwynn Oak, MD 21207** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1785** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

In re __Great Lakes Warranty Corporation__ ,    Case No. _____

                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Intel Public Relations, Inc.** <br> **265 S. Federal Highway** <br> **Suite 176** <br> **Deerfield Beach, FL 33441** | - | | **Trade** | | | | 200.00 |
| Account No. 5112459 <br><br> **Interim Health Care** <br> **8016 State Line  Suite 205** <br> **Leawood, KS 66208** | - | | **Warranty** | X | X | | 0.00 |
| Account No. 5126579 <br><br> **Interstate Supply Co Inc.** <br> **103 Good Street PO Box 670** <br> **Roscoe, PA 15477** | - | | **Warranty** | X | X | | 0.00 |
| Account No. 5065868 <br><br> **Ion Satnick** <br> **3199 Monterey Drive** <br> **Merrick, NY 11566** | - | | **Warranty** | | | | 760.50 |
| Account No. 5089034 <br><br> **Ionel Popa** <br> **22194  S 211th Street** <br> **Queen Creek, AZ 85242** | - | | **Warranty** | X | X | | 0.00 |

Sheet no.__1786__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal           960.50 <br>
                                  (Total of this page)

In re  **Great Lakes Warranty Corporation**                                    Case No. _____

_____

                                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5099072 | | Warranty | | | | | | |
| Iovino Tub and Spa 4066 B Route 130 Irwin, PA 15642 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5091149 | | Warranty | | | | | | |
| Ira Friedman 11418 N Miller Road Scottsdale, AZ 85260 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102295 | | Warranty | | | | | | |
| Ira H Bennett 7115 Route 819 Mt Pleasant, PA 15666 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120298 | | Warranty | | | | | | |
| Ira Lee Swinney Jr 107 Tuckerman Ave Middletown, RI 02842 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119980 | | Warranty | | | | | | |
| Ira W Bryan 078 2nd St Byer Wellston, OH 45692 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1787** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re  **Great Lakes Warranty Corporation**            ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5118428** | | | | Warranty | | | | |
| **Irana L Davis 508 Paige St Lower Burrell, PA 15068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126143** | | | | Warranty | | | | |
| **Irene Croft 454 Old Federal Road Madisonville, TN 37354** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129727** | | | | Warranty | | | | |
| **Irene Jean Santos 2035 W El Camino  No 325 Sacramento, CA 95833** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088989** | | | | Warranty | | | | |
| **Irina Vladimirovin 196 Murrell Meadows Sevierville, TN 37876** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130720** | | | | Warranty | | | | |
| **Iris  Jackson 5245 Bucksport Memphis, TN 38118** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1788** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
                    (Total of this page)        **0.00**

In re   **Great Lakes Warranty Corporation**                                  ,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5118248** | | | Warranty | | | | |
| **Iris M Daniels** **117 Briarheath Circle** **Dayton, OH 45415** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120881** | | | Warranty | | | | |
| **Iris Vasquez** **1031 Faunce St** **Philadelphia, PA 19111** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5091959** | | | Warranty | | | | |
| **Irma J Kosh** **733 Hamilton Avenue** **Belle Vernon, PA 15012** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5081058** | | | Warranty | | | | |
| **Irma Reyes** **1323 Levick Street** **Philadelphia, PA 19111** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107836** | | | Warranty | | | | |
| **Irona L Boyd** **133 Hazlett Street** **Pittsburgh, PA 15214** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1789** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101709** | | | Warranty | | | | |
| **Irvin M Kamp** **249 Margaretta Street** **Schuylkill Haven, PA 17972** | - | | | X | X | | 0.00 |
| Account No. **5097503** | | | Warranty | | | | |
| **Irvine Williams** **502 Shiloh Drive** **Dayton, OH 45414** | - | | | X | X | | 0.00 |
| Account No. **5111928** | | | Warranty | | | | |
| **Irving Chambers** **11908 Aten St** **Ft Washington, MD 20744** | - | | | | | | 0.00 |
| Account No. **5115551** | | | Warranty | | | | |
| **Irwin B Davidheiser Jr** **14 Blue Mountain Heights** **Schuylkill Haven, PA 17972** | - | | | X | X | | 0.00 |
| Account No. **5129427** | | | Warranty | | | | |
| **Irwin Braemer** **9005 Tumblewood Avenue** **Las Vegas, NV 89143** | - | | | X | X | | 0.00 |

Sheet no. **1790** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5128922 | | | | Warranty | | | | |
| Isaac Aleshire Jr. 6871 Leetown Road Kearneysville, WV 25430 | - | | | | X | X | | 0.00 |
| Account No. 5078179 | | | | Warranty | | | | |
| Isaac C White 319 Cumberland Drive Columbia, SC 29203 | - | | | | X | X | | 0.00 |
| Account No. 5132584 | | | | Warranty | | | | |
| Isaac Jacob Wesley Hayden 2739 Kingston Drive Natrona Heights, PA 15065 | - | | | | X | X | | 0.00 |
| Account No. 5103006 | | | | Warranty | | | | |
| Isaac K Lum 201 North Ray Street New Castle, PA 16101 | - | | | | X | X | | 0.00 |
| Account No. 5080724 | | | | Warranty | | | | |
| Isabela Berman 345 Milford Street Newton, PA 18940 | - | | | | | | | 1,400.00 |

Sheet no. **1791** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,400.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126528** | | | | **Warranty** | | | | |
| **Isabelle Edmondson** **7815 Craig Street** **Philadelphia, PA 19136** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124538** | | | | **Warranty** | | | | |
| **Isadore Dimaria** **3683 El Toro** **Las Vegas, NV 89121** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088815** | | | | **Warranty** | | | | |
| **Isiah Flemister** **1513 Fourteenth Street SE** **Canton, OH 44707** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124238** | | | | **Warranty** | | | | |
| **Isma Villasenor** **557 S 15 and half St** **Reading, PA 19606** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123658** | | | | **Warranty** | | | | |
| **Ismael Garcia** **4108 N 8th St** **Philadelphia, PA 19140** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1792** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re   **Great Lakes Warranty Corporation**             ,     Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131512** | | | | Warranty | | | | |
| **Ismael L Olvera** **1982 Verde Mirada Dr** **Las Vegas, NV 89115** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090507** | | | | Warranty | | | | |
| **Isong R Uboh** **720 E Eharpnack** **Philadelphia, PA 19119** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130365** | | | | Warranty | | | | |
| **Israel Rosenfeld** **2214 Shady Avenue** **Pittsburgh, PA 15217** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127821** | | | | Warranty | | | | |
| **Israel Koger** **225 Cypress Drive** **Walterboro, SC 29488** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115984** | | | | Warranty | | | | |
| **Israel Morales** **15204 Wayside Road** **Philadelphia, PA 19116** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1793** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re  **Great Lakes Warranty Corporation**           ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5099621** | | | | | Warranty | | | | |
| **Issam Shabaneh**<br>**158 North Broad Street**<br>**Mobile, AL 36603** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5125129 | | | | | Warranty | | | | |
| **Itiat Peter**<br>**4681 Triple Paks Lane**<br>**Chatanooga, TN 37416** | - | | | | | | | | |
| | | | | | | | | | 880.56 |
| Account No. 5097366 | | | | | Warranty | | | | |
| **Ivan Avila**<br>**1320 State Route 7 NE**<br>**Brookfield, OH 44403** | - | | | | | | | | |
| | | | | | | | | | 1,339.50 |
| Account No. 5092461 | | | | | Warranty | | | | |
| **Ivan J Schnars**<br>**5314 Woodward Drive**<br>**Erie, PA 16509** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5098017 | | | | | Warranty | | | | |
| **Ivan Reyes**<br>**507 Flossmoor Avenue**<br>**Waukegan, IL 60085** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1794** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

          Subtotal
(Total of this page)       2,220.06

In re **Great Lakes Warranty Corporation**                        ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126366** | | | | Warranty | | | | |
| **Ivan Stanley** **11394 St Rt 691** **Nelsonville, OH 45764** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128601** | | | | Warranty | | | | |
| **Ivan Swangren** **485 Howard Avenue** **Ephrata, PA 17522** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093386** | | | | Warranty | | | | |
| **Ivy Shou** **4395 Dunmore Road** **Marietta, GA 30068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5071318** | | | | Warranty | | | | |
| **J & B Sprafka Enterprises Inc** **1430 Goodyear Blvd** **Akron, OH 44305** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5066454** | | | | Warranty | | | | |
| **J Allen Reynolds III** **1111 Moran Road** **Franklin, TN 37069** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1795** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5084813** | | | Warranty | | | | |
| **J and S Electrical Services**<br>**625 Wilson Creek**<br>**Lawrenceburg, IN 47025** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101788** | | | Warranty | | | | |
| **J Andre Turner**<br>**401 Devon Port Circle**<br>**Raymond, MS 39154** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5080508** | | | Warranty | | | | |
| **J Ascension Tiscareno Rom**<br>**311 S Dakota Street**<br>**Chandler, AZ 85224** | - | | | | | | |
| | | | | | | | 1,018.91 |
| Account No. **5047958** | | | Warranty | | | | |
| **J Christopher Fulp**<br>**130 River Landing Dr Apt 9100**<br>**Charleston, SC 29492** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111027** | | | Warranty | | | | |
| **J D Lambrinos**<br>**102 Robin Lane**<br>**Hummelstown, PA 17036** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1796** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **1,018.91**

In re  **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5051685** | | | Warranty | | | | |
| **J Douglas Williams** **809 Main St** **Sistersville, WV 26175** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5128015** | | | Warranty | | | | |
| **J Guadalup Garcia** **550 STevens Dr  Apt 208** **Pittsburgh, PA 15237** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5078386** | | | Warranty | | | | |
| **J Kenneth Ferrelli** **2766 Rock Wall Road** **Nashville, TN 37221** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5115446** | | | Warranty | | | | |
| **J Kenneth Keener** **350 N Locust Street** **Lititz, PA 17543** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5046198** | | | Warranty | | | | |
| **J Lewis  Gregory** **30 29th Ave** **Isle of Palms, SC 29451** | - | | | | | | |
| | | | | | | | **608.00** |

Sheet no. **1797**  of **4906**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**608.00**

In re **Great Lakes Warranty Corporation**                           , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **5094536** | | | **Warranty** | | | | |
| **J Mark Andrews 604 N Hills Drive Johnson City, TN 37604** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126423** | | | **Warranty** | | | | |
| **J Milton Gutman 369 Green Ridge Dr Triadelphia, WV 26059** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122966** | | | **Warranty** | | | | |
| **J Philip Wimer 200 Locust Terrace Elwood city, PA 16117** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120844** | | | **Warranty** | | | | |
| **J Richard Brown 7090 Rieber St Columbus, OH 43085** | - | | | | | | |
| | | | | | | | 2,278.00 |
| Account No. **5128756** | | | **Warranty** | | | | |
| **J Robert Bretz 2502 Lumpoc Ct Bensalem, PA 19020** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1798** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 2,278.00 |

Best Case Bankruptcy

In re  **Great Lakes Warranty Corporation**                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5125118** | | | | | **Warranty** | | | | |
| **J Robert Laing**<br>**758 Roseland Rd**<br>**Coalport, PA 16627** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5077637** | | | | | **Warranty** | | | | |
| **J Ruth Reynolds**<br>**8566 Sawyer Brown Road**<br>**Nashville, TN 37221** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5110190** | | | | | **Warranty** | | | | |
| **J Todd Bullard**<br>**1832 Carmel Ridge Road**<br>**Charlotte, NC 28226** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5081280** | | | | | **Warranty** | | | | |
| **J William Renfrew**<br>**5806 Vine Ridge Drive**<br>**Nashville, TN 37205** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5066664** | | | | | **Warranty** | | | | |
| **J. Brian Drake**<br>**4800 N. 68th St #114**<br>**Scottsdale, AZ 85251** | - | | | | | | | | |
| | | | | | | | | | 1,352.00 |

Sheet no.**1799** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,352.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5124719 | | | | Warranty | | | | |
| J. Dixon Witherspoon 4004 Wayland Drive Nashville, TN 37215 | - | | | | | | | 1,078.75 |
| Account No. 5117877 | | | | Warranty | | | | |
| J. L. Woodard 6576 Issac Road Summit, MS 39666 | - | | | | | | | 475.98 |
| Account No. 5125911 | | | | Warranty | | | | |
| J. Neal Ehrhart 1515 Mountain Road Manheim, PA 17545 | - | | | | X | X | | 0.00 |
| Account No. 5131168 | | | | Warranty | | | | |
| Jace Weaver 601 Swamp Picnic Road Gilbertsville, PA 19525 | - | | | | X | X | | 0.00 |
| Account No. 5077920 | | | | Warranty | | | | |
| Jacek D Kotowicz 6730 Dartmouth Street #2 U Forest Hills, NY 11375 | - | | | | X | X | | 0.00 |

Sheet no. **1800** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,554.73**

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108674** | | | | Warranty | | | | |
| **Jacie Pruitt** **1115 McKennie Ave** **Nashville, TN 37206** | - | | | | X | X | | 0.00 |
| Account No. **5083117** | | | | Warranty | | | | |
| **Jacilyn K Ledford** **456 Yager Road** **Clinton, OH 44216** | - | | | | X | X | | 0.00 |
| Account No. **5118281** | | | | Warranty | | | | |
| **Jack  Runkle** **1 Edgewood Dtr** **Mechanicsburg, PA 17055** | - | | | | X | X | | 0.00 |
| Account No. **5108004** | | | | Warranty | | | | |
| **Jack  Sawmiller** **537 Touvelle  #13** **Celina, OH 45822** | - | | | | X | X | | 0.00 |
| Account No. **5094165** | | | | Warranty | | | | |
| **Jack  Seasholtz** **P.O. Box 646 Ashford Lane** **Hereford, PA 18056** | - | | | | X | X | | 0.00 |

Sheet no. **1801** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                0.00
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5122433 | | | | Warranty | | | | |
| Jack Tindel 1724 Leishman Arnold, PA 15068 | - | | | | X | X | | 0.00 |
| Account No. 5078887 | | | | Warranty | | | | |
| Jack Wapner 7 Liberty Ridge Court Owings Mill, MD 21117 | - | | | | | | | 2,418.40 |
| Account No. 5093301 | | | | Warranty | | | | |
| Jack Ackley 2800 Vine Street S Grove City, OH 43123 | - | | | | X | X | | 0.00 |
| Account No. 5064153 | | | | Warranty | | | | |
| Jack Asher 3779 West 380 South New Palestine, IN 46163 | - | | | | X | X | | 0.00 |
| Account No. 5102874 | | | | Warranty | | | | |
| Jack Bailie 108 Edith lane Creighton, PA 15030 | - | | | | | | | 649.49 |

Sheet no. **1802** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 3,067.89

In re  **Great Lakes Warranty Corporation**                                      , Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5051771** | | | Warranty | | | | |
| Jack Bates 316 Tomato Hill Rd Leesburg, FL 34748 | - | | | | | | 131.90 |
| Account No. **5119681** | | | Warranty | | | | |
| Jack Berry Jr 80 Poland Manor Poland, OH 44514 | - | | | | | | 405.51 |
| Account No. **5064160** | | | Warranty | | | | |
| Jack Brant 384B Chesnut Street / PO Box 284B Hyde Park, PA 15641 | - | | | X | X | | 0.00 |
| Account No. **5102810** | | | Warranty | | | | |
| Jack Cohen 1 Alda Place Richmond Hill, ON L4E245 CANADA | - | | | X | X | | 0.00 |
| Account No. **5032220** | | | Warranty | | | | |
| Jack D Whiteman 2919 De Brocy Way Winter Park, FL 32792 | - | | | X | X | | 0.00 |

Sheet no. **1803** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         537.41

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5078849 | | | | Warranty | | | | |
| Jack E Jemison 3456 E 143rd Street Cleveland, OH 44120 | - | | | | | | | 293.70 |
| Account No. 5075501 | | | | Warranty | | | | |
| Jack E Polson 1421 Trace Ridge Lane Nashville, TN 37221 | - | | | | X | X | | 0.00 |
| Account No. 5112943 | | | | Warranty | | | | |
| Jack E Taylor Jr 777 Walnut Ridge Drive La Vergne, TN 37086 | - | | | | X | X | | 0.00 |
| Account No. 5091738 | | | | Warranty | | | | |
| Jack F  Townley 6979 Dolan Road Glouster, OH 45732 | - | | | | X | X | | 0.00 |
| Account No. 5099334 | | | | Warranty | | | | |
| Jack F Kuchcinski 449 South Colonial Drive Cortland, OH 44410 | - | | | | X | X | | 0.00 |

Sheet no. **1804** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          293.70

In re **Great Lakes Warranty Corporation** ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5100169** | | | | Warranty | | | | |
| **Jack Folk**<br>**128 Nater Street**<br>**Ashland, PA 17921** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121838** | | | | Warranty | | | | |
| **Jack G Riley**<br>**48680 State Route 26**<br>**Beausville, OH 43716** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5078604** | | | | Warranty | | | | |
| **Jack Gardner**<br>**Po box 1002**<br>**Shelton, WA 98584** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5083643** | | | | Warranty | | | | |
| **Jack Goldsmith**<br>**1518 W Spirit Drive**<br>**Anthem, AZ 85086** | - | | | | | | | |
| | | | | | | | | 854.22 |
| Account No. **5131584** | | | | Warranty | | | | |
| **Jack Haines**<br>**465 Layden Avenue**<br>**Canal Fulton, OH 44614** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1805** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

854.22

In re **Great Lakes Warranty Corporation** ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5088680** <br><br> **Jack Henley** <br> **6101 Oak Tree Road** <br> **Edmond, OK 73025** | - | | | **Warranty** | | | | 290.38 |
| Account No. **5088899** <br><br> **Jack Hess** <br> **2827 Longvale Lane** <br> **Sevierville, TN 37862** | - | | | **Warranty** | | | | 54.98 |
| Account No. **5091101** <br><br> **Jack Jarvis** <br> **4628 State Road** <br> **Ashtabula, OH 44004** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5090556** <br><br> **Jack Jensen** <br> **73 White Bridge Road** <br> **Nashville, TN 37205** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5086338** <br><br> **Jack L Hamilton** <br> **6671 Township Road 120** <br> **Adena, OH 43901** | - | | | **Warranty** | | | | 634.51 |

Sheet no. **1806** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     979.87

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5090193** | | | | **Warranty** | | | | |
| **Jack L Krider** **5841 Connolly Court** **Dublin, OH 43016** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5076412** | | | | **Warranty** | | | | |
| **Jack L Lewis** **1611 Calhoun Street** **Newberry, SC 29108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111703** | | | | **Warranty** | | | | |
| **Jack Leff** **2405 Fox Hollow Drive** **Pittsburgh, PA 15237** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132443** | | | | **Warranty** | | | | |
| **Jack Macey** **408 Hillcrest Drive** **Delmont, PA 15626** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110290** | | | | **Warranty** | | | | |
| **Jack Master** **106 Wright** **Easton, PA 18042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1807** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____
_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119601 | | | | Warranty | | | | |
| Jack McMurtry 4540 Jernigan Cross Plains, TN 37049 | - | | | | X | X | | 0.00 |
| Account No. 5069539 | | | | Warranty | | | | |
| Jack Miller 4367 Roundtree Dr Beavercreek, OH 45432 | - | | | | X | X | | 0.00 |
| Account No. 5074434 | | | | Warranty | | | | |
| Jack Miller 102 Allison Drive RD #2 Beaver, PA 15009 | - | | | | X | X | | 0.00 |
| Account No. 5132616 | | | | Warranty | | | | |
| Jack Morgan 55 Chestnut Avenue Northfield, OH 44067 | - | | | | X | X | | 0.00 |
| Account No. 5099675 | | | | Warranty | | | | |
| Jack Moyd 439 Hillbrook Road Laurens, SC 29360 | - | | | | X | X | | 0.00 |

Sheet no. 1808 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                              ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5113445** | | | | Warranty | | | | |
| **Jack Nye** **1210 Bay Lane** **Beavercreek, OH 45430** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132035** | | | | Warranty | | | | |
| **Jack Overbeck** **53 Windy Lane** **Brockway, PA 15824** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105815** | | | | Warranty | | | | |
| **Jack P Weimer** **31020 N 41st Place** **Cave Creek, AZ 85331** | - | | | | | | | |
| | | | | | | | | 456.23 |
| Account No. **5113923** | | | | Warranty | | | | |
| **Jack R Anderson** **641 East King Street** **Lancaster, OH 43130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091808** | | | | Warranty | | | | |
| **Jack Strohecker** **250 Miller Road** **Halifax, PA 17032** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1809** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

456.23

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **5127639** | | | | | | **Warranty** | | | | |
| **Jack Williams Jr.**<br>**273 Mark Lynn Lane**<br>**Benwood, WV 26031** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5126037** | | | | | | **Warranty** | | | | |
| **Jack Williamsoon**<br>**3650 N 38th Street**<br>**Phoenix, AZ 85018** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5100641** | | | | | | **Warranty** | | | | |
| **Jack Wood**<br>**101 Bluegrass Cove**<br>**Hendersonville, TN 37075** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5086152** | | | | | | **Warranty** | | | | |
| **Jack Yarbrough**<br>**PO Box 22291**<br>**Beaumont, TX 77754** | - | | | | | | | | | |
| | | | | | | | | | | **446.62** |
| Account No. **5122186** | | | | | | **Warranty** | | | | |
| **Jackie Boyd**<br>**1260 shenandoah Circle**<br>**Rock Hill, SC 29730** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |

Sheet no. **1810** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**446.62**

In re __Great Lakes Warranty Corporation__ , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5094880** | | | | **Warranty** | | | | |
| **Jackie Hart** **1091 Old Swamp Road** **Swansea, SC 29160** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110230** | | | | **Warranty** | | | | |
| **Jackie L Cartwright** **1071 River Road** **Hinckley, OH 44233** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095174** | | | | **Warranty** | | | | |
| **Jackie Layne** **425 Lucinda Avenue SE** **Canton, OH 44707** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084133** | | | | **Warranty** | | | | |
| **Jackie M McCormack** **112 Shadowhaven Way S** **Hendersonville, TN 37075** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130662** | | | | **Warranty** | | | | |
| **Jackie R Eckenrod** **205 Graff ST** **Everson, PA 15631** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __1811__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5115530 | | | | Warranty | | | | |
| Jacklen Calvi 51 Birchton Court Columbia, SC 29209 | - | | | | X | X | | 0.00 |
| Account No. 5112319 | | | | Warranty | | | | |
| Jackson County Board on Aging Inc 25 E Mound Street Jackson, OH 45640 | - | | | | X | X | | 0.00 |
| Account No. | | | | Trade | | | | |
| Jackson Lewis, LLP P.O. Box 416019 Boston, MA 02241 | - | | | | | | | 5,100.69 |
| Account No. 5072104 | | | | Warranty | | | | |
| Jaclyn Griffin 3834 Salina Road Philadelphia, PA 19154 | - | | | | | | | 264.20 |
| Account No. 5053021 | | | | Warranty | | | | |
| Jaclyn Maupin 3831 N Berkley Cir Cincinnati, OH 45236 | - | | | | X | X | | 0.00 |

Sheet no. _1812_ of _4906_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    5,364.89

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5121247** | | | | **Warranty** | | | | |
| **Jaclyn R Phillips** **507 Brookview Dr** **Greencastle, PA 17225** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114338** | | | | **Warranty** | | | | |
| **Jaclyn Reffuge** **33 N School St Apt B** **Gibbstown, NJ 08027** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131284** | | | | **Warranty** | | | | |
| **Jaclyn Sell** **5757 Fairfield School Road** **Columbiana, OH 44408** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110858** | | | | **Warranty** | | | | |
| **Jaclyn Wagner** **621 Keston Drive** **Fairless Hills, PA 19030** | - | | | | | | | |
| | | | | | | | | **275.49** |
| Account No. **5095835** | | | | **Warranty** | | | | |
| **Jacob Gribbon** **4605 Green Tree Lane** **Irvine, CA 92612** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1813** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          **275.49**

In re **Great Lakes Warranty Corporation**         Case No. _____

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5101207** | | | | **Warranty** | | | | |
| **Jacob Walters**<br>**15442 N 30th Dr**<br>**Phoenix, AZ 85053** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5074860** | | | | **Warranty** | | | | |
| **Jacob A Sottiaux**<br>**129 Redline Road**<br>**Kennerdell, PA 16374** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130620** | | | | **Warranty** | | | | |
| **Jacob Alwell**<br>**914 Appaloosa Hills Avneu**<br>**N Las Vegas, NV 89081** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120966** | | | | **Warranty** | | | | |
| **Jacob Barto**<br>**111 Birch St**<br>**Evans City, PA 16033** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113891** | | | | **Warranty** | | | | |
| **Jacob Beers**<br>**1126 Hill Top**<br>**Sidney, OH 45365** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1814** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                     Subtotal
               (Total of this page)        **0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5116124 | | | Warranty | | | | |
| Jacob Bert Smith Jr 500 Harbison Boulevard Apt 911 Columbia, SC 29212 | - | | | X | X | | 0.00 |
| Account No. 5072587 | | | Warranty | | | | |
| Jacob Bright 139 College Avenue Ashland, OH 44805 | - | | | X | X | | 0.00 |
| Account No. 5104833 | | | Warranty | | | | |
| Jacob C Poling 655 Park Road Beaver Falls, PA 15010 | - | | | | | | 102.56 |
| Account No. 5116879 | | | Warranty | | | | |
| Jacob D Burbank 1042 Terrace Lane Pottstown, PA 19464 | - | | | X | X | | 0.00 |
| Account No. 5091565 | | | Warranty | | | | |
| Jacob D Stolzle Jr 404 Spruce Glen Drive Cordova, TN 38018 | - | | | X | X | | 0.00 |

Sheet no. **1815** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    102.56

In re   **Great Lakes Warranty Corporation**               ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096055** | | | **Warranty** | | | | |
| **Jacob D Young**<br>**202 Anna Drive**<br>**West Memphis, AR 72301** | - | | | X | X | | 0.00 |
| Account No. **5072535** | | | **Warranty** | | | | |
| **Jacob Johnson**<br>**1138 Lehigh Street**<br>**Allentown, PA 18103** | - | | | X | X | | 0.00 |
| Account No. **5123528** | | | **Warranty** | | | | |
| **Jacob King**<br>**2976 Hwy 231**<br>**Vincent, AL 35178** | - | | | X | X | | 0.00 |
| Account No. **5131507** | | | **Warranty** | | | | |
| **Jacob Knight**<br>**12660 Millersburg Road**<br>**Massillon, OH 44647** | - | | | X | X | | 0.00 |
| Account No. **5120114** | | | **Warranty** | | | | |
| **Jacob L Edwards**<br>**1011 Novarese Rd**<br>**Memphis, TN 38122** | - | | | X | X | | 0.00 |

Sheet no. **1816** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
             (Total of this page)      **0.00**

In re   **Great Lakes Warranty Corporation**              ,    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131867** <br><br> **Jacob Lewis** <br> **118 East Harding Road** <br> **Springfield, OH 45504** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5124308** <br><br> **Jacob Miller** <br> **29106 CR 10** <br> **Fresno, OH 43824** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5128796** <br><br> **Jacob Mitchell** <br> **3328 Marrion Street** <br> **Reading, PA 19604** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5112265** <br><br> **Jacob P Daniels** <br> **5186 Streeter** <br> **Mantua, OH 44255** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5070103** <br><br> **Jacob Podolsky** <br> **208 Charles Ave** <br> **New Kensington, PA 15068** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **1817** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

In re **Great Lakes Warranty Corporation**,       Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085217** | | | | Warranty | | | | |
| **Jacob R Fritz** **1412 S Rosemont** **Mesa, AZ 85206** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107157** | | | | Warranty | | | | |
| **Jacob S Comer** **22 1 2 E Main Street** **Allegany, NY 14706** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085629** | | | | Warranty | | | | |
| **Jacob Schneier** **5736 Brentwood Meadows Circle** **Brentwood, TN 37027** | - | | | | | | | |
| | | | | | | | | 2,000.00 |
| Account No. **5094814** | | | | Warranty | | | | |
| **Jacquelin Galarza** **2621 Baird Boulevard** **Camden, NJ 08105** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099204** | | | | Warranty | | | | |
| **Jacqueline A West** **935 Shadyside Avenue SW** **Canton, OH 44710** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1818** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      **2,000.00**
(Total of this page)

In re   **Great Lakes Warranty Corporation**                              Case No. _____
                                                              ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5065622** | | | | **Warranty** | | | | |
| **Jacqueline Bowens 1398 Lockbourne Road Columbus, OH 43206** | - | | | | | | | **24.99** |
| Account No. **5084016** | | | | **Warranty** | | | | |
| **Jacqueline Brady 8 Washington Place Carbondale, PA 18407** | - | | | | X | X | | **0.00** |
| Account No. **5090844** | | | | **Warranty** | | | | |
| **Jacqueline E Battles 3922 Hord Road Murfreesboro, TN 37129** | - | | | | X | X | | **0.00** |
| Account No. **5079874** | | | | **Warranty** | | | | |
| **Jacqueline Elkhoury 5420 Wing Lake Road Bloomfield, MI 48302** | - | | | | X | X | | **0.00** |
| Account No. **5121700** | | | | **Warranty** | | | | |
| **Jacqueline Hubbard 97 Briarwood Circle Goos Creek, SC 29445** | - | | | | X | X | | **0.00** |

Sheet no. **1819** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**24.99**

In re  **Great Lakes Warranty Corporation**                                      Case No. _____
,
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5115265 | | | | Warranty | | | | |
| Jacqueline Latimer 1004 Spruce Ridge Lane Springhill, TN 37194 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129326 | | | | Warranty | | | | |
| Jacqueline Mutadabur 5341 Carnegie Street 2 Floor Pittsburgh, PA 15201 | - | | | | | | | |
| | | | | | | | | 68.50 |
| Account No. 5077679 | | | | Warranty | | | | |
| Jacqueline Peterson 414 Pamlico Street Columbus, OH 43228 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120463 | | | | Warranty | | | | |
| Jacqueline Phillips 190 E 34 St Brooklyn, NY 11203 | - | | | | | | | |
| | | | | | | | | 1,235.50 |
| Account No. 5102947 | | | | Warranty | | | | |
| Jacqueline S Soto 3394 Cricket Glen Cove Bartlett, TN 38134 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1820** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **1,304.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5078384 | | | Warranty | | | | |
| Jacqueline Stillwell 304 Rose Hill Nashville, TN 37212 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5088959 | | | Warranty | | | | |
| Jacqueline Todaro 2102 Royal Oaks Drive Toms River, NJ 08753 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5129509 | | | Warranty | | | | |
| Jacquelyn Jackson 4637 Blueberry Avenue Dayton, OH 45406 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5127733 | | | Warranty | | | | |
| Jacquelyn K Atkins 7 Juniata St DuBoise, PA 15801 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5091788 | | | Warranty | | | | |
| Jacquelyn Lynn White 19321 E Via De Olivos Queen Creek, AZ 85242 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1821** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                        _____,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129543 | | | | Warranty | | | | |
| Jacquelyn M Staaf 3502 Pennsylvania Ave  2nd FL Erie, PA 16504 | - | | | | | | | 1,546.00 |
| Account No. 5112545 | | | | Warranty | | | | |
| Jacquelyn MacDonald 200 Kedron Parkway  258J Spring Hill, TN 37174 | - | | | | X | X | | 0.00 |
| Account No. 5124880 | | | | Warranty | | | | |
| Jacquelyn Ortiz 2015 E Letterly St Philadelphia, PA 19125 | - | | | | X | X | | 0.00 |
| Account No. 5118290 | | | | Warranty | | | | |
| Jacquelyn R Anderson 641 King St Lancaster, OH 43130 | - | | | | X | X | | 0.00 |
| Account No. 5069138 | | | | Warranty | | | | |
| Jacquelyne Anderson 3 1/2 Lakeside Drive Bessemer, PA 16112 | - | | | | X | X | | 0.00 |

Sheet no. **1822** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                1,546.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131052** | | | Warranty | | | | |
| **Jacquleene Miller**<br>**3953 Mayfair Road Apt 203**<br>**Uniontown, OH 44685** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5083412** | | | Warranty | | | | |
| **Jacquline S Zimmerman**<br>**4300 Collegiate Way  Apt 1232B**<br>**Mount Pleasant, MI 48858** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5089149** | | | Warranty | | | | |
| **Jacqulyn B Sanders**<br>**11992 Bishopville Road**<br>**Glouster, OH 45732** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114795** | | | Warranty | | | | |
| **Jacson A Gonzalez**<br>**888 Hamilton Avenue**<br>**Roebling, NJ 08554** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5098368** | | | Warranty | | | | |
| **Jade  Miller**<br>**4150 Longknife Road**<br>**Reno, NV 89519** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**1823**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                          , Case No. _____

_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126708** | | | **Warranty** | | | | |
| **Jade Garth** **914 Fisher Street** **Pittsburgh, PA 15210** | | - | | | | | 116.91 |
| Account No. **5118666** | | | **Warranty** | | | | |
| **Jade Maddox** **1006 Berkshire Lane** **Russell, KY 41169** | | - | | X | X | | 0.00 |
| Account No. **5086957** | | | **Warranty** | | | | |
| **Jade R Axton** **227 Knox Avenue** **Monessen, PA 15062** | | - | | X | X | | 0.00 |
| Account No. **5095112** | | | **Warranty** | | | | |
| **Jadie White** **1837 McTaggart Drive** **Akron, OH 44320** | | - | | X | X | | 0.00 |
| Account No. **5093508** | | | **Warranty** | | | | |
| **Jaeseok Jun** **680 Hamptons Drive** **NW Ccalgary, AB T3A6B3** **CANADA** | | - | | X | X | | 0.00 |

Sheet no._1824_ of _4906_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                116.91

In re   **Great Lakes Warranty Corporation**       ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5067711** | | | Warranty | | | | |
| Jagroop Sahota 13922 Blue Vista Drive Sugarland, TX 77478 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5132705 | | | Warranty | | | | |
| Jahdasha Flagg 148 Halsted Street East Orange, NJ 07018 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5118024 | | | Warranty | | | | |
| Jahmar Francis 430 E 6th St Tucson, AZ 85705 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5129537 | | | Warranty | | | | |
| Jahmi B Shope 1131 E 27th St Erie, PA 16504 | - | | | | | | |
| | | | | | | | 247.75 |
| Account No. 5131929 | | | Warranty | | | | |
| Jahn Syres Jimenez 131 East Cresse Avenue FL1 Wildwood, NJ 08260 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**1825** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     247.75

In re   **Great Lakes Warranty Corporation**        ,    Case No. _____

                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5105105** | | | | **Warranty** | | | | |
| **Jai Patel** **3423 Percy Priest Drive** **Nashville, TN 37214** | - | | | | X | X | | 0.00 |
| Account No. **5077276** | | | | **Warranty** | | | | |
| **Jaime  Steger** **6852 Collingwood Drive** **Nashville, TN 37221** | - | | | | X | X | | 0.00 |
| Account No. **5123996** | | | | **Warranty** | | | | |
| **Jaime Certilman** **HC88 Box 1510** **Pocono Lake, PA 18347** | - | | | | X | X | | 0.00 |
| Account No. **5114264** | | | | **Warranty** | | | | |
| **Jaime Danielowski** **660 Wilson Avenue** **Dallastown, PA 17313** | - | | | | X | X | | 0.00 |
| Account No. **5127570** | | | | **Warranty** | | | | |
| **Jaime L Goddard** **328 E 4th St** **Berwick, PA 18603** | - | | | | X | X | | 0.00 |

Sheet no.**1826** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**              ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5120263** | | | | Warranty | | | | |
| **Jaime Mengel** **4122 Mauch Chunk Rd** **Coplay, PA 18037** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114038** | | | | Warranty | | | | |
| **Jaime Osatchuck** **20 Silver Creek Ropad** **New Philadelphia, PA 17901** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119111** | | | | Warranty | | | | |
| **Jaime R Moore** **5422 Wetmore Rd** **Conneaut, OH 44030** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124304** | | | | Warranty | | | | |
| **Jaime Richter** **70 Cottage Avenue** **Bridgeton, NJ 08302** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121809** | | | | Warranty | | | | |
| **Jaime S McDaniel** **7205 Explorer Trail** **Nashville, TN 37221** | | - | | | | | | |
| | | | | | | | | 468.50 |

Sheet no.**1827** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **468.50**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5106011 | | Warranty | | | | | | |
| Jaime Valenzuela 2604 E San Rafael Trail Casa Grande, AZ 85294 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119574 | | Warranty | | | | | | |
| Jaimeanne Rosenhauck 1569 Crestview Dr Pittsburgh, PA 15237 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132695 | | Warranty | | | | | | |
| Jake Bivins 67 Agope Drive Ephrata, PA 17522 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5097320 | | Warranty | | | | | | |
| Jake Klerlein 95 Lyle Lane Nashville, TN 37210 | - | | | | | | | |
| | | | | | | | | 185.00 |
| Account No. 5131625 | | Warranty | | | | | | |
| Jake Waldman 6314 North Kedzie Avenue Apt B Chicago, IL 60659 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1828** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

185.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5123458 | | Warranty | | | | | | | |
| Jake Zimmerman 200 Tuscany Valley Dr Lafayette, LA 70506 | - | | | | | X | X | | 0.00 |
| Account No. 5125114 | | Warranty | | | | | | | |
| Jakke Mcquade 7338 Middlebranch NE Canton, OH 44721 | - | | | | | X | X | | 0.00 |
| Account No. 5118826 | | Warranty | | | | | | | |
| Jakob Lars Burke 4028 W Villa Linda Dr Glendale, AZ 85310 | - | | | | | X | X | | 0.00 |
| Account No. 5128005 | | Warranty | | | | | | | |
| Jaleesa D Watkins 26 West Foundry St Millville, NJ 08332 | - | | | | | X | X | | 0.00 |
| Account No. 5107463 | | Warranty | | | | | | | |
| Jamal Johnson 2441 E Bellerive Pl Chandler, AZ 85249 | - | | | | | X | X | | 0.00 |

Sheet no. **1829** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132428** | | | | **Warranty** | | | | |
| **Jamal Tate** **5049 Teal Petals** **Las Vegas, NV 89081** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106752** | | | | **Warranty** | | | | |
| **Jamar J Dailey** **1306 Decatur Street** **Pittsburgh, PA 15233** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089100** | | | | **Warranty** | | | | |
| **Jamari Davis** **58 Tiffany Lane** **Lebanon, PA 17046** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092757** | | | | **Warranty** | | | | |
| **Jameel S Hawash** **9809 N 24th Place** **Phoenix, AZ 85028** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5088054** | | | | **Warranty** | | | | |
| **James   Russell** **125 CR 150** **Riceville, TN 37303** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1830** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5087808** | | | | **Warranty** | | | | |
| **James Baker** **4396 Westmont** **Memphis, TN 38109** | - | | | | X | X | | 0.00 |
| Account No. **5104061** | | | | **Warranty** | | | | |
| **James Battaglia** **1918 Peachtree Court** **Poland, OH 44514** | - | | | | X | X | | 0.00 |
| Account No. **5117772** | | | | **Warranty** | | | | |
| **James Bertino** **3820 Willow Brook** **Ravenna, OH 44266** | - | | | | X | X | | 0.00 |
| Account No. **5097787** | | | | **Warranty** | | | | |
| **James Caldwell** **6320 FM 945 North** **Coldspring, TX 77331** | - | | | | | | | 1,663.10 |
| Account No. **5123088** | | | | **Warranty** | | | | |
| **James Caldwell** **2146 Bollinger Mill Rd** **Finksburg, MD 21048** | - | | | | X | X | | 0.00 |

Sheet no. **1831** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,663.10**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122852** | | | | **Warranty** | | | | |
| **James Carter**<br>**3635 Little Grove Rd**<br>**Lavinia, TN 38348** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5083046** | | | | **Warranty** | | | | |
| **James Conrad**<br>**132 Hilltop Boulevard**<br>**Canfield, OH 44406** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118329** | | | | **Warranty** | | | | |
| **James Dorton**<br>**5684 State St**<br>**Albany, OH 45710** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089393** | | | | **Warranty** | | | | |
| **James Duncavage**<br>**6020 Martingale Lane**<br>**Brentwood, TN 37027** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104561** | | | | **Warranty** | | | | |
| **James Eady**<br>**23 Hidden Ridge Drive**<br>**Ringgold, GA 30736** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1832** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093944** | | | | Warranty | | | | |
| **James Fahr III**<br>**2555 Jacksonville Road**<br>**Bethlehem, PA 18017** | - | | | | | | | 205.00 |
| Account No. **5087744** | | | | Warranty | | | | |
| **James Falbow**<br>**440 Manion Drive**<br>**Duncansville, PA 16635** | - | | | | X | X | | 0.00 |
| Account No. **5090324** | | | | Warranty | | | | |
| **James Harris Jr**<br>**4525 Pine Gate Drive**<br>**Memphis, TN 38125** | - | | | | X | X | | 0.00 |
| Account No. **5124398** | | | | Warranty | | | | |
| **James Haversack**<br>**P.O. Box 183**<br>**Hyde, PA 16843** | - | | | | | | | 1,050.00 |
| Account No. **5079782** | | | | Warranty | | | | |
| **James Johnson**<br>**17048 S Golden Sunrise Place**<br>**Corona, AZ 85641** | - | | | | | | | 448.10 |

Sheet no. **1833** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,703.10

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

In re **Great Lakes Warranty Corporation**                    Case No. _____

,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123444** | | | | **Warranty** | | | | |
| **James Jones Jr 2557 Georges Rd Powhatan, VA 23139** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107462** | | | | **Warranty** | | | | |
| **James McCullough 3004 Christine Ct Mt Juliet, TN 37112** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087837** | | | | **Warranty** | | | | |
| **James McLellan 309N Holly Street Hammond, LA 70401** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110743** | | | | **Warranty** | | | | |
| **James Miller 7013 S 17th Avenue Phoenix, AZ 85041** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128901** | | | | **Warranty** | | | | |
| **James Mitchell 4455 E Twain Ave Las Vegas, NV 89121** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1834** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**               ,    Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5066115** | | | | Warranty | | | | |
| **James OHaver** **PO Box 282** **Prescott, AZ 86302** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088013** | | | | Warranty | | | | |
| **James Parsons** **103 State Road** **Lehighton, PA 18235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108565** | | | | Warranty | | | | |
| **James Pimpas** **446 Stewart Avenue** **Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122452** | | | | Warranty | | | | |
| **James Porter** **6635 W Lebanon Rd** **Navarre, OH 44662** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104992** | | | | Warranty | | | | |
| **James Rankin** **209 Driftwood Drive** **Saxonburg, PA 16056** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1835** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                                  **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5122376** | | | | | **Warranty** | | | | |
| **James Ridderhoff 831 Cayuga Cove Auburn, PA 17922** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131272** | | | | | **Warranty** | | | | |
| **James Roberts RR2 Box 237 A2 Wysox, PA 18854** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5091798** | | | | | **Warranty** | | | | |
| **James Robinson 240 Forks of the River Parkway Sevierville, TN 37862** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5075273** | | | | | **Warranty** | | | | |
| **James Sowers 39785 Gun Club Rd Woodsfield, OH 43798** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5062153** | | | | | **Warranty** | | | | |
| **James Spencer 8783 E. Fairway Woods Drive North Charleston, SC 29420** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**1836** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**           ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097714** | | | Warranty | | | | |
| **James Stevens Jr**<br>**4336 Morriswood Drive**<br>**Nashville, TN 37204** | - | | | X | X | | 0.00 |
| Account No. **5130126** | | | Warranty | | | | |
| **James Tingle**<br>**172 Chestnut St**<br>**Leetonia, OH 44431** | - | | | X | X | | 0.00 |
| Account No. **5091399** | | | Warranty | | | | |
| **James Walker**<br>**14480 N Main Street**<br>**Mill Village, PA 16427** | - | | | X | X | | 0.00 |
| Account No. **5070612** | | | Warranty | | | | |
| **James Walker**<br>**P.O. Box 1003**<br>**Franklin, TN 37065** | - | | | X | X | | 0.00 |
| Account No. **5110277** | | | Warranty | | | | |
| **James Wendell**<br>**44 Henry Avenue**<br>**Feasterville, PA 19053** | - | | | X | X | | 0.00 |

Sheet no. **1837** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5099983 | | | | | Warranty | | | | |
| James Wentworth 64 River Road Tamaqua, PA 18252 | - | | | | | X | X | | 0.00 |
| Account No. 5072128 | | | | | Warranty | | | | |
| James West 415 Clearview Road Cottontown, TN 37048 | - | | | | | X | X | | 0.00 |
| Account No. 5118021 | | | | | Warranty | | | | |
| James Willhite 1363 W Calle Rio Lobo Tucson, AZ 85714 | - | | | | | X | X | | 0.00 |
| Account No. 5055744 | | | | | Warranty | | | | |
| James & Charity Graves 115 Caldwell Drive Henderson, TN 37075 | - | | | | | | | | 271.77 |
| Account No. 5092917 | | | | | Warranty | | | | |
| James A Bolin 5289 Washington Road Albany, OH 45710 | - | | | | | X | X | | 0.00 |

Sheet no. **1838** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           271.77

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5089292** | | | | Warranty | | | | |
| **James A Brown** **2030 Foxwood Drive** **Elizabeth, PA 15037** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130211** | | | | Warranty | | | | |
| **James A Campbell** **105 Fiocchi St** **Landisville, NJ 08326** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087622** | | | | Warranty | | | | |
| **James A Campbell** **7102 Regina Lane** **Olmsted Township, OH 44138** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113162** | | | | Warranty | | | | |
| **James A Cantley** **4129 Mountainview Drive** **Walnutport, PA 18088** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107887** | | | | Warranty | | | | |
| **James A Hoak** **1995 Myers Road** **Shelby, OH 44875** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1839** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**               ,    Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5084238** | | Warranty | | | | | | |
| **James A Hulme 250 N Lafayette Avenue Morrisville, PA 19067** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098533** | | Warranty | | | | | | |
| **James A Kelly 12 s Perkasie Perkasie, PA 18944** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5078197** | | Warranty | | | | | | |
| **James A Kelly 15218 E Palomino Boulevard Fountain Hills, AZ 85268** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088262** | | Warranty | | | | | | |
| **James A Marshall Jr 133 Nicholson Street PO Box 36 Martin, PA 15460** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116125** | | Warranty | | | | | | |
| **James A Mazur 10998 Pentland Downs Street Las Vegas, NV 89141** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1840** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal
    (Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5110729 | | | | | Warranty | | | | |
| James A Merritt 2200 Bermuda Hills Road Columbia, SC 29223 | - | | | | | X | X | | 0.00 |
| Account No. 5086294 | | | | | Warranty | | | | |
| James A Miskovsky 1757 Cedar Lane Quakertown, PA 18951 | - | | | | | X | X | | 0.00 |
| Account No. 5126590 | | | | | Warranty | | | | |
| James A Montagner 9674 Oak View Rd Kempton, PA 19529 | - | | | | | X | X | | 0.00 |
| Account No. 5077574 | | | | | Warranty | | | | |
| James A Silbaugh III 334 Johnson Lane Connellsville, PA 15425 | - | | | | | | | | 83.56 |
| Account No. 5085911 | | | | | Warranty | | | | |
| James A Walker 811 Oby Place NW Canton, OH 44703 | - | | | | | X | X | | 0.00 |

Sheet no. **1841** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                83.56

In re    **Great Lakes Warranty Corporation**                                          ,    Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5096154** | | | | Warranty | | | | |
| **James A Wright 203 Hugel Drive  Apt 1E Pittsburgh, PA 15209** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126513** | | | | Warranty | | | | |
| **James Abouaf 623 St Rt 708 Russells Pt, OH 43348** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122821** | | | | Warranty | | | | |
| **James Al Azeez Ali 7646 Cherrywood Dr N Charleston, SC 29418** | - | | | | | | | |
| | | | | | | | | 1,225.00 |
| Account No. **5130864** | | | | Warranty | | | | |
| **James Alan Sanders 5015 Farmview Drive Schnecksville, PA 18078** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088437** | | | | Warranty | | | | |
| **James Amundsen 2038 Glastonbury Drive Franklin, TN 37069** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1842** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,225.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5126223 | | | | Warranty | | | | |
| James Arnold 1246 Bellview Drive Mansfield, OH 44905 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5082432 | | | | Warranty | | | | |
| James Atkins 273 A1 Hampshire Drive St Albans, WV 25177 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099876 | | | | Warranty | | | | |
| James B Moore 311 Titans Circle Murfreesboro, TN 37127 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5088708 | | | | Warranty | | | | |
| James B Leatherman 404 Granoble Drive Sellersville, PA 18960 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100172 | | | | Warranty | | | | |
| James B Richey 81 Knollwood Court Athens, OH 45701 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 1843 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **5123902** <br><br> **James B. Crenshaw** <br> **1205 Hood Drive** <br> **Brentwood, TN 37027** | | - | | | Warranty | | | | 573.30 |
| Account No. **5063006** <br><br> **James Baird** <br> **14 Brian Daniel Cort** <br> **Reisterstown, MD 21071** | | - | | | Warranty | X | X | | 0.00 |
| Account No. **5089765** <br><br> **James Baize** <br> **5880 Filly lane** <br> **Colorado Springs, CO 80908** | | - | | | Warranty | X | X | | 0.00 |
| Account No. **5128795** <br><br> **James Bannon** <br> **747C Freemansville Road** <br> **Reading, PA 19607** | | - | | | Warranty | X | X | | 0.00 |
| Account No. **5119239** <br><br> **James Barcus** <br> **506 South St** <br> **Louisville, OH 44641** | | - | | | Warranty | X | X | | 0.00 |

Sheet no. **1844** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      573.30

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5063077** | | | Warranty | | | | |
| **James Barlow** **1502 N. Dennis Avenue** **Tucson, AZ 85715** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5086681** | | | Warranty | | | | |
| **James Barrow** **7100 Tulan Road E  #201** **Horn Lake, MS 38637** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5093742** | | | Warranty | | | | |
| **James Baston** **5735 Canterbury Drive** **Akron, OH 44319** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5064327** | | | Warranty | | | | |
| **James Batina** **17701 Dans Rock Road** **Frostburg, MD 21532** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5066777** | | | Warranty | | | | |
| **James Baxter** **1307 Lark Lane** **Fort Washington, MD 20744** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1845**  of **4906**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096135** | | | Warranty | | | | |
| **James Belcher 2618 River Tanmer Way Bowling Green, KY 42101** | - | | | X | X | | 0.00 |
| Account No. **5130743** | | | Warranty | | | | |
| **James Benedek 5828 Route 1830 Reynoldsville, PA 15851** | - | | | X | X | | 0.00 |
| Account No. **5131341** | | | Warranty | | | | |
| **James Blair 4664 West Main Fredonia, NY 14063** | - | | | | | | 500.95 |
| Account No. **5099297** | | | Warranty | | | | |
| **James Bobby Raymond II 420 Holy Cross Place Kenner, LA 70065** | - | | | X | X | | 0.00 |
| Account No. **5132785** | | | Warranty | | | | |
| **James Bonner 603 Grant Avenue Croydon, PA 19021** | - | | | X | X | | 0.00 |

Sheet no. **1846** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **500.95**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5132218 | | | Warranty | | | | |
| James Books 417 East High Street Philadelphia, PA 19144 | - | | | X | X | | 0.00 |
| Account No. 5107321 | | | Warranty | | | | |
| James Bostic 58835 N Phillips Street Second Floor Philadelphia, PA 19120 | - | | | | | | 481.00 |
| Account No. 5068818 | | | Warranty | | | | |
| James Boyd 837 Wallop Ln Crossville, TN 38571 | - | | | X | X | | 0.00 |
| Account No. 5095190 | | | Warranty | | | | |
| James Brautigam 5061 State Route 29E Sidney, OH 45365 | - | | | X | X | | 0.00 |
| Account No. 5064312 | | | Warranty | | | | |
| James Breitinger 12834 Brentwood Farms Dr Pickerington, OH 43147 | - | | | X | X | | 0.00 |

Sheet no. **1847** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

481.00

In re **Great Lakes Warranty Corporation**                          Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114675 | | | | Warranty | | | | |
| James Bresciani 567 Cambridge Road Coshocton, OH 43812 | | - | | | | | | 279.80 |
| Account No. 5104601 | | | | Warranty | | | | |
| James Brister 105 Shenandoah Estate Circle Brandon, MS 39047 | | - | | | X | X | | 0.00 |
| Account No. 5066165 | | | | Warranty | | | | |
| James Broadley 8317 N. 82nd Place Scottsdale, AZ 85258 | | - | | | X | X | | 0.00 |
| Account No. 5130419 | | | | Warranty | | | | |
| James Brown 832 Broadway Rd Shickshinny, PA 18655 | | - | | | X | X | | 0.00 |
| Account No. 5047942 | | | | Warranty | | | | |
| James Brown 100 Walton Place PO Box 61357 Summerville, SC 29483 | | - | | | X | X | | 0.00 |

Sheet no. **1848** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                279.80

In re **Great Lakes Warranty Corporation** ,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5059752** <br><br> **James Burchfield** <br> **PO Box 4083** <br> **Sevierville, TN 37864** | | - | | | **Warranty** | | | | **57.28** |
| Account No. **5066592** <br><br> **James Burchfield** <br> **1627 Middle Court** <br> **Sevierville, TN 37862** | | - | | | **Warranty** | X | X | | **0.00** |
| Account No. **5121501** <br><br> **James C Beecher** <br> **1452 Bronte Court** <br> **Lansdale, PA 19446** | | - | | | **Warranty** | X | X | | **0.00** |
| Account No. **5104098** <br><br> **James C Colabine** <br> **4634 17th Street NW** <br> **Canton, OH 44708** | | - | | | **Warranty** | X | X | | **0.00** |
| Account No. **5111197** <br><br> **James C Cook** <br> **3695 Hunters Hill** <br> **Poland, OH 44514** | | - | | | **Warranty** | X | X | | **0.00** |

Sheet no. **1849** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **57.28**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108441** | | | | **Warranty** | | | | |
| **James C Dulaney** **45 Ross St** **New Martinsville, WV 26155** | - | | | | X | X | | 0.00 |
| Account No. **5093240** | | | | **Warranty** | | | | |
| **James C Gillespie** **3541 E Cannon Drive** **Phoenix, AZ 85028** | - | | | | X | X | | 0.00 |
| Account No. **5103660** | | | | **Warranty** | | | | |
| **James C Pugh** **2817 Russell Drive** **Beavercreek, OH 45431** | - | | | | X | X | | 0.00 |
| Account No. **5094833** | | | | **Warranty** | | | | |
| **James C Swanger** **376 Vernon Road** **Mansfield, OH 44905** | - | | | | X | X | | 0.00 |
| Account No. **5119328** | | | | **Warranty** | | | | |
| **James Canepari** **2208 Ipswitch Dr** **Thompson Station, TN 37179** | - | | | | X | X | | 0.00 |

Sheet no.**1850** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation**                                   ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5086969** | | | Warranty | | | | |
| **James Cashman** **523 Fanshawe Street** **Philadelphia, PA 19111** | | - | | X | X | | 0.00 |
| Account No. **5131809** | | | Warranty | | | | |
| **James Cauley** **1754 47th Street** **Pennsauken, NJ 08110** | | - | | X | X | | 0.00 |
| Account No. **5132704** | | | Warranty | | | | |
| **James Chaney** **487 Clayton Howard Road** **Wartburg, TN 37887** | | - | | X | X | | 0.00 |
| Account No. **5118837** | | | Warranty | | | | |
| **James Charles Hampton** **784 E Railroad Ave** **Summerville, SC 29485** | | - | | X | X | | 0.00 |
| Account No. **5092600** | | | Warranty | | | | |
| **James Chloe Wyckoff** **731 Woodberry Road** **Lexington, SC 29073** | | - | | X | X | | 0.00 |

Sheet no. **1851** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5112026 | | | Warranty | | | | |
| James Churley Sr 183 Beatty County Road Latrobe, PA 15650 | - | | | X | X | | 0.00 |
| Account No. 5126183 | | | Warranty | | | | |
| James Cirelli PO Box 926 Oakford Park Road Greensburg, PA 15601 | - | | | | | | 441.80 |
| Account No. 5131707 | | | Warranty | | | | |
| James Clark 928 West Barlett Ave Las Vegas, NV 89106 | - | | | X | X | | 0.00 |
| Account No. 5123200 | | | Warranty | | | | |
| James Cole 5333 Zelzah Avenue Encino, CA 91316 | - | | | X | X | | 0.00 |
| Account No. 5112654 | | | Warranty | | | | |
| James Coleman 103 33 Rainey Creek Rd Glenoma, WA 98336 | - | | | | | | 777.69 |

Sheet no.__1852_ of _4906_ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)        1,219.49

In re **Great Lakes Warranty Corporation**                          Case No. _____

                                                          ,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130117** | | | Warranty | | | | |
| **James Cookson** **6005 Haut Street SW** **Navarre, OH 44662** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131548** | | | Warranty | | | | |
| **James Cooper** **182 Miller Lane** **Kittanning, PA 16201** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5068458** | | | Warranty | | | | |
| **James Cooper** **10791 State Route 550** **Athens, OH 45701** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131029** | | | Warranty | | | | |
| **James Costello** **173 Lancaster Ave** **Buffalo, NY 14222** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5106344** | | | Warranty | | | | |
| **James Costello** **1447 Shelly Drive** **Mulvane, kS 67110** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1853** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093765** | | | Warranty | | | | |
| **James Crisp** **5017 Fourth Street** **Canton, OH 44708** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126954** | | | Warranty | | | | |
| **James Crivaro** **658 Harvest Drive** **Dallastown, PA 17312** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5069450** | | | Warranty | | | | |
| **James Cunningham** **9705 SW 92nd Ct  Unit a** **Ocala, FL 34481** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5074552** | | | Warranty | | | | |
| **James Cupp** **29250 US Highway 19 North** **Palm Harbor, FL 33761** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5116860** | | | Warranty | | | | |
| **James D Bealer Jr** **64 First Street** **Pottstown, PA 19464** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1854** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101548** | | | Warranty | | | | |
| **James D Cook 2401 Hardy St  Suite 20 Hattiesburg, MS 39401** | - | | | X | X | | 0.00 |
| Account No. **5097718** | | | Warranty | | | | |
| **James D Cupp PO Box 91  51 Middle Street Wickhaven, PA 15492** | - | | | X | X | | 0.00 |
| Account No. **5077598** | | | Warranty | | | | |
| **James D Dalpiaz 15122 Timber Ridge Drive Middlefield, OH 44062** | - | | | | | | 165.18 |
| Account No. **5108795** | | | Warranty | | | | |
| **James D Davis 553 Peters Street Verona, PA 15147** | - | | | X | X | | 0.00 |
| Account No. **5089481** | | | Warranty | | | | |
| **James D Domitrovich 1107 Pacific Avenue Monaca, PA 15061** | - | | | X | X | | 0.00 |

Sheet no. **1855** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

165.18

In re  **Great Lakes Warranty Corporation**                    ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5106204** | | | | **Warranty** | | | | |
| **James D Duncan**<br>**1091 Lewis Road**<br>**Chapmansboro, TN 37035** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087424** | | | | **Warranty** | | | | |
| **James D Durniak**<br>**44 Forest Road**<br>**Ambridge, PA 15003** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124495** | | | | **Warranty** | | | | |
| **James D Erwin**<br>**5681 Bowman St Rd**<br>**Shelby, OH 44875** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116214** | | | | **Warranty** | | | | |
| **James D Hills**<br>**703 Hogan Drive**<br>**Murfreesboro, TN 37128** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118378** | | | | **Warranty** | | | | |
| **James D Hollis**<br>**296 Friedel St**<br>**Homestead, PA 15120** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1856** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5110344** <br><br> **James D Johnson Jr** <br> **1141 E 38th Street** <br> **Erie, PA 16504** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5100720** <br><br> **James D Leach** <br> **56 Mount Harman Road** <br> **Pageland, SC 29728** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5130149** <br><br> **James D Lehneke** <br> **8066 State Rt 819** <br> **Greensburg, PA 15601** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5110128** <br><br> **James D Lemmi** <br> **34 Stella Street** <br> **Burgettstown, PA 15021** | - | | | **Warranty** | | | | 1,246.80 |
| Account No. **5099900** <br><br> **James D Plummer** <br> **6786 Spy Glass Lane** <br> **Loveland, OH 45140** | - | | | **Warranty** | X | X | | 0.00 |

Sheet no. **1857** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      **1,246.80**
(Total of this page)

In re  **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125095** | | Warranty | | | | | | |
| **James D Rau** **9 Sycamore Hill Court** **Lebanon, PA 17042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115308** | | Warranty | | | | | | |
| **James D Riley** **829 Sharon Valley Road** **Newark, OH 43055** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100978** | | Warranty | | | | | | |
| **James D Rugh III** **500 N Sixth Street** **Apollo, PA 15613** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5074861** | | Warranty | | | | | | |
| **James D Schollmeyer** **322 Route 46 West** **Parsippany, NJ 07054** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108591** | | Warranty | | | | | | |
| **James D Smith** **468 Windamere NW** **Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1858** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**                                          ,      Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102035** | | | | **Warranty** | | | | |
| **James D Walker**<br>**644 Evergreen Street**<br>**Johnstown, PA 15904** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110352** | | | | **Warranty** | | | | |
| **James D Williams Jr**<br>**212 Ridge Point Road**<br>**Columbia, SC 29223** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108719** | | | | **Warranty** | | | | |
| **James Daniels**<br>**6429 New Cumberland Road NE**<br>**Mineral City, OH 44656** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089021** | | | | **Warranty** | | | | |
| **James Darby**<br>**9619 Muckley Drive**<br>**Waynesburg, OH 44688** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130489** | | | | **Warranty** | | | | |
| **James David Anderson**<br>**7285 Golden Star Ave**<br>**Las Vegas, NV 89130** | - | | | | | | | |
| | | | | | | | | **222.00** |

Sheet no. **1859** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **222.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5067580** | | | | | Warranty | | | | |
| **James David Koon 9900 Two Notch Road Columbia, SC 29223** | - | | | | | X | X | | 0.00 |
| Account No. **5090574** | | | | | Warranty | | | | |
| **James Davis 802 Ormond Street Tarentum, PA 15084** | - | | | | | X | X | | 0.00 |
| Account No. **5098162** | | | | | Warranty | | | | |
| **James Davis 21174 Ryan Road Meadville, PA 16375** | - | | | | | X | X | | 0.00 |
| Account No. **5119173** | | | | | Warranty | | | | |
| **James Day 4236 S Carrollton New Orleans, LA 70118** | - | | | | | | | | 174.83 |
| Account No. **5118373** | | | | | Warranty | | | | |
| **James Deichman 8500 Allentown Rd Blandon, PA 19510** | - | | | | | X | X | | 0.00 |

Sheet no. **1860** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 174.83

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5056367** | | | | **Warranty** | | | | |
| **James Dickson**<br>**45010 Mather Ln**<br>**Hunting Valley, OH 44022** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5066616** | | | | **Warranty** | | | | |
| **James Dillie**<br>**37 State Street**<br>**Amesville, OH 45711** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130355** | | | | **Warranty** | | | | |
| **James Dillie**<br>**PO Box 89 37 State Road**<br>**Amesville, OH 45711** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5083348** | | | | **Warranty** | | | | |
| **James Diss**<br>**6508 W Eagle Talon Street**<br>**Phoenix, AZ 85085** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096252** | | | | **Warranty** | | | | |
| **James Dunlavey**<br>**97 Bull Street**<br>**Charleston, SC 29401** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1861** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **5124297** | | Warranty | | | | | | | | |
| **James E Allen**<br>**PO Box 122**<br>**Empire, NV 89405** | - | | | | | | X | X | | **0.00** |
| Account No. **5095005** | | Warranty | | | | | | | | |
| **James E Beavers**<br>**75640 Harrisville Road**<br>**Adena, OH 43901** | - | | | | | | X | X | | **0.00** |
| Account No. **5104108** | | Warranty | | | | | | | | |
| **James E Bollman**<br>**129 Robinson Drive**<br>**Newport News, VA 23601** | - | | | | | | X | X | | **0.00** |
| Account No. **5111641** | | Warranty | | | | | | | | |
| **James E Bowser Jr**<br>**1168 Dunnings Creek Road**<br>**New Paris, PA 15554** | - | | | | | | X | X | | **0.00** |
| Account No. **5113533** | | Warranty | | | | | | | | |
| **James E Bush**<br>**8613 Bunker Hill**<br>**Southaven, MS 38671** | - | | | | | | | | | **557.50** |

Sheet no. **1862** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**557.50**

In re   **Great Lakes Warranty Corporation**                                          Case No. _____

                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5088753 | | | | Warranty | | | | |
| James E Cochran 126 McGrew Hill Road Irwin, PA 15642 | - | | | | X | X | | 0.00 |
| Account No. 5099137 | | | | Warranty | | | | |
| James E Conoran 10211 Twin Hill Road Ext Wexford, PA 15090 | - | | | | | | | 0.00 |
| Account No. 5121137 | | | | Warranty | | | | |
| James E Cooper 164 Matta Ave Youngstown, OH 44509 | - | | | | X | X | | 0.00 |
| Account No. 5086567 | | | | Warranty | | | | |
| James E Easley 4555 Ditman Street Philadelphia, Pa 19124 | - | | | | X | X | | 0.00 |
| Account No. 5121016 | | | | Warranty | | | | |
| James E Eckert Jr 3503 Chestnut Ave Baltimore, MD 21211 | - | | | | X | X | | 0.00 |

Sheet no. **1863** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5098282** | | | Warranty | | | | |
| **James E Guido** **5645 Clingan Road  #24C** **Struthers, OH 44471** | - | | | X | X | | 0.00 |
| Account No. **5097599** | | | Warranty | | | | |
| **James E Handa** **430 Pearlwood Road** **Albany, OH 45710** | - | | | X | X | | 0.00 |
| Account No. **5089478** | | | Warranty | | | | |
| **James E Kasper** **1460 Crane Avenue** **Pittsburgh, PA 15220** | - | | | X | X | | 0.00 |
| Account No. **5090797** | | | Warranty | | | | |
| **James E Korab** **706 East Long Avenue** **New Castle, PA 16101** | - | | | X | X | | 0.00 |
| Account No. **5097707** | | | Warranty | | | | |
| **James E Ledbetter** **3018 Beamsville Union City Road** **Ansonia, OH 45303** | - | | | X | X | | 0.00 |

Sheet no. **1864** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5108535** | | | | **Warranty** | | | | |
| **James E Lindler** **155 Forest Trail** **Prosperity, SC 29127** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089683** | | | | **Warranty** | | | | |
| **James E McGuinness** **427 E Norwegian Street** **Pottsville, PA 17901** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073673** | | | | **Warranty** | | | | |
| **James E McLendon** **1404 Roslyn Street SW** **Canton, OH 44710** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107102** | | | | **Warranty** | | | | |
| **James E Moore** **10 W Wallace Avenue** **New Castle, PA 16101** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098203** | | | | **Warranty** | | | | |
| **James E Muth** **5107 Route 307 East** **Geneva, OH 44041** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1865** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109629** | | | | **Warranty** | | | | |
| **James E OHara** **1107 Cambria Avenue** **Windber, PA 15963** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116407** | | | | **Warranty** | | | | |
| **James E Schultz** **3162 Charles Street** **Cuyahoga Falls, OH 44221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110838** | | | | **Warranty** | | | | |
| **James E Wimbley** **4948 Rosehaven Drive** **Jackson, MS 39209** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112560** | | | | **Warranty** | | | | |
| **James Edgar Redman Jr** **311 Garnet Street** **Fort Mill, SC 29708** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5083283** | | | | **Warranty** | | | | |
| **James Edward Youngs** **399 Kelly Road** **Williston, SC 29853** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1866** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5090915** | | | Warranty | | | | |
| **James Eisaman**<br>**2 West Main St**<br>**Macedonia, NY 14502** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5129457 | | | Warranty | | | | |
| **James F Piazza Jr**<br>**219 Valley View Rd**<br>**Media, PA 19063** | - | | | | | | |
| | | | | | | | **1,020.76** |
| Account No. 5088846 | | | Warranty | | | | |
| **James F Baxter Jr**<br>**4317 Esteswood Dr**<br>**Nashville, TN 37215** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5080808 | | | Warranty | | | | |
| **James F Evans**<br>**12 Anne Street**<br>**Pomeroy, OH 45769** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5080058 | | | Warranty | | | | |
| **James F Kerr**<br>**512 Timber Trail**<br>**Imperial, PA 15126** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **1867** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,020.76**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                              ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5108062 | | | | Warranty | | | | |
| James F McNamara 3592 Woodgreen Drive Beavercreek, OH 45434 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111014 | | | | Warranty | | | | |
| James F Wright III 100 Spring House Lane Telford, PA 18969 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124395 | | | | Warranty | | | | |
| James FD Seyler 5620 N 200 East Bryant, IN 47326 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130070 | | | | Warranty | | | | |
| James Felletter III HC 87 Box 114B Pocono Lake, PA 18347 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112558 | | | | Warranty | | | | |
| James Fields 255 E. Dean Road Irmo, SC 29063 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1868** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5082655** | | | Warranty | | | | |
| **James Fischer** **2 Honeyman Street** **Princeton, NJ 08540** | - | | | | | | 116.00 |
| Account No. **5087775** | | | Warranty | | | | |
| **James Fitzpatrick** **34 Hampshire Drive** **Ivyland, PA 18974** | - | | | X | X | | 0.00 |
| Account No. **5087898** | | | Warranty | | | | |
| **James Fitzpatrick** **85 Tomlinson Road** **Huntington Valley, PA 19006** | - | | | X | X | | 0.00 |
| Account No. **5089970** | | | Warranty | | | | |
| **James Fitzzgerald** **82000 Redeye Rd** **Cadiz, OH 43907** | - | | | X | X | | 0.00 |
| Account No. **5122626** | | | Warranty | | | | |
| **James Ford** **917 Wonderland Pass** **Hermitage, TN 37076** | - | | | X | X | | 0.00 |

Sheet no. **1869** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

116.00

In re **Great Lakes Warranty Corporation**                                        Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5062075** | | | Warranty | | | | |
| **James Fox** **133 Bridge St** **Newscomertown, OH 43832** | - | | | X | X | | 0.00 |
| Account No. **5081529** | | | Warranty | | | | |
| **James Frazer** **PO Box 648  Lot #217** **Harmony, PA 16037** | - | | | X | X | | 0.00 |
| Account No. **5126699** | | | Warranty | | | | |
| **James Fritz** **RR5 Box 5531** **Saylorsburg, PA 18353** | - | | | X | X | | 0.00 |
| Account No. **5086155** | | | Warranty | | | | |
| **James Frye** **1755 E Lockwood Street** **Mesa, AZ 85203** | - | | | X | X | | 0.00 |
| Account No. **5094581** | | | Warranty | | | | |
| **James Furcini** **5049 E Lafayette Boulevard** **Phoenix, AZ 85018** | - | | | X | X | | 0.00 |

Sheet no. **1870** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**          ,      Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5090707** | | | | Warranty | | | | |
| **James G Brown** **1307 English Lane** **Athens, TN 37303** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110622** | | | | Warranty | | | | |
| **James G Cecil** **3680 Winchell Road** **Mantua, OH 44255** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097289** | | | | Warranty | | | | |
| **James G DeFelice** **2181 Melanie Drive** **Wooster, OH 44691** | - | | | | | | | |
| | | | | | | | | 165.00 |
| Account No. **5086486** | | | | Warranty | | | | |
| **James G Jones** **6350 State Route 29** **Celina, OH 45822** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073836** | | | | Warranty | | | | |
| **James Gara Fleshman II** **516 Winsong Point Lane** **Columbia, SC 29212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1871** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **165.00**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5098181** | | | | Warranty | | | | |
| **James Garrity** **8207 246th Street** **Bellrose, NY 11426** | - | | | | X | X | | 0.00 |
| Account No. **5100323** | | | | Warranty | | | | |
| **James Geedy** **2535 Pheasant Drive** **Mechanicsburg, PA 17055** | - | | | | X | X | | 0.00 |
| Account No. **5094727** | | | | Warranty | | | | |
| **James Genello** **201 Cleveland Avenue** **Palmyra, NJ 08065** | - | | | | X | X | | 0.00 |
| Account No. **5125841** | | | | Warranty | | | | |
| **James Gerano** **1884 Ridge Road** **Jeannette, PA 15644** | - | | | | X | X | | 0.00 |
| Account No. **5118997** | | | | Warranty | | | | |
| **James Gonzalez** **1115 Leslie St NW** **North Canton, OH 44720** | - | | | | X | X | | 0.00 |

Sheet no. **1872** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

In re **Great Lakes Warranty Corporation**  ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124791** | | | | **Warranty** | | | | |
| **James Graver** **100 Town Court PO Box 202** **Richlandtown, PA 18955** | - | | | | | | | 242.60 |
| Account No. **5074486** | | | | **Warranty** | | | | |
| **James Greene** **415 Hays Drive** **Gatlinburg, TN 37736** | - | | | | X | X | | 0.00 |
| Account No. **5093147** | | | | **Warranty** | | | | |
| **James H Clancy** **188 Railroad Street** **Manville, RI 02838** | - | | | | X | X | | 0.00 |
| Account No. **5115701** | | | | **Warranty** | | | | |
| **James H Elliott Jr** **58 Raymond Avenue** **Shelby, OH 44875** | - | | | | X | X | | 0.00 |
| Account No. **5099643** | | | | **Warranty** | | | | |
| **James H Groh** **31 Wolf Creek Lane** **Lillington, NC 27546** | - | | | | X | X | | 0.00 |

Sheet no.**1873** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   242.60

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5106924** | | | | **Warranty** | | | | |
| **James H Osburn** **238 Plummer Road** **McClellandtown, PA 15458** | - | | | | X | X | | 0.00 |
| Account No. **5101669** | | | | **Warranty** | | | | |
| **James H Patterson** **1589 Greenwich Road** **Cherry Tree, PA 15724** | - | | | | X | X | | 0.00 |
| Account No. **5130386** | | | | **Warranty** | | | | |
| **James H Sanders** **481 Trees Mills Rd** **Greensburg, PA 15601** | - | | | | X | X | | 0.00 |
| Account No. **5122039** | | | | **Warranty** | | | | |
| **James H Snider** **124 Country Road 534** **Etowah, TN 37331** | - | | | | X | X | | 0.00 |
| Account No. **5093716** | | | | **Warranty** | | | | |
| **James H Wellington** **519 Coal Street** **Pittsburgh, PA 15221** | - | | | | X | X | | 0.00 |

Sheet no. **1874** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Great Lakes Warranty Corporation**                                  Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5086161** | | | | Warranty | | | | |
| **James H Young**<br>**22 Cross Street**<br>**The Plains, OH 45780** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098039** | | | | Warranty | | | | |
| **James Hagan**<br>**36337 W Velazquez**<br>**Maricopa, AZ 85238** | - | | | | | | | |
| | | | | | | | | 88.00 |
| Account No. **5111278** | | | | Warranty | | | | |
| **James Hall**<br>**7434 SR 78**<br>**Gloucester, OH 45732** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5070163** | | | | Warranty | | | | |
| **James Hamilton**<br>**116 Charles St**<br>**Hooversville, PA 15936** | - | | | | | | | |
| | | | | | | | | 136.80 |
| Account No. **5083294** | | | | Warranty | | | | |
| **James Harkless**<br>**7162 Westfield Ct**<br>**Alexandria, VA 22306** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1875** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)         **224.80**

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130553** | | | | Warranty | | | | |
| **James Harris**<br>**121 Station Bottom Lane**<br>**Rockton, PA 15856** | - | | | | X | X | | 0.00 |
| Account No. **5118793** | | | | Warranty | | | | |
| **James Harvey**<br>**1321 Meriline St**<br>**Cuyahoga Falls, OH 44221** | - | | | | X | X | | 0.00 |
| Account No. **5105416** | | | | Warranty | | | | |
| **James Hauck**<br>**2576 Lermitage Place**<br>**Stow, OH 44224** | - | | | | | | | 841.50 |
| Account No. **5126881** | | | | Warranty | | | | |
| **James Haven**<br>**3635 Carrol Dr**<br>**Horn Lake, MS 38637** | - | | | | X | X | | 0.00 |
| Account No. **5072780** | | | | Warranty | | | | |
| **James Hayes**<br>**3070 Union Hill Road**<br>**Joelton, TN 37080** | - | | | | X | X | | 0.00 |

Sheet no. **1876** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    841.50

In re **Great Lakes Warranty Corporation**                              , Case No. _____

_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5132521** | | | | **Warranty** | | | | |
| **James Henrice** **650 North Downing** **Piqua, OH 45356** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091535** | | | | **Warranty** | | | | |
| **James Herrick** **20020 N 30th Place** **Phoenix, AZ 85050** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128322** | | | | **Warranty** | | | | |
| **James Highlander Jr** **3787 Shelby Ganges Rd** **Shelby, OH 44875** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108309** | | | | **Warranty** | | | | |
| **James Hilton** **676 Cedar Branch Road** **Windsor, SC 29856** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5068982** | | | | **Warranty** | | | | |
| **James Hollingsworth** **27400 Chardon Rd** **Willoughby Hills, OH 44092** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1877** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5082491** | | | | Warranty | | | | |
| **James Horn** **1409 Hill Meade Dr** **Nashville, TN 32205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127579** | | | | Warranty | | | | |
| **James Hubert Gainey Jr** **446 S Timberlake Lane** **Hartsville, SC 29550** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090266** | | | | Warranty | | | | |
| **James Huff** **1137 W Mohave** **Phoenix, AZ 85007** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131301** | | | | Warranty | | | | |
| **James Hulton** **50 Whites Road** **Brockport, PA 15823** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073305** | | | | Warranty | | | | |
| **James Huntwork** **374 E Monte Vista Road** **Phoenix, AZ 85004** | - | | | | | | | |
| | | | | | | | | 2,096.06 |

Sheet no.**1878** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 2,096.06

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5118768 | | | | Warranty | | | | |
| James I McCabe 108 Memory Lane Dunbar, PA 15433 | - | | | | X | X | | 0.00 |
| Account No. 5124436 | | | | Warranty | | | | |
| James J Callaway 112 Acanthus St Marietta, PA 17547 | - | | | | X | X | | 0.00 |
| Account No. 5083808 | | | | Warranty | | | | |
| James J Conner 1311 Arrowhead Drive Brentwood, TN 37027 | - | | | | X | X | | 0.00 |
| Account No. 5112751 | | | | Warranty | | | | |
| James J Curran III 865 W Market Street Orwigsburg, PA 17961 | - | | | | X | X | | 0.00 |
| Account No. 5102861 | | | | Warranty | | | | |
| James J Goggin 11139 Loris Ave Aurora, OH 44202 | - | | | | X | X | | 0.00 |

Sheet no. **1879** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re **Great Lakes Warranty Corporation**                         Case No. _____

                                         ,

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5083191** | | | | Warranty | | | | |
| **James J Hufstetler 6421 Hillfield Street NW North Canton, OH 44720** | | - | | | | | | 496.42 |
| Account No. **5095821** | | | | Warranty | | | | |
| **James J Lind 1433 Rosedale Drive Moon Township, PA 15108** | | - | | | X | X | | 0.00 |
| Account No. **5113973** | | | | Warranty | | | | |
| **James J Lohr 526 Steel Avenue Hannastown, PA 15635** | | - | | | X | X | | 0.00 |
| Account No. **5121093** | | | | Warranty | | | | |
| **James J Quinn 4776 Delma Dr Pittsburgh, PA 15236** | | - | | | | | | 374.28 |
| Account No. **5101652** | | | | Warranty | | | | |
| **James J Yocabet 11 Short Street   PO Box 445 Republic, PA 15475** | | - | | | X | X | | 0.00 |

Sheet no.**1880** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         870.70

In re **Great Lakes Warranty Corporation**                               Case No. _____

_____ ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127329** | | | Warranty | | | | |
| **James Jackson** **2460 Clematis Trail** **Sumter, SC 29150** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5084652** | | | Warranty | | | | |
| **James Jenkins** **292 Tropic St** **Jackson, OH 45640** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5121169** | | | Warranty | | | | |
| **James Jenkins** **302 Grant Rd** **Adamstown, PA 19501** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5118182** | | | Warranty | | | | |
| **James Johnson** **3000 East Main St** **Columbus, OH 43209** | - | | | | | | |
| | | | | | | | **1,802.60** |
| Account No. **5100642** | | | Warranty | | | | |
| **James Johnson** **1220 N Green Hills** **Mt Juliet, TN 37122** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **1881** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **1,802.60**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5118182** | | | Warranty | | | | |
| **James Johnson 3000 East Main St Columbus, OH 43209** | - | | | X | X | | 0.00 |
| Account No. **5068475** | | | Warranty | | | | |
| **James Jones 61858 West Tacoma Barnesville, OH 43713** | - | | | | | | 1,002.70 |
| Account No. **5070958** | | | Warranty | | | | |
| **James Jones 106 Harington Ave Madison, TN 37115** | - | | | X | X | | 0.00 |
| Account No. **5128351** | | | Warranty | | | | |
| **James Jowe 6509 Algard St Philadelphia, PA 19135** | - | | | X | X | | 0.00 |
| Account No. **5082431** | | | Warranty | | | | |
| **James K Bass 3065 Rock Cress Lane Sandy Hook, VA 23153** | - | | | X | X | | 0.00 |

Sheet no. **1882** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  1,002.70

In re **Great Lakes Warranty Corporation**                               , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5112978 | | | | Warranty | | | | |
| James K Collenette 128 Pineview Drive Swansea, SC 29160 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114081 | | | | Warranty | | | | |
| James K Curry 909 Echo Street Celina, OH 45822 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5098956 | | | | Warranty | | | | |
| James K Elliott Jr 1126 Swede Hill Road Greensburg, PA 15601 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114426 | | | | Warranty | | | | |
| James K Larkins 73 13th Street Keansburg, NJ 07734 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102940 | | | | Warranty | | | | |
| James K Ransford 6436 Fleetwood Drive Nashville, TN 37209 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1883** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                              Case No. _____

_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5094292** | | | | Warranty | | | | |
| **James K Umbenhaur** **48 Rockland Drive** **Orwigsburg, PA 17961** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101426** | | | | Warranty | | | | |
| **James Kaplan** **81 Lane 5** **Warwick, RI 02888** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5082697** | | | | Warranty | | | | |
| **James King** **7857 W Andrea Drive** **Peoria, AZ 85383** | - | | | | | | | |
| | | | | | | | | 686.30 |
| Account No. **5093066** | | | | Warranty | | | | |
| **James Konschnik** **1428 Mohawk Lane** **Easton, PA 18040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130364** | | | | Warranty | | | | |
| **James L McQueen** **1527 Butler Street** **Columbia, SC 29205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1884** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     686.30

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127658** | | | | Warranty | | | | |
| James L Boyd 10859 Lincoln Hwy Van Wert, OH 45891 | - | | | | X | X | | 0.00 |
| Account No. 5092855 | | | | Warranty | | | | |
| James L Dreaden 930 Thompson Road Pegram, TN 37143 | - | | | | X | X | | 0.00 |
| Account No. 5108430 | | | | Warranty | | | | |
| James L Edmonds 115 Main Street  Apt 4 Schwenksville, PA 19473 | - | | | | X | X | | 0.00 |
| Account No. 5121243 | | | | Warranty | | | | |
| James L Forsythe 30 Campman West Middlesex, PA 16159 | - | | | | X | X | | 0.00 |
| Account No. 5092790 | | | | Warranty | | | | |
| James L Genco 4051 Columbiana Road New Springfield, OH 04443 | - | | | | X | X | | 0.00 |

Sheet no.**1885**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5083203** | | | | **Warranty** | | | | |
| **James L Hall**<br>**13423 Cedar Road NE**<br>**Thornville, OH 43076** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123451** | | | | **Warranty** | | | | |
| **James L Harrigan**<br>**18 Towns Rd**<br>**Levittown, PA 19056** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085975** | | | | **Warranty** | | | | |
| **James L Herron**<br>**1123 Bubbling Well**<br>**Madison, TN 37115** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107893** | | | | **Warranty** | | | | |
| **James L Howe II**<br>**856 Duke Avenue**<br>**Mansfield, OH 44905** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094032** | | | | **Warranty** | | | | |
| **James L Krystynak**<br>**1675 Sandybrook Court**<br>**Grove City, OH 43123** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1886** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    , Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095017** | | | Warranty | | | | |
| **James L Marshall** **243 N Fairground Street  #E** **Jackson, TN 38301** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5097526** | | | Warranty | | | | |
| **James L Massie** **13809 Calaboone Road** **Doylestown, OH 44230** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130392** | | | Warranty | | | | |
| **James L Moore** **807 Cottonwood Dr** **Monroeville, PA 15146** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120524** | | | Warranty | | | | |
| **James L Purcell** **407 W Main St** **Ringtown, PA 17967** | - | | | | | | |
| | | | | | | | 1,588.00 |
| Account No. **5124466** | | | Warranty | | | | |
| **James L Rugger** **6721 Maple Mesa St** **N Las Vegas, NV 89084** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1887**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,588.00**

In re   **Great Lakes Warranty Corporation**           ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5065155** | | | Warranty | | | | | |
| James L. Blackburn<br>21095 Clark Range Highway<br>Monterey, TN 38574 | - | | | | X | X | | 0.00 |
| Account No. **5119797** | | | Warranty | | | | | |
| James L. Johnson<br>13803 E. Sage Hills Drive<br>Vail, AZ 85641 | - | | | | X | X | | 0.00 |
| Account No. **5087867** | | | Warranty | | | | | |
| James Lafayette Haynsworth IV<br>5269 Ellerbe Mill Road<br>Rembert, SC 29128 | - | | | | X | X | | 0.00 |
| Account No. **5124701** | | | Warranty | | | | | |
| James Lazar<br>213 S. 6th Street<br>Youngwood, PA 15697 | - | | | | X | X | | 0.00 |
| Account No. **5077539** | | | Warranty | | | | | |
| James LeBlanc<br>424 Bank Lane SE<br>New Philadelphia, OH 44663 | - | | | | X | X | | 0.00 |

Sheet no. **1888** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal              **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5091756** | | | | | Warranty | | | | |
| **James Lengel 260 Station Avenue Quakertown, PA 18951** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5076305** | | | | | Warranty | | | | |
| **James Levitan 12416 Borges Avenue Silver Springs, MD 20904** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5126442** | | | | | Warranty | | | | |
| **James Lipscomb 1414 Lincoln Street Monessen, PA 15062** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5125193** | | | | | Warranty | | | | |
| **James Lloyd 504 Vermont Avenue Glassport, PA 15045** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5132175** | | | | | Warranty | | | | |
| **James Lou 2442 Ridgewood Road York, PA 17406** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1889** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re **Great Lakes Warranty Corporation**                     ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128484** | | | | Warranty | | | | |
| **James M Albertoni** **13405 Kent Ave NE** **Hartville, OH 44632** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118912** | | | | Warranty | | | | |
| **James M Alexander Jr** **1848 Brentwood Pointe** **Franklin, TN 37067** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093222** | | | | Warranty | | | | |
| **James M Artz** **153 South Line Street** **Feackville, PA 17931** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113994** | | | | Warranty | | | | |
| **James M Bradley** **20039 S Mostertown Road** **Saegertown, PA 16433** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107743** | | | | Warranty | | | | |
| **James M Bubemyre** **7168 New Madison Coletown Road** **Greenville, OH 45331** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1890** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5076640** | | | | | **Warranty** | | | | |
| **James M Carr** **1006 Lilac Street** **Celina, OH 45822** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5087718** | | | | | **Warranty** | | | | |
| **James M Chaffee** **212 Forest Ridge Court** **Franklin, TN 37069** | - | | | | | | | | |
| | | | | | | | | | 639.95 |
| Account No. **5090843** | | | | | **Warranty** | | | | |
| **James M Davidson** **922 Glenwood Drive** **Murfreesboro, TN 27129** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5084976** | | | | | **Warranty** | | | | |
| **James M Dwan** **13160 Lasalle Avenue** **Huntington Woods, MI 48070** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5119713** | | | | | **Warranty** | | | | |
| **James M Gresh** **9135 Gans Ave NE** **North Canton, OH 44721** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**1891** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

639.95

In re **Great Lakes Warranty Corporation**,      Case No. _____

                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5096934** | | | | | Warranty | | | | |
| **James M Hans** **56731 McGee Road** **Shadyside, OH 43947** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. 5120915 | | | | | Warranty | | | | |
| **James M Oakes Jr** **1152 Rockwell Dr** **Xenia, OH 45385** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. 5106163 | | | | | Warranty | | | | |
| **James M Pinkerton** **1127 East Raines Road** **Memphis, TN 38116** | - | | | | | | | | |
| | | | | | | | | | **372.37** |
| Account No. 5072744 | | | | | Warranty | | | | |
| **James M Powers** **5127 Pritchett Drive** **Nashville, TN 37220** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. 5090078 | | | | | Warranty | | | | |
| **James M Rickert** **822 Park Drive** **Wapakoneta, OH 45895** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **1892** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **372.37**

In re   **Great Lakes Warranty Corporation**                                      ,        Case No. _____

_____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5115241** | | | | **Warranty** | | | | |
| **James M Shrader 1584 Grange Road Charleroi, PA 15022** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085929** | | | | **Warranty** | | | | |
| **James M Siudela 160 Coal Bluff Road Finleyville, PA 15332** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109158** | | | | **Warranty** | | | | |
| **James M Walker Kirsch Road Erie, PA 16510** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073224** | | | | **Warranty** | | | | |
| **James Majeed PO Box 666 Stratford, CT 06615** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132329** | | | | **Warranty** | | | | |
| **James Mara 1188 Marie Street Lawrenceburg, IN 47025** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1893** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re  **Great Lakes Warranty Corporation**                                      Case No. _____
                                          ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5112465 | | | | Warranty | | | | |
| James Marczak 10005 Valleyview Court Wexford, PA 15090 | - | | | | X | X | | 0.00 |
| Account No. 5079254 | | | | Warranty | | | | |
| James Martosella 1134 High Grove Drive West Chester, PA 19380 | - | | | | X | X | | 0.00 |
| Account No. 5130538 | | | | Warranty | | | | |
| James Mascardine 14042 Blackberry Circle Strongsville, OH 44136 | - | | | | X | X | | 0.00 |
| Account No. 5125932 | | | | Warranty | | | | |
| James Mateo 5107 Frys Valley Rd SW Port Washington, OH 43837 | - | | | | X | X | | 0.00 |
| Account No. 5124104 | | | | Warranty | | | | |
| James May 37509 Applegate Rd Lisbon, OH 44432 | - | | | | X | X | | 0.00 |

Sheet no. **1894** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                  ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5070179** | | | Warranty | | | | |
| **James McCarley** **3700 FM 715** **Midland, TX 79706** | - | | | X | X | | 0.00 |
| Account No. **5068583** | | | Warranty | | | | |
| **James McDaniel** **112 Indian Trace** **Madisonville, LA 70447** | - | | | X | X | | 0.00 |
| Account No. **5101270** | | | Warranty | | | | |
| **James McFarland** **903 Bluff Rd** **Brentwood, TN 37027** | - | | | X | X | | 0.00 |
| Account No. **5131494** | | | Warranty | | | | |
| **James McLaughlin** **15 Friendly Lane** **Levittown, PA 19055** | - | | | X | X | | 0.00 |
| Account No. **5112048** | | | Warranty | | | | |
| **James McLean** **1703 Porter Road** **Nashville, TN 37206** | - | | | X | X | | 0.00 |

Sheet no. **1895** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation**                              Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5102149** | | | Warranty | | | | |
| **James Mclean** **2883 Edgemont Drive** **Allentown, PA 18103** | - | | | X | X | | 0.00 |
| Account No. **5132331** | | | Warranty | | | | |
| **James McNeile** **10047 Goodman Drive** **Overland Park, KS 66212** | - | | | X | X | | 0.00 |
| Account No. **5132755** | | | Warranty | | | | |
| **James McPeak** **134 Sycamore Street PO Box 171** **Wendel, PA 15691** | - | | | X | X | | 0.00 |
| Account No. **5091501** | | | Warranty | | | | |
| **James Michael Derrick Jr** **409 Hollenbeck Road** **Irmo, SC 29063** | - | | | X | X | | 0.00 |
| Account No. **5108900** | | | Warranty | | | | |
| **James Middleton** **836 E Jasmine Street** **Mesa, AZ 85203** | - | | | | | | 1,111.50 |

Sheet no.**1896** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,111.50**

In re **Great Lakes Warranty Corporation**                                  , Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5092655** | | | | **Warranty** | | | | |
| **James Milano** **806 N 94th Place** **Mesa, AZ 85207** | - | | | | X | X | | 0.00 |
| Account No. 5067397 | | | | **Warranty** | | | | |
| **James Miller** **5900 Upper Bremo Lane** **New Albany, OH 43054** | - | | | | X | X | | 0.00 |
| Account No. 5128784 | | | | **Warranty** | | | | |
| **James Mirtich** **19220 Cherry Stone Lane** **Strongsville, OH 44136** | - | | | | X | X | | 0.00 |
| Account No. 5072916 | | | | **Warranty** | | | | |
| **James Moore** **1000 Urlin Ave # 914** **Columbus, OH 43212** | - | | | | X | X | | 0.00 |
| Account No. 5111674 | | | | **Warranty** | | | | |
| **James Mulidore** **2571 Hidden Forest Circle** **Henderson, NV 89074** | - | | | | | | | 157.50 |

Sheet no.**1897** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      157.50

In re **Great Lakes Warranty Corporation**                                     ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5071001** | | | | | Warranty | | | | |
| **James Mullins** **18 Dukes Way** **Feasterville Trevose, PA 19053** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5084717** | | | | | Warranty | | | | |
| **James Munson** **7 Duchess Drive** **Old Lyme, CT 06371** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5129152** | | | | | Warranty | | | | |
| **James Mussler** **1585 Sequoua Dr** **Youngstown, OH 44514** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5091539** | | | | | Warranty | | | | |
| **James Myers** **1051 Jones Bridge Road** **Blackville, SC 29817** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5123737** | | | | | Warranty | | | | |
| **James N Collins** **2467 Birch St** **Easton, PA 18042** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1898** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

In re   **Great Lakes Warranty Corporation**                              ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5100407** | | | | | **Warranty** | | | | |
| **James N Crosby** **2446 Durham Manor Drive** **Franklin, TN 37064** | - | | | | | | | | **1,726.83** |
| Account No. **5101080** | | | | | **Warranty** | | | | |
| **James Nance** **337 Overbrook Boulevard** **Pittsburgh, PA 15210** | - | | | | | X | X | | **0.00** |
| Account No. **5126211** | | | | | **Warranty** | | | | |
| **James Neeley** **108 W. High Street** **Plymouth, OH 44865** | - | | | | | X | X | | **0.00** |
| Account No. **5116023** | | | | | **Warranty** | | | | |
| **James O Frink** **PO Box 191** **Lonewood, NC 28452** | - | | | | | X | X | | **0.00** |
| Account No. **5067159** | | | | | **Warranty** | | | | |
| **James O'Connell** **43945 Seneca Lake Road** **Sarahsville, OH 43779** | - | | | | | X | X | | **0.00** |

Sheet no. **1899** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,726.83**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5100030** | | | | Warranty | | | | |
| **James Oates** **926 Underwood   Box 606** **Roscoe, PA 15477** | | - | | | X | X | | 0.00 |
| Account No. **5105567** | | | | Warranty | | | | |
| **James P Ayotte** **1451 Needmore Road** **Old Hickory, TN 37138** | | - | | | X | X | | 0.00 |
| Account No. **5103052** | | | | Warranty | | | | |
| **James P Bauer** **13581 White Tail Drive** **Tyler, TX 75707** | | - | | | X | X | | 0.00 |
| Account No. **5094624** | | | | Warranty | | | | |
| **James P Benson Jr** **2220S Shannon Drive** **Tempe, AZ 85282** | | - | | | X | X | | 0.00 |
| Account No. **5087517** | | | | Warranty | | | | |
| **James P Dorava** **PO Box 18162** **Fountain Hills, AZ 85269** | | - | | | X | X | | 0.00 |

Sheet no. **1900**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5086830** | | | Warranty | | | | |
| **James P Fullerton**<br>**18680 E Reins Road**<br>**Queen Creek, AZ 85242** | - | | | X | X | | 0.00 |
| Account No. **5118833** | | | Warranty | | | | |
| **James P Shields**<br>**105 Tree Line Ct**<br>**Pittsburgh, PA 15237** | - | | | X | X | | 0.00 |
| Account No. **5100961** | | | Warranty | | | | |
| **James P Shore**<br>**740 N Main Street**<br>**Greensburg, PA 15601** | - | | | X | X | | 0.00 |
| Account No. **5125870** | | | Warranty | | | | |
| **James P Tweedy**<br>**43 S Landon Ave**<br>**Kingston, PA 18704** | - | | | X | X | | 0.00 |
| Account No. **5099748** | | | Warranty | | | | |
| **James P Whyte**<br>**5807 Birch Bark Circle**<br>**Grove City, OH 43123** | - | | | X | X | | 0.00 |

Sheet no. **1901** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123772** | | | | **Warranty** | | | | |
| **James P Wolak** **628 Painter** **Everson, PA 15631** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120504** | | | | **Warranty** | | | | |
| **James Patitucci** **Box 92  820 Main St** **McClellandtown, PA 15458** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132550** | | | | **Warranty** | | | | |
| **James Perkins** **438 Boyscout Road** **Gaston, SC 29053** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5069190** | | | | **Warranty** | | | | |
| **James Peterson** **2294 Saxonburg Blvd** **Cheswick, PA 15024** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5064943** | | | | **Warranty** | | | | |
| **James Petkewitz** **833 Nordale** **Dayton, OH 45420** | - | | | | | | | |
| | | | | | | | | **572.50** |

Sheet no. **1902** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **572.50**

In re **Great Lakes Warranty Corporation** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5110235 | | | Warranty | | | | |
| James Phillips 724 Fair Street Franklin, TN 37064 | - | | | | | | 2,347.12 |
| Account No. 5102773 | | | Warranty | | | | |
| James Pouba 26031 North Palomino Tr. Scottsdale, AZ 82588 | - | | | X | X | | 0.00 |
| Account No. 5100553 | | | Warranty | | | | |
| James Q Chambers 3856 Peniel Road Patriot, OH 45658 | - | | | X | X | | 0.00 |
| Account No. 5123486 | | | Warranty | | | | |
| James R Carter 11 Cherry Creek Cove Little Rock, AR 72212 | - | | | X | X | | 0.00 |
| Account No. 5106765 | | | Warranty | | | | |
| James R Cross 693 Bute Road Uniontown, PA 15401 | - | | | | | | 1,004.11 |

Sheet no. **1903** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,351.23

In re    **Great Lakes Warranty Corporation**                                                ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122956** <br><br> **James R Douglass** <br> **20521 Chagrin Blvd** <br> **ShakerHeights, OH 44122** | - | | **Warranty** | | | | 122.33 |
| Account No. **5106548** <br><br> **James R Drabiski** <br> **6444 New Road** <br> **Austintown, OH 44515** | - | | **Warranty** | | | | 98.99 |
| Account No. **5111432** <br><br> **James R Gillespie** <br> **6035 Bolte Drive** <br> **Verona, PA 15147** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5116375** <br><br> **James R Gillespie Jr** <br> **6035 Bolte Drive** <br> **Verona, PA 15147** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5091097** <br><br> **James R Greeley** <br> **RD #1 Box 221** <br> **Tidioute, PA 16351** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **1904** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

221.32

In re   **Great Lakes Warranty Corporation**                                    ,      Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5104614** | | | | | Warranty | | | | |
| **James R Hall** **7434 State Route 78** **Glouster, OH 45732** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5111559** | | | | | Warranty | | | | |
| **James R Hart** **3888 Carmel Church** **Celina, OH 45822** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5108338** | | | | | Warranty | | | | |
| **James R Hartzogg** **1502 N Midway Road** **Clinton, MS 39056** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5110840** | | | | | Warranty | | | | |
| **James R Isner** **30 Fay Cove** **Atoka, TN 38004** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5116421** | | | | | Warranty | | | | |
| **James R Ivey** **5882 Calico Lane** **Canfield, OH 44406** | - | | | | | | | | |
| | | | | | | | | | 1,745.14 |

Sheet no. **1905** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,745.14

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5107164** | | | | Warranty | | | | |
| **James R Johnson 301 Liberty Street Girard, PA 16417** | - | | | | X | X | | 0.00 |
| Account No. **5117197** | | | | Warranty | | | | |
| **James R Krol 907 E 24th Street Erie, PA 16503** | - | | | | X | X | | 0.00 |
| Account No. **5091075** | | | | Warranty | | | | |
| **James R Lindesmith 1723 24th Street NW Canton, OH 44709** | - | | | | X | X | | 0.00 |
| Account No. **5118979** | | | | Warranty | | | | |
| **James R Lyden 35 Germanville Rd Ashland, PA 17921** | - | | | | | | | 290.00 |
| Account No. **5102917** | | | | Warranty | | | | |
| **James R Maldonado 310 27th Street McKeesport, PA 15132** | - | | | | X | X | | 0.00 |

Sheet no. **1906** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     290.00

In re **Great Lakes Warranty Corporation**           Case No. _____
                                          ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5107965** | | | | Warranty | | | | |
| **James R Meetze** **3117 Point Clear Drive** **Fort Mill, SC 29708** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099678** | | | | Warranty | | | | |
| **James R Meyers** **4700 E Zalesky** **Cottonwood, AZ 86326** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123115** | | | | Warranty | | | | |
| **James R Muri** **4307 Woodbine Ct** **Murrysville, PA 15668** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5081931** | | | | Warranty | | | | |
| **James R Overton** **102 S Harkston Drive** **Pittsburgh, PA 15237** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088127** | | | | Warranty | | | | |
| **James R Petrello Jr** **96 Pine Summit Forrest** **Ringtown, PA 17967** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1907** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5122059 | | | Warranty | | | | |
| James R Ross 1078 Rt 981 Latrobe, PA 15650 | - | | | X | X | | 0.00 |
| Account No. 5089317 | | | Warranty | | | | |
| James R Ruderek 405 Moss Creek Circle Nashville, TN 37201 | - | | | X | X | | 0.00 |
| Account No. 5104392 | | | Warranty | | | | |
| James R Spencer 311 Chesterville Tupelo, MS 38801 | - | | | | | | 74.50 |
| Account No. 5082043 | | | Warranty | | | | |
| James R Stimmel 973 Ridge Rd Homer City, PA 15748 | - | | | X | X | | 0.00 |
| Account No. 5092802 | | | Warranty | | | | |
| James R Taylor Jr 514 Mt Vernon Avenue Coraopolis, PA 15108 | - | | | | | | 132.20 |

Sheet no. __1908__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                206.70

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5123326 | | | | Warranty | | | | |
| James R. Thompson 459 Brandermill Road Fayetteville, NC 28314 | - | | | | X | X | | 0.00 |
| Account No. 5124101 | | | | Warranty | | | | |
| James Rance 383 Honey Lane Leetonia, OH 44431 | - | | | | X | X | | 0.00 |
| Account No. 5125293 | | | | Warranty | | | | |
| James Rankin 10965 North Point Drive Athens, OH 45701 | - | | | | X | X | | 0.00 |
| Account No. 5128880 | | | | Warranty | | | | |
| James Rasimovich 927 Ridge Avenue Scranton, PA 18510 | - | | | | X | X | | 0.00 |
| Account No. 5080590 | | | | Warranty | | | | |
| James Reese 1622 Third Avenue Charleston, WV 25312 | - | | | | | | | 1,003.00 |

Sheet no. 1909 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     1,003.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5046671** | | - | | **Warranty** | X | X | | |
| **James Reiner**<br>**709 Mixsell St.**<br>**Easton, PA 18042** | | | | | | | | **0.00** |
| Account No. **5073244** | | - | | **Warranty** | X | X | | |
| **James Ressler**<br>**224 Wagon Trail North**<br>**Powell, OH 43065** | | | | | | | | **0.00** |
| Account No. **5132540** | | - | | **Warranty** | X | X | | |
| **James Rhinehart**<br>**16903 Lakeview Court**<br>**Hagerstown, MD 21740** | | | | | | | | **0.00** |
| Account No. **5113088** | | - | | **Warranty** | X | X | | |
| **James Ricca**<br>**26680 Gershwin**<br>**Westlake, OH 44145** | | | | | | | | **0.00** |
| Account No. **5128480** | | - | | **Warranty** | X | X | | |
| **James Robert Walker**<br>**10942 Word Rd**<br>**Soddy Daisy, TN 37379** | | | | | | | | **0.00** |

Sheet no. **1910** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128828** | | - | | **Warranty** | | | | |
| **James Roberts PO Box 5027 Mohave Valley Mohave Valley, AZ 86446** | | | | | | | | **236.70** |
| Account No. **5126024** | | - | | **Warranty** | X | X | | |
| **James Robinson 331 Pine Ridge Road Jackson, OH 45640** | | | | | | | | **0.00** |
| Account No. **5064167** | | - | | **Warranty** | X | X | | |
| **James Rockovich 3566 Foxwood Court Murrysville, PA 15668** | | | | | | | | **0.00** |
| Account No. **5129724** | | - | | **Warranty** | X | X | | |
| **James Rukeyser 1700 El Prado Dr Knoxville, TN 37922** | | | | | | | | **0.00** |
| Account No. **5123082** | | - | | **Warranty** | X | X | | |
| **James S Maholage 3095 McCloy Ave Murrysville, PA 15668** | | | | | | | | **0.00** |

Sheet no. **1911** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **236.70**

In re **Great Lakes Warranty Corporation**                                        Case No. _____

                                                          ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5078491 | | | | | Warranty | | | | |
| James S Crise 207 E Pittsburgh Street Delmont, PA 15626 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5127338 | | | | | Warranty | | | | |
| James S Kress 146 Willow Rd Apollo, PA 15613 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5105643 | | | | | Warranty | | | | |
| James S Palko 356 Devon Road Valparaiso, IN 46383 | - | | | | | | | | |
| | | | | | | | | | 310.00 |
| Account No. 5115232 | | | | | Warranty | | | | |
| James S Rivers 1433 Gold Crest Drive Hixson, TN 37343 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5120389 | | | | | Warranty | | | | |
| James S Saneda 3526 Country View Dr Canal Winchester, OH 43110 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1912** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           310.00

In re **Great Lakes Warranty Corporation**                                    , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130728** | | | **Warranty** | | | | |
| **James Schartel** 617 Carbon St Pottsville, PA 17901 | - | | | X | X | | 0.00 |
| Account No. **5125517** | | | **Warranty** | | | | |
| **James Schauer** 44280 Heck Road Columbiana, OH 44408 | - | | | X | X | | 0.00 |
| Account No. **5095534** | | | **Warranty** | | | | |
| **James Schmidt** 126 Candlewood Dr Hampstead, NC 28443 | - | | | X | X | | 0.00 |
| Account No. **5119880** | | | **Warranty** | | | | |
| **James Schultz** 3162 Charles St Cuyahoga Falls, OH 44221 | - | | | X | X | | 0.00 |
| Account No. **5117074** | | | **Warranty** | | | | |
| **James Senk** 314 East Monument Street Colorado Springs, CO 80906 | - | | | X | X | | 0.00 |

Sheet no. **1913** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                               Case No. _____

                                                             ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5091188 | | Warranty | | | | | | |
| James Siegfried 109 Barberry Court Chalfont, PA 18914 | - | | | | X | X | | 0.00 |
| Account No. 5125024 | | Warranty | | | | | | |
| James Silk 1833 S. Cholla Mesa, AZ 85202 | - | | | | | | | 529.63 |
| Account No. 5108368 | | Warranty | | | | | | |
| James Simmons 5 Terraceview Ave Pittsburgh, PA 15243 | - | | | | X | X | | 0.00 |
| Account No. 5083165 | | Warranty | | | | | | |
| James Simonton 113 Edwards Street  PO Box 337 Nelsonville, OH 45764 | - | | | | X | X | | 0.00 |
| Account No. 5107324 | | Warranty | | | | | | |
| James Sims Jr. P.O. 337 Trenton, GA 30752 | - | | | | X | X | | 0.00 |

Sheet no. **1914** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

529.63

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085431** | | | | Warranty | | | | |
| **James Smith 808 Breckstone Lane Nashville, TN 37221** | - | | | | X | X | | 0.00 |
| Account No. **5064884** | | | | Warranty | | | | |
| **James Smith 312 St. James Street Cola, SC 29205** | - | | | | X | X | | 0.00 |
| Account No. **5126929** | | | | Warranty | | | | |
| **James Smith 16013 S. Desert Street Foothills Pkwy 21 Phoenix, AZ 85048** | - | | | | X | X | | 0.00 |
| Account No. **5104856** | | | | Warranty | | | | |
| **James Smith 4125 E Adobe Mesa, AZ 85205** | - | | | | X | X | | 0.00 |
| Account No. **5074099** | | | | Warranty | | | | |
| **James Sowers 48108 Cats Run Road Beallsville, OH 43711** | - | | | | X | X | | 0.00 |

Sheet no. **1915** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

                                    ,

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128003** | | | | **Warranty** | | | | |
| **James Spaulding 14130 Havens Corner Road Pataskala, OH 43062** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086760** | | | | **Warranty** | | | | |
| **James Stacy Warren 334 County Road 260 Niota, TN 37826** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088448** | | | | **Warranty** | | | | |
| **James Stanford 4034K Indian Runn Drive Dayton, OH 45415** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131566** | | | | **Warranty** | | | | |
| **James Steiner 209 Grouse Lane West Newton, PA 15089** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128532** | | | | **Warranty** | | | | |
| **James Stockton 884 Summit Salem, OH 44460** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1916** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5112430** | | | Warranty | | | | |
| **James Strbjack 413 Gateway Blvd Huron, OH 44839** | - | | | X | X | | 0.00 |
| Account No. **5071339** | | | Warranty | | | | |
| **James Swann 5374 S River Tempe, AZ 85283** | - | | | X | X | | 0.00 |
| Account No. **5122596** | | | Warranty | | | | |
| **James T Hutchison 2057 Bellefontaine Ave Dalton, OH 45404** | - | | | X | X | | 0.00 |
| Account No. **5105667** | | | Warranty | | | | |
| **James T Kissel 4301 Strathaven Street Riverside, OH 45424** | - | | | X | X | | 0.00 |
| Account No. **5122415** | | | Warranty | | | | |
| **James Tallarico 1505 Monroe Ave Dunmore, PA 18512** | - | | | X | X | | 0.00 |

Sheet no. **1917** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121612** | | | **Warranty** | | | | |
| **James Tarmin**<br>**939 New Market St**<br>**Philadelphia, PA 19123** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131841** | | | **Warranty** | | | | |
| **James Taylor**<br>**375 Rich Hill Road**<br>**Cheswick, PA 15024** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131630** | | | **Warranty** | | | | |
| **James Terry Jr**<br>**236 Riverside Drive**<br>**Greenville, SC 29605** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099419** | | | **Warranty** | | | | |
| **James Thomas**<br>**2565 Pleasant Hill Road**<br>**Athens, OH 45701** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125134** | | | **Warranty** | | | | |
| **James Thomas Harrell**<br>**1338 N Glen Dr**<br>**Hixson, TN 37343** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**1918** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                        Subtotal                
(Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation** ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5111134 | | | | Warranty | | | | |
| James Thomas Sullivan PO Box 1346 Leeds, AL 35094 | - | | | | X | X | | 0.00 |
| Account No. 5107392 | | | | Warranty | | | | |
| James Thorpe 314 Windsor St Reading, PA 19601 | - | | | | X | X | | 0.00 |
| Account No. 5062996 | | | | Warranty | | | | |
| James Timms 540 Alta Vista Court El Dorado Hills, CA 95762 | - | | | | X | X | | 0.00 |
| Account No. 5106478 | | | | Warranty | | | | |
| James Toth 132 Altoona Avenue Enola, PA 17025 | - | | | | X | X | | 0.00 |
| Account No. 5125375 | | | | Warranty | | | | |
| James Traber 9159 New Hall Drive Sacramento, CA 95826 | - | | | | X | X | | 0.00 |

Sheet no. **1919** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          0.00

In re **Great Lakes Warranty Corporation**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯, Case No. ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124926** | | | | **Warranty** | | | | |
| **James Ulizzi** **18 White Tail Way Avenue** **Norwalk, OH 44857** | | - | | | X | X | | 0.00 |
| Account No. **5083756** | | | | **Warranty** | | | | |
| **James Underwood** **6922 Highway 70 South** **Nashville, TN 37221** | | - | | | X | X | | 0.00 |
| Account No. **5125624** | | | | **Warranty** | | | | |
| **James Unger** **352 Sir Edward Drive** **Hamilton, OH 45013** | | - | | | X | X | | 0.00 |
| Account No. **5055829** | | | | **Warranty** | | | | |
| **James Upchurch** **1999 Green Acres** **Clark Range, TN 38553** | | - | | | X | X | | 0.00 |
| Account No. **5108375** | | | | **Warranty** | | | | |
| **James Vecchio** **17631 Walnut Trail** **Chagrin Falls, OH 44023** | | - | | | X | X | | 0.00 |

Sheet no. **1920** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __Great Lakes Warranty Corporation_____,  Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095356** | | | | **Warranty** | | | | |
| **James Voss** **1213 Spyglass Court** **Creswell, OR 97426** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124355** | | | | **Warranty** | | | | |
| **James W  Payne** **8405 Manson Way** **Louisville, KY 40258** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117726** | | | | **Warranty** | | | | |
| **James W Carroll** **4000 Harbor Lake  #22A** **Goose Creek, SC 29445** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090352** | | | | **Warranty** | | | | |
| **James W Hutchinson** **26 Hogsett Lane** **Uniontown, PA 15401** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. **5114830** | | | | **Warranty** | | | | |
| **James W Jack** **1720 Grovewood** **Parma, OH 44134** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**1921** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5104320 | | | Warranty | | | | |
| James W Massey 2710 Belmont Blvd Nashville, TN 37212 | - | | | | | | 661.80 |
| Account No. 5071204 | | | Warranty | | | | |
| James W Nelson V 1547 Banning Rd Dawson, PA 15428 | - | | | X | X | | 0.00 |
| Account No. 5127586 | | | Warranty | | | | |
| James Walsh 19426 N 62nd Avenue Glendale, AZ 85308 | - | | | X | X | | 0.00 |
| Account No. 5108124 | | | Warranty | | | | |
| James Walter Kasper 370 Stark Avenue Greensburg, PA 15601 | - | | | | | | 1,341.98 |
| Account No. 5126401 | | | Warranty | | | | |
| James Weyandt 202 Hill Street New Kensington, PA 15068 | - | | | X | X | | 0.00 |

Sheet no. 1922 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 2,003.78

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113219 | | | | Warranty | | | | |
| James William McClintock 112 1 2 East Park Avenue DuBois, PA 15801 | - | | | | X | X | | 0.00 |
| Account No. 5066798 | | | | Warranty | | | | |
| James William Royer 11 Quail Creek Drive Jackson, TN 38305 | - | | | | X | X | | 0.00 |
| Account No. 5071976 | | | | Warranty | | | | |
| James Williams 493 West Pelican Dr Chandler, AZ 85286 | - | | | | | | | 483.50 |
| Account No. 5110772 | | | | Warranty | | | | |
| James Williams PO Box 426 Clinton, MS 39060 | - | | | | X | X | | 0.00 |
| Account No. 5118482 | | | | Warranty | | | | |
| James Willie McCall 2411 Friends Ave Highpoint, NC 27260 | - | | | | X | X | | 0.00 |

Sheet no. __1923__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  483.50

In re **Great Lakes Warranty Corporation**                                     ,          Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5076591** | | | | | Warranty | | | | |
| **James Wise**<br>**PO Box 4**<br>**Lafferty, OH 43951** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5125572** | | | | | Warranty | | | | |
| **James Woebert**<br>**433 Marietta Place**<br>**Pittsburgh, PA 15228** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5125367** | | | | | Warranty | | | | |
| **James Wood**<br>**15817 N. Moon Valley Drive**<br>**Phoenix, AZ 85022** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131033** | | | | | Warranty | | | | |
| **James Wright**<br>**1107 4th Ave**<br>**Ford City, PA 16226** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5103758** | | | | | Warranty | | | | |
| **James Wurzer**<br>**200 East Patcong Street**<br>**Linwood, NJ 08221** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1924** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130816** <br><br> **James Wylie Butler** <br> **175 Ashwood Lake Dr** <br> **Columbia, SC 29209** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5125195** <br><br> **James Youtsey** <br> **2201 Paradise Road** <br> **Las Vegas, NV 89104** | - | | | **Warranty** | | | | 465.50 |
| Account No. **5132444** <br><br> **James Zunotelli** <br> **38 Carlsbad Road** <br> **Pittsburgh, PA 15239** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5088483** <br><br> **Jami Gomia** <br> **416 Kenec Drive** <br> **Middletown, OH 45042** | - | | | **Warranty** | | | | 284.50 |
| Account No. **5124504** <br><br> **Jami Grant** <br> **31904 N 16th Ave** <br> **Phoenix, AZ 85085** | - | | | **Warranty** | X | X | | 0.00 |

Sheet no. **1925** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **750.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5087789** | | | | | Warranty | | | | |
| **Jami L Battisti**<br>**10333 Lindberg Avenue**<br>**Pittsburgh, PA 15235** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5127411** | | | | | Warranty | | | | |
| **Jami Lynn Cramer**<br>**24 E 2nd St**<br>**Hummelstown, PA 17036** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5060657** | | | | | Warranty | | | | |
| **Jami Uema**<br>**2330 E Azalea Dr**<br>**Chandler, AZ 85249** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5129894** | | | | | Warranty | | | | |
| **Jamie Auman**<br>**4 Railroad St**<br>**Hershey, PA 17033** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5132266** | | | | | Warranty | | | | |
| **Jamie Azulay**<br>**775 Elk Avenue**<br>**Rochester, PA 15074** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1926** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109276** | | | Warranty | | | | |
| **Jamie Huston** **110 Winters Road** **Six Mile Run, PA 16679** | - | | | X | X | | 0.00 |
| Account No. **5092186** | | | Warranty | | | | |
| **Jamie Smith** **1144 Deveraux Avenue** **Philadelphia, PA 19111** | - | | | X | X | | 0.00 |
| Account No. **5085091** | | | Warranty | | | | |
| **Jamie A Pierson** **3740 Cain Street NW** **N Canton, OH 44720** | - | | | X | X | | 0.00 |
| Account No. **5103497** | | | Warranty | | | | |
| **Jamie B Hopkins** **153 Fullwood Place** **Marion, SC 29571** | - | | | | | | 50.00 |
| Account No. **5126461** | | | Warranty | | | | |
| **Jamie Barrett** **48434 Eagle Ridge Road** **Long Botttom, OH 45743** | - | | | X | X | | 0.00 |

Sheet no. <u>**1927**</u> of <u>**4906**</u> sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**50.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5080402** | | | | **Warranty** | | | | |
| **Jamie Blaylock Pate** **2781 Merwether Lane** **Mount Pleasant, SC 29466** | - | | | | X | X | | 0.00 |
| Account No. **5127282** | | | | **Warranty** | | | | |
| **Jamie Bryant** **2195 16th Street SW** **Akron, OH 44314** | - | | | | X | X | | 0.00 |
| Account No. **5058944** | | | | **Warranty** | | | | |
| **Jamie Crawley** **1324 Good Morning Dr** **Nashville, TN 37207** | - | | | | X | X | | 0.00 |
| Account No. **5085234** | | | | **Warranty** | | | | |
| **Jamie D Smith** **7306 Hughes Red** **Ravenna, OH 44265** | - | | | | X | X | | 0.00 |
| Account No. **5128993** | | | | **Warranty** | | | | |
| **Jamie DeRhammer** **5208 Main Street Apt 101** **Whitehall, PA 18052** | - | | | | X | X | | 0.00 |

Sheet no. **1928** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                          ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5084817** | | | Warranty | | | | |
| **Jamie E Auman** **32 Walker Avenue** **Hershey, PA 17033** | | - | | X | X | | 0.00 |
| Account No. **5127095** | | | Warranty | | | | |
| **Jamie Gaugler** **1516 Oneida Drive** **Jefferson Hills, PA 15025** | | - | | X | X | | 0.00 |
| Account No. **5098697** | | | Warranty | | | | |
| **Jamie H Schools** **1348 Pleasant Grove Road** **Westmoreland, TN 37066** | | - | | X | X | | 0.00 |
| Account No. **5132771** | | | Warranty | | | | |
| **Jamie Harden** **8 Mosswood Drive** **Larksville, PA 18651** | | - | | X | X | | 0.00 |
| Account No. **5129937** | | | Warranty | | | | |
| **Jamie Hermanson** **5330 East Forest Place** **Cave Creek, AZ 85331** | | - | | X | X | | 0.00 |

Sheet no. **1929** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re **Great Lakes Warranty Corporation** ,                                      Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125638** | | | | **Warranty** | | | | |
| **Jamie Hiles** **114 Norwood Drive** **Beaver, PA 15009** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5066410** | | | | **Warranty** | | | | |
| **Jamie Huff** **3042 Kings Road** **Scottdale, PA 15683** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102633** | | | | **Warranty** | | | | |
| **Jamie Hunsaker** **22310 Nightingale Ddrive** **Queen Creek, AZ 85242** | - | | | | | | | |
| | | | | | | | | **1,421.50** |
| Account No. **5087647** | | | | **Warranty** | | | | |
| **Jamie J Harris** **514 Fourth Street** **Elizabeth, PA 15037** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132379** | | | | **Warranty** | | | | |
| **Jamie Johnson** **4322 Dayberry** **Bellbrock, OH 45305** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1930** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **1,421.50**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5106155** | | | | **Warranty** | | | | |
| **Jamie Jones Morris** **35 Winding Hill Drive** **Mechanicsburg, PA 17055** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101954** | | | | **Warranty** | | | | |
| **Jamie K. Brown** **12502 Coral Reef Circle** **Knoxville, TN 37922** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094613** | | | | **Warranty** | | | | |
| **Jamie Kassay** **530 Iris Lane** **St Louis, MO 63122** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130938** | | | | **Warranty** | | | | |
| **Jamie L Lund** **106 East 10th Ave** **Wildwood, NJ 08260** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114887** | | | | **Warranty** | | | | |
| **Jamie L Ackerman** **515 Eighth Street** **Glassport, PA 15045** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1931** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) — 0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5078709** | | | | **Warranty** | | | | |
| **Jamie L Azbell 12662 Scatter Ridge Road Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122880** | | | | **Warranty** | | | | |
| **Jamie L Dial 14106 State Route 691 Nelsonville, OH 45764** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086745** | | | | **Warranty** | | | | |
| **Jamie L Halliday 5154 Holly Road Mt Pleasant, PA 15666** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093863** | | | | **Warranty** | | | | |
| **Jamie L Kobylinski 7421 Demshar Drive Mentor, OH 44060** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106962** | | | | **Warranty** | | | | |
| **Jamie L Lee 1643 Maplewood Avenue Pittsburgh, PA 15221** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1932** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5119572 | | | | Warranty | | | | |
| Jamie Leuthauser 474 Campbell AVe New Kensington, PA 15068 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5097120 | | | | Warranty | | | | |
| Jamie Lynn Carter 624 W Lafayette Street  Second Floor Norristown, PA 19401 | | - | | | | | | |
| | | | | | | | | 1,035.00 |
| Account No. 5129283 | | | | Warranty | | | | |
| Jamie M Nicholls 1904 E National Pike Scenery Hill, PA 15360 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127993 | | | | Warranty | | | | |
| Jamie McCoy 116 Gerald Avenue Shillington, PA 19607 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131958 | | | | Warranty | | | | |
| Jamie McCoy 2017 Memorial Hwy #B Oley, PA 19547 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1933** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,035.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5128605 | | | | Warranty | | | | |
| Jamie Mead 2017 Wilson Avenue Bristol, PA 19007 | - | | | | X | X | | 0.00 |
| Account No. 5102610 | | | | Warranty | | | | |
| Jamie Miller 1158 N Barkley Mesa, AZ 85203 | - | | | | | | | 171.77 |
| Account No. 5098343 | | | | Warranty | | | | |
| Jamie N Wright 40003 N Majesty Trail Anthem, AZ 85086 | - | | | | X | X | | 0.00 |
| Account No. 5132342 | | | | Warranty | | | | |
| Jamie Peifer 301 East 2nd Avenue Lititz, PA 17543 | - | | | | X | X | | 0.00 |
| Account No. 5130506 | | | | Warranty | | | | |
| Jamie Ponter 3760 Old Troy Pike Dayton, OH 45404 | - | | | | X | X | | 0.00 |

Sheet no. **1934** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  171.77

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5064909** | | | | **Warranty** | | | | |
| **Jamie Rossiter 18964 Burkhart Road Dalton, OH 44618** | - | | | | X | X | | 0.00 |
| Account No. **5086350** | | | | **Warranty** | | | | |
| **Jamie S Abbott 103 Roosevelt Avenue Bentleyville, PA 15314** | - | | | | X | X | | 0.00 |
| Account No. **5115514** | | | | **Warranty** | | | | |
| **Jamie Sargent 702 Northway Road Williamsport, PA 17701** | - | | | | X | X | | 0.00 |
| Account No. **5123789** | | | | **Warranty** | | | | |
| **Jamie Tarrant 4465 Boca Way #155 Reno, NV 89502** | - | | | | X | X | | 0.00 |
| Account No. **5077079** | | | | **Warranty** | | | | |
| **Jamie Ubben 11468 320th Ackley, IA 50601** | - | | | | X | X | | 0.00 |

Sheet no. __**1935**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __Great Lakes Warranty Corporation_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127062** | | | **Warranty** | | | | |
| **Jamie Warnick** **487 Coolsprings** **Uniontwon, PA 15701** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126318** | | | **Warranty** | | | | |
| **Jamie West** **114 Valley View Trailer Park** **Dallas, PA 18612** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131598** | | | **Warranty** | | | | |
| **Jamie Winston** **1443 Folliage Street** **Pittsburgh, PA 15221** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129743** | | | **Warranty** | | | | |
| **Jamika Spellman** **606 North Michigan Avenue** **Atlantic City, NJ 08401** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122590** | | | **Warranty** | | | | |
| **Jamil Dyer** **5970 Via Capri Dr** **Las Vegas, NV 89122** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**1936** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                            ,          Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5131119** | | | | | Warranty | | | | |
| **Jamil Wehbe** **9755 Gallo Drive** **Las Vegas, NV 89147** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5119808** | | | | | Warranty | | | | |
| **Jamilee  Van Horn** **360 Sherman St** **Clymer, PA 15728** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5048730** | | | | | Warranty | | | | |
| **Jamison Mathy** **611 E Washington St** **Bloomington, IL 61701** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5130065** | | | | | Warranty | | | | |
| **Jamonica McFarland** **118 Fox Glove Lane** **Columbia, SC 29210** | - | | | | | | | | |
| | | | | | | | | | 93.65 |
| Account No. **5094393** | | | | | Warranty | | | | |
| **Jan DeRouin** **145 Parkhurst Road** **Warwick, RI 02889** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1937** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

93.65

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5110787** | | | | **Warranty** | | | | |
| **Jan Harmon** **5760 Matlock Bend Road East** **Loudon, TN 37774** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122291** | | | | **Warranty** | | | | |
| **Jan Morrow** **2232 Westlawn** **Kettering, OH 45440** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091000** | | | | **Warranty** | | | | |
| **Jan Weisinger** **14208 Sheldon Road** **Brook Park, OH 44142** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5095362** | | | | **Warranty** | | | | |
| **Jana Breeden** **3531 Christine Lane** **Kodak, TN 37764** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087801** | | | | **Warranty** | | | | |
| **Jana L Glidewell** **84 Parkside Cove** **Munford, TN 38058** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1938** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re   **Great Lakes Warranty Corporation**                              ,       Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5085144** | | | | Warranty | | | | |
| **Jana M Myrick** **654 Bradford Drive** **Gallatin, TN 37066** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114111** | | | | Warranty | | | | |
| **Janae L Brown** **2218 Homestead Road NW** **Lebo, KS 66856** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5083138** | | | | Warranty | | | | |
| **Janal A Elhaddad** **46 Boucher Lane** **Ligonier, PA 15658** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130895** | | | | Warranty | | | | |
| **Janda M King** **217 Sherwood Dr** **Laurens, SC 29360** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5076809** | | | | Warranty | | | | |
| **Jane A Bush** **717 Columbus Court** **Wallingford, PA 19086** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1939** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5075720** | | | | Warranty | | | | |
| **Jane A Coronati**<br>**6475 Tupelo Road**<br>**Allentown, PA 18104** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116302** | | | | Warranty | | | | |
| **Jane B McDonald**<br>**1607 Otter Creek Road**<br>**Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109562** | | | | Warranty | | | | |
| **Jane Bramfield**<br>**313 Stonehindge**<br>**Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5082976** | | | | Warranty | | | | |
| **Jane Brumfield**<br>**313 Stonehindge Way**<br>**Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5044821** | | | | Warranty | | | | |
| **Jane D Gallagher**<br>**1855 Jackson Grove Rd**<br>**Columbus, NC 28722** | - | | | | | | | |
| | | | | | | | | 563.00 |

Sheet no. **1940** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **563.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5132556 | | | | Warranty | | | | |
| Jane D Giles 408 Ridgeway White Plains, NY 10605 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5082766 | | | | Warranty | | | | |
| Jane E Kuhlke 2533 Conwood Dr Beavercreek, OH 45434 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131868 | | | | Warranty | | | | |
| Jane Farley 4070 Camelot Road Piqua, OH 45356 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131934 | | | | Warranty | | | | |
| Jane Ferraro 2428 Nottingham Road Bethlehem, PA 18017 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106705 | | | | Warranty | | | | |
| Jane Gintner 7111 West Bethel Ave Muncie, IN 47304 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1941** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5069020** | | | **Warranty** | | | | |
| **Jane Hicklin** **11 Water Street** **Charleston, SC 29401** | - | | | | | | 590.50 |
| Account No. 5073543 | | | **Warranty** | | | | |
| **Jane L Jamison** **1919 Wenz Road** **Wakeman, OH 44889** | - | | | X | X | | 0.00 |
| Account No. 5114693 | | | **Warranty** | | | | |
| **Jane L Lacy** **207 Sturbridge Court** **Deptford, NJ 08096** | - | | | X | X | | 0.00 |
| Account No. 5117872 | | | **Warranty** | | | | |
| **Jane P. Fitzpatrick** **161 Shire Drive** **New Hope, PA 18938** | - | | | X | X | | 0.00 |
| Account No. 5068015 | | | **Warranty** | | | | |
| **Jane Pitts** **2065 Nebraska Drive** **Xenia, OH 45385** | - | | | X | X | | 0.00 |

Sheet no. **1942** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

590.50

In re **Great Lakes Warranty Corporation**                           Case No. _____
                                                          ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5078885** | | | **Warranty** | | | | |
| **Jane Rinn**<br>**7 Heatherwood Ct**<br>**Medford, NJ 08055** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099281** | | | **Warranty** | | | | |
| **Jane Stewart**<br>**16 Spoonbill Drive**<br>**Beaufort, SC 29907** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122543** | | | **Warranty** | | | | |
| **Jane T Hughes**<br>**4518 Greenfield Dr**<br>**Bethlehem, PA 18017** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131407** | | | **Warranty** | | | | |
| **Jane Weinzierl**<br>**322 South Ridge Road**<br>**Saint Marys, PA 15857** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5072075** | | | **Warranty** | | | | |
| **Janeese Aguirre**<br>**2669 Sanctuary Drive**<br>**Bullhead City, AZ 86442** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**1943** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                    0.00
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102643** | | | | **Warranty** | | | | |
| **Janeil Hicks** **8477 Paw Paw Springs** **Smyrna, TN 37167** | - | | | | | | | 413.64 |
| Account No. **5129237** | | | | **Warranty** | | | | |
| **Janel Murph** **1010 Mt Airy Ave** **Philadelphia, PA 19150** | - | | | | X | X | | 0.00 |
| Account No. **5068601** | | | | **Warranty** | | | | |
| **Janell Luther** **550 Luther Road** **Granger, WA 98932** | - | | | | | | | 2,511.65 |
| Account No. **5111987** | | | | **Warranty** | | | | |
| **Janelle D Ward** **4570 Fremar Road** **Lancaster, OH 43130** | - | | | | X | X | | 0.00 |
| Account No. **5103928** | | | | **Warranty** | | | | |
| **Janelle L Howell** **3758 Weavers Station Road** **New Madison, OH 45346** | - | | | | X | X | | 0.00 |

Sheet no. **1944** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 2,925.29

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125313** | | | **Warranty** | | | | |
| **Janelle Moore** **8201 Forest Pointe** **Blacklick, OH 43004** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5116881** | | | **Warranty** | | | | |
| **Janelle N Bouillot** **615 Broadway Street  Apt 4** **Milton, PA 17847** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5123338** | | | **Warranty** | | | | |
| **Janelle Titus** **13 Railroad St** **Mocanaqua, PA 18655** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5132153** | | | **Warranty** | | | | |
| **Janet  Ring** **7746 Alden Drive** **Harrisburg, PA 17112** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5054612** | | | **Warranty** | | | | |
| **Janet Acton** **Rt1 Box 81** **Hide-Away Hills, OH 43107** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **1945** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5090336** | | | | **Warranty** | | | | |
| **Janet B Newham** **510 Pitt Street** **Mt Pleasant, SC 29464** | - | | | | X | X | | 0.00 |
| Account No. **5091931** | | | | **Warranty** | | | | |
| **Janet Comer** **121 Arcadia Lane  Apt A** **Oak Ridge, TN 37830** | - | | | | X | X | | 0.00 |
| Account No. **5128840** | | | | **Warranty** | | | | |
| **Janet Cota Copeland** **9740 SW Chambers Rd** **Augusta, KS 67010** | - | | | | X | X | | 0.00 |
| Account No. **5131435** | | | | **Warranty** | | | | |
| **Janet Deyarmin** **3838 Arcadia Road** **Cherry Tree, PA 15724** | - | | | | X | X | | 0.00 |
| Account No. **5080987** | | | | **Warranty** | | | | |
| **Janet E  McMahon** **204 South Fir Drive** **Latrobe, PA 15650** | - | | | | X | X | | 0.00 |

Sheet no. **1946** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100460** | | | Warranty | | | | |
| **Janet E Pavelka** **411 Fernwood Drive** **Akron, OH 44320** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124958** | | | Warranty | | | | |
| **Janet E Rockwood** **225 Waverly Ct** **Lexington, SC 29072** | - | | | | | | |
| | | | | | | | 720.95 |
| Account No. **5101012** | | | Warranty | | | | |
| **Janet G Marnejon** **4823 Kirk Road** **Columbiana, OH 44408** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088731** | | | Warranty | | | | |
| **Janet Gill** **13814 Clifford Avenue** **Cleveland, OH 44135** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131092** | | | Warranty | | | | |
| **Janet Guy** **175 Chris Avenue Apt D1** **Washingtonville, OH 44490** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1947** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

720.95

In re **Great Lakes Warranty Corporation**         Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5106444** | | | | **Warranty** | | | | |
| **Janet Hesidence** **303 Byron Rd** **Pittsburgh, PA 15237** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123731** | | | | **Warranty** | | | | |
| **Janet Huston** **4538 Yackey Dr NW** **Strasburg, OH 44680** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093202** | | | | **Warranty** | | | | |
| **Janet L Belajac** **511 Winesap Court** **Bridgeville, PA 15017** | - | | | | | | | |
| | | | | | | | | **459.00** |
| Account No. **5077182** | | | | **Warranty** | | | | |
| **Janet L Chalmers** **2808 Johnson Street** **Aliquippa, PA 15001** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5082198** | | | | **Warranty** | | | | |
| **Janet Lewis** **Box 56** **Springtown, PA 18081** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1948** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **459.00**

In re **Great Lakes Warranty Corporation**                          , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093501** | | | Warranty | | | | |
| **Janet M Judge**<br>**28430 N 46th Place**<br>**Cave Creek, AZ 85331** | - | | | X | X | | 0.00 |
| Account No. **5120664** | | | Warranty | | | | |
| **Janet M Ochs**<br>**2625 Graham Dr**<br>**Lancaster, OH 43130** | - | | | X | X | | 0.00 |
| Account No. **5108630** | | | Warranty | | | | |
| **Janet M Tuthill**<br>**42115 Hawk Street**<br>**Carbon Hill, OH 43111** | - | | | X | X | | 0.00 |
| Account No. **5103336** | | | Warranty | | | | |
| **Janet Matz**<br>**2903 3rd St NW**<br>**Canton, OH 44708** | - | | | | | | 1,628.25 |
| Account No. **5130597** | | | Warranty | | | | |
| **Janet McIntyre**<br>**19758 Forest Green Drive Apt 811**<br>**Meadville, PA 16235** | - | | | X | X | | 0.00 |

Sheet no. **1949** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  1,628.25

In re **Great Lakes Warranty Corporation**          ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5063355** | | | Warranty | | | | |
| **Janet Newhart 329 Tazewell Avenue / PO Box 31 Cape Charles, VA 23310** | - | | | X | X | | 0.00 |
| Account No. **5132194** | | | Warranty | | | | |
| **Janet Otero 1417 E Gordon Street Allentown, PA 18103** | - | | | X | X | | 0.00 |
| Account No. **5089732** | | | Warranty | | | | |
| **Janet Pate 26 Dunn Road Leoma, TN 38468** | - | | | X | X | | 0.00 |
| Account No. **5091723** | | | Warranty | | | | |
| **Janet Portillo Borbolla 10420 W Wood Street Tolleson, AZ 85353** | - | | | X | X | | 0.00 |
| Account No. **5108384** | | | Warranty | | | | |
| **Janet S Murry 901 First Avenue Ragland, AL 35131** | - | | | | | | 343.70 |

Sheet no. **1950** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     343.70

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5078036 | | | | Warranty | | | | |
| Janet S Wierville 8780 St Rt 81 Rockford, OH 45882 | | - | | | | | | |
| | | | | | | | | 1,333.75 |
| Account No. 5085493 | | | | Warranty | | | | |
| Janet T Hogarty 9409 Catalina Circle Johnston, IA 50131 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131408 | | | | Warranty | | | | |
| Janet Tenney 137 Uselma Avenue Jefferson, OH 44047 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093776 | | | | Warranty | | | | |
| Janet Truely 141 E Askern Street Uniontown, PA 15401 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5094743 | | | | Warranty | | | | |
| Janet Wood 1425 S Delozier Road Seymour, TN 37865 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 1951 of 4906 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,333.75

In re **Great Lakes Warranty Corporation**                              , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
| Account No. **5094567** | | | | **Warranty** | | | | |
| **Janeth I Montes** **852 Constitution Drive** **Allentown, PA 18103** | | - | | | X | X | | 0.00 |
| Account No. **5087005** | | | | **Warranty** | | | | |
| **Janette F Koewacich** **5069 E Radio Road** **Youngstown, OH 44515** | | - | | | X | X | | 0.00 |
| Account No. **5109546** | | | | **Warranty** | | | | |
| **Janey Elliott** **5528 West Market Street  Apt K** **Greensboro, NC 27409** | | - | | | X | X | | 0.00 |
| Account No. **5097071** | | | | **Warranty** | | | | |
| **Janice  Moore** **19456 State Route 93** **Wellston, OH 45692** | | - | | | X | X | | 0.00 |
| Account No. **5132098** | | | | **Warranty** | | | | |
| **Janice  Sarver** **300 Zoar Church Road** **Wright City, MO 63390** | | - | | | X | X | | 0.00 |

Sheet no. **1952** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109984** | | | Warranty | | | | |
| **Janice A Trumpie**<br>**406 Bunola River Road  PO Box 342**<br>**Bunola, PA 15020** | - | | | X | X | | 0.00 |
| Account No. **5105298** | | | Warranty | | | | |
| **Janice Dorety**<br>**HC 88  Box 1704**<br>**Pocono Lake, PA 18347** | - | | | X | X | | 0.00 |
| Account No. **5112997** | | | Warranty | | | | |
| **Janice E Johnson**<br>**869 Elm Road**<br>**Northern Cambria, PA 15714** | - | | | X | X | | 0.00 |
| Account No. **5121610** | | | Warranty | | | | |
| **Janice E Kinsey**<br>**501 Washington St**<br>**Auburn, PA 17922** | - | | | X | X | | 0.00 |
| Account No. **5115335** | | | Warranty | | | | |
| **Janice F Hardin**<br>**920 County Road 350**<br>**Sweetwater, TN 37874** | - | | | X | X | | 0.00 |

Sheet no. **1953** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re   **Great Lakes Warranty Corporation**                                   ,   Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5090681** | | | Warranty | | | | |
| **Janice Gambo** **130 Smith Street** **Dunmore, PA 18512** | - | | | | | | 438.50 |
| Account No. 5128031 | | | Warranty | | | | |
| **Janice Gropelli** **1276 Cook School Road** **Bridgeville, PA 15017** | - | | | | | | 1,785.93 |
| Account No. 5130135 | | | Warranty | | | | |
| **Janice Jeffrey** **503 West Poplar Avenue** **Wildwood, NJ 08260** | - | | | X | X | | 0.00 |
| Account No. 5120670 | | | Warranty | | | | |
| **Janice K Bair** **3205 Township Rd 185** **Junction City, OH 43748** | - | | | X | X | | 0.00 |
| Account No. 5124886 | | | Warranty | | | | |
| **Janice Komisor** **609 Mixsell Street** **Easton, PA 18042** | - | | | X | X | | 0.00 |

Sheet no. **1954** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 2,224.43

In re **Great Lakes Warranty Corporation**        Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093062** | | | | **Warranty** | | | | |
| **Janice L Eckles** **99 Eckles Drive** **Industry, PA 15052** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084115** | | | | **Warranty** | | | | |
| **Janice L Matus** **615 West Main Street  Apt 2D** **Monongahela, PA 15063** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086363** | | | | **Warranty** | | | | |
| **Janice L OBrien** **2701 Dalin Drive** **West Lawn, PA 19609** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103733** | | | | **Warranty** | | | | |
| **Janice Livengood** **1384 Highway 100** **Centerville, TN 37033** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107549** | | | | **Warranty** | | | | |
| **Janice M Debolt** **3996  1/2 North Central Ave** **Shadyside, OH 43947** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1955**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                 Subtotal            **0.00**
             (Total of this page)

In re **Great Lakes Warranty Corporation**                              , Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5101017** | | | | **Warranty** | | | | |
| **Janice M Dillon** **11205 Red Fox Road** **Glouster, OH 45732** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131300** | | | | **Warranty** | | | | |
| **Janice M Jeffrey** **503 W Poplar Ave** **West Wildwood, NJ 08260** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5083480** | | | | **Warranty** | | | | |
| **Janice M Lobb** **16420 N Thompson Peak  j#2078** **Scottsdale, AZ 85260** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5097738** | | | | **Warranty** | | | | |
| **Janice M Schaeffer** **5429 Mountain Road** **Germansville, PA 18053** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5081872** | | | | **Warranty** | | | | |
| **Janice M Smith** **428 Yellow Jack Lane** **Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**1956** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5110077** | | | | **Warranty** | | | | |
| **Janice M Stevenson 1015 Irvington Avenue NE Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124579** | | | | **Warranty** | | | | |
| **Janice McGowan 160 Wilson Avenue Apt 505 Fitzerald, GA 31750** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124407** | | | | **Warranty** | | | | |
| **Janice Morrison 3 Latourelle Lane Pittsburgh, PA 15215** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102744** | | | | **Warranty** | | | | |
| **Janice Oase 2024 South Playa Mesa, AZ 85202** | - | | | | | | | |
| | | | | | | | | **101.80** |
| Account No. **5107027** | | | | **Warranty** | | | | |
| **Janice S McConnell 1915 Fifth Avenue  Apt #5 New Brighton, PA 15066** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1957** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**101.80**

In re   **Great Lakes Warranty Corporation**                                      Case No. _____
                                                                    ,
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131098** | | | Warranty | | | | |
| **Janice Spicer** **25 Joseph Place** **Levittown, PA 19057** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125251** | | | Warranty | | | | |
| **Janice Tucker** **206 Crescent Drive** **Laurens, SC 29360** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131319** | | | Warranty | | | | |
| **Janice Williams** **9 James Riceland Ct** **Simpsonville, SC 29681** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5052604** | | | Warranty | | | | |
| **Janie Basham** **8160 Navarre Road SW** **Massillon, OH 44646** | - | | | | | | |
| | | | | | | | 239.30 |
| Account No. **5118608** | | | Warranty | | | | |
| **Janie M Charley** **3211 Brinton Manor Dr** **Pittsburgh, PA 15221** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1958** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **239.30**

In re **Great Lakes Warranty Corporation**
_____, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126820** | | Warranty | | | | | | |
| **Janie Y Alford**<br>**1371 Belvoir Mews**<br>**South Euclid, OH 44121** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125218** | | Warranty | | | | | | |
| **Janine Bowman**<br>**3252 Ravenwood Drive**<br>**Fairborn, OH 45324** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123987** | | Warranty | | | | | | |
| **Janine Campbell**<br>**765 Ridgeview Lane**<br>**Pottstown, PA 19464** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120728** | | Warranty | | | | | | |
| **Janine D Lowe**<br>**115 Haberman Ave**<br>**Pittsburgh, PA 15206** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114890** | | Warranty | | | | | | |
| **Janine D Lowe**<br>**115 Haberman Avenue**<br>**Pittsburgh, PA 15211** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1959** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5130129 | | | | Warranty | | | | |
| Janine Davis 378 West North Street Carlisle, PA 17013 | - | | | | X | X | | 0.00 |
| Account No. 5105911 | | | | Warranty | | | | |
| Janine E Eidell 102 Walter Drive Media, PA 19063 | - | | | | | | | 122.49 |
| Account No. 5090706 | | | | Warranty | | | | |
| Janine M Bass-Adair 422 Orchard Rd Perkasie, PA 18944 | - | | | | X | X | | 0.00 |
| Account No. 5090228 | | | | Warranty | | | | |
| Janine M Bunce 2029 Bevans Way Hatfield, PA 19440 | - | | | | X | X | | 0.00 |
| Account No. 5092062 | | | | Warranty | | | | |
| Janine M Fry 25 Newport Drive Hazleton, PA 18201 | - | | | | X | X | | 0.00 |

Sheet no. **1960** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

122.49

In re  **Great Lakes Warranty Corporation**                                    ,      Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095149** | | | **Warranty** | | | | |
| **Janis G Loman** **1007 Mansker Drive** **Goodlettsville, TN 37072** | - | | | | | | 644.72 |
| Account No. **5087988** | | | **Warranty** | | | | |
| **Janis I OBrien** **553 Jacobs Mill Pond Road** **Elgin, SC 29045** | - | | | X | X | | 0.00 |
| Account No. **5097753** | | | **Warranty** | | | | |
| **Janis Jeffreys** **2023 Old Philadelphia Pike** **Lancaster, PA 17602** | - | | | X | X | | 0.00 |
| Account No. **5088912** | | | **Warranty** | | | | |
| **Janis L Werhnyak** **346 McClain Road** **Enon Valley, PA 16120** | - | | | X | X | | 0.00 |
| Account No. **5115054** | | | **Warranty** | | | | |
| **Janis Medina** **927 Beideman Ave** **Camden, NJ 08105** | - | | | X | X | | 0.00 |

Sheet no. **1961** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    644.72

In re   **Great Lakes Warranty Corporation**                                          ,     Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5107375** | | | | | **Warranty** | | | | |
| **Janith G Ledford** **12100 Framar Rd** **Midlothian, VA 23113** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5130577** | | | | | **Warranty** | | | | |
| **Janna Gordon** **2241 Rosecran** **Lavergne, TN 37086** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5106932** | | | | | **Warranty** | | | | |
| **Janna H Jackson** **24 Palmetto Beach Drive  PO Box 1561** **Bluffton, SC 29910** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5069965** | | | | | **Warranty** | | | | |
| **Jannah Smith** **6832 Hickory Rim Ct** **Antioch, TN 37013** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5095490** | | | | | **Warranty** | | | | |
| **Janny Ji** **3332 El Suyo Drive** **San Ramon, CA 94583** | - | | | | | | | | |
| | | | | | | | | | 307.85 |

Sheet no. **1962** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    307.85

In re **Great Lakes Warranty Corporation**         Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5131291** | | | | | **Warranty** | | | | |
| **Jans Ann Lacy** **1139 Clifton Lane** **Nashville, TN 37204** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5118193** | | | | | **Warranty** | | | | |
| **Jaqueline  Aldridge** **133 Haleyon Drive** **New Castle, DE 19720** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5113637** | | | | | **Warranty** | | | | |
| **Jaqueline J Hurwitz** **654 Brice Rd** **Reynoldsburg, OH 43068** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5127025** | | | | | **Warranty** | | | | |
| **Jaquette Huntley** **489 S Ashburton Road** **Columbus, OH 43213** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5094369** | | | | | **Warranty** | | | | |
| **Jarba Wento** **2925 W Palmer Avenue** **Phoenix, AZ 85051** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **1963** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                              Subtotal                          0.00
(Total of this page)

In re __Great Lakes Warranty Corporation__ , Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5082493** | | | | **Warranty** | | | | |
| Jared Becton 300 Bowie Street #908 Austin, TX 78703 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107289 | | | | **Warranty** | | | | |
| Jared C Myers 65 Lukens Mill Drive Coatesville, PA 19320 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118010 | | | | **Warranty** | | | | |
| Jared D Zinn 7736 National Pike Uniontown, PA 01541 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112710 | | | | **Warranty** | | | | |
| Jared E Griggs 5800 Meadowbrook Road Apt 18 Albany, OH 45710 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5077398 | | | | **Warranty** | | | | |
| Jared Engel 116 East Broadway Westerville, OH 43081 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __1964__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __Great Lakes Warranty Corporation__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5129938 | | | | Warranty | | | | |
| Jared Flaherty 18110 West Las Crues Drive Goodyear, AZ 85338 | - | | | | X | X | | 0.00 |
| Account No. 5129158 | | | | Warranty | | | | |
| Jared Grimes 9840 Watson Rd Kensington, OH 44427 | - | | | | X | X | | 0.00 |
| Account No. 5126886 | | | | Warranty | | | | |
| Jared King 42999 Darwin Road Shade, OH 45776 | - | | | | X | X | | 0.00 |
| Account No. 5113599 | | | | Warranty | | | | |
| Jared M Estep 3851 Royal Glen Lane Grove City, OH 43123 | - | | | | X | X | | 0.00 |
| Account No. 5107874 | | | | Warranty | | | | |
| Jared M Frost 321 S Apache Drive Chandler, AZ 85224 | - | | | | X | X | | 0.00 |

Sheet no. __1965__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5114302 | | | Warranty | | | | |
| Jared Pickerson 103 Long Needle Way Anderson, SC 29621 | - | | | X | X | | 0.00 |
| Account No. 5107598 | | | Warranty | | | | |
| Jared Wilson 106 East Palomino Drive Gilbert, AZ 85296 | - | | | X | X | | 0.00 |
| Account No. 5115155 | | | Warranty | | | | |
| Jarin M Johnson 2641 Calverton Toledo, OH 43607 | - | | | X | X | | 0.00 |
| Account No. 5129373 | | | Warranty | | | | |
| Jarina Brown 6630 Tulip Street Philadephia, PA 19135 | - | | | X | X | | 0.00 |
| Account No. 5107768 | | | Warranty | | | | |
| Jarobin D Holmes 40 East McKellar Avenue Memphis, TN 38109 | - | | | X | X | | 0.00 |

Sheet no. **1966** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095766** | | | | Warranty | | | | |
| **Jarod Bailes** **4521 Jarvis Road** **Guysville, OH 45735** | - | | | | X | X | | 0.00 |
| Account No. **5115859** | | | | Warranty | | | | |
| **Jarod D Hupp** **33179 Smith Ridge Road** **Long Bottom, OH 45743** | - | | | | X | X | | 0.00 |
| Account No. **5118047** | | | | Warranty | | | | |
| **Jarod Massie** **1771 Kirkway Lane** **Lapeer, MI 48446** | - | | | | X | X | | 0.00 |
| Account No. **5129350** | | | | Warranty | | | | |
| **Jarred Corbin** **3760 St Rt 141** **Gallipolis, OH 45631** | - | | | | | | | 96.19 |
| Account No. **5075194** | | | | Warranty | | | | |
| **Jarred Grabiak** **504 S Chestnut St** **Scottdale, PA 15683** | - | | | | X | X | | 0.00 |

Sheet no. **1967** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                96.19

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123398** | | | **Warranty** | | | | |
| **Jarrel H Burnett 196 W Hills Dr Greensburg, PA 15601** | - | | | X | X | | 0.00 |
| Account No. **5088135** | | | **Warranty** | | | | |
| **Jarret J Walter 1141 West Pine Street Coal Township, PA 17866** | - | | | X | X | | 0.00 |
| Account No. **5124775** | | | **Warranty** | | | | |
| **Jarret Stanko 135 Franklin Drive Greensburg, PA 15601** | - | | | X | X | | 0.00 |
| Account No. **5102301** | | | **Warranty** | | | | |
| **Jarrett Rice 208 Woodbury Drive Butler, PA 16001** | - | | | X | X | | 0.00 |
| Account No. **5115183** | | | **Warranty** | | | | |
| **Jarrod M Hartman 7435 Tippecanoe Road Canfield, OH 44406** | - | | | X | X | | 0.00 |

Sheet no. **1968** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re    **Great Lakes Warranty Corporation**                                                    Case No. _____
                                                                        ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5112338 | | | Warranty | | | | |
| Jarrod McIntyre 2207 Adams St Natrona Heights, PA 15065 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5064824 | | | Warranty | | | | |
| Jarrod Starkey 57 Mill Street / PO Box 81 Chauncey, OH 45719 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5070015 | | | Warranty | | | | |
| Jarron Robinson 1455 N Alma School Rd Mesa, AZ 85201 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5098532 | | | Warranty | | | | |
| Jasmin Adrovic 560 Greenfield Road Lancaster, PA 17601 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5117378 | | | Warranty | | | | |
| Jasmine E Andujar 4347 E Thompson Street Philadelphia, PA 19137 | - | | | | | | |
| | | | | | | | 2,520.50 |

Sheet no. <u>1969</u> of <u>4906</u> sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          2,520.50

In re **Great Lakes Warranty Corporation**  Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124280** | | | Warranty | | | | |
| **Jasmine Hamilton 1343 Grand Avenue Toledo, OH 43606** | - | | | X | X | | 0.00 |
| Account No. **5106343** | | | Warranty | | | | |
| **Jasmine N Alford 2621 S Laura Wichita, KS 67216** | - | | | | | | 95.00 |
| Account No. **5086927** | | | Warranty | | | | |
| **Jason  Epstein 4412 Sunnybrook Dr Nashville, TN 37205** | - | | | X | X | | 0.00 |
| Account No. **5110646** | | | Warranty | | | | |
| **Jason  Fritz 4820 Ridgeside Circle SE Canton, OH 44707** | - | | | X | X | | 0.00 |
| Account No. **5115306** | | | Warranty | | | | |
| **Jason  Howes 38 Marigold Lane Chillicothe, OH 45601** | - | | | X | X | | 0.00 |

Sheet no. **1970** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **95.00**

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5114327 | | | Warranty | | | | |
| Jason  Jarvis 2211 Jordan Run Rd Guysville, OH 45735 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5106209 | | | Warranty | | | | |
| Jason  Johnston 213 Tent Church Road Colliers, WV 26065 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5092688 | | | Warranty | | | | |
| Jason  Kang 23300 SE Black Nugget Road  Unit F1 Issaquah, WA 98029 | - | | | | | | |
| | | | | | | | 480.00 |
| Account No. 5108974 | | | Warranty | | | | |
| Jason  Lawrence 179 Greenmill Road Columbia, SC 29223 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5079717 | | | Warranty | | | | |
| Jason  Olsen 1570 E Flint Street Chandler, AZ 85225 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**1971**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

480.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5128449** | | | | **Warranty** | | | | |
| **Jason A Bowers** **129 N South St** **Warren, PA 16365** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093741** | | | | **Warranty** | | | | |
| **Jason A Goode** **7320 Joey Lane** **Northfield, OH 44067** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5098999** | | | | **Warranty** | | | | |
| **Jason A Low** **638 Woodlynn Drive** **Decatur, IN 46733** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129288** | | | | **Warranty** | | | | |
| **Jason A Meade** **1516 Hyndma St** **S Connellsville, PA 15425** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129626** | | | | **Warranty** | | | | |
| **Jason A Merrick** **6010 Turnwood Dr** **Westerville, OH 43081** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1972** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re   **Great Lakes Warranty Corporation**                          ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097676** | | | | Warranty | | | | |
| **Jason A St Gelais** **28087 North Desert Native Street** **Queen Creek, AZ 85243** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5094905 | | | | Warranty | | | | |
| **Jason A Taylor** **67 Cherry Street** **Clarksville, PA 15322** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121271 | | | | Warranty | | | | |
| **Jason A Watkins** **6600 Ziegler Lane** **Charlotte, NC 28269** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5098864 | | | | Warranty | | | | |
| **Jason A Weitzel** **161 Bradford Street** **Millersville, PA 17551** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5071504 | | | | Warranty | | | | |
| **Jason Arant** **612 West Sherwood Drive** **Payson, AZ 85541** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1973** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5122953** | | | | Warranty | | | | |
| **Jason B Baird** **1003 Birdsall St** **Old Hickory, TN 37138** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120615** | | | | Warranty | | | | |
| **Jason B Morgan** **8526 Lakeview Dr** **Olive Branch, MS 38654** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116352** | | | | Warranty | | | | |
| **Jason Balmer** **5747 Drexel Road** **Philadelphia, PA 19113** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128521** | | | | Warranty | | | | |
| **Jason Barish** **85 Holly Avenue** **Penndel, PA 19047** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130239** | | | | Warranty | | | | |
| **Jason Battaglia** **3286 Evergreen Drive** **Murrysville, PA 15668** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1974** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                  ,          Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085536** | | | | **Warranty** | | | | |
| **Jason Beeharilal** **1321 Forest Hills Boulevard** **Cleveland Heights, OH 44118** | - | | | | | | | |
| | | | | | | | | **75.78** |
| Account No. **5067664** | | | | **Warranty** | | | | |
| **Jason Benndt** **609 Chalkstone Avenue Apt 3** **Providence, RI 02908** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130345** | | | | **Warranty** | | | | |
| **Jason Bryan Baker** **468 Copperhead Rd** **Mountain City, TN 37683** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126406** | | | | **Warranty** | | | | |
| **Jason Bungard** **93 Bermont Avenue** **Munroe Falls, OH 44262** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103048** | | | | **Warranty** | | | | |
| **Jason Burruss** **29938 North 4020 Road** **Ramona, OK 74061** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1975** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**75.78**

In re **Great Lakes Warranty Corporation**                    , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5080323** | | | | Warranty | | | | |
| **Jason C Butler** **1027 Saint Johns Drive** **Maryville, TN 37808** | - | | | | X | X | | 0.00 |
| Account No. **5106228** | | | | Warranty | | | | |
| **Jason C Hewes** **236 W Baron Street** **Pottsville, PA 17901** | - | | | | X | X | | 0.00 |
| Account No. **5114178** | | | | Warranty | | | | |
| **Jason C Kraner** **927 Marshall Avenue** **New Castle, PA 16101** | - | | | | X | X | | 0.00 |
| Account No. **5098081** | | | | Warranty | | | | |
| **Jason C Swanson** **2078 E Manhatton Drive** **Tempe, AZ 85282** | - | | | | X | X | | 0.00 |
| Account No. **5124053** | | | | Warranty | | | | |
| **Jason Cahill** **1005 Cut Leaf Drive** **Sumter, SC 29150** | - | | | | X | X | | 0.00 |

Sheet no. **1976** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095191** | | | Warranty | | | | |
| **Jason Campbell** **1823 West Calle Escude** **Phoenix, AZ 85085** | - | | | | | | 312.50 |
| Account No. 5132160 | | | Warranty | | | | |
| **Jason Carroll** **54802 Cove Road** **Powhatan Pt, OH 43942** | - | | | X | X | | 0.00 |
| Account No. 5128873 | | | Warranty | | | | |
| **Jason Cherpak** **28 North Nile Street** **Frackville, PA 17931** | - | | | | | | 1,249.50 |
| Account No. 5064097 | | | Warranty | | | | |
| **Jason Cormier** **10004 Kenley Way** **Birmingham, AL 35242** | - | | | | | | 401.98 |
| Account No. 5125045 | | | Warranty | | | | |
| **Jason Cotton** **598 Belmont Avenue 1-105** **Southampton, PA 18966** | - | | | X | X | | 0.00 |

Sheet no.**1977**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,963.98**

In re  **Great Lakes Warranty Corporation**                          ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5103103** | | | Warranty | | | | |
| **Jason D Baughman 25 Sawgrass Avenue Felton, PA 17322** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119069** | | | Warranty | | | | |
| **Jason D Dick 411 S Market St Martinsburg, PA 16662** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108766** | | | Warranty | | | | |
| **Jason D Emmett 2803 Salisbury Court Wexford, PA 15090** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5091883** | | | Warranty | | | | |
| **Jason D Hassig 23 Devon Drive Lexington, OH 44904** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5092017** | | | Warranty | | | | |
| **Jason D Jennings 57811 Deep Run Road  Apt 1 Martins Ferry, OH 43912** | - | | | | | | |
| | | | | | | | **278.50** |

Sheet no.**1978** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**278.50**

In re **Great Lakes Warranty Corporation**                    , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5121335** | | | | **Warranty** | | | | |
| **Jason D Suchy**<br>**640 Southcrest Dr**<br>**Pittsburgh, PA 15226** | - | | | | | | | |
| | | | | | | | | **494.35** |
| Account No. **5125057** | | | | **Warranty** | | | | |
| **Jason D Wessinger**<br>**32 Doe Dr**<br>**Little Mountain, SC 29075** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118187** | | | | **Warranty** | | | | |
| **Jason Darby**<br>**461 North Main Street**<br>**West Milton, OH 45383** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127655** | | | | **Warranty** | | | | |
| **Jason DeLong**<br>**35860 Hysell Run Rd**<br>**Pomroy, OH 45769** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5098716** | | | | **Warranty** | | | | |
| **Jason Derr**<br>**237 Joya Circle**<br>**Harrisburg, PA 17112** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1979** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **494.35**

In re **Great Lakes Warranty Corporation**           Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5089108** | | | | Warranty | | | | |
| **Jason Dotson** **430 Russell** **Sidney, OH 45365** | - | | | | X | X | | 0.00 |
| Account No. **5075559** | | | | Warranty | | | | |
| **Jason Dutt** **113 N Portage Street** **Doyletown, OH 44230** | - | | | | X | X | | 0.00 |
| Account No. **5107240** | | | | Warranty | | | | |
| **Jason E Rhoads** **15483 State Route 328** **Logan, OH 43138** | - | | | | X | X | | 0.00 |
| Account No. **5127650** | | | | Warranty | | | | |
| **Jason E Sagerman** **1244 Rydal Rd** **Rydal, PA 19046** | - | | | | X | X | | 0.00 |
| Account No. **5119538** | | | | Warranty | | | | |
| **Jason E Thornton** **110 Elwood Ave  Apt C2** **Pittsburgh, PA 15235** | - | | | | X | X | | 0.00 |

Sheet no. **1980** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095001** | | | Warranty | | | | |
| **Jason E Willis** **300 South 9 Mile Road** **Midland, MI 48640** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120470** | | | Warranty | | | | |
| **Jason Erhard** **433 Schofield St  Apt 2** **Curwenville, PA 16833** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127291** | | | Warranty | | | | |
| **Jason Eugene Shaffer** **125 E Weber Ave** **DuBois, PA 15801** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5094763** | | | Warranty | | | | |
| **Jason F Lehr** **1017 Seneca Street** **Bethlehem, PA 18015** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131215** | | | Warranty | | | | |
| **Jason Farino** **6670 Frances Celia Avenue** **Las Vegas, NV 89122** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **1981** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                    ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **5121342** | | | | | | Warranty | | | | |
| Jason Field 333 Knigs Road Piney Flats, TN 37686 | - | | | | | | X | X | | 0.00 |
| Account No. **5128780** | | | | | | Warranty | | | | |
| Jason Fisher 1504 Union Street Allentown, PA 18103 | - | | | | | | | | | 95.00 |
| Account No. **5082059** | | | | | | Warranty | | | | |
| Jason G Daugherty 45 Railroad St Dunbar, PA 15431 | - | | | | | | X | X | | 0.00 |
| Account No. **5114236** | | | | | | Warranty | | | | |
| Jason G Pence 8703 Chippewa Road Brecksville, OH 44141 | - | | | | | | X | X | | 0.00 |
| Account No. **5093963** | | | | | | Warranty | | | | |
| Jason G Rawson 21 Fairmouth Street Worcester, MA 01607 | - | | | | | | X | X | | 0.00 |

Sheet no. **1982** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **95.00**

In re   **Great Lakes Warranty Corporation**                                      ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5066567** | | | | Warranty | | | | |
| **Jason Gelling** **1304 26th Street** **Rockford, IL 61108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111819** | | | | Warranty | | | | |
| **Jason Giffin** **143 Similo Drive** **Elizabeth, PA 15037** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128458** | | | | Warranty | | | | |
| **Jason Greenawalt** **126 Gillespie Lane** **Kittanning, PA 16201** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5070447** | | | | Warranty | | | | |
| **Jason Griffith** **7620 South Concordia Place** **Midvale, UT 84047** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099576** | | | | Warranty | | | | |
| **Jason Hass** **241 Cullom Way** **Clarksville, TN 37043** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1983** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

In re __Great Lakes Warranty Corporation__ , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5115158 | | | | | Warranty | | | | |
| Jason Hefflinger 2304 S Mulcahy Road Port Clinton, OH 43458 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5130774 | | | | | Warranty | | | | |
| Jason Huehn 651 Dow Avenue Carnegie, PA 15106 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5094451 | | | | | Warranty | | | | |
| Jason Huffman 175 First Avenue Cookeville, TN 38506 | - | | | | | | | | |
| | | | | | | | | | 578.35 |
| Account No. 5088055 | | | | | Warranty | | | | |
| Jason J Alleman 210 N Main Street Souderton, PA 18964 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5115036 | | | | | Warranty | | | | |
| Jason J Parker 16411 N 99th Place Scottsdale, AZ 85260 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. __1984__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                578.35

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127444** | | | | **Warranty** | | | | |
| **Jason J Wolfgang 1081 Creek Rd Hegins, PA 17938** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073904** | | | | **Warranty** | | | | |
| **Jason Jackson 406 West Hillwood Drive Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102469** | | | | **Warranty** | | | | |
| **Jason Jared 3402 Ingleside Road Parma, OH 44134** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112857** | | | | **Warranty** | | | | |
| **Jason Jones 135 Mill Street Little Mountain, SC 29075** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112179** | | | | **Warranty** | | | | |
| **Jason Ju Hao Chen 230 Valley Forge Road Lansdale, PA 19446** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1985** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                    ,
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5056362** | | | Warranty | | | | |
| **Jason Knight** **7133 E Medina Ave** **Mesa, AZ 85028** | - | | | X | X | | 0.00 |
| Account No. **5121582** | | | Warranty | | | | |
| **Jason Knox Jr** **1804 Survey Trail** **Helena, AL 35080** | - | | | | | | 848.40 |
| Account No. **5100092** | | | Warranty | | | | |
| **Jason Kosmann** **80 Newnan Lakes Blvd** **Newnan, GA 30263** | - | | | X | X | | 0.00 |
| Account No. **5087803** | | | Warranty | | | | |
| **Jason L Ervin** **3485 Shelby Road** **Millington, TN 38053** | - | | | X | X | | 0.00 |
| Account No. **5087362** | | | Warranty | | | | |
| **Jason L Myers** **4308 W Park Street** **Laveen, AZ 85339** | - | | | X | X | | 0.00 |

Sheet no. **1986** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

848.40

In re **Great Lakes Warranty Corporation**                                         Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106169** | | | | Warranty | | | | |
| **Jason Lamotho** **3904 Tylerbrown Drive** **Clarksville, TN 37040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102648** | | | | Warranty | | | | |
| **Jason Ledbetter** **211 Maybelle Lane** **Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101201** | | | | Warranty | | | | |
| **Jason Lee** **1576 E Orchid Ct** **Gilbert, AZ 85296** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107845** | | | | Warranty | | | | |
| **Jason Lee  Kleinfelter** **109 Fisher Mill Stream Road** **Bernville, PA 19506** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114187** | | | | Warranty | | | | |
| **Jason Lincicome** **6222 Fairacres SW** **Canton, OH 44706** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **1987** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101139** | | | **Warranty** | | | | |
| **Jason M Bryan** **824 Oak St** **Denver, PA 17517** | | - | | | | | 1,213.50 |
| Account No. **5072392** | | | **Warranty** | | | | |
| **Jason M Buckley** **4112 West Richards Way** **Peoria, IL 61615** | | - | | X | X | | 0.00 |
| Account No. **5108138** | | | **Warranty** | | | | |
| **Jason M Hartman** **500 Acorn Lane** **Reading, PA 19605** | | - | | X | X | | 0.00 |
| Account No. **5090332** | | | **Warranty** | | | | |
| **Jason M Moyer** **644 S State Street** **Ephrata, PA 17522** | | - | | X | X | | 0.00 |
| Account No. **5096923** | | | **Warranty** | | | | |
| **Jason M Riley** **521 Independence Avenue** **Uniontown, PA 15401** | | - | | X | X | | 0.00 |

Sheet no. **1988** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,213.50**

In re **Great Lakes Warranty Corporation** _____,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130143** | | | Warranty | | | | |
| **Jason M Snyder** **Pitt St  PO Box 432** **Jennerstown, PA 15547** | - | | | X | X | | 0.00 |
| Account No. **5128463** | | | Warranty | | | | |
| **Jason M Stintzcum** **7 Standish Ct  Apt D** **Greenfield, MA 01301** | - | | | X | X | | 0.00 |
| Account No. **5097051** | | | Warranty | | | | |
| **Jason M Wingerter** **401 Quail Ridge Drive** **Plainsboro, NJ 08536** | - | | | X | X | | 0.00 |
| Account No. **5108670** | | | Warranty | | | | |
| **Jason Maravich** **1301 Atlantic Ave** **Monaca, PA 15061** | - | | | X | X | | 0.00 |
| Account No. **5098212** | | | Warranty | | | | |
| **Jason Martinez** **5516 S 30th Lane** **Phoenix, AZ 85041** | - | | | X | X | | 0.00 |

Sheet no. **1989** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                               0.00

In re **Great Lakes Warranty Corporation**          Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5107040** | | | | | **Warranty** | | | | |
| **Jason Merrill** **1504 Randolph Avenue Unit A** **Grand Forks Air Force Bas, ND 58204** | | - | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5092734** | | | | | **Warranty** | | | | |
| **Jason Mogg** **3503 Kidwa Drive** **Youngstown, OH 44511** | | - | | | | | | | |
| | | | | | | | | | **192.69** |
| Account No. **5123600** | | | | | **Warranty** | | | | |
| **Jason O Imig** **912 W 9th St** **Erie, PA 16502** | | - | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5066127** | | | | | **Warranty** | | | | |
| **Jason Otundo** **12625 Tiffnay Ct** **Burnsville, MN 55337** | | - | | | | | | | |
| | | | | | | | | | **1,385.06** |
| Account No. **5113422** | | | | | **Warranty** | | | | |
| **Jason P Kolar** **1050 Ninth Avenue** **Brackenridge, PA 15014** | | - | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **1990** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **1,577.75**

In re __Great Lakes Warranty Corporation__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5114436 | | | | Warranty | | | | |
| Jason Paternoster 99 Gilmore Terrace Donora, PA 15033 | | - | | | X | X | | 0.00 |
| Account No. 5102074 | | | | Warranty | | | | |
| Jason Pitzer 103 W Tyne Drive Nashville, TN 37205 | | - | | | X | X | | 0.00 |
| Account No. 5088582 | | | | Warranty | | | | |
| Jason R Anderson 4420 Second Street NW Canton, OH 44708 | | - | | | X | X | | 0.00 |
| Account No. 5079132 | | | | Warranty | | | | |
| Jason R Davis 221 S Berger Street East Canton, OH 44730 | | - | | | X | X | | 0.00 |
| Account No. 5118125 | | | | Warranty | | | | |
| Jason R Laux 313 Granger Circle WPAFB, OH 45433 | | - | | | X | X | | 0.00 |

Sheet no. __1991__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re **Great Lakes Warranty Corporation**                    , Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5084972** | | | | Warranty | | | | |
| **Jason R Leach**<br>**5302 Northway Drive**<br>**Swartz Creek, MI 48473** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110785 | | | | Warranty | | | | |
| **Jason R Marchand**<br>**19 Plainmont Street**<br>**Navarre, OH 44662** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106057 | | | | Warranty | | | | |
| **Jason R Montgomery**<br>**728 Creekside Drive**<br>**Lancaster, OH 43130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5088237 | | | | Warranty | | | | |
| **Jason R Postovit**<br>**3031 N Civic Center Plaza  #356**<br>**Scottsdale, AZ 85251** | - | | | | | | | |
| | | | | | | | | 1,027.90 |
| Account No. 5076810 | | | | Warranty | | | | |
| **Jason R Scherl**<br>**10 Shady Lane**<br>**Central Islip, NY 11722** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**1992** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              1,027.90

In re **Great Lakes Warranty Corporation** ,                Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121354** | | | Warranty | | | | |
| **Jason R Tretter** **6149 Chantilly Rd** **Waterloo, IL 62298** | - | | | X | X | | 0.00 |
| Account No. **5129029** | | | Warranty | | | | |
| **Jason Richard** **04003 Brewer Road** **St Mary, OH 45885** | - | | | X | X | | 0.00 |
| Account No. **5125163** | | | Warranty | | | | |
| **Jason Ringler** **64 Oakhill Road** **N. Kingstown, RI 02852** | - | | | X | X | | 0.00 |
| Account No. **5131271** | | | Warranty | | | | |
| **Jason Rivera Seda** **7335 Belden Street** **Philadelphia, PA 19111** | - | | | X | X | | 0.00 |
| Account No. **5095499** | | | Warranty | | | | |
| **Jason Roberts** **3925 S Butte Avenue** **Tempe, AZ 85282** | - | | | X | X | | 0.00 |

Sheet no. **1993** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5081958** | | | | **Warranty** | | | | |
| **Jason S Krawczyk 22 Jacamar Dr Voorhees, NJ 08043** | - | | | | X | X | | 0.00 |
| Account No. **5123665** | | | | **Warranty** | | | | |
| **Jason S Peterson 1711 Branding Ct Fernley, NV 89408** | - | | | | X | X | | 0.00 |
| Account No. **5097013** | | | | **Warranty** | | | | |
| **Jason S Stewart 54602 Colerain Pike Martins Ferry, OH 43935** | - | | | | X | X | | 0.00 |
| Account No. **5069964** | | | | **Warranty** | | | | |
| **Jason Seeman 3302 Hill Meade Ct Nashville, TN 37221** | - | | | | X | X | | 0.00 |
| Account No. **5132080** | | | | **Warranty** | | | | |
| **Jason Shugar 136 Leighton Lane Birdsboro, PA 19508** | - | | | | X | X | | 0.00 |

Sheet no. **1994** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     0.00
(Total of this page)

In re **Great Lakes Warranty Corporation**         Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124927** | | | | **Warranty** | | | | |
| **Jason Sikora 5005 Holly Ct Murrysville, PA 15668** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115749** | | | | **Warranty** | | | | |
| **Jason Starr 85 Curtis Rd Gilford, NH 03249** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112746** | | | | **Warranty** | | | | |
| **Jason Szpara 392 Pine Ridge Drive Venetia, PA 15367** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117413** | | | | **Warranty** | | | | |
| **Jason T Allen 230 Mathews Road Belle Vernon, PA 15012** | - | | | | | | | |
| | | | | | | | | **648.50** |
| Account No. **5097088** | | | | **Warranty** | | | | |
| **Jason T Cluley 506 Cherrywood Court Perkasie, PA 18944** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **1995** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                     Subtotal
(Total of this page)      **648.50**

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122887** | | | | **Warranty** | | | | |
| **Jason T Grove** **P.O. Box 8934** **Erie, PA 16502** | - | | | | | | | 977.00 |
| Account No. **5063950** | | | | **Warranty** | | | | |
| **Jason Taylor** **2188 E Streetsboro Rd** **Hudson, OH 44236** | - | | | | X | X | | 0.00 |
| Account No. **5075980** | | | | **Warranty** | | | | |
| **Jason Thomas** **114 Champa** **Memphis, TN 38109** | - | | | | | | | 419.81 |
| Account No. **5127611** | | | | **Warranty** | | | | |
| **Jason Toler** **141 Old Rink Road** **New Richmond, WV 24867** | - | | | | X | X | | 0.00 |
| Account No. **5091072** | | | | **Warranty** | | | | |
| **Jason Treherne** **1450 Farrington Drive** **Kettering, OH 45420** | - | | | | X | X | | 0.00 |

Sheet no. **1996** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        1,396.81

In re **Great Lakes Warranty Corporation**                                Case No. _____
                                                                    ,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131671** <br><br> **Jason Turner** <br> **853 Delaware Avenue** <br> **Palmerton, PA 18071** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5107481** <br><br> **Jason Vanallsburg** <br> **2315 S. Gary Drive** <br> **Tempe, AZ 85282** | - | | **Warranty** | | | | 325.20 |
| Account No. **5131195** <br><br> **Jason Vanlierde** <br> **96 Ridge Road** <br> **New Bloomfield, PA 17068** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5121699** <br><br> **Jason Vassey** <br> **122 Lake Cherokee Rd** <br> **Gaffney, SC 29340** | - | | **Warranty** | | | | 322.05 |
| Account No. **5106360** <br><br> **Jason W Gross** <br> **101 Crockett Court** <br> **Smyrna, TN 37167** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **1997** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        647.25

In re **Great Lakes Warranty Corporation** , Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105650** | | | Warranty | | | | |
| **Jason W Long**<br>**1121 Schang Rd**<br>**Pittsburgh, PA 15236** | | - | | | | | **162.17** |
| Account No. **5131812** | | | Warranty | | | | |
| **Jason Wagner**<br>**142 Myrtle Road**<br>**Woodbine, NJ 08270** | | - | | X | X | | **0.00** |
| Account No. **5099740** | | | Warranty | | | | |
| **Jason Welch**<br>**3534 Fairmount Boulevard**<br>**Canton, OH 44705** | | - | | X | X | | **0.00** |
| Account No. **5073297** | | | Warranty | | | | |
| **Jason Werner**<br>**P.O. Box 6284**<br>**El Paso, TX 79906** | | - | | X | X | | **0.00** |
| Account No. **5126479** | | | Warranty | | | | |
| **Jason Wiler**<br>**164 Lover Leap**<br>**Smithfield, PA 15478** | | - | | X | X | | **0.00** |

Sheet no.**1998** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **162.17**

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5118808** | | | Warranty | | | | |
| **Jason Wilkens**<br>**8017 Telegraph Rd**<br>**Severn, MD 21144** | - | | | X | X | | 0.00 |
| Account No. **5119016** | | | Warranty | | | | |
| **Jason Zarecov**<br>**553 Rosedale Ave**<br>**Nashville, TN 37211** | - | | | X | X | | 0.00 |
| Account No. **5125852** | | | Warranty | | | | |
| **Jason Zaun**<br>**5340 Schantz Road**<br>**Allentown, PA 18104** | - | | | X | X | | 0.00 |
| Account No. **5128168** | | | Warranty | | | | |
| **Jason Zwaduk**<br>**16271 Hawley Road**<br>**Oberlin, OH 44074** | - | | | X | X | | 0.00 |
| Account No. **5068608** | | | Warranty | | | | |
| **Jasper Beard**<br>**1600 East Oceanview # H**<br>**Norfolk, VA 23503** | - | | | X | X | | 0.00 |

Sheet no. **1999** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re    **Great Lakes Warranty Corporation**                        ,    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5112995 | | | | Warranty | | | | |
| Jasper E Chappelle 470 Chappell Town Road Winnsboro, SC 29180 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103846 | | | | Warranty | | | | |
| Jasper Frazier 4654 Norway Drive Jackson, MS 39206 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5074735 | | | | Warranty | | | | |
| Jaswinder Singh 1900 L Street NW  Ste 301 Washington, DC 20036 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113336 | | | | Warranty | | | | |
| Jatinder Patheja 1418 Marshall Lane Meadowbrook, PA 19046 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103279 | | | | Warranty | | | | |
| Javan S Martin 21929 Ringgold Pike Hagerstown, MD 21742 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2000** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                       Subtotal                  0.00
                    (Total of this page)

In re **Great Lakes Warranty Corporation**                                      , Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132000** | | | | **Warranty** | | | | |
| **Javaree Bolden** **4052 Clove Hitch** **Las Vegas, NV 89032** | - | | | | | | | **1,052.00** |
| Account No. **5132382** | | | | **Warranty** | | | | |
| **Javen Colon Jr** **945 West Pine Street PO Box 1841** **Allentown, PA 18102** | - | | | | X | X | | **0.00** |
| Account No. **5091724** | | | | **Warranty** | | | | |
| **Javier Delgado** **4315 E Thunderbird Road  #239** **Phoenix, AZ 85034** | - | | | | X | X | | **0.00** |
| Account No. **5096227** | | | | **Warranty** | | | | |
| **Javier Gonzalez** **541 North 6th Avenue** **San Luis, AZ 85349** | - | | | | | | | **1,876.50** |
| Account No. **5131676** | | | | **Warranty** | | | | |
| **Javier Leon** **624 Woodcrest Avenue  Apt 2** **Lititz, PA 17543** | - | | | | X | X | | **0.00** |

Sheet no. **2001** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **2,928.50**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5123229** | | | | | **Warranty** | | | | |
| **Javier Morales** **2324 N Marshall St** **Philadelphia, PA 19133** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5108575** | | | | | **Warranty** | | | | |
| **Javier Navarro** **11510 Riverside Rd** **El Paso, TX 79927** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5069126** | | | | | **Warranty** | | | | |
| **Javier Smith** **30846 N Bramwell Ave** **Queen Creek, AZ 85243** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5123076** | | | | | **Warranty** | | | | |
| **Javier Uriarte** **376 Walnut St** **Newark, NJ 07105** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5075121** | | | | | **Warranty** | | | | |
| **Jawalar Tummala** **1267 Dye Meadow Lane** **Flint, MI 48532** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2002** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re  **Great Lakes Warranty Corporation**                                              ,     Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132188** | | | Warranty | | | | |
| **Jawgwa Spurgeon** **208 Guess Street Left** **Greenville, SC 29605** | - | | | X | X | | 0.00 |
| Account No. **5099623** | | | Warranty | | | | |
| **Jay Adams** **6378 Putnam Drive** **Circleville, OH 43113** | - | | | X | X | | 0.00 |
| Account No. **5090648** | | | Warranty | | | | |
| **Jay Singh** **62 Daniel Street** **Port Reading, NJ 07064** | - | | | | | | 391.09 |
| Account No. **5106700** | | | Warranty | | | | |
| **Jay A Burakowski** **6709 Raven Crest** **Liberty Township, OH 45011** | - | | | X | X | | 0.00 |
| Account No. **5131817** | | | Warranty | | | | |
| **Jay Bellamy** **658 Route 211 West** **Middletown, NY 10940** | - | | | X | X | | 0.00 |

Sheet no. **2003** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

391.09

In re    **Great Lakes Warranty Corporation**                                        ,     Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5125210** | | | | Warranty | | | | |
| **Jay Constable** **32 Lee Avenue** **Pittsburgh, PA 15221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131043** | | | | Warranty | | | | |
| **Jay D Saylor** **110 Middle Creek Rd** **Lititz, PA 17543** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125117** | | | | Warranty | | | | |
| **Jay D Schankman** **1 Church St  PO Box 526** **Kingston, OH 45644** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111712** | | | | Warranty | | | | |
| **Jay E Marshall** **RR6 Box 6416** **Stroudsburg, PA 18360** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5049816** | | | | Warranty | | | | |
| **Jay Gerber DDS** **20 Mount Manor Dr.** **St Marys, WV 26170** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2004** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5104560 | | | | Warranty | | | | |
| Jay Griffin Roark 6709 Sam Smith Road Birchwood, TN 37308 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5097410 | | | | Warranty | | | | |
| Jay Hurtt 19130 Route 954 Highway N Smicksburg, PA 16256 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5115702 | | | | Warranty | | | | |
| Jay Huss 137 W Smiley Avenue Shelby, OH 44875 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5094545 | | | | Warranty | | | | |
| Jay K M Secor 1611 Franklin Avenue Nashville, TN 37206 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129576 | | | | Warranty | | | | |
| Jay L Holifield 3821 Woodglen Ave Norton, OH 44203 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2005** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5125165** | | | | | Warranty | | | | |
| **Jay Myers** **315 Evergreen Drive** **Latrobe, PA 15610** | - | | | | | X | X | | 0.00 |
| Account No. **5126029** | | | | | Warranty | | | | |
| **Jay Outen** **813 Brooke Valley Trace** **Clarksville, TN 37043** | - | | | | | X | X | | 0.00 |
| Account No. **5086933** | | | | | Warranty | | | | |
| **Jay Pogue** **4849 Corning Drive** **Nashville, TN 37211** | - | | | | | X | X | | 0.00 |
| Account No. **5103709** | | | | | Warranty | | | | |
| **Jay Puzake** **2000 Seven Mile Drive** **New Philadelphia, OH 44663** | - | | | | | | | | 1,832.22 |
| Account No. **5065180** | | | | | Warranty | | | | |
| **Jay Richard** **4353 State Route 66** **Apollo, PA 15613** | - | | | | | X | X | | 0.00 |

Sheet no. **2006** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,832.22

In re **Great Lakes Warranty Corporation**                          Case No. _____

                                                  ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5129522 | | | Warranty | | | | |
| Jay Ryan Edgerton 1204 Ambling Hwy Mt Pleasant, SC 29464 | - | | | X | X | | 0.00 |
| Account No. 5082969 | | | Warranty | | | | |
| Jay S Shelley 497 Lake Road Inman, SC 29349 | - | | | X | X | | 0.00 |
| Account No. 5090511 | | | Warranty | | | | |
| Jay V Arroyo 12 W Crestwood Avenue Somerdale, NU 08083 | - | | | X | X | | 0.00 |
| Account No. 5101315 | | | Warranty | | | | |
| Jayanitbhai H Patel 5480 Inn Road Mobile, AL 36619 | - | | | X | X | | 0.00 |
| Account No. 5085819 | | | Warranty | | | | |
| Jayaprakash Alagarsamy 4206 Washington Avenue SE Charleston, WV 25304 | - | | | X | X | | 0.00 |

Sheet no. **2007** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                              Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5105345** | | Warranty | | | | | | |
| **Jaycee Floyd** **9036 Arborgate Drive  Apt #A** **Charlotte, NC 28273** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124773** | | Warranty | | | | | | |
| **Jaydish Brahmbhalt** **319 Quince Ave.** **Galloway, NJ 08205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073083** | | Warranty | | | | | | |
| **Jayhue Murdock Jr** **9260 Portage  NW** **Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122260** | | Warranty | | | | | | |
| **Jayme Kittle** **681 Blue Ridge Rd** **Pittsburgh, PA 15239** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101819** | | Warranty | | | | | | |
| **Jayme R Skeba** **337 Grove Drive** **Lower Burrell, PA 15068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2008** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114480 | | | | Warranty | | | | |
| Jaymee Vitullo 839 Reserve Street Pittsburgh, PA 15209 | | - | | | | | | 307.00 |
| Account No. 5096941 | | | | Warranty | | | | |
| Jaymie Andrews 40388 Miller Rd Leetonia, OH 44431 | | - | | | X | X | | 0.00 |
| Account No. 5082511 | | | | Warranty | | | | |
| Jaymie D Pastorius 514 E Murphy Avenue Connellsville, PA 15425 | | - | | | X | X | | 0.00 |
| Account No. 5091076 | | | | Warranty | | | | |
| Jaymie L Greer 305 Buffalo Ridge Louisville, OH 44641 | | - | | | X | X | | 0.00 |
| Account No. 5084609 | | | | Warranty | | | | |
| Jayne Kinney 8413 State Route 274 Lewistown, OH 43333 | | - | | | X | X | | 0.00 |

Sheet no. **2009** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    307.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5109860 | | | | Warranty | | | | |
| Jayson Busato 307 S 4th St Jeannette, PA 15644 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131299 | | | | Warranty | | | | |
| Jayson Rivero 720 North View Street Bethlehem, PA 18018 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119606 | | | | Warranty | | | | |
| Jean McGonigle 219 Saint David Dr Mt Laurek, NJ 08054 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5078297 | | | | Warranty | | | | |
| Jean A Kindrachuk 9732 Turnbridge Court Brentwood, TN 37027 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113134 | | | | Warranty | | | | |
| Jean A McCamish 25 Eden Place Athens, OH 45701 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2010** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                          ,   Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5110073** | | | Warranty | | | | |
| **Jean A Paris** **5610 Valerius** **Navarre, OH 44662** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5089145** | | | Warranty | | | | |
| **Jean A Siefring** **542 Spruce St** **St Henry, OH 45883** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132604** | | | Warranty | | | | |
| **Jean Anderson** **2906 Bungalow Lane** **Henderson, NV 89074** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5033933** | | | Warranty | | | | |
| **Jean Brownlee Conyers** **0102 Cat Tail Pond** **Seabrook Island, SC 29455** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5106968** | | | Warranty | | | | |
| **Jean C Daltirus** **243 Yellow Springs Court** **Yardley, PA 19067** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2011** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5112822 | | | | Warranty | | | | |
| Jean C Riehle 195 Pease Road Manalapan, NJ 07726 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131094 | | | | Warranty | | | | |
| Jean Exume 337 Crystal Rock Road Temple, PA 19560 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127657 | | | | Warranty | | | | |
| Jean Ferguson 7814 Twp Rd 291 SE Box 427 Corning, OH 43730 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107352 | | | | Warranty | | | | |
| Jean Konotopka 28991 199th Ave Martin, SD 57551 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102789 | | | | Warranty | | | | |
| Jean M Birmingham 18 Dalton Drive Nelsonville, OH 45764 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2012** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                          ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127145** | | | | **Warranty** | | | | |
| **Jean M Denis** **19475 N Grayhawk Dr** **Scottsdale, AZ 85255** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114513** | | | | **Warranty** | | | | |
| **Jean R Barreau** **2400 Downing Street** **Reading, PA 19605** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113143** | | | | **Warranty** | | | | |
| **Jean R Lambert** **5624 Washington Road** **Albany, OH 45710** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109332** | | | | **Warranty** | | | | |
| **Jean Rowe** **2057 Wethersfield Court** **Reston, VA 20191** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5088339** | | | | **Warranty** | | | | |
| **Jean S Cubbison** **109 Easy Street** **Renfrew, PA 16053** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2013** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5110579 | | | Warranty | | | | |
| Jean States 2940 South Hood Ranch Meridian, ID 83642 | - | | | | | | 440.08 |
| Account No. 5095313 | | | Warranty | | | | |
| Jean T Ferrante 209 Northmont Drive Verona, PA 15147 | - | | | X | X | | 0.00 |
| Account No. 5077890 | | | Warranty | | | | |
| Jean Tatar 324 Holiday Drive Pittsburgh, PA 15237 | - | | | X | X | | 0.00 |
| Account No. 5101202 | | | Warranty | | | | |
| Jeanette Beltran 41811 W Avella Drive Maricopa, AZ 85238 | - | | | X | X | | 0.00 |
| Account No. 5084705 | | | Warranty | | | | |
| Jeanette Delvalle 4630 Reach Street Philadelphia, PA 19120 | - | | | X | X | | 0.00 |

Sheet no. **2014** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 440.08

In re **Great Lakes Warranty Corporation**      Case No. _____

                                               ,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109388** | | | Warranty | | | | |
| **Jeanette Knipfer** **601 W Wenger Road** **Englewood, OH 45322** | - | | | X | X | | 0.00 |
| Account No. **5099101** | | | Warranty | | | | |
| **Jeanette L Cornwell** **580 Lincoln Avenue #3** **Circleville, OH 43113** | - | | | X | X | | 0.00 |
| Account No. **5123565** | | | Warranty | | | | |
| **Jeanette M Ireland** **118 Remil Dr** **Butler, PA 16001** | - | | | X | X | | 0.00 |
| Account No. **5104799** | | | Warranty | | | | |
| **Jeanette Marie Lancas** **948 Greenfield Avenue** **Pittsburgh, PA 15217** | - | | | X | X | | 0.00 |
| Account No. **5110909** | | | Warranty | | | | |
| **Jeanette R Harris** **521 McNair Street** **Pittsburgh, PA 15221** | - | | | | | | 192.46 |

Sheet no. **2015** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal       192.46
(Total of this page)

In re **Great Lakes Warranty Corporation**         Case No. _____

_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5063847** | | | | Warranty | | | | |
| **Jeanette Rivera** **190-A Redwood Ave** **Ironwood, NY 11096** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084303** | | | | Warranty | | | | |
| **Jeanette Suzanne Guzzetti** **7575 E Indian Bend Road  Apt 2072** **Scottsdale, AZ 85250** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094882** | | | | Warranty | | | | |
| **Jeanie B Jeffcoat** **2614 Riverland Drive** **Cayce, SC 29033** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124056** | | | | Warranty | | | | |
| **Jeanine Edel** **23 Shadiside Avenue** **Keansburg, NJ 07734** | - | | | | | | | |
| | | | | | | | | 223.78 |
| Account No. **5125262** | | | | Warranty | | | | |
| **Jeanine Haseleu** **119 Clearview Ave** **Pittsburgh, PA 15205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2016** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

223.78

In re   **Great Lakes Warranty Corporation**                                     ,   Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5092446** | | | | | Warranty | | | | |
| **Jeanine M Havens** **640 Pine Street  PO Box 146** **Merrittstown, PA 15463** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5125860 | | | | | Warranty | | | | |
| **Jeanine Marie Michael** **5503 E. Danbury Road** **Scottsdale, AZ 85254** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5096069 | | | | | Warranty | | | | |
| **Jeanne  Predmore** **2417 Jericho Dr** **Harrisburg, PA 17110** | - | | | | | | | | |
| | | | | | | | | | 199.69 |
| Account No. 5104193 | | | | | Warranty | | | | |
| **Jeanne A Carroto** **1150 Corsham Court** **Akron, OH 44312** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5086000 | | | | | Warranty | | | | |
| **Jeanne A Corroto** **1150 Corsham Circle** **Akron, OH 44312** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2017**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

199.69

In re    **Great Lakes Warranty Corporation**                  ,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5100745** | | - | | **Warranty** | | | | |
| **Jeanne Burns** **4615 Hoy Place** **Annondale, VA 22003** | | | | | | | | **821.00** |
| Account No. **5125859** | | - | | **Warranty** | X | X | | |
| **Jeanne Jonard** **6008 Shala Dr** **Nashport, OH 43930** | | | | | | | | **0.00** |
| Account No. **5109300** | | - | | **Warranty** | X | X | | |
| **Jeanne Knowlton** **8 Carleton Court** **Camp Hill, PA 17011** | | | | | | | | **0.00** |
| Account No. **5120702** | | - | | **Warranty** | X | X | | |
| **Jeanne L Knisely** **314 East Main St** **Roaring Spring, PA 16673** | | | | | | | | **0.00** |
| Account No. **5108148** | | - | | **Warranty** | X | X | | |
| **Jeanne Phillips** **3 Emily Circle** **Horsham, PA 19044** | | | | | | | | **0.00** |

Sheet no. **2018** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal         | **821.00**
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128909** | | | Warranty | | | | |
| **Jeanne S Reid**<br>**16 Boxwood Lane**<br>**Greenville, SC 29601** | - | | | X | X | | 0.00 |
| Account No. **5086839** | | | Warranty | | | | |
| **Jeannette Clegg**<br>**1331 Vermont Place NE**<br>**Canton, OH 44714** | - | | | X | X | | 0.00 |
| Account No. **5081619** | | | Warranty | | | | |
| **Jeannette Ross Tyler**<br>**35 E Hillcrest Avenue**<br>**Dayton, OH 45405** | - | | | X | X | | 0.00 |
| Account No. **5117966** | | | Warranty | | | | |
| **Jeannette A Roche**<br>**313 S Magnolia Dr**<br>**glenshaw, PA 15116** | - | | | | | | 81.07 |
| Account No. **5130706** | | | Warranty | | | | |
| **Jeannette Aguiniga**<br>**2050 North Betty Lane Apt #124**<br>**Ls Vegas, NV 89156** | - | | | X | X | | 0.00 |

Sheet no. **2019** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 81.07

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5124565 | | | | Warranty | | | | |
| Jeannette Ely 153 East Penn Street Carlisle, PA 17013 | - | | | | X | X | | 0.00 |
| Account No. 5104721 | | | | Warranty | | | | |
| Jeannette F Rassey 618 State Street Pulaski, PA 16143 | - | | | | X | X | | 0.00 |
| Account No. 5087190 | | | | Warranty | | | | |
| Jeannette Gibson 2750 Soldiers Home WC Road Dayton, OH 45418 | - | | | | X | X | | 0.00 |
| Account No. 5066907 | | | | Warranty | | | | |
| Jeannette Miskimmin 3910 McLean Drive McKeesport, PA 15133 | - | | | | | | | 269.28 |
| Account No. 5095736 | | | | Warranty | | | | |
| Jeannie F Van Zandt 3 Oak Street Cuddy, PA 15031 | - | | | | X | X | | 0.00 |

Sheet no. **2020** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **269.28**

In re **Great Lakes Warranty Corporation**         Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5070296** | | | | **Warranty** | | | | |
| **Jeannie Owen**<br>**36384 Skinner Rd**<br>**Pomeroy, OH 45769** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5074746** | | | | **Warranty** | | | | |
| **Jed A Fisher**<br>**PO Box 6723**<br>**Goodyear, AZ 85338** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101094** | | | | **Warranty** | | | | |
| **Jed A Gibbons**<br>**103 Franklin St**<br>**Northen Cambria, PA 15714** | - | | | | | | | |
| | | | | | | | | 350.00 |
| Account No. **5079410** | | | | **Warranty** | | | | |
| **Jed Goldfarb**<br>**511 Harbor Place**<br>**W New York, NJ 07093** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095979** | | | | **Warranty** | | | | |
| **Jed Henderick**<br>**972 Oak Dr**<br>**Glencoe, IL 60022** | - | | | | | | | |
| | | | | | | | | 532.32 |

Sheet no. **2021** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      882.32

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5081298** | | | | | **Warranty** | | | | |
| **Jeff Brown**<br>**PO Box 256**<br>**Adna, WA 98522** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5117923** | | | | | **Warranty** | | | | |
| **Jeff Hendrick**<br>**4944 sough Highway 261**<br>**Hardinsburg, KY 40143** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5120839** | | | | | **Warranty** | | | | |
| **Jeff Johnson**<br>**5212 Ash St**<br>**Roeland Park, KS 66205** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5132383** | | | | | **Warranty** | | | | |
| **Jeff Sanders**<br>**611 Hastings Drive**<br>**Harrisburg, PA 17109** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5118854** | | | | | **Warranty** | | | | |
| **Jeff Slane**<br>**1377 Woodlock Rd**<br>**Mt Pleasant, SC 29464** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2022** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                    ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109575** | | | | Warranty | | | | |
| **Jeff B Strong** **3361 Calais Circle** **Antioch, TN 37013** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073407** | | | | Warranty | | | | |
| **Jeff Bradenbaugh** **3274 Van Buren Drive** **Brunswick, OH 44212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104922** | | | | Warranty | | | | |
| **Jeff Bratt** **6640 Revere Street** **Philadelphia, PA 19149** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5068150** | | | | Warranty | | | | |
| **Jeff Bunims** **3600 West Starr Pass Boulevard** **Tucson, AZ 85745** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127772** | | | | Warranty | | | | |
| **Jeff C Nelson** **1081 Court Ave  No 221** **Memphis, TN 38104** | - | | | | | | | |
| | | | | | | | | 376.84 |

Sheet no. **2023** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              376.84

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114191 | | | | Warranty | | | | |
| Jeff Crimaldi 722 Locust Drive Tallmadge, OH 44278 | - | | | | X | X | | 0.00 |
| Account No. 5088485 | | | | Warranty | | | | |
| Jeff Cruea 373 Miles Ave Tipp City, OH 45371 | - | | | | X | X | | 0.00 |
| Account No. 5067140 | | | | Warranty | | | | |
| Jeff Cuellar 56 South Auburndale Memphis, TN 38104 | - | | | | X | X | | 0.00 |
| Account No. 5091605 | | | | Warranty | | | | |
| Jeff D Bowman 9002 Old Smyrna Road Brentwood, TN 37027 | - | | | | X | X | | 0.00 |
| Account No. 5100505 | | | | Warranty | | | | |
| Jeff Ford 309 Hunters Mill Lane Evington, VA 24550 | - | | | | X | X | | 0.00 |

Sheet no. __2024__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                              ,     Case No. _____

                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5115371** | | | **Warranty** | | | | |
| **Jeff Giovino 188 Blue Jay Way Hummelstown, PA 17036** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114334** | | | **Warranty** | | | | |
| **Jeff Hamm 760 Bud Court Murfreesboro, TN 37130** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5106383** | | | **Warranty** | | | | |
| **Jeff Holmes 5395 Waddell Hollow Road Franklin, TN 37064** | - | | | | | | |
| | | | | | | | 454.99 |
| Account No. **5070393** | | | **Warranty** | | | | |
| **Jeff Hughes 2861 E Temple Ct Gilbert, AZ 85296** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5061425** | | | **Warranty** | | | | |
| **Jeff Huss 14800 Staring Lake Parkway Eden Prarie, MN 55347** | - | | | | | | |
| | | | | | | | 870.00 |

Sheet no. **2025** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,324.99**

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127474** | | | **Warranty** | | | | |
| **Jeff Jacobson** **73 Pine Street** **Swansea, MA 02777** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129235** | | | **Warranty** | | | | |
| **Jeff Johnston** **2902 Polo Club Road** **Nashville, TN 37221** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5081508** | | | **Warranty** | | | | |
| **Jeff Jones** **864 Betty Avenue** **Logan, OH 43138** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130232** | | | **Warranty** | | | | |
| **Jeff Klamut** **3015 Mary St** **Ardara, PA 15616** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113277** | | | **Warranty** | | | | |
| **Jeff Kohl** **507 Chippenham** **Franklin, TN 37069** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**2026** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**       ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5107347** | | | | **Warranty** | | | | |
| **Jeff Loniewski** **3355 West US 20** **Laponte, IN 46350** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092455** | | | | **Warranty** | | | | |
| **Jeff M Sproveri** **524 West Washington Street** **Corry, PA 16407** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121800** | | | | **Warranty** | | | | |
| **Jeff McEver** **2847 Polo Club Rd** **Nashville, TN 37221** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **5125516** | | | | **Warranty** | | | | |
| **Jeff McGuire** **520 E. Main Street** **Washingtonville, OH 44490** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092996** | | | | **Warranty** | | | | |
| **Jeff Mintzer** **14 Chrisamber Drive** **Orwigsburg, PA 17961** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2027** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                         **0.00**
(Total of this page)

In re  **Great Lakes Warranty Corporation**                                          ,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5129819** | | | | | **Warranty** | | | | |
| **Jeff Mitchum**<br>**305 Walnut Grove Road**<br>**Unionville, TN 37180** | - | | | | | | | | |
| | | | | | | | | | **2,996.00** |
| Account No. **5088806** | | | | | **Warranty** | | | | |
| **Jeff Owens**<br>**4242 E Nineteenth Street**<br>**Spokane, WA 99223** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5112356** | | | | | **Warranty** | | | | |
| **Jeff Pacelt Display Network Inc**<br>**3890 Comers Drive**<br>**Saint Charles, IL 60174** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5086390** | | | | | **Warranty** | | | | |
| **Jeff R Wilkins**<br>**PO Box 454**<br>**Berlin, OH 44610** | - | | | | | | | | |
| | | | | | | | | | **5,405.31** |
| Account No. **5111982** | | | | | **Warranty** | | | | |
| **Jeff Rainey**<br>**5130 Sheets Road**<br>**Logan, OH 43138** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2028** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                **8,401.31**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5106006 | | | | | Warranty | | | | |
| Jeff Riggin 50 Barbara Lane Uniontown, PA 15401 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5129126 | | | | | Warranty | | | | |
| Jeff Roberts 3211 Frantasia Trail Dayton, OH 45449 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5070708 | | | | | Warranty | | | | |
| Jeff Rueb 3308 W Walter Way Phoenix, AZ 85027 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5081310 | | | | | Warranty | | | | |
| Jeff Sherwin 1111Chaucer Drive Greensburg, PA 15601 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5110938 | | | | | Warranty | | | | |
| Jeff Spears 1083 Moran Road Frankllin, TN 37069 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2029** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re __Great Lakes Warranty Corporation__ , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5103390** | | | Warranty | | | | |
| Jeff T Long 2739 Rear Gruyan Avenue Huntington, WV 25702 | - | | | X | X | | 0.00 |
| Account No. **5123668** | | | Warranty | | | | |
| Jeff Topping 1517 Hollow Tree Las Vegas, NV 89032 | - | | | X | X | | 0.00 |
| Account No. **5125087** | | | Warranty | | | | |
| Jeff Walker 2104 Willow Wren Dr North Las Vegas, NV 89084 | - | | | X | X | | 0.00 |
| Account No. **5058292** | | | Warranty | | | | |
| Jeff Zenoniani 3316 Andalusia Blvd. Cape Coral, FL 33909 | - | | | | | | 497.00 |
| Account No. **5066735** | | | Warranty | | | | |
| Jefferey Neris 2214 Faunce Street Philadelphia, PA 19152 | - | | | X | X | | 0.00 |

Sheet no.__2030__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    497.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5107994** | | | | Warranty | | | | |
| **Jefferey Watson**<br>**3170 E Rocky Slope Drive**<br>**Phoenix, AZ 85048** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118091** | | | | Warranty | | | | |
| **Jefferson S Silva**<br>**9545 Brentford Drive**<br>**Highlands Ranch, CO 80130** | - | | | | | | | |
| | | | | | | | | 150.00 |
| Account No. **5115220** | | | | Warranty | | | | |
| **Jeffery A  Barr**<br>**116 E Main St**<br>**Sellersville, PA 18960** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114738** | | | | Warranty | | | | |
| **Jeffery A Jackson**<br>**845 N Broad Street**<br>**Lancaster, OH 43130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129772** | | | | Warranty | | | | |
| **Jeffery Alan Duna**<br>**9750 Peace Way**<br>**Las Vegas, NV 89147** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2031** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

150.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5123748** | | | | | Warranty | | | | |
| **Jeffery Compton AB1 Mountainview Manor Morgantown, WV 26501** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5093854** | | | | | Warranty | | | | |
| **Jeffery G Johnson 1419 17th Street Canton, OH 44703** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5112285** | | | | | Warranty | | | | |
| **Jeffery Getts 3320 Brookview Blvd Parma, OH 44134** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5091198** | | | | | Warranty | | | | |
| **Jeffery Goodwill 365 Sixth Street Corry, PA 16407** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5108396** | | | | | Warranty | | | | |
| **Jeffery Hall 737 Redwood Circle Columbia, TN 38401** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2032** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5089672** | | | | **Warranty** | | | | |
| **Jeffery Harmon** **4188 Winding Way** **Indianapolis, IN 46220** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090687** | | | | **Warranty** | | | | |
| **Jeffery Jackson** **123 Horace Street** **Dayton, OH 45402** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089480** | | | | **Warranty** | | | | |
| **Jeffery McCoy** **304 Minton Street** **Pittsburgh, PA 15204** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108568** | | | | **Warranty** | | | | |
| **Jeffery P Ogg** **860 Meadowview Drive** **Canal Fulton, OH 44614** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102646** | | | | **Warranty** | | | | |
| **Jeffery Prince** **3008 Shady Glen** **Murfreesboro, TN 37128** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2033** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095922** | | | **Warranty** | | | | |
| **Jeffery R Crider 819 Rockridge Road Connellsville, PA 15425** | - | | | X | X | | 0.00 |
| Account No. **5086410** | | | **Warranty** | | | | |
| **Jeffery R Karam 4082 Meckes Drive Walnutport, PA 18088** | - | | | X | X | | 0.00 |
| Account No. **5114897** | | | **Warranty** | | | | |
| **Jeffery S Brewer 2215 Cotter Road Mansfield, OH 44903** | - | | | X | X | | 0.00 |
| Account No. **5105455** | | | **Warranty** | | | | |
| **Jeffery Santicola 416 Maryland Avenue Oakmont, PA 15139** | - | | | X | X | | 0.00 |
| Account No. **5085789** | | | **Warranty** | | | | |
| **Jeffery Thomson 723 Carpenter Way Woodstock, GA 30188** | - | | | X | X | | 0.00 |

Sheet no. **2034** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5121553 | | | Warranty | | | | |
| Jeffery VanDerMeulen 58 Magnolia Ave Northfield, OH 44067 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5087738 | | | Warranty | | | | |
| Jeffery W Borgersen 1300 W Warner Road  j#1094 Gilbert, AZ 85233 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5122673 | | | Warranty | | | | |
| Jeffery W Krebs Jr 315 Chestnut St  Apt 3 Sewickley, PA 15143 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5121807 | | | Warranty | | | | |
| Jeffrey H High 2350 Cubit Street  Apt 205 Eugene, OR 97402 | - | | | | | | |
| | | | | | | | 1,880.59 |
| Account No. 5119103 | | | Warranty | | | | |
| Jeffrey  CD McCoy 206 W Osbun St Mt Victory, OH 43340 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2035** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  |  **1,880.59**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5072359 | | | | Warranty | | | | |
| Jeffrey Favar 1302 Kennedy Dr Manchester, TN 37355 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5094307 | | | | Warranty | | | | |
| Jeffrey Plewak 10660 South Park Avenue Clarence, NY 14031 | - | | | | | | | |
| | | | | | | | | 508.91 |
| Account No. 5108351 | | | | Warranty | | | | |
| Jeffrey Williams 1874 Old forge Rd Magadore, OH 44260 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087750 | | | | Warranty | | | | |
| Jeffrey Younsuk Lee 907 N Longwood Drive Clarks Summit, PA 18411 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087952 | | | | Warranty | | | | |
| Jeffrey A Bishop 422 Mount Drive Sevierville, TN 37876 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2036** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

508.91

In re __Great Lakes Warranty Corporation__ , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5126553 | | | Warranty | | | | |
| Jeffrey A Bogan 3208 Lone Prairie Ct N Las Vegas, NV 89031 | - | | | X | X | | 0.00 |
| Account No. 5087740 | | | Warranty | | | | |
| Jeffrey A Bolewake 1105 Connellsville Road Fayette City, PA 15438 | - | | | X | X | | 0.00 |
| Account No. 5104101 | | | Warranty | | | | |
| Jeffrey A Keirn 163 Anna Drive  NW Canton, OH 44708 | - | | | X | X | | 0.00 |
| Account No. 5094662 | | | Warranty | | | | |
| Jeffrey A Martin 102 Walden Farm Circle Union, OH 45322 | - | | | X | X | | 0.00 |
| Account No. 5085494 | | | Warranty | | | | |
| Jeffrey A Peikins 3399 Lownesdale Cleveland Heights, OH 44112 | - | | | X | X | | 0.00 |

Sheet no. __2037__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re    **Great Lakes Warranty Corporation** _____,   Case No. _____

                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100630** | | | **Warranty** | | | | |
| **Jeffrey A Rudy** **18 Rehrersburg Road PO Box 99** **Rehrersburg, PA 19550** | - | | | X | X | | 0.00 |
| Account No. **5118213** | | | **Warranty** | | | | |
| **Jeffrey A Waugh** **2854 Gibson Dr** **Columbus, OH 43207** | - | | | X | X | | 0.00 |
| Account No. **5131278** | | | **Warranty** | | | | |
| **Jeffrey Andrews** **1298 Highland Ave E** **Salem, OH 44460** | - | | | X | X | | 0.00 |
| Account No. **5097229** | | | **Warranty** | | | | |
| **Jeffrey Artz** **1198 E Main Street** **Hegins, PA 17938** | - | | | X | X | | 0.00 |
| Account No. **5086459** | | | **Warranty** | | | | |
| **Jeffrey Bailey** **3054 Unionville Deason Rd** **Bell Buckle, TN 37020** | - | | | X | X | | 0.00 |

Sheet no. **2038** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5062036** | | | Warranty | | | | |
| **Jeffrey Baker** **216 Kingsville Way** **Roaming Shores, OH 44084** | | - | | | | | 589.95 |
| Account No. **5097321** | | | Warranty | | | | |
| **Jeffrey Barker** **21 November Terrace** **Weston, CT 06883** | | - | | | | | 610.06 |
| Account No. **5093956** | | | Warranty | | | | |
| **Jeffrey Bickel** **150 Hepner Road** **Hamburg, PA 19526** | | - | | X | X | | 0.00 |
| Account No. **5064101** | | | Warranty | | | | |
| **Jeffrey Bishop** **1616 Rifle Range** **Mount Pleasant, SC 29464** | | - | | X | X | | 0.00 |
| Account No. **5111246** | | | Warranty | | | | |
| **Jeffrey Bott** **287 Route 68** **Rochester, PA 15074** | | - | | | | | 358.48 |

Sheet no. **2039** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,558.49**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131790** | | | Warranty | | | | |
| **Jeffrey Boudinot 13594 Clover Valley Road Croton, OH 43013** | - | | | X | X | | 0.00 |
| Account No. **5128591** | | | Warranty | | | | |
| **Jeffrey Bradford 40 North Gamble Shelby, OH 44875** | - | | | X | X | | 0.00 |
| Account No. **5124530** | | | Warranty | | | | |
| **Jeffrey Braxton 233 Atlantic Street Brigeton, NJ 08302** | - | | | X | X | | 0.00 |
| Account No. **5130814** | | | Warranty | | | | |
| **Jeffrey Breighner 50 Mulligan Drive Etters, PA 17319** | - | | | | | | 137.23 |
| Account No. **5116096** | | | Warranty | | | | |
| **Jeffrey Burgess 48 Salisbury Avenue N Kingstown, RI 02852** | - | | | X | X | | 0.00 |

Sheet no. **2040** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

137.23

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097858** | | | | Warranty | | | | |
| **Jeffrey C Payne** **1530 West Longhorn Ct** **Chandler, AZ 85248** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111316** | | | | Warranty | | | | |
| **Jeffrey C Nahley** **4433 Georgian Place** **Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092850** | | | | Warranty | | | | |
| **Jeffrey C Schmidt** **2585 Church Lane** **Kintnersville, PA 18930** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5070441** | | | | Warranty | | | | |
| **Jeffrey Caley** **2227 12th St SW** **Canton, OH 44706** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126207** | | | | Warranty | | | | |
| **Jeffrey Cline** **107 Klime Road** **Bendersville, PA 17306** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2041** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

In re   **Great Lakes Warranty Corporation**                ,      Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5119727** | | | Warranty | | | | |
| **Jeffrey Croy** **1456 B Gaylord Circle** **Mesa, AZ 85213** | - | | | X | X | | **0.00** |
| Account No. **5107962** | | | Warranty | | | | |
| **Jeffrey D Cancilla** **2478 William Flynn Highway** **Butler, PA 16001** | - | | | | | | **306.00** |
| Account No. **5083646** | | | Warranty | | | | |
| **Jeffrey D Mathies** **619 Calle Concordia** **Pueblo West, CO 81007** | - | | | X | X | | **0.00** |
| Account No. **5101551** | | | Warranty | | | | |
| **Jeffrey D Natter** **4355 E Barlind Drive** **Pittsburgh, PA 15227** | - | | | X | X | | **0.00** |
| Account No. **5087576** | | | Warranty | | | | |
| **Jeffrey D Paraoan** **10651 Ashford Circle** **Waldorf, MD 20603** | - | | | | | | **181.87** |

Sheet no. **2042** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal           | **487.87**

(Total of this page)

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5118971** | | | | | **Warranty** | | | | |
| **Jeffrey D Radziwon**<br>**11 Kenmore Rd**<br>**Yardley, PA 19067** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5104600** | | | | | **Warranty** | | | | |
| **Jeffrey D Sanders**<br>**613 General Barksdale Drive**<br>**Smyrna, TN 37167** | - | | | | | | | | |
| | | | | | | | | | **1,017.47** |
| Account No. **5115329** | | | | | **Warranty** | | | | |
| **Jeffrey D Turner**<br>**7311 Grindle Road**<br>**Wadsworth, OH 44281** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5111749** | | | | | **Warranty** | | | | |
| **Jeffrey D Williams**<br>**108 Groff Road**<br>**Confluence, PA 15424** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5084760** | | | | | **Warranty** | | | | |
| **Jeffrey Dawson**<br>**146 Huntingwood Drive**<br>**Lancaster, PA 17602** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2043** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,017.47**

In re   **Great Lakes Warranty Corporation**                          ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5086040 | | | | Warranty | | | | |
| Jeffrey Derstler 511 East Chestnut Street Lancaster, PA 17602 | - | | | | X | X | | 0.00 |
| Account No. 5094655 | | | | Warranty | | | | |
| Jeffrey Dervanick 104 3rd Ave Pittsburgh, PA 15229 | - | | | | X | X | | 0.00 |
| Account No. 5061889 | | | | Warranty | | | | |
| Jeffrey Drummonds 750 Princeton Hills Dr Brentwood, TN 37027 | - | | | | X | X | | 0.00 |
| Account No. 5102085 | | | | Warranty | | | | |
| Jeffrey E Hugus 12352 Beaver Creek Salem, OH 44460 | - | | | | X | X | | 0.00 |
| Account No. 5089663 | | | | Warranty | | | | |
| Jeffrey E Jones 3721 E 154th Street Cleveland, OH 44120 | - | | | | X | X | | 0.00 |

Sheet no. 2044 of 4906 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**             ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5087940** | | | Warranty | | | | |
| **Jeffrey Elliot** **114 Ladomus Circle** **Ridley Park, PA 19078** | - | | | X | X | | 0.00 |
| Account No. **5126735** | | | Warranty | | | | |
| **Jeffrey Elliott** **307 Hickory Street** **Jeannette, PA 15644** | - | | | X | X | | 0.00 |
| Account No. **5106825** | | | Warranty | | | | |
| **Jeffrey F Wall** **1151 Highland Ave** **Ambridge, PA 15003** | - | | | | | | 143.91 |
| Account No. **5129547** | | | Warranty | | | | |
| **Jeffrey Gamble** **230 South Green Road** **S. Euclid, OH 44121** | - | | | X | X | | 0.00 |
| Account No. **5109465** | | | Warranty | | | | |
| **Jeffrey Gase** **2669 Valencia Circle** **Thousand Oaks, CA 91360** | - | | | | | | 52.00 |

Sheet no. **2045** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **195.91**

In re **Great Lakes Warranty Corporation** , Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5101844 | | | | Warranty | | | | |
| Jeffrey Gennaro 24410 N. 43rd Drive Glendale, AZ 85310 | - | | | | | | | 269.25 |
| Account No. 5054617 | | | | Warranty | | | | |
| Jeffrey Goodere 12285 Watsonville Road Gilroy, CA 95020 | - | | | | | | | 1,154.00 |
| Account No. 5127724 | | | | Warranty | | | | |
| Jeffrey Gray 1851 East Cornwell Street Philadelphia, PA 19134 | - | | | | | | | 1,054.56 |
| Account No. 5074308 | | | | Warranty | | | | |
| Jeffrey Greenberg 23500 Country Club Blvd., #12 North Olmsted, OH 44070 | - | | | | X | X | | 0.00 |
| Account No. 5091660 | | | | Warranty | | | | |
| Jeffrey Groover 441 Plantation Place Rincon, GA 31326 | - | | | | | | | 462.00 |

| Sheet no. **2046** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,939.81 |
|---|---|---|

In re    **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5098664 | | | Warranty | | | | |
| Jeffrey H Godfrey II 939 Shady Avenue Charleroi, PA 15022 | - | | | X | X | | 0.00 |
| Account No. 5098381 | | | Warranty | | | | |
| Jeffrey Hanshaw 15 S Arch Street Dellroy, OH 44620 | - | | | X | X | | 0.00 |
| Account No. 5132109 | | | Warranty | | | | |
| Jeffrey Haynam 9291 Rochester Road Minerva, OH 44657 | - | | | X | X | | 0.00 |
| Account No. 5102516 | | | Warranty | | | | |
| Jeffrey Hecht 11340 Santa Barbara Drive Plain City, OH 43064 | - | | | X | X | | 0.00 |
| Account No. 5072599 | | | Warranty | | | | |
| Jeffrey Hecht 4114 E Calle Redonda   #52 Phoenix, AZ 85018 | - | | | X | X | | 0.00 |

Sheet no. **2047** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                              0.00

In re **Great Lakes Warranty Corporation**      Case No. _____

_____,
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5124013 | | | | Warranty | | | | |
| Jeffrey Henson 3345 Dell Glade Memphis, TN 38111 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093870 | | | | Warranty | | | | |
| Jeffrey Hill 140 Blue Jasmine Lane Summerville, SC 29483 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113929 | | | | Warranty | | | | |
| Jeffrey Howiler 851 Jones Avenue Newark, OH 43055 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118670 | | | | Warranty | | | | |
| Jeffrey Johnson 2609 Lexington Place McKinney, TX 75070 | - | | | | | | | |
| | | | | | | | | 733.16 |
| Account No. 5130085 | | | | Warranty | | | | |
| Jeffrey Kelly 1170 Tumbleweed Street Uniontown, OH 44685 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2048** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **733.16**

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125212** | | | | **Warranty** | | | | |
| **Jeffrey Kimbrell**<br>**1744 Brownell Road**<br>**Dayton, OH 45430** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5080500** | | | | **Warranty** | | | | |
| **Jeffrey Kozlowski**<br>**7935 Jackson Road**<br>**Beaumont, TX 77706** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131846** | | | | **Warranty** | | | | |
| **Jeffrey Kunkle**<br>**341 Washington Street**<br>**Latrobe, PA 15650** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095942** | | | | **Warranty** | | | | |
| **Jeffrey L Brown**<br>**705 Blanchard Street**<br>**Osceola Mills, PA 16666** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128483** | | | | **Warranty** | | | | |
| **Jeffrey L Deiseroth**<br>**103 Arjay Dr**<br>**Lower Burrell, PA 15068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __**2049**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   0.00

In re **Great Lakes Warranty Corporation**           ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5037420** <br><br> **Jeffrey L Hysell** <br> **32097 Twp Road 704** <br> **Racine, OH 45771** | - | | | **Warranty** | | | | 308.10 |
| Account No. **5112954** <br><br> **Jeffrey L Kennedy** <br> **1306 Harvest Grove Boulevard** <br> **Murfreesboro, TN 37129** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5095006** <br><br> **Jeffrey L Masloski** <br> **243 Hagan Street** <br> **Adena, OH 43901** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5109635** <br><br> **Jeffrey L Moyer** <br> **2544 Brown Avenue** <br> **Grapeville, PA 15634** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5092962** <br><br> **Jeffrey L Potteiger** <br> **143 S Maple Street** <br> **Mt Carmel, PA 17851** | - | | | **Warranty** | X | X | | 0.00 |

Sheet no. **2050** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal <br>(Total of this page)          **308.10**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108957** | | | Warranty | | | | |
| **Jeffrey L Snook 2022 W Third Street  PO Box 4082 Williamsport, PA 17701** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100459** | | | Warranty | | | | |
| **Jeffrey L Spees 1298 Woodforest NW Massillon, OH 44647** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5117324** | | | Warranty | | | | |
| **Jeffrey L Weston 5905 Airways Boulevard Southaven, MS 38671** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107011** | | | Warranty | | | | |
| **Jeffrey Laper 1512 Carr Avenue Memphis, TN 38104** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5090039** | | | Warranty | | | | |
| **Jeffrey Lazarus 10350 E. Easter Avenue Centennial, CO 80112** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2051** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                   ,                    Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128725** | | | | Warranty | | | | |
| **Jeffrey Leary** **230 North C Avenue** **Beatty, NV 89003** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132325** | | | | Warranty | | | | |
| **Jeffrey Leibepsperger** **67 W Laurel Street** **Bethlehem, PA 18018** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089909** | | | | Warranty | | | | |
| **Jeffrey Leon  Scott** **11183 W Tonto Street** **Avondale, AZ 85323** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130699** | | | | Warranty | | | | |
| **Jeffrey Lorson** **11818 Keener Drive** **Orrville, OH 44667** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5076011** | | | | Warranty | | | | |
| **Jeffrey M Eger** **637 East Gore Road** **Erie, PA 16509** | - | | | | | | | |
| | | | | | | | | 368.36 |

Sheet no. **2052** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                 368.36

In re **Great Lakes Warranty Corporation**  , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5088658 | | | | Warranty | | | | |
| Jeffrey M Everhart 2933 Falls Road Bainbridge, OH 45612 | | - | | | X | X | | 0.00 |
| Account No. 5073974 | | | | Warranty | | | | |
| Jeffrey M Mains 5800 White Horse Pike Egg Harbor City, NJ 08215 | | - | | | X | X | | 0.00 |
| Account No. 5130830 | | | | Warranty | | | | |
| Jeffrey M Nace 130 North St George St Allentown, PA 18104 | | - | | | X | X | | 0.00 |
| Account No. 5084636 | | | | Warranty | | | | |
| Jeffrey M School 315 3rd St Monongahela, PA 15167 | | - | | | X | X | | 0.00 |
| Account No. 5111008 | | | | Warranty | | | | |
| Jeffrey Maldonado 35468 N Shorthorn Trail Queen Creek, AZ 85243 | | - | | | X | X | | 0.00 |

Sheet no. **2053** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5069010** | | | Warranty | | | | |
| **Jeffrey Manzolli** **18217 NE 100th Court** **Redmond, WA 98052** | - | | | X | X | | 0.00 |
| Account No. **5111349** | | | Warranty | | | | |
| **Jeffrey McElnea** **5 Bayview Place** **Madison, CT 06443** | - | | | X | X | | 0.00 |
| Account No. **5089898** | | | Warranty | | | | |
| **Jeffrey McKain** **1608 Duke of Windsor Road** **Virginia Beach, VA 23454** | - | | | X | X | | 0.00 |
| Account No. **5092897** | | | Warranty | | | | |
| **Jeffrey Menchofer** **3120 East 216th St** **Cicero, TN 46034** | - | | | X | X | | 0.00 |
| Account No. **5106330** | | | Warranty | | | | |
| **Jeffrey Michael McLaughlin** **212 Clearview Lane** **Lincoln University, PA 18352** | - | | | X | X | | 0.00 |

Sheet no. **2054** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131178** | | | | **Warranty** | | | | |
| **Jeffrey Moorehead** **304 Aldrich Avenue** **Altoona, PA 16602** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092443** | | | | **Warranty** | | | | |
| **Jeffrey P Fullam** **2 Oak Street** **Smithfield, RI 02917** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109678** | | | | **Warranty** | | | | |
| **Jeffrey P Kemmler** **2927 Brentwood Avenue** **Pittsburgh, PA 15227** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113483** | | | | **Warranty** | | | | |
| **Jeffrey P Maddon** **518 E Bradstock Way** **Queen Creek, AZ 85240** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092198** | | | | **Warranty** | | | | |
| **Jeffrey P Serrano** **12743 E Lupine Avenue** **Scottsdale, AZ 85259** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __**2055**__ of __**4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124703** <br><br> **Jeffrey Pearson** <br> **2781 Merwether Lane** <br> **Mt Pleasant, SC 29466** | - | | | Warranty | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119026** <br><br> **Jeffrey Phillips** <br> **5 Bayard Rd  Apt 801** <br> **Pittsburgh, PA 15243** | - | | | Warranty | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109360** <br><br> **Jeffrey Pinegar** <br> **35943 Jeffrey Drive** <br> **Sterling Heights, MI 48310** | - | | | Warranty | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5068558** <br><br> **Jeffrey Politis** <br> **2318 Cherry Lane Arden** <br> **Wilmington, DE 19810** | - | | | Warranty | | | | |
| | | | | | | | | 1,407.26 |
| Account No. **5117882** <br><br> **Jeffrey Powell** <br> **1169 Dotta Dr** <br> **Pen Argyl, PA 18072** | - | | | Warranty | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2056** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,407.26

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5117481 | | | | Warranty | | | | |
| Jeffrey R Fisher 539 Close Lane Nashville, TN 37205 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110851 | | | | Warranty | | | | |
| Jeffrey R Helbig 3457 Westerville Woods Columbus, OH 43231 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5076003 | | | | Warranty | | | | |
| Jeffrey R Rymer 309 Church Street #602 Nashville, TN 37201 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5073898 | | | | Warranty | | | | |
| Jeffrey R Steele 222 Leonard Ave S Nashville, TN 37205 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120724 | | | | Warranty | | | | |
| Jeffrey R Whyle 115 East Manilla Ave Pittsburgh, PA 15220 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2057** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5104409** | | | | | **Warranty** | | | | |
| **Jeffrey R Young** **2240 Belltree Drive** **Reynoldsburg, OH 43068** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5127654** | | | | | **Warranty** | | | | |
| **Jeffrey Robinson** **936 Carpico Drive** **Lancaster, OH 43130** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5123068** | | | | | **Warranty** | | | | |
| **Jeffrey Roger Shirk** **19 Vanderbilt Dr  PO Box 832** **Brownstone, PA 17508** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5066397** | | | | | **Warranty** | | | | |
| **Jeffrey Russell** **4998 Anderson Road** **Pierport, OH 44082** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5071346** | | | | | **Warranty** | | | | |
| **Jeffrey S Collett** **422 E South St** **Coldwater, OH 45828** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2058** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation**                        , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5103391 | | | | | Warranty | | | | |
| Jeffrey S Curry 9261 Meadowglen Drive Cincinnati, OH 45231 | - | | | | | | | | 872.10 |
| Account No. 5118659 | | | | | Warranty | | | | |
| Jeffrey S Krepps PO Box 623  107 North Main St Milroy, PA 17063 | - | | | | | X | X | | 0.00 |
| Account No. 5115146 | | | | | Warranty | | | | |
| Jeffrey S Krugh 5125 Stonehope Road New Albany, OH 43054 | - | | | | | X | X | | 0.00 |
| Account No. 5110079 | | | | | Warranty | | | | |
| Jeffrey S Murray PO Box 464 Woodbine, NJ 08270 | - | | | | | X | X | | 0.00 |
| Account No. 5099847 | | | | | Warranty | | | | |
| Jeffrey S Webb 4200 Jamestown Highway Alpine, TN 38543 | - | | | | | X | X | | 0.00 |

Sheet no. **2059**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        872.10

In re   **Great Lakes Warranty Corporation**                 ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5092317** | | | | Warranty | | | | |
| **Jeffrey S Wimmer**<br>**204 Diehl Drive**<br>**Telford, PA 18969** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5074469** | | | | Warranty | | | | |
| **Jeffrey Sheets**<br>**1517 Skeels Road**<br>**Celina, OH 45822** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122682** | | | | Warranty | | | | |
| **Jeffrey Shields**<br>**314 Naraw Rd**<br>**Shelbyville, TN 31160** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088923** | | | | Warranty | | | | |
| **Jeffrey Smiley**<br>**101 Heather Way**<br>**Brentwood, TN 37027** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130106** | | | | Warranty | | | | |
| **Jeffrey Smith**<br>**3075 Dogwood Drive**<br>**Lititz, PA 17543** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2060** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                                  0.00
(Total of this page)

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5111936 | | | | Warranty | | | | |
| Jeffrey Smith Jr 113 Cherry Hill Rd Shickshinny, PA 18655 | - | | | | X | X | | 0.00 |
| Account No. 5105079 | | | | Warranty | | | | |
| Jeffrey Snodgrass 17300  US 33 Nelsonville, OH 45764 | - | | | | X | X | | 0.00 |
| Account No. 5127221 | | | | Warranty | | | | |
| Jeffrey Stiffler 2755 Lexington Avenue B22 Mansfield, OH 44904 | - | | | | X | X | | 0.00 |
| Account No. 5130169 | | | | Warranty | | | | |
| Jeffrey Stratt 2150 North Tenaya Way #2110 Las Vegas, NV 89128 | - | | | | X | X | | 0.00 |
| Account No. 5115240 | | | | Warranty | | | | |
| Jeffrey Strong 515 Gleneagle Circle Irmo, SC 29063 | - | | | | X | X | | 0.00 |

Sheet no. **2061** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation**                        Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5079785 | | | | Warranty | | | | |
| Jeffrey Sylvester 298 Holly Grove Plantation Lane Washington, LA 70589 | - | | | | | | | 400.00 |
| Account No. 5118470 | | | | Warranty | | | | |
| Jeffrey Szabo 1121 Freeport Rd Natrona Heights, PA 15065 | - | | | | X | X | | 0.00 |
| Account No. 5121906 | | | | Warranty | | | | |
| Jeffrey T Gumaer 350 Ridge Rd Orwigsburg, PA 17061 | - | | | | X | X | | 0.00 |
| Account No. 5128019 | | | | Warranty | | | | |
| Jeffrey T Jarrett 3650 St Andrews Dr Youngstown, OH 44505 | - | | | | X | X | | 0.00 |
| Account No. 5069790 | | | | Warranty | | | | |
| Jeffrey Todd 188 Shirley Dr Monaca, PA 15061 | - | | | | X | X | | 0.00 |

Sheet no. **2062** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal                       **400.00**
(Total of this page)

In re **Great Lakes Warranty Corporation**                                      Case No. _____
                                                                    ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5071042 | | | | Warranty | | | | |
| Jeffrey Trimble 210 Hampton Dr Summerville, SC 29483 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090035 | | | | Warranty | | | | |
| Jeffrey Ulery 3081 W Sixteenth Street Cleveland, OH 44113 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107086 | | | | Warranty | | | | |
| Jeffrey W Sterling 215 Silver Oak Drive Pittsburgh, PA 15220 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5084435 | | | | Warranty | | | | |
| Jeffrey W Wenhold Jr 25 Detweiler Road Sellersville, PA 18960 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5084979 | | | | Warranty | | | | |
| Jeffrey Walther 302 Irvine Road Lexington, KY 40502 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2063** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5110519** | | | | **Warranty** | | | | |
| **Jeffrey Weiss** **348 Franklin Court** **Ambler, PA 19002** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107206** | | | | **Warranty** | | | | |
| **Jeffrey Yokum** **433 Baum Street** **Canton, OH 44707** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085576** | | | | **Warranty** | | | | |
| **Jeffrrey M Yokannis** **147 Fort Pond Boulevard** **East Hampton, NY 11937** | - | | | | | | | |
| | | | | | | | | 103.00 |
| Account No. **5106879** | | | | **Warranty** | | | | |
| **Jeffrrey W Kurtak** **711 Maryland Avenue SW** **Canton, OH 44710** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132353** | | | | **Warranty** | | | | |
| **Jelin Peralta** **1341 Moss Street 2nd Floor** **Reading, PA 19604** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2064** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal
                                (Total of this page)     **103.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131125** | | | Warranty | | | | |
| **Jelka Stojanovic 308 Earl Drive Spartanburg, SC 29306** | - | | | X | X | | 0.00 |
| Account No. **5129913** | | | Warranty | | | | |
| **Jelyn Farquliar 3001 Lake East Drive Las Vegas, NV 89117** | - | | | X | X | | 0.00 |
| Account No. **5108127** | | | Warranty | | | | |
| **Jemond Daughtry 903 Chaqueta Court Smyrna, TN 37167** | - | | | | | | 215.23 |
| Account No. **5063709** | | | Warranty | | | | |
| **Jena Lee Jensen 16447 E Gunsight Dr #2 Fountain Hills, AZ 85268** | - | | | X | X | | 0.00 |
| Account No. **5131964** | | | Warranty | | | | |
| **Jeneen Foreman 650 Gershal Avenue Pittsgrove, NJ 08318** | - | | | X | X | | 0.00 |

Sheet no. **2065** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 215.23

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100861** | | | | **Warranty** | | | | |
| **Jenette McFee** **2745 Highway 50** **Liottle River, SC 29566** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103161** | | | | **Warranty** | | | | |
| **Jenifer L Berger** **3812 Beanblossom Road** **Greenville, OH 45331** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123018** | | | | **Warranty** | | | | |
| **Jenifer R  Gemas** **1118 1/2 Sycamore Street** **Connellsville, PA 15425** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116547** | | | | **Warranty** | | | | |
| **Jenise Musselman** **4372 Upper Bridge Road** **Pennsburg, PA 18073** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107399** | | | | **Warranty** | | | | |
| **Jenn Hegwood** **1729 North Smith Road** **Rnerton, WY 82501** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2066** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**　　　　　　　　　　　　　, 　　　Case No. _____
　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5108874** | | | | Warranty | | | | |
| **Jenna Brumbaugh** **616 N Main Street** **Ithaca, OH 45384** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114679** | | | | Warranty | | | | |
| **Jenna Longstreth** **413 Hamlet Drive W** **Spring Grove, PA 17362** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131641** | | | | Warranty | | | | |
| **Jenna Soltes** **2282 Forest Creek Circle** **Columbus, OH 43223** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5072447** | | | | Warranty | | | | |
| **Jenna Suter** **399 Buttermore Road** **Ruffs Dale, PA 15679** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113183** | | | | Warranty | | | | |
| **Jennifer Dailey** **343 Longfellow Street #B** **Vangergrift, PA 15690** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2067** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　0.00

In re   **Great Lakes Warranty Corporation**                 ,    Case No. _____

                                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5098688** | | | | Warranty | | | | |
| Jennifer Linder 1105 Earl Avenue Smithville, TN 37166 | | - | | | X | X | | 0.00 |
| Account No. **5095694** | | | | Warranty | | | | |
| Jennifer Luckett 1102 Terrace Avenue NW Canton, OH 44708 | | - | | | X | X | | 0.00 |
| Account No. **5093028** | | | | Warranty | | | | |
| Jennifer Means 41 Columbia Rd Monongahela, PA 15063 | | - | | | X | X | | 0.00 |
| Account No. **5112932** | | | | Warranty | | | | |
| Jennifer Pearson 166 Ranger Drive Elizabethton, TN 37643 | | - | | | X | X | | 0.00 |
| Account No. **5088271** | | | | Warranty | | | | |
| Jennifer Unklesbay 1957 Village Street Canton, OH 44707 | | - | | | X | X | | 0.00 |

Sheet no. **2068** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                             0.00
(Total of this page)

In re   **Great Lakes Warranty Corporation**                                        ,        Case No. _____
                                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128352** | | | **Warranty** | | | | |
| **Jennifer A Brown** **747 E Chew St  No1B** **Allentown, PA 18103** | - | | | X | X | | 0.00 |
| Account No. **5080979** | | | **Warranty** | | | | |
| **Jennifer A Cheddadi** **2214 S Goebbert Road  #485** **Arlington Heights, FL 60005** | - | | | | | | 326.50 |
| Account No. **5081221** | | | **Warranty** | | | | |
| **Jennifer A Deal** **8542 Poplar Creek Rd** **Nashville, TN 37221** | - | | | X | X | | 0.00 |
| Account No. **5105961** | | | **Warranty** | | | | |
| **Jennifer A Everman** **1899 Kremer Road** **Maria Stein, OH 45860** | - | | | | | | 422.00 |
| Account No. **5129884** | | | **Warranty** | | | | |
| **Jennifer A Gudknecht** **2036 Blair St** **Philadelphia, PA 19125** | - | | | X | X | | 0.00 |

Sheet no. **2069** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

748.50

In re   **Great Lakes Warranty Corporation**                                              ,         Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5110847 | | | Warranty | | | | |
| Jennifer A Hoarstick 2411 Miller Avenue Coatesville, PA 19320 | - | | | X | X | | 0.00 |
| Account No. 5105022 | | | Warranty | | | | |
| Jennifer A Kost 219 S York Street Mechanicsburg, PA 17055 | - | | | | | | 556.77 |
| Account No. 5100977 | | | Warranty | | | | |
| Jennifer A Kumer 175 Oak Street Fair Oaks, PA 15003 | - | | | X | X | | 0.00 |
| Account No. 5085104 | | | Warranty | | | | |
| Jennifer A Rice 335 Sunset Drive Mendan, OH 45862 | - | | | X | X | | 0.00 |
| Account No. 5122819 | | | Warranty | | | | |
| Jennifer Amy Yocum Dize 16747 Birdham Dr Hamilton, VA 20158 | - | | | X | X | | 0.00 |

Sheet no. **2070** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                556.77

In re   **Great Lakes Warranty Corporation**                                                ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5055603** | | | | | Warranty | | | | |
| Jennifer Anzalone 260 Woodland Dr. Medina, OH 44256 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5065508** | | | | | Warranty | | | | |
| Jennifer Bahnemann 8 Fishing Point Elgin, SC 29045 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5117919** | | | | | Warranty | | | | |
| Jennifer Baugher 5109 Beachview Circle NW Canton, OH 44708 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5128855** | | | | | Warranty | | | | |
| Jennifer Becker 221 3rd Avenue Burnham, PA 17009 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5125220** | | | | | Warranty | | | | |
| Jennifer Belisle 1821 Bryn Mawr Drive Newark, OH 43055 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2071** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____

_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5092576** | | | | **Warranty** | | | | |
| **Jennifer Borgelt** **1879 State Route 99S** **Willard, OH 44890** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102644** | | | | **Warranty** | | | | |
| **Jennifer Boulton** **3629 Valley Vista Road** **Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086228** | | | | **Warranty** | | | | |
| **Jennifer Bradley** **116 E Montgomery Avenue  Apt 215** **Ardmore, PA 19003** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128947** | | | | **Warranty** | | | | |
| **Jennifer Cardaci** **134 East Atlantic Avenue** **Villas, NJ 08251** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116006** | | | | **Warranty** | | | | |
| **Jennifer Cassidy** **1036 Nutmeg Square South** **Troy, OH 45373** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2072** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132504** | | | | **Warranty** | | | | |
| **Jennifer Conwell** **577 LWE** **Chambersburg, PA 17201** | - | | | | X | X | | 0.00 |
| Account No. **5043449** | | | | **Warranty** | | | | |
| **Jennifer Cowart** **1137 S. Fork Dr.** **Sevierville, TN 37862** | - | | | | X | X | | 0.00 |
| Account No. **5131254** | | | | **Warranty** | | | | |
| **Jennifer Davidson** **514 Madison Avenue** **Woodbine, NJ 08270** | - | | | | X | X | | 0.00 |
| Account No. **5112638** | | | | **Warranty** | | | | |
| **Jennifer Despain** **9566 W. Maplewood Avenue** **Littleton, CO 80123** | - | | | | | | | 1,514.00 |
| Account No. **5099771** | | | | **Warranty** | | | | |
| **Jennifer Ditty** **5307 Elkins Avenue** **Nashville, TN 37209** | - | | | | X | X | | 0.00 |

Sheet no. **2073** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,514.00

In re **Great Lakes Warranty Corporation**                                      Case No. _____
                                                                      ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5114165 | | | | Warranty | | | | |
| Jennifer Dotel 1282 Main Street Northampton, PA 18067 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090732 | | | | Warranty | | | | |
| Jennifer E Bienz 10846 Celina Mendon Drive Mendon, OH 45862 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120629 | | | | Warranty | | | | |
| Jennifer E Carell 930 Travlers Ct Nashville, TN 37220 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093576 | | | | Warranty | | | | |
| Jennifer E Keller 47269 State Route 248 Long Bottom, OH 45743 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121985 | | | | Warranty | | | | |
| Jennifer E Torres 112 Elizabeth Ave Trenton, NJ 08610 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2074** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5118536 | | | | Warranty | | | | |
| Jennifer Evans 728 Brockton Mountain Dr Barnesville, PA 18214 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5089449 | | | | Warranty | | | | |
| Jennifer F Bean 15 Marine Avenue Westport, CT 06880 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114032 | | | | Warranty | | | | |
| Jennifer Flack 46 Needlepoint Lane Levittown, PA 19054 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093569 | | | | Warranty | | | | |
| Jennifer Floyd 56 Morton Street Jackson, OH 45640 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112969 | | | | Warranty | | | | |
| Jennifer Fludd 8160 North Ridgebrook Drive North Charleston, SC 29420 | - | | | | | | | |
| | | | | | | | | 609.91 |

Sheet no. **2075** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

609.91

In re  **Great Lakes Warranty Corporation**                                      Case No. _____
                                                                     ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5131624 | | | | Warranty | | | | |
| Jennifer Garner 1295 West Galbraith Road Cincinnati, OH 45231 | - | | | | X | X | | 0.00 |
| Account No. 5128926 | | | | Warranty | | | | |
| Jennifer Gould 4845 Kendor Drive Lower Burrell, PA 15068 | - | | | | | | | 84.51 |
| Account No. 5122844 | | | | Warranty | | | | |
| Jennifer Graham 2644 S Ft Apache No 1023 Las Vegas, NV 89147 | - | | | | X | X | | 0.00 |
| Account No. 5127224 | | | | Warranty | | | | |
| Jennifer Hall 7707 Pippin Road Cincinnati, OH 45239 | - | | | | X | X | | 0.00 |
| Account No. 5047055 | | | | Warranty | | | | |
| Jennifer Hardacre 1536 N Hampton Rd New Carlisle, Oh 45344 | - | | | | X | X | | 0.00 |

Sheet no. **2076** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                84.51

In re **Great Lakes Warranty Corporation** _____,    Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5124543 | | | | Warranty | | | | |
| Jennifer Hardman 708 Kenilworth Ct Gahanna, OH 43230 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109771 | | | | Warranty | | | | |
| Jennifer Haughey 1135 First Street Grindstone, PA 15442 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5069751 | | | | Warranty | | | | |
| Jennifer Haun 17119 3rd Street Connellsville, PA 15425 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5095516 | | | | Warranty | | | | |
| Jennifer Henry 856 Rushcreek Road Galloway, OH 43119 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125731 | | | | Warranty | | | | |
| Jennifer Hughes 4008 Canterbury Drive Erie, PA 16506 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2077** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**
,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5117284 | | | | Warranty | | | | |
| Jennifer I Lang Claycomb 2011 Leishman Avenue Arnold, PA 15068 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087574 | | | | Warranty | | | | |
| Jennifer J Sharp 9489 Kitty Lane Athens, OH 45701 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126086 | | | | Warranty | | | | |
| Jennifer Janoco 5886 Knapp Road Ravenna, OH 44266 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114538 | | | | Warranty | | | | |
| Jennifer Jones 339 Aitken Avenue Belle Vernon, PA 15012 | - | | | | | | | |
| | | | | | | | | 435.80 |
| Account No. 5101835 | | | | Warranty | | | | |
| Jennifer Jones 331 Beaver Street Leetsdale, PA 15056 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. <u>2078</u> of <u>4906</u> sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

435.80

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5076868 | | | Warranty | | | | |
| Jennifer Jones 1252 S Rhode Island Avenue Wellston, OH 45692 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5103721 | | | Warranty | | | | |
| Jennifer K Martin 1037 Cottingham Drive Reynoldsburg, OH 43068 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5101099 | | | Warranty | | | | |
| Jennifer K Murphy 216 Glenwood Avenue Merchantville, NJ 08109 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5077356 | | | Warranty | | | | |
| Jennifer K Poor 910 Holly Street Celina, OH 45822 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5117555 | | | Warranty | | | | |
| Jennifer K Rohr 1624 Washington AVenue Piqua, OH 45356 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2079** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re  **Great Lakes Warranty Corporation**                          Case No. _____

                                                                    ,
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5110786 | | | | Warranty | | | | |
| Jennifer Kajut 1254 Constitution Boulevard New Kensington, PA 15058 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090551 | | | | Warranty | | | | |
| Jennifer Kraus 1755 N 500 West La Porte, IN 46350 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086186 | | | | Warranty | | | | |
| Jennifer L Alyanabi 703 Westmoreland Avenue Jeannette, PA 15644 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112054 | | | | Warranty | | | | |
| Jennifer L Estes 7233 Memory Lane Cincinnati, OH 45239 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090357 | | | | Warranty | | | | |
| Jennifer L Fitzgerald 453 Cemetery Road Reynoldsville, PA 15851 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2080** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5120754** | | | | | **Warranty** | | | | |
| **Jennifer L Gehrt 829 Gainsborough Rd Dayton, OH 45419** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5105251** | | | | | **Warranty** | | | | |
| **Jennifer L Gilroy 711 Hulton Road Oakmonti, PA 15139** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5123492** | | | | | **Warranty** | | | | |
| **Jennifer L Haramoto 884 29th St Altoona, PA 16601** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5114627** | | | | | **Warranty** | | | | |
| **Jennifer L Jones 2616 Thames Valley Close Court Bowling Green, KY 42101** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5118641** | | | | | **Warranty** | | | | |
| **Jennifer L Mapes 638 Annfield Mansfield, OH 44905** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2081** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   0.00

In re **Great Lakes Warranty Corporation**                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5114727 | | | Warranty | | | | |
| Jennifer L Mikos 517 Second Street Harrisburg, PA 17113 | - | | | X | X | | 0.00 |
| Account No. 5093446 | | | Warranty | | | | |
| Jennifer L Nalbandian 1801 Chippewa Ridge Ambler, PA 19002 | - | | | X | X | | 0.00 |
| Account No. 5102049 | | | Warranty | | | | |
| Jennifer L Patrick 10631 Dow Road Mulliken, MI 48861 | - | | | X | X | | 0.00 |
| Account No. 5102530 | | | Warranty | | | | |
| Jennifer L Perry 3601 State Route 703 #73 Celina, OH 45822 | - | | | X | X | | 0.00 |
| Account No. 5073234 | | | Warranty | | | | |
| Jennifer L Youndt 174 Eagle Drive Ephrata, PA 17522 | - | | | X | X | | 0.00 |

Sheet no. **2082** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                 Case No. _____

_____ ,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104553** | | | | **Warranty** | | | | |
| **Jennifer L Zebrasky 422 Russell Avenue Poland, OH 44514** | - | | | | | | | |
| | | | | | | | | 276.79 |
| Account No. **5084624** | | | | **Warranty** | | | | |
| **Jennifer Lee Dalley 216 Norwegian Woods Drive Pottsville, PA 17901** | - | | | | | | | |
| | | | | | | | | 204.54 |
| Account No. **5130735** | | | | **Warranty** | | | | |
| **Jennifer Leitner 262 East 2nd Street Hummelstown, PA 17036** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099577** | | | | **Warranty** | | | | |
| **Jennifer Long 2191 Swallowtail Lane Saint Augustine, FL 32092** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102803** | | | | **Warranty** | | | | |
| **Jennifer Lyn Brown 216 Lakeside Drive Chapin, SC 29036** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2083** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                               481.33

In re **Great Lakes Warranty Corporation** _____,   Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5049514** | | | Warranty | | | | |
| **Jennifer Lynn Rone** **1150 Hungryneck Blvd Ste721** **Mt Pleasant, SC 29464** | - | | | | | | 694.76 |
| Account No. **5092216** | | | Warranty | | | | |
| **Jennifer M Borger** **398 Center Street** **Parryville, PA 18244** | - | | | X | X | | 0.00 |
| Account No. **5115800** | | | Warranty | | | | |
| **Jennifer M Cunningham** **55510 Calais Road** **Quaker City, OH 43773** | - | | | X | X | | 0.00 |
| Account No. **5112075** | | | Warranty | | | | |
| **Jennifer M Hogue** **310 Crimson Circle** **Campbell, OH 44405** | - | | | | | | 291.17 |
| Account No. **5100589** | | | Warranty | | | | |
| **Jennifer M Huggins** **2106 Clark Street** **Jonesboro, AR 72401** | - | | | X | X | | 0.00 |

Sheet no. **2084** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

985.93

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5112295 | | | Warranty | | | | |
| Jennifer M Rocha 3483 E Hight Mesa Rd Safford, AZ 85548 | - | | | | | | 832.14 |
| Account No. 5106156 | | | Warranty | | | | |
| Jennifer M Santerre 507 Kingstown Road West Kingston, RI 02892 | - | | | X | X | | 0.00 |
| Account No. 5119387 | | | Warranty | | | | |
| Jennifer Marshalek 510 West chestnut St Lisbon, OH 44432 | - | | | | | | 313.00 |
| Account No. 5122107 | | | Warranty | | | | |
| Jennifer McFarland 94 Solon Rd Chagrin Falls, OH 44022 | - | | | | | | 737.55 |
| Account No. 5066128 | | | Warranty | | | | |
| Jennifer Michaux 4603 Hershey Ct Raleigh, NC 27613 | - | | | X | X | | 0.00 |

Sheet no. **2085** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,882.69

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093043** <br><br> **Jennifer Miller** <br> **1913 S Fifth Street** <br> **Allentown, PA 18103** | - | | Warranty | | | | 563.97 |
| Account No. **5090404** <br><br> **Jennifer Mondal** <br> **3120 Greenridge Drive** <br> **Lancaster, PA 17601** | - | | Warranty | X | X | | 0.00 |
| Account No. **5118744** <br><br> **Jennifer N Aviles** <br> **759 Herkness St** <br> **Phildelphia, PA 19124** | - | | Warranty | X | X | | 0.00 |
| Account No. **5117903** <br><br> **Jennifer N Roberts** <br> **PO Box 485  46 Allen Rd** <br> **Brownstown, PA 17508** | - | | Warranty | X | X | | 0.00 |
| Account No. **5094758** <br><br> **Jennifer Needs** <br> **30807 Carey Road** <br> **Salem, OH 44460** | - | | Warranty | X | X | | 0.00 |

Sheet no. **2086** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

563.97

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5116799 | | | | Warranty | | | | |
| Jennifer O Young 2175 Sprucewood Circle Mansfield, OH 44903 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127157 | | | | Warranty | | | | |
| Jennifer Olivet 1040 Kirk Rd Greenback, TN 37742 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111522 | | | | Warranty | | | | |
| Jennifer Ortiz 6042 North 36th Dr Phoenix, AZ 85019 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093895 | | | | Warranty | | | | |
| Jennifer P Pforr 300 Granger View Circle Franklin, TN 37064 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129901 | | | | Warranty | | | | |
| Jennifer Panaccione 3430 Brookview Blvd Parma, OH 44134 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2087** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**            ,    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5062666**<br><br>**Jennifer Pavely**<br>**200 Oakridge Rd**<br>**Pittsburgh, PA 15237** | | - | Warranty | | | | 1,421.12 |
| Account No. **5088029**<br><br>**Jennifer R Harvey**<br>**728 S Washington**<br>**Liberal, KS 67901** | | - | Warranty | X | X | | 0.00 |
| Account No. **5102132**<br><br>**Jennifer R McNelley**<br>**27 Tiffany Lane**<br>**Lebanon, PA 17046** | | - | Warranty | X | X | | 0.00 |
| Account No. **5093745**<br><br>**Jennifer R Oddi**<br>**3039 Rightmire Boulevard**<br>**Columbus, OH 43221** | | - | Warranty | X | X | | 0.00 |
| Account No. **5105370**<br><br>**Jennifer R Smashey**<br>**50 Sartori Avenue**<br>**Mt Ephram, NJ 08059** | | - | Warranty | X | X | | 0.00 |

Sheet no. **2088** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,421.12**

In re    **Great Lakes Warranty Corporation**                     ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5128396** | | | | Warranty | | | | |
| **Jennifer R Walken** **1912 Arkansas** **Atlantic City, NJ 08401** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130425** | | | | Warranty | | | | |
| **Jennifer Richardson** **13102 Ridgemoore Rd** **Prospect, KY 40059** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104495** | | | | Warranty | | | | |
| **Jennifer S Correll** **1832 Pennsylvania Avenue** **Irwin, PA 15642** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119240** | | | | Warranty | | | | |
| **Jennifer S Driver** **1934 Midway Ave NE** **Canton, OH 44705** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103996** | | | | Warranty | | | | |
| **Jennifer Scales** **1811 Diefenbach Road** **Evansville, IN 47720** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2089** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re   **Great Lakes Warranty Corporation**                                      ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5086423** | | | | | Warranty | | | | |
| **Jennifer Scheib 1304 Maple Street Valley View, PA 17983** | - | | | | | X | X | | 0.00 |
| Account No. **5128056** | | | | | Warranty | | | | |
| **Jennifer Schoenman 1081 Devonwood Rd Mansfield, OH 44907** | - | | | | | X | X | | 0.00 |
| Account No. **5105417** | | | | | Warranty | | | | |
| **Jennifer Seegichetla 3529 Beaumont Drive Brunswick, OH 44212** | - | | | | | X | X | | 0.00 |
| Account No. **5122064** | | | | | Warranty | | | | |
| **Jennifer Sekely 102 Ringneck Lane Irwin, PA 15642** | - | | | | | X | X | | 0.00 |
| Account No. **5043047** | | | | | Warranty | | | | |
| **Jennifer Sharon 10 Soloff Dr. Hamilton Twp, NJ 08610** | - | | | | | X | X | | 0.00 |

Sheet no. **2090** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       0.00

In re   **Great Lakes Warranty Corporation**           ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105137** | | | Warranty | | | | |
| **Jennifer Smith** **445 Dixwell Avenue** **New Haven, CT 06511** | | - | | | | | 1,738.00 |
| Account No. **5089771** | | | Warranty | | | | |
| **Jennifer Smitherman** **3200 Old Hickory Boulevard Unit 316** **Nashville, TN 37221** | | - | | X | X | | 0.00 |
| Account No. **5118766** | | | Warranty | | | | |
| **Jennifer Soltis** **814 Marietta St** **Connellsville, PA 15425** | | - | | X | X | | 0.00 |
| Account No. **5107732** | | | Warranty | | | | |
| **Jennifer Stevenson** **1889 Sassafras Lane** **Quakertown, PA 18951** | | - | | | | | 2,395.15 |
| Account No. **5068579** | | | Warranty | | | | |
| **Jennifer Thees** **161 West Main Street** **St. Henry, OH 45883** | | - | | X | X | | 0.00 |

Sheet no.**2091** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,133.15

In re   **Great Lakes Warranty Corporation**                                    ,      Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5132084** | | | | **Warranty** | | | | |
| **Jennifer Tissue**<br>**209 Irwin Drive**<br>**New Kensington, PA 15068** | - | | | | X | X | | 0.00 |
| Account No. **5126489** | | | | **Warranty** | | | | |
| **Jennifer Titman**<br>**2746 Icard Rhodhiss Road**<br>**Connelly Springs, NC 28612** | - | | | | X | X | | 0.00 |
| Account No. **5132538** | | | | **Warranty** | | | | |
| **Jennifer Torres**<br>**114 S 11th Street**<br>**Reading, PA 19602** | - | | | | X | X | | 0.00 |
| Account No. **5075520** | | | | **Warranty** | | | | |
| **Jennifer V Hamlin**<br>**9503 Misty Mountain Trail**<br>**Chattanooga, TN 37421** | - | | | | X | X | | 0.00 |
| Account No. **5129921** | | | | **Warranty** | | | | |
| **Jennifer Varela**<br>**121 Magazine Street**<br>**Carnegie, PA 15106** | - | | | | X | X | | 0.00 |

Sheet no. **2092** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5118402 | | | | | Warranty | | | | |
| Jennifer W Jaha 211 Geary Ave  2nd floor New Cumberland, PA 17070 | - | | | | | X | X | | 0.00 |
| Account No. 5102836 | | | | | Warranty | | | | |
| Jennifer Ward 349 Penn Avenue Leechburg, PA 15656 | - | | | | | X | X | | 0.00 |
| Account No. 5112087 | | | | | Warranty | | | | |
| Jennifer Waterhouse 104 Edgeview Drive Hendersonville, TN 37075 | - | | | | | X | X | | 0.00 |
| Account No. 5107494 | | | | | Warranty | | | | |
| Jennifer Wellesley 1513 Edgewood Avenue Roslyn, PA 19001 | - | | | | | X | X | | 0.00 |
| Account No. 5116143 | | | | | Warranty | | | | |
| Jennifer Westcott 308 E Nunneley Road Gilbert, AZ 85296 | - | | | | | | | | 591.00 |

Sheet no. **2093** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **591.00**

In re   **Great Lakes Warranty Corporation**                 ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5129558 | | | | | Warranty | | | | |
| Jennifer Williams 4020 Ulmer Road Apt 201 Cola, SC 29209 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5126249 | | | | | Warranty | | | | |
| Jennifer Williams 74 Oxford Drive Gloucester, NJ 08030 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5105072 | | | | | Warranty | | | | |
| Jennifer Worrell 1221 Norabell Avenue Pittsburgh, PA 15226 | - | | | | | | | | |
| | | | | | | | | | 353.96 |
| Account No. 5070434 | | | | | Warranty | | | | |
| Jennifer Wright 520 West 3rd Street Lansdale, PA 19446 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5130552 | | | | | Warranty | | | | |
| Jennifer Zack 305 George Street Hanover, PA 17331 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2094** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
             (Total of this page)        353.96

In re **Great Lakes Warranty Corporation**
                                                    , Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100874** | | | Warranty | | | | |
| **Jenny E Adkins**<br>**226 Hensley Cemetery Lane**<br>**Gainsboro, TN 38562** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131196** | | | Warranty | | | | |
| **Jenny Hottinger**<br>**102 Baker Avenue**<br>**Plainfield, OH 43836** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114571** | | | Warranty | | | | |
| **Jenny L Fleming**<br>**284 Shannon Road**<br>**Monongahela, PA 15063** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102058** | | | Warranty | | | | |
| **Jenny L Perry**<br>**2410 Swart Road**<br>**Albany, OH 45710** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129458** | | | Warranty | | | | |
| **Jenny Labate**<br>**1203 W Park Ave**<br>**Perkasie, PA 18944** | - | | | | | | |
| | | | | | | | 208.10 |

Sheet no.**2095** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                208.10

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127174** | | | Warranty | | | | |
| **Jenny Lehman** **209 Centre Street** **Coal Twnsp, PA 17866** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114316** | | | Warranty | | | | |
| **Jenny M Maddox** **1305 Leishman Avenue** **New Kensington, PA 15068** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5098280** | | | Warranty | | | | |
| **Jerad Hoyson** **804 Gaylord Avenue** **Masury, OH 44438** | - | | | | | | |
| | | | | | | | 893.88 |
| Account No. **5117331** | | | Warranty | | | | |
| **Jerair Ohanian** **5805 Madison Street** **Morton Grove, IL 60053** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118408** | | | Warranty | | | | |
| **Jerald Johnson** **470 Mason Dr** **Havana, FL 32333** | - | | | | | | |
| | | | | | | | 354.54 |

Sheet no. **2096** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,248.42

In re   **Great Lakes Warranty Corporation**                                    ,      Case No. _____

_____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109069** | | | Warranty | | | | |
| **Jerald Stanley Johnson**<br>**13416 Ladbroke Court**<br>**Charlotte, NC 28278** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5093916** | | | Warranty | | | | |
| **Jerardo Cardenas Sanchez**<br>**815 S Eighth**<br>**Yuma, AZ 85364** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119162** | | | Warranty | | | | |
| **Jered D Gordner**<br>**123 E Market St  Apt 3**<br>**Danville, PA 17821** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118986** | | | Warranty | | | | |
| **Jerel Allen**<br>**420 E Slocum St**<br>**Philadelphia, PA 19119** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129223** | | | Warranty | | | | |
| **Jeremey Milligan**<br>**5196 Dietrick Avenue**<br>**Orient, OH 43146** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2097** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094988** | | | Warranty | | | | |
| **Jeremi J Hermann** **10443 Whales Road** **Erie, PA 16510** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129241** | | | Warranty | | | | |
| **Jeremiah Chatham** **5730 Heathrow Cove** **Memphis, TN 38115** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121303** | | | Warranty | | | | |
| **Jeremiah D McKain** **5636 Forbes Ave** **Pittsburgh, PA 15217** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5082488** | | | Warranty | | | | |
| **Jeremiah Hoagland** **3304 Bowie Drive** **Louisville, KY 40219** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5096928** | | | Warranty | | | | |
| **Jeremiah J Stein** **PO Box 503** **Wellsburg, WV 26070** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2098** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5117355 | | | Warranty | | | | |
| Jeremiah Miles 33 Barr Road PO Box 185 Penfield, PA 15849 | - | | | X | X | | 0.00 |
| Account No. 5124725 | | | Warranty | | | | |
| Jeremiah Riethmiller 1256 Belle Village Drive N Erie, PA 16509 | - | | | X | X | | 0.00 |
| Account No. 5111551 | | | Warranty | | | | |
| Jeremie L Jessee 3221 Raystown Rd Hopewell, PA 16650 | - | | | X | X | | 0.00 |
| Account No. 5099760 | | | Warranty | | | | |
| Jeremy Dearth 131 W Parkwood Sidney, OH 45365 | - | | | X | X | | 0.00 |
| Account No. 5120404 | | | Warranty | | | | |
| Jeremy Elliott 619 Patriot Lane Franklin, TN 37067 | - | | | X | X | | 0.00 |

Sheet no. **2099** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**                              Case No. _____

_____,

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5086192** | | | Warranty | | | | |
| **Jeremy  Hammond**<br>**7582 W 400S**<br>**Redkey, IN 47373** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5114160 | | | Warranty | | | | |
| **Jeremy  Polster**<br>**10301 E Charter Oak Road**<br>**Scottsdale, AZ 85260** | - | | | | | | |
| | | | | | | | 1,780.60 |
| Account No. 5120255 | | | Warranty | | | | |
| **Jeremy A Stillwagon**<br>**424 Elnell Ave**<br>**West Mifflin, PA 15122** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5036375 | | | Warranty | | | | |
| **Jeremy Abram  Stauffer**<br>**5103 Citrus Blvd.  #300**<br>**River Ridge, LA 70123** | - | | | | | | |
| | | | | | | | 292.02 |
| Account No. 5128037 | | | Warranty | | | | |
| **Jeremy Adams**<br>**2857 Chiswick Road**<br>**Memphis, TN 38128** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2100**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,072.62

In re **Great Lakes Warranty Corporation**        Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5127163 | | | | Warranty | | | | |
| Jeremy Armstrong 40 Wabash St Pittsburgh, PA 15220 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109005 | | | | Warranty | | | | |
| Jeremy Baker 8 Ridgewood Drive Conway, AR 72034 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5097754 | | | | Warranty | | | | |
| Jeremy Bender 514 Dupont Avenue York, PA 17403 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5115148 | | | | Warranty | | | | |
| Jeremy Benton 425 Broadmeadows Boulevard #103 Columbus, OH 43214 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5091844 | | | | Warranty | | | | |
| Jeremy Breland 3113 Bishops Way Franklin, TN 37064 | - | | | | | | | |
| | | | | | | | | 433.56 |

Sheet no. **2101** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     433.56

In re **Great Lakes Warranty Corporation** , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5116039 | | | | | Warranty | | | | |
| Jeremy Brunot 949 Highland Avenue Greensburg, PA 15601 | - | | | | | X | X | | 0.00 |
| Account No. 5093523 | | | | | Warranty | | | | |
| Jeremy Byers 12 Gaskell Street Pittsburgh, PA 15211 | - | | | | | X | X | | 0.00 |
| Account No. 5117823 | | | | | Warranty | | | | |
| Jeremy C Wilson 1 Northmoor Drive Arcanum, OH 45304 | - | | | | | | | | 920.15 |
| Account No. 5109403 | | | | | Warranty | | | | |
| Jeremy Chesney 2522 Wildwood Avenue NE Canton, OH 44714 | - | | | | | X | X | | 0.00 |
| Account No. 5093308 | | | | | Warranty | | | | |
| Jeremy Clemons 43568 Angela Drive Vinton, OH 45686 | - | | | | | X | X | | 0.00 |

Sheet no. **2102** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **920.15**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5116330 | | | Warranty | | | | |
| Jeremy Crain 116 Camp Creek Circle Hendersonville, TN 37075 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5099243 | | | Warranty | | | | |
| Jeremy D  Winkler 1165 McClellantown Rd McClellantown, PA 15458 | | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5085607 | | | Warranty | | | | |
| Jeremy Dennison PO Box 263 Nuremberg, PA 18241 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5102966 | | | Warranty | | | | |
| Jeremy E Fien 260 Park Avenue Washington, PA 15301 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5102134 | | | Warranty | | | | |
| Jeremy E Manarang 9723 Bolton Landing Las Vegas, NV 89178 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2103** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5107192** | | | | **Warranty** | | | | |
| **Jeremy E Schmidt 507 Liberty Way  Apt 1B McKeesport, PA 15133** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5083776** | | | | **Warranty** | | | | |
| **Jeremy Elhaddad 46 Boucher Lane Ligonier, PA 15658** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118078** | | | | **Warranty** | | | | |
| **Jeremy Elliott 619 Patriot Lane Franklin, TN 37067** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122761** | | | | **Warranty** | | | | |
| **Jeremy G Gaskill 406 Goshen Rd Cape May Court House, NJ 08210** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127961** | | | | **Warranty** | | | | |
| **Jeremy Gale 1910 Cleveland Rd West Huron, OH 44839** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2104** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re   **Great Lakes Warranty Corporation**       ,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5086019 | | | | | Warranty | | | | |
| Jeremy Haynes 1595 Crider Road Mansfield, OH 44903 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5113565 | | | | | Warranty | | | | |
| Jeremy Hiett 2305 Orchard Street Nolensville, TN 37135 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5123410 | | | | | Warranty | | | | |
| Jeremy J Reichert 500 Blue Mountain Parkway Harrisburg, PA 17112 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5109714 | | | | | Warranty | | | | |
| Jeremy J Dicandilo 932 County Line Road Floor 2 Bryn Mawr, PA 19010 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5125021 | | | | | Warranty | | | | |
| Jeremy Jaramillo 6468 Peppergrass Drive Sparks, NV 89436 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2105** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re   **Great Lakes Warranty Corporation**            ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120934**<br><br>**Jeremy Jeanneret**<br>**2806 A Autsin Ave**<br>**Ft Campbell, TN 42223** | - | | **Warranty** | | | | **157.10** |
| Account No. **5131827**<br><br>**Jeremy Kifen**<br>**331 Vanes Avenue**<br>**Monogahela, PA 15063** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5100959**<br><br>**Jeremy L Perry**<br>**836 Hunker Lumber Road**<br>**Hunker, PA 15639** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5101928**<br><br>**Jeremy L Wright**<br>**20 Joneswood Drive**<br>**Athens, OH 45701** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5096440**<br><br>**Jeremy Lacy**<br>**714 Fenwick Close**<br>**Murfreesboro, TN 37130** | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **2106** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal<br>                          (Total of this page)     **157.10**

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5121091** | | | | **Warranty** | | | | |
| **Jeremy Laszlo** **504 Golf Ave** **Ellwood City, PA 16117** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126868** | | | | **Warranty** | | | | |
| **Jeremy Lee Kennington** **480 Kennington Ln** **McBee, SC 29101** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109824** | | | | **Warranty** | | | | |
| **Jeremy Little** **5602 Wells Dr** **Parlin, NJ 08859** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115352** | | | | **Warranty** | | | | |
| **Jeremy M Chaney** **1025 W North Street** **Piqua, OH 45356** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079570** | | | | **Warranty** | | | | |
| **Jeremy M Kutch** **421 Sawhill Run Road** **Butler, PA 16001** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2107** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                              Case No. _____
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5120838 | | | | Warranty | | | | |
| Jeremy M Latchaw 2920 SW 31st Ct Topeka, KS 66614 | - | | | | X | X | | 0.00 |
| Account No. 5126173 | | | | Warranty | | | | |
| Jeremy Marteney 1626 Lorna Drive Henderson, NV 89011 | - | | | | X | X | | 0.00 |
| Account No. 5124937 | | | | Warranty | | | | |
| Jeremy Ostergard 702 12th Street Franklin, PA 16323 | - | | | | X | X | | 0.00 |
| Account No. 5121693 | | | | Warranty | | | | |
| Jeremy Pewitt 5001 Evanston Way Thompson Station, TN 37179 | - | | | | X | X | | 0.00 |
| Account No. 5093589 | | | | Warranty | | | | |
| Jeremy Porter 3973 Old State Route 56  Apt A New Marshfield, Oh 45766 | - | | | | X | X | | 0.00 |

Sheet no. **2108** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                ,          Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5118165** | | Warranty | | | | | | |
| **Jeremy R Hartman**<br>**100 Howard St**<br>**Youngstown, OH 44515** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117875** | | Warranty | | | | | | |
| **Jeremy R. Drabik**<br>**180 Big Horn Road**<br>**Pittsburgh, PA 15239** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104774** | | Warranty | | | | | | |
| **Jeremy Raymer**<br>**1011 Heatherwood Road**<br>**Pleasant View, TN 37146** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131209** | | Warranty | | | | | | |
| **Jeremy Smith Sr**<br>**142 South Union Street**<br>**Easton, PA 18042** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131829** | | Warranty | | | | | | |
| **Jeremy Stout**<br>**15003 Malachite Ct**<br>**Reno, NV 89506** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2109** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **0.00**

In re   **Great Lakes Warranty Corporation**          Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5122458** <br><br> **Jeremy T Flynn** <br> **4560 Nailscreek Rd** <br> **Radfor, TN 37853** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5124044** <br><br> **Jeremy Teter** <br> **2940 High Street** <br> **Rock Creek, OH 44085** | - | | | **Warranty** | | | | 363.40 |
| Account No. **5129024** <br><br> **Jeremy W Henderson** <br> **6787 Longview Dr** <br> **Murfreesboro, TN 37129** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5110715** <br><br> **Jeremy W Ray** <br> **1496 Dowey Circle** <br> **Lugoff, SC 29078** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5079847** <br><br> **Jeremy W Ryan** <br> **6710 West Del Rio Street** <br> **Chandler, AZ 85226** | - | | | **Warranty** | | | | 119.30 |

Sheet no. **2110** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)       **482.70**

In re **Great Lakes Warranty Corporation**                    , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5120121** | | | | **Warranty** | | | | |
| **Jeremy W Smith** **10 Hope St** **DeBois, PA 15801** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086185** | | | | **Warranty** | | | | |
| **Jeremy Walker** **374 E. Biggs Road** **Portland, TN 37148** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5099648** | | | | **Warranty** | | | | |
| **Jeremy Ward** **4184 Sugarcreek Drive** **Bellbrook, OH 45305** | | - | | | | | | |
| | | | | | | | | **205.00** |
| Account No. **5078899** | | | | **Warranty** | | | | |
| **Jeremy Wilson** **20 Gibbs Street** **Columbia, SC 29201** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127989** | | | | **Warranty** | | | | |
| **Jeremy Yarnell** **211 Clay Street** **Tamaqua, PA 18252** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**2111** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **205.00**

In re   **Great Lakes Warranty Corporation**                                                                   ,        Case No. _____

                                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5126437** | | | | **Warranty** | | | | |
| **Jerett Konorla** **274 Tent Church Road** **Uniontown, PA 15701** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102242** | | | | **Warranty** | | | | |
| **Jeri L Stickle** **2434 Whipple Avenue NW #5** **Canton, OH 44708** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131675** | | | | **Warranty** | | | | |
| **Jericho Cabuso** **611 Main Street** **Blandon, PA 19510** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120156** | | | | **Warranty** | | | | |
| **Jermaine Brown** **3937 East Dell Dr** **Fayettevlle, NC 28311** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091983** | | | | **Warranty** | | | | |
| **Jermaine Smith** **209 Annesbury Lane** **Cane Ridge, TN 37013** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**2112** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation**                                      , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127933**<br><br>**Jermal Bowman**<br>**457 Sapphire Way**<br>**Pittsburgh, PA 15224** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5127716**<br><br>**Jermale Anderson**<br>**857 Robertson Rd**<br>**Rock Hill, SC 29730** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5089865**<br><br>**Jerome  Betz**<br>**89 Ye Old Hauto Road**<br>**Tamaqua, PA 18252** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5055538**<br><br>**Jerome  Dillon**<br>**15232 S Harper St.**<br>**Dolton, IL 60419** | - | | **Warranty** | | | | 267.00 |
| Account No. **5115552**<br><br>**Jerome  Gaffney**<br>**916 Hunters Ridge Way**<br>**N Las Vegas, NV 89032** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **2113** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

267.00

In re   **Great Lakes Warranty Corporation**         ,     Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100691** | | - | | **Warranty** | | | | |
| **Jerome Gay** **3519 Dunkirk Avenue** **Norfolk, VA 23509** | | | | | | | | 342.29 |
| Account No. **5101351** | | - | | **Warranty** | X | X | | |
| **Jerome A Macke II** **312 Dogwood Drive** **Wapakoneta, OH 45895** | | | | | | | | 0.00 |
| Account No. **5119282** | | - | | **Warranty** | | | | |
| **Jerome Ash** **629 Vintage Dr** **Williston, SC 29853** | | | | | | | | 769.52 |
| Account No. **5121754** | | - | | **Warranty** | X | X | | |
| **Jerome Boykin** **422 North 61st St** **Philadelphia, PA 19151** | | | | | | | | 0.00 |
| Account No. **5103818** | | - | | **Warranty** | X | X | | |
| **Jerome Buchanan** **1945 Claredon Drive** **Easton, PA 18040** | | | | | | | | 0.00 |

Sheet no. **2114** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)      **1,111.81**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5086523 | | | Warranty | | | | |
| Jerome C Fulare 1630 Old Dominion Road Altoona, PA 16602 | - | | | X | X | | 0.00 |
| Account No. 5091759 | | | Warranty | | | | |
| Jerome Dooley 222 Briarcotes Circle Lavergne, TN 37086 | - | | | X | X | | 0.00 |
| Account No. 5103397 | | | Warranty | | | | |
| Jerome E Marshall 131 Mary Joe Martin Drive Lavergne, TN 37086 | - | | | | | | 65.46 |
| Account No. 5111933 | | | Warranty | | | | |
| Jerome Harris 62 Brophy Dr Trenton, NJ 08638 | - | | | X | X | | 0.00 |
| Account No. 5121956 | | | Warranty | | | | |
| Jerome J  Hoehn 128 Autumn Dr Level Green, PA 15085 | - | | | X | X | | 0.00 |

Sheet no. 2115 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65.46

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5097113** | | | | **Warranty** | | | | |
| **Jerome Kenneth Offhaus 428 Anderson Street Curwensville, PA 16833** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111125** | | | | **Warranty** | | | | |
| **Jerome McDaniels 115 Castle Drive Pittsburgh, PA 15235** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102713** | | | | **Warranty** | | | | |
| **Jerome Miller 1 Pioneer Point Court Irmo, SC 29063** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5071666** | | | | **Warranty** | | | | |
| **Jerome Miner 4160 Jonquil St Columbus, OH 43224** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107787** | | | | **Warranty** | | | | |
| **Jerome Reed 1104 Caldwell Lane Nashville, TN 37204** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2116** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re   **Great Lakes Warranty Corporation**          ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 5106893 | | | - | | Warranty | | | | |
| Jeromy Snyder<br>615 Market Street<br>Mifflinburg, PA 17844 | | | | | | X | X | | 0.00 |
| Account No. 5098515 | | | - | | Warranty | | | | |
| Jeromy T Schultz<br>115 Madison Street<br>Nelsonville, OH 45764 | | | | | | X | X | | 0.00 |
| Account No. 5079925 | | | - | | Warranty | | | | |
| Jeronimo Luis Vasques<br>6201 N Sixteenth Street   #224<br>Phoenix, AZ 85016 | | | | | | X | X | | 0.00 |
| Account No. 5124082 | | | - | | Warranty | | | | |
| Jeronza Raeford<br>211 Mock Road<br>Davidson, NC 28036 | | | | | | X | X | | 0.00 |
| Account No. 5125801 | | | - | | Warranty | | | | |
| Jerra Bradley<br>400 Cedarhurst Drive<br>Zanesville, OH 43701 | | | | | | | | | 115.00 |

Sheet no. **2117** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal            **115.00**
                      (Total of this page)

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5117537** | | | **Warranty** | | | | | |
| **Jerred Coren** **604 State Route 224** **Sullivan, OH 44880** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5077941** | | | **Warranty** | | | | | |
| **Jerri C Parker** **100 Skyline Cove** **Helena, AR 72342** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117292** | | | **Warranty** | | | | | |
| **Jerri L Porter** **4213 Warren Road** **Franklin, TN 37064** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094288** | | | **Warranty** | | | | | |
| **Jerrod L Nichols** **60001 Mt Olive Road** **McArthur, OH 45651** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131938** | | | **Warranty** | | | | | |
| **Jerrod Reffner** **5369 Plum Creel Boulevard** **Roaring Springs, PA 16673** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2118** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5096685** | | | | | Warranty | | | | |
| **Jerry Brown** **55 Main Street** **Jacksonville, OH 45740** | - | | | | | X | X | | 0.00 |
| Account No. **5099110** | | | | | Warranty | | | | |
| **Jerry A Botdorf** **5802 Baker 47 Street** **Shelby, OH 44875** | - | | | | | X | X | | 0.00 |
| Account No. **5114832** | | | | | Warranty | | | | |
| **Jerry A Purtee Jr** **12652 County Road 115** **Kenton, OH 43326** | - | | | | | X | X | | 0.00 |
| Account No. **5127458** | | | | | Warranty | | | | |
| **Jerry Beck** **61 Keyser Road** **Milton, PA 17847** | - | | | | | X | X | | 0.00 |
| Account No. **5129497** | | | | | Warranty | | | | |
| **Jerry Cardona** **7335 Woodward Street** **Allentown, PA 18103** | - | | | | | X | X | | 0.00 |

Sheet no. **2119** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                    ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5131922** | | | Warranty | | | | | |
| **Jerry Cunningham** **26281 TR 1159** **Warsaw, OH 43844** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119131** | | | Warranty | | | | | |
| **Jerry D Jones** **1316 Lucia Dr** **Canonsburg, PA 15317** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104223** | | | Warranty | | | | | |
| **Jerry D Metz** **5196 County Road 23** **Quincy, OH 43343** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5100303** | | | Warranty | | | | | |
| **Jerry D Speer** **5920 Highway 147** **Stewart, TN 37175** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112579** | | | Warranty | | | | | |
| **Jerry Durling** **7 West New Port Street** **Ashley, PA 18706** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2120** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5109944** | | | | **Warranty** | | | | |
| **Jerry E Smith** **1443 Hass Street** **Pittsburgh, PA 15204** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5064151** | | | | **Warranty** | | | | |
| **Jerry Edmondson** **102 Glenabby Drive** **Summerville, SC 29483** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5099160** | | | | **Warranty** | | | | |
| **Jerry Harris** **203 Winburn Lane** **Franklin, TN 37069** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5064690** | | | | **Warranty** | | | | |
| **Jerry Henderson** **1096 Ellis Way** **Gallatin, TN 37066** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093784** | | | | **Warranty** | | | | |
| **Jerry Ho** **221 Ames Court** **Silverton, OR 97381** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2121** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　**0.00**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5083394** | | | | Warranty | | | | |
| **Jerry Hodges** **6933 Lark Lane** **Knoxville, TN 37919** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123899** | | | | Warranty | | | | |
| **Jerry Ikerd** **575 Pumphouse Rd** **Somerset, KY 42503** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5070427** | | | | Warranty | | | | |
| **Jerry Keel** **3845 N Calisto Circle** **Mesa, AZ 85207** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120526** | | | | Warranty | | | | |
| **Jerry L  Rothenhoefer Jr** **415 South Main St** **Red Lion, PA 17356** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084680** | | | | Warranty | | | | |
| **Jerry L Boyd** **1260 Chenandoah Circle** **Rock Hill, SC 29730** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2122** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5123560 | | | | Warranty | | | | |
| Jerry L Neely 125 Harts Run Rd Aleppo, PA 15310 | - | | | | X | X | | 0.00 |
| Account No. 5099014 | | | | Warranty | | | | |
| Jerry L Rupert 24814 Highway 18 Springboro, PA 16435 | - | | | | X | X | | 0.00 |
| Account No. 5064863 | | | | Warranty | | | | |
| Jerry Lykins 3145 Hales Branch Road Midland, OH 45148 | - | | | | X | X | | 0.00 |
| Account No. 5079290 | | | | Warranty | | | | |
| Jerry M Monagon 50897 State Rt 113 Amherst, OH 44001 | - | | | | X | X | | 0.00 |
| Account No. 5112532 | | | | Warranty | | | | |
| Jerry M Young 214 Brown Chapel Drive Newberry, SC 29108 | - | | | | X | X | | 0.00 |

Subtotal
(Total of this page) **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re **Great Lakes Warranty Corporation** , Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130785** <br><br> **Jerry Maples II** <br> **267 Jim Laney Lane** <br> **Pageland, SC 29728** | - | | | **Warranty** | | | | 212.18 |
| Account No. **5078763** <br><br> **Jerry O Rose Sr** <br> **410 Court Road** <br> **Beaver Falls, PA 15010** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5084081** <br><br> **Jerry Prince** <br> **192 Irvin Road** <br> **Lavergne, TN 37086** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5063093** <br><br> **Jerry Reynolds** <br> **123 Powell Avenue** <br> **Sweetwater, TN 37874** | - | | | **Warranty** | | | | 153.50 |
| Account No. **5125260** <br><br> **Jerry Ridennour** <br> **3896 Dutch Valley Road** <br> **Clinton, TN 37716** | - | | | **Warranty** | X | X | | 0.00 |

Sheet no.**2124** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

365.68

In re **Great Lakes Warranty Corporation** , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5088808 | | | | Warranty | | | | |
| Jerry S Duckett 2721 Lincolnway West Massillon, OH 44647 | - | | | | | | | 74.00 |
| Account No. 5116240 | | | | Warranty | | | | |
| Jerry T Garmo 27425 West Skye Drive Farmington Hills, MI 48234 | - | | | | | | | 514.32 |
| Account No. 5131348 | | | | Warranty | | | | |
| Jerry Teague 808 Million Street Athens, TN 37303 | - | | | | X | X | | 0.00 |
| Account No. 5126889 | | | | Warranty | | | | |
| Jerry Tillis 36730 Kingsbury Road Pomeroy, OH 45769 | - | | | | X | X | | 0.00 |
| Account No. 5130819 | | | | Warranty | | | | |
| Jerry W Phelps 5048 Artesia Dr Kettering, OH 45440 | - | | | | X | X | | 0.00 |

Sheet no. 2125 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 588.32

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5112351 | | | Warranty | | | | |
| Jerry Wadro 5637 N Central Park Avenue Chicago, IL 60659 | - | | | | | | 687.00 |
| Account No. 5096129 | | | Warranty | | | | |
| Jesi Munday 521 Antabellan Court Franklin, TN 37064 | - | | | X | X | | 0.00 |
| Account No. 5065705 | | | Warranty | | | | |
| Jess Klutter 4024 Dogleg Trail Medina, OH 44256 | - | | | | | | 1,222.64 |
| Account No. 5094219 | | | Warranty | | | | |
| Jess Pitts 105 E Walnut Box 591 Botkins, OH 45306 | - | | | X | X | | 0.00 |
| Account No. 5129300 | | | Warranty | | | | |
| Jesse  Crihfield PO Box 222 Clinchco, VA 24226 | - | | | X | X | | 0.00 |

Sheet no. **2126**  of **4906**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) — **1,909.64**

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5116911** | | | Warranty | | | | |
| **Jesse Harmon 2985 Fairway Lane Apt C10 Zanesville, OH 43701** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088229** | | | Warranty | | | | |
| **Jesse A Scarbrough 3934 S Greythorne Way Chandler, AZ 85248** | - | | | | | | |
| | | | | | | | 2,049.10 |
| Account No. **5121556** | | | Warranty | | | | |
| **Jesse Austin Kirkpatrick 6064 Wooten Dr Falls Church, VA 22044** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119396** | | | Warranty | | | | |
| **Jesse Bloom 10 Victory Lane Shermans Dale, PA 17090** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5105151** | | | Warranty | | | | |
| **Jesse C DeBruhl 1282 Horseshoe Bend Mt Pleasant, SC 29464** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2127** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  2,049.10

In re __Great Lakes Warranty Corporation__ , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5088023 | | | | Warranty | | | | |
| Jesse D Miller 2550 Claiborn Wichita, KS 67226 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131602 | | | | Warranty | | | | |
| Jesse Dreibilbis 3327 Ridgeway Street Reading, PA 19605 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117918 | | | | Warranty | | | | |
| Jesse F. Buck-Brennan 232 Elm Avenue Oaklyn, NJ 08107 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5075676 | | | | Warranty | | | | |
| Jesse Graner 1031 Prospect Road Columbia, PA 17512 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121583 | | | | Warranty | | | | |
| Jesse H Gutshall 203 Heritage Rd Osterburg, PA 16667 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __2128__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5087122** | | | | Warranty | | | | |
| **Jesse J Cramer** **12724 Samuel Ddrive** **Mantua, OH 44255** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5079333** | | | | Warranty | | | | |
| **Jesse J Greening** **408 Fifth Avenue NE** **Cullman, AL 35055** | - | | | | | | | |
| | | | | | | | | **84.00** |
| Account No. **5120182** | | | | Warranty | | | | |
| **Jesse J Smith** **132 40th Ave North** **Nashville, TN 37209** | - | | | | | | | |
| | | | | | | | | **358.80** |
| Account No. **5113540** | | | | Warranty | | | | |
| **Jesse J Young** **1189 Holly Hill Drive  Apt 7** **Greenville, OH 45331** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5076458** | | | | Warranty | | | | |
| **Jesse Johnson** **7712 Skylark Drive** **Columbia, SC 29209** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2129** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**442.80**

In re **Great Lakes Warranty Corporation** ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 5113685 | | - | | | Warranty | | | | |
| Jesse King 892 Childs Avenue Crescent, CA 95531 | | | | | | | | | 283.00 |
| Account No. 5097432 | | - | | | Warranty | X | X | | |
| Jesse L Roudebush 220 School Street Bruin, PA 16022 | | | | | | | | | 0.00 |
| Account No. 5108736 | | - | | | Warranty | X | X | | |
| Jesse L Thompson 2659 N Dellrose Wichita, KS 67220 | | | | | | | | | 0.00 |
| Account No. 5092194 | | - | | | Warranty | X | X | | |
| Jesse Loflin 6706 Greeley Drive Nashville, TN 37205 | | | | | | | | | 0.00 |
| Account No. 5073405 | | - | | | Warranty | X | X | | |
| Jesse M Wood 5310 Old Shallotte Road Shallotte, NC 28470 | | | | | | | | | 0.00 |

Sheet no. **2130** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          283.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5128091** | | | | | **Warranty** | | | | |
| **Jesse Mutigli 5540 Swan Ave North Canton, OH 44721** | - | | | | | X | X | | 0.00 |
| Account No. **5118336** | | | | | **Warranty** | | | | |
| **Jesse R James 1414 Agnes Place Memphis, TN 38104** | - | | | | | | | | 304.67 |
| Account No. **5124690** | | | | | **Warranty** | | | | |
| **Jesse Starling 5830 Barrows Road Athens, OH 45701** | - | | | | | X | X | | 0.00 |
| Account No. **5108639** | | | | | **Warranty** | | | | |
| **Jesse W Howard 310 Capehart Place New Haven, WV 25265** | - | | | | | X | X | | 0.00 |
| Account No. **5124906** | | | | | **Warranty** | | | | |
| **Jesse White 3239 N. Bambrey Street Philadelphia, PA 19129** | - | | | | | X | X | | 0.00 |

Sheet no. **2131** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 304.67

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5117973 | | | Warranty | | | | |
| Jesse William Krewson Jr 6764 Air Assault Ave Ste 200 Clarksville, TN 42223 | - | | | | | | 691.82 |
| Account No. 5104589 | | | Warranty | | | | |
| Jessica Boord 391 Pechin Road Dunbar, PA 15431 | - | | | X | X | | 0.00 |
| Account No. 5120618 | | | Warranty | | | | |
| Jessica Lear 113 Lewis St Phillipsburg, NJ 08865 | - | | | X | X | | 0.00 |
| Account No. 5131950 | | | Warranty | | | | |
| Jessica Martin 301 S 7th Street Emmaus, PA 18049 | - | | | X | X | | 0.00 |
| Account No. 5101203 | | | Warranty | | | | |
| Jessica Noto 2541 E Ridge Creek Rd Phoenix, AZ 85024 | - | | | | | | 256.36 |

Sheet no. **2132** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  948.18

In re __Great Lakes Warranty Corporation_____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5111289** | | | | **Warranty** | | | | |
| **Jessica Ross**<br>**1101 Downs Blvd no 97**<br>**Franklin, TN 37064** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090239** | | | | **Warranty** | | | | |
| **Jessica A Hardyway**<br>**4912 New Jersey**<br>**Wichita, KS 67210** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092885** | | | | **Warranty** | | | | |
| **Jessica A Kynion**<br>**14993 S. State Avenue**<br>**Middlefield, OH 44062** | - | | | | | | | |
| | | | | | | | | 170.00 |
| Account No. **5123826** | | | | **Warranty** | | | | |
| **Jessica A Mason**<br>**1997 Palmer Dr**<br>**Norristown, PA 19403** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108513** | | | | **Warranty** | | | | |
| **Jessica A Peed**<br>**1044 Ankeney Road**<br>**Xenia, OH 45385** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__2133__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      170.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5080218** | | | | | **Warranty** | | | | |
| **Jessica A Quinn 270 E Mennonite Road Aurora, OH 44202** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5132239** | | | | | **Warranty** | | | | |
| **Jessica Birchell 902 Grimes Road Mansfield, OH 44903** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5131054** | | | | | **Warranty** | | | | |
| **Jessica Boyer 8589 Dayton Cincinnati Pike Miamisburg, OH 45342** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5103207** | | | | | **Warranty** | | | | |
| **Jessica Bull 517 Selsey Court South Hermitage, TN 37076** | - | | | | | | | | |
| | | | | | | | | | **962.66** |
| Account No. **5120628** | | | | | **Warranty** | | | | |
| **Jessica Campbell 1486 Woodmart Blvd Nashville, TN 37215** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2134** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**962.66**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5122726 | | | | Warranty | | | | |
| Jessica Cortese 82 Maple St Elm Hurst, PA 18406 | - | | | | X | X | | 0.00 |
| Account No. 5127606 | | | | Warranty | | | | |
| Jessica Cowan 556 East 9th Street Erie, PA 16503 | - | | | | X | X | | 0.00 |
| Account No. 5120400 | | | | Warranty | | | | |
| Jessica Danielle Bryson 122 Shadowmoss Dr Piedmont, SC 29673 | - | | | | X | X | | 0.00 |
| Account No. 5131130 | | | | Warranty | | | | |
| Jessica Darrach 1024 Phillips Avenue Dayton, OH 45410 | - | | | | X | X | | 0.00 |
| Account No. 5121274 | | | | Warranty | | | | |
| Jessica Dawn Tripp 310 Ross Rd No 4J Columbia, SC 29223 | - | | | | X | X | | 0.00 |

Sheet no. **2135** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 0.00

In re **Great Lakes Warranty Corporation**                               Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5124196 | | | | | Warranty | | | | |
| Jessica Dominguez 3270 Shoehorn Dr Lakeland, TN 38002 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5120167 | | | | | Warranty | | | | |
| Jessica F Maciolek 1017 Estates Blvd Hamilton Sq, NJ 08690 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5111104 | | | | | Warranty | | | | |
| Jessica Federman 1351 Chucker Drive Clarksville, TN 37042 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5114411 | | | | | Warranty | | | | |
| Jessica Feldman 12 Pennlyn Road Churchville, PA 18966 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5087936 | | | | | Warranty | | | | |
| Jessica Fischbach 172 Fannie Drive Summerville, SC 29485 | - | | | | | | | | |
| | | | | | | | | | 841.34 |

Sheet no. 2136 of 4906 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                841.34

In re  **Great Lakes Warranty Corporation**                                        ,        Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100639** | | | | Warranty | | | | |
| Jessica Friedman 1413 E. Fairview Avenue  Apt D Montgomery, AL 36106 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127298** | | | | Warranty | | | | |
| Jessica Geier 2932 Stachler Road Ft Recovery, OH 45846 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096701** | | | | Warranty | | | | |
| Jessica Hawk 4998 Alton Street Albany, OH 45710 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105720** | | | | Warranty | | | | |
| Jessica J Fockler 1071 Eagle Drive  Apt 1403 Akron, OH 44312 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103168** | | | | Warranty | | | | |
| Jessica Jane Kopinetz 25 Parry Drive Pottsville, PA 17901 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2137**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100950** | | | Warranty | | | | |
| **Jessica Jendrejewski**<br>**224 Market Street**<br>**Freeport, PA 16229** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130436** | | | Warranty | | | | |
| **Jessica Jo Baker**<br>**25 Rural**<br>**Emporia, KS 66801** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131175** | | | Warranty | | | | |
| **Jessica Kirkland**<br>**233 Mill Street PO Box 15**<br>**Marion Center, PA 15759** | - | | | | | | |
| | | | | | | | 103.00 |
| Account No. **5072808** | | | Warranty | | | | |
| **Jessica L Anderson**<br>**4400 Milla Road**<br>**Clarion, PA 16214** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119782** | | | Warranty | | | | |
| **Jessica L Artman**<br>**112 Parkedge Rd**<br>**Pittsburgh, PA 15220** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**2138** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

103.00

In re  **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5087986** | | | Warranty | | | | |
| Jessica L Bruckner 2347 Lincoln Way E Massillon, OH 44646 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5103879** | | | Warranty | | | | |
| Jessica L Day 10450 McDougal Road Millfield, OH 45761 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5085246** | | | Warranty | | | | |
| Jessica L Glass 709 Cheatham St Springfield, TN 37172 | - | | | | | | |
| | | | | | | | 574.00 |
| Account No. **5122671** | | | Warranty | | | | |
| Jessica L Graber 480 Syner Rd Annville, PA 17003 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102197** | | | Warranty | | | | |
| Jessica L Janderchick 7476 Sterling Road Harrisburg, PA 17112 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2139** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

574.00

In re **Great Lakes Warranty Corporation**,                    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5116024 | | Warranty | | | | | | |
| Jessica L Knox 716 Idlewood Avenue  Apt 2 Carnegie, PA 15106 | - | | | | X | X | | 0.00 |
| Account No. 5116518 | | Warranty | | | | | | |
| Jessica L Lupi 472 Cedar Drive Moon Township, PA 15108 | - | | | | X | X | | 0.00 |
| Account No. 5092347 | | Warranty | | | | | | |
| Jessica L Mazaika 199 Seip Lane Shoemakersville, PA 19555 | - | | | | X | X | | 0.00 |
| Account No. 5104178 | | Warranty | | | | | | |
| Jessica L Painter Lower Road  PO Box 164 St Benedict, PA 15773 | - | | | | | | | 663.31 |
| Account No. 5093199 | | Warranty | | | | | | |
| Jessica L Scruble 2426 Penn Avenue West Lawn, PA 19609 | - | | | | X | X | | 0.00 |

Sheet no. **2140** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **663.31**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5112206 | | | Warranty | | | | |
| Jessica L Sollinger 306 Bella Lane King of Prussia, PA 19406 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5075006 | | | Warranty | | | | |
| Jessica M Back 6125 Gebhart Church Road Miamisburg, OH 45342 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5129534 | | | Warranty | | | | |
| Jessica M Ingraham 15346 Mercer Rd Townville, PA 16360 | - | | | | | | |
| | | | | | | | 1,244.20 |
| Account No. 5086862 | | | Warranty | | | | |
| Jessica M Smith 11746 State Route 2226 Shreve, OH 44676 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5105929 | | | Warranty | | | | |
| Jessica M Stup 92 Ritter Drive Martinsburg, WV 25401 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2141** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 1,244.20

In re **Great Lakes Warranty Corporation**      Case No. _____
_____,
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130669** | | | **Warranty** | | | | |
| **Jessica M Thomas**<br>**306 Flatwoods Rd**<br>**Vanderbilt, PA 15486** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126511** | | | **Warranty** | | | | |
| **Jessica Miller**<br>**285 S. Jefferson Street**<br>**Hanover, PA 17331** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123330** | | | **Warranty** | | | | |
| **Jessica N Drawe**<br>**206 Village Dr**<br>**Pittsburgh, PA 15205** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5095530** | | | **Warranty** | | | | |
| **Jessica N Jenkins**<br>**11 Hunter Court**<br>**Laurens, SC 29360** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120645** | | | **Warranty** | | | | |
| **Jessica N Leiendecker**<br>**525 East Russell Ave**<br>**West Lafayeete, OH 43845** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2142** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)       0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5100692** | | | | | **Warranty** | | | | |
| **Jessica N Niekamp** **152 Reed Street** **New Bremen, OH 45869** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5131368** | | | | | **Warranty** | | | | |
| **Jessica O Neill** **603 West Center Avenue** **Titusville, PA 16354** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5110969** | | | | | **Warranty** | | | | |
| **Jessica Palmyra** **1719 California Street** **Mountain View, CA 94041** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5129985** | | | | | **Warranty** | | | | |
| **Jessica Parker** **9093 Spoonbille Ridge Place** **PlaceLas Vegas, NV 89143** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5127588** | | | | | **Warranty** | | | | |
| **Jessica Parker** **582 Crestmont Ct** **Galloway, OH 43119** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2143** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122126** | | | Warranty | | | | |
| **Jessica R Baker** **1446 Powell St** **Norristown, PA 19401** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5113905** | | | Warranty | | | | |
| **Jessica R Robinson** **3241 Greenbrook Court** **Columbus, OH 43224** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5127983** | | | Warranty | | | | |
| **Jessica Riggle** **4348 West Woods Edge Lane** **Mancie, IN 47304** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5095675** | | | Warranty | | | | |
| **Jessica S Pressler** **4522 Brunnerdale Avenue  NW** **Canton, OH 44718** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5073210** | | | Warranty | | | | |
| **Jessica S Smith** **305 Cemetery Road** **Sistersville, WV 26175** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **2144** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5113461** | | | **Warranty** | | | | |
| **Jessica Sandoval**<br>**5247 W Potter Drive**<br>**Glendale, AZ 85308** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5104685** | | | **Warranty** | | | | |
| **Jessica Skinner**<br>**4000 Sargent Road**<br>**Guysville, OH 45735** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5116041** | | | **Warranty** | | | | |
| **Jessica Smith**<br>**8233 Rossi Road**<br>**Brentwood, TN 37027** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5085003** | | | **Warranty** | | | | |
| **Jessica V Herrera**<br>**719 Mulberry Street**<br>**Trenton, NJ 08638** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5128687** | | | **Warranty** | | | | |
| **Jessica Valentin**<br>**3942 Palmetto Street**<br>**Philadelphia, PA 19124** | - | | | | | | |
| | | | | | | | 1,180.00 |

Sheet no. **2145** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 1,180.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5109086 | | | | | Warranty | | | | |
| Jessica W Wise 1751 Chestnut Street New Ringgold, PA 17960 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5125584 | | | | | Warranty | | | | |
| Jessica Wall 104 Deerfield Place Archdale, NC 27263 | - | | | | | | | | |
| | | | | | | | | | 1,297.50 |
| Account No. 5132429 | | | | | Warranty | | | | |
| Jessica Winsett 9280 Vaughn Road Miamisburg, OH 45342 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5067757 | | | | | Warranty | | | | |
| Jessie Ford 3608 Moss Avenue Columbia, SC 29205 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5115228 | | | | | Warranty | | | | |
| Jessie Ambriz 472 S 17th Ave Yuma, AZ 85364 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2146** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 1,297.50

In re  **Great Lakes Warranty Corporation**                                    Case No. _____
                                                            ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5118930** | | | | **Warranty** | | | | |
| **Jessie Goodspeed 375 Shawnee Queen Creek, AZ 85243** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5073169** | | | | **Warranty** | | | | |
| **Jessie L Lamison 419 Longfellow Street Vandergrift, PA 15690** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5081937** | | | | **Warranty** | | | | |
| **Jessie McDonald Bus 110  3 Forum Drive Columbia, SC 29229** | - | | | | | | | |
| | | | | | | | | **456.00** |
| Account No. **5128575** | | | | **Warranty** | | | | |
| **Jessie Moore 3667 Ferman Road Columbus, OH 43207** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112325** | | | | **Warranty** | | | | |
| **Jessie Reisdorf 2451 N Rainbow  2042 Las Vegas, NV 59108** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2147** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **456.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5131640 | | | | Warranty | | | | |
| Jessie Schaible 5683 Ericka Ct Galloway, OH 43119 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5076451 | | | | Warranty | | | | |
| Jessika Krcek 4142 W Saguaro Lane Glendale, AZ 85310 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111829 | | | | Warranty | | | | |
| Jesus Arreola 344 E Kenwood Circle Mesa, AZ 85201 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087508 | | | | Warranty | | | | |
| Jesus B Valenzuela Montes 2403 E Kesler Lane Chandler, AZ 85225 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132602 | | | | Warranty | | | | |
| Jesus Carrano Olvera 4626 Coronado Hills Way Las Vegas, NV 89115 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2148** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5110160** | | | | **Warranty** | | | | |
| **Jesus Delgado** **6412 Avenue 9E** **Yuma, AZ 85364** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131757** | | | | **Warranty** | | | | |
| **Jesus Garcia** **1665 Monreal Lane** **San Luis, AZ 85349** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092660** | | | | **Warranty** | | | | |
| **Jesus Hernandez** **15236 W Jackson Street** **Goodyear, AZ 85338** | - | | | | | | | |
| | | | | | | | | **550.72** |
| Account No. **5119485** | | | | **Warranty** | | | | |
| **Jesus Hernandez Zavala** **558 South 11th Street** **Reading, PA 19602** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123743** | | | | **Warranty** | | | | |
| **Jesus M Suarez Santos** **1027 West Allen St** **Allentown, PA 18102** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2149** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**550.72**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122804** | | | Warranty | | | | |
| **Jesus Quintana**<br>**22 W 276 North Ave**<br>**Glen Ellyn, IL 60137** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110920** | | | Warranty | | | | |
| **Jesus R Soto Servin**<br>**105 Los Tres Hombres Street**<br>**San Luis, AZ 85349** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118014** | | | Warranty | | | | |
| **Jesus Rodriguez**<br>**18L3 S Olsen**<br>**Tucson, AZ 85713** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102268** | | | Warranty | | | | |
| **Jesus Salazar**<br>**461 Sunset Villa Drive**<br>**Las Vegas, NV 89110** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126911** | | | Warranty | | | | |
| **Jesus Velez**<br>**4100 Longshore Avenue**<br>**Philadelphia, PA 19135** | - | | | | | | |
| | | | | | | | **253.94** |

Sheet no. **2150** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**253.94**

In re   **Great Lakes Warranty Corporation**              ,     Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122024** | | | | Warranty | | | | |
| **Jesus Zalapa** **1711 Rawhide St 119** **Las Vegas, NV 89119** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091078** | | | | Warranty | | | | |
| **Jewell Ann Mason** **PO Box 2752** **Greer, SC 29650** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129419** | | | | Warranty | | | | |
| **Jeyson Seneli Jean** **2234 S 79th** **West Allis, WI 53219** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125824** | | | | Warranty | | | | |
| **Jhad Rahman** **38810 Waverly Drive** **Avon, OH 44011** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115758** | | | | Warranty | | | | |
| **Jhane Cole** **16015 N 159th** **Surprise, AZ 85374** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2151** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">Subtotal            0.00<br>(Total of this page)</div>

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123755** | | | **Warranty** | | | | |
| **Jide Akande** **2404 Cantura Dr** **Mesquite, TX 75181** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5083579** | | | **Warranty** | | | | |
| **Jide Emiola** **1125 Tenth Street S  Apt A4** **Bilmingham, AL 35205** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120042** | | | **Warranty** | | | | |
| **Jihad Elmasri** **3700 Bush River Rd  Apt L4** **Columbia, SC 29210** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5069888** | | | **Warranty** | | | | |
| **Jill Hawkins** **2719 Park Road** **Selinsgrove, PA 17870** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5096512** | | | **Warranty** | | | | |
| **Jill A Eilerman** **4851 St Peter Road** **Coldwater, OH 45828** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.__2152__ of __4906__ sheets attached to Schedule of      Subtotal                                 0.00
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

In re **Great Lakes Warranty Corporation**      Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5129424 | | | Warranty | | | | |
| Jill C Reading 2610 Broadmead Rd Louisville, KY 40205 | - | | | X | X | | 0.00 |
| Account No. 5131976 | | | Warranty | | | | |
| Jill Constantinou 10597 Moultrie Avenue Las Vegas, NV 89129 | - | | | X | X | | 0.00 |
| Account No. 5123781 | | | Warranty | | | | |
| Jill Cruz 6 Webster Ave New Rochelle, NY 10801 | - | | | X | X | | 0.00 |
| Account No. 5094547 | | | Warranty | | | | |
| Jill Dawson 1005 Crimson Way Hendersonville, TN 37075 | - | | | X | X | | 0.00 |
| Account No. 5132154 | | | Warranty | | | | |
| Jill Grechs 434 Darby Lane Bel Air, MD 21015 | - | | | X | X | | 0.00 |

Sheet no. **2153** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      0.00

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5110951 | | Warranty | | | | | | |
| Jill Hendry 1018 Chestnut Emporia, KS 66801 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5064961 | | Warranty | | | | | | |
| Jill Hunter 9040 Woodview Drive Pittsburgh, PA 15237 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107793 | | Warranty | | | | | | |
| Jill Jacobs 234B Cherokee Road Nashville, TN 37205 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5097572 | | Warranty | | | | | | |
| Jill Kerr 14020 South 31st Street Phoenix, AZ 85048 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099679 | | Warranty | | | | | | |
| Jill Minneman 8285 Lukmin Court Clayton, OH 45315 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2154** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5130928** | | | | **Warranty** | | | | |
| **Jill Page** **4808 Crimson Glory Lane** **Las Vegas, NV 89130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090366** | | | | **Warranty** | | | | |
| **Jill Paynter** **10721 E Mission Lane** **Scottsdale, AZ 85258** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108511** | | | | **Warranty** | | | | |
| **Jill Price** **681 Hathaway Trail** **Tipp City, OH 45371** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132580** | | | | **Warranty** | | | | |
| **Jill Stevens** **4415 Holiday Lane** **Bellefontaine, PA 43311** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5071592** | | | | **Warranty** | | | | |
| **Jill White** **53 Deer Run Dr** **Coaldale, CO 81222** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2155** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re  **Great Lakes Warranty Corporation**                                      ,         Case No. _____
_____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085127** | | | | **Warranty** | | | | |
| **Jillian  Bichsel** **116 Dippold Street** **Sewickley, PA 15143** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093306** | | | | **Warranty** | | | | |
| **Jillian K Eubanks** **225 Pine Ridge Road** **Jackson, OH 45640** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088261** | | | | **Warranty** | | | | |
| **Jillian R Trbovich** **531 Cedar Creek Road** **Belle Vernon, PA 15012** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092370** | | | | **Warranty** | | | | |
| **Jillisa Richards** **138 Becks Lane** **Powell, TN 37849** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5063779** | | | | **Warranty** | | | | |
| **Jim  Blackstock Jr.** **533 Turtle Creek Drive** **Brentwood, TN 37027** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2156**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105541** | | | Warranty | | | | |
| **Jim  Hay III 201 N Deer Wood Lane West Chester, PA 19382** | - | | | X | X | | 0.00 |
| Account No. **5081299** | | | Warranty | | | | |
| **Jim  Johnston 2080 West Hunter Road Tucson, AZ 85755** | - | | | X | X | | 0.00 |
| Account No. **5095048** | | | Warranty | | | | |
| **Jim  Malfetti 6 Strickland Way Glen Mills, PA 19342** | - | | | | | | 1,376.61 |
| Account No. **5109361** | | | Warranty | | | | |
| **Jim Blackstak 415 Church Street  Apt 1908 Nashville, TN 37219** | - | | | X | X | | 0.00 |
| Account No. **5108195** | | | Warranty | | | | |
| **Jim Childress 350 Bishop Chapel Road Loretto, TN 38469** | - | | | X | X | | 0.00 |

Sheet no. **2157**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,376.61

In re __Great Lakes Warranty Corporation_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129421** | | | | **Warranty** | | | | |
| **Jim E  Lee III** **1366 McCartney Lane** **Columbus, OH 43229** | - | | | | X | X | | 0.00 |
| Account No. **5126614** | | | | **Warranty** | | | | |
| **Jim Field** **706 Las Lomas** **Austin, TX 78746** | - | | | | X | X | | 0.00 |
| Account No. **5110995** | | | | **Warranty** | | | | |
| **Jim Frantz** **5170 Grove Drive** **Celina, OH 45822** | - | | | | X | X | | 0.00 |
| Account No. **5076558** | | | | **Warranty** | | | | |
| **Jim H Fowles Jr** **140 Yelton Lane** **Eastover, SC 29044** | - | | | | X | X | | 0.00 |
| Account No. **5082700** | | | | **Warranty** | | | | |
| **Jim Hupp** **2285 Ravenna Avenue NE** **East Canton, OH 44730** | - | | | | X | X | | 0.00 |

Sheet no. __2158__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**                                      ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109287** | | | Warranty | | | | |
| **Jim Joint** **3440 Capri Way Unit 3** **Oceanside, CA 92056** | | - | | X | X | | 0.00 |
| Account No. **5091993** | | | Warranty | | | | |
| **Jim King** **7857 W Andrea Drive** **Peoria, AZ 85383** | | - | | X | X | | 0.00 |
| Account No. **5099220** | | | Warranty | | | | |
| **Jim Lever** **1314 E Encinas Avenue** **Gilbert, AZ 85234** | | - | | X | X | | 0.00 |
| Account No. **5086213** | | | Warranty | | | | |
| **Jim Pallone** **1931 Sterrett Road** **Reynoldsville, PA 15851** | | - | | X | X | | 0.00 |
| Account No. **5122239** | | | Warranty | | | | |
| **Jim Paulson** **9833 Royal Lamb** **Las Vegas, NV 89145** | | - | | X | X | | 0.00 |

Sheet no. **2159** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re  **Great Lakes Warranty Corporation**                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5098161** | | | | Warranty | | | | |
| **Jim Rieniets** **2505 21st Avenue Suite 204** **Nashville, TN 37212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123507 | | | | Warranty | | | | |
| **Jim Riordan** **1286 Carnahan** **Pittsburgh, PA 15220** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108828 | | | | Warranty | | | | |
| **Jim Rush** **6294 Gamble Road** **Lisbon, OH 44432** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105969 | | | | Warranty | | | | |
| **Jim Veghte** **101 W Centre Street** **Shenandoah, PA 17976** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093985 | | | | Warranty | | | | |
| **Jim Wyatt** **5308 Greystoke Drive** **Brentwood, TN 37037** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2160** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5091942** | | | | Warranty | | | | |
| **Jimmie  Pound** **1653 Busbee Road** **Gaston, SC 29053** | - | | | | X | X | | 0.00 |
| Account No. **5103690** | | | | Warranty | | | | |
| **Jimmie J Robinson** **428 Walkersville River Rd** **Walkersville, WV 26447** | - | | | | X | X | | 0.00 |
| Account No. **5119012** | | | | Warranty | | | | |
| **Jimmie L Davis** **6413 Hwy 311** **Green Forest, AR 72639** | - | | | | X | X | | 0.00 |
| Account No. **5091271** | | | | Warranty | | | | |
| **Jimmie L Dicken** **6182 Pattonsville Road** **Jackson, OH 45640** | - | | | | X | X | | 0.00 |
| Account No. **5105897** | | | | Warranty | | | | |
| **Jimmy  Caban Jr** **571 Blake Moore Drive** **Lavergne, TN 37086** | - | | | | X | X | | 0.00 |

Sheet no. **2161** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5121537** | | | | **Warranty** | | | | |
| **Jimmy Gates**<br>**1856 Whitney Ave**<br>**Memphis, TN 38127** | - | | | | X | X | | 0.00 |
| Account No. **5109339** | | | | **Warranty** | | | | |
| **Jimmy B Caudill**<br>**2101 Battlesburg SW**<br>**East Sparta, OH 44626** | - | | | | X | X | | 0.00 |
| Account No. **5099242** | | | | **Warranty** | | | | |
| **Jimmy C Smith**<br>**4628 FDartford Rd**<br>**Englewood, OH 45322** | - | | | | X | X | | 0.00 |
| Account No. **5100439** | | | | **Warranty** | | | | |
| **Jimmy D McCloskey**<br>**7006 Pearl Road SE**<br>**Amsterdam, OH 43903** | - | | | | X | X | | 0.00 |
| Account No. **5094461** | | | | **Warranty** | | | | |
| **Jimmy D Watkins**<br>**5603 Royal Court**<br>**Hermitage, TN 37076** | - | | | | | | | 217.38 |

Sheet no. **2162** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     217.38

In re   **Great Lakes Warranty Corporation**         ,    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5113216 | | | | Warranty | | | | |
| Jimmy DiFabrizio 4597 Harrison Street Bellaire, OH 43906 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130664 | | | | Warranty | | | | |
| Jimmy E Taylor 9 Lincoln Ave Burgettstown, PA 15021 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121795 | | | | Warranty | | | | |
| Jimmy Glenn  Bright 207 Starboard Side Anderson, SC 29625 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106028 | | | | Warranty | | | | |
| Jimmy Hodges 3226 N 106th Ave Avondale, AZ 85323 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104986 | | | | Warranty | | | | |
| Jimmy J Guess 117 St John Street Nelsonville, OH 45764 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2163** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                                                  0.00
(Total of this page)

In re **Great Lakes Warranty Corporation**                          ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5105447** | | | | **Warranty** | | | | |
| **Jimmy Martin** **1906 Holston Valley Road** **Morristown, TN 37814** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113603** | | | | **Warranty** | | | | |
| **Jimmy R Wiles** **3511 Huntingbrook Drive** **Columbus, OH 43231** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117379** | | | | **Warranty** | | | | |
| **Jimmy Taveras** **2563 N 17th Street** **Philadelphia, PA 19132** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110381** | | | | **Warranty** | | | | |
| **Jimmy Wen** **3245 Unruh Avenue** **Philadephia, PA 19149** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101537** | | | | **Warranty** | | | | |
| **Jimmy Wheeler** **161 Sontag Drive** **Franklin, TN 37064** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2164** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085910** | | Warranty | | | | | | |
| **Jimmye S Lickliter**<br>**1909 Mystic Bay Court**<br>**Indianapolis, IN 46240** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103002** | | Warranty | | | | | | |
| **Jin H Zhao**<br>**21 Deans Trace Street**<br>**Glasgow, KY 42141** | - | | | | | | | |
| | | | | | | | | 699.64 |
| Account No. **5064779** | | Warranty | | | | | | |
| **Jing  Huang**<br>**1209 North State Parkway #4**<br>**Chicago, IL 60610** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107031** | | Warranty | | | | | | |
| **Jo Ann Conti**<br>**143 Main Boulevard**<br>**Ringtown, PA 17967** | - | | | | | | | |
| | | | | | | | | 1,183.00 |
| Account No. **5105614** | | Warranty | | | | | | |
| **Jo Ann Robinson**<br>**917 Lawrence Street**<br>**Emporia, KS 66801** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2165** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,882.64

In re **Great Lakes Warranty Corporation**                                      Case No. _____

                                                            ,
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099477** | | | | Warranty | | | | |
| **Jo Ann Rocknage** **901 Hartman Street** **McKeesport, PA 15132** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084867** | | | | Warranty | | | | |
| **Jo Ann Sickels** **204 Oak Street** **Bessemer, PA 16112** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5080042** | | | | Warranty | | | | |
| **Jo Ann Williams** **1609 James Cox Road** **Belton, Sc 29627** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111655** | | | | Warranty | | | | |
| **Jo Anne Birotte** **973 W Trenton Avenue  Apt B44** **Morrisville, Pa 19067** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5080492** | | | | Warranty | | | | |
| **Jo Anne Force** **103 Saige Court** **Cranberry Township, PA 16066** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2166** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                              ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5082199** | | | | | Warranty | | | | |
| Jo L Braxton 304 Connellsville Street Uniontown, PA 15481 | - | | | | | X | X | | 0.00 |
| Account No. 5125257 | | | | | Warranty | | | | |
| Jo Lynn Wallace 1805 Winchester #5 Elko, NV 89801 | - | | | | | X | X | | 0.00 |
| Account No. 5114198 | | | | | Warranty | | | | |
| Jo Windon 5379 Old Columbus Road Springfield, OH 45502 | - | | | | | X | X | | 0.00 |
| Account No. 5113562 | | | | | Warranty | | | | |
| Joachim Alfieri 6825 Wesley Drive Harrisburg, PA 17112 | - | | | | | X | X | | 0.00 |
| Account No. 5105147 | | | | | Warranty | | | | |
| Joan A Shaud 215 South Third Street Saint Clair, PA 17970 | - | | | | | X | X | | 0.00 |

Sheet no. **2167** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5112468** | | | | | **Warranty** | | | | |
| **Joan A Williams 5341 Gunness Dublin, OH 43017** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5112990** | | | | | **Warranty** | | | | |
| **Joan E Ferguson 1620 State Street Osceola Mills, PA 16666** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5130069** | | | | | **Warranty** | | | | |
| **Joan Godfrey 1038 E Elm St Scranton, PA 18505** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5131499** | | | | | **Warranty** | | | | |
| **Joan Godoy 2710 Eldora Circle #B Las Vegas, NV 89146** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5088036** | | | | | **Warranty** | | | | |
| **Joan K Hart 1767 Heather Heights Dr Crescent, PA 15046** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.__**2168**__ of __**4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                                        **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5103649 | | | | Warranty | | | | |
| Joan Lagomarsino 33 Geranium Road Levittown, PA 19057 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119169 | | | | Warranty | | | | |
| Joan M Jones 64 Talmadge Rd Clayton, OH 45315 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121759 | | | | Warranty | | | | |
| Joan P Wood 306 Eastcliffe Way Greenville, SC 29611 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5065921 | | | | Warranty | | | | |
| Joan Sell 3 Caitlin Court Johnson City, TN 37604 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113622 | | | | Warranty | | | | |
| Joan V Bell 232 Yankee Road  Lot 144 Quakertown, PA 18951 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2169** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**
_____,   Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108497** | | | | **Warranty** | | | | |
| **Joan Vitkoski 67 Armstrong Street Edwardsville, PA 18704** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128961** | | | | **Warranty** | | | | |
| **Joan Wolfel 163 Sunflower Lane Emporium, PA 15834** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106597** | | | | **Warranty** | | | | |
| **Joana  Nikolaiczyk 1816 Shackleford Rd Nashville, TN 37218** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128390** | | | | **Warranty** | | | | |
| **Joane R Learn 536 N 2nd St Bellwood, PA 16617** | - | | | | | | | |
| | | | | | | | | **364.50** |
| Account No. **5086140** | | | | **Warranty** | | | | |
| **Joanie Cannon 3247 Webber Drive Arlington, TN 38002** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2170** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**364.50**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5126154** | | | | | **Warranty** | | | | |
| **JoAnn Brown** **1121 Brokinrich Road** **Huger, SC 29450** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5104873** | | | | | **Warranty** | | | | |
| **JoAnn C Kuntz** **8731 Woodlore Circle NW** **N Canton, OH 44720** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5067414** | | | | | **Warranty** | | | | |
| **Joann Cepko** **2764 Valleyview Dr** **Lower Burrell, PA 15068** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5106186** | | | | | **Warranty** | | | | |
| **Joann D Ritter** **905 Watson Street** **Pittsburgh, PA 15219** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5132425** | | | | | **Warranty** | | | | |
| **Joann DeJonge** **6160 Duncan Drive** **Las Vegas, NV 89108** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2171** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re   **Great Lakes Warranty Corporation**                          ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5050319** | | | - | | Warranty | | | | |
| **Joann Hinton** **17315 SR 339** **Waterford, OH 45786** | | | | | | | | | **95.00** |
| Account No. **5130381** | | | - | | Warranty | | X | X | |
| **Joann Jones** **3941 N Nellis Blvd  No 130** **Las Vegas, NV 89115** | | | | | | | | | **0.00** |
| Account No. **5122583** | | | - | | Warranty | | X | X | |
| **Joann M Pawling** **204 Appletree Court** **Mullica Hill, NJ 08062** | | | | | | | | | **0.00** |
| Account No. **5131505** | | | - | | Warranty | | X | X | |
| **Joann Mary Miller** **39 James Road** **Hatboro, PA 19040** | | | | | | | | | **0.00** |
| Account No. **5119962** | | | - | | Warranty | | X | X | |
| **JoAnn Smalls** **1102 Quaker Creek Dr** **Mebane, NC 28302** | | | | | | | | | **0.00** |

Sheet no.**2172**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **95.00**

In re __Great Lakes Warranty Corporation_____,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124559** | | | | **Warranty** | | | | |
| **Joann Williams** **9 Clearview Drive** **Canonsburg, PA 15317** | - | | | | X | X | | 0.00 |
| Account No. **5065202** | | | | **Warranty** | | | | |
| **JoAnn Zeiglar** **16 Meadow Lane** **Quakertown, PA 18951** | - | | | | X | X | | 0.00 |
| Account No. **5120866** | | | | **Warranty** | | | | |
| **Joanna A Hurt** **1344 County Rd 404** **Killen, AL 35645** | - | | | | X | X | | 0.00 |
| Account No. **5116129** | | | | **Warranty** | | | | |
| **Joanna A McKinney** **5580 Ream Road** **Lima, OH 45806** | - | | | | X | X | | 0.00 |
| Account No. **5116345** | | | | **Warranty** | | | | |
| **Joanna L Morris** **225 Marshall Drive** **Pittsburgh, PA 15235** | - | | | | X | X | | 0.00 |

Sheet no.**2173** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                 0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127720** | | | | **Warranty** | | | | |
| **Joanna Lacommare 902 Cherry Street Pittsburgh, PA 15205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5060116** | | | | **Warranty** | | | | |
| **Joanne Corcoran 5400 2nd Ave. Pittsburgh, PA 15207** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5078060** | | | | **Warranty** | | | | |
| **Joanne Cragen 33 Bast Avenue Ashland, PA 17921** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116412** | | | | **Warranty** | | | | |
| **Joanne D Screwes 664 N Hawkins Avenue Akron, OH 44313** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109402** | | | | **Warranty** | | | | |
| **Joanne Dimick 47 Swigart Street Barberton, OH 44203** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2174** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 0.00

In re **Great Lakes Warranty Corporation**                                      ,          Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5122990 | | | | Warranty | | | | |
| Joanne Jackson 5049 Leona Dr Pittsburgh, PA 15227 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131440 | | | | Warranty | | | | |
| Joanne Kinard 2442 North 29th Street Philadelphia, PA 19132 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118181 | | | | Warranty | | | | |
| Joanne Kohler 218 East Town  No112 Wapakoneta, OH 45895 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114613 | | | | Warranty | | | | |
| Joanne M Bosh 5293 City Road 57 Galion, OH 44833 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110624 | | | | Warranty | | | | |
| Joanne M Muransky 231 Wychwood Lane Youngstown, OH 44512 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2175** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re    **Great Lakes Warranty Corporation**                              ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5112686 | | | Warranty | | | | |
| Joanne Rocco 2932 Willet Road Pittsburgh, PA 15227 | - | | | X | X | | 0.00 |
| Account No. 5131903 | | | Warranty | | | | |
| Joanne Stotts 35 West Second Street The Plains, OH 45780 | - | | | | | | 1,187.13 |
| Account No. 5126941 | | | Warranty | | | | |
| Joanne Work 320 Greenhill Road West Chester, PA 19380 | - | | | X | X | | 0.00 |
| Account No. 5095136 | | | Warranty | | | | |
| Joanne Y Dull 4127 Skyline Drive Nashville, TN 37215 | - | | | | | | 673.82 |
| Account No. 5122046 | | | Warranty | | | | |
| Joaquim D Carvalho 2831 Keystone St Bethlehem, PA 18020 | - | | | X | X | | 0.00 |

Sheet no. **2176** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,860.95

In re **Great Lakes Warranty Corporation**                                                          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5091763 | | | | Warranty | | | | |
| Jocelyn Anderson 18416 N. Cave Creek Raod  #2047 Phoenix, AZ 85032 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130092 | | | | Warranty | | | | |
| Jocelyn Wolesla 223 East First Avenue Altoona, PA 16602 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5076401 | | | | Warranty | | | | |
| Jochem Gliss 4359 E Briles Rd Phoenix, AZ 85050 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124991 | | | | Warranty | | | | |
| Jodell Uffman 3301 Biddle Road Crestline, OH 44827 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5101892 | | | | Warranty | | | | |
| Jodi Barthel 2259 Allen Avenue Canton, OH 44707 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2177** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation**       Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5068299** <br><br> **Jodi Bennett** <br> **10898 Half Moon Road** <br> **Wattsburg, PA 16442** | - | | Warranty | | | | 347.00 |
| Account No. **5127192** <br><br> **Jodi Bennett** <br> **2544 Bellflower NW** <br> **Carrollton, OH 44615** | - | | Warranty | X | X | | 0.00 |
| Account No. **5100444** <br><br> **Jodi Foraker** <br> **1163 Grandview Avenue  SW** <br> **Canton, OH 44710** | - | | Warranty | X | X | | 0.00 |
| Account No. **5108917** <br><br> **Jodi L Hocker** <br> **1770 Delmar Drive** <br> **Springfield, OH 45503** | - | | Warranty | X | X | | 0.00 |
| Account No. **5120506** <br><br> **Jodi L Richardson** <br> **1581 Rydalmount** <br> **Cleveland Hts, OH 44118** | - | | Warranty | X | X | | 0.00 |

Sheet no. **2178** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     347.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095761** | | | Warranty | | | | |
| **Jodi L Romberger 507 Fairview Street Pottsville, PA 17901** | - | | | X | X | | 0.00 |
| Account No. **5115616** | | | Warranty | | | | |
| **Jodi L Simcox 325 Witmer Street Clearfield, PA 16830** | - | | | X | X | | 0.00 |
| Account No. **5065138** | | | Warranty | | | | |
| **Jodi L. Hassler 1892 Russell Ridge Road Crossville, TN 38555** | - | | | X | X | | 0.00 |
| Account No. **5088924** | | | Warranty | | | | |
| **Jodi Melissa Schleicher 2128 Sherbrooke Court Nashville, TN 37211** | - | | | X | X | | 0.00 |
| Account No. **5075253** | | | Warranty | | | | |
| **Jodi Murphy 8946 Farmdale Way Maineville, OH 45039** | - | | | X | X | | 0.00 |

Sheet no. **2179** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                          ,   Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5113221** | | **Warranty** | | | | | | |
| **Jodi Nicole Lindemuth** **109 Pebble Lane** **Brookville, PA 15825** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5096791** | | **Warranty** | | | | | | |
| **Jodi R Preston** **259 E Thirteenth Avenue  Apt C** **Columbus, OH 43201** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110795** | | **Warranty** | | | | | | |
| **Jodi Robertson** **1632 West End Avenue** **Pottsville, PA 17901** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121006** | | **Warranty** | | | | | | |
| **Jodi Rodericks** **188 Hoffman Heights Rd** **Greensburg, PA 15601** | - | | | | | | | |
| | | | | | | | | **554.00** |
| Account No. **5127155** | | **Warranty** | | | | | | |
| **Jodi Stambler** **712 N. Cambridge Avenue** **Ventor, NJ 08406** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**2180** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**554.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093565** | | | | **Warranty** | | | | |
| **Jodie Beneke**<br>**114 Blackburn Avenue**<br>**Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119296** | | | | **Warranty** | | | | |
| **Jodie Thielen**<br>**113 Springfield Dr**<br>**Smyrna, TN 37167** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119369** | | | | **Warranty** | | | | |
| **Jody  Bucci**<br>**391 Pine Ridge Dr**<br>**Venetia, PA 15367** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121721** | | | | **Warranty** | | | | |
| **Jody Cercone**<br>**710 Lanawan Lane**<br>**Youngstown, OH 44512** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5067040** | | | | **Warranty** | | | | |
| **Jody Concannon**<br>**2401 Glenarm Avenue**<br>**Pittsburgh, PA 15226** | - | | | | | | | |
| | | | | | | | | **641.62** |

Sheet no.**2181** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**641.62**

In re   **Great Lakes Warranty Corporation**                                        ,        Case No. _____

                                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5047092** | | | Warranty | | | | |
| **Jody D Keyser** **1198 W Swan Dr** **Chandler, AZ 85248** | - | | | X | X | | 0.00 |
| Account No. **5120658** | | | Warranty | | | | |
| **Jody Fox** **225 N Mulberry St** **Bremen, OH 43107** | - | | | X | X | | 0.00 |
| Account No. **5126372** | | | Warranty | | | | |
| **Jody Graham** **7381 State RT 45** **Lisbon, OH 44432** | - | | | X | X | | 0.00 |
| Account No. **5126106** | | | Warranty | | | | |
| **Jody Johnson** **7843 Irvington Avenue** **Dayton, OH 45415** | - | | | X | X | | 0.00 |
| Account No. **5114224** | | | Warranty | | | | |
| **Jody N Small II** **194 Blackpiece Road** **Wardsboro, VT 05355** | - | | | X | X | | 0.00 |

Sheet no. **2182** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**,      Case No. _____

                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5128964** | | | | **Warranty** | | | | |
| **Jody Odorisio** **217 East Schribner Avenue** **DuBois, PA 15801** | | - | | | X | X | | 0.00 |
| Account No. **5105688** | | | | **Warranty** | | | | |
| **Jody R Powng** **52 Barcelona Drive** **Niles, OH 44446** | | - | | | X | X | | 0.00 |
| Account No. **5124934** | | | | **Warranty** | | | | |
| **Jody Riddle** **822 Columbus Ave NW** **Canton, OH 44708** | | - | | | X | X | | 0.00 |
| Account No. **5074545** | | | | **Warranty** | | | | |
| **Jody Weber** **172 Finsbury Lane** **Troy, OH 45373** | | - | | | X | X | | 0.00 |
| Account No. **5110919** | | | | **Warranty** | | | | |
| **Joe Gregory** **7201 E 32nd Street  Suite 198** **Yuma, AZ 85365** | | - | | | X | X | | 0.00 |

Sheet no. **2183** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **0.00**

In re   **Great Lakes Warranty Corporation**                              ,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093192** | | | | Warranty | | | | |
| **Joe Jackson** **8 Sleepy Hollow Lane** **Hopkins, SC 29061** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109965** | | | | Warranty | | | | |
| **Joe Lococo** **1445 First Street** **Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104388** | | | | Warranty | | | | |
| **Joe Reinharot** **157 Governors Loop** **Myrtle Beach, SC 29588** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106731** | | | | Warranty | | | | |
| **Joe Smith** **1015 Thompson Place Apt L9** **Nashville, TN 37217** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086763** | | | | Warranty | | | | |
| **Joe A Talkish** **11687 Rt 97 Lot 88** **Waterford, PA 16441** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2184** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                              ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5068435** | | | | | **Warranty** | | | | |
| Joe Arnold 102 Woodmont BV Ste 246 Nashville, TN 37205 | - | | | | | | | | 345.80 |
| Account No. **5087012** | | | | | **Warranty** | | | | |
| Joe Arvallo 737 S. Ocotillo Lane Gilbert, AZ 85296 | - | | | | | | | | 645.54 |
| Account No. **5108989** | | | | | **Warranty** | | | | |
| Joe Asturi 2007 Pelone DRive Verona, PA 15147 | - | | | | | X | X | | 0.00 |
| Account No. **5107142** | | | | | **Warranty** | | | | |
| Joe Babb P.O. Box 2215 Page, AZ 86040 | - | | | | | X | X | | 0.00 |
| Account No. **5125654** | | | | | **Warranty** | | | | |
| Joe Barbuti 148 East Geace Street Old Forge, PA 18518 | - | | | | | X | X | | 0.00 |

Sheet no. **2185** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      991.34

In re **Great Lakes Warranty Corporation**                                     Case No. _____

_____,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5068513** | | | | | Warranty | | | | |
| **Joe Book**<br>**9538 Valley Road**<br>**Pittsburgh, PA 15237** | - | | | | | | | | |
| | | | | | | | | | 298.50 |
| Account No. **5131063** | | | | | Warranty | | | | |
| **Joe Brown**<br>**PO Box 274**<br>**Wellsville, PA 17365** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5111188** | | | | | Warranty | | | | |
| **Joe Catalano**<br>**217 Arla Drive**<br>**Pittsburgh, PA 15220** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5091610** | | | | | Warranty | | | | |
| **Joe D  Martin**<br>**1442 Snell Boulevard**<br>**Nashville, TN 37218** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5107431** | | | | | Warranty | | | | |
| **Joe Dillingham**<br>**712 Glen Iris Court**<br>**Nashville, TN 37221** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**2186** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

298.50

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J | C | | | | | |
| Account No. **5098499** | | **Warranty** | | | | | | | | |
| **Joe F Cooperwood** **4890 Scottsdale Avenue** **Memphis, TN 38118** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5099680** | | **Warranty** | | | | | | | | |
| **Joe Fellers** **4020 Guinn Road** **Knoxville, TN 37931** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5132248** | | **Warranty** | | | | | | | | |
| **Joe Grace II** **3568 Old Oaks Drive** **Beavercreek, OH 45431** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5098078** | | **Warranty** | | | | | | | | |
| **Joe Hayes** **3970 Mountain Terrace** **Memphis, TN 38127** | - | | | | | | | | | |
| | | | | | | | | | | **399.90** |
| Account No. **5112537** | | **Warranty** | | | | | | | | |
| **Joe Kitchen** **21960 Highway 76** **Newberry, SC 29108** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |

Sheet no. **2187** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **399.90**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5112232** | | | Warranty | | | | |
| **Joe Lyons**<br>**3398 N Main Street**<br>**Mansfield, OH 44903** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5106017** | | | Warranty | | | | |
| **Joe Mata**<br>**10921 W Citrus Grove Way**<br>**Avondale, AZ 85323** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5128732** | | | Warranty | | | | |
| **Joe McCune**<br>**165 Toledo Street**<br>**Glouster, OH 45732** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5088641** | | | Warranty | | | | |
| **Joe Monroe**<br>**5751 W Altadena**<br>**Glendale, AZ 85304** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5092396** | | | Warranty | | | | |
| **Joe Neira**<br>**1104 Denmont Avenue S.W.**<br>**Massillon, OH 44646** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**2188** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **0.00**

In re   **Great Lakes Warranty Corporation**          ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089907** | | | Warranty | | | | |
| **Joe Pasillas 400 W Pebble Beach Avenue La Habra, CA 90631** | - | | | X | X | | 0.00 |
| Account No. **5107436** | | | Warranty | | | | |
| **Joe Plowman 116 Taggart Lane Nashville, TN 37205** | - | | | X | X | | 0.00 |
| Account No. **5119950** | | | Warranty | | | | |
| **Joe R Dietrich 446 West Main St Kutztown, PA 19530** | - | | | X | X | | 0.00 |
| Account No. **5111388** | | | Warranty | | | | |
| **Joe Ricciardi 891 E Gail Drive Gilbert, AZ 85296** | - | | | X | X | | 0.00 |
| Account No. **5073399** | | | Warranty | | | | |
| **Joe Schwab 712 Fox Creek Lane Cincinnati, OH 45246** | - | | | X | X | | 0.00 |

Sheet no. **2189** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

Husband, Wife, Joint, or Community

In re    **Great Lakes Warranty Corporation**                 ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5064705** | | | | Warranty | | | | |
| **Joe Sesate** **10320 East Emelita Avenue** **Mesa, AZ 85208** | | - | | | X | X | | 0.00 |
| Account No. **5114297** | | | | Warranty | | | | |
| **Joe Spencer** **210 Stites Avenue** **Fairview Heights, IL 62208** | | - | | | X | X | | 0.00 |
| Account No. **5124266** | | | | Warranty | | | | |
| **Joe Strotheide** **96391 Pine Islands** **Comstock Park, MI 49321** | | - | | | X | X | | 0.00 |
| Account No. **5128835** | | | | Warranty | | | | |
| **Joe W Allen** **1481 Doris Ave** **Memphis, TN 38106** | | - | | | X | X | | 0.00 |
| Account No. **5091327** | | | | Warranty | | | | |
| **Joel Chambers** **605 Ohio Street** **Wapak, OH 45895** | | - | | | | | | 611.21 |

Sheet no. **2190** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal (Total of this page)      611.21

In re   **Great Lakes Warranty Corporation**       ,    Case No. _____

                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096057** | | | **Warranty** | | | | |
| **Joel Jackson**<br>**4774 Cameo Avenue**<br>**Memphis, TN 38128** | - | | | X | X | | 0.00 |
| Account No. **5070707** | | | **Warranty** | | | | |
| **Joel Plote**<br>**1708 N 15th Ave**<br>**Phoenix, AZ 85007** | - | | | X | X | | 0.00 |
| Account No. **5103997** | | | **Warranty** | | | | |
| **Joel A Fulmer**<br>**920 First Avenue North**<br>**Nashville, TN 37201** | - | | | X | X | | 0.00 |
| Account No. **5095089** | | | **Warranty** | | | | |
| **Joel A Pezzano**<br>**2005 Cedar Lane**<br>**Nashville, TN 37212** | - | | | X | X | | 0.00 |
| Account No. **5108861** | | | **Warranty** | | | | |
| **Joel B Laborce**<br>**3185 Longridge Way**<br>**Grove City, OH 43123** | - | | | X | X | | 0.00 |

Sheet no. **2191** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation**         Case No. _____
                                                      ,
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127255** | | | | **Warranty** | | | | |
| **Joel B Tomas 6036 Stibor St North Las Vegas, NV 89081** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101838** | | | | **Warranty** | | | | |
| **Joel C Smith 4102 Old State Road Knox, PA 16232** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109811** | | | | **Warranty** | | | | |
| **Joel Carey 4558 North Canal Street Philadelphia, PA 19143** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122102** | | | | **Warranty** | | | | |
| **Joel D Matthews 25 Fulling Mill Rd Rio Grande, NJ 08242** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119196** | | | | **Warranty** | | | | |
| **Joel Dryden 2089 West Ivanhoe Chandler, AZ 85224** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2192** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5077205** | | | | Warranty | | | | |
| **Joel Elhard** **4825 Augustus Court** **Hilliard, OH 43026** | - | | | | X | X | | 0.00 |
| Account No. **5109715** | | | | Warranty | | | | |
| **Joel G Mercado** **PO Box 11544** **San Luis, AZ 85349** | - | | | | X | X | | 0.00 |
| Account No. **5132103** | | | | Warranty | | | | |
| **Joel Garcia** **762 North 13th Street** **Reading, PA 19604** | - | | | | | | | 193.29 |
| Account No. **5089213** | | | | Warranty | | | | |
| **Joel Guerrier** **1530 West Ruscomb** **Philadelphia, PA 19141** | - | | | | X | X | | 0.00 |
| Account No. **5090014** | | | | Warranty | | | | |
| **Joel Jason Compton** **176 Shady Elm Lane** **Weber City, VA 24290** | - | | | | X | X | | 0.00 |

Sheet no. **2193** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          193.29

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5131615** | | | | Warranty | | | | |
| **Joel Krocker** **2538 County Road 775 Box 507** **Perrysville, OH 44864** | - | | | | X | X | | 0.00 |
| Account No. **5110859** | | | | Warranty | | | | |
| **Joel L Thomas** **11181 W Loma Lane** **Peroia, AZ 85245** | - | | | | X | X | | 0.00 |
| Account No. **5064166** | | | | Warranty | | | | |
| **Joel Lee Mauldin II** **3036 Southshore Dr** **Charleston, SC 29407** | - | | | | X | X | | 0.00 |
| Account No. **5082169** | | | | Warranty | | | | |
| **Joel M Klompus** **83 Via Los Altos** **Tiburon, CA 94920** | - | | | | X | X | | 0.00 |
| Account No. **5127299** | | | | Warranty | | | | |
| **Joel Martinez** **2860 CR 775** **Loudonville, OH 44842** | - | | | | X | X | | 0.00 |

Sheet no. **2194** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re  **Great Lakes Warranty Corporation**                       ,      Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128513** | | | Warranty | | | | |
| **Joel Mayeski** **19 Sunset Drive** **Mechanicsburg, PA 17050** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5096053** | | | Warranty | | | | |
| **Joel O Gray** **1348 Singing Trees** **Memphis, TN 38116** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129042** | | | Warranty | | | | |
| **Joel Rolon** **301 Bridge Street** **Old Forge, PA 18518** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132725** | | | Warranty | | | | |
| **Joel S Rodriguez Bermudez** **1017 12th St** **Allentown, PA 18103** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5117185** | | | Warranty | | | | |
| **Joel S Schwartz** **126 E 31st Street** **Erie, PA 16504** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2195** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
              (Total of this page)        **0.00**

In re **Great Lakes Warranty Corporation** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5105441 | | | | Warranty | | | | |
| Joel Santiago 1228 Union Street Lancaster, PA 17603 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090488 | | | | Warranty | | | | |
| Joel Scott Abraham 957 Bockstoce Avenue #301 Pittsburgh, PA 15234 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114203 | | | | Warranty | | | | |
| Joel Simmons 9722 Eighth Avenue Inglewood, CA 90305 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090991 | | | | Warranty | | | | |
| Joel Soriano 120 N McQueen Road #105 Chandler, AZ 85225 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5066661 | | | | Warranty | | | | |
| Joel Sundo 126 Dorseyville Rd Ohara, PA 15215 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2196** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re **Great Lakes Warranty Corporation**                                    Case No. _____
_____ ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5119486 | | | | | Warranty | | | | |
| Joel Ulrich 1828 Frush Valley Rd Temple, PA 19560 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5071018 | | | | | Warranty | | | | |
| Joel Weiss 11 Timothy Ct Monsey, NY 10952 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5097501 | | | | | Warranty | | | | |
| Joel Wise 3921 Orchard Avenue Cincinnati, OH 45236 | - | | | | | | | | |
| | | | | | | | | | 232.60 |
| Account No. 5092765 | | | | | Warranty | | | | |
| Joel Z Durham 175 Pennsylvania Avenue Pittsburgh, PA 15202 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5110423 | | | | | Warranty | | | | |
| Joel Zeiger 1008 Delene Road Jenkintown, PA 19046 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2197** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

232.60

In re  **Great Lakes Warranty Corporation**                          ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5087351** | | Warranty | | | | | | |
| **Joelle P Farrar** **1670 W Winchester Way** **Chandler, AZ 85248** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130823** | | Warranty | | | | | | |
| **Joelle R Jared** **4537 Elliot Ave  Apt 1** **Dayton, OH 45410** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109887** | | Warranty | | | | | | |
| **Joenathan S Chaplin** **209 Cartgate Circle** **Blythewood, SC 29016** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5062620** | | Warranty | | | | | | |
| **Joesph Coit** **131 Jefferson Avenue** **Buffalo, NY 14210** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5094639** | | Warranty | | | | | | |
| **Joeta Brozosky** **2147 E Kenwood Street** **Mesa, AZ 85213** | - | | | | | | | |
| | | | | | | | | **29.73** |

Sheet no.**2198**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **29.73**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                        ,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103333** | | | | **Warranty** | | | | |
| **Joetta C Ross**<br>**2414 16th St NE**<br>**Canton, OH 44705** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120598** | | | | **Warranty** | | | | |
| **Joey A Briggs**<br>**322 Bowling Ave**<br>**Columbia, SC 29203** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104847** | | | | **Warranty** | | | | |
| **Joey Barbera**<br>**4845 Monticello NW**<br>**Canton, OH 44708** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105241** | | | | **Warranty** | | | | |
| **Joey Brunson**<br>**1081 Williams Acres Lane**<br>**Manning, SC 29102** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093296** | | | | **Warranty** | | | | |
| **Joey C Lewis**<br>**3523 State Route 13N**<br>**Mansfield, OH 44903** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2199** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                                           **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation**                                              Case No. _____

                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5128600** | | | | Warranty | | | | |
| **Joey Carpentry** **2001 Sheaffer Road** **Elizabethtown, PA 17022** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117931** | | | | Warranty | | | | |
| **Joey Funck** **2001 Sheaffer Rd** **Elizabethtown, PA 17022** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108716** | | | | Warranty | | | | |
| **Joey West** **5609 Traceside Dr** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119940** | | | | Warranty | | | | |
| **John  Adams** **1120 Market St  Apt 610** **Meadville, PA 16335** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131521** | | | | Warranty | | | | |
| **John  Antonelli** **3629 Red Lion Rd** **Philadelphia, PA 19114** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2200**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5108479** | | | | | Warranty | | | | |
| **John Aquaro Jr**<br>**1837 Garden Court**<br>**Langhorne, PA 19047** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5118843** | | | | | Warranty | | | | |
| **John Arkley**<br>**2922 Raspberry St**<br>**Erie, PA 16508** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5096058** | | | | | Warranty | | | | |
| **John Barnes Jr**<br>**1926 Merrimac Cove**<br>**Southaven, MS 38671** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5071514** | | | | | Warranty | | | | |
| **John Buxton Jr**<br>**341 D West Coleman Blvd**<br>**Mt Pleasant, SC 29464** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5121270** | | | | | Warranty | | | | |
| **John Capone**<br>**112 Treona Dr**<br>**Verona, Pa 15147** | - | | | | | | | | |
| | | | | | | | | | **70.24** |

Sheet no. **2201** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **70.24**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5112141** | | Warranty | | | | | | |
| **John  Clayton Jr**<br>**1609 Harding Place**<br>**Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124021** | | Warranty | | | | | | |
| **John  Collins**<br>**3080 Silver Hill Rd.**<br>**Atlanta, GA 30316** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119200** | | Warranty | | | | | | |
| **John  Conner**<br>**38337 N Reynosa Dr**<br>**Queen Creek, AZ 85240** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121726** | | Warranty | | | | | | |
| **John  Faulkiner**<br>**989 West State St**<br>**Salem, OH 44460** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5056128** | | Warranty | | | | | | |
| **John  Ford**<br>**203 Tigitsi Pl**<br>**Coudon, TN 37774** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2202**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re  **Great Lakes Warranty Corporation**                          ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5129827 | | | | Warranty | | | | |
| John Furr 6855 East Sparta Ave East Sparta, OH 44626 | - | | | | X | X | | 0.00 |
| Account No. 5095384 | | | | Warranty | | | | |
| John Gamboa 879 Borgwood Court San Jose, CA 95120 | - | | | | X | X | | 0.00 |
| Account No. 5112282 | | | | Warranty | | | | |
| John Glawe 8702 60th Ave NW Pine Island, MI 55963 | - | | | | X | X | | 0.00 |
| Account No. 5112126 | | | | Warranty | | | | |
| John Gonzalez 322 Pavillion St Atlanta, GA 30315 | - | | | | X | X | | 0.00 |
| Account No. 5037573 | | | | Warranty | | | | |
| John Hank 23233 N Pima Rd #113-130 Scottsdale, AZ 85255 | - | | | | X | X | | 0.00 |

Sheet no. **2203** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5092856** | | | | | **Warranty** | | | | |
| **John Harris**<br>**344 Waren Ave**<br>**Rochester, NY 14918** | - | | | | | | | | 832.50 |
| Account No. **5106303** | | | | | **Warranty** | | | | |
| **John Hervey**<br>**713 W Loughlin Dr**<br>**Chandler, AZ 85225** | - | | | | | X | X | | 0.00 |
| Account No. **5122624** | | | | | **Warranty** | | | | |
| **John Hurst**<br>**332 S Main St**<br>**St Charles, MO 63301** | - | | | | | X | X | | 0.00 |
| Account No. **5122789** | | | | | **Warranty** | | | | |
| **John Jones**<br>**245 E 5th St**<br>**Erie, PA 16507** | - | | | | | X | X | | 0.00 |
| Account No. **5114333** | | | | | **Warranty** | | | | |
| **John Kirkham**<br>**24 Annadale Rd**<br>**Nashville, TN 37215** | - | | | | | X | X | | 0.00 |

Sheet no. **2204** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              832.50

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5116351 | | | | Warranty | | | | |
| John Koch 1996 North Meridian Road Huntington, IN 46750 | - | | | | | | | 59.50 |
| Account No. 5102799 | | | | Warranty | | | | |
| John Lambert 3019 Padgett Road Hopkins, SC 29061 | - | | | | X | X | | 0.00 |
| Account No. 5118554 | | | | Warranty | | | | |
| John Linquist 175 Rangley Dr Colorado Springs, CO 80921 | - | | | | X | X | | 0.00 |
| Account No. 5087009 | | | | Warranty | | | | |
| John McCaa 4020 N MacArthur 122-309 Irving, TX 75038 | - | | | | X | X | | 0.00 |
| Account No. 5130478 | | | | Warranty | | | | |
| John Merlino 1438 Gilham Street Philadelphia, PA 19111 | - | | | | | | | 1,800.00 |

Sheet no. **2205**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,859.50 |

In re __**Great Lakes Warranty Corporation**_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5103121** | | | **Warranty** | | | | |
| **John  Meyer** **117 Mattison Rd** **Branchville, NJ 07826** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5106802** | | | **Warranty** | | | | |
| **John  Pilieri** **61 Wescott Road** **Cape May Court House, NJ 08210** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5120848** | | | **Warranty** | | | | |
| **John  Ruse** **559 Woodview Lane** **Harleysville, PA 19438** | - | | | | | | |
| | | | | | | | **1,715.00** |
| Account No. **5099162** | | | **Warranty** | | | | |
| **John  Smith Jr** **2217 Albion Street** **Nashville, TN 37208** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5093642** | | | **Warranty** | | | | |
| **John  Stellato** **3921 B Ave** **Newportville, PA 19056** | - | | | | | | |
| | | | | | | | **459.43** |

Sheet no.**2206** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,174.43**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108675** | | | **Warranty** | | | | |
| **John Thorne** **7820 Santa Rosa Rd** **Buellton, CA 98427** | | - | | X | X | | 0.00 |
| Account No. **5097898** | | | **Warranty** | | | | |
| **John Williams** **1619 Sulpher Springs Road** **Murfreesboro, TN 37129** | | - | | X | X | | 0.00 |
| Account No. **5061771** | | | **Warranty** | | | | |
| **John Yochim** **7668 Fairlane Dr** **Fairview, PA 16415** | | - | | | | | 29.00 |
| Account No. **5123038** | | | **Warranty** | | | | |
| **John Ziock** **609 East St** **New Salem, PA 15468** | | - | | X | X | | 0.00 |
| Account No. **5114805** | | | **Warranty** | | | | |
| **John A Altman** **280 south Ridge Rd** **Coal center, PA 15423** | | - | | | | | 95.00 |

Sheet no. **2207** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **124.00**

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5112719** | | | **Warranty** | | | | |
| **John A Bender**<br>**14073 Dickson Road**<br>**Meadville, PA 16335** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5085145** | | | **Warranty** | | | | |
| **John A Craig**<br>**59 Thomas Cove**<br>**Jackson, TN 38305** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5083197** | | | **Warranty** | | | | |
| **John A Dilling**<br>**3355 Waterford Road**<br>**New Waterford, OH 44445** | - | | | | | | |
| | | | | | | | 58.00 |
| Account No. **5096480** | | | **Warranty** | | | | |
| **John A Flask Jr**<br>**37457 State Route 558**<br>**Leetonia, OH 44431** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5098102** | | | **Warranty** | | | | |
| **John A Forde**<br>**5107 Nathan Avenue**<br>**Ashtabula, OH 44004** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**2208**_ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| **58.00** |

In re **Great Lakes Warranty Corporation**        Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5105372** | | | | **Warranty** | | | | |
| **John A Groff** **904 Union Street** **Lancaster, PA 17603** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115413** | | | | **Warranty** | | | | |
| **John A Guernsey** **2342 Wrencroft Circle** **Dayton, OH 45459** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119675** | | | | **Warranty** | | | | |
| **John A Hayes** **PO Box 293** **Zaleski, OH 45698** | - | | | | | | | |
| | | | | | | | | **404.98** |
| Account No. **5119284** | | | | **Warranty** | | | | |
| **John A Kennedy** **27 Atkins St** **Glouster, OH 45732** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5094366** | | | | **Warranty** | | | | |
| **John A Kousky** **2305 W Ruthrauff Road  #L29** **Tucson, AZ 85705** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2209** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal | **404.98**
                              (Total of this page)

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5122576** | | | | | **Warranty** | | | | |
| **John A Matheny** **6150 Vore Ridge Rd** **Athens, OH 45701** | - | | | | | | | | 295.20 |
| Account No. **5105575** | | | | | **Warranty** | | | | |
| **John A Polyak** **8015 Millcreek Parkway** **Levittown, PA 19054** | - | | | | | X | X | | 0.00 |
| Account No. **5120320** | | | | | **Warranty** | | | | |
| **John A Powers** **1404 Winding Lane** **Champaign, IL 61820** | - | | | | | X | X | | 0.00 |
| Account No. **5085970** | | | | | **Warranty** | | | | |
| **John A Raccippio** **3322 Lexington Road** **Louisville, KY 40206** | - | | | | | | | | 177.94 |
| Account No. **5087177** | | | | | **Warranty** | | | | |
| **John A Salton** **2582 Linda Drive** **Murrysville, PA 15668** | - | | | | | X | X | | 0.00 |

Sheet no. **2210** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    473.14

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5112972<br><br>John A Spagnolo<br>601 Columbia Court<br>Mars, PA 16046 | - | | | Warranty | X | X | | 0.00 |
| Account No. 5120302<br><br>John A Stolzfus<br>1784 Walnut Rd<br>Honey Brook, PA 19344 | - | | | Warranty | X | X | | 0.00 |
| Account No. 5094858<br><br>John A Tabron<br>253 Third Avenue<br>Sutersville, PA 15083 | - | | | Warranty | | | | 280.50 |
| Account No. 5111611<br><br>John A Townsend<br>21 Clark Avenue<br>Spring Church, PA 15686 | - | | | Warranty | X | X | | 0.00 |
| Account No. 5130336<br><br>John Albert Brandon<br>404 Legendary Lane<br>Mars, PA 16046 | - | | | Warranty | | | | 95.00 |

Sheet no. **2211** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

375.50

In re **Great Lakes Warranty Corporation**                    , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5093689** | | | | | Warranty | | | | |
| **John Albertini** **1306 Henry Lane  Apt Hq** **Blacksburg, VA 24060** | - | | | | | X | X | | 0.00 |
| Account No. **5130768** | | | | | Warranty | | | | |
| **John Aleksiejczyk** **987 Victoria Road** **Warminster, PA 18974** | - | | | | | | | | 1,401.00 |
| Account No. **5125319** | | | | | Warranty | | | | |
| **John Ambrosio** **HC63 Box 13C** **Acme, PA 15610** | - | | | | | X | X | | 0.00 |
| Account No. **5076715** | | | | | Warranty | | | | |
| **John Andrew Qualley** **49 Regola Dr** **Irwin, PA 15642** | - | | | | | | | | 250.95 |
| Account No. **5108021** | | | | | Warranty | | | | |
| **John Archer** **2325 Woodstock Road** **Columbus, OH 43221** | - | | | | | X | X | | 0.00 |

Sheet no. **2212** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,651.95

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5098861** | | | Warranty | | | | |
| **John Archuleta 2003 S Tenth Avenue Safford, AZ 85546** | - | | | X | X | | 0.00 |
| Account No. **5107366** | | | Warranty | | | | |
| **John Auger 24 Casey Drive Hooksett, NH 03106** | - | | | X | X | | 0.00 |
| Account No. **5101837** | | | Warranty | | | | |
| **John Ayers 33 W Balph Avenue New Castle, PA 16102** | - | | | X | X | | 0.00 |
| Account No. **5092860** | | | Warranty | | | | |
| **John B Adams 121 Chadwyck Place Madison, MS 39110** | - | | | X | X | | 0.00 |
| Account No. **5084051** | | | Warranty | | | | |
| **John B Brumbaugh 2723 Espy Avenue Pittsburgh, PA 15216** | - | | | X | X | | 0.00 |

Sheet no.**2213** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           0.00

In re   **Great Lakes Warranty Corporation**                          ,   Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5119002** | | | | **Warranty** | | | | |
| **John B Crysell** **704 Princeton Hills Dr** **Brentwood, TN 37027** | - | | | | | | | **1,989.00** |
| Account No. **5099374** | | | | **Warranty** | | | | |
| **John B Kelly** **1183 Oak Leaf Lane** **Warminster, PA 18974** | - | | | | X | X | | **0.00** |
| Account No. **5071672** | | | | **Warranty** | | | | |
| **John B Russell** **4304 Parkview Circle** **Nashville, TN 37204** | - | | | | X | X | | **0.00** |
| Account No. **5102865** | | | | **Warranty** | | | | |
| **John Baccus** **1060 Hough circle** **Rock Hill, SC 29730** | - | | | | X | X | | **0.00** |
| Account No. **5107792** | | | | **Warranty** | | | | |
| **John Bacon** **100 Higginson Place N** **Gallatin, TN 37066** | - | | | | X | X | | **0.00** |

Sheet no. **2214** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **1,989.00**

In re  **Great Lakes Warranty Corporation**                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5076374** | | | Warranty | | | | |
| **John Balintona** **4220 Cristo Rey St** **Farmington, NM 87401** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108782** | | | Warranty | | | | |
| **John Barbas** **1273 Riker Drive** **New Albany, OH 43054** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5096384** | | | Warranty | | | | |
| **John Barlow** **PO Box 1479** **Woonsocket, RI 02895** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102841** | | | Warranty | | | | |
| **John Barwick** **237 Transom Court** **Gaston, SC 29053** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107197** | | | Warranty | | | | |
| **John Beard** **111 Lawrences Lane** **Latrobe, PA 15650** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2215** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**           ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5129056 | | | | Warranty | | | | |
| John Beliakoff 1701 El Travesta Drive La Habra Heights, CA 90631 | - | | | | X | X | | 0.00 |
| Account No. 5064687 | | | | Warranty | | | | |
| John Bell 27 West Montcrest Drive Mountain Brook, AL 35213 | - | | | | | | | 308.90 |
| Account No. 5083272 | | | | Warranty | | | | |
| John Bellando 2448 Weir Road Warren, OH 44483 | - | | | | | | | 525.00 |
| Account No. 5125507 | | | | Warranty | | | | |
| John Beney 15065 Water Street PO Box 143 North Lawrence, OH 44666 | - | | | | X | X | | 0.00 |
| Account No. 5071023 | | | | Warranty | | | | |
| John Bengfort 1215 Northfield Rd Colorado Springs, Co 80919 | - | | | | | | | 3,296.18 |

Sheet no. **2216** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal       | 4,130.08
(Total of this page)

In re   **Great Lakes Warranty Corporation**                                        ,          Case No. _____

                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128041** | | | Warranty | | | | |
| **John Bernnauer** **2529 Silverton Drive** **Las Vegas, NV 89134** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5069448** | | | Warranty | | | | |
| **John Bidlecki** **65 Vern Lane** **Cheektowaga, NY 14227** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125736** | | | Warranty | | | | |
| **John Bingaman** **322 Shavtlesville Road** **Mohrsville, PA 19541** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5070178** | | | Warranty | | | | |
| **John Bird** **404 South Garfield St** **Arlington, VA 22204** | - | | | | | | |
| | | | | | | | 445.00 |
| Account No. **5132159** | | | Warranty | | | | |
| **John Boyed** **377 La Rue Avenue Apt #11** **Reno, NV 89509** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2217** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

445.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131229** | | | Warranty | | | | |
| **John Brennan Jr.** **17427 Lake Avenue** **Lakewood, OH 44107** | - | | | X | X | | 0.00 |
| Account No. **5115447** | | | Warranty | | | | |
| **John Brittan** **338 Delp Road** **Lancaster, PA 17601** | - | | | X | X | | 0.00 |
| Account No. **5125246** | | | Warranty | | | | |
| **John Brown** **634 Knollwood Drive** **Lavergne, TN 37086** | - | | | X | X | | 0.00 |
| Account No. **5085393** | | | Warranty | | | | |
| **John Browning** **469 Riverstyx Road  PO Box 653** **Hopatcong, NJ 07843** | - | | | X | X | | 0.00 |
| Account No. **5110005** | | | Warranty | | | | |
| **John Buccinno** **1615 Cleveland Avenue** **Wyomissing, PA 19610** | - | | | | | | 295.77 |

Sheet no.**2218** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                  295.77
(Total of this page)

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101256** | | | Warranty | | | | |
| **John Buchanan** **3923 W Lake Estates Drive** **Davie, FL 33328** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111187** | | | Warranty | | | | |
| **John Buchignani** **1064 Greentree Road** **Pittsburgh, PA 15220** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131696** | | | Warranty | | | | |
| **John Buhalak** **1091 Yukon Avenue** **Akron, OH 44320** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126706** | | | Warranty | | | | |
| **John Bussard** **90 N. Park Place Apt D2** **DuBois, PA 15801** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5117739** | | | Warranty | | | | |
| **John C Brose** **4184 County Road 152** **East Liberty, OH 43319** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**2219** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Great Lakes Warranty Corporation**                          Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5087931** | | Warranty | | | | | | |
| **John C Davidson** **420 Sells Road** **Lancaster, OH 43130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096482** | | Warranty | | | | | | |
| **John C Dickens** **280 E Pine Street Ext** **Lisbon, OH 44432** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112771** | | Warranty | | | | | | |
| **John C Fausnaught Jr.** **510 W Chestnut Street** **Pottstown, PA 19484** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091363** | | Warranty | | | | | | |
| **John C Greenway** **3804 North Stone Gully** **Mesa, AZ 85207** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102622** | | Warranty | | | | | | |
| **John C McCluskey** **2 Park Street** **Pittsburgh, PA 15209** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2220** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5111667** | | **Warranty** | | | | | | |
| **John C Miller** **RR 5  Box 634** **Tyrone, PA 16686** | - | | | | X | X | | 0.00 |
| Account No. **5105453** | | **Warranty** | | | | | | |
| **John C Osburn** **14825 Hillcrest Avenue** **Middlefield, OH 44062** | - | | | | X | X | | 0.00 |
| Account No. **5096062** | | **Warranty** | | | | | | |
| **John C Smith** **18 North Joslyn Drive** **Pittsburgh, PA 15235** | - | | | | X | X | | 0.00 |
| Account No. **5119835** | | **Warranty** | | | | | | |
| **John C Spellings** **614 West Hill Ave  No 5** **Knoxville, TN 37902** | - | | | | X | X | | 0.00 |
| Account No. **5111769** | | **Warranty** | | | | | | |
| **John C Welsh** **22353 Wallace Avenue** **Alliance, OH 44601** | - | | | | X | X | | 0.00 |

Sheet no. **2221** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

                                         ,

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5080454** | | | | **Warranty** | | | | |
| **John Camardo**<br>**91 Countryside Lane**<br>**Williamsville, NY 14221** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122420** | | | | **Warranty** | | | | |
| **John Capp**<br>**109 West Rickert Ave**<br>**Dickson, TN 37055** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5094934** | | | | **Warranty** | | | | |
| **John Chacon**<br>**6241 Sky Flower Drive**<br>**Tucson, AZ 85757** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5094255** | | | | **Warranty** | | | | |
| **John Chandler**<br>**2011 Powder Mill Road**<br>**Youngstown, OH 44505** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5096273** | | | | **Warranty** | | | | |
| **John Charles Demoss**<br>**25 Woodland Farms Road**<br>**Pittsburgh, PA 15238** | - | | | | | | | |
| | | | | | | | | **98.99** |

Sheet no. **2222** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal
      (Total of this page)        **98.99**

In re    **Great Lakes Warranty Corporation** ,                    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5072065 | | | | Warranty | | | | |
| John Chavez 7537 Red Fox Court Littleton, CO 80125 | - | | | | X | X | | 0.00 |
| Account No. 5125800 | | | | Warranty | | | | |
| John Chicchetti 378 River St Wilkes Barre, PA 18702 | - | | | | X | X | | 0.00 |
| Account No. 5112540 | | | | Warranty | | | | |
| John Chris Hansel 15605 E. Scorpion Drive Fountain Hills, AZ 85268 | - | | | | X | X | | 0.00 |
| Account No. 5055548 | | | | Warranty | | | | |
| John Cioffi P.O. Box 114 Piscataway, NJ 08855 | - | | | | | | | 919.10 |
| Account No. 5067820 | | | | Warranty | | | | |
| John Cirota Jr. 122 Commercial Avenue Masontown, PA 15461 | - | | | | X | X | | 0.00 |

Sheet no. **2223** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **919.10**

In re **Great Lakes Warranty Corporation**                          ,          Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5107105** | | | Warranty | | | | |
| **John Clay** **7865 Jamaica Road** **Miamisburg, OH 45342** | - | | | X | X | | 0.00 |
| Account No. **5104769** | | | Warranty | | | | |
| **John Cleator** **110 Wellington Park Court** **Nashville, TN 37215** | - | | | X | X | | 0.00 |
| Account No. **5132169** | | | Warranty | | | | |
| **John Cole** **322 Hancock Avenue Apt C** **Vandergrift, PA 15680** | - | | | X | X | | 0.00 |
| Account No. **5125956** | | | Warranty | | | | |
| **John Connor** **326 Cattail Court** **Pennsburg, PA 18073** | - | | | | | | 398.50 |
| Account No. **5128034** | | | Warranty | | | | |
| **John Connor** **672 Lincoln Drive** **DuBois, PA 15801** | - | | | X | X | | 0.00 |

Sheet no. **2224** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    398.50

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5084973** | | | | **Warranty** | | | | |
| **John Corsack** **3031 Holme Avenue  Apt 2** **Philadelphia, PA 19136** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5068432** | | | | **Warranty** | | | | |
| **John Corsi** **13658 Market Avenue North** **Hartville, OH 44362** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5074273** | | | | **Warranty** | | | | |
| **John Cowder** **1614 N Webster Avenue** **Dunmore, PA 18512** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117235** | | | | **Warranty** | | | | |
| **John Coyle** **308 Lynch Street** **Olyphant, PA 18447** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127464** | | | | **Warranty** | | | | |
| **John Crooks II** **1260 Flagdale Road** **Junction City, OH 43748** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2225** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5110667** | | | | | Warranty | | | | |
| **John Curran** **4639 Kendrick Street** **Philadelphia, PA 19136** | - | | | | | X | X | | 0.00 |
| Account No. **5115419** | | | | | Warranty | | | | |
| **John Cushey** **549 Dry Row Road** **Monongahela, PA 15063** | - | | | | | X | X | | 0.00 |
| Account No. **5089345** | | | | | Warranty | | | | |
| **John D  Hoerr Sr** **7534 Reynolds Nill** **Seven Valleys, PA 17360** | - | | | | | X | X | | 0.00 |
| Account No. **5108394** | | | | | Warranty | | | | |
| **John D Autesberger** **RD 2  Box 623  Lot 121** **Altoona, PA 16601** | - | | | | | X | X | | 0.00 |
| Account No. **5114328** | | | | | Warranty | | | | |
| **John D Blank** **6887 Walnut Hills Drive** **Brentwood, TN 37027** | - | | | | | X | X | | 0.00 |

Sheet no. **2226** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re **Great Lakes Warranty Corporation**                     ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109940** | | | Warranty | | | | |
| **John D Crowe**<br>**4483 Tumbleweed Trail**<br>**Port Orange, FL 32127** | - | | | X | X | | 0.00 |
| Account No. **5112423** | | | Warranty | | | | |
| **John D Doutt**<br>**509 Old State Road**<br>**Waterford, PA 16441** | - | | | X | X | | 0.00 |
| Account No. **5123352** | | | Warranty | | | | |
| **John D Kosko**<br>**9216 Douglas Fir Dr**<br>**Pittsburgh, PA 15239** | - | | | X | X | | 0.00 |
| Account No. **5085506** | | | Warranty | | | | |
| **John D Nelson Jr**<br>**4456 Enchanted Circle**<br>**Nashville, TN 37218** | - | | | X | X | | 0.00 |
| Account No. **5075997** | | | Warranty | | | | |
| **John D Robertson**<br>**912 Lynn Street**<br>**Parkersburg, WV 26101** | - | | | X | X | | 0.00 |

Sheet no. **2227** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097231** | | | Warranty | | | | |
| **John D Rock** **76541 Zion Road** **Kimbolton, OH 43749** | - | | | X | X | | 0.00 |
| Account No. **5124130** | | | Warranty | | | | |
| **John D Rosenberry** **870 S 3rd St** **Columbus, OH 43206** | - | | | X | X | | 0.00 |
| Account No. **5117247** | | | Warranty | | | | |
| **John D Wilson** **1921 Pointview Avenue** **Youngstown, OH 44502** | - | | | | | | 90.34 |
| Account No. **5096783** | | | Warranty | | | | |
| **John Dallas Buchanan** **129 Stirling Street** **Blandon, PA 19510** | - | | | X | X | | 0.00 |
| Account No. **5070186** | | | Warranty | | | | |
| **John Daly** **22 Ruby Lane** **Huntington, NY 11746** | - | | | X | X | | 0.00 |

Sheet no. **2228** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          90.34

In re **Great Lakes Warranty Corporation** ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5080518** | | | | Warranty | | | | |
| **John Daniels 420 Talmage Street Raleigh, NC 27603** | - | | | | X | X | | 0.00 |
| Account No. 5129529 | | | | Warranty | | | | |
| **John Davidson PO Box 85 Rockton, PA 15856** | - | | | | X | X | | 0.00 |
| Account No. 5131369 | | | | Warranty | | | | |
| **John Davis 416 Derry Street Latrobe, PA 15650** | - | | | | X | X | | 0.00 |
| Account No. 5073214 | | | | Warranty | | | | |
| **John DeAngelis PO Box 475 Castle Point, NY 12511** | - | | | | X | X | | 0.00 |
| Account No. 5122224 | | | | Warranty | | | | |
| **John Debarge 323 Pine Valley Dr Felton, PA 17322** | - | | | | X | X | | 0.00 |

Sheet no.**2229** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132646** | | | Warranty | | | | |
| **John Delli**<br>**350 Crescent Drive**<br>**Bordentown, NJ 08505** | - | | | X | X | | 0.00 |
| Account No. **5130315** | | | Warranty | | | | |
| **John Dennis**<br>**127 Preston Dr**<br>**North Wales, PA 19454** | - | | | X | X | | 0.00 |
| Account No. **5096386** | | | Warranty | | | | |
| **John Denson**<br>**228 Harpeth Wood Dr**<br>**Nashville, TN 37221** | - | | | | | | 384.40 |
| Account No. **5107850** | | | Warranty | | | | |
| **John DeSantis**<br>**106 Dickie Hill Road**<br>**Davidsville, PA 15928** | - | | | X | X | | 0.00 |
| Account No. **5127365** | | | Warranty | | | | |
| **John Devere**<br>**192 Plymouth Street**<br>**Pittsburgh, PA 15211** | - | | | X | X | | 0.00 |

Sheet no. **2230** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

384.40

In re   **Great Lakes Warranty Corporation**                                   ,   Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122218** | | | | Warranty | | | | |
| **John Dickson** **5601 Cloverland Dr** **Nashville, TN 37027** | - | | | | X | X | | 0.00 |
| Account No. **5097838** | | | | Warranty | | | | |
| **John Domasjewicz** **RD 3 Box 209A** **Meshoppen, PA 18630** | - | | | | X | X | | 0.00 |
| Account No. **5073717** | | | | Warranty | | | | |
| **John Dunn** **1532 N 11th Street`** **Reading, PA 19604** | - | | | | X | X | | 0.00 |
| Account No. **5129802** | | | | Warranty | | | | |
| **John Dunn** **8411 Carpet Road** **New Tripoli, PA 18066** | - | | | | X | X | | 0.00 |
| Account No. **5083494** | | | | Warranty | | | | |
| **John E  McNichols** **119 15 Farmers Boulevard** **Jamaica, NY 11432** | - | | | | X | X | | 0.00 |

Sheet no.**2231**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102311** | | | | **Warranty** | | | | |
| **John E Baxter**<br>**914 North Leh Street**<br>**Allentown, PA 18104** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097606** | | | | **Warranty** | | | | |
| **John E Clonch**<br>**33425 Hysell Run Road**<br>**Pomeroy, OH 45769** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106447** | | | | **Warranty** | | | | |
| **John E Crace**<br>**119 Clayton Road**<br>**Williamstown, NJ 08094** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124998** | | | | **Warranty** | | | | |
| **John E Evans**<br>**326 Walker St**<br>**Osceola Mills, PA 16666** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128392** | | | | **Warranty** | | | | |
| **John E Frazee**<br>**101 S Market St**<br>**Martinsburg, PA 16662** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2232** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re **Great Lakes Warranty Corporation**                                      , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5121261** | | Warranty | | | | | | |
| **John E Holsinger** **616 Duganne Lane** **Duncansville, PA 16635** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5088000** | | Warranty | | | | | | |
| **John E Horn** **1121 West Schwenkmill Road** **Perkasie, PA 18944** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5071559** | | Warranty | | | | | | |
| **John E Klanke** **50616 Canyon Lane** **Granger, IN 46530** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110516** | | Warranty | | | | | | |
| **John E Lovan** **6418 E Fairfield Street** **Mesa, AZ 85205** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120819** | | Warranty | | | | | | |
| **John E Mango** **325 Michigan Ave** **Lower Burrell, PA 15068** | - | | | | | | | |
| | | | | | | | | **78.00** |

Sheet no. **2233** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **78.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5102177** | | | Warranty | | | | |
| **John E Martin 2343 Emory Street Newberry, SC 29108** | - | | | X | X | | 0.00 |
| Account No. **5100098** | | | Warranty | | | | |
| **John E Schneider 210 Carden Avenue Nashville, TN 37205** | - | | | X | X | | 0.00 |
| Account No. **5114938** | | | Warranty | | | | |
| **John E Sersen Jr 1182 Hedy Lynn Drive Irwin, PA 15642** | - | | | X | X | | 0.00 |
| Account No. **5077130** | | | Warranty | | | | |
| **John E Smith 11261 Lake Pleasant Road Union City, PA 16438** | - | | | X | X | | 0.00 |
| Account No. **5121346** | | | Warranty | | | | |
| **John E Tretter 72 Canoebirch Rd Levittown, PA 19057** | - | | | X | X | | 0.00 |

Sheet no. **2234** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re __Great Lakes Warranty Corporation__ , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5115434 | | | | Warranty | | | | |
| John E Waite PO Box 1221 Pearce, AZ 85625 | - | | | | X | X | | 0.00 |
| Account No. 5100436 | | | | Warranty | | | | |
| John E Ytuarte 1302 Woodland Avenue NW Canton, OH 44703 | - | | | | X | X | | 0.00 |
| Account No. 5132574 | | | | Warranty | | | | |
| John Edson Shaw 650 E Azure Avenue #1078 N Las Vegas, NV 89081 | - | | | | X | X | | 0.00 |
| Account No. 5127001 | | | | Warranty | | | | |
| John Elardi 631 N. Stephanie Street Henderson, NV 89014 | - | | | | X | X | | 0.00 |
| Account No. 5096212 | | | | Warranty | | | | |
| John Essig 1094 Maidencreek Road Fleetwood, PA 19522 | - | | | | X | X | | 0.00 |

Sheet no. __2235__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**                          , Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130290** | | | | Warranty | | | | |
| **John Evans** **1 Reef** **Laguna Niguel, CA 92677** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5071034** | | | | Warranty | | | | |
| **John Everlof** **3800 Charter Club Dr** **Doylestown, PA 18901** | - | | | | | | | |
| | | | | | | | | **2,100.00** |
| Account No. **5120958** | | | | Warranty | | | | |
| **John F Brodzina** **4531 Clover Hill Lnae** **Tyrone, PA 16686** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5079579** | | | | Warranty | | | | |
| **John F Connelly Jr** **203 High Lea Road** **Brentwood, TN 37027** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114167** | | | | Warranty | | | | |
| **John F Devivo** **RR8  Box 4068** **Saylorsburg, PA 18353** | - | | | | | | | |
| | | | | | | | | **1,694.50** |

Sheet no. **2236** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **3,794.50**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5119613 | | | Warranty | | | | |
| John F Kauffman 302 Jackson St Berea, KY 40403 | - | | | X | X | | 0.00 |
| Account No. 5112582 | | | Warranty | | | | |
| John F Martin 310 Sill Avenue  Lot 131 Celina, OH 45822 | - | | | X | X | | 0.00 |
| Account No. 5088621 | | | Warranty | | | | |
| John F Raule 2813 Shelley Road Philadelphia, PA 19152 | - | | | X | X | | 0.00 |
| Account No. 5068173 | | | Warranty | | | | |
| John Farkasovsky Jr. 623 Edgewood Road Pittsburgh, PA 15221 | - | | | X | X | | 0.00 |
| Account No. 5089050 | | | Warranty | | | | |
| John Fenimore 15 Kingsland Avenue East Yaphawk, NY 11967 | - | | | X | X | | 0.00 |

Sheet no. **2237** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5049494** | | | **Warranty** | | | | |
| **John Fischer 1682 E. Wild Horse Place Chandler, AZ 85249** | - | | | | | | 312.78 |
| Account No. **5108666** | | | **Warranty** | | | | |
| **John Fletcher II 8556 Cleveland Ave Magnolia, OH 44643** | - | | | | | | 105.00 |
| Account No. **5068392** | | | **Warranty** | | | | |
| **John Frazier 765 Darden Place Nashville, TN 37205** | - | | | X | X | | 0.00 |
| Account No. **5097699** | | | **Warranty** | | | | |
| **John G Graves 96029 Piedmont Fernandina Beach, FL 32034** | - | | | | | | 830.00 |
| Account No. **5090475** | | | **Warranty** | | | | |
| **John G McEvoy 454 Wood Avenue Cincinnati, OH 45220** | - | | | X | X | | 0.00 |

Sheet no. **2238** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,247.78

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5079345 | | | Warranty | | | | |
| John G Palmer Jr 2811 Tyne Boulevard Nashville, TN 37215 | - | | | X | X | | 0.00 |
| Account No. 5072821 | | | Warranty | | | | |
| John G Stare 2203 Briarwood Drive McKeesport, PA 15135 | - | | | X | X | | 0.00 |
| Account No. 5123348 | | | Warranty | | | | |
| John Gabriele 290 W Bacon St Hillsdale, MI 49242 | - | | | X | X | | 0.00 |
| Account No. 5097156 | | | Warranty | | | | |
| John Gaither 1620 Sandpiper Drive Rock Hill, SC 29730 | - | | | X | X | | 0.00 |
| Account No. 5127477 | | | Warranty | | | | |
| John Galli 800 Anderson Street New Kensington, PA 15058 | - | | | X | X | | 0.00 |

Sheet no. **2239** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5132213 | | | | Warranty | | | | |
| John Garofalo 14 Carlton Avenue Marlton, NJ 08053 | - | | | | X | X | | 0.00 |
| Account No. 5126083 | | | | Warranty | | | | |
| John Geatens 8 Lenape Way Honey Brook, PA 19344 | - | | | | X | X | | 0.00 |
| Account No. 5074834 | | | | Warranty | | | | |
| John Gentry 2120 Lebanon Park #25 Nashville, TN 37210 | - | | | | X | X | | 0.00 |
| Account No. 5129197 | | | | Warranty | | | | |
| John Giardino 43 W Main St Jacksonville, OH 45740 | - | | | | X | X | | 0.00 |
| Account No. 5075891 | | | | Warranty | | | | |
| John Gilespie 414 Jacks Creek Richmond, KY 40475 | - | | | | | | | 422.50 |

Sheet no. **2240** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          422.50

In re **Great Lakes Warranty Corporation**                                          ,        Case No. _____

                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **5089269** | | | | | | Warranty | | | | |
| **John Gimenez** **1901 Forest Avenue** **Nashville, TN 37206** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5112692** | | | | | | Warranty | | | | |
| **John Glennon** **2048 Timberwood Drive** **Nashville, TN 37215** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5108304** | | | | | | Warranty | | | | |
| **John Goshertt** **94 Basler Drive** **Elizabethtown, PA 17022** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5124620** | | | | | | Warranty | | | | |
| **John Grandizio** **510 New York Avenue** **Wildwood, NJ 08260** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5116094** | | | | | | Warranty | | | | |
| **John Greder** **153 Pershing** **St Marys, OH 45885** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |

Sheet no.**2241** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,     Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5126946** | | **Warranty** | | | | | | | |
| **John Green** **147 Girard Avenue** **North Hills, PA 19038** | - | | | | | X | X | | 0.00 |
| Account No. **5111107** | | **Warranty** | | | | | | | |
| **John Gregory Hensley** **5213 Fredericksburg Way E** **Brentwood, TN 37027** | - | | | | | X | X | | 0.00 |
| Account No. **5116927** | | **Warranty** | | | | | | | |
| **John Guernsey** **971 Derring Lane** **Bryn Mawr, PA 19010** | - | | | | | X | X | | 0.00 |
| Account No. **5073994** | | **Warranty** | | | | | | | |
| **John Gulino** **16414 Spanish Oaks Boulevard** **Prairieville, LA 70769** | - | | | | | X | X | | 0.00 |
| Account No. **5066331** | | **Warranty** | | | | | | | |
| **John Gulledge** **403 Forrest Road** **Fort Oglethorpe, GA 30742** | - | | | | | X | X | | 0.00 |

Sheet no. **2242** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

In re   **Great Lakes Warranty Corporation**                              Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5058847** | | | | Warranty | | | | |
| **John Guttman** **46 Knoll Road** **Coatesville, PA 19320** | - | | | | X | X | | 0.00 |
| Account No. 5130841 | | | | Warranty | | | | |
| **John H  Hart** **342 Blackhills Dr** **Latrobe, PA 15650** | - | | | | X | X | | 0.00 |
| Account No. 5122604 | | | | Warranty | | | | |
| **John H Brailford** **254 E Main St** **Summerton, SC 29148** | - | | | | X | X | | 0.00 |
| Account No. 5116884 | | | | Warranty | | | | |
| **John H Brown** **1417 English Ivy Court** **Mt Pleasant, SC 29464** | - | | | | X | X | | 0.00 |
| Account No. 5101024 | | | | Warranty | | | | |
| **John H Byas** **124 Stone Heath Dr** **Columbia, SC 29223** | - | | | | X | X | | 0.00 |

Sheet no.**2243**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5112951** | | | | **Warranty** | | | | |
| **John H Cartwright**<br>**467 McBrayer Road**<br>**Buchanan, GA 30113** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109152** | | | | **Warranty** | | | | |
| **John H Coker**<br>**2917 Hazel St**<br>**Erie, PA 16508** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088605** | | | | **Warranty** | | | | |
| **John H Dean**<br>**1425 Eighth Avenue**<br>**New Brighton, PA 15066** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092005** | | | | **Warranty** | | | | |
| **John H Grant**<br>**1581 Orr Street**<br>**Memphis, TN 38108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103487** | | | | **Warranty** | | | | |
| **John H Jemison**<br>**131 Adaline Avenue**<br>**Campbell, OH 44405** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2244** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation** ,  Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5090269** | | | Warranty | | | | |
| John H Lea 1651 S Pecan Circle Mesa, AZ 85202 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119086** | | | Warranty | | | | |
| John H Mullen 224 Lehr Ave Pittsburgh, PA 15223 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5109329** | | | Warranty | | | | |
| John H Sinclair 301 Graney Crossing Cayce, SC 29033 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107754** | | | Warranty | | | | |
| John H Wallace 129 Broadcrest Drive Pittsburgh, PA 15235 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5083414** | | | Warranty | | | | |
| John Hadden 6969 Main Street Waitsfield, VT 05673 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.__2245__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **0.00**

In re **Great Lakes Warranty Corporation**        ,    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5107445** | | | | **Warranty** | | | | |
| **John Hall**<br>**267 Randy Lane**<br>**Moon Twp, PA 15108** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110966** | | | | **Warranty** | | | | |
| **John Handza**<br>**108 Comrie Avenue**<br>**Pittsburgh, PA 15104** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111258** | | | | **Warranty** | | | | |
| **John Harden**<br>**1015 W Hunter St  Unit B**<br>**Logan, OH 43138** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111656** | | | | **Warranty** | | | | |
| **John Harris**<br>**603 Chestnut Lane**<br>**Boardman, OH 44512** | - | | | | | | | |
| | | | | | | | | **252.85** |
| Account No. **5113294** | | | | **Warranty** | | | | |
| **John Hatlestad**<br>**2401 Scouting Trail**<br>**Raleigh, NC 27615** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2246** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)        **252.85**

In re  **Great Lakes Warranty Corporation**  ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093691** <br><br> **John Haydock** <br> **1223 Waveland Avenue** <br> **Gurnee, IL 60031** | - | | **Warranty** | | | | **116.00** |
| Account No. 5103602 <br><br> **John Hayes** <br> **107 Hickory Street PO Box 293** <br> **Zaleski, OH 45698** | - | | **Warranty** | X | X | | **0.00** |
| Account No. 5081235 <br><br> **John Hayworth** <br> **4500 Waylead Drive** <br> **Nashville, TN 37215** | - | | **Warranty** | X | X | | **0.00** |
| Account No. 5131213 <br><br> **John Herrington** <br> **1800 Treasure Lake** <br> **DuBois, PA 15801** | - | | **Warranty** | X | X | | **0.00** |
| Account No. 5124534 <br><br> **John Hershberger** <br> **15959 Porie Flamongo Rd SE** <br> **Corning, OH 43730** | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **2247** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **116.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5073196** | | | | **Warranty** | | | | |
| **John Hess 2827 Longvale Lane Sevierville, TN 37862** | - | | | | | | | **75.00** |
| Account No. **5070905** | | | | **Warranty** | | | | |
| **John Hinchey 617 Dutchmans Dr Hermitage, TN 37076** | - | | | | X | X | | **0.00** |
| Account No. **5110984** | | | | **Warranty** | | | | |
| **John Holbert 424W Main Street Mechanicsburg, PA 17055** | - | | | | X | X | | **0.00** |
| Account No. **5086930** | | | | **Warranty** | | | | |
| **John Holley 108 Oglesby Ave Birmingham, AL 35209** | - | | | | X | X | | **0.00** |
| Account No. **5111570** | | | | **Warranty** | | | | |
| **John Hombosky 115 Wedgewood Drive Gibsonia, PA 15044** | - | | | | X | X | | **0.00** |

Sheet no. **2248** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **75.00**

In re  **Great Lakes Warranty Corporation**                                          ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5130360** | | | | | **Warranty** | | | | |
| **John Homer Cawley Jr**<br>**4344 Bream Road**<br>**N Charleston, SC 29418** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5087836** | | | | | **Warranty** | | | | |
| **John Horn**<br>**3118 109th Avenue  SE**<br>**Bellevue, WA 98004** | - | | | | | | | | |
| | | | | | | | | | **1,896.00** |
| Account No. **5112994** | | | | | **Warranty** | | | | |
| **John Horner**<br>**228 Curtiswood Drive**<br>**Sumter, SC 29150** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5096382** | | | | | **Warranty** | | | | |
| **John Howarth**<br>**11 Haswill Street**<br>**Warwick, RI 02889** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5097368** | | | | | **Warranty** | | | | |
| **John Hunnicutt**<br>**8048 Poplar Wood Road**<br>**Nashville, TN 37221** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**2249**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| **1,896.00** |

In re **Great Lakes Warranty Corporation**                                    , Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5092390** | | | Warranty | | | | |
| John I Gilbert 164 High Street  PO Box 537 Tuscarawas, OH 44682 | - | | | X | X | | 0.00 |
| Account No. **5087998** | | | Warranty | | | | |
| John I Rivera 480 S Ninth Street  Apt E208 Quakertown, PA 18951 | - | | | X | X | | 0.00 |
| Account No. **5119746** | | | Warranty | | | | |
| John J  Joyce 1600 division St  No 620 Nashville, TN 37203 | - | | | X | X | | 0.00 |
| Account No. **5119102** | | | Warranty | | | | |
| John J Beaumont 1953 Beyer St  1st Fl Philadelphia, PA 19111 | - | | | | | | 1,763.50 |
| Account No. **5104023** | | | Warranty | | | | |
| John J Collins Jr 2319 Wilson Avenue Bristol, PA 19007 | - | | | | | | 1,544.00 |

Sheet no. **2250** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,307.50

In re  **Great Lakes Warranty Corporation**     ,  Case No. _____
            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109821** | | Warranty | | | | | | |
| **John J Crooks**<br>**1330 Flagdale Rd**<br>**Junction City, OH 43748** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104184** | | Warranty | | | | | | |
| **John J Harrold**<br>**115 Sunn Hillside Road**<br>**Benton, PA 17814** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118592** | | Warranty | | | | | | |
| **John J Kuzel**<br>**230 Laredo St**<br>**McKeesport, PA 15133** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116158** | | Warranty | | | | | | |
| **John J Long**<br>**67 Ralston Avenue**<br>**Havertown, PA 19083** | - | | | | | | | |
| | | | | | | | | 625.50 |
| Account No. **5112677** | | Warranty | | | | | | |
| **John J Oatman**<br>**2021 Chapel Forge Drive**<br>**Lancaster, PA 17601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2251** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal     | 625.50
(Total of this page)

In re   **Great Lakes Warranty Corporation**                     ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5085480** | | | **Warranty** | | | | |
| **John J OConnell** **35 King Richard Drive** **Boxford, MA 01921** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5088305** | | | **Warranty** | | | | |
| **John J Range** **12898 Cedar Ave** **Cleveland Heights, OH 44118** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5124837** | | | **Warranty** | | | | |
| **John J Rogers** **8000 Moro St** **Philadelphia, PA 19136** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5117248** | | | **Warranty** | | | | |
| **John J Willman Jr** **2746 Briarwood Drive** **Tiffin, OH 44883** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5089644** | | | **Warranty** | | | | |
| **John J Yorde** **14460 Old McArthur Road** **Logan, OH 43138** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**2252** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal
        (Total of this page)      **0.00**

In re __Great Lakes Warranty Corporation__ _____, Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5101710** | | | | **Warranty** | | | | |
| John J Yost 1808 Third Avenue Pottsville, PA 17901 | - | | | | X | X | | 0.00 |
| Account No. **5107030** | | | | **Warranty** | | | | |
| John J Zaleski 281 Ringtown Boulevard Ringtown, PA 17967 | - | | | | X | X | | 0.00 |
| Account No. **5131708** | | | | **Warranty** | | | | |
| John Jordan 3822 Logans Ferry Road Pittsburgh, PA 15239 | - | | | | X | X | | 0.00 |
| Account No. **5097798** | | | | **Warranty** | | | | |
| John Jordan 292 Twin Pond Road Newberry, SC 29108 | - | | | | X | X | | 0.00 |
| Account No. **5061535** | | | | **Warranty** | | | | |
| John Jouanet 5268 Autumn Run Rd Powder Springs, GA 30127 | - | | | | | | | 297.72 |

Sheet no. __2253__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      297.72

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. 5127296 | | | Warranty | | | | |
| John Jutte 4213 Eratur Durbin Ft Recovery, OH 45646 | - | | | X | X | | 0.00 |
| Account No. 5075887 | | | Warranty | | | | |
| John K Petrik 205 Meadowlawn Street Cheektowaga, NY 14225 | - | | | | | | 1,497.88 |
| Account No. 5086416 | | | Warranty | | | | |
| John K Pierce 61713 Locker Plant Road McArthur, OH 45651 | - | | | X | X | | 0.00 |
| Account No. 5093364 | | | Warranty | | | | |
| John K Riley 5016 W Tonto Road Glendale, AZ 85308 | - | | | X | X | | 0.00 |
| Account No. 5071274 | | | Warranty | | | | |
| John Kalicky 10591 West Rd Albion, PA 16401 | - | | | X | X | | 0.00 |

Sheet no. __2254__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)             1,497.88

In re **Great Lakes Warranty Corporation**                              Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5114725** | | | | **Warranty** | | | | |
| **John Kennedy PO Box 651 Hillside Drive Saylorsburg, PA 18359** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128076** | | | | **Warranty** | | | | |
| **John King 5995 Baker Rd Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5069714** | | | | **Warranty** | | | | |
| **John Kingman 2035 E Gondola Lane Gilbert, AZ 85234** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125451** | | | | **Warranty** | | | | |
| **John Kobal 22 Viburnum Lane Levittown, PA 19054** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5094101** | | | | **Warranty** | | | | |
| **John Kolodziejski Jr 254 Orrs Mills Road New Windsor, NY 12553** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2255** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re **Great Lakes Warranty Corporation**         Case No. _____

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109669** <br><br> **John Kozioziemski** <br> **134W 20th Avenue** <br> **Munhall, PA 15120** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5113621** <br><br> **John Krause** <br> **703A Able Colony Road** <br> **Windgap, PA 18091** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5109031** <br><br> **John L Catizone** <br> **541 Mt Olive Boulevard** <br> **Lost Creek, PA 17946** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5118084** <br><br> **John L Green** <br> **4800 Cross Creek Dr** <br> **Columbus, OH 43232** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5121188** <br><br> **John L Hall** <br> **5008 Danestone Dr** <br> **Nashville, TN 37220** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **2256** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      0.00
(Total of this page)

In re   **Great Lakes Warranty Corporation**                                          ,          Case No. _____

                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5117335 | | Warranty | | | | | | |
| John L Hunter 16166 Main Street  PO Box 94 Millfield, OH 45761 | - | | | | X | X | | 0.00 |
| Account No. 5078216 | | Warranty | | | | | | |
| John L Kemp II 535 Grove Drive Beaver, PA 15009 | - | | | | X | X | | 0.00 |
| Account No. 5100897 | | Warranty | | | | | | |
| John L McCue 4 Highview Drive Donegal, PA 15628 | - | | | | X | X | | 0.00 |
| Account No. 5099324 | | Warranty | | | | | | |
| John L Sexton 21812 North Street Venango, PA 16440 | - | | | | | | | 118.35 |
| Account No. 5090319 | | Warranty | | | | | | |
| John L Underwood Jr 2419 Crimsonberry Lane Grove City, OH 43123 | - | | | | X | X | | 0.00 |

Sheet no. **2257** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                118.35

In re   **Great Lakes Warranty Corporation**                  ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5073273** | | Warranty | | | | | | |
| **John Labos** **934 Meadow Crest Drive** **Pittsburgh, PA 15237** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121201** | | Warranty | | | | | | |
| **John Lamparter** **2165 Old Philadelphia Pike  Apt 16** **Lancaster, PA 17602** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129311** | | Warranty | | | | | | |
| **John Lanoy** **172 Twp 129** **Dillonvale, OH 43914** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090638** | | Warranty | | | | | | |
| **John Larson Price** **6378 W 49th Street** **Mission, KS 66202** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107359** | | Warranty | | | | | | |
| **John Lauth** **117 Sturgeon** **St Marys, OH 45885** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2258** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119549 | | | | Warranty | | | | |
| John Lee Warrick 132 Mountaineer Lane West Mifflin, PA 15122 | - | | | | X | X | | 0.00 |
| Account No. 5123263 | | | | Warranty | | | | |
| John Lewis 1039 Edgeood Avenue Westville, NJ 08093 | - | | | | X | X | | 0.00 |
| Account No. 5124599 | | | | Warranty | | | | |
| John Loscombe 3115 Parallel Drive Scranton, PA 18504 | - | | | | X | X | | 0.00 |
| Account No. 5119159 | | | | Warranty | | | | |
| John Lujan 1855 Holt Rd Paducah, KY 42001 | - | | | | X | X | | 0.00 |
| Account No. 5065919 | | | | Warranty | | | | |
| John Lynah 1216 Lakewood Drive Greensboro, NC 27410 | - | | | | X | X | | 0.00 |

Sheet no. **2259** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                  Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095493** | | | | Warranty | | | | |
| John M  Dick III 2902 Glenwood Road Camp Hill, PA 17011 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102540** | | | | Warranty | | | | |
| John M  Sitnik 6409Arborwood Lane Erie, PA 16505 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120869** | | | | Warranty | | | | |
| John M  Zinna 1210 Silver Dr Erie, PA 16509 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5080945** | | | | Warranty | | | | |
| John M Bazay 143 S 108th Place Mesa, AZ 85208 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092078** | | | | Warranty | | | | |
| John M Chamberlain 4212 N Tenth Place Phoenix, AZ 85014 | - | | | | | | | |
| | | | | | | | | 1,304.00 |

Sheet no. **2260** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)       **1,304.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5114872** | | | | **Warranty** | | | | |
| **John M Connor** **5254 Leatherwood Avenue** **Memphis, TN 38111** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124373** | | | | **Warranty** | | | | |
| **John M Davis** **186 St Charles St** **Nelsonville, OH 45764** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109641** | | | | **Warranty** | | | | |
| **John M DeAngelo** **242 Virginia Avenue** **Shenandoah, PA 17976** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087797** | | | | **Warranty** | | | | |
| **John M Denman** **1955 Harbert Avenue** **Memphis, TN 38104** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5076623** | | | | **Warranty** | | | | |
| **John M Dues** **440 E Livingston Street** **Celina, OH 45822** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2261** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5117480 | | | | Warranty | | | | |
| John M Franck 2513 Shadow Cove Franklin, TN 37069 | | - | | | | | | 314.75 |
| Account No. 5098637 | | | | Warranty | | | | |
| John M Gleaton 219 Millwood Avenue Lexington, SC 29073 | | - | | | X | X | | 0.00 |
| Account No. 5093775 | | | | Warranty | | | | |
| John M Nasados III 36 Chapel Road Pottsville, PA 17901 | | - | | | X | X | | 0.00 |
| Account No. 5108126 | | | | Warranty | | | | |
| John M Noble 378 Donahoe Road Greensburg, PA 15601 | | - | | | X | X | | 0.00 |
| Account No. 5090042 | | | | Warranty | | | | |
| John M Powell 2621 Third Street Syracuse, OH 45779 | | - | | | X | X | | 0.00 |

Sheet no. **2262** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

314.75

In re **Great Lakes Warranty Corporation**                                      , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5091403 | | | Warranty | | | | |
| John M Prokopakis 68 Cemetary Lane Bloomingdale, OH 43910 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5044385 | | | Warranty | | | | |
| John M Rothenberger 131 W Pine St Fleetwood, PA 19522 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5102523 | | | Warranty | | | | |
| John M Rotterman 8428 Erickson Ct Waynesville, OH 45068 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5111100 | | | Warranty | | | | |
| John M Rutter 315 Stacy Drive Batesville, AR 72501 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5117816 | | | Warranty | | | | |
| John M Usher 723 Henry Street Belle Vernon, PA 15012 | - | | | | | | |
| | | | | | | | 197.99 |

Sheet no. **2263** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

197.99

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5109577** | | | | **Warranty** | | | | |
| **John M Venable 3123 Ridgeview Court Murfreesboro, TN 37129** | - | | | | X | X | | 0.00 |
| Account No. **5098648** | | | | **Warranty** | | | | |
| **John M Warner 1011 N Mercer St New Castle, PA 16105** | - | | | | X | X | | 0.00 |
| Account No. **5108599** | | | | **Warranty** | | | | |
| **John M Wehner 31 Erwin Court Nashville, TN 37205** | - | | | | X | X | | 0.00 |
| Account No. **5094213** | | | | **Warranty** | | | | |
| **John M Wolfe 500 Lemon Street Warminster, PA 18974** | - | | | | X | X | | 0.00 |
| Account No. **5105183** | | | | **Warranty** | | | | |
| **John Madarang 7141 E Rancho Vista no 3002 Scottsdale, AZ 85251** | - | | | | | | | 272.50 |

Sheet no. **2264** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

272.50

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **5068479** | | | | | **Warranty** | | | | |
| **John Magnone** **101 Bird Way** **Weirton, WV 26062** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5127923** | | | | | **Warranty** | | | | |
| **John Mangan** **909 Kay Street** **Boalsburg, PA 16827** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5066130** | | | | | **Warranty** | | | | |
| **John Manly Jr** **117 Summer St** **Biddeford, ME 04005** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5097210** | | | | | **Warranty** | | | | |
| **John Marinucci** **7255 Hills and Dales Road NW  Apt 8** **Massillon, OH 44646** | - | | | | | | | | |
| | | | | | | | | | **264.00** |
| Account No. **5124309** | | | | | **Warranty** | | | | |
| **John Marozzi** **196 Spring Avenue Apt 4** **Pittsburgh, PA 15202** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**2265** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**264.00**

In re   **Great Lakes Warranty Corporation**                ,       Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5110396** | | | | **Warranty** | | | | |
| **John Marston** **8319 E Citrus Way** **Scottsdale, AZ 85250** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5098609** | | | | **Warranty** | | | | |
| **John Martin** **310 Jill Avenue  Lot 131** **Celina, OH 45822** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126882** | | | | **Warranty** | | | | |
| **John Massey** **5359 Blackwell Rd** **Bartlett, TN 38134** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104281** | | | | **Warranty** | | | | |
| **John McCarthy** **249 South Crooks Road** **Clawson, MI 48017** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5075546** | | | | **Warranty** | | | | |
| **John McCurry** **33 Marble Court** **Collegeville, PA 19426** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2266** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124097** | | | | **Warranty** | | | | |
| **John McDonald** **2711 Johnson Road** **Germantown, TN 38130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130007** | | | | **Warranty** | | | | |
| **John McGonigal** **112 Mary Street** **Johnsonburg, PA 15845** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129948** | | | | **Warranty** | | | | |
| **John McGrath** **628 Dana Way** **Rochester, PA 15074** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102381** | | | | **Warranty** | | | | |
| **John McGuire** **12100 Red Oak Court S** **Burnsville, MN 55337** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104011** | | | | **Warranty** | | | | |
| **John McPeak** **2517 Belle Brook Drive** **Franklin, TN 37067** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2267** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,      Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124301** | | | Warranty | | | | |
| **John Melnick** **4952 Nevra Pkwy** **Bounswick Hills, OH 44212** | - | | | X | X | | 0.00 |
| Account No. **5128383** | | | Warranty | | | | |
| **John Meyer** **245 Quail Run Rd** **Venetia, PA 15367** | - | | | | | | 2,383.28 |
| Account No. **5109910** | | | Warranty | | | | |
| **John Meyers** **3830 Devonshire Avenue** **Phoenix, AZ 85018** | - | | | X | X | | 0.00 |
| Account No. **5094509** | | | Warranty | | | | |
| **John Miseishin** **180 Ashford Drive** **Enola, PA 17025** | - | | | X | X | | 0.00 |
| Account No. **5066376** | | | Warranty | | | | |
| **John Molick** **6 Meadow Road** **Catawissa, PA 17820** | - | | | X | X | | 0.00 |

Sheet no. **2268** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,383.28**

In re  **Great Lakes Warranty Corporation**          ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129445** | | | | **Warranty** | | | | |
| **John Molyneaux** **301 Fairview Street** **Reading, PA 19605** | - | | | | X | X | | 0.00 |
| Account No. **5059324** | | | | **Warranty** | | | | |
| **John Montgomery** **704 Indiana Ave** **Avonmore, PA 15618** | - | | | | | | | 648.75 |
| Account No. **5126242** | | | | **Warranty** | | | | |
| **John Morgan** **611 Birch Street** **Scranton, PA 18505** | - | | | | X | X | | 0.00 |
| Account No. **5106516** | | | | **Warranty** | | | | |
| **John Moy** **271 Colonel Greene Road** **Yorktown Heights, NY 10598** | - | | | | X | X | | 0.00 |
| Account No. **5106599** | | | | **Warranty** | | | | |
| **John Murray** **6500 W Charleston #428** **Las Vegas, NV 89110** | - | | | | X | X | | 0.00 |

Sheet no. **2269** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

648.75

In re  **Great Lakes Warranty Corporation**                          , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5132412** | | | | Warranty | | | | |
| **John Myers** **24 South Water Street** **Masontown, PA 15461** | - | | | | X | X | | 0.00 |
| Account No. **5090064** | | | | Warranty | | | | |
| **John N Zama** **3225 Toledo Place  Apt T$** **Hyattsville, MD 20782** | - | | | | X | X | | 0.00 |
| Account No. **5097502** | | | | Warranty | | | | |
| **John Nanthalangsy** **2400 Wapakoneta Avenue** **Sidney, OH 45365** | - | | | | X | X | | 0.00 |
| Account No. **5103407** | | | | Warranty | | | | |
| **John Neidig** **3950 McGregor Road** **Adams, TN 37010** | - | | | | X | X | | 0.00 |
| Account No. **5129174** | | | | Warranty | | | | |
| **John Neininger** **3601 Biathalon Avenue Apt B** **North Pole, AK 99705** | - | | | | X | X | | 0.00 |

Sheet no. **2270** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5112674 | | | | Warranty | | | | |
| John Nelson Prater 6110 Piccadilly Court Harrisburg, PA 17112 | - | | | | X | X | | 0.00 |
| Account No. 5096375 | | | | Warranty | | | | |
| John Nester 303 Liberty Street Wapakoneta, OH 45895 | - | | | | X | X | | 0.00 |
| Account No. 5131192 | | | | Warranty | | | | |
| John Noble 378 Donohoe Road Greensburg, PA 15601 | - | | | | X | X | | 0.00 |
| Account No. 5070599 | | | | Warranty | | | | |
| John Nye 1210 Bay Lane Beavercreek, OH 45430 | - | | | | X | X | | 0.00 |
| Account No. 5080650 | | | | Warranty | | | | |
| John Odell 11935 Woodview Parma, OH 44130 | - | | | | X | X | | 0.00 |

Sheet no. **2271** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re   **Great Lakes Warranty Corporation**                                      ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094872** | | | Warranty | | | | |
| **John Orde** **107 Culbertson Court** **Greenwood, SC 29649** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5068890** | | | Warranty | | | | |
| **John Orsino** **3 Perryoak Place** **Baltimore, MD 21236** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5085564** | | | Warranty | | | | |
| **John Ortiz** **22 Jennifer Lane** **Sugarloaf, PA 18249** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099056** | | | Warranty | | | | |
| **John Oscar Wood Jr** **285 Wagoners Way** **Landisville, PA 17538** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5105454** | | | Warranty | | | | |
| **John Ozohonish** **188 Ferncliff Road** **Rices Landing, PA 15357** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**2272** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5076353** | | | | Warranty | | | | |
| **John P Lowry** **55238 Zepp Rd Box 127** **Senecaville, OH 43780** | - | | | | | | | **977.60** |
| Account No. **5085317** | | | | Warranty | | | | |
| **John P Stroney** **761 Churchill Drive** **Girard, OH 44420** | - | | | | X | X | | **0.00** |
| Account No. **5126655** | | | | Warranty | | | | |
| **John P Cox** **172 Woodtrail Ln** **Gaston, SC 29053** | - | | | | X | X | | **0.00** |
| Account No. **5086189** | | | | Warranty | | | | |
| **John P Golisek Jr** **300 Spruce Street** **Mt Pleasant, PA 15666** | - | | | | X | X | | **0.00** |
| Account No. **5088578** | | | | Warranty | | | | |
| **John P Hatfield** **45 S Main Street** **Marshallville, OH 44645** | - | | | | X | X | | **0.00** |

Sheet no. **2273** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**977.60**

In re __Great Lakes Warranty Corporation__ , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5130803** | | | | **Warranty** | | | | |
| **John P Horgos**<br>**13 Dogwood Lane**<br>**West Middlesex, PA 16159** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128082** | | | | **Warranty** | | | | |
| **John P Judson**<br>**958 Charles St**<br>**Logan, OH 43138** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079074** | | | | **Warranty** | | | | |
| **John P Lutz II**<br>**326 S Village Lane**<br>**Lugoff, SC 29078** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120781** | | | | **Warranty** | | | | |
| **John P Mangan Sr**<br>**3384 Columbia Dr**<br>**Pittsburgh, PA 15234** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106174** | | | | **Warranty** | | | | |
| **John P Milocick**<br>**428 Frankfort Clinton Road**<br>**Clinton, PA 15026** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __2274__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

,
                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5120840** | | | | Warranty | | | | |
| **John P Page Jr** **30 High Point Dr** **Kunkletown, PA 18058** | - | | | | X | X | | **0.00** |
| Account No. **5113248** | | | | Warranty | | | | |
| **John P Sanders** **4101 Brandywine Pointe Boulevard** **Old Hickory, TN 37138** | - | | | | X | X | | **0.00** |
| Account No. **5127069** | | | | Warranty | | | | |
| **John Palmer** **709 Aeronca Road** **Knoxville, TN 37919** | - | | | | X | X | | **0.00** |
| Account No. **5110861** | | | | Warranty | | | | |
| **John Paredes** **10736 E 34th Place** **Yuma, AZ 85365** | - | | | | | | | **403.71** |
| Account No. **5109631** | | | | Warranty | | | | |
| **John Parins** **6305 Portola Road** **Las Vegas, NV 89108** | - | | | | X | X | | **0.00** |

Sheet no. **2275** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **403.71**

In re **Great Lakes Warranty Corporation**                                      Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132436** | | | Warranty | | | | |
| **John Parsley 3913 Aigen Avenue Columbus, OH 43208** | - | | | X | X | | 0.00 |
| Account No. **5122863** | | | Warranty | | | | |
| **John Paton  Blough 110 Ford Rd Greer, SC 29651** | - | | | | | | 798.00 |
| Account No. **5078784** | | | Warranty | | | | |
| **John Paul Thompkins 3015 Old Bryan Rd  Bldg 17  Apt 5 Myrtle Beach, SC 29577** | - | | | X | X | | 0.00 |
| Account No. **5131858** | | | Warranty | | | | |
| **John Penyak 843 Cameleon Star Henderson, NV 89015** | - | | | X | X | | 0.00 |
| Account No. **5121051** | | | Warranty | | | | |
| **John Peyton 3417 Timberwood Dr Pittsburgh, PA 15120** | - | | | X | X | | 0.00 |

Sheet no. **2276** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                798.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126238** | | | | **Warranty** | | | | |
| **John Pfautz** **1399 Douglas Drive** **Denver, OA 17517** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5069898** | | | | **Warranty** | | | | |
| **John Phinney Jr** **131 Surrey Dr** **Delmont, PA 15626** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5070900** | | | | **Warranty** | | | | |
| **John Pickard** **213 Quail Ridge Rd** **Smyrna, TN 37167** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112138** | | | | **Warranty** | | | | |
| **John Pierce** **850 Battery Lane** **Nashville, TN 37220** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132306** | | | | **Warranty** | | | | |
| **John Pinarelli** **7417 Hickory Hills Drive** **Las Vegas, NV 89130** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2277** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

                                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5128094 | | | | Warranty | | | | |
| John Pirolozzi 427 Harter Ave NW Canton, OH 44708 | - | | | | X | X | | 0.00 |
| Account No. 5066107 | | | | Warranty | | | | |
| John Pisauro 8709 East Cypress Street Scottsdale, AZ 85257 | - | | | | X | X | | 0.00 |
| Account No. 5111132 | | | | Warranty | | | | |
| John Provident 208 Conrad Drive Pittsburgh, PA 15227 | - | | | | X | X | | 0.00 |
| Account No. 5125340 | | | | Warranty | | | | |
| John Pyeatt 1617 Palmcroft Drive SW Phoenix, AZ 85007 | - | | | | | | | 775.55 |
| Account No. 5091750 | | | | Warranty | | | | |
| John Qualteria Jr. 3255 Dove Cote Drive Quakertown, PA 18951 | - | | | | X | X | | 0.00 |

Sheet no. **2278** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal                              **775.55**
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5077603** | | | | Warranty | | | | |
| **John Quick 816 Mahaffie Rd New Cumberland, WV 26047** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118119** | | | | Warranty | | | | |
| **John R Evans 7788 Hoover Rd Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094195** | | | | Warranty | | | | |
| **John R Allen 4635 Fifteenth Street NW Canton, OH 44708** | - | | | | | | | |
| | | | | | | | | 1,289.50 |
| Account No. **5106315** | | | | Warranty | | | | |
| **John R Bentley 1905 River Road Upper Black Eddy, PA 18972** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119721** | | | | Warranty | | | | |
| **John R Bubeck 815 Schuylkill Mtn Rd Schuylkill Haven, PA 17972** | - | | | | | | | |
| | | | | | | | | 115.00 |

Sheet no.**2279** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **1,404.50**

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5123426 | | | | Warranty | | | | |
| John R Davis 747 Star Point Dr Gallatin, TN 37066 | - | | | | X | X | | 0.00 |
| Account No. 5091257 | | | | Warranty | | | | |
| John R Dickey Sr 207 Irwin Street Phillipsburg, NJ 08865 | - | | | | X | X | | 0.00 |
| Account No. 5103374 | | | | Warranty | | | | |
| John R Hruniuk 20E Mahanoy Avenue Mahanoy City, PA 17948 | - | | | | X | X | | 0.00 |
| Account No. 5118310 | | | | Warranty | | | | |
| John R Karmazin Jr 24 Atlantic St Union City, PA 16438 | - | | | | X | X | | 0.00 |
| Account No. 5098569 | | | | Warranty | | | | |
| John R Kelley 11832 Meadow Lane Avenue Uniontown, OH 44685 | - | | | | X | X | | 0.00 |

Sheet no. **2280** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**       ,    Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5072933 | | | | Warranty | | | | |
| John R Levy 2161 Ygnacio Valley Road Walnut Creek, CA 94598 | - | | | | X | X | | 0.00 |
| Account No. 5116984 | | | | Warranty | | | | |
| John R Lynch 35 Hermans Street Commodore, PA 15729 | - | | | | X | X | | 0.00 |
| Account No. 5103406 | | | | Warranty | | | | |
| John R Marable Jr 1600 Travelers Rest Court Lavergne, TN 37086 | - | | | | X | X | | 0.00 |
| Account No. 5119630 | | | | Warranty | | | | |
| John R Martin 506 East 2nd Ave Tarentum, PA 15084 | - | | | | X | X | | 0.00 |
| Account No. 5051411 | | | | Warranty | | | | |
| John R McGregor 1526 Sixth St New Orleans, LA 70115 | - | | | | X | X | | 0.00 |

Sheet no. **2281** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        **0.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5127053 | | | Warranty | | | | |
| John R McIntyre 1600 Park Ave Sellersville, PA 18960 | - | | | X | X | | 0.00 |
| Account No. 5043403 | | | Warranty | | | | |
| John R Mulliken III 421 Longtown Rd West Blythewood | - | | | X | X | | 0.00 |
| Account No. 5086589 | | | Warranty | | | | |
| John R Nichols 430 Lakeview Drive Vincent, OH 45784 | - | | | X | X | | 0.00 |
| Account No. 5093203 | | | Warranty | | | | |
| John R Paulus P.O. Box 1699 Silverthorne, CO 80498 | - | | | X | X | | 0.00 |
| Account No. 5075284 | | | Warranty | | | | |
| John R Ryan 491 W Marlin Place Chandler, AZ 85248 | - | | | X | X | | 0.00 |

Sheet no. **2282** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5091541** | | | | **Warranty** | | | | |
| **John R Sadler** **120 Adams Street** **Monongahela, PA 00015-0663** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117040** | | | | **Warranty** | | | | |
| **John R Stefan** **11009 Azalea Drive** **Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101610** | | | | **Warranty** | | | | |
| **John R Ward** **73 Leet Street** **Washington, PA 15301** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103500** | | | | **Warranty** | | | | |
| **John R Weaver** **25 Hill Road** **Pottsville, PA 17901** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091012** | | | | **Warranty** | | | | |
| **John R Welshhans** **134K St Johns Road** **Colliers, WV 26035** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2283** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **5079151** | | Warranty | | | | | | | |
| John R Zeringue 1316 Clara Street Gadsden, AL 35903 | - | | | | | X | X | | 0.00 |
| Account No. **5125287** | | Warranty | | | | | | | |
| John R. Anderson 3224 Newburg Road Nazareth, PA 18064 | - | | | | | X | X | | 0.00 |
| Account No. **5087278** | | Warranty | | | | | | | |
| John R. Miras III 401 East Water Street Greenville, OH 45331 | - | | | | | X | X | | 0.00 |
| Account No. **5086924** | | Warranty | | | | | | | |
| John Rafferty HCi Box 183E Paupack, PA 18451 | - | | | | | X | X | | 0.00 |
| Account No. **5113038** | | Warranty | | | | | | | |
| John Regan 5155 W Tropicana Avenue  #2162 Las Vegas, NV 89103 | - | | | | | X | X | | 0.00 |
| Sheet no. **2284** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | | 0.00 |

In re __Great Lakes Warranty Corporation_____,  Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5121869 | | | | | Warranty | | | | |
| John Reynolds 309 Sunset Bagdad, AZ 86321 | - | | | | | X | X | | 0.00 |
| Account No. 5084935 | | | | | Warranty | | | | |
| John Richards 1010 Oak Avenue Davis, CA 95616 | - | | | | | X | X | | 0.00 |
| Account No. 5083101 | | | | | Warranty | | | | |
| John Rickey Jr 3619 Edgemont Street Philadelphia, PA 19134 | - | | | | | X | X | | 0.00 |
| Account No. 5073217 | | | | | Warranty | | | | |
| John Roach 1530 SW 89  Bldg  D 1 Oklahoma City, OK 73159 | - | | | | | | | | 1,215.00 |
| Account No. 5124736 | | | | | Warranty | | | | |
| John Roby III 200 Dorchester Drive Baltimore, OH 43105 | - | | | | | X | X | | 0.00 |

Sheet no. __2285__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   1,215.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5098259** | | | | Warranty | | | | |
| **John Roman**<br>**390 Gap Road**<br>**Macungie, PA 18062** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128759** | | | | Warranty | | | | |
| **John Ross**<br>**9500 Bassett Road**<br>**Athens, OH 45701** | | - | | | | | | |
| | | | | | | | | 2,650.00 |
| Account No. **5129440** | | | | Warranty | | | | |
| **John Roth**<br>**1465 Calkins Road**<br>**Milanville, PA 18443** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124979** | | | | Warranty | | | | |
| **John Rushing III**<br>**1152 Cleveland Hall Boulevard**<br>**Old Hickory, TN 37138** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105659** | | | | Warranty | | | | |
| **John Russell**<br>**11801 S 193rd Drive**<br>**Buckeye, AZ 85326** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2286** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

2,650.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5108322** | | | | **Warranty** | | | | |
| **John Rutter** **124 W Lincoln Highway** **Penndel, PA 19047** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111245** | | | | **Warranty** | | | | |
| **John S Michalik** **457 Ohio Ave** **Rochester, PA 15074** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112240** | | | | **Warranty** | | | | |
| **John S Hoffman** **2339 W Penn Pike** **Andreas, PA 18211** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113494** | | | | **Warranty** | | | | |
| **John S King** **5963 Highland View** **Sylvania, OH 43560** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122634** | | | | **Warranty** | | | | |
| **John S Labecki** **1513 Sherman ST** **Cheswick, PA 15024** | - | | | | | | | |
| | | | | | | | | **239.00** |

Sheet no. **2287** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**239.00**

In re **Great Lakes Warranty Corporation**          Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5087387** | | | Warranty | | | | |
| **John S Morgan** **61360 Web Heights Road** **Shadyside, OH 43947** | - | | | X | X | | 0.00 |
| Account No. **5122334** | | | Warranty | | | | |
| **John S Salemo Jr** **609 610 New York Ave** **Wildwood, NJ 08260** | - | | | X | X | | 0.00 |
| Account No. **5110187** | | | Warranty | | | | |
| **John S Stocks** **2400 Barrett Creek Boulevard  Apt 818** **Marietta, GA 30066** | - | | | X | X | | 0.00 |
| Account No. **5093256** | | | Warranty | | | | |
| **John Salen** **112 N Front Street** **St Clair, PA 17970** | - | | | X | X | | 0.00 |
| Account No. **5127216** | | | Warranty | | | | |
| **John Salinas Rodas** **912 Greenwood Avenue** **Trenton, NJ 08609** | - | | | X | X | | 0.00 |

Sheet no. **2288** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5090071** | | | Warranty | | | | |
| **John Sanko**<br>**P.O. Box 83**<br>**Dunmore, PA 18512** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088377** | | | Warranty | | | | |
| **John Santos Gleason**<br>**PO Box 68  126 Reber Street**<br>**Wernersville, PA 19565** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5050909** | | | Warranty | | | | |
| **John Schackai**<br>**7830 Jeannette Pl**<br>**New Orleans, LA 70118** | - | | | | | | |
| | | | | | | | 742.29 |
| Account No. **5062938** | | | Warranty | | | | |
| **John Schlitt**<br>**112 Colen Haven Lane**<br>**Franklin, TN 57069** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126826** | | | Warranty | | | | |
| **John Sereno**<br>**238 Elm Street**<br>**Pittsburgh, PA 15218** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2289** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal<br>                (Total of this page)      **742.29**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5072073 | | | | Warranty | | | | |
| John Shaheen 601A Eagleton Downs Drive Pineville, NC 28134 | - | | | | | | | 227.00 |
| Account No. 5082536 | | | | Warranty | | | | |
| John Shallenberger 3908 Stoneshire Court Fort Worth, TX 76179 | - | | | | | | | 880.00 |
| Account No. 5131101 | | | | Warranty | | | | |
| John Shrewsbury 64 Norfolk Lane Lebanon, PA 17042 | - | | | | X | X | | 0.00 |
| Account No. 5125316 | | | | Warranty | | | | |
| John Shuey 613 Allenview Drive Mechanicsburg, PA 17055 | - | | | | X | X | | 0.00 |
| Account No. 5087020 | | | | Warranty | | | | |
| John Sidlow 14 Hawthorne Court Higganum, CT 06441 | - | | | | X | X | | 0.00 |

Sheet no. **2290** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **1,107.00**

In re **Great Lakes Warranty Corporation** ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5076938 | | | | Warranty | | | | |
| John Silvey 3121 Lick Run Lyra Street Wheelersburg, OH 45694 | | - | | | X | X | | 0.00 |
| Account No. 5115547 | | | | Warranty | | | | |
| John Skrzypczak PO Box 1054 Breckenridge, CO 80424 | | - | | | X | X | | 0.00 |
| Account No. 5116629 | | | | Warranty | | | | |
| John Sloan III 165 Taft Story Road Jamestown, TN 38556 | | - | | | X | X | | 0.00 |
| Account No. 5127280 | | | | Warranty | | | | |
| John Smitsky 239 Keeper School Road Hookstown, PA 15050 | | - | | | X | X | | 0.00 |
| Account No. 5081231 | | | | Warranty | | | | |
| John Sneed 1246 Hartsfield Dr Columbia, TN 38401 | | - | | | X | X | | 0.00 |

Sheet no. **2291** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation**                              , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5101752** | | | | | Warranty | | | | |
| **John Soler**<br>**1279 Summit Chase Drive**<br>**Snellville, GA 30078** | - | | | | | X | X | | 0.00 |
| Account No. **5121222** | | | | | Warranty | | | | |
| **John Solooki**<br>**2279 Ridgewood Rd**<br>**Akron, OH 44313** | - | | | | | X | X | | 0.00 |
| Account No. **5128820** | | | | | Warranty | | | | |
| **John Sparks**<br>**1923 Laddie Ct**<br>**Xenia, OH 45385** | - | | | | | X | X | | 0.00 |
| Account No. **5087702** | | | | | Warranty | | | | |
| **John Spencer**<br>**7 Manor Dr**<br>**Morristown, NJ 07960** | - | | | | | X | X | | 0.00 |
| Account No. **5132005** | | | | | Warranty | | | | |
| **John Stanley**<br>**1625 Dexter Woods**<br>**Cordova, TN 38016** | - | | | | | X | X | | 0.00 |

Sheet no. **2292** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                          ,     Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5087616** | | | | | **Warranty** | | | | |
| **John Stanley Allen Jr 1711 W Tyson Street Chandler, AZ 85224** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5101813** | | | | | **Warranty** | | | | |
| **John Stephen Jr 134 Chapman Avenue Newcomerstown, OH 43832** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5118519** | | | | | **Warranty** | | | | |
| **John Steven Campbell 645 Silver Place Blvd No110 Fernley, NV 89408** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5089891** | | | | | **Warranty** | | | | |
| **John Sullivan 3336 Garrett Drive Concord, NC 28027** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5127102** | | | | | **Warranty** | | | | |
| **John Sullivan 8671 Lavender Lane Cicero, NY 13039** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2293** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                  ,          Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131541** | | | Warranty | | | | |
| **John Swinson 6047 Village Drive SW Concord, NC 28027** | - | | | X | X | | 0.00 |
| Account No. **5119142** | | | Warranty | | | | |
| **John T Petrozza 503 Cary Ave Staten Island, NY 10310** | - | | | X | X | | 0.00 |
| Account No. **5077762** | | | Warranty | | | | |
| **John T Cunningham 204 Gloucester Court Franklin, TN 37064** | - | | | X | X | | 0.00 |
| Account No. **5103046** | | | Warranty | | | | |
| **John T Galioto 4697 Hidden Pond Drive Allison Park, PA 15101** | - | | | | | | 286.50 |
| Account No. **5080568** | | | Warranty | | | | |
| **John T Hamilton 2184 Moorefield Road Carlisle, KY 40311** | - | | | X | X | | 0.00 |

Sheet no. **2294** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          286.50

In re    **Great Lakes Warranty Corporation**                       ,    Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5091648** | | | | **Warranty** | | | | |
| **John T Ingraham** **182A Elbe Drive** **Pittsburgh, PA 15209** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096664** | | | | **Warranty** | | | | |
| **John T Killeen** **819 Forest Lane  PO Box 383** **Minersville, PA 17954** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112892** | | | | **Warranty** | | | | |
| **John T King III** **5143 Winter Creek Drive** **Grove City, OH 43123** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128347** | | | | **Warranty** | | | | |
| **John T Locascio** **223 Wigeon Dr** **Pawleys Island, SC 29585** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118312** | | | | **Warranty** | | | | |
| **John T Modzeleweski Jr** **9724 Mark Rd** **Erie, PA 16509** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2295** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                           (Total of this page)    0.00

In re **Great Lakes Warranty Corporation**        Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5090378** | | | | **Warranty** | | | | |
| **John T Moyer** **829 S Front Street** **Allentown, PA 18103** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104608** | | | | **Warranty** | | | | |
| **John T Stone** **1049 Thoman Street** **Crestline, OH 44827** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109865** | | | | **Warranty** | | | | |
| **John T Venit** **3050 Hellerman St** **Philadelphia, PA 19149** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124233** | | | | **Warranty** | | | | |
| **John T Wilson** **3701 Poinciana Ave** **Reading, PA 19605** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127287** | | | | **Warranty** | | | | |
| **John T Wilson** **64 Mill St** **Stewartstown, PA 17363** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2296** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5070343** | | | Warranty | | | | |
| **John Tatar** **509 Park Ave** **Monongahela, PA 15063** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5126319** | | | Warranty | | | | |
| **John Tate Rice** **1830 Bay Pointe Drive** **Hixson, TN 37343** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5127058** | | | Warranty | | | | |
| **John Thomas Hood** **5826 Chaucer Dr** **Hanahan, SC 29410** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5123948** | | | Warranty | | | | |
| **John Thomas Simpson** **397 North Ridge St** **Orangeburg, SC 29118** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5131274** | | | Warranty | | | | |
| **John Thress** **17 Hickory Street** **South Zanesville, OH 43701** | | - | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **2297** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **0.00**

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5101336 | | | | Warranty | | | | |
| John Tinney PO Box 2321 Harrisburg, PA 17105 | - | | | | X | X | | 0.00 |
| Account No. 5129728 | | | | Warranty | | | | |
| John Tocco 7800 Blushing Den St Las Vegas, NV 89131 | - | | | | X | X | | 0.00 |
| Account No. 5130115 | | | | Warranty | | | | |
| John Tokos 5186 Willow Drive NW Malvern, OH 44644 | - | | | | | | | 631.79 |
| Account No. 5087311 | | | | Warranty | | | | |
| John Tomasseti 8825 Old State Route 78 Glouster, OH 45732 | - | | | | X | X | | 0.00 |
| Account No. 5112756 | | | | Warranty | | | | |
| John Tomsich 7932 Ironwood Way West Chester, OH 45069 | - | | | | X | X | | 0.00 |

Sheet no. **2298** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

631.79

In re **Great Lakes Warranty Corporation** , Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5064688** | | | Warranty | | | | |
| **John Tosi 5628 Murray  Road Memphis, TN 38119** | - | | | X | X | | 0.00 |
| Account No. **5065212** | | | Warranty | | | | |
| **John Trucilla 230 Superior Avenue Erie, PA 16505** | - | | | X | X | | 0.00 |
| Account No. **5129954** | | | Warranty | | | | |
| **John Turvaville 2222 Belvoir Avenue Knoxville, TN 37917** | - | | | X | X | | 0.00 |
| Account No. **5086937** | | | Warranty | | | | |
| **John Tyler Jr 2202 Old Government St Mobile, AL 36606** | - | | | X | X | | 0.00 |
| Account No. **5085333** | | | Warranty | | | | |
| **John V Anderson 7691 E Parkview Drive Tucson, AZ 85715** | - | | | | | | 387.58 |

Sheet no. **2299** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        387.58

In re    **Great Lakes Warranty Corporation**                                        ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5115809 | | | | Warranty | | | | |
| John V Cunningham 207 Deborah Lane Trafford, PA 15085 | | - | | | X | X | | 0.00 |
| Account No. 5094513 | | | | Warranty | | | | |
| John V Peletsky 210 E Franklin Street Saint Clair, PA 17970 | | - | | | X | X | | 0.00 |
| Account No. 5105995 | | | | Warranty | | | | |
| John W  Loub II 941 Woodbine St Pittsburgh, PA 15201 | | - | | | X | X | | 0.00 |
| Account No. 5114781 | | | | Warranty | | | | |
| John W  Miller 4820 Big Pine Drive Gahanna, OH 43230 | | - | | | X | X | | 0.00 |
| Account No. 5130418 | | | | Warranty | | | | |
| John W Anderson 118 Witherspoon Dr Smithville, TN 37166 | | - | | | X | X | | 0.00 |

Sheet no. **2300** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109190** | | | Warranty | | | | |
| **John W Cushey IV** **549 Dry Run Road** **Monongahela, PA 15063** | - | | | X | X | | 0.00 |
| Account No. **5111152** | | | Warranty | | | | |
| **John W Davis** **416 Derby Street** **Latrobe, PA 15650** | - | | | X | X | | 0.00 |
| Account No. **5115077** | | | Warranty | | | | |
| **John W Fichter** **1409 Brookline Boulevard** **Pittsburgh, PA 15226** | - | | | X | X | | 0.00 |
| Account No. **5112658** | | | Warranty | | | | |
| **John W Fisk** **116 Volusia Ave** **Dayton, OH 45409** | - | | | | | | 229.98 |
| Account No. **5130933** | | | Warranty | | | | |
| **John W Hermann** **PO Box 96** **South Seaville, NJ 08246** | - | | | X | X | | 0.00 |

Sheet no. **2301** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

229.98

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127370** | | | **Warranty** | | | | |
| **John W Hernandez** **3828 Sunrise Lake** **Milford, PA 18337** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5085417** | | | **Warranty** | | | | |
| **John W Hollis** **4704 Chalmers Drive** **Nashville, TN 37215** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5122561** | | | **Warranty** | | | | |
| **John W Jaster** **330 West 1st Street   Apt 1003** **Dayton, OH 45402** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5085429** | | | **Warranty** | | | | |
| **John W Lima** **3127 W Lone Cactus Drive** **Phoenix, AZ 85027** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5121032** | | | **Warranty** | | | | |
| **John W Long** **16813 Scottsdale Blvd** **Shaker Hts, OH 44120** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **2302** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re   **Great Lakes Warranty Corporation**         ,      Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5083491** <br><br> **John W Meeks** <br> **1696 Seignious Drive** <br> **Charleston, SC 29407** | - | | | **Warranty** | | | | **411.11** |
| Account No. **5095391** <br><br> **John W Meyers** <br> **299 Wilson Avenue** <br> **Ambridge, PA 15003** | - | | | **Warranty** | X | X | | **0.00** |
| Account No. **5109582** <br><br> **John W Montjoy** <br> **237 Pineview** <br> **Swansea, SC 29160** | - | | | **Warranty** | X | X | | **0.00** |
| Account No. **5116833** <br><br> **John W Russ** <br> **714 Lynwood Place** <br> **Hartsville, SC 29550** | - | | | **Warranty** | X | X | | **0.00** |
| Account No. **5111571** <br><br> **John W Smith** <br> **4370 Frahm Pike** <br> **Celina, OH 45822** | - | | | **Warranty** | X | X | | **0.00** |

Sheet no. **2303** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal              **411.11**
(Total of this page)

In re **Great Lakes Warranty Corporation**                     ,    Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5101947** | | | | | **Warranty** | | | | |
| **John W Smith Jr 10183 Bloomsbury Avenue Cordova, TN 38016** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5094650** | | | | | **Warranty** | | | | |
| **John W Walmsley 110 Seton Rd Verona, PA 15147** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5117818** | | | | | **Warranty** | | | | |
| **John W Wassell 123 Clover Drive Hollidaysburg, PA 16648** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5121462** | | | | | **Warranty** | | | | |
| **John W Werley 612 New Texas Rd Pittsburgh, PA 15239** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5091954** | | | | | **Warranty** | | | | |
| **John Wagner 2112 Los Angeles Avenue Pittsburgh, PA 15216** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2304** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5085237** | | | | | Warranty | | | | |
| **John Walker** **211 Summit Place #231** **Silverthorne, CO 80498** | - | | | | | X | X | | 0.00 |
| Account No. **5116785** | | | | | Warranty | | | | |
| **John Walsh** **345 Gunston Hall Court** **Alpharetta, GA 30004** | - | | | | | | | | 69.50 |
| Account No. **5091562** | | | | | Warranty | | | | |
| **John Warner Stefanovich** **2210 Littlemore** **Cordova, TN 38016** | - | | | | | X | X | | 0.00 |
| Account No. **5105825** | | | | | Warranty | | | | |
| **John Watkins** **2121 Haywood Drive** **Mansfield, OH 44903** | - | | | | | X | X | | 0.00 |
| Account No. **5130710** | | | | | Warranty | | | | |
| **John Watroba III** **405 4th Street PO Box 68** **Webster, PA 15087** | - | | | | | X | X | | 0.00 |

Sheet no. **2305** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     69.50

In re  **Great Lakes Warranty Corporation**  ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5055411** | | | | | **Warranty** | | | | |
| **John Wean** **280 Millview Dr.** **Pittsburgh, PA 15238** | | - | | | | | | | **561.50** |
| Account No. **5088738** | | | | | **Warranty** | | | | |
| **John Weaver** **25 Valleybrook Court** **Blackwood, NJ 08012** | | - | | | | | | | **2,577.00** |
| Account No. **5111716** | | | | | **Warranty** | | | | |
| **John Weber** **497 Saylors Mill Road** **Spring City, PA 19475** | | - | | | | X | X | | **0.00** |
| Account No. **5131644** | | | | | **Warranty** | | | | |
| **John Whittleton** **3306 Alligator Road** **Florence, SC 29501** | | - | | | | X | X | | **0.00** |
| Account No. **5104310** | | | | | **Warranty** | | | | |
| **John Wiehagen** **213 Trailer Boulevard** **Lower Burell, PA 15068** | | - | | | | X | X | | **0.00** |

Sheet no. **2306** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,138.50**

In re **Great Lakes Warranty Corporation**                          ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5127803 | | | | Warranty | | | | |
| John Wilderson 125 Conley Road Lewisberry, PA 17339 | - | | | | X | X | | 0.00 |
| Account No. 5088994 | | | | Warranty | | | | |
| John Wilk 606 First Ave Croyden, PA 19021 | - | | | | X | X | | 0.00 |
| Account No. 5132632 | | | | Warranty | | | | |
| John Wisniewski 312 Mountain Road Lebanon, NJ 08833 | - | | | | X | X | | 0.00 |
| Account No. 5111912 | | | | Warranty | | | | |
| John Wolbert II PO Box 190 3055 Michael Drive Apt C8 Manchester, MD 21102 | - | | | | | | | 1,274.76 |
| Account No. 5066876 | | | | Warranty | | | | |
| John Woodbridge 3003 Mohawk Trail Lake Worth, TX 76135 | - | | | | | | | 129.73 |

Sheet no. **2307** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **1,404.49**

In re **Great Lakes Warranty Corporation**
_____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5070736** | | | Warranty | | | | |
| **John Workman**<br>**3120 Northern Dr**<br>**South Park, PA 15129** | - | | | X | X | | 0.00 |
| Account No. **5110503** | | | Warranty | | | | |
| **John Zagame**<br>**124 Lancaster Street**<br>**Albany, NY 12210** | - | | | X | X | | 0.00 |
| Account No. **5110324** | | | Warranty | | | | |
| **John Zelez**<br>**302 Gibson Road    Trl 100J**<br>**Bensalem, PA 19020** | - | | | | | | 409.97 |
| Account No. **5107931** | | | Warranty | | | | |
| **Johna M Purvis**<br>**4044 Sara Drive  Apt 114**<br>**Uniontown, OH 44685** | - | | | X | X | | 0.00 |
| Account No. **5104411** | | | Warranty | | | | |
| **Johnathan Moser**<br>**1232 Oakmont St**<br>**Pittsburgh, PA 15205** | - | | | X | X | | 0.00 |

Sheet no.**2308** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **409.97**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5089341 | | | | Warranty | | | | |
| Johnathan R Wade 106 Yoder St Hamburg, PA 19526 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5049459 | | | | Warranty | | | | |
| Johndell D Greene 1871 Jaywood Cir Charleston, SC 29407 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129745 | | | | Warranty | | | | |
| Johnnie Irby 25844 Fieldstone Dr Madison, AL 35756 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130990 | | | | Warranty | | | | |
| Johnnie Lambert 48 Regency Manor New Brunswick, NJ 08901 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113169 | | | | Warranty | | | | |
| Johnnie Lee Norris Jr 181 Highwoods Plantation Avenue Summerville, SC 29485 | - | | | | | | | |
| | | | | | | | | 320.75 |

Sheet no. **2309** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                320.75

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5111448** | | | | Warranty | | | | |
| **Johnny Epperson** **551 Boreing Chapel Rd** **Gray, TN 37615** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114588** | | | | Warranty | | | | |
| **Johnny McClain** **7690 Black River Rd** **Rembert, SC 29128** | - | | | | | | | |
| | | | | | | | | **191.02** |
| Account No. **5110061** | | | | Warranty | | | | |
| **Johnny B Blackstone II** **747 Summerdale Avenue** **Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5073197** | | | | Warranty | | | | |
| **Johnny B Calloway** **4408 Far Hills Avenue** **Dayton, OH 45429** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129482** | | | | Warranty | | | | |
| **Johnny B Cannon** **310 N Emerald Rd Apt F8** **Greenwood, SC 29646** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**2310** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **191.02**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5128346 | | | | Warranty | | | | |
| Johnny C Wilson 662 Bethel Church Rd Laurens, SC 29360 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121709 | | | | Warranty | | | | |
| Johnny Carroll 785 Walden Ridge Rd Briceville, TN 37710 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086887 | | | | Warranty | | | | |
| Johnny D Gueren 942 Williams Street Pendleton, SC 29670 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5068610 | | | | Warranty | | | | |
| Johnny Di Bartolo 810 Morning Creek Lane Suwanee, GA 30024 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106554 | | | | Warranty | | | | |
| Johnny E Berg 338 Hickman County Line Road Pleasantville, TN 37033 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2311** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re **Great Lakes Warranty Corporation**
                                                              Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5088810** | | | | | **Warranty** | | | | |
| **Johnny E Groves** **2871 Wise Avenue NW** **Canton, OH 44708** | - | | | | | | | | **420.00** |
| Account No. 5104740 | | | | | **Warranty** | | | | |
| **Johnny E Lazur** **1827 Sweet Arrow Lake Road** **Pottsville, PA 17901** | - | | | | | X | X | | **0.00** |
| Account No. 5110262 | | | | | **Warranty** | | | | |
| **Johnny Epperson** **551 Bakery Chapel Road** **Gray, TN 37015** | - | | | | | X | X | | **0.00** |
| Account No. 5126701 | | | | | **Warranty** | | | | |
| **Johnny Huard** **210 Pine Core Court** **Wexford, PA 15090** | - | | | | | X | X | | **0.00** |
| Account No. 5101302 | | | | | **Warranty** | | | | |
| **Johnny L Halbrooks** **7535 Joe Rowlin Road** **Christiana, TN 37037** | - | | | | | X | X | | **0.00** |

Sheet no. **2312** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **420.00**

In re **Great Lakes Warranty Corporation**        ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125740** | | | **Warranty** | | | | |
| **Johnny Lester Garner 3039 Scott Rd Great Falls, SC 29055** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5086914** | | | **Warranty** | | | | |
| **Johnny Morales 512 S Webster St Scranton, PA 18505** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115638** | | | **Warranty** | | | | |
| **Johnny Oliver 200 Isley Road Blountville, TN 37617** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5076354** | | | **Warranty** | | | | |
| **Johnny Owens Jr 208 Woodlands Lane Columbia, SC 29229** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122304** | | | **Warranty** | | | | |
| **Johnny P Clark 1013 Sand Piper Ct Fairborn, OH 45324** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2313** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5075337 | | | Warranty | | | | |
| Johnny Villamil 844 Tolstoy Street Freemansburg, PA 18017 | | - | | X | X | | 0.00 |
| Account No. 5129220 | | | Warranty | | | | |
| Johnson J Porter 908 Winwood St Las Vegas, NV 89108 | | - | | X | X | | 0.00 |
| Account No. 5092892 | | | Warranty | | | | |
| JohnT Barnhart 1447 Topper Hill Rd Pulaski, PA 16143 | | - | | X | X | | 0.00 |
| Account No. 5091434 | | | Warranty | | | | |
| Johny K Henderson 786 Archer Road Bedford, OH 44146 | | - | | X | X | | 0.00 |
| Account No. 5095794 | | | Warranty | | | | |
| Joko Faseun 5298 Glenbriar Court Columbus, OH 43232 | | - | | X | X | | 0.00 |

Sheet no. **2314** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      (Total of this page)      **0.00**

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126796** | | | | Warranty | | | | |
| **Jolea Hackman** **118 Maple Street PO Box 395** **Bowmansville, PA 17507** | - | | | | X | X | | 0.00 |
| Account No. **5115222** | | | | Warranty | | | | |
| **Joleen Shaw** **8627 W Golden Lane** **Peoria, AZ 85345** | - | | | | | | | 255.00 |
| Account No. **5130783** | | | | Warranty | | | | |
| **Jolene McGrath** **100 Adams Avenue** **Cuyahoga Falls, OH 44221** | - | | | | X | X | | 0.00 |
| Account No. **5127317** | | | | Warranty | | | | |
| **Jolinda Edwards** **141 Pine Grove Drive** **Nelsonville, OH 45764** | - | | | | X | X | | 0.00 |
| Account No. **5093820** | | | | Warranty | | | | |
| **Jolynn Greer** **1933 Elzey Ave** **Memphis, TN 38104** | - | | | | | | | 1,202.31 |

Sheet no.**2315** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,457.31**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131443** | | | | Warranty | | | | |
| **Jon Bodnar 1005 Winslow Ave New Castle, PA 16101** | - | | | | X | X | | 0.00 |
| Account No. **5108186** | | | | Warranty | | | | |
| **Jon Gillett 5625 Cloverland Park Drive Brentwood, TN 37027** | - | | | | | | | 2,075.07 |
| Account No. **5089119** | | | | Warranty | | | | |
| **Jon Grissinger 560 Wood Duck Dr Manhein, PA 17545** | - | | | | X | X | | 0.00 |
| Account No. **5094603** | | | | Warranty | | | | |
| **Jon Jones 16666 Oak Rd Sargertown, PA 16433** | - | | | | X | X | | 0.00 |
| Account No. **5093018** | | | | Warranty | | | | |
| **Jon Kauffman 104 Swedesford Lane Millersville, PA 17551** | - | | | | X | X | | 0.00 |

Sheet no. **2316** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,075.07

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095972** | | | Warranty | | | | |
| **Jon Pearson**<br>**7453 Chicago Way NW**<br>**Bremerton, WA 98312** | - | | | | | | 349.83 |
| Account No. **5111553** | | | Warranty | | | | |
| **Jon Renberg**<br>**380 Jordan Ave**<br>**Clovis, CA 93611** | - | | | X | X | | 0.00 |
| Account No. **5066499** | | | Warranty | | | | |
| **Jon Tucker**<br>**1082 Bower Hill Road Suite 100**<br>**Pittsburgh, PA 15243** | - | | | | | | 361.59 |
| Account No. **5103467** | | | Warranty | | | | |
| **Jon A Boyer**<br>**120 North Main Street**<br>**Elderton, PA 15736** | - | | | X | X | | 0.00 |
| Account No. **5105277** | | | Warranty | | | | |
| **Jon A Deitz**<br>**113 S Market Street**<br>**Schaefferstown, PA 17088** | - | | | X | X | | 0.00 |

Sheet no. **2317** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

711.42

In re    **Great Lakes Warranty Corporation**                                        , Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5093868** | | | | Warranty | | | | |
| **Jon A Hambach** **1152 Smith Avenue SW** **Canton, OH 44706** | - | | | | X | X | | 0.00 |
| Account No. **5111659** | | | | Warranty | | | | |
| **Jon A Royse II** **107 County Road 810  Lot 21** **W Salem, OH 44287** | - | | | | X | X | | 0.00 |
| Account No. **5121925** | | | | Warranty | | | | |
| **Jon A Wooditch** **504 Indiana AVe** **Lemoyne, PA 17043** | - | | | | X | X | | 0.00 |
| Account No. **5101971** | | | | Warranty | | | | |
| **Jon Agnone** **635 Hazel Street** **Girard, OH 44420** | - | | | | X | X | | 0.00 |
| Account No. **5132102** | | | | Warranty | | | | |
| **Jon Bonilla Escroriaza** **922 Amity Street** **Reading, PA 19604** | - | | | | X | X | | 0.00 |

Sheet no. **2318** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __Great Lakes Warranty Corporation_____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106367** | | | | **Warranty** | | | | |
| **Jon C Patti Jr**<br>**28 Balsam Road**<br>**Levittown, PA 19057** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5070526** | | | | **Warranty** | | | | |
| **Jon Chambless**<br>**415 Tapscott Road**<br>**Hartselle, Al 35640** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105941** | | | | **Warranty** | | | | |
| **Jon Coomer**<br>**2606 Windsor Lane**<br>**Old Hickory, TN 37138** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128562** | | | | **Warranty** | | | | |
| **Jon D Miller**<br>**56 Millersdale Rd**<br>**Jeannette, PA 15644** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5098345** | | | | **Warranty** | | | | |
| **Jon F Keller**<br>**907 Black Oak Court**<br>**Gibsonia, PA 15044** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2319** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5062902** | | | Warranty | | | | |
| Jon Holman Moores Jr. 1401 Clarendon Court Decatur, AL 35601 | - | | | X | X | | 0.00 |
| Account No. **5097047** | | | Warranty | | | | |
| Jon Houck 525 Teece Ave Pittsburgh, PA 15202 | - | | | X | X | | 0.00 |
| Account No. **5094824** | | | Warranty | | | | |
| Jon Miller 7149 E. Jensen Street Mesa, AZ 85207 | - | | | | | | 958.50 |
| Account No. **5086697** | | | Warranty | | | | |
| Jon R hahn 800 W Queen Creek Road #2075 Chandler, AZ 85248 | - | | | X | X | | 0.00 |
| Account No. **5089273** | | | Warranty | | | | |
| Jon Schreima Box 387 Rockford, Oh 45882 | - | | | X | X | | 0.00 |

Sheet no. **2320** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

958.50

In re   **Great Lakes Warranty Corporation**                                    ,      Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5090144** | | | | **Warranty** | | | | |
| **Jon Watson Jr**<br>**15 Manchester Place  Apt 2G**<br>**Newark, NJ 07104** | - | | | | | | | **1,035.56** |
| Account No. **5128430** | | | | **Warranty** | | | | |
| **Jon William Reeves**<br>**2948 Augusta Trace Dr**<br>**Spring Hill, TN 37174** | - | | | | X | X | | **0.00** |
| Account No. **5065128** | | | | **Warranty** | | | | |
| **Jon Wohlfert**<br>**19700 Stanford Hall Road**<br>**Ashburn, VA 20147** | - | | | | | | | **127.11** |
| Account No. **5067252** | | | | **Warranty** | | | | |
| **Jonah Rabinowitz**<br>**407 North 16th Street**<br>**Nashville, TN 37206** | - | | | | X | X | | **0.00** |
| Account No. **5123227** | | | | **Warranty** | | | | |
| **Jonas  Ewing**<br>**1502 W Union Blvd**<br>**Bethlehem, PA 18018** | - | | | | X | X | | **0.00** |

Sheet no. **2321** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,162.67**

In re   **Great Lakes Warranty Corporation**              ,    Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **5088739** | | | Warranty | | | | |
| Jonas Cavileer 10751 E El Moro AVe Mesa, AZ 85208 | | - | | | | | 1,310.00 |
| Account No. 5130683 | | | Warranty | | | | |
| Jonatan Peralta 957 North 11th Street Reading, PA 19604 | | - | | X | X | | 0.00 |
| Account No. 5103327 | | | Warranty | | | | |
| Jonathan Bridges 442 Marsh Duck Way Virginia Beach, VA 23451 | | - | | X | X | | 0.00 |
| Account No. 5094497 | | | Warranty | | | | |
| Jonathan Douglas 500 Blue Ridge Road Black Mountain, NC 28711 | | - | | X | X | | 0.00 |
| Account No. 5096076 | | | Warranty | | | | |
| Jonathan Eccher 106 Portway Columbia, MO 65201 | | - | | X | X | | 0.00 |

Sheet no. **2322** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **1,310.00**

In re **Great Lakes Warranty Corporation**         Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109146** | | | | **Warranty** | | | | |
| **Jonathan Jones** **8041 Fohl Road** **Navarre, OH 44662** | - | | | | | | | 78.38 |
| Account No. **5123364** | | | | **Warranty** | | | | |
| **Jonathan Philips** **50984 North Front St** **Negley, OH 44441** | - | | | | X | X | | 0.00 |
| Account No. **5111060** | | | | **Warranty** | | | | |
| **Jonathan Ricks** **3330 US Highway 411** **Maryville, TN 37801** | - | | | | X | X | | 0.00 |
| Account No. **5096221** | | | | **Warranty** | | | | |
| **Jonathan Benson** **3303 Lilac Avenue** **Trevose, PA 19053** | - | | | | | | | 571.00 |
| Account No. **5122749** | | | | **Warranty** | | | | |
| **Jonathan Berarducci** **1055 Island Brook Dr** **Hendersonville, TN 37075** | - | | | | X | X | | 0.00 |

Sheet no. **2323** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal
(Total of this page)     **649.38**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5084211** | | | | **Warranty** | | | | |
| **Jonathan Buot** **1324 E Arrowhead Trail** **Gilbert, AZ 85297** | - | | | | | | | **1,537.50** |
| Account No. **5129301** | | | | **Warranty** | | | | |
| **Jonathan Burright** **312 KAW** **Cottonwood Falls, KS 66845** | - | | | | | | | **1,770.00** |
| Account No. **5126245** | | | | **Warranty** | | | | |
| **Jonathan Coggins** **39 Lark Bunting Lane** **Littleton, CO 80127** | - | | | | X | X | | **0.00** |
| Account No. **5088146** | | | | **Warranty** | | | | |
| **Jonathan D Betz** **361 Main Street** **Denver, PA 17517** | - | | | | X | X | | **0.00** |
| Account No. **5082458** | | | | **Warranty** | | | | |
| **Jonathan D Hench** **2934 Orchardpark Dr** **Cincinnati, OH 45239** | - | | | | X | X | | **0.00** |

Sheet no. <u>2324</u> of <u>4906</u> sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,307.50**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101129** | | | Warranty | | | | |
| **Jonathan D Rock** **714 South 14th Street** **Monessen, PA 15062** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110756** | | | Warranty | | | | |
| **Jonathan Dangerfield** **941 Willow Brook Court** **Dayton, OH 65424** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5096436** | | | Warranty | | | | |
| **Jonathan Dyar** **3806 Drexel Court** **Louisville, KY 40241** | - | | | | | | |
| | | | | | | | 203.78 |
| Account No. **5093217** | | | Warranty | | | | |
| **Jonathan E  McDonald** **104 allen Street** **Minersville, PA 17954** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111430** | | | Warranty | | | | |
| **Jonathan G Thomas** **1800 Ladera Trail** **Dayton, OH 45459** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2325** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

203.78

In re **Great Lakes Warranty Corporation** ,            Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5121847** | | | | | **Warranty** | | | | |
| **Jonathan Goldsberry 542 Flintlock Court Nashville, TN 37217** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5091990** | | | | | **Warranty** | | | | |
| **Jonathan Gonzalez 168 Elmdale Avenue Providence, RI 02904** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5124511** | | | | | **Warranty** | | | | |
| **Jonathan Green 1002 Bayview Road Rio Grande, NJ 08242** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5072334** | | | | | **Warranty** | | | | |
| **Jonathan Greene 923 Meadow Dr Lugoff, SC 29078** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5087198** | | | | | **Warranty** | | | | |
| **Jonathan Haloua 5031 W Lake Road Mayville, NY 14757** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2326** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125729** | | | | **Warranty** | | | | |
| **Jonathan Henry** **311 Parkway Drive** **Erie, PA 16511** | | - | | | X | X | | 0.00 |
| Account No. **5105222** | | | | **Warranty** | | | | |
| **Jonathan Hoffman** **506 Penny pack Circle** **Hatboro, PA 19040** | | - | | | X | X | | 0.00 |
| Account No. **5100048** | | | | **Warranty** | | | | |
| **Jonathan I Lyons** **48 Woodland Street** **Plymouth, OH 44865** | | - | | | X | X | | 0.00 |
| Account No. **5089584** | | | | **Warranty** | | | | |
| **Jonathan J Bishop** **2322 E Rock Road** **Perkasie, PA 18944** | | - | | | X | X | | 0.00 |
| Account No. **5123248** | | | | **Warranty** | | | | |
| **Jonathan J Ecker** **18 indian Trail Rd** **Ocean View, NJ 08230** | | - | | | X | X | | 0.00 |

Sheet no. **2327** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re　**Great Lakes Warranty Corporation**　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. 5124139 | | | | Warranty | | | | |
| Jonathan J Lyon 2500 Woodbrook Court Lawrenceville, GA 30043 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131495 | | | | Warranty | | | | |
| Jonathan Kirk 2512 Elkridge Drive Wexford, PA 15090 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132067 | | | | Warranty | | | | |
| Jonathan Kopishla 438 North Oswego Street Allentown, PA 18109 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5072067 | | | | Warranty | | | | |
| Jonathan Lee 74 Rebecca Lane Searcy, AR 72143 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5094293 | | | | Warranty | | | | |
| Jonathan M Byler 1235 Middle Creek Road Selinsgrove, PA 17870 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __2328__ of __4906__ sheets attached to Schedule of　　　　　　　Subtotal　　　　　
Creditors Holding Unsecured Nonpriority Claims　　　　　　　　　(Total of this page)　　　　0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5122885 | | | | Warranty | | | | |
| Jonathan M Edwards 206 Chautauqua Blvd Erie, PA 16511 | - | | | | X | X | | 0.00 |
| Account No. 5111154 | | | | Warranty | | | | |
| Jonathan M Higgins 91 Ashley Drive Greensburg, PA 15601 | - | | | | X | X | | 0.00 |
| Account No. 5124667 | | | | Warranty | | | | |
| Jonathan M Lizotte 68 Old Dike Rd Trumbull, CT 06611 | - | | | | X | X | | 0.00 |
| Account No. 5073886 | | | | Warranty | | | | |
| Jonathan M Zinn 7743 Tylers Reserve Drive West Chester, OH 45069 | - | | | | | | | 224.43 |
| Account No. 5131802 | | | | Warranty | | | | |
| Jonathan Miller 51 Meadow Lane Abbostown, PA 17301 | - | | | | X | X | | 0.00 |

Sheet no. **2329** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                224.43

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5070613** | | | **Warranty** | | | | |
| **Jonathan Monoski 3203 Regent St Erie, PA 16506** | - | | | | | | 347.50 |
| Account No. **5099629** | | | **Warranty** | | | | |
| **Jonathan Moses 1232 Oakmont Street Pittsburgh, PA 15205** | - | | | X | X | | 0.00 |
| Account No. **5115214** | | | **Warranty** | | | | |
| **Jonathan Moyer 1217 Elizabeth Ave Laureldale, PA 19605** | - | | | X | X | | 0.00 |
| Account No. **5127813** | | | **Warranty** | | | | |
| **Jonathan P Bryson 1503 Holmes Ave Cape May, NJ 08204** | - | | | X | X | | 0.00 |
| Account No. **5119034** | | | **Warranty** | | | | |
| **Jonathan Perry 1508 Southoak Dr Nashville, TN 37211** | - | | | X | X | | 0.00 |

Sheet no. **2330** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 347.50

In re **Great Lakes Warranty Corporation**                     ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5131134** | | | | | Warranty | | | | |
| **Jonathan Peterson** **819 Birch Ct** **Bensalem, PA 19020** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5063514** | | | | | Warranty | | | | |
| **Jonathan Psenka** **847 East Sheridan Street** **Phoenix, AZ 85006** | - | | | | | | | | |
| | | | | | | | | | **1,580.35** |
| Account No. **5100733** | | | | | Warranty | | | | |
| **Jonathan R Hayden** **4104 Miracle Ridge Rd** **Elizabeth, PA 15037** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5132012** | | | | | Warranty | | | | |
| **Jonathan Reilly** **28 East Cumberland** **Allentown, PA 18103** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5060186** | | | | | Warranty | | | | |
| **Jonathan Ricafente** **9115 Royal Crest Ln** **Richmond, TX 77469** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2331** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,580.35**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5104814** | | | - | | Warranty | | | | |
| **Jonathan S Coote**<br>**9 Vanguard Lane**<br>**Longmeadow, MA 01106** | | | | | | | | | **317.00** |
| Account No. **5106843** | | | - | | Warranty | | X | X | |
| **Jonathan S Elick**<br>**8226 Stoutsville Pike**<br>**Circleville, OH 43113** | | | | | | | | | **0.00** |
| Account No. **5121549** | | | - | | Warranty | | X | X | |
| **Jonathan S Plisco**<br>**558 Watson Branch Dr**<br>**Franklin, TN 37064** | | | | | | | | | **0.00** |
| Account No. **5093950** | | | - | | Warranty | | X | X | |
| **Jonathan Saeger**<br>**28 W Pittston Street**<br>**Allentown, PA 18103** | | | | | | | | | **0.00** |
| Account No. **5127446** | | | - | | Warranty | | X | X | |
| **Jonathan Scott Barker**<br>**4510 Terra Vista Dr**<br>**Chattanooga, TN 37416** | | | | | | | | | **0.00** |

Sheet no. **2332** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **317.00**

In re **Great Lakes Warranty Corporation** ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5094342** | | | | Warranty | | | | |
| **Jonathan Sexton** **6725 Dyer Road** **Mt Sterling, OH 43143** | - | | | | X | X | | 0.00 |
| Account No. **5094630** | | | | Warranty | | | | |
| **Jonathan Shachar** **20701 N. Scottsdale Road  #107-407** **Scottsdale, AZ 85254** | - | | | | X | X | | 0.00 |
| Account No. **5129177** | | | | Warranty | | | | |
| **Jonathan Smith** **2916 Prairie College** **Canton, OH 44706** | - | | | | X | X | | 0.00 |
| Account No. **5125372** | | | | Warranty | | | | |
| **Jonathan Stevens** **1153 Monarchos Ridge** **Union, KY 41091** | - | | | | X | X | | 0.00 |
| Account No. **5118706** | | | | Warranty | | | | |
| **Jonathan T Weinheld** **426 N FFarmersville Rd** **Ephrata, PA 17522** | - | | | | X | X | | 0.00 |

Sheet no. **2333** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5118315 | | | Warranty | | | | |
| Jonathan Tate 3821 Burton Ave Erie, PA 16504 | - | | | X | X | | 0.00 |
| Account No. 5067055 | | | Warranty | | | | |
| Jonathan Trimble 4779 Hedgewood Drive Tallahassee, FL 32308 | - | | | X | X | | 0.00 |
| Account No. 5105703 | | | Warranty | | | | |
| Jonathan Welch 19850 Adirondack Way Caldwell, ID 83605 | - | | | X | X | | 0.00 |
| Account No. 5121425 | | | Warranty | | | | |
| Jonathan Young 106 E Gay St West Chester, PA 19380 | - | | | X | X | | 0.00 |
| Account No. 5099278 | | | Warranty | | | | |
| Jones Warf 707 Starlit Road Nashville, TN 37205 | - | | | | | | 980.00 |

Sheet no. 2334 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **980.00**

In re  **Great Lakes Warranty Corporation**                                    Case No. _____

                                                                    ,
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5076018 | | | | Warranty | | | | |
| Joni Beth Ramsay 5912 Cross Pointe Lane Brentwood, TN 37027 | - | | | | X | X | | 0.00 |
| Account No. 5114357 | | | | Warranty | | | | |
| Joni Gill 427 Jacks Run Road Pittsburgh, PA 15202 | - | | | | X | X | | 0.00 |
| Account No. 5102498 | | | | Warranty | | | | |
| Joni Hayes 320 Sparrow Street Vacaville, CA 95687 | - | | | | | | | 2,659.15 |
| Account No. 5088607 | | | | Warranty | | | | |
| Joni L Petriano 438 Buffalo Street Beaver, PA 15009 | - | | | | X | X | | 0.00 |
| Account No. 5107423 | | | | Warranty | | | | |
| Joni Lynn Cortese 114 Pleasantview Court Pittsburgh, PA 15236 | - | | | | X | X | | 0.00 |

Sheet no. **2335** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,659.15

In re **Great Lakes Warranty Corporation**　　　　　　　　　　　　　,　Case No. _____
　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5068611** | | | | | **Warranty** | | | | |
| **Jonmicah Clanton** **2137 Spring Lake Drive** **Spring Hill, TN 37174** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5121397** | | | | | **Warranty** | | | | |
| **Jonna M Warren** **55518 TR 172** **Fresno, OH 43824** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5106049** | | | | | **Warranty** | | | | |
| **Jonnava Tucker** **19513 E Fifth Court N** **Independence, MO 64056** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5089078** | | | | | **Warranty** | | | | |
| **Jordan  Adler** **PO Box 35336** **Phoenix, AZ 85069** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5130511** | | | | | **Warranty** | | | | |
| **Jordan  Mersky** **459 Loucroft Rd** **Haddonfield, NJ 08033** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**2336** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal　
(Total of this page)　**0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5132557** | | | | **Warranty** | | | | |
| **Jordan Reynolds** **3842 W Main** **New Waterford, OH 44445** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126712** | | | | **Warranty** | | | | |
| **Jordan Banks** **1915 Cottonwood** **Lenexa, KS 66215** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132689** | | | | **Warranty** | | | | |
| **Jordan Bitzer** **10 Hill Road** **Sewickley, PA 15143** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132135** | | | | **Warranty** | | | | |
| **Jordan Bridges** **1118 N 9th Street** **Reading, PA 19604** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124578** | | | | **Warranty** | | | | |
| **Jordan Byrd** **164 Hudson Lane** **Clinton, TN 37716** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2337** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re    **Great Lakes Warranty Corporation**              ,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5106099** | | | Warranty | | | | |
| **Jordan D Johnson** **41 West Euclid Avenue** **Monongahela, PA 15063** | - | | | X | X | | 0.00 |
| Account No. **5106662** | | | Warranty | | | | |
| **Jordan Deisher** **1716 Williams Avenue** **Reading, PA 19606** | - | | | X | X | | 0.00 |
| Account No. **5125109** | | | Warranty | | | | |
| **Jordan Ellis** **1245 Timberbrook Lane** **Bartlett, TN 38134** | - | | | X | X | | 0.00 |
| Account No. **5131774** | | | Warranty | | | | |
| **Jordan Ferrell** **9684 Spring Hills Degraff Road** **Spring Hills, OH 43318** | - | | | X | X | | 0.00 |
| Account No. **5119563** | | | Warranty | | | | |
| **Jordan Keith Fox** **719 Oak St** **Akron, PA 17501** | - | | | X | X | | 0.00 |

Sheet no. **2338** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5111973 | | | | Warranty | | | | |
| Jordan L Ball 608 E Sandusky Street  PO Box 876 Bellefontaine, OH 43231 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116543 | | | | Warranty | | | | |
| Jordan L Dananay 224 Indian Hill Road Leechburg, PA 15656 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127580 | | | | Warranty | | | | |
| Jordan Landerman 4935 Rider Road Roseville, OH 43777 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093188 | | | | Warranty | | | | |
| Jordan M Brickman 2576 E Georgia Phoenix, AZ 85016 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5057617 | | | | Warranty | | | | |
| Jordan Marks 108 Lexington Dr McMurray, PA 15317 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2339** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                    ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121844**<br><br>**Jordan Mayural**<br>**4700 North Kolb Rd   #11113**<br>**Tucson, AZ 85750** | - | | **Warranty** | | | | **236.73** |
| Account No. **5113188**<br><br>**Jordan P Lozosky**<br>**9 Huffman Road**<br>**Fredericktown, PA 15333** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5067682**<br><br>**Jordan Price**<br>**15249 Green Trails Blvd**<br>**Baton Rouge, LA 70817** | - | | **Warranty** | | | | **244.07** |
| Account No. **5128000**<br><br>**Jorden Atwater**<br>**402 Woodside Meadows Place**<br>**Columbus, OH 43230** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5089602**<br><br>**Jorge A Gallegos**<br>**960 W Detroit Street**<br>**Chandler, AZ 85225** | - | | **Warranty** | X | X | | **0.00** |

Sheet no.**2340** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                         
(Total of this page)        **480.80**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108458** | | Warranty | | | | | | |
| **Jorge Andrade Ramirez** **345 Mauch Chunk Street  Apt 4** **Nazareth, PA 18064** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121702** | | Warranty | | | | | | |
| **Jorge Casimiro** **6227 Souoth Austin Ave** **Chicago, IL 60638** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131430** | | Warranty | | | | | | |
| **Jorge Farinhas** **1302 North 19th Street** **Allentown, PA 18104** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128741** | | Warranty | | | | | | |
| **Jorge Hernandez** **6309 Strongbow** **Las Vegas, NV 89156** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108436** | | Warranty | | | | | | |
| **Jorge I Santiago** **1825A Brunswick Park** **Lawrenceville, NJ 08648** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2341** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re   **Great Lakes Warranty Corporation**       ,     Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5122290** | | | | | **Warranty** | | | | |
| **Jorge M Camacho 1113 Maryland Ave Croydon, PA 19021** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5113574** | | | | | **Warranty** | | | | |
| **Jorge Mario Sandoval Avila PO Box 455 Somerton, AZ 85350** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5107808** | | | | | **Warranty** | | | | |
| **Jorge Moya 250 S 15th Avenue Yuma, AZ 85364** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5103263** | | | | | **Warranty** | | | | |
| **Jorge O Guevara 4005 Ross Parkway Wichita, KS 67210** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5065160** | | | | | **Warranty** | | | | |
| **Jorge Ortega 2214 West Havrel Lane Phoenix, AZ 85029** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2342** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                        0.00

(Total of this page)

In re **Great Lakes Warranty Corporation**                          Case No. _____

                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125844** | | | Warranty | | | | |
| **Jorge Rodriguez** **183 4th Street** **Jersey City, NJ 07097** | - | | | X | X | | 0.00 |
| Account No. **5120752** | | | Warranty | | | | |
| **Jorge Rubio** **5675 Santiago Dr** **Westerville, OH 43081** | - | | | X | X | | 0.00 |
| Account No. **5116540** | | | Warranty | | | | |
| **Jorja Bentley** **9320 Arrowhead Way** **Reno, NV 89506** | - | | | X | X | | 0.00 |
| Account No. **5129512** | | | Warranty | | | | |
| **Josaeph Koffler** **621 Woodward Avenue** **McKeesrocks, PA 15136** | - | | | X | X | | 0.00 |
| Account No. **5130954** | | | Warranty | | | | |
| **Joscelyn Rachal** **4316 Hera Temple** **Las Vegas, NV 89031** | - | | | X | X | | 0.00 |

Sheet no. **2343** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5076838 | | | Warranty | | | | |
| Jose Candido 1513 Montgomery St Wilmington, DE 19805 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5128772 | | | Warranty | | | | |
| Jose Davila Caroballo 707 East Ontario St Philadelphia, PA 19134 | - | | | | | | |
| | | | | | | | 786.30 |
| Account No. 5072374 | | | Warranty | | | | |
| Jose Feliciano 6870 Orchard Blvd Parma Heights, OH 44130 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5107566 | | | Warranty | | | | |
| Jose Villa Garcia 415 May Ave Yuma, AZ 85364 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5108939 | | | Warranty | | | | |
| Jose A Delgado 406 N Walnut Union City, OH 45390 | - | | | | | | |
| | | | | | | | 321.00 |

Sheet no. 2344  of 4906  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,107.30

In re **Great Lakes Warranty Corporation**  ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5110651** | | | Warranty | | | | |
| **Jose A Duran** **3702 Diamond Boulevard** **Weslaco, TX 78596** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124236** | | | Warranty | | | | |
| **Jose A Herrera** **104 Columbia St** **Villas, NJ 08251** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088052** | | | Warranty | | | | |
| **Jose A Reyes** **2700 Elroy Road  Apt A9** **Hatfield, PA 19440** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5106632** | | | Warranty | | | | |
| **Jose Aguilar** **8122 Sun Down Vista Avenue** **Las Vegas, NV 89147** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101972** | | | Warranty | | | | |
| **Jose Aguirre** **6300 South Avenue Apt 303** **Boardman, OH 44512** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2345** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                    ,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5091487** | | | | | **Warranty** | | | | |
| **Jose Alfonso Casteneda** **336 S Nineteenth Avenue** **Yuma, AZ 85364** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131943** | | | | | **Warranty** | | | | |
| **Jose Aybar** **155-01 90 Avenue** **Jamaica, NY 11432** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5126259** | | | | | **Warranty** | | | | |
| **Jose Beltran Jr.** **1409 A Carlisle Road** **Airville, PA 17302** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5132352** | | | | | **Warranty** | | | | |
| **Jose Bobet Torres** **1028 Walnut Street** **Reading, PA 19601** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5086755** | | | | | **Warranty** | | | | |
| **Jose Campos** **5684 Lancaster Drive** **Olive Branch, MS 38654** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2346** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,                Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5069141** | | | | Warranty | | | | |
| **Jose Colon Maldonado 1958 W Dartmouth St Mesa, AZ 85201** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132470 | | | | Warranty | | | | |
| **Jose Coriano Gerena Sr 625 Willow Street Reading, PA 19602** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120903 | | | | Warranty | | | | |
| **Jose David Maradiaga Torres 407 Smithridge Park Reno, NV 89502** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132599 | | | | Warranty | | | | |
| **Jose De Jesus Rios 3931 Lonely Heart Ct Las Vegas, NV 89115** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111422 | | | | Warranty | | | | |
| **Jose DeLeon P.O. Box 372 Allentown, PA 18105** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2347** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124766** | | | | **Warranty** | | | | |
| **Jose Diaz 1207 N 14Street Kansas City, KS 66102** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130407** | | | | **Warranty** | | | | |
| **Jose E Jacobo 1808 Wadsworth Cayce, SC 29033** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086700** | | | | **Warranty** | | | | |
| **Jose E Pascacio 1521 W Sixth Drive Mesa, AZ 85202** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116851** | | | | **Warranty** | | | | |
| **Jose E Rivera 1319 East Sixth Street Bethlehem, PA 18015** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090224** | | | | **Warranty** | | | | |
| **Jose Estremera 1825 Riverside Drive Dayton, OH 45405** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2348** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5094447** | | | | Warranty | | | | |
| **Jose F Amparo** **2176 E 14th Place** **Yuma, AZ 85364** | - | | | | X | X | | 0.00 |
| Account No. **5120385** | | | | Warranty | | | | |
| **Jose F Brena** **PO Box 1565** **Somerton, AZ 85350** | - | | | | X | X | | 0.00 |
| Account No. **5127222** | | | | Warranty | | | | |
| **Jose F Hernandez** **146 S Bromley Ave** **Scranton, PA 18504** | - | | | | X | X | | 0.00 |
| Account No. **5112168** | | | | Warranty | | | | |
| **Jose G Garcia** **PO Box 4589** **San Luis, AZ 85349** | - | | | | X | X | | 0.00 |
| Account No. **5093396** | | | | Warranty | | | | |
| **Jose G Toscano** **5323 N Sierra Hermosa Street** **Litchfield Park, AZ 85340** | - | | | | X | X | | 0.00 |

Sheet no. **2349** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re  **Great Lakes Warranty Corporation**                           ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5103577** | | | | **Warranty** | | | | |
| **Jose Gonzalez** **6352 Jackson Street** **Philadelphia, PA 19135** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093632** | | | | **Warranty** | | | | |
| **Jose Handal** **2008 E Somerset Street** **Philadelphia, PA 19134** | | - | | | | | | |
| | | | | | | | | **369.00** |
| Account No. **5070172** | | | | **Warranty** | | | | |
| **Jose Hernandez** **3953 Clear Acre Lane  #305** **Reno, NV 89512** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124460** | | | | **Warranty** | | | | |
| **Jose J Sandoval** **4060 Judson Ave** **Las Vegas, NV 89115** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5075837** | | | | **Warranty** | | | | |
| **Jose Kuilan** **430 W Venango Street** **Philadelphia, PA 19140** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2350** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **369.00**

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5111833 | | | Warranty | | | | |
| Jose L Estrada 613 N Court Wichita, KS 67204 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5119643 | | | Warranty | | | | |
| Jose L Moretta Salvador 217 Amhurst Ave West Lawn, PA 19609 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5116155 | | | Warranty | | | | |
| Jose L Seda 3700 N Jersey Avenue   A5 Wildwood, NJ 08260 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5090992 | | | Warranty | | | | |
| Jose Luis Contreras 6530 E Lush Vista View Florence, AZ 85232 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5072693 | | | Warranty | | | | |
| Jose Luis Martinez Guevara 1198 Dundee Ave Akron, OH 44305 | - | | | | | | |
| | | | | | | | 0.00 |

Sheet no. **2351** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

In re   **Great Lakes Warranty Corporation**                              ,          Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126496** | | | Warranty | | | | |
| **Jose M  Perez** **8680 North Lake Tahoe Blvd** **Kings Beach, CA 96143** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5099067** | | | Warranty | | | | |
| **Jose M Cajas Torres** **130 Pickwick Place** **Millersville, PA 17551** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5132053** | | | Warranty | | | | |
| **Jose Miranda Recinos** **4380 East Chicago Avenue** **Las Vegas, NV 89104** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5130260** | | | Warranty | | | | |
| **Jose Munive** **558 Oakbrook Ln** **Las Vegas, NV 89169** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5113697** | | | Warranty | | | | |
| **Jose N Arias** **4136 Chandler Drive** **Columbus, OH 43215** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **2352** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **0.00**

In re   **Great Lakes Warranty Corporation**                                              ,   Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. 5132723 | | | | | Warranty | | | | |
| Jose Nieves Jr. 303 Beverly Ct 2 Reading, PA 19602 | - | | | | | X | X | | 0.00 |
| Account No. 5132610 | | | | | Warranty | | | | |
| Jose Pellecer 328 West Nequehoning Street Easton, PA 18042 | - | | | | | X | X | | 0.00 |
| Account No. 5102393 | | | | | Warranty | | | | |
| Jose Plaza 1216 West Erie AVenue Philadelphia, PA 19140 | - | | | | | X | X | | 0.00 |
| Account No. 5107564 | | | | | Warranty | | | | |
| Jose R Reyroso 4713 E County 18th St Yuma, AZ 85365 | - | | | | | | | | 1,337.00 |
| Account No. 5114103 | | | | | Warranty | | | | |
| Jose Ramirez 2920 Sedona Place Fort Mill, SC 29708 | - | | | | | X | X | | 0.00 |

Sheet no. **2353** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,337.00

In re  **Great Lakes Warranty Corporation**                                        ,        Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5120694 | | | Warranty | | | | |
| Jose Ramirez Castro 7255 E Snyder Rd 4101 Tucson, AZ 85750 | - | | | X | X | | 0.00 |
| Account No. 5110462 | | | Warranty | | | | |
| Jose Ramirez Perez 112 W Bacon Street Pottsville, PA 17901 | - | | | X | X | | 0.00 |
| Account No. 5107143 | | | Warranty | | | | |
| Jose Ramos 1973 E Ebony Place Chandler, AZ 85285 | - | | | | | | 1,122.39 |
| Account No. 5126864 | | | Warranty | | | | |
| Jose Raul Bravo 1682 Broughton St Orangeburg, SC 29115 | - | | | X | X | | 0.00 |
| Account No. 5128568 | | | Warranty | | | | |
| Jose Roca 3640 North Pecos Road Las Vegas, NV 89115 | - | | | X | X | | 0.00 |

Sheet no. 2354  of 4906  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,122.39

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5085198** | | | | Warranty | | | | |
| **Jose Rubio** **1238 Sugar Loaf Road** **Sevierville, TN 37876** | - | | | | X | X | | 0.00 |
| Account No. **5131667** | | | | Warranty | | | | |
| **Jose Ruiz** **931 Spruce Avenue** **Pleasantville, NJ 08232** | - | | | | X | X | | 0.00 |
| Account No. **5125478** | | | | Warranty | | | | |
| **Jose Samayoa** **16 Ashmore Avenue Apt 1st FL** **Trenton, NJ 08611** | - | | | | X | X | | 0.00 |
| Account No. **5102313** | | | | Warranty | | | | |
| **Jose Santiago** **713 1 2 N Seventh Street Apt 2** **Allentown, PA 18102** | - | | | | X | X | | 0.00 |
| Account No. **5088265** | | | | Warranty | | | | |
| **Jose Torres** **6505 Southfield Avenue** **Cleveland, OH 44144** | - | | | | X | X | | 0.00 |

Sheet no. **2355** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5087450** | | | | **Warranty** | | | | |
| **Jose Turcios Cruz** **9  62nd Street** **West New York, NJ 07093** | | - | | | | | | 310.00 |
| Account No. **5109613** | | | | **Warranty** | | | | |
| **Jose V Ruiz** **2255 E Sunset** **Las Vegas, NV 89119** | | - | | | X | X | | 0.00 |
| Account No. **5068295** | | | | **Warranty** | | | | |
| **Jose Valles** **1417 Lost Padre Mine Drive** **El Paso, TX 79902** | | - | | | X | X | | 0.00 |
| Account No. **5126838** | | | | **Warranty** | | | | |
| **Jose Vazquez** **1118 Snyder Avenue** **Scranton, PA 18504** | | - | | | X | X | | 0.00 |
| Account No. **5128918** | | | | **Warranty** | | | | |
| **Josef J Pearson** **403 S Holly Ave** **Galloway, NJ 08205** | | - | | | X | X | | 0.00 |

Sheet no. **2356** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                310.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5081110** | | | Warranty | | | | |
| **Josef Robinson**<br>**300 Brook Hollow Drive**<br>**Cola, SC 29229** | - | | | X | X | | 0.00 |
| Account No. **5079517** | | | Warranty | | | | |
| **Josef Zomber**<br>**32793 Arlesford Road**<br>**Solon, OH 44139** | - | | | X | X | | 0.00 |
| Account No. **5115279** | | | Warranty | | | | |
| **Josefa Martinez**<br>**907 N Sean Drive**<br>**Chandler, AZ 85225** | - | | | | | | 245.48 |
| Account No. **5111230** | | | Warranty | | | | |
| **Josefina Estrada**<br>**614 Lincoln**<br>**Emporia, KS 66801** | - | | | X | X | | 0.00 |
| Account No. **5092459** | | | Warranty | | | | |
| **Joseph  Babcock**<br>**6640 Kodiak Drive**<br>**Canal Winchester, OH 43110** | - | | | X | X | | 0.00 |

Sheet no. **2357** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  245.48

In re **Great Lakes Warranty Corporation** _____ , Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. 5118057 | | | Warranty | | | | |
| Joseph Bledsoe 313 South Summit Ave Quarryville, PA 17566 | - | | | X | X | | 0.00 |
| Account No. 5131461 | | | Warranty | | | | |
| Joseph E Soliwoda 907 E Grandview Blvd No 303 Erie, PA 16504 | - | | | X | X | | 0.00 |
| Account No. 5118597 | | | Warranty | | | | |
| Joseph Elftman 5838 Jones Wichita, KS 67217 | - | | | | | | 64.50 |
| Account No. 5128988 | | | Warranty | | | | |
| Joseph Gaitan 1761 Seneca Lane Las Vegas, NV 89109 | - | | | X | X | | 0.00 |
| Account No. 5111303 | | | Warranty | | | | |
| Joseph Hargis 516 Netherwood Ave Canton, OH 44708 | - | | | | | | 130.98 |

Sheet no. **2358** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **195.48**

In re    **Great Lakes Warranty Corporation**           ,      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5065107** | | | | | **Warranty** | | | | |
| **Joseph Hudson**<br>**3809 Watterson Road**<br>**Cincinatti, OH 45227** | - | | | | | X | X | | 0.00 |
| Account No. **5129216** | | | | | **Warranty** | | | | |
| **Joseph Kachurak**<br>**56 Hughes St**<br>**Kingston, PA 18704** | - | | | | | X | X | | 0.00 |
| Account No. **5130400** | | | | | **Warranty** | | | | |
| **Joseph Knapp Jr**<br>**305 Quinton Marlboro Rd**<br>**Salem, NJ 08079** | - | | | | | X | X | | 0.00 |
| Account No. **5114079** | | | | | **Warranty** | | | | |
| **Joseph Kosis Jr**<br>**345 Southmount Boulevard**<br>**Johnstown, PA 15905** | - | | | | | | | | 95.00 |
| Account No. **5120246** | | | | | **Warranty** | | | | |
| **Joseph Kutschbach**<br>**405 Perry Circle**<br>**Cranberry, PA 16066** | - | | | | | X | X | | 0.00 |

Sheet no. **2359** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal
(Total of this page)     **95.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5122765** | | | | | **Warranty** | | | | |
| **Joseph Lurenz** **37 Martin Dr** **Wappingers Falls, NY 12590** | - | | | | | | | | |
| | | | | | | | | | **1,167.28** |
| Account No. **5098828** | | | | | **Warranty** | | | | |
| **Joseph Maltagliati** **11520 W Piccadilly Rd** **Avondale, AZ 85323** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5106271** | | | | | **Warranty** | | | | |
| **Joseph Marnelli** **2209A Cullem Drive** **Reading, PA 19601** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5119882** | | | | | **Warranty** | | | | |
| **Joseph Medal II** **1241 Homedale Ave NW** **Canton, OH 44708** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5092326** | | | | | **Warranty** | | | | |
| **Joseph Payton** **3400 Rain Forest Drive** **Austin, TX 78646** | - | | | | | | | | |
| | | | | | | | | | **665.30** |

Sheet no. **2360** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,832.58**

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5111273 | | | | Warranty | | | | |
| Joseph Peters PO Box 429 Roosevelt Hwy Lake Winola, PA 18625 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108496 | | | | Warranty | | | | |
| Joseph Price 239 Cumberland Dr Seven Fields, PA 16046 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109950 | | | | Warranty | | | | |
| Joseph Pucci 2411 Swiss Avenue SW Canton, OH 44706 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125123 | | | | Warranty | | | | |
| Joseph Redding 45 East Third Ave Spring Grove, PA 17362 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118394 | | | | Warranty | | | | |
| Joseph Rosano Jr 2530 S Colorado St Philadelphia, PA 19145 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __2361__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5088085** | | | | Warranty | | | | |
| **Joseph Shannon** **1 Main St** **Locust Gap, PA 17840** | - | | | | X | X | | 0.00 |
| Account No. **5112164** | | | | Warranty | | | | |
| **Joseph Stevick** **2418 Willow Drive** **Murfreesboro, TN 37127** | - | | | | X | X | | 0.00 |
| Account No. **5130291** | | | | Warranty | | | | |
| **Joseph Vangalio** **15499 Kidd Dr** **Newbury, OH 44065** | - | | | | X | X | | 0.00 |
| Account No. **5129294** | | | | Warranty | | | | |
| **Joseph Wise** **2768 Jefferson Ave** **Washington, PA 15301** | - | | | | X | X | | 0.00 |
| Account No. **5086864** | | | | Warranty | | | | |
| **Joseph A Catania** **5 Slaughter Drive** **Athens, OH 45701** | - | | | | X | X | | 0.00 |

Sheet no. **2362** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 5117679 | | | | Warranty | | | | |
| Joseph A Fosco 3223 Valley Drive West Chester, PA 19382 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5101690 | | | | Warranty | | | | |
| Joseph A Frizzell 1024 Charles Street Galion, OH 44833 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108814 | | | | Warranty | | | | |
| Joseph A Gaither 206 West Jefferson Avenue Wheaton, IL 60187 | - | | | | | | | |
| | | | | | | | | 570.65 |
| Account No. 5121381 | | | | Warranty | | | | |
| Joseph A Graziano 648 Hamel Ave Glenside, PA 19038 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086698 | | | | Warranty | | | | |
| Joseph A Krull 1505 N Country Club Drive #226 Mesa, AZ 85201 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2363** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**570.65**

In re **Great Lakes Warranty Corporation** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122710** | | | | Warranty | | | | |
| **Joseph A Lynn 5586 Walden Valley Cove Bartlett, TN 38135** | - | | | | X | X | | 0.00 |
| Account No. **5108885** | | | | Warranty | | | | |
| **Joseph A Mailki 207 Allison St West Newton, PA 15089** | - | | | | X | X | | 0.00 |
| Account No. **5090003** | | | | Warranty | | | | |
| **Joseph A Quairoli 2 Vista Drive  PO Box 178 Fredericksburg, PA 17026** | - | | | | X | X | | 0.00 |
| Account No. **5131465** | | | | Warranty | | | | |
| **Joseph A Wroblewski 11537 Rte 89 Wattsburg, PA 16442** | - | | | | X | X | | 0.00 |
| Account No. **5125765** | | | | Warranty | | | | |
| **Joseph Adams 3004 Manchester Drive Spring Hill, TN 37174** | - | | | | X | X | | 0.00 |

Sheet no. **2364** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5090864** | | | | Warranty | | | | |
| **Joseph Alonzo**<br>**44303 Comnock Road**<br>**Franklintown, LA 70438** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5076022** | | | | Warranty | | | | |
| **Joseph Aston**<br>**712 Bowling Avenue**<br>**Nashville, TN 37215** | - | | | | | | | |
| | | | | | | | | 610.00 |
| Account No. **5130991** | | | | Warranty | | | | |
| **Joseph Aylsworth**<br>**6452 Butterfly Sky Street**<br>**North Las Vegas, NV 89084** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112807** | | | | Warranty | | | | |
| **Joseph B Ciarcia**<br>**6 Cobblewood Drive**<br>**Pocono Summit, PA 18346** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5074342** | | | | Warranty | | | | |
| **Joseph B Kokes**<br>**608 E Fordham Drive**<br>**Tempe, AZ 85283** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2365** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                610.00

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5119749 | | | | Warranty | | | | |
| Joseph B Pokowitz 3733 Estes Rd Nashville, TN 37215 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109850 | | | | Warranty | | | | |
| Joseph B Winick 719 Black Creek Dr Chattanooga, TN 37419 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5046184 | | | | Warranty | | | | |
| Joseph Battochi 698 Gamble  Rd Oakdale, PA 15071 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092629 | | | | Warranty | | | | |
| Joseph Bergen 33894 Crown County Drive Avon, OH 44011 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5074837 | | | | Warranty | | | | |
| Joseph Betty 4006 NW Hiram Road Canton, OH 44718 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2366** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                              ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100316** | | | Warranty | | | | |
| **Joseph Blevins Saunders** **1418 North Franklin Street** **Pittsburgh, PA 15233** | - | | | | | | 775.00 |
| Account No. **5104665** | | | Warranty | | | | |
| **Joseph Bracco** **RD 4  Box 290** **Boyertown, PA 19512** | - | | | X | X | | 0.00 |
| Account No. **5127981** | | | Warranty | | | | |
| **Joseph Browell Jr.** **35 Ashland Avenue** **Ephrata, PA 17522** | - | | | X | X | | 0.00 |
| Account No. **5132775** | | | Warranty | | | | |
| **Joseph Burns** **2425 Ruralton Street** **Pittsburgh, PA 15210** | - | | | X | X | | 0.00 |
| Account No. **5114429** | | | Warranty | | | | |
| **Joseph C Klucsarits** **1224 S Meadow Street** **Allentown, PA 18103** | - | | | X | X | | 0.00 |

Sheet no. **2367** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   775.00

In re   **Great Lakes Warranty Corporation**            ,    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5132554** | | | | **Warranty** | | | | |
| **Joseph C Librera III** **132 Stieg Avenue** **Staten Island, NY 10308** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5087899 | | | | **Warranty** | | | | |
| **Joseph C Myers** **170 Oliphant Rd** **Uniontown, PA 15401** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5079618 | | | | **Warranty** | | | | |
| **Joseph C Nill** **1414 Florence Avenue** **Evanston, IL 60201** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5064002 | | | | **Warranty** | | | | |
| **Joseph Callahan** **55 Pine Valley Road** **Cherry Hill, NJ 08034** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5104145 | | | | **Warranty** | | | | |
| **Joseph Carl Messner** **94 Port O Call Boulevard** **Butler, PA 16002** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**2368** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125924** | | | Warranty | | | | |
| **Joseph Carroll**<br>**107 Avenue B**<br>**Schyylkill Haven, PA 17972** | - | | | X | X | | 0.00 |
| Account No. **5128123** | | | Warranty | | | | |
| **Joseph Caskey**<br>**194 Pine Avenue PO Box 68**<br>**Force, PA 15841** | - | | | X | X | | 0.00 |
| Account No. **5090261** | | | Warranty | | | | |
| **Joseph Cecere**<br>**225 Mt Zion Road**<br>**Ten Mile, TN 37880** | - | | | X | X | | 0.00 |
| Account No. **5123803** | | | Warranty | | | | |
| **Joseph Centurione**<br>**1607 Wyndham Rd**<br>**Camp Hill, PA 17011** | - | | | | | | 1,707.00 |
| Account No. **5130003** | | | Warranty | | | | |
| **Joseph Chilleo**<br>**5177 Elmwood Drive**<br>**Pittsburgh, PA 15227** | - | | | | | | 566.00 |

| | | |
|---|---|---|
| Sheet no. **2369** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,273.00 |

In re **Great Lakes Warranty Corporation**           ,     Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122620** | | | **Warranty** | | | | |
| **Joseph Clagg** **2228 Shannon Dr** **Murfreesboro, TN 37129** | | - | | X | X | | 0.00 |
| Account No. **5108888** | | | **Warranty** | | | | |
| **Joseph Colon** **2916 W Lotus Blossom Court** **Tucson, AZ 85741** | | - | | X | X | | 0.00 |
| Account No. **5117229** | | | **Warranty** | | | | |
| **Joseph Coram** **6414 Ridgeview Drive SE** **Waynesboro, OH 44688** | | - | | X | X | | 0.00 |
| Account No. **5069449** | | | **Warranty** | | | | |
| **Joseph Crain** **1570 Stanford Rd** **Gulf Breeze, FL 32563** | | - | | X | X | | 0.00 |
| Account No. **5091509** | | | **Warranty** | | | | |
| **Joseph Csiszar Jr** **1101 Surrey Woods Road** **Bethel Park, PA 15102** | | - | | X | X | | 0.00 |

Sheet no. **2370** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      0.00

In re   **Great Lakes Warranty Corporation**                              ,     Case No. _____
_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5121278** | | | | | **Warranty** | | | | |
| **Joseph Curk III 2328 19th St Cuyahoga Falls, OH 44223** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5102737** | | | | | **Warranty** | | | | |
| **Joseph D Boland 1015 Cooper Street Vandergrift, PA 15650** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5100473** | | | | | **Warranty** | | | | |
| **Joseph D Crowley 1339 Fox Boro Drive Monroeville, PA 15146** | - | | | | | | | | |
| | | | | | | | | | **95.00** |
| Account No. **5117946** | | | | | **Warranty** | | | | |
| **Joseph D Shick 1177 Dickey Rd Reynoldsville, PA 15851** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5105681** | | | | | **Warranty** | | | | |
| **Joseph D Wood 135 Davenport Street Spartansburg, PA 16434** | - | | | | | | | | |
| | | | | | | | | | **208.43** |

Sheet no. **2371** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **303.43**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5076237 | | Warranty | | | | | | |
| Joseph Darwish 8854 Ceddar Lake Road Pickney, MI 48169 | - | | | | X | X | | 0.00 |
| Account No. 5127932 | | Warranty | | | | | | |
| Joseph DeBelle 709 Abbeydale Ct. Ambler, PA 19002 | - | | | | X | X | | 0.00 |
| Account No. 5104294 | | Warranty | | | | | | |
| Joseph Deele PO Box 255 Amargosa Valley, NV 89020 | - | | | | X | X | | 0.00 |
| Account No. 5104237 | | Warranty | | | | | | |
| Joseph Diaferia 1105 Weston Drive Mount Juliet, TN 37122 | - | | | | X | X | | 0.00 |
| Account No. 5125878 | | Warranty | | | | | | |
| Joseph Diamond Jr. RR6 Box 6849 Saylorsburg, PA 18353 | - | | | | X | X | | 0.00 |

Sheet no. **2372** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131097** | | | Warranty | | | | |
| **Joseph Diegidio 2036 River Road Bensalem, PA 19020** | - | | | X | X | | 0.00 |
| Account No. **5128497** | | | Warranty | | | | |
| **Joseph Difilippantonio 730 West Milton Street Apt 1 Easton, PA 18042** | - | | | X | X | | 0.00 |
| Account No. **5121615** | | | Warranty | | | | |
| **Joseph DiSisto 1678 Amazon Rd Mohegan Lake, NY 10547** | - | | | X | X | | 0.00 |
| Account No. **5131079** | | | Warranty | | | | |
| **Joseph Doll 2513 Venus Star Street Henderson, NV 89044** | - | | | X | X | | 0.00 |
| Account No. **5131370** | | | Warranty | | | | |
| **Joseph Donohue 1132 Mt Pleasant Road Greensburg, PA 15601** | - | | | X | X | | 0.00 |

Sheet no. **2373** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re   **Great Lakes Warranty Corporation**                            ,       Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5115316 | | Warranty | | | | | | |
| Joseph E  Chadwick II 259 Center Street Carmichael, PA 15320 | - | | | | X | X | | 0.00 |
| Account No. 5079511 | | Warranty | | | | | | |
| Joseph E Cook 239 Lisa Lane Nashville, TN 37210 | - | | | | X | X | | 0.00 |
| Account No. 5109706 | | Warranty | | | | | | |
| Joseph E Gwaltney 462 Meadowfield Road Gaston, SC 29053 | - | | | | X | X | | 0.00 |
| Account No. 5112960 | | Warranty | | | | | | |
| Joseph E Sanders 2122 Walnut Street  #2R Philadelphia, PA 19103 | - | | | | | | | 412.50 |
| Account No. 5121913 | | Warranty | | | | | | |
| Joseph E Shell 5921 Lydell Red New Washington, OH 44854 | - | | | | X | X | | 0.00 |

Sheet no. **2374**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

412.50

In re **Great Lakes Warranty Corporation** ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5117743<br><br>Joseph E Skonczny<br>2030 Indian Head Road  PO Box 213<br>Indian Head, PA 15446 | - | | | Warranty | | | | 607.00 |
| Account No. 5088742<br><br>Joseph E Soliwoda IV<br>812 Buffalo Road<br>Erie, PA 16503 | - | | | Warranty | X | X | | 0.00 |
| Account No. 5078883<br><br>Joseph E Stark<br>2850 Golf Circle road<br>Emmaus, PA 18049 | - | | | Warranty | X | X | | 0.00 |
| Account No. 5128338<br><br>Joseph E Telles<br>68 Boulder St<br>Pittsburgh, PA 15239 | - | | | Warranty | X | X | | 0.00 |
| Account No. 5077902<br><br>Joseph Ervin<br>331 Town View Drive<br>Wappingers Falls, NY 12590 | - | | | Warranty | X | X | | 0.00 |

Sheet no. **2375** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

607.00

In re **Great Lakes Warranty Corporation**,     Case No. _____

                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5086251** | | | | Warranty | | | | |
| **Joseph F Dantonio** **286 Harvison Road Apt #8** **Irwin, PA 15642** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114352** | | | | Warranty | | | | |
| **Joseph F Devrieze** **PO Box 91913** **Henderson, NV 89009** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119541** | | | | Warranty | | | | |
| **Joseph F Hyatt** **239 Hytype Farms Dr** **Gibsonia, PA 15044** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117429** | | | | Warranty | | | | |
| **Joseph F Kelly** **2626 Cavins Drive** **Springfield, OH 45503** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100437** | | | | Warranty | | | | |
| **Joseph F Sernicola** **10486 Scatell Street NW** **Canal Fulton, OH 44614** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2376** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal       0.00
(Total of this page)

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094464** | | | Warranty | | | | |
| **Joseph Fantuzzo** **204 Wills Road** **N Kensington, PA 15068** | | - | | | | | 282.00 |
| Account No. **5122445** | | | Warranty | | | | |
| **Joseph Fisher** **233 Spring House Lane** **Telford, PA 18969** | | - | | | | | 223.00 |
| Account No. **5082390** | | | Warranty | | | | |
| **Joseph Ford** **10327 Sugar Grove Road** **Jacksonville, FL 32221** | | - | | | | | 2,800.00 |
| Account No. **5105361** | | | Warranty | | | | |
| **Joseph Forsythe** **50 Shippensburg Mobile Estate** **Shippensburg, PA 17257** | | - | | X | X | | 0.00 |
| Account No. **5105758** | | | Warranty | | | | |
| **Joseph Frazier** **637 Danbury Street** **Pittsburgh, PA 15214** | | - | | X | X | | 0.00 |

Sheet no. **2377** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **3,305.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5108177** | | | | | Warranty | | | | |
| **Joseph G Balestino 960 Fiske Avenue Fallen Timber, PA 16639** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5109375** | | | | | Warranty | | | | |
| **Joseph G Corrie Jr 3373 Raystown Road Hopewell, PA 16650** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5088050** | | | | | Warranty | | | | |
| **Joseph G Coruzzi 26 Park Avenue  Apt D54 Chalfont, PA 18914** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5120630** | | | | | Warranty | | | | |
| **Joseph G Salloum 3817 Abbott Martin Rd Nashville, TN 37215** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5107958** | | | | | Warranty | | | | |
| **Joseph G Torroni 6001 Central Avenue  First Floor Sea Isle City, NJ 08243** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**2378** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5126187 | | | | Warranty | | | | |
| Joseph Gardfalo 1359 New England Drive SE N. Canton, OH 44720 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5072712 | | | | Warranty | | | | |
| Joseph Gorman Jr 2688 Landon Road Shaker Heights, OH 44122 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125269 | | | | Warranty | | | | |
| Joseph Greco 2443 S. Fairhill Street Philadelphia, PA 19148 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130887 | | | | Warranty | | | | |
| Joseph Griffin 32 Mary Fran Drive Apt 32 West Chester, PA 19382 | - | | | | | | | |
| | | | | | | | | 322.68 |
| Account No. 5117717 | | | | Warranty | | | | |
| Joseph Gunn 508 Wilson Road New Castle, PA 16101 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2379** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

322.68

In re **Great Lakes Warranty Corporation**                          , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5096353** | | | | Warranty | | | | |
| **Joseph Gunshore** **1702 Christopher Lane** **Liberty, SC 29657** | | - | | | | | | |
| | | | | | | | | **2,555.50** |
| Account No. **5098988** | | | | Warranty | | | | |
| **Joseph H Decker Sr** **1317 Mt View Road** **Benton, TN 37307** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111013** | | | | Warranty | | | | |
| **Joseph H Horton** **6635 Chestnut Hill Road** **Coopersburg, PA 18036** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5078174** | | | | Warranty | | | | |
| **Joseph H Yoo** **2866 Madison  Apt #1** **Cincinnati, OH 45209** | | - | | | | | | |
| | | | | | | | | **465.45** |
| Account No. **5095115** | | | | Warranty | | | | |
| **Joseph Hall** **410 Page Road** **Nashville, TN 37205** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no._**2380**_ of _**4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,020.95**

In re **Great Lakes Warranty Corporation**                    , Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095684** | | | Warranty | | | | |
| **Joseph Hanshaw** **623 Reno Avenue** **Niles, OH 44446** | | - | | X | X | | 0.00 |
| Account No. **5132690** | | | Warranty | | | | |
| **Joseph Harrington** **18 Apricot Lane** **Liverpool, NY 13090** | | - | | X | X | | 0.00 |
| Account No. **5086406** | | | Warranty | | | | |
| **Joseph Havlick** **2971 Six Point Way** **Sevierville, TN 37862** | | - | | X | X | | 0.00 |
| Account No. **5096662** | | | Warranty | | | | |
| **Joseph Hornicak** **662 Chestnut Street** **Baden, PA 15005** | | - | | X | X | | 0.00 |
| Account No. **5091116** | | | Warranty | | | | |
| **Joseph Hough** **111 Springhill Drive** **Oakdale, PA 15071** | | - | | X | X | | 0.00 |

Sheet no. **2381** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123166** | | | | Warranty | | | | |
| Joseph Indavina 810 4th Street Ambridge, PA 15403 | - | | | | X | X | | 0.00 |
| Account No. **5085276** | | | | Warranty | | | | |
| Joseph Izzo 7810 Thirteenth Avenue Brooklyn, NY 11228 | - | | | | | | | 765.70 |
| Account No. **5089948** | | | | Warranty | | | | |
| Joseph J Brennan PO Box 233  S Lehigh Avenue Trackville, PA 17931 | - | | | | X | X | | 0.00 |
| Account No. **5103302** | | | | Warranty | | | | |
| Joseph J Collins 1767 Dumont Drive Mineral Ridge, OH 44440 | - | | | | X | X | | 0.00 |
| Account No. **5106454** | | | | Warranty | | | | |
| Joseph J Daywood 56 S Gates Ave Kingston, PA 18704 | - | | | | X | X | | 0.00 |

Sheet no.__**2382**__ of __**4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                765.70

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5106721** | | | | | **Warranty** | | | | |
| **Joseph J Micklow** **233 Gertrude Street** **Latrobe, PA 15650** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5114500** | | | | | **Warranty** | | | | |
| **Joseph J Mucha** **2 Summit View Drive** **Mountain Top, PA 18707** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5087585** | | | | | **Warranty** | | | | |
| **Joseph J Raczkowski** **1323 Orchard Lane** **Jim Thorpe, PA 18229** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5095759** | | | | | **Warranty** | | | | |
| **Joseph J Siminitus** **5 High Raod** **Pottsville, PA 17901** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5086432** | | | | | **Warranty** | | | | |
| **Joseph Jacob** **3117 Blyethburn Road** **Mountain Top, PA 18707** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2383** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5118291** | | | | | **Warranty** | | | | |
| **Joseph Jacobson** **2857 Election House Rd** **Lancaster, OH 43130** | - | | | | | X | X | | 0.00 |
| Account No. **5114244** | | | | | **Warranty** | | | | |
| **Joseph James Fanale** **262 S Albemarle Street** **York, PA 17403** | - | | | | | X | X | | 0.00 |
| Account No. **5124174** | | | | | **Warranty** | | | | |
| **Joseph John Stockbauer** **205 Front St** **Lititz, PA 17543** | - | | | | | X | X | | 0.00 |
| Account No. **5103728** | | | | | **Warranty** | | | | |
| **Joseph Johnson** **43 S Congress Street** **Winnsboro, SC 29180** | - | | | | | X | X | | 0.00 |
| Account No. **5109695** | | | | | **Warranty** | | | | |
| **Joseph K DeCroo** **114 Woodland Drive** **Sarver, PA 16055** | - | | | | | X | X | | 0.00 |

Sheet no.__**2384**__ of __**4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5101968** | | | | | **Warranty** | | | | |
| **Joseph Keith** **361 Farrell Road** **Marsteller, PA 15760** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5095073** | | | | | **Warranty** | | | | |
| **Joseph Kelly** **7207 N Radcliffe Street** **Bristol, PA 19007** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5108525** | | | | | **Warranty** | | | | |
| **Joseph Kessin** **404 Madison Avenue  Apt 3** **Lakewood, NJ 08701** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5080596** | | | | | **Warranty** | | | | |
| **Joseph Kirkland** **136 Rustic Manor Court** **Lexington, SC 29169** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5123982** | | | | | **Warranty** | | | | |
| **Joseph Kocsis** **820 Squirrel Hill Drive** **Bordman, OH 44512** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2385** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099842** | | | | Warranty | | | | |
| **Joseph Kondub** **24 Old Tannery Road** **Monroe, CT 06468** | - | | | | X | X | | 0.00 |
| Account No. **5099291** | | | | Warranty | | | | |
| **Joseph Kooima** **32 E Jackson Street** **Villa Park, IL 60181** | - | | | | X | X | | 0.00 |
| Account No. **5110617** | | | | Warranty | | | | |
| **Joseph Kovitch** **28 Aluminum City Terrace** **New Kensington, PA 15068** | - | | | | X | X | | 0.00 |
| Account No. **5129058** | | | | Warranty | | | | |
| **Joseph Kralick** **5460 Green Palms Street** **Las Vegas, NV 89130** | - | | | | X | X | | 0.00 |
| Account No. **5109450** | | | | Warranty | | | | |
| **Joseph Kuhns** **7719 Paradise Hts** **Abbottstown, PA 17301** | - | | | | X | X | | 0.00 |

Sheet no. **2386** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5102243** | | | Warranty | | | | |
| **Joseph L Buch** **2905 Tenth Street NW** **Canton, OH 44708** | - | | | X | X | | 0.00 |
| Account No. **5095116** | | | Warranty | | | | |
| **Joseph L Chaffin** **810 Bellevue Avenue** **Columbus, OH 43207** | - | | | X | X | | 0.00 |
| Account No. **5102244** | | | Warranty | | | | |
| **Joseph L Cundiff** **1015 E Pike** **Alliance, OH 44601** | - | | | X | X | | 0.00 |
| Account No. **5109161** | | | Warranty | | | | |
| **Joseph L Evanoff** **12159 Arbuckle Road** **Union City, PA 16438** | - | | | | | | 547.95 |
| Account No. **5089323** | | | Warranty | | | | |
| **Joseph L Hines** **2129 Binginham Is** **Sevierville, TN 37876** | - | | | X | X | | 0.00 |

Sheet no. **2387** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — **547.95**

In re   **Great Lakes Warranty Corporation**                                            ,   Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5102647** | | | | Warranty | | | | |
| **Joseph L Wolf**<br>**104 Sutters Way**<br>**Franklin, TN 37067** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132389** | | | | Warranty | | | | |
| **Joseph Labella**<br>**6958 Wood Bark Drive**<br>**Las Vegas, NV 89119** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115481** | | | | Warranty | | | | |
| **Joseph Laffey**<br>**912 Ralph Lane**<br>**Mousic, PA 18507** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090256** | | | | Warranty | | | | |
| **Joseph Lee Lockard**<br>**16060 Inheritance Road**<br>**Brandywine, MD 20613** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132473** | | | | Warranty | | | | |
| **Joseph Lester**<br>**307 Gold Mill Road**<br>**Wingap, PA 18091** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2388**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re   **Great Lakes Warranty Corporation**            ,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5087008** | | | Warranty | | | | |
| **Joseph Lombardo** **15046 Escondido Drive #1** **Fountain Hills, AZ 85268** | | - | | | | | 906.31 |
| Account No. 5067680 | | | Warranty | | | | |
| **Joseph Lynch** **5286 Circle Drive** **Painesville, OH 44077** | | - | | X | X | | 0.00 |
| Account No. 5101448 | | | Warranty | | | | |
| **Joseph Lyons** **3359 Blue Jay Pass** **Fort Mill, SC 29708** | | - | | X | X | | 0.00 |
| Account No. 5108777 | | | Warranty | | | | |
| **Joseph M Deas** **229 Doster Road** **Lancaster, SC 29720** | | - | | X | X | | 0.00 |
| Account No. 5127178 | | | Warranty | | | | |
| **Joseph M Destefano** **304 Deep Run Rd** **Perkasie, PA 18944** | | - | | X | X | | 0.00 |

Sheet no. **2389** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal               906.31
(Total of this page)

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5090634** | | | | | Warranty | | | | |
| **Joseph M Eckart**<br>**16 Fassett Street**<br>**Canton, PA 17724** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5121085** | | | | | Warranty | | | | |
| **Joseph M McGowan**<br>**2510 Cedar Tree Drive  Apt 3B**<br>**Wilmington, DE 19810** | - | | | | | | | | |
| | | | | | | | | | 1,700.00 |
| Account No. **5099859** | | | | | Warranty | | | | |
| **Joseph M Mercuri**<br>**105 Wappoolah Drive**<br>**Summerville, SC 29483** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5091545** | | | | | Warranty | | | | |
| **Joseph M Snow**<br>**11208 Mohawk Path**<br>**Lakeview, OH 43331** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5110002** | | | | | Warranty | | | | |
| **Joseph Martin**<br>**40 Dartmouth Avenue**<br>**Pittsburgh, PA 15229** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2390** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,700.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5067709** | | | Warranty | | | | |
| **Joseph Martinez** **123 Portland Street** **South Berwick, ME 03908** | - | | | X | X | | 0.00 |
| Account No. 5103732 | | | Warranty | | | | |
| **Joseph Masabni** **4406 Edinburgh Place** **College Station, TX 77845** | - | | | X | X | | 0.00 |
| Account No. 5098537 | | | Warranty | | | | |
| **Joseph McCloud** **368 s 3rd Ave** **Middleport, OH 45760** | - | | | X | X | | 0.00 |
| Account No. 5104347 | | | Warranty | | | | |
| **Joseph McDonough** **2024 Grey Fox Lane** **Virginia Beach, VA 23456** | - | | | X | X | | 0.00 |
| Account No. 5069177 | | | Warranty | | | | |
| **Joseph McManis III** **1057 Manor Vue Ct** **Delmont, PA 15626** | - | | | X | X | | 0.00 |

Sheet no. **2391** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**                                   ,        Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5091223** | | | **Warranty** | | | | |
| **Joseph Mendez**<br>**136 Wales Street**<br>**Cranston, RI 02920** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124161** | | | **Warranty** | | | | |
| **Joseph Michalick**<br>**23 W Walter St**<br>**Summit Hill, PA 18250** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5067006** | | | **Warranty** | | | | |
| **Joseph Mick**<br>**711 North Evergreen Road Apt #2120**<br>**Mesa, AZ 85201** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127202** | | | **Warranty** | | | | |
| **Joseph Mine**<br>**560 Freil Road**<br>**Baden, PA 15005** | - | | | | | | |
| | | | | | | | 927.10 |
| Account No. **5106524** | | | **Warranty** | | | | |
| **Joseph Miniace**<br>**9712 Holloway Hill Court**<br>**Potomac, MD 20854** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**2392** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

927.10

In re **Great Lakes Warranty Corporation** ,
_____
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5126239 | | | | Warranty | | | | |
| Joseph Mirocke 643 Oxford Drive Lancaster, PA 17601 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092431 | | | | Warranty | | | | |
| Joseph Mondelli 1121 Brookside Drive Franklin, TN 37069 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5064762 | | | | Warranty | | | | |
| Joseph Moore 837 W Hillview Dr Brentwood, TN 37027 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123192 | | | | Warranty | | | | |
| Joseph Mott 1701 East Colten #256 Phoenix, AZ 85016 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5066723 | | | | Warranty | | | | |
| Joseph Myers 5 Senate Dr Oil City, PA 16301 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 2393 of 4906 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5112278 | | | | Warranty | | | | |
| Joseph Nader 233 Montana Avenue Lower Burrell, PA 15068 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130956 | | | | Warranty | | | | |
| Joseph Neff 311 South 20th Street Altoona, PA 16602 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122451 | | | | Warranty | | | | |
| Joseph Niner 2706 Congress Dr SW Canton, OH 44706 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118415 | | | | Warranty | | | | |
| Joseph O Romness 4117 N Randolph St Arlington, VA 22207 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5089974 | | | | Warranty | | | | |
| Joseph O Garcia 803 Bridge Street Bethlehem, PA 18018 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 2394 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5084008** | | | | Warranty | | | | |
| **Joseph Olasin 1000 Michelle Road New Kensington, PA 15068** | - | | | | X | X | | 0.00 |
| Account No. **5095186** | | | | Warranty | | | | |
| **Joseph Olsen 109 Milton Road Warwick, RI 02888** | - | | | | X | X | | 0.00 |
| Account No. **5094060** | | | | Warranty | | | | |
| **Joseph Oludij 6154 E Karen Drive Scottsdale, AZ 85254** | - | | | | | | | 606.99 |
| Account No. **5127568** | | | | Warranty | | | | |
| **Joseph P  Lux 172 Churchville Lane Churchville, PA 18966** | - | | | | X | X | | 0.00 |
| Account No. **5122801** | | | | Warranty | | | | |
| **Joseph P Kelly 675 E St Rd  Apt 608 Warminster, PA 18974** | - | | | | X | X | | 0.00 |

Sheet no. **2395** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

606.99

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5103116** | | | **Warranty** | | | | |
| **Joseph P Knapp**<br>**112 California Avenue**<br>**Oakmont, PA 15139** | - | | | X | X | | 0.00 |
| Account No. **5117433** | | | **Warranty** | | | | |
| **Joseph P Shannon**<br>**903 Decker Lane**<br>**Warminster, PA 18974** | - | | | X | X | | 0.00 |
| Account No. **5118713** | | | **Warranty** | | | | |
| **Joseph P St George**<br>**20660 N 40th St  No2126**<br>**Phoenix, AZ 85050** | - | | | X | X | | 0.00 |
| Account No. **5130637** | | | **Warranty** | | | | |
| **Joseph Palermo**<br>**31 East Montgomery Avenue**<br>**Hatboro, PA 19040** | - | | | X | X | | 0.00 |
| Account No. **5130886** | | | **Warranty** | | | | |
| **Joseph Panetta**<br>**210 Hope Road**<br>**Mars, PA 16066** | - | | | X | X | | 0.00 |

Sheet no.__2396__ of __4906__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5089438** | | | | Warranty | | | | |
| **Joseph Pappas**<br>**1607 Woodcrest Avenue**<br>**Charleston, SC 29407** | - | | | | | | | 1,349.84 |
| Account No. 5113371 | | | | Warranty | | | | |
| **Joseph Parfitt**<br>**935 Sage Street**<br>**Clymer, P 15728** | - | | | | | | | 376.77 |
| Account No. 5103793 | | | | Warranty | | | | |
| **Joseph Park**<br>**712 1 2 Main Street**<br>**Greensburg, PA 15601** | - | | | | X | X | | 0.00 |
| Account No. 5077837 | | | | Warranty | | | | |
| **Joseph Patrick**<br>**6669 Springmist Court**<br>**Mason, OH 45040** | - | | | | X | X | | 0.00 |
| Account No. 5123525 | | | | Warranty | | | | |
| **Joseph Pizzimenti**<br>**551 Westchester Ave**<br>**Rybrook, NY 10573** | - | | | | X | X | | 0.00 |

Sheet no. **2397** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,726.61

In re **Great Lakes Warranty Corporation**                                   ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5111433 | | | | Warranty | | | | |
| Joseph Podolak 111 Monongahela Avenue Dravosburg, PA 15034 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127504 | | | | Warranty | | | | |
| Joseph Prats 1831 Riva Ridge Drive Mansfield, OH 44904 | - | | | | | | | |
| | | | | | | | | 300.08 |
| Account No. 5099654 | | | | Warranty | | | | |
| Joseph Quirk 518 Ridge Avenue Pottsville, PA 17901 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106628 | | | | Warranty | | | | |
| Joseph R Berei 923 Jefferson Heights Drive Pittsburgh, PA 15235 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100783 | | | | Warranty | | | | |
| Joseph R Boback 3143 Primrose Lne Natrona Heights, PA 15065 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2398** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 300.08

In re **Great Lakes Warranty Corporation**                                    ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5092494** | | | | Warranty | | | | |
| **Joseph R Feragamo** **545 Franklin Road** **Coventry, RI 02816** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095184** | | | | Warranty | | | | |
| **Joseph R Ferragamo** **545 Franklin Road** **Coventry, RI 02816** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102128 | | | | Warranty | | | | |
| **Joseph R John** **240 Colleen Lane** **Jeannette, PA 15644** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088219** | | | | Warranty | | | | |
| **Joseph R Kerr** **117 Terrace Drive** **New Castle, PA 16102** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103708 | | | | Warranty | | | | |
| **Joseph R Murtha** **1905 Snyder Avenue** **Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2399** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5124237 | | | Warranty | | | | |
| Joseph R Raffaele St 3300 New Jersey Ave Apt 208 Wildwood, NJ 08260 | - | | | X | X | | 0.00 |
| Account No. 5119859 | | | Warranty | | | | |
| Joseph R Rappa Jr 3649 Ashley Court Kunkletown, PA 18058 | - | | | X | X | | 0.00 |
| Account No. 5102220 | | | Warranty | | | | |
| Joseph R West 396 Fourth Street Beaver, PA 15009 | - | | | | | | 701.42 |
| Account No. 5125071 | | | Warranty | | | | |
| Joseph Rasmussen 730 Dixon Ave Croydon, PA 19021 | - | | | X | X | | 0.00 |
| Account No. 5097488 | | | Warranty | | | | |
| Joseph Renau 4733 Padgett Street N Charleston, SC 29405 | - | | | X | X | | 0.00 |

Sheet no. **2400** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **701.42**

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101934** | | | Warranty | | | | |
| **Joseph Roda Jr** **716 Mill Grove Road** **Eagleville, PA 19403** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130764** | | | Warranty | | | | |
| **Joseph Rogers** **1145 Lawnton Avenue** **Woodbury, NJ 08096** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5068603** | | | Warranty | | | | |
| **Joseph Rollinson** **12405 North 51st Lane** **Glendale, AZ 85304** | - | | | | | | |
| | | | | | | | 839.57 |
| Account No. **5103363** | | | Warranty | | | | |
| **Joseph Roshannon** **525 Prospect Street** **Pottsville, PA 17901** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111130** | | | Warranty | | | | |
| **Joseph S Marian Jr** **67 Union Street** **Uniontown, PA 15401** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. __**2401**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              839.57

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119505 | | | | Warranty | | | | |
| Joseph S York 109 Arion St Pittsburgh, PA 15211 | - | | | | X | X | | 0.00 |
| Account No. 5091110 | | | | Warranty | | | | |
| Joseph Sabulsky 1219 Sagerville Road Bainbridge, PA 17502 | - | | | | X | X | | 0.00 |
| Account No. 5109590 | | | | Warranty | | | | |
| Joseph Salaske 1510 Leishman Ave Arnold, PA 15068 | - | | | | X | X | | 0.00 |
| Account No. 5091857 | | | | Warranty | | | | |
| Joseph Schwartz 5762 E North Wilshire Drive Tucson, AZ 85711 | - | | | | X | X | | 0.00 |
| Account No. 5131672 | | | | Warranty | | | | |
| Joseph Schwenk 1910 17th Street SW Allentown, PA 18103 | - | | | | X | X | | 0.00 |

Sheet no. **2402** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re **Great Lakes Warranty Corporation**         Case No. _____
_____,
                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125690** | | | **Warranty** | | | | |
| **Joseph Scorza**<br>**11 Smith Street**<br>**Charleroi, PA 15022** | - | | | X | X | | 0.00 |
| Account No. **5067761** | | | **Warranty** | | | | |
| **Joseph Shouse**<br>**1110 8th Ave**<br>**Freedom, PA 15042** | - | | | X | X | | 0.00 |
| Account No. **5130778** | | | **Warranty** | | | | |
| **Joseph Sites**<br>**129 Scenic Ridge Drive**<br>**Venetia, PA 15367** | - | | | X | X | | 0.00 |
| Account No. **5126393** | | | **Warranty** | | | | |
| **Joseph Sleasman**<br>**70 Maple Avenue**<br>**Blairsville, PA 15717** | - | | | X | X | | 0.00 |
| Account No. **5114217** | | | **Warranty** | | | | |
| **Joseph Sobeski**<br>**3230 Rocky Lane**<br>**Easton, PA 18045** | - | | | | | | **367.00** |

Sheet no. **2403** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **367.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097128** | | | | Warranty | | | | |
| **Joseph Spagnola 5 Northhaven Court Glenshaw, PA 15116** | - | | | | X | X | | 0.00 |
| Account No. **5120799** | | | | Warranty | | | | |
| **Joseph Spain 112 Gallagher Dr Franklin, TN 37064** | - | | | | X | X | | 0.00 |
| Account No. **5127712** | | | | Warranty | | | | |
| **Joseph Speight 3025 Holsted Drive Murfreesboro, TN 37128** | - | | | | X | X | | 0.00 |
| Account No. **5130977** | | | | Warranty | | | | |
| **Joseph Staeuble 5067 Glenmina Drive Cemterville, OH 45440** | - | | | | X | X | | 0.00 |
| Account No. **5070469** | | | | Warranty | | | | |
| **Joseph Stanley Jr 83 Spring St Foxboro, MA 02035** | - | | | | | | | 207.28 |

Sheet no. **2404** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 207.28

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5112526 | | | | Warranty | | | | |
| Joseph Stephens 2553 Meadowcrest Drive Newburgh, IN 47630 | | - | | | | | | 432.58 |
| Account No. 5105114 | | | | Warranty | | | | |
| Joseph Sukenick 109 Jojo Road Bartonsville, PA 18321 | | - | | | X | X | | 0.00 |
| Account No. 5084183 | | | | Warranty | | | | |
| Joseph Szabo 224 Mountain Park Road Allentown, PA 18103 | | - | | | X | X | | 0.00 |
| Account No. 5101460 | | | | Warranty | | | | |
| Joseph T Dempsey 4125 Chesterland Blvd Stow, OH 44224 | | - | | | X | X | | 0.00 |
| Account No. 5120270 | | | | Warranty | | | | |
| Joseph T Washington Sr. 365 Briarbend Rd Goose Creek, SC 29445 | | - | | | | | | 452.30 |

Sheet no. **2405** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 884.88

In re **Great Lakes Warranty Corporation**                                        ,                Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5126384** | | | | **Warranty** | | | | |
| **Joseph Terzo III**<br>**30 Chadwick Manor**<br>**Fairport, NY 14457** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112617** | | | | **Warranty** | | | | |
| **Joseph Tilmon**<br>**18R Poplar Street**<br>**Mount Union, PA 17066** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085747** | | | | **Warranty** | | | | |
| **Joseph Todd Bowman**<br>**809 Oliver**<br>**St Marys, OH 45885** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5059288** | | | | **Warranty** | | | | |
| **Joseph Toth III**<br>**8561 Johnycake Ridge Rd**<br>**Mentor, Oh 44060** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131842** | | | | **Warranty** | | | | |
| **Joseph Trotter**<br>**531 Westland Drive**<br>**Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2406** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5107651 | | | | Warranty | | | | |
| Joseph Uhler 857 Oak Road Bradford Hills, PA 15015 | - | | | | X | X | | 0.00 |
| Account No. 5125962 | | | | Warranty | | | | |
| Joseph V Laragione 2132 E Susquehanna Ave Philadelphia, PA 19125 | - | | | | X | X | | 0.00 |
| Account No. 5105113 | | | | Warranty | | | | |
| Joseph Viccica 292 W Eighth Street West Wyoming, PA 18644 | - | | | | X | X | | 0.00 |
| Account No. 5130647 | | | | Warranty | | | | |
| Joseph W  Adams 4218 Elm Court Collegeville, PA 19426 | - | | | | X | X | | 0.00 |
| Account No. 5116792 | | | | Warranty | | | | |
| Joseph W Ansley 112 Outlook Drive Tallmadge, OH 44278 | - | | | | X | X | | 0.00 |

Sheet no. **2407** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5116429** | | | **Warranty** | | | | |
| **Joseph W Clemente 516 Wallace Street Erie, PA 16507** | - | | | X | X | | 0.00 |
| Account No. **5106482** | | | **Warranty** | | | | |
| **Joseph W Daywood 56 S Gates Avenue Kingston, PA 18704** | - | | | X | X | | 0.00 |
| Account No. **5116570** | | | **Warranty** | | | | |
| **Joseph W Prenger 7169 Hellwarth Road Celina, OH 45822** | - | | | | | | 324.49 |
| Account No. **5116567** | | | **Warranty** | | | | |
| **Joseph W Stover 300 Golden Gate Drive Verona, PA 15147** | - | | | X | X | | 0.00 |
| Account No. **5117188** | | | **Warranty** | | | | |
| **Joseph W Titch 19264 Route 89 Corry, PA 16407** | - | | | X | X | | 0.00 |

Sheet no. **2408** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                            Subtotal
             (Total of this page)         324.49

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5105259** | | | | | Warranty | | | | |
| **Joseph Wagner 7010 Headley Court Levittown, PA 19051** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5085793** | | | | | Warranty | | | | |
| **Joseph Warnick 316 Elk Run Avenue Punxsutawney, PA 15767** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5084672** | | | | | Warranty | | | | |
| **Joseph Waterbury 2711 NW 157th St Des Moines, IA 50325** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5094326** | | | | | Warranty | | | | |
| **Joseph Wayne 226 n Line Street Girardville, PA 17935** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5122581** | | | | | Warranty | | | | |
| **Joseph Weikel 14 Spring St Pittsburgh, PA 15223** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2409** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                              ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5123661 | | | | Warranty | | | | |
| Joseph Whelan 3873 Blake Rd Huntingdon Valley, PA 19006 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123672 | | | | Warranty | | | | |
| Joseph William Neighbors 5555 Hixson Pike  Apt 408 Hixson, TN 37343 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5066796 | | | | Warranty | | | | |
| Joseph Williams 1434 Keeneland Hill Aledo, TX 76008 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5074028 | | | | Warranty | | | | |
| Joseph Windell Sr 532 E Main Street Roaring Spring, PA 16673 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132402 | | | | Warranty | | | | |
| Joseph Wysochanski 9228 Frankfort Avenue Philadelphia, PA 19114 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2410** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100555** | | | **Warranty** | | | | |
| **Joseph Ziegler** **36081 State Route 93** **Hamden, OH 45634** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5099586** | | | **Warranty** | | | | |
| **Josephine B Knupp** **213 Myhr Green** **Nashville, TN 37221** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5115737** | | | **Warranty** | | | | |
| **Josephine E Besh** **7900 E Princess Drive  #1061** **Scottsdale, AZ 85255** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5115956** | | | **Warranty** | | | | |
| **Josephine E Seals** **4142 Palmer Road** **New Lexington, OH 43764** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5124291** | | | **Warranty** | | | | |
| **Josephine Lotruglio** **6122 Canter Glen Avenue** **Las Vegas, NV 89122** | | - | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **2411** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105302** | | | Warranty | | | | |
| Josephine Thomas 41 Bayside Terrace Jersey City, NJ 07305 | - | | | | | | 509.40 |
| Account No. **5103405** | | | Warranty | | | | |
| Josephine Wakefield 520 Columbus Drive Hermitage, TN 37076 | - | | | X | X | | 0.00 |
| Account No. **5132636** | | | Warranty | | | | |
| Josephyne L Barbosa 1130 N 9th Street Reading, PA 19604 | - | | | X | X | | 0.00 |
| Account No. **5129621** | | | Warranty | | | | |
| Joseppi Hinkle 818 Shaw Avenue Lansdale, PA 19446 | - | | | | | | 118.50 |
| Account No. **5129563** | | | Warranty | | | | |
| Joseth  Vincent 8435 Tiger Wood Ave Las Vegas, NV 89128 | - | | | X | X | | 0.00 |

Sheet no.**2412**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        627.90

In re **Great Lakes Warranty Corporation** _____,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5104510** | | | Warranty | | | | |
| **Josh Careme**<br>**721 Third Street**<br>**West Stonewall, MB R0C2ZO**<br>**CANADA** | - | | | X | X | | 0.00 |
| Account No. **5111095** | | | Warranty | | | | |
| **Josh Baker**<br>**617 Jackson Hill Road**<br>**Jackson, OH 45640** | - | | | X | X | | 0.00 |
| Account No. **5095712** | | | Warranty | | | | |
| **Josh Felber**<br>**224 Lake Pointe Dr**<br>**Akron, OH 44333** | - | | | X | X | | 0.00 |
| Account No. **5075552** | | | Warranty | | | | |
| **Josh Moss**<br>**2615 E. 15th Street**<br>**Juplin, MO 64804** | - | | | X | X | | 0.00 |
| Account No. **5099949** | | | Warranty | | | | |
| **Josh Shepard**<br>**7870 Cross Ridge Drive**<br>**Germantown, TN 38139** | - | | | X | X | | 0.00 |

Sheet no.**2413** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

In re __Great Lakes Warranty Corporation__ , Case No. _____
　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109550** | | | | **Warranty** | | | | |
| **Josh Watson** **1335 Dodd Trail** **Murfreesboro, TN 37128** | - | | | | X | X | | 0.00 |
| Account No. **5088737** | | | | **Warranty** | | | | |
| **Josh Zeldis** **610 Lavender Court** **West River, MD 20778** | - | | | | X | X | | 0.00 |
| Account No. **5130240** | | | | **Warranty** | | | | |
| **Joshlyn L Williams** **1825 Williston Rd 1** **Beech Island, SC 29842** | - | | | | X | X | | 0.00 |
| Account No. **5092176** | | | | **Warranty** | | | | |
| **Joshua  Berger Marzullo** **226 Kaimuohema Place** **Honolulu, HI 96817** | - | | | | X | X | | 0.00 |
| Account No. **5109256** | | | | **Warranty** | | | | |
| **Joshua  Bowman** **412 East Youghiogheny Avenue** **Conn, PA 15425** | - | | | | X | X | | 0.00 |

Sheet no.__2414__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                      ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5071981** | | | | **Warranty** | | | | |
| **Joshua  Martin** **204Bauer Avenue** **Mancos, CO 81328** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129713** | | | | **Warranty** | | | | |
| **Joshua  Yauger** **2650 Canel Rd** **Hamilton, OH 45011** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104649** | | | | **Warranty** | | | | |
| **Joshua A Musser** **125 Spring Valley Road** **Laureldale, PA 19605** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106642** | | | | **Warranty** | | | | |
| **Joshua Austin** **815 Fourth Street** **Belle Vernon, PA 15012** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114822** | | | | **Warranty** | | | | |
| **Joshua B Nelms** **3707 Southridge Boulevard** **Murfreeboro, TN 37128** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2415**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5114631** | | | **Warranty** | | | | | |
| **Joshua Barlet**<br>**66 Hidden Valley Rd**<br>**Mertztown, PA 19539** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124709** | | | **Warranty** | | | | | |
| **Joshua Bell**<br>**145 Hollywood Avenue**<br>**Youngstown, OH 44512** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5068019** | | | **Warranty** | | | | | |
| **Joshua Branum**<br>**6700 Cabot Drive  Apt D-26**<br>**Nashville, TN 37209** | - | | | | | | | |
| | | | | | | | | 2,117.56 |
| Account No. **5110591** | | | **Warranty** | | | | | |
| **Joshua Bruce  Miles**<br>**2842 August**<br>**Johns Island, SC 29455** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115534** | | | **Warranty** | | | | | |
| **Joshua Byington**<br>**337 Chadwell Road**<br>**Kingsport, TN 37660** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2416**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,117.56

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5081006** | | | | Warranty | | | | |
| **Joshua C Bringle**<br>**126 Dudley Place**<br>**Byhalia, MS 38611** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102609 | | | | Warranty | | | | |
| **Joshua Cherry**<br>**6131 N Sixteenth Street**<br>**Phoenix, AZ 85016** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127173 | | | | Warranty | | | | |
| **Joshua Cossins**<br>**8550 W. Pleasant Valley Road**<br>**Parma, OH 44130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119934 | | | | Warranty | | | | |
| **Joshua D Angel**<br>**1352 Mt Zwingli Rd**<br>**Breman, OH 43107** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104554 | | | | Warranty | | | | |
| **Joshua D Edie**<br>**2933 Rabbit Drive**<br>**Dennison, OH 44621** | - | | | | | | | |
| | | | | | | | | 1,127.37 |

Sheet no. **2417** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 1,127.37 |

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089187** | | | Warranty | | | | |
| **Joshua D Kimple**<br>**PO Box 3232**<br>**Gettysburg, PA 17325** | - | | | X | X | | 0.00 |
| Account No. **5090939** | | | Warranty | | | | |
| **Joshua D Little**<br>**120 Spruce Lane**<br>**Acme, PA 15610** | - | | | X | X | | 0.00 |
| Account No. **5127706** | | | Warranty | | | | |
| **Joshua D Samuels**<br>**8517 Rt 18**<br>**Girard, PA 16417** | - | | | X | X | | 0.00 |
| Account No. **5077381** | | | Warranty | | | | |
| **Joshua Deakter**<br>**5699 Golden Eagle Circle**<br>**Palm Beach Gardens, FL 33418** | - | | | X | X | | 0.00 |
| Account No. **5111591** | | | Warranty | | | | |
| **Joshua Deitch**<br>**511 Boston Court**<br>**Mechanicsburg, PA 17050** | - | | | X | X | | 0.00 |

Sheet no.**2418** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5094177** | | | | **Warranty** | | | | |
| **Joshua E Fulton**<br>**738 Clintonbypass Rd**<br>**Normalville, PA 15469** | - | | | | | | | |
| | | | | | | | | 310.00 |
| Account No. 5131516 | | | | **Warranty** | | | | |
| **Joshua E Negley**<br>**146 N Grant Ave**<br>**Kittanning, PA 16201** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129980 | | | | **Warranty** | | | | |
| **Joshua Feltenberger**<br>**199 North Franklin Street**<br>**Cochranton, PA 16314** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129161 | | | | **Warranty** | | | | |
| **Joshua Ford**<br>**9 Prospect St**<br>**Lisbon, OH 44432** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106690 | | | | **Warranty** | | | | |
| **Joshua Fryberger**<br>**2432 Aspen Way**<br>**Harrisburg, PA 17110** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2419** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

310.00

In re **Great Lakes Warranty Corporation**                          Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104559** | | | | **Warranty** | | | | |
| **Joshua Gamble** **2241 Joann Drive** **Spring Hill, TN 27174** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5062160** | | | | **Warranty** | | | | |
| **Joshua Gray** **6105 Sierra Morena Street** **Mesa, AZ 85215** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118758** | | | | **Warranty** | | | | |
| **Joshua Grubbs** **100 Memorial St** **Dunbar, PA 15431** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105031** | | | | **Warranty** | | | | |
| **Joshua Head** **12403 W. Monte Vista Road** **Avondale, AZ 85323** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113254** | | | | **Warranty** | | | | |
| **Joshua J Berthold** **7000 Christopher Wren  Apt 205** **Wexford, PA 15090** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2420** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                          ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5081701** | | | Warranty | | | | |
| **Joshua J Mortensen** **8599 Griffin Park Drive** **Cordova, TN 38018** | - | | | | | | 110.00 |
| Account No. **5097126** | | | Warranty | | | | |
| **Joshua J Withers** **917 McLaughlin Run Road** **Birdgeville, PA 15017** | - | | | X | X | | 0.00 |
| Account No. **5110047** | | | Warranty | | | | |
| **Joshua John Grefe** **2634 Wentorth Road** **Parkville, MD 21234** | - | | | X | X | | 0.00 |
| Account No. **5103642** | | | Warranty | | | | |
| **Joshua K Coffman** **275 Imel Road** **Normalville, PA 15469** | - | | | X | X | | 0.00 |
| Account No. **5130516** | | | Warranty | | | | |
| **Joshua Klingenberg** **6261 Viewpoint Drive** **Los Vegas, NV 89156** | - | | | X | X | | 0.00 |

Sheet no. **2421** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    110.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104867** | | | | **Warranty** | | | | |
| **Joshua Kraus 1086 Hoffman Road Smithton, PA 15479** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090260** | | | | **Warranty** | | | | |
| **Joshua L Lukins 1502 29th Street Des Moines, IA 50311** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091081** | | | | **Warranty** | | | | |
| **Joshua L Ungemach 5526 Albany Springs Drive Westerville, OH 43081** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093041** | | | | **Warranty** | | | | |
| **Joshua L Williamson 823 Sylvan Road Lancaster, PA 17601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125803** | | | | **Warranty** | | | | |
| **Joshua Landis 1143 Northern Boulevard Clarks Summit, PA 18411** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2422** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130296** | | | Warranty | | | | |
| **Joshua Lang** **4906 Deis Hill Rd NW** **Dover, OH 44622** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132786** | | | Warranty | | | | |
| **Joshua Lehmann** **700 Meadow Crest Lane** **Montgomery City, MO 63361** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108288** | | | Warranty | | | | |
| **Joshua Lien** **3707 Woodmont Boulevard** **Nashville, TN 37215** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132754** | | | Warranty | | | | |
| **Joshua Lord** **2975 Willowood Drive** **Erie, PA 16506** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5105279** | | | Warranty | | | | |
| **Joshua M Colbrunn** **6841 Lockwood Boulevard  #95** **Baordman, OH 44512** | - | | | | | | |
| | | | | | | | 681.84 |

Sheet no. **2423** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

681.84

In re **Great Lakes Warranty Corporation**                    , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132745** | | | Warranty | | | | |
| **Joshua M Cooper** **1400 W Norwegion St** **Pottsville, PA 17901** | - | | | X | X | | 0.00 |
| Account No. **5094564** | | | Warranty | | | | |
| **Joshua M Noska** **221 Main Street** **Red Hill, PA 18076** | - | | | X | X | | 0.00 |
| Account No. **5099410** | | | Warranty | | | | |
| **Joshua M Olivieri** **710 Millsboro Road** **Mansfield, OH 44903** | - | | | X | X | | 0.00 |
| Account No. **5117793** | | | Warranty | | | | |
| **Joshua M Sherrid** **354 Locust Street** **Steelton, PA 17113** | - | | | X | X | | 0.00 |
| Account No. **5130348** | | | Warranty | | | | |
| **Joshua McCain** **3510 Negley Road** **Columbus, OH 43232** | - | | | X | X | | 0.00 |

Sheet no. **2424** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __Great Lakes Warranty Corporation__ ,    Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121753** | | | **Warranty** | | | | |
| **Joshua McPeake**<br>**116 Red Oak Dr**<br>**Boyertown, PA 19512** | - | | | X | X | | 0.00 |
| Account No. **5117536** | | | **Warranty** | | | | |
| **Joshua Meckley**<br>**5800 Crone Road**<br>**Dover, PA 17315** | - | | | X | X | | 0.00 |
| Account No. **5105618** | | | **Warranty** | | | | |
| **Joshua Morgan**<br>**27 Private Road 222A**<br>**Bruce, MS 38915** | - | | | X | X | | 0.00 |
| Account No. **5096571** | | | **Warranty** | | | | |
| **Joshua N Reinders**<br>**2844 State Route 257**<br>**Seneca, PA 16346** | - | | | X | X | | 0.00 |
| Account No. **5051056** | | | **Warranty** | | | | |
| **Joshua Nusbaum**<br>**1220 Mayfair Dr.**<br>**Mansfield, OH 44905** | - | | | X | X | | 0.00 |

Sheet no. **2425** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109947** | | | | Warranty | | | | |
| **Joshua O Duran** **2093 Calle Gran Desierto** **Tucson, AZ 85706** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086532** | | | | Warranty | | | | |
| **Joshua Osting** **767 Cable Trail** **Centerville, TN 37033** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123572** | | | | Warranty | | | | |
| **Joshua P Randall** **14318 Mystic Rd** **Cambridge Springs, PA 16408** | - | | | | | | | |
| | | | | | | | | 174.87 |
| Account No. **5059726** | | | | Warranty | | | | |
| **Joshua Paul Smith** **745 Bloomfield Dr** **Mt Pleasant, SC 29464** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115604** | | | | Warranty | | | | |
| **Joshua Petit** **803 Harrison Avenue** **Natrona Heights, PA 15065** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2426** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    174.87

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5118773 | | | | Warranty | | | | |
| Joshua R Bolin 24 N Plains Rd The Plains, OH 45780 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131767 | | | | Warranty | | | | |
| Joshua Ryen 2731 East Creek Road Rochester Hills, PA 15771 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126124 | | | | Warranty | | | | |
| Joshua Schall 700 Carl Avenue Apt 104 New Kensington, PA 15068 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086938 | | | | Warranty | | | | |
| Joshua Stacy 10806 Pineview Court Louisville, KY 40299 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5091249 | | | | Warranty | | | | |
| Joshua Stemerick 192 Jamison Street Slickville, PA 15684 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2427** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

0.00

In re **Great Lakes Warranty Corporation**       ,     Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5100335<br><br>Joshua Strasburg<br>17738 W Post Drive<br>Surprize, AZ 85388 | - | | Warranty | X | X | | 0.00 |
| Account No. 5120796<br><br>Joshua Szukalski<br>5310 St Mawes Court<br>Federick, MD 21703 | - | | Warranty | | | | 220.68 |
| Account No. 5089346<br><br>Joshua T Coates<br>9593 Kistler Valley Rd<br>Kempton, PA 19529 | - | | Warranty | X | X | | 0.00 |
| Account No. 5131593<br><br>Joshua Turner<br>340 West Susquehanna Street<br>Allentown, PA 18103 | - | | Warranty | X | X | | 0.00 |
| Account No. 5120098<br><br>Joshua Watts<br>997 Ashmead Dr<br>Gahanna, OH 43230 | - | | Warranty | X | X | | 0.00 |

Sheet no. **2428** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      220.68

In re **Great Lakes Warranty Corporation**        Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5068586** | | | **Warranty** | | | | |
| **Joshua Wolford**<br>**1271 Woodline Drive**<br>**Marysville, OH 43040** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5131471** | | | **Warranty** | | | | |
| **Josiah D Nuhfer**<br>**761 Fairbanks Rd**<br>**Russell, PA 16345** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5107201** | | | **Warranty** | | | | |
| **Josie Marie Martinez**<br>**10848 N 146th Avenue**<br>**Surprise, AZ 85374** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5115048** | | | **Warranty** | | | | |
| **Joslyn R Bottenfield**<br>**115 Dovetail Lane**<br>**New Enterprise, PA 16664** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5131315** | | | **Warranty** | | | | |
| **Jospeh Corino**<br>**317 Honey Hill Ct**<br>**Nashville, TN 37217** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **2429** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)      **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5124779** | | | | | **Warranty** | | | | |
| **Jospeh Novak** **386  Beefalo Rd.** **Ford City, PA 16226** | - | | | | | X | X | | 0.00 |
| Account No. **5097956** | | | | | **Warranty** | | | | |
| **Josue B Mendez** **6643 W 87th Street** **Shawnee Mission, KS 66212** | - | | | | | | | | 662.00 |
| Account No. **5131264** | | | | | **Warranty** | | | | |
| **Joubert Remy** **102 Farmington Lane** **Coatesville, PA 19320** | - | | | | | X | X | | 0.00 |
| Account No. **5121336** | | | | | **Warranty** | | | | |
| **Jovan Milosevic** **8718 Madison** **Munster, IN 46321** | - | | | | | X | X | | 0.00 |
| Account No. **5103543** | | | | | **Warranty** | | | | |
| **Jovan Rajsic** **999 Hancock Avenue** **Akron, OH 44314** | - | | | | | X | X | | 0.00 |

Sheet no.**2430** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

662.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100138** | | | Warranty | | | | |
| **Jovania E Martinez 2600 Starr Road Pennsauken, NJ 08109** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5095045** | | | Warranty | | | | |
| **Joy A Curtis 47 Harvest Rd Ivyland, PA 18974** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5065885** | | | Warranty | | | | |
| **Joy Davies 2412 Lexington Dr Reading, PA 19610** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129370** | | | Warranty | | | | |
| **Joy Faith Villalta 409 Friel Road Baden, PA 15005** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5068973** | | | Warranty | | | | |
| **Joy O'Dell 1024 Cobbler Nashville, TN 37221** | - | | | | | | |
| | | | | | | | 6,300.00 |

Sheet no. **2431** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **6,300.00**

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____

                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5128814** | | | | **Warranty** | | | | |
| **Joyanne Paradissis**<br>**3000 Ford Rd  Apt K4**<br>**Bristol, PA 19007** | - | | | | X | X | | 0.00 |
| Account No. **5096916** | | | | **Warranty** | | | | |
| **Joyce Pickett**<br>**518 Mountain View Drive**<br>**Pulaski, TN 38478** | - | | | | X | X | | 0.00 |
| Account No. **5074934** | | | | **Warranty** | | | | |
| **Joyce Pierce**<br>**P.O. Box 50502**<br>**Nashville, TN 37205** | - | | | | X | X | | 0.00 |
| Account No. **5129479** | | | | **Warranty** | | | | |
| **Joyce A  McMillion**<br>**500 Thomas Armor Dr**<br>**Windsor, PA 17366** | - | | | | X | X | | 0.00 |
| Account No. **5123093** | | | | **Warranty** | | | | |
| **Joyce A Allgretto**<br>**27 50th St West**<br>**Sea Isle City, NJ 08243** | - | | | | X | X | | 0.00 |

Sheet no. **2432** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                         0.00

In re  **Great Lakes Warranty Corporation**  ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5109828** | | | | Warranty | | | | |
| **Joyce A Browning** **13710 Della Dr  Apt 104** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5071120** | | | | Warranty | | | | |
| **Joyce A Hively** **1103 St Rt 545 Rd 1** **Ashland, OH 44805** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089562** | | | | Warranty | | | | |
| **Joyce A Potts** **1200 Spring Run Rd Ext** **Moone Twp, PA 15108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112992** | | | | Warranty | | | | |
| **Joyce A Santore** **31 Gentile Drive** **Uniontown, PA 15401** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103672** | | | | Warranty | | | | |
| **Joyce A Sigers** **429 Pecks Beach** **Ocean City, NJ 08226** | - | | | | | | | |
| | | | | | | | | 489.68 |

Sheet no. **2433** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     489.68

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5113542 | | | | Warranty | | | | |
| Joyce A Thwaits 625 Magnolia Drive Greenville, OH 45331 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129213 | | | | Warranty | | | | |
| Joyce Anderson 3630 Owens  No 2102 Las Vegas, NV 89110 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5067867 | | | | Warranty | | | | |
| Joyce Balogh 1236 Rostraver Street Monessen, PA 15062 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099302 | | | | Warranty | | | | |
| Joyce C Radvansky PO Box 185 116  Fazenbaker Drive Leckrone, PA 15454 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129688 | | | | Warranty | | | | |
| Joyce D Green PO Box 145 Woodbine, NJ 08270 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 2434  of 4906  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5066722** <br><br> **Joyce Davis** <br> **136 Sleepy Hollow Lane** <br> **Franklin, PA 16323** | - | | **Warranty** | | | | 494.39 |
| Account No. **5114562** <br><br> **Joyce E Hoover** <br> **6055 Spring House Place  Apt A21** <br> **Bridgeville, PA 15017** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5121938** <br><br> **Joyce E McCann** <br> **891 Pleasantville Rd** <br> **Lancaster, OH 43130** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5109897** <br><br> **Joyce E Page** <br> **1104 Stainback Avenue** <br> **Nashville, TN 37027** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5073216** <br><br> **Joyce Gorczyca** <br> **2340 E University Drive   #264 B** <br> **Tempe, AZ 85281** | - | | **Warranty** | X | X | | 0.00 |

Sheet no.**2435**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal        494.39
                                      (Total of this page)

In re   **Great Lakes Warranty Corporation**                                    ,       Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5114315 | | | Warranty | | | | |
| Joyce H Hatten 4630 Faulkland Rd Columbia, SC 29210 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5074691 | | | Warranty | | | | |
| Joyce H Morton 1792 Webster Road Webster Springs, WV 26288 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5064830 | | | Warranty | | | | |
| Joyce Hange 327 State Route 95 Jeromesville, OH 44840 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5105826 | | | Warranty | | | | |
| Joyce Hill 4301 Ashburner Street  Floor 1 Philadelphia, PA 19136 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5131979 | | | Warranty | | | | |
| Joyce Hill 4730 E Craig Rd #1130 Las Vegas, NV 89115 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2436** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108476** | | | | Warranty | | | | |
| **Joyce Jones** **108 Tanglewood Circle** **Goose Creek, SC 29445** | - | | | | X | X | | 0.00 |
| Account No. **5053167** | | | | Warranty | | | | |
| **Joyce Kawalec** **16295 Rock Creek Road** **Thompson, OH 44086** | - | | | | | | | 338.32 |
| Account No. **5117117** | | | | Warranty | | | | |
| **Joyce L Bartels** **714 Covey Street** **Belpre, OH 45714** | - | | | | X | X | | 0.00 |
| Account No. **5117796** | | | | Warranty | | | | |
| **Joyce L Underwood** **5518 County Road 93** **Mt Gilead, OH 43338** | - | | | | X | X | | 0.00 |
| Account No. **5102007** | | | | Warranty | | | | |
| **Joyce Lazell** **11715 Joan Drive** **Pittsburgh, PA 15235** | - | | | | X | X | | 0.00 |

Sheet no. **2437** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
               (Total of this page)        338.32

In re **Great Lakes Warranty Corporation**                              , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5066614** | | | | | Warranty | | | | |
| **Joyce Mills** **45280 Baum Addition** **Pomeroy, OH 45769** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5086110 | | | | | Warranty | | | | |
| **Joyce Onusko** **371 Redcut Lodge Road** **Latrobe, PA 15650** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5121790 | | | | | Warranty | | | | |
| **Joyce S Hayes** **3518 Kreston Rd** **Gwynn Oak, MD 21207** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5101896 | | | | | Warranty | | | | |
| **Joyce Tyson** **1208 Grandview Avenue  SW** **Canton, OH 44710** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5092188 | | | | | Warranty | | | | |
| **Jozef Kurowski** **274 Husson Street** **Staten Island, NY 10306** | - | | | | | | | | |
| | | | | | | | | | 1,609.00 |

Sheet no. **2438** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           1,609.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                     ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113389 | | | | Warranty | | | | |
| Jozita A Williams 1209 Rebecca Avenue Pittsburgh, PA 15221 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130987 | | | | Warranty | | | | |
| Juan Moreno 2934 Cedar Ave Las Vegas, NV 89101 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096896 | | | | Warranty | | | | |
| Juan Rodriguez 1173 Marina Dr Yuba City, CA 95993 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121542 | | | | Warranty | | | | |
| Juan Ruiz 2440 South Reese St Philadelphia, PA 19148 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122549 | | | | Warranty | | | | |
| Juan Tejeda 119 West Dr Clarksville, TN 37040 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2439** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5131692** | | | | | Warranty | | | | |
| **Juan A Sanchez** **2474 85th Street** **Brooklyn, NY 11214** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5111732** | | | | | Warranty | | | | |
| **Juan A Vinces** **1204 Theresa Drive** **Quakertown, PA 18951** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5107055** | | | | | Warranty | | | | |
| **Juan Arroyo** **810 Calle De Paz** **Somerton, AZ 85350** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5125034** | | | | | Warranty | | | | |
| **Juan Ayala** **3014 Gilham Street** **Philadelphia, PA 19149** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5095022** | | | | | Warranty | | | | |
| **Juan C Amezquita** **4401 Jamaica Drive** **Memphis, TN 38108** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2440**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re  **Great Lakes Warranty Corporation**                                          ,     Case No. _____
_____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5099945** | | | Warranty | | | | |
| Juan C Lopez 6941 Gallop Drive Cordova, TN 38018 | - | | | X | X | | 0.00 |
| Account No. 5124414 | | | Warranty | | | | |
| Juan Carlos Resendiz 567 Roxella Lane  No B Las Vegas, NV 89110 | - | | | | | | 217.59 |
| Account No. 5094960 | | | Warranty | | | | |
| Juan Carlos Santana 931 S Tusa Rd Maricopa, AZ 85239 | - | | | X | X | | 0.00 |
| Account No. 5099765 | | | Warranty | | | | |
| Juan Carlos Torres 1615 W Allen Street Allentown, PA 18102 | - | | | X | X | | 0.00 |
| Account No. 5130439 | | | Warranty | | | | |
| Juan Castro 3221 Figiler Ct Unit A Las Vegas, NV 89030 | - | | | X | X | | 0.00 |

Sheet no.**2441**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              217.59

In re   **Great Lakes Warranty Corporation**                           Case No. _____
                                                            ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5098978** | | | | **Warranty** | | | | |
| **Juan Chicojay** **369 Park Avenue** **Arlington, MA 02476** | - | | | | X | X | | 0.00 |
| Account No. **5105718** | | | | **Warranty** | | | | |
| **Juan D Sexton** **1209 E Front Street** **Dover, OH 44622** | - | | | | X | X | | 0.00 |
| Account No. **5132727** | | | | **Warranty** | | | | |
| **Juan Dominguez** **923 Spruce Street** **Reading, PA 19602** | - | | | | X | X | | 0.00 |
| Account No. **5131484** | | | | **Warranty** | | | | |
| **Juan J Medina** **8116 Dartmoor Ave** **Las Vegas, NV 89129** | - | | | | X | X | | 0.00 |
| Account No. **5111650** | | | | **Warranty** | | | | |
| **Juan L Barcelo** **1611 Kennedy Lane** **San Luis, AZ 85349** | - | | | | X | X | | 0.00 |

Sheet no. **2442** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                   ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093918** | | | | **Warranty** | | | | |
| **Juan Luis Rodriguez Alfaro** **1760 E Julian Street** **San Luis, AZ 85349** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093917** | | | | **Warranty** | | | | |
| **Juan Manuel Moreno** **2011 Bienestar Lane** **San Luis, AZ 85349** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129507** | | | | **Warranty** | | | | |
| **Juan Mendoza** **3401 North Walnut Rd Unit 52** **LAs Vegas, NV 89115** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129113** | | | | **Warranty** | | | | |
| **Juan O Negron Martinez** **476 New Street** **Lebanon, PA 17046** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107811** | | | | **Warranty** | | | | |
| **Juan P Sauceda** **375 S 16th Avenue** **Yuma, AZ 85364** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2443** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
          (Total of this page)           0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128714** | | | Warranty | | | | |
| **Juan Rivera** **1826 Harrison Street** **Philadelphia, PA 19102** | - | | | X | X | | 0.00 |
| Account No. **5088246** | | | Warranty | | | | |
| **Juan Saenz** **25717 W St Kateri** **Buckeye, AZ 85326** | - | | | X | X | | 0.00 |
| Account No. **5121738** | | | Warranty | | | | |
| **Juan Sharp** **4472 Winton Dr** **Antioch, TN 37013** | - | | | X | X | | 0.00 |
| Account No. **5118969** | | | Warranty | | | | |
| **Juanita Crews** **122 Walnut Circle** **Elizabeth, PA 15037** | - | | | X | X | | 0.00 |
| Account No. **5113050** | | | Warranty | | | | |
| **Juanita Davis** **101 Summit Gardens Boulevard** **Kent, OH 44240** | - | | | X | X | | 0.00 |

Sheet no. **2444** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5126892** | | | | **Warranty** | | | | |
| **Juanita Gabriel** **1125 Baker Road** **Albany, OH 45710** | | - | | | X | X | | 0.00 |
| Account No. **5128436** | | | | **Warranty** | | | | |
| **Juanita Hutchison** **PO Box 346  109 Clay St** **Woodbine, NJ 08270** | | - | | | X | X | | 0.00 |
| Account No. **5115037** | | | | **Warranty** | | | | |
| **Juanita Jamison** **6531 W Avenida Del Rey** **Phoenix, AZ 85083** | | - | | | X | X | | 0.00 |
| Account No. **5096040** | | | | **Warranty** | | | | |
| **Juanita King** **504 Terrace Drive** **McKees Rocks, PA 15136** | | - | | | X | X | | 0.00 |
| Account No. **5117528** | | | | **Warranty** | | | | |
| **Juanita Ortis** **2208 Rockspring Road B** **Toledo, OH 43614** | | - | | | X | X | | 0.00 |

Sheet no. **2445** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                        ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5100462** | | | | | Warranty | | | | |
| **Judd D Groff** **3300 Oak Street** **Lebanon, PA 17042** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5118994** | | | | | Warranty | | | | |
| **Jude Donald Lundy** **3519 Bendingo Rd** **Wilcox, PA 15870** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5088307** | | | | | Warranty | | | | |
| **Jude L Kiah** **107 Meadow Drive** **Macomb, IL 61455** | - | | | | | | | | |
| | | | | | | | | | **345.79** |
| Account No. **5113859** | | | | | Warranty | | | | |
| **Judea L Jackson** **2425 Chauncey Drive  #151** **Pittsburgh, PA 15219** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5112823** | | | | | Warranty | | | | |
| **Judee Milano** **3309 Ridgeway Road** **LAkehurst, NJ 08733** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2446** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**345.79**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5089862** | | | | Warranty | | | | |
| **Judi Nicosia** **2215 Myrtle Street Floor 1** **Scranton, PA 18510** | - | | | | X | X | | 0.00 |
| Account No. **5085783** | | | | Warranty | | | | |
| **Judith Bresler** **1451 Beechwood Drive** **Lancaster, OH 43130** | - | | | | X | X | | 0.00 |
| Account No. **5116410** | | | | Warranty | | | | |
| **Judith Jones** **216 Parkview Avenue NW** **N Canton, OH 44720** | - | | | | | | | 2,639.99 |
| Account No. **5119929** | | | | Warranty | | | | |
| **Judith Potteiger** **1735 E Sycamore** **Casa Grande, AZ 85222** | - | | | | X | X | | 0.00 |
| Account No. **5107746** | | | | Warranty | | | | |
| **Judith Roan** **134 W Green Street** **Nanticoke, PA 18634** | - | | | | X | X | | 0.00 |

Sheet no. **2447** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,639.99

In re **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5115472** | | | | **Warranty** | | | | |
| **Judith  Smith** **9351 Andover Road** **Phildelphia, PA 19114** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109100** | | | | **Warranty** | | | | |
| **Judith A Greenfarb** **5169 Stablegate Lane** **Hollywood, SC 29449** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5071766** | | | | **Warranty** | | | | |
| **Judith A Grigsby** **23 Poston Rd** **The Plains, OH 45780** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117961** | | | | **Warranty** | | | | |
| **Judith A Gruseck** **14580 Michael Dr** **North Huntingdon, PA 15642** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105928** | | | | **Warranty** | | | | |
| **Judith A Kline** **152 Stoebner Way** **Pittsburgh, PA 15206** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2448** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5114250 | | | | | Warranty | | | | |
| Judith A Shaw 6 Corson Street Rio Grande, NJ 08242 | - | | | | | | | | 408.90 |
| Account No. 5094133 | | | | | Warranty | | | | |
| Judith Allen Pruitt 201 Cantrell Road Pendleton, SC 29670 | - | | | | | X | X | | 0.00 |
| Account No. 5103597 | | | | | Warranty | | | | |
| Judith Barrie 2223 Wickersham Lane Germantown, TN 38139 | - | | | | | X | X | | 0.00 |
| Account No. 5099230 | | | | | Warranty | | | | |
| Judith Bell 2610 Mission Ridge Drive Murfreesboro, TN 37130 | - | | | | | X | X | | 0.00 |
| Account No. 5076420 | | | | | Warranty | | | | |
| Judith Cheena 6870 GRand River Brighton, MI 48114 | - | | | | | X | X | | 0.00 |

Sheet no. **2449** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

408.90

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5128821** | | | | Warranty | | | | |
| **Judith Dunn** **450 Kristina Dr** **Bellefontaine, OH 43311** | - | | | | X | X | | 0.00 |
| Account No. **5123576** | | | | Warranty | | | | |
| **Judith F Beaupre** **9 Edwards Ave** **Wakefield, RI 02879** | - | | | | X | X | | 0.00 |
| Account No. **5119938** | | | | Warranty | | | | |
| **Judith Heishin Sacks** **3256 Catholic Valley Rd** **Glen Rock, PA 17327** | - | | | | X | X | | 0.00 |
| Account No. **5065739** | | | | Warranty | | | | |
| **Judith Hill** **2312 Johnson Road** **Clarksville, TN 37043** | - | | | | X | X | | 0.00 |
| Account No. **5085084** | | | | Warranty | | | | |
| **Judith I Koontz** **570 Koontz Road** **New Alexandria, PA 15670** | - | | | | | | | 929.30 |

Sheet no. **2450** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    929.30

In re **Great Lakes Warranty Corporation**        Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5107728** | | | | Warranty | | | | |
| **Judith Jetter** **5231 Barbara Way** **Las Vegas, NV 89119** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104363** | | | | Warranty | | | | |
| **Judith L Dailey** **513 Shenley Drive** **Erie, PA 16505** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091511** | | | | Warranty | | | | |
| **Judith L Merulli** **153 Dillon Street** **Beaver Falls, PA 15010** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085117** | | | | Warranty | | | | |
| **Judith L Peregoy** **126D Unity Center Road** **Pittsburgh, PA 15239** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098130** | | | | Warranty | | | | |
| **Judith Morris** **111 Heather Road** **Churchville, PA 18966** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2451** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                     Subtotal          0.00
(Total of this page)

In re **Great Lakes Warranty Corporation** ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5114326 | | | Warranty | | | | |
| Judith Otenburg 17811 N Second Street Phoenix, AZ 85022 | - | | | X | X | | 0.00 |
| Account No. 5119430 | | | Warranty | | | | |
| Judith Potteiger 1735 E Sycamore Casa Grande, AZ 85222 | - | | | X | X | | 0.00 |
| Account No. 5117869 | | | Warranty | | | | |
| Judith Sloan 3455 Street Road  Sherman 4 Bensalem, PA 19020 | - | | | X | X | | 0.00 |
| Account No. 5126136 | | | Warranty | | | | |
| Judith Stolzenburg 4800 Duvall Road Lot 290 Ashville, OH 43103 | - | | | X | X | | 0.00 |
| Account No. 5078382 | | | Warranty | | | | |
| Judith Summarell 209 Page Road Nashville, TN 37205 | - | | | X | X | | 0.00 |

Sheet no.**2452** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132208** | | | | **Warranty** | | | | |
| **Judith Torres** **6109 Edge Avenue** **Bensalem, PA 19020** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124388** | | | | **Warranty** | | | | |
| **Judy  Satterfield** **415 Quary St** **Ashland, OH 44805** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098947** | | | | **Warranty** | | | | |
| **Judy  Smith** **809 Laurel Road** **Clinton, TN 37716** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132499** | | | | **Warranty** | | | | |
| **Judy  Turner** **521 Constellation Square SE Unit B** **Leesburg, VA 20175** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122723** | | | | **Warranty** | | | | |
| **Judy  Villarreal** **20 East Main St** **Hummelstown, PA 17036** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2453**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   0.00

In re    **Great Lakes Warranty Corporation**                                     ,    Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5115852 | | | | | Warranty | | | | |
| Judy A Barrows 7140 122 Selby Road Athens, OH 45701 | - | | | | | | | | 0.00 |
| Account No. 5092020 | | | | | Warranty | | | | |
| Judy A Mitchell 1107 Green Valley Drive Ashland City, TN 37015 | - | | | | | X | X | | 0.00 |
| Account No. 5095031 | | | | | Warranty | | | | |
| Judy Barrow 7140 122 Selby Rd Athens, OH 45701 | - | | | | | X | X | | 0.00 |
| Account No. 5126398 | | | | | Warranty | | | | |
| Judy Brunson 1620 Hanover Drive Reno, NV 89523 | - | | | | | X | X | | 0.00 |
| Account No. 5124415 | | | | | Warranty | | | | |
| Judy Buck 223 Meyer Ave Riverside, OH 45431 | - | | | | | X | X | | 0.00 |

Sheet no. __2454__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                    0.00

In re  **Great Lakes Warranty Corporation**                                   ,     Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097942** | | | Warranty | | | | |
| **Judy Corchia** **306 Iroquois Drive** **Arnold, PA 15068** | - | | | X | X | | 0.00 |
| Account No. **5106754** | | | Warranty | | | | |
| **Judy E Everhart** **3585 Alvin Rd** **Shelby, OH 44875** | - | | | X | X | | 0.00 |
| Account No. **5094207** | | | Warranty | | | | |
| **Judy E Knapke** **1896 Nan Del Lane** **Portland, IN 47371** | - | | | X | X | | 0.00 |
| Account No. **5076764** | | | Warranty | | | | |
| **Judy Fernando** **7913 W Claremont Street** **Glendale, AZ 85303** | - | | | | | | 301.24 |
| Account No. **5105886** | | | Warranty | | | | |
| **Judy Jarrett Brown** **2 Carl Weed Court** **Cola, SC 29212** | - | | | X | X | | 0.00 |

Sheet no. **2455** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 301.24

In re **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5112885 | | | | | Warranty | | | | |
| Judy K Blair 439 Battle Avenue Franklin, TN 37064 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5097720 | | | | | Warranty | | | | |
| Judy Kagan 1422 School House Road Perkasie, PA 18944 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5102312 | | | | | Warranty | | | | |
| Judy L Williams 2344 S Alice Street Allentown, PA 18103 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5096296 | | | | | Warranty | | | | |
| Judy Luckinbill 818 Wyndom Terrace Clifton Heights, PA 19018 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5123255 | | | | | Warranty | | | | |
| Judy McVickar 186 Tilden Avenue Richmond, VT 05477 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2456** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**                                      ,      Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114871 | | | | Warranty | | | | |
| Judy Nixon 8811 Hercules Drive Jacksonville, AR 72076 | - | | | | X | X | | 0.00 |
| Account No. 5123284 | | | | Warranty | | | | |
| Judy Nwajiaku 2920 Sunstone Drive Fort Collins, CO 80525 | - | | | | X | X | | 0.00 |
| Account No. 5105001 | | | | Warranty | | | | |
| Judy Stevenson 904 Harvey Avenue Greensburg, PA 15601 | - | | | | X | X | | 0.00 |
| Account No. 5127689 | | | | Warranty | | | | |
| Judy Veal 150 West Laurens School Road Dublin, GA 31029 | - | | | | X | X | | 0.00 |
| Account No. 5088848 | | | | Warranty | | | | |
| Julia  Wortman 813 18th Ae South  Suite B1 Nashville, TN 37203 | - | | | | X | X | | 0.00 |

Sheet no. **2457**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**         ,      Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5109630** | | | | | **Warranty** | | | | |
| **Julia A Garris** **84 Bennett Lane** **Berkeley Springs, WV 25411** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5081651** | | | | | **Warranty** | | | | |
| **Julia A Rodden** **160 Mansfield Blvd** **Cherry Hill, NJ 08034** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5118629** | | | | | **Warranty** | | | | |
| **Julia Ann Hoover** **10 Willowdale Dr** **Lancaster, PA 17602** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5122197** | | | | | **Warranty** | | | | |
| **Julia H Baldridge** **1101 Graybar Lane** **Nashville, TN 37204** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5088132** | | | | | **Warranty** | | | | |
| **Julia K Whittaker** **9305 Old Indian Hill Road** **Cincinnati, OH 45243** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2458** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
(Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5106070** | | | | | **Warranty** | | | | |
| **Julia M Evans** **1773 Harcor Drive** **Pittsburgh, PA 15226** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5080801** | | | | | **Warranty** | | | | |
| **Julia Oh** **137 Central Park North  Apt 1A** **New York, NY 10026** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5112120** | | | | | **Warranty** | | | | |
| **Julia P Wagner** **13 Homestead Lane** **Camp Hill, PA 17011** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5124742** | | | | | **Warranty** | | | | |
| **Julia Palmer** **7416 Stacey Drive** **Nashville, TN 37221** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5105448** | | | | | **Warranty** | | | | |
| **Julia Parthemore** **126 McMurray Circle** **Nashville, TN 37204** | - | | | | | | | | |
| | | | | | | | | | **400.90** |

Sheet no. **2459** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **400.90**

In re  **Great Lakes Warranty Corporation**                                    ,                Case No. _____
_____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5112797 | | | | Warranty | | | | |
| Julia Peltz 12331 Rockhaven Road Chesterland, OH 44026 | - | | | | X | X | | 0.00 |
| Account No. 5105959 | | | | Warranty | | | | |
| Julia S Sandker 20922 Island Sound Circle Unit 206 Estero, FL 33928 | - | | | | X | X | | 0.00 |
| Account No. 5132686 | | | | Warranty | | | | |
| Julia Thompson 8 Azalea Ct Manchester, PA 17345 | - | | | | X | X | | 0.00 |
| Account No. 5124608 | | | | Warranty | | | | |
| Julia Tillman 404 Lake Vista Ct Columbia, SC 29229 | - | | | | | | | 1,490.85 |
| Account No. 5088659 | | | | Warranty | | | | |
| Julian DuFour 255 Twin Lake Drive Divide, CO 80814 | - | | | | | | | 255.38 |

Sheet no. **2460** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            1,746.23

In re **Great Lakes Warranty Corporation**                              Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124769** | | | | **Warranty** | | | | |
| **Julian Gomez** **11944 W 95th Street #185** **Lenaxa, KS 66215** | - | | | | X | X | | 0.00 |
| Account No. **5103036** | | | | **Warranty** | | | | |
| **Julian K Webb** **320 Maingate Drive** **Columbia, SC 29223** | - | | | | X | X | | 0.00 |
| Account No. **5068138** | | | | **Warranty** | | | | |
| **Julian Owens** **1839 E. Ellist Street** **Phoenix, AZ 85042** | - | | | | X | X | | 0.00 |
| Account No. **5109002** | | | | **Warranty** | | | | |
| **Julian W Walker Jr** **211 S Edisto Avenue** **Columbia, SC 29205** | - | | | | X | X | | 0.00 |
| Account No. **5130642** | | | | **Warranty** | | | | |
| **Juliann Niccols** **316 East Fayette Street** **Connellsville, PA 15425** | - | | | | X | X | | 0.00 |

Sheet no. **2461** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5103098 | | | | Warranty | | | | |
| Julianna Jennett 423 Second Street Oakmont, PA 15139 | - | | | | X | X | | 0.00 |
| Account No. 5070164 | | | | Warranty | | | | |
| Julianne Alexander 104 Lindberg Drive Aliquippa, PA 15001 | - | | | | X | X | | 0.00 |
| Account No. 5127191 | | | | Warranty | | | | |
| Julie  Ness 3308 Berrywood Ave SW Canton, OH 44706 | - | | | | | | | 189.21 |
| Account No. 5127251 | | | | Warranty | | | | |
| Julie  Winfield 101 Juno Cove Medina, TN 38355 | - | | | | X | X | | 0.00 |
| Account No. 5120435 | | | | Warranty | | | | |
| Julie A Guy 1999 Marshall Rd  No 606 Monaca, PA 15061 | - | | | | X | X | | 0.00 |

Sheet no. **2462** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

189.21

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5089365** | | | | **Warranty** | | | | |
| **Julie A Perry** **305 S Market** **Caldwell, KS 67022** | - | | | | X | X | | 0.00 |
| Account No. **5093376** | | | | **Warranty** | | | | |
| **Julie A Tauber** **413 Hall Avenue** **Sidney, OH 45365** | - | | | | | | | 88.19 |
| Account No. **5106179** | | | | **Warranty** | | | | |
| **Julie Barnick** **2811 Dudley Drive** **Thompsons Station, TN 37179** | - | | | | X | X | | 0.00 |
| Account No. **5100570** | | | | **Warranty** | | | | |
| **Julie Bashore** **195 Woodchuck Drive** **Ephrata, PA 17522** | - | | | | X | X | | 0.00 |
| Account No. **5123646** | | | | **Warranty** | | | | |
| **Julie Bradshaw** **1772 E Rd 2 North** **Chino Valley, AZ 86323** | - | | | | X | X | | 0.00 |

Sheet no.__**2463**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          88.19

In re **Great Lakes Warranty Corporation** , Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100163** | | | Warranty | | | | |
| **Julie Bryan** **2650 Goldbug Avenue** **Sullivans Island, SC 29482** | - | | | X | X | | 0.00 |
| Account No. **5111797** | | | Warranty | | | | |
| **Julie C Balliet** **1737 Santee Street** **Charleston, SC 29412** | - | | | | | | 596.31 |
| Account No. **5086752** | | | Warranty | | | | |
| **Julie C Barger** **413 Colton Avenue** **Bellefontaine, OH 43311** | - | | | X | X | | 0.00 |
| Account No. **5082615** | | | Warranty | | | | |
| **Julie C Gordon** **5102 E Paradise Drive** **Scottsdale, AZ 85254** | - | | | X | X | | 0.00 |
| Account No. **5062054** | | | Warranty | | | | |
| **Julie Cherilis** **103 Brookstone Dr** **Burns, TN 37029** | - | | | | | | 1,843.68 |

Sheet no. **2464** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,439.99**

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                          ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5108393** | | | | Warranty | | | | |
| **Julie Cowen** **22 Third Street** **Lawrence, PA 15055** | - | | | | X | X | | 0.00 |
| Account No. **5118716** | | | | Warranty | | | | |
| **Julie Crago** **PO Box 320** **Fernley, NV 89408** | - | | | | | | | 99.29 |
| Account No. **5119185** | | | | Warranty | | | | |
| **Julie DAmico** **1208 Summit Pointe** **Scranton, PA 18508** | - | | | | X | X | | 0.00 |
| Account No. **5087617** | | | | Warranty | | | | |
| **Julie Dawn Smith** **40821 N Raleigh Court** **Anthem, AZ 85086** | - | | | | X | X | | 0.00 |
| Account No. **5130681** | | | | Warranty | | | | |
| **Julie E Grant** **250 Painter St** **Greensburg, PA 15601** | - | | | | X | X | | 0.00 |

Sheet no. **2465** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 99.29

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5078714** | | | | | **Warranty** | | | | |
| **Julie J Rovet**<br>**4012 Atha Court**<br>**Dayton, OH 45424** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5100926** | | | | | **Warranty** | | | | |
| **Julie J Smith**<br>**102 Valeron Court**<br>**Irwin, PA 15642** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5080869** | | | | | **Warranty** | | | | |
| **Julie L Casari**<br>**110 Green Forest Lane**<br>**Lehighton, PA 18235** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5114295** | | | | | **Warranty** | | | | |
| **Julie M Schmidt**<br>**7495 Swadley Street**<br>**Arvada, Co 80005** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5113083** | | | | | **Warranty** | | | | |
| **Julie Pestridge**<br>**261 W Metzler Road**<br>**Ephrata, PA 17522** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2466** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal                                     0.00
                                              (Total of this page)

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                        ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5122995** | | | | Warranty | | | | |
| **Julie Puckett** **1156 Sturbridge Dr** **Louisville, OH 44641** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125721** | | | | Warranty | | | | |
| **Julie R McClain** **13172 Old Rt 19 Apt B** **Waterford, PA 16441** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123947** | | | | Warranty | | | | |
| **Julie Royer** **113 Silver Lake Circle** **Columbia, SC 29212** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5064448** | | | | Warranty | | | | |
| **Julie Shelton** **261 Hwy 99** **Eagleville, TN 37060** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126195** | | | | Warranty | | | | |
| **Julie Spiros** **1266 Ascot Drive** **Maineville, OH 45039** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2467** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,            Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5074738** | | | | Warranty | | | | |
| **Julie Strizki** **1506 Judith Lane** **Yardley, PA 19067** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116779** | | | | Warranty | | | | |
| **Julie Wagner** **13 Homestead Lane** **Camp Hill, PA 17011** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126156** | | | | Warranty | | | | |
| **Julie Wright** **6791 Gower Road** **Nashville, TN 37209** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5039834** | | | | Warranty | | | | |
| **Julie Zoeiro** **8010 Hammond Rd** **Cheltonham, PA 19012** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092177** | | | | Warranty | | | | |
| **Julienne Sassetti** **13232 Skyline Drive** **Plainfield, IL 60585** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2468** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123523** | | | Warranty | | | | |
| **Juliette A Montgomery 34 Cochran Dr Duncansville, PA 16635** | - | | | | | | **1,026.00** |
| Account No. **5080800** | | | Warranty | | | | |
| **Julio Polin 405 Parsonage Road Edison, NJ 08837** | - | | | X | X | | **0.00** |
| Account No. **5128157** | | | Warranty | | | | |
| **Julio Rodriguez 2226 Masher Street Philadelphia, PA 19133** | - | | | X | X | | **0.00** |
| Account No. **5123955** | | | Warranty | | | | |
| **Julius Hughes 20 Hight St Apt 4 Woodbury, NJ 08096** | - | | | X | X | | **0.00** |
| Account No. **5130448** | | | Warranty | | | | |
| **Julius A Harden Jr 301 N Wade Blvd Apt 910 Millville, NJ 08332** | - | | | X | X | | **0.00** |

Sheet no. **2469** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **1,026.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5101745** | | | | | Warranty | | | | |
| **Julius L Hill** **505 Abbeyhill Dr** **Columbia, SC 29229** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5127499** | | | | | Warranty | | | | |
| **Julius Prator** **8441 Cavaricci Street** **LAs Vegas, NV 89129** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5123177** | | | | | Warranty | | | | |
| **Julius R Thomas** **603 S Raccoon Rd  No 44** **Youngstown, OH 44515** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5093887** | | | | | Warranty | | | | |
| **Julius Yonnie** **8626 W Wethersfield** **Peoria, AZ 85381** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5064738** | | | | | Warranty | | | | |
| **June  Felicioni** **16 Phillips Road** **Hainesport, NJ 08036** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**2470** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5111218 | | | | Warranty | | | | |
| June Cook 2060 Creek Bend Drive Lancaster, PA 43130 | - | | | | X | X | | 0.00 |
| Account No. 5067037 | | | | Warranty | | | | |
| June Harris 1950 Stone Bridge Drive Memphis, TN 38134 | - | | | | X | X | | 0.00 |
| Account No. 5117948 | | | | Warranty | | | | |
| June Leck 2322 Fremont Pike Perrrysburg, OH 43551 | - | | | | X | X | | 0.00 |
| Account No. 5130557 | | | | Warranty | | | | |
| June Linley 4121 Ashgrove Drive Grove City, PA 43123 | - | | | | X | X | | 0.00 |
| Account No. 5090420 | | | | Warranty | | | | |
| June M Solomon 118 Freedom Avenue NE Canton, OH 44704 | - | | | | X | X | | 0.00 |

Sheet no. **2471** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129408 | | | | Warranty | | | | |
| June Moko 1747 Skyline Dr Johnson City, TN 37604 | - | | | | X | X | | 0.00 |
| Account No. 5108053 | | | | Warranty | | | | |
| June Reed 97 Bertolet Mill Road Oley, PA 19547 | - | | | | X | X | | 0.00 |
| Account No. 5107897 | | | | Warranty | | | | |
| Jung Lee 111 E First #1 The Plains, OH 45780 | - | | | | X | X | | 0.00 |
| Account No. 5106726 | | | | Warranty | | | | |
| Jung Park 1816 Erlinger Drive Nolensville, TN 37135 | - | | | | | | | 492.14 |
| Account No. 5120516 | | | | Warranty | | | | |
| Junior Dennis 987 E Tall Pine St Queen Creek, AZ 85242 | - | | | | | | | 602.32 |

Sheet no. **2472** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,094.46

In re **Great Lakes Warranty Corporation**                                    Case No. _____
_____ ,
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5126747** | | | | Warranty | | | | |
| **Junior Escalante** **1520 Longshore Avenue** **Philadelphia, PA 19149** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107885** | | | | Warranty | | | | |
| **Junior R Ramey** **104 W Park Drive** **Shelby, OH 44875** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114181** | | | | Warranty | | | | |
| **Junior S Molbah** **1651 Skyline Drive  Apt S24** **Pittsburgh, PA 15227** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132673** | | | | Warranty | | | | |
| **Juniper Olsen** **1088 Singapore Ct** **Las Vegas, NV 89110** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5075892** | | | | Warranty | | | | |
| **Juraj Bratkovic** **22 Homestead Lane** **Greenwich, CT 06831** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2473** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**                       ,     Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119575 | | | | Warranty | | | | |
| Justan R Hardy 1943 Walton Ave Pittsburgh, PA 15210 | - | | | | X | X | | 0.00 |
| Account No. 5094640 | | | | Warranty | | | | |
| Justin Bird Bear 4505 S Hardy #1109 Tempe, AZ 85282 | - | | | | X | X | | 0.00 |
| Account No. 5123414 | | | | Warranty | | | | |
| Justin Walsh 226 Sunnyland Ave No1 Pittsburgh, PA 15227 | - | | | | X | X | | 0.00 |
| Account No. 5122067 | | | | Warranty | | | | |
| Justin A Bresen 4006 Woodthrush Dr Cincinnati, OH 45251 | - | | | | X | X | | 0.00 |
| Account No. 5110468 | | | | Warranty | | | | |
| Justin A Myers 12 Church Road Hatfield, PA 19440 | - | | | | X | X | | 0.00 |

Sheet no. **2474** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____

_____ **Debtor** _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5113244** | | | | **Warranty** | | | | |
| **Justin A Walker 5948 Melrose Lane Shawnee, KS 66203** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123466** | | | | **Warranty** | | | | |
| **Justin Adam Bottrell 5180 S Whispering Sands Dr Casa Grande, AZ 85022** | - | | | | | | | |
| | | | | | | | | **174.00** |
| Account No. **5129750** | | | | **Warranty** | | | | |
| **Justin Anderson 104 Stonecrop Cr Dayton, OH 45431** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104574** | | | | **Warranty** | | | | |
| **Justin Apple 1504 Murray Avenue Pittsburgh, PA 15217** | - | | | | | | | |
| | | | | | | | | **254.02** |
| Account No. **5111909** | | | | **Warranty** | | | | |
| **Justin Arata 1532 Mainsail Dr  Apt 2 Naples, FL 34114** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2475** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **428.02**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 5117232 | | | | Warranty | | | | |
| Justin B Vanover 774 West Union #9 Athens, OH 45701 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114496 | | | | Warranty | | | | |
| Justin Bajgrowicz 9545 E Via Del Sol Caliente Tucson, AZ 85748 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130168 | | | | Warranty | | | | |
| Justin Bradfield 4790 Castle Rock Ct Las Vegas, NV 89147 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132141 | | | | Warranty | | | | |
| Justin Bridges 1118 North 9th Street Reading, PA 19604 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130986 | | | | Warranty | | | | |
| Justin Burke 2707 Village Road Orwigsburg, PA 17961 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2476** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5066329** | | | **Warranty** | | | | |
| **Justin Chandler** **7413 NE 161st Place** **Vancouver, WA 98682** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5105808** | | | **Warranty** | | | | |
| **Justin Crawmer** **15655 Mary Ann Furnace** **Newark, OH 43055** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5096061** | | | **Warranty** | | | | |
| **Justin D Berry** **103 Willard Cove** **Senatobia, MS 38668** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110481** | | | **Warranty** | | | | |
| **Justin D Knipe** **2420 S Third Street** **Allentown, PA 18103** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121935** | | | **Warranty** | | | | |
| **Justin D Park** **4081 Taylor Dr** **Hesston, PA 16647** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2477** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5123462** | | | | Warranty | | | | |
| **Justin D Ross** **246 Dawney Dr** **Hamilton, OH 45013** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073976** | | | | Warranty | | | | |
| **Justin D Seymour** **118 North Pennsylvania Avenue** **Morrisville, PA 19067** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084060** | | | | Warranty | | | | |
| **Justin D Stiles** **238 Osage Lane** **Bradyville, TN 37026** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113397** | | | | Warranty | | | | |
| **Justin D Strawser** **260 Rinck Lane** **Richfield, PA 17086** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127523** | | | | Warranty | | | | |
| **Justin Davis** **30 Warden Street** **Union City, PA 16438** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2478** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re    **Great Lakes Warranty Corporation**             ,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5092905** | | | | Warranty | | | | |
| **Justin Domachowski**<br>**6201 Pebble Creek Dr**<br>**Washington, PA 15301** | - | | | | X | X | | 0.00 |
| Account No. **5060914** | | | | Warranty | | | | |
| **Justin Dubravcak**<br>**5359 Mahoning Ave**<br>**Warren, OH 44483** | - | | | | | | | 262.43 |
| Account No. **5099649** | | | | Warranty | | | | |
| **Justin E Winter**<br>**115 Snowberry Circle**<br>**Dayton, OH 45431** | - | | | | X | X | | 0.00 |
| Account No. **5069871** | | | | Warranty | | | | |
| **Justin Earley**<br>**206 Clearwater Ct**<br>**Englewood, OH 45322** | - | | | | | | | 550.12 |
| Account No. **5062234** | | | | Warranty | | | | |
| **Justin Failla**<br>**1013 Autumn Woods Lane #109**<br>**VA Beach, VA 23454** | - | | | | X | X | | 0.00 |

Sheet no. **2479** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)     812.55

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5117891 | | | | Warranty | | | | |
| Justin Gold 4205 Helens Pouroff Ave Las Vegas, NV 89085 | - | | | | X | X | | 0.00 |
| Account No. 5129057 | | | | Warranty | | | | |
| Justin Gore 3851 Wynn Road Apt 1105 Las Vegas, NV 89103 | - | | | | X | X | | 0.00 |
| Account No. 5132116 | | | | Warranty | | | | |
| Justin Griebel 2976 Boap Fat Road Shippenville, PA 16254 | - | | | | X | X | | 0.00 |
| Account No. 5077349 | | | | Warranty | | | | |
| Justin Hamilton 106 Cottreal Avenue Jeannette, PA 15644 | - | | | | X | X | | 0.00 |
| Account No. 5086797 | | | | Warranty | | | | |
| Justin Howard 324 Russellwood Avenue McKees Rocks, PA 15136 | - | | | | | | | 333.50 |

Sheet no. **2480** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

333.50

In re    **Great Lakes Warranty Corporation**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5092668** | | | Warranty | | | | |
| Justin J Kean 3302 N Seventh Street  #253 Phoenix, AZ 85014 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5082607** | | | Warranty | | | | |
| Justin Jones 1927 E Hampton  #257 Mesa, AZ 85204 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5054549** | | | Warranty | | | | |
| Justin Jurman 3 Fair Acres Road Nyack, NY 10960 | - | | | | | | |
| | | | | | | | 132.30 |
| Account No. **5132592** | | | Warranty | | | | |
| Justin Kronket 640 Indiana Avenue Apt 1 Rear Glassport, PA 15045 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5094671** | | | Warranty | | | | |
| Justin Kryser 1535 D Batfish Ct Kew West, FL 33040 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2481** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

132.30

In re **Great Lakes Warranty Corporation** ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5090688** | | **Warranty** | | | | | | |
| **Justin L Diamond** **33 Maple Leaf Road  PO Box 655** **Glendale, RI 02826** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095948** | | **Warranty** | | | | | | |
| **Justin L Homan** **816 Hemlock Street** **Celina, OK 45822** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105215** | | **Warranty** | | | | | | |
| **Justin L Kelly** **936 Broadway Ave** **McKees Rocks, PA 15136** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107304** | | **Warranty** | | | | | | |
| **Justin Lawless** **1101 Downs Boulevard # 111** **Franklin, TN 37064** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121479** | | **Warranty** | | | | | | |
| **Justin M Barber** **3162 Cheltenham Ct** **Gibsonia, PA 15044** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2482** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re   **Great Lakes Warranty Corporation**               ,    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126822** | | | Warranty | | | | |
| **Justin M Capadona** **1616 Roselawn Rd** **Mayfield Heights, OH 44124** | - | | | X | X | | 0.00 |
| Account No. **5124448** | | | Warranty | | | | |
| **Justin M Heidelmark** **120 St Charles St  Apt 8** **Drexel Hill, PA 19026** | - | | | X | X | | 0.00 |
| Account No. **5083284** | | | Warranty | | | | |
| **Justin M Lobaugh** **5207 West 53rd** **Fairview, PA 16415** | - | | | | | | 159.50 |
| Account No. **5121659** | | | Warranty | | | | |
| **Justin M Merod** **151 Aspencade Circle** **St Peters, MO 63376** | - | | | X | X | | 0.00 |
| Account No. **5118298** | | | Warranty | | | | |
| **Justin M Moore** **1321 Lawanna Drd** **Rock Hill, SC 29732** | - | | | X | X | | 0.00 |

Sheet no.**2483** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **159.50**

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5081411** <br><br> **Justin M Ostervich** <br> **10020 Market Avenue  NW** <br> **Hartville, OH 44632** | - | | **Warranty** | | | | 641.13 |
| Account No. **5077373** <br><br> **Justin Maloney** <br> **1409 Lorenzo Avenue Unit 12** <br> **Tampa, FL 33629** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5132270** <br><br> **Justin Manning** <br> **636 Pine Street** <br> **Lancaster, PA 17603** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5108550** <br><br> **Justin McAfee** <br> **212 Maplewood Avenue** <br> **Pittsburgh, PA 15214** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5104201** <br><br> **Justin Meyer** <br> **34 Fourth Avenue** <br> **Scottdale, PA 15683** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **2484** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  641.13

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5110829** | | | | **Warranty** | | | | |
| **Justin Michael Catanzarite** **2901 Salisbury Court** **Wexford, PA 15090** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131159** | | | | **Warranty** | | | | |
| **Justin Mitzel** **39 West Main Street** **Carrollton, OH 44615** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5083917** | | | | **Warranty** | | | | |
| **Justin P Keller** **8047 Bienville Drive  X9** **Nashville, TN 37211** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113303** | | | | **Warranty** | | | | |
| **Justin P Klosky** **350 McKleveen Road** **New Alexander, PA 15670** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127764** | | | | **Warranty** | | | | |
| **Justin P Taylor** **137 Alston Circle** **Lexington, SC 29072** | - | | | | | | | |
| | | | | | | | | 544.50 |

Sheet no. **2485** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

544.50

In re  **Great Lakes Warranty Corporation** ,                Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130799** | | | Warranty | | | | |
| **Justin Peterson**<br>**406 E Broadway  No 290**<br>**Salt Lake City, UT 84111** | - | | | X | X | | 0.00 |
| Account No. **5120115** | | | Warranty | | | | |
| **Justin Quinn**<br>**165 Bland Dr**<br>**Mt Juliet, TN 37122** | - | | | | | | 473.40 |
| Account No. **5103094** | | | Warranty | | | | |
| **Justin R Barnes**<br>**204 Southview Drive**<br>**Cressona, PA 17929** | - | | | X | X | | 0.00 |
| Account No. **5092814** | | | Warranty | | | | |
| **Justin R McKay**<br>**7010 E Carnage**<br>**Scottsdale, AZ 85250** | - | | | X | X | | 0.00 |
| Account No. **5115174** | | | Warranty | | | | |
| **Justin R Sampsel**<br>**3452 Stein Road**<br>**Shelby, OH 44875** | - | | | X | X | | 0.00 |

Sheet no. **2486** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                473.40

In re   **Great Lakes Warranty Corporation**                  ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097914** | | | | Warranty | | | | |
| **Justin R Schwieterman** <br> **7132 E State Route 26** <br> **Portland, IN 47371** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119433** | | | | Warranty | | | | |
| **Justin Ritter** <br> **14853 S Foxtail Lane** <br> **Phoenix, AZ 85048** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110082** | | | | Warranty | | | | |
| **Justin Ross** <br> **3109 East Cholla St** <br> **Phoenix, AZ 85028** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5080951** | | | | Warranty | | | | |
| **Justin S Cregan** <br> **816 Stoner Mill Lane** <br> **Hermitage, TN 37076** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112476** | | | | Warranty | | | | |
| **Justin S Matheny** <br> **12 Club House Road** <br> **Evans, WV 25241** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2487** of **4906** sheets attached to Schedule of               Subtotal                    
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)        0.00

In re  **Great Lakes Warranty Corporation**                                      ,  Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5119832 | | | | | Warranty | | | | |
| Justin Sawyer 104 Elvin Hill Rd Maynardville, TN 37807 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5132132 | | | | | Warranty | | | | |
| Justin Smith 2820 Irish Creek Road Mohrsville, PA 19541 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5063910 | | | | | Warranty | | | | |
| Justin Stedman 2010 West Whisper Rock Trail Phoenix, AZ 85085 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5123415 | | | | | Warranty | | | | |
| Justin T Lewis 190 Indian Springs Rd Hopewell, PA 16650 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5093585 | | | | | Warranty | | | | |
| Justin T Turley 8042 Hunterdon Road Glouster, OH 45732 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2488** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5099213**<br><br>**Justin W Dietrich**<br>**437 E Water Street**<br>**Mount Carmel, PA 17851** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5111451**<br><br>**Justin W Meyer**<br>**2014 Marietta Avenue**<br>**Lancaster, PA 17603** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5131433**<br><br>**Justin Wentz**<br>**224 North Main Street**<br>**Richlandtown, PA 18955** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5066205**<br><br>**Justin Wessel**<br>**3821 Davis Dr**<br>**Charlotte, NC 28270** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5086690**<br><br>**Justin Whiting**<br>**704 N Pine**<br>**Pratt, KS 67124** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **2489** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re  **Great Lakes Warranty Corporation**                                  ,        Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5112761** | | | **Warranty** | | | | |
| **Justina M Washington** **236 Stonebridge Drive** **Myrtle Beach, SC 29588** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121125** | | | **Warranty** | | | | |
| **Justyne E Clinton** **106 Wilson Ave** **DuBois, PA 15801** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5084340** | | | **Warranty** | | | | |
| **Juvenal Rodriguez** **2801 E Polk** **Phoenix, AZ 85008** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115065** | | | **Warranty** | | | | |
| **Jvonn C Bivins** **414 Ridgewood Street** **Pittsburgh, PA 15214** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110436** | | | **Warranty** | | | | |
| **K Richie Pound** **646 Wantoot Boulevard** **Charleston, SC 29407** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2490** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                 0.00

In re **Great Lakes Warranty Corporation** ,                     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5068748** | | | - | **Warranty** | | | | |
| **Kaci Neptune** **5635 Chandlersville Rd** **Chandlersville, OH 43727** | | | | | | | | **481.30** |
| Account No. **5088037** | | | - | **Warranty** | | | | |
| **Kaela Smith** **118 Trail Circle** **Nashville, TN 37214** | | | | | X | X | | **0.00** |
| Account No. **5080401** | | | - | **Warranty** | | | | |
| **Kaffee Ray** **3001 Magnolia Street** **Beaufort, SC 29906** | | | | | X | X | | **0.00** |
| Account No. **5126517** | | | - | **Warranty** | | | | |
| **Kai Schwerdtfger** **8937 Cypress Forest Drive** **Charlotte, NC 28216** | | | | | X | X | | **0.00** |
| Account No. **5123084** | | | - | **Warranty** | | | | |
| **Kaitlin Mancuso** **6 Harvest Ct** **Egg HarborTwp, NJ 08234** | | | | | X | X | | **0.00** |

Sheet no. **2491** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **481.30**

In re **Great Lakes Warranty Corporation** ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5131821** | | | | | **Warranty** | | | | |
| **Kaitlyn Dannibale** **107 Stoney Point Avenue** **Shippensburg, PA 17257** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5109336** | | | | | **Warranty** | | | | |
| **Kaitlyn Schulz** **4109 Faithway Dr** **Murfreesboro, TN 37128** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5123461** | | | | | **Warranty** | | | | |
| **Kaitlyn Strunk** **4164 Leona Ct** **Hamilton, OH 45013** | - | | | | | | | | |
| | | | | | | | | | 445.40 |
| Account No. **5104998** | | | | | **Warranty** | | | | |
| **Kaleen Patterson** **1589 Greenwich Rd** **Cherry Tree, PA 15724** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5120087** | | | | | **Warranty** | | | | |
| **Kaloti Mgmt Co LLC** **404 S Reynolds Rd** **Toledo, OH 43615** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2492** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 445.40

In re   **Great Lakes Warranty Corporation**                 ,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5118039** | | | **Warranty** | | | | |
| **Kalum M Fortune** **6280 Chickansaw Ct** **Sun Valley, NV 89433** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122350** | | | **Warranty** | | | | |
| **Kamala Nola** **813 Wonderland Ct** **Franklin, TN 37069** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5069248** | | | **Warranty** | | | | |
| **Kameshia Rouse** **1001 Lawrence Ave** **Darby, PA 19023** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122828** | | | **Warranty** | | | | |
| **Kamilla Puskas** **842 Linley St** **Bridgeport, CT 06606** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100108** | | | **Warranty** | | | | |
| **Kamran Ali** **227 Creighton Court** **Gahanna, OH 43230** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2493** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)       0.00

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5095105** | | | | **Warranty** | | | | |
| **Kanesha L Frazier 311 S Bilbro Avenue Murfreesboro, TN 37130** | - | | | | X | X | | 0.00 |
| Account No. **5122236** | | | | **Warranty** | | | | |
| **Kansas Pech 131 Piedmont Circle Simpsonville, SC 29681** | - | | | | X | X | | 0.00 |
| Account No. **5115967** | | | | **Warranty** | | | | |
| **Kara Evanoff 520 Waugh Avenue New Wilmington, PA 16142** | - | | | | X | X | | 0.00 |
| Account No. **5127527** | | | | **Warranty** | | | | |
| **Kara Fuller 40 North State Street Ripley, NY 14775** | - | | | | X | X | | 0.00 |
| Account No. **5120011** | | | | **Warranty** | | | | |
| **Kara Hull 242 Town Hill Rd New Enterprise, PA 16664** | - | | | | X | X | | 0.00 |

Sheet no. **2494** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                              Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5113751** | | | | Warranty | | | | |
| Kara J Griffith 1823 Kenneth Avenue Arnold, PA 15068 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5070529** | | | | Warranty | | | | |
| Karasiotes Konstantinos 5078 Cameo Terrace Perry Hall, MD 21128 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125086** | | | | Warranty | | | | |
| Karee Baugh 316 South Avenue Pittsburgh, PA 15221 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099529** | | | | Warranty | | | | |
| Kareem Robinson 1403 Manchester Court Edgewater Park, NJ 08010 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119592** | | | | Warranty | | | | |
| Karen  Gingrich 120 Dry Hollow Rd Bernville, PA 19506 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2495** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5053416** | | | | | Warranty | | | | |
| **Karen McGettigan** **3124 Plyers Mill Rd** **Kensington, MD 20895** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5090753** | | | | | Warranty | | | | |
| **Karen Reidler** **1024 Brick Hill Road** **Orwigsburg, Pa 17961** | - | | | | | | | | |
| | | | | | | | | | **3,992.87** |
| Account No. **5108454** | | | | | Warranty | | | | |
| **Karen A Fetrow** **10 Stone Spring Lane** **Camp Hill, PA 17011** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5092607** | | | | | Warranty | | | | |
| **Karen A Fleming** **70 Pine Tree** **Indiana, PA 15701** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5091576** | | | | | Warranty | | | | |
| **Karen A Mahin** **1516 West Northern Ave** **Phoenix, AZ 85021** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2496** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　**3,992.87**

In re **Great Lakes Warranty Corporation** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5087721** | | | Warranty | | | | |
| **Karen A Talens** **1 Appian Way  Unit 708 5** **San Francisco, CA 94080** | | - | | | | | 1,047.64 |
| Account No. 5090472 | | | Warranty | | | | |
| **Karen Anderson Doggett** **5539 Orlando Place** **Cincinatti, OH 45227** | | - | | | | | 112.20 |
| Account No. 5127439 | | | Warranty | | | | |
| **Karen Anne Long** **1891Sunbury Rd** **Columbus, OH 43219** | | - | | X | X | | 0.00 |
| Account No. 5076982 | | | Warranty | | | | |
| **Karen Beene** **5726 Trailside Ct** **Mason, OH 45040** | | - | | X | X | | 0.00 |
| Account No. 5125903 | | | Warranty | | | | |
| **Karen Blouch** **52 Kingston Dr** **Palmyra, PA 17078** | | - | | X | X | | 0.00 |

Sheet no.**2497**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,159.84

In re   **Great Lakes Warranty Corporation**          ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5074470** | | | Warranty | | | | |
| **Karen Braun** **310 Jill Avenue Lot 105** **Celina, OH 45822** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100181** | | | Warranty | | | | |
| **Karen Brock Snow** **924 E San Carlos Way** **Chandler, AZ 85249** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132198** | | | Warranty | | | | |
| **Karen Brown** **3204 Buckeye Ct** **Augusta, GA 30906** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5087451** | | | Warranty | | | | |
| **Karen Bryan** **8169 Briggle Avenue SW** **East Sparta, OH 44626** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115788** | | | Warranty | | | | |
| **Karen Butler** **1129 E Hortter Street** **Philadelphia, PA 19150** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2498** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5081272** | | | | Warranty | | | | |
| **Karen Cawthorn 42 Old Farm Rd Darien, CT 06820** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104288** | | | | Warranty | | | | |
| **Karen Clark 2266 Griffintown Road White Bluff, TN 37187** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126313** | | | | Warranty | | | | |
| **Karen Cook 243 Kirks Mill Road Nottingham, PA 19362** | - | | | | | | | |
| | | | | | | | | **1,841.00** |
| Account No. **5108518** | | | | Warranty | | | | |
| **Karen Crocker 682 Adluh Street Mt Pleasant, SC 29464** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5083772** | | | | Warranty | | | | |
| **Karen Cudjoe 4013 Southshore Drive Mason, OH 45040** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2499** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **1,841.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5087488** | | | | Warranty | | | | |
| **Karen D Mathews** **110 Seneca Circle** **Goose Creek, SC 29485** | - | | | | X | X | | 0.00 |
| Account No. **5100924** | | | | Warranty | | | | |
| **Karen Darney** **617 Pleasant View Road** **Lewisberry, PA 17339** | - | | | | X | X | | 0.00 |
| Account No. **5090359** | | | | Warranty | | | | |
| **Karen Diane Lee** **36424 W Alhambra Street** **Maricopa, AZ 85239** | - | | | | X | X | | 0.00 |
| Account No. **5096309** | | | | Warranty | | | | |
| **Karen Dobruck** **317 Carriage Crossing Lane** **Middletown, CT 06457** | - | | | | X | X | | 0.00 |
| Account No. **5101023** | | | | Warranty | | | | |
| **Karen E Dahn** **158 N Congress Street** **Athens, OH 45701** | - | | | | X | X | | 0.00 |

Sheet no. **2500** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5114176 | | | | | Warranty | | | | |
| Karen E Desimone 670 Meadowbrook Road Trafford, PA 15085 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5105926 | | | | | Warranty | | | | |
| Karen E Schultz 936 Climax Street Pittsburgh, PA 15210 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5131137 | | | | | Warranty | | | | |
| Karen Flynt 472 East 128th Street Cleveland, OH 44108 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5107570 | | | | | Warranty | | | | |
| Karen Foga Box 606  125 5th Ave North Martensville, SK S0K2T0 CANADA | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5122960 | | | | | Warranty | | | | |
| Karen G Newton 72883 Bowen Rd Radcliff, OH 45695 | - | | | | | | | | |
| | | | | | | | | | 1,609.56 |

Sheet no. **2501** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     1,609.56

In re  **Great Lakes Warranty Corporation**       ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5130668** | | | | | **Warranty** | | | | |
| **Karen Gabriel** **5824 Meadowbrook Road Apt 34** **Albany, OH 45710** | - | | | | | X | X | | 0.00 |
| Account No. **5118386** | | | | | **Warranty** | | | | |
| **Karen Gardner** **44 East Ravenwood Dr** **Ocean View, NJ 08230** | - | | | | | X | X | | 0.00 |
| Account No. **5114124** | | | | | **Warranty** | | | | |
| **Karen Helga King** **1147 Daystar Drive** **Harrisburg, PA 17111** | - | | | | | X | X | | 0.00 |
| Account No. **5087864** | | | | | **Warranty** | | | | |
| **Karen J Alukonis** **1437 Royal Park Boulevard** **South Park, PA 15129** | - | | | | | | | | 505.83 |
| Account No. **5103963** | | | | | **Warranty** | | | | |
| **Karen J Hancock** **17350 Donation Road** **Corry, PA 16407** | - | | | | | X | X | | 0.00 |

Sheet no.**2502** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal               
(Total of this page)     **505.83**

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5082590** | | | | Warranty | | | | |
| **Karen J Muth** **5107 State Route 307 East** **Geneva, OH 44041** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126334** | | | | Warranty | | | | |
| **Karen Johnson** **226 CO Rd 725** **Riceville, TN 37370** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094658** | | | | Warranty | | | | |
| **Karen K Morgan** **1631 Kinnard Kingscreek Rd** **Urbana, OH 43078** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102409** | | | | Warranty | | | | |
| **Karen K Winwood** **100 Stambaugh Street** **Girard, OH 44420** | - | | | | | | | |
| | | | | | | | | 90.49 |
| Account No. **5086057** | | | | Warranty | | | | |
| **Karen Knoblock** **880 Royalwood Lane** **Oviedo, FL 32765** | - | | | | | | | |
| | | | | | | | | 103.17 |

Sheet no. **2503** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

193.66

In re  **Great Lakes Warranty Corporation**,      Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5119526** | | | Warranty | | | | |
| **Karen Kromer**<br>**672 Byers Rd**<br>**Indiana, PA 15701** | - | | | X | X | | 0.00 |
| Account No. **5128425** | | | Warranty | | | | |
| **Karen L Anderson**<br>**7639 St Rt 312**<br>**Logan, OH 43138** | - | | | X | X | | 0.00 |
| Account No. **5088897** | | | Warranty | | | | |
| **Karen L Coll**<br>**3477 Clover Road**<br>**Cumberland, OH 43732** | - | | | | | | 448.12 |
| Account No. **5086775** | | | Warranty | | | | |
| **Karen L Haas**<br>**9650 West Lake Road**<br>**Lake City, PA 16423** | - | | | X | X | | 0.00 |
| Account No. **5129535** | | | Warranty | | | | |
| **Karen L Ondreako**<br>**511 1/2 East 9th**<br>**Erie, PA 16503** | - | | | | | | 838.90 |

Sheet no. **2504** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)      1,287.02

In re   **Great Lakes Warranty Corporation**         ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5085791** | | | Warranty | | | | |
| **Karen L Rohr** **6940 Rochester Rd  #21** **East Rochester, OH 44625** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5086379** | | | Warranty | | | | |
| **Karen L Skar** **717 Gray Street** **Green Bay, WI 54303** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124973** | | | Warranty | | | | |
| **Karen L White** **112 HIgh St** **Leesburg, NJ 08327** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131520** | | | Warranty | | | | |
| **Karen L Yarbro** **15 Buck Dr** **Parsons, TN 38363** | - | | | | | | |
| | | | | | | | 467.88 |
| Account No. **5129432** | | | Warranty | | | | |
| **Karen Lewis** **4650 N Rainbow # 1071** **Las Vegas, NV 89108** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2505** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                     **467.88**
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5125518** | | | | **Warranty** | | | | |
| **Karen Lewter** **127 Shumpert Rd** **W Columbia, SC 29172** | - | | | | X | X | | 0.00 |
| Account No. **5102198** | | | | **Warranty** | | | | |
| **Karen Lind** **PO Box 332 1954 Grantview Drive** **Hamlin, PA 18427** | - | | | | | | | 725.00 |
| Account No. **5117607** | | | | **Warranty** | | | | |
| **Karen Lynn Johnston** **7905 Saltsburg Road** **Pittsburgh, PA 15239** | - | | | | X | X | | 0.00 |
| Account No. **5114059** | | | | **Warranty** | | | | |
| **Karen Lynne Smith** **161 King George Street** **Charleston, SC 29497** | - | | | | X | X | | 0.00 |
| Account No. **5108586** | | | | **Warranty** | | | | |
| **Karen M Bowman** **1519 Vassar Avenue  NW** **Canton, OH 44703** | - | | | | X | X | | 0.00 |

Sheet no. **2506** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

725.00

In re   **Great Lakes Warranty Corporation**                 ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5071963 | | | | | Warranty | | | | |
| Karen M Dickey 825 Arcadia Lakes Drive Columbia, SC 29206 | - | | | | | X | X | | 0.00 |
| Account No. 5105606 | | | | | Warranty | | | | |
| Karen M Feighan 134 Ohio Avenue Clementon, NJ 08021 | - | | | | | X | X | | 0.00 |
| Account No. 5121485 | | | | | Warranty | | | | |
| Karen M Fitch 5145 N Susquehanna Trl York, PA 17406 | - | | | | | X | X | | 0.00 |
| Account No. 5109884 | | | | | Warranty | | | | |
| Karen M Hodge 723 Market Street  Apt #B Steubenville, OH 43952 | - | | | | | X | X | | 0.00 |
| Account No. 5110459 | | | | | Warranty | | | | |
| Karen M Hooper 4351 Cato Road Nashville, TN 37218 | - | | | | | X | X | | 0.00 |

Sheet no. **2507** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     0.00
(Total of this page)

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5088577** | | | Warranty | | | | |
| **Karen M Turcotte**<br>**3469 Downing Street  SW**<br>**East Sparta, OH 44626** | - | | | X | X | | 0.00 |
| Account No. **5117227** | | | Warranty | | | | |
| **Karen Marku**<br>**1212 Maryland Avenue SW**<br>**Canton, OH 44710** | - | | | X | X | | 0.00 |
| Account No. **5091552** | | | Warranty | | | | |
| **Karen Mathis**<br>**1901 S Emporia**<br>**Wichita, KS 67211** | - | | | | | | 500.75 |
| Account No. **5116376** | | | Warranty | | | | |
| **Karen McCann**<br>**896 Temple Road**<br>**Pottstown, PA 19465** | - | | | | | | 71.36 |
| Account No. **5122336** | | | Warranty | | | | |
| **Karen McLeod**<br>**2455 cindy St**<br>**Athens, TN 37303** | - | | | X | X | | 0.00 |

Sheet no. **2508** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    572.11

In re **Great Lakes Warranty Corporation** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5126408 | | | | Warranty | | | | |
| Karen Melaragno 4504 Millport Ave SW Canton, OH 44706 | | - | | | | | | 339.32 |
| Account No. 5070116 | | | | Warranty | | | | |
| Karen Nichols 309 Blackheath Dr Pittsburgh, PA 15205 | | - | | | X | X | | 0.00 |
| Account No. 5131730 | | | | Warranty | | | | |
| Karen Omasta 247 Black Road Rural Valley, PA 16249 | | - | | | X | X | | 0.00 |
| Account No. 5083289 | | | | Warranty | | | | |
| Karen Owens 9031 E Friess Drive Scottsdale, AZ 85260 | | - | | | X | X | | 0.00 |
| Account No. 5097897 | | | | Warranty | | | | |
| Karen Paxton 824 Pebble Beach Circle Mount Juliet, TN 37122 | | - | | | | | | 119.73 |

Sheet no. <u>2509</u> of <u>4906</u> sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     459.05

In re   **Great Lakes Warranty Corporation**                                              ,   Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129945**<br><br>**Karen Peterson**<br>**110 Beverly Ave**<br>**E Lansdowne, PA 19050** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5096348**<br><br>**Karen R Barren**<br>**7223 Joshua Street**<br>**Pittsburgh, PA 15206** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5118318**<br><br>**Karen R Charles**<br>**3216 Rose Ave**<br>**Erie, PA 16510** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5124346**<br><br>**Karen R Skwara**<br>**516 Sells Lane**<br>**Greensburg, PA 15601** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5108117**<br><br>**Karen Rega**<br>**731 Hill Street**<br>**Greensburg, PA 15601** | | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **2510** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124956** | | | Warranty | | | | |
| **Karen Reis** **652 Diane Drive** **Etters, PA 17319** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5130549** | | | Warranty | | | | |
| **Karen Rickman** **145 Co Rd 430** **Englewood, TN 37329** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5116051** | | | Warranty | | | | |
| **Karen Rogers** **808 Kippley Street** **Memphis, TN 38112** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5123850** | | | Warranty | | | | |
| **Karen S Graham** **11855 Concord Church Rd** **Glouster, OH 45732** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5105723** | | | Warranty | | | | |
| **Karen S Schiltz** **300 Columbus Avenue NW** **Canton, OH 44708** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **2511** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130102** | | | Warranty | | | | |
| **Karen S Sexton**<br>**14 Pear Ave**<br>**Browns Mills, NJ 08015** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5093476** | | | Warranty | | | | |
| **Karen S Truax**<br>**412 Clinton Street**<br>**Martins Ferry, OH 43912** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5061138** | | | Warranty | | | | |
| **Karen S. Clark**<br>**11436 West US Route 36**<br>**Bradford, OH 45308** | - | | | | | | |
| | | | | | | | 836.82 |
| Account No. **5108590** | | | Warranty | | | | |
| **Karen Saibene**<br>**500 Meadowridge Aenue NW**<br>**Canton, OH 44708** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5092064** | | | Warranty | | | | |
| **Karen Schmuzler**<br>**3585 Nottingham Lane**<br>**Philadelphia, PA 19114** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2512** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

836.82

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5111401** | | | Warranty | | | | |
| **Karen Sloggatt 250 Charlotte Street Charleston, SC 29403** | - | | | X | X | | 0.00 |
| Account No. **5109883** | | | Warranty | | | | |
| **Karen Snyder 168 Groves Lane South Hendersonville, TN 37075** | - | | | X | X | | 0.00 |
| Account No. **5112128** | | | Warranty | | | | |
| **Karen Speck 2631 Darnell Road Lewisburg, TN 37091** | - | | | X | X | | 0.00 |
| Account No. **5089286** | | | Warranty | | | | |
| **Karen Thomison 75 South Broad Street Norwich, NY 13815** | - | | | X | X | | 0.00 |
| Account No. **5101183** | | | Warranty | | | | |
| **Karen Trimacco 5219 Arrel Rd Lowellville, OH 44436** | - | | | | | | 242.48 |

Sheet no. **2513** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 242.48

In re    **Great Lakes Warranty Corporation**                                  ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5087921** | | | Warranty | | | | |
| **Karen Vallee** **2811 N 51st Street** **Kansas City, KS 66104** | | - | | X | X | | 0.00 |
| Account No. **5130297** | | | Warranty | | | | |
| **Karen Wheeler Polk** **7300 Jean Dr** **Oakwood Village, OH 44146** | | - | | X | X | | 0.00 |
| Account No. **5130936** | | | Warranty | | | | |
| **Karensue Matthews** **692 Weeks Landing Rd** **Cape May, NJ 08204** | | - | | X | X | | 0.00 |
| Account No. **5084373** | | | Warranty | | | | |
| **Karey A Shearer** **335 Grandview Avenue NW** **Canton, OH 44708** | | - | | X | X | | 0.00 |
| Account No. **5044795** | | | Warranty | | | | |
| **Kari Jones Gilchrist** **1101 Hwy 19 PO Box 1155** **Bryson City, NC 28713** | | - | | X | X | | 0.00 |

Sheet no. __2514__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5090368 | | | | Warranty | | | | |
| Kari M Szost 249 Ewings Mill Road Moon Township, PA 15108 | - | | | | X | X | | 0.00 |
| Account No. 5101654 | | | | Warranty | | | | |
| Karianne E Kline 19R Greenwich Street Kutztown, PA 19530 | - | | | | X | X | | 0.00 |
| Account No. 5032958 | | | | Warranty | | | | |
| Karin J Karaba 4714 Twain Street Ames, IA 50014 | - | | | | X | X | | 0.00 |
| Account No. 5120969 | | | | Warranty | | | | |
| Karissa J Kilgore 1906 Moore Ave N Apollo, PA 15673 | - | | | | X | X | | 0.00 |
| Account No. 5068104 | | | | Warranty | | | | |
| Karl Brakl 11603 NW 35th Court Palm Springs, FL 33065 | - | | | | X | X | | 0.00 |

Sheet no. **2515** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5073290 | | | Warranty | | | | |
| Karl Emerson 821 Stoneybrook Lane Lewisberry, PA 17329 | - | | | X | X | | 0.00 |
| Account No. 5113746 | | | Warranty | | | | |
| Karl F Daugherty 1893 Windsor Street Cuyahoga Falls, OH 44221 | - | | | X | X | | 0.00 |
| Account No. 5112533 | | | Warranty | | | | |
| Karl H Paige 103 N Rudolph Street Saluda, SC 29138 | - | | | X | X | | 0.00 |
| Account No. 5046880 | | | Warranty | | | | |
| Karl I Heyliger 14750 4th St #321 Laurel, MD 20707 | - | | | | | | 796.20 |
| Account No. 5093852 | | | Warranty | | | | |
| Karl J Palmer 1731 Lincolnway Apt 2A Massillon, OH 44647 | - | | | X | X | | 0.00 |

Sheet no. __2516__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  796.20

In re **Great Lakes Warranty Corporation**                               Case No. _____
                                                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5131789 | | | | Warranty | | | | |
| Karl L Jones 218 Curtis Street Pittsburgh, PA 15235 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5070394 | | | | Warranty | | | | |
| Karl Mann HC2 Box 261-K Payson, AZ 85541 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090703 | | | | Warranty | | | | |
| Karl Meland 234 McKays Court Brentwood, TN 37027 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5069487 | | | | Warranty | | | | |
| Karl Reese 107 Parkview Dr Apollo, PA 15613 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5068328 | | | | Warranty | | | | |
| Karl Reese 107 Parkview Drive Apollo, PA 15613 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2517** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**                             ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5110394 | | | Warranty | | | | |
| Karl Schwerdtfeger 8972 Tangerine Sky Avenue Las Vegas, NV 89178 | - | | | X | X | | 0.00 |
| Account No. 5117066 | | | Warranty | | | | |
| Karl Valentine 9900 Georgia Avenue #603 Silver Springs, MD 20902 | - | | | X | X | | 0.00 |
| Account No. 5083942 | | | Warranty | | | | |
| Karla A Kefover 400 Cheri Drive Canonsburg, PA 15317 | - | | | X | X | | 0.00 |
| Account No. 5120386 | | | Warranty | | | | |
| Karla Biesecker 326 Woodside Ave Hamilton, NJ 08610 | - | | | X | X | | 0.00 |
| Account No. 5105862 | | | Warranty | | | | |
| Karla Hicks 375 North American Boulevard Vandalia, OH 45377 | - | | | | | | 39.43 |

Sheet no. **2518** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal            
(Total of this page)           **39.43**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5129686 | | | | | Warranty | | | | |
| Karla L Barralaga 226 N Monpelier Ave Atlantic City, NJ 08401 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5110071 | | | | | Warranty | | | | |
| Karlton A Hopkins 524 Narragansett Tallmadge, OH 44278 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5083003 | | | | | Warranty | | | | |
| Karol A Snap 519 Elysian Fields Nashville, TN 37211 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5084528 | | | | | Warranty | | | | |
| Karole Stoute 2222 Delay Drive Lascassas, TN 37085 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5098840 | | | | | Warranty | | | | |
| Karrie M Mitchell 101 Pleasant Way Shelbyville, TN 37160 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2519** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           0.00

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5073708 | | | | Warranty | | | | |
| Karuna Garlapaty 1185 Copperwood Drive Bloomfield Hills, MI 48302 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130655 | | | | Warranty | | | | |
| Kashawn Hives 204 Purple Passion Avenue Las Vegas, NV 89032 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117186 | | | | Warranty | | | | |
| Kassandra L Thomas 434 Halley Street Erie, PA 16511 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113544 | | | | Warranty | | | | |
| Kassi M Frye 324 Morrow Street Greenville, OH 45331 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092430 | | | | Warranty | | | | |
| Kat DeLeonard 370 Wallace Road  D25 Nashville, TN 37221 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2520**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5092193** | | | Warranty | | | | |
| **Kat Deleonard**<br>**370 Wallace Road  D25**<br>**Nashville, TN 37211** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118323** | | | Warranty | | | | |
| **Kate M Gluth**<br>**286 Hays Rd**<br>**Upper St Clair, PA 15241** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124451** | | | Warranty | | | | |
| **Kate Mulligan**<br>**509 Byram Kingwood Rd**<br>**Frenchtown, NJ 08825** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113356** | | | Warranty | | | | |
| **Kateann Amidon**<br>**337 E Walnut Street**<br>**Kutztown, PA 19530** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100211** | | | Warranty | | | | |
| **Katelyn C Roberts**<br>**30261 Roy Jones Road**<br>**Syracuse, OH 45779** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2521**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re    **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5106602** | | | **Warranty** | | | | | |
| **Katelyn E Graham 1947 Iris Court Grove City, OH 43123** | | - | | | | | | **1,568.00** |
| Account No. **5121614** | | | **Warranty** | | | | | |
| **Katelyn M Ciccozzi 85 Zellner Rd Tamaqua, PA 18252** | | - | | | X | X | | **0.00** |
| Account No. **5119313** | | | **Warranty** | | | | | |
| **Katelyn McKibben 3344 Perry Hwy Hadley, PA 16130** | | - | | | X | X | | **0.00** |
| Account No. **5095024** | | | **Warranty** | | | | | |
| **Katelynn Goss 12312 W Edgemont Avondale, AZ 85323** | | - | | | X | X | | **0.00** |
| Account No. **5111686** | | | **Warranty** | | | | | |
| **Katherine Imbesi 45 W Teakwood Place Chandler, AZ 85248** | | - | | | X | X | | **0.00** |

Sheet no. **2522** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,568.00**

In re **Great Lakes Warranty Corporation** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5112945** | | | **Warranty** | | | | |
| **Katherine A Harrison 5045 Suter Drive Nashville, TN 37211** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111268** | | | **Warranty** | | | | |
| **Katherine Burdette Box 30 Beaver Hill Rd Birchrunville, PA 19421** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5085075** | | | **Warranty** | | | | |
| **Katherine C Mizerak 514 Broad Avenue Rear Belle Vernon, PA 15012** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5092298** | | | **Warranty** | | | | |
| **Katherine Corvino 4471 Tusketee Drive Bethlehem, PA 18020** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122952** | | | **Warranty** | | | | |
| **Katherine D Louw 841 Rose Park Dr Nashville, TN 37206** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2523** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
 
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121739** | | | Warranty | | | | |
| **Katherine E Banaszak** **3543 Ashland Dr** **Bethel Park, PA 15102** | | - | | | | | **197.67** |
| Account No. **5106104** | | | Warranty | | | | |
| **Katherine Emma Baylor** **1607 Willowby Street** **Columbia, SC 29223** | | - | | X | X | | **0.00** |
| Account No. **5090970** | | | Warranty | | | | |
| **Katherine J Cronkleton** **2062 County Road 8** **West Mansfield, OH 43358** | | - | | X | X | | **0.00** |
| Account No. **5106420** | | | Warranty | | | | |
| **Katherine Johns** **310 Brentwood Pointe** **Brentwood, TN 37029** | | - | | X | X | | **0.00** |
| Account No. **5130800** | | | Warranty | | | | |
| **Katherine L Beatty** **12 Radcliff Terrace** **Oak Ridge, TN 37830** | | - | | X | X | | **0.00** |

Sheet no. **2524** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **197.67**

In re  **Great Lakes Warranty Corporation**                      ,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5076653 | | | | Warranty | | | | |
| Katherine L Miller 2739 County Line Road Kettering, OH 45430 | - | | | | | | | 1,000.00 |
| Account No. 5096638 | | | | Warranty | | | | |
| Katherine Lange 572 Sol Lane Grand Junction, CO 81504 | - | | | | X | X | | 0.00 |
| Account No. 5078636 | | | | Warranty | | | | |
| Katherine McCollum 10208 Albemarle Lane Philadelphia, PA 19114 | - | | | | | | | 449.72 |
| Account No. 5094540 | | | | Warranty | | | | |
| Katherine Murfree 730 East Main Street Murfreesboro, TN 37130 | - | | | | X | X | | 0.00 |
| Account No. 5120131 | | | | Warranty | | | | |
| Katherine Ross 511 Tuxford Court Pennington, NJ 08534 | - | | | | X | X | | 0.00 |

Sheet no. **2525** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,449.72**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089221** | | | **Warranty** | | | | |
| **Katherine Samsa** **1701 East Twelfth Street** **Cleveland, OH 44114** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5097590** | | | **Warranty** | | | | |
| **Katherine Wolf** **17616 Bank Street** **Buchtel, OH 45713** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129729** | | | **Warranty** | | | | |
| **Katheryn D Uri** **4650 N Rainbow Blvd** **Las Vegas, NV 89108** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125594** | | | **Warranty** | | | | |
| **Kathey Hurley** **3626 Bowen Street** **Memphis, TN 38122** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5085029** | | | **Warranty** | | | | |
| **Kathi C Cowher** **305 State Street  PO Box 121** **Sandy Ridge, PA 16677** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2526** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **0.00**

In re **Great Lakes Warranty Corporation**                                          Case No. _____

_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5086852** | | | | **Warranty** | | | | |
| **Kathi R King** **8110 Buss Rd** **Apple Creek, OH 44605** | - | | | | | | | |
| | | | | | | | | **208.86** |
| Account No. **5063963** | | | | **Warranty** | | | | |
| **Kathi Richards** **413 Hayes** **McDonald, OH 44437** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127610** | | | | **Warranty** | | | | |
| **Kathlee Roscoe** **108 Horn Street** **Pittsburgh, PA 15210** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129193** | | | | **Warranty** | | | | |
| **Kathleen Connor** **639 N Forklanding Rd** **Maple Shade, NJ 08052** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123649** | | | | **Warranty** | | | | |
| **Kathleen Dennis** **26 Oak St** **Trenton, NJ 08635** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2527** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    **208.86**

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5087676** | | | | **Warranty** | | | | |
| **Kathleen  MacMillan** **171 East Shore Culver Road** **Branchville, NJ 07826** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5084258** | | | | **Warranty** | | | | |
| **Kathleen  Work** **5517 Traceside Drive** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5075864** | | | | **Warranty** | | | | |
| **Kathleen A Bittel** **RD 1 Box 290** **Acme, PA 15610** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113712** | | | | **Warranty** | | | | |
| **Kathleen A Brock** **1407 Eagle Lane** **Beaufort, SC 29906** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116281** | | | | **Warranty** | | | | |
| **Kathleen A Forrester Furst** **320 Brest Road** **New Castle, PA 16105** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2528**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5122231 | | | | Warranty | | | | |
| Kathleen A Jacque 907 State Rte 58 Ashland, OH 44805 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100187 | | | | Warranty | | | | |
| Kathleen Amabisca 8555 W McLellan Road Glendale, AZ 85305 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5074397 | | | | Warranty | | | | |
| Kathleen Ann Swander 9321 W Brown Street Peoria, AZ 85345 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126297 | | | | Warranty | | | | |
| Kathleen Barnett 125 Edgecliff Road Carnegie, PA 15106 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128782 | | | | Warranty | | | | |
| Kathleen Block 10731 Elm St Mantua, OH 44255 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2529** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** _____,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5117149 | | | | Warranty | | | | |
| Kathleen C Rex 1501 13th Avenue Dorothy, NJ 08317 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5089473 | | | | Warranty | | | | |
| Kathleen D Evich 123 Olivia Street McKees Rocks, PA 15136 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121584 | | | | Warranty | | | | |
| Kathleen Dozier 3351 Harvester Woods Dr Decatur, GA 30034 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112567 | | | | Warranty | | | | |
| Kathleen Dugas 111 Tecumseh Street Apt 801 Pittsburgh, PA 15207 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090722 | | | | Warranty | | | | |
| Kathleen E Barber 704 Park Manor Drive Monessen, PA 15062 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2530** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          0.00

In re __Great Lakes Warranty Corporation__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5098769 | | | | Warranty | | | | |
| Kathleen E Smith 2145 Kenyon Street Apt D Louisville, OH 44641 | - | | | | X | X | | 0.00 |
| Account No. 5127730 | | | | Warranty | | | | |
| Kathleen Fedak 337 Reeves Avenue Trenton, NJ 08610 | - | | | | X | X | | 0.00 |
| Account No. 5114625 | | | | Warranty | | | | |
| Kathleen Gougle 345 Crystal St East Stroudsburg, PA 18301 | - | | | | X | X | | 0.00 |
| Account No. 5110397 | | | | Warranty | | | | |
| Kathleen Gripentrog 4113 W Bart Drive Chandler, AZ 85226 | - | | | | X | X | | 0.00 |
| Account No. 5131109 | | | | Warranty | | | | |
| Kathleen Groh 4218 Leopard Circle Orefield, PA 18069 | - | | | | | | | 1,072.00 |

Sheet no. 2531 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 1,072.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5104794 | | | | Warranty | | | | |
| Kathleen H Klosko 298 Sunset Boulevard Washington, PA 15301 | - | | | | | | | 92.00 |
| Account No. 5127921 | | | | Warranty | | | | |
| Kathleen Harlan 11213 Clary Road Wakeman, OH 44889 | - | | | | X | X | | 0.00 |
| Account No. 5079648 | | | | Warranty | | | | |
| Kathleen Hopkins 3880 Priest Lake Drive #77 Nashville, TN 37217 | - | | | | X | X | | 0.00 |
| Account No. 5089695 | | | | Warranty | | | | |
| Kathleen I Ambler 632 West Newton Road Elizabeth, PA 15037 | - | | | | X | X | | 0.00 |
| Account No. 5068512 | | | | Warranty | | | | |
| Kathleen Knupp 561 Sautter Drive Crescent, PA 15046 | - | | | | X | X | | 0.00 |

Sheet no. **2532** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

92.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113496 | | | | Warranty | | | | |
| Kathleen L Hough 142 Shadyside Drive Boardman, OH 44512 | | - | | | | | | 904.96 |
| Account No. 5087343 | | | | Warranty | | | | |
| Kathleen L McElroy 1101 Downs Boulevard Franklin, TN 37064 | | - | | | X | X | | 0.00 |
| Account No. 5132438 | | | | Warranty | | | | |
| Kathleen Laurin 301 Vista Drive Apt 101 Greensburg, PA 15601 | | - | | | X | X | | 0.00 |
| Account No. 5119737 | | | | Warranty | | | | |
| Kathleen M Carroll 109 North Plains Rd  Apt 6 The Plains, OH 45780 | | - | | | X | X | | 0.00 |
| Account No. 5108661 | | | | Warranty | | | | |
| Kathleen M Taylor 229 Taney Avenue Bellaire, OH 43906 | | - | | | X | X | | 0.00 |

Sheet no. **2533** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    904.96

In re   **Great Lakes Warranty Corporation**                                          ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5104387** | | | | | **Warranty** | | | | |
| **Kathleen Macartney** **1321 E Barbara Drive** **Tempe, AZ 85201** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5105626** | | | | | **Warranty** | | | | |
| **Kathleen Marie Stalter** **6800 Stella Circle** **Coopersburg, PA 18036** | - | | | | | | | | |
| | | | | | | | | | **2,438.62** |
| Account No. **5131662** | | | | | **Warranty** | | | | |
| **Kathleen Melloy** **3630 Prince Circle** **Philadelphia, PA 19114** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5113835** | | | | | **Warranty** | | | | |
| **Kathleen N Brockington** **301 Anthony St** **Pittsburgh, PA 15210** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5130793** | | | | | **Warranty** | | | | |
| **Kathleen Naglich** **113 Ninth Street** **Turtle Creek, PA 15145** | - | | | | | | | | |
| | | | | | | | | | **785.84** |

Sheet no. **2534** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,224.46

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108588** | | | | Warranty | | | | |
| **Kathleen S Ickes 3019 Bremer Street Port Washington, OH 43837** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125321** | | | | Warranty | | | | |
| **Kathleen Smith RR4 Box 340 PO Box 39 Forbes Road, PA 15633** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131179** | | | | Warranty | | | | |
| **Kathleen Talley 209 East Third Street Oil City, PA 16301** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127569** | | | | Warranty | | | | |
| **Kathleen Tebin 115 Hickory Lane Tamaqua, PA 18252** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102603** | | | | Warranty | | | | |
| **Kathleen Wallace 3139 S Esmeralda Circle Mesa, AZ 85212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2535** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                    ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5105281** | | | | **Warranty** | | | | |
| **Kathleen Wynn** **70 Sherman Road** **Birdsboro, PA 19508** | - | | | | X | X | | 0.00 |
| Account No. **5063656** | | | | **Warranty** | | | | |
| **Kathlen Gallagher** **717 Creekside Dr** **Lancaster, OH 43130** | - | | | | X | X | | 0.00 |
| Account No. **5102182** | | | | **Warranty** | | | | |
| **Kathryn  Hill** **9005 Forest Lane** **Chesterland, OH 44026** | - | | | | X | X | | 0.00 |
| Account No. **5094474** | | | | **Warranty** | | | | |
| **Kathryn A Morrell** **1853 Clearbrook NW** **Massillon, OH 44646** | - | | | | X | X | | 0.00 |
| Account No. **5131326** | | | | **Warranty** | | | | |
| **Kathryn Alley** **6420 East Tropicana #482** **Las Vegas, NV 89122** | - | | | | X | X | | 0.00 |

Sheet no. **2536** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                               0.00

In re  **Great Lakes Warranty Corporation**                                   ,        Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5131282 | | | Warranty | | | | |
| Kathryn Amatore 6962 Depot Road Lisbon, OH 44432 | - | | | X | X | | 0.00 |
| Account No. 5064392 | | | Warranty | | | | |
| Kathryn Brown 1783 Pipers Ridge Circle NorthWest Conover, NC 28613 | - | | | X | X | | 0.00 |
| Account No. 5104921 | | | Warranty | | | | |
| Kathryn DaSilva 8188 Poplar Creek Road Nashville, TN 37221 | - | | | X | X | | 0.00 |
| Account No. 5052418 | | | Warranty | | | | |
| Kathryn Dopp 207 Bresci Ln Mars, PA 16046 | - | | | | | | 141.74 |
| Account No. 5101428 | | | Warranty | | | | |
| Kathryn Dudley 58 Greenbush Road E Greenwich, RI 02818 | - | | | X | X | | 0.00 |

Sheet no.**2537** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

141.74

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5089318** | | | | **Warranty** | | | | |
| **Kathryn Everly** **7237 Claridge St** **Philadelphia, PA 19111** | | - | | | | | | 91.90 |
| Account No. **5113077** | | | | **Warranty** | | | | |
| **Kathryn Gillespie** **444 Corsons Tavern Road** **Ocean View, NJ 08230** | | - | | | X | X | | 0.00 |
| Account No. **5103665** | | | | **Warranty** | | | | |
| **Kathryn J  Linville** **1945 Bataan Drive** **Kettering, OH 45420** | | - | | | X | X | | 0.00 |
| Account No. **5077923** | | | | **Warranty** | | | | |
| **Kathryn Krause** **331 E Merrill Avenue** **Gilbert, AZ 85234** | | - | | | X | X | | 0.00 |
| Account No. **5044363** | | | | **Warranty** | | | | |
| **Kathryn L Crown** **3028 N 49th Ct** **Phoenix, Az 85018** | | - | | | X | X | | 0.00 |

Sheet no. **2538** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  91.90

In re **Great Lakes Warranty Corporation**                          Case No. _____
_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5108251** | | | | | Warranty | | | | |
| **Kathryn L Landsittel** **551 Tannehill Drive** **Canonsburg, PA 15317** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5099044** | | | | | Warranty | | | | |
| **Kathryn L Stover** **644 Old 220 Rd  Box 33** **Milesburg, PA 16853** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5095385** | | | | | Warranty | | | | |
| **Kathryn M OBarr** **3213 Bellevue Street** **Knoxville, TN 37917** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5099903** | | | | | Warranty | | | | |
| **Kathryn Mahoney** **909 Le Blanc Court** **Nashville, TN 37221** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5100044** | | | | | Warranty | | | | |
| **Kathryn N Roub** **101 Parkwood Drive** **Shelby, OH 44875** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2539** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5098385** | | | Warranty | | | | |
| **Kathryn Nussbaum** **201 Maple Street  Apt 4** **Baltic, OH 43804** | - | | | X | X | | 0.00 |
| Account No. **5107435** | | | Warranty | | | | |
| **Kathryn Proctor** **1280 General George Patton Rd** **Nashville, TN 37221** | - | | | X | X | | 0.00 |
| Account No. **5125482** | | | Warranty | | | | |
| **Kathryn Reyes** **942 Lansing Street** **Philadelphia, PA 19111** | - | | | X | X | | 0.00 |
| Account No. **5128611** | | | Warranty | | | | |
| **Kathryn Russell** **132 Foxcroft Rd** **Lexington, OH 44804** | - | | | X | X | | 0.00 |
| Account No. **5098695** | | | Warranty | | | | |
| **Kathryn Shelton** **113 Stillhoused Road** **Hendersonville, TN 37075** | - | | | X | X | | 0.00 |

Sheet no. **2540** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5064563** | | | Warranty | | | | |
| **Kathryn Tehrani PO Box 8884 Calabasa, CA 91372** | - | | | | | | 2,900.00 |
| Account No. 5091895 | | | Warranty | | | | |
| **Kathy Bramblett 7605 Norton Avenue Harahan, LA 70123** | - | | | | | | 289.47 |
| Account No. 5114393 | | | Warranty | | | | |
| **Kathy Drew 403 Acorn Court Smyrna, TN 37167** | - | | | X | X | | 0.00 |
| Account No. 5085424 | | | Warranty | | | | |
| **Kathy Terrell 808 General Barksdale Drive Smyrna, TN 37167** | - | | | X | X | | 0.00 |
| Account No. 5074353 | | | Warranty | | | | |
| **Kathy Tobin 4615 E Mineral Road Phoenix, AZ 85044** | - | | | X | X | | 0.00 |

Sheet no. **2541** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **3,189.47**

In re __**Great Lakes Warranty Corporation**_____,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131994** | | | | Warranty | | | | |
| **Kathy Wade**<br>**115 Youngwood Drive**<br>**St Simons Island, GA 31522** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084307** | | | | Warranty | | | | |
| **Kathy Ann Penzenstadler**<br>**5221 E Larkspur Drive**<br>**Scottsdale, AZ 85254** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106338** | | | | Warranty | | | | |
| **Kathy Baxley**<br>**894 Joe Rivers Road**<br>**Charleston, SC 29412** | - | | | | | | | |
| | | | | | | | | 276.91 |
| Account No. **5098519** | | | | Warranty | | | | |
| **Kathy Bell**<br>**274 Twin Bridges Road**<br>**Charleroi, PA 15022** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5060312** | | | | Warranty | | | | |
| **Kathy Bowersock**<br>**6501 N 3rd Ave. Apt 201**<br>**Phoenix, AZ 85013** | - | | | | | | | |
| | | | | | | | | 546.65 |

Sheet no.__**2542**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

823.56

In re **Great Lakes Warranty Corporation**          Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5097748** | | | | | **Warranty** | | | | |
| **Kathy Brown** **5711 Inns Brook Commons** **Rock Hill, SC 29730** | - | | | | | X | X | | 0.00 |
| Account No. **5099845** | | | | | **Warranty** | | | | |
| **Kathy Dyer** **120 Panther Lane** **Cookeville, TN 38506** | - | | | | | X | X | | 0.00 |
| Account No. **5113653** | | | | | **Warranty** | | | | |
| **Kathy J Bynum** **2639 Linwood Avenue** **Pittsburgh, PA 15214** | - | | | | | X | X | | 0.00 |
| Account No. **5118627** | | | | | **Warranty** | | | | |
| **Kathy J Fultz** **134 College Ave   Apt B** **Lancaster, PA 17603** | - | | | | | X | X | | 0.00 |
| Account No. **5113109** | | | | | **Warranty** | | | | |
| **Kathy Jo Viviani** **114 Honor St** **Coal Center, PA 15423** | - | | | | | X | X | | 0.00 |

Sheet no. **2543** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                Subtotal
        (Total of this page)            0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5101485 | | | | Warranty | | | | |
| Kathy Komlo 364 Hickory Lane Gladwyne, PA 19035 | - | | | | X | X | | 0.00 |
| Account No. 5081398 | | | | Warranty | | | | |
| Kathy Kramer 7559 Doe View West Chester, OH 45069 | - | | | | | | | 143.27 |
| Account No. 5111026 | | | | Warranty | | | | |
| Kathy M Grimsley 17714 Crest Drive Hagerstown, MD 21740 | - | | | | X | X | | 0.00 |
| Account No. 5118882 | | | | Warranty | | | | |
| Kathy M Schniering 7724 Farmwood Lane Harrison, TN 37341 | - | | | | X | X | | 0.00 |
| Account No. 5071407 | | | | Warranty | | | | |
| Kathy N Hixson 216 E Saint John Rd Phoenix, AZ 85022 | - | | | | X | X | | 0.00 |

Sheet no. 2544 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

143.27

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                          ,

                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5105077** | | | | **Warranty** | | | | |
| **Kathy Oyler** **3783 Logan Ferry Road  Apt E** **Pittsburgh, PA 15239** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121289** | | | | **Warranty** | | | | |
| **Kathy Plaufcan** **1717 E Washington St** **New Castle, PA 01101** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091196** | | | | **Warranty** | | | | |
| **Kathy R Cameron** **1105 Marion Street Ext** **New Eagle, PA 15067** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088820** | | | | **Warranty** | | | | |
| **Kathy S Meeks** **3731 Enlow Road** **Albany, OH 45710** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109422** | | | | **Warranty** | | | | |
| **Kathy Santiago** **100 Wheatland Road** **Lewisberry, PA 17339** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2545**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                              ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5123730 | | | | Warranty | | | | |
| Kathy Trent 11704 3rd St NE Magnolia, OH 44643 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5082933 | | | | Warranty | | | | |
| Kathylynn  Holliday 1308 Moorehead Place Pendleton, SC 29670 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5081273 | | | | Warranty | | | | |
| Katie A Carney 2412 Post Road Allentown, PA 18106 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087500 | | | | Warranty | | | | |
| Katie Clack 6465 Whitebeam Trail Braselton, GA 30517 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124516 | | | | Warranty | | | | |
| Katie Dekowski 4117 Guilford Avenue Apt 9 N. Canton, OH 44709 | - | | | | | | | |
| | | | | | | | | 348.78 |

Sheet no. **2546**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    348.78

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5096697** | | | | **Warranty** | | | | |
| **Katie L Biggins** **13680 Sweet Hollow Road** **Millfield, OH 45761** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5084606** | | | | **Warranty** | | | | |
| **Katie L Lord** **110 Parkridge Place** **Piqua, OH 45356** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119051** | | | | **Warranty** | | | | |
| **Katie McLaud** **1253 Franklin St** **Old Forge, PA 18518** | - | | | | | | | |
| | | | | | | | | **944.99** |
| Account No. **5099728** | | | | **Warranty** | | | | |
| **Katie S Dunham** **85 Harding Heights Blvd** **Mansfield, OH 44906** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5066739** | | | | **Warranty** | | | | |
| **Katie Spencer** **303 North Mill Street** **Celina, OH 45822** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2547** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**944.99**

In re __**Great Lakes Warranty Corporation**_____,  Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5118582** | | | **Warranty** | | | | |
| **Katie Stumbo**<br>**2901 E Villa Theresa**<br>**Phoenix, AZ 85032** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125607** | | | **Warranty** | | | | |
| **Katie Williams Wood**<br>**526 Kohne Street**<br>**Pittsburgh, PA 15210** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108192** | | | **Warranty** | | | | |
| **Katina Hartzell**<br>**5128 State Route 121 S**<br>**Greenville, OH 45331** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5064682** | | | **Warranty** | | | | |
| **Katlyn Yarborough**<br>**833 Stonebrook Blvd**<br>**Nolensville, TN 37135** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5083338** | | | **Warranty** | | | | |
| **Katrina B Hawkins**<br>**116 Clyde Street**<br>**Hopwood, PA 15445** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. __2548__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129500** | | | Warranty | | | | |
| **Katrina Brandon 918 Wyoming Street Allentown, PA 18103** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5094042** | | | Warranty | | | | |
| **Katrina Brown 19970 Thompson Ridge Road Laurelville, OH 43135** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126126** | | | Warranty | | | | |
| **Katrina Fajbik 2413 Palm Street Tarentum, PA 15084** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123423** | | | Warranty | | | | |
| **Katrina Hein 650 north Sumner Ave Scranton, PA 18504** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5105275** | | | Warranty | | | | |
| **Katrina L Greco 1012 Manor Road New Kensington, PA 15068** | - | | | | | | |
| | | | | | | | 391.30 |

Sheet no. **2549** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

391.30

In re **Great Lakes Warranty Corporation** ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5106105** | | | Warranty | | | | |
| **Katrina N Scott 125 Antler Way Columbia, SC 29229** | - | | | X | X | | 0.00 |
| Account No. **5087802** | | | Warranty | | | | |
| **Katrina R Jones 2800 Spring Hill Drive Memphis, TN 38127** | - | | | X | X | | 0.00 |
| Account No. **5102797** | | | Warranty | | | | |
| **Katrina Sapiego 108 Susquehanna Ave West Pittston, PA 18643** | - | | | X | X | | 0.00 |
| Account No. **5131356** | | | Warranty | | | | |
| **Katrina T Lowe 325 Stotler Rd Pittsburgh, PA 15235** | - | | | X | X | | 0.00 |
| Account No. **5087002** | | | Warranty | | | | |
| **Katy A Peeling 424 Waupelani Drive State College, PA 16801** | - | | | X | X | | 0.00 |

Sheet no. **2550** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   0.00

In re **Great Lakes Warranty Corporation** ,                      Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5130302 | | | | Warranty | | | | |
| Kauffman Truss Inc 133 Cain Rd Fairplay, SC 29643 | - | | | | | | | |
| | | | | | | | | 317.80 |
| Account No. 5096513 | | | | Warranty | | | | |
| Kawaskie Scott 6605 Old Squaw Cove Memphis, TN 38141 | - | | | | | | | |
| | | | | | | | | 337.19 |
| Account No. 5117920 | | | | Warranty | | | | |
| Kay L Mottice 2306 Onahom circle NE Canton, OH 44705 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5085151 | | | | Warranty | | | | |
| Kay S Williams 605 Champions Drive Georgetown, TX 78628 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102815 | | | | Warranty | | | | |
| Kaya D Outen 349 Weddell Street Columbia, SC 29223 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2551** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     654.99

In re  **Great Lakes Warranty Corporation**                                          ,        Case No. _____

                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132247** | | | Warranty | | | | |
| **Kayce Barber** **319 W Day/Yell Springs Road Apt 235** **Fairborn, OH 45324** | - | | | X | X | | 0.00 |
| Account No. **5120738** | | | Warranty | | | | |
| **Kayce M Briney** **1816 Route 9** **Seaville, NJ 08230** | - | | | X | X | | 0.00 |
| Account No. **5132358** | | | Warranty | | | | |
| **Kayla Bodnar** **16808 Hampton Road** **Williamsport, MD 21795** | - | | | X | X | | 0.00 |
| Account No. **5128635** | | | Warranty | | | | |
| **Kayla Burton** **575 Broadway** **Americus, KS 66835** | - | | | X | X | | 0.00 |
| Account No. **5083248** | | | Warranty | | | | |
| **Kayla Caldwell** **204 Cord Rd  #5** **Corry, PA 16407** | - | | | X | X | | 0.00 |

Sheet no. **2552** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re   **Great Lakes Warranty Corporation**            ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105494** | | | Warranty | | | | |
| **Kayla J Martin**<br>**115 Fairview Avenue**<br>**Hartwell, GA 30643** | - | | | X | X | | 0.00 |
| Account No. **5108088** | | | Warranty | | | | |
| **Kayla L  Nice**<br>**131 Hursey Rd**<br>**Cadiz, OH 43907** | - | | | X | X | | 0.00 |
| Account No. **5110993** | | | Warranty | | | | |
| **Kayla Lengerich**<br>**10361 County Road 66A**<br>**St Marys, OH 45885** | - | | | X | X | | 0.00 |
| Account No. **5127265** | | | Warranty | | | | |
| **Kayla M ONeal**<br>**6060 Silverlake Rd**<br>**Reno, NV 89506** | - | | | X | X | | 0.00 |
| Account No. **5096634** | | | Warranty | | | | |
| **Kayla McCune**<br>**11740 Haywood Road**<br>**N Huntington, PA 15642** | - | | | X | X | | 0.00 |

Sheet no.**2553** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                  ,         Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5124036** | | | | **Warranty** | | | | |
| **Kayla Tansky** **13311 Fisher Rd** **Sigel, PA 15860** | | - | | | X | X | | 0.00 |
| Account No. **5122450** | | | | **Warranty** | | | | |
| **Kayla Wilcox** **222 48th St SE** **Canton, OH 44707** | | - | | | X | X | | 0.00 |
| Account No. **5107545** | | | | **Warranty** | | | | |
| **Kayle Palmer** **1226 Bailey Farm Rd** **Greensburg, PA 15601** | | - | | | X | X | | 0.00 |
| Account No. **5120152** | | | | **Warranty** | | | | |
| **Kaylee M Young** **427 Ashland Court** **Elyria, OH 44035** | | - | | | X | X | | 0.00 |
| Account No. **5121677** | | | | **Warranty** | | | | |
| **Kayleen Geist** **19348 South 189th St** **Queen Creek, AZ 85242** | | - | | | X | X | | 0.00 |

Sheet no. **2554** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** ,　　　Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131799** | | | | Warranty | | | | |
| **Keanna Tibbs** **847 Clover Leaf Ct** **Edgewood, MD 21040** | - | | | | X | X | | 0.00 |
| Account No. **5124668** | | | | Warranty | | | | |
| **Keaylon Hallmon** **3259 S. Senseney Cir** **Clarksville, TN 37042** | - | | | | X | X | | 0.00 |
| Account No. **5127479** | | | | Warranty | | | | |
| **Keenya Mathis** **2903 Bridge Lane** **Bethlehem, PA 18020** | - | | | | X | X | | 0.00 |
| Account No. **5096352** | | | | Warranty | | | | |
| **Kees Vandervelden** **252 Goldeye Court** **Holland, MI 49424** | - | | | | | | | 510.50 |
| Account No. **5089787** | | | | Warranty | | | | |
| **Keisha R Williams** **3941 Gaine Drive** **Clarksville, Tn 37040** | - | | | | X | X | | 0.00 |

Sheet no. **2555** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal

(Total of this page)

**510.50**

In re **Great Lakes Warranty Corporation**                          ,     Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5125493** | | | | Warranty | | | | |
| **Keisha Savage** **232 Briarwood** **West Berlin, NJ 08091** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128843** | | | | Warranty | | | | |
| **Keisha Veach** **431 Dandelion Road** **Millville, NJ 08332** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105235** | | | | Warranty | | | | |
| **Keith  Heenan** **3324 rovost Rd** **Pittsburgh, PA 15227** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106481** | | | | Warranty | | | | |
| **Keith  Holsing** **285 Swink Hill Road** **Connellsville, PA 15425** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132378** | | | | Warranty | | | | |
| **Keith  Kerner** **19241 ST Rt 114** **Cloverdale, OH 45827** | - | | | | | | | |
| | | | | | | | | **65.30** |

Sheet no. **2556** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **65.30**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5092674** | | | | Warranty | | | | |
| **Keith Lamotte**<br>**3302 Eleventh Street**<br>**Canton, OH 44710** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127870** | | | | Warranty | | | | |
| **Keith Renish**<br>**889 Woodlawn Ave**<br>**Phoenixville, PA 19460** | - | | | | | | | |
| | | | | | | | | **100.10** |
| Account No. **5122892** | | | | Warranty | | | | |
| **Keith Siegfried**<br>**1332 N Sloan**<br>**Las Vegas, NV 89110** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5077376** | | | | Warranty | | | | |
| **Keith Smith**<br>**2811 Legendary Court**<br>**Silver Spring, MD 20906** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118041** | | | | Warranty | | | | |
| **Keith Williams**<br>**13231 N 31st St**<br>**Phoenix, AZ 85032** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2557** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**100.10**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5124961 | | | Warranty | | | | |
| Keith A Holloway 713 Stonecrest Maryville, TN 37804 | - | | | X | X | | 0.00 |
| Account No. 5095027 | | | Warranty | | | | |
| Keith A McKnabb 10761 Salem Rd Athens, OH 45701 | - | | | X | X | | 0.00 |
| Account No. 5081327 | | | Warranty | | | | |
| Keith A Backus Jr 725 Tenth Avenue New Brighton, PA 15066 | - | | | X | X | | 0.00 |
| Account No. 5092376 | | | Warranty | | | | |
| Keith A Dewitz 9001 Rohrer Road Orrville, OH 44667 | - | | | | | | 787.41 |
| Account No. 5077656 | | | Warranty | | | | |
| Keith A Johnson 10436 Smith Road Chatham, OH 44253 | - | | | X | X | | 0.00 |

Sheet no. 2558 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  787.41

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5111492** | | | Warranty | | | | |
| **Keith A Monick**<br>**4075 Maplelynn St SW**<br>**Canton, OH 44706** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5101762** | | | Warranty | | | | |
| **Keith A Sotiroff**<br>**3605 Maxwell Court**<br>**Bloomfield, MI 48304** | - | | | | | | |
| | | | | | | | **248.79** |
| Account No. **2023996** | | | Warranty | | | | |
| **Keith A. Hohing**<br>**423 White Horse Pike**<br>**Haddon Heights, NJ 08035** | - | | | | | | |
| | | | | | | | **362.50** |
| Account No. **5118755** | | | Warranty | | | | |
| **Keith B Dupler**<br>**7072 Wood Rd**<br>**Albany, OH 45710** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5119145** | | | Warranty | | | | |
| **Keith B Magnant**<br>**11161 Barbizon Circle East**<br>**Jacksonville, FL 32257** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **2559** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**611.29**

In re **Great Lakes Warranty Corporation** ,                                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5110369 | | | | | Warranty | | | | |
| Keith Banksdale 1624 Chickering Road Nashville, TN 37215 | - | | | | | | | | 179.25 |
| Account No. 2025231 | | | | | Warranty | | | | |
| Keith Barrett 1107 Myatt Loop Burns, TN 37029 | - | | | | | | | | 667.48 |
| Account No. 5129450 | | | | | Warranty | | | | |
| Keith Bauer 7399 East Shafer Ridge Rd Milltown, IN 47145 | - | | | | | X | X | | 0.00 |
| Account No. 5118239 | | | | | Warranty | | | | |
| Keith Best 2224 N Sydenham Philadelphji, PA 19122 | - | | | | | X | X | | 0.00 |
| Account No. 5097673 | | | | | Warranty | | | | |
| Keith Bonzani 1029 Martin Ave New Kensington, PA 15068 | - | | | | | | | | 137.64 |

Sheet no. **2560** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               984.37

In re **Great Lakes Warranty Corporation**                                  , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5082058** | | | Warranty | | | | |
| **Keith C Brown**<br>**1805 4th St**<br>**S Connellsville, PA 15425** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5068422** | | | Warranty | | | | |
| **Keith Carpenter**<br>**20420 Ranger Lane**<br>**Freeport, OH 43973** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5094115** | | | Warranty | | | | |
| **Keith Carter**<br>**217 Ora Wrighter Drive**<br>**Buffalo, NY 14204** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123527** | | | Warranty | | | | |
| **Keith Collins**<br>**813 Shoal Creek**<br>**Arab, AL 35016** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119439** | | | Warranty | | | | |
| **Keith Creyer**<br>**4540 Main St**<br>**Slatington, PA 18080** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2561** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5122630** | | | | | Warranty | | | | |
| **Keith D Hampton** **335 Lechner Ave** **Columbus, OH 43223** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5106850** | | | | | Warranty | | | | |
| **Keith E Neidig** **501 Cibey Street** **Aristes, PA 17920** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5064292** | | | | | Warranty | | | | |
| **Keith Elliott Emery** **2706 Seastrand Lane** **Mt Peasant, SC 29466** | - | | | | | | | | |
| | | | | | | | | | 668.95 |
| Account No. **5093314** | | | | | Warranty | | | | |
| **Keith Farson** **7780 Vore Ridge Road** **Athens, OH 45704** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5073142** | | | | | Warranty | | | | |
| **Keith Fisk** **1086 Chickadee Trail** **Kingston Springs, TN 37082** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2562** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                      Subtotal
                                            (Total of this page)                       668.95

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5092019** | | | Warranty | | | | |
| Keith G Pfister 6389 Temple Road Franklin, TN 37069 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5077640** | | | Warranty | | | | |
| Keith Gregg 6524 Edinburgh Drive Nashville, TN 37221 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5127372 | | | Warranty | | | | |
| Keith Hicks 1926 Wilkonstown Road Parsons, TN 38363 | - | | | | | | |
| | | | | | | | 291.50 |
| Account No. 5123865 | | | Warranty | | | | |
| Keith Hunter 309 Overbrook Rd Dallas, PA 18612 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5124920 | | | Warranty | | | | |
| Keith J Willison 6951 Glades Pike Somerset, PA 15501 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2563** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          291.50

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5117577 | | | Warranty | | | | |
| Keith L Johnson 673 Bighorn Creek Street Henderson, NV 89002 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5109076 | | | Warranty | | | | |
| Keith Lynn 12070 Sand Hill Manor Drive Marriottsville, MD 21104 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5130920 | | | Warranty | | | | |
| Keith M Haney 6380 Appleseed Pl Huber Heights, OH 45424 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5068501 | | | Warranty | | | | |
| Keith Maddock 800 6th Ave  Apt 19A New York, NY 10001 | - | | | | | | |
| | | | | | | | 624.80 |
| Account No. 5132534 | | | Warranty | | | | |
| Keith Mathias 5799 Rushwood Drive Dublin, OH 43017 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2564** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

624.80

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123676** | | | | Warranty | | | | |
| **Keith Michael Husar** **157 Sharie St** **Philipsburg, PA 16866** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127571** | | | | Warranty | | | | |
| **Keith Miller** **26 Ailanthus Lane** **Levittown, PA 19055** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5099148** | | | | Warranty | | | | |
| **Keith P Jones** **901 North Summerfield Drive** **Madison, TN 37115** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111807** | | | | Warranty | | | | |
| **Keith R Crawford** **163 Drifting Drive** **Kittanning, PA 16201** | - | | | | | | | |
| | | | | | | | | **1,163.00** |
| Account No. **5117812** | | | | Warranty | | | | |
| **Keith R Dougherty** **2 Stratford Avenue** **Trenton, NJ 08618** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**2565** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,163.00**

In re  **Great Lakes Warranty Corporation**                                      ,        Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5111015** | | | | Warranty | | | | |
| **Keith R Foore** **26 Elbow Lane** **Lansdale, PA 19446** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118241** | | | | Warranty | | | | |
| **Keith R Graham** **2829 West Sahara Ave  No 11** **Las Vegas, NV 89102** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089881** | | | | Warranty | | | | |
| **Keith R Kulow** **PO Box 649** **Shalimar, FL 32579** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112597** | | | | Warranty | | | | |
| **Keith Roberts** **624 Ilata Avenue** **Lima, OH 45805** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089284** | | | | Warranty | | | | |
| **Keith S Israel** **1218 Hemlock Street  304D** **WPAFB, OH 45433** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2566** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re  **Great Lakes Warranty Corporation**                                    ,  Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5102023** | | | | | Warranty | | | | |
| **Keith Sanders** **1239 41 Rose Street** **Plainfield, NJ 07060** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5105234** | | | | | Warranty | | | | |
| **Keith Smith** **520 Bon Ox Rd** **Gettysburg, PA 17325** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5110349** | | | | | Warranty | | | | |
| **Keith T Bedell** **18416 N 46th Place** **Phoenix, AZ 85032** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5119785** | | | | | Warranty | | | | |
| **Keith T Hustosky** **125 Wyndffield Dr** **Mt Pleasant, PA 15666** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5123188** | | | | | Warranty | | | | |
| **Keith Tabler** **10855 Dowler Ridge Road** **New Marshfield, OH 45766** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2567** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5075349 | | | Warranty | | | | |
| Keith Tanis 1102 Spring Meadow Drive Quakertown, PA 18951 | - | | | | | | 867.00 |
| Account No. 5110778 | | | Warranty | | | | |
| Keith Tinkham 185 Avonshire Drive Summerville, SC 29483 | - | | | X | X | | 0.00 |
| Account No. 5076139 | | | Warranty | | | | |
| Keith W Anderson 936 Jefferson Drive Clairton, PA 15025 | - | | | X | X | | 0.00 |
| Account No. 5087810 | | | Warranty | | | | |
| Keith Williams 2650 Country Glade Drive Cordova, TN 38016 | - | | | X | X | | 0.00 |
| Account No. 5132230 | | | Warranty | | | | |
| Keith Wilson 7940 West 102nd Street Palos Hills, IL 60456 | - | | | X | X | | 0.00 |

Sheet no. <u>2568</u> of <u>4906</u> sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 867.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5105120** | | | | | **Warranty** | | | | |
| **Kelita J Duncan** **517 Michigan Street  Apt 1** **Pittsburgh, PA 15210** | - | | | | | X | X | | 0.00 |
| Account No. **5124037** | | | | | **Warranty** | | | | |
| **Kelle  Squires** **1357 Drey Street** **Arnold, PA 15068** | - | | | | | X | X | | 0.00 |
| Account No. **5093639** | | | | | **Warranty** | | | | |
| **Kelley A Clark** **3 Frankhoover Street** **Uniontown, PA 15401** | - | | | | | X | X | | 0.00 |
| Account No. **5109559** | | | | | **Warranty** | | | | |
| **Kelley A Ramirez** **205A Community Drive** **Reading, PA 19607** | - | | | | | X | X | | 0.00 |
| Account No. **5108617** | | | | | **Warranty** | | | | |
| **Kelley B Ellebruch** **5790 Deerview Lane** **Medina, OH 44256** | - | | | | | X | X | | 0.00 |

Sheet no. **2569** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5095457** | | | | | **Warranty** | | | | |
| **Kelley D Stephens** **88 N Main Street** **Greenwich, OH 44837** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131547** | | | | | **Warranty** | | | | |
| **Kelley Davis** **611 National Drive** **Pittsburgh, PA 15235** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5083415** | | | | | **Warranty** | | | | |
| **Kelley E McGrady** **1023 Percy Warner Boulevard** **Nashville, TN 37205** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5103350** | | | | | **Warranty** | | | | |
| **Kelley Fry** **250 Hemingway Lane** **Fort Mill, SC 29708** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5087269** | | | | | **Warranty** | | | | |
| **Kelley Holland** **396 Wyoga Lake Boulevard** **Stow, OH 44224** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2570** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5084778** | | | | | Warranty | | | | |
| **Kelley Lafferty** **175 W 90th Street  Suite 12K** **New York, NY 10024** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5068779** | | | | | Warranty | | | | |
| **Kelley Perkins** **129 Salina Ln** **Goose Creek, SC 29445** | - | | | | | | | | |
| | | | | | | | | | 590.00 |
| Account No. **5096798** | | | | | Warranty | | | | |
| **Kelley R Sadler** **296 Greenfield Road** **Star Junction, PA 15482** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5099537** | | | | | Warranty | | | | |
| **Kelli Burke** **98 North Hill Top Drive** **Southampton, PA 18966** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5124239** | | | | | Warranty | | | | |
| **Kelli Flanigan** **815 Bristol Dr** **Smyrna, TN 37167** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**2571**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

590.00

In re **Great Lakes Warranty Corporation** _____,    Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131103** | | | | Warranty | | | | |
| **Kelli Kersten**<br>**408 Village of Searight**<br>**Uniontown, PA 15401** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129679** | | | | Warranty | | | | |
| **Kelli L Gregory**<br>**55 Scout Ave**<br>**Pittsburgh, PA 15210** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091200** | | | | Warranty | | | | |
| **Kelli M Canonge**<br>**102 Francis Street**<br>**Coraopolis, PA 15108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129798** | | | | Warranty | | | | |
| **Kelli Morant**<br>**2644 Northfield Drive**<br>**East Petersburgh, PA 17520** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104852** | | | | Warranty | | | | |
| **Kelli N Appel**<br>**1613 N Market Street**<br>**Frederick, MD 21701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2572** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5092632** | | | | | **Warranty** | | | | |
| **Kelli Smith** **1062 Diamond Way** **Sandy, UT 84094** | - | | | | | | | | **3,056.00** |
| Account No. **5079830** | | | | | **Warranty** | | | | |
| **Kelli Stiles** **15148 East Marathon Drive** **Fountain Hills, AZ 85268** | - | | | | | X | X | | **0.00** |
| Account No. **5122146** | | | | | **Warranty** | | | | |
| **Kellie L Vetterly** **824 Kingsto Dr** **McDonald, PA 15057** | - | | | | | X | X | | **0.00** |
| Account No. **5106149** | | | | | **Warranty** | | | | |
| **Kellie M Smith** **2837 Jamestown Road** **Crooksville, OH 43731** | - | | | | | X | X | | **0.00** |
| Account No. **5122381** | | | | | **Warranty** | | | | |
| **Kelly  Allred** **7909 Bonita Dr** **Scottsdale, AZ 85020** | - | | | | | X | X | | **0.00** |

Sheet no.**2573** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,056.00**

In re   **Great Lakes Warranty Corporation**           ,    Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5119099** | | | | **Warranty** | | | | |
| **Kelly Holmes**<br>**PO Box 142**<br>**Kresgeville, PA 18333** | - | | | | X | X | | 0.00 |
| Account No. **5102801** | | | | **Warranty** | | | | |
| **Kelly Peurifoy**<br>**216 Lakeside Drive**<br>**Chapin, SC 29026** | - | | | | X | X | | 0.00 |
| Account No. **5092180** | | | | **Warranty** | | | | |
| **Kelly A Damelio**<br>**406 Main Street**<br>**Juliustown, NJ 08042** | - | | | | X | X | | 0.00 |
| Account No. **5100452** | | | | **Warranty** | | | | |
| **Kelly A Korchnak White**<br>**4444 South Boulevard Apt 11**<br>**Canton, OH 44718** | - | | | | X | X | | 0.00 |
| Account No. **5120599** | | | | **Warranty** | | | | |
| **Kelly A Martin**<br>**904 West Carroll St**<br>**Saint Clair, PA 17970** | - | | | | X | X | | 0.00 |

Sheet no.**2574** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5092495** | | | | Warranty | | | | |
| **Kelly A Martin** **5518 Buckeye Street** **Wright Patterson AFB, OH 45433** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131388** | | | | Warranty | | | | |
| **Kelly A Mehall** **1306 Million Dollar Hwy** **Kercey, PA 15846** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116082** | | | | Warranty | | | | |
| **Kelly A Postlewaite** **1229 Martin Drive** **Cincinnati, OH 45202** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112132** | | | | Warranty | | | | |
| **Kelly A Rogers** **2406 Laurelwood Drive** **Columbia, OH 43229** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120577** | | | | Warranty | | | | |
| **Kelly A Zenner** **7974 Township Rd  140 NW** **Rushville, OH 43150** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2575** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   0.00

In re   **Great Lakes Warranty Corporation**                          ,     Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5105048** | | | | Warranty | | | | |
| **Kelly Adamson 3856 E Hampton Mesa, AZ 85206** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126574** | | | | Warranty | | | | |
| **Kelly Ann Fisher 845 Fritztown Road Reading, PA 19608** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101459** | | | | Warranty | | | | |
| **Kelly Bajack 111 Bajack Lane Tarentum, PA 15084** | - | | | | | | | |
| | | | | | | | | 301.03 |
| Account No. **5105443** | | | | Warranty | | | | |
| **Kelly Bryant 1305 Otay Street Nashville, TN 37216** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103017** | | | | Warranty | | | | |
| **Kelly Bugden 806 Norwich Court Harrisburg, PA 17112** | - | | | | | | | |
| | | | | | | | | 325.02 |

Sheet no.**2576** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

626.05

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5105877** | | | | **Warranty** | | | | |
| **Kelly C Smith** **55 Cobb Avenue** **Pittsburgh, PA 15205** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5049706** | | | | **Warranty** | | | | |
| **Kelly Champion** **2331 Clarksville Rd** **Clarksville, Oh 45113** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129109** | | | | **Warranty** | | | | |
| **Kelly DeVite** **117 Kingswood Road** **New Castle, PA 16105** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5096485** | | | | **Warranty** | | | | |
| **Kelly Donachy** **105 Charlemagne Drive** **Butler, PA 16002** | - | | | | | | | |
| | | | | | | | | **25.99** |
| Account No. **5107078** | | | | **Warranty** | | | | |
| **Kelly Duke** **178 Abby Road** **Galliztin, TN 37066** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2577** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

**25.99**

In re **Great Lakes Warranty Corporation** _____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5125410** | | | | | **Warranty** | | | | |
| **Kelly Ernst 6925 Fielders Way Middletown, OH 45042** | - | | | | | X | X | | 0.00 |
| Account No. **5104479** | | | | | **Warranty** | | | | |
| **Kelly F Thrasher 10 Larch Lane Denver, PA 17517** | - | | | | | X | X | | 0.00 |
| Account No. **5128040** | | | | | **Warranty** | | | | |
| **Kelly Gancarek 8312 Spinnaker Cove Drive Las Vegas, NV 89117** | - | | | | | X | X | | 0.00 |
| Account No. **5125597** | | | | | **Warranty** | | | | |
| **Kelly Gardner 1822 Downing Street Memphis, TN 38117** | - | | | | | X | X | | 0.00 |
| Account No. **5127384** | | | | | **Warranty** | | | | |
| **Kelly Grant 20 Henry Drive Struthers, OH 44471** | - | | | | | X | X | | 0.00 |

Sheet no. **2578** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5080757** | | | | **Warranty** | | | | |
| **Kelly I Casey** **511 Lee Road** **Follansbee, WV 26037** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5097604** | | | | **Warranty** | | | | |
| **Kelly J Hensley** **2500 Fisher Road** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5071959** | | | | **Warranty** | | | | |
| **Kelly J Hugo** **3401 Niagra Road** **Annapolis, MD 21403** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093846** | | | | **Warranty** | | | | |
| **Kelly J Miller** **232 Fairhawn Avenue** **Mansfield, OH 44903** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5073235** | | | | **Warranty** | | | | |
| **Kelly J Turner** **347 Keely Road** **Franklin, PA 16323** | - | | | | | | | |
| | | | | | | | | **179.00** |

Sheet no. **2579** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                                    **179.00**
(Total of this page)

In re **Great Lakes Warranty Corporation**          Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5087329** | | | | | **Warranty** | | | | |
| **Kelly Johnson III** **2015 Hickory Hill Lane** **Hermitage, TN 37076** | - | | | | | X | X | | 0.00 |
| Account No. **5101465** | | | | | **Warranty** | | | | |
| **Kelly Jones** **9349 Ram Cliff Place** **Las Vegas, NV 89178** | - | | | | | X | X | | 0.00 |
| Account No. **5077260** | | | | | **Warranty** | | | | |
| **Kelly Kelp** **11812 Grandstone Lane** **Montgomery, OH 45249** | - | | | | | X | X | | 0.00 |
| Account No. **5116086** | | | | | **Warranty** | | | | |
| **Kelly Kosa** **3527 Glen Avenue** **Easton, PA 18045** | - | | | | | X | X | | 0.00 |
| Account No. **5076134** | | | | | **Warranty** | | | | |
| **Kelly Krefting** **919 Yesterday Lane** **Medina, OH 44256** | - | | | | | X | X | | 0.00 |

Sheet no. **2580** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                 (Total of this page)      0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                          ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5121373 | | | | Warranty | | | | |
| Kelly L Heaton 1215 Sherwood Dr Elizabeth, PA 15037 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108616 | | | | Warranty | | | | |
| Kelly L Chaklos 305 S Balliet Street Frackville, PA 17931 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103276 | | | | Warranty | | | | |
| Kelly L Kruper 112 Country Club Drive  PO Box 42 Jones Mills, PA 15646 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122882 | | | | Warranty | | | | |
| Kelly L Murphy 258 E 6th St  Apt No 2 Waterford, PA 16441 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119597 | | | | Warranty | | | | |
| Kelly L Presutti 951 Pittsburgh St Springdale, PA 15144 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2581** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5049588** | | | | **Warranty** | | | | |
| **Kelly L Schake 658 Meaowbrook Rd Murrysville, PA 15668** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5068774** | | | | **Warranty** | | | | |
| **Kelly Lawrence PO Box 3071 EMC Casa Grande, AZ 85222** | - | | | | | | | |
| | | | | | | | | 95.00 |
| Account No. **5122113** | | | | **Warranty** | | | | |
| **Kelly Lester 2513 Anna St Beaver Falls, PA 15010** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109283** | | | | **Warranty** | | | | |
| **Kelly M Dabrowski 1278 E 28th Street Erie, PA 16504** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **5087987** | | | | **Warranty** | | | | |
| **Kelly M Hickey 162 E Brookside Avenue Akron, OH 44301** | - | | | | | | | |
| | | | | | | | | 350.58 |

Sheet no.**2582** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **445.58**

In re  **Great Lakes Warranty Corporation**  ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5118007** | | | **Warranty** | | | | |
| **Kelly M Miller**<br>**1235 McNeily Rd**<br>**Pittsburgh, PA 15216** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099732** | | | **Warranty** | | | | |
| **Kelly M Porter**<br>**525 Harding Avenue**<br>**Massillon, OH 44646** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125922** | | | **Warranty** | | | | |
| **Kelly McCafferty**<br>**24 Prospect St**<br>**Union City, PA 16438** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132014** | | | **Warranty** | | | | |
| **Kelly Miranda**<br>**72 Lake Valhalla**<br>**East Stroudsburg, PA 18301** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122870** | | | **Warranty** | | | | |
| **Kelly Monoski**<br>**55 N River St**<br>**Wilkes Barre, PA 18702** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2583** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**          ,    Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5091762** | | | Warranty | | | | |
| **Kelly Ontrop** **3848 Philothea Road** **Coldwater, OH 45828** | - | | | X | X | | 0.00 |
| Account No. **5120322** | | | Warranty | | | | |
| **Kelly Pitsenberger** **1055 Cedarview Lane** **Franklin, TN 37067** | - | | | | | | 484.00 |
| Account No. **5114300** | | | Warranty | | | | |
| **Kelly Poplawski** **4122 E Canandaigua Road** **Walworth, NV 14568** | - | | | X | X | | 0.00 |
| Account No. **5081616** | | | Warranty | | | | |
| **Kelly R Kowalski** **508 Crescent Avenue** **Ellwood City, PA 16117** | - | | | X | X | | 0.00 |
| Account No. **5123844** | | | Warranty | | | | |
| **Kelly R Neal** **722 Poplar St** **Nelsonville, OH 45764** | - | | | X | X | | 0.00 |

Sheet no. **2584** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **484.00**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128331** | | | | Warranty | | | | |
| **Kelly Reed** **312 WAlnut Hill** **Havertown, PA 19083** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112305** | | | | Warranty | | | | |
| **Kelly Rhodes** **7424 Ferry Road  Box 105** **Point Pleasant, PA 18950** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5036771** | | | | Warranty | | | | |
| **Kelly Riegel** **15888 Conneaut Lake Rd** **Meadville, PA 16335** | - | | | | | | | |
| | | | | | | | | **1,256.00** |
| Account No. **5123407** | | | | Warranty | | | | |
| **Kelly S Mullins** **2071 Three Degree Rd** **Valencia, PA 16059** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5065938** | | | | Warranty | | | | |
| **Kelly Saunders** **4106 Harvey Avenue** **Munhall, PA 15120** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2585** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,256.00**

In re  **Great Lakes Warranty Corporation**                 ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100862** | | | | **Warranty** | | | | |
| **Kelly Shannon** **7083 White Pine Lane** **Mechanicsville, VA 23111** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125470** | | | | **Warranty** | | | | |
| **Kelly Stephens** **119 E. MAin Street** **Versailles, OH 45380** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113932** | | | | **Warranty** | | | | |
| **Kelly Thomas** **1779 Messner DRive** **Hilliard, OH 43026** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131953** | | | | **Warranty** | | | | |
| **Kelly Turner** **5043 Coulson Drive** **Dayton, OH 45418** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5068324** | | | | **Warranty** | | | | |
| **Kelly Wells** **1121 Claysburg Road Lot 8** **Greenwich, OH 44837** | - | | | | | | | |
| | | | | | | | | 758.35 |

Sheet no. **2586** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
               (Total of this page)     **758.35**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5105686 | | | | Warranty | | | | |
| Kelly Wible 196 B Commodore Drive Perryopolis, PA 15473 | - | | | | X | X | | 0.00 |
| Account No. 5111337 | | | | Warranty | | | | |
| Kelly Wysong 837 S Central Fairborn, OH 45324 | - | | | | X | X | | 0.00 |
| Account No. 5094058 | | | | Warranty | | | | |
| Kemar  Smith 3748 Frosthoffen Avenue Pennsauken, NJ 08110 | - | | | | X | X | | 0.00 |
| Account No. 5109898 | | | | Warranty | | | | |
| Kemishie Walker 1719 Jimmy Cove Lavergne, TN 37086 | - | | | | X | X | | 0.00 |
| Account No. 5086911 | | | | Warranty | | | | |
| Ken  Emerson 635 S Buena Vista Gilbert, AZ 85296 | - | | | | X | X | | 0.00 |

Sheet no. **2587** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re     **Great Lakes Warranty Corporation**                                   ,          Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5125670** | | | | | **Warranty** | | | | |
| **Ken Halford** **2400 Crest Moore Suite 211C** **Nashville, TN 37215** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5116758** | | | | | **Warranty** | | | | |
| **Ken Hromanik** **515 Tomahawk Drive** **Elizabeth, PA 15037** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5070166** | | | | | **Warranty** | | | | |
| **Ken Kahren** **3032 Cherry Lane** **Northbrook, IL 60062** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5102167** | | | | | **Warranty** | | | | |
| **Ken Min** **210 Bucktail Drive** **Middeltown, DE 19709** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5098215** | | | | | **Warranty** | | | | |
| **Ken Nelson** **7501 Cannon Run Drive** **Rockford, MI 49341** | - | | | | | | | | |
| | | | | | | | | | **761.00** |

Sheet no.**2588** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **761.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095968** | | | Warranty | | | | |
| **Ken  Petty** **23301 Friar Tuck Lane** **Edmonds, WA 98020** | - | | | X | X | | 0.00 |
| Account No. **5130536** | | | Warranty | | | | |
| **Ken Adams** **13258 Ontario St** **Meadville, PA 16335** | - | | | | | | 280.32 |
| Account No. **5058245** | | | Warranty | | | | |
| **Ken Armstrong** **9041 E Maple Leaf Dr** **Tucson, AZ 85710** | - | | | | | | 470.00 |
| Account No. **5128166** | | | Warranty | | | | |
| **Ken Barkan** **3105 Avalon Road** **Carrollton, OH 44615** | - | | | | | | 276.45 |
| Account No. **5089745** | | | Warranty | | | | |
| **Ken Boyd** **213 Blithe Street** **Green Bay, WI 54303** | - | | | X | X | | 0.00 |

Sheet no. **2589** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,026.77**

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5118092 | | | Warranty | | | | |
| Ken Burkett 3201 Saxon Lane South Lake, TX 76092 | - | | | | | | 381.50 |
| Account No. 5091517 | | | Warranty | | | | |
| Ken Cataldi 1030 Hilltop Road Warminster, PA 18974 | - | | | | | | 521.00 |
| Account No. 5101363 | | | Warranty | | | | |
| Ken D Emerson 635 S Buena Vista Gilbert, AZ 85296 | - | | | X | X | | 0.00 |
| Account No. 5070989 | | | Warranty | | | | |
| Ken Darwin 1025 Salt Lick Ln Camp Verde, AZ 86322 | - | | | X | X | | 0.00 |
| Account No. 5111249 | | | Warranty | | | | |
| Ken Harlan 452 Trusel Road Portersville, PA 16651 | - | | | X | X | | 0.00 |

Sheet no. **2590** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          902.50

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5110611** | | Warranty | | | | | | |
| **Ken L Trail** **339 Dora Drive** **Elizabeth, PA 15037** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109262** | | Warranty | | | | | | |
| **Ken Nair** **3513 E Onyx  A2** **Phoenix, AZ 85028** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087968** | | Warranty | | | | | | |
| **Ken Opalenick** **2210 Loblolly Court** **Wilmington, NC 28412** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106244** | | Warranty | | | | | | |
| **Ken Pitzer** **1035 Beckford Street** **New Castle, PA 16101** | - | | | | | | | |
| | | | | | | | | **554.36** |
| Account No. **5089275** | | Warranty | | | | | | |
| **Ken Pond** **124 Crowder** **St Marys, OH 45885** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2591** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**554.36**

In re   **Great Lakes Warranty Corporation**                                                ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5102086** | | | | Warranty | | | | |
| **Ken Raimondi** **1417 Tribble Run Drive** **Lawrenceville, GA 30045** | - | | | | X | X | | 0.00 |
| Account No. **5129238** | | | | Warranty | | | | |
| **Ken Robertson** **9103 Gasserway Ct** **Brentwood, TN 37027** | - | | | | X | X | | 0.00 |
| Account No. **5118174** | | | | Warranty | | | | |
| **Ken Rogers** **26944 State Route 30** **Kensington, OH 44427** | - | | | | X | X | | 0.00 |
| Account No. **5125457** | | | | Warranty | | | | |
| **Ken Smigo** **4418 Crosland Road** **Philadelphia, PA 19154** | - | | | | X | X | | 0.00 |
| Account No. **5099574** | | | | Warranty | | | | |
| **Ken Vanover** **3718 B Central Avenue** **Nashville, TN 37205** | - | | | | X | X | | 0.00 |

Sheet no. **2592** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re    **Great Lakes Warranty Corporation**                                          ,     Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5083247** | | | | Warranty | | | | |
| **Kendale LeFebvre** **102 Engle Road** **Industry, PA 15052** | - | | | | | | | |
| | | | | | | | | **283.19** |
| Account No. **5096451** | | | | Warranty | | | | |
| **Kendall P Lachermeier** **4421 E Turquoise Avenue** **Phoenix, AZ 85028** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114263** | | | | Warranty | | | | |
| **Kendra  Primm** **1030 Denman Avenue** **Coshocton, OH 43812** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129926** | | | | Warranty | | | | |
| **Kendra Johnson** **45 Winfough Street** **Coalton, OH 45621** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107553** | | | | Warranty | | | | |
| **Kendra L Rausch** **23844 Woodstock Rd** **Milford Center, OH 43045** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2593**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

283.19

In re   **Great Lakes Warranty Corporation**                                   ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100618** | | | Warranty | | | | |
| **Kendra Rasmussen 101 W Hannison Wapak, OH 45895** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101943** | | | Warranty | | | | |
| **Kendrick L Cavil 8500 Sweet Oaks CV Germantown, TN 38138** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088931** | | | Warranty | | | | |
| **Kendrick Merrill Louden 1627 Willow Creek Drive Columbia, SC 29212** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111224** | | | Warranty | | | | |
| **Kenia Hernandez 3559 East Caudrilla Lane Yuma, AZ 85365** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5064816** | | | Warranty | | | | |
| **Kenisha Bolden 37 Whispering Dr Trotwood, OH 45426** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**2594** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                             0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5125742 | | | | Warranty | | | | |
| Kennedy Phillip 107 E 56th St Brooklyn, NY 11203 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5073468 | | | | Warranty | | | | |
| Kenneth Carroll 613 Ogden Avenue Swarthmore, PA 19081 | - | | | | | | | |
| | | | | | | | | 157.64 |
| Account No. 5127350 | | | | Warranty | | | | |
| Kenneth Cecco 507 Colfelt Ct Exton, PA 19341 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5101628 | | | | Warranty | | | | |
| Kenneth DiRoberto 5732 Keystone Crewst St North Las Vegas, NV 89081 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110148 | | | | Warranty | | | | |
| Kenneth Douglas 804 W Eighth Avenue Emporia, KS 66801 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2595** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

157.64

In re **Great Lakes Warranty Corporation** _____ ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5118455 | | | | Warranty | | | | |
| Kenneth Hart 35 Oakmont Dr Concord, NH 03301 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107064 | | | | Warranty | | | | |
| Kenneth Kramer 5226 Glenwood Erie, PA 16509 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123000 | | | | Warranty | | | | |
| Kenneth Rugg 571 Mae West Rd Confluence, PA 15424 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5079780 | | | | Warranty | | | | |
| Kenneth Schaftel 10105 E Bella Vista Drive Scottsdale, AZ 85258 | - | | | | | | | |
| | | | | | | | | 446.00 |
| Account No. 5127189 | | | | Warranty | | | | |
| Kenneth Tesch 9711 Kennet Sq Apt A Bolivar, OH 44612 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2596** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal              446.00
(Total of this page)

In re **Great Lakes Warranty Corporation**         Case No. _____

_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132249** | | | | **Warranty** | | | | |
| **Kenneth Watson Jr 4084 Fer Don Road Dayton, OH 45405** | - | | | | X | X | | 0.00 |
| Account No. **5128278** | | | | **Warranty** | | | | |
| **Kenneth A Bailey 150 Nicholas St Plymouth, OH 44865** | - | | | | X | X | | 0.00 |
| Account No. **5122431** | | | | **Warranty** | | | | |
| **Kenneth A Banks Jr 1911 Riverdale Rd Columbus, OH 43232** | - | | | | X | X | | 0.00 |
| Account No. **5123666** | | | | **Warranty** | | | | |
| **Kenneth A Bruce 285 Sherman St Fallon, NV 89406** | - | | | | X | X | | 0.00 |
| Account No. **5131518** | | | | **Warranty** | | | | |
| **Kenneth A Grimm 1914 Nevada St Wellsville, OH 43918** | - | | | | X | X | | 0.00 |

Sheet no. **2597** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,    Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125178** | | | | **Warranty** | | | | |
| **Kenneth A Panfile 3336 Sherman Valley Hopewell, PA 16650** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123704** | | | | **Warranty** | | | | |
| **Kenneth A Persons 32374 Evergreen St NW Cambridge, MN 55008** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088077** | | | | **Warranty** | | | | |
| **Kenneth A Torgeson 228 Debus Street Leechburg, TN 38464** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090097** | | | | **Warranty** | | | | |
| **Kenneth A Zambelli 31016 N 41st Place Cave Creek, AZ 85331** | | - | | | | | | |
| | | | | | | | | 452.90 |
| Account No. **5131258** | | | | **Warranty** | | | | |
| **Kenneth Alloway III 6B J Avenue West Wildwood, NJ 08260** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2598** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

452.90

In re **Great Lakes Warranty Corporation**,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122740** <br><br> **Kenneth Anderson** <br> **3642 Grove lande** <br> **Idaho Falls, ID 83404** | - | | Warranty | X | X | | 0.00 |
| Account No. **5095710** <br><br> **Kenneth B King** <br> **3585 Peninsula Dr** <br> **Akron, OH 44319** | - | | Warranty | | | | 245.25 |
| Account No. **5132176** <br><br> **Kenneth Bell** <br> **1211 Montour Road** <br> **Louisville, PA 17047** | - | | Warranty | X | X | | 0.00 |
| Account No. **5125797** <br><br> **Kenneth Brown** <br> **5438 Senour Drive** <br> **West Chester, OH 45069** | - | | Warranty | | | | 494.55 |
| Account No. **5109372** <br><br> **Kenneth Brunette** <br> **1245 Old Plank Road** <br> **Milford, MI 48381** | - | | Warranty | | | | 1,592.50 |

Sheet no.**2599** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

        Subtotal <br> (Total of this page)      **2,332.30**

In re **Great Lakes Warranty Corporation**         Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5088060** | | | | **Warranty** | | | | |
| **Kenneth Burkhart** **386 Lauschtown Rd** **Denver, PA 17517** | - | | | | X | X | | 0.00 |
| Account No. **5118835** | | | | **Warranty** | | | | |
| **Kenneth Burns** **1213 Barnwell Bluff** **Beaufort, SC 29902** | - | | | | X | X | | 0.00 |
| Account No. **5122351** | | | | **Warranty** | | | | |
| **Kenneth C Anderson** **1013 Imperial Dr** **Pittsburgh, PA 15236** | - | | | | X | X | | 0.00 |
| Account No. **5088388** | | | | **Warranty** | | | | |
| **Kenneth C Haggerty** **212 Shepherd Road** **Cherry Tree, PA 15724** | - | | | | X | X | | 0.00 |
| Account No. **5091326** | | | | **Warranty** | | | | |
| **Kenneth C Miller** **7674 Cooley Road** **Ravenna, Oh 44266** | - | | | | X | X | | 0.00 |

Sheet no. **2600** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5106763 | | | Warranty | | | | | |
| Kenneth C Ware 139 Brushwood Road Apt A 10 Uniontown, PA 15401 | - | | | | X | X | | 0.00 |
| Account No. 5129028 | | | Warranty | | | | | |
| Kenneth Camp 40 Chapman Blvd Apt K1 Somers Point, NJ 08244 | - | | | | X | X | | 0.00 |
| Account No. 5128081 | | | Warranty | | | | | |
| Kenneth Church 781 Brettingham Ct West Chester, PA 19382 | - | | | | X | X | | 0.00 |
| Account No. 5098705 | | | Warranty | | | | | |
| Kenneth Conner 550 South Nursery Avenue Purcellville, VA 20132 | - | | | | | | | 948.50 |
| Account No. 5128026 | | | Warranty | | | | | |
| Kenneth Coon 1744 N Decatur Boulevard 5 Las Vegas, NV 89108 | - | | | | X | X | | 0.00 |

Sheet no. **2601** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

948.50

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5117257** | | | **Warranty** | | | | |
| **Kenneth Cooper** **44 Majestic Drive** **Martinsburg, WV 25401** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5070745** | | | **Warranty** | | | | |
| **Kenneth Crabtree** **123 Dutchman Shores Circle** **Chapin, SC 29036** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5123513** | | | **Warranty** | | | | |
| **Kenneth D Grayson** **113 Monoca Dr** **Canonsburg, PA 15317** | | - | | | | | |
| | | | | | | | **1,617.50** |
| Account No. **5083647** | | | **Warranty** | | | | |
| **Kenneth D LaBorde Jr** **1095 River road** **Olanta, PA 16863** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5125511** | | | **Warranty** | | | | |
| **Kenneth Deal** **2011 Holland Court SW** **Canton, OH 44706** | | - | | | | | |
| | | | | | | | **220.00** |

Sheet no. **2602** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,837.50**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                     ,
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5110124** | | **Warranty** | | | | | | |
| **Kenneth Dolmovich** **2491 Victoria Drive** **Allison Park, PA 15101** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088488** | | **Warranty** | | | | | | |
| **Kenneth Duckett** **4064 Prescott Ave** **Dayton, OH 45406** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127257** | | **Warranty** | | | | | | |
| **Kenneth E  Spry Jr** **1000 Duluth Hwy  Apt 1407** **Lawrenceville, GA 30043** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123236** | | **Warranty** | | | | | | |
| **Kenneth E Long** **211 East Sixth St** **Lititz, PA 17543** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108284** | | **Warranty** | | | | | | |
| **Kenneth E Parrish** **120 S Balliet Street** **Frackville, PA 17921** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2603** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         0.00

In re **Great Lakes Warranty Corporation**
_____,
Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5072957** | | | | **Warranty** | | | | |
| **Kenneth E Riddle III 217 7th Street New Brighton, PA 15066** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098917** | | | | **Warranty** | | | | |
| **Kenneth E Toews 206 Sunrise Dr Forest, VA 24551** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092307** | | | | **Warranty** | | | | |
| **Kenneth Fullam 3716 Coral Gables Road Cincinnati, OH 45248** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089234** | | | | **Warranty** | | | | |
| **Kenneth G Bedrosian 44 Bedford Road Carlisle, MA 01741** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098513** | | | | **Warranty** | | | | |
| **Kenneth G Jones 21810 State Route 278 Nelsonville, OH 45764** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2604** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5106265 | | | | Warranty | | | | |
| Kenneth G Jones P.O. Box 375 Nelsonville, OH 45764 | - | | | | X | X | | 0.00 |
| Account No. 5126799 | | | | Warranty | | | | |
| Kenneth Grogg 808 Heilprin Ave Woodbine, NJ 08270 | - | | | | X | X | | 0.00 |
| Account No. 5122609 | | | | Warranty | | | | |
| Kenneth H Bowen 3854 Mason Rd Canal Winchester, OH 43110 | - | | | | X | X | | 0.00 |
| Account No. 5086158 | | | | Warranty | | | | |
| Kenneth H Wheeler 31450 Bowls Road Dexter, OH 45741 | - | | | | X | X | | 0.00 |
| Account No. 5132140 | | | | Warranty | | | | |
| Kenneth Halterman 1200 Ironville Pike Columbia, PA 17512 | - | | | | X | X | | 0.00 |

Sheet no. **2605** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re  **Great Lakes Warranty Corporation**                                    Case No. _____

                                               ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5117263 | | | Warranty | | | | |
| Kenneth Homerosky 1719 Ridgewood Drive Washington, PA 15301 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5118260 | | | Warranty | | | | |
| Kenneth J Ballard 178 Ashton Dr Goose Creek, SC 29445 | - | | | | | | |
| | | | | | | | 1,208.20 |
| Account No. 5102214 | | | Warranty | | | | |
| Kenneth J Keber 17791 Harbour Town Court Granger, IN 46530 | - | | | | | | |
| | | | | | | | 649.15 |
| Account No. 5088628 | | | Warranty | | | | |
| Kenneth J Nash Jr 418 Vankirk Street Philadelphia, PA 19120 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5125137 | | | Warranty | | | | |
| Kenneth James Wooldridge 512 Pembrook Lane Chattanooga, TN 37421 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2606** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,857.35

In re   **Great Lakes Warranty Corporation**       ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. 5118581 | | | | | | Warranty | | | | |
| Kenneth Jean 710 Mockingbird Dr Franklin, TN 37069 | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. 5097904 | | | | | | Warranty | | | | |
| Kenneth Jennas 2606 N 44th Street  #115 Phoenix, AZ 85008 | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. 5087019 | | | | | | Warranty | | | | |
| Kenneth Johnson 813 Ashwood Drive Allen, TX 75002 | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. 5103718 | | | | | | Warranty | | | | |
| Kenneth Joseph Hall 6044 Windjammer Drive Tega Cay, SC 29708 | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. 5097507 | | | | | | Warranty | | | | |
| Kenneth Keith 309 Deerwood Lane Brentwood, TN 37027 | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |

Sheet no. **2607**  of **4906**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                         0.00
(Total of this page)

In re **Great Lakes Warranty Corporation**       ,      Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5117958 | | | | Warranty | | | | |
| Kenneth Kinloch 135 Westfield Court  Apt 906 Clarksville, TN 37040 | - | | | | X | X | | 0.00 |
| Account No. 5126444 | | | | Warranty | | | | |
| Kenneth Krisantz 511 Maple Street East Pittsburgh, PA 15112 | - | | | | X | X | | 0.00 |
| Account No. 5119824 | | | | Warranty | | | | |
| Kenneth L Brookline 1366 4th Ave Arnold, PA 15068 | - | | | | X | X | | 0.00 |
| Account No. 5093472 | | | | Warranty | | | | |
| Kenneth L Fisher 255 Pleasure Road Lancaster, PA 17601 | - | | | | X | X | | 0.00 |
| Account No. 5123868 | | | | Warranty | | | | |
| Kenneth L Schlesener 1740 Rd 275 Reading, KS 66868 | - | | | | X | X | | 0.00 |

Sheet no. _2608_ of _4906_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal                       
(Total of this page)             0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5132479 | | | | Warranty | | | | |
| Kenneth Larsen 585 Hill Street Reynoldsville, PA 15851 | | - | | | X | X | | 0.00 |
| Account No. 5090330 | | | | Warranty | | | | |
| Kenneth Le Noir  Jr 12846 W Palo Brea Lane Peoria, AZ 85383 | | - | | | | | | 95.00 |
| Account No. 5106108 | | | | Warranty | | | | |
| Kenneth Lee Cook 2110 Monterey Court Columbia, SC 29206 | | - | | | X | X | | 0.00 |
| Account No. 5126630 | | | | Warranty | | | | |
| Kenneth Leslie Morgan 438 Hartford Square New Kensington, PA 15068 | | - | | | X | X | | 0.00 |
| Account No. 5075343 | | | | Warranty | | | | |
| Kenneth Lovejoy 816 June Drive Fairborn, OH 45324 | | - | | | X | X | | 0.00 |

Sheet no. **2609** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

95.00

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                              ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101697** | | | Warranty | | | | |
| **Kenneth M Finney**<br>**4321 Coleridge Street**<br>**Pittsburgh, PA 15201** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5112923** | | | Warranty | | | | |
| **Kenneth M Holland**<br>**208 Geronimo Road**<br>**Knoxville, TN 37934** | - | | | | | | |
| | | | | | | | 451.50 |
| Account No. **5098028** | | | Warranty | | | | |
| **Kenneth M Hubik**<br>**512 Overlys Grove Road**<br>**New Holland, PA 17557** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5128551** | | | Warranty | | | | |
| **Kenneth M Kelso**<br>**131 Driftwood Ave**<br>**Driftwood, PA 15832** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5082407** | | | Warranty | | | | |
| **Kenneth M Kunkler**<br>**372 Kenneth Drive**<br>**St Henry, OH 45883** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**2610** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                                  451.50

In re **Great Lakes Warranty Corporation**                         ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5102052** | | | | **Warranty** | | | | |
| **Kenneth M Sanderson 619 Turkey Hill Road Wampum, PA 16157** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110366** | | | | **Warranty** | | | | |
| **Kenneth M Walters 22 Scenic Avenue Hamburg, PA 19526** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102546** | | | | **Warranty** | | | | |
| **Kenneth Marshall 1972 Edwards Mill Road Germantown, TN 38139** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111323** | | | | **Warranty** | | | | |
| **Kenneth McKay 110 Scarborough Lane Canonsburg, PA 15317** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5067336** | | | | **Warranty** | | | | |
| **Kenneth Miller 1405 Ashland Rd Mansfield, OH 44905** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2611** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5111578 | | | | Warranty | | | | |
| Kenneth Miller 207 Sugar Bush Road Dalton, PA 18414 | - | | | | X | X | | 0.00 |
| Account No. 5071080 | | | | Warranty | | | | |
| Kenneth Morse 9 McGrath Ct Stonington, CT 06378 | - | | | | X | X | | 0.00 |
| Account No. 5094286 | | | | Warranty | | | | |
| Kenneth N Danner 9885 Broad Street Amanda, OH 43102 | - | | | | X | X | | 0.00 |
| Account No. 5094642 | | | | Warranty | | | | |
| Kenneth O Neal 4777 S Futon Ranch #1044 Chandler, AZ 85248 | - | | | | X | X | | 0.00 |
| Account No. 5121811 | | | | Warranty | | | | |
| Kenneth P Moffat 106 Abbotsford Dr Nashville, TN 37215 | - | | | | X | X | | 0.00 |

Sheet no. 2612 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5098274** | | | | **Warranty** | | | | |
| **Kenneth Presock Jr** **7482 State Route 819** **Mt Pleasant, PA 15666** | - | | | | X | X | | 0.00 |
| Account No. **5082967** | | | | **Warranty** | | | | |
| **Kenneth R Ball** **2641 Cambria Street** **Fallentimber, PA 16639** | - | | | | | | | 700.00 |
| Account No. **5101172** | | | | **Warranty** | | | | |
| **Kenneth R Dillon** **7795 Richland Road** **Rushville, OH 43150** | - | | | | X | X | | 0.00 |
| Account No. **5114869** | | | | **Warranty** | | | | |
| **Kenneth R Houbre** **191 Sussex Court #101** **Cordova, TN 38018** | - | | | | X | X | | 0.00 |
| Account No. **5119676** | | | | **Warranty** | | | | |
| **Kenneth R Knight** **127 Roland Rd** **North, SC 29112** | - | | | | X | X | | 0.00 |

Sheet no.__**2613**__ of __**4906**__ sheets attached to Schedule of          Subtotal                    700.00
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

In re **Great Lakes Warranty Corporation**                                      ,     Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5132544** | | | | Warranty | | | | |
| **Kenneth Schneider**<br>**1349 Maple Avenue**<br>**Haddon Heights, NJ 08035** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123521** | | | | Warranty | | | | |
| **Kenneth Singleton**<br>**628 Prairie Star Circle**<br>**Colorado Springs, CO 80916** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5068106** | | | | Warranty | | | | |
| **Kenneth Spear**<br>**2326 Club Creek Boulevard**<br>**Garland, TX 75043** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5069432** | | | | Warranty | | | | |
| **Kenneth Swanson**<br>**217 Cherokee Road**<br>**Nashville, TN 37205** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116812** | | | | Warranty | | | | |
| **Kenneth T Gilbert**<br>**9477 State Route 235**<br>**Quincy, OH 43343** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2614** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**          Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5104082** | | | | | **Warranty** | | | | |
| **Kenneth Tolley II 324 40th Street SW Canton, OH 44706** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5113009** | | | | | **Warranty** | | | | |
| **Kenneth Villwock 1013 Eric Drive Harrisburg, PA 17110** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5092394** | | | | | **Warranty** | | | | |
| **Kenneth W Clark 7040 Tidewater Street NW Canton, OH 44708** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5129967** | | | | | **Warranty** | | | | |
| **Kenneth W Ferringer 1124 Poplar Rd Clymer, PA 15728** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5094367** | | | | | **Warranty** | | | | |
| **Kenneth W Fitschen 646 E Calavar Road Phoenix, AZ 85022** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2615** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal
(Total of this page)        0.00

In re  **Great Lakes Warranty Corporation**                                Case No. _____
_____ ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5116575** | | | Warranty | | | | |
| **Kenneth W Sheffield**<br>**816 Wynwood Drive**<br>**Prattville, AL 36067** | - | | | X | X | | 0.00 |
| Account No. **5104286** | | | Warranty | | | | |
| **Kenneth Walburn**<br>**539 Griffin Circle**<br>**Hermitage, TN 37076** | - | | | X | X | | 0.00 |
| Account No. **5126376** | | | Warranty | | | | |
| **Kenneth Wallace Sr.**<br>**1518 Cadney Street NE**<br>**Canton, OH 44714** | - | | | X | X | | 0.00 |
| Account No. **5119147** | | | Warranty | | | | |
| **Kenneth Waywood**<br>**5836 Spring St**<br>**Omaha, NE 68106** | - | | | | | | 266.46 |
| Account No. **5127460** | | | Warranty | | | | |
| **Kenneth Williams**<br>**411 Burns Ave**<br>**Indiana, PA 15701** | - | | | | | | 728.00 |

Sheet no. **2616** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    994.46

In re **Great Lakes Warranty Corporation**        Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101946** | | | Warranty | | | | |
| **Kenneth Williams** **6839 Sycamore Hill Drive** **Bartlett, TN 38135** | - | | | X | X | | 0.00 |
| Account No. **5131888** | | | Warranty | | | | |
| **Kenneth Williams** **1618 North Franklin Street** **Philadelphia, PA 19122** | - | | | X | X | | 0.00 |
| Account No. **5132108** | | | Warranty | | | | |
| **Kenneth Wisniewski** **2638 Buckius Street** **Philadelphia, PA 19137** | - | | | X | X | | 0.00 |
| Account No. **5064332** | | | Warranty | | | | |
| **Kenneth Woods** **7130 E. Booro Lane** **Prescott Valley, AZ 86314** | - | | | X | X | | 0.00 |
| Account No. **5126696** | | | Warranty | | | | |
| **Kenneth Yoder** **1354 Springville Road** **East Earl, PA 17519** | - | | | X | X | | 0.00 |

Sheet no. **2617** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      0.00

In re **Great Lakes Warranty Corporation** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125713** | | | **Warranty** | | | | |
| **Kenneth Zalawski** **PO Box 814** **Cheektowaga, NY 14225** | - | | | X | X | | 0.00 |
| Account No. **5103580** | | | **Warranty** | | | | |
| **Kenneth Zemencsiks** **378 White Oak Lane** **Bath, PA 18014** | - | | | X | X | | 0.00 |
| Account No. **5121353** | | | **Warranty** | | | | |
| **Kenny Binkley** **2300 Maple Dr** **Atoka, TN 00038-0040** | - | | | X | X | | 0.00 |
| Account No. **5122963** | | | **Warranty** | | | | |
| **Kenny D Rockhold** **50098 Arbaugh Rd** **Reedsville, OH 45772** | - | | | X | X | | 0.00 |
| Account No. **5097323** | | | **Warranty** | | | | |
| **Kenny Hinkes** **9805 Green Brick Road** **Albuquerque, NM 87111** | - | | | X | X | | 0.00 |

Sheet no. **2618** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5122736 | | | | Warranty | | | | |
| Kenny L Sikes 821 Timberwood Lane Cincinnati, OH 45245 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5095966 | | | | Warranty | | | | |
| Kent Miller 10317 W Edgemont Dr Avondale, AZ 85392 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093881 | | | | Warranty | | | | |
| Kent A Young 1027 Newlove Road South Charleston, OH 45368 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100895 | | | | Warranty | | | | |
| Kent B Shoemaker 1084 Springer Road Scottdale, PA 15683 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132212 | | | | Warranty | | | | |
| Kent Barns 308 Co Rd 51 W Belle Center, OH 43310 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2619** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5097736** | | | | | Warranty | | | | |
| **Kent Bickel** **1418 Bunkerhill Road** **Brentwood, TN 37027** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5064896** | | | | | Warranty | | | | |
| **Kent Cattran** **70391 Crescent Rd.** **St Clairsville, OH 43950** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5085222** | | | | | Warranty | | | | |
| **Kent Cochran** **1889 Cedar Lane** **Dayton, TX 77535** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5097354** | | | | | Warranty | | | | |
| **Kent D Taylor** **3701 Woodmont Boulevard** **Nashville, TN 37215** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5110754** | | | | | Warranty | | | | |
| **Kent Floyd** **1069 Marsh Court Lane** **Mt Pleasant, SC 29464** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2620** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5130742** | | | | **Warranty** | | | | |
| **Kent Snyder 4209 Hormtown Road Reynoldsville, PA 15851** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128400** | | | | **Warranty** | | | | |
| **Kenya Straight 3908 Alvin Ave Dayton, OH 45417** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123457** | | | | **Warranty** | | | | |
| **Kenyatta Q Wingfield 5543 Miriam Rd Philadelphia, PA 19124** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085625** | | | | **Warranty** | | | | |
| **Kenyon C Nelson 102 Lonestar Court Murfreesboro, TN 37129** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119945** | | | | **Warranty** | | | | |
| **Kenyotta M Headen 242 Park Ave Natrona, PA 15065** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2621** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5091848 | | | | Warranty | | | | |
| Kera S Johnson 308 Liberty Drive Lake City, SC 29560 | - | | | | X | X | | 0.00 |
| Account No. 5107491 | | | | Warranty | | | | |
| Kereen Forbes 6018 Morton Street Philadelphia, PA 19144 | - | | | | | | | 540.25 |
| Account No. 5121977 | | | | Warranty | | | | |
| Keri Harris 533 Brumfield Rd Lancaster, OH 43130 | - | | | | X | X | | 0.00 |
| Account No. 5128906 | | | | Warranty | | | | |
| Keri S Collins 1900 Williford Woods Ln Rock Hill, SC 29730 | - | | | | X | X | | 0.00 |
| Account No. 5112184 | | | | Warranty | | | | |
| Kermit Casey 9004 Amber Oaks Way Owings Mill, MD 21117 | - | | | | X | X | | 0.00 |

Sheet no. **2622** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 540.25

In re   **Great Lakes Warranty Corporation**                                      ,        Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5110371 | | | Warranty | | | | |
| Kermit James Graham 301 N High Street  PO Box 44 Port Matilda, PA 16870 | - | | | X | X | | 0.00 |
| Account No. 5117773 | | | Warranty | | | | |
| Kermit R Henderson 13940 Cedar Road  #397 University Heights, OH 44118 | - | | | X | X | | 0.00 |
| Account No. 5084769 | | | Warranty | | | | |
| Kerndt M Zuckowsky 3406 Hillmeade Court Nashville, TN 37221 | - | | | X | X | | 0.00 |
| Account No. 5102639 | | | Warranty | | | | |
| Kerri L Nugent 3661 S Vista Place Chandler, AZ 85248 | - | | | X | X | | 0.00 |
| Account No. 5130944 | | | Warranty | | | | |
| Kerriann Crawford 203 Maryland Avenue Rio Grande, NJ 08242 | - | | | X | X | | 0.00 |

Sheet no. 2623  of 4906  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122836** | | **Warranty** | | | | | | |
| **Kerry  Grabowski** **2701 Grant St** **Reading, PA 19606** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5045735** | | **Warranty** | | | | | | |
| **Kerry A nicholson** **8804 Stage Coach rd** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127266** | | **Warranty** | | | | | | |
| **Kerry Ball** **8387 Kepler Ave NW** **Canal Fulton, OH 44614** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108632** | | **Warranty** | | | | | | |
| **Kerry Beamer** **1122 W Market Street** **Celina, OH 45822** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103799** | | **Warranty** | | | | | | |
| **Kerry G Hoffman** **24 Edgehill Road** **Boyertown, PA 19512** | - | | | | | | | |
| | | | | | | | | 425.95 |

Sheet no.**2624** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    425.95

In re    **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5102755** | | | | **Warranty** | | | | |
| **Kerry McCarthy**<br>**739 S 38th Street**<br>**Mesa, AZ 85206** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108028** | | | | **Warranty** | | | | |
| **Kerry Miller**<br>**487 Adena Drive**<br>**The Plains, OH 45780** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126671** | | | | **Warranty** | | | | |
| **Kerry Schumacher**<br>**3932 Cambridge Avenue**<br>**Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128079** | | | | **Warranty** | | | | |
| **Kerry Sue Gilligan**<br>**1017 Freeport Road**<br>**Natrona Heights, PA 15065** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097992** | | | | **Warranty** | | | | |
| **Keshia Renee Fair**<br>**2542 Rosalyn Drive**<br>**Newberry, SC 29108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2625** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re   **Great Lakes Warranty Corporation**                                   ,      Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5059670** | | | | | Warranty | | | | |
| Ketan Pema 7676 Tylers Meadow Dr Hamilton, OH 45011 | | - | | | | | | | 324.83 |
| Account No. 5110202 | | | | | Warranty | | | | |
| Ketch Anderson 10867 Beeler Street Henderson, CO 80640 | | - | | | | X | X | | 0.00 |
| Account No. 5114085 | | | | | Warranty | | | | |
| Ketuan Baldwin 756 Harlem Street Youngstown, OH 44510 | | - | | | | | | | 1,346.40 |
| Account No. 5125889 | | | | | Warranty | | | | |
| Keven  Gilbert 7049 E. Lathem Street Scottsdale, AZ 85257 | | - | | | | X | X | | 0.00 |
| Account No. 5118457 | | | | | Warranty | | | | |
| Kevin  Chandler 7369 Mottice Dr Waynesburg, OH 44388 | | - | | | | X | X | | 0.00 |

Sheet no. **2626** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          1,671.23

In re **Great Lakes Warranty Corporation**                                          ,          Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101033** | | | Warranty | | | | |
| **Kevin Moore** **3041 Hibiscus Circle** **Charlotte, NC 28273** | - | | | X | X | | 0.00 |
| Account No. **5124137** | | | Warranty | | | | |
| **Kevin Petherick** **1525 Buxton Dr** **Knoxville, TN 37922** | - | | | X | X | | 0.00 |
| Account No. **5083474** | | | Warranty | | | | |
| **Kevin Scott** **6425 Botkini road** **New Knoxville, OH 45875** | - | | | | | | 968.01 |
| Account No. **5108589** | | | Warranty | | | | |
| **Kevin A Bibey** **2526 Rhode Island Avenue** **Massillon, OH 44646** | - | | | X | X | | 0.00 |
| Account No. **5122802** | | | Warranty | | | | |
| **Kevin A Keebler** **198 Kitner Hill Rd** **Upper Black Eddy, PA 18972** | - | | | X | X | | 0.00 |

Sheet no. **2627** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**968.01**

In re   **Great Lakes Warranty Corporation**                                          ,   Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5077655** | | | | | **Warranty** | | | | |
| **Kevin A Lilly** **813 Union Street** **Ashland, OH 44805** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5089254** | | | | | **Warranty** | | | | |
| **Kevin A Vinglish** **779 Colonel Drake Highway** **Ashville, PA 16613** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5092839** | | | | | **Warranty** | | | | |
| **Kevin Allen** **113 Kings Creek Road** **Irmo, SC 29063** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5112958** | | | | | **Warranty** | | | | |
| **Kevin B Foltz** **1936 Rhode Island Avenue** **Aliquippa, PA 15001** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5087580** | | | | | **Warranty** | | | | |
| **Kevin Bertilacci** **8704 Suncrest Drive** **Poland, OH 44514** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2628** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            **0.00**

In re   **Great Lakes Warranty Corporation**            ,      Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132328** | | | | Warranty | | | | |
| **Kevin Bland** **9331 Fairground Road** **Louisville, KY 40291** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124142** | | | | Warranty | | | | |
| **Kevin Bolden** **4816 Powder Springs Rd** **Nolensville, TN 37135** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5075738** | | | | Warranty | | | | |
| **Kevin Brickley** **502 Drew Street** **Smyrna, TN 37167** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090186** | | | | Warranty | | | | |
| **Kevin Brown** **5801 E 20th** **Wichita, KS 67208** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107226** | | | | Warranty | | | | |
| **Kevin Brown Sr** **1055 Heather Drive** **Mesa, AZ 85201** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2629** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5113360 | | | Warranty | | | | |
| Kevin Brumbach 1128 N Eleventh Street Reading, PA 19604 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5116053 | | | Warranty | | | | |
| Kevin Burris 2238 W Cumberland Street Philadelphia, PA 19132 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5117736 | | | Warranty | | | | |
| Kevin C Cogswell 15 Ironwood Lane Brentwood, TN 37027 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5073853 | | | Warranty | | | | |
| Kevin C Mosby 106 North Park Drive Aurora, OH 44202 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5101090 | | | Warranty | | | | |
| Kevin C Newman 4116 Inland Ave West Mifflin, PA 15122 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2630** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5128510** | | | | | **Warranty** | | | | |
| **Kevin Callahan**<br>**359 Machell Avenue**<br>**Dallas, PA 18612** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5115370** | | | | | **Warranty** | | | | |
| **Kevin Cewter**<br>**30203N Bobcat Way**<br>**Queen Creek, AZ 85243** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5132232** | | | | | **Warranty** | | | | |
| **Kevin Chandler**<br>**300 Wuske Pl SE**<br>**Canton, OH 44707** | - | | | | | | | | |
| | | | | | | | | | **237.50** |
| Account No. **5068376** | | | | | **Warranty** | | | | |
| **Kevin Chandler**<br>**269 Queens Xing**<br>**Dayton, OH 45458** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5108344** | | | | | **Warranty** | | | | |
| **Kevin Cox**<br>**2169 Windemere Rd**<br>**Rock Hill, SC 29732** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**2631** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **237.50**

In re    **Great Lakes Warranty Corporation**                                    ,        Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131072** | | | Warranty | | | | |
| **Kevin Crum** **860 East Company Farm Road** **Aspers, PA 17304** | - | | | X | X | | 0.00 |
| Account No. **5087504** | | | Warranty | | | | |
| **Kevin D Jones** **19401 N Seventh Street  #196** **Phoenix, AZ 85024** | - | | | X | X | | 0.00 |
| Account No. **5095019** | | | Warranty | | | | |
| **Kevin D Kee** **2940 Teague Store** **Somerville, TN 38060** | - | | | X | X | | 0.00 |
| Account No. **5119311** | | | Warranty | | | | |
| **Kevin D Murray** **961 Corison Loop** **Columbia, SC 29229** | - | | | | | | 433.00 |
| Account No. **5088507** | | | Warranty | | | | |
| **Kevin D Rue** **949 Paxton Lake Drive** **Loveland, OH 45140** | - | | | | | | 314.50 |

Sheet no. **2632** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           747.50

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5086987 | | | Warranty | | | | |
| Kevin D Trent Jr 2907 N Kuther Road Sidney, OH 45368 | - | | | X | X | | 0.00 |
| Account No. 5090729 | | | Warranty | | | | |
| Kevin D Weeks 248 E Ward Versailles, OH 45380 | - | | | X | X | | 0.00 |
| Account No. 5108665 | | | Warranty | | | | |
| Kevin Dallas 4721 Grant St Mineral city, OH 44656 | - | | | X | X | | 0.00 |
| Account No. 5074045 | | | Warranty | | | | |
| Kevin Duffy 105 Independence Drive Lockport, NY 14094 | - | | | X | X | | 0.00 |
| Account No. 5105170 | | | Warranty | | | | |
| Kevin Dupes 1107 Tunbridge Lane Mechanicsburg, PA 17050 | - | | | X | X | | 0.00 |

Sheet no. __2633__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5072051** | | | **Warranty** | | | | |
| **Kevin E Crawford 13820 South 42nd Way Phoenix, AZ 85044** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088573** | | | **Warranty** | | | | |
| **Kevin E Hawkins 2464 Cathy Drive NE Canton, OH 44705** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101867** | | | **Warranty** | | | | |
| **Kevin E Holter 50178 Portland Road Racine, OH 45771** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5112630** | | | **Warranty** | | | | |
| **Kevin Eye 329 W Main Street Girardville, PA 17935** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120879** | | | **Warranty** | | | | |
| **Kevin Fisher 225 New Freedom Rd Vincentown, NJ 08088** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2634** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                          ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5125921 | | | | | Warranty | | | | |
| Kevin Foose 473 Pine Creek Drive Orwigsburg, PA 17961 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5094136 | | | | | Warranty | | | | |
| Kevin Fortson 275 Browns Lake Road Salem, SC 29676 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5127975 | | | | | Warranty | | | | |
| Kevin Frank 9441 Rt 28 Brockway, PA 15824 | - | | | | | | | | |
| | | | | | | | | | 1,320.00 |
| Account No. 5088869 | | | | | Warranty | | | | |
| Kevin G Nelson 425 Dockside Drive  #506 Naples, FL 34110 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5090955 | | | | | Warranty | | | | |
| Kevin Gabreski 1327 W Park Road Slippery Rock, PA 16057 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. __2635__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,320.00

In re  **Great Lakes Warranty Corporation**                                    ,  Case No. _____

                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5124483** | | | | **Warranty** | | | | |
| **Kevin Gardner**<br>**1640 Hunter Lane**<br>**Dauphin, PA 17018** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120148** | | | | **Warranty** | | | | |
| **Kevin Gavaghan**<br>**1915 Ursinus Ave**<br>**Lancaster, PA 17603** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132021** | | | | **Warranty** | | | | |
| **Kevin Gellner**<br>**1500 Russell Drive Apt C**<br>**Streetsboro, OH 44241** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5098607** | | | | **Warranty** | | | | |
| **Kevin H Douglas**<br>**2410 Oakland Avenue**<br>**Nashville, TN 37212** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106848** | | | | **Warranty** | | | | |
| **Kevin Hardy**<br>**3436 Brittany Avenue**<br>**Port Arthur, TX 77642** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**2636** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**                                Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5116868 | | | | Warranty | | | | |
| Kevin Heitert 1117 Olivaire Lane Olivette, MO 63132 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127587 | | | | Warranty | | | | |
| Kevin Hillker 406 Glenwood Avenue Ambridge, PA 15003 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125029 | | | | Warranty | | | | |
| Kevin Hofman 4841 E. Presidio Scottsdale, AZ 85254 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5066731 | | | | Warranty | | | | |
| Kevin Holden 1501 Walker Ave Follansbee, WV 26037 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5070664 | | | | Warranty | | | | |
| Kevin Huebner 703 Martin Rd Belle Vernon, PA 15012 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2637** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129417** | | | Warranty | | | | |
| **Kevin Ingram** **441 Colorful Rain Avenue** **N Las Vegas, NV 89031** | - | | | X | X | | 0.00 |
| Account No. **5071213** | | | Warranty | | | | |
| **Kevin J Chandler** **7639 Mottice** **Waynesburg, OH 44688** | - | | | X | X | | 0.00 |
| Account No. **5113557** | | | Warranty | | | | |
| **Kevin J Cody** **133 Woodbridge Drive** **Slippery Rock, PA 16057** | - | | | X | X | | 0.00 |
| Account No. **5117790** | | | Warranty | | | | |
| **Kevin J Kalamasz** **691 Shaffer road** **Hookstown, PA 15050** | - | | | | | | 232.32 |
| Account No. **5086296** | | | Warranty | | | | |
| **Kevin J Lanigan** **77 Wheatsheaff Lane** **Perkasie, PA 18944** | - | | | X | X | | 0.00 |

Sheet no.**2638** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    232.32

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5117222 | | | | | Warranty | | | | |
| Kevin J Magill 114 McGaffick Drive Darlington, PA 16115 | - | | | | | X | X | | 0.00 |
| Account No. 5107189 | | | | | Warranty | | | | |
| Kevin J McCarthy 23 Olde Mill Road Lititz, PA 17543 | - | | | | | X | X | | 0.00 |
| Account No. 5095503 | | | | | Warranty | | | | |
| Kevin J Prisco 6716 Peach Street Bath, NY 14810 | - | | | | | X | X | | 0.00 |
| Account No. 5100171 | | | | | Warranty | | | | |
| Kevin Johnson 903 Walnut Street Nelsonville, OH 45764 | - | | | | | X | X | | 0.00 |
| Account No. 5126632 | | | | | Warranty | | | | |
| Kevin Johnson 524 Morris Lane Berwyn, PA 19312 | - | | | | | X | X | | 0.00 |

Sheet no.<u>2639</u> of <u>4906</u> sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                    , Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5086148** | | | | Warranty | | | | |
| **Kevin K Payton**<br>**3493 Madewell Street**<br>**Memphis, TN 38127** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079337** | | | | Warranty | | | | |
| **Kevin K. Najafabadi**<br>**313 Cathy Jo Drive**<br>**Nashville, TN 37211** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5060091** | | | | Warranty | | | | |
| **Kevin Kerestes**<br>**3022 Shawnee Ct**<br>**Gibsonia, PA 15044** | - | | | | | | | |
| | | | | | | | | 318.57 |
| Account No. **5132627** | | | | Warranty | | | | |
| **Kevin Kirkland**<br>**410 Community Drive**<br>**Reading, PA 19604** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123016** | | | | Warranty | | | | |
| **Kevin L  Claycomb Sr**<br>**204 Davidson Ave**<br>**Connellsville, PA 15425** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2640** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

318.57

In re **Great Lakes Warranty Corporation**       ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5088998** | | | | | **Warranty** | | | | |
| **Kevin L Barkman** **8796 Clear Ridge Road** **Everett, PA 15537** | - | | | | | | | | 730.58 |
| Account No. **5111438** | | | | | **Warranty** | | | | |
| **Kevin L Bassett** **425 Mueller Avenue** **Pittsburgh, PA 15205** | - | | | | | X | X | | 0.00 |
| Account No. **5116630** | | | | | **Warranty** | | | | |
| **Kevin L Bracken** **400 Karstridge Road** **Smyrna, TN 37167** | - | | | | | X | X | | 0.00 |
| Account No. **5096051** | | | | | **Warranty** | | | | |
| **Kevin L Faulkner** **4141 Shadow Oaks Drive** **Horn Lake, MS 38637** | - | | | | | X | X | | 0.00 |
| Account No. **5089709** | | | | | **Warranty** | | | | |
| **Kevin L Hall** **870 Route 130N  Apt N9** **Burlington, NJ 08016** | - | | | | | X | X | | 0.00 |

Sheet no. **2641** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      730.58
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103262** | | | | **Warranty** | | | | |
| **Kevin L Wren** **4329 Bellmore** **Wichita, KS 67220** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131832** | | | | **Warranty** | | | | |
| **Kevin Lee** **80 Honors Course Drive** **Las Vegas, NV 89148** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5082107** | | | | **Warranty** | | | | |
| **Kevin Lee McCrarey** **31 Sweetoak Court** **Columbia, SC 29223** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122623** | | | | **Warranty** | | | | |
| **Kevin M Daley** **300 Walter Ave** **Delanco, NJ 08075** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5079250** | | | | **Warranty** | | | | |
| **Kevin M Green** **1098 Beaver Avenue** **Midland, PA 15059** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2642** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re   **Great Lakes Warranty Corporation**       ,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5108061 | | | | Warranty | | | | |
| Kevin M McGaha 211 Hand Mill Rd Bellplain, NJ 08270 | - | | | | X | X | | 0.00 |
| Account No. 5097527 | | | | Warranty | | | | |
| Kevin M Pistory 2015 Mace Road Carrollton, OH 44615 | - | | | | X | X | | 0.00 |
| Account No. 5098594 | | | | Warranty | | | | |
| Kevin M Smith 2001 21st Avenue South Nashville, TN 37212 | - | | | | | | | 584.00 |
| Account No. 5106166 | | | | Warranty | | | | |
| Kevin M Taylor 1681 Old Memphis Road Covington, TN 38019 | - | | | | X | X | | 0.00 |
| Account No. 5117598 | | | | Warranty | | | | |
| Kevin McNea 13826 Lyric Avenue Cleveland, OH 44111 | - | | | | | | | 371.60 |

Sheet no. **2643** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     955.60

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5108831** | | | | **Warranty** | | | | |
| **Kevin Michael Champeno** **2709 16th Street** **Altoona, PA 16601** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117400** | | | | **Warranty** | | | | |
| **Kevin Michael Quinn** **3312 Wellington Street  First Floor** **Philadelphia, PA 19149** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116197** | | | | **Warranty** | | | | |
| **Kevin Mitchell Brown** **577 Anson Drive** **Columbia, SC 29229** | - | | | | | | | |
| | | | | | | | | **1,150.64** |
| Account No. **5123409** | | | | **Warranty** | | | | |
| **Kevin Morelli** **3 Colonial Circle** **Irwin, PA 15642** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118077** | | | | **Warranty** | | | | |
| **Kevin Murphy** **2013 Brewster Dr** **Franklin, TN 37067** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2644** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,150.64 |

In re   **Great Lakes Warranty Corporation**                                      ,      Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5074391** | | | | | **Warranty** | | | | |
| **Kevin Nelson** **6271 Patton Hollow Road** **Cambridge, OH 43725** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5127021** | | | | | **Warranty** | | | | |
| **Kevin Northup** **2325 Genoa SW** **Massillon, OH 44646** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5029468** | | | | | **Warranty** | | | | |
| **Kevin O Hara** **1401 Mt. Holly Rd** **Burlington, NJ 08016** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5124396** | | | | | **Warranty** | | | | |
| **Kevin Olds** **412 E Fulton** **Celina, OH 45822** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5096041** | | | | | **Warranty** | | | | |
| **Kevin P  Hersho** **110 East 18th Avenue  Apt 2** **Homestead, PA 15120** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2645** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093152** | | | | Warranty | | | | |
| **Kevin P Komorek** **10922 Route 97** **Waterford, PA 76441** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094483** | | | | Warranty | | | | |
| **Kevin P McEvoy** **113 Steelson Court** **Murfreesboro, TN 37128** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111363** | | | | Warranty | | | | |
| **Kevin Quinn** **7165 Willow Creek Drive** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121791** | | | | Warranty | | | | |
| **Kevin R  Neyer** **865 Water Edge Ct** **Lebanon, PA 17046** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100914** | | | | Warranty | | | | |
| **Kevin R Eyerly** **11395 Cross Station Rd** **Girard, PA 16417** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2646** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5088600** | | | | | **Warranty** | | | | |
| **Kevin R Kohne** **315 N Perry Street** **St Marys, OH 45885** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5091277 | | | | | **Warranty** | | | | |
| **Kevin R Miller** **718 Seneca Street** **Pottsville, PA 17901** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5122099 | | | | | **Warranty** | | | | |
| **Kevin R Rager** **126 Substation St** **Alverton, PA 15612** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5090982 | | | | | **Warranty** | | | | |
| **Kevin Rankin** **1674 Preston Place** **Brentwood, TN 37027** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5093530 | | | | | **Warranty** | | | | |
| **Kevin Reid** **3072 Wexford Drive** **Orangesburg, SC 29118** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**2647** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5086147** | | | Warranty | | | | |
| **Kevin Rieck** **3115 Barry Crest** **Memphis, TN 38134** | - | | | X | X | | 0.00 |
| Account No. **5088642** | | | Warranty | | | | |
| **Kevin Rohde** **1897 Shaw Circle** **Brunswick, OH 44212** | - | | | X | X | | 0.00 |
| Account No. **5114778** | | | Warranty | | | | |
| **Kevin Rose** **110 Crossroad Drive** **Henderson, TN 37075** | - | | | X | X | | 0.00 |
| Account No. **5068587** | | | Warranty | | | | |
| **Kevin Ross** **6011 West Warner Street** **Phoenix, AZ 85043** | - | | | X | X | | 0.00 |
| Account No. **5098534** | | | Warranty | | | | |
| **Kevin S Bordwine** **8248 Woodglen Drive** **Cincinnati, OH 45255** | - | | | X | X | | 0.00 |

Sheet no. **2648** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5109680** | | | | **Warranty** | | | | |
| **Kevin Sanderson** **758 Louther Street** **Carlisle, PA 17013** | - | | | | X | X | | 0.00 |
| Account No. **5126377** | | | | **Warranty** | | | | |
| **Kevin Schaefer** **997 Georgetown Danascus** **Beloit, OH 44609** | - | | | | X | X | | 0.00 |
| Account No. **5129837** | | | | **Warranty** | | | | |
| **Kevin Siebecker** **2015 Oakford Woods** **Clarks Summit, PA 18411** | - | | | | X | X | | 0.00 |
| Account No. **5126056** | | | | **Warranty** | | | | |
| **Kevin Smith** **985 Treasure Lake** **DuBois, PA 15801** | - | | | | X | X | | 0.00 |
| Account No. **5105787** | | | | **Warranty** | | | | |
| **Kevin Spencer** **5858 Florence Avenue SW** **Navarre, OH 44662** | - | | | | X | X | | 0.00 |

Sheet no. **2649** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125310** | | | Warranty | | | | |
| **Kevin Stoll 3256 Rainer Avenue Columbus, OH 43231** | - | | | | | | 1,491.65 |
| Account No. **5123164** | | | Warranty | | | | |
| **Kevin Stone POP Box 504 Tatamy, PA 18085** | - | | | X | X | | 0.00 |
| Account No. **5100205** | | | Warranty | | | | |
| **Kevin Strickler 11598 Parkview Drive Stoutsville, OH 43154** | - | | | X | X | | 0.00 |
| Account No. **5132082** | | | Warranty | | | | |
| **Kevin Swauger 1004 Maple Avenue Hollidaysburg, PA 16648** | - | | | X | X | | 0.00 |
| Account No. **5117456** | | | Warranty | | | | |
| **Kevin T McClennon 133 Creeper Lane St Stephen, SC 29479** | - | | | X | X | | 0.00 |

Sheet no. **2650** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,491.65**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5089994** | | | | Warranty | | | | |
| **Kevin T Wildrick**<br>**97 Harts Road**<br>**Evans City, PA 16033** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100329** | | | | Warranty | | | | |
| **Kevin Teel**<br>**505 Plainfield Avenue**<br>**Pen Argyl, PA 18072** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107927** | | | | Warranty | | | | |
| **Kevin Townsend**<br>**3109 Overbrook Court NW**<br>**Canton, OH 44709** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104846** | | | | Warranty | | | | |
| **Kevin W Chandler**<br>**300 Wuske Place**<br>**Canton, OH 44707** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117351** | | | | Warranty | | | | |
| **Kevin W Dolhi**<br>**606 Hampton Avenue  Apt 3**<br>**Pittsburgh, PA 15221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2651** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,       Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5107024** | | | | | **Warranty** | | | | |
| **Kevin W Jones** **1709 Foote Street** **Conway, PA 15027** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5089229** | | | | | **Warranty** | | | | |
| **Kevin Walker** **536 West Ave** **Pitman, NJ 08071** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5127633** | | | | | **Warranty** | | | | |
| **Kevin Waugh** **517 Pine Ridge Road** **Johnson City, TN 37601** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5086829** | | | | | **Warranty** | | | | |
| **Kevin Whitaker** **140 Sheldon Drive** **Centerville, OH 45459** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5072069** | | | | | **Warranty** | | | | |
| **Kevin Winton** **120 Sterling Avenue** **Claymont, DE 19703** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2652** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5126144 | | | | Warranty | | | | |
| Kevin Wire 153 Chalfonte Avenue Pittsburgh, PA 15229 | - | | | | X | X | | 0.00 |
| Account No. 5119106 | | | | Warranty | | | | |
| Kevin Zachariah 87 N Westgate Ave Columbus, OH 43204 | - | | | | X | X | | 0.00 |
| Account No. 5130200 | | | | Warranty | | | | |
| Keyla  Escobar-Diaz 1839 S Church Street Allentown, PA 18103 | - | | | | X | X | | 0.00 |
| Account No. 5123491 | | | | Warranty | | | | |
| Keylee Grenier 16475 Canyon Hills Rd Chino Hills, CA 81709 | - | | | | X | X | | 0.00 |
| Account No. 5128402 | | | | Warranty | | | | |
| Keysha L Batie 513 and half Second St Millville, NJ 08332 | - | | | | X | X | | 0.00 |

Sheet no. **2653** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re   **Great Lakes Warranty Corporation**                                           ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129984** | | | **Warranty** | | | | |
| **Kfir Menahem** **4329 Bacara Ridge Avenue** **Las Vegas, NV 89115** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5090165** | | | **Warranty** | | | | |
| **Khaled Williams** **313 Berkshire Road** **Fairless Hills, PA 19030** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5074363** | | | **Warranty** | | | | |
| **Khalid G Darraj** **1912 Windyoks Lane** **Hixson, TN 37343** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5047392** | | | **Warranty** | | | | |
| **Khalid Hijer** **1818 Magnolia Ave** **Knoxville, TN 37917** | - | | | | | | |
| | | | | | | | 1,478.73 |
| Account No. **5110244** | | | **Warranty** | | | | |
| **Khalif A Lane** **6534 N 27th Avenue** **Phoenix, AZ 85017** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**2654** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,478.73

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5127953 | | | | Warranty | | | | |
| Khalif Samad PO Box 1194 4046 Huntee Drive Pocono Summit, PA 18346 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5080981 | | | | Warranty | | | | |
| Khalil Salman 14 Fieldstone Dr  Unit 340 Hartsdale, NY 10530 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130377 | | | | Warranty | | | | |
| Khang Vo 2581 Jean Dr Hatfield, PA 19440 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106674 | | | | Warranty | | | | |
| Kheomi R Rollins 2609 W Delhi N Las Vegas, VN 89031 | - | | | | | | | |
| | | | | | | | | 600.00 |
| Account No. 5089230 | | | | Warranty | | | | |
| Khia Danford 2541 Erial Road Blackwood, NJ 08012 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2655** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

600.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109077** | | | Warranty | | | | |
| **Khoa Nguyen**<br>**112 Howe Street**<br>**Belmont, NC 28012** | - | | | X | X | | 0.00 |
| Account No. **5105707** | | | Warranty | | | | |
| **Kiersten D Troutman**<br>**2805 Heritage Avenue NW**<br>**Canton, OH 44718** | - | | | X | X | | 0.00 |
| Account No. **5123536** | | | Warranty | | | | |
| **Kierstyn Rucci**<br>**450 Patton Circle**<br>**Albrightsville, PA 18210** | - | | | X | X | | 0.00 |
| Account No. **5126646** | | | Warranty | | | | |
| **Kilgore Manson**<br>**4224 Money Street**<br>**Pahrump, NV 89048** | - | | | X | X | | 0.00 |
| Account No. **5125762** | | | Warranty | | | | |
| **Kim  Barker**<br>**502 Sunset Ct**<br>**Mt Juliet, TN 37122** | - | | | X | X | | 0.00 |

Sheet no. **2656** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089334** | | | Warranty | | | | |
| **Kim Duong**<br>**650 Curtis Corner Rd**<br>**Wakefield, RI 02879** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121136** | | | Warranty | | | | |
| **Kim Gamble**<br>**424 Georgia Ave**<br>**Chester, WV 26034** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5050213** | | | Warranty | | | | |
| **Kim Perry**<br>**7540 Hollycroft Ln**<br>**Mentor, Oh 44060** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129799** | | | Warranty | | | | |
| **Kim A Schacher**<br>**4328 Frederick Dr**<br>**New Kensington, PA 15060** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5074307** | | | Warranty | | | | |
| **Kim C Kristoff**<br>**6035 North Fifth Pl;ace**<br>**Phoenix, AZ 85012** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2657** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                              ,       Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5113154 | | | | | Warranty | | | | |
| Kim Carwheel 4632 N Camac Street Philadelphia, PA 19140 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5132516 | | | | | Warranty | | | | |
| Kim E  Mullet 1538 Windsor Rd Orwell, OH 44076 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5123046 | | | | | Warranty | | | | |
| Kim Earley 206 Clearwater Court Englewood, OH 45322 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5092666 | | | | | Warranty | | | | |
| Kim Elaine Zack 1024 E Frye Road  #1019 Phoenix, AZ 85048 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5126034 | | | | | Warranty | | | | |
| Kim Hackett 1055 Brookfield Drive Medina, OH 44256 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2658** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation**                         , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5086640** | | | | Warranty | | | | |
| **Kim Herron** **209 Cromwell Road** **Knoxville, TN 37923** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122979** | | | | Warranty | | | | |
| **Kim M Gray** **5851 Drenta Circle SW** **Navarre, OH 44662** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101793** | | | | Warranty | | | | |
| **Kim Martin** **3203 Arrowsmith Drive** **Reynoldsburg, OH 43068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125957** | | | | Warranty | | | | |
| **Kim Michele Taylor** **5529 Elmwood Ave** **Philadelphia, PA 19142** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087360** | | | | Warranty | | | | |
| **Kim N Ta** **2228 E Branham** **Phoenix, AZ 85042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2659** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5106545** | | | | | **Warranty** | | | | |
| **Kim Peterman**<br>**6037 W Marconi Avenue**<br>**Glendale, AZ 85306** | - | | | | | | | | **560.00** |
| Account No. **5092032** | | | | | **Warranty** | | | | |
| **Kim Wagner**<br>**45536 West Mountainview Road**<br>**Maricopa, AZ 85239** | - | | | | | X | X | | **0.00** |
| Account No. **5085704** | | | | | **Warranty** | | | | |
| **Kim Warner**<br>**1593 Charter Ridge**<br>**Fairborn, OH 45324** | - | | | | | X | X | | **0.00** |
| Account No. **5091315** | | | | | **Warranty** | | | | |
| **Kimball Johnson**<br>**5938 Gina Place**<br>**Columbus, OH 43231** | - | | | | | X | X | | **0.00** |
| Account No. **5072634** | | | | | **Warranty** | | | | |
| **Kimball Roebke**<br>**4029 N 141 Drive**<br>**Goodyear, AZ 85338** | - | | | | | X | X | | **0.00** |

Sheet no.**2660** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**560.00**

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5090969** | | | | | Warranty | | | | |
| **Kimber L Ferryman** **129 Players Court** **Urbana, OH 43078** | - | | | | | X | X | | 0.00 |
| Account No. **5092564** | | | | | Warranty | | | | |
| **Kimberlee J Henry** **18079 Chambers Road** **Amanda, OH 43102** | - | | | | | X | X | | 0.00 |
| Account No. **5099658** | | | | | Warranty | | | | |
| **Kimberlee L Bluto** **34  1 2  Plum Street** **Greenville, PA 16125** | - | | | | | X | X | | 0.00 |
| Account No. **5080224** | | | | | Warranty | | | | |
| **Kimberlee L Keller** **1705 Terrace Court** **Minot, ND 58703** | - | | | | | | | | 395.85 |
| Account No. **5118430** | | | | | Warranty | | | | |
| **Kimberleen Thomas** **504 Sheridan Dr** **Columbia, SC 29223** | - | | | | | X | X | | 0.00 |

Sheet no. **2661** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

395.85

In re __Great Lakes Warranty Corporation_____,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5107396 | | | | Warranty | | | | |
| Kimberley M Coates 584 E Smithville Western Rd Wooster, OH 44691 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5101471 | | | | Warranty | | | | |
| Kimberly Bartlett 1705 Chatham Rd Camp Hill, PA 17011 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120651 | | | | Warranty | | | | |
| Kimberly Dougher 415 church St 2314 Nashville, TN 37219 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5050388 | | | | Warranty | | | | |
| Kimberly Hodde 1817 Kingsbury Dr Nashville, TN 37215 | - | | | | | | | |
| | | | | | | | | 205.25 |
| Account No. 5074416 | | | | Warranty | | | | |
| Kimberly Little 2317 E Peach Tree Drive Chandler, AZ 85249 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__2662__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

205.25

In re **Great Lakes Warranty Corporation** _____,   Case No. _____

(Debtor)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5128412** | | | - | | Warranty | | | | |
| **Kimberly McHugh** **509 12th Ave** **Scranton, PA 18504** | | | | | | | | | **420.03** |
| Account No. **5113364** | | | - | | Warranty | X | X | | |
| **Kimberly A Ceol** **4341 Western Avenue** **Trafford, PA 15085** | | | | | | | | | **0.00** |
| Account No. **5086381** | | | - | | Warranty | X | X | | |
| **Kimberly A Dennis** **304 Cooper Avenue** **Massillon, OH 44646** | | | | | | | | | **0.00** |
| Account No. **5089559** | | | - | | Warranty | X | X | | |
| **Kimberly A Graham** **312 Spruce Street** **Beaver, PA 15009** | | | | | | | | | **0.00** |
| Account No. **5100893** | | | - | | Warranty | X | X | | |
| **Kimberly A Hall** **211 Wills Road** **Connellsville, PA 15425** | | | | | | | | | **0.00** |

Sheet no. **2663** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**420.03**

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105721** | | | **Warranty** | | | | |
| **Kimberly A Howard**<br>**1397 Maryland Avenue SW**<br>**Canton, OH 44710** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5081952** | | | **Warranty** | | | | |
| **Kimberly A Males**<br>**953 Seventh Street Ext**<br>**New Kensington, PA 15068** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5095606** | | | **Warranty** | | | | |
| **Kimberly A Morgan Thomas**<br>**5345 E Van Buren Street  #380**<br>**Phoenix, AZ 85008** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119838** | | | **Warranty** | | | | |
| **Kimberly A Neyman**<br>**716 Pier St**<br>**Smithton, PA 15479** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119861** | | | **Warranty** | | | | |
| **Kimberly A OLaughlin**<br>**294 Hathaway Dr**<br>**Cuyahoga Falls, OH 44223** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.__2664__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5089258** | | | | **Warranty** | | | | |
| **Kimberly A Pilmore** **9141 State Route 700** **Windham, OH 44288** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086617** | | | | **Warranty** | | | | |
| **Kimberly A Risjan** **15120 Holmes Road** **Waterford, PA 16441** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127875** | | | | **Warranty** | | | | |
| **Kimberly A Shutt** **313 Market St No 2** **Lykens, PA 17048** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091319** | | | | **Warranty** | | | | |
| **Kimberly A Thomas** **15960 Fife Road** **Vanwert, OH 45891** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127288** | | | | **Warranty** | | | | |
| **Kimberly A Wohlgemuth** **4023 Evergreen Rd PO Box435** **New Bedford, PA 16140** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2665** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re **Great Lakes Warranty Corporation**         Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132282** | | | | **Warranty** | | | | |
| **Kimberly Aliano** **138 Copperfield Drive** **Deptford, NJ 08096** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097396** | | | | **Warranty** | | | | |
| **Kimberly Allen** **1516 Haines Street** **Philadelphia, PA 19126** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111737** | | | | **Warranty** | | | | |
| **Kimberly Andrew** **231 S Second Street** **Lehighton, PA 18235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128361** | | | | **Warranty** | | | | |
| **Kimberly Ann Kesterbout** **163 Hilliard Plats Rd** **Rural Valley, PA 16249** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5080661** | | | | **Warranty** | | | | |
| **Kimberly Ann Roberts** **PO Box 627** **Sister Bay, WI 54234** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2666** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)      0.00

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124600** | | | Warranty | | | | |
| **Kimberly Berry** **413 Montego Ct** **Avon Lake, OH 44012** | - | | | X | X | | 0.00 |
| Account No. **5107088** | | | Warranty | | | | |
| **Kimberly Cantees** **219 Orr Road** **Pittsburgh, PA 15241** | - | | | X | X | | 0.00 |
| Account No. **5119879** | | | Warranty | | | | |
| **Kimberly Casto** **7374 Mudbrook Rd  NW** **Massillo, OH 44646** | - | | | X | X | | 0.00 |
| Account No. **5115438** | | | Warranty | | | | |
| **Kimberly Claire Pate** **1102 Ocean Breeze Court** **Mt Pleasant, SC 29464** | - | | | X | X | | 0.00 |
| Account No. **5122667** | | | Warranty | | | | |
| **Kimberly Clayton** **2815 W Ford  No 2048** **Las Vegas, NV 89123** | - | | | X | X | | 0.00 |

Sheet no. **2667**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5111911** | | | | **Warranty** | | | | |
| **Kimberly Coleman 1410 Whispering Trail Benton Harbor, MI 49022** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113858** | | | | **Warranty** | | | | |
| **Kimberly D Burley 520 Clawson St Pittsburgh, PA 15208** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111046** | | | | **Warranty** | | | | |
| **Kimberly D Lanzrath 427 S Union Emporia, KS 66801** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109826** | | | | **Warranty** | | | | |
| **Kimberly Deichert 48 W Clementon Rd Gibbsboro, NJ 08026** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111978** | | | | **Warranty** | | | | |
| **Kimberly E Buoni 5199 Norwich Hilliard, OH 43026** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**2668** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal          **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation**                          , Case No. _____

_____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124042** | | | **Warranty** | | | | |
| **Kimberly Fashaw** **106 North 10th Avenue** **Rio Grande, NJ 08242** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5093489** | | | **Warranty** | | | | |
| **Kimberly G Spreng** **2866 Pulver Road** **Lucas, OH 44843** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5060659** | | | **Warranty** | | | | |
| **Kimberly Gates** **3002 E. South Fork Drive** **Phoenix, AZ 85048** | - | | | | | | |
| | | | | | | | **2,294.67** |
| Account No. **5065968** | | | **Warranty** | | | | |
| **Kimberly Gill** **5974 Heritage View CT** **Hilliard, OH 43026** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5132350** | | | **Warranty** | | | | |
| **Kimberly Grozier** **2379 Cherry Springs** **Cordova, TN 38016** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **2669** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,294.67**

In re  **Great Lakes Warranty Corporation**                                     ,     Case No. _____

                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093338** | | | Warranty | | | | |
| **Kimberly Gundell** **1020 Farmingdale Road** **Jackson, NJ 08527** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099932** | | | Warranty | | | | |
| **Kimberly H Cope** **1900 McCormick Drive** **Rochester Hills, MI 48306** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127465** | | | Warranty | | | | |
| **Kimberly Hildinger** **123 W. Walnut Street AptG PO Box 2789** **Lancaster, OH 43130** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131740** | | | Warranty | | | | |
| **Kimberly Horsch** **586 Lamplight** **Horsham, PA 19044** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102595** | | | Warranty | | | | |
| **Kimberly Howerton** **20 Teaneck Road** **Goose Creek, SC 29445** | - | | | | | | |
| | | | | | | | 1,170.00 |

Sheet no. **2670** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,170.00

In re **Great Lakes Warranty Corporation** ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5108569** | | | | | Warranty | | | | |
| **Kimberly J Ault**<br>**3221 24th Street SE**<br>**Canton, OH 44707** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5101092** | | | | | Warranty | | | | |
| **Kimberly J Heid**<br>**333 N Mercer Ave**<br>**New Brighton, PA 15066** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5124426** | | | | | Warranty | | | | |
| **Kimberly J Ream**<br>**155 Mill Rd**<br>**Lancaster, OH 43130** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5117385** | | | | | Warranty | | | | |
| **Kimberly Jo Cheek**<br>**372 Bunola River Road**<br>**Bunola, PA 15020** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5088117** | | | | | Warranty | | | | |
| **Kimberly Joiner**<br>**400 Savannah Park Way**<br>**Panama City Beach, FL 32407** | - | | | | | | | | |
| | | | | | | | | | **233.00** |

Sheet no. **2671** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    **233.00**
(Total of this page)

In re __Great Lakes Warranty Corporation__ _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5100774 | | | | Warranty | | | | |
| Kimberly K Kelton 1420 Ramble Hill Circle Nashville, TN 37211 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129279 | | | | Warranty | | | | |
| Kimberly K Spangler 612 Market St Scottdale, PA 15683 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132596 | | | | Warranty | | | | |
| Kimberly King 180 Ellinton Road Riverside, OH 45431 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5063699 | | | | Warranty | | | | |
| Kimberly Kollig 330 Forrer Blvd Dayton, OH 45419 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111176 | | | | Warranty | | | | |
| Kimberly L Johns 5105 Front River Road Neville Island, PA 15225 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __2672__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

In re   **Great Lakes Warranty Corporation**                                                    ,        Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108147** | | | Warranty | | | | |
| **Kimberly L Waters** **513 Hidden Boulevard** **Mount Pleasant, SC 29466** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5067363** | | | Warranty | | | | |
| **Kimberly Lane** **6271 Beacon Tree Court** **Huber Heights, OH 45434** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131843** | | | Warranty | | | | |
| **Kimberly Long** **1725 Skyline Drive Apt 28** **Pittsburgh, PA 15227** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118963** | | | Warranty | | | | |
| **Kimberly M Dietsch** **8513 Township Rd 50** **Masnfield, OH 44904** | | - | | | | | |
| | | | | | | | 280.99 |
| Account No. **5114172** | | | Warranty | | | | |
| **Kimberly Males** **314 Pershing Drive** **New Kensington, PA 15068** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2673** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

280.99

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5055443** | | | | Warranty | | | | |
| **Kimberly Mauro** **185 7th Street ext** **New Kensington, PA 15068** | - | | | | X | X | | 0.00 |
| Account No. **5110673** | | | | Warranty | | | | |
| **Kimberly McAndrew** **143 15th Street  Apt 8** **New Cumbeland, PA 17070** | - | | | | X | X | | 0.00 |
| Account No. **5097332** | | | | Warranty | | | | |
| **Kimberly Michelle Budkey** **1060 Temple Road** **Monaca, PA 15061** | - | | | | | | | 475.00 |
| Account No. **5124706** | | | | Warranty | | | | |
| **Kimberly Miller** **6343 Kossuth Amanda** **Spencerville, OH 45887** | - | | | | X | X | | 0.00 |
| Account No. **5120051** | | | | Warranty | | | | |
| **Kimberly Moreland** **9911 E Rugged Mountain** **Gold Canyon, AZ 85218** | - | | | | X | X | | 0.00 |

Sheet no. **2674** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  475.00

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5121236 | | | Warranty | | | | |
| Kimberly Moss 141 Neese Dt G18 Nashville, TN 37211 | - | | | | | | 700.00 |
| Account No. 5106077 | | | Warranty | | | | |
| Kimberly N Fortson 2323 Heston Street Roslyn, PA 19001 | - | | | X | X | | 0.00 |
| Account No. 5130633 | | | Warranty | | | | |
| Kimberly Pacolitch 42 Country Club Gouldsboro, PA 18424 | - | | | | | | 313.10 |
| Account No. 5126927 | | | Warranty | | | | |
| Kimberly Pilote 260 Blackberry Run Fayetteville, GA 30214 | - | | | X | X | | 0.00 |
| Account No. 5096311 | | | Warranty | | | | |
| Kimberly Pollard 3254 Island Ford Road Silverstreet, SC 29145 | - | | | X | X | | 0.00 |

Sheet no. **2675** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **1,013.10**

In re  **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5123021 | | | | | Warranty | | | | |
| Kimberly R Habenak PO Box 723 New Salem, PA 15468 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5103623 | | | | | Warranty | | | | |
| Kimberly Robinson 718 Penny Drive Pittsburgh, PA 15235 | - | | | | | | | | |
| | | | | | | | | | 61.82 |
| Account No. 5130304 | | | | | Warranty | | | | |
| Kimberly Romano 410 A. Park Road Ambridge, PA 15003 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5102332 | | | | | Warranty | | | | |
| Kimberly S Bell 3416 Long Shadow Court Murfreesboro, TN 37129 | - | | | | | | | | |
| | | | | | | | | | 333.56 |
| Account No. 5090745 | | | | | Warranty | | | | |
| Kimberly S Carlson 321 Ridge Road Hershey, PA 17033 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2676** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    395.38

In re    **Great Lakes Warranty Corporation**                                        ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5129758 | | | | | Warranty | | | | |
| Kimberly S Miller 167 Warmuth Lane Bedford, PA 15522 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5102288 | | | | | Warranty | | | | |
| Kimberly S Nething 665 Lohr Road Mansfield, OH 44903 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5119528 | | | | | Warranty | | | | |
| Kimberly S Young 236 Cypress Hill Dr Pittsburgh, PA 15235 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5112707 | | | | | Warranty | | | | |
| Kimberly Sammons 26 Fox Hunt Drive  #258 Bear, DE 19701 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5112542 | | | | | Warranty | | | | |
| Kimberly Shannon 2308 March Drive Spring Hill, TN 37174 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2677** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __Great Lakes Warranty Corporation__ ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5125327 | | | | Warranty | | | | |
| Kimberly Sharkey 2400 Amber Glenn Court Murfreeesboro, TN 37128 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110515 | | | | Warranty | | | | |
| Kimberly Sharpe Jayich 7261 E Northridge Street Mesa, AZ 85207 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132508 | | | | Warranty | | | | |
| Kimberly Sheeler PO Box 203 Sassamansville, PA 19472 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132476 | | | | Warranty | | | | |
| Kimberly Shumar 159 Lyndale Road Grindstone, PA 15442 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112439 | | | | Warranty | | | | |
| Kimberly Sines 273 Twin Bridges Road Charleroi, PA 15022 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __2678__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re  **Great Lakes Warranty Corporation**                                   ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123983** | | | | **Warranty** | | | | |
| **Kimberly Sue Ferrara** **1416 East Washington Street** **New Castle, PA 16101** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114859** | | | | **Warranty** | | | | |
| **Kimberly Sue Haas** **2102 Second Street** **S Connellsville, PA 15425** | - | | | | | | | |
| | | | | | | | | **977.50** |
| Account No. **5126054** | | | | **Warranty** | | | | |
| **Kimberly Sweitzer** **213 Sweitzer Lane** **Brookville, PA 15825** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123169** | | | | **Warranty** | | | | |
| **Kimberly Thomas** **PO Box 683** **Dresdon, TN 38225** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5067733** | | | | **Warranty** | | | | |
| **Kimberly Tyson** **1570 Lillian Rd** **Stow, OH 44224** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2679** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **977.50**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5059309** | | | | | Warranty | | | | |
| **Kimberly Wagner** **209 Chickasaw Ave** **Pittsburgh, PA 15237** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5129214** | | | | | Warranty | | | | |
| **Kimberly Watees** **101 Fresh Meadow Lane** **Mt Pleasant, SC 29466** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5129523** | | | | | Warranty | | | | |
| **Kimberly Waters** **101 Fresh Meadow Lane** **Mt Pleasant, SC 29466** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5128848** | | | | | Warranty | | | | |
| **Kimberly Wilkerson** **2793 Sonora Drive** **Memphis, TN 38115** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5103234** | | | | | Warranty | | | | |
| **Kimberly Williams** **2721 Richfield Boulevard** **Las Vegas, NV 89102** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2680** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re __Great Lakes Warranty Corporation_____,   Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085868** | | | | **Warranty** | | | | |
| **Kimberly Wunder** **48 Richland Creek Drive** **Greenville, SC 29609** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5114415 | | | | **Warranty** | | | | |
| **Kimberly Y Hughes** **2013 Country Lane** **Ewing, NJ 08628** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5131546 | | | | **Warranty** | | | | |
| **Kimberly Yeckel** **312 Marshall Drive** **Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5101852 | | | | **Warranty** | | | | |
| **Kimm Applegate** **1730 N Pennington Drive** **Chandler, AZ 85224** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5131339 | | | | **Warranty** | | | | |
| **Kimmy L Bennett** **1339 Caroline Cr** **Franklin, TN 37064** | - | | | | | | | |
| | | | | | | | | **367.60** |

Sheet no. __2681__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**367.60**

In re  **Great Lakes Warranty Corporation**                                    ,         Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5108025** | | | | | **Warranty** | | | | |
| **Kimo Klask**<br>**3601 Pacific Avenue   Monagan #312**<br>**Stockton, CA 95211** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5105055** | | | | | **Warranty** | | | | |
| **Kio Phomthisene**<br>**7336 Sugarloaf Drive**<br>**Antioch, TN 37013** | - | | | | | | | | |
| | | | | | | | | | 577.50 |
| Account No. **5123023** | | | | | **Warranty** | | | | |
| **Kira Sisk**<br>**130 Angle St**<br>**Brwonsville, PA 15417** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5077706** | | | | | **Warranty** | | | | |
| **Kira Wunderlich**<br>**13282 April Circle**<br>**Lovettsville, VA 20180** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5106589** | | | | | **Warranty** | | | | |
| **Kiran R Malhotra**<br>**712 Forrest Rose Ave**<br>**Lanscaster, OH 43130** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2682** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    577.50

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5117638 | | | | Warranty | | | | |
| Kirk A Brandt 124 W 15th Street Camp Hill, PA 17011 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130786 | | | | Warranty | | | | |
| Kirk Bing 235 Elmford Avenue SW Massillon, OH 44646 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100445 | | | | Warranty | | | | |
| Kirk E Ball 3319 Arbor Road  SW Canton, OH 44710 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5035403 | | | | Warranty | | | | |
| Kirk Goeldner 10 Ridgeland Dr. Greenville, SC 29601 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122357 | | | | Warranty | | | | |
| Kirk L Groff 419 Martin Ave Mount Joy, PA 17552 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2683** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                              Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124456** | | | Warranty | | | | |
| **Kirk M Doerger** **612 Legend Hills** **Cincinnati, OH 45255** | - | | | X | X | | 0.00 |
| Account No. **5116849** | | | Warranty | | | | |
| **Kirk P Kirkpatrick** **930 Miles Run Road** **Spring Creek, PA 16436** | - | | | X | X | | 0.00 |
| Account No. **5099192** | | | Warranty | | | | |
| **Kirk Steinke** **678 N Sugar Street** **Celina, OH 45822** | - | | | X | X | | 0.00 |
| Account No. **5130354** | | | Warranty | | | | |
| **Kirk Turley** **50140 Street RT 124** **Racine, OH 45771** | - | | | | | | 203.63 |
| Account No. **5125402** | | | Warranty | | | | |
| **Kirk Vonderhaar** **6409 Aspen Way** **Cincinnati, OH 45224** | - | | | | | | 622.00 |

Sheet no. **2684** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          825.63

In re **Great Lakes Warranty Corporation**                    ,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5107014** | | | | **Warranty** | | | | |
| **Kirk W Gilbert 329 North Sixth Street Olean, NY 14760** | - | | | | X | X | | 0.00 |
| Account No. **5126322** | | | | **Warranty** | | | | |
| **Kirstin Fortson 9306 W. Ridge Trail Road Soddy Daisy, TN 37379** | - | | | | X | X | | 0.00 |
| Account No. **5127305** | | | | **Warranty** | | | | |
| **Kit Chacon 2112 Mogadore Akron, OH 44312** | - | | | | X | X | | 0.00 |
| Account No. **5091466** | | | | **Warranty** | | | | |
| **Kiwanna  Nelson Suitt 407 Norwood Court Monks Corner, SC 29461** | - | | | | | | | 636.78 |
| Account No. **5085060** | | | | **Warranty** | | | | |
| **Klarisa L Wallace 2011 Richard Jones Road  Apt C14 Nashville, TN 37215** | - | | | | X | X | | 0.00 |

Sheet no. **2685** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                636.78

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5094938** | | | | **Warranty** | | | | |
| **Klindt Breckenridge 5960 N Moccasin Trail Drive Tucson, AZ 85750** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112458** | | | | **Warranty** | | | | |
| **Kody Newland 1928 E. Highland F104 RMB 611 Phoenix, AZ 85016** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093613** | | | | **Warranty** | | | | |
| **Kofi Barry 1555 Market Street Marcus Hook, PA 19061** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122092** | | | | **Warranty** | | | | |
| **Kolby A Stephens 18 Lamont Ave Apt 14 Hamilton, NJ 08619** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122961** | | | | **Warranty** | | | | |
| **Kolin Gregory 25 Kurtz St  Apt 103 Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2686** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re  **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5076690 | | | | Warranty | | | | |
| Korey J Rychorcewicz 16986 Abers Creek Road Monroeville, PA 15146 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125101 | | | | Warranty | | | | |
| Korey Leatherwood 3105 RT 9 Seaville, NJ 08230 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5067396 | | | | Warranty | | | | |
| Kori Bates 6449 Route 580 Highway Cherry Tree, PA 15724 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5101784 | | | | Warranty | | | | |
| Kory Kutzler 341 East 3rd Street Wind Gap, PA 18091 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5098717 | | | | Warranty | | | | |
| Kraig Eric Imboden 1526 E Grand Avenue Tower City, PA 17980 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2687** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126103** | | | Warranty | | | | |
| **Kraig Okerlund**<br>**3006 Bordell Road**<br>**Smethport, PA 16749** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5127939** | | | Warranty | | | | |
| **Krasimir Radev**<br>**7978 Imperial Treasure St**<br>**Las Vegas, NV 89139** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5082999** | | | Warranty | | | | |
| **Kregg Galbreath**<br>**7356 Crow Cut Road**<br>**Fairview, TN 37062** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5079978** | | | Warranty | | | | |
| **Kris Frey**<br>**2703 S Topeka  #304**<br>**Wichita, KS 67216** | - | | | | | | |
| | | | | | | | **54.47** |
| Account No. **5065050** | | | Warranty | | | | |
| **Kris Motschenbacher**<br>**800 Rodman Circle**<br>**Monterey Park, CA 91754** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **2688**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**54.47**

In re  **Great Lakes Warranty Corporation** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5091858** | | | | Warranty | | | | |
| **Kris Nagoda** **5433 E Fort Lowell** **Tucson, AZ 85712** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5075550** | | | | Warranty | | | | |
| **Kris Wright** **2355 Liberty Street** **Beaumont, TX 77702** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120949** | | | | Warranty | | | | |
| **Krissi Strickland** **1803 Long St** **Chattanooga, TN 37408** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122878** | | | | Warranty | | | | |
| **Krista Caldwell** **21749 Hillsdale Ave** **Fairview Park, OH 44126** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110818** | | | | Warranty | | | | |
| **Krista D Campbell** **51 Cave Street** **Fairchance, PA 15436** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2689** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5070185** | | | Warranty | | | | |
| **Krista Ebbert**<br>**3961 Holleyberry Lane**<br>**Milton, FL 32583** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5060380** | | | Warranty | | | | |
| **Krista Evans**<br>**3627 St. Peter Road**<br>**Ft. Recovery, OH 45846** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107125** | | | Warranty | | | | |
| **Krista I Papa**<br>**1412 Woodward Avenue**<br>**McKees Rocks, PA 15136** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5098565** | | | Warranty | | | | |
| **Krista M Winzer**<br>**3161 Evans Way**<br>**Twinsburg, OH 44087** | - | | | | | | |
| | | | | | | | 564.44 |
| Account No. **5086477** | | | Warranty | | | | |
| **Krista Miller**<br>**4504 Murphy Road**<br>**Nashville, TN 37209** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.__2690__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          | 564.44 |

In re **Great Lakes Warranty Corporation**            Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106234** | | | | **Warranty** | | | | |
| **Krista Orwig 54 fPine Road Orwigsburg, PA 17961** | - | | | | X | X | | 0.00 |
| Account No. **5103008** | | | | **Warranty** | | | | |
| **Krista Porter 1001 Bear Island Drive #522 Summerville, SC 29483** | - | | | | X | X | | 0.00 |
| Account No. **5129577** | | | | **Warranty** | | | | |
| **Krista Shaheen 104 Haser Dr New Kensington, PA 15068** | - | | | | X | X | | 0.00 |
| Account No. **5082190** | | | | **Warranty** | | | | |
| **Krista Williamson 6282 Cary Avenue Cincinnati, OH 45224** | - | | | | X | X | | 0.00 |
| Account No. **5067714** | | | | **Warranty** | | | | |
| **Krista Wood RR2 Truro Nova Scotia, NS B2N5B1 CANADA** | - | | | | X | X | | 0.00 |

Sheet no. **2691** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal
          (Total of this page)        0.00

In re    **Great Lakes Warranty Corporation**                                      ,     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5083403** | | | | | Warranty | | | | |
| **Kristafer Guercio** **31 Weir Mountain Acres** **Kunkletown, PA 18058** | - | | | | | X | X | | 0.00 |
| Account No. **5125631** | | | | | Warranty | | | | |
| **Kristal Leeann Rojas** **1944 Gatewood Lane** **Bethlehem, PA 18018** | - | | | | | X | X | | 0.00 |
| Account No. **5068291** | | | | | Warranty | | | | |
| **Kristan Jones** **337 East Washington Street** **Libson, OH 44432** | - | | | | | X | X | | 0.00 |
| Account No. **5129575** | | | | | Warranty | | | | |
| **Kristen A Gruber** **31 W Marion St** **Lititz, PA 17543** | - | | | | | X | X | | 0.00 |
| Account No. **5121562** | | | | | Warranty | | | | |
| **Kristen Ashley** **2444 Groveland St** **Pittsurgh, PA 15234** | - | | | | | X | X | | 0.00 |

Sheet no.**2692** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126140** | | | | **Warranty** | | | | |
| **Kristen Brinsky** **298 Sutherland Dr.** **Venetia, PA 15367** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5096437** | | | | **Warranty** | | | | |
| **Kristen D Fuqua** **632 Watt Street** **Pittsburgh, PA 15219** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102343** | | | | **Warranty** | | | | |
| **Kristen D Menchhofer** **60 Aspen Lane** **Levittown, PA 19055** | - | | | | | | | |
| | | | | | | | | **305.03** |
| Account No. **5089118** | | | | **Warranty** | | | | |
| **Kristen E Folk** **1323 Jill Ann Drive** **Lebanon, PA 17042** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129836** | | | | **Warranty** | | | | |
| **Kristen Endy** **347 Anthonys Mill Road** **Bechtelsville, PA 19505** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**2693** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**305.03**

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127452** | | | Warranty | | | | |
| **Kristen Hinrich** **1594 Teardrop Street** **Las Vegas, NV 89142** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102556** | | | Warranty | | | | |
| **Kristen K Anderson** **6195 Brandy Run** **Fairview, PA 16415** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5073844** | | | Warranty | | | | |
| **Kristen Kay Josephsen** **1819 Kanawha Trail** **Camden, SC 29020** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5081545** | | | Warranty | | | | |
| **Kristen L Brodie** **261 N Franklin  Apt 201** **Hanover, PA 17331** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123081** | | | Warranty | | | | |
| **Kristen L Irving** **1710 Kent Rd** **Camp Hill, PA 17011** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**2694**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5110976 | | | | Warranty | | | | |
| Kristen Lauren Fitzpatrick 56 Foal Court Lancaster, PA 17602 | - | | | | X | X | | 0.00 |
| Account No. 5098647 | | | | Warranty | | | | |
| Kristen M Bowen 109 Hutchinson Drive Smyrna, TN 37167 | - | | | | X | X | | 0.00 |
| Account No. 5115628 | | | | Warranty | | | | |
| Kristen M Hanchulak P.O. Box 111 Sewickley, PA 15143 | - | | | | | | | 84.10 |
| Account No. 5122281 | | | | Warranty | | | | |
| Kristen M Kreider PO Box 2339   108 Woodrow Ave REading, PA 19608 | - | | | | X | X | | 0.00 |
| Account No. 5124795 | | | | Warranty | | | | |
| Kristen Macioce 450 August Pittsburgh, PA 15211 | - | | | | X | X | | 0.00 |

Sheet no. **2695** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84.10

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5132090** | | | Warranty | | | | | |
| **Kristen Martin** **3825 East Alexan Drive #1056** **North Las Vegas, NV 89032** | - | | | | X | X | | 0.00 |
| Account No. **5103633** | | | Warranty | | | | | |
| **Kristen Mauro** **212 Highland Pines Drive** **Pittsburgh, PA 15237** | - | | | | X | X | | 0.00 |
| Account No. **5092767** | | | Warranty | | | | | |
| **Kristen McGinnis** **312 Marshall Drive** **Pittsburgh, PA 15235** | - | | | | X | X | | 0.00 |
| Account No. **5106730** | | | Warranty | | | | | |
| **Kristen McGriff** **126 Blue Ridge Terrace** **Hendersonville, TN 37075** | - | | | | X | X | | 0.00 |
| Account No. **5080018** | | | Warranty | | | | | |
| **Kristen Moyer** **1996 Knight Road** **Green Lane, PA 18054** | - | | | | X | X | | 0.00 |

Sheet no. **2696** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5119215 | | | | Warranty | | | | |
| Kristen Pavlovich 958 West Gary Dr Chandler, AZ 85225 | - | | | | X | X | | 0.00 |
| Account No. 5097030 | | | | Warranty | | | | |
| Kristen Perhonitch 1312 Long Run Road Friedensburg, PA 17933 | - | | | | X | X | | 0.00 |
| Account No. 5106025 | | | | Warranty | | | | |
| Kristen Qudri 2122 W Butler Drive #211 Phoenix, AZ 85021 | - | | | | X | X | | 0.00 |
| Account No. 5088470 | | | | Warranty | | | | |
| Kristen Tango 720  1 2  S Wooster Strasburg, OH 44680 | - | | | | X | X | | 0.00 |
| Account No. 5123017 | | | | Warranty | | | | |
| Kristi  Jeffries 403 Thanksgiving St Uniontown, PA 15401 | - | | | | X | X | | 0.00 |

Sheet no. **2697** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re **Great Lakes Warranty Corporation**                                     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5104079** | | | Warranty | | | | |
| **Kristi Baker**<br>**350 Clarendon Avenue NW**<br>**Canton, OH 44708** | - | | | X | X | | 0.00 |
| Account No. **5123923** | | | Warranty | | | | |
| **Kristi Cochrane**<br>**3002 Wallace Court**<br>**Murfreesboro, TN 37129** | - | | | X | X | | 0.00 |
| Account No. **5117888** | | | Warranty | | | | |
| **Kristi Crisp**<br>**15965 Main Street**<br>**Millfield, OH 45761** | - | | | X | X | | 0.00 |
| Account No. **5122106** | | | Warranty | | | | |
| **Kristi D Glenn**<br>**111 West Jefferson Ave**<br>**Wildwood Crest, NJ 08260** | - | | | X | X | | 0.00 |
| Account No. **5092594** | | | Warranty | | | | |
| **Kristi D Vincent**<br>**11 Eighth Street**<br>**Malta, OH 43758** | - | | | | | | **487.97** |

Sheet no. **2698** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **487.97**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5112552 | | | | | Warranty | | | | |
| Kristi Knitter 702 Bradford Place Murfreesboro, TN 37130 | - | | | | | X | X | | 0.00 |
| Account No. 5076624 | | | | | Warranty | | | | |
| Kristi L Lee 558 Hoover Road Mansfield, OH 44905 | - | | | | | X | X | | 0.00 |
| Account No. 5111000 | | | | | Warranty | | | | |
| Kristi L Wiles 51491 Trembley Ridge Beallsville, OH 43716 | - | | | | | | | | 239.92 |
| Account No. 5090514 | | | | | Warranty | | | | |
| Kristi Lukasiak 5066 Clayton Avenue Pennsauken, NJ 08109 | - | | | | | X | X | | 0.00 |
| Account No. 5064178 | | | | | Warranty | | | | |
| Kristi Summer Nelson 6964 Maybank Hwy Wadmalaw Island, SC 29487 | - | | | | | X | X | | 0.00 |

Sheet no. **2699** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 239.92

In re **Great Lakes Warranty Corporation**                                              , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5122996** | | | | | **Warranty** | | | | |
| **Kristian Hudy** **175 Deerford NW** **Massillon, OH 44647** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5111155** | | | | | **Warranty** | | | | |
| **Kristian E Kuzminsky** **116 Treeview Drive** **Moon Township, PA 15108** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5086900** | | | | | **Warranty** | | | | |
| **Kristie Francioni** **PO Box 14 420 Francioni Hill Lane** **Glenshaw, PA 15116** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5112492** | | | | | **Warranty** | | | | |
| **Kristie L Smith** **7677 Sweetwood Court** **Dublin, OH 43016** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5081371** | | | | | **Warranty** | | | | |
| **Kristie M McCollins** **803 Orange Street** **Ashland, OH 44805** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**2700** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **0.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097244** | | | Warranty | | | | |
| **Kristie M Wolf Maloney**<br>**30 Kohler Lane**<br>**Etters, PA 17319** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118632** | | | Warranty | | | | |
| **Kristie Teslovich**<br>**155 7th St Ext**<br>**Trafford, PA 15085** | - | | | | | | |
| | | | | | | | 787.90 |
| Account No. **5083652** | | | Warranty | | | | |
| **Kristin A Sagun**<br>**4209 Wrexham Ct**<br>**Charlotte, NC 28269** | - | | | | | | |
| | | | | | | | 270.50 |
| Account No. **5125562** | | | Warranty | | | | |
| **Kristin Brackbill**<br>**6917 Leon Avenue**<br>**W. Las Vegas, NV 89131** | - | | | | | | |
| | | | | | | | 1,490.00 |
| Account No. **5101511** | | | Warranty | | | | |
| **Kristin D Durst**<br>**2703 Voelkel Avenue Apt 1**<br>**Pittsburgh, PA 15216** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2701** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,548.40

In re  **Great Lakes Warranty Corporation**  ,                    Case No. _____
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5074918 | | | Warranty | | | | |
| Kristin K LaBounty 5050 Tower Road Moose Lake, MN 55767 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5086594 | | | Warranty | | | | |
| Kristin L Julian 560 East Main Street Monongahela, PA 15063 | - | | | | | | |
| | | | | | | | 176.95 |
| Account No. 5104876 | | | Warranty | | | | |
| Kristin L Stuckey 2314 Morris Drive East Petersburg, PA 17520 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5123839 | | | Warranty | | | | |
| Kristin Lee Ross 207 South Fifth St Youngwood, PA 15697 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5112448 | | | Warranty | | | | |
| Kristin M Szuch 313 Creek Drive  Apt 201 St Davids, PA 19087 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2702** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    176.95

In re  **Great Lakes Warranty Corporation**                          ,     Case No. _____

_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102549** | | | | **Warranty** | | | | |
| **Kristin R Warner** **4008 Route 89** **Northeast, PA 16428** | - | | | | | | | **273.50** |
| Account No. **5130707** | | | | **Warranty** | | | | |
| **Kristin Spengler** **1609 Sage Brush Ranch Way** **N Las Vegas, NV 89081** | - | | | | X | X | | **0.00** |
| Account No. **5130091** | | | | **Warranty** | | | | |
| **Kristin Thompson** **928 Patrick Lane** **Newry, PA 16665** | - | | | | X | X | | **0.00** |
| Account No. **5127748** | | | | **Warranty** | | | | |
| **Kristina Baldwin** **180 S. Main Street** **Bellefonte, PA 16823** | - | | | | X | X | | **0.00** |
| Account No. **5082275** | | | | **Warranty** | | | | |
| **Kristina Berberena** **4228 I Street** **Philadelphia, PA 19124** | - | | | | X | X | | **0.00** |

Sheet no. **2703** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **273.50**

In re   **Great Lakes Warranty Corporation**                                      ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5085823** | | | | | Warranty | | | | |
| **Kristina E Goldsmith**<br>**108 Peartree Lane**<br>**Anderson, SC 29625** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5118618** | | | | | Warranty | | | | |
| **Kristina E Maroni**<br>**12 Aluminum City Terrace**<br>**New Kensington, PA 15068** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5129850** | | | | | Warranty | | | | |
| **Kristina H Mumford**<br>**356 N Prune St**<br>**Lebanon, PA 17042** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5065945** | | | | | Warranty | | | | |
| **Kristina Heitkamp**<br>**1001 Motz Street**<br>**St Marys, OH 45885** | - | | | | | | | | |
| | | | | | | | | | 1,034.96 |
| Account No. **5078872** | | | | | Warranty | | | | |
| **Kristina M Graymire**<br>**902 Springwood Lane**<br>**Wapakoneta, OH 45895** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2704** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,034.96**

In re **Great Lakes Warranty Corporation** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5126967** | | | | | Warranty | | | | |
| **Kristina M Klinger** **122 Lewis St  Apt 1** **Minersville, PA 17954** | - | | | | | X | X | | 0.00 |
| Account No. **5101612** | | | | | Warranty | | | | |
| **Kristina M Secilia** **200 Field and Stream Road** **Marianna, PA 15345** | - | | | | | X | X | | 0.00 |
| Account No. **5080349** | | | | | Warranty | | | | |
| **Kristina M Zupp** **1817 Thackeray Avenue NW** **Massillon, OH 44646** | - | | | | | X | X | | 0.00 |
| Account No. **5132543** | | | | | Warranty | | | | |
| **Kristine Barholetti** **206 Mclead Drive** **Oxford, PA 19363** | - | | | | | X | X | | 0.00 |
| Account No. **5127358** | | | | | Warranty | | | | |
| **Kristine Germann** **555 Timber Lane** **Cookeville, TN 38501** | - | | | | | X | X | | 0.00 |

Sheet no. **2705** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                              ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5091323** | | Warranty | | | | | | |
| **Kristine Marker** **303 East Spring Street** **New Knoxville, OH 45871** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130005** | | Warranty | | | | | | |
| **Kristine Smailer** **601 Mill Road** **Punxsutawney, PA 15767** | - | | | | | | | |
| | | | | | | | | **132.89** |
| Account No. **5088316** | | Warranty | | | | | | |
| **Kristofer Redinger** **879 Bonnie Brae** **Erie, PA 16511** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5081692** | | Warranty | | | | | | |
| **Kristopher  Bobo** **1616 Queen Anne Avenue N.  Apt 402** **Seattle, WA 98109** | - | | | | | | | |
| | | | | | | | | **163.21** |
| Account No. **5124091** | | Warranty | | | | | | |
| **Kristopher Anderson** **2626 Sewanee Place** **Murfreesboro, TN 37128** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2706** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **296.10**

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5124515 | | | | Warranty | | | | |
| Kristopher Campbell 2005 40th Street NW Canton, OH 44709 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105087 | | | | Warranty | | | | |
| Kristopher D Johnson 4489 Flowers Road Mansfield, OH 44906 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5085266 | | | | Warranty | | | | |
| Kristopher J Black 304 Second Street  PO Box 56 Vestaburg, PA 15368 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099216 | | | | Warranty | | | | |
| Kristopher Kahao 1550 Allendale Road Port Allen, LA 70767 | - | | | | | | | |
| | | | | | | | | 455.00 |
| Account No. 5131476 | | | | Warranty | | | | |
| Kristopher S Harper 909 Wallace St Erie, PA 16503 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__2707__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              455.00

In re   **Great Lakes Warranty Corporation**                                          ,     Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108397** | | | | Warranty | | | | |
| **Kristy Duncan**<br>**4861 Bethesda Road**<br>**Thompson Station, TN 37179** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112275** | | | | Warranty | | | | |
| **Kristy J Schartz**<br>**4370 E Sack Drive**<br>**Phoenix, AZ 85050** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125707** | | | | Warranty | | | | |
| **Kristy Louise Christy**<br>**1209 S 27th St  Apt 2D**<br>**Altoona, PA 16602** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125141** | | | | Warranty | | | | |
| **Kristy Lynn Kaplan**<br>**346 Maley Hollow Rd**<br>**Dayton, TN 37321** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113119** | | | | Warranty | | | | |
| **Kryslyn E Slother**<br>**208 Pine Street**<br>**Edinboro, PA 16412** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2708**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                  0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5130556** | | | | **Warranty** | | | | |
| **Krysta Kunkle** **248 Ridge Avenue** **Homer City, PA 15748** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5088598** | | | | **Warranty** | | | | |
| **Krysta M Lankford** **1141 Tanglewood Drive** **Mantua, OH 44255** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127599** | | | | **Warranty** | | | | |
| **Krystal Brown** **98 Jackie Nash Rd** **Knob Lick, KY 42154** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124026** | | | | **Warranty** | | | | |
| **Krystal Flores** **396 Suburbia Drive** **Blountsville, TN 37617** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132152** | | | | **Warranty** | | | | |
| **Krystal Fortner** **4638 Dale Street** **Noton, OH 44203** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2709** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

In re    **Great Lakes Warranty Corporation**           ,    Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131361** | | | | **Warranty** | | | | |
| **Krystal L Bahleda**<br>**295 Hill St**<br>**Pitcairn, PA 15140** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128518** | | | | **Warranty** | | | | |
| **Krystal Marucci**<br>**RR1 Box 183 Chimne**<br>**Hillidaysburg, PA 16648** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110620** | | | | **Warranty** | | | | |
| **Krystian Torres**<br>**PO Box 91310**<br>**Yuma, AZ 85369** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121711** | | | | **Warranty** | | | | |
| **Krystine K Horvath**<br>**137 County Rd 2**<br>**Rayland, OH 43943** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092276** | | | | **Warranty** | | | | |
| **Kulbeer Sanghera**<br>**1504 NW 3rd Avenue**<br>**Fort Lauderdale, FL 33311** | - | | | | | | | |
| | | | | | | | | **930.30** |

Sheet no. **2710** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal<br>(Total of this page)          **930.30**

In re  **Great Lakes Warranty Corporation**                                          ,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5105685 | | | | Warranty | | | | |
| Kun Ho Lee 4742 Centre Avenue Apt 403 Pittsburgh, PA 15213 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5089015 | | | | Warranty | | | | |
| Kunuz Ahmed 2193 River Trace Drive  #8 Memphis, TN 38134 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128613 | | | | Warranty | | | | |
| Kurai Mangozhe 14438 Banister Dr Noblesville, IN 46060 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126872 | | | | Warranty | | | | |
| Kuri Edwards 857 Cedar Hill Road Allentown, PA 18109 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103711 | | | | Warranty | | | | |
| Kurlan Pothen 4105 Lakeridge Lane Bloomfield Hills, MI 48302 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __2711__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**                                      Case No. _____

_____ ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. **5103342** | | **Warranty** | | | | | | |
| **Kurt Krause** **522 Sheldon Road** **Valencia, PA 16059** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090618** | | **Warranty** | | | | | | |
| **Kurt A Jaeger** **82 1 2 North Fifth Avenue  Apt 1** **Clarion, PA 16214** | - | | | | | | | |
| | | | | | | | | **613.16** |
| Account No. **5097031** | | **Warranty** | | | | | | |
| **Kurt A Kanaskie** **229 Hawk Mountain Road** **Kempton, PA 19529** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5088804** | | **Warranty** | | | | | | |
| **Kurt A Snyder** **6429 Chilton Drive** **N Richland Hills, TX 76180** | - | | | | | | | |
| | | | | | | | | **579.38** |
| Account No. **5096079** | | **Warranty** | | | | | | |
| **Kurt C Lewis** **12193 Route 36** **Brookville, PA 15825** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**2712** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,192.54**

In re  **Great Lakes Warranty Corporation** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5063254** | | | | Warranty | | | | |
| **Kurt Danga-Storm** **531 9th Avenue** **Bethlehem, PA 18018** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126081** | | | | Warranty | | | | |
| **Kurt Dubendorf** **14 N. Main Street** **Yeagertown, PA 17099** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111932** | | | | Warranty | | | | |
| **Kurt F Frank** **20 Clearview Drive** **Athens, OH 45701** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131618** | | | | Warranty | | | | |
| **Kurt Kennicutt** **406 Fourth Avenue** **Vestal, NY 13850** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5075166** | | | | Warranty | | | | |
| **Kurt M Green** **9740 New California Drive** **Plain City, OH 43064** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2713** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** ,　　Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5111968** | | | **Warranty** | | | | |
| **Kurt O Bue** **121 Bue Lane** **Export, PA 15632** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5126261** | | | **Warranty** | | | | |
| **Kurt Phifer** **462 Winding Lane** **Sparta, TN 38583** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5089070** | | | **Warranty** | | | | |
| **Kurt R Guyer** **3300 E Broadway Road  Lot 73** **Mesa, AZ 85204** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5115646** | | | **Warranty** | | | | |
| **Kurt Ruhe** **212 Kennedy Street** **Ottawa, OH 45875** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5129259** | | | **Warranty** | | | | |
| **Kurt Schneider** **1024 Twp Rd 1682** **Ashland, OH 44805** | | - | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **2714** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**0.00**

In re **Great Lakes Warranty Corporation**    Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5090432** | | | | Warranty | | | | |
| **Kurt W Beiter** **1965 Tremont Avenue SE Apt 13** **Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124335** | | | | Warranty | | | | |
| **Kurt Woodrow Penninger** **7295 Awendaw Landing Rd** **Awendaw, SC 29429** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120071** | | | | Warranty | | | | |
| **Kurtis Armstrong** **225 Valley St** **Fort Carbon, PA 17965** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5045488** | | | | Warranty | | | | |
| **Kurtis E Hall** **19545 Main St** **Trimble, OH 45782** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5071701** | | | | Warranty | | | | |
| **Kurtis Messner** **712 Leah Ct** **Gilbert, AZ 85233** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2715** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5111366 | | | | | Warranty | | | | |
| Kutaibe Birkdar 2257 Hedgerow Road G Columbus, OH 43220 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5077080 | | | | | Warranty | | | | |
| Kwabena Muhammad 6803 W Congress Street  Apt 1 Milwaukee, WI 53218 | - | | | | | | | | |
| | | | | | | | | | 654.36 |
| Account No. 5115743 | | | | | Warranty | | | | |
| Kwame Boate 3196 Mount Zion Road  Apt 4003 Stockbridge, GA 30281 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5089368 | | | | | Warranty | | | | |
| Kwang H Lee 5170 John Hagar Road Hermitage, TN 37076 | - | | | | | | | | |
| | | | | | | | | | 250.00 |
| Account No. 5117474 | | | | | Warranty | | | | |
| Kyla J Burlingham 11544 Donation Waterford, PA 16441 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2716** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

904.36

In re **Great Lakes Warranty Corporation**                          ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124203** | | | | **Warranty** | | | | |
| **Kyle Brooks**<br>**1000 N Randolph St**<br>**Philadelphia, PA 19123** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102114** | | | | **Warranty** | | | | |
| **Kyle Van Name**<br>**228 Colonial Crest Drive**<br>**Lancaster, PA 17601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124278** | | | | **Warranty** | | | | |
| **Kyle Artim**<br>**1319 Sonja Drive**<br>**Clarksville, TN 37042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115754** | | | | **Warranty** | | | | |
| **Kyle B Jones**<br>**6559 Brookland Ave**<br>**Solon, OH 44139** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084780** | | | | **Warranty** | | | | |
| **Kyle Bailey**<br>**2217 Stonewall Drive**<br>**Union City, TN 38261** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2717** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5070017** | | - | | Warranty | | | | |
| **Kyle Beddome** **860 S. Cancun Drive** **Gilbert, AZ 85233** | | | | | | | | 985.00 |
| Account No. 5126254 | | - | | Warranty | | | | |
| **Kyle Cahall** **7485 Central College Road** **New Albany, OH 43054** | | | | | | | | 429.50 |
| Account No. 5097953 | | - | | Warranty | | X | X | |
| **Kyle Chaapel** **RR1 Box 1890** **Monroeton, PA 18832** | | | | | | | | 0.00 |
| Account No. 5131680 | | - | | Warranty | | X | X | |
| **Kyle Cincere** **4403 Blackman Court** **Nashville, TN 37211** | | | | | | | | 0.00 |
| Account No. 5119619 | | - | | Warranty | | X | X | |
| **Kyle D Edwards** **5201 Webster Rd** **Centerburg, OH 43011** | | | | | | | | 0.00 |

Sheet no. **2718** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,414.50

In re   **Great Lakes Warranty Corporation**                  ,      Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113902 | | | | Warranty | | | | |
| Kyle D Perrine 118 Tank Hill Road Adah, PA 15410 | - | | | | X | X | | 0.00 |
| Account No. 5131794 | | | | Warranty | | | | |
| Kyle Dehaven 113 Avon Lane Greenville, NC 27858 | - | | | | X | X | | 0.00 |
| Account No. 5132709 | | | | Warranty | | | | |
| Kyle Durante 405 Fairview Street PO Box 388 Terre Hill, PA 17581 | - | | | | X | X | | 0.00 |
| Account No. 5120856 | | | | Warranty | | | | |
| Kyle E Kyser 823 Washington Ave Salem, OH 44460 | - | | | | X | X | | 0.00 |
| Account No. 5121936 | | | | Warranty | | | | |
| Kyle E Liddick 830 Valley Rd Enola, PA 17025 | - | | | | X | X | | 0.00 |

Sheet no. **2719** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                  
(Total of this page)                                0.00

In re   **Great Lakes Warranty Corporation**                                     ,      Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5115690** | | | | **Warranty** | | | | |
| **Kyle E Wallace** **4717 Jefferson Street** **Bellaire, OH 43906** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126608** | | | | **Warranty** | | | | |
| **Kyle Eisert** **1930 Norcross Road** **Erie, PA 16510** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126026** | | | | **Warranty** | | | | |
| **Kyle Greenway** **418 Benita Drive** **Nashville, TN 37211** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091295** | | | | **Warranty** | | | | |
| **Kyle Gustine** **429 Summit Oaks** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105477** | | | | **Warranty** | | | | |
| **Kyle Hansen** **6316 Lindsay Lane** **Racine, WI 53406** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2720** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

In re  **Great Lakes Warranty Corporation**                                      ,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5131949** | | | | | Warranty | | | | |
| **Kyle Harold** **165 Horse Shoe Lane** **Warminster, PA 18974** | - | | | | | | | | **702.66** |
| Account No. **5111589** | | | | | Warranty | | | | |
| **Kyle Henderson** **1855 Sunburst Lane** **Tempe, AZ 85284** | - | | | | | X | X | | **0.00** |
| Account No. **5102095** | | | | | Warranty | | | | |
| **Kyle J Lanham** **800 Martinsburg Road** **Mt Vernon, OH 43050** | - | | | | | X | X | | **0.00** |
| Account No. **5111162** | | | | | Warranty | | | | |
| **Kyle J Rodney** **2160 Hillborn Road** **Erie, PA 16509** | - | | | | | X | X | | **0.00** |
| Account No. **5130755** | | | | | Warranty | | | | |
| **Kyle Jensen** **7916 Pale Rider** **Las Vegas, NV 89131** | - | | | | | X | X | | **0.00** |

Sheet no. **2721** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**702.66**

In re   **Great Lakes Warranty Corporation**                   ,     Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5052596** <br><br>**Kyle Kretschman** <br>**1701 Fox Ave.** <br>**Beaver Falls, PA 15010** | - | | **Warranty** | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102093** <br><br>**Kyle L Donaldson** <br>**P.O. Box 144** <br>**Nottingham, PA 19362** | - | | **Warranty** | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099423** <br><br>**Kyle L Hunt** <br>**448 Mulvane Street** <br>**Newcomerstown, OH 43832** | - | | **Warranty** | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129112** <br><br>**Kyle L Sigmund** <br>**1514 N 12th St** <br>**Reading, PA 19604** | - | | **Warranty** | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5097602** <br><br>**Kyle L Swango** <br>**954 S Poplar Street** <br>**Nelsonville, OH 45764** | - | | **Warranty** | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2722** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                                                            0.00

(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127520** | | | Warranty | | | | |
| **Kyle Lewis 8978 Main Street McKean, PA 16426** | - | | | | | | 823.00 |
| Account No. **5089491** | | | Warranty | | | | |
| **Kyle M Walters 674 Muddy Run Road Milton, PA 17847** | - | | | X | X | | 0.00 |
| Account No. **5101587** | | | Warranty | | | | |
| **Kyle Marcincin 128 E Main Street Fleetwood, PA 19522** | - | | | X | X | | 0.00 |
| Account No. **5118643** | | | Warranty | | | | |
| **Kyle Palmer 780 Steubenville Pike Burgettstown, PA 15021** | - | | | | | | 387.34 |
| Account No. **5123072** | | | Warranty | | | | |
| **Kyle R Giles 1001 Felix Court Reading, PA 19605** | - | | | X | X | | 0.00 |

Sheet no. **2723** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 1,210.34

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____ ,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119649 | | | | Warranty | | | | |
| Kyle R Monroe 1451 Parkside Ave Trenton, NJ 08638 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087475 | | | | Warranty | | | | |
| Kyle R Purdy 2970 Copper Grove Dr Grand Rapids, MI 49525 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100294 | | | | Warranty | | | | |
| Kyle Ryan 119 Gateshead Way Phoenixville, PA 19460 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099833 | | | | Warranty | | | | |
| Kyle S Henry 101 W Main Street St Henry, OH 45883 | - | | | | | | | |
| | | | | | | | | 1,040.87 |
| Account No. 5091361 | | | | Warranty | | | | |
| Kyle S Walker 110 E Mintor Drive Tempe, AZ 85282 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 2724  of 4906  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,040.87

In re   **Great Lakes Warranty Corporation**                   ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123310** | | | Warranty | | | | |
| **Kyle Schneider** **612 North Avenue NE** **Massillon, OH 44646** | - | | | | | | 194.13 |
| Account No. 5131828 | | | Warranty | | | | |
| **Kyle Spreadborough** **7461 Wheeldale Circle** **Reno, NV 89511** | - | | | X | X | | 0.00 |
| Account No. 5112640 | | | Warranty | | | | |
| **Kyle Steven Kenworthy** **120 Crump Road** **Exton, PA 19341** | - | | | X | X | | 0.00 |
| Account No. 5096607 | | | Warranty | | | | |
| **Kyle Strunk** **3042 Quail Ct** **Greenbrier, TN 37073** | - | | | X | X | | 0.00 |
| Account No. 5093746 | | | Warranty | | | | |
| **Kyle W Thompson** **527 Case Place NW** **Canton, OH 44703** | - | | | X | X | | 0.00 |

Sheet no. **2725** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      194.13

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

In re   **Great Lakes Warranty Corporation**             ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120124** | | | **Warranty** | | | | |
| **Kyle Wills** **1325 Hares Hill Rd** **Kimberton, PA 19442** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5105020** | | | **Warranty** | | | | |
| **Kylie  Simmons** **PO Box 181** **Apache Junction, AZ 85217** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130264** | | | **Warranty** | | | | |
| **Kymwonia V Moore** **8273 New Leaf Ave** **Las Vegas, NV 89131** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5066332** | | | **Warranty** | | | | |
| **Kyndra Fuller** **2317 Delano Lane** **District Heights, MD 20747** | - | | | | | | |
| | | | | | | | 594.81 |
| Account No. **5115268** | | | **Warranty** | | | | |
| **Kyoichi Shimodaira** **2408 Rollett Court** **Nashville, TN 37211** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**2726** of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

594.81

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5072314 | | | | | Warranty | | | | |
| Kyong N Elias 121 Narrows Rd Connellsville, PA 15425 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5121661 | | | | | Warranty | | | | |
| Kyunghoon Kim 1902 South Broadway   Apt 1 Pittsburg, KS 66762 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5112027 | | | | | Warranty | | | | |
| Kyungtyek Han 12626 Victoria Station Court Fairfax, VA 22033 | - | | | | | | | | |
| | | | | | | | | | 165.69 |
| Account No. 5096184 | | | | | Warranty | | | | |
| L  Long Luckie 19612 Steel Street Detroit, MI 48235 | - | | | | | | | | |
| | | | | | | | | | 295.00 |
| Account No. 5106341 | | | | | Warranty | | | | |
| L Bertram Hayes 1230 N Redfield Street Philadelphia, PA 19151 | - | | | | | | | | |
| | | | | | | | | | 376.09 |

Sheet no. **2727** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      836.78

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5099947** | | Warranty | | | | | | | |
| L C Smith Jr 217 Azalea Drive Atoka, TN 38004 | - | | | | | X | X | | 0.00 |
| Account No. 5091826 | | Warranty | | | | | | | |
| L C St John 9995 Woodland Birch Lakeland, TN 38002 | - | | | | | X | X | | 0.00 |
| Account No. 5067584 | | Warranty | | | | | | | |
| L.W. Flynn 2528 Forest Drive Columbia, SC 29204 | - | | | | | X | X | | 0.00 |
| Account No. 5106298 | | Warranty | | | | | | | |
| La Rea Henderson 108 E 17th St Silver City, NM 88062 | - | | | | | X | X | | 0.00 |
| Account No. 5107988 | | Warranty | | | | | | | |
| La Sonja Lee 214 Jersey Street Trenton, NJ 08611 | - | | | | | X | X | | 0.00 |

Sheet no. **2728** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       0.00

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5119116** | | | **Warranty** | | | | |
| **Lacey Crook** **1753 Road E  Lot 399** **Emporia, KS 66801** | | - | | X | X | | 0.00 |
| Account No. **5099790** | | | **Warranty** | | | | |
| **Lacey Marie  Hendricks** **2099 Lake Carolina Drive** **Columbia, SC 29229** | | - | | X | X | | 0.00 |
| Account No. **5083545** | | | **Warranty** | | | | |
| **LaChandra Hilliard** **211 Bolette Lane** **Columbia, SC 29229** | | - | | X | X | | 0.00 |
| Account No. **5096379** | | | **Warranty** | | | | |
| **Laci Evans** **8206 State Route 33** **Celina, OH 45822** | | - | | X | X | | 0.00 |
| Account No. **5104592** | | | **Warranty** | | | | |
| **Lacinda E Atkins** **4750 W Elm Street** **Lima, OH 45807** | | - | | | | | 545.99 |

Sheet no.**2729** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **545.99**

In re   **Great Lakes Warranty Corporation**          ,     Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130718** | | | | Warranty | | | | |
| **Lacy Washington**<br>**5812 Sunny Morning Dr**<br>**Memphis, TN 38141** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130961** | | | | Warranty | | | | |
| **Lacy Harmon**<br>**7119 Vann Dr**<br>**Pittsburgh, PA 15206** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092049** | | | | Warranty | | | | |
| **Ladarica Talford**<br>**177 Parmount Lane**<br>**Rock Hill, SC 29730** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5071977** | | | | Warranty | | | | |
| **Ladislav Gavalcin**<br>**815 Saint Olaf Drive**<br>**Eaton, OH 45320** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131437** | | | | Warranty | | | | |
| **Ladonna Arnett**<br>**772 Atlantic Avenue**<br>**York, PA 17404** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2730** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5128998 | | | | Warranty | | | | |
| Ladonna Winter 761 Walton Street Lemoyne, PA 17043 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106143 | | | | Warranty | | | | |
| LaDonna Y Washington 1720 W Bonanza Las Vegas, NV 89106 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108668 | | | | Warranty | | | | |
| Ladonya Claybourne 1822 4th St SE Canton, OH 44707 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122627 | | | | Warranty | | | | |
| Ladymai Yancy 1405 Veterans Hwy J3 Bristol, PA 19007 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087233 | | | | Warranty | | | | |
| Lafaith Lane 712 Millplace Loop Irmo, SC 29863 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2731** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095851** | | | Warranty | | | | |
| **Lafe R Barnett** **19460 State Route 328** **New Plymouth, OH 45654** | - | | | X | X | | 0.00 |
| Account No. **5097490** | | | Warranty | | | | |
| **Laine Gooding** **837 N Main Street** **Sycamore, SC 29846** | - | | | X | X | | 0.00 |
| Account No. **5070459** | | | Warranty | | | | |
| **Lajuana Nicklow** **18 Jamison St** **Uniontown, PA 15401** | - | | | X | X | | 0.00 |
| Account No. **5126175** | | | Warranty | | | | |
| **Lajuana Turner** **5900 Highstead Street #103** **Henderson, NV 89011** | - | | | X | X | | 0.00 |
| Account No. **5132492** | | | Warranty | | | | |
| **Lajy S Raju** **114 Hower Lane** **Philadelphia, PA 19115** | - | | | X | X | | 0.00 |

Sheet no. **2732** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5123009 | | | Warranty | | | | |
| Laken B Brangard PO Box 9    35 Steel St Republic, PA 15475 | - | | | X | X | | 0.00 |
| Account No. 5128493 | | | Warranty | | | | |
| Lakendra Gaither 7840 Lipscomb Dr Memphis, TN 38125 | - | | | X | X | | 0.00 |
| Account No. 5103599 | | | Warranty | | | | |
| Lakesha Bacchus 2389 Ketchum Road Memphis, TN 38114 | - | | | X | X | | 0.00 |
| Account No. 5130607 | | | Warranty | | | | |
| Lakesha Brooks 45 East City Avenue Unit 432 Bala Cynwyd, PA 19004 | - | | | X | X | | 0.00 |
| Account No. 5125599 | | | Warranty | | | | |
| Lakesha Mays 4944 Warrington Street Memphis, TN 38118 | - | | | X | X | | 0.00 |

Sheet no. **2733** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation**          Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5115415 | | | | Warranty | | | | |
| Lakeysha Greer Isaac 904 Cardigan Court Madison, MS 39110 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114690 | | | | Warranty | | | | |
| Lakia S Rogers 3314 Rosedale Avenue  Apt 6 Camden, NJ 08105 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122762 | | | | Warranty | | | | |
| Lakiesha N Evans 226 East Cresse Ave  Apt 2R Wildwood, NJ 08260 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127876 | | | | Warranty | | | | |
| Lakisha Brachew 10 Woodland Ave Pleasantville, NJ 08232 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119728 | | | | Warranty | | | | |
| LaKisha D Hardin 2754 Chapman Circle Rock Hill, SC 29732 | - | | | | | | | |
| | | | | | | | | 529.95 |

Sheet no. **2734** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal (Total of this page)     **529.95**

In re　**Great Lakes Warranty Corporation** _____,　Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130839** | | | Warranty | | | | |
| **Lakvita Dews**<br>**753 Superior Avenue**<br>**Dayton, OH 45402** | - | | | X | X | | 0.00 |
| Account No. **5092628** | | | Warranty | | | | |
| **Lalene D Kay**<br>**331 Fair Street**<br>**Berea, OH 44017** | - | | | X | X | | 0.00 |
| Account No. **5092631** | | | Warranty | | | | |
| **Lalyn Anderson**<br>**2435 Belfast Street W**<br>**Rosemount, MN 55068** | - | | | X | X | | 0.00 |
| Account No. **5115055** | | | Warranty | | | | |
| **Lam Nguyen**<br>**88 Regina Rd**<br>**Monsey, NY 10952** | - | | | X | X | | 0.00 |
| Account No. **5118218** | | | Warranty | | | | |
| **Lamar Downer**<br>**1500 Avon Place**<br>**Pittsburgh, PA 15221** | - | | | X | X | | 0.00 |

Sheet no. **2735** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　0.00

In re **Great Lakes Warranty Corporation** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5120817** | | | | **Warranty** | | | | |
| **Lamar I Bracey** **936 N Negley Ave** **Pittsburgh, PA 15206** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106424** | | | | **Warranty** | | | | |
| **Lamar M Gest** **357 Monica Place** **Corpus Christi, TX 78411** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105963** | | | | **Warranty** | | | | |
| **Lamar R Green** **816 Wesley Church Road** **Shulerville, SC 29453** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125595** | | | | **Warranty** | | | | |
| **Lamarcus Duncan** **964 Woodyhills Drive** **Clarksville, TN 37040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104342** | | | | **Warranty** | | | | |
| **Lamarr E Barnes** **1573 Watkins Rd** **Columbus, OH 43207** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2736** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                    , Case No. _____

_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5079424 | | | | | Warranty | | | | |
| Lamont Powell 331 Hillcrest Street Ewing, NJ 08618 | - | | | | | | | | 331.60 |
| Account No. 5081193 | | | | | Warranty | | | | |
| Lamont Waheed 5011 North Marvine St Philadelphia, PA 19141 | - | | | | | | | | 1,206.36 |
| Account No. 5067781 | | | | | Warranty | | | | |
| Lamonte Nelson 513 Seville Row Charleston, SC 29414 | - | | | | | X | X | | 0.00 |
| Account No. 5132013 | | | | | Warranty | | | | |
| Lamor Mayo 434 North 9th Street Allentown, PA 18102 | - | | | | | X | X | | 0.00 |
| Account No. 5120192 | | | | | Warranty | | | | |
| Lana Dunlap 321 Jamison Ave Cadiz, OH 43907 | - | | | | | X | X | | 0.00 |

Sheet no. **2737** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,537.96**

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5108136** | | | | **Warranty** | | | | |
| **Lana Hogue** **44122 Kelly Pann Road** **Columbiana, OH 44408** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094054** | | | | **Warranty** | | | | |
| **Lana Parker** **2352 E Cloud Rd** **Phoenix, AZ 85086** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5063649** | | | | **Warranty** | | | | |
| **Lana Richmond** **3456 Southbridge Boulevard** **Murfreesboro, TN 37128** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115443** | | | | **Warranty** | | | | |
| **Lanaire D Jones** **138 Quiet Circle Drive** **Gray Court, SC 29645** | - | | | | | | | |
| | | | | | | | | 448.50 |
| Account No. **5121075** | | | | **Warranty** | | | | |
| **Lance Branham** **780 Cliffside Dr** **Fairborn, OH 45324** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2738** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

448.50

In re **Great Lakes Warranty Corporation** _____, Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5091860** | | | Warranty | | | | |
| **Lance Hooker** **10504 N Buck Ridge** **Oro Valley, AZ 85737** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111097** | | | Warranty | | | | |
| **Lance Mitchell** **627 Mt Zion Road** **Jackson, OH 45640** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126196** | | | Warranty | | | | |
| **Lance Nuzum** **24413 Brillante Drive** **Wildomar, CA 92595** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118552** | | | Warranty | | | | |
| **Lance P Cobb** **34 Durange St** **Henderson, NV 89012** | - | | | | | | |
| | | | | | | | 400.00 |
| Account No. **5089611** | | | Warranty | | | | |
| **Lance R Jording** **2486 E Orchid Lane** **Gilbert, AZ 85296** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2739** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **400.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                                          ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5094644** | | | | **Warranty** | | | | |
| **Lance Robinson**<br>**6731 Dovewood Way**<br>**Tucson, AZ 85757** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114863** | | | | **Warranty** | | | | |
| **Lance Schreffler**<br>**173 Blue Ball Road**<br>**Centre Hall, PA 16828** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091618** | | | | **Warranty** | | | | |
| **Lance W Hoppen**<br>**1710 Blair Boulevard**<br>**Nashville, TN 37212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093600** | | | | **Warranty** | | | | |
| **Landon D Roeder**<br>**1926 Hartsville Pike**<br>**Lebanon, TN 37087** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129863** | | | | **Warranty** | | | | |
| **Landon Reynolds**<br>**7449 Parnell Ave**<br>**Las Vegas, NV 89147** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2740** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5119468 | | | Warranty | | | | |
| Landon Wilhelm 1082 State Road 1 West Harrison, OH 47060 | - | | | X | X | | 0.00 |
| Account No. 5107377 | | | Warranty | | | | |
| Landon Wise 9 Broadmoor Drive Mechanicsburg, PA 17055 | - | | | X | X | | 0.00 |
| Account No. 5061664 | | | Warranty | | | | |
| Lane Gibson 2921 Briarpark Drive  #623 Houston, TX 77042 | - | | | | | | 155.00 |
| Account No. 5112270 | | | Warranty | | | | |
| Lanece Williams 369 Katlynn Street  SE Massillon, OH 44646 | - | | | X | X | | 0.00 |
| Account No. 5090592 | | | Warranty | | | | |
| Laneeta L Berry 523 Larimer Avenue Turtle Creek, PA 15145 | - | | | | | | 586.50 |

Sheet no. **2741** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

741.50

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5083411** | | | | **Warranty** | | | | |
| **Lanelee Brown** **11335 Point Harbor Drive** **West Point, MS 39773** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106986 | | | | **Warranty** | | | | |
| **Lanette A Williams** **309 S Exchange** **Emporia, KS 66801** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103388 | | | | **Warranty** | | | | |
| **Lanette Kay Eckert** **3586 Old Hershey Road** **Elizabethtown, PA 17022** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119242 | | | | **Warranty** | | | | |
| **Lanning S Reed** **923 Lincoln Ave** **Carrollton, OH 44615** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106395 | | | | **Warranty** | | | | |
| **Lanta P Archer** **70655 Hopewell Road** **Kimbolton, OH 43749** | | - | | | | | | |
| | | | | | | | | 292.00 |

Sheet no.**2742** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

292.00

In re **Great Lakes Warranty Corporation**                    , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5073485 | | | Warranty | | | | |
| Lantz B de Contreras 233 Santa Monica Drive Oxnard, CA 93035 | - | | | X | X | | 0.00 |
| Account No. 5099534 | | | Warranty | | | | |
| LaPorcha Powell 2210 N 19th Street Philadelphia, PA 19132 | - | | | X | X | | 0.00 |
| Account No. 5115916 | | | Warranty | | | | |
| Laquana A Brown 116 North Fourth Street Millville, NJ 08332 | - | | | X | X | | 0.00 |
| Account No. 5107867 | | | Warranty | | | | |
| LaQuinda Bandy 253 Bill Stewart Boulevard Lavergne, TN 37086 | - | | | X | X | | 0.00 |
| Account No. 5104267 | | | Warranty | | | | |
| Lar;ry Cremeens 264 Southview Troy, OH 45373 | - | | | X | X | | 0.00 |

Sheet no. **2743** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re   **Great Lakes Warranty Corporation**             ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130131** | | | | Warranty | | | | |
| **Lara Cox** **3260 Alafaya Club Drive** **Orlando, FL 32817** | - | | | | X | X | | 0.00 |
| Account No. **5131498** | | | | Warranty | | | | |
| **Lara Lane** **38 Desert Sunflower Circle** **Henderson, NV 89002** | - | | | | | | | 1,725.50 |
| Account No. **5063408** | | | | Warranty | | | | |
| **Lara Shemali** **3805 West 42nd Avenue** **Kennewick, WA 99337** | - | | | | X | X | | 0.00 |
| Account No. **5103414** | | | | Warranty | | | | |
| **Laret  Casella** **6024 Gardendale Dr** **Nashville, TN 37215** | - | | | | | | | 262.00 |
| Account No. **5131559** | | | | Warranty | | | | |
| **Larhonda Williams** **3427 Winston Mason Drive** **Snellville, GA 30039** | - | | | | X | X | | 0.00 |

Sheet no. **2744** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,987.50**

In re   **Great Lakes Warranty Corporation**        ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5114104** | | | | **Warranty** | | | | |
| **Larisa Dean** **903 Ogden Place** **Philadephia, PA 19123** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5068340** | | | | **Warranty** | | | | |
| **Larisa Jevtovic** **5654 Macy Avenue** **Cincinnati, OH 45227** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131174** | | | | **Warranty** | | | | |
| **Larrie Seitz** **7249 Fisher Road** **Conneautville, PA 16466** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104996** | | | | **Warranty** | | | | |
| **Larry  Crouch** **107 Woodmont Dr** **Marysville, TN 37801** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119496** | | | | **Warranty** | | | | |
| **Larry  Espenshade** **240 West Fairville AVe** **Harrisburg, PA 17112** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2745** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5106033** | | **Warranty** | | | | | | |
| **Larry Gardiner**<br>**1776 W Redfield Rd**<br>**Gilbert, AZ 85233** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108951** | | **Warranty** | | | | | | |
| **Larry Hillegass Jr**<br>**31744 County Road 20**<br>**Brinkhaven, OH 43006** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090696** | | **Warranty** | | | | | | |
| **Larry Koontz**<br>**18808 North 3rd Ave**<br>**Phoenix, AZ 85027** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120634** | | **Warranty** | | | | | | |
| **Larry Schurr**<br>**PO Box 217 3193rd St**<br>**Grensboro, PA 15338** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116144** | | **Warranty** | | | | | | |
| **Larry Scott**<br>**9560 E Rockwood Street**<br>**Scottsdale, AZ 85255** | - | | | | | | | |
| | | | | | | | | 761.14 |

Sheet no.__**2746**__ of __**4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    761.14

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5118881** | | | Warranty | | | | |
| **Larry Small Jr** **6535 Orange Plank Rd** **Hixson, TN 37343** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5117128** | | | Warranty | | | | |
| **Larry Wilkerson** **310 Rexford Drive** **Heritage, PA 16148** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088685** | | | Warranty | | | | |
| **Larry A Meixsel** **532 W Washington Street** **Slatington, PA 18080** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118824** | | | Warranty | | | | |
| **Larry A Smith** **239 McKinley Ave PO Box 2** **E Vandergrift, PA 15629** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110233** | | | Warranty | | | | |
| **Larry Alexander** **254 Seneca Street** **Turtle Creek, PA 15145** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2747** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5131849 | | | | Warranty | | | | |
| Larry Arnold Jr. 2385 Whitney Avenue Mansfield, OH 44906 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5080986 | | | | Warranty | | | | |
| Larry Bailey 3785 Clarion Drive Memphis, TN 38135 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127905 | | | | Warranty | | | | |
| Larry Barton 54700 St Rt 681 Reedsville, OH 45772 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124269 | | | | Warranty | | | | |
| Larry Beall 100 N. Parkview Lane #201 Savoy, IL 61874 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5095361 | | | | Warranty | | | | |
| Larry Belle 1704 Cherry Oak Place Knoxville, TN 37909 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2748** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re  **Great Lakes Warranty Corporation**                              ,     Case No. _____
_____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5129920** | | | | | **Warranty** | | | | |
| **Larry Bovenzi** **1099 Valley of Lakes** **Hazelton, PA 18201** | - | | | | | | | | 386.08 |
| Account No. **5117845** | | | | | **Warranty** | | | | |
| **Larry Briggs** **10418 Caldwell Depot Road** **Cornelius, NC 28031** | - | | | | | X | X | | 0.00 |
| Account No. **5125291** | | | | | **Warranty** | | | | |
| **Larry Bruce** **9600 Five Points Road** **Athens, OH 45701** | - | | | | | X | X | | 0.00 |
| Account No. **5132123** | | | | | **Warranty** | | | | |
| **Larry Burns III** **14180 New Buffalo** **Columbiana, OH 44408** | - | | | | | X | X | | 0.00 |
| Account No. **5131316** | | | | | **Warranty** | | | | |
| **Larry Butler** **1012 Smith Street** **Winenton, MO 63383** | - | | | | | | | | 764.05 |

Sheet no. **2749** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    1,150.13

In re **Great Lakes Warranty Corporation**                          ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5103346** | | | **Warranty** | | | | |
| **Larry C McClinton**<br>**2540 South Paxton Drive**<br>**Warsaw, IN 46580** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130968** | | | **Warranty** | | | | |
| **Larry D Long**<br>**2929 W Malibu**<br>**Golden Valley, AZ 86413** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114432** | | | **Warranty** | | | | |
| **Larry D Miller Jr**<br>**129 Stratford Avenue  Apt 3**<br>**Pittsburgh, PA 15206** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5092781** | | | **Warranty** | | | | |
| **Larry D Sprankle**<br>**RD 5  Box 428**<br>**Dallas, PA 18612** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5095432** | | | **Warranty** | | | | |
| **Larry D Sterling Jr**<br>**1320 Presidential Trace**<br>**Hermitage, TN 37076** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**2750** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5090431** | | | | Warranty | | | | |
| **Larry Denison** **657 Summerdale NW** **Massillon, OH 44646** | - | | | | X | X | | 0.00 |
| Account No. **5126693** | | | | Warranty | | | | |
| **Larry Derva Jr.** **9 Locust Lane** **Dillsburg, PA 17019** | - | | | | X | X | | 0.00 |
| Account No. **5069198** | | | | Warranty | | | | |
| **Larry Doochin** **1000 Old Hickory Blvd** **Brentwood, TN 37027** | - | | | | X | X | | 0.00 |
| Account No. **5125678** | | | | Warranty | | | | |
| **Larry Dubay** **3626 Moore Drive** **Kingman, AZ 86409** | - | | | | X | X | | 0.00 |
| Account No. **5118750** | | | | Warranty | | | | |
| **Larry E  Wilson** **172 Hawk Rd** **Normalville, PA 15469** | - | | | | X | X | | 0.00 |

Sheet no. **2751** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation**                                          Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5117097** | | | Warranty | | | | |
| **Larry E Gardner** **39085 State Route 26    PO Box 34224** **Graysville, OH 45734** | - | | | X | X | | 0.00 |
| Account No. **5112230** | | | Warranty | | | | |
| **Larry E Rose** **253 Greenbriar Drive** **Bellville, OH 44813** | - | | | X | X | | 0.00 |
| Account No. **5051339** | | | Warranty | | | | |
| **Larry F James** **221 Northgate Cir** **Boiling Springs, SC 29316** | - | | | X | X | | 0.00 |
| Account No. **5112357** | | | Warranty | | | | |
| **Larry G  Appleby** **26827 N 45th St** **Cave Creek, AZ 85331** | - | | | X | X | | 0.00 |
| Account No. **5074510** | | | Warranty | | | | |
| **Larry G Lenzi** **454 Chessnut Street** **Monongahela, PA 15063** | - | | | X | X | | 0.00 |

Sheet no. **2752** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5128709 | | | | Warranty | | | | |
| Larry Gibbs 633 Sleepy Hollow Road Oliver Springs, TN 37840 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5082251 | | | | Warranty | | | | |
| Larry Gibson 7939 Big Horn Baytown, TX 77521 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131402 | | | | Warranty | | | | |
| Larry Haugh 178 Alexander Lane Brookville, PA 15825 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087352 | | | | Warranty | | | | |
| Larry Hayes 928 Oak Valley Lane Nashville, TN 37220 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5063135 | | | | Warranty | | | | |
| Larry Heath 513 Longtown Rd Lugoff, SC 29078 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 2753 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    0.00
(Total of this page)

In re    **Great Lakes Warranty Corporation**                     ,     Case No. _____
<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5124002 | | | | Warranty | | | | |
| Larry Heffelfinger 1426 Main Street Lehighton, PA 18236 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130444 | | | | Warranty | | | | |
| Larry I Kishbaugh RR6 Box 6730 Saylorsburg, PA 18353 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122810 | | | | Warranty | | | | |
| Larry J Bates 69 Harwood St Apt 1 Pittsburgh, PA 15211 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087363 | | | | Warranty | | | | |
| Larry J Cormier 2401 E Rio Salado Parkway #1018 Tempe, AZ 85281 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092606 | | | | Warranty | | | | |
| Larry J Leamer 40 S Main Street Cherry Tree, PA 15724 | - | | | | | | | |
| | | | | | | | | 200.00 |

Sheet no. **2754** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">Subtotal (Total of this page)     200.00</div>

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5089682 | | | Warranty | | | | | |
| Larry J Uberti 306 Fairview Street Pottsville, PA 17901 | - | | | | X | X | | 0.00 |
| Account No. 5093070 | | | Warranty | | | | | |
| Larry Jordonek 6729 Velma Parma, OH 44129 | - | | | | X | X | | 0.00 |
| Account No. 5131535 | | | Warranty | | | | | |
| Larry Lain 203 Cambridge Road Coshocton, OH 43812 | - | | | | X | X | | 0.00 |
| Account No. 5105057 | | | Warranty | | | | | |
| Larry Lake 121 Hopwood Coolspring Road Hopwood, PA 15445 | - | | | | X | X | | 0.00 |
| Account No. 5101938 | | | Warranty | | | | | |
| Larry M Howard 1052 N Willette Street Memphis, TN 38107 | - | | | | X | X | | 0.00 |

Sheet no. **2755** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re **Great Lakes Warranty Corporation** ,   Case No. _____
_____
               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085413** | | | | Warranty | | | | |
| **Larry M Huffman**<br>**802 North Wood Street**<br>**Logan, OH 43138** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103003** | | | | Warranty | | | | |
| **Larry Mitchell**<br>**1306 Blue Springs Road**<br>**Franklin, TN 37069** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5050343** | | | | Warranty | | | | |
| **Larry P Smith**<br>**7140 128 Selby Rd**<br>**Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089102** | | | | Warranty | | | | |
| **Larry Paul**<br>**539 Silverstreet Rd**<br>**Silversteet, SC 29145** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5063265** | | | | Warranty | | | | |
| **Larry Powers**<br>**2923 Elm Place**<br>**West Lawn, PA 19609** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2756** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

In re   **Great Lakes Warranty Corporation**         ,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5061648**<br><br>**Larry Puckett**<br>**2506 Elk Park Hwy**<br>**Newland, NC 28657** | - | | **Warranty** | | | | 635.20 |
| Account No. **5105984**<br><br>**Larry R Barrett**<br>**8342 Kruse Road**<br>**Wapakoneta, OH 45895** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5089946**<br><br>**Larry R Schwenk**<br>**502 Woodland Drive**<br>**Auburn, PA 17922** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5111380**<br><br>**Larry Randolph Sr**<br>**1846 Suman Avenue**<br>**Dayton, OH 45403** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5086137**<br><br>**Larry Rodrigue**<br>**3400 Nashville Avenue**<br>**New Orleans, LA 70125** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **2757** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                             Subtotal                
(Total of this page)       635.20

In re   **Great Lakes Warranty Corporation**                                   ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102336** | | | | **Warranty** | | | | |
| **Larry Schmick** **660 Huffs Church Road** **Alburtis, PA 18011** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5079834** | | | | **Warranty** | | | | |
| **Larry Shea** **1210 Gaspar Avenue** **Bethlehem, PA 18017** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106277** | | | | **Warranty** | | | | |
| **Larry Sightler** **1365 Mack Street** **Gaston, SC 29053** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131151** | | | | **Warranty** | | | | |
| **Larry Six** **313 Walters Road** **New Alexandria, PA 15670** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091570** | | | | **Warranty** | | | | |
| **Larry Smith** **2243 Wyland Avenue** **Allison Park, PA 15101** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2758** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

In re __Great Lakes Warranty Corporation__ , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. **5111870** | | | | **Warranty** | | | | |
| **Larry T Pauly** **2037 Chestnut Street** **Pottsville, PA 17901** | - | | | | X | X | | 0.00 |
| Account No. **5119352** | | | | **Warranty** | | | | |
| **Larry T Sanders** **2212 Isaac Lane** **Franklin, TN 37064** | - | | | | X | X | | 0.00 |
| Account No. **5132635** | | | | **Warranty** | | | | |
| **Larry Thomas** **7496 Frontier Ranch** **Las Vegas, NV 89113** | - | | | | X | X | | 0.00 |
| Account No. **5102651** | | | | **Warranty** | | | | |
| **Larry Van Brocklin** **760 Shute Lane** **Hendersonville, TN 37075** | - | | | | X | X | | 0.00 |
| Account No. **5120318** | | | | **Warranty** | | | | |
| **Larry W Hickey II** **4018 Margo Circle** **Lavergne, TN 37086** | - | | | | X | X | | 0.00 |

Sheet no.__2759__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5088888** | | | Warranty | | | | |
| **Larry W Poole** **11800 Melrose Avenue** **Green Castle, PA 17225** | - | | | X | X | | 0.00 |
| Account No. **5101073** | | | Warranty | | | | |
| **Larry W Reigle II** **325 E Russell Avenue** **W Lafayette, OH 43845** | - | | | X | X | | 0.00 |
| Account No. **5077935** | | | Warranty | | | | |
| **Larry Winger** **5 Senate Drive** **Oil City, PA 16301** | - | | | X | X | | 0.00 |
| Account No. **5098989** | | | Warranty | | | | |
| **LaRue Price** **22315 Arrellaga** **Sun City West, AZ 85375** | - | | | | | | 236.30 |
| Account No. **5089011** | | | Warranty | | | | |
| **LaShawn Bryson** **8001 Marsha Wood Drive** **Memphis, TN 38125** | - | | | X | X | | 0.00 |

Sheet no. **2760** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 236.30

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129258 | | | | Warranty | | | | |
| Lashawn D Evans 22561 Chardon Rd Euclid, OH 44117 | - | | | | X | X | | 0.00 |
| Account No. 5122447 | | | | Warranty | | | | |
| Lashawn Joshua 4613 Tampa St Philadelphia, PA 19120 | - | | | | | | | 880.00 |
| Account No. 5099874 | | | | Warranty | | | | |
| Lashawn Lester 7331 Will Cove Memphis, TN 38125 | - | | | | X | X | | 0.00 |
| Account No. 5119568 | | | | Warranty | | | | |
| Lashawn Nelson 1334 Marshall Ave Pittsburgh, PA 15212 | - | | | | X | X | | 0.00 |
| Account No. 5121910 | | | | Warranty | | | | |
| Lashawn P Reed 3815 A Grant St South Park, PA 15129 | - | | | | X | X | | 0.00 |

Sheet no. **2761** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **880.00**

In re  **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130962** | | | Warranty | | | | |
| **Lasheida Beck** **2558 N Charles St** **Pittsburgh, PA 15214** | - | | | X | X | | 0.00 |
| Account No. **5123954** | | | Warranty | | | | |
| **Latasha  Fleming Wise** **226 N Broad    Apt B** **Clayton, NJ 08312** | - | | | | | | 257.89 |
| Account No. **5099844** | | | Warranty | | | | |
| **Latasha Kennard** **253 Warden Avenue** **Dorset, OH 44032** | - | | | | | | 2,635.00 |
| Account No. **5113337** | | | Warranty | | | | |
| **LaTasha L Payne** **300 East Elwood Street** **Philadelphia, PA 19144** | - | | | | | | 1,480.00 |
| Account No. **5128442** | | | Warranty | | | | |
| **Latasha R Blackmon** **439 Haven Ave** **Ocean City, NJ 08226** | - | | | X | X | | 0.00 |

Sheet no. **2762** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **4,372.89**

In re   **Great Lakes Warranty Corporation**                          ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5116509 | | | Warranty | | | | |
| Latasha R Lawson 7138 Idlewood Street Pittsburgh, PA 15208 | - | | | | | | 981.00 |
| Account No. 5128750 | | | Warranty | | | | |
| Latasha Swogger 906 15th St NE Cantaon, OH 44714 | - | | | X | X | | 0.00 |
| Account No. 5124510 | | | Warranty | | | | |
| Latashia Hannah 6308 Roberts Avenue Marys Landing, NJ 08330 | - | | | X | X | | 0.00 |
| Account No. 5065139 | | | Warranty | | | | |
| Latesha Rainey 112 Holly Ridge Lane Columbia, SC 29229 | - | | | X | X | | 0.00 |
| Account No. 5086205 | | | Warranty | | | | |
| Lathan Gross 1730 Mill Creek Road York, PA 17404 | - | | | X | X | | 0.00 |

Sheet no. **2763** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          981.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101684** | | | **Warranty** | | | | |
| **Lathran Johnson Woodard**<br>**519 Torwood Drive**<br>**Columbia, SC 29203** | - | | | X | X | | 0.00 |
| Account No. **5118754** | | | **Warranty** | | | | |
| **Latia N Lee**<br>**1233 Church Ave**<br>**McKees Rocks, PA 15136** | - | | | X | X | | 0.00 |
| Account No. **5129794** | | | **Warranty** | | | | |
| **Latisha Belcher**<br>**ETSU Buccaneer Ridge A203**<br>**Johnson City, TN 37614** | - | | | X | X | | 0.00 |
| Account No. **5112703** | | | **Warranty** | | | | |
| **Latisha Felton**<br>**100 Jamal Place Apt 101**<br>**Pittsburgh, PA 15213** | - | | | | | | 703.50 |
| Account No. **5115140** | | | **Warranty** | | | | |
| **Latisha N McDonald**<br>**124 Kenova Street**<br>**Pittsburgh, PA 15211** | - | | | X | X | | 0.00 |

Sheet no. **2764** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

703.50

In re **Great Lakes Warranty Corporation**        Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5119205 | | | | | Warranty | | | | |
| Latonia D Smith 1129 E Johnson St Philadelphia, PA 19138 | | - | | | | | | | 177.99 |
| Account No. 5070706 | | | | | Warranty | | | | |
| Latonya  Munden 170 E Guadalupe  #38 Gilbert, AZ 85234 | | - | | | | X | X | | 0.00 |
| Account No. 5124340 | | | | | Warranty | | | | |
| Latonya Pope 151 Ashewood Lake Columbia, SC 29209 | | - | | | | X | X | | 0.00 |
| Account No. 5124662 | | | | | Warranty | | | | |
| Latoya Andrade 8516 Roxbury Ct Olmstead Falls, OH 44138 | | - | | | | X | X | | 0.00 |
| Account No. 5108015 | | | | | Warranty | | | | |
| Latoya Branch 5223 W St Charles Avenue Laveen, AZ 85339 | | - | | | | | | | 519.08 |

Sheet no. **2765** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal     697.07
                                  (Total of this page)

In re   **Great Lakes Warranty Corporation**      ,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093630** | | | Warranty | | | | |
| **Latoya Jarman** **5132 N Tenth Street** **Philadelphia, PA 19141** | - | | | X | X | | 0.00 |
| Account No. **5128501** | | | Warranty | | | | |
| **Latoya Johnson** **1500 East Karen Street # 137** **Las Vegas, NV 39169** | - | | | X | X | | 0.00 |
| Account No. **5093676** | | | Warranty | | | | |
| **Latoya L Gray** **6 Killian Green Court** **Columbia, SC 29229** | - | | | X | X | | 0.00 |
| Account No. **5128567** | | | Warranty | | | | |
| **Latranette Brown** **913 Agave Avenue** **North Las Vegas, NV 89032** | - | | | X | X | | 0.00 |
| Account No. **5124305** | | | Warranty | | | | |
| **Latrelle Clark** **324 South 4th Street** **Millville, NJ 08332** | - | | | X | X | | 0.00 |

Sheet no. **2766** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal             0.00
(Total of this page)

In re  **Great Lakes Warranty Corporation**                          , Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5089025** | | | | | **Warranty** | | | | |
| **LaTrese T Sanders**<br>**2922 Gilbert Avenue**<br>**Canton, OH 44705** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5131931** | | | | | **Warranty** | | | | |
| **Latrice Sulton**<br>**32 Ramah Road**<br>**Bridgeton, NJ 08302** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5130337** | | | | | **Warranty** | | | | |
| **Latrisha Seward**<br>**4503 Pebble Dr**<br>**Wilmington, DE 19802** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5126160** | | | | | **Warranty** | | | | |
| **Latroy Kinder**<br>**108 Thomas Drive**<br>**Sumter, SC 29150** | - | | | | | | | | |
| | | | | | | | | | **318.69** |
| Account No. **5119684** | | | | | **Warranty** | | | | |
| **Laura  Barnaclo**<br>**5800 Windsong Court**<br>**cincinnati, OH 45243** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2767** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      **318.69**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5125774 | | Warranty | | | | | | |
| Laura Cox 4532 Anderson Road S. Euclid, OH 44121 | - | | | | X | X | | 0.00 |
| Account No. 5124445 | | Warranty | | | | | | |
| Laura Sidney 5615 S 21st Pl Phoenix, AZ 85040 | - | | | | X | X | | 0.00 |
| Account No. 5121912 | | Warranty | | | | | | |
| Laura A Craft 2030 Srpingmill Rd Mansfield, OH 44903 | - | | | | X | X | | 0.00 |
| Account No. 5116257 | | Warranty | | | | | | |
| Laura A Degross 7827 Dogwood Lane Parma, OH 44130 | - | | | | X | X | | 0.00 |
| Account No. 5088156 | | Warranty | | | | | | |
| Laura A Hobbs 169 Mulloy Lane Butler, KY 41006 | - | | | | X | X | | 0.00 |

Sheet no. **2768** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                         Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5120297** | | | | Warranty | | | | |
| **Laura A Shola** **614 Franklin Ave** **Canonsburg, PA 15317** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107057** | | | | Warranty | | | | |
| **Laura A. Obejo** **1400 S 28th Avenue** **Yuma, AZ 85364** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127007** | | | | Warranty | | | | |
| **Laura Barreda** **39B Oxford Village** **Egg Harbor Twnshp, NJ 08234** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126420** | | | | Warranty | | | | |
| **Laura Brager** **9229 Tulip Trestle** **Las Vegas, NV 89148** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5071340** | | | | Warranty | | | | |
| **Laura Bramnick** **3825 East Patrick Lane** **Phoenix, AZ 85050** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2769** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation**                                        ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5084224** | | | | **Warranty** | | | | |
| **Laura Brannick** **3825 E Patrick Lane** **Phoenix, AZ 85050** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106257** | | | | **Warranty** | | | | |
| **Laura Cone** **312 W Quail Drive** **Marmora, NJ 08223** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079329** | | | | **Warranty** | | | | |
| **Laura Cox** **300 Herpeta Ridge** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086928** | | | | **Warranty** | | | | |
| **Laura D Hamilton** **2251 Eisenhower Avenue  #501** **Alexandria, VA 22314** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079347** | | | | **Warranty** | | | | |
| **Laura D LoJacono** **110 Lucas Lane** **Brentwood, TN 37027** | - | | | | | | | |
| | | | | | | | | 267.31 |

Sheet no. **2770** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           267.31

In re  **Great Lakes Warranty Corporation**                                    Case No. _____

                                                          ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5110961** | | | | **Warranty** | | | | |
| **Laura Delerme 737 N 25th Street Reading, PA 19606** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100265** | | | | **Warranty** | | | | |
| **Laura Dickerson 18458 Township Road 73 Coshocton, OH 43812** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104970** | | | | **Warranty** | | | | |
| **Laura Dudley 507 Sandpiper Circle Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092382** | | | | **Warranty** | | | | |
| **Laura E Shephard 1417 21st Street NW Canton, OH 44709** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131099** | | | | **Warranty** | | | | |
| **Laura Faye Paulson 4318 El Cebra Way Las Vegas, NV 89121** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2771** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5105161** | | | | **Warranty** | | | | |
| **Laura Fischer** **378 Pascoe Boulevard  Apt B** **Bowling Green, KY 42104** | - | | | | | | | **1,462.00** |
| Account No. **5102360** | | | | **Warranty** | | | | |
| **Laura Gaines** **1457 Riva Ridge** **Bowling Green, KY 42104** | - | | | | X | X | | **0.00** |
| Account No. **5125751** | | | | **Warranty** | | | | |
| **Laura Gallagher** **308 West Garfield Ave  No 101** **Wildwood, NJ 08260** | - | | | | X | X | | **0.00** |
| Account No. **5130702** | | | | **Warranty** | | | | |
| **Laura Gorin** **28425 Brick Row Drive** **Oxford, MD 21654** | - | | | | X | X | | **0.00** |
| Account No. **5113489** | | | | **Warranty** | | | | |
| **Laura Greene** **6283 Winterberry Crossing** **Oakwood Village, OH 44146** | - | | | | X | X | | **0.00** |

Sheet no. **2772**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,462.00**

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5089272** | | | | | **Warranty** | | | | |
| **Laura Gwen Robinson 3189 Southfield Drive Beavercreek, OH 45434** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5109840** | | | | | **Warranty** | | | | |
| **Laura H Polhill 3411 Lyles St Columbia, SC 29201** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5093754** | | | | | **Warranty** | | | | |
| **Laura H Sturgeon 169 Eagle Pointe Drive Chapin, SC 29036** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5128096** | | | | | **Warranty** | | | | |
| **Laura Hathaway 46 Railroad Avenue Tauton, MA 02780** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5094664** | | | | | **Warranty** | | | | |
| **Laura Hertenstein 16799 St Marys River Rd St Marys, OH 45885** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**2773** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re   **Great Lakes Warranty Corporation**                                      ,   Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5131718** | | | | | **Warranty** | | | | |
| **Laura Jerry** **1840 Shy Albatross Avenue** **North Las Vegas, NV 89084** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5090044** | | | | | **Warranty** | | | | |
| **Laura K Lawson** **2073 Reynolds Avenue** **Albany, Oh 45710** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5121872** | | | | | **Warranty** | | | | |
| **Laura Kathryn Savaggio** **15251 S 50th St  No 1015** **Phoenix, AZ 85044** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5112300** | | | | | **Warranty** | | | | |
| **Laura L Peters** **608 Morrow Lane** **New Kensington, PA 15068** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5102457** | | | | | **Warranty** | | | | |
| **Laura M Patterson** **172 Antebellum Way** **Summerville, SC 29483** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2774**  of **4906**  sheets attached to Schedule of                    Subtotal                 **0.00**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5122053** | | | | **Warranty** | | | | |
| **Laura Marie Lynch** **4812 Highway 17 N** **Awendaw, SC 29429** | - | | | | X | X | | 0.00 |
| Account No. **5126383** | | | | **Warranty** | | | | |
| **Laura Martinique** **46 Deerfield Ct.** **N. Kingstown, RI 02852** | - | | | | X | X | | 0.00 |
| Account No. **5074748** | | | | **Warranty** | | | | |
| **Laura Payne** **2121 N Center Street** **Mesa, AZ 85201** | - | | | | X | X | | 0.00 |
| Account No. **5099254** | | | | **Warranty** | | | | |
| **Laura S Stewart** **1018 Meandering Way** **Franklin, TN 37067** | - | | | | X | X | | 0.00 |
| Account No. **5127784** | | | | **Warranty** | | | | |
| **Laura Santoro** **PO Box 81105** **Las Vegas, NV 89180** | - | | | | X | X | | 0.00 |

Sheet no. **2775** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                          ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113760 | | | | Warranty | | | | |
| Laura Scott 1200 Blue Springs Road Franklin, TN 37069 | - | | | | X | X | | 0.00 |
| Account No. 5108580 | | | | Warranty | | | | |
| Laura Shiver 119 David Dr Franklin, TN 37069 | - | | | | X | X | | 0.00 |
| Account No. 5124829 | | | | Warranty | | | | |
| Laura Smith 56 W. Prospect Avenue Apt 1 Washington, PA 15301 | - | | | | X | X | | 0.00 |
| Account No. 5129796 | | | | Warranty | | | | |
| Laura Vitelli 19611 Pawnee Avenue Cleveland, OH 44119 | - | | | | | | | 723.38 |
| Account No. 5057082 | | | | Warranty | | | | |
| Laura Wald 2100 Tanglewilde # 715 Houston, TX 77063 | - | | | | X | X | | 0.00 |

Sheet no. **2776** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  723.38

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5095182** | | | | Warranty | | | | |
| **Lauraetta L Mull** **16311 Shilling Road** **Berlin Center, OH 44401** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108760** | | | | Warranty | | | | |
| **Laurel A Parrish** **27 Sunset Drive** **Shelby, OH 44875** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5088315** | | | | Warranty | | | | |
| **Laurel Leuschel** **368 N Michael Street** **St Marys, PA 15857** | - | | | | | | | |
| | | | | | | | | **120.00** |
| Account No. **5131183** | | | | Warranty | | | | |
| **Laurel Petty** **612 Gist Creek Road** **Sevierville, TN 37876** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129435** | | | | Warranty | | | | |
| **Laurel Stankey** **411 Lockwood Rd** **Export, PA 15632** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2777** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**120.00**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5132650** | | | | **Warranty** | | | | |
| **Laurel Wilson 6501 Buttercup Drive Nashville, TN 37221** | - | | | | X | X | | 0.00 |
| Account No. **5122528** | | | | **Warranty** | | | | |
| **Lauren Berdich 277 Cornerketch Rd Downingtown, PA 19335** | - | | | | | | | 516.00 |
| Account No. **5111073** | | | | **Warranty** | | | | |
| **Lauren Dycus 3706 Highway 78 Dyersburg, TN 38024** | - | | | | X | X | | 0.00 |
| Account No. **5090159** | | | | **Warranty** | | | | |
| **Lauren LeBlanc 848 Lakemont Louisville, TN 37777** | - | | | | X | X | | 0.00 |
| Account No. **5096185** | | | | **Warranty** | | | | |
| **Lauren Clifford P.O. Box 115 Hasrrisonville, NJ 08039** | - | | | | X | X | | 0.00 |

Sheet no. **2778** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            516.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125242** | | | **Warranty** | | | | |
| **Lauren Cox**<br>**191 Handsmill Rpad**<br>**Delmont, NJ 08314** | - | | | X | X | | 0.00 |
| Account No. **5121502** | | | **Warranty** | | | | |
| **Lauren Doell**<br>**55 Fair Drive  No 294**<br>**Costa Mesa, CA 92626** | - | | | X | X | | 0.00 |
| Account No. **5098404** | | | **Warranty** | | | | |
| **Lauren E Barker**<br>**448 Woodridge Drive**<br>**Mansfield, OH 44903** | - | | | X | X | | 0.00 |
| Account No. **5102084** | | | **Warranty** | | | | |
| **Lauren E Stanaitis**<br>**17097 Heiser Road**<br>**Berlin Center, OH 44401** | - | | | X | X | | 0.00 |
| Account No. **5121999** | | | **Warranty** | | | | |
| **Lauren Henderson**<br>**1601 Las Almos**<br>**N Las Vegas, NV 89031** | - | | | X | X | | 0.00 |

Sheet no.__2779__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re   **Great Lakes Warranty Corporation**                                              ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5107908** | | | Warranty | | | | |
| **Lauren J Friedman**<br>**916 Mary Street   PO Box 203**<br>**Langloth, PA 15054** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5065640** | | | Warranty | | | | |
| **Lauren Justice**<br>**3220 Carmel Bay Drive**<br>**Mt. Pleasant, SC 29466** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110417** | | | Warranty | | | | |
| **Lauren Kane**<br>**516 N Taylor Avenue**<br>**Pittsburgh, PA 15212** | - | | | | | | |
| | | | | | | | 305.84 |
| Account No. **5090480** | | | Warranty | | | | |
| **Lauren M Azbell**<br>**641 Georgian Drive**<br>**Columbus, OH 43228** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5103216** | | | Warranty | | | | |
| **Lauren Scott**<br>**5309 Virginia Avenue**<br>**Chattanooga, TN 37409** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2780** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

305.84

In re **Great Lakes Warranty Corporation** ,　　　　　Case No. _____

　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5129520 | | | | Warranty | | | | |
| Lauren Shore 5445 West Reno Avenue #2203 Las Vegas, NV 89118 | - | | | | X | X | | 0.00 |
| Account No. 5098928 | | | | Warranty | | | | |
| Lauren Warner 615 South Delaware Drive Easton, PA 18042 | - | | | | | | | 372.40 |
| Account No. 5104386 | | | | Warranty | | | | |
| Laurence J Mathis Jr 4229 Sheffield Street Philadelphia, PA 19136 | - | | | | | | | 29.00 |
| Account No. 5132133 | | | | Warranty | | | | |
| Laurence ORourke 1025 Jeffrie Road Orwigsburg, PA 17901 | - | | | | X | X | | 0.00 |
| Account No. 5116958 | | | | Warranty | | | | |
| Laurence R Zimmerman 29480 Sisson Run Road Albany, OH 45710 | - | | | | X | X | | 0.00 |

Sheet no. **2781** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

401.40

In re **Great Lakes Warranty Corporation** , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5094981** | | Warranty | | | | | | |
| **Lauretta R Stadler 9930 Armitage Road Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131217** | | Warranty | | | | | | |
| **Lauretta Stalder 9930 Armitage Road Ahtens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5061645** | | Warranty | | | | | | |
| **Lauri Anderson 508 W Brazos Groesbeck, TX 76642** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126563** | | Warranty | | | | | | |
| **Lauri Gilmore 1503 Clay Avenue Quakertown, PA 18951** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091852** | | Warranty | | | | | | |
| **Laurie Fenstermacher 1603 Long Run Road Schuyikill Haven, PA 17972** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2782** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re   **Great Lakes Warranty Corporation**             ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5109156** | | | | | **Warranty** | | | | |
| **Laurie A Farrell 8098 Buffalo Road Erie, PA 16421** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5098883** | | | | | **Warranty** | | | | |
| **Laurie A Franks 40 Little Mingo Road Finleyville, PA 15332** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5120179** | | | | | **Warranty** | | | | |
| **Laurie A Lawrence 519 W 6th St Erie, pA 16507** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5078256** | | | | | **Warranty** | | | | |
| **Laurie Ann Glancey 637 Campus Drive Perkasie, PA 18944** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5099283** | | | | | **Warranty** | | | | |
| **Laurie Catton 1658 Brewington Drive Billings, MT 59105** | - | | | | | | | | |
| | | | | | | | | | 10.00 |

Sheet no.**2783** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                    **10.00**
(Total of this page)

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5122172** | | | | | **Warranty** | | | | |
| **Laurie Cheney**<br>**502 Brightwater St**<br>**Henderson, NV 89014** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5069305** | | | | | **Warranty** | | | | |
| **Laurie Dougherty**<br>**3240 Fishinger Road**<br>**Columbus, OH 43221** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5104306** | | | | | **Warranty** | | | | |
| **Laurie Duty**<br>**1705 Calderwood Court**<br>**Franklin, TN 37067** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5094337** | | | | | **Warranty** | | | | |
| **Laurie G Grooms**<br>**133 Quiet Cove**<br>**Chapin, SC 29036** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5088466** | | | | | **Warranty** | | | | |
| **Laurie K Palecek**<br>**5200 E Main Street  LotK1**<br>**Mesa, AZ 85205** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2784** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __**Great Lakes Warranty Corporation**_____,  Case No. _____
                                                                                                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121053** | | | **Warranty** | | | | |
| **Laurie K VanGilder 258 County Route 1975 Jeromesville, OH 44840** | - | | | X | X | | 0.00 |
| Account No. **5098103** | | | **Warranty** | | | | |
| **Laurie L Powers 1833 March Road Ext Jefferson, OH 44047** | - | | | | | | 556.94 |
| Account No. **5070835** | | | **Warranty** | | | | |
| **Laurie Osenider 206 W 1st St Oil City, PA 16301** | - | | | X | X | | 0.00 |
| Account No. **5121841** | | | **Warranty** | | | | |
| **Laurie P Lynch 8025 Bay Springs Rd Columbia, SC 29223** | - | | | X | X | | 0.00 |
| Account No. **5108191** | | | **Warranty** | | | | |
| **Laurie Pettit 135 Clover Hollow Road Easton, PA 18045** | - | | | X | X | | 0.00 |

Sheet no. **2785** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **556.94**

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094269** | | | Warranty | | | | |
| **Laurie S Jakoplic**<br>**3811 California Avenue**<br>**Kettering, OH 45429** | - | | | X | X | | 0.00 |
| Account No. **5125758** | | | Warranty | | | | |
| **Laurie Smith**<br>**4397 Westbrook Road**<br>**Bartlett, TN 38135** | - | | | | | | 1,640.99 |
| Account No. **5129418** | | | Warranty | | | | |
| **Laurie Sonesen**<br>**9552 Tropicana Avenue 2090**<br>**Las Vegas, NV 89147** | - | | | X | X | | 0.00 |
| Account No. **5091894** | | | Warranty | | | | |
| **Laurie Wasilition**<br>**42898 Overly Square**<br>**South Riding, VA 20152** | - | | | X | X | | 0.00 |
| Account No. **5076646** | | | Warranty | | | | |
| **Laurie Wilson**<br>**109 Bennock Mill Court**<br>**Lexington, SC 29072** | - | | | | | | 1,667.20 |

Sheet no. **2786** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **3,308.19**

In re   **Great Lakes Warranty Corporation**                                                    ,        Case No. _____

_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5104747** | | **Warranty** | | | | | | | |
| **Laurie Yarussi** **240 Delaware Drive** **Glenshaw, PA 15116** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5063908** | | **Warranty** | | | | | | | |
| **Laurina Jarvis** **7364 East Lobo Avenue** **Mesa, AZ 85209** | - | | | | | | | | |
| | | | | | | | | | 1,523.37 |
| Account No. **5117047** | | **Warranty** | | | | | | | |
| **Lavakia L Lennen** **1840 Carriage Lane  Apt 18B** **Charleston, SC 29412** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5126883** | | **Warranty** | | | | | | | |
| **Laveda D Files** **1322 Lakeview Dr** **Ellston, IA 50074** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5126157** | | **Warranty** | | | | | | | |
| **Lavern Coe** **801 Woodside Avenue** **Columbia, SC 29203** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2787** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       1,523.37

In re **Great Lakes Warranty Corporation**                                        , Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5071917** | | | | | **Warranty** | | | | |
| **LaVerne Bleeker 4848 N 36th Street #101 Phoenix, AZ 85018** | - | | | | | X | X | | 0.00 |
| Account No. **5127612** | | | | | **Warranty** | | | | |
| **Laverne Vanscyoc 1900 Shamokin Street Pittsburgh, PA 15203** | - | | | | | X | X | | 0.00 |
| Account No. **5107871** | | | | | **Warranty** | | | | |
| **Lavieta Kasimati 7602 N 72nd Drive Glendale, AZ 85303** | - | | | | | X | X | | 0.00 |
| Account No. **5099808** | | | | | **Warranty** | | | | |
| **Laville Tarres Martinez 7800 Teague Road Columbia, SC 29209** | - | | | | | X | X | | 0.00 |
| Account No. **5105577** | | | | | **Warranty** | | | | |
| **Lavinia R Plumblee 48 Laurel Ridge Greenville, SC 29609** | - | | | | | X | X | | 0.00 |

Sheet no.**2788** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5087734** | | | | Warranty | | | | |
| **Lavone Pittler**<br>**168 Glenn Hill Drive**<br>**Hendersonville, Tn 37075** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125312** | | | | Warranty | | | | |
| **Lavonna McWilliams**<br>**2261 Delbert Road**<br>**Columbus, OH 43221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111831** | | | | Warranty | | | | |
| **Lavonne Charrington**<br>**645 Mt Vernon Road  #A**<br>**Newark, OH 43055** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117092** | | | | Warranty | | | | |
| **Lavonne R Harrison**<br>**333 E Main Street**<br>**Ashland, OH 44805** | - | | | | | | | |
| | | | | | | | | 200.00 |
| Account No. **5105365** | | | | Warranty | | | | |
| **Lawana J Hill**<br>**136 W Prospect Street**<br>**Mansfield, OH 44907** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2789** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **200.00**

In re **Great Lakes Warranty Corporation** ,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5105456 | | | | Warranty | | | | |
| Lawrance Hilton Rush 7502 Hunt Club Road  Apt 11C Columbia, SC 29223 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5057818 | | | | Warranty | | | | |
| Lawrence  Connell 9710 Pleasant Gate Ln Potomac, MD 20854 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107464 | | | | Warranty | | | | |
| Lawrence  Lynch 329 Williams St Fairborn, OH 45324 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119047 | | | | Warranty | | | | |
| Lawrence A Komarek 1030 Beech Ave Hershey, PA 17033 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112811 | | | | Warranty | | | | |
| Lawrence Allard PO Box 762 Blythewood, SC 29016 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2790** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re    **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5116835 | | | | Warranty | | | | |
| Lawrence Anthony Lucas Jr 318 Belfair Road Irmo, SC 29063 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103558 | | | | Warranty | | | | |
| Lawrence Baran 309 Bute Rd Uniontown, PA 15401 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127992 | | | | Warranty | | | | |
| Lawrence Bechtel 185 Friar Lane Bloomsburg, PA 17815 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111354 | | | | Warranty | | | | |
| Lawrence C Siereveld Jr 1823 Wagon Wheel Drive Hamilton, OH 45013 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127085 | | | | Warranty | | | | |
| Lawrence Deroo 731 Sheperd Road Xenia, OH 45385 | - | | | | | | | |
| | | | | | | | | 861.85 |

Sheet no. __2791__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

861.85

In re   **Great Lakes Warranty Corporation**                                      ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5111788** | | | | | **Warranty** | | | | |
| **Lawrence E Bittner Jr** **3944 Utah Court** **Export`, PA 15632** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5118786** | | | | | **Warranty** | | | | |
| **Lawrence E Everett** **12130 Scatter Ridge Rd** **Athens, OH 45701** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5130456** | | | | | **Warranty** | | | | |
| **Lawrence G Edwards** **106 Rambler Ave** **Wildwood Crest, NJ 08260** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5106366** | | | | | **Warranty** | | | | |
| **Lawrence G Shaffer** **3001 Street Road** **Bensalem, PA 19020** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5130408** | | | | | **Warranty** | | | | |
| **Lawrence H  Fraser** **603 S 9th Avenue** **Scranton, PA 18504** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2792** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re   **Great Lakes Warranty Corporation**                 ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5092110** <br><br> **Lawrence Honore** <br> **8 Viewpoint Lane** <br> **Levittown, PA 19054** | | - | | **Warranty** | | | | 90.00 |
| Account No. **5085100** <br><br> **Lawrence J Howells Jr** <br> **113 Palomino Lane** <br> **Apollo, PA 15613** | | - | | **Warranty** | | | | 425.93 |
| Account No. **5109927** <br><br> **Lawrence J Lavigne** <br> **1236 Concord Hunt** <br> **Brentwood, TN 37027** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5099609** <br><br> **Lawrence J Marley Jr** <br> **200 Glenmore Drive** <br> **Coraopolis, PA 15108** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5100447** <br><br> **Lawrence J Phillips** <br> **8208 Milmont Street  NE** <br> **Massillon, OH 44646** | | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **2793** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal <br> (Total of this page)        515.93

In re **Great Lakes Warranty Corporation**                          , Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5083324** | | | | **Warranty** | | | | |
| **Lawrence K Farnsworth 71 Florence Avenue Aston, PA 19014** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122298** | | | | **Warranty** | | | | |
| **Lawrence L McCoy 404 Bunker Hill Rd Harleysville, PA 19438** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5085220** | | | | **Warranty** | | | | |
| **Lawrence Lantier 10 Whisper Wind PLace The Woodlands, TX 77382** | - | | | | | | | |
| | | | | | | | | **1,586.56** |
| Account No. **5068314** | | | | **Warranty** | | | | |
| **Lawrence Lieb 308 Kirby Road Farmington, PA 15437** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103294** | | | | **Warranty** | | | | |
| **Lawrence Martinez 2232 E Catalina Avenue Mesa, AZ 85204** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2794** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,586.56**

In re __Great Lakes Warranty Corporation__ ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5131654 | | | | Warranty | | | | |
| Lawrence Miller 5454 Meadow Lake #3 Memphis, TN 38115 | | - | | | X | X | | 0.00 |
| Account No. 5111618 | | | | Warranty | | | | |
| Lawrence Obiadi 4620 N 68th Street Scottsdale, AZ 85251 | | - | | | X | X | | 0.00 |
| Account No. 5104468 | | | | Warranty | | | | |
| Lawrence P McGuire III 1301 Wertz Avenue SW Canton, OH 44710 | | - | | | X | X | | 0.00 |
| Account No. 5132735 | | | | Warranty | | | | |
| Lawrence Palermo 1212 Norma Joyce Lane Las Vegas, NV 89128 | | - | | | X | X | | 0.00 |
| Account No. 5129010 | | | | Warranty | | | | |
| Lawrence Roche 105 Lampeter Ct Exton, PA 19341 | | - | | | X | X | | 0.00 |

Sheet no. 2795 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation**                                    , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5067050** | | | | Warranty | | | | |
| **Lawrence Thees**<br>**407 Green Avenue**<br>**Brielle, NJ 08730** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105835 | | | | Warranty | | | | |
| **Lawrence W Vogel**<br>**123 Duquesne Boulevard**<br>**New Kensington, PA 15068** | - | | | | | | | |
| | | | | | | | | 182.45 |
| Account No. 5128713 | | | | Warranty | | | | |
| **Lawrence Walling**<br>**4337 Morningside Boulevard**<br>**Riverside, OH 45432** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086193 | | | | Warranty | | | | |
| **Lawrence Westgerdes**<br>**1906 Mockingbird Lane**<br>**Celina, OH 45822** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124190 | | | | Warranty | | | | |
| **Laylay Crockett**<br>**2101 Hussium Hills   No 108**<br>**Las Vegas, NV 89108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2796** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

182.45

In re __Great Lakes Warranty Corporation__ , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5111117 | | | | | Warranty | | | | |
| Layman Dixon 71 Justin Place Hamilton, OH 45013 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5115103 | | | | | Warranty | | | | |
| Laymond L Pierce 15920 Millfield Road Millfield, OH 45761 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5127100 | | | | | Warranty | | | | |
| Lazarus Afrapides Jr 535 92nd Street Brooklyn, NY 11209 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5132179 | | | | | Warranty | | | | |
| LC Kelly Jr. 142 West Fox Ridge Drive Lyman, SC 29365 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5090029 | | | | | Warranty | | | | |
| Le Anne M Raisor 110A Currie Road Slippery Rock, PA 16057 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. __2797__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5119054 | | | | | Warranty | | | | |
| Lea A Wandling 28587 St Rt 143 Albany, OH 45710 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5122001 | | | | | Warranty | | | | |
| Lea Marie Angle Warhola 4127 Willow Ave Pittsburgh, PA 15234 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5104710 | | | | | Warranty | | | | |
| Lea N Grace 2131 Lewis Run Road Jefferson Hills, PA 15025 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5101415 | | | | | Warranty | | | | |
| Leah Gray 195 Hickory Avenue Weedville, PA 15868 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5107307 | | | | | Warranty | | | | |
| Leah Hall 675 Harding Place Apt D3 Nshville, TN 37211 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. __2798__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5132229** | | | | | **Warranty** | | | | |
| **Leah Manuel 546 Sycamore Drive Euclid, OH 44132** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131401** | | | | | **Warranty** | | | | |
| **Leah R Gray 4 Circle Drive Brockway, PA 15824** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5115275** | | | | | **Warranty** | | | | |
| **Leah R Simpson 513 Linden Street Vandergraft, PA 15690** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5128841** | | | | | **Warranty** | | | | |
| **Leann  Bohn 12 Deer Street Heislerville, NJ 08324** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5127817** | | | | | **Warranty** | | | | |
| **Leann Ashley Pinto 234 Walnut St Bristol, PA 19007** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2799** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5101074** | | | | Warranty | | | | |
| **Leann M DeLong**<br>**950 W Main Street**<br>**Cadiz, OH 43907** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129904** | | | | Warranty | | | | |
| **Leann Whitehill**<br>**100 N River Ave**<br>**New Cumberland, WV 26047** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132280** | | | | Warranty | | | | |
| **Leanna Edelman**<br>**47 Nestingrock Lane**<br>**Levittown, PA 19054** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115184** | | | | Warranty | | | | |
| **Leanna Grillo**<br>**911 4th St**<br>**Charleroi, PA 15022** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118419** | | | | Warranty | | | | |
| **Leanna M Stitt**<br>**345 S Aiken Ave   Apt 1**<br>**Pittsburgh, PA 15232** | | - | | | | | | |
| | | | | | | | | **116.00** |

Sheet no. **2800** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **116.00**

In re **Great Lakes Warranty Corporation** ,                Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5098389 | | | | | Warranty | | | | |
| Leanna Ziolkowski 111 Lowell Avenue Mercerville, NJ 08619 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5086123 | | | | | Warranty | | | | |
| Leanne Loving 1147 Valley Road Tamaqua, PA 18252 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5127117 | | | | | Warranty | | | | |
| Leanne M Washeim 128 Constitution Ave Nazareth, PA 18064 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5079888 | | | | | Warranty | | | | |
| LeAnne R Hengstler 110 Topview Road Seneca, PA 16346 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5120692 | | | | | Warranty | | | | |
| Leanor Fraijo 2410 Forgeous Stra Tucson, AZ 85713 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2801** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096625** | | | Warranty | | | | |
| **Lease Acceptance 5300 W Atlantic Avenue   Suite 201 Delray Beach, FL 33484** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5120886** | | | Warranty | | | | |
| **Leatrice Franella Jamison 365 Amber Rd North, SC 29112** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5128832** | | | Warranty | | | | |
| **Lebronze Walker 2600 Arville Street #C23 Las Vegas, NV 89102** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5132789** | | | Warranty | | | | |
| **Lee  Doss Jr 614 Albany Street Toledo, OH 43611** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5073475** | | | Warranty | | | | |
| **Lee  Elliott 899 Brookfield Drive Aurora, OH 44202** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **2802** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5098337** | | | | **Warranty** | | | | |
| **Lee  Knox** **8633 s Kenwood Lane** **Tempe, AZ 85284** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5069261** | | | | **Warranty** | | | | |
| **Lee  Spencer** **1832 Peterson Avenue** **South Pasadena, CA 91030** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110510** | | | | **Warranty** | | | | |
| **Lee A Howard** **433 E Marny Road** **Tempe, AZ 85281** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113227** | | | | **Warranty** | | | | |
| **Lee Ann Ferraro Trevino** **6301 NW Casper  Apt A** **Parkville, MO 64152** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108800** | | | | **Warranty** | | | | |
| **Lee Ann Miller** **314 Main St  Apt B** **Tarentum, PA 15084** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2803** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,                  Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5116899 | | | Warranty | | | | |
| Lee Ann V Degnan 423 Fullers Circle Pickerington, OH 43147 | - | | | X | X | | 0.00 |
| Account No. 5102375 | | | Warranty | | | | |
| Lee Anne Benton 2906 Mountain Trails Kingman, AZ 86401 | - | | | | | | 266.40 |
| Account No. 5095892 | | | Warranty | | | | |
| Lee B DeMarco 1126 Vine Street Connellsville, PA 15425 | - | | | X | X | | 0.00 |
| Account No. 5079621 | | | Warranty | | | | |
| Lee D Gordon 12308 29th Avenue West Everett, WA 98204 | - | | | | | | 270.30 |
| Account No. 5060979 | | | Warranty | | | | |
| Lee Dilworth 4705 Stuart Glen Dr Nashville, Tn 37215 | - | | | X | X | | 0.00 |

Sheet no. **2804** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

536.70

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5103901** | | | | **Warranty** | | | | |
| **Lee Drutchal** **353 S Sherman Street** **Wikles Barre, PA 18702** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112758** | | | | **Warranty** | | | | |
| **Lee Ester Frazier** **1731 James Prioleau Road** **Charleston, SC 29412** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108157** | | | | **Warranty** | | | | |
| **Lee Getson** **7 Hamilton Drive** **Vincetown, NJ 08088** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102596** | | | | **Warranty** | | | | |
| **Lee Lubonne** **5902 N 132rd Drive** **Litchfield Park, AZ 85340** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127186** | | | | **Warranty** | | | | |
| **Lee Mallette** **2054 Cloverridge Ave SE** **East Canton, OH 44730** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2805** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122678** | | | Warranty | | | | |
| **Lee Marshall 135 Harris Ave Boalsburg, PA 16827** | - | | | X | X | | 0.00 |
| Account No. **5104266** | | | Warranty | | | | |
| **Lee McDaniel 806 Bonnycastle Avenue Englewood, OH 45322** | - | | | | | | 300.30 |
| Account No. **5114051** | | | Warranty | | | | |
| **Lee McDonald 1916 Fairlawn Street Pittsburgh, PA 15221** | - | | | X | X | | 0.00 |
| Account No. **5067092** | | | Warranty | | | | |
| **Lee Partin 101 Partridge Kingsport, TN 37663** | - | | | X | X | | 0.00 |
| Account No. **5114485** | | | Warranty | | | | |
| **Lee Patrick Ketterer 107 Short Street Pittsburgh, PA 15237** | - | | | X | X | | 0.00 |

Sheet no. **2806** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          300.30

In re **Great Lakes Warranty Corporation**      Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5082033** | | | Warranty | | | | |
| **Lee S Moore** **1900 R D Anderson Road** **Cookeville, TN 38506** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108098** | | | Warranty | | | | |
| **Lee Sotiropoulos** **193 Lower Main Street** **Freeport, ME 04032** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100269** | | | Warranty | | | | |
| **Lee Spitzley** **209 S Hubbardston Road** **Pewamo, MI 48873** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5106953** | | | Warranty | | | | |
| **Lee T Crusa** **2945 Strachan Avenue** **Pittsburgh, PA 15216** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5112570** | | | Warranty | | | | |
| **Lee V Vault** **2122 Morninglo Lane** **Columbia, SC 29223** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2807** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121806** | | | Warranty | | | | |
| **Lee Vance**<br>**2206 Ipswitch Dr**<br>**Thompson Station, TN 37179** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127692** | | | Warranty | | | | |
| **Lee Zitzer**<br>**367 West 2nd Street**<br>**Alburtis, PA 18011** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100004** | | | Warranty | | | | |
| **LeeAnn McDowell**<br>**2320 Southampton Drive**<br>**Pittsburgh, PA 15241** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5062890** | | | Warranty | | | | |
| **Leenard Wilkes**<br>**3898 East 151st Street**<br>**Cleveland, OH 44128** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132529** | | | Warranty | | | | |
| **Leesa Caril Dillon**<br>**8250 N Grand Canyon Drive**<br>**Las Vegas, NV 89166** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2808** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5099979 | | | | Warranty | | | | |
| Lehigh Coal and Navigation 101 N Center Street Pottsville, PA 17901 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5085423 | | | | Warranty | | | | |
| Leigh Ann Daugherty 1050 Claylick Road White Bluff, TN 37187 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111842 | | | | Warranty | | | | |
| Leigh Anne Lamon 18245 E El Buho Pequeno Gold Canyon, AZ 85218 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106200 | | | | Warranty | | | | |
| Leigh Weaver 4098 Route 322 Knox, PA 16232 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124474 | | | | Warranty | | | | |
| Leigh Williams 1015 Mansker Farms Blvd Hendersonville, TN 37075 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 2809 of 4906 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         0.00

In re   **Great Lakes Warranty Corporation**
                                                          ,       Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127293** | | | | **Warranty** | | | | |
| **Leija Aguilar 633 Mount Hood Dr Antioch, TN 37013** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124573** | | | | **Warranty** | | | | |
| **Leila Mayrant 2353 Ginko Drive Sumter, SC 29150** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127341** | | | | **Warranty** | | | | |
| **Leinder Calloway 185 Liberty Street Uniontown, PA 15401** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116236** | | | | **Warranty** | | | | |
| **Leisa Carlson 20 Hilltop Court Lenhartsville, PA 19534** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5055810** | | | | **Warranty** | | | | |
| **Leisa Sweitzer 30 Harville Rd Crossville, TN 38555** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2810** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5062435** | | | | **Warranty** | | | | |
| **Lekeshia Richardson** **44932 W Gavilan Dr** **Marilopa, AZ 85239** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127910** | | | | **Warranty** | | | | |
| **Lela Ciotti** **21289 Hall Rd** **Woodhaven, MI 48183** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115291** | | | | **Warranty** | | | | |
| **Leland Cowan** **816 Onslow Way** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110726** | | | | **Warranty** | | | | |
| **Leland Joseph Morris** **406 Christinas Court** **Cranberry, PA 16066** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108953** | | | | **Warranty** | | | | |
| **Leland Snyder** **60925 Moore Turner Road** **Bethesda, OH 43719** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2811** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re   **Great Lakes Warranty Corporation**                    , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5114896** | | | **Warranty** | | | | |
| **Lelon L Clark**<br>**5565 Country Road 20**<br>**Mount Gilead, OH 43338** | - | | | X | X | | 0.00 |
| Account No. **5130062** | | | **Warranty** | | | | |
| **Lemuel R Douglas**<br>**4928 Stoneybrook Blvd**<br>**Columbus, OH 43026** | - | | | | | | 510.50 |
| Account No. **5071990** | | | **Warranty** | | | | |
| **Lena Dianna Styles**<br>**2650 East McKellips Road Lot 136**<br>**Mesa, AZ 85213** | - | | | X | X | | 0.00 |
| Account No. **5111231** | | | **Warranty** | | | | |
| **Lena R Grinion**<br>**323 Sassafras Street**<br>**Millville, NJ 08332** | - | | | X | X | | 0.00 |
| Account No. **5125808** | | | **Warranty** | | | | |
| **Lenna Burkinshaw**<br>**992 N. Wren Drive**<br>**Gilbert, AZ 85234** | - | | | X | X | | 0.00 |

Sheet no. **2812** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)       510.50

In re  **Great Lakes Warranty Corporation**                                 ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5112097 | | | Warranty | | | | |
| Lennis J Loriol 120 Oakview Drive Adamsville, TN 38310 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5121048 | | | Warranty | | | | |
| Lennon K Badgette 5021 Monte Del Sol Lane N Las Vegas, NV 89031 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5092266 | | | Warranty | | | | |
| Lenny Feygin 6668 Smithtown Road Excelsior, MN 55331 | - | | | | | | |
| | | | | | | | 3,048.85 |
| Account No. 5115008 | | | Warranty | | | | |
| Lenora Johnson 519 Avonworth Heights Drive Pittsburgh, PA 15237 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5130953 | | | Warranty | | | | |
| Lenora V Gossett 1027 Warden Rd Mansfield, OH 44905 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2813** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,048.85

In re __Great Lakes Warranty Corporation__ ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5131649 | | | Warranty | | | | |
| Leo Arcilla 2101 Chest Nut Street Unit 503 Philadelphia, PA 19103 | - | | | X | X | | 0.00 |
| Account No. 5073307 | | | Warranty | | | | |
| Leo Commandeur 41213 N Whistling Straight Court Anthem, AZ 85086 | - | | | X | X | | 0.00 |
| Account No. 5077483 | | | Warranty | | | | |
| Leo Faulkner 3334 Valleywood Drive Murfreesboro, TN 37129 | - | | | X | X | | 0.00 |
| Account No. 5129044 | | | Warranty | | | | |
| Leo Gay 3450 Cox Street N Las Vegas, NV 89032 | - | | | X | X | | 0.00 |
| Account No. 5127092 | | | Warranty | | | | |
| Leo Lichetenberg 10502 Williamson Pkwy Carmel, IN 46033 | - | | | | | | 387.67 |

Sheet no.__2814__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                387.67

In re  **Great Lakes Warranty Corporation**                          ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5107628 | | | | Warranty | | | | |
| Leo Lisowski 357 Meade Drive Moon Township, PA 15108 | - | | | | X | X | | 0.00 |
| Account No. 5091086 | | | | Warranty | | | | |
| Leo Masciulli 204 Lake Hills Lane Travelers Rest, SC 29690 | - | | | | X | X | | 0.00 |
| Account No. 5090767 | | | | Warranty | | | | |
| Leo N Balase 88 Van Reypen Street Jersey City, NJ 07306 | - | | | | X | X | | 0.00 |
| Account No. 5085961 | | | | Warranty | | | | |
| Leo N Garcia 521 E Susquehanna Street Allentown, PA 18103 | - | | | | X | X | | 0.00 |
| Account No. 5071284 | | | | Warranty | | | | |
| Leo Petkavich 11949 Lake Pleasant Rd Union City, PA 16438 | - | | | | X | X | | 0.00 |

Sheet no. **2815** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

In re   **Great Lakes Warranty Corporation**          ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5096211** | | | | Warranty | | | | |
| Leo Tate Sr. PO Box 157 Valley Road Glen Rock, PA 17327 | - | | | | X | X | | 0.00 |
| Account No. 5109573 | | | | Warranty | | | | |
| Leon Arcuri 113 McLaughlin Drive New Kensington, PA 15068 | - | | | | X | X | | 0.00 |
| Account No. 5095522 | | | | Warranty | | | | |
| Leon E Meyers 1325 Mar Del Drive  Apt 1 Greenville, OH 45331 | - | | | | X | X | | 0.00 |
| Account No. 5088744 | | | | Warranty | | | | |
| Leon E Phillips 13920 Phillips Road Wattsburg, PA 16442 | - | | | | | | | 251.49 |
| Account No. 5072624 | | | | Warranty | | | | |
| Leon Howard 1700 Montier Street Pittsburgh, PA 15221 | - | | | | X | X | | 0.00 |

Sheet no.**2816** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **251.49**

In re **Great Lakes Warranty Corporation** _____,    Case No. _____
                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123785** | | **Warranty** | | | | | | |
| **Leon Morehead**<br>**2615 Hiko Ave**<br>**Reno, NV 89512** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5094163** | | **Warranty** | | | | | | |
| **Leon Mroz**<br>**2898 Sequoia Drive**<br>**Macungie, PA 18062** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112247** | | **Warranty** | | | | | | |
| **Leon R Harrison III**<br>**1272 Camp Ravine Road**<br>**Burns, TN 37029** | - | | | | | | | |
| | | | | | | | | **218.00** |
| Account No. **5125831** | | **Warranty** | | | | | | |
| **Leon Rosenberg**<br>**10873 Moss Grove Road**<br>**Titusville, PA 16354** | - | | | | | | | |
| | | | | | | | | **520.00** |
| Account No. **5087193** | | **Warranty** | | | | | | |
| **Leon Truskey**<br>**86 Sunrise Circle**<br>**Denver, PA 17517** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2817** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**738.00**

In re **Great Lakes Warranty Corporation** ,     Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5112646 | | | | Warranty | | | | |
| Leona M Sheipe 16 West Centre Street  Apt 208 Ashland, PA 17921 | | - | | | X | X | | 0.00 |
| Account No. 5103376 | | | | Warranty | | | | |
| Leonard  Moyer 101 Kettle Road Tamaqua, PA 18252 | | - | | | X | X | | 0.00 |
| Account No. 5084792 | | | | Warranty | | | | |
| Leonard  Robinson Jr 304 Cricketwood Court Canonsburg, PA 15317 | | - | | | X | X | | 0.00 |
| Account No. 5107862 | | | | Warranty | | | | |
| Leonard Barbeau 1004 Lockmiller Road Estill Springs, TN 37330 | | - | | | X | X | | 0.00 |
| Account No. 5100496 | | | | Warranty | | | | |
| Leonard Breeze Sr. 2465 Perry Ridge Road Nelsonville, OH 45764 | | - | | | X | X | | 0.00 |

Sheet no. **2818** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re **Great Lakes Warranty Corporation** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5128539 | | | | Warranty | | | | |
| Leonard Britt 12511 Clifton Boulevard 12AE Lakewood, OH 44107 | - | | | | X | X | | 0.00 |
| Account No. 5131490 | | | | Warranty | | | | |
| Leonard Bromberg 1960 1962 County Line Huntingdon Valley, PA 19006 | - | | | | X | X | | 0.00 |
| Account No. 5126031 | | | | Warranty | | | | |
| Leonard Calianno 467 Big Knob Road Rochester, PA 15074 | - | | | | | | | 110.50 |
| Account No. 5124746 | | | | Warranty | | | | |
| Leonard Carroll PO Box 712 Woodbine, NJ 08270 | - | | | | X | X | | 0.00 |
| Account No. 5088526 | | | | Warranty | | | | |
| Leonard E Wolfe 193 Allison Road  PO Box 284 Dixonville, PA 15734 | - | | | | X | X | | 0.00 |

Sheet no. **2819** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **110.50**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5088783 | | | | | Warranty | | | | |
| Leonard Huggins Jr 2212 Binnicker Bridge Road Cope, SC 29038 | - | | | | | X | X | | 0.00 |
| Account No. 5117418 | | | | | Warranty | | | | |
| Leonard M Miscragna Jr 952 Sixth Avenue Bridgewater, NJ 08807 | - | | | | | X | X | | 0.00 |
| Account No. 5120948 | | | | | Warranty | | | | |
| Leonard Marinacci 515 Ogden Ave Pittsburgh, PA 15221 | - | | | | | X | X | | 0.00 |
| Account No. 5119467 | | | | | Warranty | | | | |
| Leonard Moranko 1131 Water St Moosic, pa 18507 | - | | | | | X | X | | 0.00 |
| Account No. 5131960 | | | | | Warranty | | | | |
| Leonard Raifsnider Sr. 543 South 14th Street Reading, PA 19602 | - | | | | | X | X | | 0.00 |

Sheet no. **2820** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5092619** | | | Warranty | | | | |
| **Leonard Reginald Lucas**<br>**642 Lockner**<br>**Columbia, SC 29212** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5073816** | | | Warranty | | | | |
| **Leonard Scannapieco**<br>**1728 Wrightstown Road**<br>**Newtown, PA 18940** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110825** | | | Warranty | | | | |
| **Leonard W Gossett**<br>**13696 Hatchie Lane**<br>**Athens, AL 35613** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5096689** | | | Warranty | | | | |
| **Leonard W Watkins**<br>**39845 State Route 684**<br>**Pomeroy, OH 45769** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5128728** | | | Warranty | | | | |
| **Leonard Zamora**<br>**3200 Moonflower Drive**<br>**Las Vegas, NV 89146** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2821** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5109293** | | | | **Warranty** | | | | |
| **Leonid Bord** **2635 Virginia Lane** **Jamison, PA 18929** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5064577** | | | | **Warranty** | | | | |
| **Leopoldo Carrillo Jr** **P.O. Box 212** **Harrison, OH 43030** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131695** | | | | **Warranty** | | | | |
| **Leroy Bentley** **1307 S Ohio Avenue** **Jackson, OH 45640** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110592** | | | | **Warranty** | | | | |
| **Leroy A Pearson Jr** **963 Equestrian Drive** **Mount Pleasant, SC 29464** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5099236** | | | | **Warranty** | | | | |
| **Leroy D Lewis II** **24950 Rockside Road #602** **Bedford, OH 44146** | | - | | | | | | |
| | | | | | | | | **1,164.50** |

Sheet no. **2822** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 1,164.50 |
|---|---|

In re **Great Lakes Warranty Corporation**                                              Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095140** | | | | Warranty | | | | |
| Leroy E Clay Jr 1007 Horseshoe Drive Nashville, TN 37216 | - | | | | X | X | | 0.00 |
| Account No. 5091627 | | | | Warranty | | | | |
| Leroy E Hasse 149 Hughes Avenue Sellersville, PA 18960 | - | | | | X | X | | 0.00 |
| Account No. 5125645 | | | | Warranty | | | | |
| Leroy Jordan 4438 West Phalen Phoenix, AZ 85087 | - | | | | X | X | | 0.00 |
| Account No. 5087079 | | | | Warranty | | | | |
| Leroy L  Smith 607 9th St Elizabeth, PA 15037 | - | | | | X | X | | 0.00 |
| Account No. 5108419 | | | | Warranty | | | | |
| Leroy L Shaw Jr 6990 Hillshire Drive Memphis, TN 38133 | - | | | | | | | 76.23 |

Sheet no. **2823** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                76.23

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5084069** | | | | **Warranty** | | | | |
| **Leroy L Smith**<br>**607 Ninth Street**<br>**Elizabeth, PA 15037** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5076386** | | | | **Warranty** | | | | |
| **Leroy Rodriguez**<br>**4302 E 20th**<br>**Tucson, AZ 85711** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112450** | | | | **Warranty** | | | | |
| **Leroy Sampson**<br>**227 Crestview Road**<br>**Pittsburgh, PA 15235** | - | | | | | | | |
| | | | | | | | | **867.25** |
| Account No. **5109837** | | | | **Warranty** | | | | |
| **Leroy Smith**<br>**245 Cana Dr**<br>**Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132339** | | | | **Warranty** | | | | |
| **Les Dawson**<br>**1980 Marsh Lane**<br>**Paimesville, OH 44077** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2824** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **867.25**

In re    **Great Lakes Warranty Corporation**                                              ,      Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5104516** | | | | | Warranty | | | | |
| **Les Licklider** **947 E Saratoga Street** **Gilbert, AZ 85296** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5067340** | | | | | Warranty | | | | |
| **Lesleigh Flynn** **925 Tittsworth Springs Road** **Seymour, TN 37865** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5098775** | | | | | Warranty | | | | |
| **Lesley A Kanney** **723 Third Street SE** **Massillon, OH 44646** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5100094** | | | | | Warranty | | | | |
| **Lesley Higgins** **10622 Drexton Place** **Newburgh, IN 47630** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5124792** | | | | | Warranty | | | | |
| **Lesley M Sylvander** **312 Monongehela Ave Apt C** **Glassport, PA 15045** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2825** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

                               ,
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5120284 | | | | Warranty | | | | |
| Leslie Nolen Garner 836 N Belmont Wichita, KS 67208 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5094401 | | | | Warranty | | | | |
| Leslie Zsambory 1505 Washington Road Washington, PA 15301 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107193 | | | | Warranty | | | | |
| Leslie A Allshouse 59 Marion Villa Belle Vernon, PA 15012 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116163 | | | | Warranty | | | | |
| Leslie A Bauer 316 Walker Road St Marys, PA 15857 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112624 | | | | Warranty | | | | |
| Leslie A Dunn 461 Sharon Dale Drive Murfreesboro, TN 37129 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2826** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5080169** | | | | **Warranty** | | | | |
| **Leslie B Shumak Jr 8555 Collinswood Olive Branch, MS 38654** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132106 | | | | **Warranty** | | | | |
| **Leslie Breen 371 Afton Avenue Youngstown, OH 44512** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102952 | | | | **Warranty** | | | | |
| **Leslie Bringle 126 Dudley Place Byhalia, MS 38611** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5063312 | | | | **Warranty** | | | | |
| **Leslie Bruce 8102 Dewberry Circle #1807 Pasadena, MD 21122** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132660 | | | | **Warranty** | | | | |
| **Leslie Burchette 804 Creek Street Apt E Tarentum, PA 15084** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2827** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**          ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5114070** | | | | **Warranty** | | | | |
| **Leslie C Fuentes** **212 N Ash** **Wichita, KS 67214** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132384** | | | | **Warranty** | | | | |
| **Leslie Cloyd** **3119 New Journey Way** **North Las Vegas, NV 89032** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094155** | | | | **Warranty** | | | | |
| **Leslie D Coble** **306 Deer Park Circle** **Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121557** | | | | **Warranty** | | | | |
| **Leslie Dagastino** **598 Ricker AVe** **Santa Rosa, FL 32459** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122222** | | | | **Warranty** | | | | |
| **Leslie Fitzpatrick** **417 E Buckeye St** **Belle Center, OH 43310** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2828** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5097336** | | | | | Warranty | | | | |
| **Leslie G Ritenour** **3304 Springfield Pike** **Normalville, PA 15469** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5125302 | | | | | Warranty | | | | |
| **Leslie George** **205 Stockport Road** **Columbus, OH 29229** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5110640 | | | | | Warranty | | | | |
| **Leslie Glazer** **225 Wyoming Avenue** **Enola, PA 17025** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5102370 | | | | | Warranty | | | | |
| **Leslie Gober** **1204 Park Street** **Orangeburg, SC 29115** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5132349 | | | | | Warranty | | | | |
| **Leslie Helton** **402 Murrell Street** **Dickson, TN 37055** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**2829** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122029** | | | | **Warranty** | | | | |
| **Leslie Herring 3840 Almonview St Las Vegas, NV 89147** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109990** | | | | **Warranty** | | | | |
| **Leslie Hershberger 2375 Wilmington Avenue SE Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098146** | | | | **Warranty** | | | | |
| **Leslie Hunze 1005 Arcadia Court Antioch, TN 37013** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122570** | | | | **Warranty** | | | | |
| **Leslie J Mumenthaler 45 East Weber Ave Villas, NJ 08251** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086261** | | | | **Warranty** | | | | |
| **Leslie L Costelnock 410 S Hickory Street Scottdale, PA 15683** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2830** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5091447** | | | | **Warranty** | | | | |
| **Leslie Lawson** **6402 Larcomb Drive** **Huber Heights, OH 45424** | - | | | | X | X | | 0.00 |
| Account No. **5122427** | | | | **Warranty** | | | | |
| **Leslie Lee Edwards** **300 Kietzke Lane   Apt 2** **Reno, NV 89502** | - | | | | X | X | | 0.00 |
| Account No. **5113226** | | | | **Warranty** | | | | |
| **Leslie R Flemming** **130 W Ruscomb Street** **Philadelphia, PA 19120** | - | | | | X | X | | 0.00 |
| Account No. **5075293** | | | | **Warranty** | | | | |
| **Leslie R Nichols** **8970 State Route 49** **Celina, OH 45822** | - | | | | X | X | | 0.00 |
| Account No. **5097927** | | | | **Warranty** | | | | |
| **Leslie Radanovich** **3012 McKinley Avenue** **Aliquippa, PA 15001** | - | | | | X | X | | 0.00 |

Sheet no. **2831** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5111880 | | | Warranty | | | | |
| Leslie Ross 11411 N Bancroft Drive Phoenix, AZ 85028 | - | | | | | | 500.59 |
| Account No. 5121036 | | | Warranty | | | | |
| Leslie Spranger 848 Burroughs Rd Alcoa, TN 37701 | - | | | X | X | | 0.00 |
| Account No. 5100830 | | | Warranty | | | | |
| Leslie V Thurman 1049 Christina Drive Leesport, PA 19533 | - | | | X | X | | 0.00 |
| Account No. 5124628 | | | Warranty | | | | |
| Leslie Whitehead 621 E. Frankford Street Bethlehem, PA 18018 | - | | | X | X | | 0.00 |
| Account No. 5106215 | | | Warranty | | | | |
| Leslie Winn Smith 1225 Michelle Lane Johns Island, SC 29455 | - | | | X | X | | 0.00 |

Sheet no. **2832** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          500.59

In re **Great Lakes Warranty Corporation**         Case No. _____

,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5124851 | | | | Warranty | | | | |
| Lessume Smith 43 Honeysuckle Lane Levittown, PA 19055 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125738 | | | | Warranty | | | | |
| Lester Brown 5897 Rolling Ridge Dr Kannapolis, NC 28081 | | - | | | | | | |
| | | | | | | | | 305.00 |
| Account No. 5101455 | | | | Warranty | | | | |
| Lester E Kellough 2623 Briar Trail Court Matthews, NC 28104 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109245 | | | | Warranty | | | | |
| Lester H Gauding 5155 McCormick Road Ravenna, OH 44266 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132370 | | | | Warranty | | | | |
| Lester Isner Jr 10 North Crescent Street Tremont, PA 17981 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2833** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

305.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101215** | | | **Warranty** | | | | |
| **Lester R Kennedy** **5694 Enright Avenue** **Riverside, OH 45431** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5063528** | | | **Warranty** | | | | |
| **Lethia Carter** **1040 Fitzpatrick Rd.** **Nashville, TN 37214** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5126148** | | | **Warranty** | | | | |
| **Leticia Herrera** **4095 Main Avenue** **Sranton, PA 18504** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5122015** | | | **Warranty** | | | | |
| **Leticia N Acosta** **1141 Laguna Park Ct** **Las Vegas, NV 89110** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5113367** | | | **Warranty** | | | | |
| **Letisha N Scotland** **906 First Street W** **Hampton, SC 29924** | - | | | | | | |
| | | | | | | | **86.28** |

Sheet no. **2834** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **86.28**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126425** | | | | **Warranty** | | | | |
| **Letivia Clemente** **8312 Hydra Lane** **Las Vegas, NV 89128** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131445** | | | | **Warranty** | | | | |
| **Letrivia Fason** **1730 Sutton** **Memphis, TN 38127** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105727** | | | | **Warranty** | | | | |
| **Lettie P Marks** **16 Francis Place NW** **Massillon, OH 44647** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128170** | | | | **Warranty** | | | | |
| **Letuan Lloyd Wang** **13 Guardhouse Dr** **Redding, CT 06896** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117045** | | | | **Warranty** | | | | |
| **Levan Collins Rogers** **1003 Jamsie Cove Drive** **Charleston, SC 29412** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2835** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5082020** | | | **Warranty** | | | | |
| **Levi A Lamfers**<br>**810 Emory Drive**<br>**Chattanooga, TN 37415** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5124866** | | | **Warranty** | | | | |
| **Levi Bing**<br>**117 N. University Drive**<br>**Ladson, SC 29456** | - | | | | | | |
| | | | | | | | **268.00** |
| Account No. **5070435** | | | **Warranty** | | | | |
| **Levi Dingle**<br>**155 Bitting Road**<br>**Alburtis, PA 18011** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5117435** | | | **Warranty** | | | | |
| **Levi Garrett Fallaw**<br>**128 Stoney Pointe Drive**<br>**Chapin, SC 29036** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5132115** | | | **Warranty** | | | | |
| **Levi Hardy**<br>**14955 Academy Lane**<br>**Salem, OH 44460** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **2836** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **268.00**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5130026** | | | | **Warranty** | | | | |
| **Levi Perez Lujan** **2154 Casa Ladera Street** **Las Vegas, NV 89156** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5069760** | | | | **Warranty** | | | | |
| **Levon Aslanyan** **3431 N 62nd Place** **Scottsdale, AZ 85251** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109085** | | | | **Warranty** | | | | |
| **Lewie A Zavitsky** **46 West Riddle Street** **Coaldale, PA 18218** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127919** | | | | **Warranty** | | | | |
| **Lewis Johnson** **2100 Country Club Dr** **Lancaster, SC 29720** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110816** | | | | **Warranty** | | | | |
| **Lewis L Colin** **269 Oakridge Drive** **Lower Burrell, PA 15068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2837** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                       0.00

In re    **Great Lakes Warranty Corporation**                                    Case No. _____

_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5100852** | | | | | **Warranty** | | | | |
| **Lewis R Wian** **706 Willowbank Street** **Bellefonte, PA 16823** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5074768** | | | | | **Warranty** | | | | |
| **Leyat Mafouda** **5009 Blue Bell Avenue** **Valley Village, CA 91607** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5127199** | | | | | **Warranty** | | | | |
| **Leysa Diaz** **2732 Stargate Street** **Las Vegas, NV 89108** | - | | | | | | | | |
| | | | | | | | | | **1,800.00** |
| Account No. **5106547** | | | | | **Warranty** | | | | |
| **Liana Mayer** **935 Louisa Street** **Union, NJ 07083** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5122207** | | | | | **Warranty** | | | | |
| **Lianthong S Sisouphanh** **1025 Salisbury Rd** **Columbus, OH 43204** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**2838** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,800.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5098690** | | | | Warranty | | | | |
| **Lida Hunt** **2500 Bayview Drive** **Nashville, TN 37217** | - | | | | X | X | | 0.00 |
| Account No. 5081227 | | | | Warranty | | | | |
| **Lien Thi Nguyen** **314 Fairfax Ave** **Nashville, TN 37212** | - | | | | X | X | | 0.00 |
| Account No. 5101159 | | | | Warranty | | | | |
| **Liesel M Gyurko** **PO Box 33 8 Mason St** **Trimble, OH 45782** | - | | | | X | X | | 0.00 |
| Account No. 5087292 | | | | Warranty | | | | |
| **Lihua Sheng** **6816 Alto Vista Drive** **Nashville, Tn 37205** | - | | | | X | X | | 0.00 |
| Account No. 5104905 | | | | Warranty | | | | |
| **Lila M Shoup** **225 B Street** **Girardville, PA 17935** | - | | | | X | X | | 0.00 |

Sheet no. **2839** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101121** <br><br> **Lilia Castaneda** <br> **4159 Salem Street** <br> **Philadelphia, Pa 19124** | - | | **Warranty** | | | | **292.41** |
| Account No. **5126323** <br><br> **Lilia Lucia Godina** <br> **1808 Gold Point Cir S** <br> **Hixson, TN 37343** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5104942** <br><br> **Liliana Ame** <br> **318 David Avenue** <br> **Staten Island, NY 10310** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5131524** <br><br> **Lillian A Lide** <br> **7605 Ducharme Ave** <br> **Las Vegas, NV 89145** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5119474** <br><br> **Lillian A Thompson** <br> **329 St Rt 60** <br> **Greenwich, OH 44837** | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **2840** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **292.41**

In re **Great Lakes Warranty Corporation**                           Case No. _____
                                        ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5108285 | | | | Warranty | | | | |
| Lillian B Faircloth 706 Beachman Dykes Road Swansea, SC 29160 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099531 | | | | Warranty | | | | |
| Lillian D Bland 4934 Rorer Street Philadelphia, PA 19120 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118874 | | | | Warranty | | | | |
| Lillian Davis 2240 Cecil Ave Baltimore, MD 21218 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090443 | | | | Warranty | | | | |
| Lillian E Jaworski 761 Erie Street Massillon, OH 44646 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126350 | | | | Warranty | | | | |
| Lillian Farrel 403 MacFarland Drive Pittsburgh, PA 15235 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2841** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5099395** | | | Warranty | | | | |
| **Lillian J Latshaw** **240 South Lehigh Avenue** **Frackville, PA 17931** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5071270** | | | Warranty | | | | |
| **Lillian M Sorenson** **6891 Long Island Rd** **Catawba, NC 28609** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5131705** | | | Warranty | | | | |
| **Lillian Perez** **8301 West Charleston Boulevard** **Las Vegas, NV 89117** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5097856** | | | Warranty | | | | |
| **Lillian Sue Roberts** **214 Peachtree Street** **Nashville, TN 37210** | - | | | | | | |
| | | | | | | | **413.50** |
| Account No. **5119598** | | | Warranty | | | | |
| **Lillie A Nelson** **3440 Clearfield** **Pittsburgh, PA 15204** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**2842** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      **413.50**

In re **Great Lakes Warranty Corporation**           Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5112601 | | | | Warranty | | | | |
| Lillie B Bolden 710 Cypress Lane Anderson, SC 29621 | | - | | | | | | 1,495.00 |
| Account No. 5129014 | | | | Warranty | | | | |
| Lillie Felder Campbell 3336 Cash Rd Johnsonville, SC 29555 | | - | | | X | X | | 0.00 |
| Account No. 5074601 | | | | Warranty | | | | |
| Linda Agular 331 Piedmont Rd Phoenix, AZ 85041 | | - | | | X | X | | 0.00 |
| Account No. 5130950 | | | | Warranty | | | | |
| Linda George 480 Pizza Barn Rd Blairsville, PA 15717 | | - | | | | | | 1,035.00 |
| Account No. 5095378 | | | | Warranty | | | | |
| Linda Hagge 812 East Street Waterford, PA 16441 | | - | | | X | X | | 0.00 |

Sheet no. **2843** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **2,530.00**

In re __Great Lakes Warranty Corporation__ _____, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5116921** | | | **Warranty** | | | | |
| **Linda Micklo**<br>**625 Herminie Road**<br>**Herminie, PA 15637** | - | | | X | X | | 0.00 |
| Account No. **5118671** | | | **Warranty** | | | | |
| **Linda Schneggenburger**<br>**87 Stony Rd**<br>**Lancaster, NY 14086** | - | | | X | X | | 0.00 |
| Account No. **5106797** | | | **Warranty** | | | | |
| **Linda Allen**<br>**46 Halsey Boulevard**<br>**Charleston, SC 29401** | - | | | X | X | | 0.00 |
| Account No. **5114607** | | | **Warranty** | | | | |
| **Linda Babbitt**<br>**1175 Delsea Dr**<br>**Woodbine, NJ 08270** | - | | | X | X | | 0.00 |
| Account No. **5101429** | | | **Warranty** | | | | |
| **Linda Baccari**<br>**12 Prudence Court**<br>**Warwick, RI 02888** | - | | | X | X | | 0.00 |

Sheet no. __2844__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5108732 | | | | Warranty | | | | |
| Linda Ballinger 4478 Paradise Road Sugar Grove, OH 43155 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5055817 | | | | Warranty | | | | |
| Linda Black 631 Claude Howard Rd Deerlodge, TN 37726 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128826 | | | | Warranty | | | | |
| Linda Blem 10175 Spring Mountain Road # 1033 Las Vegas, NV 89117 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110828 | | | | Warranty | | | | |
| Linda C Shannon 100 Evergreen Heights Drive Pittsburgh, PA 15229 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5065342 | | | | Warranty | | | | |
| Linda Cleveland 2960 Lenox New Lyme Road / PO Box 64 Jefferson, OH 44047 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2845** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123259** | | | | Warranty | | | | |
| **Linda Colavita** **2637 South 11th street** **Philadelphia, PA 19148** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124284** | | | | Warranty | | | | |
| **Linda Coley** **920 MacBeth Dr. Apt 7** **Monroeville, PA 15146** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096700** | | | | Warranty | | | | |
| **Linda Cooksey** **11900 Oprah Lane** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5066648** | | | | Warranty | | | | |
| **Linda Crookston** **528 10th Street** **Irwin, PA 15642** | - | | | | | | | |
| | | | | | | | | 494.60 |
| Account No. **5105883** | | | | Warranty | | | | |
| **Linda D Newhouse** **148 Yellow Pine Lane** **New Stanton, PA 15627** | - | | | | | | | |
| | | | | | | | | 337.45 |

Sheet no. **2846** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     832.05

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5112335 | | | | Warranty | | | | |
| Linda D Smith 517 Schuylkill Ave Reading, PA 19601 | - | | | | X | X | | 0.00 |
| Account No. 5077139 | | | | Warranty | | | | |
| Linda Darwish 21258 Hetke drive Farmington Hills, MI 48335 | - | | | | X | X | | 0.00 |
| Account No. 5065348 | | | | Warranty | | | | |
| Linda Davis-Taylor 6 Danielle Court Jackson, MS 39206 | - | | | | X | X | | 0.00 |
| Account No. 5114486 | | | | Warranty | | | | |
| Linda Dejoy Ketterer 2 Gamble Avenue Pittsburgh, PA 15212 | - | | | | X | X | | 0.00 |
| Account No. 5116627 | | | | Warranty | | | | |
| Linda Dion 2762 Broyles Lane Franklin, TN 37069 | - | | | | X | X | | 0.00 |

Sheet no. **2847** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5126534 | | | | Warranty | | | | |
| Linda Donnelly 3563 Miller Street Phiadelphia, PA 19134 | - | | | | X | X | | 0.00 |
| Account No. 5123184 | | | | Warranty | | | | |
| Linda Dowler 5796 Vore Ridge Road Athens, OH 45701 | - | | | | X | X | | 0.00 |
| Account No. 5104542 | | | | Warranty | | | | |
| Linda F Boyer 1140 East Drive Greenville, OH 45331 | - | | | | | | | 340.96 |
| Account No. 5121892 | | | | Warranty | | | | |
| Linda F Henry 863 Lavergne Lane Lavergne, TN 37086 | - | | | | X | X | | 0.00 |
| Account No. 5062900 | | | | Warranty | | | | |
| Linda Faye Jacobs 2604 Shadow Lane Nashville, TN 37216 | - | | | | X | X | | 0.00 |

Sheet no. **2848** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

340.96

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127459** | | | | **Warranty** | | | | |
| **Linda Felty 34 Terrace Hill Road Pine Grove, PA 17963** | - | | | | | | | 108.00 |
| Account No. **5128526** | | | | **Warranty** | | | | |
| **Linda Flail 336 North 12th Street Pottsville, PA 17901** | - | | | | X | X | | 0.00 |
| Account No. **5115150** | | | | **Warranty** | | | | |
| **Linda G Compton 904 Harpeth Tracr Drive Nashville, TN 37221** | - | | | | X | X | | 0.00 |
| Account No. **5094744** | | | | **Warranty** | | | | |
| **Linda G Burnett 220 Dove Drive Sevierville, TN 37876** | - | | | | | | | 1,086.00 |
| Account No. **5101253** | | | | **Warranty** | | | | |
| **Linda G Chance 108 Story Book Drive Clarksville, TN 37042** | - | | | | X | X | | 0.00 |

Sheet no. **2849** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,194.00

In re **Great Lakes Warranty Corporation**                                      , Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5113228** | | | | **Warranty** | | | | |
| **Linda G Compton** **904 Harpeth Trace Drive** **Nashville, TN 37221** | - | | | | | | | 1,625.00 |
| Account No. **5105573** | | | | **Warranty** | | | | |
| **Linda G Fair** **4213 October Woods Drive** **Cane Ridge, TN 37013** | - | | | | X | X | | 0.00 |
| Account No. **5093605** | | | | **Warranty** | | | | |
| **Linda G Nelson** **7140 Shelby Road** **Athens, OH 45701** | - | | | | X | X | | 0.00 |
| Account No. **5116137** | | | | **Warranty** | | | | |
| **Linda Gagner** **514 Albion Street** **Scranton, PA 18508** | - | | | | | | | 515.94 |
| Account No. **5129606** | | | | **Warranty** | | | | |
| **Linda Gail Huggins** **153 Justin St** **Warrenville, SC 29851** | - | | | | | | | 486.34 |

Sheet no. **2850** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,627.28

In re   **Great Lakes Warranty Corporation**           ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5110647** | | | | **Warranty** | | | | |
| **Linda Garrett** **1711 Mohican Avenue SE** **Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131378** | | | | **Warranty** | | | | |
| **Linda Greiss** **31 Railroad Lane PO Box 156** **Mertztown, PA 19539** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120193** | | | | **Warranty** | | | | |
| **Linda Griffith** **361 Statae Highway 150** **Adena, OH 43901** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096744** | | | | **Warranty** | | | | |
| **Linda Hall** **4600 Oxbow Trail** **Cottonwood, AZ 86326** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100937** | | | | **Warranty** | | | | |
| **Linda J Adkins** **273 Flaugherty Run Road  Lot 1** **Moon Township, PA 15108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2851** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                              ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5127066 | | | | Warranty | | | | |
| Linda J Carns 2851 E Smiley Ave Shelby, OH 44875 | - | | | | X | X | | 0.00 |
| Account No. 5089920 | | | | Warranty | | | | |
| Linda J Poudrier 2000 S Apache Road  #152 Buckeye, AZ 85326 | - | | | | X | X | | 0.00 |
| Account No. 5091922 | | | | Warranty | | | | |
| Linda J Stevens 4464 N Twin Valley Road Morgantown, PA 19543 | - | | | | X | X | | 0.00 |
| Account No. 5132181 | | | | Warranty | | | | |
| Linda Jones 42689 West Central Avenue Titusville, PA 16354 | - | | | | X | X | | 0.00 |
| Account No. 5102780 | | | | Warranty | | | | |
| Linda K Furtney 1615 E Crawford Avenue Connellsville, PA 15425 | - | | | | X | X | | 0.00 |

Sheet no. **2852** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                0.00

In re **Great Lakes Warranty Corporation** _____ ,   Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5091607** | | | | | Warranty | | | | |
| **Linda K Goldman 555 Doral Country Drive Nashville, Tn 37221** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5093361** | | | | | Warranty | | | | |
| **Linda K Hovenier 343 Main Street Franklin, TN 37064** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5100636** | | | | | Warranty | | | | |
| **Linda K Jones 202A Woodmont Circle Nashville, TN 37205** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5090321** | | | | | Warranty | | | | |
| **Linda K Rowell 3600 Park Street Grove City, OH 43123** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5112882** | | | | | Warranty | | | | |
| **Linda Kay Newcomb 115 Belle Glen Drive Nashville, TN 37221** | - | | | | | | | | |
| | | | | | | | | | 378.33 |

Sheet no. **2853** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  378.33

In re **Great Lakes Warranty Corporation**,     Case No. _____

                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119754 | | | | Warranty | | | | |
| Linda Kotheimer 45 Division St Hudson, OH 44235 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121940 | | | | Warranty | | | | |
| Linda L Turner 1797 Township Rd 179 Bellefontaine, OH 43311 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108528 | | | | Warranty | | | | |
| Linda L Darazio 330 Elizabeth Way Bradenville, PA 15620 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5089864 | | | | Warranty | | | | |
| Linda L Edgar 318 1 2 N First Street Lehighton, PA 18235 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105960 | | | | Warranty | | | | |
| Linda L Ellinger 322 Riley Street Celina, OH 45822 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. <u>2854</u> of <u>4906</u> sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5087004** | | **Warranty** | | | | | | |
| **Linda L Froce** **321 East Hillcrest Avenue** **New Castle, PA 16105** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095308** | | **Warranty** | | | | | | |
| **Linda L Giles** **1435 Oberlin Street** **Pittsburgh, PA 15206** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093025** | | **Warranty** | | | | | | |
| **Linda L Mevis** **64 Penny Packer Drive** **Schwenksville, PA 19473** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108060** | | **Warranty** | | | | | | |
| **Linda L Niles** **1116 West Dallas Road** **Urbana, OH 43078** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104096** | | **Warranty** | | | | | | |
| **Linda L Risaliti** **3010 Dyewood Road SW** **Carrollton, OH 44615** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2855** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re    **Great Lakes Warranty Corporation**                                          ,     Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5083139** | | | **Warranty** | | | | |
| **Linda L Smith** **127 Wabash Avenue** **Orrville, OH 44667** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123712** | | | **Warranty** | | | | |
| **Linda L Yu** **1510 Middletown Rd** **Glen Mills, PA 19342** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130184** | | | **Warranty** | | | | |
| **Linda Lambert** **986 Hanna Road** **Mansfield, OH 44906** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5105913** | | | **Warranty** | | | | |
| **Linda Larson** **603 Enon Springs Rd W** **Smyrna, TN 37167** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102922** | | | **Warranty** | | | | |
| **Linda Larson** **603 Enon Springs Road W** **Smyrna, TN 37167** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2856** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re **Great Lakes Warranty Corporation** _____,   Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5125847** | | | | **Warranty** | | | | |
| **Linda Linsenbach 1034 Dogwood Lane Enola, PA 17025** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121112** | | | | **Warranty** | | | | |
| **Linda M Zettlemoyer 2041 Black river Rd Bethlehem, PA 18015** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121142** | | | | **Warranty** | | | | |
| **LInda M Holcomb 10579 Back St Millfield, OH 45761** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110588** | | | | **Warranty** | | | | |
| **Linda M Kerr PO Box 145 1902 Mill Street Albany, OH 45710** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5068171** | | | | **Warranty** | | | | |
| **Linda M. Gustin 319 West 8th Avenue Tarentum, PA 15084** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2857** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re **Great Lakes Warranty Corporation**                                      Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5128939** | | | | | Warranty | | | | |
| **Linda Mack** **1409 2nd Avenue** **Bridgeton, NJ 08302** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5094989** | | | | | Warranty | | | | |
| **Linda Manson** **3506 Davison Avenue** **Erie, PA 16504** | - | | | | | | | | |
| | | | | | | | | | **490.50** |
| Account No. **5067561** | | | | | Warranty | | | | |
| **Linda McCall** **337 West Salem Street** **Columbiana, OH 44408** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5124965** | | | | | Warranty | | | | |
| **Linda Neal** **445 East Valley** **Abingdon, VA 24210** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5058128** | | | | | Warranty | | | | |
| **Linda Patterson** **7429 Calder Dr** **Capitol Heights, MD 20743** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2858** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**490.50**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5112980** | | | Warranty | | | | |
| **Linda R Barrett** **10000 Antle Orchard Road** **Glouster, OH 45732** | - | | | X | X | | 0.00 |
| Account No. **5102796** | | | Warranty | | | | |
| **Linda R Sill** **505 Wando Street** **Columbia, SC 29203** | - | | | | | | 344.92 |
| Account No. **5126890** | | | Warranty | | | | |
| **Linda Ryan** **PO Box 808 30985 Roy Jones Road** **Syracuse, OH 45779** | - | | | X | X | | 0.00 |
| Account No. **5094957** | | | Warranty | | | | |
| **Linda S Dunn** **140 Main Street** **Prospect, PA 16052** | - | | | X | X | | 0.00 |
| Account No. **5112290** | | | Warranty | | | | |
| **Linda S Ober** **111 Maplecrest** **N Canton, OH 44720** | - | | | X | X | | 0.00 |

Sheet no. **2859** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                344.92

In re   **Great Lakes Warranty Corporation**                                                    ,          Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5088816** | | | Warranty | | | | |
| **Linda S Patton**<br>**13592 Kimberly Road**<br>**Nelsonville, OH 45764** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5087421** | | | Warranty | | | | |
| **Linda S Ratliff**<br>**1112 Eighth Avenue**<br>**Freedom, PA 15042** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5065121** | | | Warranty | | | | |
| **Linda S. Doner**<br>**1005 Rosewood Drive**<br>**Celina, OH 45822** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108188** | | | Warranty | | | | |
| **Linda Stell**<br>**1806 Versailles Road**<br>**Lexington, KY 40504** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131771** | | | Warranty | | | | |
| **Linda Stidam**<br>**206 Co Op Dr**<br>**Cedarville, NJ 08311** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2860** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            0.00

In re  **Great Lakes Warranty Corporation**                                     ,          Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122440** | | | Warranty | | | | |
| **Linda Stubbs**<br>**1445 Gibbard Ave**<br>**Columbus, OH 43219** | | - | | | | | |
| | | | | | | | **175.80** |
| Account No. **5064823** | | | Warranty | | | | |
| **Linda Stumbo**<br>**39401 Todd Rd**<br>**Nelsonville, OH 45764** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5064892** | | | Warranty | | | | |
| **Linda Tatman**<br>**2878 Pinecone Rd.**<br>**Lancaster, OH 43130** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5124568** | | | Warranty | | | | |
| **Linda Todd**<br>**345 Maynard Avenue**<br>**Crestline, OH 44827** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5097204** | | | Warranty | | | | |
| **Linda Vaughan**<br>**8132 E Appaloosa Trail**<br>**Scottsdale, AZ 85258** | | - | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **2861** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**175.80**

In re   **Great Lakes Warranty Corporation**             ,     Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5094968** | | | | Warranty | | | | |
| **Linda Vavra** **1509 Decker Avenue** **Clairton, PA 15075** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121828** | | | | Warranty | | | | |
| **Linda Villano** **2722 Old Oak Walk** **Johns Island, SC 29455** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5077737** | | | | Warranty | | | | |
| **Linda Whitewolf** **28248 M Tatum Boulevard  B 1 #178** **Cave Creek, AZ 85331** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111799** | | | | Warranty | | | | |
| **Lindburgh Shipman** **2008 Beckton Street** **North Charleston, SC 29420** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130353** | | | | Warranty | | | | |
| **Lindie Pennington** **9153 Saltsburg Road** **Pittsburgh, PA 15239** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2862** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal                **0.00**
                          (Total of this page)

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5118016** | | | **Warranty** | | | | |
| **Lindley Cannon Jr**<br>**5755 E River Rd    1408**<br>**Tucson, AZ 85750** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121395** | | | **Warranty** | | | | |
| **Lindsay A Scottoline**<br>**527 Furlong Ave**<br>**Havertown, PA 19083** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5128809** | | | **Warranty** | | | | |
| **Lindsay Alexander**<br>**3619 W 18th Ae  No 1021**<br>**Emporia, KS 66804** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110345** | | | **Warranty** | | | | |
| **Lindsay Alvarez**<br>**8507 Leigh Street  #A2**<br>**Prescott Valley, AZ 86314** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115368** | | | **Warranty** | | | | |
| **Lindsay B Bechtler**<br>**408 Goshem Road**<br>**Cape May Court House, NJ 08210** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2863** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

In re   **Great Lakes Warranty Corporation**                      ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5080484** <br><br> **Lindsay Black** <br> **7706 Chatfield Avenue** <br> **Whittier, CA 90606** | | - | **Warranty** | | | | 924.64 |
| Account No. **5125891** <br><br> **Lindsay Cauffiel** <br> **6325 Phillips Ave Apt 1** <br> **Pittsburgh, PA 15217** | | - | **Warranty** | | | | 882.00 |
| Account No. **5114586** <br><br> **Lindsay Chamberlain** <br> **RR 1  Box 177** <br> **Rome, PA 18837** | | - | **Warranty** | X | X | | 0.00 |
| Account No. **5128790** <br><br> **Lindsay Feracco** <br> **204 Woodbine Avenue** <br> **Feasterville, PA 19062** | | - | **Warranty** | X | X | | 0.00 |
| Account No. **5125167** <br><br> **Lindsay Jellison** <br> **151 White School Road** <br> **Greensburg, PA 15601** | | - | **Warranty** | | | | 10.43 |

Sheet no. **2864** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal (Total of this page)         1,817.07

In re   **Great Lakes Warranty Corporation**                                        Case No. _____
                                                                        ,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5077636** | | | | **Warranty** | | | | |
| **Lindsay King** **346 Sterling Park Terrace** **Franklin, TN 37069** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5078944** | | | | **Warranty** | | | | |
| **Lindsay Lan** **1202 Karina Circle** **Maryville, TN 37804** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5059187** | | | | **Warranty** | | | | |
| **Lindsay LaRue** **6742 W. El Cortez Place** **Peoria, AZ 85383** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126962** | | | | **Warranty** | | | | |
| **Lindsay M Fetzer** **3593 McCloskey** **Bethlehem, PA 18015** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5080481** | | | | **Warranty** | | | | |
| **Lindsay Schoonmaker** **635 East Stottler** **Gilbert, AZ 85296** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2865** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                   **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126979** | | | Warranty | | | | |
| **Lindsay Spitznogle** **1205 Ridgeview Drive** **Latrobe, PA 15650** | - | | | | | | **487.00** |
| Account No. **5132173** | | | Warranty | | | | |
| **Lindsay Sullivan** **269 Fidler Road** **Woodbine, NJ 08270** | - | | | X | X | | **0.00** |
| Account No. **5126937** | | | Warranty | | | | |
| **Lindsay Weigand** **7612 Kirkwood Drive** **West Chester, OH 45069** | - | | | X | X | | **0.00** |
| Account No. **5114870** | | | Warranty | | | | |
| **Lindsey A Houbre** **594 Wood Arbor Parkway  #108** **Cordova, TN 38018** | - | | | X | X | | **0.00** |
| Account No. **5118442** | | | Warranty | | | | |
| **Lindsey Bennett** **316 Madison Ave** **Brownsville, PA 15417** | - | | | X | X | | **0.00** |

Sheet no. **2866** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       **487.00**

In re  **Great Lakes Warranty Corporation**                                    ,  Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5113608 | | | | | Warranty | | | | |
| Lindsey D  Garber Albrecht 168 Texter Mountain Road Wernersville, PA 19565 | - | | | | | X | X | | 0.00 |
| Account No. 5115324 | | | | | Warranty | | | | |
| Lindsey F Gardner 13423 Stanwood Street SW Massillon, OH 44647 | - | | | | | X | X | | 0.00 |
| Account No. 5109882 | | | | | Warranty | | | | |
| Lindsey M Denillo 3771 Second Avenue Finleyville, PA 15332 | - | | | | | | | | 140.00 |
| Account No. 5107791 | | | | | Warranty | | | | |
| Lindsey Meador 751 Huffine Manor Circle Franklin, TN 37067 | - | | | | | X | X | | 0.00 |
| Account No. 5123014 | | | | | Warranty | | | | |
| Lindsey R Pierce 113 Loucks Ave Scottdale, PA 15683 | - | | | | | X | X | | 0.00 |

Sheet no. **2867** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

140.00

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5083173** | | | **Warranty** | | | | |
| **Lindsey Robbins** **101 Huntington Lane** **Heiskell, TN 37754** | - | | | X | X | | 0.00 |
| Account No. **5130586** | | | **Warranty** | | | | |
| **Lindsey Waltonbaugh** **119 Birmingham Avenue** **Pittsburgh, PA 15210** | - | | | X | X | | 0.00 |
| Account No. **5118668** | | | **Warranty** | | | | |
| **Ling Cui** **157 Pleasdant St** **Cambridge, MA 02139** | - | | | | | | 715.31 |
| Account No. **5082692** | | | **Warranty** | | | | |
| **Linh Doung** **8701 Diddulf** **Brooklyn, OH 44144** | - | | | X | X | | 0.00 |
| Account No. **5085512** | | | **Warranty** | | | | |
| **Linnea P Raine** **4847 Route 711** **Boliver, PA 15923** | - | | | X | X | | 0.00 |

Sheet no.__2868__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

715.31

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5104750** | | | Warranty | | | | |
| **Lino Juarez** **1830 E Washington** **Phoenix, AZ 85034** | - | | | | | | **1,843.96** |
| Account No. **5106676** | | | Warranty | | | | |
| **Linwood  Harmon Sr** **648 East Tilghman St** **Allentown, PA 18109** | - | | | X | X | | **0.00** |
| Account No. **5130217** | | | Warranty | | | | |
| **Linwood Kent** **226 West Main Street 2nd** **Millville, NJ 08332** | - | | | X | X | | **0.00** |
| Account No. **5122335** | | | Warranty | | | | |
| **Linwood Williams** **411 Riley St** **Columbia, SC 29201** | - | | | X | X | | **0.00** |
| Account No. **5114084** | | | Warranty | | | | |
| **Lionel Fedel** **503 McCully Street** **Pittsburgh, PA 15216** | - | | | X | X | | **0.00** |

Sheet no. **2869** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,843.96**

In re **Great Lakes Warranty Corporation** ,      Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123285** | | | | **Warranty** | | | | |
| **Lionel Hollins** **7594 Tagg Drive** **Gr\ermantown, TN 38138** | - | | | | X | X | | 0.00 |
| Account No. **5119595** | | | | **Warranty** | | | | |
| **Lisa DiValerio** **1374 Stonegate Dr** **Downington, PA 19338** | - | | | | | | | 628.24 |
| Account No. **5112653** | | | | **Warranty** | | | | |
| **Lisa Foster** **1494 W Sattle Buute St** **Apache Junction, AZ 85220** | - | | | | X | X | | 0.00 |
| Account No. **5120801** | | | | **Warranty** | | | | |
| **Lisa McCabe** **535 Lewis Lane** **Summerville, SC 29483** | - | | | | X | X | | 0.00 |
| Account No. **5121581** | | | | **Warranty** | | | | |
| **Lisa McCollister** **657 Co Rd 316** **Niota, TN 37826** | - | | | | X | X | | 0.00 |

Sheet no. **2870** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **628.24**

In re   **Great Lakes Warranty Corporation**              ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093617** <br><br> **Lisa  Prisock** <br> **807 18th Ave  No 210** <br> **Nashville, TN 37203** | - | | Warranty | | | | 3,764.23 |
| Account No. **5123548** <br><br> **Lisa A Davis** <br> **145 Chamberlain Ave  PO Box 67** <br> **Pottsville, PA 17901** | - | | Warranty | X | X | | 0.00 |
| Account No. **5088812** <br><br> **Lisa A Fowler** <br> **314 Leonard Avenue NW** <br> **Massillon, OH 44646** | - | | Warranty | | | | 907.50 |
| Account No. **5095154** <br><br> **Lisa A Knotts** <br> **2230 Steubenville Road** <br> **Carrollton, OH 44615** | - | | Warranty | X | X | | 0.00 |
| Account No. **5119289** <br><br> **Lisa A Lollar** <br> **8096 Rolling Hills Rd** <br> **Athens, OH 45701** | - | | Warranty | X | X | | 0.00 |

Sheet no. **2871** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal <br> (Total of this page)      **4,671.73**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5117578 | | | | Warranty | | | | |
| Lisa A Mountz 222 Chestnut Street Lebanon, PA 17042 | - | | | | X | X | | 0.00 |
| Account No. 5117752 | | | | Warranty | | | | |
| Lisa A Orloski 540 Third Street Isabella, PA 15447 | - | | | | X | X | | 0.00 |
| Account No. 5113901 | | | | Warranty | | | | |
| Lisa A Pennington RR2 Box 240 Tyrone, PA 16686 | - | | | | X | X | | 0.00 |
| Account No. 5106293 | | | | Warranty | | | | |
| Lisa A Peters 2 Edgewood Drive Mechanicsburg, PA 17055 | - | | | | X | X | | 0.00 |
| Account No. 5116439 | | | | Warranty | | | | |
| Lisa A Rohrig 222 51st Street SW Canton, OH 44706 | - | | | | X | X | | 0.00 |

Sheet no. **2872** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                        ,     Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5116003 | | | | | Warranty | | | | |
| Lisa A Tempio 670 Donohoe Road Latrobe, PA 15650 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5085157 | | | | | Warranty | | | | |
| Lisa Adair 6557 Covington Eudailey College Grove, TN 37046 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5127235 | | | | | Warranty | | | | |
| Lisa Ann Clark 214 Florence Dr New Stanton, PA 15672 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5121639 | | | | | Warranty | | | | |
| Lisa Ann Gallagher 5896 Morgan Run Rd West Decatur, PA 16878 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5106795 | | | | | Warranty | | | | |
| Lisa Ann Rhodes 123 E Forest Ave #W Jackson, TN 38301 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2873** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5094637** | | | | | Warranty | | | | |
| **Lisa Armijo** **3537 E Virginia** **Phoenix, AZ 85008** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5124993** | | | | | Warranty | | | | |
| **Lisa Barto** **PO Box 8333** **Pittsburgh, PA 15218** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5124556** | | | | | Warranty | | | | |
| **Lisa Bennett** **90 E. King Street** **Zanesville, OH 45701** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5099033** | | | | | Warranty | | | | |
| **Lisa Bianco** **656 W Shawnee** **Chandler, AZ 85225** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5104265** | | | | | Warranty | | | | |
| **Lisa Bluhm** **2925 Woodway** **Dayton, OH 45405** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.__**2874**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5125196** | | | | | **Warranty** | | | | |
| **Lisa Bodnar** **131 Adele Road** **Pittsburgh, PA 15237** | | - | | | | | | | 420.14 |
| Account No. **5070269** | | | | | **Warranty** | | | | |
| **Lisa Bostjancic** **291 Calvert St** **Bridgeville, PA 15017** | | - | | | | X | X | | 0.00 |
| Account No. **5126797** | | | | | **Warranty** | | | | |
| **Lisa Bromage** **157 Spring Street** **Scranton, PA 18508** | | - | | | | X | X | | 0.00 |
| Account No. **5077265** | | | | | **Warranty** | | | | |
| **Lisa C Rouwenhorst** **6837 Collinswood Drive** **Nashville, TN 37221** | | - | | | | X | X | | 0.00 |
| Account No. **5127728** | | | | | **Warranty** | | | | |
| **Lisa Chambliss** **248 Highland Avenue** **Trenton, NJ 08618** | | - | | | | X | X | | 0.00 |

Sheet no. **2875** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  420.14

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131925** | | | | Warranty | | | | |
| **Lisa Cohen** **5614 Baker Road 47** **Shelley, OH 44875** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101922** | | | | Warranty | | | | |
| **Lisa Cuzzo** **145 Critchlow School Road** **Renfrew, PA 16053** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132134** | | | | Warranty | | | | |
| **Lisa Decker** **401 Cherry Street** **Wrightsville, PA 17368** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129847** | | | | Warranty | | | | |
| **Lisa Desart** **PO Box 33** **Imlay, NV 89418** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128517** | | | | Warranty | | | | |
| **Lisa Dodson** **812 Level Road** **Lilly, PA 15938** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2876** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,

Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5098791** | | | | Warranty | | | | |
| **Lisa Dougherty** **1233 Pine Grove Drive** **Easton, PA 18045** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094571** | | | | Warranty | | | | |
| **Lisa Dye** **9413 Maple Avenue** **East Sparta, OH 44626** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127916** | | | | Warranty | | | | |
| **Lisa Edward** **7011 Pescado Cr** **Rancho Murieta, CA 95683** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114867** | | | | Warranty | | | | |
| **Lisa F Wheeler** **414 East Sycamore** **Blytheville, AR 72315** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100178** | | | | Warranty | | | | |
| **Lisa Farrier** **1110 W Mango Drive** **Gilbert, AZ 85233** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2877** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**
, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109970** | | | | **Warranty** | | | | |
| **Lisa Fohey**<br>**2920 E Hampshire  Apt H**<br>**Milwaukee, WI 53211** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087227** | | | | **Warranty** | | | | |
| **Lisa G Klavora**<br>**544 Second Street**<br>**Pitcairn, PA 15140** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104918** | | | | **Warranty** | | | | |
| **Lisa Graves**<br>**9278 Beaver Pike**<br>**Jackson, OH 45640** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5064410** | | | | **Warranty** | | | | |
| **Lisa Greer**<br>**330 Summit Ave**<br>**Ellwood City, PA 16117** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5082471** | | | | **Warranty** | | | | |
| **Lisa Haile**<br>**PO Box 7431**<br>**McMinnville, TN 37111** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**2878** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation**                                              Case No. _____

_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5082649** | | | | Warranty | | | | |
| **Lisa Harsch** **3721 Rhea Avenue** **Memphis, TN 38122** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131421 | | | | Warranty | | | | |
| **Lisa Hartshorn** **34188 Hartshorn Rodge Road** **Graysville, OH 45734** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120751 | | | | Warranty | | | | |
| **Lisa Herndon** **777 North Centre Street** **Pottsville, PA 17901** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5094248 | | | | Warranty | | | | |
| **Lisa J Eldeu** **126 E Logan Avenue** **Altoona, PA 16002** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106078 | | | | Warranty | | | | |
| **Lisa J Ibbetson** **1122 Elm Avenue** **Lansdale, PA 19446** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2879** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5111341** | | | Warranty | | | | |
| **Lisa J Thomason** **4925 Far Hills  Apt A** **Dayton, OH 45429** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5091469** | | | Warranty | | | | |
| **Lisa Jenkins** **209 Meeting Street** **Charleston, SC 29401** | - | | | | | | |
| | | | | | | | **250.58** |
| Account No. **5101285** | | | Warranty | | | | |
| **Lisa Jennings** **1311 Elm Street** **Coshocton, OH 43812** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5113918** | | | Warranty | | | | |
| **Lisa Jones** **2976 Ruthwood Avenue** **Pittsburgh, PA 15227** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5089226** | | | Warranty | | | | |
| **Lisa Jones** **118 N Fairfield Drive** **Smyrna, DE 19977** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **2880** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**250.58**

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5104512** | | | Warranty | | | | |
| **Lisa Juskae** **1119 Forest Avenue** **Piqua, OH 45356** | - | | | X | X | | 0.00 |
| Account No. **5084748** | | | Warranty | | | | |
| **Lisa K Gain** **4 Keno Lane** **West Grove, PA 19390** | - | | | | | | 402.60 |
| Account No. **5109982** | | | Warranty | | | | |
| **Lisa L Beatty** **129 Blatnik Road** **Fayette City, PA 15438** | - | | | X | X | | 0.00 |
| Account No. **5101233** | | | Warranty | | | | |
| **Lisa L Falkenbach** **178 Timberlake Drive** **Hendersonville, TN 37075** | - | | | X | X | | 0.00 |
| Account No. **5085306** | | | Warranty | | | | |
| **Lisa L Goodman** **299 Lakewood Drive  Apt C** **Lexington, OH 44904** | - | | | | | | 367.13 |

Sheet no.**2881** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   769.73

In re **Great Lakes Warranty Corporation**                                      ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122890** <br><br> **Lisa L Grosch** <br> **283 Buchanan St** <br> **Warren, PA 16365** | - | | **Warranty** | | | | **250.00** |
| Account No. **5123445** <br><br> **Lisa Larkin** <br> **233 Octorara Rd** <br> **Parkesburg, PA 19365** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5089112** <br><br> **Lisa Levine** <br> **9337 Adam Run** <br> **Twinsburg, OH 44087** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5117023** <br><br> **Lisa M Ferguson** <br> **13076 Tarlton Road** <br> **Circleville, OH 43113** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5093859** <br><br> **Lisa M George** <br> **315 Roslyn Avenue NW** <br> **Canton, OH 44708** | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **2882** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **250.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5077758** | | | | **Warranty** | | | | |
| **Lisa M Giarratana**<br>**7277 Charlotte Park #105**<br>**Nashville, TN 37209** | - | | | | X | X | | 0.00 |
| Account No. **5079588** | | | | **Warranty** | | | | |
| **Lisa M Heberling**<br>**1106 West Finley Road**<br>**West Finley, PA 15377** | - | | | | X | X | | 0.00 |
| Account No. **5103115** | | | | **Warranty** | | | | |
| **Lisa M Nania**<br>**147 Lansdowne Drive**<br>**Verona, PA 15147** | - | | | | X | X | | 0.00 |
| Account No. **5123247** | | | | **Warranty** | | | | |
| **Lisa M Prunsinski**<br>**504 Desoto Ave**<br>**Villas, NJ 08251** | - | | | | X | X | | 0.00 |
| Account No. **5118628** | | | | **Warranty** | | | | |
| **Lisa M Schultz**<br>**220 Morgantown Rd**<br>**Reading, PA 19611** | - | | | | X | X | | 0.00 |

Sheet no. **2883** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5098495 | | | Warranty | | | | |
| Lisa M Stubblefield 9230 Highway 51 S Atoka, TN 38004 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5108169 | | | Warranty | | | | |
| Lisa Malone 1405 Harrison Road Jackson, OH 45640 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5102492 | | | Warranty | | | | |
| Lisa Mauger 418 Colonial Ct. Blandon, PA 19510 | - | | | | | | |
| | | | | | | | 173.50 |
| Account No. 5125927 | | | Warranty | | | | |
| Lisa Maxey 1895 Beechwood Ave NE Apt D4 North Canton, OH 44720 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5067043 | | | Warranty | | | | |
| Lisa McGowan 202 Pleasant Valley Rd Wampum, PA 16157 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. 2884 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

173.50

In re    **Great Lakes Warranty Corporation**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5101208 | | | | Warranty | | | | |
| Lisa Meyer 3931 S Hogan Tucson, AZ 85735 | - | | | | X | X | | 0.00 |
| Account No. 5117786 | | | | Warranty | | | | |
| Lisa Miles 4544 Lakeview Road West Farmington, OH 44491 | - | | | | X | X | | 0.00 |
| Account No. 5127440 | | | | Warranty | | | | |
| Lisa N  Garwood 1012 Manchester Dr Tipp City, OH 45371 | - | | | | X | X | | 0.00 |
| Account No. 5118814 | | | | Warranty | | | | |
| Lisa N Kusky 290 Shirls Ave Wasihington, PA 15301 | - | | | | X | X | | 0.00 |
| Account No. 5088520 | | | | Warranty | | | | |
| Lisa Oz 14 Edgewater Road Cliffside Park, NJ 07010 | - | | | | X | X | | 0.00 |

Sheet no. **2885** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5117755** | | | Warranty | | | | |
| **Lisa R Frank** **5 Via Naples Drive** **Smock, PA 15480** | - | | | X | X | | 0.00 |
| Account No. **5122703** | | | Warranty | | | | |
| **Lisa R Phillips** **3230 Fox Chase Dr** **Memphis, TN 38115** | - | | | X | X | | 0.00 |
| Account No. **5123055** | | | Warranty | | | | |
| **Lisa Raymond** **888 Bower Hill Rd** **Pittsburgh, PA 15243** | - | | | X | X | | 0.00 |
| Account No. **5084747** | | | Warranty | | | | |
| **Lisa Richards** **15600 Northwood** **Maple Heights, OH 44137** | - | | | X | X | | 0.00 |
| Account No. **5130915** | | | Warranty | | | | |
| **Lisa Rossetti** **224 Garden City Drive** **Monroeville, PA 15146** | - | | | X | X | | 0.00 |

Sheet no. **2886** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127911** | | | Warranty | | | | |
| **Lisa Rumph** **1612 Village Lake Drive** **Charlotte, NC 28212** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5094774** | | | Warranty | | | | |
| **Lisa Rutherford** **12008 Chapin Road** **Berlin Heights, OH 44814** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5089558** | | | Warranty | | | | |
| **Lisa S Stillwagon** **280 Jefferson Street** **Rochester, PA 15074** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126538** | | | Warranty | | | | |
| **Lisa Shanks** **5404 Dogwood Road** **Knoxville, TN 37918** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5081766** | | | Warranty | | | | |
| **Lisa Simons** **731 Laurel Drive** **Ligonier, PA 15658** | - | | | | | | |
| | | | | | | | 377.99 |

Sheet no. **2887** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 377.99

In re **Great Lakes Warranty Corporation** ,　　Case No. _____
　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5068580** | | | | **Warranty** | | | | |
| **Lisa Stahl 789 Frahm Pike Celina, OH 45822** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119038** | | | | **Warranty** | | | | |
| **Lisa Stewart 12043 Butternut Lane Knoxville, TN 37934** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132316** | | | | **Warranty** | | | | |
| **Lisa Strahan 612 West Norwegian Street Pottsville, PA 17901** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124256** | | | | **Warranty** | | | | |
| **Lisa Taylor 483 S. Kaser Drive Wadsworth, OH 44281** | - | | | | | | | |
| | | | | | | | | **480.69** |
| Account No. **5130671** | | | | **Warranty** | | | | |
| **Lisa V Synuria 219 Cadwallader St Brownsville, PA 15417** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2888** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　**480.69**

In re **Great Lakes Warranty Corporation** ,                Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5099952 | | | | Warranty | | | | |
| Lisa Venable Manuel 5705 Courtland Place Alexandria, LA 71301 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5044800 | | | | Warranty | | | | |
| Lisa W Blewer 4743 Arco Ln North Charleston, SC 29418 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5063583 | | | | Warranty | | | | |
| Lisa Weber 110 Elleta Avenue Apt. 4 Gallatin, TN 37066 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108029 | | | | Warranty | | | | |
| Lisa Wilson 21 Carol Lane The Plains, OH 45780 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130204 | | | | Warranty | | | | |
| Lissete Rivera 859 Arqus Ct Bethlehem, PA 18015 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2889** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122811** <br><br> **Lissette Rios** <br> **235 N Peach St** <br> **Allentown, PA 18102** | - | | **Warranty** | | | | **411.00** |
| Account No. **5129956** <br><br> **Livia Lack** <br> **600 East Inskip B101** <br> **Knoxville, TN 37912** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5116804** <br><br> **Lizabeth C Hamlin** <br> **7262 Bailey Cove Road** <br> **Huntsville, AL 35802** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5129687** <br><br> **Lizabeth I Gomzalez** <br> **6121 Hoover Dr** <br> **Mays Landing, NJ 08330** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5092371** <br><br> **Lizbeth C Gladwell** <br> **2199 Marjory Drive SW** <br> **Massillon, OH 44647** | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **2890** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **411.00**

In re **Great Lakes Warranty Corporation**                          Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5131755 | | | | Warranty | | | | |
| Lizeth Chavira 1553 East Constitution Street San Luis, AZ 85349 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131111 | | | | Warranty | | | | |
| Lizette Tolentino 119 South 7th Street #3 PO Box 9419 Allentown, PA 18102 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121447 | | | | Warranty | | | | |
| Lizina R Greene 330 Virginia Ave Pittsburgh, PA 15221 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106740 | | | | Warranty | | | | |
| Lizzie P Murphy 107 Melstone Drive Hopkins, SC 29061 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102785 | | | | Warranty | | | | |
| Lloyd Crites 15321 Coronado Forest Tucson, AZ 85739 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2891** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5079409 | | | Warranty | | | | |
| Lloyd Dotson 32 Cherry Lane Ridgefield, CT 06877 | - | | | | | | 603.39 |
| Account No. 5091720 | | | Warranty | | | | |
| Lloyd E Bacon II 11191 W Tonto Street Avondale, AZ 85323 | - | | | X | X | | 0.00 |
| Account No. 5038396 | | | Warranty | | | | |
| Lloyd Eugene Price 195 Roundhopuse Ln Statesville, NC 28625 | - | | | X | X | | 0.00 |
| Account No. 5122342 | | | Warranty | | | | |
| Lloyd Faircloth 7611 Carr Cemetery Rd Cross Plains, TN 37009 | - | | | X | X | | 0.00 |
| Account No. 5132488 | | | Warranty | | | | |
| Lloyd Faulos 1650 Leggett Road Sale Creek, TN 37373 | - | | | X | X | | 0.00 |

Sheet no. **2892** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal
(Total of this page)      **603.39**

In re **Great Lakes Warranty Corporation**                          Case No. _____

,

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5117254 | | | | Warranty | | | | |
| Lloyd Gable 1005 Oscar Armstrong Road Knoxville, TN 37914 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5085934 | | | | Warranty | | | | |
| Lloyd Kaltenbaugh 328 Carpenters Corners Road Clarks Mills, PA 16114 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126830 | | | | Warranty | | | | |
| Lloyd McCabe 224 Corry Street Box 131 Bradenville, PA 15620 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5077918 | | | | Warranty | | | | |
| Lloyd Roben 354 Piedmont Golf Course Road Piedmont, SC 29673 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127033 | | | | Warranty | | | | |
| Llyod McCarty Sr 928 Bellflower SW Canton, OH 44710 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2893** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re     **Great Lakes Warranty Corporation**                                    ,     Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. 5118087 | | | | | | Warranty | | | | |
| Locadio Fuentes Valdez 2044 S Maple Ave No1 Yuma, AZ 85364 | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. 5119479 | | | | | | Warranty | | | | |
| Logan Long 2650 Edith Nankipoo Ripley, TN 38063 | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. 5111009 | | | | | | Warranty | | | | |
| Logan Cooper 115 West Second St Mesa, AZ 85201 | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. 5101214 | | | | | | Warranty | | | | |
| Logan Cooper 730 N Date Mesa, AZ 85201 | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. 5105553 | | | | | | Warranty | | | | |
| Logan Family Medical Center LLC 2210 Timber Trail Bellefontaine, OH 43311 | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |

Sheet no.__2894__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094700** | | | Warranty | | | | |
| **Logan Mathys** **405 n Madriver St** **Bellefontaine, OH 43311** | - | | | X | X | | 0.00 |
| Account No. **5119642** | | | Warranty | | | | |
| **Logan Phipps** **50 N 4th St** **Reading, PA 19606** | - | | | X | X | | 0.00 |
| Account No. **5121883** | | | Warranty | | | | |
| **Lois A Martin** **126 Martin Lane** **Polk, PA 16342** | - | | | X | X | | 0.00 |
| Account No. **5091263** | | | Warranty | | | | |
| **Lois A Reed** **2517 Vi Lilly Circle** **Grove City, OH 43123** | - | | | X | X | | 0.00 |
| Account No. **5077972** | | | Warranty | | | | |
| **Lois Bereradi** **729 Sanford Ave** **Philadelphia, PA 19116** | - | | | X | X | | 0.00 |

Sheet no. **2895** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　0.00

In re  **Great Lakes Warranty Corporation**         ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5106115** | | | | | **Warranty** | | | | |
| **Lois E Scott**<br>**PO Box 424**<br>**Marienville, PA 16239** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5117344** | | | | | **Warranty** | | | | |
| **Lois H Llewellyn**<br>**41 Watson Street**<br>**Sewickley, PA 15143** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5125462** | | | | | **Warranty** | | | | |
| **Lois Kelly**<br>**1205 Clay Avenue**<br>**Dunmore, PA 18509** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5066908** | | | | | **Warranty** | | | | |
| **Lois Koller**<br>**2 Blackwoods Road**<br>**Freedom, PA 15042** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5122246** | | | | | **Warranty** | | | | |
| **Lois M Layne**<br>**1548 Kinnard Dr**<br>**Franklin, TN 37064** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**2896** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                **0.00**
(Total of this page)

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5107224** | | | | **Warranty** | | | | |
| **Lois M Petroff** **527 National Pike E** **Brownsville, PA 15417** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115212** | | | | **Warranty** | | | | |
| **Lois Walter** **2745 Unami Circle** **Harleysville, PA 19438** | - | | | | | | | |
| | | | | | | | | **95.00** |
| Account No. **5126721** | | | | **Warranty** | | | | |
| **Loius McDonald** **3305 Bancroft Drive** **Aston, PA 19104** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130634** | | | | **Warranty** | | | | |
| **Lola G Hollis** **135 Evan St** **Everson, PA 15631** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5063279** | | | | **Warranty** | | | | |
| **Lolis Eric Elie** **PO Box 50160** **New Orleans, LA 70150** | - | | | | | | | |
| | | | | | | | | **646.80** |

Sheet no. **2897** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **741.80**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5088585** | | | Warranty | | | | |
| **Loma Attanasio** **6282 Ottawa Place** **Dublin, OH 43017** | | - | | X | X | | 0.00 |
| Account No. **5090528** | | | Warranty | | | | |
| **Lon Oesterling** **167 Camelot Road** **Portersville, PA 16051** | | - | | X | X | | 0.00 |
| Account No. **5119210** | | | Warranty | | | | |
| **Lon Smitty** **301 East State St** **Martinsburg, PA 16662** | | - | | X | X | | 0.00 |
| Account No. **5121724** | | | Warranty | | | | |
| **Lona Joyce Bryant** **655 Church St** **Cleveland, GA 30528** | | - | | X | X | | 0.00 |
| Account No. **5124328** | | | Warranty | | | | |
| **London Frison** **505 Maytide Street** **Pittsburgh, PA 15227** | | - | | X | X | | 0.00 |

Sheet no.**2898** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106216** | | | | Warranty | | | | |
| **Lonnie D Ford** **114 Thames Drive** **Goose Creek, SC 29445** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086803** | | | | Warranty | | | | |
| **Lonnie Dudgeon** **17191 Morris Rose** **Jackson Center, OH 45334** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130158** | | | | Warranty | | | | |
| **Lonnie Flowers** **9910 New England Road** **Stewart, OH 45778** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116800** | | | | Warranty | | | | |
| **Lonnie L Lemon** **14212 SW 50th** **Benton, KS 67017** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101218** | | | | Warranty | | | | |
| **Lonnie McDonald** **913 Oak Street SW** **Warren, OH 44485** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__**2899**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5077195** | | | **Warranty** | | | | |
| **Lonnie Scott Jr** <br> **1417 Rostraver Street** <br> **Monessen, PA 15062** | - | | | X | X | | 0.00 |
| Account No. **5127040** | | | **Warranty** | | | | |
| **Lonnie Tustin** <br> **217 Lewisville Road** <br> **Woodsfield, OH 43793** | - | | | X | X | | 0.00 |
| Account No. **5127236** | | | **Warranty** | | | | |
| **Lonny Charles Roach** <br> **714 Allen St** <br> **Greensburg, PA 15601** | - | | | X | X | | 0.00 |
| Account No. **5132626** | | | **Warranty** | | | | |
| **Lora Cugino** <br> **1208 James Street** <br> **Reading, PA 19608** | - | | | X | X | | 0.00 |
| Account No. **5054964** | | | **Warranty** | | | | |
| **Lora Dikun** <br> **100 Cherrywood Dr** <br> **New Kensington, PA 15068** | - | | | X | X | | 0.00 |

Sheet no. **2900** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal           **0.00**
                                      (Total of this page)

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5118752** | | | **Warranty** | | | | |
| **Lora L Trout 14 Medsger Rd Connellsville, PA 15425** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5093415** | | | **Warranty** | | | | |
| **Lora M Rhodes 572 E Park Avenue Columbiana, OH 44408** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111221** | | | **Warranty** | | | | |
| **Lora Monnin 5025 Walzer Road Russia, OH 45363** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5055711** | | | **Warranty** | | | | |
| **Lora Rutter 9896 Alderman Road Millfield, OH 45761** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5084390** | | | **Warranty** | | | | |
| **Loraine V Velategui 2337 E Balsam Chandler, AZ 85249** | - | | | | | | |
| | | | | | | | 1,130.75 |

Sheet no. **2901** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     1,130.75

In re **Great Lakes Warranty Corporation**,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5103624** | | | Warranty | | | | |
| **Lorece Bland** **2589 Young Avenue** **Memphis, TN 38111** | - | | | X | X | | 0.00 |
| Account No. **5113766** | | | Warranty | | | | |
| **Loren Allyson Justis** **3800 West End Avenue #5** **Nashville, TN 37205** | - | | | X | X | | 0.00 |
| Account No. **5093035** | | | Warranty | | | | |
| **Loren L Martin** **218 Hahnstown Road** **Ephrata, PA 17522** | - | | | X | X | | 0.00 |
| Account No. **5119911** | | | Warranty | | | | |
| **Loren L Scholl** **117 Berms Circle No 6** **Branson, MO 65616** | - | | | X | X | | 0.00 |
| Account No. **5119010** | | | Warranty | | | | |
| **Lorena G Sandoval** **PO Box 9206** **San Luis, AZ 85349** | - | | | X | X | | 0.00 |

Sheet no. **2902** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)      0.00

In re   **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                      ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131470** | | | | **Warranty** | | | | |
| **Lorena Greenberg 916 Bear Gulch Crt Las Vegas, NV 89031** | - | | | | X | X | | 0.00 |
| Account No. **5126321** | | | | **Warranty** | | | | |
| **Lorena Orola 2501 Cedarton Court Chatanooga, TN 37421** | - | | | | X | X | | 0.00 |
| Account No. **5124621** | | | | **Warranty** | | | | |
| **Lorence  Ellis 178 S Basswood Ct Round Lake, IL 60093** | - | | | | X | X | | 0.00 |
| Account No. **5104103** | | | | **Warranty** | | | | |
| **Lorene A Garlando 4631 Tioga Street NW Canton, OH 44708** | - | | | | X | X | | 0.00 |
| Account No. **5076668** | | | | **Warranty** | | | | |
| **Lorene J Kutzner 5029 Bahama Drive Pittsburgh, PA 15239** | - | | | | X | X | | 0.00 |

Sheet no. **2903** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                              ,      Case No. _____

_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5114705 | | | | Warranty | | | | |
| Lorene TwoBulls 1121 Tarklin Road Lot 150 Lancaster, OH 43130 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132732 | | | | Warranty | | | | |
| Lorenzo Johnson Jr. 520 Vester Place Apt 310 Reading, PA 19608 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116443 | | | | Warranty | | | | |
| Loretta A Badarou 154 N Virgina Lee Road Columbus, OH 43209 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114319 | | | | Warranty | | | | |
| Loretta A McGuire 4 Hemlock Dr The Plains, OH 45780 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127336 | | | | Warranty | | | | |
| Loretta Goodwin 45 Hampton Springs Ct Columbia, SC 29209 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2904** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5115880 | | | | Warranty | | | | |
| Loretta Lucas 892 Gainsway Road Yardley, PA 19067 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104156 | | | | Warranty | | | | |
| Loretta McClinton 1605 Begonia Way Rock Hill, SC 29732 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126403 | | | | Warranty | | | | |
| Loretta Miller 130 Plain Street PO Box 288 Magnolia, OH 44643 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5067506 | | | | Warranty | | | | |
| Loretta Sprouse 68002 ST RT 124 Ewington, OH 45627 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090720 | | | | Warranty | | | | |
| Loretta Stephens 158 Cotillion Crescent Summerville, SC 29483 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __2905__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                     0.00

In re   **Great Lakes Warranty Corporation**           ,    Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128798** | | | | **Warranty** | | | | |
| **Lori Brown** **6683 Fredonia Rd** **Manchester, TN 37355** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102855** | | | | **Warranty** | | | | |
| **Lori Clawson** **738 River Road** **Freeport, PA 16220** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5100206** | | | | **Warranty** | | | | |
| **Lori Ritchie** **28789 Bashan Road** **Racine, OH 45771** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092799** | | | | **Warranty** | | | | |
| **Lori A Berry** **710 Herron Avenue** **Verona, PA 15147** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103515** | | | | **Warranty** | | | | |
| **Lori A Deunger** **5275 Auberry Street NE** **Louisville, OH 44641** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**2906** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5121340** | | | | Warranty | | | | |
| **Lori A Hamm**<br>**576 Pepper Ridge Rd**<br>**Cincinnati, OH 45244** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107894** | | | | Warranty | | | | |
| **Lori A King**<br>**1146 Springbrook Drive**<br>**Mansfield, OH 44906** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107330** | | | | Warranty | | | | |
| **Lori A Pifer**<br>**518 Seventh Avenue**<br>**Carnegie, PA 15106** | - | | | | | | | |
| | | | | | | | | 162.85 |
| Account No. **5092584** | | | | Warranty | | | | |
| **Lori A Suitor**<br>**505 S Chestnut Street**<br>**Scottdale, PA 15683** | - | | | | | | | |
| | | | | | | | | 11.39 |
| Account No. **5100816** | | | | Warranty | | | | |
| **Lori A Zernick**<br>**170 Mill Road**<br>**Northern Cambria, PA 15714** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2907** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

174.24

In re **Great Lakes Warranty Corporation**                     Case No. _____
                                              ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5088340** | | | | **Warranty** | | | | |
| **Lori Ann Copley** **745 Country Club Drive** **Wytheville, VA 24382** | - | | | | X | X | | 0.00 |
| Account No. **5108189** | | | | **Warranty** | | | | |
| **Lori Ann Smeltzer** **1101 Frenchtown Road** **Perryville, MD 21903** | - | | | | X | X | | 0.00 |
| Account No. **5125347** | | | | **Warranty** | | | | |
| **Lori Aul** **513 Ridge Ave** **Hamburg, PA 19526** | - | | | | X | X | | 0.00 |
| Account No. **5081757** | | | | **Warranty** | | | | |
| **Lori Brower** **2186 Troy Urbana Road** **Troy, OH 45373** | - | | | | X | X | | 0.00 |
| Account No. **5125434** | | | | **Warranty** | | | | |
| **Lori Burford** **8282 Main Street** **Kinsman, OH 44428** | - | | | | | | | 178.50 |

Sheet no. **2908** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    178.50

In re **Great Lakes Warranty Corporation**                    , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5110936 | | | | Warranty | | | | |
| Lori Campbell 1620 Knox Drive Brentwood, TN 37027 | - | | | | X | X | | 0.00 |
| Account No. 5101542 | | | | Warranty | | | | |
| Lori Clawson 738 River Road Freeport, PA 16229 | - | | | | X | X | | 0.00 |
| Account No. 5099142 | | | | Warranty | | | | |
| Lori D Shults 315 Lighthouse Drive Jonestown, PA 17038 | - | | | | X | X | | 0.00 |
| Account No. 5126051 | | | | Warranty | | | | |
| Lori Dobson 3004 Windsor Court Easton, PA 18045 | - | | | | X | X | | 0.00 |
| Account No. 5060210 | | | | Warranty | | | | |
| Lori Francoeur 3911 E Agave Rd Phoenix, AZ 85044 | - | | | | | | | 1,630.94 |

Sheet no. **2909** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,630.94

In re **Great Lakes Warranty Corporation** _____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5110260 | | | | Warranty | | | | |
| Lori Fritz 113 S Atlantic Avenue Cheswick, PA 15024 | - | | | | X | X | | 0.00 |
| Account No. 5132224 | | | | Warranty | | | | |
| Lori Gilmore PO Box 434 Moundsville, WV 26041 | - | | | | X | X | | 0.00 |
| Account No. 5119006 | | | | Warranty | | | | |
| Lori H Elmore 2902 Lake Highland Way Hoover, AL 35242 | - | | | | X | X | | 0.00 |
| Account No. 5106723 | | | | Warranty | | | | |
| Lori H Oconnor 4335 Barnes Cove Nashville, TN 37211 | - | | | | X | X | | 0.00 |
| Account No. 5091567 | | | | Warranty | | | | |
| Lori Harris P.O. Box 477 Grand Junction, TN 38039 | - | | | | X | X | | 0.00 |

Sheet no. **2910** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
   0.00

In re **Great Lakes Warranty Corporation**                                        Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5089863** | | | | Warranty | | | | |
| **Lori Haydt** **319 Prospect Street** **Weissport, PA 18235** | | - | | | X | X | | 0.00 |
| Account No. **5120397** | | | | Warranty | | | | |
| **Lori Hess** **14030Ensign Rd** **Burton, OH 44021** | | - | | | X | X | | 0.00 |
| Account No. **5085133** | | | | Warranty | | | | |
| **Lori J Nelson** **6773 Eddleston Street** **Canal Winchester, OH 43110** | | - | | | X | X | | 0.00 |
| Account No. **5098906** | | | | Warranty | | | | |
| **Lori J Porter** **592 Presidential Drive** **Boardman, OH 44512** | | - | | | X | X | | 0.00 |
| Account No. **5098036** | | | | Warranty | | | | |
| **Lori Jacks** **1826 East Ellis St** **Phoenix, AZ 85042** | | - | | | X | X | | 0.00 |

Sheet no. **2911** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5120832 | | | | | Warranty | | | | |
| Lori Jean Rodabaugh 715 Haskell Rd Gilbert, SC 29054 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5068337 | | | | | Warranty | | | | |
| Lori Jones 11021 Dipali Court Charlotte, NC 28214 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5104713 | | | | | Warranty | | | | |
| Lori L Moody 815 Third Avenue Elizabeth, PA 15037 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5099361 | | | | | Warranty | | | | |
| Lori L Steele 101 Butterfield Court Goodlettsville, TN 37072 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5107883 | | | | | Warranty | | | | |
| Lori L Tolliver 37 Bouscay Avenue  Apt #C Norwalk, OH 44857 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2912**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**            ,    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **5096702** | | | Warranty | | | | |
| **Lori Marks**<br>**100 Abbey Court**<br>**Venetia, PA 15367** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122196** | | | Warranty | | | | |
| **Lori Ortiz**<br>**6321 St Andrews Dr**<br>**Canfield, OH 44406** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123670** | | | Warranty | | | | |
| **Lori Pendley Christian**<br>**2622 Eastwind Dr**<br>**Soddy Daisy, TN 37379** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5116986** | | | Warranty | | | | |
| **Lori Robinson**<br>**412 Center Street**<br>**Hyde Park, PA 15641** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131379** | | | Warranty | | | | |
| **Lori Roediger**<br>**428 Pierce Street**<br>**Bethlehem, PA 00018-0115** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**2913** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                  0.00
(Total of this page)

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105952** | | | Warranty | | | | |
| **Lori Skinner**<br>**611 Hoying Street**<br>**Celina, OH 45822** | - | | | X | X | | 0.00 |
| Account No. **5130105** | | | Warranty | | | | |
| **Lori Weaver**<br>**629 Union Street**<br>**Mt Pleasant, OH 43939** | - | | | X | X | | 0.00 |
| Account No. **5129526** | | | Warranty | | | | |
| **Lori Werkmeister**<br>**3824 3rd Aveunue**<br>**Altoona, PA 16602** | - | | | X | X | | 0.00 |
| Account No. **5102363** | | | Warranty | | | | |
| **Lori Wozny Larsson**<br>**1062 Riverspring Drive**<br>**Nashville, TN 37221** | - | | | X | X | | 0.00 |
| Account No. **5127421** | | | Warranty | | | | |
| **Lorie Balazhi**<br>**2135 Lambs Gap Road**<br>**Enola, PA 17025** | - | | | X | X | | 0.00 |

Sheet no. **2914** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

In re **Great Lakes Warranty Corporation**                                    , Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5118446 | | | Warranty | | | | |
| Lorinda J Learn 614 Irving St Vandergrift, PA 15690 | - | | | X | X | | 0.00 |
| Account No. 5073672 | | | Warranty | | | | |
| Lorna Elliot 12 North Street Dellroy, OH 44620 | - | | | X | X | | 0.00 |
| Account No. 5126058 | | | Warranty | | | | |
| Lorna Jean Lee Trust 1150 Mt Tabor Rd Ext Connellsville, PA 15424 | - | | | X | X | | 0.00 |
| Account No. 5124310 | | | Warranty | | | | |
| Lorna Wiener 18 Birch Terrace Parlin, NJ 08859 | - | | | X | X | | 0.00 |
| Account No. 5105698 | | | Warranty | | | | |
| Lorne Hamilton 8032 34th Avenue NW Calgary, AB T3B1PT CANADA | - | | | X | X | | 0.00 |

Sheet no. **2915** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                              Case No. _____

                                                    ,
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122098** | | | | **Warranty** | | | | |
| **Lorraine Wilent 109 Rt 610 Petersburg, NJ 08270** | - | | | | X | X | | 0.00 |
| Account No. **5096948** | | | | **Warranty** | | | | |
| **Lorraine A Richardson 7930 Lincoln Rd Verona, PA 15147** | - | | | | | | | 158.04 |
| Account No. **5130391** | | | | **Warranty** | | | | |
| **Lorraine Andrews 2624 Woodstock Terrace Apt A Pittsburgh, PA 15668** | - | | | | X | X | | 0.00 |
| Account No. **5127553** | | | | **Warranty** | | | | |
| **Lorraine L Guth 2209 Southshore Dr SE St Petersburg, FL 33705** | - | | | | X | X | | 0.00 |
| Account No. **5103792** | | | | **Warranty** | | | | |
| **Lorraine M Burkhart 268 Yosemite Drive Pittsburgh, PA 15235** | - | | | | X | X | | 0.00 |

Sheet no. **2916** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              158.04

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5123917 | | | | Warranty | | | | |
| Lorraine Marcyanis 916 Russellton Road Cheswick, PA 15024 | | - | | | | | | 209.98 |
| Account No. 5102543 | | | | Warranty | | | | |
| Lorraine Meade 20 Mechanic Street  PO Box 581 Ripley, NY 14775 | | - | | | | | | 663.25 |
| Account No. 5126369 | | | | Warranty | | | | |
| Lorraine Raymond 10215 Second Street Hanoverton, OH 44423 | | - | | | X | X | | 0.00 |
| Account No. 5115176 | | | | Warranty | | | | |
| Lorraine Stetzel 1142 Edward Avenue Allentown, PA 18103 | | - | | | X | X | | 0.00 |
| Account No. 5086807 | | | | Warranty | | | | |
| Lorri J Rice 14773 Dickson Street Guysmius, PA 16327 | | - | | | X | X | | 0.00 |

Sheet no. **2917**  of **4906**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

873.23

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5119752** | | | Warranty | | | | |
| **Lory Koch** **5128 Chippendale Dr** **Murfreesboro, TN 37129** | - | | | X | X | | 0.00 |
| Account No. **5109846** | | | Warranty | | | | |
| **Lottie Chishom** **204** **Shallow Brook Dr, SC 29223** | - | | | X | X | | 0.00 |
| Account No. **5131664** | | | Warranty | | | | |
| **Lou Ann Eline** **1034 High Street** **Hanover, PA 17331** | - | | | X | X | | 0.00 |
| Account No. **5128145** | | | Warranty | | | | |
| **Lou Tisdale** **132 Pennbrook Lane** **Irmo, SC 29063** | - | | | X | X | | 0.00 |
| Account No. **5124992** | | | Warranty | | | | |
| **Lou Zhechun** **15 S Shafer St Apt 1804** **Athens, OH 45701** | - | | | X | X | | 0.00 |

Sheet no. **2918** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5064389 | | | | Warranty | | | | |
| Louanne Bumgarner High 3031 Pea Claremont, NC 28610 | - | | | | X | X | | 0.00 |
| Account No. 5090187 | | | | Warranty | | | | |
| Louell E Despain 2305 N Shefford Wichita, KS 67205 | - | | | | | | | 351.70 |
| Account No. 5104878 | | | | Warranty | | | | |
| Louella Livingston 1137 Kenneth Avenue New Kensington, PA 15068 | - | | | | X | X | | 0.00 |
| Account No. 5124207 | | | | Warranty | | | | |
| Louis  Romanet 146 Pine Ridge Dr Wallace, NC 28466 | - | | | | X | X | | 0.00 |
| Account No. 5085460 | | | | Warranty | | | | |
| Louis A Bundis 44015 W Granite Drive Maricopa, AZ 85235 | - | | | | | | | 194.63 |

Sheet no. **2919** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

546.33

In re   **Great Lakes Warranty Corporation**                              ,   Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5027214** | | | **Warranty** | | | | |
| **Louis A. Piconi**<br>**2353 Southwood Drive**<br>**Upper St Clair, PA 15241** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110899** | | | **Warranty** | | | | |
| **Louis Albanese**<br>**20 Harvest Hill Drive**<br>**Effort, PA 18330** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5050147** | | | **Warranty** | | | | |
| **Louis Brame**<br>**7934 S Dorchester Ave.**<br>**Chicago, IL 60619** | - | | | | | | |
| | | | | | | | 448.42 |
| Account No. **5092997** | | | **Warranty** | | | | |
| **Louis D Enoff**<br>**2144 Enoff Drive**<br>**Westminster, MD 21157** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118097** | | | **Warranty** | | | | |
| **Louis Dubrow**<br>**100 Glendale Garden Dr**<br>**Nashville, TN 37204** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**2920** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

448.42

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5075399 | | | | | Warranty | | | | |
| Louis E. Comus Jr. 4544 East Becker Lane Phoenix, AZ 85028 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5116104 | | | | | Warranty | | | | |
| Louis Goormastic 313 E Sandusky Bellefontaine, OH 43311 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5056479 | | | | | Warranty | | | | |
| Louis Gorenflo 134 Azalea Dr Afton, VA 22920 | - | | | | | | | | |
| | | | | | | | | | 371.28 |
| Account No. 5089495 | | | | | Warranty | | | | |
| Louis J Pellegrini 43 Pearl Alley Monongahela, PA 15063 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5074003 | | | | | Warranty | | | | |
| Louis J Rolih 1388 Potomac Court Carol Stream, IL 60188 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.2921 of 4906 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

371.28

In re   **Great Lakes Warranty Corporation**                ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099651** | | | | **Warranty** | | | | |
| **Louis Jarrell Jr** **7433 River Bend Circle** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108409** | | | | **Warranty** | | | | |
| **Louis L Veazey** **100 Beaumont Drive** **Hendersonville, TN 37095** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117372** | | | | **Warranty** | | | | |
| **Louis Lanier** **4499 Henry Hudson Parkway  Apt 6D** **Bronx, NY 10471** | - | | | | | | | |
| | | | | | | | | **1,035.00** |
| Account No. **5067706** | | | | **Warranty** | | | | |
| **Louis Lee** **1927 Bridgepointe Pkwy  120** **San Mateo, CA 94404** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110922** | | | | **Warranty** | | | | |
| **Louis Manuel Solorio** **P.O. Box 6600** **San Luis, AZ 85349** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2922** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal                  | **1,035.00**

(Total of this page)

In re **Great Lakes Warranty Corporation**        Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5051996** | | | | | **Warranty** | | | | |
| **Louis McCall** **1359 N. Kenwood Lane** **Chandler, AZ 85226** | - | | | | | | | | **1,400.00** |
| Account No. **5096500** | | | | | **Warranty** | | | | |
| **Louis Peterson** **110 Walden Pond Lane** **Cranberry Township, PA 16066** | - | | | | | X | X | | **0.00** |
| Account No. **5126739** | | | | | **Warranty** | | | | |
| **Louis Petro** **705 9th Street** **Perkasie, PA 18944** | - | | | | | | | | **25.79** |
| Account No. **5093038** | | | | | **Warranty** | | | | |
| **Louis Robinson Jr** **50854 Chestwick Court** **Plymouth, MI 48170** | - | | | | | X | X | | **0.00** |
| Account No. **5122681** | | | | | **Warranty** | | | | |
| **Louis S Blake** **11 Buckeye St   Box 156** **Adena, OH 43901** | - | | | | | X | X | | **0.00** |

Sheet no.**2923** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal     **1,425.79**
                                         (Total of this page)

In re **Great Lakes Warranty Corporation**                               Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5085703** | | | | | Warranty | | | | |
| **Louis Zanias** **6291 Pidcock Creek Road** **New Hope, PA 18938** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5066032** | | | | | Warranty | | | | |
| **Louis Zozos** **206 Enders Lane** **Wexford, PA 15090** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. 5119351 | | | | | Warranty | | | | |
| **Louise Catalano** **544 Grand Oaks Dr** **Brentwood, TN 37027** | - | | | | | | | | |
| | | | | | | | | | **700.00** |
| Account No. 5111832 | | | | | Warranty | | | | |
| **Louise M York** **1936 Washburn Street** **Scranton, PA 18504** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. 5109636 | | | | | Warranty | | | | |
| **Louise R Jacobs** **120 Indiana Avenue** **Glassport, PA 15045** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2924** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **700.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100896** | | | **Warranty** | | | | |
| **Louise Rodebush** **18960 Coffinberry Boulevard** **Cleveland, OH 44126** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124580** | | | **Warranty** | | | | |
| **Louise Schweinforth** **1303 Normal Avenue** **Chattanooga, TN 37405** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127514** | | | **Warranty** | | | | |
| **Louise Urban** **232 Todd Farm Road** **Belle Vernon, PA 15012** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130971** | | | **Warranty** | | | | |
| **Louiz R Oliveira** **1139 Rock St** **Scranton, PA 18304** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130826** | | | **Warranty** | | | | |
| **Loukesha Q Brooks** **9366 Captiva Bay Dr** **Miamisburg, OH 45342** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2925** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                        ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126289** | | | Warranty | | | | |
| **Lourdes O Quendo** **318 Whalers Drive** **Absecon, NJ 08201** | - | | | | | | 198.30 |
| Account No. **5112442** | | | Warranty | | | | |
| **Lovella G Bryant** **7864 Mt Carmel Road** **Verona, PA 15147** | - | | | X | X | | 0.00 |
| Account No. **5128595** | | | Warranty | | | | |
| **Lovelle Isles** **506 Colfax Avenue** **Scranton, PA 18510** | - | | | X | X | | 0.00 |
| Account No. **5116227** | | | Warranty | | | | |
| **Lowell E Bernstein** **1019 Assembly Street** **Columbia, SC 29201** | - | | | X | X | | 0.00 |
| Account No. **5112404** | | | Warranty | | | | |
| **Lowell W Metzger** **21327 Township Road 209** **Alvada, OH 44802** | - | | | | | | 570.75 |

Sheet no. **2926** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — **769.05**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101079** | | | **Warranty** | | | | |
| **Lowell Wright**<br>**2021 Gordon Street**<br>**McKeesport, PA 15132** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5089468** | | | **Warranty** | | | | |
| **Loyd W Posey Jr**<br>**1061 Montour Street**<br>**Coraopolis, PA 15108** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5087733** | | | **Warranty** | | | | |
| **Lu Anne Reid**<br>**216 54th Ave North**<br>**Nashville, TN 37209** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118820** | | | **Warranty** | | | | |
| **Luann  Spang**<br>**3102 Indiana Dr**<br>**Lower Burrell, PA 15068** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5116532** | | | **Warranty** | | | | |
| **Luann C Riley**<br>**829 Sharon Valley Road**<br>**Newark, OH 43055** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**2927** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                               Case No. _____
                                                          ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105472** | | | **Warranty** | | | | |
| **Luanne Dimmitt** **237 Railroad Street** **Allentown, PA 18102** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5096761** | | | **Warranty** | | | | |
| **Lubuster B Sartor** **1211 Brown Chapel Road** **Newberry, SC 29108** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5105013** | | | **Warranty** | | | | |
| **Lucas  Winter** **10310 Providence Drive  #212** **Johnston, IA 50131** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5103785** | | | **Warranty** | | | | |
| **Lucas Atwood** **2332 W Steed Ridge** **Phoenix, AZ 85085** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5103629** | | | **Warranty** | | | | |
| **Lucas Atwood** **2332 W Steed Ridge** **Phoenix, AZ 85085** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**2928** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5106770 | | | | Warranty | | | | |
| Lucas G Palumbi 405 Kambach Street Pittsburgh, PA 15211 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116303 | | | | Warranty | | | | |
| Lucas L Clark 1445 South 28th Street  #8 Arlington, VA 22206 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096569 | | | | Warranty | | | | |
| Lucas Smith 137 Reserve Road St Marys, PA 15857 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087432 | | | | Warranty | | | | |
| Lucia Castro Neri 250 W Juniper Avenue  #6 Gilbert, AZ 85233 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117478 | | | | Warranty | | | | |
| Lucile C Welch 126B Woodmont Boulevard Nashville, TN 37205 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2929** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5117319 | | | | Warranty | | | | |
| Lucille M Amerson 357 E Brewster Road Butler, PA 16001 | - | | | | X | X | | 0.00 |
| Account No. 5123302 | | | | Warranty | | | | |
| Lucille Tarsitano 3819 Janice Street Philadelphia, PA 19114 | - | | | | X | X | | 0.00 |
| Account No. 5100825 | | | | Warranty | | | | |
| Lucille Williams 13066 Hunter Brook Drive Woodbridge, VA 22192 | - | | | | X | X | | 0.00 |
| Account No. 5129277 | | | | Warranty | | | | |
| Lucinda Borris 315 N Arch St  Apt 1008 Connellsville, PA 15425 | - | | | | X | X | | 0.00 |
| Account No. 5096876 | | | | Warranty | | | | |
| Lucinda Dietz 2951 Seminary Drive Greensburg, PA 15601 | - | | | | X | X | | 0.00 |

Sheet no. **2930** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5116031 | | | | Warranty | | | | |
| Lucinda S Ritenour 380 Quarry Drive Greensburg, PA 15601 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093366 | | | | Warranty | | | | |
| Lucio Gaspar 38 E Saint Charles Avenue Phoenix, AZ 85042 | - | | | | | | | |
| | | | | | | | | 325.49 |
| Account No. 5127006 | | | | Warranty | | | | |
| Luciria Ramirez 906 Linden Avenue Pleasantville, NJ 08232 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100902 | | | | Warranty | | | | |
| Lucretia C Rowe 2863 Klein Street  Apt 7 Allentown, PA 18103 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108235 | | | | Warranty | | | | |
| Lucretia Nance 428 Mendenhall Road Newberry, SC 29108 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2931** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **325.49**

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5115728 | | | | | Warranty | | | | |
| Lucy C Carter 7339 Burton Street Swissvale, PA 15218 | - | | | | | | | | 123.68 |
| Account No. 5123643 | | | | | Warranty | | | | |
| Lucy E Ashley 1011 Meadowlark Dr Johns Island, SC 29455 | - | | | | | X | X | | 0.00 |
| Account No. 5087562 | | | | | Warranty | | | | |
| Lucy H Lewis 2552 Somerset Drive Nashville, TN 37217 | - | | | | | X | X | | 0.00 |
| Account No. 5126505 | | | | | Warranty | | | | |
| Lucy Iapalucci Herma 96 Beechwood Drive Greensburg, PA 15601 | - | | | | | X | X | | 0.00 |
| Account No. 5099061 | | | | | Warranty | | | | |
| Ludwig Corsi Jr 3925 Douglas Road Erie, PA 16510 | - | | | | | | | | 1,103.00 |

Sheet no. **2932** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,226.68**

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5129175 | | | Warranty | | | | |
| Luhelen Wadsworth 5139 Howenstine Drive SE East Sparta, OH 44626 | - | | | X | X | | 0.00 |
| Account No. 5122108 | | | Warranty | | | | |
| Luis Cintron 1709 N Mascher St Philadelphia, PA 19122 | - | | | | | | 168.00 |
| Account No. 5112842 | | | Warranty | | | | |
| Luis Palacio 27 Braeburn Lane Beaufort, SC 29907 | - | | | X | X | | 0.00 |
| Account No. 5111242 | | | Warranty | | | | |
| Luis A Barbecho 3822 Spokane Avenue Cleveland, OH 44109 | - | | | X | X | | 0.00 |
| Account No. 5108017 | | | Warranty | | | | |
| Luis A Alonso 861 W Mesquite Street Chandler, AZ 85225 | - | | | X | X | | 0.00 |

Sheet no. __2933__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

168.00

In re **Great Lakes Warranty Corporation**        Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095665** | | | Warranty | | | | |
| **Luis A Najar Gomez**<br>**2776 S Sailors Way**<br>**Gilbert, AZ 85296** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131538** | | | Warranty | | | | |
| **Luis Bermeo**<br>**134 Division Street**<br>**Trenton, NJ 08611** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120133** | | | Warranty | | | | |
| **Luis C Cardoza**<br>**310 W Lindley Ave**<br>**Philadelphia, PA 19120** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132600** | | | Warranty | | | | |
| **Luis Cardenas**<br>**516 Merseyside Drive**<br>**Las Vegas, NV 89178** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5074400** | | | Warranty | | | | |
| **Luis Frajuada**<br>**10988 N. 110th Way**<br>**Scottsdale, AZ 85259** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2934** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     0.00
(Total of this page)

In re  **Great Lakes Warranty Corporation**                                      ,          Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105157** | | | Warranty | | | | |
| **Luis Gutierrez**<br>**735 North Second Street**<br>**Reading, PA 19601** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130964** | | | Warranty | | | | |
| **Luis H  Canepa**<br>**607 N 7th St No 2**<br>**Allentown, PA 18107** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129499** | | | Warranty | | | | |
| **Luis Hernandez**<br>**539 North 6th Street**<br>**Allentown, PA 18102** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110348** | | | Warranty | | | | |
| **Luis Jimenez**<br>**3229 W Larkspur Drive**<br>**Phoenix, AZ 85029** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132601** | | | Warranty | | | | |
| **Luis Machuca Sanchez**<br>**451 North Nellis Boulevard #C**<br>**Las Vegas, NV 89110** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**2935** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                                          0.00
(Total of this page)

In re __Great Lakes Warranty Corporation__ ,                    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5117662 | | | | Warranty | | | | |
| Luis R Colon 5013 Temple Avenue Temple, PA 19560 | - | | | | X | X | | 0.00 |
| Account No. 5071408 | | | | Warranty | | | | |
| Luis R Solis 2669 1 2 Waverly Dr Los Angeles, CA 90039 | - | | | | X | X | | 0.00 |
| Account No. 5131996 | | | | Warranty | | | | |
| Luis Rojas 2895 E Charleston #2036 Las Vegas, NV 89104 | - | | | | X | X | | 0.00 |
| Account No. 5124661 | | | | Warranty | | | | |
| Luis Suarez 14295 Bridle Trail Strongsville, OH 44136 | - | | | | X | X | | 0.00 |
| Account No. 5131295 | | | | Warranty | | | | |
| Luis Valentin Arroyo 301 North 9th Street Apt B Allentown, PA 18102 | - | | | | X | X | | 0.00 |

Sheet no. __2936__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124767** <br><br> **Luis Valles** <br> **322 Cypress Ave** <br> **Kansas City, MO 64124** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5131268** <br><br> **Luis Veguilla** <br> **3405 Frankford Avenue 1st Floor** <br> **Philadelphia, PA 19134** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5096301** <br><br> **Luis Ventura** <br> **206 E Roosevelt Boulevard** <br> **Philadelphia, PA 19120** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5126429** <br><br> **Luisa F Jaramillo** <br> **32955 Chatham Lane** <br> **Franklin, MI 48025** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5119578** <br><br> **Luisa J Brass** <br> **405 N Union St** <br> **Middletown, PA 17057** | - | | **Warranty** | | | | 300.28 |

Sheet no. **2937** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

300.28

In re  **Great Lakes Warranty Corporation**                                      Case No. _____
                                                        ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5086576** | | | | **Warranty** | | | | |
| **Lukasz Zborowski 847 Pennsylvania Avenue Trenton, NJ 08638** | - | | | | X | X | | 0.00 |
| Account No. 5101382 | | | | **Warranty** | | | | |
| **Luke A Corson 4721 Woodlake Drive Allison Park, PA 15101** | - | | | | X | X | | 0.00 |
| Account No. 5111560 | | | | **Warranty** | | | | |
| **Luke Clouner 710 Linden Avenue St Marys, OH 45885** | - | | | | X | X | | 0.00 |
| Account No. 5099004 | | | | **Warranty** | | | | |
| **Luke G Lefeld 3760 State Route 705 New Weston, OH 45348** | - | | | | | | | 320.98 |
| Account No. 5121456 | | | | **Warranty** | | | | |
| **Luke Patacca 6975 Carriage Hille  8203 Bricksville, OH 44141** | - | | | | X | X | | 0.00 |

Sheet no. **2938**  of **4906**  sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)            320.98

In re   **Great Lakes Warranty Corporation**                                          ,    Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5095165** | | | | | Warranty | | | | |
| **Luke Shilling** **452 27th Street NW** **Massillon, OH 44647** | - | | | | | X | X | | 0.00 |
| Account No. **5123945** | | | | | Warranty | | | | |
| **Luke Wiley** **3822 Brookmere Place** **Mason, OH 45040** | - | | | | | | | | 444.50 |
| Account No. **5115656** | | | | | Warranty | | | | |
| **Lundon T Minniefield** **938 N Murtland Street** **Pittsburgh, PA 15208** | - | | | | | X | X | | 0.00 |
| Account No. **5120411** | | | | | Warranty | | | | |
| **Lura May Haynes** **3798 Gardeau Rd** **Austiin, PA 16720** | - | | | | | X | X | | 0.00 |
| Account No. **5088726** | | | | | Warranty | | | | |
| **Luther Gallman Jr** **1445 Highway 395** **Newberry, SC 29108** | - | | | | | X | X | | 0.00 |

Sheet no. **2939** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          444.50

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119991 | | Warranty | | | | | | |
| Luther Reed Jr 616 6th Ave Coraopolis, PA 15108 | - | | | | X | X | | 0.00 |
| Account No. 5082203 | | Warranty | | | | | | |
| Luther Ricks 8592 Sharee Place Denlham Springs, LA 70726 | - | | | | X | X | | 0.00 |
| Account No. 5120559 | | Warranty | | | | | | |
| Luther Scott 124 White Hurst Way Columbia, SC 29229 | - | | | | | | | 3,740.12 |
| Account No. 5122988 | | Warranty | | | | | | |
| Luthor Casnor 746 The Hide Out Lake Ariel, PA 18436 | - | | | | | | | 61.00 |
| Account No. 5106307 | | Warranty | | | | | | |
| Luz Tellez 15973 W Bartlett Ave Goodyeaar, AZ 85338 | - | | | | | | | 629.15 |

Sheet no. **2940** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **4,430.27**

In re  **Great Lakes Warranty Corporation**                                        ,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109869** | | | Warranty | | | | |
| **Luz D McCullough**<br>**12204 Barbary Rd**<br>**Philadelphia, PA 19154** | - | | | X | X | | 0.00 |
| Account No. **5111542** | | | Warranty | | | | |
| **Luz D Wellman**<br>**8940 North 8th St  No106**<br>**Phoenix, AZ 85020** | - | | | X | X | | 0.00 |
| Account No. **5106089** | | | Warranty | | | | |
| **Luz M Candelaria**<br>**140 E Leaming Avenue  #4**<br>**Wildwood, NJ 08260** | - | | | X | X | | 0.00 |
| Account No. **5110600** | | | Warranty | | | | |
| **Luz M Reyes**<br>**17 Greenbrier Road**<br>**Levittown, PA 19057** | - | | | X | X | | 0.00 |
| Account No. **5110567** | | | Warranty | | | | |
| **Luz M Taveras**<br>**3324 New Town Road**<br>**Antioch, TN 37013** | - | | | X | X | | 0.00 |

Sheet no.**2941** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**              Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119632 | | | | Warranty | | | | |
| Luz Rivera 645 Main St APt 515 Bethlehem, PA 18018 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123366 | | | | Warranty | | | | |
| Lydia Kerr 47010 St Rt 46 New Waterford, OH 44445 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126769 | | | | Warranty | | | | |
| Lydia Bond 315 S. Cedar Street Lititz, PA 17543 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096667 | | | | Warranty | | | | |
| Lydia Carrillo 4865 South Romano Mesa, AZ 85212 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087932 | | | | Warranty | | | | |
| Lydia D Jones 250 W Church Street Ridgeway, SC 29130 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2942** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)       0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5051147** | | | | Warranty | | | | |
| **Lydia E Cuison**<br>**106 Queensbury Cir**<br>**Goose Creek, SC 29445** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127427** | | | | Warranty | | | | |
| **Lydia Hall**<br>**2251 Mancke Drive**<br>**Rock Hill, SC 29732** | - | | | | | | | |
| | | | | | | | | 969.00 |
| Account No. **5094395** | | | | Warranty | | | | |
| **Lydia J Coakley**<br>**36560 Smith Chapel Road**<br>**Logan, OH 43138** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095286** | | | | Warranty | | | | |
| **Lydia J Liciaga**<br>**436 N Jordan Street**<br>**Allentown, PA 18102** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106137** | | | | Warranty | | | | |
| **Lyle  Hall**<br>**698 State Street**<br>**Meadville, PA 16335** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2943** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                969.00

In re  **Great Lakes Warranty Corporation**                                    ,  Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5123986 | | | | | Warranty | | | | |
| Lyle Leck 294 S. Sanatoga Road Pottstown, PA 19464 | | - | | | | | | | 657.50 |
| Account No. 5091033 | | | | | Warranty | | | | |
| Lynda  Philbrick 1014 E Eighth Place Mesa, AZ 85203 | | - | | | | X | X | | 0.00 |
| Account No. 5095553 | | | | | Warranty | | | | |
| Lynda Anne Roe 617 Lockner Rd Columbia, SC 29212 | | - | | | | X | X | | 0.00 |
| Account No. 5126709 | | | | | Warranty | | | | |
| Lynda Demharter 964 Morgan Street Brackenridge, PA 15014 | | - | | | | X | X | | 0.00 |
| Account No. 5096516 | | | | | Warranty | | | | |
| Lynda M Chantal 810 Southwestern Run Poland, OH 44514 | | - | | | | X | X | | 0.00 |

Sheet no.**2944**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                657.50

In re **Great Lakes Warranty Corporation**                          Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5132407** | | | | **Warranty** | | | | |
| **Lynde Blymier** **132 Rex Drive** **Carlisle, PA 17015** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5100385** | | | | **Warranty** | | | | |
| **Lyndene Dionne** **2891 Junjper Street** **East Providence, RI 02914** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110286** | | | | **Warranty** | | | | |
| **Lyndon B Leichliter** **134 East Smithfield Street** **Mount Pleasant, PA 15666** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108570** | | | | **Warranty** | | | | |
| **Lyndon B Spigelmire** **3207 Dover Road** **Wooster, OH 44691** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5099327** | | | | **Warranty** | | | | |
| **Lyndsey Brooke Rowles** **207 Fuller Avenue  PO Box 32** **Falls Creek, PA 15840** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**2945** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**                               Case No. _____

_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5096263** | | | | Warranty | | | | |
| **Lynell Bolden**<br>**6358 Quail Lake Drive**<br>**Jackson, MS 39206** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090031** | | | | Warranty | | | | |
| **Lynette C Wood**<br>**14424 Polo Club Drive**<br>**Strongsville, OH 44136** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097257** | | | | Warranty | | | | |
| **Lynette G Less**<br>**334 N Ericson Drive**<br>**Cordova, TN 38018** | - | | | | | | | |
| | | | | | | | | 499.00 |
| Account No. **5122467** | | | | Warranty | | | | |
| **Lynette Kimbroug**<br>**231 Wilmont Ave**<br>**Camden, NJ 08105** | - | | | | | | | |
| | | | | | | | | 397.00 |
| Account No. **5125505** | | | | Warranty | | | | |
| **Lynn Althouse**<br>**11900 Northcrest St NW**<br>**Massillon, OH 44647** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2946** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    896.00

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5111372 | | | | Warranty | | | | |
| Lynn Craig 1010 Wheatfield Way Camillus, NY 13031 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5089711 | | | | Warranty | | | | |
| Lynn E Boroff 8370 Riley Road Celina, OH 45822 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5081792 | | | | Warranty | | | | |
| Lynn Fuson 912 Waterswood Drive Nashville, TN 37220 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102235 | | | | Warranty | | | | |
| Lynn G Gump 5909 New Cumberland Road NE Mineral City, OH 44656 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087640 | | | | Warranty | | | | |
| Lynn Hungate Desmone 209 Hampton Road Pittsburgh, PA 15215 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__**2947**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100105** | | | Warranty | | | | |
| **Lynn J Arthur** **10869 N Scottsdale Road** **Scottsdale, AZ 85254** | - | | | X | X | | 0.00 |
| Account No. **5085880** | | | Warranty | | | | |
| **Lynn M Allen** **3460 Carrington Rd** **Bloomington Springs, TN 38545** | - | | | X | X | | 0.00 |
| Account No. **5089820** | | | Warranty | | | | |
| **Lynn M Barabach** **4025 Stonybrook Drive** **Nashville, TN 37221** | - | | | X | X | | 0.00 |
| Account No. **5106643** | | | Warranty | | | | |
| **Lynn M Lostetter** **578 State Route 885** **Clairton, PA 15025** | - | | | X | X | | 0.00 |
| Account No. **5106189** | | | Warranty | | | | |
| **Lynn Moran** **900 Missionary Drive** **Pittsburgh, PA 15236** | - | | | X | X | | 0.00 |

Sheet no. **2948** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5074665** | | | **Warranty** | | | | |
| **Lynn Shertzer 832 Fisher Road Mechanicsburg, PA 17055** | | - | | | | | **1,230.00** |
| Account No. **5122471** | | | **Warranty** | | | | |
| **Lynn Shumaker 550 Tatum St Woodbury, NJ 08096** | | - | | X | X | | **0.00** |
| Account No. **5081433** | | | **Warranty** | | | | |
| **Lynn Stoltzman 17730 Susan Drive Minnetonka, MN 55345** | | - | | X | X | | **0.00** |
| Account No. **5104348** | | | **Warranty** | | | | |
| **Lynn Wagnon 130 East Main Street Coldwater, KS 67029** | | - | | X | X | | **0.00** |
| Account No. **5127031** | | | **Warranty** | | | | |
| **Lynn Walsh 19 Berks Plaza Wyomissing, PA 19610** | | - | | X | X | | **0.00** |

Sheet no.__**2949**__ of __**4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,230.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5101265** | | | | | **Warranty** | | | | |
| **Lynn Woodall** **108 Chapelwood Lane** **Franklin, TN 37069** | - | | | | | X | X | | 0.00 |
| Account No. **5115230** | | | | | **Warranty** | | | | |
| **Lynne A Cooney** **211 Sutherland Drive** **MountainTop, PA 18707** | - | | | | | X | X | | 0.00 |
| Account No. **5103870** | | | | | **Warranty** | | | | |
| **Lynne A George Jackson** **214 West Schwab Avenue  PO Box 27** **Munhall, PA 15120** | - | | | | | X | X | | 0.00 |
| Account No. **5108755** | | | | | **Warranty** | | | | |
| **Lynne E Argo** **56 Grand Boulevard** **Shelby, OH 44875** | - | | | | | X | X | | 0.00 |
| Account No. **5102871** | | | | | **Warranty** | | | | |
| **Lynne K Denunzio** **927 Pike Street** **Reading, PA 19604** | - | | | | | X | X | | 0.00 |

Sheet no. **2950** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5118764** | | | Warranty | | | | |
| **Lynne Myers 12 Ash St Fairchance, PA 15436** | - | | | X | X | | 0.00 |
| Account No. **5075116** | | | Warranty | | | | |
| **Lynne Rose 6211 Lucas Ave Ashtabula, OH 44004** | - | | | X | X | | 0.00 |
| Account No. **5042637** | | | Warranty | | | | |
| **Lynne S Rich 134 Ashley Hall Plantation Rd Charleston, SC 29407** | - | | | | | | 325.53 |
| Account No. **5099085** | | | Warranty | | | | |
| **Lynne Swartz 137 W Seventh Avenue Tarentum, PA 15084** | - | | | X | X | | 0.00 |
| Account No. **5117775** | | | Warranty | | | | |
| **Lynne Winter 113 Hover Road  #2 Mercer, PA 16137** | - | | | X | X | | 0.00 |

Sheet no. **2951** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

325.53

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5089225** | | | | | **Warranty** | | | | |
| **Lynnette Concepcion** **5228 Horrocks St** **Philadelphia, PA 19124** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5107120** | | | | | **Warranty** | | | | |
| **Lynsi Rathbun** **17974 Hare Creek Road** **Corry, PA 16407** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5119857** | | | | | **Warranty** | | | | |
| **Lysander Nelms** **5047 Wllfleet Dr** **Trotwood, OH 45426** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5124381** | | | | | **Warranty** | | | | |
| **Lyudmila Druzhenko** **8735 Bay Pkwy  A52** **Brooklyn, NY 11214** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5114220** | | | | | **Warranty** | | | | |
| **M Haluk Bilgen** **13774 Oak Tree Trail** **Chardon, OH 44024** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **2952** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____

_Debtor_

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5072530** <br><br> **M Jay Holtzman** <br> **148 Beacon Avenue** <br> **Jamestown, RI 02835** | - | | Warranty | | | | 36.99 |
| Account No. **5077051** <br><br> **M John Roberts** <br> **1533 Truman Street** <br> **Walla Walla, WA 99362** | - | | Warranty | X | X | | 0.00 |
| Account No. **5095803** <br><br> **M Tyler Wren** <br> **6099 Hudnall Rd** <br> **Athens, OH 45701** | - | | Warranty | X | X | | 0.00 |
| Account No. **5131606** <br><br> **Mac Mitchell** <br> **8740 West Hammer Lane** <br> **Las Vegas, NV 89149** | - | | Warranty | X | X | | 0.00 |
| Account No. **5111518** <br><br> **Machelle L Williams** <br> **766 Mary St** <br> **McKees Rocks, PA 15136** | - | | Warranty | X | X | | 0.00 |

Sheet no. **2953** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **36.99**

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5095032** | | | | **Warranty** | | | | |
| **Macie R Pierce** **33320 Beech Grove Road** **Rutland, OH 45775** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123979** | | | | **Warranty** | | | | |
| **Mackerl Stuckey** **92 Wintergreen Drive** **Beaufort, SC 29906** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127127** | | | | **Warranty** | | | | |
| **Madden and Madden PA** **108 E Kings Highway** **Haddonfield, NJ 08033** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112808** | | | | **Warranty** | | | | |
| **Madeline Deleon Cruz** **154 W Oley Street** **Reading, PA 19601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5049394** | | | | **Warranty** | | | | |
| **Madeline N Helton** **2010 Fernwood Church Rd** **Morristown, TN 37813** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__2954__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    ,                    Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5132125** | | | | | **Warranty** | | | | |
| **Madhubabu Mandava** **4029 East Las Altos Drive** **Gilbert, AZ 85297** | - | | | | | X | X | | **0.00** |
| Account No. **5096439** | | | | | **Warranty** | | | | |
| **Madie Branch** **918 6th Street N/E** **Washington, DC 00020-0002** | - | | | | | X | X | | **0.00** |
| Account No. **5100095** | | | | | **Warranty** | | | | |
| **Maegen Munday** **1134 Brentwood Pointe** **Brentwood, TN 37027** | - | | | | | | | | **670.39** |
| Account No. **5108489** | | | | | **Warranty** | | | | |
| **Magan Wilson** **7129 Crane Rd SW** **Sherrodsville, OH 44675** | - | | | | | | | | **396.59** |
| Account No. **5101518** | | | | | **Warranty** | | | | |
| **Maggie L Baxter** **69 Glenn Street** **Newberry, SC 29108** | - | | | | | X | X | | **0.00** |

Sheet no. **2955** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  **1,066.98**

In re **Great Lakes Warranty Corporation** ,  Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5117420 | | | | Warranty | | | | |
| Maggie M Finkelstein 309 Chadwyck Lane Lititz, PA 17543 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128976 | | | | Warranty | | | | |
| Maggie Watson 73 Cheshire Drive Gallaway, NJ 08205 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5077234 | | | | Warranty | | | | |
| Magimuoyu Nzunga 151 E First Street  Apt 361 Mesa, AZ 85201 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124479 | | | | Warranty | | | | |
| Magnolia Financial 187 W Broad St Spartanburg, SC 29306 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5088781 | | | | Warranty | | | | |
| Mahalia J Schumpert 643 Cherry Lane Newberry, SC 29108 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2956** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re  **Great Lakes Warranty Corporation**                          ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123783** | | | **Warranty** | | | | |
| **Mahalie Moore**<br>**3323 Devereaux Rd**<br>**Columbia, SC 29205** | - | | | X | X | | 0.00 |
| Account No. **5106707** | | | **Warranty** | | | | |
| **Mahbubur Sharif**<br>**166 Knight Bridge Drive E**<br>**Pickerington, OH 43147** | - | | | X | X | | 0.00 |
| Account No. **5103221** | | | **Warranty** | | | | |
| **Maher J Albarati**<br>**810 Players Ct**<br>**Nashville, TN 37211** | - | | | | | | 379.50 |
| Account No. **5078963** | | | **Warranty** | | | | |
| **Mahesh K Raman**<br>**107 Pichelman Road**<br>**Royersford, PA 19468** | - | | | X | X | | 0.00 |
| Account No. **5097959** | | | **Warranty** | | | | |
| **Mahmood Khan**<br>**6929 Kilburn**<br>**Lincolnwood, IL 60712** | - | | | | | | 444.00 |

Sheet no. **2957** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    823.50

In re **Great Lakes Warranty Corporation** ,                Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5089985** | | | | Warranty | | | | |
| **Mai Oswald** **6750 Thornbriar** **Canton, OH 44718** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130061** | | | | Warranty | | | | |
| **Mai T Truong** **825 Karie Dr** **McDonough, GA 30253** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120900** | | | | Warranty | | | | |
| **Maira J Rosas** **913 Ephedra Lane** **Sparks, NV 89436** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121368** | | | | Warranty | | | | |
| **Maira Ortega** **PO Box 5265** **San Luis, AZ 85349** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111415** | | | | Warranty | | | | |
| **Maja G Burkett** **91 W Killian Station Street** **Columbia, SC 29229** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2958** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re **Great Lakes Warranty Corporation**                                          , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096293** | | | Warranty | | | | |
| **Malachi Johnson** **5987 N Opal Street** **Philadelphia, PA 19141** | - | | | X | X | | 0.00 |
| Account No. **5069911** | | | Warranty | | | | |
| **Malchrom Guesman** **4570 Pineridge Drive** **Stow, OH 44224** | - | | | X | X | | 0.00 |
| Account No. **5060339** | | | Warranty | | | | |
| **Malcolm Sargent** **4225 Lakewood Ct** **Clayton, IN 46118** | - | | | X | X | | 0.00 |
| Account No. **5098545** | | | Warranty | | | | |
| **Malia Hardin** **4749 S Mountain Avenue** **Tucson, AZ 85714** | - | | | X | X | | 0.00 |
| Account No. **5127950** | | | Warranty | | | | |
| **Malia Sciacchitano** **216 Brentwood Oaks Drive** **Nashville, TN 37211** | - | | | X | X | | 0.00 |

Sheet no. **2959** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5110467 | | | | Warranty | | | | |
| Maliese Roberts 4084 E 150th Street Cleveland, OH 44128 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128323 | | | | Warranty | | | | |
| Malik  Smith 302 Anthon Dr Pittsburgh, PA 15235 | - | | | | | | | |
| | | | | | | | | 2,423.50 |
| Account No. 5124917 | | | | Warranty | | | | |
| Malikai Elouerdighi 4200 Westbrook Dr  No 415 Brooklyn, OH 44144 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130394 | | | | Warranty | | | | |
| Malikiyia N Yang 250 Alcoma Blvd  Apt 407 Pittsburgh, PA 15235 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5115480 | | | | Warranty | | | | |
| Malisha Robinson 751 Mallet Hill Road Columbia, SC 29223 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2960**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,423.50

In re   **Great Lakes Warranty Corporation**                                            ,          Case No. _____

                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5083864** | | | | Warranty | | | | |
| **Mallory Donaldson** **1515 S Lakeview Boulevard** **Lorain, OH 44052** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120128** | | | | Warranty | | | | |
| **Malorie Jo Parry** **129 Averys Way** **Cranberry Twp, PA 16066** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5049899** | | | | Warranty | | | | |
| **Malorie Richmond** **46744 CR 405** **Coshocton, OH 43812** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5081203** | | | | Warranty | | | | |
| **Mandee Merriam** **11258 E Edgewood Avenue** **Mesa, AZ 85208** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104562** | | | | Warranty | | | | |
| **Mandi B  Walters** **30 Mary Street  Apt 3** **Charleston, SC 29403** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2961** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5065152** | | | Warranty | | | | |
| **Mandi J. Farley** **175 Harville Lane** **Crossville, TN 38571** | - | | | X | X | | 0.00 |
| Account No. **5087392** | | | Warranty | | | | |
| **Mandi L Mollenhauer** **20925 E Shetland Street** **Queen Creek, AZ 85242** | - | | | X | X | | 0.00 |
| Account No. **5093690** | | | Warranty | | | | |
| **Mandi Love** **47 Lighthouse Court** **Atlantic City, NJ 08401** | - | | | X | X | | 0.00 |
| Account No. **5118705** | | | Warranty | | | | |
| **Mandy L Camuso** **323 Olive Ave** **Du Bois, PA 15801** | - | | | X | X | | 0.00 |
| Account No. **5097001** | | | Warranty | | | | |
| **Mandy L Giuliani** **2500 Maryland Road  Apt D7** **Willow Grove, PA 19090** | - | | | X | X | | 0.00 |

Sheet no. **2962** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128942** | | | Warranty | | | | |
| **Mandy Palasch**<br>**PO Box 332**<br>**Green Creek, NJ 08219** | - | | | X | X | | 0.00 |
| Account No. **5100270** | | | Warranty | | | | |
| **Mandy Prorok**<br>**321 Poplar Avenue NW**<br>**Canton, OH 44708** | - | | | X | X | | 0.00 |
| Account No. **5112408** | | | Warranty | | | | |
| **Mandy Smith**<br>**9746 Slip Road**<br>**Logan, OH 43138** | - | | | | | | 196.74 |
| Account No. **5071045** | | | Warranty | | | | |
| **Manfred Franz**<br>**109 Evesham Dr**<br>**Summerville, SC 29485** | - | | | X | X | | 0.00 |
| Account No. | | | Trade | | | | |
| **Manier and Herod**<br>**One Nashville Place**<br>**150 Fourth Avenue North**<br>**Nashville, TN 37219** | - | | | | | | 3,210.50 |

Sheet no. **2963** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,407.24

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5058200** | | | Warranty | | | | |
| **Manileth Kromahavong** **804 Spike Tr** **Murfreesboro, TN 37129** | - | | | X | X | | 0.00 |
| Account No. **5071119** | | | Warranty | | | | |
| **Manjula Bradley** **777 West Germantown Pk  #428** **Plymouth Meeting, PA 19462** | - | | | | | | 0.00 |
| Account No. **5128052** | | | Warranty | | | | |
| **Manomay Solutions** **6571 Evergreen Ct** **Mason, OH 45040** | - | | | X | X | | 0.00 |
| Account No. **5112649** | | | Warranty | | | | |
| **Manuel  Quintana** **13321 Claredon Ave** **Litchfield Park, AZ 85340** | - | | | X | X | | 0.00 |
| Account No. **5109488** | | | Warranty | | | | |
| **Manuel A Maldonado** **129 Haws Lane** **Flourtown, PA 19031** | - | | | X | X | | 0.00 |

Sheet no. **2964** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

In re **Great Lakes Warranty Corporation**          Case No. _____

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5076554** | | | Warranty | | | | |
| **Manuel Aguayo** **7832 E Willetta Street** **Scottsdale, AZ 85257** | - | | | X | X | | 0.00 |
| Account No. **5124954** | | | Warranty | | | | |
| **Manuel C Pereira** **32 Glade Dr** **Long Pond, PA 18334** | - | | | X | X | | 0.00 |
| Account No. **5119317** | | | Warranty | | | | |
| **Manuel D Sanchez** **325 Sprint St** **Somerton, AZ 85350** | - | | | X | X | | 0.00 |
| Account No. **5109716** | | | Warranty | | | | |
| **Manuel Ficachi** **PO Box 10914** **San Luis, AZ 85349** | - | | | X | X | | 0.00 |
| Account No. **5066337** | | | Warranty | | | | |
| **Manuel Gaytan** **107 Mountainwood Drive** **Hendersonville, TN 37075** | - | | | X | X | | 0.00 |

Sheet no. **2965** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5087583** | | | Warranty | | | | |
| **Manuel Guallpa** **1798 Pine Lane** **Kunkletown, PA 18058** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5109184** | | | Warranty | | | | |
| **Manuel J Diaz** **126 W 5th Avenue** **Emporia, KS 66801** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101462** | | | Warranty | | | | |
| **Manuel Lamont Thompson** **1495 Nova Cove** **Cordova, TN 38016** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5098124** | | | Warranty | | | | |
| **Manuel Lateulade** **4313 Marvin Avenue** **Cleveland, OH 44109** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5089005** | | | Warranty | | | | |
| **Manuel M Campos** **8315 Pardue Dr** **Memphos, TN 38125** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **2966** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____

                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5108863 | | | | Warranty | | | | |
| Manuel Maldano 10656s Del Golf Yuma, AZ 85367 | - | | | | X | X | | 0.00 |
| Account No. 5062869 | | | | Warranty | | | | |
| Manuel Maynez 2105 S. Bristol Mesa, AZ 85212 | - | | | | X | X | | 0.00 |
| Account No. 5089508 | | | | Warranty | | | | |
| Manuel Rodriguez 2224 Glennview Street  Apt 1 Philadelphia, PA 19149 | - | | | | X | X | | 0.00 |
| Account No. 5094907 | | | | Warranty | | | | |
| Manuel S Vargas 1302 Carbon Street Reading, PA 19601 | - | | | | X | X | | 0.00 |
| Account No. 5073313 | | | | Warranty | | | | |
| Manuel Sanchez 1911 Luzerne Avenue Silver Spring, MD 20910 | - | | | | | | | 2,349.17 |

Sheet no. **2967** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         2,349.17

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122563** | | | **Warranty** | | | | |
| **Manuj Bhandari** **2222 N Tuckahoe** **Arlington, VA 22205** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121512** | | | **Warranty** | | | | |
| **Manya R Flowers** **1300 Joust Ct** **Antioch, TN 37013** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5066880** | | | **Warranty** | | | | |
| **Mara Krsteska** **676 Country Club Road** **Columbus, OH 43213** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120273** | | | **Warranty** | | | | |
| **Maralee Stockdale Barela** **400 Pinewood Dr  Apt E3** **Summerville, SC 29483** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118623** | | | **Warranty** | | | | |
| **Maram W Saader** **316 Lutton St** **New Castle, PA 16101** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.__2968__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5122755 | | | | | Warranty | | | | |
| Maranda Lee Ramp 1511 Hillside Vlg Harrisburg, PA 17103 | - | | | | | X | X | | 0.00 |
| Account No. 5122998 | | | | | Warranty | | | | |
| Maranda Miller 10321 Laurens Dr NE Bolivar, OH 44612 | - | | | | | X | X | | 0.00 |
| Account No. 5122891 | | | | | Warranty | | | | |
| Marc  Benge 2851 Emily Dr Grand Junction, CO 81503 | - | | | | | | | | 2,075.00 |
| Account No. 5121469 | | | | | Warranty | | | | |
| Marc  Pacelli 614 Spruce St Scranton, PA 18503 | - | | | | | X | X | | 0.00 |
| Account No. 5104373 | | | | | Warranty | | | | |
| Marc  Saunders 1297 Stonnington Drive Youngstown, OH 44505 | - | | | | | | | | 317.25 |

Sheet no. **2969**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,392.25

In re **Great Lakes Warranty Corporation**                                    , Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5125698** | | | | | **Warranty** | | | | |
| **Marc A. Matteo 4185 Frontier Road Hatboro, PA 19040** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5132193** | | | | | **Warranty** | | | | |
| **Marc Beginin 2023 Hazel Street Birmingham, MI 48009** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5094891** | | | | | **Warranty** | | | | |
| **Marc C Devlieger 2055 Sugarloaf Drive Cornville, AZ 86325** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5079226** | | | | | **Warranty** | | | | |
| **Marc F Cortes 1650 Selwyn Avenue #15B Bronx, NY 10457** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5111007** | | | | | **Warranty** | | | | |
| **Marc Harder 280 Reeser Dr York Haven, PA 17370** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2970** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

In re __Great Lakes Warranty Corporation__ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5107727** | | | **Warranty** | | | | |
| **Marc Hembrough** **1315 Warwick Furnace Road** **Pottstown, PA 19465** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129934** | | | **Warranty** | | | | |
| **Marc Kamin** **6576 East Blue Sky Drive** **Scottsdale, AZ 85266** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121218** | | | **Warranty** | | | | |
| **Marc Lesitsky** **1305 Fox Den Trail** **Canfield, OH 44406** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5061747** | | | **Warranty** | | | | |
| **Marc Levine** **3777 Blake Rd** **Huntingdon Valley, PA 19006** | - | | | | | | |
| | | | | | | | 374.00 |
| Account No. **5076026** | | | **Warranty** | | | | |
| **Marc Lewis** **100 Witherspoon Street** **Louisville, KY 40202** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.__2971__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

374.00

In re   **Great Lakes Warranty Corporation**            ,    Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5120481** | | | | **Warranty** | | | | |
| **Marc McKenzie** **1407 10th St NW** **Canton, OH 44703** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090148** | | | | **Warranty** | | | | |
| **Marc Nott** **173 Cottage Street** **Lockbourne, OH 43137** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5080027** | | | | **Warranty** | | | | |
| **Marc Richard Frazier** **857 Cedar Drive** **Aiken, SC 29803** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5064025** | | | | **Warranty** | | | | |
| **Marc Strand** **5123 Waterford Drive** **Kingsport, TN 37664** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107425** | | | | **Warranty** | | | | |
| **Marc T Michaels** **541 LaJoy Dr** **Akron, OH 44319** | - | | | | | | | |
| | | | | | | | | **245.83** |

Sheet no. **2972** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                      **245.83**
(Total of this page)

In re   **Great Lakes Warranty Corporation**  ,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5129536 | | | | | Warranty | | | | |
| Marcel L Howard 2438 Woodlawn Ave Erie, PA 16510 | | - | | | | X | X | | 0.00 |
| Account No. 5092550 | | | | | Warranty | | | | |
| Marcel Love 5312 Madison Kentwood, MI 49548 | | - | | | | X | X | | 0.00 |
| Account No. 5105651 | | | | | Warranty | | | | |
| Marcelina Paulat 1101 E Renee Dr Phoenix, AZ 85024 | | - | | | | X | X | | 0.00 |
| Account No. 5098803 | | | | | Warranty | | | | |
| Marcella C Kirkland 1004 Allegheny Place New Kensington, PA 15068 | | - | | | | X | X | | 0.00 |
| Account No. 5114866 | | | | | Warranty | | | | |
| Marcella F Throckmorton 6894 Mist Hollow Memphis, TN 38134 | | - | | | | X | X | | 0.00 |

Sheet no._**2973**_ of _**4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   0.00

In re **Great Lakes Warranty Corporation** ,                  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5107149 | | | | Warranty | | | | |
| Marcella Moore 3411 N Sixteenth Street #2045 Phoenix, AZ 85016 | | - | | | | | | |
| | | | | | | | | 522.50 |
| Account No. 5131373 | | | | Warranty | | | | |
| Marcello Amato 892 US Rte 522 Selinsgrove, PA 17870 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125098 | | | | Warranty | | | | |
| Marcelo A Tavarez 328 N Front St Reading, PA 19604 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5078173 | | | | Warranty | | | | |
| Marcelo E Paciorek 1115 Weeping Willow Way LaGrange, KY 40031 | | - | | | | | | |
| | | | | | | | | 383.79 |
| Account No. 5129492 | | | | Warranty | | | | |
| Marcelo Hernandez 550 North 4th Street Allentown, PA 18102 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2974** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

906.29

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5105838** | | | | | **Warranty** | | | | |
| **Marci A Yildiz** **334 Cherry Street** **Latrobe, PA 15650** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5075021** | | | | | **Warranty** | | | | |
| **Marci Crum** **402 Easton Road   Box 172** **Easton, PA 18077** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5131751** | | | | | **Warranty** | | | | |
| **Marci Jo Ann Bettis Smith** **1714 Algonquin Rd** **Frederick, MD 21701** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5080973** | | | | | **Warranty** | | | | |
| **Marci Torrence** **10510 Forest Hill Drive** **Wexford, PA 15090** | - | | | | | | | | |
| | | | | | | | | | **465.73** |
| Account No. **5110521** | | | | | **Warranty** | | | | |
| **Marcia Ann Stephenson** **4409 W country Gables** **Glendale, AZ 85306** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**2975**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **465.73**

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5095104** | | | | | **Warranty** | | | | |
| **Marcia Ballard** **317 Alexis Drive** **Smyrna, TN 37167** | - | | | | | X | X | | 0.00 |
| Account No. **5127354** | | | | | **Warranty** | | | | |
| **Marcia Jackson** **114 Stone Drive** **Kittanning, PA 16201** | - | | | | | X | X | | 0.00 |
| Account No. **5073450** | | | | | **Warranty** | | | | |
| **Marcia Markovich** **1511 36th Avenue South** **Seattle, WA 98144** | - | | | | | | | | 485.00 |
| Account No. **5106452** | | | | | **Warranty** | | | | |
| **Marcia Parrish** **7573 E Mclellan Lane** **Scottsdale, AZ 85250** | - | | | | | X | X | | 0.00 |
| Account No. **5071437** | | | | | **Warranty** | | | | |
| **Marcia Paul Hynes** **267 Washington Lane** **Jenkintown, PA 19046** | - | | | | | X | X | | 0.00 |

Sheet no.**2976** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **485.00**

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127717** | | | Warranty | | | | |
| **Marcia Reid** **246 Suncrest Street** **Pittsburgh, PA 15210** | - | | | X | X | | 0.00 |
| Account No. **5125536** | | | Warranty | | | | |
| **Marcia Smock** **406 Sherwood Drive** **Lower Burrell, PA 15068** | - | | | X | X | | 0.00 |
| Account No. **5128860** | | | Warranty | | | | |
| **Marcia Wohlbach** **108 Independence Ct** **Bethlehem, PA 01820** | - | | | X | X | | 0.00 |
| Account No. **5102341** | | | Warranty | | | | |
| **Marcianne M Barnes** **2062 Long Run Road** **Schuylkill Haven, PA 17972** | - | | | X | X | | 0.00 |
| Account No. **5101851** | | | Warranty | | | | |
| **Marcin Harbuz** **9035 Andraste Way** **Reno, NV 89506** | - | | | | | | 185.02 |

Sheet no.**2977** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                185.02

In re **Great Lakes Warranty Corporation** _____ ,    Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100115** | | | | Warranty | | | | |
| **Marco A Camarillo**<br>**435 San Felipe Street**<br>**San Luis, AZ 85349** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5080399** | | | | Warranty | | | | |
| **Marco LaVerde**<br>**323 Harbor Point Drive**<br>**Mount Pleasant, SC 29464** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131200** | | | | Warranty | | | | |
| **Marco Perfetti**<br>**12833 Elnora Road**<br>**Philadelphia, PA 19154** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088677** | | | | Warranty | | | | |
| **Marco Telles**<br>**185 SE Fourteenth Terrace  Apt 2904**<br>**Miami, FL 33131** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106279** | | | | Warranty | | | | |
| **Marco Urena**<br>**8645 W Holly Street**<br>**Phoenix, AZ 85037** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2978** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                **0.00**
(Total of this page)

In re   **Great Lakes Warranty Corporation**           ,      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132066** | | | **Warranty** | | | | |
| **Marcos Juarez 737 Blue Heron Drive Allentown, PA 18103** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5116824** | | | **Warranty** | | | | |
| **Marcos Rizo 2801 S Main Street Findlay, OH 45840** | - | | | | | | |
| | | | | | | | **400.00** |
| Account No. **5078240** | | | **Warranty** | | | | |
| **Marcus A Hayward 160 North Metzger Rittman, OH 44270** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5108416** | | | **Warranty** | | | | |
| **Marcus Dorris 3188 Stardust Cove Memphis, Tn 38134** | - | | | | | | |
| | | | | | | | **538.50** |
| Account No. **5105129** | | | **Warranty** | | | | |
| **Marcus McGriff 3549 Skyline Drive Bethlehem, PA 18020** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **2979** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **938.50**

In re   **Great Lakes Warranty Corporation**       ,   Case No. _____

<center>Debtor</center>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<center>(Continuation Sheet)</center>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5107200** <br><br>**Marcus Moreno** <br>**773 W Raven Drive** <br>**Chandler, AZ 85286** | - | | **Warranty** | | | | 198.11 |
| Account No. **5120258** <br><br>**Marcus Proctor** <br>**1122 Dohrman Street  Apt A** <br>**McKees Rocks, PA 15136** | - | | **Warranty** | | | | 148.20 |
| Account No. **5131113** <br><br>**Marcus Ricks** <br>**172 Community Lane** <br>**Lancaster, SC 29720** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5068604** <br><br>**Marcus Stanton** <br>**2111 South East Imlay Avenue** <br>**Hillsboro, OR 97123** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5132107** <br><br>**Marcus Tibbs** <br>**847 Clover Leaf Court** <br>**Edgewood, MD 21040** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **2980** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page)

346.31

</div>

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5111526** | | | | **Warranty** | | | | |
| **Marcus Whaley** **743 Old State Rd** **Apollo, PA 15613** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5080459** | | | | **Warranty** | | | | |
| **Marcus Wilson** **1711 McMahon Road** **Wheaton, MD 20902** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125862** | | | | **Warranty** | | | | |
| **Marcy Drafts** **1451 Picard Road** **Columbus, OH 43227** | - | | | | | | | |
| | | | | | | | | 199.95 |
| Account No. **5125324** | | | | **Warranty** | | | | |
| **Marcy McElroy** **18 Belpain Street** **Pittsburgh, PA 15227** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102352** | | | | **Warranty** | | | | |
| **Marcy R Stewart** **187 Morse Avenue** **Painesville, OH 44077** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2981** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 199.95

In re **Great Lakes Warranty Corporation**       Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5094879**<br><br>**Marden J Hooper**<br>**618 Bonnette Road**<br>**Cope, SC 29038** | - | | | **Warranty** | | | | 211.79 |
| Account No. **5083897**<br><br>**Mardys Hewgley**<br>**828 Pisgah Park**<br>**Brentwood, TN 37027** | - | | | **Warranty** | | | | 850.44 |
| Account No. **5096464**<br><br>**Mareco J Thomas**<br>**284 Copper Creek Drive**<br>**Raeford, NC 28376** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5094050**<br><br>**Margaret  Murphy**<br>**50 North end Rd**<br>**Mountain Top, PA 18707** | - | | | **Warranty** | | | | 1,900.00 |
| Account No. **5087380**<br><br>**Margaret A Anderson**<br>**116 W Eleventh Street**<br>**Ashland, OH 44805** | - | | | **Warranty** | X | X | | 0.00 |

Sheet no. **2982** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     2,962.23

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5100613** | | | | | **Warranty** | | | | |
| **Margaret A Ausland** **60511 Township Line Road** **Coldwater, OH 45828** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5119274** | | | | | **Warranty** | | | | |
| **Margaret A Collins** **321 Garvin Rd** **Norris, SC 29667** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5071343** | | | | | **Warranty** | | | | |
| **Margaret A Ziegler** **P.O. Box 684** **Elkins, AR 72727** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5095568** | | | | | **Warranty** | | | | |
| **Margaret Ann Ely** **417 West Clark Boulevard** **Murfreesboro, TN 37129** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5125108** | | | | | **Warranty** | | | | |
| **Margaret Closs** **1 Holly Street** **Wilkes Barre, PA 18702** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **2983** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                        (Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation**         Case No. _____

_____,
                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124740** | | | | Warranty | | | | |
| **Margaret Cole** **3012 Stilley Street #19** **Clairton, PA 15025** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120029** | | | | Warranty | | | | |
| **Margaret Downey** **503 Camellia Trace Dr** **Maryville, TN 37801** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105801** | | | | Warranty | | | | |
| **Margaret E Lehner** **PO Box 328** **Goshen, NJ 08218** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079030** | | | | Warranty | | | | |
| **Margaret E Kelley** **618 Portico Park** **Mount Pleasant, SC 29464** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093955** | | | | Warranty | | | | |
| **Margaret E Kulikosky** **2306 Oak Road** **Baltimore Bay, MD 21219** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**2984** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                  ,  Case No. _____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5078192 | | | | Warranty | | | | |
| Margaret E Pridemore 242 Rodborough Road Columbia, SC 29212 | | - | | | | | | 487.50 |
| Account No. 5105937 | | | | Warranty | | | | |
| Margaret F Weber 117 Beverly Drive Madison, TN 37115 | | - | | | X | X | | 0.00 |
| Account No. 5128452 | | | | Warranty | | | | |
| Margaret G Cooper 123 West Irving St Corry, PA 16407 | | - | | | X | X | | 0.00 |
| Account No. 5125630 | | | | Warranty | | | | |
| Margaret Gredler 19 Lakecrest Drive Columbia, SC 29206 | | - | | | X | X | | 0.00 |
| Account No. 5115889 | | | | Warranty | | | | |
| Margaret H Sullenberger 217 Washington Street  Apt 7 Latrobe, PA 15650 | | - | | | X | X | | 0.00 |

Sheet no.**2985** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 487.50

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5080215** | | | | Warranty | | | | |
| **Margaret H Wolf**<br>**1537 Red Oak Road**<br>**Kettering, OH 45432** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132756** | | | | Warranty | | | | |
| **Margaret Jacobs**<br>**64 Green Point Circle**<br>**Uniontown, PA 15401** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5082934** | | | | Warranty | | | | |
| **Margaret Jane Barnes**<br>**413 Quail Hollow**<br>**Anderson, SC 29621** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102021** | | | | Warranty | | | | |
| **Margaret K Burris**<br>**1650 Catoe Road**<br>**Lancaster, SC 29720** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128610** | | | | Warranty | | | | |
| **Margaret L  Bates**<br>**2791 Scarborough Rd**<br>**Cleveland, OH 44118** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2986** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5087429** | | | | **Warranty** | | | | |
| **Margaret L Garcia 2107 N East Street Flagstaff, AZ 86004** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113855** | | | | **Warranty** | | | | |
| **Margaret L OShea 908 North 4th St Beewood, PA 10617** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5046216** | | | | **Warranty** | | | | |
| **Margaret Logan 2007 River Rd Johns Islan, SC 29455** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122822** | | | | **Warranty** | | | | |
| **Margaret M Dyer 31 Blueberry Ln N Kingstown, RI 02852** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099112** | | | | **Warranty** | | | | |
| **Margaret M Studer 10 Park Village Shelby, OH 44875** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2987** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re   **Great Lakes Warranty Corporation**                ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5106824** | | | **Warranty** | | | | |
| **Margaret Martinez** **2112 Derry Street  Apt 1** **Harrisburg, PA 17104** | - | | | X | X | | **0.00** |
| Account No. **5126379** | | | **Warranty** | | | | |
| **Margaret McConnell** **7637 Aynlee Way** **Harrisburg, PA 17112** | - | | | | | | **681.00** |
| Account No. **5103329** | | | **Warranty** | | | | |
| **Margaret Needham** **1670 Jesse Bean CAircle** **Morristown, TN 37814** | - | | | | | | **215.00** |
| Account No. **5091998** | | | **Warranty** | | | | |
| **Margaret O Robbins** **160 Cedar Grove Extended** **Ripley, TN 38063** | - | | | X | X | | **0.00** |
| Account No. **5104158** | | | **Warranty** | | | | |
| **Margaret OConnell Ferguson** **349 Ferguson Lane** **Moncks Corner, SC 29461** | - | | | X | X | | **0.00** |

Sheet no. **2988** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **896.00**

In re __Great Lakes Warranty Corporation_____,  Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5094906** | | | | **Warranty** | | | | |
| **Margaret Ostapowicz** **530 Clover Hill Road** **Coal Center, PA 15423** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101213** | | | | **Warranty** | | | | |
| **Margaret Popke** **622 E Press Road** **Queen Creek, AZ 85240** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112417** | | | | **Warranty** | | | | |
| **Margaret R Beckom** **1721 Parkline Drive  #12** **Pittsburgh, PA 15227** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091278** | | | | **Warranty** | | | | |
| **Margaret Robertson** **16448 E Glenbrook Boulevard** **Fountain Hills, AZ 85268** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5098955** | | | | **Warranty** | | | | |
| **Margaret Scott Rabb** **95 Catesby Circle** **Columbia, SC 29206** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. __2989__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5111957 | | | | Warranty | | | | |
| Margaret Solares 3740 E Meadowbrook Phoenix, AZ 85018 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108119 | | | | Warranty | | | | |
| Margaret Taylor 136 Collinsburg Road West Newton, PA 15089 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113276 | | | | Warranty | | | | |
| Margaret Thomson 2831 Hillside Drive H3 Nashville, TN 37212 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127616 | | | | Warranty | | | | |
| Margaret Zukas 6144 N 28th Street Phoenix, AZ 85016 | - | | | | | | | |
| | | | | | | | | 842.68 |
| Account No. 5072846 | | | | Warranty | | | | |
| Margaretta Mathis 7812 N Ridgeview Drive Paradise Valley, AZ 85253 | - | | | | | | | |
| | | | | | | | | 321.94 |

Sheet no. **2990** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 1,164.62

In re **Great Lakes Warranty Corporation**                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5086548** | | | | Warranty | | | | |
| **Margarita Herrera** **1950 E Birch Street** **Philadelphia, PA 19134** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132365** | | | | Warranty | | | | |
| **Margarita Meneses** **4940 Owens  Apt D** **Las Vegas, NV 89110** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121824** | | | | Warranty | | | | |
| **Margarita Sanchez Colina** **606 Quincy Ct** **Glassboro, NJ 08028** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5094190** | | | | Warranty | | | | |
| **Margarite Steensland** **7043 US Highway 42** **Mount Gilead, OH 43338** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131004** | | | | Warranty | | | | |
| **Margherita Sofo** **1527 Seneca Trail** **Effort, PA 18330** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **2991** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5097575** | | | | | Warranty | | | | |
| **Margie Cleveland** **110 Johnstone Drive** **Madison, MS 39110** | - | | | | | X | X | | 0.00 |
| Account No. 5103389 | | | | | Warranty | | | | |
| **Margie Ferguson** **4463 Brighton Lane** **West Chester, OH 45069** | - | | | | | | | | 648.67 |
| Account No. 5100446 | | | | | Warranty | | | | |
| **Margie Hill** **2307 24th NE** **Canton, OH 44705** | - | | | | | | | | 236.50 |
| Account No. 5091870 | | | | | Warranty | | | | |
| **Margie Hunt** **5845 Shilling Avenue** **Louisville, OH 44641** | - | | | | | X | X | | 0.00 |
| Account No. 5115067 | | | | | Warranty | | | | |
| **Margie L Graves** **7143 Verona Boulevard** **Pittsburgh, PA 15235** | - | | | | | X | X | | 0.00 |

Sheet no.**2992** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
885.17

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 5079230 | | | | Warranty | | | | |
| Margie M Westenhofer 3773 White Lane Hoover, AL 35216 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093480 | | | | Warranty | | | | |
| Margie Z Mullin 932 Mechanicsville Road Rock Creek, OH 44084 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126001 | | | | Warranty | | | | |
| Margit Julicher 534 Brighton Way Phoenixville, PA 19460 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124079 | | | | Warranty | | | | |
| Margret Driscoll 3811 McCleland Erie, PA 19542 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131045 | | | | Warranty | | | | |
| Marguerita Alebante 11 Cooper Ridge Cr Egg Harbor Twp, NJ 08234 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2993** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re __Great Lakes Warranty Corporation__ ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093712** | | | **Warranty** | | | | |
| **Marguerite Clayton**<br>**1609 Harding Place**<br>**Nashville, TN 37215** | - | | | X | X | | 0.00 |
| Account No. **5131631** | | | **Warranty** | | | | |
| **Marguerite Hibberz**<br>**1344 Tyson Avenue**<br>**Philadelphia, PA 19111** | - | | | X | X | | 0.00 |
| Account No. **5065300** | | | **Warranty** | | | | |
| **Marguerite Rutledge**<br>**239 Beach City Road**<br>**Hilton Head Island, SC 29926** | - | | | X | X | | 0.00 |
| Account No. **5127676** | | | **Warranty** | | | | |
| **Marguette Stuart**<br>**1525 Townsend 2H**<br>**Bronx, NY 10452** | - | | | X | X | | 0.00 |
| Account No. **5118434** | | | **Warranty** | | | | |
| **Maria  Crilley**<br>**282 E Carrollton St**<br>**Magnolia, OH 44643** | - | | | X | X | | 0.00 |

Sheet no.**2994** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

         Subtotal
     (Total of this page)     **0.00**

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5088801** | | | | Warranty | | | | |
| **Maria De La Torre** **569 Terrasas Drive** **San Luis, AZ 85349** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107056** | | | | Warranty | | | | |
| **Maria De Samaniego** **3720 W County 18th Street** **Somerton, AZ 85350** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095964** | | | | Warranty | | | | |
| **Maria Farias** **44 Maynard St No 2** **Roslindale, MA 02131** | - | | | | | | | |
| | | | | | | | | 1,136.00 |
| Account No. **5108036** | | | | Warranty | | | | |
| **Maria Furino** **8 Quasar Court** **Sewell, NJ 08080** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123230** | | | | Warranty | | | | |
| **Maria Torres** **1911 E Wensley St** **Philadelphia, PA 19134** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2995** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,136.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5116918 | | | | Warranty | | | | |
| Maria A Espinoza 1700 Whipple Road #1A Mt Pleasant, SC 29464 | - | | | | X | X | | 0.00 |
| Account No. 5100905 | | | | Warranty | | | | |
| Maria A Landivar 123 Thorne Street Jersey City, NJ 07307 | - | | | | X | X | | 0.00 |
| Account No. 5122511 | | | | Warranty | | | | |
| Maria A Smiley 801 Lincoln Ave Blakely, PA 18447 | - | | | | X | X | | 0.00 |
| Account No. 5125018 | | | | Warranty | | | | |
| Maria Alicia Wilfon PO Box 7392 Reno, NV 89510 | - | | | | X | X | | 0.00 |
| Account No. 5099598 | | | | Warranty | | | | |
| Maria Armenta 3830 W St John Road Glendale, AZ 85308 | - | | | | X | X | | 0.00 |

Sheet no. **2996** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re  **Great Lakes Warranty Corporation**                                    , Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5091775** | | | | Warranty | | | | |
| **Maria B Peck**<br>**68 Slyvanus Avenue**<br>**Uniontown, PA 15401** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130889** | | | | Warranty | | | | |
| **Maria Bottoms**<br>**192 Poplar Ridge Road**<br>**Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107133** | | | | Warranty | | | | |
| **Maria C Masellis**<br>**2978 E Parkview Drive**<br>**Gilbert, AZ 85295** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093828** | | | | Warranty | | | | |
| **Maria Carrera**<br>**4637 W Magdalena**<br>**Laveen, AZ 85339** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5072394** | | | | Warranty | | | | |
| **Maria Contreras**<br>**513 Rygrass Court**<br>**Aurora, IL 60504** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **2997** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____

                                                   ,
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5083799** | | | | **Warranty** | | | | |
| **Maria Cotopolis** **752 Timber Wolf Lane** **LaGrange, OH 44050** | - | | | | | | | |
| | | | | | | | | **178.17** |
| Account No. **5130993** | | | | **Warranty** | | | | |
| **Maria D Cardenas** **3423 Arlington Street** **Reading, PA 19605** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5100175** | | | | **Warranty** | | | | |
| **Maria Davalos** **11425 E Flossmoor Avenue** **Mesa, AZ 85208** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130512** | | | | **Warranty** | | | | |
| **Maria Dejusus** **611 Artisan Street** **Trenton, NJ 08618** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127593** | | | | **Warranty** | | | | |
| **Maria Domaneant** **5822 Edgehill Dr** **Parma, OH 44130** | - | | | | | | | |
| | | | | | | | | **1,190.00** |

Sheet no. **2998** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **1,368.17**

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5112614 | | | | Warranty | | | | |
| Maria E Leon 1600 Lehigh Parkway E Allentown, PA 18103 | - | | | | X | X | | 0.00 |
| Account No. 5131861 | | | | Warranty | | | | |
| Maria Espinoza 1720 Nantahala Boulevard Mt Pleasant, SC 29464 | - | | | | X | X | | 0.00 |
| Account No. 5087194 | | | | Warranty | | | | |
| Maria Finazzo 45 E Main Street  Apt 6 Lititz, PA 17543 | - | | | | X | X | | 0.00 |
| Account No. 5117320 | | | | Warranty | | | | |
| Maria G Montague 2478 S Sixth Avenue Yuma, AZ 85364 | - | | | | X | X | | 0.00 |
| Account No. 5091532 | | | | Warranty | | | | |
| Maria Ganville 1689 E Hearne Way Gilbert, AZ 85234 | - | | | | X | X | | 0.00 |

Sheet no.__2999__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5122845 | | | | Warranty | | | | |
| Maria Garcia 4001 Pennwood Ave Las Vegas, NV 89102 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087202 | | | | Warranty | | | | |
| Maria Gonzales 117 Kastle Kove Drive Lewis Center, OH 43035 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129862 | | | | Warranty | | | | |
| Maria Gonzalez 4925 Hill Apt #1 Las Vegas, NV 89195 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120058 | | | | Warranty | | | | |
| Maria Gonzalez 409 Tulpehocken St Reading, PA 19601 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123542 | | | | Warranty | | | | |
| Maria Guerra 1715 Gates Ave 2B Ridgewood, NY 11385 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3000** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re __Great Lakes Warranty Corporation__ ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113439 | | Warranty | | | | | | |
| Maria Guerrero 3676 Blue Lake Avenue Las Vegas, NV 89115 | - | | | | X | X | | 0.00 |
| Account No. 5092915 | | Warranty | | | | | | |
| Maria Johnson 1658 Campaign Road Bidwell, OH 45614 | - | | | | X | X | | 0.00 |
| Account No. 5077335 | | Warranty | | | | | | |
| Maria Kennon 230 Cochise Lane Bisbee, AZ 85603 | - | | | | | | | 351.75 |
| Account No. 5095928 | | Warranty | | | | | | |
| Maria L Aramburo 830 Conception Avenue Spring Valley, CA 91977 | - | | | | | | | 1,109.00 |
| Account No. 5115255 | | Warranty | | | | | | |
| Maria L Ceniceros 512 McCandless Avenue Pittsburgh, PA 15201 | - | | | | X | X | | 0.00 |

Sheet no. __3001__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 1,460.75

In re  **Great Lakes Warranty Corporation**                                    ,      Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5091741** | | | Warranty | | | | |
| **Maria Lane**<br>**3730 Sagamore Drive**<br>**Greensboro, NC 27410** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123602** | | | Warranty | | | | |
| **Maria Luisa Salcido**<br>**98 W 36th Pl**<br>**Yuma, AZ 85365** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113198** | | | Warranty | | | | |
| **Maria Luz Miguez**<br>**PO Box 4570**<br>**San Luis, AZ 85349** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5094699** | | | Warranty | | | | |
| **Maria Manno**<br>**2608 1 2 Heron Lane**<br>**Clenshaw, PA 15116** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108256** | | | Warranty | | | | |
| **Maria Marconi**<br>**5127 Karrington Drive**<br>**Gibsonia, PA 15044** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3002** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re  **Great Lakes Warranty Corporation**                              ,          Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5131785** | | | | | Warranty | | | | |
| **Maria Martinez** **3864 Valley Meadow Drive** **Las Vegas, NV 89120** | - | | | | | X | X | | 0.00 |
| Account No. **5118955** | | | | | Warranty | | | | |
| **Maria Mullary** **1184 Cooper St** **Deptford, NJ 08096** | - | | | | | X | X | | 0.00 |
| Account No. **5107156** | | | | | Warranty | | | | |
| **Maria Nicholson** **19805 N 47th Lane** **Glendale, AZ 85308** | - | | | | | | | | 768.52 |
| Account No. **5118284** | | | | | Warranty | | | | |
| **Maria Novales** **427 Mulberry St** **Reading, PA 19604** | - | | | | | X | X | | 0.00 |
| Account No. **5131890** | | | | | Warranty | | | | |
| **Maria Ollis** **#8 493 Barnett Drive** **Kingsport, TN 37664** | - | | | | | X | X | | 0.00 |

Sheet no.**3003** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)         **768.52**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127545** | | | | **Warranty** | | | | |
| **Maria ONeill** **4406 Shelmire Avenue** **Philadelphia, PA 19136** | - | | | | | | | 90.99 |
| Account No. **5125366** | | | | **Warranty** | | | | |
| **Maria Perez** **1433 S 10th Ave** **Yuma, AZ 85364** | - | | | | X | X | | 0.00 |
| Account No. **5127185** | | | | **Warranty** | | | | |
| **Maria R Volpe** **2312 7th St NW** **Canton, OH 44708** | - | | | | X | X | | 0.00 |
| Account No. **5100910** | | | | **Warranty** | | | | |
| **Maria Rivera** **641 Atlantic Street  Apt 4** **Bethlehem, PA 18015** | - | | | | X | X | | 0.00 |
| Account No. **5090656** | | | | **Warranty** | | | | |
| **Maria Rollinson** **12405 N 51 Lane** **Glendale, AZ 85304** | - | | | | | | | 399.00 |

Sheet no. **3004** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   489.99

In re **Great Lakes Warranty Corporation**                                                    Case No. _____
_____,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5112867** | | | Warranty | | | | |
| **Maria Rosado**<br>**449 Redfern Street**<br>**Trenton, NJ 08610** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5103551** | | | Warranty | | | | |
| **Maria S Finazzo Hernandez**<br>**762 S Cedar Street**<br>**Lititz, PA 17543** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5108593** | | | Warranty | | | | |
| **Maria S Wilson**<br>**1313 Warrick Place NE**<br>**Canton, OH 44714** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5075681** | | | Warranty | | | | |
| **Maria Santos**<br>**210 Creek Road**<br>**Delanco, NJ 08075** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5132759** | | | Warranty | | | | |
| **Maria Silva**<br>**1805 Cristal Chimes Drive**<br>**Las Vegas, NV 89106** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **3005** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5116186 | | | | Warranty | | | | |
| Maria Spece 310 New Dorwart Street Lancaster, PA 17603 | - | | | | X | X | | 0.00 |
| Account No. 5130031 | | | | Warranty | | | | |
| Maria Trujillo 179 North 10th Avenue Yuma, AZ 85364 | - | | | | X | X | | 0.00 |
| Account No. 5070012 | | | | Warranty | | | | |
| Maria Valenzuela 255 E Auburn Dr Tempe, AZ 85283 | - | | | | X | X | | 0.00 |
| Account No. 5107807 | | | | Warranty | | | | |
| Maria Villalobos 12241 E 39th Way Yuma, AZ 85367 | - | | | | X | X | | 0.00 |
| Account No. 5067459 | | | | Warranty | | | | |
| Maria Westbeld 435 Morse Ave Dayton, OH 45420 | - | | | | X | X | | 0.00 |

Sheet no. **3006** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re  **Great Lakes Warranty Corporation**                          ,     Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5083612** | | | | Warranty | | | | |
| **Maria Wyda** **2009 W Morningside Drive** **Phoenix, AZ 85023** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131489 | | | | Warranty | | | | |
| **Maria Zambrano** **241 Southside Drive** **Meminnville, TN 37110** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129596 | | | | Warranty | | | | |
| **Maria Zavala** **326 South 7th Street** **Reading, PA 19602** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5069136 | | | | Warranty | | | | |
| **Maria Zayes** **25720 W Globe Ave** **Buckeye, AZ 85326** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5088403 | | | | Warranty | | | | |
| **Marian A Douglas** **6924 Carmel Street** **Columbia, SC 29203** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3007** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5132101** | | | | | Warranty | | | | |
| **Marian Bogatkevitch 1709 Canyon Oaks Drive Mt Pleasant, SC 29464** | | - | | | | | | | **1,241.00** |
| Account No. **5113218** | | | | | Warranty | | | | |
| **Marian Frances Judice 435 South Church Street DuBois, PA 15801** | | - | | | | X | X | | **0.00** |
| Account No. **5086972** | | | | | Warranty | | | | |
| **Marian Glick 2127 S Ninth Street  Apt 1 Allentown, PA 18103** | | - | | | | X | X | | **0.00** |
| Account No. **5061853** | | | | | Warranty | | | | |
| **Marian Marracco 353 39th St Avalon, NJ 08202** | | - | | | | X | X | | **0.00** |
| Account No. **5099849** | | | | | Warranty | | | | |
| **Marian Mitchem Matthews 1816 Hatfield Street Columbia, SC 29204** | | - | | | | X | X | | **0.00** |

Sheet no. **3008** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,241.00**

In re **Great Lakes Warranty Corporation**  ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5106698 | | | | Warranty | | | | |
| Marian Olivas 4695 Castleton Drive Farfield, OH 45014 | - | | | | X | X | | 0.00 |
| Account No. 5117187 | | | | Warranty | | | | |
| Marianne C Honard 249 Beachgrove Drive Erie, PA 16505 | - | | | | X | X | | 0.00 |
| Account No. 5130289 | | | | Warranty | | | | |
| Marianne Kucinski 3531 W 50th St Cleveland, OH 44102 | - | | | | X | X | | 0.00 |
| Account No. 5109780 | | | | Warranty | | | | |
| Marianne Mancuso 106 N Brockway Ave Youngstown, OH 44509 | - | | | | X | X | | 0.00 |
| Account No. 5081759 | | | | Warranty | | | | |
| Marianne Shepard 8925 E Street  Rt 55 Casstown, OH 45312 | - | | | | X | X | | 0.00 |

Sheet no. **3009** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                                       Case No. _____

                                                      ,
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123774** | | | | **Warranty** | | | | |
| **Mariasha Giral**<br>**20 West Canal St Apt 225**<br>**Winooski, VT 05404** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114270** | | | | **Warranty** | | | | |
| **Marice Cleaves**<br>**5145 Sinia Drive**<br>**Mason, TN 38049** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107058** | | | | **Warranty** | | | | |
| **Maricela Sandoval**<br>**336 Independence Street**<br>**San Luis, AZ 85349** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115086** | | | | **Warranty** | | | | |
| **Marie McGuire**<br>**50 Greenwood Drive**<br>**Blackwood, NJ 08012** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5056935** | | | | **Warranty** | | | | |
| **Marie Meyer**<br>**448 Majory Way**<br>**Sun Prairie, WI 53590** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3010** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5126198 | | | Warranty | | | | |
| Marie Ayen 33069 Jackson Loop Locust Grove, VA 22508 | - | | | X | X | | 0.00 |
| Account No. 5099970 | | | Warranty | | | | |
| Marie B Farook 141 Robinson Street Apt 39 Pittsburgh, PA 15213 | - | | | X | X | | 0.00 |
| Account No. 5132750 | | | Warranty | | | | |
| Marie Clark 404 Christian Street Philadelphia, PA 19147 | - | | | X | X | | 0.00 |
| Account No. 5114225 | | | Warranty | | | | |
| Marie F Dawson 311 A Hulton Road Verona, PA 15147 | - | | | X | X | | 0.00 |
| Account No. 5109324 | | | Warranty | | | | |
| Marie Gibson 167 Nathan Ridge Lane Gadsden, SC 29052 | - | | | X | X | | 0.00 |

Sheet no.__3011__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re   **Great Lakes Warranty Corporation**           ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5067785** | | | | Warranty | | | | |
| **Marie Hummel** **5718 Captain Kidd Road** **Hollywood, SC 29449** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102923** | | | | Warranty | | | | |
| **Marie J Casuccio** **1435 Georgia Street** **Aliquippa, PA 15001** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121930** | | | | Warranty | | | | |
| **Marie L Arbogast** **206 Maple St** **Orville, OH 44667** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127711** | | | | Warranty | | | | |
| **Marie Levaforeg** **905 Revono Avenue #2** **Trenton, NJ 08629** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110690** | | | | Warranty | | | | |
| **Marie M Shank** **100 N Harmony Road** **Penn Run, PA 15765** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3012** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093891** | | | Warranty | | | | |
| **Marie Militana** **216 S. Orange Drive** **Los Angeles, CA 90036** | - | | | X | X | | 0.00 |
| Account No. **5094117** | | | Warranty | | | | |
| **Marie Sprenger** **155 Gloucester Drive** **Medina, OH 44256** | - | | | X | X | | 0.00 |
| Account No. **5117250** | | | Warranty | | | | |
| **Marie T Deem** **113 Lammert Drive** **Glenshaw, PA 15116** | - | | | X | X | | 0.00 |
| Account No. **5077136** | | | Warranty | | | | |
| **Marie T Zorn** **2637 E 43rd Street** **Erie, PA 16510** | - | | | X | X | | 0.00 |
| Account No. **5079718** | | | Warranty | | | | |
| **Marie Thomas** **3522 W Dunlap #177** **Phoenix, AZ 85051** | - | | | X | X | | 0.00 |

Sheet no. **3013** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100471** | | | | **Warranty** | | | | |
| **Mariela Macias Magana 207 Alexander Point Drive Hopkins, SC 29061** | - | | | | | | | 0.00 |
| Account No. **5131149** | | | | **Warranty** | | | | |
| **Marilin Lott 1073 Oak Shade Lane Henderson, NV 89015** | - | | | | X | X | | 0.00 |
| Account No. **5130531** | | | | **Warranty** | | | | |
| **Marilu Penaloza Arroyo 3050 Nellis Blvd Las Vegas, NV 89121** | - | | | | X | X | | 0.00 |
| Account No. **5074041** | | | | **Warranty** | | | | |
| **Marilyn Bossman 454 Wood Avenue Cincinnati, OH 45220** | - | | | | X | X | | 0.00 |
| Account No. **5092650** | | | | **Warranty** | | | | |
| **Marilyn Lynn 2196 N 600 Road Eudora, KS 66025** | - | | | | X | X | | 0.00 |

Sheet no. **3014** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113553 | | | | Warranty | | | | |
| Marilyn Robinson 139 17th Street NW Apt 37 Canton, OH 44703 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104629 | | | | Warranty | | | | |
| Marilyn Sidders 5404 West Clinton St Albany, OH 45710 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5089821 | | | | Warranty | | | | |
| Marilyn Cruz 821 W Chew Street Apt 2 Allentown, PA 18102 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100237 | | | | Warranty | | | | |
| Marilyn Deffenbaugh 1440 S Val Vista #1077 Mesa, AZ 85204 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5062766 | | | | Warranty | | | | |
| Marilyn Diekmann 1204 Twp Hwy 267 Amsterdam, OH 43903 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3015** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5068098** | | | | Warranty | | | | |
| **Marilyn Drayton 3 Kirkwall Court Columbia, SC 29229** | - | | | | | | | 431.00 |
| Account No. **5106304** | | | | Warranty | | | | |
| **Marilyn Guerrero 207 Prosperity Court Toms River, NJ 08755** | - | | | | | | | 700.30 |
| Account No. **5103844** | | | | Warranty | | | | |
| **Marilyn L Northcutt 1211 Stoney Point Lane Franklin, TN 37067** | - | | | | X | X | | 0.00 |
| Account No. **5101343** | | | | Warranty | | | | |
| **Marilyn Lewis DiRoberto 5732 Keystone Crest Street North Las Vegas, NV 89081** | - | | | | X | X | | 0.00 |
| Account No. **5100068** | | | | Warranty | | | | |
| **Marilyn McDonough 1834 Dewitt Drive Dayton, OH 45406** | - | | | | X | X | | 0.00 |

Sheet no. **3016** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,131.30**

In re **Great Lakes Warranty Corporation** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129504 | | | | Warranty | | | | |
| Marilyn Rodriguez 1021 South Hall Street Allentown, PA 18103 | - | | | | X | X | | 0.00 |
| Account No. 5126284 | | | | Warranty | | | | |
| Marilyn Rooks 505 South 19th Street West Memphis, AR 72301 | - | | | | X | X | | 0.00 |
| Account No. 5127073 | | | | Warranty | | | | |
| Marilyn Seewagon 329 Madison Ave Langhorne, PA 19047 | - | | | | | | | 259.90 |
| Account No. 5098185 | | | | Warranty | | | | |
| Marilyn Sue Casto 1191 Oak Grove Road Waverly, WV 26184 | - | | | | X | X | | 0.00 |
| Account No. 5088819 | | | | Warranty | | | | |
| Marilyn Sue Rice 47381 Morning Star Road Racine, OH 45771 | - | | | | X | X | | 0.00 |

Sheet no. **3017** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

259.90

In re   **Great Lakes Warranty Corporation**                                        ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5073344 | | | | Warranty | | | | |
| Marilyn Zurawski 8822 N 35th Drive Phoenix, AZ 85051 | - | | | | | | | 936.19 |
| Account No. 5129079 | | | | Warranty | | | | |
| Marina Michele Jeffery 1210 Bryn Mawr St Scranton, PA 18604 | - | | | | | | | 283.50 |
| Account No. 5132007 | | | | Warranty | | | | |
| Marina Parker 6096 Bartlett #2 Memphis, TN 38134 | - | | | | X | X | | 0.00 |
| Account No. 5088273 | | | | Warranty | | | | |
| Marina Showalter 211 25th Street SW Canton, OH 44706 | - | | | | X | X | | 0.00 |
| Account No. 5124008 | | | | Warranty | | | | |
| Marina Whitehead 728 Woodward Rd Penfield, PA 15849 | - | | | | X | X | | 0.00 |

Sheet no. **3018** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      1,219.69

In re  **Great Lakes Warranty Corporation**                              ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5119495 | | | | Warranty | | | | |
| Marino Canals 7309 Ossa De Mar Henderson, NV 89062 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5098106 | | | | Warranty | | | | |
| Marino Mariche 212 Roundtree Court Gaston, SC 29053 | - | | | | | | | |
| | | | | | | | | 642.00 |
| Account No. 5114540 | | | | Warranty | | | | |
| Mario Padron 1223 State Street Emporia, KS 66801 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122393 | | | | Warranty | | | | |
| Mario A Sollecchio 548 Newport Dr Greensburg, PA 15601 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5091412 | | | | Warranty | | | | |
| Mario Glover 3421 Fawnwood Place Nashville, TN 37207 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __3019__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

642.00

In re    **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5072386 | | | Warranty | | | | |
| Mario Jelinic 17555 W Desert Sage Drive Goodyear, AZ 85338 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5088463 | | | Warranty | | | | |
| Mario Mairena 35 Bruce Street Stafford, VA 22554 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5124949 | | | Warranty | | | | |
| Mario Oliveros 5409 S. 1st Avenue Phoenix, AZ 85041 | - | | | | | | |
| | | | | | | | 853.78 |
| Account No. 5106361 | | | Warranty | | | | |
| Mario P Carby PO Box 11181 Las Vegas, NV 89111 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5130076 | | | Warranty | | | | |
| Mario Perez Valenzuela 1000 Lexington Farms Drive Spring Hill, TN 37174 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3020** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

853.78

In re __**Great Lakes Warranty Corporation**_____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **5077082** | | | | | | **Warranty** | | | | |
| **Mario Raul Santos** **3630 Camino Del Vara** **Sierra Vista, AZ 85650** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5078940** | | | | | | **Warranty** | | | | |
| **Mario Russo** **18 Athena Drive** **Baldwinsville, NY 13027** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5112460** | | | | | | **Warranty** | | | | |
| **Mario Wiggins** **6659 Bambino Road** **Tucson, AZ 85746** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5127594** | | | | | | **Warranty** | | | | |
| **Mario Yarbrough** **4118 Aux Arms Drive** **Memphis, TN 38128** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5091530** | | | | | | **Warranty** | | | | |
| **Marion Cooper** **302 Raven Road** **Stephens City, VA 22655** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |

Sheet no.__**3021**__ of __**4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5088546 | | | | Warranty | | | | |
| Marion D Marsh 78 Forest Lane Blairsville, PA 15717 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113469 | | | | Warranty | | | | |
| Marion Gaskin 2165 Edisto Avenue Charleston, SC 29412 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5064547 | | | | Warranty | | | | |
| Marion Gehman 200 Swamp Creek Rd Gilbertsville, PA 19525 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122268 | | | | Warranty | | | | |
| Marion Gregory OBarr 3400 Daniel Lane  Apt 303 Monroeville, PA 15146 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5101967 | | | | Warranty | | | | |
| Marion H Wallace 209 Evelyn Avenue Nashville, TN 37205 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3022** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      0.00

In re   **Great Lakes Warranty Corporation**                      ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101421** | | | Warranty | | | | |
| **Marion J Lopez Fernandez** **144 Susina Drive** **Leesburg, GA 31763** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5117893** | | | Warranty | | | | |
| **Marion M. Hobbs** **5021 Louisa Court** **Cleveland, OH 44127** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5128112** | | | Warranty | | | | |
| **Marion Mack** **1600 Harden Street** **Columbia, SC 29204** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5113085** | | | Warranty | | | | |
| **Marion Minaudo** **218 Sulpher springs Rd** **Asheville, NC 28806** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5060662** | | | Warranty | | | | |
| **Marion Ordak** **402 roosevelt Ave** **Bessemer, PA 16112** | - | | | | | | |
| | | | | | | | **958.90** |

Sheet no. **3023** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal
                         (Total of this page)      **958.90**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122233** | | | Warranty | | | | |
| **Marion Soliven** **109 shairpin Lane** **Greenville, SC 29607** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5055629** | | | Warranty | | | | |
| **Marisa Grochowski** **1112 Oakmont Rd.** **Clarks Summit, PA 18411** | - | | | | | | |
| | | | | | | | **829.35** |
| Account No. **5097506** | | | Warranty | | | | |
| **Marisa Nia Madison** **P.O. Box 330671** **Nashville, TN 37203** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5104215** | | | Warranty | | | | |
| **Marisa Osborne** **4711 Valley Brook Drive** **Englewood, OH 45322** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5121973** | | | Warranty | | | | |
| **Marisa Santiago** **712 Franklin St** **Woodbine, NJ 08270** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **3024** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**829.35**

In re   **Great Lakes Warranty Corporation**       ,   Case No. _____

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5121689 | | | | Warranty | | | | |
| Marisela Arroyo 5900 W Tropicana No 5 Las Vegas, NV 89103 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128727 | | | | Warranty | | | | |
| Marisol Becerra 1405 Rolls Royce Road North Las Vegas, NV 89031 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131456 | | | | Warranty | | | | |
| Marisol Gonzalez 4401 Benner Street Philadelphia, PA 19135 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132515 | | | | Warranty | | | | |
| Marissa Sheeley 1500 Wright Street Bellefontaine, OH 43311 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123170 | | | | Warranty | | | | |
| Marissa Sonday 17 Cherry St Pine Grove, PA 17963 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3025** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation** _____,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5100173** | | | | | Warranty | | | | |
| **Marissa Wiegand 3546 E Rio Pelle Gilbert, AZ 85298** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5116409** | | | | | Warranty | | | | |
| **Marita Greenwood 3233 Beaumont NW Massillon, OH 44647** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5090792** | | | | | Warranty | | | | |
| **Marita Kerr 904 Robin Drive Apollo, PA 15613** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5112312** | | | | | Warranty | | | | |
| **Marius L Rush 216 Stonedale Way Nashville, TN 37013** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5117350** | | | | | Warranty | | | | |
| **Marjorie A Flanigan 14 Pointview Road Pittsburgh, PA 15227** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3026** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re __Great Lakes Warranty Corporation__ ,    Case No. _____

                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5130965 | | | Warranty | | | | |
| Marjorie Blanton 400 Heartwood Dr Lexington, SC 29073 | - | | | X | X | | 0.00 |
| Account No. 5106935 | | | Warranty | | | | |
| Marjorie E Waldron 3601 State Route 703 Lot 60 Celina, OH 45822 | - | | | | | | 103.89 |
| Account No. 5106614 | | | Warranty | | | | |
| Marjorie J Hess 203 Hunters Ridge Brownsville, PA 15417 | - | | | X | X | | 0.00 |
| Account No. 5106193 | | | Warranty | | | | |
| Marjorie L Halloran 10 Echo Valley Drive Ephrata, PA 17522 | - | | | X | X | | 0.00 |
| Account No. 5081490 | | | Warranty | | | | |
| Marjorie McKeaver 1209 Highland Road NE Canton, OH 44704 | - | | | X | X | | 0.00 |

Sheet no. __3027__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    103.89

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127884** | | | Warranty | | | | |
| **Marjorie Palmer** **324 Kramer Way** **Pittsburgh, PA 15211** | - | | | | | | **708.95** |
| Account No. **5090561** | | | Warranty | | | | |
| **Marjorie Paternoster** **108 Lauren Lane** **Manchester, NJ 08759** | - | | | X | X | | **0.00** |
| Account No. **5061505** | | | Warranty | | | | |
| **Marjorie Stevens** **2441 Applewood Dr** **Orefield, PA 18069** | - | | | | | | **460.38** |
| Account No. **5132661** | | | Warranty | | | | |
| **Marjory Coleman** **87 Second Street** **Shelby, OH 44875** | - | | | X | X | | **0.00** |
| Account No. **5117423** | | | Warranty | | | | |
| **Mark  Campbell** **5346 E Herrera Drive** **Phoenix, AZ 85054** | - | | | X | X | | **0.00** |

Sheet no. **3028** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,169.33**

In re **Great Lakes Warranty Corporation** ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122792** | | | Warranty | | | | |
| **Mark Cann** **225 Brookstone Lane** **Irmo, SC 29063** | - | | | X | X | | 0.00 |
| Account No. **5123660** | | | Warranty | | | | |
| **Mark Christopher** **601 Hazel Lane** **Philadelphia, PA 19116** | - | | | X | X | | 0.00 |
| Account No. **5112414** | | | Warranty | | | | |
| **Mark Dansizen** **400 Lookout Court** **Avon Lake, OH 44012** | - | | | | | | 160.20 |
| Account No. **5070675** | | | Warranty | | | | |
| **Mark Davis** **286 Doctors Path** **Riverhead, NJ 11901** | - | | | X | X | | 0.00 |
| Account No. **5125050** | | | Warranty | | | | |
| **Mark Gigliotti** **850 Presque Isle Dr** **Pittsburgh, PA 15239** | - | | | X | X | | 0.00 |

Sheet no. **3029** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

160.20

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5101209** | | | | | Warranty | | | | |
| **Mark Godfrey** **2011 West Harrison** **Chandler, AZ 85224** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5122483** | | | | | Warranty | | | | |
| **Mark Greenberg** **301 East Mill Rd** **Flourtown, PA 19031** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5111881** | | | | | Warranty | | | | |
| **Mark Hansen** **1089 Deleisseline** **Mount Pleasant, SC 29464** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5085602** | | | | | Warranty | | | | |
| **Mark Hendley** **2522 PR 1169** **Farmersville, TX 75442** | - | | | | | | | | |
| | | | | | | | | | 49.48 |
| Account No. **5116391** | | | | | Warranty | | | | |
| **Mark Herley** **1204 Fayette Street** **Conshohocken, PA 19428** | - | | | | | | | | |
| | | | | | | | | | 308.98 |

Sheet no. **3030** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     358.46

In re   **Great Lakes Warranty Corporation**         ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109008**<br><br>**Mark Huff**<br>**7418 Bridle Dr**<br>**Nashville, TN 37221** | - | | **Warranty** | | | | **212.50** |
| Account No. **5130132**<br><br>**Mark Huff**<br>**46003 Carter Rd**<br>**New Waterford, OH 44445** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5075372**<br><br>**Mark Jaruszewski**<br>**8224 Kingslee Rd**<br>**Bloomington, MN 55438** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5129226**<br><br>**Mark Kirkland**<br>**602 Monroe St**<br>**Madisonville, TN 37354** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5083299**<br><br>**Mark Manning**<br>**81 Filbert Avenue**<br>**Sausalito, CA 94965** | - | | **Warranty** | X | X | | **0.00** |

Sheet no.**3031** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **212.50**

In re **Great Lakes Warranty Corporation**                          , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5106955** | | | Warranty | | | | |
| **Mark Miller** **2375 State Route 39** **Sugarcreek, OH 44681** | - | | | X | X | | 0.00 |
| Account No. **5095131** | | | Warranty | | | | |
| **Mark Phy** **803 Mooreland Hills Drive** **Mount Juliet, TN 37122** | - | | | | | | 368.71 |
| Account No. **5073213** | | | Warranty | | | | |
| **Mark Robinson** **PO Box 746** **Monticello, AR 71657** | - | | | X | X | | 0.00 |
| Account No. **5102153** | | | Warranty | | | | |
| **Mark Smith** **555 Cricket Lane** **Downington, PA 19335** | - | | | | | | 1,079.61 |
| Account No. **5106457** | | | Warranty | | | | |
| **Mark Spaziani** **160 Lindberg Dr** **Aliquippa, PA 15001** | - | | | | | | 576.58 |

Sheet no.**3032** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,024.90

In re  **Great Lakes Warranty Corporation**                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5106555** | | | | **Warranty** | | | | |
| **Mark Wait** **1245 Vintage Place** **Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096094** | | | | **Warranty** | | | | |
| **Mark Walker** **209 West 4th St** **Livingston, TN 38570** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109694** | | | | **Warranty** | | | | |
| **Mark Wright** **4123 E Spur Drive** **Cave Creek, AZ 85331** | - | | | | | | | |
| | | | | | | | | 344.88 |
| Account No. **5042635** | | | | **Warranty** | | | | |
| **Mark & Marie Walsh** **6015 Fieldstone Circle** **Charleston, SC 29414** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088361** | | | | **Warranty** | | | | |
| **Mark A Davis II** **4013 Heath Road** **Finleyville, PA 15332** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3033** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

344.88

In re __Great Lakes Warranty Corporation_____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5115689 | | | | Warranty | | | | |
| Mark A Evans 1816 Chestnut Ridge Drive Pittsburgh, PA 15205 | - | | | | X | X | | 0.00 |
| Account No. 5089360 | | | | Warranty | | | | |
| Mark A Ginn 1209 W Vineyard Phoenix, AZ 85041 | - | | | | X | X | | 0.00 |
| Account No. 5108030 | | | | Warranty | | | | |
| Mark A Hafer 2437 Beckler Road New Marshfield, Oh 45766 | - | | | | X | X | | 0.00 |
| Account No. 5093972 | | | | Warranty | | | | |
| Mark A Hatter 58 Mahantonga Street Tremont, PA 17981 | - | | | | X | X | | 0.00 |
| Account No. 5105265 | | | | Warranty | | | | |
| Mark A Hinz 2366 Route 45 Rock Creek, OH 44084 | - | | | | X | X | | 0.00 |

Sheet no.__3034__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126605** | | | | **Warranty** | | | | |
| **Mark A Kirlin**<br>**6 Kristine Ave**<br>**Boyertown, PA 19512** | - | | | | X | X | | 0.00 |
| Account No. **5095960** | | | | **Warranty** | | | | |
| **Mark A Leigey**<br>**16 H Hellers Church Road**<br>**Leola, PA 17540** | - | | | | X | X | | 0.00 |
| Account No. **5090794** | | | | **Warranty** | | | | |
| **Mark A Lovey Jr**<br>**8 McCormick Avenue**<br>**Uniontown, PA 15401** | - | | | | X | X | | 0.00 |
| Account No. **5112101** | | | | **Warranty** | | | | |
| **Mark A Mahen**<br>**1503 Timberglen Drive**<br>**Imperial, PA 15126** | - | | | | X | X | | 0.00 |
| Account No. **5102761** | | | | **Warranty** | | | | |
| **Mark A Sewards**<br>**16 Watt Street**<br>**Athens, OH 45701** | - | | | | X | X | | 0.00 |

Sheet no. **3035** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097508** | | | Warranty | | | | |
| **Mark A Smith** **4029 Meadow View Circle** **Pleasant View, TN 37146** | - | | | X | X | | 0.00 |
| Account No. 5106173 | | | Warranty | | | | |
| **Mark A Stanko** **482 Gardenwood Drive** **Boardman, OH 44512** | - | | | X | X | | 0.00 |
| Account No. 5090942 | | | Warranty | | | | |
| **Mark A Suchevits** **74 Gilmore Street** **Uniontown, PA 15401** | - | | | X | X | | 0.00 |
| Account No. 5081250 | | | Warranty | | | | |
| **Mark A Vandzura** **2622 Dakota Street** **Bryans Road, MD 20616** | - | | | X | X | | 0.00 |
| Account No. 5110759 | | | Warranty | | | | |
| **Mark A Whitehouse** **9350 Park Road** **Utica, KY 42376** | - | | | X | X | | 0.00 |

Sheet no. __3036__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5129202** | | | | **Warranty** | | | | |
| **Mark A Wilson**<br>**463 Wolf Ave**<br>**Wadsworth, OH 44281** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129755** | | | | **Warranty** | | | | |
| **Mark A Wisinski**<br>**5210 Washinton Ave**<br>**Erie, PA 16509** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5064134** | | | | **Warranty** | | | | |
| **Mark Abell**<br>**121 E South St**<br>**Jackson, OH 45640** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095806** | | | | **Warranty** | | | | |
| **Mark Adams**<br>**119 W Clark**<br>**Augusta, KS 37010** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121338** | | | | **Warranty** | | | | |
| **Mark Adams**<br>**1401 Fair Rd**<br>**Sidney, OH 45365** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3037** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5132458** | | | | | **Warranty** | | | | |
| **Mark Albert** **585 Bodle Road** **Wyoming, PA 18644** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5048226** | | | | | **Warranty** | | | | |
| **Mark Bauer** **16 Grantwood Lane** **St Louis, MO 63123** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5066352** | | | | | **Warranty** | | | | |
| **Mark Beckendorf** **2751 E Tyson St** **Chandler, AZ 85225** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5124583** | | | | | **Warranty** | | | | |
| **Mark Bellamy** **243 TR 1650** **Jeromesville, OH 44840** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5126371** | | | | | **Warranty** | | | | |
| **Mark Blakeley** **14855 Old Fredericktown Road** **East Liverpool, OH 43920** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3038** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5107698 | | | | Warranty | | | | |
| Mark Brehl 193 Ridgeview Drive Wexford, PA 15090 | - | | | | X | X | | 0.00 |
| Account No. 5063349 | | | | Warranty | | | | |
| Mark Brett 7 Jean Place Old Lyme, CT 06371 | - | | | | X | X | | 0.00 |
| Account No. 5085192 | | | | Warranty | | | | |
| Mark Brody 82 Mill Race Drive Langhorne, PA 19053 | - | | | | X | X | | 0.00 |
| Account No. 5101457 | | | | Warranty | | | | |
| Mark C  Sandberg 624 S Wayne St St Marys, OH 45885 | - | | | | X | X | | 0.00 |
| Account No. 5090505 | | | | Warranty | | | | |
| Mark C Brenfleck #6 Christopher Drive Philadelphia, PA 19155 | - | | | | X | X | | 0.00 |

Sheet no. __3039__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129793** | | | | **Warranty** | | | | |
| **Mark C Hite** **1410 Westview Dr** **Lancaster, PA 17603** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087345** | | | | **Warranty** | | | | |
| **Mark C Mercy** **825 Glen Leven** **Nashville, TN 37204** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117422** | | | | **Warranty** | | | | |
| **Mark Campbell** **5346 E Herrera Drive** **Phoenix, AZ 85054** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123890** | | | | **Warranty** | | | | |
| **Mark Carr** **225 Brookstone Lane** **Irmo, SC 29063** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108212** | | | | **Warranty** | | | | |
| **Mark Conroy** **756 North Brook Road** **Kennet Square, PA 19348** | - | | | | | | | |
| | | | | | | | | 642.64 |

Sheet no. **3040** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

642.64

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5109938** | | | | **Warranty** | | | | |
| **Mark Cooley** **1701 Bridgewood Road** **Clarksville, TN 37040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127475** | | | | **Warranty** | | | | |
| **Mark Cooper** **1020 Briggs LAne** **Springhill, TN 37174** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131844** | | | | **Warranty** | | | | |
| **Mark Costa** **156 Rampart Blvd** **New Kensington, PA 15068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125723** | | | | **Warranty** | | | | |
| **Mark Couse** **10922 Ashton Road** **Northeast, PA 16428** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5077142** | | | | **Warranty** | | | | |
| **Mark D Diver** **45 LeBoeuf Drive  PO Box 921** **Waterford, PA 16441** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3041** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101740** | | | Warranty | | | | |
| **Mark D Drescher 423 N York St Pottstown, PA 19464** | - | | | X | X | | 0.00 |
| Account No. **5101691** | | | Warranty | | | | |
| **Mark D Feasel 3401 Geneva Drive Murfreesboro, TN 37128** | - | | | X | X | | 0.00 |
| Account No. **5119174** | | | Warranty | | | | |
| **Mark D King 5037 Rabbit Chase Lane Arlington, TN 38002** | - | | | X | X | | 0.00 |
| Account No. **5109753** | | | Warranty | | | | |
| **Mark D Uzlik 101 Stephens Street New Kensington, PA 15068** | - | | | | | | 1,175.00 |
| Account No. **5131544** | | | Warranty | | | | |
| **Mark Daniels 1323 Taylor Avenue New Kensington, PA 15060** | - | | | X | X | | 0.00 |

Sheet no. **3042** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  1,175.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5052951** | | | Warranty | | | | |
| **Mark Dearing**<br>**532 Waybridge Rd**<br>**Toledo, Oh 43612** | - | | | X | X | | 0.00 |
| Account No. **5128937** | | | Warranty | | | | |
| **Mark Dreskler**<br>**839 Bryonaire Drive**<br>**Mansfield, OH 44903** | - | | | X | X | | 0.00 |
| Account No. **5056280** | | | Warranty | | | | |
| **Mark Duber**<br>**544 Brookline Ct**<br>**Northfield, OH 44067** | - | | | | | | 1,557.21 |
| Account No. **5106534** | | | Warranty | | | | |
| **Mark Dubiel**<br>**1540 Wakefield Avenue**<br>**Youngstown, OH 44514** | - | | | X | X | | 0.00 |
| Account No. **5119490** | | | Warranty | | | | |
| **Mark Duhamel**<br>**3311 Pine Hollow Dr**<br>**Stow, OH 44224** | - | | | X | X | | 0.00 |

Sheet no. **3043** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,557.21

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5125272 | | Warranty | | | | | | |
| Mark Dziatkowicz 285 Putnam Lane Weirton, WV 26062 | - | | | | X | X | | 0.00 |
| Account No. 5123510 | | Warranty | | | | | | |
| Mark E Glinka 3376 Royal Glinka Delaware, OH 43015 | - | | | | X | X | | 0.00 |
| Account No. 5110474 | | Warranty | | | | | | |
| Mark E Ruhl 1801 Panther Valley Road Pine Grove, PA 17963 | - | | | | X | X | | 0.00 |
| Account No. 5119937 | | Warranty | | | | | | |
| Mark E Smith 700 East 7th Ave Tarentum, PA 15084 | - | | | | X | X | | 0.00 |
| Account No. 5100469 | | Warranty | | | | | | |
| Mark E Flinner 422 Union Avenue New Philadelphia, OH 44663 | - | | | | X | X | | 0.00 |

Sheet no. **3044** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5085180** | | | Warranty | | | | |
| **Mark E Friend** **1079 Stoneridge Avenue** **Lane, OH 43130** | - | | | X | X | | 0.00 |
| Account No. **5108253** | | | Warranty | | | | |
| **Mark E Kelso** **1205 Denivon View Street** **Pittsburgh, PA 15205** | - | | | X | X | | 0.00 |
| Account No. **5075209** | | | Warranty | | | | |
| **Mark E Kromer** **17 Avans Avenue** **Reading, PA 19610** | - | | | X | X | | 0.00 |
| Account No. **5130443** | | | Warranty | | | | |
| **Mark E Padelsky** **712 Cornwall Rd** **State College, PA 16803** | - | | | X | X | | 0.00 |
| Account No. **5086367** | | | Warranty | | | | |
| **Mark E Roberts** **54765 Red Lane Road** **Cumberland, OH 43732** | - | | | X | X | | 0.00 |

Sheet no. **3045** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    0.00
(Total of this page)

In re **Great Lakes Warranty Corporation**                                   Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5090651** | | | | | Warranty | | | | |
| **Mark Ellison** **3916 Gaine Drive** **Clarksville, TN 37040** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5075018** | | | | | Warranty | | | | |
| **Mark English** **18436 Lakehaven Court** **Baton Rouge, LA 70817** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5128892** | | | | | Warranty | | | | |
| **Mark Evans** **1561 Hunt Club Drive** **Milford, OH 45150** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5105289** | | | | | Warranty | | | | |
| **Mark F Kosterny** **928 McCartney** **Easton, PA 18042** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5064179** | | | | | Warranty | | | | |
| **Mark Fiegel** **1460 Endicot Way** **Mount Pleasant, SC 29466** | - | | | | | | | | |
| | | | | | | | | | 83.60 |

Sheet no. **3046** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                83.60

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5110399 | | | Warranty | | | | |
| Mark Flanders 4615 W Boca Raton Road Glendale, AZ 85306 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5116150 | | | Warranty | | | | |
| Mark Frampton 4789 W Tulsa Street Chandler, AZ 85226 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5125625 | | | Warranty | | | | |
| Mark Franks 1035 Pinhook Road W. Harrison, TN 47060 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5102746 | | | Warranty | | | | |
| Mark G Edwards 4140 W Gelding Drive Phoenix, AZ 85053 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5103716 | | | Warranty | | | | |
| Mark Gee 3322 Disston Street Philadelphia, PA 19149 | - | | | | | | |
| | | | | | | | 917.69 |

Sheet no. **3047** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

917.69

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132662** | | | **Warranty** | | | | |
| **Mark Gonzalez 509 Spruce Street Lebanon, PA 17046** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110193** | | | **Warranty** | | | | |
| **Mark Gordon 235 West Chestnut Street  Apt 603 Washington, PA 15301** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5066853** | | | **Warranty** | | | | |
| **Mark Grzelak 142 Rose Hill Drive Pawleys Island, SC 29585** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125814** | | | **Warranty** | | | | |
| **Mark Guzma 2888 Broadhead Road Aliquippa, PA 15001** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123529** | | | **Warranty** | | | | |
| **Mark Guzzo 2424 Maury Dr Birmingham, AL 35242** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.__**3048**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                          ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5118100 | | | | Warranty | | | | |
| Mark H Johnston 1023 Marietta Ave Lancaster, PA 17603 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092483 | | | | Warranty | | | | |
| Mark Haggard 9000 E Lincoln #512 Wichita, KS 67207 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126782 | | | | Warranty | | | | |
| Mark Helton 2480 Via Stella Henderson, NV 89104 | - | | | | | | | |
| | | | | | | | | 1,158.00 |
| Account No. 5108891 | | | | Warranty | | | | |
| Mark Henderson 1741 w Tamar Rd Phoenix, AZ 85086 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5056658 | | | | Warranty | | | | |
| Mark Henley 10235 Mt Holly Rd Charlotte, NC 28214 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3049** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **1,158.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094491** | | | Warranty | | | | |
| **Mark Hitchins** **231 Chestnut Street** **Sewickley, PA 15143** | - | | | X | X | | 0.00 |
| Account No. **5063978** | | | Warranty | | | | |
| **Mark Hofbauer** **220 Springdale Rd** **Venetia, PA 15367** | - | | | X | X | | 0.00 |
| Account No. **5131248** | | | Warranty | | | | |
| **Mark Hubbard** **31 Lambs Road** **Jonestown, PA 17038** | - | | | X | X | | 0.00 |
| Account No. **5100356** | | | Warranty | | | | |
| **Mark I Hooper** **30 Woodland Dr** **Burgettstown, PA 15021** | - | | | X | X | | 0.00 |
| Account No. **5116846** | | | Warranty | | | | |
| **Mark Isaac Fidler** **232 Mill Road** **Bernville, PA 19506** | - | | | | | | 463.72 |

Sheet no. **3050** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **463.72**

In re  **Great Lakes Warranty Corporation**                                   Case No. _____
                                                                        ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097446** | | | | Warranty | | | | |
| **Mark J Beat** **4459 State Route 4** **Attica, OH 44807** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110029** | | | | Warranty | | | | |
| **Mark J Eramo** **33 Logans Run Road** **Enola, PA 17025** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115130** | | | | Warranty | | | | |
| **Mark J Houseknecht** **605 Blue Eagle Avenue** **Harrisburg, PA 17112** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110621** | | | | Warranty | | | | |
| **Mark J Mikela** **107 Maple Circle** **Elizabeth, PA 15037** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093622** | | | | Warranty | | | | |
| **Mark J Skinner** **P.O. Box 95** **Trimble, OH 45782** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3051** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**            ,      Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121351** | | | **Warranty** | | | | |
| **Mark J Steverding** <br> **5781 Silvertree Court** <br> **Madison, OH 04457** | - | | | | | | **182.90** |
| Account No. **5108174** | | | **Warranty** | | | | |
| **Mark Jacobs** <br> **612 Bayhill Court** <br> **Hermitage, TN 37076** | - | | | X | X | | **0.00** |
| Account No. **5118225** | | | **Warranty** | | | | |
| **Mark Jarvis** <br> **7093+9 Colerain Pike** <br> **Bridgeport, OH 43912** | - | | | X | X | | **0.00** |
| Account No. **5132302** | | | **Warranty** | | | | |
| **Mark Johnson** <br> **7001 W Charleston Blvd #2060** <br> **Las Vegas, NV 89117** | - | | | X | X | | **0.00** |
| Account No. **5089917** | | | **Warranty** | | | | |
| **Mark Johnson** <br> **P.O. Box 21537** <br> **Mesa, AZ 85277** | - | | | X | X | | **0.00** |

Sheet no. **3052** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal          **182.90** <br> (Total of this page)

In re  **Great Lakes Warranty Corporation**                                   ,     Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5065025** | | | Warranty | | | | |
| **Mark Johnson** **5874 W. Del Lago Drive** **Glendale, AZ 85308** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127727** | | | Warranty | | | | |
| **Mark Johnson Jr** **1608 Myer Avenue B** **McKeesport, PA 15133** | - | | | | | | |
| | | | | | | | 438.35 |
| Account No. **5109971** | | | Warranty | | | | |
| **Mark K Boomgaard** **513 Dove Court** **Grand Junction, CO 81507** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5096208** | | | Warranty | | | | |
| **Mark Kalil** **1141 Radnor Glen Road** **Brentwood, TN 37027** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5062512** | | | Warranty | | | | |
| **Mark Kathman** **2350 Bagby Street  #13204** **Houston, TX 77006** | - | | | | | | |
| | | | | | | | 776.90 |

| | | |
|---|---|---|
| Sheet no. **3053**  of **4906**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,215.25 |

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097235** | | | Warranty | | | | |
| **Mark Kaufman** **12705 W Maya Way** **Peoria, AZ 85383** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130469** | | | Warranty | | | | |
| **Mark Knable** **7334 Lincoln Way West** **St Thomas, PA 17252** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5069507** | | | Warranty | | | | |
| **Mark Knutsend** **1908 Highland Ave** **Burlington, IA 52601** | | - | | | | | |
| | | | | | | | 217.50 |
| Account No. **5107052** | | | Warranty | | | | |
| **Mark Kostelny** **928 McCartney Street** **Easton, PA 18042** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120638** | | | Warranty | | | | |
| **Mark L taylor** **175 Pagemont Dr** **Medina, TN 38355** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3054** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

217.50

In re **Great Lakes Warranty Corporation**
_____,
Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5112199 | | | | Warranty | | | | |
| Mark L McDaniel 1353 Lane on the Lake Columbus, OH 43235 | - | | | | X | X | | 0.00 |
| Account No. 5111852 | | | | Warranty | | | | |
| Mark L Palmo 1331 Anthony Run Rd Indiana, PA 15701 | - | | | | X | X | | 0.00 |
| Account No. 5095110 | | | | Warranty | | | | |
| Mark L Shields 1612 Kimber Road Wooster, OH 44691 | - | | | | X | X | | 0.00 |
| Account No. 5127878 | | | | Warranty | | | | |
| Mark Laack 1111 North Broadway Green Bay, WI 54303 | - | | | | X | X | | 0.00 |
| Account No. 5104971 | | | | Warranty | | | | |
| Mark Lange 7007 West Charles Avenue Laveen, AZ 85339 | - | | | | X | X | | 0.00 |

Sheet no. **3055** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re  **Great Lakes Warranty Corporation**                          ,  Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5096121** | | | | Warranty | | | | |
| **Mark Larey** **208 Mansfield Drive** **Spartanburg, SC 29307** | | - | | | | | | |
| | | | | | | | | **1,318.00** |
| Account No. **5126939** | | | | Warranty | | | | |
| **Mark Laubach** **59 Raymond Street** **Philipsburg, NJ 08865** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132748** | | | | Warranty | | | | |
| **Mark Lawrence** **763 Milanville Road** **Beach Lake, PA 18405** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5068955** | | | | Warranty | | | | |
| **Mark Leininger** **6446 St Rt 118** **Celina, OH 45822** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126673** | | | | Warranty | | | | |
| **Mark Lemons** **1310 Taylor Road** **Manchester, TN 37355** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3056** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **1,318.00**

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____
                                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5130054** | | | | **Warranty** | | | | |
| **Mark Letusick** **291 County Road 17** **Rayland, OH 43943** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5058505** | | | | **Warranty** | | | | |
| **Mark Lockett** **221 Shadowood Dr** **Johnson City, TN 37604** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107618** | | | | **Warranty** | | | | |
| **Mark Lonsway** **630 Crofton Park Lane** **Franklin, TN 37069** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107968** | | | | **Warranty** | | | | |
| **Mark Lukens** **8836 Blitzen Avenue** **North Canton, OH 44720** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123761** | | | | **Warranty** | | | | |
| **Mark Lutynsky** **108 Ridgewood Dr** **Sarver, PA 16055** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3057** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re **Great Lakes Warranty Corporation**                              Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5110853 | | | | | Warranty | | | | |
| Mark M Faut 2160 E Flintlock Way Chandler, AZ 85249 | - | | | | | | | | 1,178.90 |
| Account No. 5104926 | | | | | Warranty | | | | |
| Mark M Moss 4035 Duckcreek Road North Jackson, OH 44451 | - | | | | | X | X | | 0.00 |
| Account No. 5101751 | | | | | Warranty | | | | |
| Mark M Ruzic 13609 Drexmore Cleveland, OH 44120 | - | | | | | X | X | | 0.00 |
| Account No. 5097669 | | | | | Warranty | | | | |
| Mark MacVittie 398 W Jasper Drive Chandler, AZ 85225 | - | | | | | X | X | | 0.00 |
| Account No. 5113263 | | | | | Warranty | | | | |
| Mark Mahony 2325 Wyland Avenue Allison Park, PA 15101 | - | | | | | X | X | | 0.00 |

Sheet no. **3058** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,178.90

In re **Great Lakes Warranty Corporation**                                      Case No. _____
                                                              ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099219** | | | | Warranty | | | | |
| **Mark Maturen** **7390 Maceday Lake Road** **Waterford, MI 48329** | - | | | | | | | 559.80 |
| Account No. **5130349** | | | | Warranty | | | | |
| **Mark McCoy** **5040 Sutherland Drive** **Columbus, OH 43207** | - | | | | X | X | | 0.00 |
| Account No. **5098012** | | | | Warranty | | | | |
| **Mark McCready** **2 Bentlee Court** **Quispamsis, NB E2E4K5** **CANADA** | - | | | | X | X | | 0.00 |
| Account No. **5099223** | | | | Warranty | | | | |
| **Mark McCroskey** **1485 Deer Run Drive** **Ft Gibson, OK 74434** | - | | | | | | | 403.42 |
| Account No. **5125376** | | | | Warranty | | | | |
| **Mark McGlashen** **2406 Country Club Ct** **Davison, MI 48423** | - | | | | X | X | | 0.00 |

Sheet no. **3059** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          963.22

In re  **Great Lakes Warranty Corporation**                                          ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5099923** | | | Warranty | | | | |
| **Mark Musial** **2192 Ben Franklin Drive** **Pittsburgh, PA 15237** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5128089** | | | Warranty | | | | |
| **Mark Noble** **2078 Waynesburg Rd NW** **Carrollton, OH 44615** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5071052** | | | Warranty | | | | |
| **Mark Orndorff** **105 Woodranch Lane** **Moore, SC 29369** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5071793** | | | Warranty | | | | |
| **Mark Oyer** **1866 Robin Way** **Bethlehem, PA 18018** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102943** | | | Warranty | | | | |
| **Mark P Adams** **216B East Baldwin Road** **Panama City, FL 32405** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3060** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5108456** | | | | **Warranty** | | | | |
| **Mark P Barbus** **601 Ridge Road  Apt G1** **Sellersville, PA 18960** | - | | | | X | X | | 0.00 |
| Account No. **5109555** | | | | **Warranty** | | | | |
| **Mark Pollan** **12710 Eldrid Place** **Silver Spring, MD 20904** | - | | | | X | X | | 0.00 |
| Account No. **5131252** | | | | **Warranty** | | | | |
| **Mark R Roth** **2109 Cross Creek Rd** **Macungie, PA 18062** | - | | | | | | | 1,120.00 |
| Account No. **5105096** | | | | **Warranty** | | | | |
| **Mark R Van Lenten** **75 Talon Drive** **Ephrata, PA 17522** | - | | | | X | X | | 0.00 |
| Account No. **5069713** | | | | **Warranty** | | | | |
| **Mark Reeder** **3801 E Irma Lane** **Phoenix, AZ 85050** | - | | | | X | X | | 0.00 |

Sheet no. **3061** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           **1,120.00**

In re     **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5077100** | | | | **Warranty** | | | | |
| **Mark Reese 9061 Rooks Road Centerville, OH 45458** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127540** | | | | **Warranty** | | | | |
| **Mark Reidenbaugh 30 Horseshoe Drive Ephrata, PA 17522** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126348** | | | | **Warranty** | | | | |
| **Mark Rhodes 234 Voyager Estates West Newton, PA 15089** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093780** | | | | **Warranty** | | | | |
| **Mark Robin 309 Terry Trace Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102353** | | | | **Warranty** | | | | |
| **Mark S Crabtree 1272 Willowridge Drive Beavercreek, OH 45434** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3062** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                                          0.00

In re  **Great Lakes Warranty Corporation** ,  Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128337** | | | | Warranty | | | | |
| **Mark S Gaddy** **1577 Neshaminy Valley Dr** **Bensalem, PA 19020** | - | | | | X | X | | 0.00 |
| Account No. **5124693** | | | | Warranty | | | | |
| **Mark S Trew** **11 Fairview Road** **Pittsburgh, PA 15221** | - | | | | X | X | | 0.00 |
| Account No. **5124691** | | | | Warranty | | | | |
| **Mark S Trew** **11 Fairview Road** **Pittsburgh, PA 15221** | - | | | | X | X | | 0.00 |
| Account No. **5107213** | | | | Warranty | | | | |
| **Mark Schaeve** **3007 Treeside Street NW** **Canton, OH 44709** | - | | | | X | X | | 0.00 |
| Account No. **5104150** | | | | Warranty | | | | |
| **Mark Sentner** **211 Sixth Avenue** **Pittsburgh, PA 15229** | - | | | | X | X | | 0.00 |

Sheet no.**3063** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re   **Great Lakes Warranty Corporation**       ,    Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5114205 | | | | Warranty | | | | |
| Mark Shoemaker 1429 Brynmawr Street Scranton, PA 18504 | - | | | | X | X | | 0.00 |
| Account No. 5099184 | | | | Warranty | | | | |
| Mark Shust 6474 State Road Cleveland, OH 44134 | - | | | | X | X | | 0.00 |
| Account No. 5119858 | | | | Warranty | | | | |
| Mark Simmonds 160 Patten Circle Albrightsville, PA 18210 | - | | | | | | | 1,041.00 |
| Account No. 5090987 | | | | Warranty | | | | |
| Mark Simonek 4623 E Ardmore Road Phoenix, AZ 85044 | - | | | | X | X | | 0.00 |
| Account No. 5113761 | | | | Warranty | | | | |
| Mark Smeby 7043 Penbrook Drive Frankllin, TN 37069 | - | | | | X | X | | 0.00 |

Sheet no. **3064** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,041.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106412** | | | | Warranty | | | | |
| **Mark Smith** **8730 Glenloch Street** **Philadelphia, PA 19136** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128324** | | | | Warranty | | | | |
| **Mark Snipe** **5527 Stanton Ave** **Pittsburgh, PA 15206** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102294** | | | | Warranty | | | | |
| **Mark Sobota** **RD 1 Box 190 S** **Acme, PA 15610** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113586** | | | | Warranty | | | | |
| **Mark Spagnuolo** **62 S Thomas Avenue** **Kingston, PA 18704** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132552** | | | | Warranty | | | | |
| **Mark Spengler** **2382 Turnbury Road** **Culbertsville, PA 19575** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3065** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Great Lakes Warranty Corporation**                                          ,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096474** | | | Warranty | | | | |
| **Mark Starcher** **3483 Clay Road** **Spencer, WV 25276** | - | | | X | X | | 0.00 |
| Account No. **5114807** | | | Warranty | | | | |
| **Mark Stephens** **PO Box 220771** **Chantilly, VA 20153** | - | | | X | X | | 0.00 |
| Account No. **5116728** | | | Warranty | | | | |
| **Mark Stevens** **1053 Baier Ave NE** **Louisville, OH 44641** | - | | | X | X | | 0.00 |
| Account No. **5101093** | | | Warranty | | | | |
| **Mark Stuyvesant** **PO Box 264** **Belmont, WV 26134** | - | | | X | X | | 0.00 |
| Account No. **5094467** | | | Warranty | | | | |
| **Mark T Finney** **1851 Joel Road** **Carthage, NC 28327** | - | | | | | | 795.05 |

Sheet no. **3066** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

795.05

In re **Great Lakes Warranty Corporation** ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5077518** | | | | **Warranty** | | | | |
| **Mark T Huffman** **3522 37th Street** **New Brighton, PA 15066** | - | | | | X | X | | 0.00 |
| Account No. **5127493** | | | | **Warranty** | | | | |
| **Mark Thomas** **611 Terry Avenue NE** **Massillon, OH 44646** | - | | | | X | X | | 0.00 |
| Account No. **5084392** | | | | **Warranty** | | | | |
| **Mark Timothy Rangel** **2418 W Brilliant Sky Drive** **Phoenix, AZ 85085** | - | | | | X | X | | 0.00 |
| Account No. **5079035** | | | | **Warranty** | | | | |
| **Mark Tiounoff** **114 Devon Road** **Cinnaminson, NJ 08077** | - | | | | X | X | | 0.00 |
| Account No. **5113029** | | | | **Warranty** | | | | |
| **Mark Torres** **2516 S 102nd Lane** **Tolleson, AZ 85353** | - | | | | X | X | | 0.00 |

Sheet no. **3067** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal                                    **0.00**
                     (Total of this page)

In re **Great Lakes Warranty Corporation**                                Case No. _____
                                                          ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5070177** | | | | **Warranty** | | | | |
| **Mark Travis 850 Bonney Lane  #300 Bellefontaine, OH 43311** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094387** | | | | **Warranty** | | | | |
| **Mark V Miglicio 77 W High Street Yoe, PA 17313** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103090** | | | | **Warranty** | | | | |
| **Mark Venuti 508 Southern Turf Drive Nashville, TN 37211** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099186** | | | | **Warranty** | | | | |
| **Mark W McCormack 398 Kings Highway  Lot 72 Marysville, PA 17053** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108515** | | | | **Warranty** | | | | |
| **Mark W Meekins 2332 W Sienna Bouquet Place Phoenix, AZ 85085** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3068** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re __**Great Lakes Warranty Corporation**_____,  Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5094903 | | | | Warranty | | | | |
| Mark W Montgomery 1102 Spruce Grove Road Oxford, PA 19363 | - | | | | X | X | | 0.00 |
| Account No. 5070932 | | | | Warranty | | | | |
| Mark Weber 4850 Graywood Ave Long Beach, CA 90808 | - | | | | X | X | | 0.00 |
| Account No. 5099271 | | | | Warranty | | | | |
| Mark Wehner 3511 Woodmont Lane Nashville, TN 37215 | - | | | | X | X | | 0.00 |
| Account No. 5117194 | | | | Warranty | | | | |
| Mark Whitmore 1056 Weeks Road Panama, NY 14767 | - | | | | X | X | | 0.00 |
| Account No. 5077048 | | | | Warranty | | | | |
| Mark Whitt 8276 Chippenham Drive Dublin, OH 43016 | - | | | | X | X | | 0.00 |

Sheet no. __3069__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re __Great Lakes Warranty Corporation__ , Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5050204** | | | | | **Warranty** | | | | |
| **Mark Workman**<br>**1035 N 2nd St**<br>**Mesa, AZ 85201** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5118870** | | | | | **Warranty** | | | | |
| **Mark Woydick**<br>**107 Heinz Court**<br>**Johnstown, PA 15907** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5113398** | | | | | **Warranty** | | | | |
| **Mark Youngman**<br>**5103 Nashville Highway**<br>**Chapel Hill, TN 37034** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5129557** | | | | | **Warranty** | | | | |
| **Markeia T Jones**<br>**109 Indian Trail Rd**<br>**Cape May Court House, NJ 08210** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5116829** | | | | | **Warranty** | | | | |
| **Markos Mendoza**<br>**833 Aspen Peak Loop  #2611**<br>**Las Vegas, NV 89011** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**3070** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**         ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5071269 | | | | Warranty | | | | |
| Markus Grabants 1136 Shoreline Drive Stanley, NC 28164 | | - | | | | | | 234.00 |
| Account No. 5114464 | | | | Warranty | | | | |
| Marla J Romero PO Box 292 Loganville, PA 17342 | | - | | | X | X | | 0.00 |
| Account No. 5121319 | | | | Warranty | | | | |
| Marla L Pitt 110 Pennsylvania Ave Mount Gretna, PA 17064 | | - | | | X | X | | 0.00 |
| Account No. 5092211 | | | | Warranty | | | | |
| Marla Soto 515 N Ninth Street Allentown, PA 18102 | | - | | | X | X | | 0.00 |
| Account No. 5107882 | | | | Warranty | | | | |
| Marla Stamper 3626 Springmill Road Shelby, OH 44875 | | - | | | X | X | | 0.00 |

Sheet no. **3071** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **234.00**

In re   **Great Lakes Warranty Corporation**                                   ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089814** | | | Warranty | | | | |
| **Marla Tajeda** **1785 Chapel Avenue** **Allentown, PA 18103** | - | | | X | X | | 0.00 |
| Account No. **5124279** | | | Warranty | | | | |
| **Marlane Peak** **102 Carriage Way** **Brentwood, TN 37027** | - | | | X | X | | 0.00 |
| Account No. **5123144** | | | Warranty | | | | |
| **Marlee  Hoffman** **5625 E Nauni Vally Dr** **Paradise Valley, AZ 85253** | - | | | X | X | | 0.00 |
| Account No. **5088679** | | | Warranty | | | | |
| **Marlen B Jacobs** **8020 NE 128th Avenue** **Kirkland, WA 98034** | - | | | | | | 180.59 |
| Account No. **5109877** | | | Warranty | | | | |
| **Marlen Torres Delgado** **500 Piccadilly Row  Apt 126** **Antioch, TN 37013** | - | | | X | X | | 0.00 |

Sheet no. **3072** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

180.59

In re __Great Lakes Warranty Corporation__ _____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5121290 | | | | Warranty | | | | |
| Marlene Adkins 4493 Lomita St Las Vegas, NV 89121 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131919 | | | | Warranty | | | | |
| Marlene Chaiken 675 E Street E Rd Apt Warminster, PA 18974 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5115364 | | | | Warranty | | | | |
| Marlene Hocevar 2518 Tupelo Ddrive Roaming Shores, OH 44084 | - | | | | | | | |
| | | | | | | | | 200.38 |
| Account No. 5091597 | | | | Warranty | | | | |
| Marlene Johnson 406 Harrison Avenue Greensburg, PA 15601 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131040 | | | | Warranty | | | | |
| Marlene Jones 2136 Medary Avenue Philadelphia, PA 19138 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __3073__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

200.38

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5093435 | | | | Warranty | | | | |
| Marlene K Henschen 11123 State Route 29 New Knoxville, OH 45871 | - | | | | X | X | | 0.00 |
| Account No. 5124405 | | | | Warranty | | | | |
| Marlene M Lewis 3915 Superior St Munhall, PA 15120 | - | | | | X | X | | 0.00 |
| Account No. 5111586 | | | | Warranty | | | | |
| Marlene M Weldon 430 N Hanover Street Hershey, PA 17033 | - | | | | X | X | | 0.00 |
| Account No. 5069897 | | | | Warranty | | | | |
| Marlene Marckisotto 8021 Apt A Saltsburg Rd Pittsburgh, PA 15239 | - | | | | X | X | | 0.00 |
| Account No. 5060408 | | | | Warranty | | | | |
| Marlenia Overholt PO Box 832 Hendersonville, TN 37077 | - | | | | | | | 899.50 |

Sheet no. **3074** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        899.50

In re  **Great Lakes Warranty Corporation**                                        ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5089362** | | | | | **Warranty** | | | | |
| **Marlin D Carpenter 5002 E Windsor Ave Phoenix, AZ 85008** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5132138** | | | | | **Warranty** | | | | |
| **Marlin Rhoads 549 Frysville Road York, PA 17406** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5087896** | | | | | **Warranty** | | | | |
| **Marlisa A Kreiser 89 Moonshine Rd Jonestown, PA 17038** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5130235** | | | | | **Warranty** | | | | |
| **Marlo Sturgis 1979a Quaker Valley Fishertown, PA 15539** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5100584** | | | | | **Warranty** | | | | |
| **Marlon A Hill Sr 1600 Harrell Road Arlington, TN 38002** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**3075** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re **Great Lakes Warranty Corporation**                                    , Case No. _____
                                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5104755 | | | | Warranty | | | | |
| Marlyn Barbosa 920 Plane Street Apt 4204 Columbia, PA 17512 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129478 | | | | Warranty | | | | |
| Marlyn Lovett 134 Colony Avenue Park Ridge, NJ 07656 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130095 | | | | Warranty | | | | |
| Marques D Russell 112 Lafayette AVe Darby, PA 19023 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118698 | | | | Warranty | | | | |
| Marques Penn 1418 Bellaire Place Pitsburgh, PA 15226 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130921 | | | | Warranty | | | | |
| Marquette Carter 1152 Rutland Road Apt 1 Memphis, TN 38114 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3076** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5130426** | | | | | **Warranty** | | | | |
| **Marquita Darden** **605 /w Market Street** **West Chester, PA 19382** | | - | | | | | | | 1,261.29 |
| Account No. **5114914** | | | | | **Warranty** | | | | |
| **Marquita L Harris** **1253 Dickson Street** **Pittsburgh, PA 15212** | | - | | | | X | X | | 0.00 |
| Account No. **5067945** | | | | | **Warranty** | | | | |
| **Marris Alecsa** **6539 West Eagle Talon Trail** **Phoenix, AZ 85085** | | - | | | | X | X | | 0.00 |
| Account No. **5071150** | | | | | **Warranty** | | | | |
| **Marsha Cates** **42 Club Court** **Stroudsburg, PA 18360** | | - | | | | | | | 3,262.50 |
| Account No. **5108323** | | | | | **Warranty** | | | | |
| **Marsha E Gibbs** **134 S Pierce Street** **Galion, OH 44833** | | - | | | | X | X | | 0.00 |

Sheet no. **3077** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 4,523.79

In re    **Great Lakes Warranty Corporation** ,    Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5132433 | | | | | Warranty | | | | |
| Marsha Kurpakus 1229 Forest Avenue New Kensington, PA 15068 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5113577 | | | | | Warranty | | | | |
| Marsha M Raineri 73 Seventh Street Midland, PA 15059 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5106742 | | | | | Warranty | | | | |
| Marsha R Nusbaum 2154 Enoff Drive Westminster, MD 21157 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5124429 | | | | | Warranty | | | | |
| Marsha R Phillips 235 Canal Rd NW Baltimore, OH 43105 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5090632 | | | | | Warranty | | | | |
| Marsha Sayer 109 White Pine Avenue Hamburg, PA 19526 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3078** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

In re   **Great Lakes Warranty Corporation**                                              ,     Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5087578** | | | | | Warranty | | | | |
| **Marshall Blair** **608 Hanford Street** **Columbus, OH 43206** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5083960** | | | | | Warranty | | | | |
| **Marshall Davis III** **2123 Brodhead Road** **Aliquippa, PA 15001** | - | | | | | | | | |
| | | | | | | | | | **390.00** |
| Account No. | | | | | Trade | | | | |
| **Marshall Dennehey Warner** **1845 Walnut Street** **Philadelphia, PA 19103** | - | | | | | | | | |
| | | | | | | | | | **348.00** |
| Account No. **5106507** | | | | | Warranty | | | | |
| **Marshall Hill** **700 McKinley  Apt 713** **Canton, OH 44703** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5110246** | | | | | Warranty | | | | |
| **Marshall J Bravo** **8 Gaskel Street** **Pittsburgh, PA 15211** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **3079** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **738.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089929** <br><br> **Marshall Kahn** <br> **3432 E Manso Street** <br> **Phoenix, AZ 85044** | - | | Warranty | | | | 352.00 |
| Account No. **5125905** <br><br> **Marshall L Bingham** <br> **148 9th Ave** <br> **New Paris, PA 15554** | - | | Warranty | X | X | | 0.00 |
| Account No. **5123475** <br><br> **Marshall McFarland** <br> **54 Park Ave** <br> **Shelby, OH 44875** | - | | Warranty | X | X | | 0.00 |
| Account No. **5061284** <br><br> **Marshall Nickens Jr.** <br> **106 Haven St** <br> **Hendersonville, TN 37075** | - | | Warranty | | | | 247.99 |
| Account No. **5127948** <br><br> **Marshall Shumate** <br> **748 Hill Road** <br> **Brentwood, TN 37027** | - | | Warranty | | | | 887.00 |

Sheet no. **3080** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,486.99**

In re   **Great Lakes Warranty Corporation**                            ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
|  |  | H W | J C |  |  |  |  |  |
| Account No. 5094338 |  |  |  | Warranty |  |  |  |  |
| Marshall Tolley 11281 Eureka Road PO Box 156 McKean, PA 16426 | - |  |  |  | X | X |  |  |
|  |  |  |  |  |  |  |  | 0.00 |
| Account No. 5083868 |  |  |  | Warranty |  |  |  |  |
| Marshall Watson 721 Forrest Cove Court Clarksville, TN 37040 | - |  |  |  | X | X |  |  |
|  |  |  |  |  |  |  |  | 0.00 |
| Account No. 5112360 |  |  |  | Warranty |  |  |  |  |
| Marshall Wiemer 35 Browns Drive Easton, PA 18042 | - |  |  |  | X | X |  |  |
|  |  |  |  |  |  |  |  | 0.00 |
| Account No. 5087862 |  |  |  | Warranty |  |  |  |  |
| Marshia B Waddell 12232 Mantle Drive Jacksonville, FL 32224 | - |  |  |  | X | X |  |  |
|  |  |  |  |  |  |  |  | 0.00 |
| Account No. 5131940 |  |  |  | Warranty |  |  |  |  |
| Marta Monegro 870 North Vine Street Hazleton, PA 18201 | - |  |  |  | X | X |  |  |
|  |  |  |  |  |  |  |  | 0.00 |

Sheet no. **3081** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5110780**<br><br>**Marta Thomas**<br>**695 West Ladd Avenue**<br>**Bloomington, IN 47403** | - | | **Warranty** | | | | 433.52 |
| Account No. **5078536**<br><br>**Martez D Moore**<br>**122 Cumberland Shores Drive**<br>**Hendersonville, TN 37075** | - | | **Warranty** | | | | 260.30 |
| Account No. **5119290**<br><br>**Martha Durst**<br>**55498 Fourth Ave**<br>**Reedsville, OH 45772** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5109742**<br><br>**Martha Eden**<br>**1430 Gravel Hill Road**<br>**Bethpage, TN 37022** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5119391**<br><br>**Martha Rogowsky**<br>**1894 Bentley Dr**<br>**Salem, OH 44460** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **3082** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          693.82

In re **Great Lakes Warranty Corporation**        Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109791** | | | Warranty | | | | |
| **Martha Rowell 202 s Main St Gaston, SC 29053** | - | | | X | X | | 0.00 |
| Account No. **5115803** | | | Warranty | | | | |
| **Martha A Silver 3855 Mill Drive Zanesville, OH 43701** | - | | | X | X | | 0.00 |
| Account No. **5104754** | | | Warranty | | | | |
| **Martha Ann Ferkel 28 Plantation Drive Manning, SC 29202** | - | | | X | X | | 0.00 |
| Account No. **5044791** | | | Warranty | | | | |
| **Martha Ballenger 1831 University Circle Charlottesville, VA 22903** | - | | | X | X | | 0.00 |
| Account No. **5046973** | | | Warranty | | | | |
| **Martha Blanc 336 Paxinosa Ave. Easton, PA 18042** | - | | | | | | 196.00 |

Sheet no. **3083** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal (Total of this page)      **196.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108867** | | | | **Warranty** | | | | |
| **Martha Cabrera de Sosa** **1166 Liberty Street** **San Luis, AZ 85349** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124360** | | | | **Warranty** | | | | |
| **Martha Coulbourne** **244 N Simpson St** **Philadelphia, PA 19139** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121235** | | | | **Warranty** | | | | |
| **Martha D Becker** **513 Stacy Sq Terrace** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119292** | | | | **Warranty** | | | | |
| **Martha Durst** **55498 Fourth Ave** **Reedsville, OH 45772** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5072316** | | | | **Warranty** | | | | |
| **Martha Englund** **PO Box 250** **Cashion, AZ 85329** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3084** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5106513** | | | Warranty | | | | |
| **Martha J Wilson** **2227 Aplegrove Street NW** **North Canton, OH 44720** | | - | | X | X | | 0.00 |
| Account No. **5113217** | | | Warranty | | | | |
| **Martha J Golea** **4333 N 24th Street  #205** **Phoenix, AZ 85016** | | - | | X | X | | 0.00 |
| Account No. **5111419** | | | Warranty | | | | |
| **Martha J Weber** **3606 Cambria Street** **Munhall, PA 15120** | | - | | X | X | | 0.00 |
| Account No. **5091053** | | | Warranty | | | | |
| **Martha Jane Sellars** **1209 W Sixteenth Street** **Tempe, AZ 85281** | | - | | X | X | | 0.00 |
| Account No. **5123925** | | | Warranty | | | | |
| **Martha L. Gorham** **6100 Jocelyn Hollow Road** **Nashville, TN 37205** | | - | | X | X | | 0.00 |

Sheet no.**3085**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re  **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                    ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5109800** | | | | Warranty | | | | |
| **Martha Llama** **1957 Dwarf STar** **Las Vegas, NV 89115** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5080848** | | | | Warranty | | | | |
| **Martha Pratt** **135 Sturbridge Drive** **Franklin, TN 37064** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5062899** | | | | Warranty | | | | |
| **Martha S. Lawson** **819 12th Street** **New Brighton, PA 15066** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125149** | | | | Warranty | | | | |
| **Marti Burdiss** **760 Charter Drive  Unit D-17** **Longs, SC 29568** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132477** | | | | Warranty | | | | |
| **Martin  Koster** **900 E Pearl St #3** **Butler, PA 16001** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3086** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____
_____,
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114204 | | | | Warranty | | | | |
| Martin  McKee 607 Ridgemont Avenue Pittsburgh, PA 15220 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129093 | | | | Warranty | | | | |
| Martin  Torresa Conde 930 Birch St Reading, PA 19604 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5098322 | | | | Warranty | | | | |
| Martin A Kirsch 232 Fees Lane  Box 127 Nicktown, PA 15762 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109515 | | | | Warranty | | | | |
| Martin Alver 4307 Arwind Court Louisville, KY 40245 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109739 | | | | Warranty | | | | |
| Martin Avila 1508 Lynbrooke Drive Yardley, PA 19067 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3087** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re **Great Lakes Warranty Corporation**                             Case No. _____
                                                    Debtor
,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5121874 | | | | Warranty | | | | |
| Martin C Tima 2240 Interlake Dr Lake Havasu City, AZ 86403 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127363 | | | | Warranty | | | | |
| Martin Clement Jr. 13022 County RT 123 Henderson Harbor, NY 13651 | - | | | | | | | |
| | | | | | | | | 117.00 |
| Account No. 5110033 | | | | Warranty | | | | |
| Martin Cole 6333 Salmon Drive  Apt 6 Memphis, TN 38115 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126715 | | | | Warranty | | | | |
| Martin Cripps PO Box 191 Wildwood, NJ 08260 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5077639 | | | | Warranty | | | | |
| Martin D Willis 401 Bowling Avenue  #50 Nashville, TN 37205 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3088** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

117.00

In re   **Great Lakes Warranty Corporation**         ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089854** <br><br> **Martin Davis** <br> **339 Chestnut Street** <br> **Mount Carmel, PA 17851** | - | | Warranty | | | | 155.00 |
| Account No. 5125783 <br><br> **Martin Donahue** <br> **504 Blue Mountain Rd** <br> **Schuylkill Haven, PA 17972** | - | | Warranty | X | X | | 0.00 |
| Account No. 5109931 <br><br> **Martin G Harrison** <br> **310 Mackey Street** <br> **Vienna, OH 44473** | - | | Warranty | X | X | | 0.00 |
| Account No. 5111525 <br><br> **Martin Gregus** <br> **352 Cherrywood Dr** <br> **Clementon, NJ 08021** | - | | Warranty | X | X | | 0.00 |
| Account No. 5115106 <br><br> **Martin L Mitchell** <br> **115 Dundee Lane** <br> **Columbia, SC 29203** | - | | Warranty | X | X | | 0.00 |

Sheet no. **3089** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **155.00**

In re **Great Lakes Warranty Corporation**        Case No. _____
_____,
                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5097863** | | | | **Warranty** | | | | |
| **Martin M Mikulka**<br>**128 Summit Street**<br>**Edwardsville, PA 18704** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079748** | | | | **Warranty** | | | | |
| **Martin McDonald**<br>**1218 Arrott Street**<br>**Philadelphia, PA 19124** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088446** | | | | **Warranty** | | | | |
| **Martin McElhaney**<br>**3536 W Andora Drive**<br>**Phoenix, AZ 85029** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125602** | | | | **Warranty** | | | | |
| **Martin Mosesso**<br>**1827 President Drive**<br>**Glenshaw, PA 15116** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073502** | | | | **Warranty** | | | | |
| **Martin P Gismondi**<br>**728 Brown Street**<br>**Everson, PA 15631** | - | | | | | | | |
| | | | | | | | | 608.50 |

Sheet no. **3090** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal<br>(Total of this page)      608.50

In re **Great Lakes Warranty Corporation**                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5087895** | | | | Warranty | | | | |
| **Martin Pahula** **18 Venice Drive** **Smock, PA 15480** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132422 | | | | Warranty | | | | |
| **Martin Parrales** **2009 Canyon Breeze Drive** **Las Vegas, NV 89134** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116999 | | | | Warranty | | | | |
| **Martin R Spears** **7316 Middlebrook Circle** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5091686 | | | | Warranty | | | | |
| **Martin Raphael** **2220 W Mission Lane #2153** **Phoenix, AZ 85021** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105024 | | | | Warranty | | | | |
| **Martin Ruiz** **9047 Calle Carlos** **Tempe, AZ 85283** | - | | | | | | | |
| | | | | | | | | 455.74 |

Sheet no.**3091** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

455.74

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132024** | | | **Warranty** | | | | |
| **Martin Salloumi** **2105 Newell Street** **Sterling Hieghts, MI 48310** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5124375** | | | **Warranty** | | | | |
| **Martin Sewell** **261 Co Rd 364** **Niota, TN 37826** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5075773** | | | **Warranty** | | | | |
| **Martin W Saltsman** **PO 2336   7001 Leisure lane** **Carefree, AZ 85377** | - | | | | | | |
| | | | | | | | **1,194.51** |
| Account No. **5086003** | | | **Warranty** | | | | |
| **Martin Weber** **3745 Harriet Avenue S  Apt 102** **Minneapolis, MN 55409** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5064375** | | | **Warranty** | | | | |
| **Martin Wood** **410 E. Clay St** **Panora, IA 50216** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**3092** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **1,194.51**

In re   **Great Lakes Warranty Corporation**                                         ,   Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104073** | | | | **Warranty** | | | | |
| **Martin Yohana** **2746 Heritage Avenue** **Canton, OH 44718** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118867** | | | | **Warranty** | | | | |
| **Martina M Davanzo** **918 Chelsea Dr** **Easton, PA 18045** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111404** | | | | **Warranty** | | | | |
| **Martine Nielsen** **120 Parker Avenue** **Easton, PA 18084** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118413** | | | | **Warranty** | | | | |
| **Marty  Mitchell** **1 Eola Dr  No 3** **Orlando, FL 32801** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104660** | | | | **Warranty** | | | | |
| **Marty Halprin** **760 Lanark Street** **Winnipeg, MB R3N1M3** **CANADA** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3093**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re __Great Lakes Warranty Corporation__ ,                Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5065477** | | | Warranty | | | | |
| **Marty Machi** **5850 centre Ave # 308** **Pittsburgh, PA 15206** | | - | | X | X | | 0.00 |
| Account No. 5095623 | | | Warranty | | | | |
| **Marvin  Hall Jr** **149 Victoria Street** **Youngstown, OH 44510** | | - | | X | X | | 0.00 |
| Account No. 5087835 | | | Warranty | | | | |
| **Marvin Farmer** **2226 Greenfield Drive** **Northfield, MN 55057** | | - | | X | X | | 0.00 |
| Account No. 5125091 | | | Warranty | | | | |
| **Marvin Hardy** **7309 Somerset Street** **Pittsburgh, PA 15235** | | - | | X | X | | 0.00 |
| Account No. 5070543 | | | Warranty | | | | |
| **Marvin Kronenberg** **3813 Abbot Martin Rd** **Nashville, TN 37215** | | - | | X | X | | 0.00 |

Sheet no. __3094__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**        ,    Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5071212** | | | Warranty | | | | |
| **Marvin L Foster** **210 Wayne Ave** **Carrollton, OH 44615** | - | | | X | X | | 0.00 |
| Account No. **5121944** | | | Warranty | | | | |
| **Marvin L Meadows** **9339 State Route 159  Apt 3** **Chillicothe, OH 45601** | - | | | | | | 1,236.00 |
| Account No. **5124195** | | | Warranty | | | | |
| **Marvin Myers** **6822 Baile Rd** **Las Vegas, NV 89146** | - | | | X | X | | 0.00 |
| Account No. **5099837** | | | Warranty | | | | |
| **Marvin Sauers** **311 Delicious Lane** **Sugarloaf, PA 18249** | - | | | X | X | | 0.00 |
| Account No. **5119735** | | | Warranty | | | | |
| **Marvin Spuers** **311 Delicious Dr** **Sugarloaf, PA 18249** | - | | | X | X | | 0.00 |

Sheet no. **3095** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,236.00**

In re    **Great Lakes Warranty Corporation**         ,    Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5091255** | | | Warranty | | | | |
| **Marvin W Fulmer** **258 Long Boys Trail** **Newberry, SC 29108** | - | | | X | X | | 0.00 |
| Account No. **5072757** | | | Warranty | | | | |
| **Marvis B Gonzalez** **P.O. Box 6226** **Sevierville, TN 37864** | - | | | | | | 1,348.10 |
| Account No. **5077514** | | | Warranty | | | | |
| **Mary Craig** **5612 Township Road 54** **Salineville, OH 43945** | - | | | X | X | | 0.00 |
| Account No. **5130650** | | | Warranty | | | | |
| **Mary Dupre** **1601 S Sandhill No62** **Las Vegas, NV 89104** | - | | | X | X | | 0.00 |
| Account No. **5098839** | | | Warranty | | | | |
| **Mary Edwards** **4221 State Route 762** **Lockbourne, OH 43131** | - | | | X | X | | 0.00 |

Sheet no. **3096** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,348.10**

In re __Great Lakes Warranty Corporation__ ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5117951 | | | | Warranty | | | | |
| Mary Gardner 226 Calmar Dr Verona, PA 15147 | - | | | | X | X | | 0.00 |
| Account No. 5079034 | | | | Warranty | | | | |
| Mary Hatcher 2536 W Nichols Street Philadelphia, PA 19121 | - | | | | X | X | | 0.00 |
| Account No. 5091805 | | | | Warranty | | | | |
| Mary Laudeman 719 Lytle Street Minersville, PA 17954 | - | | | | X | X | | 0.00 |
| Account No. 5119608 | | | | Warranty | | | | |
| Mary Lopez 3109 Mercer Rd New Castle, PA 16105 | - | | | | X | X | | 0.00 |
| Account No. 5132268 | | | | Warranty | | | | |
| Mary Nance 303 Norththree Rivers Apartments FT Wayne, IN 46802 | - | | | | X | X | | 0.00 |

Sheet no. __3097__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

In re  **Great Lakes Warranty Corporation**                                    ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122173** | | | **Warranty** | | | | |
| **Mary Temorio**<br>**2606 S Durango Dr**<br>**Las Vegas, NV 89117** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131921** | | | **Warranty** | | | | |
| **Mary Wrbas**<br>**7138 Belle Riviere**<br>**Pittsburgh, PA 15202** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5098514** | | | **Warranty** | | | | |
| **Mary A Lantz**<br>**26079 E Hornsby Road**<br>**Coolville, OH 45723** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5090523** | | | **Warranty** | | | | |
| **Mary A Mace**<br>**12949 Liars Corner Road**<br>**Millfield, OH 45761** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5103522** | | | **Warranty** | | | | |
| **Mary A Mikula**<br>**PO Box 172  176 Farmington Ohiopyle Road**<br>**Farmington, PA 15437** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**3098**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                          ,    Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108228** | | | **Warranty** | | | | |
| **Mary A Miser**<br>**40 Manito Trail**<br>**Malvern, OH 44614** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123059** | | | **Warranty** | | | | |
| **Mary A Parks**<br>**112 Third St**<br>**Fountain Inn, SC 29644** | - | | | | | | |
| | | | | | | | 470.25 |
| Account No. **5130661** | | | **Warranty** | | | | |
| **Mary A Reaggle**<br>**112 Varndell St**<br>**Uniontown, PA 15401** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5080877** | | | **Warranty** | | | | |
| **Mary A Stangil**<br>**525 Wild Mint Lane**<br>**Allentown, PA 18104** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5106213** | | | **Warranty** | | | | |
| **Mary A Taylor**<br>**427 Greenbriar Lane**<br>**Charleston, SC 29412** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3099** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

470.25

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123502** | | | Warranty | | | | |
| **Mary A Vallely** **3676 Bethel NWL Rd** **New Wilmington, PA 16142** | - | | | | | | 701.03 |
| Account No. **5117189** | | | Warranty | | | | |
| **Mary A Wagner** **2721 Oakwood Street** **Erie, PA 16508** | - | | | X | X | | 0.00 |
| Account No. **5069050** | | | Warranty | | | | |
| **Mary Ada Campagna** **1344 Riverside Drive** **Oil City, PA 16301** | - | | | X | X | | 0.00 |
| Account No. **5087586** | | | Warranty | | | | |
| **Mary Alice Rouslin** **232 Inverness Drive** **Murfreesboro, TN 37129** | - | | | X | X | | 0.00 |
| Account No. **5121382** | | | Warranty | | | | |
| **Mary Ann  Gutkowski** **410 Pin Oak Dr** **Glenshaw, PA 15116** | - | | | X | X | | 0.00 |

Sheet no. **3100** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     701.03

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5111480 | | | Warranty | | | | |
| Mary Ann Belcher PO Box 1237  102 Cougar Drive Elkhorn City, KY 41522 | - | | | X | X | | 0.00 |
| Account No. 5084316 | | | Warranty | | | | |
| Mary Ann Fischer 126 Dowbush Road Lehighton, PA 18235 | - | | | X | X | | 0.00 |
| Account No. 5120478 | | | Warranty | | | | |
| Mary Ann Franjesh 2477 Bowers St  NW Uniontown, OH 44685 | - | | | X | X | | 0.00 |
| Account No. 5109872 | | | Warranty | | | | |
| Mary Ann Gwynn 3470 Enclave Mill Ct Dacula, GA 30019 | - | | | X | X | | 0.00 |
| Account No. 5089998 | | | Warranty | | | | |
| Mary Ann Rubolino 1144 Country Road Bethel Park, PA 15102 | - | | | X | X | | 0.00 |

Sheet no. 3101  of 4906  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re **Great Lakes Warranty Corporation**                     ,     Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5118964 | | | | Warranty | | | | |
| Mary Ann Rusnak 1335 Broad Ave Belle Vernon, PA 15012 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122813 | | | | Warranty | | | | |
| Mary Anna Matase 755 Maple Lane Easton, PA 18045 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123067 | | | | Warranty | | | | |
| Mary Anne D Esposito 11 Freedom Lane Levittown, PA 19055 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105313 | | | | Warranty | | | | |
| Mary Ash 11980 State Route 78 Glouster, OH 45732 | - | | | | | | | |
| | | | | | | | | 295.03 |
| Account No. 5117686 | | | | Warranty | | | | |
| Mary B Lake 1299 Columbia Highway Saluda, SC 29138 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3102** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            | 295.03

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5105303** | | | | **Warranty** | | | | |
| **Mary Beth Green** **3983 Basswood Avenue** **Grove City, OH 43123** | | - | | | X | X | | 0.00 |
| Account No. **5122857** | | | | **Warranty** | | | | |
| **Mary Bolds** **2507 N Marston** **Philadelphia, PA 19132** | | - | | | X | X | | 0.00 |
| Account No. **5131803** | | | | **Warranty** | | | | |
| **Mary Bradley** **1633 South 16th Street** **Coshocton, OH 43812** | | - | | | X | X | | 0.00 |
| Account No. **5117631** | | | | **Warranty** | | | | |
| **Mary C Braun** **751 Bedford Street  Lot 100** **Celina, OH 45822** | | - | | | X | X | | 0.00 |
| Account No. **5122295** | | | | **Warranty** | | | | |
| **Mary C Cross** **1000 Bedford Ave SW** **Canton, OH 44710** | | - | | | X | X | | 0.00 |

Sheet no. **3103**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  **0.00**

In re **Great Lakes Warranty Corporation**                                                    Case No. _____

                                                    ,
                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5098210** | | | | Warranty | | | | |
| **Mary C Hubbard** **3813 N Barron** **Mesa, AZ 85207** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5053667** | | | | Warranty | | | | |
| **Mary C Johnston** **1009 Beech Grove Rd** **Brentwood, TN 37027** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087293** | | | | Warranty | | | | |
| **Mary C Porter** **35 Vesta Avenue  PO Box 182** **Fredricktown, PA 15333** | - | | | | | | | |
| | | | | | | | | 72.97 |
| Account No. **5121483** | | | | Warranty | | | | |
| **Mary C Reed** **302 Reifert St** **Pittsburgh, PA 15210** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090350** | | | | Warranty | | | | |
| **Mary C Ross** **1522 Hyndman Street** **S Connellsville, PA 15425** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3104** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**72.97**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5130332** | | | | **Warranty** | | | | |
| **Mary C Taylor**<br>**42 Glenn Way**<br>**McKees Rocks, PA 15136** | - | | | | X | X | | 0.00 |
| Account No. **5087598** | | | | **Warranty** | | | | |
| **Mary C Weiser**<br>**PO Box 436  Lehigh Street**<br>**Cumbola, PA 17930** | - | | | | X | X | | 0.00 |
| Account No. **5094961** | | | | **Warranty** | | | | |
| **Mary Chaney**<br>**919 Hillcrest Drive**<br>**Murfreesboro, TN 37129** | - | | | | X | X | | 0.00 |
| Account No. **5062265** | | | | **Warranty** | | | | |
| **Mary Church**<br>**59222 Patch Road**<br>**New Concord, OH 43762** | - | | | | X | X | | 0.00 |
| Account No. **5126120** | | | | **Warranty** | | | | |
| **Mary Collins**<br>**507 Hickory Street**<br>**Hollidaysburg, PA 16648** | - | | | | | | | 208.56 |

Sheet no. **3105** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 208.56

In re **Great Lakes Warranty Corporation**                          Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5080656** | | - | | **Warranty** | | | | |
| **Mary Darby** **755 Fairview Lane** **Gardnerville, NV 89460** | | | | | | | | **741.50** |
| Account No. **5066513** | | - | | **Warranty** | X | X | | |
| **Mary DeAngelis** **905 1st Avenue** **Coraopolis, PA 15108** | | | | | | | | **0.00** |
| Account No. **5112194** | | - | | **Warranty** | X | X | | |
| **Mary Didde Esther** **18501 Palamino Drive** **Tempe, AZ 85284** | | | | | | | | **0.00** |
| Account No. **5118080** | | - | | **Warranty** | | | | |
| **Mary E  DiNunzio** **755 Park Rd** **Lansdale, PA 19446** | | | | | | | | **461.00** |
| Account No. **5123534** | | - | | **Warranty** | X | X | | |
| **Mary E Bishop** **2004 Field Farm Ct** **Spring Hill, TN 37174** | | | | | | | | **0.00** |

Sheet no. **3106** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **1,202.50**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5121650 | | | | | Warranty | | | | |
| Mary E Campbell RR3 Box 194 Hollidaysburg, PS 16648 | - | | | | | X | X | | 0.00 |
| Account No. 5089649 | | | | | Warranty | | | | |
| Mary E Coen 19830 Felton Road Stewart, OH 45778 | - | | | | | X | X | | 0.00 |
| Account No. 5088579 | | | | | Warranty | | | | |
| Mary E Fetrow 4408 Twelfth Street  SW Canton, OH 44710 | - | | | | | X | X | | 0.00 |
| Account No. 5119576 | | | | | Warranty | | | | |
| Mary E Fitzgerald 3849 Brownsville Rd Pittsburgh, PA 15227 | - | | | | | | | | 1,324.50 |
| Account No. 5093200 | | | | | Warranty | | | | |
| Mary E Kitner 23 Bimini Drive Manheim, PA 17545 | - | | | | | X | X | | 0.00 |

Sheet no. **3107** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,324.50

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127623** | | | | **Warranty** | | | | |
| **Mary E Lloyd** **121 Wood St** **Industry, PA 15052** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113543** | | | | **Warranty** | | | | |
| **Mary E Long** **309 Smith Street** **Ansonia, OH 45303** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5082310** | | | | **Warranty** | | | | |
| **Mary E Maddey** **642 Melrose Avenue** **Ambridge, PA 15003** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5084353** | | | | **Warranty** | | | | |
| **Mary E McCasland** **6726 S Lakeshore Drive** **Tempe, AZ 85283** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5076725** | | | | **Warranty** | | | | |
| **Mary E McKane** **2633 Bear Den Road** **Frederick, MD 21701** | - | | | | | | | |
| | | | | | | | | **249.20** |

Sheet no. **3108** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **249.20**

In re **Great Lakes Warranty Corporation**         Case No. _____
,
                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5088822** | | | Warranty | | | | |
| **Mary E Robinette**<br>**8345 Marsh Street**<br>**New Marshfield, OH 45766** | - | | | X | X | | 0.00 |
| Account No. **5121967** | | | Warranty | | | | |
| **Mary E Spivey**<br>**1515 Bridgecrest Dr**<br>**Antioch, TN 37013** | - | | | X | X | | 0.00 |
| Account No. **5104631** | | | Warranty | | | | |
| **Mary E Van Horn**<br>**6777 Wood Rd**<br>**Chesterhill, OH 43728** | - | | | X | X | | 0.00 |
| Account No. **5068484** | | | Warranty | | | | |
| **Mary Ebner**<br>**1885 Battlesburg**<br>**East Sparta, Oh 44626** | - | | | X | X | | 0.00 |
| Account No. **5115439** | | | Warranty | | | | |
| **Mary Elizabeth Beach**<br>**4925 Lake Palmetto Lane**<br>**Ladron, SC 29456** | - | | | X | X | | 0.00 |

Sheet no. **3109** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5080849** | | | | Warranty | | | | |
| **Mary Elizabeth Doherty** **2425 Deerbourne Drive** **Brentwood, TN 37027** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120341** | | | | Warranty | | | | |
| **Mary Elizabeth Forney** **3864 Derry St** **Harrisburg, PA 17111** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088572** | | | | Warranty | | | | |
| **Mary Elizabeth Showman** **8234 Waynesburg Drive** **Waynesburg, OH 44688** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109524** | | | | Warranty | | | | |
| **Mary F Mence** **232 E Fifteenth Avenue** **Homestead, PA 15120** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125725** | | | | Warranty | | | | |
| **Mary F Miller** **14365 Church Street** **Wattsburg, PA 16442** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3110** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                                          **0.00**

In re  **Great Lakes Warranty Corporation**  ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5094016** | | | | | Warranty | | | | |
| **Mary G Collins** **P.O. Box 582** **Mt Pleasant, TN 38474** | - | | | | | X | X | | 0.00 |
| Account No. 5082889 | | | | | Warranty | | | | |
| **Mary G Mercier** **425 East Maddison Street** **Rochester, PA 15074** | - | | | | | X | X | | 0.00 |
| Account No. 5126462 | | | | | Warranty | | | | |
| **Mary Gabriel** **95 E First Street** **The Plains, OH 45780** | - | | | | | X | X | | 0.00 |
| Account No. 5123266 | | | | | Warranty | | | | |
| **Mary Gibson** **836 Carteret Avenue** **Trenton, NJ 08618** | - | | | | | X | X | | 0.00 |
| Account No. 5127924 | | | | | Warranty | | | | |
| **Mary Goetz** **980 1/2 Findley Avenue** **Zanesville, OH 43701** | - | | | | | X | X | | 0.00 |

Sheet no. **3111** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                              ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127596** | | | | **Warranty** | | | | |
| **Mary Griffie** **620 Benders Ch Road** **Biglerville, PA 17307** | - | | | | X | X | | 0.00 |
| Account No. **5112762** | | | | **Warranty** | | | | |
| **Mary H Glenn** **4444 Ridge Road** **Columbus, MS 29705** | - | | | | X | X | | 0.00 |
| Account No. **5097995** | | | | **Warranty** | | | | |
| **Mary H Hawkins** **340 Southern Lane** **Wexton, SC 29170** | - | | | | X | X | | 0.00 |
| Account No. **5078500** | | | | **Warranty** | | | | |
| **Mary Hall** **3910 Henricks Hill Drive** **Smyrna, TN 37167** | - | | | | X | X | | 0.00 |
| Account No. **5129994** | | | | **Warranty** | | | | |
| **Mary Harrison** **29413 Miller Station Road** **Cambridge Springs, PA 16403** | - | | | | X | X | | 0.00 |

Sheet no. **3112** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____ , Case No. _____
_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5126099** | | | | Warranty | | | | |
| **Mary Hasychak** **229 Painter Ave** **Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101791** | | | | Warranty | | | | |
| **Mary Hayes** **2848 Johnstown Road** **Columbia, OH 43219** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117777** | | | | Warranty | | | | |
| **Mary Henderson** **4914 Mead Avenue** **Cleveland, OH 44127** | - | | | | | | | |
| | | | | | | | | **325.00** |
| Account No. **5125854** | | | | Warranty | | | | |
| **Mary Ho** **7006 Sedan Avenue** **West Hills, CA 91307** | - | | | | | | | |
| | | | | | | | | **2,725.00** |
| Account No. **5128698** | | | | Warranty | | | | |
| **Mary Holbrook** **1981 Grove Avenue** **Lancaster, OH 43130** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3113** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **3,050.00**

In re **Great Lakes Warranty Corporation** ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5110923 | | | | Warranty | | | | |
| Mary Howard 6142 State Route 772 Chillicothe, OH 45601 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5074351 | | | | Warranty | | | | |
| Mary Hughes 617 W Kelton Lane Phoenix, AZ 85023 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109547 | | | | Warranty | | | | |
| Mary I Jackson 624 Sunny Slope Emporia, KS 66801 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117660 | | | | Warranty | | | | |
| Mary J Lamping 461 Greendale Road Kane, PA 16735 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106376 | | | | Warranty | | | | |
| Mary J Olson 8552 Reserve Drive Poland, OH 44514 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 3114 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5112197 | | | | Warranty | | | | |
| Mary Jane Chorniak 9233 Highfield Drive Millfield, OH 45761 | - | | | | X | X | | 0.00 |
| Account No. 5132063 | | | | Warranty | | | | |
| Mary Jane Hauer 25 North Mill Street Jonestown, PA 17038 | - | | | | X | X | | 0.00 |
| Account No. 5130725 | | | | Warranty | | | | |
| Mary Jane Hoysock 8 Dodd St  PO Box 302 Cumbola, PA 17930 | - | | | | | | | 167.30 |
| Account No. 5109770 | | | | Warranty | | | | |
| Mary Jane Hughes 245B Connellsville Street Dunbar, PA 15431 | - | | | | X | X | | 0.00 |
| Account No. 5076226 | | | | Warranty | | | | |
| Mary Jane James 253 Cove Street Everett, PA 15537 | - | | | | X | X | | 0.00 |

Sheet no. **3115** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **167.30**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5064508** | | | | **Warranty** | | | | |
| **Mary Jane Joraskie 306 S. Vine St Mt Carmel, PA 17851** | - | | | | X | X | | 0.00 |
| Account No. **5130714** | | | | **Warranty** | | | | |
| **Mary Jane Rudnik 673 22nd Avenue NE Minneapolis, MN 55418** | - | | | | X | X | | 0.00 |
| Account No. **5102656** | | | | **Warranty** | | | | |
| **Mary Jane Sweigart 2105 Graystone Rd East Petersburg, PA 17520** | - | | | | X | X | | 0.00 |
| Account No. **5126164** | | | | **Warranty** | | | | |
| **Mary Jane Williams 1727 Kenneth Avenue Arnold, PA 15068** | - | | | | X | X | | 0.00 |
| Account No. **5065106** | | | | **Warranty** | | | | |
| **Mary Jill Goodman 13824 North 30th Street Phoenix, AZ 85032** | - | | | | X | X | | 0.00 |

Sheet no. **3116** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5112784** | | | | Warranty | | | | |
| **Mary Jo Boettler 486 Royer Avenue NW N Canton, OH 44720** | - | | | | X | X | | 0.00 |
| Account No. **5125718** | | | | Warranty | | | | |
| **Mary Jo Casillo 1440 W. 45th Street Erie, PA 16509** | - | | | | X | X | | 0.00 |
| Account No. **5072925** | | | | Warranty | | | | |
| **Mary Jo Lobrutto 27 Brian Avenue Williamsville, NY 14221** | - | | | | X | X | | 0.00 |
| Account No. **5106844** | | | | Warranty | | | | |
| **Mary Jo M Frank 39488 Staneart Road Albany, OH 45710** | - | | | | X | X | | 0.00 |
| Account No. **5128695** | | | | Warranty | | | | |
| **Mary Jo Rulnick 722 Blue Ridge Road Pittsburgh, PA 15239** | - | | | | X | X | | 0.00 |

Sheet no. **3117** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**
                                   ,     Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5104364** | | | | **Warranty** | | | | |
| **Mary Joann Arrigoni** **443 Highland Avenue** **Charleroi, PA 15022** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090059** | | | | **Warranty** | | | | |
| **Mary Joann Sheeler** **801 W Harrison** **Chandler, AZ 85225** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118255** | | | | **Warranty** | | | | |
| **Mary K Hewlett** **3428 Minkers Run Rd** **Nelsonville, OH 45764** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122175** | | | | **Warranty** | | | | |
| **Mary K Leach** **2447 Doeview Court** **Cincinnati, OH 45230** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118622** | | | | **Warranty** | | | | |
| **Mary K Root** **902 Burke Ave** **McComb, MS 39648** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3118** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

              Subtotal
         (Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation**                                      Case No. _____
_____,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114575 | | | | Warranty | | | | |
| Mary K Turek 1035 Route 31 Apt A Tarrs, PA 15688 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132286 | | | | Warranty | | | | |
| Mary Kauffman 397 S Imler Valley Road Osterburg, PA 16667 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5076391 | | | | Warranty | | | | |
| Mary Kay Azar 1961 E Hillery Dr Phoenix, AZ 85022 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129248 | | | | Warranty | | | | |
| Mary Kay Cleveland 1346 Capouse Ave Apt 3B Scranton, PA 18509 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117233 | | | | Warranty | | | | |
| Mary L Cooper 10791 State Route 550 Athens, OH 45701 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 3119 of 4906 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation**                                Case No. _____
_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5106047** | | | Warranty | | | | |
| **Mary L Corbin** **2504 Brinton Manor Drive** **Pittsburgh, PA 15221** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118626** | | | Warranty | | | | |
| **Mary L Demmitt** **1226 Elm St** **York, PA 17403** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100847** | | | Warranty | | | | |
| **Mary L Forte** **1002 Percy Warner Boulevard** **Nashville, TN 37205** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121189** | | | Warranty | | | | |
| **Mary L Jobe** **579 Windy Rd** **Mount Juliet, TN 37122** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5104648** | | | Warranty | | | | |
| **Mary L Johnson** **34 Ward Court** **Columbia, SC 29223** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**3120** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5096820** | | | | Warranty | | | | |
| **Mary L Logan**<br>**1101 Fernwood Drive**<br>**Wapakoneta, OH 45895** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100960** | | | | Warranty | | | | |
| **Mary L Marrone**<br>**95 Oriole Court**<br>**Jeannette, PA 15644** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118782** | | | | Warranty | | | | |
| **Mary L Mullins**<br>**26431 N Run Rd**<br>**Albany, OH 45710** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120102** | | | | Warranty | | | | |
| **Mary L Pryor**<br>**1068 Memory Lane**<br>**Pittsburgh, PA 15219** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104189** | | | | Warranty | | | | |
| **Mary L Richards**<br>**620 Leibert Street**<br>**Bethlehem, PA 18018** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3121** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __**Great Lakes Warranty Corporation**_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5092579** | | | | **Warranty** | | | | |
| **Mary L Smart** **907 1 2 Union Street** **Ashland, OH 44805** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101763** | | | | **Warranty** | | | | |
| **Mary Lanier** **378 Dale Avenue** **Mansfield, OH 44902** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5069014** | | | | **Warranty** | | | | |
| **Mary Lee** **6838 Lowesville Lane** **Stanley, NC 28164** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129242** | | | | **Warranty** | | | | |
| **Mary Lee Harris** **950 Peach Blossom Lane** **Rochester Hills, MI 48306** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086784** | | | | **Warranty** | | | | |
| **Mary Lee Haynes** **304 Haddington Court** **Rock Hill, SC 29730** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.__**3122**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation**                                    ,      Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119095 | | | | Warranty | | | | |
| Mary Lisa Murphy 800 Beatty Rd Apt 2H Columbia, SC 29210 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099197 | | | | Warranty | | | | |
| Mary Lou Goff 7140 Selby Road Lot 11 Athens, OH 45701 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125817 | | | | Warranty | | | | |
| Mary Lou Hanlin 127 East Main Street Beach City, OH 44608 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100974 | | | | Warranty | | | | |
| Mary Lou Michaels 515 W Wall Street Frackville, PA 17921 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5068289 | | | | Warranty | | | | |
| Mary Lou Schlosser 3818 College Avenue Beaver Falls, PA 15010 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3123** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5129455 | | | Warranty | | | | |
| Mary Louise Storms 430 Blue School Rd Perkasie, PA 18944 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5100193 | | | Warranty | | | | |
| Mary Louise Swager 507 Hickory Street Coalport, PA 16627 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5091324 | | | Warranty | | | | |
| Mary Love 1510 Greenview Drive Celina, OH 45822 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5077200 | | | Warranty | | | | |
| Mary Lynn Bierman 3370 Trovillo Road Morrow, OH 45152 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5091822 | | | Warranty | | | | |
| Mary M Abbas 3815 SW 24th Newton, KS 67114 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.__3124__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123459** | | | Warranty | | | | |
| **Mary M Candlish** **8352 N First Watch Way** **McCordsville, IN 46055** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125901** | | | Warranty | | | | |
| **Mary M Catov** **2123 Walton Ave** **Pittsburgh, PA 15210** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088627** | | | Warranty | | | | |
| **Mary M Davis** **2503 W Cumberland Street** **Philadelphia, PA 19132** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111141** | | | Warranty | | | | |
| **Mary M Robinson** **708 Kinwood Court** **Antioch, TN 37013** | - | | | | | | |
| | | | | | | | 166.57 |
| Account No. **5131231** | | | Warranty | | | | |
| **Mary M Sparrow** **900 Gregg St** **Columbia, SC 29201** | - | | | | | | |
| | | | | | | | 2,250.00 |

Sheet no. **3125** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,416.57**

In re   **Great Lakes Warranty Corporation**               ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5088661 | | | | Warranty | | | | |
| Mary M Tomovcsik 2715 Kansas Street McKeesport, PA 15132 | - | | | | X | X | | 0.00 |
| Account No. 5107837 | | | | Warranty | | | | |
| Mary M Wade 166 Knox Avenue Pittsburgh, PA 15210 | - | | | | | | | 1,532.00 |
| Account No. 5125885 | | | | Warranty | | | | |
| Mary Maris 1316 Luther Emporia, KS 66801 | - | | | | X | X | | 0.00 |
| Account No. 5111617 | | | | Warranty | | | | |
| Mary McCall 15412 W Mescal Street Surprise, AZ 85379 | - | | | | X | X | | 0.00 |
| Account No. 5131186 | | | | Warranty | | | | |
| Mary McDonald 2100 Drumore Ct Glenn Allen, VA 23059 | - | | | | X | X | | 0.00 |

Sheet no. **3126** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal
(Total of this page)         **1,532.00**

In re  **Great Lakes Warranty Corporation**                          ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5069950** | | | Warranty | | | | |
| **Mary Moorcroft** **1220 Prospect Ave** **Pittsburgh, PA 15234** | - | | | | | | 706.91 |
| Account No. **5113688** | | | Warranty | | | | |
| **Mary N Kihanya** **2390 Richmond Street** **Scotch Plains, NJ 07076** | - | | | X | X | | 0.00 |
| Account No. **5081394** | | | Warranty | | | | |
| **Mary O Milam** **208 Ownings Street** **Laurens, SC 29360** | - | | | | | | 909.98 |
| Account No. **5071211** | | | Warranty | | | | |
| **Mary Oliver** **3525 Waynsburg Rd  SE** **Canton, OH 44707** | - | | | X | X | | 0.00 |
| Account No. **5101624** | | | Warranty | | | | |
| **Mary P Smith** **2007 Sixth Street** **Bethlehem, PA 18020** | - | | | X | X | | 0.00 |

Sheet no. **3127** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,616.89

In re   **Great Lakes Warranty Corporation**           ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104914** | | | | Warranty | | | | |
| **Mary Parker** **1212 Meacham Road** **Jackson, OH 45640** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120120** | | | | Warranty | | | | |
| **Mary PV Eshleman** **201 Wood St** **Camp Hill, PA 17011** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114913** | | | | Warranty | | | | |
| **Mary R Cinkan** **911 First Street** **McKees Rocks, PA 15136** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5038909** | | | | Warranty | | | | |
| **Mary Rogers** **2350 E. Main St.** **Sacramento, PA 19768** | - | | | | | | | |
| | | | | | | | | 238.58 |
| Account No. **5103239** | | | | Warranty | | | | |
| **Mary Rose Winschel** **4454 Holiday Drive** **Erie, PA 16506** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3128** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)       **238.58**

In re **Great Lakes Warranty Corporation**            ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5102247** <br><br> **Mary S Bourquin** <br> **143 Crescentview Avenue SW** <br> **Massillon, OH 44646** | - | | Warranty | | | | 212.00 |
| Account No. **5096762** <br><br> **Mary S Graham** <br> **2329 Holloway Street** <br> **Newberry, SC 29108** | - | | Warranty | X | X | | 0.00 |
| Account No. **5108571** <br><br> **Mary S Prado** <br> **424 Grosvenor Avenue NW  Apt 6** <br> **Massillon, OH 44646** | - | | Warranty | X | X | | 0.00 |
| Account No. **5118466** <br><br> **Mary S Valenzuela** <br> **1801 West Wier** <br> **Phoenix, AZ 85041** | - | | Warranty | | | | 611.63 |
| Account No. **5127752** <br><br> **Mary Sanders** <br> **4019 Pine Cone Drive** <br> **Columbia, SC 29204** | - | | Warranty | X | X | | 0.00 |

Sheet no.**3129** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)      **823.63**

In re    **Great Lakes Warranty Corporation**                                                  ,     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123277** | | | | Warranty | | | | |
| **Mary Sharo** **468 sw Creek Est** **Bushkill, PA 18324** | | - | | | | | | |
| | | | | | | | | **1,755.00** |
| Account No. **5132368** | | | | Warranty | | | | |
| **Mary Smith** **119 Ridge Avenue** **Allentown, PA 18101** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128669** | | | | Warranty | | | | |
| **Mary Stover** **2804 Bancroff Road** **Columbia, SC 29223** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126503** | | | | Warranty | | | | |
| **Mary Stumpf** **319 Cherry Street** **Pittsburgh, PA 15120** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5061110** | | | | Warranty | | | | |
| **Mary Sue Barnum** **3785 County Road 15** **Marengo, OH 43334** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.__**3130**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,755.00**

In re    **Great Lakes Warranty Corporation**                  ,     Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122741** | | | | **Warranty** | | | | |
| **Mary Sue Smith** **2213 May Lynn Dr** **Cayce, SC 29033** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129132** | | | | **Warranty** | | | | |
| **Mary Taylor** **1929 Stoney Meadow Road** **Murfreesboro, TN 37128** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5070996** | | | | **Warranty** | | | | |
| **Mary Thompson** **704 Leadenhall Court** **Antioch, TN 37013** | - | | | | | | | |
| | | | | | | | | 260.00 |
| Account No. **5076575** | | | | **Warranty** | | | | |
| **Mary Titus** **587 Eastdale Drive** **Dayton, OH 45415** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126504** | | | | **Warranty** | | | | |
| **Mary Weisenmiller** **14005 Kizzie Lane** **Cumberland, MD 21502** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3131** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **260.00**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5112474** | | | | Warranty | | | | |
| **Mary West** **13492 Jake Tom Road** **Logan, OH 43138** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104911** | | | | Warranty | | | | |
| **Mary White** **1132 Thompson Bridge Road** **Maryville, TN 37801** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128999** | | | | Warranty | | | | |
| **Mary Whitecavage** **389 West Main Street** **Girardville, PA 17935** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100183** | | | | Warranty | | | | |
| **Mary Whitford** **1157 S Roca Street** **Gilbert, AZ 85296** | - | | | | | | | |
| | | | | | | | | 424.00 |
| Account No. **5105990** | | | | Warranty | | | | |
| **Maryann E Livingstone** **195 Canton Wren Drive** **Sedona, AZ 86336** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3132** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    424.00

In re **Great Lakes Warranty Corporation**           Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5086861** | | | Warranty | | | | |
| Maryann L Jasionowski 6377 Sandava NW Canton, OH 44718 | - | | | | | | 933.00 |
| Account No. **5113576** | | | Warranty | | | | |
| Maryann Smith 2243 Wyland Avenue Allison Park, PA 15101 | - | | | X | X | | 0.00 |
| Account No. **5123555** | | | Warranty | | | | |
| Maryann Ziemba 872 Ronnie Lane Philadelphia, PA 19128 | - | | | X | X | | 0.00 |
| Account No. **5113026** | | | Warranty | | | | |
| Maryanne Demetros 10500 E Clinton Street Scottsdale, AZ 85259 | - | | | | | | 1,242.95 |
| Account No. **5077053** | | | Warranty | | | | |
| Marye L Scarola 421 Royal Oaks Drive Nashville, TN 37205 | - | | | X | X | | 0.00 |

Sheet no.**3133** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,175.95**

In re **Great Lakes Warranty Corporation** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5114110** | | | | **Warranty** | | | | |
| **Maryjane Nichols** **1027 Woodland** **Emporia, KS 66801** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132375** | | | | **Warranty** | | | | |
| **MaryLou Kurilla** **201 Greyhorse Road** **Willow Grove, PA 19090** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129825** | | | | **Warranty** | | | | |
| **Marzella Owens** **1714 Regent Ave NE  Apt A** **Canton, OH 44705** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131353** | | | | **Warranty** | | | | |
| **Mason A Iliff** **15800 Toad Run Rd** **Rockbridge, OH 43149** | - | | | | | | | |
| | | | | | | | | **1,084.89** |
| Account No. **5087431** | | | | **Warranty** | | | | |
| **Mason R Egnew** **7903 E Garnet Avenue** **Mesa, AZ 85208** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3134** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,084.89**

In re **Great Lakes Warranty Corporation**                                      Case No. _____

                                                              ,
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106978** | | | | Warranty | | | | |
| **Masood Algalham** **7040 Steadman Street** **Deerborn, MI 48126** | - | | | | X | X | | 0.00 |
| Account No. **5111453** | | | | Warranty | | | | |
| **Math Connection** **PO Box 1676** **Ridgeland, MS 39158** | - | | | | X | X | | 0.00 |
| Account No. **5086703** | | | | Warranty | | | | |
| **Mathew S Del Bianco** **3371 E Baranca Street** **Gilbert, AZ 85297** | - | | | | X | X | | 0.00 |
| Account No. **5086105** | | | | Warranty | | | | |
| **Mathias A Schaff** **792 Cunningham Road** **Salem, OH 44460** | - | | | | X | X | | 0.00 |
| Account No. **5047619** | | | | Warranty | | | | |
| **Mathias Genard Chaplin** **7740 Exeter Lane** **Columbia, SC 29223** | - | | | | X | X | | 0.00 |

Sheet no. **3135** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re __Great Lakes Warranty Corporation_____,  Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5106518** | | | | **Warranty** | | | | |
| **Mathieu Cote** **1675 Belanger** **Plessisville, QC G6L2C3** **CANADA** | | - | | | | | | 524.99 |
| Account No. **5127054** | | | | **Warranty** | | | | |
| **Matilda E Schatz** **28 Hamlin Ave** **Telford, PA 18969** | | - | | | X | X | | 0.00 |
| Account No. **5100866** | | | | **Warranty** | | | | |
| **Matisha Frazier** **153 E Esau Lane** **Cross, SC 29436** | | - | | | X | X | | 0.00 |
| Account No. **5098026** | | | | **Warranty** | | | | |
| **Matrice Sharnan Rouse** **328 Torwood Drive** **Columbia, SC 29203** | | - | | | X | X | | 0.00 |
| Account No. **5093248** | | | | **Warranty** | | | | |
| **Matt Lindsey** **3927 E 132 N** **Rigbee, ID 83442** | | - | | | X | X | | 0.00 |

Sheet no.**3136** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

524.99

In re   **Great Lakes Warranty Corporation**                ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5049627** | | | Warranty | | | | |
| **Matt Buzzell** **6885 E Cochoe Rd.** **Prescott Valley, AZ 85253** | - | | | X | X | | **0.00** |
| Account No. **5085711** | | | Warranty | | | | |
| **Matt Dees** **75C River Rock Lane** **Woodland, WA 98674** | - | | | X | X | | **0.00** |
| Account No. **5110953** | | | Warranty | | | | |
| **Matt Gardner** **3901 Wallace Lane** **Nashville, TN 37215** | - | | | | | | **1,486.37** |
| Account No. **5072354** | | | Warranty | | | | |
| **Matt Lewis** **700 Willow St** **Elizabethton, TN 37643** | - | | | X | X | | **0.00** |
| Account No. **5127275** | | | Warranty | | | | |
| **Matt McDermitt** **102 W Water St** **Buckland, OH 45819** | - | | | X | X | | **0.00** |

Sheet no.**3137**_ of **4906**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,486.37**

In re **Great Lakes Warranty Corporation**       Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5106402**<br><br>**Matt P Hawk**<br>**5 Tulane Road**<br>**Athens, OH 45701** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5122586**<br><br>**Matt Pottkotter**<br>**1313 Denise Rd**<br>**Ft Recovery, OH 45846** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5131275**<br><br>**Matt Spalding**<br>**9005 Chevy Lane**<br>**Knoxville, TN 37923** | - | | | **Warranty** | | | | 365.80 |
| Account No. **5128760**<br><br>**Matt Warren**<br>**15281 Elm Rock Roadd**<br>**Nelsonville, OH 45764** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5119381**<br><br>**Matteo Dipaola**<br>**16 Eagle Dr**<br>**Egg Harbor Twp, NJ 08234** | - | | | **Warranty** | X | X | | 0.00 |

Sheet no. **3138** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      365.80

In re   **Great Lakes Warranty Corporation**                                    ,      Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5111808 | | | | Warranty | | | | |
| Matthew Austin 630 Memorial Drive New Kensington, PA 15068 | - | | | | X | X | | 0.00 |
| Account No. 5105053 | | | | Warranty | | | | |
| Matthew Bush 17212 N 19th Terrace Phoenix, AZ 85022 | - | | | | X | X | | 0.00 |
| Account No. 5126554 | | | | Warranty | | | | |
| Matthew Hofmeister 1702 Sweetbriar Nashville, TN 37212 | - | | | | X | X | | 0.00 |
| Account No. 5121240 | | | | Warranty | | | | |
| Matthew LaCoss 4680 Camden Place Mukilteo, WA 98275 | - | | | | X | X | | 0.00 |
| Account No. 5118031 | | | | Warranty | | | | |
| Matthew Modrzakowski 320 West Union Apt 7 Athens, OH 45701 | - | | | | X | X | | 0.00 |

Sheet no. **3139** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**                                        ,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5128405 | | | | | Warranty | | | | |
| Matthew Pannebaker 60 Greenhedge Circle Delaware, OH 43045 | - | | | | | X | X | | 0.00 |
| Account No. 5098067 | | | | | Warranty | | | | |
| Matthew Thomas PO Box 66 Wartburg, TN 37887 | - | | | | | X | X | | 0.00 |
| Account No. 5124435 | | | | | Warranty | | | | |
| Matthew Washington 13800 Fairhill Rd Apt 309 Shaker Heights, OH 44120 | - | | | | | X | X | | 0.00 |
| Account No. 5102781 | | | | | Warranty | | | | |
| Matthew A Barnhart 413 Pritts Road PO Box 317 Indian Head, PA 15446 | - | | | | | X | X | | 0.00 |
| Account No. 5121459 | | | | | Warranty | | | | |
| Matthew A Bettenhausen 51 School Lane Reading, PA 19606 | - | | | | | X | X | | 0.00 |

Sheet no. **3140** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5088545 | | | | Warranty | | | | |
| Matthew A Bowman 32 Barber St Glouster, OH 45732 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5075278 | | | | Warranty | | | | |
| Matthew A Kelchner 15440 N 71st Street   #383 Scottsdale, AZ 85254 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114697 | | | | Warranty | | | | |
| Matthew A Keller 4818 Central Avenue Middeltown, OH 45044 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127195 | | | | Warranty | | | | |
| Matthew A Shaulis 1532 Worthington Ave Jefferson Hills, PA 15025 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110157 | | | | Warranty | | | | |
| Matthew A Thompson Jr 105 S Dehoff Drive Youngstown, OH 44515 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 3141  of 4906  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          0.00

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5108610** | | | | **Warranty** | | | | |
| **Matthew A Wolf**<br>**1115 North 12th Street**<br>**Reading, PA 19604** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109849** | | | | **Warranty** | | | | |
| **Matthew B Robinson**<br>**4680 Founatin Ct**<br>**Dalzell, SC 29040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087980** | | | | **Warranty** | | | | |
| **Matthew B Yates**<br>**188 Colonial Drive**<br>**Warminster, PA 18974** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128620** | | | | **Warranty** | | | | |
| **Matthew Barron**<br>**10 Arbor Cir  Apt 1033**<br>**Cincinnati, OH 45255** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5065392** | | | | **Warranty** | | | | |
| **Matthew Behney**<br>**344 Yorkshire Drive**<br>**Lancaster, PA 17603** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3142** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5125990 | | | | Warranty | | | | |
| Matthew Bench 227 W. Owens Avenue Derry, PA 15627 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122109 | | | | Warranty | | | | |
| Matthew Bernstein 24119 Woodway Rd Beachwood, OH 44122 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5068119 | | | | Warranty | | | | |
| Matthew Boesch 1699 Chatham Parkway  Apt 1706B Savannah, GA 31405 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113541 | | | | Warranty | | | | |
| Matthew Bowling 402 E Water Street Greenville, OH 45331 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103015 | | | | Warranty | | | | |
| Matthew C Deremer 156 Walsh Avenue SE North Canton, OH 44720 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__3143__ of __4906__  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re   **Great Lakes Warranty Corporation**                          ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5114813 | | | | Warranty | | | | |
| Matthew C Ginion 6652 Montague Street Philadelphia, PA 19135 | | - | | | X | X | | 0.00 |
| Account No. 5075418 | | | | Warranty | | | | |
| Matthew C Leonard 11048 E Sorpresa Ave Mesa, AZ 85212 | | - | | | X | X | | 0.00 |
| Account No. 5090619 | | | | Warranty | | | | |
| Matthew C Merulli 153 Dillon Street Beaver Falls, PA 15010 | | - | | | X | X | | 0.00 |
| Account No. 5119008 | | | | Warranty | | | | |
| Matthew C Miller 7392 Riverfront Dr Nashville, TN 37221 | | - | | | X | X | | 0.00 |
| Account No. 5109179 | | | | Warranty | | | | |
| Matthew C Weatherford 1700 Summer Street  Apt C79 Manchester, TN 37355 | | - | | | X | X | | 0.00 |

Sheet no. **3144** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5111238 | | | Warranty | | | | |
| Matthew C Yoder 2235 Lighthouse Lane Ft Wayne, IN 46814 | - | | | X | X | | 0.00 |
| Account No. 5089035 | | | Warranty | | | | |
| Matthew Cantrall 6505 Marsol Road #107 Mayfield Heights, OH 44124 | - | | | X | X | | 0.00 |
| Account No. 5114054 | | | Warranty | | | | |
| Matthew Canzian 502 Vale Avenue Pittsburgh, PA 15239 | - | | | | | | 151.25 |
| Account No. 5099553 | | | Warranty | | | | |
| Matthew Comeau 1742 Praise Boulevard Fenton, MO 63026 | - | | | X | X | | 0.00 |
| Account No. 5125292 | | | Warranty | | | | |
| Matthew Conrad 14578 St Rt 550 Athens, OH 45701 | - | | | X | X | | 0.00 |

Sheet no. __3145__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **151.25**

In re **Great Lakes Warranty Corporation**　　　　　　　　　　,　　　Case No. _____
　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5124870** | | | | **Warranty** | | | | |
| **Matthew Cook** **114 New York Street** **Scranton, PA 18509** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125079** | | | | **Warranty** | | | | |
| **Matthew Couch** **120 E. Street Road #H3-8** **Warminster, PA 18974** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126272** | | | | **Warranty** | | | | |
| **Matthew Crookston Sr.** **1001 Hancock Avenue** **Vandergrift, PA 15690** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128354** | | | | **Warranty** | | | | |
| **Matthew D  Hetrick** **12 North Richmond St** **Fleetwood, PA 19522** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122353** | | | | **Warranty** | | | | |
| **Matthew D Beishl** **907 Old Orchard Lane** **Bristol, PA 19007** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3146** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5123027 | | | | Warranty | | | | |
| Matthew D Hough 112 Misty Meadow Rd Mt Pleasant, PA 15666 | - | | | | X | X | | 0.00 |
| Account No. 5107237 | | | | Warranty | | | | |
| Matthew D Skillman 7655 Springpark Drive Boardman, OH 44512 | - | | | | X | X | | 0.00 |
| Account No. 5105695 | | | | Warranty | | | | |
| Matthew D Smith 1110 Arrowhead Brentwood, TN 37027 | - | | | | X | X | | 0.00 |
| Account No. 5096877 | | | | Warranty | | | | |
| Matthew Dewey 874 Vaughn Road Clarksville, TN 37043 | - | | | | X | X | | 0.00 |
| Account No. 5113598 | | | | Warranty | | | | |
| Matthew E C Kibbey 22 Bunker Hill Court Pickerington, OH 43147 | - | | | | X | X | | 0.00 |

Sheet no. <u>3147</u> of <u>4906</u> sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                              ,          Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123390** | | | | **Warranty** | | | | |
| **Matthew E Ciafre** **606 Walnut St** **Latrobe, PA 15650** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103278** | | | | **Warranty** | | | | |
| **Matthew E Harris** **2537 Black Rock Road** **Hanover, PA 17331** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099331** | | | | **Warranty** | | | | |
| **Matthew E Hess** **218 Greenfield Road** **Vanderbilt, PA 15486** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114739** | | | | **Warranty** | | | | |
| **Matthew E Morrow** **140 Rosewood Court** **Chillicothe, OH 45601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086094** | | | | **Warranty** | | | | |
| **Matthew E Wareks** **1125 Oglethorpe Avenue** **Pittsburgh, PA 15201** | - | | | | | | | |
| | | | | | | | | 669.46 |

Sheet no. **3148**  of **4906**  sheets attached to Schedule of                                   Subtotal                    
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

| | |
|---|---|
| | 669.46 |

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5132733** | | | | **Warranty** | | | | |
| **Matthew Elsarelli 6780 Autumn Morning Street Las Vegas, NV 89148** | - | | | | X | X | | 0.00 |
| Account No. **5108116** | | | | **Warranty** | | | | |
| **Matthew Fagerburg 1686 Morningside Avenue Pittsburgh, PA 15206** | - | | | | X | X | | 0.00 |
| Account No. **5132430** | | | | **Warranty** | | | | |
| **Matthew Farah Serfass Road PO Box 452 Gilbert, PA 18331** | - | | | | X | X | | 0.00 |
| Account No. **5067859** | | | | **Warranty** | | | | |
| **Matthew Farwell 322 West Avenue I Lewistown, IL 61542** | - | | | | X | X | | 0.00 |
| Account No. **5058773** | | | | **Warranty** | | | | |
| **Matthew Foard 19606 Tryon St Cornelius, NC 28031** | - | | | | X | X | | 0.00 |

Sheet no. **3149** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re **Great Lakes Warranty Corporation** ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5040589** | | | Warranty | | | | |
| **Matthew Fumento** **510 Kauffman Street** **Philadelphia, PA 19147** | - | | | | | | 352.00 |
| Account No. **5121411** | | | Warranty | | | | |
| **Matthew G Reimert** **8536 Mohr Lane** **Fogelsville, PA 18051** | - | | | X | X | | 0.00 |
| Account No. **5129328** | | | Warranty | | | | |
| **Matthew Ganss** **735 Ninth Avenue** **Briackenridge, PA 15014** | - | | | X | X | | 0.00 |
| Account No. **5125571** | | | Warranty | | | | |
| **Matthew Ganss** **168 Millers Lane** **Lower Burrell, PA 15068** | - | | | X | X | | 0.00 |
| Account No. **5126356** | | | Warranty | | | | |
| **Matthew George** **521 Parlin** **Philadelphia, PA 19116** | - | | | X | X | | 0.00 |

Sheet no. **3150** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **352.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                            ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132583** | | | | Warranty | | | | |
| **Matthew Giacobbe** **10 Buck Creek Plaza** **Avon, CO 81620** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112675** | | | | Warranty | | | | |
| **Matthew Graham** **270 Madison Avenue** **Northumberland, PA 17857** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091760** | | | | Warranty | | | | |
| **Matthew Gray** **810 Holly Street** **Celina, OH 45822** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104427** | | | | Warranty | | | | |
| **Matthew Gray** **5934 Keefe Street** **Pittsburgh, PA 15207** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129640** | | | | Warranty | | | | |
| **Matthew Harlacher** **2981 Deep Hollow Road** **Dover, PA 17315** | - | | | | | | | |
| | | | | | | | | 728.41 |

Sheet no.**3151** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    728.41

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5085530** | | | | | Warranty | | | | |
| **Matthew Haynes Sr 204 Challedon Drive Summerville, SC 29485** | | - | | | | | | | 1,305.35 |
| Account No. **5087577** | | | | | Warranty | | | | |
| **Matthew Healy 1041 Barrell Springs Hollow Franklin, TN 37069** | | - | | | | X | X | | 0.00 |
| Account No. **5114294** | | | | | Warranty | | | | |
| **Matthew Holsopple 2586 Hill Road Sharpsville, PA 16150** | | - | | | | X | X | | 0.00 |
| Account No. **5122550** | | | | | Warranty | | | | |
| **Matthew J  Gulczinski 2408 121st Circle Unit K Blaine, MN 55449** | | - | | | | X | X | | 0.00 |
| Account No. **5122612** | | | | | Warranty | | | | |
| **Matthew J Anderson 246 E Cheltenham Ave Philadelphia, PA 19120** | | - | | | | X | X | | 0.00 |

Sheet no.**3152** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,305.35**

In re **Great Lakes Warranty Corporation**        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5104353 | | | | | Warranty | | | | |
| Matthew J Barnes 14002 N Kendall Drive Fountain Hills, AZ 85268 | - | | | | | X | X | | 0.00 |
| Account No. 5092195 | | | | | Warranty | | | | |
| Matthew J Bidzilya 3504 Poplar Avenue Pittsburgh, PA 15234 | - | | | | | X | X | | 0.00 |
| Account No. 5117580 | | | | | Warranty | | | | |
| Matthew J Cooper 224 Monroe Street  Apt 1N Hoboken, NJ 07030 | - | | | | | X | X | | 0.00 |
| Account No. 5113600 | | | | | Warranty | | | | |
| Matthew J Dillinger 3854 Carberry Drive Dublin, OH 43016 | - | | | | | X | X | | 0.00 |
| Account No. 5121976 | | | | | Warranty | | | | |
| Matthew J Donnelly Sr 2020 Spruce Ave Villas, NJ 08251 | - | | | | | X | X | | 0.00 |

Sheet no. **3153** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5112160 | | | Warranty | | | | |
| Matthew J Ferguson 815 N 52nd Street #2196 Phoenix, AZ 85008 | - | | | | | | 620.00 |
| Account No. 5097145 | | | Warranty | | | | |
| Matthew J Hyden 1006 Brentwood Point Brentwood, TN 37027 | - | | | X | X | | 0.00 |
| Account No. 5115597 | | | Warranty | | | | |
| Matthew J King III 171 McIlvaine Road Greensburg, PA 15601 | - | | | X | X | | 0.00 |
| Account No. 5096548 | | | Warranty | | | | |
| Matthew J Sleva 736 Port Carbon St. Clair Hwy Pottsville, PA 17901 | - | | | | | | 824.00 |
| Account No. 5109973 | | | Warranty | | | | |
| Matthew J Wagner 1191 Ryno Road Luzerne, MI 48636 | - | | | X | X | | 0.00 |

Sheet no. 3154 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,444.00**

In re   **Great Lakes Warranty Corporation**                         ,    Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108022** | | | Warranty | | | | |
| **Matthew Kairis**<br>**6399 Grasslands Court**<br>**Westerville, OH 43082** | - | | | X | X | | 0.00 |
| Account No. **5077074** | | | Warranty | | | | |
| **Matthew Kippeny**<br>**1218 West Fourth Street**<br>**Winston-Salem, NC 27101** | - | | | | | | 273.00 |
| Account No. **5100531** | | | Warranty | | | | |
| **Matthew Kolovich**<br>**117 Green Street**<br>**Houston, PA 15342** | - | | | X | X | | 0.00 |
| Account No. **5111205** | | | Warranty | | | | |
| **Matthew L  Smith**<br>**1527 Rochester Dr**<br>**Murfreesboro, TN 37130** | - | | | X | X | | 0.00 |
| Account No. **5111072** | | | Warranty | | | | |
| **Matthew L Hartle**<br>**20145 Route 68**<br>**Clarion, PA 16214** | - | | | | | | 861.31 |

Sheet no. **3155** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                   **1,134.31**
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5069722** | | | | **Warranty** | | | | |
| **Matthew Lambert** **P.O. Box 501 146 E Prospect St** **Smithville, OH 44677** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121908** | | | | **Warranty** | | | | |
| **Matthew Lang** **1012 Poplar St** **Natrona Heights, PA 15065** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102913** | | | | **Warranty** | | | | |
| **Matthew M Dolinsky** **58 Belle Alto Rd** **Sinking Spring, PA 19608** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120112** | | | | **Warranty** | | | | |
| **Matthew M Faries** **301 County Route 367** **Wynne, AR 72396** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089246** | | | | **Warranty** | | | | |
| **Matthew M Valo** **205 Heistersburg Road** **East Millsboro, PA 15433** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3156** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5084259** | | | | Warranty | | | | |
| **Matthew Marietta** **3601 Clinton Parkway  D106** **Lawrence, KS 66047** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5072092** | | | | Warranty | | | | |
| **Matthew Michaels** **14927 Broadgreen Drive** **Housron, TX 77079** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116510** | | | | Warranty | | | | |
| **Matthew Mikewilson** **123 Cypress Hill Drive** **Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127308** | | | | Warranty | | | | |
| **Matthew Miller** **3614 Township Road 188** **Baltic, OH 43804** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100633** | | | | Warranty | | | | |
| **Matthew Moore** **5184 Russell Road** **Franklin, TN 37064** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3157** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5125929** | | | | **Warranty** | | | | |
| **Matthew Mullaly** **10209 Immel St NE** **North Canton, OH 44721** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5081751** | | | | **Warranty** | | | | |
| **Matthew Nallen** **250 Valleyview** **Troy, OH 45373** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093124** | | | | **Warranty** | | | | |
| **Matthew O  White** **1726 SW Third** **Topeka, KS 66606** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125243** | | | | **Warranty** | | | | |
| **Matthew Orsini** **406 Mistletoe Road** **Villas, NJ 08251** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092900** | | | | **Warranty** | | | | |
| **Matthew P Dixon** **9250 N 96th Place** **Scottsdale, AZ 85258** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**3158** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

In re **Great Lakes Warranty Corporation**                                    , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5116168 | | | | Warranty | | | | |
| Matthew P Gates 1391 Fahlander Drive Columbus, OH 43229 | - | | | | X | X | | 0.00 |
| Account No. 5092995 | | | | Warranty | | | | |
| Matthew P Young 3778 Layfield Road Pennsburg, PA 18073 | - | | | | X | X | | 0.00 |
| Account No. 5132462 | | | | Warranty | | | | |
| Matthew Page 30 High Point Drive Kunkletown, PA 18058 | - | | | | X | X | | 0.00 |
| Account No. 5094003 | | | | Warranty | | | | |
| Matthew Parker 2908 Shadow Lane Nashville, TN 37216 | - | | | | X | X | | 0.00 |
| Account No. 5105225 | | | | Warranty | | | | |
| Matthew Paull 1113 First Avenue Croydon, PA 19021 | - | | | | X | X | | 0.00 |

Sheet no. **3159** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                 0.00

In re **Great Lakes Warranty Corporation**                                   ,     Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129176** | | | | **Warranty** | | | | |
| **Matthew Porter** **7245 Waynesburg Drive SE** **Waynesburg, OH 44688** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085593** | | | | **Warranty** | | | | |
| **Matthew R Collins** **127 E Schultz Street** **Dalton, OH 44618** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119489** | | | | **Warranty** | | | | |
| **Matthew R Humrichouser** **172 St Rt 250 E** **Polk, OH 44866** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130679** | | | | **Warranty** | | | | |
| **Matthew R Reichert** **1322 Garfield Ave** **Reading, PA 19610** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116882** | | | | **Warranty** | | | | |
| **Matthew R Stoltzfus** **721  1 2  N Franklin Street** **Lancaster, PA 17602** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3160**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                          ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5088433** | | | | | **Warranty** | | | | |
| **Matthew R Streb** **539 Fourth Street  Apt 1** **Pitcairn, PA 15140** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5116515** | | | | | **Warranty** | | | | |
| **Matthew R Wydra** **289 Moon Clinton Road** **Moon Township, PA 15108** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5131999** | | | | | **Warranty** | | | | |
| **Matthew Radke** **106 Clipper Drive** **Middletown, DE 19709** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5132110** | | | | | **Warranty** | | | | |
| **Matthew Reichert** **355 Lackawanna Street Apt 10/1** **Reading, PA 19610** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5128590** | | | | | **Warranty** | | | | |
| **Matthew Roberts** **6039 SR 61 N** **Shelby, OH 44875** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**3161**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation**         Case No. _____
,
                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085325** | | | | Warranty | | | | |
| **Matthew Roschella** **4988 Saddlebrook Drive** **Harrisburg, PA 17112** | - | | | | X | X | | 0.00 |
| Account No. **5095538** | | | | Warranty | | | | |
| **Matthew Rothman** **55 Bellevue Avenue** **San Rafael, CA 94901** | - | | | | X | X | | 0.00 |
| Account No. **5131105** | | | | Warranty | | | | |
| **Matthew Rucinski** **101 Gardner Avenue** **Lemont Furnace, PA 15456** | - | | | | X | X | | 0.00 |
| Account No. **5098636** | | | | Warranty | | | | |
| **Matthew S  Ryan** **20 Bobcat Dr** **Reno, NV 89523** | - | | | | | | | 320.45 |
| Account No. **5099622** | | | | Warranty | | | | |
| **Matthew S Case** **6768 Jenny Ann Way** **Canal Winchester, OH 43110** | - | | | | X | X | | 0.00 |

Sheet no. **3162** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                               Subtotal
                          (Total of this page)      **320.45**

In re __**Great Lakes Warranty Corporation**_____,   Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5092577** | | | | | Warranty | | | | |
| **Matthew S Hicks Jr** **978 Township Road 2206** **Perrysville, OH 44864** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5075280** | | | | | Warranty | | | | |
| **Matthew S Kelly** **5447 E Justine Road** **Scottsdale, AZ 85254** | - | | | | | | | | |
| | | | | | | | | | **202.50** |
| Account No. **5112427** | | | | | Warranty | | | | |
| **Matthew S Myers** **2128 Reed Lane  PO Box 110** **Warriors Mark, PA 16877** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5101432** | | | | | Warranty | | | | |
| **Matthew Schmidt** **771 W Hackberry Drive** **Chandler, AZ 85248** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5131886** | | | | | Warranty | | | | |
| **Matthew Schrank** **4227 Wayld Drive** **Martinez, GA 30907** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.__**3163**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           **202.50**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5132219** | | | | | **Warranty** | | | | |
| **Matthew Sisson** **34109 Pine Grove Road** **Racine, OH 45771** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5111989** | | | | | **Warranty** | | | | |
| **Matthew Stevens** **521 E Franklin Street** **Troy, OH 45373** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5105907** | | | | | **Warranty** | | | | |
| **Matthew T Kalogeris** **529 Chrysler Street** **Pittsburgh, PA 15226** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5118565** | | | | | **Warranty** | | | | |
| **Matthew T Killian** **2634 Curly Top Place** **Henderson, NV 89052** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5121535** | | | | | **Warranty** | | | | |
| **Matthew T Read** **5968 Carriage Dr** **Bartlett, TN 38124** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3164** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5104207 | | | | | Warranty | | | | |
| Matthew V Fagnani III 192 Upper Valley Road Christiana, PA 17509 | - | | | | | X | X | | 0.00 |
| Account No. 5070660 | | | | | Warranty | | | | |
| Matthew Valli 812 Eaglewood Dr Zionsville, IN 46077 | - | | | | | X | X | | 0.00 |
| Account No. 5123063 | | | | | Warranty | | | | |
| Matthew W Benson 1502 Sunnyside Dr Columbia, TN 38401 | - | | | | | X | X | | 0.00 |
| Account No. 5113549 | | | | | Warranty | | | | |
| Matthew W Hall 4913 Bennington Drive Schwenksville, PA 19473 | - | | | | | X | X | | 0.00 |
| Account No. 5090208 | | | | | Warranty | | | | |
| Matthew W Rydbom 736 Railroad Street Coalport, PA 16627 | - | | | | | X | X | | 0.00 |

Sheet no. **3165** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re   **Great Lakes Warranty Corporation**         ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5071794** <br><br> **Matthew Wagner** <br> **311 Wittmer Place** <br> **Pittsburgh, PA 15237** | | - | | **Warranty** | | | | **1,236.83** |
| Account No. **5079099** <br><br> **Matthew Wagner** <br> **4051 N Kenmore Avenue  #35** <br> **Chicago, IL 60613** | | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5123798** <br><br> **Matthew Wertz** <br> **110 Stony Top Road** <br> **Pine Grove, PA 17963** | | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5088768** <br><br> **Matthew Williamson** <br> **2709 Camden Court** <br> **Thompson Station, TN 37179** | | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5093310** <br><br> **Matthew Woods** <br> **97 John Woods Road** <br> **Oak Hill, OH 45656** | | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **3166** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal
(Total of this page)        **1,236.83**

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5098605** | | | Warranty | | | | |
| **Matthew Zenner**<br>**4321 Westlawn Drive**<br>**Nashville, TN 37209** | - | | | X | X | | 0.00 |
| Account No. **5075888** | | | Warranty | | | | |
| **Matthew Zirakian**<br>**1455-3L River Street**<br>**Hyde Park, MA 02136** | - | | | X | X | | 0.00 |
| Account No. **5096893** | | | Warranty | | | | |
| **Matthias Hertel**<br>**927 Shady Grove Rd**<br>**Pickens, SC 29671** | - | | | X | X | | 0.00 |
| Account No. **5124145** | | | Warranty | | | | |
| **Mattie C Williams**<br>**3200 Fernandina Rd  No 118B**<br>**Columbia, SC 29210** | - | | | X | X | | 0.00 |
| Account No. **5119577** | | | Warranty | | | | |
| **Mattie David**<br>**7 Woodlawn St**<br>**Uniontown, PA 15401** | - | | | X | X | | 0.00 |

Sheet no. **3167** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                   ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5131647** | | | | | **Warranty** | | | | |
| **Mattie Hanning** **3991 Grayson Drive** **Obetz, OH 43027** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5131383** | | | | | **Warranty** | | | | |
| **Mattie L Hall** **3353 Arlene Avenue** **Dayton, OH 45406** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5103585** | | | | | **Warranty** | | | | |
| **Maudell Ulett** **1027 North 19th Street** **Allentown, PA 18104** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5109749** | | | | | **Warranty** | | | | |
| **Maureen  Hale** **1072 Wiles Barre Street** **Easton, PA 18042** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5094065** | | | | | **Warranty** | | | | |
| **Maureen B Flanagan** **2150 West Eighth Street** **Erie, PA 16505** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**3168**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re __**Great Lakes Warranty Corporation**_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5062649** | | | **Warranty** | | | | |
| **Maureen Cleland**<br>**6140 Granite St NW**<br>**Canton, OH 44718** | - | | | X | X | | 0.00 |
| Account No. **5104517** | | | **Warranty** | | | | |
| **Maureen Ferguson**<br>**341 English Road**<br>**Wexford, PA 15090** | - | | | X | X | | 0.00 |
| Account No. **5116355** | | | **Warranty** | | | | |
| **Maureen Fuller**<br>**771 Depot Lane**<br>**Quakertown, PA 18951** | - | | | X | X | | 0.00 |
| Account No. **5130524** | | | **Warranty** | | | | |
| **Maureen J Kammerer**<br>**5881 Tippin Dr**<br>**Las Vegas, NV 89130** | - | | | X | X | | 0.00 |
| Account No. **5088672** | | | **Warranty** | | | | |
| **Maureen Jabaley**<br>**291 N Tessir Drive**<br>**St Pete Beach, FL 33706** | - | | | X | X | | 0.00 |

Sheet no. __**3169**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5092450** | | | | Warranty | | | | |
| **Maureen M Ruyak** **700 Mulberry Street** **Scottdale, PA 15683** | - | | | | X | X | | 0.00 |
| Account No. **5108111** | | | | Warranty | | | | |
| **Maureen Marie Sultzer** **698 Homestead Avenue** **Scottdale, PA 15683** | - | | | | | | | 76.00 |
| Account No. **5132688** | | | | Warranty | | | | |
| **Maureen McCloskey** **11119 Ridgeway Street** **Philadelphia, PA 19116** | - | | | | X | X | | 0.00 |
| Account No. **5071792** | | | | Warranty | | | | |
| **Maureen White** **7275 Olga Dr** **Chincoteague, VA 23336** | - | | | | | | | 647.60 |
| Account No. **5121794** | | | | Warranty | | | | |
| **Mauresha Meashell Proctor** **8005 Divine Dr** **Las Vegas, NV 89128** | - | | | | X | X | | 0.00 |

Sheet no. **3170** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | **723.60**

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128774** | | | Warranty | | | | |
| **Maurice Armstead** **3833 Fairhill St** **Philadelphia, PA 19140** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5084532** | | | Warranty | | | | |
| **Maurice A Troop** **2109 June Street** **Erie, PA 16510** | - | | | | | | |
| | | | | | | | **944.44** |
| Account No. **5124007** | | | Warranty | | | | |
| **Maurice Bell** **6318 Mershon Street** **Phildelphia, PA 19149** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5088706** | | | Warranty | | | | |
| **Maurice C Gibeault** **1094 W Berwick Street** **Easton, PA 18042** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5122355** | | | Warranty | | | | |
| **Maurice E Guild** **41 McClancy Place** **Brooklyn, NY 11207** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**3171** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **944.44**

In re **Great Lakes Warranty Corporation** ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5116170 | | | Warranty | | | | |
| Maurice Gingham 134 N Mercer Street  Apt 102 New Castle, PA 16101 | - | | | X | X | | 0.00 |
| Account No. 5114507 | | | Warranty | | | | |
| Maurice H Weintraub 1699 Southport Drive Charleston, SC 29407 | - | | | X | X | | 0.00 |
| Account No. 5102213 | | | Warranty | | | | |
| Maurice Hamel 63 East Terrace South Burlington, VT 05403 | - | | | X | X | | 0.00 |
| Account No. 5132672 | | | Warranty | | | | |
| Mauricia Rosas 4304 Via Olivero Avenue Las Vegas, NV 89102 | - | | | X | X | | 0.00 |
| Account No. 5113094 | | | Warranty | | | | |
| Mauricio Rivero Madrigal 35 Seminole Drive Lakewood, NJ 08701 | - | | | X | X | | 0.00 |

Sheet no. **3172** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation** ,                   Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5124921 | | Warranty | | | | | | |
| Maurico Difulvio 3252 Wooster Drive Beavercreek, OH 45434 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124680 | | Warranty | | | | | | |
| Maurico Ramirez 5501 E. Harmon #81 Las Vegas, NV 89122 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130163 | | Warranty | | | | | | |
| Maurico Rendon 7222 American Pride Street Las Vegas, NV 89148 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118673 | | Warranty | | | | | | |
| Maurio Powell 2813 E 120th St Cleveland, OH 44120 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107868 | | Warranty | | | | | | |
| Mauritza Kristine Strong 1529 Weinman Street Pittsburgh, PA 15221 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 3173  of 4906  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5075277 | | | | Warranty | | | | |
| Mauro U Barraza 43995 W Stonecreek Road Maricopa, AZ 85239 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106267 | | | | Warranty | | | | |
| Max  Eichinger 25230 West Hornsby Rd Coolville, OH 45723 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107718 | | | | Warranty | | | | |
| Max E Songer 203 E Jacksonville Avenue Villas, NJ 08251 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117425 | | | | Warranty | | | | |
| Max J Keisler 3901 Gun club Road Murrysville, PA 15668 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132455 | | | | Warranty | | | | |
| Max Margolius 522 Valley View Road Merion Station, PA 19066 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3174**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                              ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5131845 | | | | Warranty | | | | |
| Max Pedicone 121 Diamond Lane Latrobe, PA 15650 | - | | | | X | X | | 0.00 |
| Account No. 5105310 | | | | Warranty | | | | |
| Max Perlman 12915 N 137th Street Scottsdale, AZ 85259 | - | | | | X | X | | 0.00 |
| Account No. 5102586 | | | | Warranty | | | | |
| Max R Hix 1718 Andrew Crockett Court Brentwood, TN 37027 | - | | | | | | | 137.60 |
| Account No. 5106085 | | | | Warranty | | | | |
| Max R Wright 2704 Grassy Creek Court Indianapolis, IN 46229 | - | | | | X | X | | 0.00 |
| Account No. 5077760 | | | | Warranty | | | | |
| Max Schrank 553 Sixteenth Avenue San Francisco, CA 94118 | - | | | | | | | 82.00 |

Sheet no. **3175** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    219.60

In re  **Great Lakes Warranty Corporation**                                      ,      Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097324** | | | Warranty | | | | |
| **Max Weinstein** **1034 Prospect Avenue** **Hartford, CT 06105** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122628** | | | Warranty | | | | |
| **Maxanna Bennett Cook** **241 Wilson Ave** **Pittsburgh, PA 15237** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131327** | | | Warranty | | | | |
| **Maximiliano Dominguez Ramirez** **1073 Moss Road #7** **South Lake Tahoe, CA 96150** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5109743** | | | Warranty | | | | |
| **Maximino Dominguez** **1080 W Main Street  #520** **Hendersonville, TN 37075** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125161** | | | Warranty | | | | |
| **Maxine A Delisle** **PO Box 620962** **Las Vegas, NV 89162** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**3176** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re     **Great Lakes Warranty Corporation**                                          ,          Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126760** | | | Warranty | | | | |
| **Maxine Atkinson 4002 Artic Avenue Wildwood, NJ 08260** | - | | | X | X | | 0.00 |
| Account No. **5117591** | | | Warranty | | | | |
| **Maxine Brown HC 1 Box 1379 Brodeadsville, PA 18322** | - | | | X | X | | 0.00 |
| Account No. **5071020** | | | Warranty | | | | |
| **Maxine Foster 1504 W Hull St Denison, TX 75020** | - | | | X | X | | 0.00 |
| Account No. **5129585** | | | Warranty | | | | |
| **Maxine Grayson 1661 Garden Path Ct Las Vegas, NV 89119** | - | | | X | X | | 0.00 |
| Account No. **5114126** | | | Warranty | | | | |
| **Maxine J Lindsay 19 Devereaux Avenue Charleston, SC 29403** | - | | | X | X | | 0.00 |

Sheet no. **3177** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                                         ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5073797** | | | | **Warranty** | | | | |
| **Maxine L Reynolds**<br>**615 Chrisman Drive**<br>**Clarksville, TN 37042** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129975** | | | | **Warranty** | | | | |
| **Maxine Martin**<br>**1735 Russett Avenue**<br>**Dayton, OH 45410** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107188** | | | | **Warranty** | | | | |
| **Maxwell A Friel**<br>**2095 Fort Bevin Road**<br>**Harleysville, PA 19438** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132410** | | | | **Warranty** | | | | |
| **Maxwell Varner**<br>**1071 Five Points Road**<br>**Indiana, PA 15701** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5071249** | | | | **Warranty** | | | | |
| **May Xuemei Wu**<br>**7585 Lakota Springs Dr**<br>**West Chester, OH 45069** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3178** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                   0.00

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5097003** | | | | **Warranty** | | | | |
| **Maya K Bigelow** **2213 Foxcroft Green** **Columbus, OH 43232** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091454** | | | | **Warranty** | | | | |
| **Maya M Robinson** **408 N Aiken Avenue** **Pittsburgh, PA 15206** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5065236** | | | | **Warranty** | | | | |
| **Mayra Arioya** **3416 Elle Street** **Philadelphia, PA 19134** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110161** | | | | **Warranty** | | | | |
| **Mayra Zavala** **14150 31st Place** **Yuma, AZ 85367** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128011** | | | | **Warranty** | | | | |
| **Mazin Yousif** **15316 NW Red Cedar Ct** **Portland, OR 97231** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3179**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109423** | | Warranty | | | | | | |
| **McArthur Logan** **1405 New Rodgers Road  B6** **Bristol, PA 19007** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5074836** | | Warranty | | | | | | |
| **McKensy Wright** **1535 N Scottsdale Road  Apt  EE2154** **Tempe, AZ 85281** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132744** | | Warranty | | | | | | |
| **Meagan Butler** **2978 Northview Blvd** **Youngstown, OH 44504** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090882** | | Warranty | | | | | | |
| **Meagan Hope Dotson** **234 Sidlee Road** **Waterloo, SC 29384** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115625** | | Warranty | | | | | | |
| **Mearle C Schaffer** **569 Cove Lane** **Roaring Spring, PA 16673** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3180**   of **4906**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re __Great Lakes Warranty Corporation_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. 5129914 | | | | | | Warranty | | | | |
| Mechele Tunno 1604 19th Avenue Beaver Falls, PA 15010 | - | | | | | | X | X | | 0.00 |
| Account No. 5087805 | | | | | | Warranty | | | | |
| Media E Ainsworth 1020 E Cabana Circle #7 Memphis, TN 38107 | - | | | | | | X | X | | 0.00 |
| Account No. 5126814 | | | | | | Warranty | | | | |
| Medical Comfort Systems Inc PO Box 2295 Irmo, SC 29063 | - | | | | | | | | | 347.50 |
| Account No. 5115478 | | | | | | Warranty | | | | |
| Medy Cobb 7462 E Drummer Avenue Mesa, AZ 85208 | - | | | | | | X | X | | 0.00 |
| Account No. 5123688 | | | | | | Warranty | | | | |
| Megan A Fitzgerald Roman 367 Edna St E McKeesport, PA 15035 | - | | | | | | X | X | | 0.00 |

Sheet no. 3181  of 4906  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          347.50

In re    **Great Lakes Warranty Corporation**              ,     Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5079915** | | | | **Warranty** | | | | |
| **Megan A Laslo** **1130 Seventh Avenue** **New Brighton, PA 15066** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090744** | | | | **Warranty** | | | | |
| **Megan A Lutz** **203 Lutz Road** **Zelienople, PA 16063** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130568** | | | | **Warranty** | | | | |
| **Megan Crosen** **204 Charlotte Way** **West Chester, PA 19380** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109149** | | | | **Warranty** | | | | |
| **Megan E Brink** **14304 Lowville Street** **Wattsburg, PA 16442** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129451** | | | | **Warranty** | | | | |
| **Megan E Conyers** **1618 Garfield Ave** **Villas, NJ 08251** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3182** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation**        Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095508** | | | Warranty | | | | |
| **Megan E Syverson**<br>**3398 Green River Drive**<br>**Columbus, OH 43226** | - | | | X | X | | 0.00 |
| Account No. **5123325** | | | Warranty | | | | |
| **Megan Hammett**<br>**125 Plymouth Street**<br>**Shelby, OH 44875** | - | | | X | X | | 0.00 |
| Account No. **5118320** | | | Warranty | | | | |
| **Megan L Kilgore**<br>**3480 Raleigh Lagrange Rd**<br>**Roseville, TN 38066** | - | | | X | X | | 0.00 |
| Account No. **5114556** | | | Warranty | | | | |
| **Megan L Pfeifer**<br>**244 Dickens Street**<br>**Latrobe, PA 15650** | - | | | X | X | | 0.00 |
| Account No. **5114130** | | | Warranty | | | | |
| **Megan L Timmins**<br>**175 E High Street  Apt 5**<br>**Carlisle, PA 17013** | - | | | X | X | | 0.00 |

Sheet no. **3183** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     0.00
(Total of this page)

In re  **Great Lakes Warranty Corporation**  ,  Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5104567** | | | Warranty | | | | |
| **Megan M Driscoll** **1685 Township Road 37** **Huntsville, OH 43324** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115693** | | | Warranty | | | | |
| **Megan M Myers** **49839 Rapp Road** **Hopedale, OH 43976** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5128916** | | | Warranty | | | | |
| **Megan M Rivera** **7 Park Dr** **Millville, NJ 08332** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5109489** | | | Warranty | | | | |
| **Megan Meacham** **2208 Fifth Street NE** **Canton, OH 44704** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5080940** | | | Warranty | | | | |
| **Megan Nelms** **2504 Venus Court** **Chapel Hill, TN 37034** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3184** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5125429** | | | | | **Warranty** | | | | |
| **Megan O Connell** **343 Summit Ridge Circle** **Nashville, TN 37215** | - | | | | | X | X | | 0.00 |
| Account No. **5130048** | | | | | **Warranty** | | | | |
| **Megan Smith** **280 Mill Rd** **Shelbyville, TN 37160** | - | | | | | X | X | | 0.00 |
| Account No. **5123148** | | | | | **Warranty** | | | | |
| **Megan Smith** **3138 Magee Avenue** **Philadelphia, PA 19149** | - | | | | | X | X | | 0.00 |
| Account No. **5129490** | | | | | **Warranty** | | | | |
| **Megan Thornton** **2510 S. Avicon Drive** **Center Valley, PA 18034** | - | | | | | X | X | | 0.00 |
| Account No. **5118035** | | | | | **Warranty** | | | | |
| **Meghan  Maxey** **5671 Sundial Dr** **Galloway, OH 43119** | - | | | | | X | X | | 0.00 |

Sheet no. **3185** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5118939 | | | | Warranty | | | | |
| Meghan E Gloff 10 Allegheny Center Apt 108 Pittsburgh, PA 15212 | - | | | | X | X | | 0.00 |
| Account No. 5118938 | | | | Warranty | | | | |
| Meghan G Coulehan 1104 Vermont Ave White Oak, PA 15131 | - | | | | X | X | | 0.00 |
| Account No. 5122959 | | | | Warranty | | | | |
| Meghan Haynes 42980 Bearwallow Ridge Coolville, OH 45723 | - | | | | X | X | | 0.00 |
| Account No. 5089027 | | | | Warranty | | | | |
| Meghan Martin 13412 N 52nd Street Scottsdale, AZ 85254 | - | | | | X | X | | 0.00 |
| Account No. 5119380 | | | | Warranty | | | | |
| Meghan Skelly 931 North front St Harrisburg, PA 17102 | - | | | | X | X | | 0.00 |

Sheet no. **3186** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                 0.00

In re **Great Lakes Warranty Corporation**                           Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5101486** | | | | Warranty | | | | |
| **Mehrdad Davoudi** **11450 E Bella Vista Dr** **Scottsdale, AZ 85259** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114557** | | | | Warranty | | | | |
| **Meighan C Nelson** **22 River Road  Unit 401** **Pittsburgh, PA 15238** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112917** | | | | Warranty | | | | |
| **Meka Harris** **2112 Hampstead Road** **Cleveland Heights, OH 44118** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106669** | | | | Warranty | | | | |
| **Mekdava Phimmackack** **27 Highpoint Drive** **Chattanooga, TN 37415** | - | | | | | | | |
| | | | | | | | | 98.21 |
| Account No. **5115270** | | | | Warranty | | | | |
| **Mekee Xiong** **110 Spring Farm Trail** **Shepherdsville, KY 40165** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3187** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                98.21

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5057239** | | | | | Warranty | | | | |
| **Mel Collazo** **14015 Belle Pointe Dr** **Little Rock, AR 72212** | - | | | | | | | | **1,017.00** |
| Account No. **5076162** | | | | | Warranty | | | | |
| **Melania Pate** **11A Isabelle Street** **Charleston, SC 29403** | - | | | | | | | | **464.28** |
| Account No. **5118333** | | | | | Warranty | | | | |
| **Melanie A Glassmire** **5770 Radford Rd** **Athens, OH 45701** | - | | | | | X | X | | **0.00** |
| Account No. **5083515** | | | | | Warranty | | | | |
| **Melanie A Smith** **3323 Bluemont Drive** **Memphis, TN 38134** | - | | | | | | | | **96.00** |
| Account No. **5117102** | | | | | Warranty | | | | |
| **Melanie A Weikel** **318 Hobart Street** **Gordon, PA 17936** | - | | | | | X | X | | **0.00** |

Sheet no. **3188** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,577.28**

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5061886** | | | **Warranty** | | | | |
| **Melanie Chadwick 2645 Danbury Cir Spring Hill, Tn 37174** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099550** | | | **Warranty** | | | | |
| **Melanie Goldberg 111 West Allen Street Philadelphia, PA 19123** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5074136** | | | **Warranty** | | | | |
| **Melanie H Tenney 303 N Main Street Columbiana, OH 44408** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5116078** | | | **Warranty** | | | | |
| **Melanie J Ashbaugh 309 Braugher Road Indiana, PA 15701** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5084314** | | | **Warranty** | | | | |
| **Melanie Miles 2870 Lambert Court Easton, PA 18042** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.__**3189**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                    , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5087371** <br><br> **Melanie N Martin Boone** <br> **2754 Norman Road** <br> **Abington, PA 19001** | - | | **Warranty** | | | | **87.42** |
| Account No. **5126919** <br><br> **Melanie Norkevicus** <br> **328 E Garden Road** <br> **Pittsburgh, PA 15227** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5089585** <br><br> **Melanie R Schantz** <br> **118C Center Hill Road** <br> **Upper Black Eddy, PA 18972** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5112665** <br><br> **Melanie Riggin** <br> **8803 Dolcetto Grove** <br> **Brentwood, TN 37027** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5067882** <br><br> **Melanie Ward** <br> **116 Williamson Court** <br> **Murfreesboro, TN 37128** | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **3190** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **87.42**

In re **Great Lakes Warranty Corporation**                                          , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5121776** | | | | | Warranty | | | | |
| **Melanie Woodfork** **12804 Coral Dr** **Pittsburgh, PA 15236** | - | | | | | X | X | | 0.00 |
| Account No. 5124967 | | | | | Warranty | | | | |
| **Melda Huggins** **511 Cobble Creek Circle** **Cherry Hill, NJ 08003** | - | | | | | | | | 1,249.50 |
| Account No. 5110125 | | | | | Warranty | | | | |
| **Meldreinna Diles** **1305 Yorkland Road** **Columbus, OH 43232** | - | | | | | X | X | | 0.00 |
| Account No. 5125275 | | | | | Warranty | | | | |
| **Melesio Munoz Uribe** **828 Bowman Road** **Mt. Pleasant, SC 29464** | - | | | | | X | X | | 0.00 |
| Account No. 5071248 | | | | | Warranty | | | | |
| **Melina Caprino** **8244 Post Road** **Allison Park, PA 15101** | - | | | | | X | X | | 0.00 |

Sheet no. **3191** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,249.50

In re **Great Lakes Warranty Corporation**                                  , Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5077440** | | | Warranty | | | | |
| **Melinda  Finaly** **1032 Lakeview Drive** **Hermitage, TN 37076** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102071** | | | Warranty | | | | |
| **Melinda  Fisher** **17 Minooka Street** **Pittsburgh, PA 15210** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118813** | | | Warranty | | | | |
| **Melinda A Reich** **1025 Chelton Ave  Apt 2** **Pittsburgh, PA 15226** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113943** | | | Warranty | | | | |
| **Melinda B Mitchell** **5366 Youngridge Drive  Apt 4** **Pittsburgh, PA 15236** | - | | | | | | |
| | | | | | | | 1,249.48 |
| Account No. **5076284** | | | Warranty | | | | |
| **Melinda Cestarys** **9732 Gilboa Way** **Orlando, FL 32817** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3192** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,249.48

In re  **Great Lakes Warranty Corporation**                           ,        Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **5119561** | | | | | | Warranty | | | | |
| **Melinda D Oldt**<br>**258 Endlich Ave**<br>**Reading, PA 19606** | - | | | | | | X | X | | 0.00 |
| Account No. **5111946** | | | | | | Warranty | | | | |
| **Melinda Farmer**<br>**272 Murrell Road**<br>**Dickson, TN 37055** | - | | | | | | X | X | | 0.00 |
| Account No. **5098772** | | | | | | Warranty | | | | |
| **Melinda Fox**<br>**85 Ohio Street**<br>**Navarre, OH 44662** | - | | | | | | X | X | | 0.00 |
| Account No. **5074298** | | | | | | Warranty | | | | |
| **Melinda Hawkins**<br>**23629 N. Mustang Way**<br>**Florence, AZ 85232** | - | | | | | | X | X | | 0.00 |
| Account No. **5065165** | | | | | | Warranty | | | | |
| **Melinda J. Gist**<br>**P.O. Box 405**<br>**Crossville, TN 38557** | - | | | | | | X | X | | 0.00 |

Sheet no. **3193** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**          Case No. _____

                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5127432 | | | | Warranty | | | | |
| Melinda L Padolf 1712 Brinton Ave Braddock, PA 15107 | - | | | | X | X | | 0.00 |
| Account No. 5110149 | | | | Warranty | | | | |
| Melinda League 1502 Tabor Avenue Kettering, OH 45420 | - | | | | X | X | | 0.00 |
| Account No. 5096329 | | | | Warranty | | | | |
| Melinda M Cabral 9153 N Camino San Diego Tucson, AZ 85742 | - | | | | X | X | | 0.00 |
| Account No. 5115522 | | | | Warranty | | | | |
| Melinda R McIntyre 19792 Forest Green Drive  Apt 501 Meadville, PA 16331 | - | | | | X | X | | 0.00 |
| Account No. 5119477 | | | | Warranty | | | | |
| Melinda S Kick 6 South Chambers St Savannah, OH 44874 | - | | | | X | X | | 0.00 |

Sheet no. **3194** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                 0.00
(Total of this page)

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5127103 | | | | Warranty | | | | |
| Melinda Simmon 933 Alder Run Way Akron, OH 44333 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090453 | | | | Warranty | | | | |
| Melisa A McCurdy 6160 Siegel Rd Waterford, PA 16441 | | - | | | | | | |
| | | | | | | | | 267.95 |
| Account No. 5122404 | | | | Warranty | | | | |
| Melisa Swailes 10800 West 131st St Overland Park, KS 66213 | | - | | | | | | |
| | | | | | | | | 271.06 |
| Account No. 5129196 | | | | Warranty | | | | |
| Melissa  Adams 5731 Arch St Philadelphia, PA 19135 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129089 | | | | Warranty | | | | |
| Melissa  Brudnicki 21 W Hartford St Wilkes Barre, PA 18706 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3195** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

539.01

In re **Great Lakes Warranty Corporation**                                    , Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5119372 | | | Warranty | | | | |
| Melissa Burton 3738 Hiawatha St Pittsburgh, PA 15212 | - | | | X | X | | 0.00 |
| Account No. 5132495 | | | Warranty | | | | |
| Melissa Chadwick 429 Domino Lane Apt 4 Philadelphia, PA 19128 | - | | | X | X | | 0.00 |
| Account No. 5106022 | | | Warranty | | | | |
| Melissa Gibson 617 Bowen St Dayton, OH 45410 | - | | | X | X | | 0.00 |
| Account No. 5093210 | | | Warranty | | | | |
| Melissa Givens 4174 Mainsville Rd Junctioncity, OH 43248 | - | | | | | | 515.82 |
| Account No. 5091652 | | | Warranty | | | | |
| Melissa Gray 8435 Torresdale Avenue Apt 7 Philadelphia, PA 19136 | - | | | X | X | | 0.00 |

Sheet no. __3196__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          515.82

In re   **Great Lakes Warranty Corporation**                                                 ,   Case No. _____
                                          _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5119700 | | | Warranty | | | | |
| Melissa Green 1109 Skipton Murfreesboro, TN 37128 | - | | | X | X | | 0.00 |
| Account No. 5113846 | | | Warranty | | | | |
| Melissa Roche 376 Wright Ave Kingston, PA 18704 | - | | | X | X | | 0.00 |
| Account No. 5129689 | | | Warranty | | | | |
| Melissa Torres 1827 W Main St Millville, NJ 08332 | - | | | X | X | | 0.00 |
| Account No. 5116344 | | | Warranty | | | | |
| Melissa A Barone 241 Fifth Avenue Freedom, PA 15042 | - | | | X | X | | 0.00 |
| Account No. 5128070 | | | Warranty | | | | |
| Melissa A Cadena 6434 N Mozart Chicago, IL 60645 | - | | | X | X | | 0.00 |

Sheet no. **3197** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re **Great Lakes Warranty Corporation**_____, Case No._____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5108343** | | | | Warranty | | | | |
| **Melissa A Hershner 201 Guy St York, PA 17406** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114671** | | | | Warranty | | | | |
| **Melissa A Jones 608 Constitutiion New Kensington, PA 15068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111192** | | | | Warranty | | | | |
| **Melissa A Lance 204 W Mountain Road Windgap, PA 18091** | - | | | | | | | |
| | | | | | | | | 195.00 |
| Account No. **5111201** | | | | Warranty | | | | |
| **Melissa A Lloyd 104 Locust Street New Galilee, PA 16141** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088254** | | | | Warranty | | | | |
| **Melissa A Murray 701 Clay Road S Connellsville, PA 15425** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3198** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

195.00

In re   **Great Lakes Warranty Corporation**                            ,      Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5091432** | | | **Warranty** | | | | |
| **Melissa A Obrocto** **606 County Line Road  PO Box 332** **Acme, PA 15610** | - | | | X | X | | 0.00 |
| Account No. **5073086** | | | **Warranty** | | | | |
| **Melissa A Schnitzler** **1300 Gary Fox Circle** **Quakertown, PA 18951** | - | | | X | X | | 0.00 |
| Account No. **5124939** | | | **Warranty** | | | | |
| **Melissa Ake** **20 10th Street** **Massillon, OH 44646** | - | | | | | | 104.40 |
| Account No. **5125951** | | | **Warranty** | | | | |
| **Melissa Andrews** **15017 N. 29th Drive** **Phoenix, AZ 85053** | - | | | X | X | | 0.00 |
| Account No. **5123801** | | | **Warranty** | | | | |
| **Melissa Ann Hall** **2268 Newville Road** **Carlisle, PA 17015** | - | | | X | X | | 0.00 |

Sheet no. **3199** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal (Total of this page)          **104.40**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5107310** | | | **Warranty** | | | | |
| **Melissa Anne Termin 45 Sheffield P.O. Box 15 Mahaffey, PA 15757** | - | | | | | | 235.18 |
| Account No. **5116449** | | | **Warranty** | | | | |
| **Melissa Barron 1325 S Haupt Avenue  Apt 106 Yuma, AZ 85364** | - | | | X | X | | 0.00 |
| Account No. **5096734** | | | **Warranty** | | | | |
| **Melissa Bianco 38 Martha Ave Jeannette, PA 15644** | - | | | X | X | | 0.00 |
| Account No. **5060913** | | | **Warranty** | | | | |
| **Melissa Boland 3300 Margaret St Pittsburgh, PA 15227** | - | | | X | X | | 0.00 |
| Account No. **5105849** | | | **Warranty** | | | | |
| **Melissa Boos 22 Sturbridge Avenue Deptford, NJ 08096** | - | | | X | X | | 0.00 |

Sheet no. **3200** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

235.18

In re **Great Lakes Warranty Corporation**                            ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5104843** | | | | Warranty | | | | |
| Melissa Bowers 1691 Northview Road York, PA 17406 | - | | | | X | X | | 0.00 |
| Account No. **5107098** | | | | Warranty | | | | |
| Melissa Castro 41 Ponderosa Drive Penfield, PA 15849 | - | | | | X | X | | 0.00 |
| Account No. **5063092** | | | | Warranty | | | | |
| Melissa Crawford PO Box 1825 /322 Rugby Road Crossville, TN 38558 | - | | | | X | X | | 0.00 |
| Account No. **5129094** | | | | Warranty | | | | |
| Melissa D Miller 6 Gooseneck Rd Levittown, PA 19057 | - | | | | X | X | | 0.00 |
| Account No. **5111719** | | | | Warranty | | | | |
| Melissa E Gray 2220 Lacrosse Street Pittsburgh, PA 15218 | - | | | | X | X | | 0.00 |

Sheet no. **3201** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re    **Great Lakes Warranty Corporation**                    ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5116862 | | | | Warranty | | | | |
| Melissa Fitch 1726 Oakdale Toledo, OH 43605 | - | | | | X | X | | 0.00 |
| Account No. 5132414 | | | | Warranty | | | | |
| Melissa Fox 27 Keats Lane Albrightsville, PA 18210 | - | | | | X | X | | 0.00 |
| Account No. 5103691 | | | | Warranty | | | | |
| Melissa Francasso 3433 Pennsylvania Ave  Apt 8 Weirton, WV 26062 | - | | | | X | X | | 0.00 |
| Account No. 5088068 | | | | Warranty | | | | |
| Melissa Gibbs 825 Highland Park Court Nashville, TN 37205 | - | | | | | | | 533.07 |
| Account No. 5128276 | | | | Warranty | | | | |
| Melissa Greenburg 6 Country Club Estates Gouldsboro, PA 18424 | - | | | | X | X | | 0.00 |

Sheet no. **3202** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                            (Total of this page)     533.07

In re     **Great Lakes Warranty Corporation**                                    ,     Case No. _____

_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131871** | | | Warranty | | | | |
| **Melissa Habina** **412 East Youghiogheny Avenue** **Connellsville, PA 15425** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5112124** | | | Warranty | | | | |
| **Melissa Harris** **2617 Churchill Drive** **Thompsons Station, TN 37179** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5126502** | | | Warranty | | | | |
| **Melissa Hicks** **234 E. 16th Avenue** **Homestead, PA 15120** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5102652** | | | Warranty | | | | |
| **Melissa Hunter** **3870 Peachtree Industrial Blvd  #293** **Duluth, GA 30096** | - | | | | | | |
| | | | | | | | **483.90** |
| Account No. **5118099** | | | Warranty | | | | |
| **Melissa J  Moore** **1051 Donegal Springs Rd** **Mount Joy, PA 17552** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **3203** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **483.90**

In re   **Great Lakes Warranty Corporation** _____ ,    Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5122206** | | | | **Warranty** | | | | |
| **Melissa J Magnuson** **4808 Deep Hollow Dr** **Columbus, OH 43228** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087272** | | | | **Warranty** | | | | |
| **Melissa K Andrews** **513 Cooper Avenue** **Bellefontaine, OH 43311** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124401** | | | | **Warranty** | | | | |
| **Melissa K Dean** **283 Fording Rd** **New Castle, PA 16101** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5078842** | | | | **Warranty** | | | | |
| **Melissa Kaewell** **4320 Oakmont Street** **Philadelphia, PA 19136** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120600** | | | | **Warranty** | | | | |
| **Melissa Kapushinski** **45 Kelsey Dr** **Schuylkill Haven, PA 17972** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3204** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal                            **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096134** | | | Warranty | | | | |
| **Melissa Kaye** **2108 Woodlawn Drive** **Nashville, TN 37212** | - | | | X | X | | 0.00 |
| Account No. **5131814** | | | Warranty | | | | |
| **Melissa Klecz** **215 Dandelion Road** **Millville, NJ 08332** | - | | | X | X | | 0.00 |
| Account No. **5094916** | | | Warranty | | | | |
| **Melissa L Edmunds** **436 Westland Drive** **Greensburg, PA 15601** | - | | | X | X | | 0.00 |
| Account No. **5115330** | | | Warranty | | | | |
| **Melissa L Miller** **26870 Jackson Road** **Circleville, OH 43113** | - | | | X | X | | 0.00 |
| Account No. **5109397** | | | Warranty | | | | |
| **Melissa L Moss** **20835  Zolman Road** **Fredericktown, OH 43019** | - | | | X | X | | 0.00 |

Sheet no. **3205** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113798 | | | | Warranty | | | | |
| Melissa L Patterson 165 Carnegie Avenue Clairton, PA 15025 | - | | | | | | | 169.79 |
| Account No. 5064006 | | | | Warranty | | | | |
| Melissa Loughrey 104 North Woodlawn Avenue Aldan, PA 19018 | - | | | | | | | 138.60 |
| Account No. 5105996 | | | | Warranty | | | | |
| Melissa M Schibler 300 Soose Rd Pittsburgh, PA 15209 | - | | | | X | X | | 0.00 |
| Account No. 5125576 | | | | Warranty | | | | |
| Melissa Miller 219 3rd Drive SE New Philadelphia, OH 44663 | - | | | | X | X | | 0.00 |
| Account No. 5052271 | | | | Warranty | | | | |
| Melissa Moser 3817 Fox Run Dr  Apt 1225 Cincinnati, OH 45236 | - | | | | X | X | | 0.00 |

Sheet no. **3206** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    308.39

In re __Great Lakes Warranty Corporation_____,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5109663 | | | | Warranty | | | | |
| Melissa N Melnick 250 Maplewood Avenue Ambridge, PA 15003 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106116 | | | | Warranty | | | | |
| Melissa Ordak 11 Lakeside Drive Bessemer, PA 16112 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129731 | | | | Warranty | | | | |
| Melissa R Cabello 8017 Beaver Mountain Ave Las Vegas, NV 89131 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106072 | | | | Warranty | | | | |
| Melissa R Hanechak 1245 Woodbourne Avenue Pittsburgh, PA 15226 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104716 | | | | Warranty | | | | |
| Melissa R Smeltz 123 Greendale Drive Greensburg, PA 15601 | - | | | | | | | |
| | | | | | | | | 258.39 |

Sheet no.__3207__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

258.39

In re  **Great Lakes Warranty Corporation**                                              ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5065777** | | | | | Warranty | | | | |
| **Melissa Reinert 207 Taft Avenue Reading, PA 19606** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5074026** | | | | | Warranty | | | | |
| **Melissa Rinehart 40 Country Manor Lane   Apt E Centerville, OH 45458** | - | | | | | | | | |
| | | | | | | | | | 488.29 |
| Account No. **5085408** | | | | | Warranty | | | | |
| **Melissa S Brooks 6500 Jonathan Lane Albany, OH 45710** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5099736** | | | | | Warranty | | | | |
| **Melissa S Wagner 212 Genoa Avenue SW Massillon, OH 44646** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131032** | | | | | Warranty | | | | |
| **Melissa Schaub 5504 Garvers Ferry Road Leechburg, PA 15656** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3208** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          488.29

In re  **Great Lakes Warranty Corporation**                    ,          Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108572**<br><br>**Melissa Speedy**<br>**888 Redwing Drive**<br>**Canal Fulton, OH 44614** | - | | Warranty | X | X | | 0.00 |
| Account No. **5121889**<br><br>**Melissa Straber**<br>**1019 Manhattan St**<br>**Pittsburgh, PA 15233** | - | | Warranty | | | | 880.00 |
| Account No. **5099752**<br><br>**Melissa Suzanne Hines**<br>**320 Jefferson Street  Apt A**<br>**Brookville, PA 15825** | - | | Warranty | X | X | | 0.00 |
| Account No. **5086385**<br><br>**Melissa Swofford Moore**<br>**1020 Fourth Street SW**<br>**Canton, OH 44707** | - | | Warranty | X | X | | 0.00 |
| Account No. **5105158**<br><br>**Melissa Teal**<br>**107 Hatcher Lane**<br>**Maryville, TN 37803** | - | | Warranty | | | | 481.12 |

Sheet no. **3209** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,361.12**

In re **Great Lakes Warranty Corporation**        ,    Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131685** | | | | **Warranty** | | | | |
| **Melissa Terwilliger** **1014 Highview Court** **Temple, PA 19560** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107148** | | | | **Warranty** | | | | |
| **Melissa Truchan** **2952 E Beechnut Place** **Chandler, AZ 85249** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085085** | | | | **Warranty** | | | | |
| **Melissa V Taylor** **1439 Elm Street** **Pittsburgh, PA 15221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114689** | | | | **Warranty** | | | | |
| **Melissa W Smith** **238 Heaney Avenue** **Lawnside, NJ 08045** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093861** | | | | **Warranty** | | | | |
| **Melissa Y Rodriguez** **617 Marion Avenue SW** **Canton, OH 44707** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3210** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **0.00**

In re __Great Lakes Warranty Corporation__ ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096676** | | | **Warranty** | | | | |
| Melissa Zuzula 8404 Post Road Allison Park, PA 15101 | - | | | X | X | | 0.00 |
| Account No. 5121326 | | | **Warranty** | | | | |
| Meliton Rodriguez 15844 E Cty 3rd St Yuma, AZ 85364 | - | | | X | X | | 0.00 |
| Account No. 5099704 | | | **Warranty** | | | | |
| Mellanese Barbara McCall 1 Islay Lane #E Columbia, SC 29210 | - | | | X | X | | 0.00 |
| Account No. 5115397 | | | **Warranty** | | | | |
| Mellies G Stettler 127 Lewis Street Ambridge, PA 15063 | - | | | X | X | | 0.00 |
| Account No. 5117223 | | | **Warranty** | | | | |
| Mellissa D Figueroa 395 E Maynard Avenue Columbus, OH 43202 | - | | | X | X | | 0.00 |

Sheet no. __3211__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re **Great Lakes Warranty Corporation** ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129487** | | | Warranty | | | | |
| **Mellissa Mohiyeldeen 940 Oak Street Allentown, PA 18102** | - | | | X | X | | 0.00 |
| Account No. **5091414** | | | Warranty | | | | |
| **Melodie Garner 243 Old Shackle Island Road Hendersonville, TN 37075** | - | | | X | X | | 0.00 |
| Account No. **5119761** | | | Warranty | | | | |
| **Melodie Garrison 9771 Jupiter Forest Dr Brentwood, TN 37027** | - | | | X | X | | 0.00 |
| Account No. **5120784** | | | Warranty | | | | |
| **Melody A  Haras 10352 Washington Ave Irwin, PA 15642** | - | | | X | X | | 0.00 |
| Account No. **5065728** | | | Warranty | | | | |
| **Melody Brown 13224 Ingleside Drive Calverton, MD 20705** | - | | | | | | 1,745.50 |

Sheet no. **3212** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 1,745.50

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5087800** | | | | | Warranty | | | | |
| **Melody C Jackson** **1389 Colonial Road** **Memphis, TN 38117** | - | | | | | X | X | | 0.00 |
| Account No. 5111780 | | | | | Warranty | | | | |
| **Melody G Lynguar** **2940 Dinnerbell Five Forks Rd** **Farmington, PA 15433** | - | | | | | X | X | | 0.00 |
| Account No. 5114543 | | | | | Warranty | | | | |
| **Melody Groover Sharpe** **6935 Hickory Nut Lane** **Ravenel, SC 29470** | - | | | | | X | X | | 0.00 |
| Account No. 5058790 | | | | | Warranty | | | | |
| **Melody Longwill** **1970 Chilton Dr** **Las Cruces, NM 88001** | - | | | | | X | X | | 0.00 |
| Account No. 5088705 | | | | | Warranty | | | | |
| **Melonie A George** **8301 Presidents Drive  Apt 412** **Hummelstown, PA 17036** | - | | | | | X | X | | 0.00 |

Sheet no. **3213** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **0.00**

In re **Great Lakes Warranty Corporation**                          ,          Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5082893** | | | Warranty | | | | |
| **Melvin  Smith** **10930 Foley Blvd NW** **Coon Rapids, MN 55448** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107198** | | | Warranty | | | | |
| **Melvin  Waring Jr** **88 Holstone Lane** **Willingboro, NJ 08046** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129841** | | | Warranty | | | | |
| **Melvin Alexander** **1732 Trolley Stone Ct** **Cary, NC 27519** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5098538** | | | Warranty | | | | |
| **Melvin Borovay** **2521 E Marshall** **Phoenix, AZ 85016** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5067582** | | | Warranty | | | | |
| **Melvin Carter** **78 Hunters Pond Drive** **Columbia, SC 29229** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. <u>3214</u> of <u>4906</u> sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131791** | | | | **Warranty** | | | | |
| **Melvin Caskey 222 Siecker Road Saint Marys, PA 15857** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109654** | | | | **Warranty** | | | | |
| **Melvin Comer 520 Milan Avenue Lot168 Norwalk, OH 44857** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079334** | | | | **Warranty** | | | | |
| **Melvin Diaz 28229 SE Eagle Drive Port Saint Lucie, FL 34984** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132773** | | | | **Warranty** | | | | |
| **Melvin Hensel Jr 251 Kibe Road Acme, PA 15610** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087811** | | | | **Warranty** | | | | |
| **Melvin Kimmons Jr 1387 Central Avenue #202 Memphis, TN 38104** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3215** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                                    Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5114161 | | | | Warranty | | | | |
| Melvin L Abel 127 Maple Street Stroudsburg, PA 18360 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5068770 | | | | Warranty | | | | |
| Melvin Roloff 2860 Primrose Lane N York, PA 17404 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5081303 | | | | Warranty | | | | |
| Melvin Smith 10930 Foley Blvd NW Coon Rapids, MN 55448 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124721 | | | | Warranty | | | | |
| Melvin Snow 120 Alameda Road Butler, PA 16001 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126867 | | | | Warranty | | | | |
| Melvin Taylor 512 Heisley Drive Columbus, OH 43207 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3216** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re  **Great Lakes Warranty Corporation**                                                                                   ,                     Case No. _____

                                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122657** | | | **Warranty** | | | | |
| **Melvyn Knowlton 8 Carleton Court Camp Hill, PA 17011** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5100842** | | | **Warranty** | | | | |
| **Memree Phillips 1307 Haysboro Avenue Nashville, TN 37216** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5131998** | | | **Warranty** | | | | |
| **Merced Murillo 5122 Enchanted Place Las Vegas, NV 89122** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5122650** | | | **Warranty** | | | | |
| **Mercy Vincent 3000 Ford Rd  Apt C40 Bristol, PA 19007** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5120991** | | | **Warranty** | | | | |
| **Meredith  Hanshaw 97 Shelby Ave Shelby, OH 44875** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **3217** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5104702** | | | Warranty | | | | |
| **Meredith Bell** **1112 Elmshade Court** **Nashville, TN 37211** | - | | | X | X | | 0.00 |
| Account No. **5101326** | | | Warranty | | | | |
| **Meredith Lee Scott** **103 W Main Street  Apt 2B** **Strasburg, PA 17579** | - | | | X | X | | 0.00 |
| Account No. **5066647** | | | Warranty | | | | |
| **Meredith Wille** **1807 Arnold Street** **New Kensington, PA 15068** | - | | | X | X | | 0.00 |
| Account No. **5121585** | | | Warranty | | | | |
| **Meredith Windsor** **193 Slygo Ridge Rd** **Wildwood, GA 30757** | - | | | X | X | | 0.00 |
| Account No. **5095567** | | | Warranty | | | | |
| **Meritza Holbert** **1216 Derek Drive** **Franklin, KY 42134** | - | | | X | X | | 0.00 |

Sheet no. **3218** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re   **Great Lakes Warranty Corporation**             ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5119373** | | | **Warranty** | | | | |
| **Merle D Mabe** **405 Timber Ridge Dr** **West Columbia, SC 29169** | - | | | X | X | | 0.00 |
| Account No. **5117762** | | | **Warranty** | | | | |
| **Merle Poynter** **38722 State Route 518** **Lisbon, OH 44432** | - | | | X | X | | 0.00 |
| Account No. **5083149** | | | **Warranty** | | | | |
| **Merlin D  Osorto Soriano** **419 Fulton Rd  1st Floor** **Canton, OH 44703** | - | | | X | X | | 0.00 |
| Account No. **5128744** | | | **Warranty** | | | | |
| **Merredes Villacres** **3813 Summer Breeze** **Las Vegas, NV 89108** | - | | | X | X | | 0.00 |
| Account No. **5089543** | | | **Warranty** | | | | |
| **Merrill Huntington Hynds** **220 Northlake Road** **Columbia, SC 29223** | - | | | | | | 333.00 |

Sheet no. **3219** of **4906** sheets attached to Schedule of               Subtotal

Creditors Holding Unsecured Nonpriority Claims            (Total of this page)      **333.00**

In re    **Great Lakes Warranty Corporation**              ,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5127511** | | | | | Warranty | | | | |
| **Merrill Hynds** **220 Northcake Drive** **Columbia, SC 29223** | - | | | | | X | X | | 0.00 |
| Account No. **5131474** | | | | | Warranty | | | | |
| **Merrilynn M McStraw** **20834 Fish Flats Rd** **Spartansburg, PA 16434** | - | | | | | X | X | | 0.00 |
| Account No. **5114062** | | | | | Warranty | | | | |
| **Merton Whitney** **103 East Locust Street** **Fleetwood, PA 19522** | - | | | | | X | X | | 0.00 |
| Account No. | | | | | Trade | | | | |
| **MGSOFT-NET, Inc.** **790 West Chestnut Street** **Washington, PA 15301** | - | | | | | | | | 380.00 |
| Account No. **5089431** | | | | | Warranty | | | | |
| **Mia B Lawson** **43 Park Street** **West Hazleton, PA 18202** | - | | | | | X | X | | 0.00 |

Sheet no. **3220** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)      **380.00**

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125558** | | | Warranty | | | | |
| **Mia Isbell**<br>**43 Crawford Village Apt C**<br>**McKeesport, PA 15132** | - | | | X | X | | 0.00 |
| Account No. **5123433** | | | Warranty | | | | |
| **Mia Walker**<br>**512 Old Hickory Blvd No 1805**<br>**Nashville, TN 37209** | - | | | X | X | | 0.00 |
| Account No. **5117024** | | | Warranty | | | | |
| **Micah B Freeman**<br>**11309 Starner Road**<br>**Rockbridge, OH 43149** | - | | | X | X | | 0.00 |
| Account No. **5082853** | | | Warranty | | | | |
| **Micah C Gulley**<br>**730 Trenton Avenue**<br>**Rockford, IL 61102** | - | | | | | | 1,123.86 |
| Account No. **5116323** | | | Warranty | | | | |
| **Micah C Stapleton**<br>**174 Memory Lane**<br>**New Enterprise, PA 16664** | - | | | X | X | | 0.00 |

Sheet no. **3221** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,123.86**

In re **Great Lakes Warranty Corporation** ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5119766 | | | | | Warranty | | | | |
| Michael Bish 183 Main St PO Box 66 Yatesboro, PA 16263 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5118918 | | | | | Warranty | | | | |
| Michael Bordner 360 3rd St Northumberland, PA 17857 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5130998 | | | | | Warranty | | | | |
| Michael Catanzaro 10 Knollcrest Drive #400 Cincinnati, OH 45237 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5123886 | | | | | Warranty | | | | |
| Michael Clore 1712 Westside Dr Maryville, TN 37801 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5128558 | | | | | Warranty | | | | |
| Michael Crockett 27784 Cricket Lane Harvest, AL 35749 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3222** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124439** | | | | **Warranty** | | | | |
| **Michael  Dahl**<br>**5576 W Cortaro Crossing Dr**<br>**Tucson, AZ 85742** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121286** | | | | **Warranty** | | | | |
| **Michael  Faires**<br>**2908 Valvent Ct**<br>**Henderson, NV 89044** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131980** | | | | **Warranty** | | | | |
| **Michael  Furger**<br>**9112 Spoonbill Ridge Pl**<br>**Las Vegas, NV 89143** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122714** | | | | **Warranty** | | | | |
| **Michael  Hendrickson**<br>**49803 Stiversville Rd**<br>**Longbottom, OH 45743** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108594** | | | | **Warranty** | | | | |
| **Michael  Joseph**<br>**862 Treat Boulevard**<br>**Tallmadge, OH 44278** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3223** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** ,          Case No. _____
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5132498** | | | | Warranty | | | | |
| **Michael Jumper**<br>**20 N Pinoak Drive**<br>**Boiling Springs, PA 17007** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091743** | | | | Warranty | | | | |
| **Michael Kasten**<br>**25602 N Quail Haven Drive**<br>**Rio Verde, AZ 85263** | - | | | | | | | |
| | | | | | | | | 476.00 |
| Account No. **5124438** | | | | Warranty | | | | |
| **Michael Kelliler**<br>**4542 W Polkberry Lane**<br>**Phoenix, AZ 85063** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118663** | | | | Warranty | | | | |
| **Michael Khodakovsky**<br>**10458 White Ash Trail**<br>**Twinsburg, OH 44087** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104304** | | | | Warranty | | | | |
| **Michael Kiser**<br>**321 Vernon St Apt B**<br>**New Kensington, PA 15068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3224** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **476.00**

In re **Great Lakes Warranty Corporation**, Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5076396 | | | Warranty | | | | |
| Michael Knuce 3166 E Dry Creek Phoenix, AZ 85048 | - | | | X | X | | 0.00 |
| Account No. 5115549 | | | Warranty | | | | |
| Michael Kwiek 211 W German Street Herkimer, NY 13350 | - | | | X | X | | 0.00 |
| Account No. 5106288 | | | Warranty | | | | |
| Michael Lamungen 3815 Siesta Lane Tempe, AZ 85282 | - | | | X | X | | 0.00 |
| Account No. 5122348 | | | Warranty | | | | |
| Michael Ligon 4096 New Hwy 96W Franklin, TN 37064 | - | | | X | X | | 0.00 |
| Account No. 5103648 | | | Warranty | | | | |
| Michael McCormack 362 Conklintown Road Ringwood, NJ 07456 | - | | | | | | 685.79 |

Sheet no. **3225** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

685.79

In re **Great Lakes Warranty Corporation** ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124450** | | | Warranty | | | | |
| **Michael Messler**<br>**1 Black Friar Rd**<br>**Bryn Mawr, PA 19010** | - | | | X | X | | 0.00 |
| Account No. **5070023** | | | Warranty | | | | |
| **Michael Neuman**<br>**110 Ravine Rd**<br>**Stewartsville, NJ 08886** | - | | | | | | 95.00 |
| Account No. **5121333** | | | Warranty | | | | |
| **Michael Nygren**<br>**235 Elm St**<br>**Tipp City, OH 45373** | - | | | X | X | | 0.00 |
| Account No. **5120146** | | | Warranty | | | | |
| **Michael Osilka**<br>**5375 Mechanicsville Rd**<br>**Mechanicsville, PA 18934** | - | | | | | | 128.34 |
| Account No. **5102650** | | | Warranty | | | | |
| **Michael Parrott**<br>**101 Taggart Avenue**<br>**Nashville, TN 37205** | - | | | X | X | | 0.00 |

Sheet no. **3226** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **223.34**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5079660 | | | Warranty | | | | |
| Michael Patterson 619 Danbury Street Pittsburgh, PA 15214 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5050156 | | | Warranty | | | | |
| Michael Shamshoian 235 Saddle Hills Burleson, TX 76028 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5079485 | | | Warranty | | | | |
| Michael St Andre 4301 S Las Arboledas Trail Gold Canyon, AZ 85218 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5097803 | | | Warranty | | | | |
| Michael Upham 1020 Mt Jackson Road New Castle, PA 16102 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5110307 | | | Warranty | | | | |
| Michael Wallace 2260 Oakleigh Drive Murfreesboro, TN 37129 | - | | | | | | |
| | | | | | | | 190.05 |

Sheet no. **3227** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

190.05

In re   **Great Lakes Warranty Corporation**                       ,       Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130097**<br><br>**Michael A  Alexander**<br>**27400 Chardon Rd  Apt 824**<br>**Willoughby Hills, OH 44092** | - | | **Warranty** | | | | **1,074.79** |
| Account No. **5122941**<br><br>**Michael A  Timpone**<br>**184 Chesapeake Harbor Blvd**<br>**Hendersonville, TN 37075** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5115692**<br><br>**Michael A Bandyk**<br>**3188 County Road 10**<br>**Adena, OH 43901** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5109168**<br><br>**Michael A Barton**<br>**8754 Munford Giltedge Road**<br>**Burlison, TN 38015** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5116347**<br><br>**Michael A Bennett Jr**<br>**1438 E Luzerne Street**<br>**Philadelphia, PA 19124** | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **3228** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

        Subtotal                             **1,074.79**
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5130999** | | | | **Warranty** | | | | |
| **Michael a Cogis** **142 Short Drive** **Clinton, PA 15026** | - | | | | X | X | | 0.00 |
| Account No. **5093865** | | | | **Warranty** | | | | |
| **Michael A Confalone** **3727 Highview Avenue SW** **Canton, OH 44706** | - | | | | X | X | | 0.00 |
| Account No. **5121375** | | | | **Warranty** | | | | |
| **Michael A Deely** **141 Wildrose St** **Morgantown, WV 26508** | - | | | | X | X | | 0.00 |
| Account No. **5118914** | | | | **Warranty** | | | | |
| **Michael A Edwards** **312 Ashcroft Pl** **Nashville, TN 37215** | - | | | | | | | 933.87 |
| Account No. **5103034** | | | | **Warranty** | | | | |
| **Michael A Eslava** **203 Glendevon Way** **Columbia, SC 29229** | - | | | | X | X | | 0.00 |

Sheet no. **3229** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 933.87

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5088221 | | | | Warranty | | | | |
| Michael A Fikisz 6901 Grand Avenue  Apt 29A Pittsburgh, PA 15225 | - | | | | X | X | | 0.00 |
| Account No. 5077275 | | | | Warranty | | | | |
| Michael A Flanders 1310 Parker Place Brentwood, TN 37027 | - | | | | X | X | | 0.00 |
| Account No. 5086302 | | | | Warranty | | | | |
| Michael A Fow 871 W Thatcher Road Quakertown, PA 18951 | - | | | | | | | 1,048.50 |
| Account No. 5107151 | | | | Warranty | | | | |
| Michael A Garcia 2634 N 28th Place Phoenix, AZ 85008 | - | | | | X | X | | 0.00 |
| Account No. 5096043 | | | | Warranty | | | | |
| Michael A Himes Jr 2623 Walnut Avenue  Apt A Altoona, PA 16602 | - | | | | X | X | | 0.00 |

Sheet no. **3230** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,048.50**

In re **Great Lakes Warranty Corporation**                              ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5112239 | | | | Warranty | | | | |
| Michael A Huth 284 Veaman Hill Road Ford City, PA 16226 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5095076 | | | | Warranty | | | | |
| Michael A Iavecchia 4837 Hazel Avenue Trevose, PA 19053 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118063 | | | | Warranty | | | | |
| Michael A Kalinich 500 Walnut St Marlin, PA 17951 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110014 | | | | Warranty | | | | |
| Michael A Magill Jr 75698 Van Dyke Road New Marshfield, OH 45766 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096187 | | | | Warranty | | | | |
| Michael A Morrell 5340 N 20th Street Phoenix, AZ 85016 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3231** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**                          ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108797** | | | Warranty | | | | |
| **Michael A Passatore 1004 Valora St Pittsburgh, PA 15220** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110013** | | | Warranty | | | | |
| **Michael A Powell 276 Madison Street Nelsonville, OH 45764** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5092434** | | | Warranty | | | | |
| **Michael A Price 7907 Bridlewood Drive Christiana, TN 37037** | - | | | | | | |
| | | | | | | | 434.00 |
| Account No. **5094127** | | | Warranty | | | | |
| **Michael A Rainis 847 Deep Creek Road Ashland, PA 17921** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127431** | | | Warranty | | | | |
| **Michael A Schimek 1677 Laura Lane Pottstown, PA 19464** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3232** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

434.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5111182** | | | | **Warranty** | | | | |
| **Michael A Sendro** **651 Maytide Street** **Pittsburgh, PA 15227** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116516** | | | | **Warranty** | | | | |
| **Michael A Servedio** **3906 Evergreen Drive** **Monroeville, PA 15146** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114779** | | | | **Warranty** | | | | |
| **Michael A Smith** **147 Greenwich St** **Kutztown, PA 19530** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110710** | | | | **Warranty** | | | | |
| **Michael A Sox** **140 Travis Lane** **West Columbia, SC 29170** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093973** | | | | **Warranty** | | | | |
| **Michael A Truxel** **78 County Road 8** **Dillonvale, OH 43917** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3233** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5079073 | | | Warranty | | | | |
| Michael A Wiggs 112 Valley Springs Road Columbia, SC 29223 | - | | | X | X | | 0.00 |
| Account No. 5122940 | | | Warranty | | | | |
| Michael A Woessner 159 journey Dr Murfreesboro, TN 37130 | - | | | X | X | | 0.00 |
| Account No. 5128450 | | | Warranty | | | | |
| Michael A Wright 2416 Brandes St Erie, PA 16503 | - | | | X | X | | 0.00 |
| Account No. 5105144 | | | Warranty | | | | |
| Michael A Young 330 Melody Lane Mansfield, OH 44905 | - | | | X | X | | 0.00 |
| Account No. 5093329 | | | Warranty | | | | |
| Michael Abdella 28 Mill Street P.O. Box 400 Chaucy, OH 45719 | - | | | X | X | | 0.00 |

Sheet no. 3234 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re  **Great Lakes Warranty Corporation**                                      ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5117252 | | | | Warranty | | | | |
| Michael Abela 16 Shelly Lane Mount Pocono, PA 18344 | - | | | | X | X | | 0.00 |
| Account No. 5101205 | | | | Warranty | | | | |
| Michael Albers 15414 N 41st St Phoenix, AZ 85032 | - | | | | X | X | | 0.00 |
| Account No. 5128043 | | | | Warranty | | | | |
| Michael Alston 2654 Heathrow Street Las Vegas, NV 89135 | - | | | | X | X | | 0.00 |
| Account No. 5125387 | | | | Warranty | | | | |
| Michael Angelilli 4478 Arrel Road Poland, OH 44514 | - | | | | X | X | | 0.00 |
| Account No. 5052432 | | | | Warranty | | | | |
| Michael Arbaugh 550 Red Lion Rd Kennett Square, PA 19348 | - | | | | X | X | | 0.00 |

Sheet no. **3235** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re   **Great Lakes Warranty Corporation**           ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096716** | | | Warranty | | | | |
| **Michael Artis**<br>**2228 S Spruce**<br>**Mesa, AZ 85210** | - | | | X | X | | 0.00 |
| Account No. **5067021** | | | Warranty | | | | |
| **Michael Ashley**<br>**4545 N 67th Ave #1186**<br>**Phoenix, AZ 85033** | - | | | X | X | | 0.00 |
| Account No. **5111374** | | | Warranty | | | | |
| **Michael B Byrum**<br>**1514 Brookstone Cricle**<br>**Mount Juliet, TN 37122** | - | | | X | X | | 0.00 |
| Account No. **5073141** | | | Warranty | | | | |
| **Michael B Cooper**<br>**6633 Ellesmere Road**<br>**Nashville, TN 37205** | - | | | | | | 1,276.07 |
| Account No. **5098894** | | | Warranty | | | | |
| **Michael B Long**<br>**39 Reeds Creek Road**<br>**Annville, PA 17003** | - | | | X | X | | 0.00 |

Sheet no. **3236** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,276.07**

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5100116** | | | | | Warranty | | | | |
| **Michael B Shanley Jr** **325 Lake Street** **Ephrata, PA 17522** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5076826** | | | | | Warranty | | | | |
| **Michael Bailey** **2110 13th Ave NW** **Puyallup, WA 98371** | - | | | | | | | | |
| | | | | | | | | | 1,064.82 |
| Account No. **5128560** | | | | | Warranty | | | | |
| **Michael Ballow** **418 Slater St** **Johnstown, PA 15905** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5084171** | | | | | Warranty | | | | |
| **Michael Barbieri** **476 Lynbrook Road** **Springfield, PA 19064** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5119986** | | | | | Warranty | | | | |
| **Michael Barrow** **17833 S Oakley Dr** **Buchtel, OH 45716** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3237** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,064.82

In re    **Great Lakes Warranty Corporation**                              ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5114736** | | Warranty | | | | | | | |
| **Michael Beichner** **129 Delaney Drive** **Pittsburgh, PA 15235** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5126662** | | Warranty | | | | | | | |
| **Michael Beilinson** **3970 Beechmont Trail** **Ornage Village, OH 44123** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5127020** | | Warranty | | | | | | | |
| **Michael Belotti** **124 Kirkwood Drive** **Pittsburgh, PA 15215** | - | | | | | | | | |
| | | | | | | | | | **366.93** |
| Account No. **5090680** | | Warranty | | | | | | | |
| **Michael Beyer** **545 Roundtop Road** **Harrisville, RI 02830** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5127705** | | Warranty | | | | | | | |
| **Michael Bittman** **253 Hampton Drive** **Langhorne, PA 19047** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **3238** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**366.93**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5130675 | | | | Warranty | | | | |
| Michael Blasius RD1 Box 56 A2 Mehoopany, PA 18629 | - | | | | X | X | | 0.00 |
| Account No. 5100983 | | | | Warranty | | | | |
| Michael Blaskovich Jr 2060 Millerstown Road Tarentum, PA 15084 | - | | | | X | X | | 0.00 |
| Account No. 5109270 | | | | Warranty | | | | |
| Michael Boles 19 Stockton St Charleston, WV 25312 | - | | | | | | | 332.89 |
| Account No. 5125842 | | | | Warranty | | | | |
| Michael Bossick 399 White School Greensburg, PA 15601 | - | | | | X | X | | 0.00 |
| Account No. 5126438 | | | | Warranty | | | | |
| Michael Boxwell 536 Overlook Drive Donegal, PA 15628 | - | | | | X | X | | 0.00 |

Sheet no. **3239** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **332.89**

In re **Great Lakes Warranty Corporation**                                      ,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132593** | | | | **Warranty** | | | | |
| **Michael Boyle** **1015 Stotler Road** **Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5062432** | | | | **Warranty** | | | | |
| **Michael Brazier** **748 Principio Road** **Port Deposit, MD 21904** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131314** | | | | **Warranty** | | | | |
| **Michael Bromley** **1925 Madison Square Ste 500** **Lavergne, TN 37086** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5055596** | | | | **Warranty** | | | | |
| **Michael Brondum** **8104 Patricia Dr.** **Pittsburgh, PA 15237** | - | | | | | | | |
| | | | | | | | | 871.25 |
| Account No. **5123318** | | | | **Warranty** | | | | |
| **Michael Brooks** **2531 Sandhaven Ct.** **Green Cove Springs, FL 32043** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3240** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

871.25

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125825** | | | | **Warranty** | | | | |
| **Michael Brookshire 3947 Miner Drive Brunswick, OH 44212** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125577** | | | | **Warranty** | | | | |
| **Michael Brown 2127 Shawnee Lane Blakeskee, PA 18610** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5098077** | | | | **Warranty** | | | | |
| **Michael Bucci 1669 W Third Avenue Vancouver, BC VCJ1K1 CANADA** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107329** | | | | **Warranty** | | | | |
| **Michael C Augustine 2016 Valley Drive Goodletsville, TN 27072** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093971** | | | | **Warranty** | | | | |
| **Michael C Auten 39 Economy Street Wheeling, WV 26003** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3241** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re **Great Lakes Warranty Corporation**                                    , Case No. _____

_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5109142** | | | | | **Warranty** | | | | |
| **Michael C Fluhr**<br>**21 Apple Blossom Drive**<br>**Lancaster, PA 17602** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5118960** | | | | | **Warranty** | | | | |
| **Michael C Kessen**<br>**1301 Eastland AVe**<br>**Nashville, TN 37206** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5088652** | | | | | **Warranty** | | | | |
| **Michael C Ott**<br>**59 S1 Irishtown Road**<br>**Grampian, PA 16838** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5090463** | | | | | **Warranty** | | | | |
| **Michael C Ware**<br>**5273 Thoms Run Road**<br>**Presto, PA 15142** | - | | | | | | | | |
| | | | | | | | | | **553.29** |
| Account No. **5131477** | | | | | **Warranty** | | | | |
| **Michael Calhau Jr**<br>**22356 Belle Terra Drive**<br>**Ashburn, VA 02148** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **3242** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**553.29**

In re  **Great Lakes Warranty Corporation**                                      Case No. _____
                                                      ,
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132394** | | | Warranty | | | | |
| **Michael Cameron** **62 Fords Landing Drive** **Dover, NH 03820** | - | | | X | X | | 0.00 |
| Account No. **5131064** | | | Warranty | | | | |
| **Michael Campbell** **623 33rd Street SW** **Barberton, OH 44203** | - | | | X | X | | 0.00 |
| Account No. **5122477** | | | Warranty | | | | |
| **Michael Carl Haye** **11780 State Route 85** **Kittanning, PA 16201** | - | | | X | X | | 0.00 |
| Account No. **5091789** | | | Warranty | | | | |
| **Michael Carney** **130 North Nice Street** **Frackville, PA 17931** | - | | | X | X | | 0.00 |
| Account No. **5066563** | | | Warranty | | | | |
| **Michael Casteel** **1313 Fishers Meadows Cove** **Hermitage, TN 37076** | - | | | X | X | | 0.00 |

Sheet no. **3243** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                           ,     Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5119350 | | | | Warranty | | | | |
| Michael Catalano 544 Grand Oaks Dr Brentwood, TN 37027 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125913 | | | | Warranty | | | | |
| Michael Catshall 25234 TR 201 Coshocton, OH 43812 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125383 | | | | Warranty | | | | |
| Michael Cerda Jr. 3510 Forest Avenue Munhall, PA 15120 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110868 | | | | Warranty | | | | |
| Michael Chao 16 Meadow Road East Brunswick, NJ 08816 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131347 | | | | Warranty | | | | |
| Michael Chapman 1159 Oliver Spring Hwy Clinton, TN 37716 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3244** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5064171** | | | | Warranty | | | | |
| **Michael Charles Leonard**<br>**1605 Elms Plantation**<br>**Mount Pleasant, SC 29466** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123051** | | | | Warranty | | | | |
| **Michael Chavers**<br>**26 Flora Drive**<br>**Bedford, OH 44146** | | - | | | | | | |
| | | | | | | | | 2,571.09 |
| Account No. **5127180** | | | | Warranty | | | | |
| **Michael Chayrez**<br>**4349 North 161st Ave**<br>**Goodyear, AZ 85395** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102670** | | | | Warranty | | | | |
| **Michael Check**<br>**118 Zoe Court**<br>**Murfreesboro, TN 37129** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112471** | | | | Warranty | | | | |
| **Michael Christman**<br>**250 Wendell Rd**<br>**Reynoldsburg, OG 04368** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3245** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,571.09

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109728** | | Warranty | | | | | | |
| **Michael Cirincione** **314 Dunhams Corner Road** **East Brunswick, NJ 08816** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131012** | | Warranty | | | | | | |
| **Michael Clark** **12 Skyline Drive** **Chalfont, PA 18914** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129067** | | Warranty | | | | | | |
| **Michael Clark** **7254 Tara Avenue** **Las Vegas, NV 89117** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127321** | | Warranty | | | | | | |
| **Michael Cleveland** **422 Monroe Street** **Flint, MI 48503** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125637** | | Warranty | | | | | | |
| **Michael Collins** **1306 Overcliff Way** **Pittsburgh, PA 15212** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3246** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5088004 | | | | | Warranty | | | | |
| Michael Colom 900 Cedar Creek Circle Centerville, OH 45459 | - | | | | | X | X | | 0.00 |
| Account No. 5123641 | | | | | Warranty | | | | |
| Michael Colwell 9301 Twp Rd 100 N Lewisburg, OH 43060 | - | | | | | | | | 1,052.50 |
| Account No. 5129221 | | | | | Warranty | | | | |
| Michael Cooper 111 S Madison Street Republic, OH 44867 | - | | | | | X | X | | 0.00 |
| Account No. 5105058 | | | | | Warranty | | | | |
| Michael Corella 916 Third Street New Salem, PA 15468 | - | | | | | X | X | | 0.00 |
| Account No. 5120409 | | | | | Warranty | | | | |
| Michael Cornelson 18058 West Acapulco Lane Suprise, AZ 85388 | - | | | | | X | X | | 0.00 |

Sheet no. **3247** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,052.50

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5127643** | | | **Warranty** | | | | | |
| **Michael Cornish**<br>**863 State Rt 150**<br>**Adena, OH 43901** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5085785** | | | **Warranty** | | | | | |
| **Michael Cotyk**<br>**23 Willow Crossing Rd**<br>**Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091897** | | | **Warranty** | | | | | |
| **Michael Coultrap**<br>**2728 East Carson Rd**<br>**Phoenix, AZ 85042** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5066409** | | | **Warranty** | | | | | |
| **Michael Cross**<br>**1764 Bouten Drive**<br>**Cookeville, TN 38501** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5096639** | | | **Warranty** | | | | | |
| **Michael Crow**<br>**702 N Ashbrook Circle**<br>**Mesa, AZ 85213** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3248** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5124048** | | | | | Warranty | | | | |
| **Michael Culp II** **107 Deer Run Rd** **Williamsburg, PA 16693** | - | | | | | X | X | | 0.00 |
| Account No. **5130058** | | | | | Warranty | | | | |
| **Michael Culver** **1870 Pueblo Drive** **Xenia, OH 45385** | - | | | | | X | X | | 0.00 |
| Account No. **5114068** | | | | | Warranty | | | | |
| **Michael D Ayres** **3511 Iskagna Drive** **Knoxville, TN 37919** | - | | | | | | | | 194.00 |
| Account No. **5092038** | | | | | Warranty | | | | |
| **Michael D Copeland** **210 N Elm Street** **Columbiana, OH 44409** | - | | | | | X | X | | 0.00 |
| Account No. **5127883** | | | | | Warranty | | | | |
| **Michael D Dickerson** **716 James St** **Latrobe, PA 15650** | - | | | | | X | X | | 0.00 |

Sheet no. **3249** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  194.00

In re　**Great Lakes Warranty Corporation**　　　　　　　　　, 　Case No. _____

　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5078894 | | | | Warranty | | | | |
| Michael D Floyd 124 Sweeney Drive Pegram, TN 37143 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087253 | | | | Warranty | | | | |
| Michael D Gregory 106 Kestrel Lane Irmo, SC 29063 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117633 | | | | Warranty | | | | |
| Michael D Highley 6574 Burrville Road Celina, OH 45822 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120375 | | | | Warranty | | | | |
| Michael D Lucas 1130 High St Pittsburgh, PA 15212 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086683 | | | | Warranty | | | | |
| Michael D Lucy 4000 Faxon Avenue Memphis, TN 38122 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3250** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　　　　　　(Total of this page)　　　**0.00**

In re **Great Lakes Warranty Corporation**        Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5072667 <br><br> Michael D Overly <br> 1888 San Mateo Drive <br> Dunedin, FL 34698 | - | | Warranty | X | X | | 0.00 |
| Account No. 5114383 <br><br> Michael D Peton <br> 120 Locust Street <br> Brownsville, PA 15417 | - | | Warranty | X | X | | 0.00 |
| Account No. 5130371 <br><br> Michael D Rietshlin <br> 1971 St Rt 603 <br> Shiloh, OH 44878 | - | | Warranty | X | X | | 0.00 |
| Account No. 5106595 <br><br> Michael D Sherwood <br> 111 Melrose Place <br> Northern Cambria, PA 15714 | - | | Warranty | | | | 307.00 |
| Account No. 5112198 <br><br> Michael D Smale <br> 24 Trotters Circle <br> Delaware, OH 43015 | - | | Warranty | X | X | | 0.00 |

Sheet no. __3251__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                   Subtotal
             (Total of this page)           307.00

In re  **Great Lakes Warranty Corporation**                                                    ,     Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5109932 | | | | | Warranty | | | | |
| Michael D Smicklo 176 N Fourth Street Indiana, PA 15701 | - | | | | | | | | |
| | | | | | | | | | 1,497.00 |
| Account No. 5093063 | | | | | Warranty | | | | |
| Michael D Wade 509 Stewart Avenue SW Massilon, OH 44646 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5095034 | | | | | Warranty | | | | |
| Michael D Williams 175 Old US 33 Shade, OH 45776 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5111593 | | | | | Warranty | | | | |
| Michael D Wolfe 93 Penn Valley Village Lititz, PA 17543 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5097901 | | | | | Warranty | | | | |
| Michael Dais 832 Herberton Street Pittsburgh, PA 15206 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3252** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 1,497.00 |

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099702** | | **Warranty** | | | | | | |
| **Michael Dare** **716 Lawrence Lane** **Ambler, PA 19002** | - | | | | X | X | | 0.00 |
| Account No. **5092012** | | **Warranty** | | | | | | |
| **Michael Darner** **1843 Wilshire Drive** **Piqua, OH 45356** | - | | | | X | X | | 0.00 |
| Account No. **5076278** | | **Warranty** | | | | | | |
| **Michael Dartarian** **4696 W Lindenthal Lane** **Tucson, AZ 85742** | - | | | | X | X | | 0.00 |
| Account No. **5126681** | | **Warranty** | | | | | | |
| **Michael Day** **210 Cumberland Drive** **Lebanon, TN 37087** | - | | | | X | X | | 0.00 |
| Account No. **5099027** | | **Warranty** | | | | | | |
| **Michael Dean Huff Jr** **708 S Martinque Drive** **Gilbert, AZ 85233** | - | | | | X | X | | 0.00 |

Sheet no.**3253** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**           ,      Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5113560** <br><br> **Michael Delio** <br> **112 Wilkins Avenue** <br> **Pittsburgh, PA 15112** | - | | | **Warranty** | | | | 276.75 |
| Account No. **5131577** <br><br> **Michael Delos Santos** <br> **4358 Valley Requests Drive** <br> **Las Vegas, NV 89030** | - | | | **Warranty** | | | | 174.10 |
| Account No. **5082085** <br><br> **Michael Dennewitz** <br> **286 Lanter Lane** <br> **Taylorsville, KY 40071** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5097463** <br><br> **Michael Dennis Tuck** <br> **202 Broughton Drive** <br> **Greenville, SC 29609** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5130254** <br><br> **Michael Detka** <br> **351 Grove Chapel Road** <br> **Indiana, PA 15701** | - | | | **Warranty** | X | X | | 0.00 |

Sheet no. **3254** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal          450.85
(Total of this page)

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129066** | | | Warranty | | | | |
| **Michael Deyarmin** **1005 Mill Road** **Duncansville, PA 16635** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114526** | | | Warranty | | | | |
| **Michael Dicenso** **592 John Mitchell Avenue** **Phillipsburg, NJ 08865** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5077832** | | | Warranty | | | | |
| **Michael Dickman** **17 Nicholas Dr** **Beaver, PA 15009** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129335** | | | Warranty | | | | |
| **Michael Dietel** **900 Sotuh Meadowa Pkwy #323** **Reno, NV 89521** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126698** | | | Warranty | | | | |
| **Michael Dilberian** **40 Sekani Trail** **Albrightsville, PA 18210** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**3255** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5130421** | | | | | Warranty | | | | |
| **Michael Dimare**<br>**170 2nd St**<br>**Wyoming, PA 18644** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5071633** | | | | | Warranty | | | | |
| **Michael Dorrell**<br>**361 Irumptonet**<br>**Lexington, SC 29073** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5099201** | | | | | Warranty | | | | |
| **Michael Dotson**<br>**1147 Benskin Ave SW**<br>**Canton, OH 44710** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5093030** | | | | | Warranty | | | | |
| **Michael Dowd**<br>**83 Brebeuf Terrace**<br>**Liecester, VT 05733** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5074279** | | | | | Warranty | | | | |
| **Michael Dowd**<br>**25 Chestnut Ridge Circle**<br>**Easton, PA 18042** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3256** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                    ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125140** | | | | **Warranty** | | | | |
| **Michael Dunn** **2406 S. Millick Street** **Philadelphia, PA 19142** | - | | | | | | | **757.58** |
| Account No. **5088960** | | | | **Warranty** | | | | |
| **Michael E Backensto** **2310 Pavonia Road** **Mansfield, OH 44903** | - | | | | X | X | | **0.00** |
| Account No. **5076835** | | | | **Warranty** | | | | |
| **Michael E Bryant** **1127 Kenyon  NW** **Massillon, OH 44646** | - | | | | X | X | | **0.00** |
| Account No. **5092883** | | | | **Warranty** | | | | |
| **Michael E Gasser** **177 Cottonwood Drive** **Murfreesboro, TN 37128** | - | | | | X | X | | **0.00** |
| Account No. **5086252** | | | | **Warranty** | | | | |
| **Michael E Handley** **7441 Race Street** **Pittsburgh, PA 16208** | - | | | | X | X | | **0.00** |

Sheet no.**3257**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **757.58**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119308 | | | | Warranty | | | | |
| Michael E Sidwell 767 Mt Zion Rd Lancaster, OH 43130 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092451 | | | | Warranty | | | | |
| Michael E Wall 555 Maple Avenue  PO Box 76 Clymer, NY 14724 | - | | | | | | | |
| | | | | | | | | 278.00 |
| Account No. 5090353 | | | | Warranty | | | | |
| Michael E Woodley Jr 217 Cochran Street Dawson, PA 15428 | - | | | | | | | |
| | | | | | | | | 208.50 |
| Account No. 5128706 | | | | Warranty | | | | |
| Michael Eddy 418 Marion Street Creighton, PA 15030 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5065672 | | | | Warranty | | | | |
| Michael Eder 144 Gibson Ave Mansfield, OH 44907 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3258** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  486.50

In re **Great Lakes Warranty Corporation**                      , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5107141** | | | | **Warranty** | | | | |
| **Michael Elia** **8124 N Sable Way** **Prescott Valley, AZ 86315** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5081491** | | | | **Warranty** | | | | |
| **Michael Essig** **8106 Stallion Road** **Magnolia, OH 44643** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5070401** | | | | **Warranty** | | | | |
| **Michael Etzler** **841 Hemlock St** **Celina, OH 45822** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131691** | | | | **Warranty** | | | | |
| **Michael Evans** **52 W 8th Street** **Wyoming, PA 18644** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5066899** | | | | **Warranty** | | | | |
| **Michael Evans** **18730 East Old Beau Trail** **Queen Creek, AZ 85242** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3259** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5107788 | | | | Warranty | | | | |
| Michael Ewoldt 1098 South King Road Purvis, MS 39475 | - | | | | X | X | | 0.00 |
| Account No. 5131514 | | | | Warranty | | | | |
| Michael F Dimauro 116 Holly Dr Rio Grande, NJ 08242 | - | | | | X | X | | 0.00 |
| Account No. 5122557 | | | | Warranty | | | | |
| Michael Fantauzzi 117 Castner Ave Donora, PA 15023 | - | | | | X | X | | 0.00 |
| Account No. 5132435 | | | | Warranty | | | | |
| Michael Faye 188 Collins Lane Limestone, TN 37681 | - | | | | X | X | | 0.00 |
| Account No. 5070167 | | | | Warranty | | | | |
| Michael Finch 6586 S Garfield Way Littleton, CO 80121 | - | | | | X | X | | 0.00 |

Sheet no. **3260** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**            ,    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5102443** <br><br>**Michael Fischer 2285 Lake Street Salt Lake, UT 84106** | - | | Warranty | | | | 620.99 |
| Account No. **5093496** <br><br>**Michael Flynn 304 Montgomery Avenue New Castle, PA 16102** | - | | Warranty | X | X | | 0.00 |
| Account No. **5103314** <br><br>**Michael Fraiser 1150 Sessions Drive Centerville, OH 45459** | - | | Warranty | X | X | | 0.00 |
| Account No. 5073303 <br><br>**Michael Freeland 10343 East Rosemary Lane Scottsdale, AZ 85255** | - | | Warranty | X | X | | 0.00 |
| Account No. 5122195 <br><br>**Michael G Brown 5501 Grandview Dr Altoona, PA 16001** | - | | Warranty | X | X | | 0.00 |

Sheet no. **3261** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        **620.99**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____ ,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5116223 | | Warranty | | | | | | | |
| Michael G Passas 8004 Hunters Cove Boardman, OH 44512 | - | | | | | X | X | | 0.00 |
| Account No. 5113974 | | Warranty | | | | | | | |
| Michael G Pitacciato 682 Artvue Pittsburgh, PA 15243 | - | | | | | | | | 292.80 |
| Account No. 5089144 | | Warranty | | | | | | | |
| Michael G Strombach 15562 Harrison Willshire Road Willshire, OH 45898 | - | | | | | X | X | | 0.00 |
| Account No. 5063509 | | Warranty | | | | | | | |
| Michael Gabriel 1332 Highland Drive Orefield, PA 18069 | - | | | | | X | X | | 0.00 |
| Account No. 5108964 | | Warranty | | | | | | | |
| Michael Gant 653 Royal View Drive Lancaster, PA 17601 | - | | | | | X | X | | 0.00 |

Sheet no. **3262** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

292.80

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5115954 | | | | | Warranty | | | | |
| Michael Garren 14250 Julie Road Logan, OH 43138 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5124102 | | | | | Warranty | | | | |
| Michael Georgeoff 184 Hilltop Blvd Canfield, OH 44406 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5056191 | | | | | Warranty | | | | |
| Michael Geracioti 3717 Richland Ave Nashville, TN 37205 | - | | | | | | | | |
| | | | | | | | | | 943.72 |
| Account No. 5124525 | | | | | Warranty | | | | |
| Michael Giachetti 41 Dixon Blvd Uniontown, PA 15401 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5065156 | | | | | Warranty | | | | |
| Michael Giarratano 6339 East Greenway Scottsdale, AZ 85250 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3263** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   943.72

In re **Great Lakes Warranty Corporation** _____, Case No. _____

<div align="center">Debtor</div>

<div align="center">

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5129462 | | | | | Warranty | | | | |
| Michael Gilvin 3650 Logan Lancaster Road Lot 1 Lancaster, OH 43130 | - | | | | | X | X | | 0.00 |
| Account No. 5124772 | | | | | Warranty | | | | |
| Michael Green 1305 7th Street N. Kensington, PA 15068 | - | | | | | X | X | | 0.00 |
| Account No. 5078884 | | | | | Warranty | | | | |
| Michael Griffith 205 Tarrington Ct Brentwood, NJ 37027 | - | | | | | | | | 546.43 |
| Account No. 5085497 | | | | | Warranty | | | | |
| Michael Gross 32325 Wintergreen Drive Solon, OH 44139 | - | | | | | X | X | | 0.00 |
| Account No. 5125618 | | | | | Warranty | | | | |
| Michael Grossman 89 Woodview Drive Old Bridge, NJ 08857 | - | | | | | X | X | | 0.00 |

Sheet no. **3264** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 546.43

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5129149** | | | | | **Warranty** | | | | |
| **Michael Grudowski**<br>**133 Wilda Lane**<br>**Murrysville, PA 15668** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5098027** | | | | | **Warranty** | | | | |
| **Michael H Axt**<br>**8026 Penny Court**<br>**New Tripoli, PA 18066** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5088445** | | | | | **Warranty** | | | | |
| **Michael H LaGrone**<br>**17211 E Starflower Court**<br>**Queen Creek, AZ 85242** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5108355** | | | | | **Warranty** | | | | |
| **Michael H Rider**<br>**465 Logan Road**<br>**Mansfield, OH 44907** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5123533** | | | | | **Warranty** | | | | |
| **Michael Haarlander**<br>**2000 Mallory Lane Ste 130 393**<br>**Franklin, TN 37067** | - | | | | | | | | |
| | | | | | | | | | 647.50 |

Sheet no. **3265** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 647.50 |

In re　**Great Lakes Warranty Corporation**　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093387** | | | | **Warranty** | | | | |
| **Michael Haberman 3828 Hilltop Drive Gibsonia, PA 15044** | | - | | | | | | |
| | | | | | | | | **2,921.50** |
| Account No. **5084909** | | | | **Warranty** | | | | |
| **Michael Halsall 1023 Hathaway Road Moretown, VT 05660** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090307** | | | | **Warranty** | | | | |
| **Michael Hand 1964 Hazelwood Road Trenton, NJ 08753** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132702** | | | | **Warranty** | | | | |
| **Michael Handley 358 Collins Drive Pittsburgh, PA 15235** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092048** | | | | **Warranty** | | | | |
| **Michael Harris 1100 Woodtree Court Columbia, SC 29212** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3266** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　**2,921.50**

In re **Great Lakes Warranty Corporation**         Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130545** | | | Warranty | | | | |
| **Michael Hayes** **2650 James Edmon Ct** **Murfreesboro, TN 37129** | - | | | X | X | | 0.00 |
| Account No. **5066528** | | | Warranty | | | | |
| **Michael Heastings** **643 Howard St** **Ambridge, PA 15003** | - | | | X | X | | 0.00 |
| Account No. **5131536** | | | Warranty | | | | |
| **Michael Hemenway** **1145 East Via Linda #2 236** **Scottsdale, AZ 85259** | - | | | X | X | | 0.00 |
| Account No. **5120410** | | | Warranty | | | | |
| **Michael Hepler Smith** **2184 Chardonnay Circle** **Gibsonia, PA 15044** | - | | | X | X | | 0.00 |
| Account No. **5124625** | | | Warranty | | | | |
| **Michael Herbert** **3457 Main St** **Mineral Ridge, OH 44440** | - | | | X | X | | 0.00 |

Sheet no. **3267** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      0.00
(Total of this page)

In re **Great Lakes Warranty Corporation**        Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130947** | | | **Warranty** | | | | |
| **Michael Herrmann**<br>**234 Academy Road**<br>**Dennisville, NJ 08214** | | - | | X | X | | 0.00 |
| Account No. **5067546** | | | **Warranty** | | | | |
| **Michael Hilka**<br>**299 Hollis Drive**<br>**Spartanburg, SC 29307** | | - | | X | X | | 0.00 |
| Account No. **5111670** | | | **Warranty** | | | | |
| **Michael Hill**<br>**112 Blackburn**<br>**Nashville, TN 37205** | | - | | X | X | | 0.00 |
| Account No. **5129472** | | | **Warranty** | | | | |
| **Michael Hines**<br>**29488 Woodward Avenue**<br>**Royal Oak, MI 48073** | | - | | X | X | | 0.00 |
| Account No. **5101582** | | | **Warranty** | | | | |
| **Michael Horoschak**<br>**104 Arnots Street**<br>**Saint Clair, PA 17970** | | - | | X | X | | 0.00 |

Sheet no. **3268** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    0.00
(Total of this page)

In re    **Great Lakes Warranty Corporation**
                                                                          ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5116350 | | | | Warranty | | | | |
| Michael Hubbard 75 Alana Drive York, PA 17402 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119834 | | | | Warranty | | | | |
| Michael Hughes 100 Longstreet Dr Greer, SC 29650 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132017 | | | | Warranty | | | | |
| Michael Hutchinson 121 North Madison Allentown, PA 18102 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5043616 | | | | Warranty | | | | |
| Michael Ion 4808 Foxboro Ct. Erie, PA 16510 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121818 | | | | Warranty | | | | |
| Michael J Reinhart 2260 Foulkes Mill Rd Quakertown, PA 18951 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3269** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation**                        ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097079** | | | | Warranty | | | | |
| Michael J Andinolfi 219 Deb Lane Warminster, PA 18974 | - | | | | X | X | | 0.00 |
| Account No. 5115394 | | | | Warranty | | | | |
| Michael J Baker 919 Overview Court Mt Pleasant, SC 29464 | - | | | | | | | 1,517.50 |
| Account No. 5113157 | | | | Warranty | | | | |
| Michael J Barto 7343 Main Street Burnside, PA 15721 | - | | | | X | X | | 0.00 |
| Account No. 5119125 | | | | Warranty | | | | |
| Michael J Daly 2989 Serfass Rd Clinton, OH 44216 | - | | | | X | X | | 0.00 |
| Account No. 5100135 | | | | Warranty | | | | |
| Michael J David 287 Southward Drive Coraopolis, PA 15108 | - | | | | X | X | | 0.00 |

Sheet no. **3270** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,517.50

In re   **Great Lakes Warranty Corporation**          ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5088032 | | | Warranty | | | | |
| Michael J Davila<br>26 E Grago Boulevard<br>Canastota, NY 13032 | - | | | X | X | | 0.00 |
| Account No. 5117021 | | | Warranty | | | | |
| Michael J Dillon<br>652 St Nicholas Avenue<br>Dayton, OH 45410 | - | | | X | X | | 0.00 |
| Account No. 5115923 | | | Warranty | | | | |
| Michael J Edgar<br>4224 S Roger Way<br>Chandler, AZ 85286 | - | | | X | X | | 0.00 |
| Account No. 5099741 | | | Warranty | | | | |
| Michael J Engel<br>2214 Willowrow NE<br>Canton, OH 44705 | - | | | X | X | | 0.00 |
| Account No. 5089666 | | | Warranty | | | | |
| Michael J Finch<br>917 Adelaide Street<br>Pittsburgh, PA 15219 | - | | | X | X | | 0.00 |

Sheet no. 3271 of 4906 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re __**Great Lakes Warranty Corporation**_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5071391 | | | | Warranty | | | | |
| Michael J Gallagher 1785 Mountain View Monroeville, PA 15146 | - | | | | X | X | | 0.00 |
| Account No. 5121894 | | | | Warranty | | | | |
| Michael J Gray 4355 South Woodland Dr Bensalem, PA 19020 | - | | | | | | | 244.86 |
| Account No. 5084273 | | | | Warranty | | | | |
| Michael J Hessock 1186 Willow Bend Drive Clarksville, Tn 37043 | - | | | | X | X | | 0.00 |
| Account No. 5120525 | | | | Warranty | | | | |
| Michael J Hunter 118 Kunkle St Forbes Road, PA 15633 | - | | | | X | X | | 0.00 |
| Account No. 5119007 | | | | Warranty | | | | |
| Michael J Joseph 2600 Kingswood Way Sioux Falls, SD 57106 | - | | | | X | X | | 0.00 |

Sheet no. __3272__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 244.86

In re **Great Lakes Warranty Corporation**                     Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5098286** | | | | | **Warranty** | | | | |
| **Michael J Kasloski** **802 Sixth Avenue** **Croydon, PA 19021** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5108647** | | | | | **Warranty** | | | | |
| **Michael J Kessler** **105 View Point Lane** **Wheeling, WV 26003** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5115798** | | | | | **Warranty** | | | | |
| **Michael J Laidman** **4887 Farnhurst Road** **Cleveland, OH 44124** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5094034** | | | | | **Warranty** | | | | |
| **Michael J Mardell** **5464 Chimney Rock** **Westerville, OH 43081** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5111996** | | | | | **Warranty** | | | | |
| **Michael J Marker** **476 Fourth Street  Apt 208** **Beaver, PA 15009** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3273** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re **Great Lakes Warranty Corporation**        Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097135** | | | | **Warranty** | | | | |
| **Michael J McAndrew** **422 Third Street** **Oakmont, PA 15139** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092251** | | | | **Warranty** | | | | |
| **Michael J Neff** **917 Allegheny Avenue** **New Kensington, PA 15068** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122888** | | | | **Warranty** | | | | |
| **Michael J Nelson** **232 Shenley Dr** **Erie, PA 16505** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5079023** | | | | **Warranty** | | | | |
| **Michael J Sabo** **1153 Leckrone Masontown Road** **McClellandtown, PA 15458** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5088149** | | | | **Warranty** | | | | |
| **Michael J Strunk** **RD 3 Box 3249** **Saylorsburg, PA 18353** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**3274** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                       Subtotal
(Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5074343 | | | Warranty | | | | |
| Michael J Testa 524 E Vea Street #1 Phoenix, AZ 85020 | - | | | | | | 1,970.00 |
| Account No. 5110084 | | | Warranty | | | | |
| Michael J Vargo 3261 Ramsgate Street N Canton, OH 44720 | - | | | X | X | | 0.00 |
| Account No. 5124896 | | | Warranty | | | | |
| Michael J Vigilante 332 Royal Hunt Way Lititz, PA 17543 | - | | | X | X | | 0.00 |
| Account No. 5108997 | | | Warranty | | | | |
| Michael J Vitalbo 1134 Fourth Street Monongahela, PA 15063 | - | | | X | X | | 0.00 |
| Account No. 5100765 | | | Warranty | | | | |
| Michael J Zahorsky 2403 Beaver Road Ambridge, PA 15003 | - | | | X | X | | 0.00 |

Sheet no. **3275** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,970.00**

In re __**Great Lakes Warranty Corporation**_____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5099144** | | | | Warranty | | | | |
| **Michael J Zavada** **241 Airway Inn Road** **Dunbar, PA 15431** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5081831 | | | | Warranty | | | | |
| **Michael Jacobs** **7513 Sweetbriar Drive** **College Park, MD 20740** | - | | | | | | | |
| | | | | | | | | **227.88** |
| Account No. 5115739 | | | | Warranty | | | | |
| **Michael James** **1437 Spring Avenue NE** **Canton, OH 44714** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5087430 | | | | Warranty | | | | |
| **Michael James Kelly** **630 E Gila Lane** **Chandler, AZ 85225** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5124268 | | | | Warranty | | | | |
| **Michael Jensen** **1003 Roseland Avenue** **Kalamazoo, MI 49001** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. __**3276**__ of __**4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**227.88**

In re **Great Lakes Warranty Corporation**   Case No. _____

,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5122529** | | | | **Warranty** | | | | |
| **Michael Johnson 3985 Rowena Dr B Philadelphia, PA 19114** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5067247** | | | | **Warranty** | | | | |
| **Michael Johnson 2196 Loudenslager Drive Thompsons Station, TN 37179** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095273** | | | | **Warranty** | | | | |
| **Michael Johnston II 435 Main Street Kersey, PA 15846** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126848** | | | | **Warranty** | | | | |
| **Michael Joseph Scott 1908 Clemantis Drive Hixson, TN 37343** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5077165** | | | | **Warranty** | | | | |
| **Michael Judd 6035 South Natoma Avenue Chicago, IL 60638** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3277** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

In re **Great Lakes Warranty Corporation** ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5087799** | | | | **Warranty** | | | | |
| **Michael K Allen 752 Echles Street Memphis, TN 38111** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112187** | | | | **Warranty** | | | | |
| **Michael K Stagg 5840 Fredericksburg Drive Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117303** | | | | **Warranty** | | | | |
| **Michael Kane 36 Northumberland Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5077840** | | | | **Warranty** | | | | |
| **Michael Kenneth Nemeth 4235 Lotus Lane Coopersburg, PA 18036** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091888** | | | | **Warranty** | | | | |
| **Michael Kinsley 4407 Reilly Drive Troy, MI 48085** | - | | | | | | | |
| | | | | | | | | **186.50** |

Sheet no. **3278** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **186.50**

In re   **Great Lakes Warranty Corporation**        ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109342** | | | Warranty | | | | |
| **Michael Klein** **1256 Chanticleer Dr** **Cherry Hill, NJ 08003** | - | | | X | X | | 0.00 |
| Account No. **5125261** | | | Warranty | | | | |
| **Michael Knox** **107 Caramel Lane** **Rossville, GA 30741** | - | | | X | X | | 0.00 |
| Account No. **5132381** | | | Warranty | | | | |
| **Michael Kohnen** **408 North Street** **Wapakoneta, OH 45895** | - | | | X | X | | 0.00 |
| Account No. **5068626** | | | Warranty | | | | |
| **Michael Koneval** **4253 Winner Circle** **Medina, OH 44256** | - | | | | | | 1,038.45 |
| Account No. **5131863** | | | Warranty | | | | |
| **Michael Kosek** **30 Hughes Street** **Forty Fort, PA 18704** | - | | | X | X | | 0.00 |

Sheet no. **3279** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **1,038.45**

In re __Great Lakes Warranty Corporation__ _____,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5112791** | | | **Warranty** | | | | |
| **Michael Kozma** <br> **5401 Manning Street** <br> **North Ridgeville, OH 44039** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115731** | | | **Warranty** | | | | |
| **Michael Kunce** <br> **3166 E Dry Creek** <br> **Phoenix, AZ 85048** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5094132** | | | **Warranty** | | | | |
| **Michael Kutz** <br> **123 Columbia** <br> **Schuylkill Haven, PA 17972** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5093601** | | | **Warranty** | | | | |
| **Michael L  Adair** <br> **2752 Owl Hollow Rd** <br> **Franklin, TN 37064** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111407** | | | **Warranty** | | | | |
| **Michael L Albright** <br> **RR2  Box 180G** <br> **Martinsburg, PA 16662** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. __3280__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5101699** | | | | **Warranty** | | | | |
| **Michael L Davis** **17557 Route #5 Road** **Sonora, CA 95370** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110512** | | | | **Warranty** | | | | |
| **Michael L Dieckhaus** **13520 N Wide View Drive** **Oro Valley, AZ 85755** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110649** | | | | **Warranty** | | | | |
| **Michael L Miner** **1127 16th Street  SE** **Massillon, OH 44646** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118998** | | | | **Warranty** | | | | |
| **Michael L Pellicciotti** **27 Ingham Dr** **Stevens, PA 17578** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094045** | | | | **Warranty** | | | | |
| **Michael L Post** **757 Carmel Church Road** **Celina, OH 45822** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3281** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                              ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5124390** | | | | **Warranty** | | | | |
| **Michael L Pruett** **7326 St Rt 19  2507** **Mount Gilead, OH 43338** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106335** | | | | **Warranty** | | | | |
| **Michael L Roberts** **443 Harvard Lane** **Santa Barbara, CA 93111** | - | | | | | | | |
| | | | | | | | | **148.75** |
| Account No. **5123752** | | | | **Warranty** | | | | |
| **Michael L Schenk** **5936 Woodleigh Oaks Dr** **Charlotte, NC 28226** | - | | | | | | | |
| | | | | | | | | **583.29** |
| Account No. **5111001** | | | | **Warranty** | | | | |
| **Michael L Simmons** **1400 Vine St** **Reading, PA 19606** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122859** | | | | **Warranty** | | | | |
| **Michael L Smith** **5264 Bunnell Hill Rd** **Lebanon, OH 45036** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3282** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **732.04**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5075700** | | | | Warranty | | | | |
| **Michael L Sweitzer 2932 Oakland Avenue Kettering, OH 45409** | | - | | | X | X | | 0.00 |
| Account No. **5108063** | | | | Warranty | | | | |
| **Michael L Wagner 1228 Kuntz Road Erie, PA 16509** | | - | | | X | X | | 0.00 |
| Account No. **5081048** | | | | Warranty | | | | |
| **Michael L Wylie 1151 Wylie Court Rock Hill, SC 29730** | | - | | | X | X | | 0.00 |
| Account No. **5068514** | | | | Warranty | | | | |
| **Michael Labos 21150 North Tatum Blvd Apt #2081 Phoenix, AZ 85050** | | - | | | X | X | | 0.00 |
| Account No. **5074364** | | | | Warranty | | | | |
| **Michael Laguna 2005 Ernest Avenue Redondo Beach, CA 90278** | | - | | | X | X | | 0.00 |

Sheet no. **3283** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re **Great Lakes Warranty Corporation**                          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5099483** | | | | Warranty | | | | |
| **Michael Lamontagne 1615 Glenn Abbey Drive Kettering, OH 45420** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115747** | | | | Warranty | | | | |
| **MIchael Lanni 1862 Adelaide Boulevard Akron, OH 44305** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107006** | | | | Warranty | | | | |
| **Michael Lee Erby 201 Poplar Street Richland, PA 17087** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5095576** | | | | Warranty | | | | |
| **Michael Lehlbach 4141 W Glendale Avenue  Apt 2101 Phoenix, AZ 85051** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132692** | | | | Warranty | | | | |
| **Michael Leitzel 233 Cemetary Mill Road Herdon, PA 17830** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**3284**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                **0.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____ ,
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5125308** | | | | | **Warranty** | | | | |
| **Michael Lindell II** **5347 Somerset Avenue** **Westerville, OH 43082** | - | | | | | X | X | | 0.00 |
| Account No. **5129823** | | | | | **Warranty** | | | | |
| **Michael Liptak** **1051 Leanne Street** **Reading, PA 19605** | - | | | | | X | X | | 0.00 |
| Account No. **5045491** | | | | | **Warranty** | | | | |
| **Michael Little** **310 Neighborhood Rd** **Gallipolis, OH 45631** | - | | | | | X | X | | 0.00 |
| Account No. **5115958** | | | | | **Warranty** | | | | |
| **Michael Love** **2029 Boving Road** **Lancaster, OH 43130** | - | | | | | X | X | | 0.00 |
| Account No. **5095305** | | | | | **Warranty** | | | | |
| **Michael Lowman** **137 Madison Avenue** **Masontown, PA 15461** | - | | | | | X | X | | 0.00 |

Sheet no. **3285** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re    **Great Lakes Warranty Corporation**                     ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5100510** | | | | **Warranty** | | | | |
| **Michael Lucas** **70 Ridge Road** **Barnesville, PA 18214** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5068088** | | | | **Warranty** | | | | |
| **Michael Lucas** **3 Creekwood Drive** **Lancaster, PA 17602** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131824** | | | | **Warranty** | | | | |
| **Michael Lukach** **18449 Wright Road** **Centerville, PA 16404** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122659** | | | | **Warranty** | | | | |
| **Michael Lyde** **141 Rose Lane** **Lansdowne, PA 19050** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121231** | | | | **Warranty** | | | | |
| **Michael Lynch** **6859 East State Rd  144** **Mooresville, TN 46158** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3286** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                             Subtotal                 **0.00**
                        (Total of this page)

In re   **Great Lakes Warranty Corporation**                                   ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5114057 | | | | | Warranty | | | | |
| Michael M Albinger 717 Railroad Street Springdale, PA 15144 | - | | | | | X | X | | 0.00 |
| Account No. 5111714 | | | | | Warranty | | | | |
| Michael M Morgan 855 Hamill Road Verona, PA 15147 | - | | | | | X | X | | 0.00 |
| Account No. 5127373 | | | | | Warranty | | | | |
| Michael Maddux 4917 Wilmington Pike Kettering, OH 45440 | - | | | | | X | X | | 0.00 |
| Account No. 5096589 | | | | | Warranty | | | | |
| Michael Manar 7828 Sabal Ridge Drive North Charleston, SC 29418 | - | | | | | X | X | | 0.00 |
| Account No. 5101204 | | | | | Warranty | | | | |
| Michael Manior 7930 E Arlington Road  #D Scottsdale, AZ 85250 | - | | | | | | | | 266.60 |

Sheet no. **3287** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

266.60

In re **Great Lakes Warranty Corporation**                    ,          Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5084043** | | | | **Warranty** | | | | |
| **Michael Mark Sandor 206 Elm Street Prosperity, SC 29127** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079784** | | | | **Warranty** | | | | |
| **Michael Mashburn 7905 Crown Ridge Boulevard Arlington, WA 98223** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109320** | | | | **Warranty** | | | | |
| **Michael Masters 23 Bestview Avenue Bessemer, PA 16112** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095984** | | | | **Warranty** | | | | |
| **Michael Maurizio 5919 Western Park Dr Baltimore, MD 21209** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5064253** | | | | **Warranty** | | | | |
| **Michael Mayes 120 Janice Drive Murfreesboro, TN 37128** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3288** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**
,
Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5119611 | | | Warranty | | | | |
| Michael McComb 2522 Sycamore Hills Dr Fort Wayne, IN 46814 | - | | | X | X | | 0.00 |
| Account No. 5066881 | | | Warranty | | | | |
| Michael McCue 1737 Hathaway Lane Upper Saint Clair, PA 15241 | - | | | X | X | | 0.00 |
| Account No. 5084814 | | | Warranty | | | | |
| Michael McFerren 334 Sioux Court Sinking Spring, PA 19608 | - | | | X | X | | 0.00 |
| Account No. 5094633 | | | Warranty | | | | |
| Michael McGowan 4854 N Taylor Street Eloy, AZ 85231 | - | | | X | X | | 0.00 |
| Account No. 5057820 | | | Warranty | | | | |
| Michael McKittrick Jr 423 Park Pl Berea, OH 44017 | - | | | X | X | | 0.00 |

Sheet no. 3289 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5109568 | | | | | Warranty | | | | |
| Michael McTiernan 7321 Balla Drive N Tonawanda, NY 14120 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5093249 | | | | | Warranty | | | | |
| Michael Mecca RR2 Box 2224A Moscow, PA 18444 | - | | | | | | | | |
| | | | | | | | | | 89.68 |
| Account No. 5096642 | | | | | Warranty | | | | |
| Michael Meints 8027 North 5th Street Phoenix, AZ 85020 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5131188 | | | | | Warranty | | | | |
| Michael Meitzler 100 North Reading Avenue Boyertown, PA 19512 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5122937 | | | | | Warranty | | | | |
| Michael Melvin 179 Johnson Rd Lebanon, TN 37087 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3290** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

89.68

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re __Great Lakes Warranty Corporation_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5088849** <br><br> **Michael Menta** <br> **231 Sarahs Lane** <br> **Harleysville, PA 19438** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5131451** <br><br> **Michael Metz** <br> **1863 Swamp Pk** <br> **Golbertsville, PA 19525** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5102657** <br><br> **Michael Metzger** <br> **6906 Spinnaker Drive** <br> **Reynoldsburg, OH 43068** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5058039** <br><br> **Michael Michalek** <br> **16575 Old Frederick Rd.** <br> **Mount Airy, MD 21771** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5108135** <br><br> **Michael Milinski** <br> **2291 Stumpville Road** <br> **Jefferson, OH 44047** | | - | | **Warranty** | X | X | | 0.00 |

Sheet no.__3291__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5090428** | | | Warranty | | | | |
| **Michael Miller** **3020 17th Street SW** **Massillon, OH 44646** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127920** | | | Warranty | | | | |
| **Michael Miller** **4624 Sandy Lake Road** **Carlton, PA 16311** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110763** | | | Warranty | | | | |
| **Michael Miller** **3493 Tamara Lane** **Orangebury, SC 29118** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5086526** | | | Warranty | | | | |
| **Michael Monroe** **314 St Mortiz Drive** **Monroeville, PA 15146** | - | | | | | | |
| | | | | | | | 914.22 |
| Account No. **5127820** | | | Warranty | | | | |
| **Michael Moore** **4725 Highway 301 South** **Latta, SC 29565** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**3292** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **914.22**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5115879** | | | | **Warranty** | | | | |
| **Michael Moore 840 Ashtree Drive Eaton, OH 45320** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126424** | | | | **Warranty** | | | | |
| **Michael Morse 9599 W. Charleston #1199 Las Vegas, NV 89117** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132105** | | | | **Warranty** | | | | |
| **Michael Mumma 155 Stone Mill Drive Elizabethtown, PA 17022** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5072648** | | | | **Warranty** | | | | |
| **Michael Murdock 8470 Riverside Road Manjemoy, MD 20662** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093875** | | | | **Warranty** | | | | |
| **Michael Murphy 452 Woodridge Road Mansfield, OH 44906** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3293** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **0.00**

In re   **Great Lakes Warranty Corporation**                                        ,      Case No. _____
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5115976 | | | | Warranty | | | | |
| Michael Muscarella 6427 West Boulevard Youngstown, OH 44512 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131479 | | | | Warranty | | | | |
| Michael Na O 4496 Devlin #E 11 Nellis AFB, NV 89191 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128818 | | | | Warranty | | | | |
| Michael Nelson 796 Los Tayis Way Las Vegas, NV 89005 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5068749 | | | | Warranty | | | | |
| Michael Neptune 4255 Adamsville Rd Zanesville, OH 43701 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106826 | | | | Warranty | | | | |
| Michael Nizri 2607 Fontainebleau Drive Atlanta, GA 30360 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 3294  of 4906  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**       Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5115325 | | | | Warranty | | | | |
| Michael Noel 2512 Landscape Canton, OH 44709 | - | | | | | | | 61.50 |
| Account No. 5094797 | | | | Warranty | | | | |
| Michael Noggle 1112 Lehman St Lebanon, PA 17046 | - | | | | X | X | | 0.00 |
| Account No. 5104848 | | | | Warranty | | | | |
| Michael Norris 570 Emerson Avenue North Canton, OH 44720 | - | | | | X | X | | 0.00 |
| Account No. 5123350 | | | | Warranty | | | | |
| Michael Nothstein PO Box 140 Effort, PA 18330 | - | | | | X | X | | 0.00 |
| Account No. 5124999 | | | | Warranty | | | | |
| Michael Novad 23 5th Street Bessemer, PA 16112 | - | | | | X | X | | 0.00 |

Sheet no. **3295** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                     Subtotal (Total of this page)      **61.50**

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5123749 | | | | | Warranty | | | | |
| Michael Nutter 9382 Maple AVe SE East Sparta, OH 44626 | - | | | | | X | X | | 0.00 |
| Account No. 5131428 | | | | | Warranty | | | | |
| Michael ODonnell 126 Redwood Drive Quakertown, PA 18951 | - | | | | | X | X | | 0.00 |
| Account No. 5079408 | | | | | Warranty | | | | |
| Michael Off 10061 Riverside Dr  #177 Toluca Lake, CA 91602 | - | | | | | | | | 1,526.54 |
| Account No. 5081300 | | | | | Warranty | | | | |
| Michael Oliver PO Box 18760 Fountain Hills, AZ 85268 | - | | | | | X | X | | 0.00 |
| Account No. 5107741 | | | | | Warranty | | | | |
| Michael Oliver 6718 State Route 242 Versailles, OH 45380 | - | | | | | X | X | | 0.00 |

Sheet no. **3296** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          1,526.54

In re   **Great Lakes Warranty Corporation**                                        ,      Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5098913 | | | | | Warranty | | | | |
| Michael P Burfield 215 Cobblestone Court Cold Spring, KY 41076 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5112700 | | | | | Warranty | | | | |
| Michael P Drye 925 Fifth Avenue East McKeesport, PA 15035 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5079276 | | | | | Warranty | | | | |
| Michael P Livelsberger 435 E Canal Road York, PA 17404 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5091091 | | | | | Warranty | | | | |
| Michael P Miskiel 2448 Henry Road Sewickley, PA 15143 | - | | | | | | | | |
| | | | | | | | | | 145.43 |
| Account No. 5117683 | | | | | Warranty | | | | |
| Michael P Mory 420 Liberty Drive Blandon, PA 19510 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3297** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

145.43

In re    **Great Lakes Warranty Corporation**                            ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 5070506 | | | | | Warranty | | | | |
| Michael Pampino 311 Lincoln Hall Rd Elizabeth, PA 15037 | - | | | | | X | X | | 0.00 |
| Account No. 5122954 | | | | | Warranty | | | | |
| Michael Parker 3448 Ravenel Court Murfreesboro, TN 37130 | - | | | | | X | X | | 0.00 |
| Account No. 5131974 | | | | | Warranty | | | | |
| Michael Patrick Creswell 9231 State Street Philadelphia, PA 19114 | - | | | | | X | X | | 0.00 |
| Account No. 5113674 | | | | | Warranty | | | | |
| Michael Patrick Peles 414 Jackson Street Reynoldsville, PA 15851 | - | | | | | X | X | | 0.00 |
| Account No. 5084586 | | | | | Warranty | | | | |
| Michael Pefferman 201 Governor Dr Allison Park, PA 15101 | - | | | | | X | X | | 0.00 |

Sheet no. **3298** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re  **Great Lakes Warranty Corporation**  ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5115523 | | | Warranty | | | | |
| Michael Perez 807 Garfield Avenue Lincoln Park, MI 48146 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5130740 | | | Warranty | | | | |
| Michael Poe 220 Green Valley Blvd Franklin, TN 37064 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5078218 | | | Warranty | | | | |
| Michael Policastro 657 Hall Road Beaver, PA 15009 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5114309 | | | Warranty | | | | |
| Michael Pond 776 Nawasse Trail Fort Mill, SC 29715 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5122202 | | | Warranty | | | | |
| Michael Potoczny 401 Stanford Rd Fairless Hills, PA 19030 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3299** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                        Case No. _____

_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5128159** | | | | **Warranty** | | | | |
| **Michael Powell** **9547 Cemetery Road** **Wapakoneta, OH 45895** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126898** | | | | **Warranty** | | | | |
| **Michael Powell** **1164 Parkvue Drive** **Troy, OH 45373** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104818** | | | | **Warranty** | | | | |
| **Michael Putman** **26792 Huckelberry Road** **Coolville, OH 45723** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116960** | | | | **Warranty** | | | | |
| **Michael R Akins** **7104 Winchester Crossing Blvd** **Canal Winchester, OH 43110** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111045** | | | | **Warranty** | | | | |
| **Michael R Bailey** **49400 Foxs Bottom Road** **Cadiz, OH 43907** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3300** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                    0.00
(Total of this page)

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5107335 | | | Warranty | | | | |
| Michael R Beecken 155 Woodall Point Road South Pittsburgh, TN 37380 | - | | | X | X | | 0.00 |
| Account No. 5120834 | | | Warranty | | | | |
| Michael R Boyd 104 Cotton Hill Rd Huntsville, AL 37811 | - | | | X | X | | 0.00 |
| Account No. 5111747 | | | Warranty | | | | |
| Michael R Buffenbarger 1129 Eighth Avenue Brackenridge, PA 15014 | - | | | X | X | | 0.00 |
| Account No. 5088200 | | | Warranty | | | | |
| Michael R Collins 301 South First St Unon City, OH 45390 | - | | | X | X | | 0.00 |
| Account No. 5076990 | | | Warranty | | | | |
| Michael R Cotter 2333 Palmer Avenue New Rochelle, NY 10801 | - | | | X | X | | 0.00 |

Sheet no. __3301__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5122111** | | | | | Warranty | | | | |
| **Michael R Duncan** **5364 summit Rd** **Cleveland, OH 44124** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5084826** | | | | | Warranty | | | | |
| **Michael R Hannabeck** **608 Old Route 51** **Smock, PA 15480** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5110050** | | | | | Warranty | | | | |
| **Michael R McNasby** **524 Highland Avenue** **Lindenwold, NJ 08021** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5073309** | | | | | Warranty | | | | |
| **Michael R Meliton** **183 Old Ridge Road** **Coraopolis, PA 15108** | - | | | | | | | | |
| | | | | | | | | | 432.18 |
| Account No. **5113857** | | | | | Warranty | | | | |
| **Michael R Reininger** **379 Detterline Drive** **New Enterprise, PA 16664** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3302** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  432.18

In re **Great Lakes Warranty Corporation**       Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5124374 | | | | Warranty | | | | |
| Michael R Riley 4936 Lake Rd Athens, OH 45701 | - | | | | X | X | | 0.00 |
| Account No. 5089090 | | | | Warranty | | | | |
| Michael R Rock 221 Dry Hill Road Connellsville, PA 15425 | - | | | | X | X | | 0.00 |
| Account No. 5120528 | | | | Warranty | | | | |
| Michael R Spairana III 729 Lehihgh St   PO Box 54 Bowmanstown, PA 18030 | - | | | | | | | 1,401.50 |
| Account No. 5096579 | | | | Warranty | | | | |
| Michael R Sterner 188 Meadow Lane Abbottstown, PA 17301 | - | | | | X | X | | 0.00 |
| Account No. 5088809 | | | | Warranty | | | | |
| Michael R Webb 675 Wells NE Brewster, OH 44613 | - | | | | X | X | | 0.00 |

Sheet no. **3303** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      1,401.50

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
_____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5120119** | | | | Warranty | | | | |
| **Michael R Wise** **1997 airport Rd** **Loysville, PA 17047** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5100957** | | | | Warranty | | | | |
| **Michael R Wolfe** **8 Spruce Street  Apt A** **Pine Grove, PA 17963** | - | | | | | | | |
| | | | | | | | | **408.88** |
| Account No. **5118928** | | | | Warranty | | | | |
| **Michael Rabinovitz** **1704 Center Ave** **Pittsburgh, PA 15229** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5096562** | | | | Warranty | | | | |
| **Michael Ramirez** **559 S 70th Street** **Springfield, OR 97478** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5076528** | | | | Warranty | | | | |
| **Michael Raphael** **138 Hicks Road** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**3304**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           **408.88**

In re   **Great Lakes Warranty Corporation**                                         Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5066175** | | | Warranty | | | | |
| **Michael Read** **19009 16th Ave NE** **Shoreline, WA 98155** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125569** | | | Warranty | | | | |
| **Michael Reeves** **31 Heffner Road** **Royersford, PA 19468** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088091** | | | Warranty | | | | |
| **Michael Rennhack** **7809 Blueberry** **Powell, TN 37849** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131874** | | | Warranty | | | | |
| **Michael Renninger** **910 Morrel Avenue** **Connellsville, PA 15425** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5056945** | | | Warranty | | | | |
| **Michael Rice** **1302 East Glenhaven Dr.** **Phoenix, AZ 85048** | - | | | | | | |
| | | | | | | | 1,187.60 |

Sheet no. **3305** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,187.60

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                              ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5088236** | | | | **Warranty** | | | | |
| **Michael Richard Bane** **1641 E Leaf Road** **Queen Creek, AZ 85242** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121423** | | | | **Warranty** | | | | |
| **Michael Richardson** **193 Riverside Circle** **Goose Creek, SC 29445** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107290** | | | | **Warranty** | | | | |
| **Michael Riehl** **1195 Mt Airy Road** **Stevens, PA 17578** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132740** | | | | **Warranty** | | | | |
| **Michael Rivera** **1064 Timberidge Lane** **Allentown, PA 18106** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5072403** | | | | **Warranty** | | | | |
| **Michael Roberts** **8884 W 500th S** **Jamestown, IN 46147** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3306** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **0.00**

In re   **Great Lakes Warranty Corporation**               ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5087818** <br><br> **Michael Robinson** <br>**6610 Maplehurst Avenue** <br>**East Sparta, OH 44626** | - | | **Warranty** | | | | 404.00 |
| Account No. **5095643** <br><br> **Michael Rock** <br>**314 Lafayette Avenue** <br>**Pittsburgh, PA 15214** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5095037** <br><br> **Michael Rogers** <br>**1 South Green Office** <br>**Athens, OH 45701** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5058591** <br><br> **Michael Romero** <br>**PO Box 416** <br>**Kearney, AZ 85237** | - | | **Warranty** | | | | 32.94 |
| Account No. **5093339** <br><br> **Michael Rothwell** <br>**3689 E Vantage Pointe Lane** <br>**Meridian, ID 83642** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **3307** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **436.94**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101973** | | | Warranty | | | | |
| **Michael Rudd** **1590 Philadelphia St** **Indiana, PA 15701** | - | | | X | X | | 0.00 |
| Account No. **5115053** | | | Warranty | | | | |
| **Michael Rudisil** **5137 Palmer Mill Rd** **Clifton Heights, PA 19018** | - | | | X | X | | 0.00 |
| Account No. **5085900** | | | Warranty | | | | |
| **Michael Rule** **10655 Whiley Road** **West Salem, OH 44287** | - | | | X | X | | 0.00 |
| Account No. **5091137** | | | Warranty | | | | |
| **Michael Runyan** **2160 Lockett Court** **Duluth, GA 30097** | - | | | X | X | | 0.00 |
| Account No. **5070796** | | | Warranty | | | | |
| **Michael Ryan** **117 Osborne Ave** **Morrisville, PA 15067** | - | | | X | X | | 0.00 |

Sheet no. **3308** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                              Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5112434 | | | | | Warranty | | | | |
| Michael S Alberter 4236 Haldane Street Pittsburgh, PA 15207 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5091620 | | | | | Warranty | | | | |
| Michael S Barnett 4125 Kinneys Road Springfield, TN 37172 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5104303 | | | | | Warranty | | | | |
| Michael S Carpenter 1106 Battery Lane Nashville, TN 37220 | - | | | | | | | | |
| | | | | | | | | | 457.99 |
| Account No. 5092397 | | | | | Warranty | | | | |
| Michael S Crane 5195 Northcrest Drive Nashport, OH 43830 | - | | | | | | | | |
| | | | | | | | | | 258.53 |
| Account No. 5124432 | | | | | Warranty | | | | |
| Michael S Fee 2324 Klondike Rd Delaware, OH 43015 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3309** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    716.52

In re **Great Lakes Warranty Corporation** _____, Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5098308** | | | | | Warranty | | | | |
| Michael S Hay 300 Wood Street Apt B18 Mansfield, OH 44903 | - | | | | | X | X | | 0.00 |
| Account No. **5098414** | | | | | Warranty | | | | |
| Michael S Klinger Jr 305 N Keystone Street Muir, PA 17957 | - | | | | | X | X | | 0.00 |
| Account No. **5111161** | | | | | Warranty | | | | |
| Michael S Mazanowski 8112 Stafford Drive Wattsburg, PA 16442 | - | | | | | X | X | | 0.00 |
| Account No. **5119115** | | | | | Warranty | | | | |
| Michael S Sterner 104 Sunset Lane Hamburg, PA 19526 | - | | | | | X | X | | 0.00 |
| Account No. **5124427** | | | | | Warranty | | | | |
| Michael S Wiles 1818 Pleasantville Lancaster, OH 43130 | - | | | | | X | X | | 0.00 |

Sheet no. **3310** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">Subtotal (Total of this page)     0.00</div>

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5068381** | | | Warranty | | | | |
| **Michael Sabo 362 Mountian Road Uniontown, PA 15401** | - | | | X | X | | 0.00 |
| Account No. **5126210** | | | Warranty | | | | |
| **Michael Sanders 18750 Rivers Edge Drive East Chagrin Falls, OH 44023** | - | | | | | | 162.00 |
| Account No. **5105027** | | | Warranty | | | | |
| **Michael Santos 6 Prince Valely Rd Truro, MA 02666** | - | | | X | X | | 0.00 |
| Account No. **5089888** | | | Warranty | | | | |
| **Michael Schneider 2 Millers Road Newtown, PA 18940** | - | | | X | X | | 0.00 |
| Account No. **5062239** | | | Warranty | | | | |
| **Michael Schubert 413 East State Rd Seneca, PA 16346** | - | | | X | X | | 0.00 |

Sheet no. **3311** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **162.00**

In re  **Great Lakes Warranty Corporation**                                          Case No. _____
                                                        ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5115479 | | | | Warranty | | | | |
| Michael Secor 57 Apple Blossom Drive Lancaster, PA 17602 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5062541 | | | | Warranty | | | | |
| Michael Shaw 1198 Forsythe Ave Columbus, OH 43201 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122217 | | | | Warranty | | | | |
| Michael Shawn Sabo 253 Beautyline Dr Salix, PA 15952 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5064137 | | | | Warranty | | | | |
| Michael Shiveley 7422 St Rt 125 Portsmouth, OH 45669 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132531 | | | | Warranty | | | | |
| Michael Shomer 9360 E Flamingo Rd Suite L12 Las Vegas, NV 89147 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3312** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**                    , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5126834 | | | | Warranty | | | | |
| Michael Simmons 825 Hwy 51 Bypass N Apt 3 Dyersburg, TN 38024 | - | | | | X | X | | 0.00 |
| Account No. 5111899 | | | | Warranty | | | | |
| Michael Smallbone 2400 Adair Court Franklin, TN 37064 | - | | | | X | X | | 0.00 |
| Account No. 5117261 | | | | Warranty | | | | |
| Michael Smallwood 4240 N Longview #12 Phoenix, AZ 85014 | - | | | | X | X | | 0.00 |
| Account No. 5131062 | | | | Warranty | | | | |
| Michael Smith 844 North Rock Road Mansfield, OH 44903 | - | | | | X | X | | 0.00 |
| Account No. 5116259 | | | | Warranty | | | | |
| Michael Smith 18331 Fifth Street Beloit, OH 44609 | - | | | | X | X | | 0.00 |

Sheet no. **3313** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                          ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5099792** | | | | | Warranty | | | | |
| **Michael Snowden** **117 Auburn Leaf Drive** **Hopkins, SC 29061** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5126561** | | | | | Warranty | | | | |
| **Michael Solomon** **233 Margo Lane** **Nashville, TN 37211** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131074** | | | | | Warranty | | | | |
| **Michael Sosnowyj Sr** **11118 Hendrit Street** **Philadelphia, PA 19116** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5085088** | | | | | Warranty | | | | |
| **Michael Sovinski** **628 N Ash Street** **Celina, OH 45822** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5127362** | | | | | Warranty | | | | |
| **Michael Steffen** **2359 State Route 981** **New Alexandria, PA 15670** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3314** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5124262 | | | | Warranty | | | | |
| Michael Stefonich 1693 Heilmandale Road Lebanon, PA 17046 | - | | | | | | | |
| | | | | | | | | 986.00 |
| Account No. 5099804 | | | | Warranty | | | | |
| Michael Steven Kitchen 728 Willow Lake Road Charleston, SC 29412 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126679 | | | | Warranty | | | | |
| Michael Stevens 524 Littlestone Drive Brentwood, TN 37027 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110630 | | | | Warranty | | | | |
| Michael Stimely 338 Possum Path Louisville, KY 40214 | - | | | | | | | |
| | | | | | | | | 1,078.00 |
| Account No. 5089637 | | | | Warranty | | | | |
| Michael Straub 665 E Thirteenth Street #1 Erie, PA 16503 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3315** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **2,064.00**

In re  **Great Lakes Warranty Corporation**                                        ,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5117241** | | | | **Warranty** | | | | |
| **Michael Sweeney** **3000 Cherokee Road** **Johnson City, TN 37604** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089233** | | | | **Warranty** | | | | |
| **Michael Swierzweski** **77nd Cross Creek Cir** **Breinigsville, PA 18031** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104954** | | | | **Warranty** | | | | |
| **Michael Sykes** **2414 Jefferson Street** **Harrisburg, PA 17110** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106282** | | | | **Warranty** | | | | |
| **Michael T Burke** **42269 Mudsock Rd** **Coolville, OH 45723** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116308** | | | | **Warranty** | | | | |
| **Michael T Burke** **242 Kenmar Drive** **New Cumberland, PA 17070** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3316** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     **0.00**

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5116373** <br><br> **Michael T Burns** <br> **1001 E Via Soledad** <br> **Tucson, AZ 85718** | | - | **Warranty** | | | | 227.20 |
| Account No. **5080842** <br><br> **Michael T Elkins** <br> **1954 SR 550** <br> **Bartlett, OH 45713** | | - | **Warranty** | | | | 145.00 |
| Account No. **5116360** <br><br> **MIchael T Hampton** <br> **114 Forest Drive** <br> **Martin, TN 38237** | | - | **Warranty** | | | | 578.51 |
| Account No. **5111874** <br><br> **Michael T Hower** <br> **33 North Tenth Street** <br> **Lebanon, PA 17046** | | - | **Warranty** | X | X | | 0.00 |
| Account No. **5116817** <br><br> **Michael T McCombe** <br> **4124 Gladstone Street** <br> **Pittsburgh, PA 15207** | | - | **Warranty** | X | X | | 0.00 |

Sheet no.__**3317**__ of __**4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

950.71

In re **Great Lakes Warranty Corporation**          Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5105373** | | | | Warranty | | | | |
| **Michael T Smith 323 E Locust Street York, PA 17403** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105326** | | | | Warranty | | | | |
| **Michael T Snyder 2 Bancroft Terrace Shillington, PA 19607** | - | | | | | | | |
| | | | | | | | | 1,119.77 |
| Account No. **5107457** | | | | Warranty | | | | |
| **Michael T Whalen 607 Airport Rd Ashland, PA 17921** | - | | | | | | | |
| | | | | | | | | 1,172.80 |
| Account No. **5112159** | | | | Warranty | | | | |
| **Michael T Woods 1701 Sarahs Trail Hermitage, TN 37076** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124255** | | | | Warranty | | | | |
| **Michael Taylor 3250 Pluma Street Apt #222 Reno, NV 89509** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3318** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     2,292.57

In re **Great Lakes Warranty Corporation**                    , Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5068769** | | | | Warranty | | | | |
| **Michael Thomas**<br>**720 Sixth Street**<br>**West Elizabeth, PA 15088** | - | | | | X | X | | 0.00 |
| Account No. **5102766** | | | | Warranty | | | | |
| **Michael Tomey**<br>**20425 North 7th Street  Apt #1075**<br>**Phoenix, AZ 85024** | - | | | | X | X | | 0.00 |
| Account No. **5132713** | | | | Warranty | | | | |
| **Michael Tout**<br>**401 North Elm Street**<br>**Lititz, PA 17543** | - | | | | X | X | | 0.00 |
| Account No. **5104467** | | | | Warranty | | | | |
| **Michael Ulichney**<br>**1004 Hammocks View**<br>**Savannah, GA 31410** | - | | | | | | | 620.50 |
| Account No. **5119256** | | | | Warranty | | | | |
| **Michael Unrue**<br>**1236 Old State Rd**<br>**New Castle, PA 16101** | - | | | | | | | 7.22 |

Sheet no. **3319** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **627.72**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5120868** | | | | Warranty | | | | |
| **Michael V Milani** **2526 E 44th St** **Erie, PA 16510** | - | | | | | | | **1,059.95** |
| Account No. **5128905** | | | | Warranty | | | | |
| **Michael V Sorrentino** **138 Lakes Of Pines** **E Stroudsburg, PA 18301** | - | | | | X | X | | **0.00** |
| Account No. **5072341** | | | | Warranty | | | | |
| **Michael V Stopyra** **12 Creek View Circle** **Royersford, PA 19468** | - | | | | X | X | | **0.00** |
| Account No. **5124641** | | | | Warranty | | | | |
| **Michael Vacha** **309 N. Willow** **Louisville, OH 44641** | - | | | | X | X | | **0.00** |
| Account No. **5130022** | | | | Warranty | | | | |
| **Michael Valladares** **321 Bonanza Way** **Las Vegas, NV 89101** | - | | | | X | X | | **0.00** |

Sheet no. **3320** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,059.95**

In re __Great Lakes Warranty Corporation__ _____,   Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. 5071884 | | | | | | Warranty | | | | |
| Michael Van Wie 1E Helena Phoenix, AZ 85022 | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. 5132356 | | | | | | Warranty | | | | |
| Michael Varcelli 6630 Abby Court Valley View, OH 44125 | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. 5126591 | | | | | | Warranty | | | | |
| Michael Velo Zorzi 841 Taylor Dr Folcroft, PA 19032 | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. 5093800 | | | | | | Warranty | | | | |
| Michael Vergetis 1320 S Walcial Loop  #2036 Phoenix, AZ 85644 | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. 5132343 | | | | | | Warranty | | | | |
| Michael Voit 1306 Wendy View Drive Allison Park, PA 15101 | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |

Sheet no. __3321__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  |  0.00

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5075553 | | | | Warranty | | | | |
| Michael Voronov 9908 Bustleton   # G10 Philadelphia, PA 19115 | - | | | | X | X | | 0.00 |
| Account No. 5107794 | | | | Warranty | | | | |
| Michael W Atchison 5229 Rippy Road Cross Plains, TN 37049 | - | | | | | | | 1,433.50 |
| Account No. 5105530 | | | | Warranty | | | | |
| Michael W Bundy 511 Center Avenue Carnegie, PA 15106 | - | | | | X | X | | 0.00 |
| Account No. 5036423 | | | | Warranty | | | | |
| Michael W Chandler 10219 Squires Way Cornelius, NC 28031 | - | | | | X | X | | 0.00 |
| Account No. 5113964 | | | | Warranty | | | | |
| Michael W Horvatic 1506 Beech Avenue Braddock, PA 15104 | - | | | | X | X | | 0.00 |

Sheet no.__3322__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              1,433.50

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5111677 | | | | Warranty | | | | |
| Michael W Johnson 9707 Shoreline Heights Drive Soddy Daisy, TN 37379 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106874 | | | | Warranty | | | | |
| Michael W Mayle 2244 40th Street NW Canton, OH 44709 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124820 | | | | Warranty | | | | |
| Michael W Miller Washington St  PO Box 149 Robinson, PA 15949 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5094511 | | | | Warranty | | | | |
| Michael W Moyer 59 Red Horse Road Pottsville, PA 17901 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111782 | | | | Warranty | | | | |
| Michael W Pachella PO Box 354  Nellie Rd Vanderbilt, PA 15486 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. _3323_ of _4906_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

In re    **Great Lakes Warranty Corporation**                              ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130179** | | | **Warranty** | | | | |
| **Michael Waddell** **19552 Goast Run Honey Fork Road** **Logan, OH 43138** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088103** | | | **Warranty** | | | | |
| **Michael Walker** **908 Fourth Street** **St Marys, WV 26170** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5109000** | | | **Warranty** | | | | |
| **MIchael Watson Bullington** **224 Shallow Brook Drive** **Columbia, SC 29223** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088961** | | | **Warranty** | | | | |
| **Michael Wayne Myers** **617 W Seventeenth Street** **Ashland, OH 44805** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5074640** | | | **Warranty** | | | | |
| **Michael Weber** **3414 Chaparral Drive** **Temple, TX 76502** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3324** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

In re **Great Lakes Warranty Corporation**                                    , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089963** | | | **Warranty** | | | | |
| **Michael Weidleman** **3832 Taft Avenue NE** **Canton, OH 44705** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5111907** | | | **Warranty** | | | | |
| **Michael Wharton** **1053 Audobon** **Groose Pointe, MI 48230** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5128130** | | | **Warranty** | | | | |
| **Michael Wheatley** **P.O. Box 192** **Newfoundland, PA 18445** | - | | | | | | |
| | | | | | | | **1,317.50** |
| Account No. **5068685** | | | **Warranty** | | | | |
| **Michael Wiederhold** **160 Maplewind Ct.** **Montgomery, TX 77356** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5102768** | | | **Warranty** | | | | |
| **Michael Williams** **1437 North Bernard** **Mesa, AZ 85207** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **3325** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    **1,317.50**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5081211** | | | | | Warranty | | | | |
| **Michael Wilson** **831 Langford Mill Road** **Newberry, SC 29108** | - | | | | | | | | 173.54 |
| Account No. **5108307** | | | | | Warranty | | | | |
| **Michael Wilson** **85 Fairfield Avenue** **Nashville, TN 37210** | - | | | | | X | X | | 0.00 |
| Account No. **5082423** | | | | | Warranty | | | | |
| **Michael Wingatz** **5323 Cottage Ave** **South Charleston, WV 25309** | - | | | | | X | X | | 0.00 |
| Account No. **5067705** | | | | | Warranty | | | | |
| **Michael Wong** **2335 SE Evergreen Street** **Milwaukie, OR 97222** | - | | | | | X | X | | 0.00 |
| Account No. **5129698** | | | | | Warranty | | | | |
| **Michael Worthington** **3160 Red Bird Lane** **Shelby, OH 44875** | - | | | | | X | X | | 0.00 |

Sheet no. **3326** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  173.54

In re **Great Lakes Warranty Corporation** ,                 Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5099444** | | | Warranty | | | | |
| **Michael Wynn** **304 Riffel Avenue** **Greenville, OH 45331** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5118620 | | | Warranty | | | | |
| **Michael Yankevich** **106 Michlin Ave** **Curwesville, PA 16833** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5107926 | | | Warranty | | | | |
| **Michael Yoder** **409 N Jackson Avenue** **Brewster, OH 44613** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5129253 | | | Warranty | | | | |
| **Michael Zetts** **1144 Struthers Coits Road** **Lowellville, OH 44436** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5060948 | | | Warranty | | | | |
| **Michael Zimmer** **21 Concord Dr** **Fairview Village, IL 62208** | - | | | | | | |
| | | | | | | | **489.55** |

Sheet no. **3327** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**489.55**

In re  **Great Lakes Warranty Corporation**                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5118522 | | | Warranty | | | | |
| Michaela Balknight 2240 Yelland St Philadelphia, PA 19140 | - | | | X | X | | 0.00 |
| Account No. 5088450 | | | Warranty | | | | |
| Michaela Whittingslow 2098 E Calle De Dulcinea Tucson, AZ 85718 | - | | | X | X | | 0.00 |
| Account No. 5112059 | | | Warranty | | | | |
| Michaelene Mazur 1420 Broadview Boulevard Natrona Heights, PA 15065 | - | | | X | X | | 0.00 |
| Account No. 5132298 | | | Warranty | | | | |
| Michaelenn Weber 694 Alden Street Meadville, PA 16335 | - | | | X | X | | 0.00 |
| Account No. 5061666 | | | Warranty | | | | |
| Michel Johnson 2437 North 123rd Avenue Avondale, AZ 85323 | - | | | X | X | | 0.00 |

Sheet no. **3328** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re **Great Lakes Warranty Corporation**                                      ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5068235** | | | | **Warranty** | | | | |
| **Michel Mouchabeck** **5454 Pheasant Run** **Stone Mount, GA 30087** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132139** | | | | **Warranty** | | | | |
| **Michele  Cochran** **916 Laurel St Apt 9-4** **Tyrone, PA 16686** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087582** | | | | **Warranty** | | | | |
| **Michele  Muniz Trucios** **307 S Main Street** **Chambersburg, PA 17201** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108252** | | | | **Warranty** | | | | |
| **Michele B Jackson** **1022 First Street** **McKees Rocks, PA 15136** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131855** | | | | **Warranty** | | | | |
| **Michele Cleaves** **77 Larry Lane** **Cortland, OH 44410** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3329** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                 **0.00**

In re **Great Lakes Warranty Corporation**         Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5063760** <br><br> **Michele D Holt** <br> **636 East Main Street** <br> **Titusville, PA 16354** | - | | | **Warranty** | | | | **205.27** |
| Account No. **5126365** <br><br> **Michele Fox** <br> **16067 Main Street** <br> **Millfield, OH 45761** | - | | | **Warranty** | X | X | | **0.00** |
| Account No. **5131454** <br><br> **Michele Greenlee** <br> **1124 Dewey Street** <br> **Conway, PA 15027** | - | | | **Warranty** | X | X | | **0.00** |
| Account No. **5111367** <br><br> **Michele Hayward** <br> **219 Hillcrest Drive** <br> **Madison, TN 37115** | - | | | **Warranty** | X | X | | **0.00** |
| Account No. **5108901** <br><br> **Michele Henning** <br> **12631 W Ashby Drive** <br> **Pedria, AZ 85383** | - | | | **Warranty** | X | X | | **0.00** |

Sheet no. **3330** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **205.27**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5097727** | | | | Warranty | | | | |
| **Michele L Amos** **33212 Votaw Boulevard** **Lisbon, OH 44432** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100993** | | | | Warranty | | | | |
| **Michele L Jones** **8609 Pershing Street** **Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091092** | | | | Warranty | | | | |
| **Michele L Klein** **4007 California Avenue** **Pittsburgh, PA 15212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122618** | | | | Warranty | | | | |
| **Michele M Curry** **1515 Bridgecrest Dr  No 415** **Antioch, TN 37013** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091156** | | | | Warranty | | | | |
| **Michele M Elder** **1105 Pillow Avenue** **Harwick, PA 15049** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3331** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** ,     Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104658** | | | | Warranty | | | | |
| **Michele M Vergnetti** **2728 Price Street** **Scranton, PA 18504** | - | | | | X | X | | 0.00 |
| Account No. **5117866** | | | | Warranty | | | | |
| **Michele McGraw** **HCI Box 61A** **Gouldsboro, PA 18424** | - | | | | X | X | | 0.00 |
| Account No. **5088381** | | | | Warranty | | | | |
| **Michele P Bennett** **3720 Avalon Street** **Philadelphia, PA 19114** | - | | | | | | | 602.19 |
| Account No. **5099664** | | | | Warranty | | | | |
| **Michele Pryzblick** **205 Ridge Road  PO Box 3** **Zion Grove, PA 17985** | - | | | | X | X | | 0.00 |
| Account No. **5108109** | | | | Warranty | | | | |
| **Michele Reno** **2586 County Line Road** **New Castle, PA 16101** | - | | | | X | X | | 0.00 |

Sheet no. **3332** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **602.19**

In re **Great Lakes Warranty Corporation** , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5068564** | | | Warranty | | | | |
| **Michele Robinson** **4421 Shale Street SE** **East Canton, OH 44730** | - | | | X | X | | 0.00 |
| Account No. **5094894** | | | Warranty | | | | |
| **Michele Rosario Melendez** **309 Plaza Apartments** **Lebanon, PA 17042** | - | | | X | X | | 0.00 |
| Account No. **5108424** | | | Warranty | | | | |
| **Michele Scott** **8242 E Cavalry Drive** **Scottsdale, AZ 85262** | - | | | X | X | | 0.00 |
| Account No. **5125120** | | | Warranty | | | | |
| **Michele Williams** **105 Dupont Street** **Johnstown, PA 15902** | - | | | | | | 164.00 |
| Account No. **5066051** | | | Warranty | | | | |
| **Michelle  Hall** **7008 Thames Ct** **Matthews, NC 28104** | - | | | X | X | | 0.00 |

Sheet no. **3333** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **164.00**

In re  **Great Lakes Warranty Corporation**                                    ,                    Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5104906 | | | | Warranty | | | | |
| Michelle A Ceci 74 W Mahanoy Avenue Tamaqua, PA 18252 | - | | | | X | X | | 0.00 |
| Account No. 5109591 | | | | Warranty | | | | |
| Michelle A Droesch 212 Elm Street  PO Box 22 St Henry, OH 45883 | - | | | | X | X | | 0.00 |
| Account No. 5116335 | | | | Warranty | | | | |
| Michelle A Glenn 502 Meyers Street McKees Rocks, PA 15136 | - | | | | X | X | | 0.00 |
| Account No. 5112993 | | | | Warranty | | | | |
| Michelle A Heffner 405 Miriam Avenue Leesport, PA 19533 | - | | | | X | X | | 0.00 |
| Account No. 5092539 | | | | Warranty | | | | |
| Michelle A Long 8 Bloomer Drive Burlington, NJ 08016 | - | | | | X | X | | 0.00 |

Sheet no.__3334__ of __4906__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re   **Great Lakes Warranty Corporation**         ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5082061** | | | | **Warranty** | | | | |
| **Michelle A McKinght**<br>**70 Railroad St**<br>**Dunbar, PA 15431** | - | | | | X | X | | 0.00 |
| Account No. **5128110** | | | | **Warranty** | | | | |
| **Michelle Aeischliman**<br>**251 Road 200**<br>**Emporia, KS 66801** | - | | | | | | | 215.96 |
| Account No. **5103855** | | | | **Warranty** | | | | |
| **Michelle Aeschliman**<br>**251 Road 200**<br>**Emporia, KS 66801** | - | | | | | | | 183.50 |
| Account No. **5130130** | | | | **Warranty** | | | | |
| **Michelle Birden**<br>**50 County Rd 68**<br>**Toronto, OH 43964** | - | | | | | | | 119.94 |
| Account No. **5096173** | | | | **Warranty** | | | | |
| **Michelle Blevins**<br>**290 Pheasant Drive**<br>**Pittsburgh, PA 15235** | - | | | | X | X | | 0.00 |

Sheet no. **3335** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **519.40**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5065123** | | | | **Warranty** | | | | |
| **Michelle Bradshaw 136 Fieldstone Way Mount Top, PA 18707** | - | | | | X | X | | 0.00 |
| Account No. **5129436** | | | | **Warranty** | | | | |
| **Michelle Broseus 9440 Cedar Ct W Nashport, OH 43830** | - | | | | X | X | | 0.00 |
| Account No. **5116413** | | | | **Warranty** | | | | |
| **Michelle Bush 1020 Park Glen Drive Dayton, OH 45418** | - | | | | X | X | | 0.00 |
| Account No. **5109914** | | | | **Warranty** | | | | |
| **Michelle C Ritchey 1214 Third Avenue Altoona, PA 16602** | - | | | | X | X | | 0.00 |
| Account No. **5132464** | | | | **Warranty** | | | | |
| **Michelle Capan 619 Highridge Drive Pittsburgh, PA 15226** | - | | | | X | X | | 0.00 |

Sheet no. **3336** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re **Great Lakes Warranty Corporation**                                     ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128866** | | | Warranty | | | | |
| **Michelle Corrie** **447 Keystone Road** **New Kensington, PA 15068** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5067810** | | | Warranty | | | | |
| **Michelle Crabtree** **2322 Granger Road** **Medina, OH 44256** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5109763** | | | Warranty | | | | |
| **Michelle Craig** **835 Murray Street** **Throop, PA 18512** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5109768** | | | Warranty | | | | |
| **Michelle Crampo** **1822 Rock Street** **Connellsville, PA 15425** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130500** | | | Warranty | | | | |
| **Michelle D Shaw** **15512 Fernway** **Maple Hts, OH 44137** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3337** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       0.00

In re   **Great Lakes Warranty Corporation**          ,     Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128533** | | | Warranty | | | | |
| **Michelle DiBlasio**<br>**4630 Pennyback Street**<br>**Philadelphia, PA 19136** | - | | | X | X | | 0.00 |
| Account No. **5105360** | | | Warranty | | | | |
| **Michelle Dobbins**<br>**223 Eastern Avenue**<br>**New Lexington, OH 43764** | - | | | X | X | | 0.00 |
| Account No. **5110395** | | | Warranty | | | | |
| **Michelle Dunaway**<br>**26604 S East Lake Drive**<br>**Sun Lakes, AZ 85248** | - | | | X | X | | 0.00 |
| Account No. **5111483** | | | Warranty | | | | |
| **Michelle E  Namen**<br>**7715 hills & Dales  Apt 2**<br>**Massillon, OH 44646** | - | | | X | X | | 0.00 |
| Account No. **5123024** | | | Warranty | | | | |
| **Michelle E Bercel**<br>**129 Shaffer Rd**<br>**Apollo, PA 15613** | - | | | | | | 689.75 |

Sheet no. **3338** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)     **689.75**

In re **Great Lakes Warranty Corporation**                              Case No. _____
                                                              ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5086411** | | | | **Warranty** | | | | |
| **Michelle E DiGugliemo** **619 S Front Street** **Wrightsville, PA 17368** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128035** | | | | **Warranty** | | | | |
| **Michelle Filsinger** **7823 Chaney Lane** **Bartlett, TN 38133** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130546** | | | | **Warranty** | | | | |
| **Michelle Friedl** **143 Cuneo Road** **Kersey, PA 15846** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122750** | | | | **Warranty** | | | | |
| **Michelle Fryer** **1533 Bell Trace Dr** **Nashville, TN 37013** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091974** | | | | **Warranty** | | | | |
| **Michelle G Showrank** **249 Holt Road** **Aliquippa, PA 15001** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3339** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**         Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5129826 | | | | | Warranty | | | | |
| Michelle Gibson 1635 Stark Ave  SW Canton, OH 44706 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5074001 | | | | | Warranty | | | | |
| Michelle Gibson 909 Black Walnut Trails Cedar Hill, TX 75104 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5124727 | | | | | Warranty | | | | |
| Michelle Gray 10412 Silverthorn Road Edinboro, PA 16412 | - | | | | | | | | |
| | | | | | | | | | 1,765.00 |
| Account No. 5130324 | | | | | Warranty | | | | |
| Michelle Harris 512 4th Street Elizabeth, PA 15037 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5092458 | | | | | Warranty | | | | |
| Michelle Hayes 8768 Millwheel Drive Reynoldsburg, OH 43068 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3340** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **1,765.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5088243 | | | Warranty | | | | |
| Michelle Haywood 1942 E Alta Vista Road Phoenix, AZ 85042 | - | | | X | X | | 0.00 |
| Account No. 5104059 | | | Warranty | | | | |
| Michelle Huffman 2275 Edgewood Dr Salem, OH 44460 | - | | | X | X | | 0.00 |
| Account No. 5131694 | | | Warranty | | | | |
| Michelle Johnson 538 Clover Court Exeter, PA 18643 | - | | | X | X | | 0.00 |
| Account No. 5097050 | | | Warranty | | | | |
| Michelle Kirkman 2388 Old Bristol Road Holland, PA 18966 | - | | | | | | 901.48 |
| Account No. 5110907 | | | Warranty | | | | |
| Michelle L Bates 1020 Thornwood Drive Pittsburgh, PA 15234 | - | | | X | X | | 0.00 |

Sheet no. 3341 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

901.48

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5103838 | | | | Warranty | | | | |
| Michelle L Bear 3029 Coplay Lane Whitehall, PA 18052 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108592 | | | | Warranty | | | | |
| Michelle L Dalton 5470 Waynesburg SE Waynesburg, OH 44688 | - | | | | | | | |
| | | | | | | | | 260.80 |
| Account No. 5123019 | | | | Warranty | | | | |
| Michelle L Heckowski 1030 Handy Lane Dunbar, PA 15431 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5075886 | | | | Warranty | | | | |
| Michelle L Hughes 297 Narragansett Street Gorham, ME 04038 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103876 | | | | Warranty | | | | |
| Michelle L Keefe Box 120  1200 Spangler Street Hastings, PA 16646 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 3342  of 4906  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  260.80

In re  **Great Lakes Warranty Corporation**                                  ,  Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5084675** | | | Warranty | | | | |
| **Michelle L Lontoc 1018 John Glenn Dr Cleveland, OH 44131** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5120536 | | | Warranty | | | | |
| **Michelle L Mayhue 2064 Imler Valley Rd Imler, PA 16655** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5126007 | | | Warranty | | | | |
| **Michelle L Mohler 11335 Rosewood Lane Athens, OH 45701** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5123114 | | | Warranty | | | | |
| **Michelle L Ruffin Jackson 207 Pinewood Square Pittsburgh, PA 15235** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5108718 | | | Warranty | | | | |
| **Michelle Lazon Pelez 8077 Simon Las Vegas, NV 89147** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3343** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5104703 | | | | | Warranty | | | | |
| Michelle Lynn Morales 232 Philip Lane Ephrata, PA 17522 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5113404 | | | | | Warranty | | | | |
| Michelle M Cohen 485 Ewing Street Washington, PA 15301 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5113934 | | | | | Warranty | | | | |
| Michelle M Maticic 5410 Library Road Bethel Park, PA 15102 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5106711 | | | | | Warranty | | | | |
| Michelle M Salopek 4845 Transit Road  A10 Depew, NY 14043 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5091887 | | | | | Warranty | | | | |
| Michelle Marrs 7 Chestnut Street Lexington, NC 27292 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3344** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108555** | | | Warranty | | | | |
| **Michelle Marsh** **1300 Kenilworth Avenue** **Coshocton, OH 43812** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5092658** | | | Warranty | | | | |
| **Michelle Martinez** **10721 E Enid Avenue** **Mesa, AZ 85208** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5068121** | | | Warranty | | | | |
| **Michelle McCarty** **4944 Delor** **Saint Louis, MO 63109** | - | | | | | | |
| | | | | | | | 180.07 |
| Account No. **5131813** | | | Warranty | | | | |
| **Michelle McGuigan** **5 Heron Way** **Cape MAy, NJ 08204** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5112572** | | | Warranty | | | | |
| **Michelle McLaurin** **240 Jamil Rd  Apt 19** **Columbvia, SC 29210** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. __3345__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

180.07

In re **Great Lakes Warranty Corporation** , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5106930 | | | | Warranty | | | | |
| Michelle Miller 90 Marysville Lane  Apt 363 Piqua, OH 45356 | - | | | | X | X | | 0.00 |
| Account No. 5069127 | | | | Warranty | | | | |
| Michelle Monteleone 6551 N Mesa View Dr Tuscon, AZ 85718 | - | | | | | | | 341.47 |
| Account No. 5131455 | | | | Warranty | | | | |
| Michelle Mulcahy 380 Lansing Drive Mantua, NJ 08051 | - | | | | X | X | | 0.00 |
| Account No. 5131328 | | | | Warranty | | | | |
| Michelle Mulvin 262 Franklin Street Corry, PA 16407 | - | | | | X | X | | 0.00 |
| Account No. 5132205 | | | | Warranty | | | | |
| Michelle Nauarro 1725 Shime Avenue Bethlehem, PA 18018 | - | | | | X | X | | 0.00 |

Sheet no. **3346** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

341.47

In re **Great Lakes Warranty Corporation**                                          Case No. _____

_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5075551** | | | | | **Warranty** | | | | |
| **Michelle Nelms**<br>**756 Walden Boulevard**<br>**Atlanta, GA 30349** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5114397** | | | | | **Warranty** | | | | |
| **Michelle Norwood**<br>**129 Factory St**<br>**Coward, SC 29530** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5110456** | | | | | **Warranty** | | | | |
| **Michelle Peralta**<br>**5506 Decanso Circle East**<br>**Colorado Springs, CO 80918** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5121115** | | | | | **Warranty** | | | | |
| **Michelle Petchel Petrillo**<br>**23 Hashagen D**<br>**Drums, PA 18222** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5105371** | | | | | **Warranty** | | | | |
| **Michelle Planert**<br>**4203 Morosini Farm Court**<br>**Export, PA 15632** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **3347** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5127382 | | | Warranty | | | | |
| Michelle Postiy Jones 316 Willard Avenue SE Warren, OH 44483 | - | | | | | | 174.51 |
| Account No. 5101010 | | | Warranty | | | | |
| Michelle R Barnhart 515 N Main Street Columbiana, OH 44408 | - | | | X | X | | 0.00 |
| Account No. 5120381 | | | Warranty | | | | |
| Michelle R Bianco 1023 Orchard Ave Greensburg, PA 15601 | - | | | X | X | | 0.00 |
| Account No. 5130935 | | | Warranty | | | | |
| Michelle R Carr 400 A East 22nd Ave Wildwood, NJ 08260 | - | | | X | X | | 0.00 |
| Account No. 5112741 | | | Warranty | | | | |
| Michelle R Morris 1700 Patrick Place South Park, PA 15129 | - | | | X | X | | 0.00 |

Sheet no.__3348__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

174.51

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114107 | | | | Warranty | | | | |
| Michelle Rayford 5047 Jacarilla Lane N Las Vegas, NV 89031 | | - | | | | | | 108.99 |
| Account No. 5128287 | | | | Warranty | | | | |
| Michelle Reece 1435 Hide A Way Woods Westerville, OH 43081 | | - | | | X | X | | 0.00 |
| Account No. 5131729 | | | | Warranty | | | | |
| Michelle Reif 3972 Claridge Drive Yo, OH 44511 | | - | | | X | X | | 0.00 |
| Account No. 5131126 | | | | Warranty | | | | |
| Michelle Riggins 1929 Hammond Ave SW Canton, OH 44706 | | - | | | | | | 19.16 |
| Account No. 5083758 | | | | Warranty | | | | |
| Michelle Slingerland 1121 Tyne Blvd Nashville, TN 37220 | | - | | | X | X | | 0.00 |

Sheet no. **3349** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  128.15

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5118686** | | - | | **Warranty** | | | | |
| **Michelle Syfert** **6765 Pleasantview Rd** **Lancaster, OH 43130** | | | | | | | | **950.22** |
| Account No. **5084687** | | - | | **Warranty** | X | X | | |
| **Michelle T Roessner** **9748 Olde Park Drive** **Tipp City, OH 45371** | | | | | | | | **0.00** |
| Account No. **5108447** | | - | | **Warranty** | X | X | | |
| **Michelle Terry** **445 State Route 356** **Apollo, PA 15613** | | | | | | | | **0.00** |
| Account No. **5126846** | | - | | **Warranty** | X | X | | |
| **Michl Ray Curtis** **105 Oak CV** **Florence, AL 35634** | | | | | | | | **0.00** |
| Account No. **5113619** | | - | | **Warranty** | X | X | | |
| **Mick Rodriguez** **736 Lincoln** **Emporia, KS 66801** | | | | | | | | **0.00** |

Sheet no. **3350** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**950.22**

In re **Great Lakes Warranty Corporation**                          Case No. _____

_____,
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119064 | | | | Warranty | | | | |
| Mickey A West 4651 Rhoric Rd Athens, OH 00045-7014 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125972 | | | | Warranty | | | | |
| Mickey J Wasniewski 2307 Big Rock Rd Allison Park, PA 15101 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112801 | | | | Warranty | | | | |
| Mickey Taylor 4581 Tulane Road Memphis, TN 38109 | - | | | | | | | |
| | | | | | | | | 2,076.00 |
| Account No. 5116980 | | | | Warranty | | | | |
| Micki Slingerland 1121 Tyne Boulevard Nashville, TN 37220 | - | | | | | | | |
| | | | | | | | | 783.00 |
| Account No. 5108224 | | | | Warranty | | | | |
| Micky W Schneider 861 Vankirk Street Clairton, PA 15025 | - | | | | | | | |
| | | | | | | | | 623.56 |

Sheet no. **3351** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **3,482.56**

In re   **Great Lakes Warranty Corporation**                                              Case No. _____
_____,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Trade | | | | | | |
| Midwest Direct 2222 West 110th Street Cleveland, OH 44102 | - | | | | | | | 1,339.40 |
| Account No. 5127137 | | Warranty | | | | | | |
| Mignon Rooney 4125 Glenfied Circle Las Vegas, NV 89129 | - | | | | X | X | | 0.00 |
| Account No. 5086973 | | Warranty | | | | | | |
| Miguel A Colon 1504 E Seventh Street Bethlehem, PA 18015 | - | | | | X | X | | 0.00 |
| Account No. 5123958 | | Warranty | | | | | | |
| Miguel A Torres 304 Parkville Station Mantua, NJ 08051 | - | | | | X | X | | 0.00 |
| Account No. 5099596 | | Warranty | | | | | | |
| Miguel Becerra 3118 N 21st Place Phoenix, AZ 85016 | - | | | | X | X | | 0.00 |

Sheet no. **3352** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,339.40

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5130848 | | | | Warranty | | | | |
| Miguel Bonilla 46 North Jefferson Street Allentown, PA 18102 | - | | | | X | X | | 0.00 |
| Account No. 5112135 | | | | Warranty | | | | |
| Miguel Dominguez 655 Vancouver Drive Westerville, OH 43081 | - | | | | X | X | | 0.00 |
| Account No. 5110656 | | | | Warranty | | | | |
| Miguel E Turovsky 1016 N Patterson Street McKeesport, PA 15132 | - | | | | X | X | | 0.00 |
| Account No. 5132279 | | | | Warranty | | | | |
| Miguel Garcia Fonsecu 1701 Rock Spring #1027 Las Vegas, NV 89128 | - | | | | X | X | | 0.00 |
| Account No. 5093481 | | | | Warranty | | | | |
| Miguel Gomez PO Box 24803 Tempe, AZ 85285 | - | | | | X | X | | 0.00 |

Sheet no. **3353** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __Great Lakes Warranty Corporation__ , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5108897 | | | | Warranty | | | | |
| Miguel Guerra Mondras 18891 North Shelby Drive Maricopa, AZ 85238 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130401 | | | | Warranty | | | | |
| Miguel I Barra 3750 E Bonanza Unit 15 #63 Las Vegas, NV 89110 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118085 | | | | Warranty | | | | |
| Miguel J Nunez PO Box 574 Wellton, AZ 85356 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112083 | | | | Warranty | | | | |
| Miguel Martinez 2431 Calico Court Clarksville, TN 37042 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128301 | | | | Warranty | | | | |
| Miguel Mejia-Fonseca 911 Moss St Reading, PA 19604 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__3354__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129860** | | | Warranty | | | | |
| **Miguel Ortega** **5937 Autumn Harvest Ave** **Las Vegas, NV 89142** | - | | | X | X | | 0.00 |
| Account No. **5127005** | | | Warranty | | | | |
| **Miguel Pinales** **5800 W. Lakemead # 1099** **Las Vegas, NV 89108** | - | | | X | X | | 0.00 |
| Account No. **5107810** | | | Warranty | | | | |
| **Miguel Y Verduzco** **10548 E Marble Drive** **Yuma, AZ 85365** | - | | | X | X | | 0.00 |
| Account No. **5082561** | | | Warranty | | | | |
| **Mihai Bonciu** **39 Forest Drive** **Lewisburg, PA 17837** | - | | | | | | 193.64 |
| Account No. **5077952** | | | Warranty | | | | |
| **Mihai Cojocaru** **5005 Summit Circle** **Brecksville, OH 44141** | - | | | | | | 2,199.02 |

Sheet no. **3355** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **2,392.66**

In re  **Great Lakes Warranty Corporation**                                    ,                Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132177** | | | Warranty | | | | |
| **Miike Burkholder** **1785 Kleinfeltersville Road** **Stevens, PA 17578** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111499** | | | Warranty | | | | |
| **Mike Barry** **7453 Painted Shadow** **Las Vegas, NV 89149** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101269** | | | Warranty | | | | |
| **Mike Feehery** **11403 autumn Chase Dr** **Houston, TX 77065** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122219** | | | Warranty | | | | |
| **Mike Huber** **2690 Lower Way** **Easton, PA 18040** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108421** | | | Warranty | | | | |
| **Mike Hurkes** **25 Wild Rose Avenue** **South Portland, ME 04106** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. __3356__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**                     ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5119908** | | | | **Warranty** | | | | |
| **Mike Kalder**<br>**907 Clement Rd**<br>**West Memphis, TN 72301** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099573** | | | | **Warranty** | | | | |
| **Mike Miller**<br>**107 Camperdown Court**<br>**Easley, SC 29642** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118185** | | | | **Warranty** | | | | |
| **Mike Nighswander**<br>**Box 188**<br>**Mendon, OH 45862** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118339** | | | | **Warranty** | | | | |
| **Mike Ruddy**<br>**406 Shortbow Ct**<br>**Columbia, SC 29212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129586** | | | | **Warranty** | | | | |
| **Mike Schmotzer**<br>**35994 Bentley Dr**<br>**Avon, OH 44011** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3357** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                          0.00
(Total of this page)

In re **Great Lakes Warranty Corporation**                                    , Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5116142<br><br>Mike Bonney<br>21502 E Nightingale Court<br>Queen Creek, AZ 85142 | | - | | Warranty | | | | 497.57 |
| Account No. 5071498<br><br>Mike C Rogers<br>1659 W 7th Pl<br>Mesa, AZ 85201 | | - | | Warranty | X | X | | 0.00 |
| Account No. 5107028<br><br>Mike Cardarelli<br>4792 Willow Drive<br>Pittsburgh, PA 15236 | | - | | Warranty | X | X | | 0.00 |
| Account No. 5107725<br><br>Mike Carlsen<br>813 Tone Street<br>Las Vegas, NV 89123 | | - | | Warranty | X | X | | 0.00 |
| Account No. 5076404<br><br>Mike Dean<br>283 Fording Road<br>New Castle, PA 16101 | | - | | Warranty | | | | 52.15 |

Sheet no. __3358__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    549.72

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5100461 | | | | | Warranty | | | | |
| Mike Delgiudice 3495 Summit Ridge Drive Rochester Hills, MI 48306 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5079535 | | | | | Warranty | | | | |
| Mike Dey P.O. Box 386 Windham, OH 44288 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5090655 | | | | | Warranty | | | | |
| Mike Donnelly 28229 N 54th Street Cave Creek, AZ 85331 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5053136 | | | | | Warranty | | | | |
| Mike Dowling 800 Castleview Dr East N Huntingdon, PA 15642 | - | | | | | | | | |
| | | | | | | | | | 666.17 |
| Account No. 5119190 | | | | | Warranty | | | | |
| Mike E Fouse PO Box 316  5894 Heckert Rd Bakerstown, PA 15007 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3359** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **666.17**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5112482 | | | | Warranty | | | | |
| Mike Estep 22 East Fieldstone Pataskala, OH 43062 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5066276 | | | | Warranty | | | | |
| Mike Foreman 1657 W. 3rd Avenue Columbus, OH 43212 | - | | | | | | | |
| | | | | | | | | 539.39 |
| Account No. 5090158 | | | | Warranty | | | | |
| Mike Garrett 7629 Stargazing Knoxville, TN 37938 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093399 | | | | Warranty | | | | |
| Mike Ghanooni 908 W Apollo Avenue Tempe, AZ 85283 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123950 | | | | Warranty | | | | |
| Mike Henderson 512 Michigan Ave Oak Ridge, TN 37840 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3360** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **539.39**

In re   **Great Lakes Warranty Corporation**          ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130693** | | | Warranty | | | | |
| **Mike J Cardillo** **218 Lincoln Ave** **Port Jefferson, NY 11777** | - | | | X | X | | 0.00 |
| Account No. **5093873** | | | Warranty | | | | |
| **Mike L Binkley** **8190 W State Road** **Elida, OH 45807** | - | | | X | X | | 0.00 |
| Account No. **5119161** | | | Warranty | | | | |
| **Mike Labrum** **2863 E Flower St** **Gilbert, Az 85258** | - | | | X | X | | 0.00 |
| Account No. **5103110** | | | Warranty | | | | |
| **Mike R Dascenzo** **225 Highland View Drive** **Lincoln University, PA 19352** | - | | | X | X | | 0.00 |
| Account No. **5102203** | | | Warranty | | | | |
| **Mike Staab** **60402 Highway O** **Ashgrove, MO 65604** | - | | | X | X | | 0.00 |

Sheet no. **3361** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
          (Total of this page)        **0.00**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5098567** | | | | Warranty | | | | |
| **Mike Stanley** **4620 Young Road** **Stow, OH 44224** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101263** | | | | Warranty | | | | |
| **Mike Van Horst** **10573 Inverary Lane** **Fresno, CA 93730** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5082381** | | | | Warranty | | | | |
| **Mike Wagner** **1215 Vincent Place** **Chaska, MN 55318** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126335** | | | | Warranty | | | | |
| **Mike White** **111 Old Hwy 68 West** **Grandview, TN 37337** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111556** | | | | Warranty | | | | |
| **Mike Whittington** **4176 N Scottsdale** **Centreville, AL 35042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3362** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085146** | | | | Warranty | | | | |
| **Mike Zeller** **PO Box 160705** **Nashville, TN 37216** | - | | | | X | X | | 0.00 |
| Account No. **5123657** | | | | Warranty | | | | |
| **Mikea West** **8621 Fayette St** **Philadelphia, PA 19150** | - | | | | X | X | | 0.00 |
| Account No. **5110895** | | | | Warranty | | | | |
| **Mikel Johnson** **113 Timber Chase Lane** **Lexington, SC 29073** | - | | | | X | X | | 0.00 |
| Account No. **5088230** | | | | Warranty | | | | |
| **Mikhail Plishtiyev** **6529 E Pershing Avenue** **Scottsdale, AZ 85254** | - | | | | X | X | | 0.00 |
| Account No. **5103989** | | | | Warranty | | | | |
| **Mikhail Polotovski** **116 Garfield Avenue** **West Orange, NJ 07052** | - | | | | | | | 357.00 |

Sheet no. **3363** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  357.00

In re **Great Lakes Warranty Corporation**,     Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5073223 | | | | Warranty | | | | |
| Mikhail Rivkin 99 Melanie Drive East Meadow, NY 11554 | | - | | | | | | 2,662.50 |
| Account No. 5115655 | | | | Warranty | | | | |
| Milagro J Diaz RR 2 Box 344 Meshoppen, PA 18630 | | - | | | X | X | | 0.00 |
| Account No. 5105036 | | | | Warranty | | | | |
| Milagros Miranda 1 Fairview Avenue #22 Danbury, CT 06810 | | - | | | X | X | | 0.00 |
| Account No. 5106812 | | | | Warranty | | | | |
| Milagros R Schmitt 713 Vista Farm Court Lexington, SC 29073 | | - | | | X | X | | 0.00 |
| Account No. 5075123 | | | | Warranty | | | | |
| Milan Sata 5084 Westchester Court Clarkston, MI 48348 | | - | | | X | X | | 0.00 |

Sheet no. <u>3364</u> of <u>4906</u> sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **2,662.50**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5089774** | | | | Warranty | | | | |
| **Milan Zivkovic**<br>**927 Rutledge Drive**<br>**Rockvale, TN 37153** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100569** | | | | Warranty | | | | |
| **Mildred  Butler**<br>**430 Whitesville Rd**<br>**Jackson, NJ 08527** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5054520** | | | | Warranty | | | | |
| **Mildred  Mitchell**<br>**574 old Jamestown Rd**<br>**Robbins, TN 37852** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094009** | | | | Warranty | | | | |
| **Mildred Bass**<br>**122 Barry Avenue**<br>**Gallatin, TN 37066** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121822** | | | | Warranty | | | | |
| **Mildred E  Nyama**<br>**1605 Skyline Dr**<br>**Pittsburgh, PA 15227** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3365** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                        Subtotal
                                                (Total of this page)                     0.00

In re  **Great Lakes Warranty Corporation**                                   ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5066863 | | | | Warranty | | | | |
| Mildred Elizabeth Currie 1554 Fiddlers Den Court Mt. Pleasant, SC 29464 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099404 | | | | Warranty | | | | |
| Mildred Harris 519 Finley Street Pittsburgh, PA 15206 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132701 | | | | Warranty | | | | |
| Mildred Jenkins 324 N. St. Clair Street Pittsburgh, PA 15206 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109781 | | | | Warranty | | | | |
| Mildred Kimberly 59 Willis Ave Youngstown, OH 44507 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5071731 | | | | Warranty | | | | |
| Miles Burdine 1937 Beechwood Rd Kingsport, TN 37660 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3366** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

In re   **Great Lakes Warranty Corporation**                                      ,        Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5079742** | | | Warranty | | | | |
| **Miles Burke**<br>**8475 Sleepy Hollow Drive**<br>**Cincinnati, OH 45243** | - | | | X | X | | 0.00 |
| Account No. **5116536** | | | Warranty | | | | |
| **Milford Harris**<br>**1395 Lands End**<br>**Orangeburg, SC 29118** | - | | | X | X | | 0.00 |
| Account No. **5118721** | | | Warranty | | | | |
| **Mili Patel**<br>**505 Rapids Rd**<br>**Columbia, SC 29212** | - | | | X | X | | 0.00 |
| Account No. **5108824** | | | Warranty | | | | |
| **Milinda K Robinson**<br>**6468 Moor Ridge Court**<br>**Canal Winchester, OH 43110** | - | | | X | X | | 0.00 |
| Account No. **5120175** | | | Warranty | | | | |
| **Millard Wyatt**<br>**338 W 3rd St**<br>**Erie, PA 16507** | - | | | X | X | | 0.00 |

Sheet no. **3367** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5073499 | | | Warranty | | | | |
| Miller Wass Laminating #4 669 John Blackwell Drive Russellville, AL 35653 | - | | | X | X | | 0.00 |
| Account No. 5112081 | | | Warranty | | | | |
| Millette R Smart 120 Barrington Drive Oak Ridge, TN 37830 | - | | | X | X | | 0.00 |
| Account No. 5128992 | | | Warranty | | | | |
| Millie Delgado 623 N Front Allentown, PA 18102 | - | | | X | X | | 0.00 |
| Account No. 5064378 | | | Warranty | | | | |
| Millie Howard 3122 Pershing Court Cincinnati, OH 41211 | - | | | X | X | | 0.00 |
| Account No. 5131056 | | | Warranty | | | | |
| Millie Miller 301 Leslie Avenue Altoona, PA 16602 | - | | | X | X | | 0.00 |

Sheet no. __3368__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130750** | | | | Warranty | | | | |
| **Millissa Yonash** **1115 Athala Avenue** **Monessen, PA 15062** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089594** | | | | Warranty | | | | |
| **MILSPRAY** **845 Towbin Avenue** **Lakewood, NJ 08701** | - | | | | | | | |
| | | | | | | | | 320.00 |
| Account No. **5079489** | | | | Warranty | | | | |
| **Miltiades Houpis** **1448 Grove Park Dr  # 1501** **Columbus, GA 31904** | - | | | | | | | |
| | | | | | | | | 1,630.22 |
| Account No. **5130975** | | | | Warranty | | | | |
| **Milton Butler** **1177 Aldrich Street NE** **Aiken, SC 29801** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091820** | | | | Warranty | | | | |
| **Milton Dasilva** **1650 W Charlemagne** **Hoffman Estate, IL 60192** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3369** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     1,950.22

In re   **Great Lakes Warranty Corporation**                                              ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5121929** | | | | | Warranty | | | | |
| **Milton Enlow** **899 Piester Rd** **Newberry, SC 29108** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131840** | | | | | Warranty | | | | |
| **Milton Ferrenberg** **158 Unity Cemetary Road** **Latrobe, PA 15650** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5104395** | | | | | Warranty | | | | |
| **Milton G Rivas** **4803 Cottonwood Road** **Memphis, TN 38118** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5115210** | | | | | Warranty | | | | |
| **Milton J Jimenez** **1011 George St  Apt A5** **Easton, PA 18040** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5111792** | | | | | Warranty | | | | |
| **Milton R Gallentine** **110  Zitney Road** **Vanderbilt, PA 15486** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3370** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                 0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5095731** | | | | Warranty | | | | |
| **Milton R Roush** **P.O. Box 45** **Pomeroy, OH 45769** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086484** | | | | Warranty | | | | |
| **Milton W Smith** **4215 Harding Pike  #203** **Nashville, TN 37205** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131587** | | | | Warranty | | | | |
| **Min Liu** **517 Old Central Road Apt B** **Clemson, SC 29631** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090859** | | | | Warranty | | | | |
| **Mina Bailey** **2830 Third Street** **Canton, OH 44708** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102266** | | | | Warranty | | | | |
| **Minale Abebe** **4600 W Sirius   H117** **Las Vegas, NV 89102** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3371** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                   Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5123449 | | | Warranty | | | | |
| Mindaugas Kliukevicius 14588 S Saint Andrews Ave Olathe, KS 66061 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5066166 | | | Warranty | | | | |
| Mindy Broadley 8317 N. 82nd Place Scottsdale, AZ 85258 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5056583 | | | Warranty | | | | |
| Mindy Dugan 607 16th St. New Brighton, PA 15066 | - | | | | | | |
| | | | | | | | 843.38 |
| Account No. 5114152 | | | Warranty | | | | |
| Mindy Good 40 Conrad Lane Lititz, PA 17543 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5093400 | | | Warranty | | | | |
| Mindy Taylor 572 N Vine Street Chandler, AZ 85225 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3372** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 843.38

In re  **Great Lakes Warranty Corporation**                              Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5084294** | | | | | Warranty | | | | |
| **Minhthu Nguyen** **2945 Dargan Hills Drive** **Wake Forest, NC 27587** | - | | | | | | | | **1,043.00** |
| Account No. **5102316** | | | | | Warranty | | | | |
| **Minkah Baraka** **439 Griscom Drive** **Woodbury, NJ 08096** | - | | | | | X | X | | **0.00** |
| Account No. **5107459** | | | | | Warranty | | | | |
| **Minnie Bluford** **6 Franklin Dr** **Laurens, SC 29360** | - | | | | | X | X | | **0.00** |
| Account No. **5103534** | | | | | Warranty | | | | |
| **Minnie D Goodman** **4443 Dennis Dairy Road** **Newberry, SC 29108** | - | | | | | X | X | | **0.00** |
| Account No. **5120685** | | | | | Warranty | | | | |
| **Minnie M Salmons** **1500 S Rhode Island Ave** **Wellston, OH 45692** | - | | | | | X | X | | **0.00** |

Sheet no. **3373** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **1,043.00**

In re **Great Lakes Warranty Corporation**                          , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127467** | | | **Warranty** | | | | |
| **Minseo Jang** **6300 W. Lake Mead #2008** **Las Vegas, NV 89108** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5128940** | | | **Warranty** | | | | |
| **Minyung Cheong** **284 Iven Ave** **St Davids, PA 19087** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5125589** | | | **Warranty** | | | | |
| **Miodrag Milinkovic** **60 Rosscommon Crescent** **Fairport, NY 14450** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5110636** | | | **Warranty** | | | | |
| **Mira Slash** **4339 Woodbridge Avenue** **Roanoke, VA 24017** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5098741** | | | **Warranty** | | | | |
| **Miranda  Gahn** **1505 W Third Avenue  Apt 12** **Columbus, OH 43012** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**3374** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **0.00**

In re  **Great Lakes Warranty Corporation**                              ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5120427** | | | | **Warranty** | | | | |
| **Miranda Bunger** **509 Wayne Ave** **Greenville, OH 45331** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128570** | | | | **Warranty** | | | | |
| **Miranda Freerksen** **4813 Sevier Desert St** **Las Vegas, NV 89081** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126361** | | | | **Warranty** | | | | |
| **Miranda Pontes** **1211 Paris Avenue** **Nashville, TN 37212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131457** | | | | **Warranty** | | | | |
| **Miriam Boddy** **5324 Priscilla Street** **Philadelphia, PA 19124** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087621** | | | | **Warranty** | | | | |
| **Miriam E Zapata** **758 E Wolf Hollow Drive** **Casa Grande, AZ 85222** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3375** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129910** | | | | Warranty | | | | |
| **Miriam Formoso**<br>**3600 Swanson Apt 446**<br>**Las Vegas, NV 89169** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101800** | | | | Warranty | | | | |
| **Miriam Maldonado**<br>**334 Stuart Avenue**<br>**Toms River, NJ 08755** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087655** | | | | Warranty | | | | |
| **Miriam McFadden**<br>**5 Rose Crest Place**<br>**Hopkins, SC 29061** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123530** | | | | Warranty | | | | |
| **Miriam Merjivar Gamero**<br>**3060 Bristol Rd No 134**<br>**Bensalem, PA 19020** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102764** | | | | Warranty | | | | |
| **Mirko Masini**<br>**3950 East Laurel Lane**<br>**Phoenix, AZ 85028** | - | | | | | | | |
| | | | | | | | | **978.80** |

Sheet no. **3376** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**978.80**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5124347 | | | | Warranty | | | | |
| Miroslav Vujovic 11430 Clear Field Lane Chardon, OH 44024 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116802 | | | | Warranty | | | | |
| Mirza Baig 1955 Coldspring Road Shippensburg, PA 17257 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127375 | | | | Warranty | | | | |
| Misti Jones 2269 Sunnyland Blvd Springfield, OH 45506 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118173 | | | | Warranty | | | | |
| Misty Helblig 212 Coachman Dr Lexington, SC 29072 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5068571 | | | | Warranty | | | | |
| Misty Brill 316 West Walnut Coldwater, OH 45828 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3377** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5126108** | | | **Warranty** | | | | | |
| **Misty Bullock** **108 Orchard Street** **Shawnee, OH 43782** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5064822** | | | **Warranty** | | | | | |
| **Misty Cole** **3525 Byers Road** **Nelson, OH 45764** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127101** | | | **Warranty** | | | | | |
| **Misty Compton** **1034 Sapphire Flame Court** **Delaware, OH 43015** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128174** | | | **Warranty** | | | | | |
| **Misty Cooper** **23402 Sterling Road** **Cambridge Springs, PA 16403** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131712** | | | **Warranty** | | | | | |
| **Misty Corle** **211 7th Avenue** **Altoona, PA 16602** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3378** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096972** <br><br> **Misty D Fulk** <br> **129 W Walnut Street  Apt C** <br> **Lancaster, OH 43130** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5123537** <br><br> **Misty Jo Shardo** <br> **1403 Jasmine Dr** <br> **Greenfield, IN 46140** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5107406** <br><br> **Misty Kemmerer** <br> **212 North Main** <br> **Neosha Rapids, KS 66864** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5062229** <br><br> **Mitch Ewart** <br> **8616 Spring Brook Lane NW** <br> **Gig Harbor, WA 98329** | - | | **Warranty** | | | | 574.80 |
| Account No. **5096732** <br><br> **Mitch Kafferlin** <br> **RR1 Box 9A** <br> **Springcreek, PA 16436** | - | | **Warranty** | | | | 247.50 |

Sheet no. __3379__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 822.30

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5126985** | | | | **Warranty** | | | | |
| **Mitchell Caffyn** **6619 Memorial Road** **New Tripoli, PA 18066** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5065298** | | | | **Warranty** | | | | |
| **Mitchell Desmond Richardson** **13102 Ridgemoor Drive** **Prospect, KY 40059** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087511** | | | | **Warranty** | | | | |
| **Mitchell Douglas** **1927 N Illinois Street** **Chandler, AZ 85225** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107063** | | | | **Warranty** | | | | |
| **Mitchell E Mancuso** **2255 Golden Yoke Road** **Luthersburg, PA 15848** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101264** | | | | **Warranty** | | | | |
| **Mitchell Fox** **829 Mountain Valley Drive** **Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3380** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5125352** | | | | **Warranty** | | | | |
| **Mitchell Greenwalt** **810 Crown Avenue** **Scranton, PA 18505** | - | | | | X | X | | 0.00 |
| Account No. **5126386** | | | | **Warranty** | | | | |
| **Mitchell Hendricks** **19129 Watercrest** **Maple Heights, OH 44137** | - | | | | X | X | | 0.00 |
| Account No. **5089114** | | | | **Warranty** | | | | |
| **Mitchell Nichols** **24507 Penrose Dr** **Farmington, MI 48336** | - | | | | X | X | | 0.00 |
| Account No. **5127455** | | | | **Warranty** | | | | |
| **Mitchell Oetter** **8536 Old Westbury Ct** **Las Vegas, NV 89149** | - | | | | X | X | | 0.00 |
| Account No. **5094235** | | | | **Warranty** | | | | |
| **Mitchell Paul** **22 W Casa Blanca** **Sacaton, AZ 85247** | - | | | | X | X | | 0.00 |

Sheet no. **3381** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5102234** | | | **Warranty** | | | | |
| **Mitchell T Wade** **159 Robbins Point Road** **Florence, AL 35634** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129618** | | | **Warranty** | | | | |
| **Mitchell William** **1350 E Flemingo Road #B3080** **Las Vegas, NV 89119** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119839** | | | **Warranty** | | | | |
| **Mitildria J Shaw** **226 Perry Street** **McKeesport, PA 15132** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120480** | | | **Warranty** | | | | |
| **Mitzi Jo Carter** **305 Market St NE** **Navarre, OH 44662** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5085062** | | | **Warranty** | | | | |
| **MKB Leasing Corp** **118 Second Street** **Marietta, OH 45750** | - | | | | | | |
| | | | | | | | 1,075.47 |

Sheet no. **3382** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,075.47

In re **Great Lakes Warranty Corporation**
_____,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089217** | | | Warranty | | | | |
| **Modesta Torres** **1316 E Airdrie** **Philadelphia, PA 19124** | - | | | X | X | | 0.00 |
| Account No. **5131500** | | | Warranty | | | | |
| **Modesto Bascos** **7509 Royal Crystal Street** **Las Vegas, NV 89129** | - | | | X | X | | 0.00 |
| Account No. **5110921** | | | Warranty | | | | |
| **Modesto Cortes** **365 East Street** **San Luis, AZ 85349** | - | | | X | X | | 0.00 |
| Account No. **5132663** | | | Warranty | | | | |
| **Modesto Megillano Bascos Jr** **7509 Royal Crystal Street** **Las Vegas, NV 89074** | - | | | X | X | | 0.00 |
| Account No. **5110491** | | | Warranty | | | | |
| **Moe Pagnis Outten Used Car Center** **1902 S Fourth Street** **Allentown, PA 18103** | - | | | X | X | | 0.00 |

Sheet no. **3383** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129664** | | | | **Warranty** | | | | |
| **Moetic Moore** **818 North Penn Street** **Allentown, PA 18102** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131635** | | | | **Warranty** | | | | |
| **Mohamad Msulwa** **226 11th Street** **Sharpsburg, PA 15212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129839** | | | | **Warranty** | | | | |
| **Mohamed  Abbas** **18 Berryhill Rd  Apt D10** **Columbia, SC 29210** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087728** | | | | **Warranty** | | | | |
| **Mohamed A Amer** **6521 Souder Street** **Philadelphia, PA 19149** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093788** | | | | **Warranty** | | | | |
| **Mohamed Amin** **PO Box 3012** **Arizona City, AZ 85223** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3384**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5130424** | | | | | Warranty | | | | |
| **Mohamed Barrie 2 Karen Drive Malvern, PA 19355** | - | | | | | X | X | | 0.00 |
| Account No. **5106381** | | | | | Warranty | | | | |
| **Mohamed Saba 7035 Stone Run Drive Brentwood, TN 37027** | - | | | | | X | X | | 0.00 |
| Account No. **5115175** | | | | | Warranty | | | | |
| **Mohammad Pervez 279 Cardigan Terrace West Chester, PA 19380** | - | | | | | | | | 287.89 |
| Account No. **5087962** | | | | | Warranty | | | | |
| **Mohammad Siddigui 19236 Snickersville Drive Gainesville, VA 20155** | - | | | | | X | X | | 0.00 |
| Account No. **5115475** | | | | | Warranty | | | | |
| **Mohammed A Siddiqui 6023 Palamino Drive Allentown, PA 18106** | - | | | | | X | X | | 0.00 |

Sheet no. **3385** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

287.89

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5130571 | | | | | Warranty | | | | |
| Mohammed Abdulaziz 211 Winsor Point Road Columbia, SC 29223 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5119202 | | | | | Warranty | | | | |
| Mohsen Fazlian 1793 West Mead Place Chandler, AZ 85248 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5118375 | | | | | Warranty | | | | |
| Moira I Marks 6006 Bridge Ave Cleveland, OH 44102 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5093452 | | | | | Warranty | | | | |
| Moira S Siger 3505 Woodhaven Road Philadelphia, PA 19154 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5097541 | | | | | Warranty | | | | |
| Moises Colmenales 5441 Indian Wells Road Las Vegas, NV 89110 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3386** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

In re  **Great Lakes Warranty Corporation**                                      ,     Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123303** | | | | **Warranty** | | | | |
| **Moises Rosa Perez 301 Delamar Street Ls Vegas, NV 89107** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5099580** | | | | **Warranty** | | | | |
| **Mojtaba Kasimian 322 Bradford Place Drive Hixson, TN 37343** | - | | | | | | | |
| | | | | | | | | **280.00** |
| Account No. **5106933** | | | | **Warranty** | | | | |
| **Mollie Whitman 332 Wren Street Bellefontaine, OH 44331** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127183** | | | | **Warranty** | | | | |
| **Molly  Vice 1211 15th Ave South Nashville, TN 37212** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116242** | | | | **Warranty** | | | | |
| **Molly A Enix 2416 Harding Avenue Dayton, OH 45414** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**3387**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **280.00**

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5113121** | | | | **Warranty** | | | | |
| **Molly A Rinn** **2731 E 36th Street** **Erie, PA 16510** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129820** | | | | **Warranty** | | | | |
| **Molly Brown** **672 Daniels Lane** **Mansfield, OH 44905** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109326** | | | | **Warranty** | | | | |
| **Molly Cate** **1013 Clayton Ave** **Nashville, TN 37204** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120183** | | | | **Warranty** | | | | |
| **Molly K Bowling** **314 Cayenne Dr** **Bell Buckle, TN 37020** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120477** | | | | **Warranty** | | | | |
| **Molly K Hamilton** **5788 Aristides Way** **New Albany, OH 43054** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3388** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **0.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5129469 | | | Warranty | | | | |
| Molly Kay McElhaney 17763 Rogers Ferry Road Meadville, PA 16335 | - | | | X | X | | 0.00 |
| Account No. 5131638 | | | Warranty | | | | |
| Molly Walker 1012 Farming Creek Road Irmo, SC 29063 | - | | | X | X | | 0.00 |
| Account No. 5107239 | | | Warranty | | | | |
| Mona Defibaugh 908 Humphrey Hollow Road Winnsboro, SC 29180 | - | | | X | X | | 0.00 |
| Account No. 5123821 | | | Warranty | | | | |
| Mona Jalali 13115 Broadmore Rd Silverspring, MD 20901 | - | | | X | X | | 0.00 |
| Account No. 5130203 | | | Warranty | | | | |
| Mona M McDonald 743 Laufer Street Bethlehem, PA 18015 | - | | | X | X | | 0.00 |

Sheet no. **3389** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122040** | | | Warranty | | | | |
| **Mona Wilson** **901 North Penn St  901P** **Philadelphia, PA 19123** | - | | | X | X | | 0.00 |
| Account No. **5127348** | | | Warranty | | | | |
| **Monae Kelsey** **2745 Whittleby Ct** **West Chester, PA 19382** | - | | | X | X | | 0.00 |
| Account No. **5100659** | | | Warranty | | | | |
| **Monalisa M Rideout** **1634 Bedford Avenue** **Pittsburgh, PA 15219** | - | | | X | X | | 0.00 |
| Account No. **5115784** | | | Warranty | | | | |
| **Monda H DeWeese** **13641 Kimberly Road** **Nelsonville, OH 45764** | - | | | | | | 11.73 |
| Account No. **5063116** | | | Warranty | | | | |
| **Monessen Ambulance Svs** **1001 Donner Ave** **Monessen, PA 15062** | - | | | X | X | | 0.00 |

Sheet no. **3390** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 11.73

In re **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105131** | | | Warranty | | | | |
| **Monet J Smith** **386 Eckstein Place** **Pittsburgh, PA 15213** | - | | | X | X | | 0.00 |
| Account No. **5108171** | | | Warranty | | | | |
| **Monet J Smith** **386 Eckstein Place** **Pittsburgh, PA 15213** | - | | | X | X | | 0.00 |
| Account No. **5097384** | | | Warranty | | | | |
| **Monica  Carvalho** **2800 Disston Street** **Philadelphia, PA 19149** | - | | | X | X | | 0.00 |
| Account No. **5120368** | | | Warranty | | | | |
| **Monica  Johnson** **3065 N Bonsall St** **Philadelphia, PA 19132** | - | | | X | X | | 0.00 |
| Account No. **5130025** | | | Warranty | | | | |
| **Monica  Santiago** **451 N Nellis Blvd  Apt 1086** **Las Vegas, NV 89110** | - | | | X | X | | 0.00 |

Sheet no.**3391** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125629** | | | Warranty | | | | |
| **MOnica Adams 1394 Whistle Top Road Gadsden, SC 29052** | - | | | X | X | | 0.00 |
| Account No. **5089922** | | | Warranty | | | | |
| **Monica Anne Zuniga 4240 E Ponca Street Phoenix, AZ 85044** | - | | | X | X | | 0.00 |
| Account No. **5132374** | | | Warranty | | | | |
| **Monica Barron 640 North New Street Allentown, PA 18102** | - | | | X | X | | 0.00 |
| Account No. **5116446** | | | Warranty | | | | |
| **Monica C Veal 226 Eureka Avenue Columbus, OH 43204** | - | | | X | X | | 0.00 |
| Account No. **5121876** | | | Warranty | | | | |
| **Monica L Hall 929 Garden City Dr Monroeville, PA 15146** | - | | | X | X | | 0.00 |

Sheet no. **3392** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120034** | | | Warranty | | | | |
| Monica L Ruane 1814 High St Camp Hill, PA 17011 | - | | | X | X | | 0.00 |
| Account No. **5083368** | | | Warranty | | | | |
| Monica M LaBriola 503 E Lake Avenue Barberton, OH 44203 | - | | | X | X | | 0.00 |
| Account No. **5113578** | | | Warranty | | | | |
| Monica M Wilson 912 Clarissa Street Pittsburgh, PA 15219 | - | | | X | X | | 0.00 |
| Account No. **5109729** | | | Warranty | | | | |
| Monica Mika 210 1 2 Orwigsburg Street Tamaqua, PA 18253 | - | | | X | X | | 0.00 |
| Account No. **5125821** | | | Warranty | | | | |
| Monica Scales 8140 Fire Opal Lane Reno, NV 89506 | - | | | | | | 1,815.00 |

Sheet no. **3393** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 1,815.00

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                                          ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5128943** | | | | **Warranty** | | | | |
| **Monica Townsend**<br>**948 Rt 109**<br>**Cape May, NJ 08204** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109523** | | | | **Warranty** | | | | |
| **Monica Valenzuela**<br>**2332 Shady Hill Avenue**<br>**Las Vegas, NV 89106** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5066493** | | | | **Warranty** | | | | |
| **Monica Wayland**<br>**285 Bell Street**<br>**Bellville, OH 44813** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5100159** | | | | **Warranty** | | | | |
| **Monika Malkoon**<br>**31 Tara Street**<br>**Johnston, RI 02919** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5081324** | | | | **Warranty** | | | | |
| **Monique Belmares**<br>**12781 Sagecrest Dr**<br>**Poway, CA 92064** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.__3394__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                 **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation** ,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5128783 | | | | Warranty | | | | |
| Monique Hollaman 16133 Friend Maple Heights, OH 44137 | - | | | | X | X | | 0.00 |
| Account No. 5107365 | | | | Warranty | | | | |
| Monique Dilorenzo 4359 Sammers View Colorado Springs, CO 80917 | - | | | | X | X | | 0.00 |
| Account No. 5114433 | | | | Warranty | | | | |
| Monique S Pack 2825 Bergman Street Pittsburgh, PA 15204 | - | | | | X | X | | 0.00 |
| Account No. 5105851 | | | | Warranty | | | | |
| Monroe Water Systems 73022 Six Points Road Box 15 Laings, OH 43752 | - | | | | X | X | | 0.00 |
| Account No. 5125107 | | | | Warranty | | | | |
| Monsarrath Simon 1001 Gibbons Street Scranton, PA 18505 | - | | | | X | X | | 0.00 |

Sheet no. **3395** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127012** | | | | Warranty | | | | |
| **Montara Tabb** **416 Rutherford Ave** **Trenton, NJ 08618** | - | | | | X | X | | 0.00 |
| Account No. **5116700** | | | | Warranty | | | | |
| **Monteen B Cobb** **114 Clarion Rd** **Irmo, SC 29063** | - | | | | X | X | | 0.00 |
| Account No. **5085726** | | | | Warranty | | | | |
| **Montford  Fox** **928 N Cherry** **Mesa, AZ 85201** | - | | | | X | X | | 0.00 |
| Account No. **5108071** | | | | Warranty | | | | |
| **Monti Lausten** **118 N Leann Lane** **New River, AZ 85087** | - | | | | X | X | | 0.00 |
| Account No. **5129291** | | | | Warranty | | | | |
| **Montie Lee Johnson** **1834 Wax Myrtle Drive** **Florence, SC 29501** | - | | | | X | X | | 0.00 |

Sheet no. **3396** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5103998** | | | Warranty | | | | |
| **Monty Herring**<br>**80 Brookwood Terrace**<br>**Nashville, TN 37205** | - | | | X | X | | 0.00 |
| Account No. **5102495** | | | Warranty | | | | |
| **Morgan Covorrubias**<br>**1202 West Bluebird Drive**<br>**Chandler, PA 85286** | - | | | X | X | | 0.00 |
| Account No. **5072911** | | | Warranty | | | | |
| **Morgan J Mantia**<br>**2566 E Aragon Avenue**<br>**Kettering, OH 45420** | - | | | X | X | | 0.00 |
| Account No. **5095961** | | | Warranty | | | | |
| **Morgan Kolibar**<br>**2011 Lakeland Avenue**<br>**Lakewood, OH 14107** | - | | | X | X | | 0.00 |
| Account No. **5120774** | | | Warranty | | | | |
| **Morgan R Willison**<br>**2306 Collier Crest**<br>**Grove City, OH 43123** | - | | | X | X | | 0.00 |

Sheet no. **3397** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re   **Great Lakes Warranty Corporation** _____ ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5100643** | | | Warranty | | | | | |
| **Morrice Santiago** **925 Neuhoff Lane** **Nashville, TN 37205** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121887** | | | Warranty | | | | | |
| **Morris Gardner** **3018 Hartwood Dr** **Allison Park, PA 15101** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5063142** | | | Warranty | | | | | |
| **Morris Lumpkin** **6544 East Shore Road** **Columbia, SC 29206** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107020** | | | Warranty | | | | | |
| **Moses B Wise** **PO Box 162   149 Henry Street** **Prosperity, SC 29127** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108887** | | | Warranty | | | | | |
| **Moses Jones** **104 Church St** **Wickhaven, PA 15492** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3398** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5118180** | | | | Warranty | | | | |
| **Moses L Lamb**<br>**3259 Kady Lane**<br>**Columbus, OH 43232** | - | | | | X | X | | 0.00 |
| Account No. **5040642** | | | | Warranty | | | | |
| **Moshe Barrocas**<br>**2231 Shady Ave**<br>**Pittsburgh, PA 15217** | - | | | | | | | 115.98 |
| Account No. **5109514** | | | | Warranty | | | | |
| **Moshe Sabag**<br>**8308 Dorcas Street**<br>**Philadelphia, PA 19152** | - | | | | X | X | | 0.00 |
| Account No. **5098630** | | | | Warranty | | | | |
| **Motola Dare**<br>**6476 Cheyenne Drive  Apt 103**<br>**Alexandria, VA 22312** | - | | | | X | X | | 0.00 |
| Account No. **5126821** | | | | Warranty | | | | |
| **Mouhammad Badawi**<br>**921 Lilac St  Apt 1**<br>**Indiana, PA 15701** | - | | | | X | X | | 0.00 |

Sheet no.**3399** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    115.98

In re  **Great Lakes Warranty Corporation**                              ,  Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5111683 | | | | | Warranty | | | | |
| Mourad M Hanna 681 Linda Dr Pitsburgh, PA 15226 | - | | | | | X | X | | 0.00 |
| Account No. 5109303 | | | | | Warranty | | | | |
| Mozell  Mooneyhan 1130 N St Pauls Church Road Sumter, SC 29154 | - | | | | | X | X | | 0.00 |
| Account No. 5109867 | | | | | Warranty | | | | |
| Mozelle Fluellen 1625 S 17th St Philadelphia, PA 19145 | - | | | | | X | X | | 0.00 |
| Account No. 5073589 | | | | | Warranty | | | | |
| Mufasta Ameen 2722 171st Avenue East Lake Tapps, WA 98391 | - | | | | | X | X | | 0.00 |
| Account No. 5110232 | | | | | Warranty | | | | |
| Mufid Awadallah 2269 Juniper Drive Coplay, PA 18037 | - | | | | | X | X | | 0.00 |

Sheet no. **3400** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           0.00

In re __Great Lakes Warranty Corporation__ _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5130498 | | | | Warranty | | | | |
| Muhammad A Saafir 2971 Deckebach Cincinnati, OH 45220 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121694 | | | | Warranty | | | | |
| Muhammad M Salim PO Box 6279 Chandler, AZ 85246 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124449 | | | | Warranty | | | | |
| Muhammad R Amin 2201 Bentley Dr Bloomsburg, PA 17815 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131715 | | | | Warranty | | | | |
| Muhammed Ulku 651 Sheridan Avenue Apt A Columbus, OH 43209 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5089904 | | | | Warranty | | | | |
| Munga Wechsler 3180 Kings Arms Ct. NE Atlanta, GA 30345 | - | | | | | | | |
| | | | | | | | | 519.53 |

Sheet no. __3401__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

519.53

In re  **Great Lakes Warranty Corporation**                                      ,        Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5111090 | | | Warranty | | | | | |
| Musa Kargbo 270 Bayard Road Upper Darby, PA 19082 | - | | | | X | X | | 0.00 |
| Account No. 5125798 | | | Warranty | | | | | |
| Mustafa Ahmadi 5353 W Desert Inn  No 1078 Las Vegas, NV 89146 | - | | | | X | X | | 0.00 |
| Account No. 5102762 | | | Warranty | | | | | |
| Mustafa Mawie 4424 East Baseline Road  Apt #1121 Phoenix, AZ 85042 | - | | | | X | X | | 0.00 |
| Account No. 5125176 | | | Warranty | | | | | |
| Mustafa Ozber Ekermen 1350 Woodbourne Rd  G124 Levittown, PA 19057 | - | | | | X | X | | 0.00 |
| Account No. 5111305 | | | Warranty | | | | | |
| Mustafa Razvi 1071 Coney Island Avenue Brooklyn, NY 11230 | - | | | | X | X | | 0.00 |

Sheet no. **3402**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **0.00**

In re **Great Lakes Warranty Corporation**                                Case No. _____
                                                                    ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5126265** | | | | Warranty | | | | |
| **Myasia Wilson 40 N. Johnston Ave Trenton, NJ 08609** | - | | | | X | X | | 0.00 |
| Account No. **5129936** | | | | Warranty | | | | |
| **Mylene Allado 3401 North 131st Lane Litchfield Park, AZ 85340** | - | | | | X | X | | 0.00 |
| Account No. **5108242** | | | | Warranty | | | | |
| **Mynecia James 8295 Holburn Avenue Obetz, OH 43207** | - | | | | X | X | | 0.00 |
| Account No. **5103261** | | | | Warranty | | | | |
| **Myra A Henry 2248 S Ellis Wichita, KS 67211** | - | | | | X | X | | 0.00 |
| Account No. **5128862** | | | | Warranty | | | | |
| **Myra Brown 2339 Lee Street Cayce, SC 29033** | - | | | | X | X | | 0.00 |

Sheet no. **3403** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                     0.00

In re  **Great Lakes Warranty Corporation**                              ,  Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5128434** | | | | | **Warranty** | | | | |
| **Myra D Mosteller** **1510 N Irby St** **Florence, SC 29501** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5088346** | | | | | **Warranty** | | | | |
| **Myra Frink** **4516 Bonnie Forest Boulevard** **Columbia, SC 29210** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5132293** | | | | | **Warranty** | | | | |
| **Myra Galdamez** **1717 McWilliams Avenue** **Las Vegas, NV 89101** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5126458** | | | | | **Warranty** | | | | |
| **Myra Salyers** **PO Box 5 20725 Fairfield Street** **Stewart, OH 45778** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5109969** | | | | | **Warranty** | | | | |
| **Myriam Rojas** **279 Meyer Ave** **Dayton, OH 45431** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **3404** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         **0.00**

In re   **Great Lakes Warranty Corporation**       ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5098273** | | | | Warranty | | | | |
| **Myrian Gavin** **PO Box 627** **Donora, PA 15033** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107876** | | | | Warranty | | | | |
| **Myrna I Diaz** **2661 Wisteria Drive** **Chandler, AZ 85286** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090874** | | | | Warranty | | | | |
| **Myron Dobriansky** **4406 Albertly Avenue** **Parma, OH 44134** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110446** | | | | Warranty | | | | |
| **Myron J Peaker** **6 Tenby Way  Apt A** **Lancaster, PA 17601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117093** | | | | Warranty | | | | |
| **Myrtle H Oxenreider** **296 Tulpehocken Forge Road** **Robesonia, PA 19551** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3405** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123504** | | | | **Warranty** | | | | |
| **Myrtle Myers** **235 Groveport Rd** **Canal Winchester, OH 00044-3110** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110716** | | | | **Warranty** | | | | |
| **Naaman G Amos Jr** **5331 Euclid Street** **Philadelphia, PA 19131** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088343** | | | | **Warranty** | | | | |
| **Nabeel Malik** **6811 Mayfield Road  Apt #1077** **Mayfield Heights, OH 44124** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099294** | | | | **Warranty** | | | | |
| **Nabeel Mian** **1234 Fairstead Lane** **Pittsburgh, PA 15217** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121550** | | | | **Warranty** | | | | |
| **Nabil Tariq** **2620 Charney** **University Heights, OH 44118** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3406** of **4906** sheets attached to Schedule of                    Subtotal                                0.00
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

In re   **Great Lakes Warranty Corporation**                                      ,        Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5075471** | | | | | Warranty | | | | |
| **Nabulungi Cochran** **57 Joan Street** **Wheeling, WV 26003** | - | | | | | X | X | | 0.00 |
| Account No. **5095830** | | | | | Warranty | | | | |
| **Nadia Montovani Esposel** **3203 Romilly Rd** **Wilmington, DE 19810** | - | | | | | X | X | | 0.00 |
| Account No. **5116361** | | | | | Warranty | | | | |
| **Nadine D Walker** **1805 Jackson Downs Boulevard** **Nashville, TN 37214** | - | | | | | X | X | | 0.00 |
| Account No. **5126283** | | | | | Warranty | | | | |
| **Nadine Hutcherson** **206 Southeast 3rd Street** **Walnut Ridge, AR 72476** | - | | | | | X | X | | 0.00 |
| Account No. **5131333** | | | | | Warranty | | | | |
| **Nadjahi R Givens** **1131 Brill St** **Philadelphia, PA 19124** | - | | | | | X | X | | 0.00 |

Sheet no. **3407** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5114936** | | | | Warranty | | | | |
| **Nadley Teems** **2200 N. Delaware Drive #67** **Apache Junction, AZ 85120** | - | | | | | | | **1,086.00** |
| Account No. **5098711** | | | | Warranty | | | | |
| **Nagesh Panduga** **3600 College Park Drive Apt #4307** **The Woodlands, TX 77384** | - | | | | X | X | | **0.00** |
| Account No. **5121221** | | | | Warranty | | | | |
| **Naila Muntasser** **24281 Levern Dr** **North Olmstead, OH 44070** | - | | | | X | X | | **0.00** |
| Account No. **5117088** | | | | Warranty | | | | |
| **Najada Pilgrim** **1431 Aralia Drive Apt 14** **Columbia, SC 29205** | - | | | | X | X | | **0.00** |
| Account No. **5117123** | | | | Warranty | | | | |
| **Najib Mouatassime** **2355 Pinecrest Drive** **Columbus, OH 43229** | - | | | | X | X | | **0.00** |

Sheet no. **3408** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,086.00**

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5085733** | | | Warranty | | | | |
| **Najja Manus Banks** **4858 W Rose Lane** **Glendale, AZ 85301** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131482** | | | Warranty | | | | |
| **Nakia Reed** **7560 Durham Hall Avenue #201** **Las Vegas, NV 89130** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5128540** | | | Warranty | | | | |
| **Nakia Smith** **54 Victoria Manor** **Sicklerville, NJ 08081** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122210** | | | Warranty | | | | |
| **Nana A Agyemang** **6115 Heritage Farms Dr** **Hilliard, OH 43026** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107568** | | | Warranty | | | | |
| **Nance L Ortega** **203 Rio Sonora** **San Luis, AZ 85349** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3409** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      0.00

In re **Great Lakes Warranty Corporation**                          , Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5087222** | | | | Warranty | | | | |
| **Nancie A Mathews 1094 W Main Street Wanaime, PA 18634** | | - | | | X | X | | 0.00 |
| Account No. **5122340** | | | | Warranty | | | | |
| **Nancy  Schroeder 513 Hampton St Scranton, PA 18504** | | - | | | X | X | | 0.00 |
| Account No. **5109542** | | | | Warranty | | | | |
| **Nancy A Barnes 43 Long Meadow Road Oxford, CT 06478** | | - | | | X | X | | 0.00 |
| Account No. **5111166** | | | | Warranty | | | | |
| **Nancy A Downey 12231 Lakeview Drive Edinboro, PA 16412** | | - | | | X | X | | 0.00 |
| Account No. **5110188** | | | | Warranty | | | | |
| **Nancy A Moonley 129 Giorietta Hill Road Apollo, PA 15613** | | - | | | X | X | | 0.00 |

Sheet no.**3410** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re   **Great Lakes Warranty Corporation**         Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5105693 | | | | Warranty | | | | |
| Nancy A Toland 76750 Valley Knoll Road Flushing, OH 43977 | - | | | | X | X | | 0.00 |
| Account No. 5093675 | | | | Warranty | | | | |
| Nancy A Warrick 14380 Liberty Church Road Minerva, OH 44657 | - | | | | X | X | | 0.00 |
| Account No. 5094164 | | | | Warranty | | | | |
| Nancy Alicea 1526 East 7th Street Bethlehem, PA 18015 | - | | | | X | X | | 0.00 |
| Account No. 5076372 | | | | Warranty | | | | |
| Nancy Bauer 4768 West Piute Ave Glendale, AZ 85308 | - | | | | | | | 1,935.17 |
| Account No. 5124745 | | | | Warranty | | | | |
| Nancy Beisel 3063 River Glenn Drive Austinburg, OH 44010 | - | | | | X | X | | 0.00 |

Sheet no. __3411__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,935.17

In re **Great Lakes Warranty Corporation** ,   Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5098069** | | | | **Warranty** | | | | |
| **Nancy C Brooks 809 N Beatty Street Pittsburgh, PA 15206** | - | | | | X | X | | 0.00 |
| Account No. **5049028** | | | | **Warranty** | | | | |
| **Nancy Decker 4927 Sardis Rd. New Kensington, PA 15060** | - | | | | X | X | | 0.00 |
| Account No. **5127497** | | | | **Warranty** | | | | |
| **Nancy Delp 13 Edgehill Road HC1 Box 484A Brodheadsville, PA 18322** | - | | | | X | X | | 0.00 |
| Account No. **5118030** | | | | **Warranty** | | | | |
| **Nancy Dotson Bulstrom 925 Lowery Rd Albany, OH 45710** | - | | | | X | X | | 0.00 |
| Account No. **5121077** | | | | **Warranty** | | | | |
| **Nancy Dowden 7562 Church St West Liberty, OH 43357** | - | | | | X | X | | 0.00 |

Sheet no. **3412** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5114331 | | | Warranty | | | | |
| Nancy E Allman 28215 Creola Cemetary Rd Creola, OH 45622 | - | | | X | X | | 0.00 |
| Account No. 5072992 | | | Warranty | | | | |
| Nancy E Freeman 808 N Dogwood Drive Coldwater, OH 45828 | - | | | X | X | | 0.00 |
| Account No. 5123182 | | | Warranty | | | | |
| Nancy E Grbinich 3924 Cascade Dr Youngstown, OH 44511 | - | | | X | X | | 0.00 |
| Account No. 5101611 | | | Warranty | | | | |
| Nancy E Pees 9 Springs Avenue  Box 84 Marianna, PA 15345 | - | | | X | X | | 0.00 |
| Account No. 5088102 | | | Warranty | | | | |
| Nancy E Plecenik 3935 Inland Avenue West Mifflin, PA 15122 | - | | | X | X | | 0.00 |

Sheet no. **3413** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re  **Great Lakes Warranty Corporation**                                    ,                  Case No. _____

_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5123706** | | | | | **Warranty** | | | | |
| **Nancy Franks** **19 Shady Lane Rd** **Clarksboro, NJ 08020** | | - | | | | | | | **192.50** |
| Account No. **5119651** | | | | | **Warranty** | | | | |
| **Nancy Gerhart** **232 Yankee Rd  Lot 8** **Quakertown, PA 18951** | | - | | | | X | X | | **0.00** |
| Account No. **5094925** | | | | | **Warranty** | | | | |
| **Nancy Gervais** **22702 SE 27th Street** **Sammamish, WA 98075** | | - | | | | X | X | | **0.00** |
| Account No. **5122589** | | | | | **Warranty** | | | | |
| **Nancy Givens** **8.20 Rose Quartz** **Las Vegas, NV 89139** | | - | | | | X | X | | **0.00** |
| Account No. **5075873** | | | | | **Warranty** | | | | |
| **Nancy Glasco** **1360 East Madison Avenue  #52** **El Cajon, CA 92021** | | - | | | | X | X | | **0.00** |

Sheet no. **3414** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**192.50**

In re **Great Lakes Warranty Corporation** ,    Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5112959 | | | | | Warranty | | | | |
| Nancy H Baker 308 Wordsworth Avenue Altoona, PA 16602 | - | | | | | | | | 103.50 |
| Account No. 5128966 | | | | | Warranty | | | | |
| Nancy Howell 427 Marion Street Creighton, PA 15030 | - | | | | | X | X | | 0.00 |
| Account No. 5130146 | | | | | Warranty | | | | |
| Nancy J Brecht 2340 Locust St Greensburg, PA 15601 | - | | | | | X | X | | 0.00 |
| Account No. 5090425 | | | | | Warranty | | | | |
| Nancy J Malacaria 1834 Manor Avenue  NW Canton, OH 44708 | - | | | | | X | X | | 0.00 |
| Account No. 5119686 | | | | | Warranty | | | | |
| Nancy J Schlossler 7578 Harmon Conneaut, OH 44030 | - | | | | | X | X | | 0.00 |

Sheet no. **3415** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    103.50

In re  **Great Lakes Warranty Corporation**                                        ,     Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095951** | | | | **Warranty** | | | | |
| **Nancy J Wolford** **5816 N 150 W** **Bryant, IN 47326** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5091014 | | | | **Warranty** | | | | |
| **Nancy K Mitchell** **1595 Cleveland Street** **Salem, OH 44460** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5126559 | | | | **Warranty** | | | | |
| **Nancy Kaminsky** **46 Northside Avenue** **South River, NJ 08882** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5109652 | | | | **Warranty** | | | | |
| **Nancy L Baldridge** **15 Lynn Road** **Shelby, OH 44875** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5094228 | | | | **Warranty** | | | | |
| **Nancy L Falls** **4510 N Arkansas** **Wichita, KS 67204** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3416** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re __Great Lakes Warranty Corporation__ ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5081867** | | | Warranty | | | | |
| **Nancy L Haines**<br>**5315 Washington Road**<br>**Albany, OH 45710** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5091018** | | | Warranty | | | | |
| **Nancy L Hammond**<br>**3161 Camberly Drive**<br>**Gibsonia, PA 15044** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100919** | | | Warranty | | | | |
| **Nancy L Klein**<br>**1177 E Gore Rd**<br>**Erie, PA 16504** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100942** | | | Warranty | | | | |
| **Nancy L Klein**<br>**1177 E Gore Road**<br>**Erie, PA 16504** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5116548** | | | Warranty | | | | |
| **Nancy L Koch**<br>**168 37th Street**<br>**Avalon, NJ 08202** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3417** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5086783** | | | | Warranty | | | | |
| **Nancy L Pier**<br>**15 Rena Dr**<br>**Erie, PA 16510** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089415** | | | | Warranty | | | | |
| **Nancy M Bennett**<br>**460 Asbury Road**<br>**Pigeon Forge, TN 37863** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5064539** | | | | Warranty | | | | |
| **Nancy M Goff**<br>**6940 Graham Road**<br>**Mt Vernon, OH 43050** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112436** | | | | Warranty | | | | |
| **Nancy M Koval**<br>**15801 State Route 691**<br>**Nelsonville, OH 45764** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094405** | | | | Warranty | | | | |
| **Nancy M Sluss**<br>**805 N Depot**<br>**Sundusky, OH 44870** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3418** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re    **Great Lakes Warranty Corporation**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5110271** | | | | | Warranty | | | | |
| **Nancy M Smallwood** **10635 Columbus Street** **Middleburg, OH 43336** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5118008** | | | | | Warranty | | | | |
| **Nancy Mattice** **4519 E 18th** **Tucson, AZ 85711** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5101581** | | | | | Warranty | | | | |
| **Nancy Mramor** **9802 Three Degree Road** **Allison Park, PA 15101** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5096861** | | | | | Warranty | | | | |
| **Nancy Murray** **3618 Chestnut Grove Highway** **Grampian, PA 16838** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5085094** | | | | | Warranty | | | | |
| **Nancy O Willms** **208 Ocean Boulevard** **Isle Of Palms, SC 29451** | - | | | | | | | | |
| | | | | | | | | | **717.70** |

Sheet no. **3419** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**717.70**

In re **Great Lakes Warranty Corporation** _____,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5120648** | | | | Warranty | | | | |
| **Nancy P Clemens** **922 11th St NE** **Massillon, OH 44646** | | - | | | | | | |
| | | | | | | | | **49.50** |
| Account No. **5131411** | | | | Warranty | | | | |
| **Nancy Pabon** **1218 Chestnut Street First Floor** **Reading, PA 19602** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5067771** | | | | Warranty | | | | |
| **Nancy Price** **209 Carolina Blvd** **Isle of Palms, SC 29451** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121875** | | | | Warranty | | | | |
| **Nancy R Tomazin** **14 Hickory Rd** **Daisytown, PA 15427** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125371** | | | | Warranty | | | | |
| **Nancy Rice** **29 S. Popular Street** **Jefferson, OH 44047** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. __3420__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**49.50**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5118594 | | | | Warranty | | | | |
| Nancy Robertson 730 Allen Rd No66 Manhattan, KS 66502 | | - | | | | | | 160.99 |
| Account No. 5075376 | | | | Warranty | | | | |
| Nancy Rosenberg 409 Carphilly Ct Brentwood, TN 37027 | | - | | | X | X | | 0.00 |
| Account No. 5067881 | | | | Warranty | | | | |
| Nancy Roth 5566 Pocusset Street Pittsburgh, PA 15217 | | - | | | | | | 314.50 |
| Account No. 5124639 | | | | Warranty | | | | |
| Nancy Schafer 375 Woodside Ct Batesville, IN 47006 | | - | | | X | X | | 0.00 |
| Account No. 5128364 | | | | Warranty | | | | |
| Nancy Shaffer 3253 Creek Rd Lot 184 N Waterford, OH 44445 | | - | | | X | X | | 0.00 |

Sheet no. <u>3421</u> of <u>4906</u> sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   475.49

In re   **Great Lakes Warranty Corporation**        ,      Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5131009 | | | | Warranty | | | | |
| Nancy Slemmer 108 Arrow Harleysville, PA 19438 | - | | | | X | X | | 0.00 |
| Account No. 5065137 | | | | Warranty | | | | |
| Nancy Spencer 4111 Kilbourne Road Columbia, SC 29206 | - | | | | X | X | | 0.00 |
| Account No. 5113373 | | | | Warranty | | | | |
| Nancy Spor 171 Oak Street Ext West Middlesex, PA 16159 | - | | | | X | X | | 0.00 |
| Account No. 5132327 | | | | Warranty | | | | |
| Nancy Springer 701 E Main Street Rio Grande, NJ 08242 | - | | | | X | X | | 0.00 |
| Account No. 5085193 | | | | Warranty | | | | |
| Nancy Swenson CMR 414 Box 727 APO, AE 09173 | - | | | | X | X | | 0.00 |

Sheet no. **3422** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
                        (Total of this page)      0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101161** | | | Warranty | | | | |
| **Nancy Timmons** **1313 Stephens Rd** **Sidney, OH 45365** | | - | | X | X | | 0.00 |
| Account No. **5116054** | | | Warranty | | | | |
| **Nancy Torres** **6642 Horrocks Street** **Philadelphia, PA 19149** | | - | | X | X | | 0.00 |
| Account No. **5106042** | | | Warranty | | | | |
| **Nancy Totten** **P.O. Box 2311** **Carefree, AZ 85377** | | - | | | | | 414.98 |
| Account No. **5095474** | | | Warranty | | | | |
| **Nancy Vigna** **1264 East County Line Road** **Lakewood, NJ 08701** | | - | | X | X | | 0.00 |
| Account No. **5088780** | | | Warranty | | | | |
| **Nancy Wicker** **404 St James Place** **Cola, SC 29205** | | - | | X | X | | 0.00 |

Sheet no. **3423** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                 414.98

In re   **Great Lakes Warranty Corporation**               ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123586** | | | Warranty | | | | |
| **Nancy Y Klemm**<br>**111 Liberty St**<br>**Oil City, PA 16301** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115983** | | | Warranty | | | | |
| **Nancy Yoran**<br>**146 Stadley Rough Road**<br>**Danbury, CT 06811** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132287** | | | Warranty | | | | |
| **Nanessa Wallace**<br>**73 Dunhill Drive**<br>**Voorhees, NJ 08043** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5097624** | | | Warranty | | | | |
| **Nannette S Ruane**<br>**2021 Cheshire Street**<br>**St Marys, OH 45885** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5104645** | | | Warranty | | | | |
| **Nannie McCoy**<br>**230 Black Oak Place**<br>**Windsor, SC 29856** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3424** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

         Subtotal
     (Total of this page)         **0.00**

In re   **Great Lakes Warranty Corporation**                                   ,   Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5063083** | | | | Warranty | | | | |
| **Naomi Caudill** **355 Long Drive** **Crossville, TN 38555** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105169** | | | | Warranty | | | | |
| **Naomi Cruz Posadas** **106 Club Parkway** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086014** | | | | Warranty | | | | |
| **Naomi D Garland Mason** **1134 Bridge Street** **Philadelphia, PA 19124** | - | | | | | | | |
| | | | | | | | | 519.05 |
| Account No. **5131690** | | | | Warranty | | | | |
| **Naomi Nobles** **17016 Libby Road** **Maple Heights, OH 44137** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102666** | | | | Warranty | | | | |
| **Napoleon Anderson** **1635 Collins Avenue** **Jefferson Hills, PA 15025** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3425** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

519.05

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122430** | | | Warranty | | | | |
| **Nara Keng** **2628 Millview Dr** **Columbus, OH 43207** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5061243** | | | Warranty | | | | |
| **Naran Patel** **5 Highcrest Pl** **Texarkana, TX 75503** | - | | | | | | |
| | | | | | | | 1,544.22 |
| Account No. **5120731** | | | Warranty | | | | |
| **Naree Hoye** **249 Suncrest Dt** **Verona, PA 15147** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131469** | | | Warranty | | | | |
| **Naren Balasubramaniam** **1591 Tradition Drive** **Canton, MI 48187** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124815** | | | Warranty | | | | |
| **Natalie Cindric** **614 Harrison Avenue** **Penn, PA 15675** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3426** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                         1,544.22

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5128020** | | | | | **Warranty** | | | | |
| **Natalie LeGree**<br>**2527 Scottwood**<br>**Toledo, OH 43610** | - | | | | | X | X | | 0.00 |
| Account No. **5077707** | | | | | **Warranty** | | | | |
| **Natalie M Feeley**<br>**4565 Penacook Avenue**<br>**Easton, PA 18045** | - | | | | | X | X | | 0.00 |
| Account No. **5114769** | | | | | **Warranty** | | | | |
| **Natalie M Kast**<br>**1319 Anita Court  Apt 102**<br>**Kent, OH 44240** | - | | | | | X | X | | 0.00 |
| Account No. **5107490** | | | | | **Warranty** | | | | |
| **Natalie Meeks**<br>**4376 Thelma Dr**<br>**Obetz, AZ 43207** | - | | | | | | | | 475.00 |
| Account No. **5114211** | | | | | **Warranty** | | | | |
| **Natalie N Tyler**<br>**721 Fisher Street**<br>**Pittsburgh, PA 15210** | - | | | | | X | X | | 0.00 |

Sheet no. **3427** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       475.00

In re   **Great Lakes Warranty Corporation**          ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129086** | | | | **Warranty** | | | | |
| **Natalie Ocasio 335 S West St Apt B Allentown, PA 18102** | - | | | | X | X | | 0.00 |
| Account No. **5090887** | | | | **Warranty** | | | | |
| **Natalie P Minninger 5550 Apple Ridge Trail West Bloomfield, MI 48322** | - | | | | | | | 1,001.00 |
| Account No. **5107217** | | | | **Warranty** | | | | |
| **Natalie Perry 733 Trenton Court Severna Park, MD 21146** | - | | | | X | X | | 0.00 |
| Account No. **5127787** | | | | **Warranty** | | | | |
| **Natalie Renee Grundy 5803 Fine Lace St Las Vegas, NV 89148** | - | | | | X | X | | 0.00 |
| Account No. **5105786** | | | | **Warranty** | | | | |
| **Natalie V Buchanan 1703 Brighton Place Pittsburgh, PA 15212** | - | | | | X | X | | 0.00 |

Sheet no. **3428** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                              Subtotal
(Total of this page)     **1,001.00**

In re **Great Lakes Warranty Corporation**                                 Case No. _____
_____,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5118377 | | | | Warranty | | | | |
| Natalie Webster 3203 Carson Dr Columbia, SC 29204 | - | | | | | | | 738.50 |
| Account No. 5130905 | | | | Warranty | | | | |
| Natasha Dill 2204 Wyoming St Dayton, OH 45410 | - | | | | X | X | | 0.00 |
| Account No. 5126301 | | | | Warranty | | | | |
| Natasha Ball 714 Rankin Road Hartzdale, PA 16651 | - | | | | X | X | | 0.00 |
| Account No. 5132025 | | | | Warranty | | | | |
| Natasha Howard 9317 Shady Lake Streetsboro, OH 44241 | - | | | | X | X | | 0.00 |
| Account No. 5121573 | | | | Warranty | | | | |
| Natasha M Wasson 300 S School St Pittsburgh, PA 15202 | - | | | | X | X | | 0.00 |

Sheet no. **3429** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                738.50

In re   **Great Lakes Warranty Corporation**                                   ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093819** | | | Warranty | | | | |
| **Natasha Malendo** **8802 South 9th Street** **Phoenix, AZ 85042** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122560** | | | Warranty | | | | |
| **Natasha N Porcher** **1125 Johnny Smith Rd** **McClellanville, SC 29458** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5128063** | | | Warranty | | | | |
| **Natasha Roberts** **1086 Trewell Avenue** **Penllyn, PA 19422** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124857** | | | Warranty | | | | |
| **Natasha Scheverman** **207 East Oak Hill** **Knoxville, TN 37917** | - | | | | | | |
| | | | | | | | 368.50 |
| Account No. **5090852** | | | Warranty | | | | |
| **Nate Owen** **2517 Shays Lane** **Brentwood, TN 37027** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**3430** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 368.50 |

In re   **Great Lakes Warranty Corporation**                  ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122725** | | | | Warranty | | | | |
| **Natelle Netinger** **123 Tony Circle** **Enola, PA 17025** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123822** | | | | Warranty | | | | |
| **Nathaly Rodino** **31 Gettysburg Dr** **Howell, NJ 07731** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5081832** | | | | Warranty | | | | |
| **Nathan  Clark** **805 W. Deser Seasons Drive** **San Tan Valley, AZ 85143** | - | | | | | | | |
| | | | | | | | | 1,138.42 |
| Account No. **5121516** | | | | Warranty | | | | |
| **Nathan  Thompson** **934 Benton Station Rd** **Benton, TN 37307** | - | | | | | | | |
| | | | | | | | | 258.00 |
| Account No. **5126595** | | | | Warranty | | | | |
| **Nathan A Henise** **182 Jonathan Way N** **Red Lion, PA 17356** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3431** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,396.42**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5121706 | | | | Warranty | | | | |
| Nathan A Hixson 107 Kathy Dr Hunker, PA 15639 | - | | | | X | X | | 0.00 |
| Account No. 5111269 | | | | Warranty | | | | |
| Nathan A Howard Jr 2948 Northern Woods Lane Columbus, OH 43231 | - | | | | X | X | | 0.00 |
| Account No. 5095283 | | | | Warranty | | | | |
| Nathan Berklite 6916 Walnut Street  Apt B Northampton, PA 18067 | - | | | | X | X | | 0.00 |
| Account No. 5079586 | | | | Warranty | | | | |
| Nathan Bowman 5151 E Guadalupe Road  #2031 Phoenix, AZ 85044 | - | | | | | | | 376.05 |
| Account No. 5117802 | | | | Warranty | | | | |
| Nathan Brandon 1137 Howell Drive Franklin, TN 37069 | - | | | | X | X | | 0.00 |

Sheet no. **3432** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

376.05

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5110313 | | Warranty | | | | | | |
| Nathan C Jolly PO Box 343 Tacna, AZ 85352 | - | | | | X | X | | 0.00 |
| Account No. 5105548 | | Warranty | | | | | | |
| Nathan C Parrish 6453 Edinburgh Drive Nashville, TN 37221 | - | | | | X | X | | 0.00 |
| Account No. 5119596 | | Warranty | | | | | | |
| Nathan Charles Martin 122 Aspen Dr Boalsburg, PA 16827 | - | | | | X | X | | 0.00 |
| Account No. 5128651 | | Warranty | | | | | | |
| Nathan Cook 1614 3rd Avenue SE Cedar Rapids, IA 52403 | - | | | | X | X | | 0.00 |
| Account No. 5107346 | | Warranty | | | | | | |
| Nathan Gates 530 Locust St St Marys, OH 45885 | - | | | | X | X | | 0.00 |

Sheet no. **3433** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                 0.00

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5096867** | | | | | Warranty | | | | |
| **Nathan Geary** **400 Rock Creek Road** **Clemson, SC 29631** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5099747** | | | | | Warranty | | | | |
| **Nathan H Frankel** **131 North Leighton Street** **Kenton, OH 43326** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5125850** | | | | | Warranty | | | | |
| **Nathan Heckrote** **453A Buttonwood Lane** **Hellam, PA 17406** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5098422** | | | | | Warranty | | | | |
| **Nathan Henry** **2313 Loris Drive** **West Carrollton, OH 45449** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5087901** | | | | | Warranty | | | | |
| **Nathan Hickman** **1443 Center St Apt 1** **Pittsburgh, PA 15221** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3434** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                   0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5062339** | | Warranty | | | | | | |
| **Nathan Howard** **1059 Sassafrass Lane** **Godletsville, TN 37072** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102864** | | Warranty | | | | | | |
| **Nathan J Putnam** **1413 Baer Ave** **Hanover, PA 17331** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104760** | | Warranty | | | | | | |
| **Nathan L Yoder** **1015 Penny Road** **Green Lane, PA 18054** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5071746** | | Warranty | | | | | | |
| **Nathan Loyer** **4720 Benton Smith Rd** **Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089411** | | Warranty | | | | | | |
| **Nathan M Smith** **1326 Sixth Avenue** **Ford City, PA 16226** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3435** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126515** | | | | **Warranty** | | | | |
| **Nathan Marks** **990 St Rt 78** **Malta, OH 43758** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131016** | | | | **Warranty** | | | | |
| **Nathan Mendicino** **919 Ross Street** **Springdale, PA 15144** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5067211** | | | | **Warranty** | | | | |
| **Nathan Michael Murray** **135 Cotillion Cres** **Summerville, SC 29483** | - | | | | | | | |
| | | | | | | | | **451.19** |
| Account No. **5114875** | | | | **Warranty** | | | | |
| **Nathan Miller** **111 N Baltimore Street  PO Box 96** **Franklintown, PA 17323** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103869** | | | | **Warranty** | | | | |
| **Nathan Moffitt** **1670 US 68 South** **Xenia, OH 45385** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**3436**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **451.19**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5116103 | | | | Warranty | | | | |
| Nathan Newkirk 1526 S Detroit Street Bellefontaine, OH 43311 | | - | | | X | X | | 0.00 |
| Account No. 5129290 | | | | Warranty | | | | |
| Nathan R Kurtz 358 Clinton Rd Normalville, PA 15469 | | - | | | X | X | | 0.00 |
| Account No. 5116346 | | | | Warranty | | | | |
| Nathan R Pierce 250 Pigeon Run Road New Freeport, PA 15352 | | - | | | X | X | | 0.00 |
| Account No. 5110888 | | | | Warranty | | | | |
| Nathan R Templeton 18603 A York Road Parkton, MD 21120 | | - | | | X | X | | 0.00 |
| Account No. 5119864 | | | | Warranty | | | | |
| Nathan Salyer 209 Deck Valley Lane Bristol, TN 37620 | | - | | | X | X | | 0.00 |

Sheet no. **3437** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120412** | | | Warranty | | | | |
| **Nathan Teeters** **4242 Germando Rd** **Carrollton, OH 44615** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5081654** | | | Warranty | | | | |
| **Nathanael Cox** **300 Harpeth Ridge Drive** **Nashville, Tn 37221** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111232** | | | Warranty | | | | |
| **Nathanial Coey** **6910 New Marshfield Road** **New Marshfield, OH 45766** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130382** | | | Warranty | | | | |
| **Nathaniel A Jumper** **75 E North St  No 1** **Carlisle, PA 17013** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114173** | | | Warranty | | | | |
| **Nathaniel B Brown** **2721 Fairway Drive** **Altoona, PA 16602** | - | | | | | | |
| | | | | | | | 215.53 |

Sheet no. **3438** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 215.53

In re  **Great Lakes Warranty Corporation**                                    ,       Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5123281** | | | | | Warranty | | | | |
| **Nathaniel Berry** **5172 Shillings Way** **Copley, OH 44321** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5118060** | | | | | Warranty | | | | |
| **Nathaniel Ford** **1657 E Middleton St** **Philadelphia, PA 19138** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5130737** | | | | | Warranty | | | | |
| **Nathaniel Iskhakov** **6547 North 13th** **Phoenix, AZ 85014** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5098195** | | | | | Warranty | | | | |
| **Nathaniel J Wheeler** **1224 E Evergreen State  Apt 237** **Mesa, AZ 85203** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5130178** | | | | | Warranty | | | | |
| **Nathaniel McCallum** **113 Sage Drive** **Nicholasville, KY 40356** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**3439** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**      Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5080396** | | | Warranty | | | | |
| **Nathaniel Streaks** **1 Edenwood Court** **Charleston, SC 29407** | | - | | | | | **2,616.50** |
| Account No. **5111096** | | | Warranty | | | | |
| **Nathaniel Sutton** **2444 Willow Avenue** **S Plain;field, NJ 07080** | | - | | X | X | | **0.00** |
| Account No. **5114510** | | | Warranty | | | | |
| **Nathaniel Tylor** **1051 Morton Mill Road** **Nashville, TN 37221** | | - | | X | X | | **0.00** |
| Account No. **5131245** | | | Warranty | | | | |
| **Natividad Fitzgerald** **2311 Freemont Place** **Beechview, PA 15216** | | - | | X | X | | **0.00** |
| Account No. **5090489** | | | Warranty | | | | |
| **Natosha S Aston** **11 Run Street** **Carnegie, PA 15106** | | - | | X | X | | **0.00** |

Sheet no. **3440** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal            **2,616.50**
(Total of this page)

In re **Great Lakes Warranty Corporation** ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097454** | | | | Warranty | | | | |
| **Natubhai Patel 2100 Meadow Lane Rock Hill, SC 29732** | - | | | | X | X | | 0.00 |
| Account No. **5094818** | | | | Warranty | | | | |
| **Navexperts Inc 329 Gardenville Longueil, AC J4H2H4 CANADA** | - | | | | X | X | | 0.00 |
| Account No. **5132576** | | | | Warranty | | | | |
| **Nawal Shamoun 5933 Horsehair Blanket Drive North Las Vegas, NV 89145** | - | | | | X | X | | 0.00 |
| Account No. **5112889** | | | | Warranty | | | | |
| **Nazareth Avedissan 536 E Wyoming Avenue Philadelphia, PA 19120** | - | | | | X | X | | 0.00 |
| Account No. **5100979** | | | | Warranty | | | | |
| **Neal Matchett 1105 Valley Street McDonald, PA 15057** | - | | | | X | X | | 0.00 |

Sheet no.**3441** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re   **Great Lakes Warranty Corporation**                                   ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5071803 | | Warranty | | | | | | |
| Neal Palmer 5441 E Drumer Ave Mesa, AZ 85206 | - | | | | X | X | | 0.00 |
| Account No. 5132380 | | Warranty | | | | | | |
| Neal Wallace 400 Catawba Lima, OH 45006 | - | | | | X | X | | 0.00 |
| Account No. 5131003 | | Warranty | | | | | | |
| Neatha Hilton 30 Brunhill Street Sumter, SC 29150 | - | | | | X | X | | 0.00 |
| Account No. 5073999 | | Warranty | | | | | | |
| Nebojsa Stanic 8110 W 26th Street N Riverside, IL 60546 | - | | | | | | | 1,683.96 |
| Account No. 5119117 | | Warranty | | | | | | |
| Ned Stanislaw West 4519 Middle Rd Allison Park, PA 15101 | - | | | | X | X | | 0.00 |

Sheet no. **3442** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,683.96

In re **Great Lakes Warranty Corporation**                                ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094775** | | | Warranty | | | | |
| **Neda Bedeau**<br>**3518 Glenwood Road**<br>**Brooklyn, NY 11210** | - | | | X | X | | 0.00 |
| Account No. **5125950** | | | Warranty | | | | |
| **Neda Saiva**<br>**29409 N. 46th Place**<br>**Cave Creek, AZ 85331** | - | | | X | X | | 0.00 |
| Account No. **5095160** | | | Warranty | | | | |
| **Nedra F Miller**<br>**3829 Sandell Avenue NE**<br>**Louisville, OH 44641** | - | | | | | | 652.50 |
| Account No. **5121443** | | | Warranty | | | | |
| **Nedra Stuckey**<br>**7301 E Highland Rd**<br>**Cave Creek, AZ 85331** | - | | | X | X | | 0.00 |
| Account No. **5119615** | | | Warranty | | | | |
| **Nee A Perez**<br>**516 Bath Rd**<br>**Bristol, PA 19007** | - | | | X | X | | 0.00 |

Sheet no. **3443** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

652.50

In re **Great Lakes Warranty Corporation**                          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5076027 | | | | Warranty | | | | |
| Neeley M Martin 19071 Richter Road Rogersville, AL 35652 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130059 | | | | Warranty | | | | |
| Neidra James 96 Colonial Court Absecon, NJ 08205 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5072342 | | | | Warranty | | | | |
| Neil  Lesitsky PO Box 214 Albrightsville, PA 18210 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127554 | | | | Warranty | | | | |
| Neil A Brown 115 Oak Hill Dr Harmony, PA 16037 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121100 | | | | Warranty | | | | |
| Neil A Sparber 2070 Mount Zion Rd York, PA 17406 | - | | | | | | | |
| | | | | | | | | 371.10 |

Sheet no. __3444__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                     371.10

In re   **Great Lakes Warranty Corporation**                                          ,          Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096514** | | | Warranty | | | | |
| Neil A Staley 18383 State Route 49 Willshire, OH 45898 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107345** | | | Warranty | | | | |
| Neil Albers 07740 State Route 66 New Bremen, OH 45869 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5109674** | | | Warranty | | | | |
| Neil D Marshall 401 Mt Pleasant Road West Newton, PA 15089 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5060320** | | | Warranty | | | | |
| Neil Fletcher 26 Orchard Pines Place The Woodlands, TX 77382 | - | | | | | | |
| | | | | | | | 658.63 |
| Account No. **5072930** | | | Warranty | | | | |
| Neil Glatzerman 2712 Bayview Avenue Wantagh, NY 11793 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3445** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

658.63

In re   **Great Lakes Warranty Corporation**         ,    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **5105844** | | | **Warranty** | | | | |
| **Neil K Riegel** **1446 Mountain Road** **Hamburg, PA 19526** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5091333** | | | **Warranty** | | | | |
| **Neil Kauffman** **540 Paddletown Road** **Etters, PA 17319** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5093060** | | | **Warranty** | | | | |
| **Neil L Maggi** **1235 Valleyview Drive** **Lawrence, PA 15055** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5117901** | | | **Warranty** | | | | |
| **Neil Magi** **7222 West Lasenda Dr** **Glendale, AZ 85310** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5104771** | | | **Warranty** | | | | |
| **Neil Patel** **8004 Streamside Drive** **Mount Juliet, TN 37122** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3446** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                    **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation**          Case No. _____
_____,
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5107140** | | | | | **Warranty** | | | | |
| **Neil Schober** **1126 N Scottsdale Road  #7** **Tempe, AZ 85281** | - | | | | | X | X | | 0.00 |
| Account No. **5130775** | | | | | **Warranty** | | | | |
| **Neil Soulsby** **1023 South Lewis Road** **Collegeville, PA 19426** | - | | | | | X | X | | 0.00 |
| Account No. **5110099** | | | | | **Warranty** | | | | |
| **Neil W May** **903 Church St** **Saxton, PA 16678** | - | | | | | X | X | | 0.00 |
| Account No. **5130776** | | | | | **Warranty** | | | | |
| **Neil Wells** **15 Abbey Drive** **Mount Wolf, PA 17347** | - | | | | | X | X | | 0.00 |
| Account No. **5091235** | | | | | **Warranty** | | | | |
| **Neil Wiedeman** **6754 New Bremen New Knoxville Road** **New Bremen, OH 45869** | - | | | | | X | X | | 0.00 |

Sheet no. **3447** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5132638** | | | | Warranty | | | | |
| **Neka Martin** **1536 Lime Hollow Road** **Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128990** | | | | Warranty | | | | |
| **Nekeya Andrea Roney** **5177 Shreve Ave** **Las Vegas, NV 89156** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099017** | | | | Warranty | | | | |
| **Nekissta N Williams** **4373 North Shore Lane** **Norcross, GA 30093** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132561** | | | | Warranty | | | | |
| **Nelia Sembrano Marlow** **7216 Grand Palace Avenue** **Las Vegas, NV 89130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111348** | | | | Warranty | | | | |
| **Nell M Koopman** **3632 Westbury Road** **Birmingham, AL 35223** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3448** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                          ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5119607** | | | Warranty | | | | |
| **Nellie Jackson** **3503 North Erie** **Toledo, OH 43611** | - | | | X | X | | 0.00 |
| Account No. **5131170** | | | Warranty | | | | |
| **Nelly Soberal** **46 Linden Avenue** **Lakewood, NJ 08901** | - | | | X | X | | 0.00 |
| Account No. **5066779** | | | Warranty | | | | |
| **Nelsido Hernandez** **14627 SW 112th Street** **Miami, FL 33186** | - | | | | | | 1,739.79 |
| Account No. **5087093** | | | Warranty | | | | |
| **Nelson Acompanado** **8333 W Stella Way** **Glendale, AZ 85305** | - | | | X | X | | 0.00 |
| Account No. **5122840** | | | Warranty | | | | |
| **Nelson Berrios** **4122 Danor Dr** **Reading, PA 19605** | - | | | X | X | | 0.00 |

Sheet no. **3449** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,739.79

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097960** | | | | Warranty | | | | |
| **Nelson Cantillo** **352 Berkshire Valley Road** **Wharton, NJ 07885** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120384** | | | | Warranty | | | | |
| **Nelson Carter** **27 Holiday Court** **Columbia, SC 29223** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104900** | | | | Warranty | | | | |
| **Nelson E Gilbert** **202 Saint John Street** **Schuylkill, PA 17972** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097056** | | | | Warranty | | | | |
| **Nelson Gonzalez** **232 Clifford Ave** **Trenton, NJ 08619** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5062810** | | | | Warranty | | | | |
| **Nelson Miller** **5231 TR 353** **<illersburg, OH 44654** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3450** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re  **Great Lakes Warranty Corporation**                                    Case No. _____
                                                            ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5128982 | | | | Warranty | | | | |
| Nelson Reyes 9419 Liquid Loco Las Vegas, NV 89178 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5080167 | | | | Warranty | | | | |
| Nelson Toro 536 Williams Street #1 Trenton, NJ 08610 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123831 | | | | Warranty | | | | |
| Nelson W Burkhart 507 Willow St Springdale, PA 15144 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112381 | | | | Warranty | | | | |
| Nena Peaker 6 Tenby Way Apt A Lancaster, PA 17601 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121268 | | | | Warranty | | | | |
| Nerissa D Emerson 272 Ballintoy Lane Apt 305 Rock Hill, SC 29730 | | - | | | | | | |
| | | | | | | | | 1,375.00 |

Sheet no. **3451** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    1,375.00

In re **Great Lakes Warranty Corporation**
                                                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128925** | | | | Warranty | | | | |
| **Nevonna Atkinson** **1753 Road E Lot #19** **Emporia, KS 66801** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132460** | | | | Warranty | | | | |
| **New York  Radiator** **146 Susquehanna Street** **Binghampton, NY 13901** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Trade | | | | |
| **New York Life Insurance** **P.O. Box 500** **Minneapolis, MN 55440-0500** | - | | | | | | | |
| | | | | | | | | 1,928.00 |
| Account No. **5116252** | | | | Warranty | | | | |
| **Niccole L Neff** **279 Bankway Street** **Lehighton, PA 18235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118953** | | | | Warranty | | | | |
| **Niccole Marie Gassert** **345 N 20th St** **Lebanon, PA 17046** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3452**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,928.00 |
|---|

In re   **Great Lakes Warranty Corporation**                              ,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5129877 | | | | Warranty | | | | |
| Nichelle Harrison 130 Brockman Road Greenville, SC 29615 | - | | | | X | X | | 0.00 |
| Account No. 5129637 | | | | Warranty | | | | |
| Nichelle Watson 7955 Badura Avenue #265 Las Vegas, NV 89113 | - | | | | X | X | | 0.00 |
| Account No. 5123151 | | | | Warranty | | | | |
| Nichol J Peltz 409 S Catalpa St Savannah, MO 64485 | - | | | | X | X | | 0.00 |
| Account No. 5123916 | | | | Warranty | | | | |
| Nichol Lynn Percy 18686 State Hwy 198 Saegertown, PA 16433 | - | | | | X | X | | 0.00 |
| Account No. 5103686 | | | | Warranty | | | | |
| Nicholas Bard 1562 Cedar Top Road Reading, PA 19607 | - | | | | X | X | | 0.00 |

Sheet no. **3453** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5089122** | | | | | Warranty | | | | |
| **Nicholas Catanzaro**<br>**4821 Longview Dr**<br>**Godfrey, IL 62035** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5127738** | | | | | Warranty | | | | |
| **Nicholas DeFelice**<br>**50008 and half Calcutta Smithferry Rd**<br>**Calcutta, OH 43920** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5085414** | | | | | Warranty | | | | |
| **Nicholas Micco**<br>**27 Bestview Avenue**<br>**Bessemer, PA 16112** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5121751** | | | | | Warranty | | | | |
| **Nicholas Rains**<br>**3630 Antioch Church Rd West**<br>**Lenoir City, TN 37772** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5088746** | | | | | Warranty | | | | |
| **Nicholas Smith**<br>**755 East 200 South No 1**<br>**Salt Lake City, UT 84102** | - | | | | | | | | |
| | | | | | | | | | 419.72 |

Sheet no. **3454** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

419.72

In re    **Great Lakes Warranty Corporation**                                    ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5080686** | | | **Warranty** | | | | |
| **Nicholas A Brinkley**<br>**2920 Barrymore Street  #110**<br>**Rolley, NC 27603** | - | | | X | X | | 0.00 |
| Account No. **5112234** | | | **Warranty** | | | | |
| **Nicholas A DiBattista**<br>**5253 Saltsburg Road**<br>**Murrysville, PA 15668** | - | | | X | X | | 0.00 |
| Account No. **5127333** | | | **Warranty** | | | | |
| **Nicholas A Miccarelli**<br>**206 West Ridley Ave**<br>**Ridley Park, PA 19076** | - | | | X | X | | 0.00 |
| Account No. **5073902** | | | **Warranty** | | | | |
| **Nicholas A Slowik**<br>**13059 Fletcher Terrace**<br>**Carmel, TN 46033** | - | | | | | | 849.75 |
| Account No. **5094787** | | | **Warranty** | | | | |
| **Nicholas Allen Durham**<br>**2815 Hillside Drive**<br>**Nashville, TN 37212** | - | | | | | | 884.71 |

Sheet no.__**3455**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,734.46

In re   **Great Lakes Warranty Corporation**           ,    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5099247** | | | Warranty | | | | |
| **Nicholas Armes** **1253 Straka Street** **Pittsburgh, PA 15204** | | - | | X | X | | 0.00 |
| Account No. **5096684** | | | Warranty | | | | |
| **Nicholas Baker** **7255 Hills & Dales Apt 10** **Massillon, OH 44646** | | - | | X | X | | 0.00 |
| Account No. **5105162** | | | Warranty | | | | |
| **Nicholas Battaglia** **5805 Vine Ridge Drive** **Nashville, TN 37205** | | - | | X | X | | 0.00 |
| Account No. **5088486** | | | Warranty | | | | |
| **Nicholas Boyce** **50 Norbert Dr** **Troy, OH 45373** | | - | | X | X | | 0.00 |
| Account No. **5095705** | | | Warranty | | | | |
| **Nicholas C Wolfe** **28 Valley High** **Ruffsdale, PA 15629** | | - | | X | X | | 0.00 |

Sheet no. **3456** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                         **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 5098586 | | | | Warranty | | | | |
| Nicholas Cerdiges 8719 Summit Circle Fugelsville, PA 18051 | | - | | | | | | 2,000.00 |
| Account No. 5111971 | | | | Warranty | | | | |
| Nicholas Daly 229 Fulton Street Philadelphia, PA 19142 | | - | | | | | | 390.30 |
| Account No. 5125981 | | | | Warranty | | | | |
| Nicholas Demko 120 Sheridan Street Pittsburgh, PA 15209 | | - | | | X | X | | 0.00 |
| Account No. 5112930 | | | | Warranty | | | | |
| Nicholas Dieringer 1710 Satinwood Drive Murfreesboro, TN 37129 | | - | | | X | X | | 0.00 |
| Account No. 5111410 | | | | Warranty | | | | |
| Nicholas Drakulic 26 S Second Street Youngwood, PA 15647 | | - | | | X | X | | 0.00 |

Sheet no. **3457** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,390.30

In re   **Great Lakes Warranty Corporation**              ,     Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094388** | | | Warranty | | | | |
| Nicholas E Orfanella 906 Dawn Avenue Ephrata, PA 17522 | - | | | X | X | | 0.00 |
| Account No. **5092630** | | | Warranty | | | | |
| Nicholas Edmunds 34 Strausstown Road Bethel, PA 19507 | - | | | | | | 1,463.36 |
| Account No. **5092085** | | | Warranty | | | | |
| Nicholas Failla 1242 E St John Phoenix, AZ 85022 | - | | | X | X | | 0.00 |
| Account No. **5126600** | | | Warranty | | | | |
| Nicholas Filia 824 Rice Avenue Girard, PA 16417 | - | | | X | X | | 0.00 |
| Account No. **5132719** | | | Warranty | | | | |
| Nicholas Finio 318 Beechtree Drive Broomall, PA 19008 | - | | | X | X | | 0.00 |

Sheet no. **3458** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal (Total of this page)     1,463.36

</div>

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5069531** | | | Warranty | | | | |
| Nicholas Fischer 2262 Freemansburg Ave Easton, PA 18042 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5131329 | | | Warranty | | | | |
| Nicholas Fisher 3323 South Street Erie, PA 16510 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5066378 | | | Warranty | | | | |
| Nicholas Fisher 19 Pine Ave Elysburg, PA 17824 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5125931 | | | Warranty | | | | |
| Nicholas Foster 5336 Ashby St SW Canton, OH 44708 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5107084 | | | Warranty | | | | |
| Nicholas Gold 617 Treeline Nashville, TN 37221 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3459** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**          Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5090435 | | | | Warranty | | | | |
| Nicholas J Brown 4831 Hills and Dales NW Rear Canton, OH 44708 | - | | | | X | X | | 0.00 |
| Account No. 5088291 | | | | Warranty | | | | |
| Nicholas J Cherish PO Box 1110 Greenwood Dr South Park, PA 15129 | - | | | | X | X | | 0.00 |
| Account No. 5124354 | | | | Warranty | | | | |
| Nicholas J Clark 8504 US Hwy 23 Rising Sun, OH 43457 | - | | | | X | X | | 0.00 |
| Account No. 5111160 | | | | Warranty | | | | |
| Nicholas J Downey 15702 West Forrest Road Edinboro, PA 16412 | - | | | | X | X | | 0.00 |
| Account No. 5131478 | | | | Warranty | | | | |
| Nicholas J Einrem 1187 Garretts Bluff Way No 102 Henderson, NV 89002 | - | | | | X | X | | 0.00 |

Sheet no. **3460** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5087999** | | | | | Warranty | | | | |
| **Nicholas J Gulluppi 200 Jefferson Court Quakertown, PA 18951** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5086611** | | | | | Warranty | | | | |
| **Nicholas J Kalchuck 728 N New Street Bethlehem, PA 18018** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5123762** | | | | | Warranty | | | | |
| **Nicholas J Romano 87 Milburn Ct Souderton, PA 18964** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5127116** | | | | | Warranty | | | | |
| **Nicholas J Stan II 48850 Jug Run Rd St Clairsville, OH 43950** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5132223** | | | | | Warranty | | | | |
| **Nicholas Kcehowski 1728 Porter Street Conway, PA 15027** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3461** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102645** | | | | **Warranty** | | | | |
| **Nicholas Kirtland 1512 Lincoya Bay Drive Nashville, TN 37214** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103288** | | | | **Warranty** | | | | |
| **Nicholas L Molchan 207 Grant Street Ext  PO Box 402 Star Junction, PA 15482** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098640** | | | | **Warranty** | | | | |
| **Nicholas Laquinta 42 Rabbit Run Lane Glenmoore, PA 19343** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112903** | | | | **Warranty** | | | | |
| **Nicholas Matthews 3005 Shady Glen Circle Murfreesboro, TN 37128** | - | | | | | | | |
| | | | | | | | | 772.41 |
| Account No. **5122192** | | | | **Warranty** | | | | |
| **Nicholas Mendicino 919 Ross St Springdale, PA 15144** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3462** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

772.41

In re **Great Lakes Warranty Corporation** ,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124034** | | - | | Warranty | | | | |
| **Nicholas Myers** **49 Southmont Drive** **Enola, PA 17026** | | | | | | | | 309.00 |
| Account No. **5082093** | | - | | Warranty | X | X | | |
| **Nicholas O Martin** **532 Boulevard Pl NE** **Atlanta, GA 30308** | | | | | | | | 0.00 |
| Account No. **5063232** | | - | | Warranty | X | X | | |
| **Nicholas Obringer** **5174 Curry Road** **Pittsburgh, PA 15236** | | | | | | | | 0.00 |
| Account No. **5132784** | | - | | Warranty | X | X | | |
| **Nicholas Ohaviano** **103 Benny Lane** **Collegeville, PA 19426** | | | | | | | | 0.00 |
| Account No. **5126965** | | - | | Warranty | X | X | | |
| **Nicholas Ondeck** **201 Fox St** **Pottsville, PA 17901** | | | | | | | | 0.00 |

Sheet no. **3463** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                     Subtotal               | **309.00**
(Total of this page)

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5117707** | | | | Warranty | | | | |
| **Nicholas P Cove** **14 Scheller Road** **New Providence, PA 17560** | - | | | | X | X | | 0.00 |
| Account No. **5086378** | | | | Warranty | | | | |
| **Nicholas Phan** **662 Market Street** **Santa Cruz, CA 95060** | - | | | | X | X | | 0.00 |
| Account No. **5132228** | | | | Warranty | | | | |
| **Nicholas Pratt** **2830 West Page Street** **Springdale, MO 65802** | - | | | | X | X | | 0.00 |
| Account No. **5099272** | | | | Warranty | | | | |
| **Nicholas R Crawford** **121 Scotstown Lane** **West Columbia, SC 29170** | - | | | | X | X | | 0.00 |
| Account No. **5112869** | | | | Warranty | | | | |
| **Nicholas Rossini** **601 E Oak Road  Floor 1** **Norristown, PA 19401** | - | | | | X | X | | 0.00 |

Sheet no. **3464** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re   **Great Lakes Warranty Corporation**                                          ,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5105791** | | | | | **Warranty** | | | | |
| **Nicholas S C Musser 750 E Willow Street  Apt 14 Elizabethtown, PA 17022** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5115233** | | | | | **Warranty** | | | | |
| **Nicholas S Syput 1739 Kenneth Ave Arnold, PA 15068** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5107853** | | | | | **Warranty** | | | | |
| **Nicholas Senuta 503 Brighton Court Greensburg, PA 15061** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5123796** | | | | | **Warranty** | | | | |
| **Nicholas Sheha 417 Old Airport Road Douglasville, PA 19518** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5126105** | | | | | **Warranty** | | | | |
| **Nicholas Shumway 2216 Maryland Drive Xenia, OH 45385** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3465** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5110507 | | | Warranty | | | | |
| Nicholas Thompson<br>263 Sykes Avenue<br>Virginia Beach, VA 23454 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5130635 | | | Warranty | | | | |
| Nicholas Vieira<br>1832 Pine Street<br>Scranton, PA 18509 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5104231 | | | Warranty | | | | |
| Nicholas W Carvaines<br>7631 Ann Arbor<br>Parma, OH 44130 | - | | | | | | |
| | | | | | | | 534.30 |
| Account No. 5122559 | | | Warranty | | | | |
| Nicholas Zarnich<br>625 Whistler Dr<br>Rochester, PA 15074 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5119236 | | | Warranty | | | | |
| Nichole  Mills<br>2703 Jackson Avenue NW<br>Massilon, OH 44646 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3466** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

534.30

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129026** | | | | **Warranty** | | | | |
| **Nichole Bermea** **230 Fidler Road** **Woodbine, NJ 08270** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126841** | | | | **Warranty** | | | | |
| **Nichole D Quinn** **36 Vermont Ave** **Villas, NJ 08251** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132304** | | | | **Warranty** | | | | |
| **Nichole Dailey** **2115 Pilar Avenue** **N Las Vegas, NV 89032** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103303** | | | | **Warranty** | | | | |
| **Nichole Foley** **472 Hollow Road** **Darlington, PA 16115** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124794** | | | | **Warranty** | | | | |
| **Nichole Garcia** **575 West Cherry Road** **Quakertown, PA 18951** | - | | | | | | | |
| | | | | | | | | 1,575.65 |

Sheet no. **3467**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        1,575.65

In re  **Great Lakes Warranty Corporation**                    ,     Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5120583** | | | | **Warranty** | | | | |
| **Nichole L Miller** **208 S Main St** **Neveda, OH 44849** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123709** | | | | **Warranty** | | | | |
| **Nichole M Garcia** **575 West Cherry Rd** **Quakertown, PA 18951** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130445** | | | | **Warranty** | | | | |
| **Nichole M Roberson** **1500 Rt 9 South** **Cape May Court House, NJ 08210** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124363** | | | | **Warranty** | | | | |
| **Nichole Raza** **2 East Union St** **Canton, PA 17724** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5088590** | | | | **Warranty** | | | | |
| **Nichole Shingler** **2244 Perry Drive** **Canton, OH 44706** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3468** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127190** | | | | **Warranty** | | | | |
| **Nichole Shisler**<br>**230 E Carrollton St**<br>**Magnolia, OH 44643** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128504** | | | | **Warranty** | | | | |
| **Nichole Tucker**<br>**1097 Egar**<br>**Golden Valley, AZ 86413** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129631** | | | | **Warranty** | | | | |
| **Nicholes K Lewis**<br>**7558 Schuders Ave**<br>**Las Vegas, NV 89178** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093804** | | | | **Warranty** | | | | |
| **Nick Leiterman**<br>**2140 W Thunderbird # 417**<br>**Phoenix, AZ 85023** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108924** | | | | **Warranty** | | | | |
| **Nick Williams**<br>**513 S Tenth Street**<br>**Coshocton, OH 43812** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3469** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                          ,     Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5088576** | | | | Warranty | | | | |
| **Nick A Kotema** **510 Arlington NW** **Canton, OH 44708** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118411** | | | | Warranty | | | | |
| **Nick Honko** **436 Cranbourne Chase** **Fort Mill, SC 29708** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106514** | | | | Warranty | | | | |
| **Nick J Anania** **186 Elizabeth Avenue SW** **Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119856** | | | | Warranty | | | | |
| **Nick J Sinnott** **43 Freedom Dr** **Dayton, OH 45431** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5081293** | | | | Warranty | | | | |
| **Nick Lowery** **7181 E Bronco Drive** **Paradise Valley, AZ 85253** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3470** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5129899 | | | Warranty | | | | |
| Nick Wight 213 Midway Ave Clarks Summit, PA 18411 | - | | | X | X | | 0.00 |
| Account No. 5095489 | | | Warranty | | | | |
| Nick Wolkonsky 463 Sunnybrook Drive Brentwood, TN 37027 | - | | | | | | 525.99 |
| Account No. 5113861 | | | Warranty | | | | |
| Nickia L Hoy 183 Valley Park Dr Turtle Creek, PA 15145 | - | | | | | | 444.10 |
| Account No. 5087314 | | | Warranty | | | | |
| Nickless Northrup 6618 Cin-Zanes Road Lancaster, OH 43130 | - | | | X | X | | 0.00 |
| Account No. 5095788 | | | Warranty | | | | |
| Nickolas Escobedo 4601 S Anvil Place Chandler, AZ 85249 | - | | | X | X | | 0.00 |

Sheet no. **3471** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

970.09

In re   **Great Lakes Warranty Corporation**               ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5090949<br><br>Nickolas Gulacsy<br>6774 Bexhill Court<br>Liberty Township, OH 45044 | - | | Warranty | | | | 198.50 |
| Account No. 5125788<br><br>Nickolas L Camp<br>6070 Franklin<br>Golden Valley, AZ 86413 | - | | Warranty | X | X | | 0.00 |
| Account No. 5119237<br><br>Nickolas Lauer<br>5125 Richville Dr SW<br>Navarre, OH 44662 | - | | Warranty | X | X | | 0.00 |
| Account No. 5064955<br><br>Nickolas Parker<br>1447 Fellowship Rd<br>Mt Juliet, TN 37122 | - | | Warranty | X | X | | 0.00 |
| Account No. 5103764<br><br>Nicolas Diaz<br>416 Old Cove Road<br>Liverpool, NY 13090 | - | | Warranty | | | | 193.22 |

Sheet no. **3472** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **391.72**

In re **Great Lakes Warranty Corporation**                                          ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5128391** | | | | | **Warranty** | | | | |
| **Nicole  Barnhill 148 Maple Hollow Rd Duncansville, PA 16635** | - | | | | | | | | **1,575.00** |
| Account No. **5070346** | | | | | **Warranty** | | | | |
| **Nicole  Tugend 425 Powell St Taylor, PA 18517** | - | | | | | X | X | | **0.00** |
| Account No. **5119867** | | | | | **Warranty** | | | | |
| **Nicole A Moser 119 Eldredge Ave  AptB Villas, NJ 08251** | - | | | | | X | X | | **0.00** |
| Account No. **5107638** | | | | | **Warranty** | | | | |
| **Nicole Aldridge 352 Domingo Drive Moncks Corner, SC 29461** | - | | | | | X | X | | **0.00** |
| Account No. **5129569** | | | | | **Warranty** | | | | |
| **Nicole B Crosby 5235 Wertzville Rd Enola, PA 17025** | - | | | | | X | X | | **0.00** |

Sheet no. **3473** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    **1,575.00**

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5083222** | | | | Warranty | | | | |
| **Nicole C Prawatya** **1317 Woodmont Avenue** **New Kensington, PA 15068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110658** | | | | Warranty | | | | |
| **Nicole C Yetsick** **503 Main Street PO Box 134** **Sturgeon, PA 15082** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084299** | | | | Warranty | | | | |
| **Nicole Christine Nemmers** **484 Franklin Lane** **Elk Grove Village, IL 60007** | - | | | | | | | |
| | | | | | | | | 195.00 |
| Account No. **5114406** | | | | Warranty | | | | |
| **Nicole Costa** **1801 Ridge Avenue** **Arnold, PA 15068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116544** | | | | Warranty | | | | |
| **Nicole Dale** **123 Vandyke Road** **Freeport, PA 16229** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3474** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              195.00

In re **Great Lakes Warranty Corporation**                                                 Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5103786** | | | | **Warranty** | | | | |
| **Nicole Dawson** **549 W. Spur Avenue** **Gilbert, AZ 85233** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091718** | | | | **Warranty** | | | | |
| **Nicole Elizabeth OBrien Neathery** **4339 W Burgess Lane** **Laveen, AZ 85339** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121783** | | | | **Warranty** | | | | |
| **Nicole Feasel** **325 Daniel Ct** **Mauldin, SC 29662** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113503** | | | | **Warranty** | | | | |
| **Nicole Fender** **14718 Foxboro Court** **Holland, MI 49424** | - | | | | | | | |
| | | | | | | | | **45.50** |
| Account No. **5125041** | | | | **Warranty** | | | | |
| **Nicole Florez** **9599 W. Charleston Blvd  Apt 1115** **Las Vegas, NV 89117** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**3475** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 **45.50**

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100449** | | | Warranty | | | | |
| **Nicole G Woods** **8675 Greenmeadow** **Canal Fulton, OH 44614** | - | | | X | X | | 0.00 |
| Account No. **5131288** | | | Warranty | | | | |
| **Nicole Harry** **17148 Junkin Road Rear #152** **Spring Run, PA 17262** | - | | | X | X | | 0.00 |
| Account No. **5098992** | | | Warranty | | | | |
| **Nicole Hawkins** **25 Triangle Lane** **Willingboro, NJ 08046** | - | | | X | X | | 0.00 |
| Account No. **5093077** | | | Warranty | | | | |
| **Nicole Hawkins** **25 Triangle Lane** **Willingboro, NJ 08046** | - | | | X | X | | 0.00 |
| Account No. **5123824** | | | Warranty | | | | |
| **Nicole J Hays** **11 Pebble Dr** **Horsham, PA 19044** | - | | | X | X | | 0.00 |

Sheet no. **3476** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5116015 | | | | | Warranty | | | | |
| Nicole J Raffaele PO Box 181 Woodbine, NJ 08270 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5129379 | | | | | Warranty | | | | |
| Nicole Johnson 109 William Street Fishing Creek, NJ 08204 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5128766 | | | | | Warranty | | | | |
| Nicole Jones 401 Parkview Knls Carmichael, PA 15320 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5057880 | | | | | Warranty | | | | |
| Nicole Kler 322 Capac Road Allenton, MI 48002 | - | | | | | | | | |
| | | | | | | | | | 203.98 |
| Account No. 5078755 | | | | | Warranty | | | | |
| Nicole Koenig 14372 Thompson Boulevard Brook Park, OH 44142 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3477** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

203.98

In re **Great Lakes Warranty Corporation**        Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5132471** | | | Warranty | | | | | |
| **Nicole Krick** **138 N 4th Street Apt A** **Hamburg, PA 19526** | - | | | | X | X | | **0.00** |
| Account No. **5118164** | | | Warranty | | | | | |
| **Nicole L Dixon** **2321 sierra St** **Pittsburgh, PA 01523** | - | | | | X | X | | **0.00** |
| Account No. **5094617** | | | Warranty | | | | | |
| **Nicole L Harrod** **628 S Seventh Street** **Upper Sandusky, OH 43351** | - | | | | X | X | | **0.00** |
| Account No. **5117360** | | | Warranty | | | | | |
| **Nicole L Miller** **406 Grace Street** **Pittsburgh, PA 15211** | - | | | | X | X | | **0.00** |
| Account No. **5123933** | | | Warranty | | | | | |
| **Nicole Lundgren** **2652 Graham Avenue** **Akron, OH 44312** | - | | | | X | X | | **0.00** |

Sheet no. **3478** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation**      Case No. _____

_____,
             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5123037 | | | Warranty | | | | |
| Nicole Lynn Werner 388 School House Lane Stahlstown, PA 15687 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5091150 | | | Warranty | | | | |
| Nicole M Bauer 7111E Mercer Way Mercer Island, WA 98040 | - | | | | | | |
| | | | | | | | 487.58 |
| Account No. 5099409 | | | Warranty | | | | |
| Nicole M Boice 978 Fairfax Avenue Mansfield, OH 44906 | - | | | | | | |
| | | | | | | | 305.87 |
| Account No. 5088773 | | | Warranty | | | | |
| Nicole M Carr 3010 Walnut Street McKeesport, PA 15132 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5113259 | | | Warranty | | | | |
| Nicole M Daugherty 118 Jane Street McKees Rocks, PA 15136 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3479** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      793.45

In re    **Great Lakes Warranty Corporation**                ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5111036 | | | | Warranty | | | | |
| Nicole M Kelsheimer 841 W Cherrywood Drive Chandler, AZ 85248 | - | | | | | | | 663.80 |
| Account No. 5060481 | | | | Warranty | | | | |
| Nicole Martorana 1000 Vanguard Drive Red Hill, PA 18076 | - | | | | | | | 75.00 |
| Account No. 5132400 | | | | Warranty | | | | |
| Nicole Mofrad 10405 Rising Harbor Las Vegas, NV 89104 | - | | | | X | X | | 0.00 |
| Account No. 5088239 | | | | Warranty | | | | |
| Nicole Morris 14428 W Ely Drive Surprise, AZ 85374 | - | | | | X | X | | 0.00 |
| Account No. 5131955 | | | | Warranty | | | | |
| Nicole Nichols 401 Scott Street St Marys, OH 45885 | - | | | | X | X | | 0.00 |

Sheet no. **3480** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal       738.80
                                    (Total of this page)

In re **Great Lakes Warranty Corporation**                                        , Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123952** | | | | **Warranty** | | | | |
| **Nicole Powell** **1703 Shetland Way** **Westville, NJ 08093** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5068968** | | | | **Warranty** | | | | |
| **Nicole Puthoff** **30 Mill Street** **Chickasaw, OH 45826** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5081618** | | | | **Warranty** | | | | |
| **Nicole R Donovan** **511 S Elm Street** **Celina, OH 45822** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131488** | | | | **Warranty** | | | | |
| **Nicole Redline** **200 Hill Street** **Trucksville, PA 18708** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123864** | | | | **Warranty** | | | | |
| **Nicole Rhinevault** **RR 6 Box 6112** **Montrose, PA 08801** | - | | | | | | | |
| | | | | | | | | **38.57** |

Sheet no. **3481** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **38.57**

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5107210** | | | | **Warranty** | | | | |
| **Nicole Rhoads** **1619 Cherry Avenue** **Canton, OH 44714** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104287** | | | | **Warranty** | | | | |
| **Nicole Rosenberger** **66 Aluminum City Terrace** **New Kensington, PA 15068** | - | | | | | | | |
| | | | | | | | | **546.00** |
| Account No. **5130992** | | | | **Warranty** | | | | |
| **Nicole S Monderewicz** **1 Ginna B Drive** **Robesonia, PA 19551** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127319** | | | | **Warranty** | | | | |
| **Nicole Smith** **721 Spinning Road** **New Carlisle, OH 45344** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5062044** | | | | **Warranty** | | | | |
| **Nicole Studinger** **1821 West North Street** **Bethlehem, PA 18018** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. __**3482**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**546.00**

In re **Great Lakes Warranty Corporation**                              Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124842** | | | Warranty | | | | |
| **Nicole Taylor** **111 Church Avenue** **McKeesrocks, PA 15136** | - | | | X | X | | 0.00 |
| Account No. **5121854** | | | Warranty | | | | |
| **Nicole Taylor** **111 Church Ave** **McKees Rocks, PA 15136** | - | | | X | X | | 0.00 |
| Account No. **5118689** | | | Warranty | | | | |
| **Nicole Thomas** **79 Murray AVe** **Uniontown, PA 15401** | - | | | | | | 146.50 |
| Account No. **5127334** | | | Warranty | | | | |
| **Nicolete Nesbitt** **109 Windor Point Road** **Columbia, SC 29223** | - | | | X | X | | 0.00 |
| Account No. **5072118** | | | Warranty | | | | |
| **Nicolle Haefeli** **6812 Snowshoe Trail** **Evergreen, CO 80429** | - | | | X | X | | 0.00 |

Sheet no. **3483** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              146.50

In re **Great Lakes Warranty Corporation** ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102928** | | | | Warranty | | | | |
| **Nicoya S Walker** **1810 Leishman Avenue** **Arnold, PA 15068** | - | | | | | | | |
| | | | | | | | | 899.95 |
| Account No. **5117314** | | | | Warranty | | | | |
| **Nicusor Mihai Lazar** **232 SE 192nd Avenue** **Portland, OR 97233** | - | | | | | | | |
| | | | | | | | | 297.54 |
| Account No. **5098159** | | | | Warranty | | | | |
| **Niel A Rhine** **6088 Robert Drive** **Brookpark, OH 44142** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113911** | | | | Warranty | | | | |
| **Nigel Charles Johnson** **826 Montclair Avenue** **Bethlehem, PA 18015** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114380** | | | | Warranty | | | | |
| **Nikki Jo Applegate** **315 Meadow Highlands Drive** **Apollo, PA 15613** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3484** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,197.49

In re   **Great Lakes Warranty Corporation**                ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5064473** | | | **Warranty** | | | | |
| **Nikki Selph** **200 Laurel Drive** **Spring City, TN 37381** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102608** | | | **Warranty** | | | | |
| **Nikolas Smilovsky** **15757 N 90th Place  Apt 1165** **Scottsdale, AZ 85260** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5063706** | | | **Warranty** | | | | |
| **Nikolay Korotash** **5170 Thomasino Way** **Antelope, CA 95843** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5112528** | | | **Warranty** | | | | |
| **Nilah Douglas** **777  1 2  Second Street  Lot #33** **Coshocton, OH 43812** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101693** | | | **Warranty** | | | | |
| **Nilay K Hait** **370 Oakley Drive  Apt 1123** **Nashville, TN 37211** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3485** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal           0.00
(Total of this page)

In re **Great Lakes Warranty Corporation**                                      ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5066344** | | | Warranty | | | | |
| **Nilesh Patel**<br>**64 Brookside Dr**<br>**Holland, PA 18966** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129627** | | | Warranty | | | | |
| **Nilsa Diaz Torres**<br>**2144 Middle Hurst**<br>**Columbus, OH 43219** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5116317** | | | Warranty | | | | |
| **Nina Bowers**<br>**401 Four Oaks Road**<br>**Little Mountain, SC 29075** | - | | | | | | |
| | | | | | | | 197.05 |
| Account No. **5128490** | | | Warranty | | | | |
| **Nina Johnson**<br>**3522 Wilshire**<br>**Memphis, TN 38111** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122644** | | | Warranty | | | | |
| **Nina Kovanis**<br>**421 Fountain St**<br>**Carnegie, PA 15106** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**3486** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

197.05

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103050** | | | | Warranty | | | | |
| **Nina Ledonne**<br>**3000 Wallace Street**<br>**Lower Burrell, PA 15068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117913** | | | | Warranty | | | | |
| **Nina McNeil**<br>**14448 N 162nd Lane**<br>**Surprise, AZ 85379** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125295** | | | | Warranty | | | | |
| **Nina Moore**<br>**625 E. Chelten Avenue**<br>**Philadelphia, PA 19144** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114865** | | | | Warranty | | | | |
| **Nina Pauline Eseny**<br>**37 Webster Avenue  Apt B**<br>**N Irwin, PA 15642** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126151** | | | | Warranty | | | | |
| **Nina Ritchey**<br>**304 Hilltop Court**<br>**Warrington, PA 18976** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3487** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089198** | | | Warranty | | | | |
| **Nina Rymar** **441 Tomlinson Ave  K1** **Philadelphia, PA 19116** | - | | | | | | 95.00 |
| Account No. **5115348** | | | Warranty | | | | |
| **Ninad D Parekh** **350 Market Street  Apt 605** **Johnstown, PA 15901** | - | | | | | | 386.05 |
| Account No. **5065859** | | | Warranty | | | | |
| **Nita Kilgour** **211 Florence Avenue** **Jackson, OH 45640** | - | | | X | X | | 0.00 |
| Account No. **5073660** | | | Warranty | | | | |
| **Nita Mukkamala** **1810 Overhill Drive** **Flint, MI 48502** | - | | | X | X | | 0.00 |
| Account No. **5077400** | | | Warranty | | | | |
| **Nitin Joneja** **3195 Blossom Drive** **West Bloomfield, MI 48324** | - | | | | | | 1,236.99 |

Sheet no. **3488** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,718.04**

In re   **Great Lakes Warranty Corporation**           ,     Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108727** | | | | **Warranty** | | | | |
| **Nivaldo M Luiz** **2311 Benson Street  First Floor** **Philadelphia, PA 19152** | | - | | | | | | |
| | | | | | | | | **1,074.20** |
| Account No. **5108801** | | | | **Warranty** | | | | |
| **Nizri Michael** **2607 Fontaine Bleau Drive** **Atlanta, GA 20360** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102971** | | | | **Warranty** | | | | |
| **Noah A Castle** **628 E Columbus Avenue** **Bellefontaine, OH 43311** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130341** | | | | **Warranty** | | | | |
| **Noah D Tomlin** **8853 Penn St** **Glouster, OH 45732** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107980** | | | | **Warranty** | | | | |
| **Noah Jablonski** **6204 Gem Lane** **Columbus, OH 43231** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3489** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal
(Total of this page)      **1,074.20**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5103298** | | | | | **Warranty** | | | | |
| **Nobie Thomas** **1410 N Casa Grande Avenue** **Casa Grande, AZ 85222** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5106892** | | | | | **Warranty** | | | | |
| **Noe  Reyes** **51 Home Street** **Somerset, NJ 08873** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5128869** | | | | | **Warranty** | | | | |
| **Noel Golden** **625 Grant Street #3** **Allentown, PA 18102** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5123797** | | | | | **Warranty** | | | | |
| **Noel Gonzalez Cruz** **1019 Walnut Road** **Reading, PA 19602** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5113794** | | | | | **Warranty** | | | | |
| **Noel J Moreno** **1450 E Bell Road  Unit 2137** **Phoenix, AZ 85022** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **3490** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5086169** | | | | Warranty | | | | |
| **Noemi Hart** **2720 Dahlonega Drive** **Jacksonville, FL 32224** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5084254 | | | | Warranty | | | | |
| **Noi Helmken** **420 Main Street** **New Eagle, PA 15067** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5087947 | | | | Warranty | | | | |
| **Nola M Nixon** **1175 Main Drive** **Greenville, OH 45331** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5121367 | | | | Warranty | | | | |
| **Nolan  Tew** **2300 W Water St  No 147** **Yuma, AZ 85364** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5071744 | | | | Warranty | | | | |
| **Nolan Brown** **805 Cloverfield Ct** **Brentwood, TN 37027** | - | | | | | | | |
| | | | | | | | | **81.14** |

Sheet no. **3491** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**81.14**

In re   **Great Lakes Warranty Corporation**                              ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5096458** | | | | Warranty | | | | |
| **Nolan M Dewald** **13419 South 47th Way** **Phoenix, AZ 85044** | - | | | | | | | **1,059.32** |
| Account No. **5127929** | | | | Warranty | | | | |
| **Nona Pepkowski** **301 Harriet Drive** **Perkasie, PA 18944** | - | | | | X | X | | **0.00** |
| Account No. **5071966** | | | | Warranty | | | | |
| **Nora  Bencomo** **4020 W Lydia** **Phoenix, AZ 85041** | - | | | | X | X | | **0.00** |
| Account No. **5095462** | | | | Warranty | | | | |
| **Nora Avilade Corrales** **2763 W Tuckey Lane** **Phoenix, AZ 85017** | - | | | | X | X | | **0.00** |
| Account No. **5122066** | | | | Warranty | | | | |
| **Nora B Horton** **621 Penn Street** **Pittsburgh, PA 15215** | - | | | | X | X | | **0.00** |

Sheet no. **3492** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,059.32**

In re **Great Lakes Warranty Corporation**                           Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5118178 | | | | Warranty | | | | |
| Nora D Fought 903 North Moening Delphos, PA 45833 | - | | | | X | X | | 0.00 |
| Account No. 5076622 | | | | Warranty | | | | |
| Norbert Frantz 8789 East 500 S Street Union City, IN 47390 | - | | | | X | X | | 0.00 |
| Account No. 5112562 | | | | Warranty | | | | |
| Norbert Stinson 958 Cove Point Lane Tega Cay, SC 29708 | - | | | | X | X | | 0.00 |
| Account No. 5127710 | | | | Warranty | | | | |
| Norberto Castillo 2102 West 5th Street 2F Brooklyn, NY 11223 | - | | | | X | X | | 0.00 |
| Account No. 5123922 | | | | Warranty | | | | |
| Nord Bathon 4328 Estes Road Nashville, TN 37205 | - | | | | X | X | | 0.00 |

Sheet no. **3493** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                           0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126062** | | | **Warranty** | | | | |
| **Nordirah Bell** **80 Lincoln St** **E Orange, NJ 07017** | - | | | X | X | | 0.00 |
| Account No. **5129333** | | | **Warranty** | | | | |
| **Noreen Moderalli** **1228 Four Winds Ct** **Niles, OH 44446** | - | | | X | X | | 0.00 |
| Account No. **5130667** | | | **Warranty** | | | | |
| **Noreen Shell** **2701 Sevier Avenue C9** **Knoxville, TN 37920** | - | | | X | X | | 0.00 |
| Account No. **5129703** | | | **Warranty** | | | | |
| **Norene Aver** **2837 Rt 982** **Mt Pleasant, PA 15666** | - | | | X | X | | 0.00 |
| Account No. **5123110** | | | **Warranty** | | | | |
| **Norka Diaz** **10577 surgar Berry St** **Waldorf, MD 20603** | - | | | X | X | | 0.00 |

Sheet no. **3494** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5090513** | | | Warranty | | | | |
| **Norma Iacobucci 100 Allens Lane Mullica Hill, NJ 08062** | - | | | X | X | | 0.00 |
| Account No. 5097878 | | | Warranty | | | | |
| **Norma E Bryan PO Box 412  264 North Beach Street Blanchard, PA 16826** | - | | | X | X | | 0.00 |
| Account No. 5105724 | | | Warranty | | | | |
| **Norma J Boylan 244 Cayuga Canton, OH 44708** | - | | | X | X | | 0.00 |
| Account No. 5090787 | | | Warranty | | | | |
| **Norma J Ramsay 1804 Centre Street Ashland, PA 17921** | - | | | X | X | | 0.00 |
| Account No. 5128825 | | | Warranty | | | | |
| **Norma Quijano 2041 West 9th Ave Emporia, KS 66801** | - | | | X | X | | 0.00 |

Sheet no. **3495** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126700** | | | | Warranty | | | | |
| **Norma Sciaretta** **8764 Anchor Point Circle** **Las Vegas, NV 89117** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132568** | | | | Warranty | | | | |
| **Norman A Campbell** **7304 Bugler Swan Way** **N Las Vegas, NV 89084** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5075521** | | | | Warranty | | | | |
| **Norman B Purvis Jr** **410 Royal Crossing** **Franklin, TN 37064** | - | | | | | | | |
| | | | | | | | | **1,097.00** |
| Account No. **5069420** | | | | Warranty | | | | |
| **Norman Bowles** **222 West Danner Ave   #3** **West Memphis, AR 72301** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113967** | | | | Warranty | | | | |
| **Norman C Christopher** **1475 Snowberry Lane** **Medina, OH 44256** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3496** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,097.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5123992 | | | | Warranty | | | | |
| Norman Hampton 23 Basswood Rd Levittown, PA 19057 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131627 | | | | Warranty | | | | |
| Norman Harris 145 Willow Street Hanover, PA 17331 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130898 | | | | Warranty | | | | |
| Norman Johnson 610 Elizabeth Lane Dillon, SC 29536 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113017 | | | | Warranty | | | | |
| Norman L Hayslett 10114 Godwin Road Arlington, TN 38002 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131486 | | | | Warranty | | | | |
| Norman Letinski 87 Oak Street WilkesBarre, PA 18702 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3497** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5091267** | | | | | **Warranty** | | | | |
| **Norman McElroy** **3850 Galleria Woods Drive  #141** **Birmingham, AL 35244** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5079744** | | | | | **Warranty** | | | | |
| **Norman Myers Jr** **58 Orchard Place** **Gowanda, NY 14070** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5074142** | | | | | **Warranty** | | | | |
| **Norman Nickel** **221 Northwood Lake Drive** **Columbia, SC 29229** | - | | | | | | | | |
| | | | | | | | | | 887.00 |
| Account No. **5090952** | | | | | **Warranty** | | | | |
| **Norman R Paslay II** **4324 Tylers Estate Drive** **Hamilton, OH 45011** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5101170** | | | | | **Warranty** | | | | |
| **Norman Ray Williamson** **124 Lomond Lane** **Spartanburg, SC 29307** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3498** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

887.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5125720** | | | | Warranty | | | | |
| **Norman Schlosser** **3933 Leprachaun Lane** **Erie, PA 16510** | | - | | | | | | 1,407.50 |
| Account No. **5124739** | | | | Warranty | | | | |
| **Norman Seay** **312 Schenley Manor Drive** **Pittsburgh, PA 15201** | | - | | | | | | 339.65 |
| Account No. **5079336** | | | | Warranty | | | | |
| **Norman Solomon** **3659 Stettinius Ave** **Cincinnati, OH 45208** | | - | | | X | X | | 0.00 |
| Account No. **5095226** | | | | Warranty | | | | |
| **Norman Stollberg** **1120 Shannon Lane** **Carlisle, PA 17013** | | - | | | X | X | | 0.00 |
| Account No. **5114201** | | | | Warranty | | | | |
| **Norman Suitts** **5956 Poe Avenue** **Dayton, OH 45414** | | - | | | X | X | | 0.00 |

Sheet no. **3499** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,747.15

In re **Great Lakes Warranty Corporation** ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5107540** | | | Warranty | | | | |
| **Norman Washington** **14718 Birch Arbor Court** **Humble, tx 77396** | - | | | X | X | | 0.00 |
| Account No. **5124009** | | | Warranty | | | | |
| **Norman Woodward** **734 Woodward Rd** **Penfield, PA 15849** | - | | | X | X | | 0.00 |
| Account No. **5100090** | | | Warranty | | | | |
| **Norris  Hill** **2035 Lakeside Centre Way** **Knoxville, TN 37922** | - | | | X | X | | 0.00 |
| Account No. **5048688** | | | Warranty | | | | |
| **North East Tech** **104 East Vine** **Hatfield, PA 19440** | - | | | X | X | | 0.00 |
| Account No. **5083099** | | | Warranty | | | | |
| **Norwood R Dennis** **2515 Walton Way** **Augusta, GA 30904** | - | | | | | | 220.50 |

Sheet no. **3500** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

220.50

In re    **Great Lakes Warranty Corporation**                                    Case No. _____
                                                          ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5117684 | | | | Warranty | | | | |
| Noveda Roberts 341 George St Turtle Creek, PA 15145 | - | | | | X | X | | 0.00 |
| Account No. 5050308 | | | | Warranty | | | | |
| Nowroz Manjour 508 N Los Altos Dr Chandler, AZ 85224 | - | | | | X | X | | 0.00 |
| Account No. 5093550 | | | | Warranty | | | | |
| Nuno Francisco 206 Elm Street Carteret, NJ 07008 | - | | | | X | X | | 0.00 |
| Account No. 5111624 | | | | Warranty | | | | |
| Nurijhan Young 1103 Yarmouth Lane Mt Laurel, NJ 08054 | - | | | | X | X | | 0.00 |
| Account No. 5105895 | | | | Warranty | | | | |
| Nyan Winn 1450 Royal Oak Drive Mansfield, OH 44906 | - | | | | X | X | | 0.00 |

Sheet no. **3501** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124164** | | | Warranty | | | | |
| **Nyeneh S Flanjay** **2750 Axe Factory Rd  B11** **Philadelphia, PA 19152** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100894** | | | Warranty | | | | |
| **Nykia S Covington** **200 Cresent Garden Drive** **Penn Hills, PA 15235** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124119** | | | Warranty | | | | |
| **O D Berry** **1209 Garden Dale St** **Columbia, SC 29210** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5073243** | | | Warranty | | | | |
| **O Kermit Null** **75 Frontier Lane** **Hurricane, WV 25526** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088675** | | | Warranty | | | | |
| **Obed Somarriba** **12417 Sw 200 Terr** **Miami, FL 33177** | - | | | | | | |
| | | | | | | | 742.75 |

Sheet no. **3502** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     742.75

In re __**Great Lakes Warranty Corporation**_____, Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119499 | | | | Warranty | | | | |
| Obioma Nwige 1322 Williamsburg Dr Cincinnati, OH 45215 | - | | | | | | | 219.50 |
| Account No. 5123881 | | | | Warranty | | | | |
| Ocfuske James King 512 Creek Point Mt Juliet, TN 37122 | - | | | | | | | 1,500.00 |
| Account No. 5106015 | | | | Warranty | | | | |
| Octavio Mendoza 220 S Sixth Street #413 Cottonwood, AZ 86326 | - | | | | X | X | | 0.00 |
| Account No. 5132392 | | | | Warranty | | | | |
| Octavius Crawford 5806 Ryewyck Toledo, OH 43614 | - | | | | X | X | | 0.00 |
| Account No. 5122043 | | | | Warranty | | | | |
| Odell D Ross 515 Friendship Ave McKees Rocks, PA 15136 | - | | | | X | X | | 0.00 |

Sheet no. **3503** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,719.50**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5099721** | | | Warranty | | | | |
| **Odranolele Hidalgo Diaz** **310 N Main Street** **Coopersburg, PA 18036** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | Trade | | | | |
| **Office Depot** **P.O. Box 630813** **Cincinnati, OH 45263** | - | | | | | | |
| | | | | | | | 572.00 |
| Account No. **5081494** | | | Warranty | | | | |
| **Ohio Valley Cleaning Services** **7440 Hazy Morning Road** **Dellroy, OH 44620** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130299** | | | Warranty | | | | |
| **Okechukwu Achigbu** **141 Darby Woods Court** **Radcliff, KY 40160** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5098854** | | | Warranty | | | | |
| **Okky Oei** **11259 E Via Linda** **Scottsdale, AZ 85259** | - | | | | | | |
| | | | | | | | 1,105.74 |

Sheet no. **3504** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,677.74

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093782** | | | | **Warranty** | | | | |
| **Okri Edward**<br>**152 Oakland  #2B**<br>**Cliffside Park, NJ 07010** | - | | | | X | X | | 0.00 |
| Account No. **5115837** | | | | **Warranty** | | | | |
| **Ola Woods**<br>**42 W Baltimore Street**<br>**Carlisle, PA 17013** | - | | | | X | X | | 0.00 |
| Account No. **5119048** | | | | **Warranty** | | | | |
| **Olaf Eberhard Hecker**<br>**611 Deauville Dr  Apt 11**<br>**Monroeville, PA 15146** | - | | | | X | X | | 0.00 |
| Account No. **5100512** | | | | **Warranty** | | | | |
| **Olando R Dulin**<br>**7020 Bennett Street**<br>**Pittsburgh, PA 15208** | - | | | | X | X | | 0.00 |
| Account No. **5126030** | | | | **Warranty** | | | | |
| **Oleksandr Yergiyen**<br>**233 Dalzell Avenue**<br>**Pittsburgh, PA 15207** | - | | | | X | X | | 0.00 |

Sheet no. **3505** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**        ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5128609 | | | Warranty | | | | |
| Olga Aguirre 2861 Wallings Rd Broadview Heights, OH 44147 | | - | | | | | 181.00 |
| Account No. 5091821 | | | Warranty | | | | |
| Olga Gueits 10118 Loretta Avenue Cleveland, OH 44111 | | - | | X | X | | 0.00 |
| Account No. 5085585 | | | Warranty | | | | |
| Olga L Powell 16122 Grovewood Cleveland, OH 44110 | | - | | X | X | | 0.00 |
| Account No. 5132051 | | | Warranty | | | | |
| Olinda Perez 3614 Drumore Drive F11 Philadelphia, PA 19154 | | - | | X | X | | 0.00 |
| Account No. 5129315 | | | Warranty | | | | |
| Oliver Cannon 5736 Adanon Street N Las Vegas, NV 89131 | | - | | X | X | | 0.00 |

Sheet no. **3506** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     181.00

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5092718** | | | Warranty | | | | |
| Oliver M. Palmore 559 Bush River Road Newberry, SC 29108 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5117207** | | | Warranty | | | | |
| Oliver W Lee Jr 1634 Alex Court Allentown, PA 18103 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108000** | | | Warranty | | | | |
| Oliveth Serafica 2709 E Schillro Phoenix, AZ 85032 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121787** | | | Warranty | | | | |
| Olivia Gillcresee 1622 Memorial Dr Rock Hill, SC 29730 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100470** | | | Warranty | | | | |
| Olivia Naranjo 216 Shawn Court Irmo, SC 29063 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3507** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5086253** | | | | **Warranty** | | | | |
| **Olivia T Knight 726 East Ninth Avenue Homestead, PA 15120** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127077** | | | | **Warranty** | | | | |
| **Olivier Clause 324 Benton Court Spartanburg, SC 29301** | - | | | | | | | |
| | | | | | | | | **2,660.00** |
| Account No. **5090891** | | | | **Warranty** | | | | |
| **Omar  Ahmad 16977 Farmington Rd Livonia, MI 48154** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5073590** | | | | **Warranty** | | | | |
| **Omar Ghrayeb 696 Fox Hollow Dekalb, IL 60115** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108577** | | | | **Warranty** | | | | |
| **Omar Hobeika 1076 Beech Tree Lane Brentwood, TN 37027** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3508** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **2,660.00**

                                    Best Case Bankruptcy

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128619** | | | Warranty | | | | |
| **Omar Kalim**<br>**1700 E 13th St  Apt 12M**<br>**Cleveland, OH 44114** | - | | | X | X | | 0.00 |
| Account No. **5112394** | | | Warranty | | | | |
| **Omar L Borroto**<br>**7924 Enchanted Pool**<br>**Las Vegas, NV 89139** | - | | | X | X | | 0.00 |
| Account No. **5061625** | | | Warranty | | | | |
| **Omega Leasing Corp**<br>**512 Hamilton St**<br>**Allentown, PA 18101** | - | | | | | | 200.60 |
| Account No. **5094628** | | | Warranty | | | | |
| **Omer Lipnicevic**<br>**1060 N Kristin Lane**<br>**Chandler, AZ 85226** | - | | | X | X | | 0.00 |
| Account No. **5104166** | | | Warranty | | | | |
| **On Time PC Repair**<br>**103 D South Main Street**<br>**Summerville, SC 29485** | - | | | X | X | | 0.00 |

Sheet no. **3509** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **200.60**

In re    **Great Lakes Warranty Corporation**                ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5118172 | | | | Warranty | | | | |
| Oneida L Keasley 825 Lincoln Ave Charleroi, PA 15022 | - | | | | X | X | | 0.00 |
| Account No. 5132354 | | | | Warranty | | | | |
| Onerys Encarnacion 1422 Church Street Reading, PA 19601 | - | | | | X | X | | 0.00 |
| Account No. 5129973 | | | | Warranty | | | | |
| Onice Bryant Sr 1104 Shriver Avenue SE Massillon, OH 44646 | - | | | | X | X | | 0.00 |
| Account No. 5108303 | | | | Warranty | | | | |
| Oral Alvin Gleaton 334 Gospel HIll Court Orangeburg, SC 29115 | - | | | | | | | 180.80 |
| Account No. 5094100 | | | | Warranty | | | | |
| Oran Biehl 46 Waterford Street Union City, PA 16438 | - | | | | X | X | | 0.00 |

Sheet no. **3510** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                (Total of this page)        **180.80**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108686** | | | Warranty | | | | |
| **Oren Blalock** **2863 Grand Route Saint Johns St** **New Orleans, LA 70119** | - | | | X | X | | 0.00 |
| Account No. **5127902** | | | Warranty | | | | |
| **Orlanda Rocha** **116 Scarlet Oak Avenue** **Toms River, NJ 08755** | - | | | X | X | | 0.00 |
| Account No. **5071602** | | | Warranty | | | | |
| **Orlando Centeno** **1558 Princess Anne Drive** **Lancaster, PA 17601** | - | | | X | X | | 0.00 |
| Account No. **5111260** | | | Warranty | | | | |
| **Orlando Ramos** **4166 Paul St** **Philadelphia, PA 19124** | - | | | | | | 515.21 |
| Account No. **5132721** | | | Warranty | | | | |
| **Orlando Reyes** **1200 North 11th Street 312** **Reading, PA 19604** | - | | | X | X | | 0.00 |

Sheet no. **3511** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **515.21**

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131851** | | | **Warranty** | | | | |
| **Orlett Hall** **112 West 6th Street** **Lansdale, PA 19446** | - | | | X | X | | 0.00 |
| Account No. **5088734** | | | **Warranty** | | | | |
| **Ormari Edwards** **7 Normandy Terrace** **W Orange, NJ 07052** | - | | | X | X | | 0.00 |
| Account No. **5122482** | | | **Warranty** | | | | |
| **Orrieann Dukes** **1211 E Hunting Park Ave** **Philadelphia, PA 19124** | - | | | X | X | | 0.00 |
| Account No. **5092395** | | | **Warranty** | | | | |
| **Orrville Taylor** **194 East Ingleside Drive** **Akron, OH 44319** | - | | | X | X | | 0.00 |
| Account No. **5105260** | | | **Warranty** | | | | |
| **Orson A Ravenell** **487 Beaumont Park Circle** **Blythewood, SC 29016** | - | | | X | X | | 0.00 |

Sheet no. **3512** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102240** | | | | Warranty | | | | |
| **Orvan D Beachy** **811 Lauri Joe Lane** **Massillon, OH 44647** | - | | | | X | X | | 0.00 |
| Account No. **5120359** | | | | Warranty | | | | |
| **Orvil D Kelly** **818 Blacklick Rd** **Blairsviile, PA 15717** | - | | | | X | X | | 0.00 |
| Account No. **5112237** | | | | Warranty | | | | |
| **Orville Hinkle** **1026 Township Road 2156** **Ashland, OH 44805** | - | | | | X | X | | 0.00 |
| Account No. **5130609** | | | | Warranty | | | | |
| **Osacr Rivera** **221 South 13th Sttreet** **Allentown, PA 18102** | - | | | | X | X | | 0.00 |
| Account No. **5079813** | | | | Warranty | | | | |
| **Osbaldo Rios** **2848 S Cottonwood Lane** **Tucson, AZ 85713** | - | | | | X | X | | 0.00 |

Sheet no. **3513** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **0.00**

In re  **Great Lakes Warranty Corporation**                                      ,     Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5113791** | | | **Warranty** | | | | |
| **Oscar C Cota** **2142 W Hawken Way** **Chandler, AZ 85286** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132747** | | | **Warranty** | | | | |
| **Oscar Ceballos Martinez** **1591 Chartered Cir  D129** **Las Vegas, NV 89101** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5094592** | | | **Warranty** | | | | |
| **Oscar D Montano** **730 E Flint Street** **Chandler, AZ 82225** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121510** | | | **Warranty** | | | | |
| **Oscar E Blair** **4810 Whitewood Court** **Dayton, OH 45424** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131222** | | | **Warranty** | | | | |
| **Oscar Garay** **325 Mount Laurel Avenue** **Temple, PA 19560** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3514** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

In re   **Great Lakes Warranty Corporation**                                          ,   Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5082605** | | | | Warranty | | | | |
| **Oscar Granados** **2033 E Palm Lane** **Phoenix, AZ 85006** | - | | | | X | X | | 0.00 |
| Account No. **5131008** | | | | Warranty | | | | |
| **Oscar Hernandez Portillo** **2805 Carla Avenue** **North Las Vegas, NV 89030** | - | | | | X | X | | 0.00 |
| Account No. **5114356** | | | | Warranty | | | | |
| **Oscar Howard** **118 Sorrel Tree Lane** **Elgin, SC 29045** | - | | | | X | X | | 0.00 |
| Account No. **5083607** | | | | Warranty | | | | |
| **Oscar Hugo Tamariz Alcala** **2206 N 84th Avenue** **Phoenix, AZ 85037** | - | | | | X | X | | 0.00 |
| Account No. **5091740** | | | | Warranty | | | | |
| **Oscar M  Covarrubias** **6341 E 34th Ave** **Apache Junction, AZ 85219** | - | | | | X | X | | 0.00 |

Sheet no. **3515**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re    **Great Lakes Warranty Corporation**                                        ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5069124** | | | | Warranty | | | | |
| **Oscar Mireles** **1337 N Loma Vista** **Mesa, AZ 85213** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129489 | | | | Warranty | | | | |
| **Oscar Oqiendo** **1925 Columbine Avenue** **Bethlehem, PA 18018** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117416 | | | | Warranty | | | | |
| **Oscar R Serrano Ulloa** **118 Northturn Lane** **Levittown, PA 19054** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5085441 | | | | Warranty | | | | |
| **Oscar Rene Debroy** **2431 S Nolina Drive** **Chandler, AZ 85248** | - | | | | | | | |
| | | | | | | | | 1,524.00 |
| Account No. 5081767 | | | | Warranty | | | | |
| **Oscar Taracena** **10503 Procter Street** **Silver Spring, MD 20901** | - | | | | | | | |
| | | | | | | | | 656.00 |

Sheet no. **3516** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 2,180.00 |
|---|---|

In re    **Great Lakes Warranty Corporation**                  ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5089448** | | | | Warranty | | | | |
| **Osvaldo Diaz** **3518 North Eighth Street** **Philadelphia, PA 19140** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111052** | | | | Warranty | | | | |
| **Osvin Montopeque** **29 McLean Street** **Freehold, NJ 07728** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114367** | | | | Warranty | | | | |
| **Othello Coleman III** **106 Del Ray Dr** **Walterboro, SC 29488** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122704** | | | | Warranty | | | | |
| **Otis A  Matthews Jr** **2874 Tumbridge** **Memphis, TN 38128** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106428** | | | | Warranty | | | | |
| **Otis Plunk** **5015 Mountview Place** **Brentwood, TN 37027** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3517** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      0.00
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5091564** | | | | Warranty | | | | |
| **Otis Smith** **3608 Gowan Drive** **Memphis, TN 38127** | | - | | | X | X | | 0.00 |
| Account No. **5112093** | | | | Warranty | | | | |
| **Otto E Orf II** **3457 Tallmadge Road** **Kent, OH 44240** | | - | | | | | | 1,523.18 |
| Account No. **5121489** | | | | Warranty | | | | |
| **Otto H Appelt** **314 N Main St** **Decatur, TN 37322** | | - | | | X | X | | 0.00 |
| Account No. **5106251** | | | | Warranty | | | | |
| **Otto S Shill Jr** **2514 North Mesa Drive** **Mesa, AZ 85201** | | - | | | X | X | | 0.00 |
| Account No. **5109134** | | | | Warranty | | | | |
| **Otto Shill** **2539 E Nora Street** **Mesa, AZ 85213** | | - | | | X | X | | 0.00 |

Sheet no. **3518** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,523.18

In re    **Great Lakes Warranty Corporation**           ,    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5116073 | | | | Warranty | | | | |
| Ouida Barnett Atkins 112 Chippewa Circle Jackson, MS 39211 | - | | | | X | X | | 0.00 |
| Account No. 5100102 | | | | Warranty | | | | |
| Ousama el Hillal 19777 N 76th Street  Apt # 2185 Scottsdale, AZ 85255 | - | | | | | | | 1,886.00 |
| Account No. 5082937 | | | | Warranty | | | | |
| Ovalene W McCauley 208 Meadowbrook Drive Seneca, SC 29678 | - | | | | X | X | | 0.00 |
| Account No. 5128087 | | | | Warranty | | | | |
| Ovioiu Lucian Vatamanu 2089 Reveley Ave Lakewood, OH 44107 | - | | | | X | X | | 0.00 |
| Account No. 5069412 | | | | Warranty | | | | |
| Owen Kling 5205 Park Avenue Nashville, TN 37209 | - | | | | X | X | | 0.00 |

Sheet no. **3519** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal       1,886.00
(Total of this page)

In re  **Great Lakes Warranty Corporation**                  ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130631** <br><br> **Owen Oswald** <br> **490 Marion Cardington** <br> **Columbus, OH 43210** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5128924** <br><br> **Ozriel L Martin** <br> **1904 Mississippi Ave Apt 2** <br> **Atlantic City, NJ 08401** | - | | **Warranty** | | | | 367.53 |
| Account No. **5075379** <br><br> **Pablo Bravo** <br> **20681 NE4th Plave Apt 105** <br> **Miami, FL 33179** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5130458** <br><br> **Pablo Morales** <br> **301 N 3rd Street** <br> **Allentown, PA 18102** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5123872** <br><br> **Pablo Antonio Valdez** <br> **805 Myrtle Ave** <br> **Kansas City, MO 64124** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **3520** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                      **367.53**
(Total of this page)

In re **Great Lakes Warranty Corporation**        ,     Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123222** <br><br> **Pablo Cancel Jr** <br> **112 Coplay St** <br> **Coplay, PA 18037** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5131540** <br><br> **Pablo Duarte** <br> **38 Crown Circle Apt 2B** <br> **Scranton, PA 18505** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5110486** <br><br> **Pablo Melendez** <br> **1032 Wyoming St** <br> **Allentown, PA 18103** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5129672** <br><br> **Pablo Rodriquez** <br> **343 Hollenbach St** <br> **Reading, PA 19601** | - | | **Warranty** | | | | 1,421.00 |
| Account No. **5111827** <br><br> **Pablo Sandoval** <br> **7136 S 251st Drive** <br> **Buckeye, AZ 85326** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **3521** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal    (Total of this page)      **1,421.00**

In re **Great Lakes Warranty Corporation** ,                Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5088247** | | | | **Warranty** | | | | |
| **Pacifico Mendoza Lejano Jr 5813 West Ludden Mountain Drive Glendale, AZ 85310** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5098852** | | | | **Warranty** | | | | |
| **Pahoumi Paraskuvi 3265 E Ford Avenue Gilbert, AL 85234** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129829** | | | | **Warranty** | | | | |
| **Paige  Winters 6458 Baertown Rd  NW Dover, OH 44622** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130405** | | | | **Warranty** | | | | |
| **Paige A  Stiefken 60 Little York Mt Pleasant Road Milford, NJ 08848** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131017** | | | | **Warranty** | | | | |
| **Paige Johnson 626 Warden Street Irwin, PA 15642** | - | | | | | | | |
| | | | | | | | | **1,356.50** |

Sheet no. **3522** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,356.50**

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099155** | | | | Warranty | | | | |
| **Paige McMurray** **PO Box 726** **Kingston Springs, TN 37082** | - | | | | X | X | | 0.00 |
| Account No. **5065148** | | | | Warranty | | | | |
| **Paige Peterson** **5916 West Straight Arrow Lane** **Phoenix, AZ 85085** | - | | | | X | X | | 0.00 |
| Account No. **5109396** | | | | Warranty | | | | |
| **Paige Richardson** **55 Old Yellow Springs  Apt H** **Fairborn, OH 45324** | - | | | | X | X | | 0.00 |
| Account No. **5076977** | | | | Warranty | | | | |
| **Paige Rogers** **5026 Wolfpen Woods Drive** **Prospect, KY 40059** | - | | | | X | X | | 0.00 |
| Account No. **5097451** | | | | Warranty | | | | |
| **Palmetto Family Dentistry** **1211 Greenlawn Dr** **Columbia, SC 29209** | - | | | | | | | 1,801.00 |

Sheet no. **3523** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,801.00

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089501** | | | Warranty | | | | |
| **Pam Grey**<br>**2040 E Parkside**<br>**Phoenix, AZ 85024** | - | | | X | X | | 0.00 |
| Account No. **5087014** | | | Warranty | | | | |
| **Pamela  Carroll**<br>**120 Orchard Drive**<br>**South Point, OH 45680** | - | | | | | | 1,407.73 |
| Account No. **5088922** | | | Warranty | | | | |
| **Pamela  Cheek**<br>**505 Kendall Court**<br>**Franklin, TN 37069** | - | | | X | X | | 0.00 |
| Account No. **5129625** | | | Warranty | | | | |
| **Pamela  Gardner**<br>**260 Indiana Rd  Rt 110  Box 43**<br>**Creekside, PA 15732** | - | | | | | | 847.50 |
| Account No. **5116328** | | | Warranty | | | | |
| **Pamela  Harrison Musulin**<br>**4820 Church Road**<br>**Morlton, NJ 08053** | - | | | X | X | | 0.00 |

Sheet no. **3524** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **2,255.23**

In re **Great Lakes Warranty Corporation**        Case No. _____

,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5098335** | | | | Warranty | | | | |
| **Pamela Hogan 411 Paxinosa Rd East Easton, PA 18040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114238** | | | | Warranty | | | | |
| **Pamela A McVeigh 626 Chestershire Road Columbus, OH 43204** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087714** | | | | Warranty | | | | |
| **Pamela A Wise 9 Broadmoor Drive Mechanicsburg, PA 17055** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130527** | | | | Warranty | | | | |
| **Pamela A Woodson Davies 10233 King Henry Ave No 10 Las Vegas, NV 89144** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130321** | | | | Warranty | | | | |
| **Pamela Ament 39 East Woods Drive Lititz, PA 17543** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3525** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____ ,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5131372 <br><br> **Pamela Ann Herasingh** <br> **7108 Sunrise Drive** <br> **Lanham, MD 20706** | - | | Warranty | | | | 95.00 |
| Account No. 5068806 <br><br> **Pamela Barker** <br> **PO Box 2563/9220** <br> **Crossville, TN 38557** | - | | Warranty | X | X | | 0.00 |
| Account No. 5087302 <br><br> **Pamela Bricker** <br> **15 Mound Street Apt. A** <br> **The Plains, OH 45780** | - | | Warranty | X | X | | 0.00 |
| Account No. 5069179 <br><br> **Pamela Bryant** <br> **3331 Alberta St** <br> **Bartow, FL 33830** | - | | Warranty | X | X | | 0.00 |
| Account No. 5086092 <br><br> **Pamela C Barncastle** <br> **7916 Ridgefiled Court  NE** <br> **Albuqueque, NM 87109** | - | | Warranty | | | | 534.20 |

Sheet no. **3526** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **629.20**

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                          ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5065773** | | | | | **Warranty** | | | | |
| **Pamela Campbell** **6436 Bray Road** **Flint, MI 48505** | - | | | | | | | | **158.72** |
| Account No. **5112873** | | | | | **Warranty** | | | | |
| **Pamela Cathey** **1701 Summit Ridge Lane** **Kannapolis, NC 28087** | - | | | | | X | X | | **0.00** |
| Account No. **5131596** | | | | | **Warranty** | | | | |
| **Pamela Chavey** **1020 Cambridge Road** **Coshocton, OH 43812** | - | | | | | X | X | | **0.00** |
| Account No. **5106419** | | | | | **Warranty** | | | | |
| **Pamela Cohen** **8207 Sawyer Brown** **Nashville, TN 37221** | - | | | | | X | X | | **0.00** |
| Account No. **5067070** | | | | | **Warranty** | | | | |
| **Pamela Covington** **105 Boyce Court** **Nashville, TN 37218** | - | | | | | X | X | | **0.00** |

Sheet no. **3527** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **158.72**

In re __Great Lakes Warranty Corporation__ ,                  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5125904 | | | | | Warranty | | | | |
| Pamela Denise Dustin 1315 Old Whitesville Rd Moncks Corner, SC 29461 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5112816 | | | | | Warranty | | | | |
| Pamela Denise Major 7904 Trailwood Lane Columbia, SC 29209 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5087848 | | | | | Warranty | | | | |
| Pamela Dianne Visokay 893 Pine Forest Trail Columbia, SC 29210 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5114090 | | | | | Warranty | | | | |
| Pamela Dunn 641 Harpeth Trace Drive Nashville, TN 37231 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5105473 | | | | | Warranty | | | | |
| Pamela F Gotwalt 1749 Barrett Drive Bethlehem, PA 18017 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. __3528__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5092609** | | | | Warranty | | | | |
| **Pamela F Hite** **208 Montchanin Drive** **Old Hickory, TN 37138** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103772** | | | | Warranty | | | | |
| **Pamela F Pullen** **93 Weakley Lane** **Smyrna, TN 37167** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119647** | | | | Warranty | | | | |
| **Pamela Fedelini** **6420 Collins Ave  Apt 903** **Miami, FL 33141** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105204** | | | | Warranty | | | | |
| **Pamela Ganser** **1007 N Brandon Ave** **Celina, OH 45822** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5071710** | | | | Warranty | | | | |
| **Pamela Giltner Eaton** **211 S Jefferson St** **Washington, GA 30673** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3529**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5092221** | | | | Warranty | | | | |
| **Pamela Glaser 8522 Fairview Lane Bon Aqua, TN 37025** | - | | | | X | X | | 0.00 |
| Account No. **5110504** | | | | Warranty | | | | |
| **Pamela Grosser 90 White Dogwood Drive Etters, PA 17319** | - | | | | X | X | | 0.00 |
| Account No. **5125353** | | | | Warranty | | | | |
| **Pamela Gudaitus 1345 Walnut Street Reading, PA 19604** | - | | | | X | X | | 0.00 |
| Account No. **5092557** | | | | Warranty | | | | |
| **Pamela Hammontree 538 Oak Leaf Lane Seymour, TN 37865** | - | | | | X | X | | 0.00 |
| Account No. **5132781** | | | | Warranty | | | | |
| **Pamela Harris 3630 East Owens Apt 1010 Las Vegas, NV 89110** | - | | | | X | X | | 0.00 |

Sheet no. **3530** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5124015** <br><br> **Pamela Harrison** <br> **1915 Acorn Wood** <br> **Olive Branch, MS 38654** | - | | | | Warranty | | | | **927.00** |
| Account No. **5123692** <br><br> **Pamela Harrold** <br> **821 Hunker Lumber Rd** <br> **Hunker, PA 15639** | - | | | | Warranty | X | X | | **0.00** |
| Account No. **5099105** <br><br> **Pamela J Caines** <br> **1056 Erikson Avenue** <br> **Columbus, OH 43227** | - | | | | Warranty | X | X | | **0.00** |
| Account No. **5112759** <br><br> **Pamela J Farley** <br> **359 Royal Assembly Drive** <br> **Charleston, SC 29492** | - | | | | Warranty | X | X | | **0.00** |
| Account No. **5130194** <br><br> **Pamela J Gibson** <br> **1620 Oak Ridge Lane** <br> **Hellertown, PA 18055** | - | | | | Warranty | X | X | | **0.00** |

Sheet no. **3531** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **927.00**

In re **Great Lakes Warranty Corporation** ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5098202** | | | **Warranty** | | | | |
| **Pamela J Howland 3816 Stanhope Kellog Kingsville, OH 44648** | - | | | X | X | | 0.00 |
| Account No. **5115676** | | | **Warranty** | | | | |
| **Pamela J Lecount 2342 Balerwood Dr SW Massillon, OH 44647** | - | | | X | X | | 0.00 |
| Account No. **5119979** | | | **Warranty** | | | | |
| **Pamela J Miller 1453 State Route 327 Jackson, OH 45640** | - | | | X | X | | 0.00 |
| Account No. **5092589** | | | **Warranty** | | | | |
| **Pamela J Pavlovski 5307 Stanhope Kelloggsville Andover, OH 44003** | - | | | X | X | | 0.00 |
| Account No. **5089288** | | | **Warranty** | | | | |
| **Pamela J Sawyer 6101 Highway 705 Nashville, TN 37221** | - | | | X | X | | 0.00 |

Sheet no. **3532** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation** _____,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5103100** | | | | **Warranty** | | | | |
| **Pamela J Torquat 20 South 23rd Street Pottsville, PA 17901** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097626** | | | | **Warranty** | | | | |
| **Pamela L Carder 1091 Southridge Delphos, OH 45833** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111785** | | | | **Warranty** | | | | |
| **Pamela L Striker 330 South 8th St Connellsville, PA 15425** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118795** | | | | **Warranty** | | | | |
| **Pamela Lallathin 3702 Tillman St NW Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122438** | | | | **Warranty** | | | | |
| **Pamela Ligons 5515 Hays St  Apt 3 Pittsburgh, PA 15206** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3533** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
               (Total of this page)         **0.00**

In re   **Great Lakes Warranty Corporation**               ,     Case No. _____

                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5129964** | | **Warranty** | | | | | | |
| **Pamela M Bishop**<br>**2900 Thompson Rd**<br>**Harleysville, PA 19438** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121808** | | **Warranty** | | | | | | |
| **Pamela M Gardner**<br>**6420 Worchester Dr**<br>**Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089564** | | **Warranty** | | | | | | |
| **Pamela M Pless**<br>**728 Maplewood Avenue**<br>**Ambridge, PA 15003** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5076075** | | **Warranty** | | | | | | |
| **Pamela McGrady**<br>**4955 Higbee Avenue  Apt 209**<br>**Canton, OH 44718** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5063589** | | **Warranty** | | | | | | |
| **Pamela McGuire**<br>**2924 John Street**<br>**Easton, PA 18045** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**3534** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                             Subtotal
                 (Total of this page)     **0.00**

In re  **Great Lakes Warranty Corporation**                    Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126020** | | | | Warranty | | | | |
| **Pamela Moors** **2740 Robinwood Avenue** **Toledo, OH 43610** | - | | | | X | X | | 0.00 |
| Account No. **5122775** | | | | Warranty | | | | |
| **Pamela R Flores** **1151 Susan Dr** **Hamilton, OH 45013** | - | | | | X | X | | 0.00 |
| Account No. **5113361** | | | | Warranty | | | | |
| **Pamela R Greenfield** **405 Century Farm Court** **Lexington, SC 29073** | - | | | | X | X | | 0.00 |
| Account No. **5108913** | | | | Warranty | | | | |
| **Pamela Rimer** **513 Terrace Drive** **Pittsburgh, PA 15238** | - | | | | X | X | | 0.00 |
| Account No. **5093757** | | | | Warranty | | | | |
| **Pamela Rockich** **5150 Bob O Link NW** **N Canton, OH 44720** | - | | | | X | X | | 0.00 |

Sheet no. **3535** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **10982**<br><br>**Pamela S & Brenton J Zeirott**<br>**7603 Johnstown Alexandria Rd**<br>**Johnstown, OH 43031** | - | | | Warranty | | | | 439.50 |
| Account No. **5111142**<br><br>**Pamela S King**<br>**3024 London View Drive**<br>**Murfreesboro, TN 37128** | - | | | Warranty | X | X | | 0.00 |
| Account No. **5095680**<br><br>**Pamela S McVay**<br>**324 West Fairview   Lot 10**<br>**West Lafayette, OH 43845** | - | | | Warranty | X | X | | 0.00 |
| Account No. **5096952**<br><br>**Pamela S Thompson**<br>**13009 Laurel Hill Rd**<br>**Thornville, OH 43076** | - | | | Warranty | X | X | | 0.00 |
| Account No. **5087461**<br><br>**Pamela Scaggs Laster**<br>**829 A Winthrop Street**<br>**Ladson, SC 29456** | - | | | Warranty | X | X | | 0.00 |

Sheet no. **3536** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                               439.50

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5097664** | | | | | Warranty | | | | |
| **Pamela Schmitt 424 Valleyview Terrace Canonsburg, PA 15317** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5104820** | | | | | Warranty | | | | |
| **Pamela Stanley 1770 Mieral Road New Marshfield, OH 45766** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5106699** | | | | | Warranty | | | | |
| **Pamela Thomas 3896 Reading Road  Apt M Cincinnati, OH 45229** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5119451** | | | | | Warranty | | | | |
| **Pamela Winner Bockoven 1229 Autumn Glen Ct Dayton, OH 45458** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5125333** | | | | | Warranty | | | | |
| **Pamela Yelena 4941 Haverhill Commons Circle Apt10 West Palm Beach, FL 33401** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3537**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5128335** | | | | | **Warranty** | | | | |
| **Pancho Lucas 3270 Pittston Ave  1st Scranton, PA 18505** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5104772** | | | | | **Warranty** | | | | |
| **Pankaj Patel 50726 Lakeside Drive Granger, IN 46530** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5065963** | | | | | **Warranty** | | | | |
| **Paolo  Misa 14 Pcahontas Path Lincoln, NJ 07035** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5105168** | | | | | **Warranty** | | | | |
| **Paquel Bueno 14008th Avenue N  #130 Nashville, TN 37208** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5129636** | | | | | **Warranty** | | | | |
| **Paquito Pagsuyoin 9017 Ochoa Street Las Vegas, NV 89143** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**3538**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5127203 | | | | | Warranty | | | | |
| Parag Katkar 2115 Liberty Court Eagleville, PA 19403 | - | | | | | X | X | | 0.00 |
| Account No. 5119590 | | | | | Warranty | | | | |
| Paraskevoula V Papageorgiou 19 Short Lane Northampton, PA 18067 | - | | | | | | | | 1,284.00 |
| Account No. 5092805 | | | | | Warranty | | | | |
| Paris  Cobb 1037 Main Street Aliquippa, PA 15001 | - | | | | | X | X | | 0.00 |
| Account No. 5116148 | | | | | Warranty | | | | |
| Park Hyun 32952 Embassy Avenue Temecula, CA 92592 | - | | | | | X | X | | 0.00 |
| Account No. 5107621 | | | | | Warranty | | | | |
| Park Michael Tupper 5150 Hillside Road Columbia, SC 29206 | - | | | | | X | X | | 0.00 |

Sheet no. **3539** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      **1,284.00**

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5107815 | | | | Warranty | | | | |
| Parks Auto Parts Inc 1204 North Main Street Summerville, SC 29483 | - | | | | X | X | | 0.00 |
| Account No. 5122568 | | | | Warranty | | | | |
| Parrish R Young 3101 Park Blvd  Apt 2 Wildwood, NJ 08260 | - | | | | X | X | | 0.00 |
| Account No. 5131269 | | | | Warranty | | | | |
| Parrish Thomas 1232 West Sergeant Street Philadelphia, PA 19133 | - | | | | X | X | | 0.00 |
| Account No. 5126798 | | | | Warranty | | | | |
| Parrish Young 3101 Park Blvd Apt 2 Wildwood, NJ 08260 | - | | | | X | X | | 0.00 |
| Account No. 5124634 | | | | Warranty | | | | |
| Parthine Vorce 1545 North Main Street Niles, OH 44446 | - | | | | X | X | | 0.00 |

Sheet no. __3540__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096816** <br><br> **Pascal Jarjoura** <br> **1242 Emerald Creek Drive** <br> **Broadview Heights, OH 44147** | | - | **Warranty** | | | | 1,173.06 |
| Account No. **5101407** <br><br> **Pasquale John Navarra** <br> **31 Armanta Street** <br> **DuBois, PA 15801** | | - | **Warranty** | X | X | | 0.00 |
| Account No. **5108655** <br><br> **Pasquale Verrone** <br> **2784 Maefield Road** <br> **Bath, PA 18014** | | - | **Warranty** | X | X | | 0.00 |
| Account No. **5094188** <br><br> **Pat  Hardie** <br> **1140 Radnor Glen Drive** <br> **Brentwood, TN 37027** | | - | **Warranty** | X | X | | 0.00 |
| Account No. **5087100** <br><br> **Pat Foreman** <br> **885 Shelby Ontario Road** <br> **Mansfield, OH 44906** | | - | **Warranty** | X | X | | 0.00 |

Sheet no. **3541** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)

1,173.06

In re __Great Lakes Warranty Corporation_____,  Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5129387 | | | Warranty | | | | |
| Pat Jackson 551 Edgewood Avenue West Mifflin, PA 15122 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5125298 | | | Warranty | | | | |
| Pat McMakin 109 Allendale Drive Nashville, TN 37205 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5090926 | | | Warranty | | | | |
| Pat Sherrill 3308 Tourmaline Drive Murfreesboro, TN 37128 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5115373 | | | Warranty | | | | |
| Pathanjali V Sharma 653 Scenic Drive Beanville, PA 19506 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5126072 | | | Warranty | | | | |
| Patrice Hutchinson 1020 Valonia Street Pittsburgh, PA 15220 | - | | | | | | |
| | | | | | | | 383.19 |

Sheet no. __3542__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  383.19

In re **Great Lakes Warranty Corporation**                          Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097227** | | | Warranty | | | | |
| **Patrice Mejias** **1910 Sherwood Hall** **Alexandria, VA 22306** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107060** | | | Warranty | | | | |
| **Patricia  Castaneda** **2189 S 47th Drive** **Yuma, AZ 85364** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5093631** | | | Warranty | | | | |
| **Patricia  Coates** **PO Box 873** **Franklin, KY 42134** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101433** | | | Warranty | | | | |
| **Patricia  Mazurowski** **302 Newlins Rd West** **Easton, PA 18040** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119741** | | | Warranty | | | | |
| **Patricia  Steelman** **1611 Euclid Ave** **Bowling Green, KY 42103** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**3543** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5120824 | | | | Warranty | | | | |
| Patricia Stiles 336 Possum Hollow Rd Wampum, PA 16157 | - | | | | X | X | | 0.00 |
| Account No. 5048579 | | | | Warranty | | | | |
| Patricia Van Ruiten 6200 River Pointe Drive Apt G304 Boise, ID 83714 | - | | | | | | | 351.90 |
| Account No. 5089804 | | | | Warranty | | | | |
| Patricia Walker 5798 Riber Road Hillsboro, OH 45133 | - | | | | X | X | | 0.00 |
| Account No. 5117089 | | | | Warranty | | | | |
| Patricia Washington 4031 Hard Scrabble Road Columbia, SC 29223 | - | | | | | | | 87.75 |
| Account No. 5082708 | | | | Warranty | | | | |
| Patricia A Bertke 362 West Main St St Henry, OH 45883 | - | | | | | | | 1,506.00 |

Sheet no. 3544 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     1,945.65

In re   **Great Lakes Warranty Corporation**           ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. 5113946 | | | Warranty | | | | | |
| Patricia A Bombara 2720 Churchview Pittsburgh, PA 15227 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5097607 | | | Warranty | | | | | |
| Patricia A Bumgardner 31725 Noble Summit Road Middleport, OH 45760 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103283 | | | Warranty | | | | | |
| Patricia A DeLuca 80 Shirley Lane Littlestown, PA 17340 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5098190 | | | Warranty | | | | | |
| Patricia A Fistes Adang 2134 East Oakland Street Chandler, AZ 85225 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090238 | | | Warranty | | | | | |
| Patricia A Hardway 4912 New Jersey  Apt 903 Wichita, KS 67217 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3545** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)         **0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                    ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5116858 | | | | Warranty | | | | |
| Patricia A Johnson 2349 W Elm Street Allentown, PA 18104 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5082494 | | | | Warranty | | | | |
| Patricia A Lieving 2732 Hebbardsville Road Albany, OH 45710 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090391 | | | | Warranty | | | | |
| Patricia A Martin 6123 Philadelphia Drive Dayton, Oh 45415 | - | | | | | | | |
| | | | | | | | | 6.50 |
| Account No. 5109880 | | | | Warranty | | | | |
| Patricia A Myers 575 N Grant Street Wooster, OH 44691 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104339 | | | | Warranty | | | | |
| Patricia A New 2143 Hanby Square South Columbus, OH 43229 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3546** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    6.50

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5106449** | | | | | **Warranty** | | | | |
| **Patricia A Patterson 1507 Arborwood Apts Lindenwold, NJ 08021** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5110614** | | | | | **Warranty** | | | | |
| **Patricia A Patterson 714 County Road 3 Calhoun, TN 37309** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5100598** | | | | | **Warranty** | | | | |
| **Patricia A Show 318 Ogden Street Connellsville, PA 15425** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5110902** | | | | | **Warranty** | | | | |
| **Patricia A Sims 639 Apple Land Newberry, SC 29108** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5090522** | | | | | **Warranty** | | | | |
| **Patricia A Swart 10 Pioneer Village Athens, OH 45701** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3547** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**          Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5099196** | | | | | Warranty | | | | |
| **Patricia A Vargo** **143 Caulfield Avenue** **Deptford, NJ 08096** | - | | | | | X | X | | 0.00 |
| Account No. 5112392 | | | | | Warranty | | | | |
| **Patricia A Wright** **122 Camberwell Drive** **Pittsburgh, PA 15238** | - | | | | | | | | 235.00 |
| Account No. 5114942 | | | | | Warranty | | | | |
| **Patricia Ann Williams** **1510 Saint Andrews Road  Apt 1901** **Columbia, SC 29210** | - | | | | | X | X | | 0.00 |
| Account No. 5096741 | | | | | Warranty | | | | |
| **Patricia Armstrong** **P.O. Box 1388** **Camp Verde, AZ 86322** | - | | | | | X | X | | 0.00 |
| Account No. 5062413 | | | | | Warranty | | | | |
| **Patricia Ayers** **376 Baronswood Dr** **Nolensville, TN 37135** | - | | | | | | | | 274.35 |

Sheet no. **3548** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      509.35

In re **Great Lakes Warranty Corporation**                                        Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5107186 | | | | | Warranty | | | | |
| Patricia B McAneny 2805 Solly Avenue Philadelphia, PA 19152 | - | | | | | X | X | | 0.00 |
| Account No. 5126610 | | | | | Warranty | | | | |
| Patricia Baroner 1840 Ripley Drive Erie, PA 16510 | - | | | | | | | | 281.27 |
| Account No. 5091392 | | | | | Warranty | | | | |
| Patricia Bayer 38 Fox Lane Jim Thorpe, PA 18229 | - | | | | | X | X | | 0.00 |
| Account No. 5091787 | | | | | Warranty | | | | |
| Patricia Chikotas 405 Broad Street Ashland, PA 17921 | - | | | | | X | X | | 0.00 |
| Account No. 5052478 | | | | | Warranty | | | | |
| Patricia Crook 402 Funston Ave New Carlisle, OH 45344 | - | | | | | X | X | | 0.00 |

Sheet no. **3549** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        281.27

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                    ,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5069541** | | Warranty | | | | | | |
| **Patricia Curtis** **727 Purcell Ave** **Cincinnati, OH 45205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131198** | | Warranty | | | | | | |
| **Patricia Daccardi** **4214 Lackland Place** **Philadelphia, PA 19114** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132344** | | Warranty | | | | | | |
| **Patricia Dodson** **3613 Fifth Avenue** **Altoona, PA 16611** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109533** | | Warranty | | | | | | |
| **Patricia Ebsworth** **324 Broadway Avenue** **McKees Rocks, PA 15136** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116611** | | Warranty | | | | | | |
| **Patricia F Childs** **9437 Agattu Circle** **Eagle River, AK 99577** | - | | | | | | | |
| | | | | | | | | 909.50 |

Sheet no.**3550** of **4906** sheets attached to Schedule of          Subtotal          | 909.50 |
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5108311** | | | | Warranty | | | | |
| **Patricia F Wade 3024 Alling Drive Twinsburg, OH 44087** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121637** | | | | Warranty | | | | |
| **Patricia G Etzold 1102 North Main St Bessemer, PA 16112** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132210** | | | | Warranty | | | | |
| **Patricia Gant 8761 Quintane Lane Las Vegas, NV 89123** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5062706** | | | | Warranty | | | | |
| **Patricia Gorgone 1453 Pine Island View Mt. Pleasant, SC 29464** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5077635** | | | | Warranty | | | | |
| **Patricia Grimes 3408 Shellbark Drive Whites Creek, TN 37189** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3551** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   0.00

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5091780** | | | **Warranty** | | | | |
| **Patricia Grubb** **29613 North 59th Street** **Cave Creek, AZ 85331** | - | | | X | X | | 0.00 |
| Account No. **5122023** | | | **Warranty** | | | | |
| **Patricia Gurcak** **993 Becks Run Rd** **Pittsburgh, PA 15210** | - | | | X | X | | 0.00 |
| Account No. **5118262** | | | **Warranty** | | | | |
| **Patricia Harbison** **12044 Covert Rd** **Philadelphia, PA 19154** | - | | | X | X | | 0.00 |
| Account No. **5065153** | | | **Warranty** | | | | |
| **Patricia Haro** **1015 West Valley View Drive** **Phoenix, AZ 85041** | - | | | X | X | | 0.00 |
| Account No. **5125715** | | | **Warranty** | | | | |
| **Patricia Harpster** **233 Donna Street** **Hollidaysburg, PA 00016-6448** | - | | | X | X | | 0.00 |

Sheet no. **3552** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re   **Great Lakes Warranty Corporation**            ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130171**<br><br>**Patricia Heinzman**<br>**2429 Newark Road**<br>**Zanesville, OH 43701** | - | | Warranty | | | | 71.58 |
| Account No. **5065151**<br><br>**Patricia Hemphill**<br>**PO Box 106**<br>**West Yellowstone, MT 59758** | - | | Warranty | X | X | | 0.00 |
| Account No. **5092918**<br><br>**Patricia Hogsett**<br>**PO Box 412**<br>**Trimble, OH 45782** | - | | Warranty | X | X | | 0.00 |
| Account No. **5122923**<br><br>**Patricia I Adams**<br>**111 Bayberry Circle**<br>**Allegheny Twp, PA 15068** | - | | Warranty | X | X | | 0.00 |
| Account No. **5075805**<br><br>**Patricia I Powell**<br>**4174 E 188th Street**<br>**Cleveland, OH 44122** | - | | Warranty | X | X | | 0.00 |

Sheet no. **3553** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     71.58

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5115861** | | | | **Warranty** | | | | |
| **Patricia J Bahr** **2 Circle Drive** **The Plains, OH 45780** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128305** | | | | **Warranty** | | | | |
| **Patricia J Wilson** **1546 Moss St** **Reading, PA 19604** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099493** | | | | **Warranty** | | | | |
| **Patricia J Zellner** **3529 Glen Allen** **Cleveland Heights, OH 44121** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5066571** | | | | **Warranty** | | | | |
| **Patricia Johnson** **PO Box 21 / 149 Spring Street** **Pikeville, TN 37367** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111496** | | | | **Warranty** | | | | |
| **Patricia K  Steward** **8683 Dublin Ridge** **Massilon, OH 44646** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3554** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                                    ,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5101707** | | | | **Warranty** | | | | |
| **Patricia L Bongiardino** **18 Ormond Road** **Hewitt, NJ 07421** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124476** | | | | **Warranty** | | | | |
| **Patricia L Fort** **27688 Hwy 12** **Salvo, NC 27972** | - | | | | | | | |
| | | | | | | | | **165.50** |
| Account No. **5110863** | | | | **Warranty** | | | | |
| **Patricia L Hallstrom** **5842 E Redwing Road** **Paradise Valley, AZ 85253** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5071714** | | | | **Warranty** | | | | |
| **Patricia L Jessee** **123 Columbine Rd** **Kingsport, TN 37660** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086149** | | | | **Warranty** | | | | |
| **Patricia L King** **1705 Katherine Court** **Flower Mound, TX 75022** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3555** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **165.50**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5123532 | | | | | Warranty | | | | |
| Patricia L Lober 307 Paulson Place Antioch, TN 37013 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5121526 | | | | | Warranty | | | | |
| Patricia L McNamee 308 N Mercer St  Apt 10 New Castle, PA 16101 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5112444 | | | | | Warranty | | | | |
| Patricia L Radakovich 545 Frayne Street Pittsburgh, PA 15207 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5088074 | | | | | Warranty | | | | |
| Patricia L Singelyn 18991 Munn Road Chagrin Falls, Oh 44023 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5131942 | | | | | Warranty | | | | |
| Patricia L Steiner 431 Allen Street W Hazelton, PA 18202 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3556** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                          ,          Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100223** | | | Warranty | | | | |
| **Patricia L Zapp** **417 N Lake Street** **Madison, OH 44057** | - | | | | | | **587.20** |
| Account No. **5130582** | | | Warranty | | | | |
| **Patricia Lorocca** **329 Shady Ridge Drive** **Monroeville, PA 15140** | - | | | X | X | | **0.00** |
| Account No. **5042133** | | | Warranty | | | | |
| **Patricia M Clark** **5821 Fireside Dr** **Brentwood, TN 37027** | - | | | X | X | | **0.00** |
| Account No. **5105794** | | | Warranty | | | | |
| **Patricia M Denlinger** **41 West Main Street** **Leola, PA 17540** | - | | | X | X | | **0.00** |
| Account No. **5087029** | | | Warranty | | | | |
| **Patricia M Fyock** **315 Orchard Street** **Johnstown, PA 15905** | - | | | X | X | | **0.00** |

Sheet no. **3557** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**587.20**

In re   **Great Lakes Warranty Corporation**                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **5121157** | | | | | | **Warranty** | | | | |
| **Patricia M Henson**<br>**315 Market St**<br>**Bristol, PA 19007** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5117256** | | | | | | **Warranty** | | | | |
| **Patricia M Shreve**<br>**48521 Hamilton Road**<br>**E Palestine, OH 44413** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5087339** | | | | | | **Warranty** | | | | |
| **Patricia M Walker**<br>**4025 Centurion Pass**<br>**West Columbia, SC 29170** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5122027** | | | | | | **Warranty** | | | | |
| **Patricia Macalister**<br>**3300 Winter Haven  129**<br>**Las Vegas, NV 89108** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5123838** | | | | | | **Warranty** | | | | |
| **Patricia Marie  Kyer**<br>**256 Hirol St**<br>**Carolina, WV 26563** | - | | | | | | | | | |
| | | | | | | | | | | **2,430.00** |

Sheet no. **3558** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,430.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089561** | | | **Warranty** | | | | |
| **Patricia Marie Chenet 424 21st Street Aliquippa, PA 15001** | - | | | | | | **37.20** |
| Account No. **5127104** | | | **Warranty** | | | | |
| **Patricia Markovic 4681 Edgewater Drive Sheffield Lake, OH 44054** | - | | | X | X | | **0.00** |
| Account No. **5101566** | | | **Warranty** | | | | |
| **Patricia McCoy 6675 Clearbrook Drive Nashville, TN 37205** | - | | | X | X | | **0.00** |
| Account No. **5074949** | | | **Warranty** | | | | |
| **Patricia McCray 619 W Church Street Corry, PA 16407** | - | | | X | X | | **0.00** |
| Account No. **5132162** | | | **Warranty** | | | | |
| **Patricia Piatowski 5522 River Run Drive Fairview, PA 16415** | - | | | X | X | | **0.00** |

Sheet no. **3559** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **37.20**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5117867 | | | | Warranty | | | | |
| Patricia Plunkett 587 Williams Circle West Columbia, SC 29172 | - | | | | | | | 661.32 |
| Account No. 5046211 | | | | Warranty | | | | |
| Patricia Raver 204 Camelot Drive Goose Creek, SC 29445 | - | | | | X | X | | 0.00 |
| Account No. 5131246 | | | | Warranty | | | | |
| Patricia Rickenbauch 12 Highland Ct Reinholds, PA 17569 | - | | | | X | X | | 0.00 |
| Account No. 5126266 | | | | Warranty | | | | |
| Patricia Robinson 6655 Sprague Street Philadelphia, PA 19119 | - | | | | X | X | | 0.00 |
| Account No. 5105807 | | | | Warranty | | | | |
| Patricia Russell 91 Custer Rd Heath, OH 43056 | - | | | | | | | 965.00 |

Sheet no. **3560** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  1,626.32

In re   **Great Lakes Warranty Corporation**                                  ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109359** | | | Warranty | | | | |
| **Patricia S Kinloch** **105 Leake Avenue  #63** **Nashville, TN 37205** | - | | | X | X | | 0.00 |
| Account No. **5099632** | | | Warranty | | | | |
| **Patricia S Qualk** **853 Meadow Street** **California, PA 15419** | - | | | X | X | | 0.00 |
| Account No. **5118032** | | | Warranty | | | | |
| **Patricia S Waters** **191 Harper St** **Nelsonville, OH 45764** | - | | | X | X | | 0.00 |
| Account No. **5124776** | | | Warranty | | | | |
| **Patricia Shipley** **51 Milton Street** **Uniontown, PA 15401** | - | | | X | X | | 0.00 |
| Account No. **5129550** | | | Warranty | | | | |
| **Patricia Simpson** **64 Main Street** **Hickory, PA 15340** | - | | | X | X | | 0.00 |

Sheet no. **3561** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127951** | | | Warranty | | | | |
| **Patricia Smith Franks Wright** **1657 Tassey Road** **Readyville, TN 37149** | - | | | X | X | | 0.00 |
| Account No. **5117619** | | | Warranty | | | | |
| **Patricia Sokolowski** **1214 Elliott Drive** **Murfreesboro, TN 37129** | - | | | X | X | | 0.00 |
| Account No. **5129341** | | | Warranty | | | | |
| **Patricia Streit** **14 Brewery Lane** **Tryon, NC 28782** | - | | | X | X | | 0.00 |
| Account No. **5127957** | | | Warranty | | | | |
| **Patricia Taylor** **HC 86 Box 402** **Greenspring, WV 26722** | - | | | X | X | | 0.00 |
| Account No. **5076393** | | | Warranty | | | | |
| **Patricia Thompson** **P.O. Box 41972** **Phoenix, AZ 85080** | - | | | X | X | | 0.00 |

Sheet no. **3562** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**
_____,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5058601 | | | | Warranty | | | | |
| Patricia Wesney 9446 Portie Flamingo Corning, OH 43730 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092303 | | | | Warranty | | | | |
| Patricia Wilson 09560 State Route 364 New Bremen, OH 45869 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132620 | | | | Warranty | | | | |
| Patricia Zamarripa 948 Serpent Rose Ct Henderson, NV 89052 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105107 | | | | Warranty | | | | |
| Patrick Coleman 98 Terrace Street Carbondale, PA 18704 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086660 | | | | Warranty | | | | |
| Patrick Hatch 834A West Main Street Palmyra, PA 17078 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __3563__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                              ,     Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5076503 | | | | Warranty | | | | |
| Patrick  Huwe 1133 Jackson Street Pittsburgh, PA 15221 | - | | | | | | | 724.80 |
| Account No. 5113874 | | | | Warranty | | | | |
| Patrick  Millette 6914 West St Charles AVe Laveen, AZ 85339 | - | | | | X | X | | 0.00 |
| Account No. 5117269 | | | | Warranty | | | | |
| Patrick  Oigbokie 104 Woodlands Park Drive Brandon, MS 39047 | - | | | | X | X | | 0.00 |
| Account No. 5072054 | | | | Warranty | | | | |
| Patrick  Smock 17147 E Tennessee Dr Aurora, CO 80017 | - | | | | X | X | | 0.00 |
| Account No. 5108408 | | | | Warranty | | | | |
| Patrick A Smith 4221 Wren Hill Cove Arlington, TN 38002 | - | | | | | | | 133.82 |

Sheet no. **3564**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   858.62

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5085797** | | | | **Warranty** | | | | |
| **Patrick B Cence** **305 McIntyre Avenue** **Patton, PA 16668** | - | | | | | | | |
| | | | | | | | | **115.00** |
| Account No. 5088133 | | | | **Warranty** | | | | |
| **Patrick B Connors** **4555 Socialville Foster Road** **Mason, OH 45040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118911 | | | | **Warranty** | | | | |
| **Patrick B Hastings** **217 Wilsonia Ave** **Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112907 | | | | **Warranty** | | | | |
| **Patrick Blanchard** **7669 Hidden Lake Drive** **Hudsonville, MI 49426** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132037 | | | | **Warranty** | | | | |
| **Patrick Bourque** **945 Bosler Avenue #E** **Lemoyne, PA 17043** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3565** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

115.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5093169** | | | | Warranty | | | | |
| **Patrick Brewer** **1307 River run Circle** **Sevierville, TN 37876** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090966** | | | | Warranty | | | | |
| **Patrick Brewer** **1307 River Run Circle** **Sevierville, TN 37876** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111163** | | | | Warranty | | | | |
| **Patrick C Straub** **10 Elk Avenue** **Ridgeway, PA 16853** | - | | | | | | | |
| | | | | | | | | **209.50** |
| Account No. **5088587** | | | | Warranty | | | | |
| **Patrick Carpenter** **15221 Gaskill Drive  Lot 25A** **Alliance, OH 44601** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109606** | | | | Warranty | | | | |
| **Patrick Chalk** **1922 Doby Dr** **Rock Hill, SC 29730** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.__**3566**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**209.50**

In re **Great Lakes Warranty Corporation** ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5077049<br><br>Patrick Cobrea<br>17450 NE 163rd Place<br>Woodinville, WA 98072 | - | | Warranty | | | | 1,169.60 |
| Account No. 5065084<br><br>Patrick Connally<br>1740 40th Street SE<br>Washington, DC 20020 | - | | Warranty | X | X | | 0.00 |
| Account No. 5116272<br><br>Patrick D Rooney<br>1564 Bottom Road<br>Brookville, PA 15825 | - | | Warranty | X | X | | 0.00 |
| Account No. 5115818<br><br>Patrick D Thoma<br>1038 Meadowview Drive<br>Apollo, PA 15613 | - | | Warranty | X | X | | 0.00 |
| Account No. 5109963<br><br>Patrick Darago<br>2075 Issaquah Street<br>Cuyahoga Falls, OH 44221 | - | | Warranty | X | X | | 0.00 |

Sheet no. **3567** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,169.60**

In re **Great Lakes Warranty Corporation**                                    , Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5087912** | | | | Warranty | | | | |
| **Patrick E Callis 5551 FM 2633 Santa Anna, TX 76878** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5110555 | | | | Warranty | | | | |
| **Patrick E Rodriguez 1456 Charlton Heights Road Coraopolis, PA 15108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086202 | | | | Warranty | | | | |
| **Patrick Eigner 58 Brown Chapel Road Newberry, SC 29108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122696 | | | | Warranty | | | | |
| **Patrick F  Kelly 486 2nd St  PO Box 512 Fayette City, PA 15438** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108376 | | | | Warranty | | | | |
| **Patrick F Gardner 111 Center Avenue Morgantown, PA 19543** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no._**3568**_ of _**4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5069561** | | | | | **Warranty** | | | | |
| **Patrick Fowler** **2803 Pleasant Way** **Lancaster, OH 43130** | | - | | | | X | X | | 0.00 |
| Account No. **5081439** | | | | | **Warranty** | | | | |
| **Patrick Gaston** **321 Attavia Drive** **Camano Island, WA 98282** | | - | | | | X | X | | 0.00 |
| Account No. **5129130** | | | | | **Warranty** | | | | |
| **Patrick Gioitta** **1565 Chelmsford Road** **Mayfield Heights, OH 44124** | | - | | | | X | X | | 0.00 |
| Account No. **5116947** | | | | | **Warranty** | | | | |
| **Patrick H Nosker** **1037 Bell Run Road** **Reynoldsville, PA 15851** | | - | | | | X | X | | 0.00 |
| Account No. **5089953** | | | | | **Warranty** | | | | |
| **Patrick J Cummiskey** **2024 Daylily Drive** **Franklin, TN 37067** | | - | | | | X | X | | 0.00 |

Sheet no. **3569** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5091385 | | | | Warranty | | | | |
| Patrick J Gibson 2887 Chaneysville Road Clearville, PA 15535 | - | | | | X | X | | 0.00 |
| Account No. 5117251 | | | | Warranty | | | | |
| Patrick J Hughes 1905 Cardinal Circle Norristown, PA 19403 | - | | | | | | | 399.50 |
| Account No. 5114826 | | | | Warranty | | | | |
| Patrick J Kopfle 423 Denniston Avenue #1 Pittsburgh, PA 15206 | - | | | | X | X | | 0.00 |
| Account No. 5083422 | | | | Warranty | | | | |
| Patrick J Quinn 5521 E Cholla Street Scottsdale, AZ 85254 | - | | | | X | X | | 0.00 |
| Account No. 5112102 | | | | Warranty | | | | |
| Patrick J Rohr 18837 Racine Road Marshallville, OH 44645 | - | | | | X | X | | 0.00 |

Sheet no. **3570** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **399.50**

In re **Great Lakes Warranty Corporation**  ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5102791** | | | **Warranty** | | | | |
| **Patrick J Smith** **743 Main Street** **Wellsville, OH 43968** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5095211** | | | **Warranty** | | | | |
| **Patrick Joseph Son** **305 Country Club Dr** **Mountaintop, PA 18707** | - | | | | | | |
| | | | | | | | 563.00 |
| Account No. **5038089** | | | **Warranty** | | | | |
| **Patrick K Leahy** **33 Argyle Road** **Rye Brook, NY 10573** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5098382** | | | **Warranty** | | | | |
| **Patrick Kerr Sr** **331 Clarendon Avenue NW** **Canton, OH 44708** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115273** | | | **Warranty** | | | | |
| **Patrick Kircher** **3100 Woodsgate Drive** **Little Rock, AR 72211** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3571** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **563.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                                    ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5112042 | | | | Warranty | | | | |
| Patrick L Edwards 507 Washington Court LaVergne, TN 37086 | - | | | | X | X | | 0.00 |
| Account No. 5101926 | | | | Warranty | | | | |
| Patrick L Largent 1617 Green Friar Drive Columbus, OH 43228 | - | | | | X | X | | 0.00 |
| Account No. 5132026 | | | | Warranty | | | | |
| Patrick Lam 568 Continental Drive Northfield, OH 44067 | - | | | | X | X | | 0.00 |
| Account No. 5089081 | | | | Warranty | | | | |
| Patrick Lassonde 5545 Mechanisville Road Mechanisville, PA 18934 | - | | | | X | X | | 0.00 |
| Account No. 5120508 | | | | Warranty | | | | |
| Patrick Lentz 510 Simpson Rd Trafford, PA 15085 | - | | | | X | X | | 0.00 |

Sheet no. **3572** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**           ,      Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5090589** | | | | **Warranty** | | | | |
| **Patrick Lewis** **1376 Tennell Lane** **Dyersburg, TN 38024** | - | | | | X | X | | 0.00 |
| Account No. 5125177 | | | | **Warranty** | | | | |
| **Patrick Maloney** **1284 General Mercer Avenue** **Washington Crossing, PA 18977** | - | | | | X | X | | 0.00 |
| Account No. 5116952 | | | | **Warranty** | | | | |
| **Patrick Matthews** **1538 Jone Swamp Road** **Walterboro, SC 29488** | - | | | | | | | 471.46 |
| Account No. 5124072 | | | | **Warranty** | | | | |
| **Patrick Meier** **14145 N. 92nd St. 2165** **Scottsdale, AZ 85260** | - | | | | X | X | | 0.00 |
| Account No. 5123419 | | | | **Warranty** | | | | |
| **Patrick Mellerson** **879 Club Lane** **Sumter, SC 29154** | - | | | | X | X | | 0.00 |

Sheet no. **3573** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

471.46

In re **Great Lakes Warranty Corporation**        ,    Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127525** <br><br> **Patrick Mountford** <br> **11924 Arbuckle Road** <br> **Union City, PA 16438** | - | | Warranty | | | | 260.48 |
| Account No. **5060897** <br><br> **Patrick Murphy** <br> **102 S Quarty Circle** <br> **Chandler, AZ 85225** | - | | Warranty | X | X | | 0.00 |
| Account No. **5113904** <br><br> **Patrick N Londergan** <br> **11688 Collins Arbogast Road** <br> **South Vienna, OH 45369** | - | | Warranty | X | X | | 0.00 |
| Account No. **5099018** <br><br> **Patrick O Bryant** <br> **12807 Terrace Lane** <br> **Crestwood, IL 60445** | - | | Warranty | X | X | | 0.00 |
| Account No. **5127230** <br><br> **Patrick Oakes** <br> **1204 Robbins St** <br> **Pittsburgh, PA 15236** | - | | Warranty | X | X | | 0.00 |

Sheet no. **3574** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     260.48
(Total of this page)

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130766** | | | | **Warranty** | | | | |
| **Patrick OBrien** **2 Dolphin Road** **Levittown, PA 19056** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5069447** | | | | **Warranty** | | | | |
| **Patrick Outlaw** **21515 Green Thicket Ct** **Spring, TX 77388** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098135** | | | | **Warranty** | | | | |
| **Patrick Parks** **1305 Glengoyne Place** **Nashville, TN 37220** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5078041** | | | | **Warranty** | | | | |
| **Patrick Pettit** **15752 Meadow Ridge Dr** **Groveland, FL 34736** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098127** | | | | **Warranty** | | | | |
| **Patrick R Duffy** **2 Park Avenue  Apt 4G** **East Chester, NY 10709** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3575** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation**            Case No. _____
                                              ,
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5101195**<br><br>**Patrick R McCoy**<br>**412 Arnold Street**<br>**Las Vegas, NV 89106** | | - | | **Warranty** | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113984**<br><br>**Patrick S Schmidt**<br>**22363 South Beaver Road**<br>**Conneautville, PA 16406** | | - | | **Warranty** | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105668**<br><br>**Patrick Santomen**<br>**5100 Laura Court**<br>**Bakersfield, CA 93308** | | - | | **Warranty** | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121843**<br><br>**Patrick Sharpe**<br>**6009 Edmond Hwy  Lot 2**<br>**Lexington, SC 29073** | | - | | **Warranty** | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117685**<br><br>**Patrick Shelton**<br>**830 Taylor Street**<br>**Newberry, SC 29108** | | - | | **Warranty** | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3576** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
               (Total of this page)          **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5113481** | | | | **Warranty** | | | | |
| **Patrick Tan** **10723 W. Coolidge Street** **Phoenix, AZ 85037** | - | | | | | | | **664.50** |
| Account No. **5129952** | | | | **Warranty** | | | | |
| **Patrick W Derosia** **3301 Flower Valley St** **Memphis, TN 38128** | - | | | | X | X | | **0.00** |
| Account No. **5121307** | | | | **Warranty** | | | | |
| **Patrick W Karr** **8 W 2nd St** **Lakewood, NY 14750** | - | | | | X | X | | **0.00** |
| Account No. **5085581** | | | | **Warranty** | | | | |
| **Patrick W Keenan** **335 William Street** **Watertown, NY 13601** | - | | | | X | X | | **0.00** |
| Account No. **5110140** | | | | **Warranty** | | | | |
| **Patrick W Kemmerer** **1125 Brock Street** **Allentown, PA 18103** | - | | | | X | X | | **0.00** |

Sheet no. **3577** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**664.50**

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5090637** | | | | **Warranty** | | | | |
| **Patrick W Shultz** **1599 State Route 730** **Wilmington, OH 45177** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132697** | | | | **Warranty** | | | | |
| **Patrick Willaman** **600 Ivan Drive Apt 6** **Grove City, PA 16127** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124025** | | | | **Warranty** | | | | |
| **Patson Kennivong** **2031 Streling Street** **Murfreesboro, TN 37127** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119182** | | | | **Warranty** | | | | |
| **Patsy  Deming** **6780 Messick Rd** **Memphis, TN 38119** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089589** | | | | **Warranty** | | | | |
| **Patsy L Taylor** **126 Webster School Road** **Grantville, PA 17028** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3578** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**　　　　　　　　　,　　Case No. _____
　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5050287** | | | Warranty | | | | |
| **Patsy Shirey** **7853 133rd Rd** **Live Oak, Fl 32060** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5127830 | | | Warranty | | | | |
| **Patsy Stone** **280 Lilard Road** **Benton, TN 37307** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5129377 | | | Warranty | | | | |
| **Patsy West** **PO Box 43 309 Broad Street** **Milmay, NJ 08340** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5129747 | | | Warranty | | | | |
| **Patte Morrison** **7547 Neshoba Rd** **Germantown, TN 38138** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5089142 | | | Warranty | | | | |
| **Patti Hirst** **6573 W Irma Lane** **Glendale, AZ 85308** | - | | | | | | |
| | | | | | | | **801.30** |

Sheet no. **3579** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal　　　　**801.30**
(Total of this page)

In re  **Great Lakes Warranty Corporation**                                          ,      Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096120** | | | Warranty | | | | |
| **Patti Tallent 445 East Linden Avenue Miamisburg, OH 45342** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5068029** | | | Warranty | | | | |
| **Patty Gould 694 Estrella Drive Gilbert, AZ 85233** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5091863** | | | Warranty | | | | |
| **Patty J Morrison 121 Ruff Lane Acme, PA 15610** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5089051** | | | Warranty | | | | |
| **Patty J Morrison 121 Ruff Lane Acme, PA 15610** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5128359** | | | Warranty | | | | |
| **Patty K Puzak 210 half Rear West Main St Mt. Pleasant, PA 15666** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3580** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  0.00

In re **Great Lakes Warranty Corporation**                                      Case No. _____

_____,

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5112162 | | | | Warranty | | | | |
| Patty Latonis 8409 W Dreyfus Drive Peoria, AZ 85381 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126374 | | | | Warranty | | | | |
| Patty Preston 617 Hanna Avenue Loveland, OH 45140 | - | | | | | | | |
| | | | | | | | | 3,119.00 |
| Account No. 5069163 | | | | Warranty | | | | |
| Patty Strouse 87 Schott Road Perkasie, PA 18944 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130491 | | | | Warranty | | | | |
| Paul  Hcks 109 Egypt Rd Mont Clare, PA 19453 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125650 | | | | Warranty | | | | |
| Paul  Johnson 166 Hunters Run Place NW Cleveland, TN 37312 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3581** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **3,119.00**

In re **Great Lakes Warranty Corporation** ,
_____
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5130449** | | | | **Warranty** | | | | |
| **Paul Kalyango** **896 Wilson Dr** **Cape May, NJ 08204** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5099746** | | | | **Warranty** | | | | |
| **Paul Kramer Jr** **33 South Sixth Street** **Quakertown, PA 18951** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5074030** | | | | **Warranty** | | | | |
| **Paul Krasusky** **26 Susan Drive** **Tolland, CT 06084** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122672** | | | | **Warranty** | | | | |
| **Paul Krushnowski** **30 East Frothingham St** **Pittston, PA 18640** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111208** | | | | **Warranty** | | | | |
| **Paul Marra** **112 S Market St** **Mechancsburg, PA 17055** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3582** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re  **Great Lakes Warranty Corporation**                          Case No. _____
                                                            ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5086414** | | | | Warranty | | | | |
| **Paul Mercer 695 Ed Davis Road Wellston, OH 45692** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097550** | | | | Warranty | | | | |
| **Paul Ott 22 Edgemont Lane Newmanstown, PA 17073** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128102** | | | | Warranty | | | | |
| **Paul Sizemore 568 South Queen Street Littlestown, PA 17340** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5044721** | | | | Warranty | | | | |
| **Paul Smith 1453 Lutztown Rd Boiling Springs, PA 17007** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5074217** | | | | Warranty | | | | |
| **Paul Wasserman 3840 N Jokake Scottsdale, AZ 85257** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3583** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re   **Great Lakes Warranty Corporation**                                        ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5119107** | | **Warranty** | | | | | | |
| **Paul A Banting 1664 Moravia Rd Enon Valley, PA 16120** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109544** | | **Warranty** | | | | | | |
| **Paul A Bates 1486 McFarland Avenue Pittsburgh, PA 15216** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089220** | | **Warranty** | | | | | | |
| **Paul A Hendrick 8715 165 St Jamaica, NY 11432** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110652** | | **Warranty** | | | | | | |
| **Paul A Knutson 720 First Street Pottsville, PA 17961** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116169** | | **Warranty** | | | | | | |
| **Paul A Lovejoy 120 Heidinger Drive Cary, NC 27511** | - | | | | | | | |
| | | | | | | | | 1,364.50 |

Sheet no.**3584** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **1,364.50**

In re   **Great Lakes Warranty Corporation**                  ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5090046** | | | | Warranty | | | | |
| **Paul A Mash** **49 Pine Aire Village** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085992** | | | | Warranty | | | | |
| **Paul A Orme** **7232 Mountain Trail** **Centerville, OH 45439** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100958** | | | | Warranty | | | | |
| **Paul A Shunk** **1148 Skyline Drive** **Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109741** | | | | Warranty | | | | |
| **Paul Abraham** **1870 E Haleys Creek Road** **Centerville, TN 37033** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099051** | | | | Warranty | | | | |
| **Paul Allen Musi Jr** **245 Harvard Avenue** **Lancaster, PA 17603** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3585** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                             Subtotal
                                     (Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5127386 | | | | Warranty | | | | |
| Paul Alvarez Jr 704 Colleen Ct Wexford, PA 15090 | - | | | | X | X | | 0.00 |
| Account No. 5071973 | | | | Warranty | | | | |
| Paul Babin 118 Holly Creek Drive Irmo, SC 29063 | - | | | | | | | 455.25 |
| Account No. 5087503 | | | | Warranty | | | | |
| Paul Baciu 1592 Wakefield Court Mundelein, IL 60060 | - | | | | X | X | | 0.00 |
| Account No. 5095127 | | | | Warranty | | | | |
| Paul Balch 605 Landau Drive Nashville, TN 37209 | - | | | | X | X | | 0.00 |
| Account No. 5127402 | | | | Warranty | | | | |
| Paul Balding 1941 Hwy 31 W Whitehouse, TN 37188 | - | | | | X | X | | 0.00 |

Sheet no. **3586** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 455.25

In re **Great Lakes Warranty Corporation**         Case No. _____
_____,
               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5128923** | | | | | Warranty | | | | |
| **Paul Beaston** **2535 Rt 35 S** **East Waterford, PA 17021** | - | | | | | X | X | | 0.00 |
| Account No. **5126741** | | | | | Warranty | | | | |
| **Paul Bennis** **307 Grandview Ave** **Perkasie, PA 18944** | - | | | | | X | X | | 0.00 |
| Account No. **5051108** | | | | | Warranty | | | | |
| **Paul Bongiardina** **1159 E Redfield RD** **Tempe, AZ 85283** | - | | | | | X | X | | 0.00 |
| Account No. **5126938** | | | | | Warranty | | | | |
| **Paul Bowers** **PO Box 867 813 ST Rt 708** **Russlles Point, OH 43348** | - | | | | | X | X | | 0.00 |
| Account No. **5115905** | | | | | Warranty | | | | |
| **Paul Bristol** **815 Neel Street** **Pittsburgh, PA 15120** | - | | | | | X | X | | 0.00 |

Sheet no. **3587** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5058871** | | | Warranty | | | | |
| **Paul Bruce Jones** **23 Echo Valley Drive** **New Providence, PA 17560** | - | | | | | | 151.87 |
| Account No. **5087428** | | | Warranty | | | | |
| **Paul C Daniels** **301 W Byrd Avenue** **Coolidge, AZ 85228** | - | | | X | X | | 0.00 |
| Account No. **5090074** | | | Warranty | | | | |
| **Paul C Schneider** **9096 Myers Road** **Centerburg, OH 43011** | - | | | | | | 1,074.31 |
| Account No. **5123313** | | | Warranty | | | | |
| **Paul Carter** **1227 Worley Avenue** **Canton, OH 44703** | - | | | X | X | | 0.00 |
| Account No. **5097325** | | | Warranty | | | | |
| **Paul Clark** **52 Cherry Lane** **Braintree, MA 02184** | - | | | | | | 739.90 |

Sheet no. **3588** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,966.08**

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5116878** | | | | **Warranty** | | | | |
| **Paul Clough**<br>**3300 Eliska Street**<br>**Pittsburgh, PA 15204** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108372** | | | | **Warranty** | | | | |
| **Paul Colombos**<br>**5465 Jennifer Lane**<br>**Tobyhanna, PA 18466** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119191** | | | | **Warranty** | | | | |
| **Paul Colvin**<br>**990 Antioch Rd**<br>**Oak Hill, OH 45656** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102532** | | | | **Warranty** | | | | |
| **Paul Coutcher**<br>**19215 State Route 51**<br>**Elmore, OH 43416** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104812** | | | | **Warranty** | | | | |
| **Paul D  Bell**<br>**46740 Morning Star Rd**<br>**Racine, OH 45771** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3589** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                     0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5098804** <br><br> **Paul D Feagans <br> PO Box 378 <br> Tonganoxie, KS 66086** | | - | Warranty | | | | 635.07 |
| Account No. **5105942** <br><br> **Paul D Seyfert <br> 422 Orchard <br> Fleetwood, PA 19522** | | - | Warranty | X | X | | 0.00 |
| Account No. **5089211** <br><br> **Paul D Silvestri <br> 3419 Eden Street <br> Philadelphia, PA 19114** | | - | Warranty | X | X | | 0.00 |
| Account No. **5098074** <br><br> **Paul D Sulham II <br> 986 Goodman Street <br> Memphis, TN 38111** | | - | Warranty | X | X | | 0.00 |
| Account No. **5111743** <br><br> **Paul Dascani <br> 132 Shenandoah Road  PO Box 805 <br> Connellsville, PA 15425** | | - | Warranty | X | X | | 0.00 |

Sheet no. **3590** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             635.07

In re **Great Lakes Warranty Corporation**                                      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5106853** | | | Warranty | | | | |
| **Paul Davidson**<br>**220 Lynnwood Boulevard**<br>**Nashville, TN 37205** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102293** | | | Warranty | | | | |
| **Paul Detwiler**<br>**84 N Loveland Avenue**<br>**Kingston, PA 18704** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129941** | | | Warranty | | | | |
| **Paul E  Cyrus**<br>**152 Sherman Ave**<br>**Ashland, OH 44905** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100168** | | | Warranty | | | | |
| **Paul E Gardinsky**<br>**33 S Bower Street**<br>**Shenandoah, PA 17976** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100368** | | | Warranty | | | | |
| **Paul E Goosby**<br>**410 Twelfth Street**<br>**Beaver Falls, PA 15010** | - | | | | | | |
| | | | | | | | 218.50 |

Sheet no. **3591** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                     218.50

In re **Great Lakes Warranty Corporation** _____ ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5087384** | | | | | **Warranty** | | | | |
| **Paul E Pato**<br>**209 Grant Street Ext**<br>**Star Junction, PA 15482** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5121813** | | | | | **Warranty** | | | | |
| **Paul E Watford**<br>**8227 Sea Mist Ct**<br>**West Chester, OH 45069** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5123918** | | | | | **Warranty** | | | | |
| **Paul E. Mertens**<br>**301 Five Acres Drive**<br>**Pittsburgh, PA 15238** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5092272** | | | | | **Warranty** | | | | |
| **Paul Edgerton**<br>**2312 Foster Gwin Lane**<br>**Fayetteville, NC 28304** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5092400** | | | | | **Warranty** | | | | |
| **Paul F Ashley**<br>**14881 Cenmont  PO Box 37**<br>**North Lawrence, OH 44666** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3592** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                             Subtotal              0.00
(Total of this page)

In re   **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5083431** | | | | | Warranty | | | | |
| **Paul F Yoculan** **5311 Roslindale Avenue** **Erie, PA 16509** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5127900** | | | | | Warranty | | | | |
| **Paul Fallis** **55 Candi Brooke** **Corbin, KY 40701** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5122584** | | | | | Warranty | | | | |
| **Paul Fischer** **156 Weil Rd** **Boyertown, PA 19512** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5128177** | | | | | Warranty | | | | |
| **Paul Foltz** **4375 E Sunset Road 1322** **Las Vegas, NV 89014** | - | | | | | | | | |
| | | | | | | | | | 1,257.50 |
| Account No. **5041936** | | | | | Warranty | | | | |
| **Paul Foster** **3440 Wildrose Circle** **Parker, CO 80138** | - | | | | | | | | |
| | | | | | | | | | 2,100.00 |

Sheet no. **3593** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,357.50

In re **Great Lakes Warranty Corporation** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5098125** | | | | Warranty | | | | |
| **Paul Frazier** **711 Newport Lane** **Streetsboro, OH 44241** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103056** | | | | Warranty | | | | |
| **Paul Fulton** **46 Olde Yankee Drive** **Freedom, NH 03836** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087691** | | | | Warranty | | | | |
| **Paul G Jennings** **924 Oak Valley Lane** **Nashville, TN 37220** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106926** | | | | Warranty | | | | |
| **Paul G Modonagh** **5215 Lew Street** **Finleyville, PA 15332** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116229** | | | | Warranty | | | | |
| **Paul G OShea** **3935 Woolslayer Way** **Pittsburgh, PA 15224** | - | | | | | | | |
| | | | | | | | | 263.06 |

Sheet no. **3594** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     263.06

In re  **Great Lakes Warranty Corporation**                                    ,      Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5118451 | | | Warranty | | | | |
| Paul G Robinson 282 S Spring Garden St Ambler, PA 19002 | - | | | X | X | | 0.00 |
| Account No. 5106601 | | | Warranty | | | | |
| Paul G Smith 4314 Signal Hill Dr Nashville, TN 37205 | - | | | X | X | | 0.00 |
| Account No. 5107229 | | | Warranty | | | | |
| Paul G Smith 1026 Caldwell Lane Nashville, TN 37204 | - | | | X | X | | 0.00 |
| Account No. 5058517 | | | Warranty | | | | |
| Paul Garnot 164 D Market Street Charleston, SC 29401 | - | | | | | | 682.80 |
| Account No. 5103188 | | | Warranty | | | | |
| Paul George 10660 State Route 4 Mechanicsburg, OH 43044 | - | | | | | | 108.86 |

Sheet no. **3595** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    791.66

In re  **Great Lakes Warranty Corporation**           ,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5112785 | | | Warranty | | | | |
| Paul George 227 Clopper Street Greensburg, PA 15601 | - | | | X | X | | 0.00 |
| Account No. 5128941 | | | Warranty | | | | |
| Paul Germanio 2663 Hoffmans Mill Road Belleplain, NJ 08270 | - | | | X | X | | 0.00 |
| Account No. 5123938 | | | Warranty | | | | |
| Paul Gross 6823 Windham Pkwy Prospect, KY 40059 | - | | | X | X | | 0.00 |
| Account No. 5123758 | | | Warranty | | | | |
| Paul H Tyson Jr 125 Singingwood Lane Elgin, SC 29045 | - | | | | | | 362.00 |
| Account No. 5105621 | | | Warranty | | | | |
| Paul Hardison 320 Old Hickory Boulevard  Unit 1107 Nashville, TN 37221 | - | | | X | X | | 0.00 |

Sheet no. **3596** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal                     
                                    (Total of this page)      **362.00**

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5105445** | | | **Warranty** | | | | | |
| **Paul Harris** **1041 Persimmon Court** **Clarksville, TN 37040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5055501** | | | **Warranty** | | | | | |
| **Paul Hersman** **1510 Rowlesville Rd** **Vinton, OH 45686** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116857** | | | **Warranty** | | | | | |
| **Paul Higgins** **561 Trumbauersville Road** **Quakertown, PA 18951** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125403** | | | **Warranty** | | | | | |
| **Paul Humphrey** **6721 Kern Road** **Knoxville, TN 37918** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100854** | | | **Warranty** | | | | | |
| **Paul J Leshko** **400 Center Street  PO Box 253** **Wiconisco, PA 17097** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3597** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **5091494** | | | | | | Warranty | | | | |
| **Paul J Rock 22 Tamebuck Wolcott, CT 06716** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5095900** | | | | | | Warranty | | | | |
| **Paul J Sibeto 230 Smithfield Streete New Castle, PA 16101** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5122925** | | | | | | Warranty | | | | |
| **Paul J Wirrick 197 A Parmer Dr Halifax, PA 17032** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5102740** | | | | | | Warranty | | | | |
| **Paul Johnson 17477 First Street Buchtel, OH 45716** | - | | | | | | X | X | | |
| | | | | | | | | | | 0.00 |
| Account No. **5109517** | | | | | | Warranty | | | | |
| **Paul K Huggins 5906 Timle Lane Columbia, SC 29206** | - | | | | | | | | | |
| | | | | | | | | | | 473.08 |

Sheet no. **3598** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  473.08

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5127112 | | Warranty | | | | | | |
| Paul Kessler 707 Pearce Hollow Rd Marion Center, PA 15759 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5081893 | | Warranty | | | | | | |
| Paul King 184 E Tulane Road Columbus, OH 43202 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5089422 | | Warranty | | | | | | |
| Paul Krusell 5895 All Saints Place Rockvale, TN 37153 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5095389 | | Warranty | | | | | | |
| Paul Kutz 1476 Cureton Drive Rock Hill, SC 29732 | - | | | | | | | |
| | | | | | | | | 227.50 |
| Account No. 5093219 | | Warranty | | | | | | |
| Paul L  Correll III 313 Northmont Ave Hamburg, PA 19526 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3599** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                  227.50
(Total of this page)

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5117670 | | | Warranty | | | | |
| Paul L Ezeukwu 7643 Brookfield Road Cheltenham, PA 19012 | - | | | | | | 2,014.79 |
| Account No. 5093582 | | | Warranty | | | | |
| Paul L Kilzer II 18834 State Route 550 Amesville, OH 45711 | - | | | X | X | | 0.00 |
| Account No. 5073301 | | | Warranty | | | | |
| Paul Landsom 3419 Via Lido Newport Beach, CA 92663 | - | | | X | X | | 0.00 |
| Account No. 5098000 | | | Warranty | | | | |
| Paul Lebovitz 102 Winslow Road Franklin, TN 37064 | - | | | X | X | | 0.00 |
| Account No. 5128114 | | | Warranty | | | | |
| Paul Leidy 5 Country Club Drive Northfield, NJ 08225 | - | | | X | X | | 0.00 |

Sheet no. **3600** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 2,014.79

In re __Great Lakes Warranty Corporation__ , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5131345 | | | | Warranty | | | | |
| Paul Luna 106 Bergen Street Apt 2 Kearney, NJ 07032 | - | | | | X | X | | 0.00 |
| Account No. 5079351 | | | | Warranty | | | | |
| Paul Lynch 9393 E Palo Brea Bend  Apt 2076 Scottsdale, AZ 85255 | - | | | | X | X | | 0.00 |
| Account No. 5108759 | | | | Warranty | | | | |
| Paul M Bond 1148 Cairns Road Mansfield, OH 44903 | - | | | | X | X | | 0.00 |
| Account No. 5085866 | | | | Warranty | | | | |
| Paul M Horton 101 Garris McCabe Lane Blythwood, SC 29016 | - | | | | X | X | | 0.00 |
| Account No. 5101584 | | | | Warranty | | | | |
| Paul M Humphrey 1320 North Sixth Street Reading, PA 19601 | - | | | | X | X | | 0.00 |

Sheet no. __3601__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re **Great Lakes Warranty Corporation**                            Case No. _____
                                                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5117366 | | | Warranty | | | | |
| Paul M Reilly 7822 Beech Street Pittsburgh, PA 15237 | - | | | | | | 204.72 |
| Account No. 5114360 | | | Warranty | | | | |
| Paul M Rinaldi 343 Smith St Dunmore, PA 18512 | - | | | X | X | | 0.00 |
| Account No. 5102587 | | | Warranty | | | | |
| Paul M Sanderson 5161 Rice Road Antioch, TN 37013 | - | | | X | X | | 0.00 |
| Account No. 5123673 | | | Warranty | | | | |
| Paul M Tanis 906 Timesville Rd Signal Mountain, TN 37377 | - | | | X | X | | 0.00 |
| Account No. 5084843 | | | Warranty | | | | |
| Paul Maher 215 Hotal Road Mooresburg, TN 37811 | - | | | | | | 93.65 |

Sheet no. **3602** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                        298.37

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5074747** | | | Warranty | | | | |
| **Paul Mallery**<br>**5452 W Elgin Street**<br>**Chandler, AZ 85226** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5104160** | | | Warranty | | | | |
| **Paul Mancino**<br>**90 Buckhill Road**<br>**Pittsburgh, PA 15237** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100355** | | | Warranty | | | | |
| **Paul Matesic**<br>**36195 Teddy**<br>**Union City, PA 16438** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5105023** | | | Warranty | | | | |
| **Paul Matthews**<br>**2934 Smallman Street**<br>**Pittsburgh, PA 15201** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130893** | | | Warranty | | | | |
| **Paul McGathey**<br>**493 Laver Rd**<br>**Mansfield, OH 44905** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3603** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re   **Great Lakes Warranty Corporation**                                          ,   Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5090897** | | | | | Warranty | | | | |
| **Paul McGovern** **120 Perrin Ave** **Pawtucket, RI 02861** | - | | | | | X | X | | 0.00 |
| Account No. 5124572 | | | | | Warranty | | | | |
| **Paul Medbery** **545 S. Riverview Road** **Halta, OH 43758** | - | | | | | X | X | | 0.00 |
| Account No. 5132605 | | | | | Warranty | | | | |
| **Paul Mekeel** **7765 Jacaranda Hill Ct** **Las Vegas, NV 89139** | - | | | | | X | X | | 0.00 |
| Account No. 5100106 | | | | | Warranty | | | | |
| **Paul Moriarty** **15683 Ryder Cup Dr** **Haymarket, VA 20169** | - | | | | | X | X | | 0.00 |
| Account No. 5063694 | | | | | Warranty | | | | |
| **Paul Morrison** **2200C Trailside Dr** **Austin, TX 78704** | - | | | | | | | | 233.70 |

Sheet no. <u>3604</u> of <u>4906</u> sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

233.70

In re **Great Lakes Warranty Corporation**                              Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100850** | | | | **Warranty** | | | | |
| **Paul Moschella** **PO Box 465** **Brodheadsville, PA 18322** | - | | | | | | | 1,327.50 |
| Account No. **5126428** | | | | **Warranty** | | | | |
| **Paul Murillo** **6555 N. Boulder Hwy #1207** **Las Vegas, NV 89122** | - | | | | X | X | | 0.00 |
| Account No. **5112949** | | | | **Warranty** | | | | |
| **Paul N Barrett** **158 Riverwood Drive** **Franklin, TN 37069** | - | | | | X | X | | 0.00 |
| Account No. **5116922** | | | | **Warranty** | | | | |
| **Paul N Brown** **34671 Pronghorn Drive** **Whitewater, CO 81527** | - | | | | | | | 376.50 |
| Account No. **5122275** | | | | **Warranty** | | | | |
| **Paul P Sleva** **15 Red Mountain Rd** **Ringgold, PA 01760** | - | | | | X | X | | 0.00 |

Sheet no. **3605** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,704.00

In re **Great Lakes Warranty Corporation** ,     Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5127423 | | | | Warranty | | | | |
| Paul Palmieri 216 Dorsey Valley Drive Cranberry Twnsp, PA 16066 | - | | | | X | X | | 0.00 |
| Account No. 5085750 | | | | Warranty | | | | |
| Paul Pina 40 Greentree Circle Cridersville, OH 45806 | - | | | | X | X | | 0.00 |
| Account No. 5094329 | | | | Warranty | | | | |
| Paul R Anderson 26 S Tenth Street Kulpmont, PA 17834 | - | | | | X | X | | 0.00 |
| Account No. 5131409 | | | | Warranty | | | | |
| Paul R Lee 3633 Garrison Road Toledo, OH 43613 | - | | | | X | X | | 0.00 |
| Account No. 5112255 | | | | Warranty | | | | |
| Paul R Mungo 5499 Beach Road Medina, OH 44256 | - | | | | X | X | | 0.00 |

Sheet no. **3606** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5117947 | | | | Warranty | | | | |
| Paul R Sherry 20 Lord St DuBois, PA 15801 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5091540 | | | | Warranty | | | | |
| Paul Rajkumar Gupta 1833 Omarest Drive Columbia, SC 29210 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127044 | | | | Warranty | | | | |
| Paul Rakers 114 Rangley Drive Pittsburgh, PA 15209 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5075276 | | | | Warranty | | | | |
| Paul Riihimaki 11251 N Pinto Drive Fountain Hills, AZ 85268 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5101314 | | | | Warranty | | | | |
| Paul Romness 3412 North Abingdon St Arlington, VA 22207 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3607** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   0.00

In re __Great Lakes Warranty Corporation_____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5109340** | | | | **Warranty** | | | | |
| **Paul Ross** **5101 Cornwall Dr** **Brentwood, TN 37027** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093923** | | | | **Warranty** | | | | |
| **Paul Royce** **528 North Hyde Park Avenue** **Scranton, PA 18504** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129332** | | | | **Warranty** | | | | |
| **Paul Rust** **2006 West 21st Street** **Erie, PA 16502** | - | | | | | | | |
| | | | | | | | | **552.00** |
| Account No. **5122886** | | | | **Warranty** | | | | |
| **Paul S Olejarczyk** **1026 W 31st St** **Erie, PA 16508** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115118** | | | | **Warranty** | | | | |
| **Paul S Young** **2418 West Ridge Drive** **Emporia, KS 66801** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.__**3608**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**552.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101855** | | | **Warranty** | | | | |
| **Paul Schimmelpfening 1235 Osage Augusta, KS 67010** | - | | | X | X | | 0.00 |
| Account No. **5105665** | | | **Warranty** | | | | |
| **Paul Schneider 1812 E High Street Springfield, OH 45505** | - | | | X | X | | 0.00 |
| Account No. **5066495** | | | **Warranty** | | | | |
| **Paul Sharick 1933 Trolley Road Mansfield, OH 44905** | - | | | X | X | | 0.00 |
| Account No. **5124551** | | | **Warranty** | | | | |
| **Paul Smith 1026 Caldwell Nashville, TN 37204** | - | | | X | X | | 0.00 |
| Account No. **5095203** | | | **Warranty** | | | | |
| **Paul T Gist Jr 1 Danser Lane Friendly, WV 26146** | - | | | X | X | | 0.00 |

Sheet no. **3609** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                          , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5091283** | | | Warranty | | | | |
| **Paul T Goetz**<br>**3393 Sunrise Lane**<br>**Milford, PA 18337** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107300** | | | Warranty | | | | |
| **Paul Tatz**<br>**13300 East Via Linda # 7011**<br>**Scottsdale, AZ 85259** | - | | | | | | |
| | | | | | | | 1,729.27 |
| Account No. **5078561** | | | Warranty | | | | |
| **Paul Thomas**<br>**1793 Cabana Drive**<br>**Lake Havasu, AZ 86404** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5075153** | | | Warranty | | | | |
| **Paul V Collier**<br>**1100 Nightshade Drive**<br>**Williamstown, NJ 08094** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5068203** | | | Warranty | | | | |
| **Paul Verdecchia**<br>**5759 Liberty Avenue**<br>**Vermillion, OH 44089** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3610** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,729.27

In re  **Great Lakes Warranty Corporation**                                        ,          Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5091438** | | | | **Warranty** | | | | |
| **Paul W Miller** **911 W Coal Street** **Treverton, PA 17881** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105142** | | | | **Warranty** | | | | |
| **Paul W Winger** **141 River Street** **Oil City, PA 16301** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125456** | | | | **Warranty** | | | | |
| **Paul Warcholik** **140 Borland Avenue** **Kennerdell, PA 16374** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5060216** | | | | **Warranty** | | | | |
| **Paul Witham** **24447 N 77th St** **Scottsdale, AZ 85255** | - | | | | | | | |
| | | | | | | | | **562.07** |
| Account No. **5103387** | | | | **Warranty** | | | | |
| **Paul Yagielniskie** **329 Washington Street** **Frackville, PA 17931** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3611** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      **562.07**

In re   **Great Lakes Warranty Corporation**                                     ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113299 | | | | Warranty | | | | |
| Paula A Newell 919 Freeport Road Freeport, PA 16229 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130578 | | | | Warranty | | | | |
| Paula Barnes 2522 West Park Murfreesboro, TN 37129 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5078181 | | | | Warranty | | | | |
| Paula Cain Bridgett 911 Riverwalk Way Irmo, SC 29063 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129992 | | | | Warranty | | | | |
| Paula Crum 138 Ohio Avenue Salem, OH 44460 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130700 | | | | Warranty | | | | |
| Paula Dooley 12 Quay Road Levittown, PA 19057 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3612** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5110386 | | | Warranty | | | | |
| Paula E Markey 500 Greendale Road York, PA 17403 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5117177 | | | Warranty | | | | |
| Paula G Sias 6182 Caledonia Climax Road Caledonia, OH 43314 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5112841 | | | Warranty | | | | |
| Paula Griffin 7231 Smithfield Road Columbia, SC 29223 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5124603 | | | Warranty | | | | |
| Paula Hambly 11028 Pegasus Drive Las Vegas, NV 89135 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5068423 | | | Warranty | | | | |
| Paula Harris 49600 Methodist Ridge Road St. Clairsville, OH 43950 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3613** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114920 | | | | Warranty | | | | |
| Paula J Goss 220 Arcadia Road  Box 47 Arcadia, PA 15712 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107744 | | | | Warranty | | | | |
| Paula J Knecht 251 North High Street Bradford, OH 45308 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5073926 | | | | Warranty | | | | |
| Paula J Riley 4318 South Leoma Lane Chandler, AZ 85249 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106644 | | | | Warranty | | | | |
| Paula J Wukovich 529 Park Avenue Monongahela, PA 15063 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111991 | | | | Warranty | | | | |
| Paula K Kessler Nock 104 Chestnut Street Jeannette, PA 15644 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3614** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re **Great Lakes Warranty Corporation** ,

Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5107005** | | | | Warranty | | | | |
| **Paula K Ziegler 35 Orchard Street Council Grove, KS 66846** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093592** | | | | Warranty | | | | |
| **Paula M Carpenter 4075 Fisher Road Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5069500** | | | | Warranty | | | | |
| **Paula Pappas 20 Warner Ave Charleroi, PA 15022** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124208** | | | | Warranty | | | | |
| **Paula Tefteller 132 PR 2901 Gilmer, TX 75644** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102552** | | | | Warranty | | | | |
| **Paula W Hurst 939 Fallen Oaks Dr Collierville, TN 38017** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3615** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104124** | | | | **Warranty** | | | | |
| **Paula Willey** **1226 Benton Street** **Barberton, OH 44203** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123499** | | | | **Warranty** | | | | |
| **Paulette E Jendrejewski** **1070 Pacific Ave** **Brackenridge, PA 15014** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113768** | | | | **Warranty** | | | | |
| **Paulette Mason** **1607 Addington Road** **Toledo, OH 43607** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131591** | | | | **Warranty** | | | | |
| **Paulette Myers** **267 George Street** **Saint Marys, PA 15857** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123283** | | | | **Warranty** | | | | |
| **Paulette Overberger** **9840 High Country Drive** **Chardon, OH 44024** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3616** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                              Case No. _____

_____,
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5112112 | | | | Warranty | | | | |
| Paulettte Roundtree 3249 Adams Court Bensalem, PA 19020 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108898 | | | | Warranty | | | | |
| Paulina Rodriguez 3128 S 32nd Avenue Yuma, AZ 85364 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093908 | | | | Warranty | | | | |
| Pauline Dodson 111 Blough Road Fairless Hills, PA 19030 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130446 | | | | Warranty | | | | |
| Pauline R Figaro 214 Abbey Lane  Fl 2 Pleasantville, NJ 08232 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131429 | | | | Warranty | | | | |
| Pauline Wright 416 West Washington Street Allentown, PA 18102 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3617**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re   **Great Lakes Warranty Corporation**                          ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123562** | | | | **Warranty** | | | | |
| **Pavlos Stylianos Plakakis** **107 Walton St  rear** **Johnstown, PA 15905** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089691** | | | | **Warranty** | | | | |
| **Payel Farcas** **48802 N 25th Avenue** **New River, AZ 85087** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126199** | | | | **Warranty** | | | | |
| **Paz Molina** **513 Washington Avenue** **Robstown, TX 78380** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125522** | | | | **Warranty** | | | | |
| **Peaches C Cruz** **2108 Decker Blvd** **Columbia, SC 29206** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111222** | | | | **Warranty** | | | | |
| **Pearl Joaquin** **PO Box 485** **Winterhaven, CA 92283** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3618** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                **0.00**

In re **Great Lakes Warranty Corporation** _____,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5090430** | | | | Warranty | | | | |
| **Pearl Masalko Barrett 2022 17th Street NE Canton, OH 44705** | - | | | | X | X | | 0.00 |
| Account No. **5130663** | | | | Warranty | | | | |
| **Pearlette Gray 767 Banning Rd Dawson, PA 15428** | - | | | | X | X | | 0.00 |
| Account No. **5092929** | | | | Warranty | | | | |
| **Pearline Toles 994 East Raine Road Memphis, TN 38116** | - | | | | X | X | | 0.00 |
| Account No. **5132431** | | | | Warranty | | | | |
| **Pearsall Coard 1314 Flat Street East Allendale, SC 29810** | - | | | | X | X | | 0.00 |
| Account No. **5072058** | | | | Warranty | | | | |
| **Pedro Cajator 888 Constitution Drive Foster City, CA 94404** | - | | | | X | X | | 0.00 |

Sheet no. **3619** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                     Subtotal
             (Total of this page)           0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100912** | | | | Warranty | | | | |
| **Pedro Cortes** **1232 W Broad Street** **Bethlehem, PA 18018** | - | | | | X | X | | 0.00 |
| Account No. **5099907** | | | | Warranty | | | | |
| **Pedro Maldonado** **15 Carly Drive** **New Oxford, PA 17350** | - | | | | X | X | | 0.00 |
| Account No. **5096671** | | | | Warranty | | | | |
| **Pedro Martinez** **10104 Landport Way** **Land O Lakes, FL 34638** | - | | | | | | | 223.57 |
| Account No. **5086568** | | | | Warranty | | | | |
| **Pedro Martinez Alvarez** **2284 W Pecan Road** **Phoenix, AZ 85041** | - | | | | X | X | | 0.00 |
| Account No. **5129087** | | | | Warranty | | | | |
| **Pedro Ocasio** **145  W Allen St** **Allentown, PA 18102** | - | | | | | | | 1,035.50 |

Sheet no. **3620** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,259.07**

In re **Great Lakes Warranty Corporation**                              Case No. _____
                                                                ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5126560** | | | | **Warranty** | | | | |
| **Pedro Quintero Perez 3300 Street Road  H8 Bensalem, PA 19026** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5052252** | | | | **Warranty** | | | | |
| **Pedro Salva 69326 Racehorse Rd. Pearl River, LA 70452** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093011** | | | | **Warranty** | | | | |
| **Pedro Valadez 4368 N Cherry Creek Lane Memphis, TN 38141** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100457** | | | | **Warranty** | | | | |
| **Peggie S Graybill 508 Wood Street Malvern, OH 44644** | - | | | | | | | |
| | | | | | | | | 778.88 |
| Account No. **5132749** | | | | **Warranty** | | | | |
| **Peggy  Wade 3037 Harrison St San Bernadino, CA 92404** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3621** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     778.88

In re   **Great Lakes Warranty Corporation**                                          ,       Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5113547 | | | | Warranty | | | | |
| Peggy A Fisherback 138 Cherry  Box 215 New Madison, OH 45346 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128989 | | | | Warranty | | | | |
| Peggy Ann Bachman 844 Bear Creek Street Aunurn, PA 17922 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107580 | | | | Warranty | | | | |
| Peggy Brockman 1728 McLeod Avenue Charleston, SC 29412 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093350 | | | | Warranty | | | | |
| Peggy E Mahler 3073 Meadow Brook Drive Lancaster, OH 43130 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128090 | | | | Warranty | | | | |
| Peggy J Crum 8004 Briggle Ave SW East Sparta, OH 44626 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3622** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                         0.00

In re **Great Lakes Warranty Corporation**            Case No. _____

                                        ,
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5086983** | | | | Warranty | | | | |
| Peggy J Hall 1400 Drayton Street Newberry, SC 29108 | - | | | | X | X | | 0.00 |
| Account No. **5099120** | | | | Warranty | | | | |
| Peggy Nolan 116 Elmridge Road Mansfield, OH 44907 | - | | | | X | X | | 0.00 |
| Account No. **5101252** | | | | Warranty | | | | |
| Peggy S Rainwater 5053 Palestine Road Greenbrier, TN 37073 | - | | | | | | | 627.50 |
| Account No. **5128476** | | | | Warranty | | | | |
| Peggy Sue Swearengin 2229 Hamill Rd Hixson, TN 37343 | - | | | | X | X | | 0.00 |
| Account No. **5125590** | | | | Warranty | | | | |
| Peggy Underwood 10789 Oakleaf Drive E Olive Branch, MS 38654 | - | | | | X | X | | 0.00 |

Sheet no. **3623** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)            **627.50**

In re  **Great Lakes Warranty Corporation**                              Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106064** | | | | **Warranty** | | | | |
| **Peixin Cao** **7222 Woodstar Lane** **Concord, OH 44077** | | - | | | | | | 595.36 |
| Account No. **5103075** | | | | **Warranty** | | | | |
| **Pelham Myers** **7300 Bluff Road** **Hopkins, SC 29061** | | - | | | X | X | | 0.00 |
| Account No. **5097449** | | | | **Warranty** | | | | |
| **Penelope Ebersole** **6838 State Route 98** **Shelby, OH 44875** | | - | | | X | X | | 0.00 |
| Account No. **5094111** | | | | **Warranty** | | | | |
| **Pennie S Johnson** **14480 Bennington Drive** **Strongsville, OH 44136** | | - | | | X | X | | 0.00 |
| Account No. | | | | **Trade** | | | | |
| **Pennsylvania American Water** **P.O. Box 371412** **Pittsburgh, PA 15250-7412** | | - | | | | | | 130.03 |

Sheet no. **3624** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        725.39

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132659** | | | Warranty | | | | |
| **Penny Baird** **1490 Hancock Avenue** **Apollo, PA 15613** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125382** | | | Warranty | | | | |
| **Penny Ebersole** **912 1st Street** **Poaring Spring, PA 16673** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5116644** | | | Warranty | | | | |
| **Penny L Boyce** **1121 Grace Street** **Mansfield, OH 44905** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5090521** | | | Warranty | | | | |
| **Penny L Van Horn** **6737 Wood Road** **Chesterhill, OH 43728** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122465** | | | Warranty | | | | |
| **Penny S Borrelli** **1736 Alcoa Dr** **Arnold, PA 15068** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**3625** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**

Case No. _____

,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5110884 | | | | Warranty | | | | |
| Peregrina C Reyes 1003 Hampton Drive Macedonia, OH 44056 | - | | | | X | X | | 0.00 |
| Account No. 5132303 | | | | Warranty | | | | |
| Perla Samara 7272 Summer Duck Way N Las Vegas, NV 89084 | - | | | | X | X | | 0.00 |
| Account No. 5131666 | | | | Warranty | | | | |
| Pernell Cardwell 2403 South Albert Street Allentown, PA 18103 | - | | | | X | X | | 0.00 |
| Account No. 5129832 | | | | Warranty | | | | |
| Perpetua Ezeibe 2728 Sparrow Drive York, PA 17408 | - | | | | X | X | | 0.00 |
| Account No. 5120176 | | | | Warranty | | | | |
| Perri L Wasserman 1311 Villa Sites Ave Harborcreek, PA 16421 | - | | | | | | | 551.45 |

Sheet no. **3626** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

551.45

In re  **Great Lakes Warranty Corporation**                    ,  Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5106868** | | | | Warranty | | | | |
| **Perry  Lemasters** **1330 Lambert Street** **Alliance, OH 44601** | - | | | | X | X | | 0.00 |
| Account No. **5126019** | | | | Warranty | | | | |
| **Perry Broadnax** **1600 Cumberland Station Blvd** **Madison, TN 37115** | - | | | | X | X | | 0.00 |
| Account No. **5127918** | | | | Warranty | | | | |
| **Perry Keaton Jr** **911 Linwood Avenue SW** **Canton, OH 44710** | - | | | | | | | 312.38 |
| Account No. **5127693** | | | | Warranty | | | | |
| **Perry Lee** **401 Sandshore Drive** **Greenwood, SC 29649** | - | | | | X | X | | 0.00 |
| Account No. **5102823** | | | | Warranty | | | | |
| **Pete  Redmond** **PO Box 1305** **Irmo, SC 24063** | - | | | | X | X | | 0.00 |

Sheet no. **3627** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    312.38

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. 5079772 | | | | Warranty | | | | |
| Pete Sinishtaj 400 E Romeo Rd Oakland, MI 48363 | - | | | | X | X | | 0.00 |
| Account No. 5084738 | | | | Warranty | | | | |
| Pete E McConney 832 Miami Ridge Drive Loveland, OH 45140 | - | | | | | | | 206.60 |
| Account No. 5070168 | | | | Warranty | | | | |
| Pete Thrower 2325 N Richland St Phoenix, AZ 85006 | - | | | | X | X | | 0.00 |
| Account No. 5066176 | | | | Warranty | | | | |
| Pete Wenninger 4 Byrans Court West Islip, NY 11795 | - | | | | X | X | | 0.00 |
| Account No. 5131128 | | | | Warranty | | | | |
| Peter Burns 1119 Shaw Drive Fort Washington, PA 19034 | - | | | | X | X | | 0.00 |

Sheet no. **3628** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    206.60

In re   **Great Lakes Warranty Corporation**          ,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5119126 | | | Warranty | | | | |
| Peter Lucas 10095 Jamaica Rd Carlisle, OH 45005 | - | | | X | X | | 0.00 |
| Account No. 5114245 | | | Warranty | | | | |
| Peter McCook 601 Deep Hollow Road Chester Springs, PA 19425 | - | | | X | X | | 0.00 |
| Account No. 5100015 | | | Warranty | | | | |
| Peter Musselman 8595 Fair Seasons Trail Poland, OH 44514 | - | | | | | | 399.00 |
| Account No. 5117609 | | | Warranty | | | | |
| Peter A Dipippa 8 W Broad Street Hazleton, PA 18201 | - | | | X | X | | 0.00 |
| Account No. 5108332 | | | Warranty | | | | |
| Peter Alan Tempkins 105 Groome Drive Nashville, TN 37221 | - | | | X | X | | 0.00 |

Sheet no. **3629** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **399.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5065807** | | | | **Warranty** | | | | |
| **Peter Armstrong 3024 Abby Way Loveland, OH 45140** | - | | | | X | X | | 0.00 |
| Account No. **5077385** | | | | **Warranty** | | | | |
| **Peter Buchanan 2222 East Desert Trumpet Road Phoenix, AZ 85048** | - | | | | X | X | | 0.00 |
| Account No. **5097379** | | | | **Warranty** | | | | |
| **Peter Burgos 4212 Claridge Street Philadelphia, PA 19124** | - | | | | X | X | | 0.00 |
| Account No. **5122922** | | | | **Warranty** | | | | |
| **Peter C Alfieri 701 Graisbury Ave Haddonfield, NJ 08033** | - | | | | X | X | | 0.00 |
| Account No. **5126288** | | | | **Warranty** | | | | |
| **Peter Capito 25 E Mapleshade Lane Marmora, NJ 08223** | - | | | | X | X | | 0.00 |

Sheet no. **3630** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,
Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5088656 | | | | Warranty | | | | |
| Peter D Bednarczyk 220 Edge Hill Road Huntington Valley, PA 19006 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5064799 | | | | Warranty | | | | |
| Peter Detar RD 1 Box 10B Rillton, PA 15678 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5095987 | | | | Warranty | | | | |
| Peter E Pritiskutch 216 East Liberty Street Schuylkill Haven, PA 17972 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119585 | | | | Warranty | | | | |
| Peter E Sercer Sr 1111 Beaver Dam Rd Columbia, SC 29212 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117037 | | | | Warranty | | | | |
| Peter E Volpe 156 Laurel Drive Beaver, PA 15009 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3631** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5104335 | | | | Warranty | | | | |
| Peter F Coakley 5557 Tillman Rd Ridgeland, SC 29936 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096964 | | | | Warranty | | | | |
| Peter F Golasz 1448 Olde Stable Lane Moon Township, PA 15108 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086303 | | | | Warranty | | | | |
| Peter G Pierce 3571 Oakhurst Drive Center Valley, PA 18034 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131525 | | | | Warranty | | | | |
| Peter G Thompson 1778 Leway Dr Fairfield, OH 45014 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120099 | | | | Warranty | | | | |
| Peter Gardner 555 Trend Way Blvd Sheffield Lake, OH 44054 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3632** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**

Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5112379 | | Warranty | | | | | | |
| Peter Gray 2 Skyline Drive Latham, NY 12110 | - | | | | X | X | | 0.00 |
| Account No. 5087875 | | Warranty | | | | | | |
| Peter Guilfoyle 47 Victory Road Howell, NJ 07731 | - | | | | X | X | | 0.00 |
| Account No. 5127683 | | Warranty | | | | | | |
| Peter Hagenbuch 10565 Willow Brook Rd Centerville, OH 45458 | - | | | | X | X | | 0.00 |
| Account No. 5119135 | | Warranty | | | | | | |
| Peter J Gworek 22 Old Barge Rd Simsbury, CT 06070 | - | | | | X | X | | 0.00 |
| Account No. 5124147 | | Warranty | | | | | | |
| Peter J Klotunowitch 844 River Rd Mohrsville, PA 19541 | - | | | | X | X | | 0.00 |

Sheet no. **3633** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                        ,      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5121473 | | | | Warranty | | | | |
| Peter J Quercioli 100 Ashland Lane Aurora, OH 44202 | - | | | | X | X | | 0.00 |
| Account No. 5090719 | | | | Warranty | | | | |
| Peter J Raymond 1067 Sullivans Ferry Cottageville, SC 29483 | - | | | | X | X | | 0.00 |
| Account No. 5076230 | | | | Warranty | | | | |
| Peter Joshua Sanchez 835 N Las Palmas Drive Goodyear, AZ 85338 | - | | | | X | X | | 0.00 |
| Account No. 5086845 | | | | Warranty | | | | |
| Peter K Ries 3215 2nd St NW Canton, OH 44708 | - | | | | X | X | | 0.00 |
| Account No. 5077073 | | | | Warranty | | | | |
| Peter Kness-Knezinskis 46111 E. Prickly Pear Trail Phoenix, AZ 85050 | - | | | | X | X | | 0.00 |

Sheet no. **3634** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5077953** | | | Warranty | | | | |
| **Peter Koenig 334 S Fourteenth Street Allentown, PA 18102** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5097576** | | | Warranty | | | | |
| **Peter Koury 237 Ashcot Circle Jackson, MS 39211** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5066685** | | | Warranty | | | | |
| **Peter Laszlo 11237 Worthington Way North Royalton, OH 44133** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107604** | | | Warranty | | | | |
| **Peter Lorish 3430 Pearl Street Reading, PA 19605** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129792** | | | Warranty | | | | |
| **Peter Maltese 35 Carlsbad Road Pittsburgh, PA 15239** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**3635** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5129005 | | | | | Warranty | | | | |
| Peter Maroulis 10 Timber Drive Alburtis, PA 18011 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5084930 | | | | | Warranty | | | | |
| Peter McKay 155 Irwin Avenue Pittsburgh, PA 15202 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5112845 | | | | | Warranty | | | | |
| Peter McKenna 10577 Montgomery Road Cincinnati, OH 45242 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5074928 | | | | | Warranty | | | | |
| Peter Moore 39 Wampum Hill Road Weston, CT 06883 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5094504 | | | | | Warranty | | | | |
| Peter Munilla 353 Indigo Way Allentown, PA 18104 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3636** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5093812** | | | | **Warranty** | | | | |
| **Peter Nguyencong** **7932 Xerxes Court N** **Minneapolis, MN 55444** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101028** | | | | **Warranty** | | | | |
| **Peter P Butcher** **68646 US 50** **McArthur, OH 45651** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104230** | | | | **Warranty** | | | | |
| **Peter Pierzchala** **2100 Winterpark** **Parma, OH 44134** | - | | | | | | | |
| | | | | | | | | 558.23 |
| Account No. **5112716** | | | | **Warranty** | | | | |
| **Peter Romanyshyn Jr** **2648 Augusta Drive** **Whitehall, PA 18052** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102215** | | | | **Warranty** | | | | |
| **Peter Sid** **238 Nebula Road** **Piscataway, NJ 08854** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3637** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

558.23

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5094803** | | | | | Warranty | | | | |
| **Peter Siegel** **13155 N 100th Street** **Scottsdale, AZ 85260** | - | | | | | X | X | | 0.00 |
| Account No. **5065810** | | | | | Warranty | | | | |
| **Peter Sonntag** **16448 North 108th Place** **Scottsdale, AZ 85255** | - | | | | | | | | 1,154.08 |
| Account No. **5073296** | | | | | Warranty | | | | |
| **Peter Soveral** **16430 72nd Ave West** **Edmonds, WA 98026** | - | | | | | X | X | | 0.00 |
| Account No. **5056837** | | | | | Warranty | | | | |
| **Peter Stangent** **304 Long Run Rd** **Aliquippa, PA 15001** | - | | | | | X | X | | 0.00 |
| Account No. **5094114** | | | | | Warranty | | | | |
| **Peter Stewart** **18755 Cathy Adams Drive** **Oregon City, OR 97045** | - | | | | | X | X | | 0.00 |

Sheet no. **3638** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,154.08

In re **Great Lakes Warranty Corporation**                          , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5079774** | | | | **Warranty** | | | | |
| **Peter Szigeti 12495 Sperry Rd Chesterland, OH 44026** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5069041** | | | | **Warranty** | | | | |
| **Peter Tsong 80 Monmouth Blvd Oceanpoint, NJ 07757** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111672** | | | | **Warranty** | | | | |
| **Peter Von Hopffgarten 5864 Cane Ridge Road Antioch, TN 37013** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115846** | | | | **Warranty** | | | | |
| **Peter Williams 4 Sparks Station Lane Sparks, MD 21152** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5097147** | | | | **Warranty** | | | | |
| **Peter Witham 502 North Sixteenth Street Nashville, TN 37206** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3639** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

In re  **Great Lakes Warranty Corporation**                              ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5111744** | | | | **Warranty** | | | | |
| **Peter Wong** **875 Huckins Road** **Cheshire, CT 06410** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127161** | | | | **Warranty** | | | | |
| **Peter Yeso** **960 Fordham Ave** **Pittsburgh, PA 15226** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110731** | | | | **Warranty** | | | | |
| **Peters Brothers Transport Inc** **37 Penn Street** **Lenhartsville, PA 19524** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5064443** | | | | **Warranty** | | | | |
| **Petra  Grueder** **10402 East Charter Oak Drive** **Scottsdale, AZ 85259** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5099603** | | | | **Warranty** | | | | |
| **Petra Deciga** **21236 N 30th Avenue** **Phoenix, AZ 85035** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3640** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5067433** | | | | **Warranty** | | | | |
| **Petter Jartby** **2637 Timberglen Drive** **Wexford, PA 15090** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122582** | | | | **Warranty** | | | | |
| **Phaedra O McKoy** **105 W Baltimore Ave  Apt 7K4** **Lansdowne, PA 19050** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104195** | | | | **Warranty** | | | | |
| **Phaneendra Divakaruni** **377 Avon Road  Apt #D116** **Devon, PA 19333** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128503** | | | | **Warranty** | | | | |
| **Phelicia Davis** **162 Clover Lane** **Ridgeway, SC 29130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115582** | | | | **Warranty** | | | | |
| **Phil  Seyfred** **12071 Bridgeforth Mill Drive** **Amelia, VA 23002** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3641** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100915** | | | Warranty | | | | |
| **Phil Trujillo** **5641 E Gable Circle** **Mesa, AZ 85206** | - | | | | | | 257.10 |
| Account No. **5092268** | | | Warranty | | | | |
| **Phil Block** **5219 Montano Plaza NW** **Albuquerque, NM 87120** | - | | | X | X | | 0.00 |
| Account No. **5093482** | | | Warranty | | | | |
| **Phil Gilliam** **5894 Buechler Bend** **Columbus, OH 43228** | - | | | X | X | | 0.00 |
| Account No. **5111796** | | | Warranty | | | | |
| **Phil Kennedy** **4113 Chancellor Drive** **Thompsons Station, TN 37179** | - | | | | | | 306.22 |
| Account No. **5127674** | | | Warranty | | | | |
| **Phil Markwalder** **3487 Piatt Road** **Delaware, OH 43015** | - | | | X | X | | 0.00 |

Sheet no. **3642** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **563.32**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5094786** | | | | | Warranty | | | | |
| **Phil Pogge** **4664 Poppleton Avenue** **Omaha, NE 68106** | - | | | | | X | X | | 0.00 |
| Account No. **5132057** | | | | | Warranty | | | | |
| **Phil Pulfer** **116 East Williams Avenue** **Bellefontaine, OH 43311** | - | | | | | X | X | | 0.00 |
| Account No. **5132296** | | | | | Warranty | | | | |
| **Phil Smith** **103 Short Ruff Way** **Las Vegas, NV 89148** | - | | | | | X | X | | 0.00 |
| Account No. **5123250** | | | | | Warranty | | | | |
| **Philip  Smith** **1284 Sheaffers Valley Rd** **Landisburg, PA 17040** | - | | | | | | | | 1,302.00 |
| Account No. **5124900** | | | | | Warranty | | | | |
| **Philip A Cristiano** **104 Ashley Rd** **Phoenixville, PA 19460** | - | | | | | X | X | | 0.00 |

Sheet no. **3643** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,302.00

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093455** | | | | Warranty | | | | |
| **Philip A D Amore** **2015 Wharton Road** **Glenside, PA 19038** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125509** | | | | Warranty | | | | |
| **Philip Clifton** **6210 Dodge Rd SW** **Canton, OH 44706** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104359** | | | | Warranty | | | | |
| **Philip Clowes** **4800 S. Dorsey Lane** **Tempe, AZ 85282** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091332** | | | | Warranty | | | | |
| **Philip D Collins** **990 Mastin Place** **Reynoldsburg, OH 43068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113510** | | | | Warranty | | | | |
| **Philip D Hellyer** **2167 E Ranch Rd** **Tempe, AZ 85284** | - | | | | | | | |
| | | | | | | | | 530.60 |

Sheet no.__**3644**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

530.60

In re **Great Lakes Warranty Corporation** ,               Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5088267** | | | | **Warranty** | | | | |
| **Philip Deffley** **115 W Mahoney Avenue** **Mahoney City, PA 17948** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112612** | | | | **Warranty** | | | | |
| **Philip Elko** **425 Fifth Street** **Beaver Falls, PA 15010** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079751** | | | | **Warranty** | | | | |
| **Philip Ferretti** **4 Roderick court** **East Northport, NY 11731** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127097** | | | | **Warranty** | | | | |
| **Philip Fragassi** **1396 Blackmore** **Cleveland Height, OH 44118** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5078811** | | | | **Warranty** | | | | |
| **Philip Gibson** **9089 Andromeda Drive** **Burke, VA 22015** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3645** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096406** | | | Warranty | | | | |
| **Philip Goff 122 W Cook Road Mansfield, OH 44907** | - | | | X | X | | 0.00 |
| Account No. **5076716** | | | Warranty | | | | |
| **Philip J Seyfried 12071 Bridgeforth Mill Drive Amela, VA 23002** | - | | | X | X | | 0.00 |
| Account No. **5073586** | | | Warranty | | | | |
| **Philip K Smith 842 Thorn Street Sewickley, PA 15143** | - | | | X | X | | 0.00 |
| Account No. **5095124** | | | Warranty | | | | |
| **Philip Koehler 849 Topaz Drive West Chester, PA 15382** | - | | | X | X | | 0.00 |
| Account No. **5098315** | | | Warranty | | | | |
| **Philip L Craft Jr 144 Voyager Road West Newton, PA 15089** | - | | | X | X | | 0.00 |

Sheet no. **3646** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re    **Great Lakes Warranty Corporation**                          ,      Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102135** | | | | **Warranty** | | | | |
| **Philip Larger** **624 S Wayne Street** **Piqua, OH 45356** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091350** | | | | **Warranty** | | | | |
| **Philip Lightfoot** **237 Sentinel Avenue** **Newtown, PA 18940** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087668** | | | | **Warranty** | | | | |
| **Philip Moorman** **10608 Gallman Road** **Mendon, Oh 45862** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128119** | | | | **Warranty** | | | | |
| **Philip Penrose** **425 Hedges Street** **Seward, PA 15954** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107007** | | | | **Warranty** | | | | |
| **Philip R Fiore** **4410 Fourth Avenue** **Temple, PA 19560** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3647** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      0.00
(Total of this page)

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5068929 | | | | Warranty | | | | |
| Philip Reid 511 Vine St Perkasie, PA 18944 | - | | | | X | X | | 0.00 |
| Account No. 5101502 | | | | Warranty | | | | |
| Philip Schultz 113 Glade Run Road Kittanning, PA 16201 | - | | | | | | | 292.25 |
| Account No. 5128596 | | | | Warranty | | | | |
| Philip Sollenberger 29 Crestview Drive Akron, PA 17501 | - | | | | X | X | | 0.00 |
| Account No. 5069886 | | | | Warranty | | | | |
| Philip Stanson 1274 Rolling Meadow Rd Pittsburgh, PA 15241 | - | | | | | | | 442.84 |
| Account No. 5104920 | | | | Warranty | | | | |
| Philip Stidham 16472 State Route 139 Minford, OH 45653 | - | | | | X | X | | 0.00 |

Sheet no. 3648 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          735.09

In re __Great Lakes Warranty Corporation__ , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5096417 | | | | Warranty | | | | |
| Philip Trey Briscoe 6360 Brookmill Way Cummings, GA 30040 | - | | | | X | X | | 0.00 |
| Account No. 5132517 | | | | Warranty | | | | |
| Phillip Hunt 44 Esquestrian Dr Burlington, NJ 08016 | - | | | | X | X | | 0.00 |
| Account No. 5131539 | | | | Warranty | | | | |
| Phillip Muldrow 737 Taft Rd Bedford, OH 44146 | - | | | | X | X | | 0.00 |
| Account No. 5121763 | | | | Warranty | | | | |
| Phillip Smith 1431 Chelton Ave Pittsburgh, PA 15226 | - | | | | X | X | | 0.00 |
| Account No. 5118863 | | | | Warranty | | | | |
| Phillip A Steffes 4889 Lake Blvd Westerville, OH 43081 | - | | | | X | X | | 0.00 |

Sheet no. __3649__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**             ,     Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5090062** | | | Warranty | | | | |
| **Phillip A Dudley** **10621 W Seldon Lane** **Peoria, AZ 85345** | - | | | X | X | | 0.00 |
| Account No. **5110879** | | | Warranty | | | | |
| **Phillip A Eley** **1521 Patricia Drive** **Marysville, OH 43040** | - | | | X | X | | 0.00 |
| Account No. **5124143** | | | Warranty | | | | |
| **Phillip A George** **317 Walnut Ct** **Gallatin, TN 37066** | - | | | X | X | | 0.00 |
| Account No. **5085416** | | | Warranty | | | | |
| **Phillip A Lyons** **908 Century Oak Drive** **Nashville, TN 37211** | - | | | X | X | | 0.00 |
| Account No. **5117783** | | | Warranty | | | | |
| **Phillip B Leasure** **309 Pioneer Lake Trail** **Cherry Tree, PA 15724** | - | | | X | X | | 0.00 |

Sheet no. **3650** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                     Subtotal
           (Total of this page)         **0.00**

In re **Great Lakes Warranty Corporation** ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113661 | | | | Warranty | | | | |
| Phillip B Lindsay 27812 Clear Sky Road Webster, WI 54893 | - | | | | X | X | | 0.00 |
| Account No. 5106019 | | | | Warranty | | | | |
| Phillip B Pigg 593 Mason Tucker Dr Smyrna, TN 37167 | - | | | | X | X | | 0.00 |
| Account No. 5052799 | | | | Warranty | | | | |
| Phillip Bluh 5110 Woodland Ln Alpharetta, GA 30004 | - | | | | | | | 907.50 |
| Account No. 5100762 | | | | Warranty | | | | |
| Phillip C Zaffuto 326 Charles Avenue New Kensington, PA 15068 | - | | | | X | X | | 0.00 |
| Account No. 5117839 | | | | Warranty | | | | |
| Phillip Clapp 341 McLee Road Lexington, SC 29073 | - | | | | X | X | | 0.00 |

Sheet no. **3651** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)     **907.50**

In re **Great Lakes Warranty Corporation** ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5122454 | | | | Warranty | | | | |
| Phillip Dulaney 23220 Main St Minerva, OH 44657 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120254 | | | | Warranty | | | | |
| Phillip E Mohler 1825 Old Rushville Rd Rushville, OH 43150 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125918 | | | | Warranty | | | | |
| Phillip Forsythe 520 Hain Road Reading, PA 19608 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5049158 | | | | Warranty | | | | |
| Phillip G Wilson 1111 S. Grenoble Mesa, AZ 85208 | - | | | | | | | |
| | | | | | | | | 1,281.95 |
| Account No. 5122279 | | | | Warranty | | | | |
| Phillip Heffner 260 Degler Ave Leesport, PA 19533 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Sheet no. 3652 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 1,281.95 |

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5087105** | | | | Warranty | | | | |
| **Phillip J Slate** **142 Angel Creek** **Argillite, KY 41121** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105857** | | | | Warranty | | | | |
| **Phillip Keith Plyer** **344 Young Warrior Town Drive** **Rockhill, SC 29730** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5083490** | | | | Warranty | | | | |
| **Phillip L Edwards** **141 Village Dr** **Woodbine, GA 31569** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131681** | | | | Warranty | | | | |
| **Phillip LaRose** **207 Nashville** **Boulevard, PA 17362** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110930** | | | | Warranty | | | | |
| **Phillip Lewis** **2015 Calumet Court  Apt C** **Clarksville, TN 37042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3653** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093817** | | | Warranty | | | | |
| **Phillip M Reeves** **3577 Rochester Rd** **Memphis, TN 38109** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132317** | | | Warranty | | | | |
| **Phillip Moeller Jr.** **212 Carrie Street** **Ashland, PA 17921** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5062280** | | | Warranty | | | | |
| **Phillip Moore** **3140 Ocalle Lane** **Ft Mill, SC 29707** | - | | | | | | |
| | | | | | | | 499.82 |
| Account No. **5108956** | | | Warranty | | | | |
| **Phillip N Geiger** **25 E Smith Street** **Topton, PA 19562** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5091984** | | | Warranty | | | | |
| **Phillip R Lawler** **314 Plantation Way** **Athens, AL 35613** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3654** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

499.82

In re **Great Lakes Warranty Corporation**                            , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5079493** | | | **Warranty** | | | | |
| **Phillip Rundstrom** **17041 E Monterey Drive** **Fountain Hills, AZ 85268** | - | | | X | X | | 0.00 |
| Account No. **5130623** | | | **Warranty** | | | | |
| **Phillip Snyder** **260 Paradise Valley** **New Paris, PA 15554** | - | | | X | X | | 0.00 |
| Account No. **5090721** | | | **Warranty** | | | | |
| **Phillip T Rogers** **171 St Charles Drive** **Helena, AL 35080** | - | | | X | X | | 0.00 |
| Account No. **5102158** | | | **Warranty** | | | | |
| **Phillip Taylor** **533 Kossuth Street** **Sidney, OH 45365** | - | | | X | X | | 0.00 |
| Account No. **5124540** | | | **Warranty** | | | | |
| **Phillip Toth** **132 Altoona Avenue** **Enola, PA 17025** | - | | | X | X | | 0.00 |

Sheet no. **3655** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                      ,      Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109307** | | | | **Warranty** | | | | |
| **Phillipe B Castaneda** **23 Hogsback Road** **Oxford, CT 06478** | - | | | | X | X | | 0.00 |
| Account No. **5072020** | | | | **Warranty** | | | | |
| **Phillipe Bonnet** **606 Cedar Lane** **Villanova, PA 19085** | - | | | | X | X | | 0.00 |
| Account No. **5081650** | | | | **Warranty** | | | | |
| **Phoebe L Dail** **2108 Hayes Street Apt 63** **Nashville, TN 37203** | - | | | | X | X | | 0.00 |
| Account No. **5070764** | | | | **Warranty** | | | | |
| **Phong Nguyen** **12417 Pawleys Mill Circle** **Raleigh, NC 27614** | - | | | | X | X | | 0.00 |
| Account No. **5067553** | | | | **Warranty** | | | | |
| **Phouthasone Philauong** **404 Dellwater Way** **Spartanburg, SC 29306** | - | | | | X | X | | 0.00 |

Sheet no. **3656** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal              **0.00**
                               (Total of this page)

In re **Great Lakes Warranty Corporation** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5128489 | | | | Warranty | | | | |
| Phronda Becton 4469 Cedar Glen No2 Memphis, TN 38128 | - | | | | X | X | | 0.00 |
| Account No. 5109454 | | | | Warranty | | | | |
| Phuc Nguyen 45481 Riverwoods Dr Macomb, MI 48044 | - | | | | X | X | | 0.00 |
| Account No. 5106648 | | | | Warranty | | | | |
| Phuong D Nguyen 822 N Fourth Street Allentown, PA 18102 | - | | | | X | X | | 0.00 |
| Account No. 5126856 | | | | Warranty | | | | |
| Phylanne Morganstein 2404 Forest Lane Harrisburg, PA 17112 | - | | | | X | X | | 0.00 |
| Account No. 5107696 | | | | Warranty | | | | |
| Phylis Wright 3435 Tower Cottonwood, AZ 86326 | - | | | | X | X | | 0.00 |

Sheet no. **3657** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5107126 | | | | Warranty | | | | |
| Phyllis A McAninch 104 Yale Drive Lower Burrell, PA 15068 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096999 | | | | Warranty | | | | |
| Phyllis A Wright 2136 Heyward Brockington Columbia, SC 29203 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126202 | | | | Warranty | | | | |
| Phyllis Cardinal 7653 Aramis Street NW Massillon, OH 44646 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5089793 | | | | Warranty | | | | |
| Phyllis F Alston 1027 Findley Drive  Apt 17 Pittsburgh, PA 15221 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5088603 | | | | Warranty | | | | |
| Phyllis J Boroff 8370 Riley Road Celina, OH 45822 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __3658__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5086160** | | Warranty | | | | | | |
| **Phyllis J Brooks** **7849 Long Run Road** **Athens, Oh 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092286** | | Warranty | | | | | | |
| **Phyllis Jennings** **308 Pilkington Drive** **Lawrenceburg, TN 38464** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104485** | | Warranty | | | | | | |
| **Phyllis L Hajos** **10 E Steuben Street** **Oakdale, PA 15071** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130806** | | Warranty | | | | | | |
| **Phyllis Lennon** **899 Green Valley Rd** **Wind Ridge, PA 15380** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095949** | | Warranty | | | | | | |
| **Phyllis Rose** **8691 Guadalupe Road** **New Bremen, OH 45869** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3659** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129923** | | | | Warranty | | | | |
| **Phyllis Wallace** **347 West Penn Street** **Carlisle, PA 17013** | - | | | | X | X | | 0.00 |
| Account No. **5077693** | | | | Warranty | | | | |
| **Pia Zenmon** **3144 Penn Ave** **Pittsburgh, PA 15201** | - | | | | | | | 352.99 |
| Account No. **5122093** | | | | Warranty | | | | |
| **Pierre R Sampeur** **230 Court Ave  Apt A** **Upper Darby, PA 19082** | - | | | | | | | 210.50 |
| Account No. **5107932** | | | | Warranty | | | | |
| **Pierre V Tyson** **1293 Marquette Avenue** **Muskegon, MI 49442** | - | | | | X | X | | 0.00 |
| Account No. **5116213** | | | | Warranty | | | | |
| **Piete Ferguson** **10095 Taylor Road** **Rockvale, TN 37153** | - | | | | X | X | | 0.00 |

Sheet no. **3660** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                563.49

In re   **Great Lakes Warranty Corporation**                              ,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5070833 | | | | Warranty | | | | |
| Pih Lung Pang 1902 E Harrison St Gilbert, AZ 85296 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5064696 | | | | Warranty | | | | |
| Pilar Kirby 9028 S. 16th Place Phoenix, AZ 85040 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5083597 | | | | Warranty | | | | |
| Pina Carino 14445 Caminito Lazanja San Diego, CA 92127 | - | | | | | | | |
| | | | | | | | | 690.63 |
| Account No. 5122022 | | | | Warranty | | | | |
| Pino Ceramic Tile 166 Swift Water Lane Leesport, PA 19533 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5081072 | | | | Warranty | | | | |
| Pittsburgh Foundry and Machine Foot of 36th Street Pittsburgh, PA 15201 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3661** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    690.63

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Trade | | | | |
| PNC Bank P.O. Box 747046 Pittsburgh, PA 15274 | | | | | | | | 454,958.62 |
| Account No. | | - | | Trade | | | | |
| PNC Bank Card P.O. Box 3429 Pittsburgh, PA 15230 | | | | | | | | 13,307.43 |
| Account No. 5101478 | | - | | Warranty | X | X | | |
| Polly Koon 4035 Kings Drive Newberry, SC 29108 | | | | | | | | 0.00 |
| Account No. 5120429 | | - | | Warranty | X | X | | |
| Poonam Manocha 7810 Millertown Dr Centerville, OH 45459 | | | | | | | | 0.00 |
| Account No. 5106414 | | - | | Warranty | | | | |
| Porsche Bonner 15 Almond Road Burlington, NJ 08016 | | | | | | | | 225.00 |

Sheet no. **3662** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    468,491.05

In re   **Great Lakes Warranty Corporation**                            ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5073659 | | | | Warranty | | | | |
| Pradeep Nagarajr 1614 Lexington Drive Troy, MI 48084 | | - | | | | | | 332.00 |
| Account No. 5131713 | | | | Warranty | | | | |
| Praveen Nagarajan 1466 Worthington Street Columbus, OH 43201 | | - | | | X | X | | 0.00 |
| Account No. 5118575 | | | | Warranty | | | | |
| Premedics Inc 209 10th Ave S Nashville, TN 37203 | | - | | | X | X | | 0.00 |
| Account No. 5127347 | | | | Warranty | | | | |
| Premsa Kotagarlapalle 1 Allandale Dr  Apt A20 Newark, DE 19713 | | - | | | X | X | | 0.00 |
| Account No. 5080246 | | | | Warranty | | | | |
| Prentis O Dercell 4308 Ryan Avenue Columbia, SC 29203 | | - | | | X | X | | 0.00 |

Sheet no. **3663** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **332.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5098053 | | | Warranty | | | | |
| Pressley Draffin Sanders 1011 Statler Road Columbia, SC 29210 | - | | | X | X | | 0.00 |
| Account No. 5119683 | | | Warranty | | | | |
| Preston R Williams 109 Kathleen St Pittsburgh, PA 15211 | - | | | X | X | | 0.00 |
| Account No. 5129145 | | | Warranty | | | | |
| Preston Stewart 95 Arbor Meadow Drive Sicklerville, NJ 08081 | - | | | X | X | | 0.00 |
| Account No. | | | Trade | | | | |
| Prime Communications 275 Curry Hollow Road Pittsburgh, PA 15236 | - | | | | | | 963.00 |
| Account No. 5122629 | | | Warranty | | | | |
| Prime State Electric Inc 2375 Valleyview Dr Columbus, OH 43204 | - | | | X | X | | 0.00 |

Sheet no. **3664** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **963.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                                              ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5103798** | | | | Warranty | | | | |
| **Prince Ofosu Mensah** **4216 Loring Street** **Philadelphia, PA 19136** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127314** | | | | Warranty | | | | |
| **Priscilla Cooper** **189 Old Forreston Road** **Greeleyville, SC 29056** | | - | | | | | | |
| | | | | | | | | 220.24 |
| Account No. **5045576** | | | | Warranty | | | | |
| **Priscilla P Boyles** **807 4th St** **St Marys, WV 26170** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132447** | | | | Warranty | | | | |
| **Priscilla Robinson** **349 Gordon Drive** **Bowman, SC 29018** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129412** | | | | Warranty | | | | |
| **Pritpal Sing Aujla** **8350 Foynes Way** **Sacramento, CA 95828** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3665** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    220.24

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5118669 | | | | Warranty | | | | |
| Priya Hospitality Inc<br>100 Albion Way<br>Campbellsville, KY 42718 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5061523 | | | | Warranty | | | | |
| Probodh Kumar Ghai<br>6910 Lehigh Ct<br>Allentown, PA 18106 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121786 | | | | Warranty | | | | |
| Prophete Fils Aime<br>113 Vincent Dr<br>Verona, PA 15147 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Trade | | | | |
| Purchase Power - Pitney<br>P.O. Box 856042<br>Louisville, KY 40285 | - | | | | | | | |
| | | | | | | | | 3,856.08 |
| Account No. 5128778 | | | | Warranty | | | | |
| Quanisha Greenfield<br>629 West Berwick<br>Easton, PA 18042 | - | | | | | | | |
| | | | | | | | | 1,334.50 |

Sheet no. **3666** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,190.58

In re  **Great Lakes Warranty Corporation**

_____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5106217 | | | | | Warranty | | | | |
| Quantasha Laverne Brown 2656 Woodlawn Avenue North Charleston, SC 29405 | | - | | | | | | | 282.65 |
| Account No. 5123397 | | | | | Warranty | | | | |
| Queenie E Murray PO Box 511 Woodbine, NJ 08270 | | - | | | | X | X | | 0.00 |
| Account No. 5115276 | | | | | Warranty | | | | |
| Queensford T Terrazas PO Box 11043 Bapchule, AZ 85221 | | - | | | | X | X | | 0.00 |
| Account No. 5113675 | | | | | Warranty | | | | |
| Quentin Earl May 570 Adrian Road DeLancey, PA 15733 | | - | | | | X | X | | 0.00 |
| Account No. 5047618 | | | | | Warranty | | | | |
| Quentin Terry 1905 Whispering Trail Union, Ky 41091 | | - | | | | X | X | | 0.00 |

Sheet no. **3667** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

282.65

In re __Great Lakes Warranty Corporation_____,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5127371 | | - | | Warranty | | | | |
| Quentin Tipton 4124 S. Kessler Frederick West Milton, OH 45383 | | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086693 | | - | | Warranty | | | | |
| Quianna Bennegfield 10022 E Boston Wichita, KS 67207 | | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124918 | | - | | Warranty | | | | |
| Quidon Hypolite 7415 Taylor Street Hyattsville, MD 20784 | | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | - | | Trade | | | | |
| Quill P.O. Box 37600 Philadelphia, PA 19101 | | | | | | | | |
| | | | | | | | | 1,305.47 |
| Account No. 5087346 | | - | | Warranty | | | | |
| Quincy Jones 4226 Lone Oak Drive Nashville, TN 37215 | | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __3668__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         1,305.47

In re **Great Lakes Warranty Corporation** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5081423** | | | Warranty | | | | |
| **Quincy McConnell** **1420 Centre Avenue  Apt 1111** **Pittsburgh, PA 15219** | - | | | X | X | | 0.00 |
| Account No. **5119425** | | | Warranty | | | | |
| **Quindalina Duncan** **69 Ben Horry Trail** **Pawleys Island, SC 29585** | - | | | X | X | | 0.00 |
| Account No. **5074462** | | | Warranty | | | | |
| **Quinn Duane** **6218 Edgehill Drive** **El Dorado Hills, CA 95762** | - | | | | | | 312.95 |
| Account No. **5110346** | | | Warranty | | | | |
| **Quinn Tedder** **508 E 29th Street** **Silver City, NM 88061** | - | | | X | X | | 0.00 |
| Account No. **5126158** | | | Warranty | | | | |
| **Quintina Faison** **1664 E. Cheltenham Avenue** **Philadelphia, PA 19124** | - | | | X | X | | 0.00 |

Sheet no. **3669** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    312.95

In re **Great Lakes Warranty Corporation** ,   Case No. _____
_____
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5095288** | | | | Warranty | | | | |
| **Quinto Brown** **5266 Herman Street** **Germansville, PA 18053** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5067011** | | | | Warranty | | | | |
| **Quinton Ashton** **1514 E Hearne Way** **Gilbert, AZ 85234** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127342** | | | | Warranty | | | | |
| **Quinton Gee** **522 Wood Drive** **N. Augusta, SC 29860** | - | | | | | | | |
| | | | | | | | | **387.68** |
| Account No. **5073997** | | | | Warranty | | | | |
| **Quinton Underwood** **10707 Dixon Drive** **Riverview, FL 33579** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120803** | | | | Warranty | | | | |
| **R A Scholl Enterprises** **328 N Hanover St** **Carlisle, PA 17013** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3670** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **387.68**

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119750 | | | | Warranty | | | | |
| R Keith Baldridge 1101 Graybar Lane Nashville, TN 37204 | - | | | | | | | 1,083.00 |
| Account No. 5092151 | | | | Warranty | | | | |
| R Kelly Ormsby III 7490 Twin Maple Lane Greenville, OH 45331 | - | | | | | | | 328.33 |
| Account No. 5104720 | | | | Warranty | | | | |
| R Kenneth Hodges 3393 E Calla Road Youngstown, OH 44514 | - | | | | X | X | | 0.00 |
| Account No. 5096503 | | | | Warranty | | | | |
| R L Short 6023 Pleasant Ridge Rd Millington, TN 38053 | - | | | | X | X | | 0.00 |
| Account No. 5102708 | | | | Warranty | | | | |
| R Michael Ethridge 413 Station 22 1 2 Street Sullivans Island, SC 29482 | - | | | | X | X | | 0.00 |

Sheet no. __3671__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,411.33

In re **Great Lakes Warranty Corporation**                          , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130157** | | | | Warranty | | | | |
| **R. Douglas Green** **8465 Rock Riffle Road** **Athens, OH 45701** | - | | | | X | X | | 0.00 |
| Account No. **5126530** | | | | Warranty | | | | |
| **R. Timothy Edwards** **301 East 4th Street** **west Lafayette, OH 43845** | - | | | | X | X | | 0.00 |
| Account No. **5124550** | | | | Warranty | | | | |
| **R.C. Wangner** **6339 Wilwood Valley Drive** **Brentwood, TN 37027** | - | | | | X | X | | 0.00 |
| Account No. **5065158** | | | | Warranty | | | | |
| **R.F. Henderson** **105 Spindle Lane** **Lugoff, SC 29078** | - | | | | X | X | | 0.00 |
| Account No. **5103011** | | | | Warranty | | | | |
| **Rachael Cavanaugh** **1160 N Richmond** **Wichita, KS 67203** | - | | | | X | X | | 0.00 |

Sheet no. **3672** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5104274** | | | Warranty | | | | |
| **Rachael Grace M Aganad** **55 Chaparral Drive  #4** **Sedona, AZ 86351** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115238** | | | Warranty | | | | |
| **Rachael Holland** **703 Wayside Dr** **Fort Oglethorpe, GA 30742** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5103412** | | | Warranty | | | | |
| **Rachael McCord** **PO Box 330366** **Nashville, TN 37203** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099884** | | | Warranty | | | | |
| **Rachael McGeoy** **375 4th Street** **Port Carbon, PA 17965** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5069798** | | | Warranty | | | | |
| **Rachael Shenk** **490 E Main Ave** **Myerstown, PA 17067** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3673** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**               ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128876**<br><br>**Rachael Stephens**<br>**2330 McElveen Road**<br>**Alcola, SC 29001** | - | | **Warranty** | | | | **979.71** |
| Account No. **5132004**<br><br>**Racheal Edge**<br>**6096 Bartlett View #2**<br>**Memphis, TN 38134** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5072405**<br><br>**Rachel  Eichler**<br>**414 SSugar St**<br>**Celina, OH 45822** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5131875**<br><br>**Rachel  Huey**<br>**290 Mt Road**<br>**Uniontown, PA 15401** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5107071**<br><br>**Rachel  Kirk**<br>**127 Burford Lane**<br>**Valencia, PA 16059** | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **3674** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal<br>(Total of this page)        **979.71**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5086046** | | | | | **Warranty** | | | | |
| **Rachel A Artrip** **283 Stadium Street** **Mansfield, OH 44906** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5093429** | | | | | **Warranty** | | | | |
| **Rachel A Jacquillard** **815 Olive Street** **Connellsville, PA 15425** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5120604** | | | | | **Warranty** | | | | |
| **Rachel Bixler** **20 Valely Brook Dr** **Lancaster, PA 17601** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5067432** | | | | | **Warranty** | | | | |
| **Rachel Bowman** **353 Riverbend Drive** **Ludlow, KY 41016** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5127164** | | | | | **Warranty** | | | | |
| **Rachel Britton** **10249 Pettis Rd** **Meadville, PA 16335** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3675** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                  ,  Case No. _____

                                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5104845** | | | | **Warranty** | | | | |
| **Rachel Brownsword**<br>**3200 Southberry Circle SW**<br>**Canton, OH 44706** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5084216** | | | | **Warranty** | | | | |
| **Rachel Cain**<br>**526 Mill Stone Dr**<br>**Beavercreek, OH 45434** | - | | | | | | | |
| | | | | | | | | **247.30** |
| Account No. **5129694** | | | | **Warranty** | | | | |
| **Rachel Cassa**<br>**203 Pleasant Manor Dr**<br>**Mt Pleasant, PA 15666** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108676** | | | | **Warranty** | | | | |
| **Rachel Christian**<br>**5968 Garrison Rd**<br>**Franklin, TN 37064** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090535** | | | | **Warranty** | | | | |
| **Rachel Church**<br>**706 Elizabeth Street**<br>**Athens, TN 37303** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3676** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**247.30**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5056661** | | | | Warranty | | | | |
| **Rachel Cobb** **2209 Courtyard Ln** **Monroe, NC 28112** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131321 | | | | Warranty | | | | |
| **Rachel Farr** **919 Road F** **Olpe, KS 66865** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086939 | | | | Warranty | | | | |
| **Rachel Frenette** **269 Stanley Park Lane** **Franklin, TN 37069** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113536 | | | | Warranty | | | | |
| **Rachel Goforth** **9915 Highway 64** **Somerville, TN 38068** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111739 | | | | Warranty | | | | |
| **Rachel Gwen Harvey** **1555 Elm Street** **Lebanon, PA 17047** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3677** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re   **Great Lakes Warranty Corporation**      ,    Case No. _____

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5128397** | | | | | **Warranty** | | | | |
| **Rachel H Noethen** **634 Norristown Rd** **Horsham, PA 19044** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5130780** | | | | | **Warranty** | | | | |
| **Rachel Jones** **133 Grafton Avenue** **Dayton, OH 45406** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5119939** | | | | | **Warranty** | | | | |
| **Rachel Kensinger** **6003 Woodbury Pike** **Roaring Spring, PA 16673** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5126527** | | | | | **Warranty** | | | | |
| **Rachel Kessler** **947 Centenial Drive** **Indiana, PA 15701** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5120319** | | | | | **Warranty** | | | | |
| **Rachel L Bruce** **105 Drayton Downs** **Gallatin, TN 37066** | - | | | | | | | | |
| | | | | | | | | | **540.36** |

Sheet no.__**3678**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

        Subtotal
    (Total of this page)    **540.36**

In re    **Great Lakes Warranty Corporation**                                          ,          Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5114939 | | | Warranty | | | | |
| Rachel L Henry 4269 Shady Road Youngstown, OH 44505 | - | | | X | X | | 0.00 |
| Account No. 5096977 | | | Warranty | | | | |
| Rachel L Linderman 214 Florence Drive Uniontown, PA 15401 | - | | | X | X | | 0.00 |
| Account No. 5086538 | | | Warranty | | | | |
| Rachel L. Eichler 452 Cedar Drive St Henry, OH 45883 | - | | | X | X | | 0.00 |
| Account No. 5115407 | | | Warranty | | | | |
| Rachel Lee Sipe 40 N Grant Street Manheim, PA 17545 | - | | | X | X | | 0.00 |
| Account No. 5099592 | | | Warranty | | | | |
| Rachel M Blahovec 1401 Elm Street Greensburg, PA 15601 | - | | | | | | 331.24 |

Sheet no. **3679** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    331.24

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5080019** | | | Warranty | | | | |
| **Rachel M Haynie**<br>**801 King Street  Apt G**<br>**Columbia, SC 29205** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111129** | | | Warranty | | | | |
| **Rachel M Svabek**<br>**1505 Green Village Drive**<br>**Jefferson Hills, PA 15025** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5062418** | | | Warranty | | | | |
| **Rachel Muth**<br>**12253 N. 79th Street**<br>**Scottsdale, AZ 85266** | - | | | | | | |
| | | | | | | | 338.00 |
| Account No. **5112947** | | | Warranty | | | | |
| **Rachel R Leigh**<br>**1115 Brentwood Pointe**<br>**Brentwood, TN 37027** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100448** | | | Warranty | | | | |
| **Rachel Richards**<br>**1225 Evening Star Avenue  SE**<br>**East Canton, OH 44730** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3680** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

338.00

In re **Great Lakes Warranty Corporation**,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5089014** | | | | | Warranty | | | | |
| **Rachel Sears**<br>**6979 Green Crest Dr**<br>**Memphis, TN 38133** | - | | | | | X | X | | 0.00 |
| Account No. **5127144** | | | | | Warranty | | | | |
| **Rachel Thomas**<br>**6 South Park Avenue**<br>**Millville, NJ 08332** | - | | | | | X | X | | 0.00 |
| Account No. **5083506** | | | | | Warranty | | | | |
| **Rachel Tkacs**<br>**124 Coventry Court**<br>**Monroeville, PA 15146** | - | | | | | X | X | | 0.00 |
| Account No. **5092657** | | | | | Warranty | | | | |
| **Rachel Veon**<br>**3600 N Hayden  #2310**<br>**Scottsdale, AZ 85251** | - | | | | | X | X | | 0.00 |
| Account No. **5098160** | | | | | Warranty | | | | |
| **Rachel Younce**<br>**1537 Jeter Way**<br>**Murfreesboro, TN 37129** | - | | | | | X | X | | 0.00 |

Sheet no. **3681** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     (Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation**         Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5063830**<br><br>**Rachele Wilson**<br>**1692 South Main Street**<br>**North Canton, OH 44709** | - | | **Warranty** | | | | 1,480.00 |
| Account No. **5125504**<br><br>**Rachelle Ayala**<br>**5309 Manor Stone Street**<br>**North Las Vegas, NV 89081** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5094946**<br><br>**Rachelle Cuff**<br>**245 Florida Ave**<br>**Shenandoah, PA 17976** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5108032**<br><br>**Rachelle Pallotta**<br>**700 Stonecliff Drive**<br>**Akron, OH 44313** | - | | **Warranty** | | | | 569.98 |
| Account No. **5076970**<br><br>**Rachelle Powell**<br>**197 Electric Avenue**<br>**Houtzdale, PA 16651** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **3682** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,049.98**

In re **Great Lakes Warranty Corporation**                              Case No. _____

_____,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129704** | | | | Warranty | | | | |
| **Rachnel D Ernette** **1201 Emma St** **Scottdale, PA 15683** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5100556** | | | | Warranty | | | | |
| **Radford Clark** **26920 N 61st Street** **Scottsdale, AZ 85266** | - | | | | | | | |
| | | | | | | | | **202.50** |
| Account No. **5097262** | | | | Warranty | | | | |
| **Rae A Stimpson** **9690 Dodson Road** **Millington, TN 38053** | - | | | | | | | |
| | | | | | | | | **113.05** |
| Account No. **5112466** | | | | Warranty | | | | |
| **Rae Casteel** **1290 N Speedway Place** **Tucson, AZ 85715** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113252** | | | | Warranty | | | | |
| **Raenell Hill** **719 Chautauqua Court** **Pittsburgh, PA 15214** | - | | | | | | | |
| | | | | | | | | **502.22** |

Sheet no. **3683** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                                 **817.77**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5106769** | | | | | **Warranty** | | | | |
| **Raenell Hill** **2115 Rhine Street  #2C** **Pittsburgh, PA 15212** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5113252** | | | | | **Warranty** | | | | |
| **Raenell Hill** **719 Chautauqua Court** **Pittsburgh, PA 15214** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5121627** | | | | | **Warranty** | | | | |
| **Rafael  Ruiz Ortega** **HC3 Box 3356** **Albrightsville, PA 18210** | - | | | | | | | | |
| | | | | | | | | | **1,180.00** |
| Account No. **5124292** | | | | | **Warranty** | | | | |
| **Rafael Camarillo** **681 West Jacobs Street** **Somerton, AZ 85350** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5101649** | | | | | **Warranty** | | | | |
| **Rafael Dingui** **104 N Cumberland Avenue** **Hainesport, NJ 08036** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **3684** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,180.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5132738** | | | | | **Warranty** | | | | |
| **Rafael E Quintana 115 N 13th St  PO Box 927 Allentown, PA 18105** | - | | | | | X | X | | 0.00 |
| Account No. **5099147** | | | | | **Warranty** | | | | |
| **Rafael E Sanchez 33 Reardon Avenue Riverside, RI 02915** | - | | | | | X | X | | 0.00 |
| Account No. **5100868** | | | | | **Warranty** | | | | |
| **Rafael Layliev 200 Lakeview Drive Franklin, OH 45005** | - | | | | | | | | 536.50 |
| Account No. **5132054** | | | | | **Warranty** | | | | |
| **Rafael Mora 6501 Vegas Drive Apt 2145 Las Vegas, NV 89108** | - | | | | | X | X | | 0.00 |
| Account No. **5131746** | | | | | **Warranty** | | | | |
| **Rafael Zavala 1812 South Maple Street Yuma, AZ 85364** | - | | | | | X | X | | 0.00 |

Sheet no. **3685** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **536.50**

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5111357 | | | | Warranty | | | | |
| Rafail L Brodskiy 15125 A Beverly Drive Philadelphia, PA 19116 | - | | | | X | X | | 0.00 |
| Account No. 5112467 | | | | Warranty | | | | |
| Rafal Kolankowski 701 Brookside Drive Pittsburgh, PA 15239 | - | | | | X | X | | 0.00 |
| Account No. 5075138 | | | | Warranty | | | | |
| Rafeh Husan 2618 Oakley Drive Pennsauken, NJ 08109 | - | | | | X | X | | 0.00 |
| Account No. 5107720 | | | | Warranty | | | | |
| Rafel  Serrano Rios Jr 11 William Street Rio Grande, NJ 08242 | - | | | | X | X | | 0.00 |
| Account No. 5129498 | | | | Warranty | | | | |
| Rafel Mendez 953 Brodway Bethlehem, PA 18015 | - | | | | X | X | | 0.00 |

Sheet no. **3686** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                   ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099154** | | | | **Warranty** | | | | |
| **Raffaella Braun** **301 Demonbreun Street  Unit 605** **Nashville, TN 37201** | - | | | | | | | |
| | | | | | | | | 778.50 |
| Account No. **5091220** | | | | **Warranty** | | | | |
| **Raffee D Johns II** **1489 Bunts Road** **Lakewood, OH 44107** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073705** | | | | **Warranty** | | | | |
| **Rafla Matti** **13135 Florentine Drive** **Shelby Township, MI 48315** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124970** | | | | **Warranty** | | | | |
| **Rahael P Young** **314 Washington Ave** **Woodbine, NJ 08270** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088320** | | | | **Warranty** | | | | |
| **Rahul Bheematah Jagini** **111 Fir Drive** **Collegeville, PA 19426** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3687**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

778.50

In re   **Great Lakes Warranty Corporation**           ,    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5126603 | | | | Warranty | | | | |
| Raimey L Donkel 100 Rockefella Lane Columbia, SC 29223 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5080572 | | | | Warranty | | | | |
| Raj Pandrangi 16346 Sleepy Hollow Drive Fenton, MI 48430 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109611 | | | | Warranty | | | | |
| Rajklimar Samaroo 5950 Brady Drive Columbus, OH 43229 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118096 | | | | Warranty | | | | |
| Ralean  Brunson 998 Dover Circle Sumter, SC 29154 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119432 | | | | Warranty | | | | |
| Ralf Richards III 948 S Hills Blvd Pottstown, PA 19464 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3688**  of **4906**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                                  
(Total of this page)        **0.00**

In re **Great Lakes Warranty Corporation**                          , Case No. _____

                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5074950 | | | | Warranty | | | | |
| Ralph  Burlingham Jr 11490 Wilson Road Northeast, PA 16428 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5078405 | | | | Warranty | | | | |
| Ralph Ballard PO Box 3698 Charleston, WV 25336 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121871 | | | | Warranty | | | | |
| Ralph C Bishop Jr 15 Elm St Birmongham, AL 35213 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090566 | | | | Warranty | | | | |
| Ralph Cecil Osborn 1374 Hollowtown Road Hillsboro, OH 45133 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104657 | | | | Warranty | | | | |
| Ralph Chavarria 10323 West Montebello Glendale, AZ 85307 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.<u>3689</u> of <u>4906</u> sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                    ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5114772** | | | **Warranty** | | | | |
| **Ralph D Keefer Jr 40 S Felty Road Pine Grove, PA 17963** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5130772** | | | **Warranty** | | | | |
| **Ralph Duran 202 Farmview Ct Cranberry Twp, PA 16066** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5127714** | | | **Warranty** | | | | |
| **Ralph E Johns Jr 81 Oakridge Dr Mount Clare, WV 26408** | - | | | | | | |
| | | | | | | | **311.01** |
| Account No. **5100001** | | | **Warranty** | | | | |
| **Ralph E Thomas 186 Trouttown Road Hunker, PA 15639** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5088416** | | | **Warranty** | | | | |
| **Ralph Edwards Walters 106 Kendall Court Goose Creek, SC 29445** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**3690** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**311.01**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104446** | | | | Warranty | | | | |
| **Ralph F Crist** **1147 Fredrick Street** **Lancaster, OH 43130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122794** | | | | Warranty | | | | |
| **Ralph H Learn III** **2343 Donald Ave** **Youngstown, OH 44509** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094635** | | | | Warranty | | | | |
| **Ralph Hood** **530 S Dobson Road** **Mesa, AZ 85202** | - | | | | | | | |
| | | | | | | | | 1,380.00 |
| Account No. **5130181** | | | | Warranty | | | | |
| **Ralph Horne** **1753 Road East Lot 227** **Emporia, KS 66801** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106559** | | | | Warranty | | | | |
| **Ralph J Abraham** **1212 River Forest Drive** **Freeport, PA 16229** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3691** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,380.00**

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095702** | | | | **Warranty** | | | | |
| **Ralph J Fraley** **17 New Sullivan St** **Swoyersville, PA 18704** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114633** | | | | **Warranty** | | | | |
| **Ralph J Fridg** **508 College Ledge Rd** **Indiana, PA 15704** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122895** | | | | **Warranty** | | | | |
| **Ralph John Warve** **3558 Procyon Ave** **Las Vegas, NV 89103** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105252** | | | | **Warranty** | | | | |
| **Ralph K Painter** **5960 Shearsburg Road** **Leechburg, PA 15656** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130687** | | | | **Warranty** | | | | |
| **Ralph L Harvey Jr** **PO Box 931  11 N College St** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3692** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re  **Great Lakes Warranty Corporation**  ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5088045** | | | | **Warranty** | | | | |
| **Ralph Peterson** **17242 E Ledferd Lane** **Fountain Hills, AZ 85268** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086064** | | | | **Warranty** | | | | |
| **Ralph Petrucci** **2 Owl Hollow Lane** **Killingworth, CT 06419** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086050** | | | | **Warranty** | | | | |
| **Ralph Petrucci** **18 Bon Air Circle** **Milford, CT 06461** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127794** | | | | **Warranty** | | | | |
| **Ralph Praylow** **631 Sharpe Road** **Columbia, SC 29209** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116519** | | | | **Warranty** | | | | |
| **Ralph Proctor** **625 Stanwix Street  Apt 1806** **Pittsburgh, PA 15222** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3693** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    , Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101678** | | | Warranty | | | | |
| **Ralph Ray** **113 Eastside Drive** **White House, TN 37188** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125428** | | | Warranty | | | | |
| **Ralph Sprankle** **179 Broadway** **Shelby, OH 44875** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113001** | | | Warranty | | | | |
| **Ralph T Smith** **1128 Locke Mills Road** **Milroy, PA 17063** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5086932** | | | Warranty | | | | |
| **Ralph Thompson** **1022 Arsenal Ct** **Franklin, TN 37064** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110112** | | | Warranty | | | | |
| **Ralph Wolfe** **P.O. Box 27** **Grove City, OH 43123** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3694** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**      Case No. _____

,

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5131472 | | | | Warranty | | | | |
| Ralusher Alvaro 8851 Quarterhorse Lane Las Vegas, NV 89148 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5072053 | | | | Warranty | | | | |
| Ramadass Prabhakar 2014 Linden no 1 Nashville, TN 37212 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116708 | | | | Warranty | | | | |
| Ramakrishnan Rajappa 34693 Bunker Hill Drive Rarmington Hills, MI 48331 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121565 | | | | Warranty | | | | |
| Ramdass Aggarwal 6894 Lehigh Court Allentown, PA 18106 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113100 | | | | Warranty | | | | |
| Ramesh Sarvaiya 26 Eastwood Drive Voorhees, NJ 08043 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3695** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re  **Great Lakes Warranty Corporation**                                        ,      Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **5120150** | | | | | **Warranty** | | | | |
| **Rami Fawaz**<br>**6850 N Haggerty**<br>**Canton, MI 48187** | - | | | | | | | | 783.94 |
| Account No. **5056045** | | | | | **Warranty** | | | | |
| **Ramin Nur**<br>**24466 Toledo Ln**<br>**Lake Forest, CA 92630** | - | | | | | X | X | | 0.00 |
| Account No. **5062867** | | | | | **Warranty** | | | | |
| **Ramine Ettefagh**<br>**2906 Hamden Dr**<br>**Greensboro, NC 27405** | - | | | | | X | X | | 0.00 |
| Account No. **5120841** | | | | | **Warranty** | | | | |
| **Ramiro Reyes**<br>**548 N Church Rd**<br>**Wernersville, PA 19565** | - | | | | | X | X | | 0.00 |
| Account No. **5131997** | | | | | **Warranty** | | | | |
| **Ramiro Venega**<br>**1913 Brandy Avenue**<br>**Las Vegas, NV 89101** | - | | | | | X | X | | 0.00 |

Sheet no. **3696** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          783.94

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5100785 | | | Warranty | | | | |
| Rammie E Pearson 528 Holly Run Court Spartanburg, SC 29303 | - | | | | | | 138.37 |
| Account No. 5129003 | | | Warranty | | | | |
| Ramon  Arce Pena 2729 Las Ventura Way N Las Vegas, NV 89030 | - | | | X | X | | 0.00 |
| Account No. 5129357 | | | Warranty | | | | |
| Ramon  Rivera 312 Pitney Rd Absecon, NJ 08201 | - | | | X | X | | 0.00 |
| Account No. 5120898 | | | Warranty | | | | |
| Ramon  Sanchez Maldonado 815 Oreole Way Incline Village, NV 89450 | - | | | | | | 408.29 |
| Account No. 5090115 | | | Warranty | | | | |
| Ramon Castillo PO Box 9718 San Luis, AZ 85349 | - | | | | | | 273.00 |

Sheet no. __3697__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 819.66

In re **Great Lakes Warranty Corporation**                                     Case No. _____
                                                           ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128307** | | | **Warranty** | | | | |
| **Ramon E Acevedo Sr** **107A Windsor St** **Reading, PA 19601** | | - | | | | | **1,037.21** |
| Account No. **5122276** | | | **Warranty** | | | | |
| **Ramon Hernandez Rolon** **1614 North 12th St** **Reading, PA 19604** | | - | | X | X | | **0.00** |
| Account No. **5125356** | | | **Warranty** | | | | |
| **Ramon Jimenez** **509 E. Church Street** **Orwigsburg, PA 17961** | | - | | X | X | | **0.00** |
| Account No. **5103696** | | | **Warranty** | | | | |
| **Ramon M Morales** **1966 Jeffrey Lane** **Alcoa, TN 37701** | | - | | X | X | | **0.00** |
| Account No. **5116973** | | | **Warranty** | | | | |
| **Ramon Morris** **61826 Siverly Creek Rd** **McArthur, OH 45651** | | - | | X | X | | **0.00** |

Sheet no. **3698** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,037.21**

In re    **Great Lakes Warranty Corporation**                                        ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5130014** | | | | | Warranty | | | | |
| **Ramon Myles**<br>**405 9th Street**<br>**Lumberton, MS 39455** | - | | | | | X | X | | 0.00 |
| Account No. **5069608** | | | | | Warranty | | | | |
| **Ramon Reece**<br>**5810 Jackpot Drive**<br>**Colorado Springs, CO 80922** | - | | | | | X | X | | 0.00 |
| Account No. **5086639** | | | | | Warranty | | | | |
| **Ramon Weaver**<br>**PO Box 1143**<br>**Lenoir City, TN 37771** | - | | | | | X | X | | 0.00 |
| Account No. **5115167** | | | | | Warranty | | | | |
| **Ramona  Clark**<br>**108 Shenbrook Dr**<br>**Columbia, SC 29223** | - | | | | | X | X | | 0.00 |
| Account No. **5106702** | | | | | Warranty | | | | |
| **Ramona Caban**<br>**325B Lake Farm Road**<br>**Smyrna, TN 37167** | - | | | | | X | X | | 0.00 |

Sheet no. **3699** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  0.00

In re  **Great Lakes Warranty Corporation**  ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5118418** | | | Warranty | | | | |
| **Ramona Corner** **6433 Carver St** **Pittsburgh, PA 15206** | - | | | X | X | | 0.00 |
| Account No. **5115253** | | | Warranty | | | | |
| **Ramona D Holmes** **2057 Monongahela Avenue** **Pittsburgh, PA 15218** | - | | | | | | 1,400.00 |
| Account No. **5114232** | | | Warranty | | | | |
| **Ramona L Tongdee** **904 Grey Street** **McKees Rocks, PA 15136** | - | | | X | X | | 0.00 |
| Account No. **5085631** | | | Warranty | | | | |
| **Ramona Snyder** **1060 Wild Cherry Drive** **Dayton, OH 45414** | - | | | X | X | | 0.00 |
| Account No. **5115740** | | | Warranty | | | | |
| **Ramone Jaroszyk** **2803 Coventry Boulevard** **Canton, OH 44705** | - | | | X | X | | 0.00 |

Sheet no. **3700** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 1,400.00

In re   **Great Lakes Warranty Corporation**               ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5092044** | | | | Warranty | | | | |
| **Ramsey Develop Corporation** **706 Jefferson Street** **Tell City, IN 47586** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108378 | | | | Warranty | | | | |
| **Ramya Vaithianathan** **1468 Brookwood Drive W** **Winston Salem, NC 27109** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127799 | | | | Warranty | | | | |
| **Ramzl Zhvr** **4296 Summer Avenue** **Nashville, TN 38122** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5073228 | | | | Warranty | | | | |
| **Randa Gill** **11809 N 35 Street** **Phoenix, AZ 85028** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5085435 | | | | Warranty | | | | |
| **Randa Kay Dutcher** **429 S 31st Street** **Mesa, AZ 85204** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3701** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal                 0.00
                                  (Total of this page)

In re   **Great Lakes Warranty Corporation**                          ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131354** | | | | **Warranty** | | | | |
| **Randal Girard Simbeck** **132 Parade St** **St Marys, PA 15857** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096690** | | | | **Warranty** | | | | |
| **Randal Hoagland** **331 Millview Place** **Canton, OH 44706** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098122** | | | | **Warranty** | | | | |
| **Randal Scherf** **41200 Ravines Edge Way** **Lagrange, OH 44050** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103770** | | | | **Warranty** | | | | |
| **Randal W Fullenkamp** **4616 Lincoln Highway** **Bucyrus, OH 44820** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125858** | | | | **Warranty** | | | | |
| **Randal W Johnson** **13775 Neptune Lane** **New Concord, OH 43762** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3702** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                          ,          Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5112636** | | | | | **Warranty** | | | | |
| **Randall A Borowski 234 Hill Street Lower Burrell, PA 15068** | - | | | | | X | X | | 0.00 |
| Account No. **5083642** | | | | | **Warranty** | | | | |
| **Randall A Burtnett 5179 Homeworth Road Homeworth, OH 44634** | - | | | | | | | | 521.10 |
| Account No. **5128730** | | | | | **Warranty** | | | | |
| **Randall Bailes 209 Appian Way Henderson, NV 89062** | - | | | | | X | X | | 0.00 |
| Account No. **5125206** | | | | | **Warranty** | | | | |
| **Randall Clair 385 Red Schoolhouse Road Osceole Mills, PA 16666** | - | | | | | X | X | | 0.00 |
| Account No. **5103644** | | | | | **Warranty** | | | | |
| **Randall E Davis 454 Washington Street Warren, OH 44483** | - | | | | | | | | 121.50 |

Sheet no. **3703** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

642.60

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095478** | | | Warranty | | | | |
| **Randall Griffith** **3561 Alvera Ct** **Beavercreek, OH 45432** | - | | | X | X | | 0.00 |
| Account No. 5111664 | | | Warranty | | | | |
| **Randall L Riggs** **128 Bilby Lane** **Follansbee, WV 26057** | - | | | X | X | | 0.00 |
| Account No. 5110380 | | | Warranty | | | | |
| **Randall L Troutman** **117 Troutberry Lane** **Dayton, PA 16222** | - | | | | | | 373.00 |
| Account No. 5124046 | | | Warranty | | | | |
| **Randall Lundquist** **1686 ST Rt 314 S** **Mansfield, OH 44903** | - | | | X | X | | 0.00 |
| Account No. 5129721 | | | Warranty | | | | |
| **Randall Mason** **20600 Kings Hwy** **Warrensville, OH 44122** | - | | | X | X | | 0.00 |

Sheet no. **3704** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

373.00

In re **Great Lakes Warranty Corporation**                                      Case No. _____
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5115313 | | | | Warranty | | | | |
| Randall P Heaver 55 Jeffrey Lane New Middletown, OH 44442 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5083675 | | | | Warranty | | | | |
| Randall P Morse 222 Woodhaven Dr Bridgeville, PA 15017 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131439 | | | | Warranty | | | | |
| Randall Phillips 2821 South Marvine Street Philadelphia, PA 19148 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5088458 | | | | Warranty | | | | |
| Randall R Gustafson 8205 West Mill St  Apt 343 Cleves, OH 45002 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112881 | | | | Warranty | | | | |
| Randall R Sutherland 103 Navajo Court White House, TN 37188 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3705** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            0.00

In re **Great Lakes Warranty Corporation**                          , Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5128404** | | | | **Warranty** | | | | |
| **Randall Roash** **124 Prescot St** **Strathmere, NJ 08248** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119521** | | | | **Warranty** | | | | |
| **Randall Shearer** **40 Mazzotta Rd** **Stevens, PA 17578** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092621** | | | | **Warranty** | | | | |
| **Randall Smith** **15 Morgan Street** **Glouster, OH 45732** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126023** | | | | **Warranty** | | | | |
| **Randall Stratton** **549 Abbey Lane** **Jackson, OH 45640** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115785** | | | | **Warranty** | | | | |
| **Randall Walker** **12606 State Route 691** **Nelsonville, OH 45764** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3706** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5087075** | | | Warranty | | | | |
| **Randall Wasson** **18086 Wapak Cridersville** **Wapakoneta, OH 45895** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5105740** | | | Warranty | | | | |
| **Randel L Phillips** **825 S Michigan Avenue** **Wellston, OH 45692** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5085103** | | | Warranty | | | | |
| **Randell Pilecki** **Pocono Mountain Lake** **White Haven, PA 18661** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118493** | | | Warranty | | | | |
| **Randi A Rotz** **170 Kendall Ave** **Campbell, OH 44405** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114572** | | | Warranty | | | | |
| **Randi M Chinn** **5327 Second Avenue  Apt #3** **Pittsburgh, PA 15207** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3707** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  0.00

In re **Great Lakes Warranty Corporation** ,　　Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **5132192** | | Warranty | | | | | | | | |
| **Randolf Lopez** **26 N 12th Street #3** **Allentown, PA 18101** | - | | | | | | X | X | | 0.00 |
| Account No. **5087231** | | Warranty | | | | | | | | |
| **Randolph Morrell** **4145 Clearbrook Cave Road** **Jacksonville, FL 32218** | - | | | | | | X | X | | 0.00 |
| Account No. **5084882** | | Warranty | | | | | | | | |
| **Randolph B Cato** **PO Box 153** **Gloverville, SC 29828** | - | | | | | | X | X | | 0.00 |
| Account No. **5132408** | | Warranty | | | | | | | | |
| **Randolph Hall** **649 Noreth Franklin #21** **Chambersburg, PA 17201** | - | | | | | | X | X | | 0.00 |
| Account No. **5116775** | | Warranty | | | | | | | | |
| **Randolph McNaulty** **3806 Lisa Lane** **Collegeville, PA 19426** | - | | | | | | X | X | | 0.00 |

Sheet no. **3708** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**0.00**

In re   **Great Lakes Warranty Corporation**            ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124644** | | | | **Warranty** | | | | |
| **Randolph Messersmith** **11854 Mount Olivet Road** **Felton, PA 17322** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084004** | | | | **Warranty** | | | | |
| **Randolph T Tormey** **8399 Todd Creek** **West Chester, OH 45069** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116955** | | | | **Warranty** | | | | |
| **Randy A Kaiser** **5400 Summer Blvd** **Galena, OH 43021** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131542** | | | | **Warranty** | | | | |
| **Randy Carter Sr.** **1127 Highland Street** **Tarentum, PA 15084** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5066782** | | | | **Warranty** | | | | |
| **Randy Clayton** **6515 Atkins Way** **Gainesville, VA 20155** | - | | | | | | | |
| | | | | | | | | 743.00 |

Sheet no._**3709**_ of _**4906**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **743.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097184** | | | Warranty | | | | |
| **Randy Copleman 3971 E San Simeon Drive Tucson, AZ 85718** | - | | | X | X | | 0.00 |
| Account No. **5131152** | | | Warranty | | | | |
| **Randy Coppler 1104 East 9th Street Lima, OH 45804** | - | | | X | X | | 0.00 |
| Account No. **5087327** | | | Warranty | | | | |
| **Randy Cyone 128 Blue Jay Drive Rockton, PA 15856** | - | | | X | X | | 0.00 |
| Account No. **5110267** | | | Warranty | | | | |
| **Randy D Downs Jr 10 Edwards Street Fort Rucker, AL 36362** | - | | | X | X | | 0.00 |
| Account No. **5105635** | | | Warranty | | | | |
| **Randy D Libby Building 2990 Indiana Ave Hopkinsville, KY 42223** | - | | | X | X | | 0.00 |

Sheet no. **3710** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re    **Great Lakes Warranty Corporation**                ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108643** | | | | Warranty | | | | |
| **Randy E Crossen** **5370 Vivian Road** **Albany, OH 45710** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132760** | | | | Warranty | | | | |
| **Randy Glassman** **3651 North Rancho Drive #233** **Las Vegas, NV 89130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113589** | | | | Warranty | | | | |
| **Randy Hardy** **30 Fairview Drive** **Flemington, NJ 08822** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120003** | | | | Warranty | | | | |
| **Randy Hoffert** **423 East Lexington Rd** **Lititz, PA 17543** | - | | | | | | | |
| | | | | | | | | 634.13 |
| Account No. **5087806** | | | | Warranty | | | | |
| **Randy Holland** **2516 Highway 179** **Covington, TN 38019** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3711** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal             | 634.13

                     (Total of this page)

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5088231** | | | | Warranty | | | | |
| **Randy J Brewer**<br>**6030 E Riverdale Street**<br>**Mesa, AZ 85215** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5085846** | | | | Warranty | | | | |
| **Randy J Collins Jr**<br>**238 South Moore AvE**<br>**Barrington, NJ 08007** | - | | | | | | | |
| | | | | | | | | **421.97** |
| Account No. **5121857** | | | | Warranty | | | | |
| **Randy Jackson**<br>**11088 US 50**<br>**Dillsboro, IN 47018** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129692** | | | | Warranty | | | | |
| **Randy James Hinzman**<br>**104 Lewis St**<br>**Ambridge, PA 15003** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086880** | | | | Warranty | | | | |
| **Randy K  Lee Jr**<br>**102 Union Terrace**<br>**Pomeroy, OH 45769** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3712** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **421.97**

In re   **Great Lakes Warranty Corporation**                                          Case No. _____
                                                                        ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102408** | | | | **Warranty** | | | | |
| **Randy Klinger** **203 Maple Street** **Belle Center, OH 43310** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100440** | | | | **Warranty** | | | | |
| **Randy L Beck** **1627 Harvard Avenue NW** **Canton, OH 44703** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122815** | | | | **Warranty** | | | | |
| **Randy L Brown** **2598 Beaver Ave Apt A** **Monaca, PA 15061** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104620** | | | | **Warranty** | | | | |
| **Randy L Hine** **16731 State Route 78** **Buchtel, OH 45716** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106796** | | | | **Warranty** | | | | |
| **Randy L Mathews** **1354 Winoka Road** **Collierville, TN 38017** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3713** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re __Great Lakes Warranty Corporation__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5120999 | | | Warranty | | | | |
| Randy L McComas 117 N McElroy Rd Mansfield, OH 44905 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5116714 | | | Warranty | | | | |
| Randy L Philpott 1427 Banfield Street Pittsburgh, PA 15235 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5098233 | | | Warranty | | | | |
| Randy L Shoemaker 266 Leisenring Road Vanderbilt, PA 15486 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5115738 | | | Warranty | | | | |
| Randy Leist 19970 County Road 6 Coshocton, OH 43812 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5095874 | | | Warranty | | | | |
| Randy M Salamon 1125 Substation Road Brunswick, OH 44212 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. __3714__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re  **Great Lakes Warranty Corporation**                                          ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5054757** | | | | Warranty | | | | |
| **Randy Maynard** **2100 FM1299 Road** **Wharton, TX 77488** | - | | | | | | | 463.18 |
| Account No. **5131677** | | | | Warranty | | | | |
| **Randy Moore** **4100 Kolbe Road** **Lorain, OH 44053** | - | | | | | | | 216.00 |
| Account No. **5085061** | | | | Warranty | | | | |
| **Randy P Strohmeyer** **9941 Young Road** **Wattsburg, PA 16442** | - | | | | X | X | | 0.00 |
| Account No. **5073008** | | | | Warranty | | | | |
| **Randy Paterniti** **9502 Shadduck Road** **McKean, PA 16426** | - | | | | X | X | | 0.00 |
| Account No. **5083424** | | | | Warranty | | | | |
| **Randy Procopio** **414 Lynetree Drive** **West Chester, PA 19380** | - | | | | X | X | | 0.00 |

Sheet no. **3715** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

679.18

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                    ,
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122674** | | | | **Warranty** | | | | |
| **Randy Rosco** **410 Parkwood Rd** **Pittsburgh, PA 15210** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132675** | | | | **Warranty** | | | | |
| **Randy Ross** **RD3 Box 112** **Cameron, WV 26033** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5081160** | | | | **Warranty** | | | | |
| **Randy S Moorehead** **6 Manning Street** **Oil City, PA 16301** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113956** | | | | **Warranty** | | | | |
| **Randy S Moorehead** **307 West Third Street** **Oil City, PA 16301** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5041391** | | | | **Warranty** | | | | |
| **Randy Steward** **241 Mitchell St** **Corpus Christi, TX 78411** | - | | | | | | | |
| | | | | | | | | **691.20** |

Sheet no. **3716** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **691.20**

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100637** | | | **Warranty** | | | | |
| **Randy T Burgett**<br>**412 Whitley Court**<br>**Franklin, TN 37067** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5089516** | | | **Warranty** | | | | |
| **Randy Tharpe**<br>**275 Fiddlers Lane**<br>**Gaston, SC 29053** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5131277** | | | **Warranty** | | | | |
| **Randy Thomas**<br>**500 Wilson Run Road**<br>**Chillocothe, OH 45601** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5114320** | | | **Warranty** | | | | |
| **Randy W Pierce**<br>**6431 Highway 25 East**<br>**Springfield, TN 37172** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5100851** | | | **Warranty** | | | | |
| **Randy W Reese**<br>**1535 2nd St**<br>**New Brighton, PA 15066** | | - | | | | | |
| | | | | | | | **306.50** |

Sheet no. **3717** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**306.50**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5064475** | | | Warranty | | | | |
| **Randy W. Woody** **2665 Spruce Loop** **Crossville, TN 38555** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131557** | | | Warranty | | | | |
| **Randy Williams** **113 Thomaston Drive** **Columbia, SC 29229** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124862** | | | Warranty | | | | |
| **Randy Young** **211 George Street** **New Ellentown, SC 29809** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5051266** | | | Warranty | | | | |
| **Ranjor Singh** **7 Huron Rd** **Yonkers, NY 10710** | | - | | | | | |
| | | | | | | | 122.66 |
| Account No. **5099068** | | | Warranty | | | | |
| **Raphael Depena** **4201 Campbell Way  Apt 1** **Tobyhanna, PA 18466** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3718** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    122.66

In re   **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                     ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5110968 | | Warranty | | | | | | |
| Raphael Lo 1830 N Buffalo #2016 Las Vegas, NV 89128 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131951 | | Warranty | | | | | | |
| Raquel Dicari 116 Blackwood Clementon Rd Apt E201 Clementon, NJ 08021 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129127 | | Warranty | | | | | | |
| Raquel Rishel 102 West Granada Avenue Hershey, PA 17033 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5058507 | | Warranty | | | | | | |
| Rasesh Desai 126 Tunstall Dr Goose Creek, SC 29445 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124659 | | Warranty | | | | | | |
| Rashad Mullins 2741 Old Bear Canyon Las Vegas, NV 89156 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__3719__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122446** | | | Warranty | | | | |
| **Rasheen Davis** **1829 S Cecil St** **Philadelphia, PA 19143** | - | | | X | X | | 0.00 |
| Account No. **5124302** | | | Warranty | | | | |
| **Rashele Evans** **1102 Hickory Drive** **Vineland, NJ 08360** | - | | | X | X | | 0.00 |
| Account No. **5123939** | | | Warranty | | | | |
| **Rashmi Yajnik** **3795 Shirtzinger Road** **Hilliard, OH 43026** | - | | | X | X | | 0.00 |
| Account No. **5128915** | | | Warranty | | | | |
| **Rashonya M Miles** **130 Maple Ave  Apt B** **Wildwood, NJ 08260** | - | | | X | X | | 0.00 |
| Account No. **5106914** | | | Warranty | | | | |
| **Rasinda Hayes** **130 County Road 894** **Etowah, TN 37331** | - | | | X | X | | 0.00 |

Sheet no. **3720** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5130902** | | | | | Warranty | | | | |
| **Rassie Cantrell 221 Carr Avenue Livingston, TN 38570** | - | | | | | X | X | | 0.00 |
| Account No. **5093143** | | | | | Warranty | | | | |
| **Raul  Marrero Nieves 1133 Luzerne Street Reading, PA 19601** | - | | | | | | | | 2,240.00 |
| Account No. **5086970** | | | | | Warranty | | | | |
| **Raul Lopez 1320 S Fountain Street  Apt 2 Allentown, PA 18104** | - | | | | | X | X | | 0.00 |
| Account No. **5130309** | | | | | Warranty | | | | |
| **Raul Lopez 4824 Greencreek Avenue Las Vegas, NV 89110** | - | | | | | X | X | | 0.00 |
| Account No. **5122829** | | | | | Warranty | | | | |
| **Raul Maldonado 1634 Princeton Ave Lawrence, NJ 08648** | - | | | | | X | X | | 0.00 |

Sheet no. **3721** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **2,240.00**

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129785 | | | | Warranty | | | | |
| Raul Morales 1506 Esbenshade Rd Lancaster, PA 17601 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132292 | | | | Warranty | | | | |
| Raul Navarrete 4650 E Carey #162 Las Vegas, NV 89115 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086696 | | | | Warranty | | | | |
| Raul Pacheco Valenzuela 14 W Tulsa 4 Chandler, AZ 85226 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106029 | | | | Warranty | | | | |
| Raul Samaniego 4730 N Fourth Street Philadelphia, PA 19120 | - | | | | | | | |
| | | | | | | | | 512.50 |
| Account No. 5106778 | | | | Warranty | | | | |
| Raul Velarde 2798 W Third Stret Yuma, AZ 85364 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3722** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

512.50

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126900** | | | Warranty | | | | |
| **Raul Velez Jr.** **6007 Horrocks Street** **Philadephia, PA 19149** | - | | | X | X | | 0.00 |
| Account No. **5129059** | | | Warranty | | | | |
| **Rava Wright** **817 School Street** **Clairton, PA 15025** | - | | | X | X | | 0.00 |
| Account No. **5096054** | | | Warranty | | | | |
| **Raven L Winton** **5465 Gardendale Street** **Memphis, TN 38141** | - | | | X | X | | 0.00 |
| Account No. **5121884** | | | Warranty | | | | |
| **Ravinderjit Pandler** **8050 Brook Circle** **Macedonia, OH 44056** | - | | | X | X | | 0.00 |
| Account No. **5073658** | | | Warranty | | | | |
| **Ravipal Bhatti** **8391 Commerce Road    ST 102** **Commerce Township, MI 48382** | - | | | X | X | | 0.00 |

Sheet no. **3723** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5116658** | | Warranty | | | | | | |
| **Ray A Hardaway** **6397 Fairview Rd** **Hixson, TN 37343** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129997** | | Warranty | | | | | | |
| **Ray Bossard Jr** **487 Lehigh Avenue** **Palmerton, PA 18071** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5084650** | | Warranty | | | | | | |
| **Ray Farner Jr** **26255 Macedonia Rd** **S Bloominville, OH 43152** | - | | | | | | | |
| | | | | | | | | **169.37** |
| Account No. **5085233** | | Warranty | | | | | | |
| **Ray Schnegelsberg** **1336 Schiedler Drive** **Batavia, IL 60510** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108414** | | Warranty | | | | | | |
| **Ray A Howard** **4859 South Germantown Road** **Memphis, TN 38141** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3724** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **169.37**

In re **Great Lakes Warranty Corporation**              ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123359** | | | **Warranty** | | | | |
| **Ray A Young**<br>**148 Bus Garage Rd**<br>**Greensburg, PA 15601** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5130361** | | | **Warranty** | | | | |
| **Ray Anthony Brown**<br>**108 Milley Drive**<br>**Summerville, SC 29485** | - | | | | | | |
| | | | | | | | **621.00** |
| Account No. **5087318** | | | **Warranty** | | | | |
| **Ray Bliley**<br>**8742 Storey Road**<br>**North East, PA 16428** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5127892** | | | **Warranty** | | | | |
| **Ray Brooks**<br>**2391 Hundred Springs Road**<br>**Tyrone, PA 16686** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5085972** | | | **Warranty** | | | | |
| **Ray Dafrico Jr**<br>**3486 Old Suttons Way**<br>**Marietta, GA 30062** | - | | | | | | |
| | | | | | | | **117.35** |

Sheet no. **3725** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      **738.35**
(Total of this page)

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5107407** | | | | **Warranty** | | | | |
| **Ray Dallabrida** **1104 Scott St** **Kulpmont, PA 17834** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095617** | | | | **Warranty** | | | | |
| **Ray E Coliny** **10 Middle Street  PO Box 368** **Vanderbilt, PA 15486** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073191** | | | | **Warranty** | | | | |
| **Ray E Fry Jr** **128 Harper Road** **Oil City, PA 16301** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106541** | | | | **Warranty** | | | | |
| **Ray Eldon Yohe** **441 N 50th Street** **Harrisburg, PA 17111** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128021** | | | | **Warranty** | | | | |
| **Ray H Rohrbach** **1195 State St** **Mertztown, PA 19539** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3726** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5064226** | | | | **Warranty** | | | | |
| **Ray Holmes** **440 Sierra Vista Ct** **St Johns, FL 32259** | - | | | | | | | 231.00 |
| Account No. **5117426** | | | | **Warranty** | | | | |
| **Ray Irminger** **247 Gum Hollow Road** **Oak Ridge, TN 37830** | - | | | | X | X | | 0.00 |
| Account No. **5126918** | | | | **Warranty** | | | | |
| **Ray Koerntgen** **6295 Pride Lane** **Las Vegas, NV 89103** | - | | | | X | X | | 0.00 |
| Account No. **5132699** | | | | **Warranty** | | | | |
| **Ray Leach** **1937 Delence Street** **Toledo, OH 43605** | - | | | | X | X | | 0.00 |
| Account No. **5032358** | | | | **Warranty** | | | | |
| **Ray Marshall Evans III** **590 Creole Retreat** **Mount Pleasant, SC 29464** | - | | | | X | X | | 0.00 |

Sheet no. **3727** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

231.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109712** | | | | **Warranty** | | | | |
| **Ray Matukewicz 65 N Second Street Cressona, PA 17929** | - | | | | X | X | | 0.00 |
| Account No. **5087418** | | | | **Warranty** | | | | |
| **Ray Tulchinsky 70 Teal Drive Langhorne, PA 19047** | - | | | | X | X | | 0.00 |
| Account No. **5117214** | | | | **Warranty** | | | | |
| **Rayanna L Bayle 8163 Welch Road Union City, PA 16438** | - | | | | X | X | | 0.00 |
| Account No. **5132512** | | | | **Warranty** | | | | |
| **Rayme Hunley 7580 N Church Street Conover, OH 45317** | - | | | | X | X | | 0.00 |
| Account No. **5124277** | | | | **Warranty** | | | | |
| **Raymie Butler 8810 Iroquois Avenue SE Waynesburg, OH 44688** | - | | | | X | X | | 0.00 |

Sheet no. **3728** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5107408** | | - | | **Warranty** | | | | |
| **Raymond Hein** **36 Argali Lane** **Mechanicsburg, PA 17055** | | | | | | | | **407.90** |
| Account No. **5122301** | | - | | **Warranty** | X | X | | |
| **Raymond L Chambers** **416 Columbia Court** **Cambridge, OH 43725** | | | | | | | | **0.00** |
| Account No. **5118341** | | - | | **Warranty** | X | X | | |
| **Raymond Rooker** **1072 Million Dollar Hwy** **Saint Marys, PA 15857** | | | | | | | | **0.00** |
| Account No. **5128690** | | - | | **Warranty** | X | X | | |
| **Raymond Soles** **502 Agnew Rd** **Greensburg, PA 15601** | | | | | | | | **0.00** |
| Account No. **5087645** | | - | | **Warranty** | X | X | | |
| **Raymond A Clowes** **221 Hill Street** **Lower Burrell, PA 15068** | | | | | | | | **0.00** |

Sheet no. **3729** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **407.90**

In re **Great Lakes Warranty Corporation**             Case No. _____

_____,

                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5128300 | | | | Warranty | | | | |
| Raymond A Rodriquez 1196 Manor Dr Lakewood, NJ 08701 | - | | | | X | X | | 0.00 |
| Account No. 5111565 | | | | Warranty | | | | |
| Raymond A Sisco 2860 Cedar Street Bethel Park, PA 15102 | - | | | | X | X | | 0.00 |
| Account No. 5095537 | | | | Warranty | | | | |
| Raymond A West Jr 620 State Street Conneaut, OH 44030 | - | | | | X | X | | 0.00 |
| Account No. 5115170 | | | | Warranty | | | | |
| Raymond Alston 204 Thomaston Avw Summerville, SC 29485 | - | | | | X | X | | 0.00 |
| Account No. 5128747 | | | | Warranty | | | | |
| Raymond Bailey 10911 St Rt 691 Athens, OH 45701 | - | | | | X | X | | 0.00 |

Sheet no. **3730** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal      **0.00**

              (Total of this page)

In re **Great Lakes Warranty Corporation**                                     Case No. _____
                                                              ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5073979** | | | Warranty | | | | |
| **Raymond Bolena 200 West Second Avenue Derry, PA 15627** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5095753** | | | Warranty | | | | |
| **Raymond Bryant 907 Sweetwater Raod Greenwood, SC 29646** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107504** | | | Warranty | | | | |
| **Raymond Buehler 12440 East Victoria Street Chandler, AZ 85249** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5096754** | | | Warranty | | | | |
| **Raymond C Johnson 1753 Shutters Street Thomson, IL 61285** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5112009** | | | Warranty | | | | |
| **Raymond C Stambaugh PO Box 82  Cush Creek Road Arcadia, PA 15712** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3731** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**,                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5102020 | | | | Warranty | | | | |
| Raymond Domachowski 160 Point View Drive Washington, PA 15301 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109650 | | | | Warranty | | | | |
| Raymond E Day 390 Indiana Avenue Mansfield, OH 44905 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126891 | | | | Warranty | | | | |
| Raymond E Fetty 1291 Rockmill Rd Lancaster, OH 43130 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108757 | | | | Warranty | | | | |
| Raymond E Garrett Sr 2769 Holtz Road Shelby, OH 44875 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116033 | | | | Warranty | | | | |
| Raymond E Noble 1254 Chrismill Lane Mt Pleasant, SC 29466 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3732** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                              , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5110375** | | | - | | **Warranty** | | | | |
| **Raymond E Sudik**<br>**143 Elm Drive**<br>**Morrisdale, PA 16858** | | | | | | | | | **875.00** |
| Account No. **5086138** | | | - | | **Warranty** | X | X | | |
| **Raymond Forkel**<br>**3609 Miramontes Circle**<br>**Wellington, FL 33414** | | | | | | | | | **0.00** |
| Account No. **5113778** | | | - | | **Warranty** | X | X | | |
| **Raymond Galloway**<br>**5149 Janet Avenue**<br>**Sylvania, OH 43560** | | | | | | | | | **0.00** |
| Account No. **5116141** | | | - | | **Warranty** | X | X | | |
| **Raymond H Schwartz**<br>**155 Delp Road**<br>**Lancaster, PA 17601** | | | | | | | | | **0.00** |
| Account No. **5092739** | | | - | | **Warranty** | X | X | | |
| **Raymond H.  Sabin III**<br>**2494 Eagle Avenue**<br>**Stow, OH 44224** | | | | | | | | | **0.00** |

Sheet no.**3733** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**875.00**

In re **Great Lakes Warranty Corporation**                     ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5091553** | | | | Warranty | | | | |
| **Raymond Honicker** **212 N Nicholas Street** **Saint Clair, PA 17970** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110278** | | | | Warranty | | | | |
| **Raymond J Garling Jr** **41 Stone Ledge Road** **Newville, PA 17241** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110129** | | | | Warranty | | | | |
| **Raymond J Mercalde** **4325 Hamilton Road** **Pittsburgh, PA 15236** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113018** | | | | Warranty | | | | |
| **Raymond Jolly** **1774 Green T Road** **Hernando, MS 38632** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5082387** | | | | Warranty | | | | |
| **Raymond K Ruth** **115 Sturbridge Lane** **Evans city, PA 16033** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3734** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re  **Great Lakes Warranty Corporation**                                      ,  Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5109785** | | | | **Warranty** | | | | |
| **Raymond L Greco** **1012 Manor Rd** **New Kensington, PA 15068** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5082398** | | | | **Warranty** | | | | |
| **Raymond L Johnston** **320 Rogers Mill Road** **Normalville, PA 15469** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124409** | | | | **Warranty** | | | | |
| **Raymond L Kronz** **233 E Waldheim Rd** **Pittsburgh, PA 15215** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114170** | | | | **Warranty** | | | | |
| **Raymond L Mitchell** **20 Grace Avenue** **Shelby, OH 44875** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123570** | | | | **Warranty** | | | | |
| **Raymond L Swogger** **31383 Russell Rd** **Townville, PA 16360** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3735** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **0.00**

In re __Great Lakes Warranty Corporation__ , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119868 | | | | Warranty | | | | |
| Raymond L Weise 175 Blackfoot Rrail Medford, NJ 08055 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092998 | | | | Warranty | | | | |
| Raymond L Zentko 769 Cotton Road Canton, GA 30115 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113159 | | | | Warranty | | | | |
| Raymond Lackey 5821 Beauegard Avenue Nashville, TN 37215 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132058 | | | | Warranty | | | | |
| Raymond McKay Jr. 47 Sunset Boulevard Beaufort, SC 29907 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113049 | | | | Warranty | | | | |
| Raymond McKim 10061 Portage Street Canal Fulton, OH 44614 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __3736__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5123033 | | | | | Warranty | | | | |
| Raymond Messman 205 East Georgia Ave Connellsville, PA 15425 | - | | | | | X | X | | 0.00 |
| Account No. 5131721 | | | | | Warranty | | | | |
| Raymond Olsen 2406 E 2100 S Salt Lake City, UT 84109 | - | | | | | X | X | | 0.00 |
| Account No. 5081599 | | | | | Warranty | | | | |
| Raymond P Mongillo 751 Neshaminy St Penndel, PA 19047 | - | | | | | X | X | | 0.00 |
| Account No. 5090067 | | | | | Warranty | | | | |
| Raymond Pelland 64 Elmbrook Drive Warwick, RI 02881 | - | | | | | X | X | | 0.00 |
| Account No. 5132041 | | | | | Warranty | | | | |
| Raymond Plemons 25 Gay Street Madisonville, TN 37324 | - | | | | | X | X | | 0.00 |

Sheet no. **3737** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re  **Great Lakes Warranty Corporation**                                            Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5051435** | | | | Warranty | | | | |
| **Raymond Poole** **800 Apple Grove Lane** **Oconomowoc, WI 53066** | - | | | | X | X | | 0.00 |
| Account No. **5098330** | | | | Warranty | | | | |
| **Raymond Robichaud** **966 Victory Highway** **Coventry, RI 02816** | - | | | | | | | 750.00 |
| Account No. **5129378** | | | | Warranty | | | | |
| **Raymond Robinson** **109 Club Place** **Galloway, NJ 08205** | - | | | | X | X | | 0.00 |
| Account No. **5123867** | | | | Warranty | | | | |
| **Raymond Rublo** **825 State** **Emporia, KS 66801** | - | | | | X | X | | 0.00 |
| Account No. **5055636** | | | | Warranty | | | | |
| **Raymond Saleeby** **9801 Log Cabin Port Ct** **St Louis, MO 63124** | - | | | | X | X | | 0.00 |

Sheet no. **3738** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    750.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5088623 | | | Warranty | | | | |
| Raymond Sanchez 801 W Somerset Street Philadelphia, PA 19133 | - | | | X | X | | 0.00 |
| Account No. 5108074 | | | Warranty | | | | |
| Raymond Troyer 4023 Mark Rd Carollton, OH 44615 | - | | | | | | 463.59 |
| Account No. 5118760 | | | Warranty | | | | |
| Raymond W Putman 227 Mills Rd Coolville, OH 45723 | - | | | X | X | | 0.00 |
| Account No. 5122587 | | | Warranty | | | | |
| Raymond W Harruff 406 East Firsdt St Spencerville, OH 45887 | - | | | X | X | | 0.00 |
| Account No. 5073919 | | | Warranty | | | | |
| Raymond Wilson 152 Cotton Ridge Cove S Cordova, TN 38018 | - | | | X | X | | 0.00 |

Sheet no. 3739 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

463.59

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5079352** | | | Warranty | | | | |
| **Raymond Wilson**<br>**4637 North 21st Avenue**<br>**Phoenix, AZ 85015** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5068786** | | | Warranty | | | | |
| **Raymond Zugel**<br>**6209 Sudley Church Ct**<br>**Fairfax Station, VA 22039** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127489** | | | Warranty | | | | |
| **Raymundo Delatorre**<br>**1654 W. Plaza Avenue**<br>**Mesa, AZ 85202** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132665** | | | Warranty | | | | |
| **Raymundo Julian Antonio**<br>**1901 N Jones Blvd #2084**<br>**Las Vegas, NV 89108** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111455** | | | Warranty | | | | |
| **Raymundo R Avila**<br>**1028 Ellsworth Drive**<br>**Akron, OH 44313** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3740** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130630** | | | | **Warranty** | | | | |
| **Rayna Gaydos** **71 Brushwood Road** **Uniontown, PA 15401** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106519** | | | | **Warranty** | | | | |
| **Raysa Rivera** **439 Allen Street** **Allentown, PA 18102** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100359** | | | | **Warranty** | | | | |
| **Rayshawn L Glenn** **210 Rustic St** **Pittsburgh, PA 15210** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5045486** | | | | **Warranty** | | | | |
| **Reba K Peck** **15150 Mansfield Rd** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103719** | | | | **Warranty** | | | | |
| **Reba Nan Barham** **1045 Kilpatrick Lane** **Fort Mill, SC 29708** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3741** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re  **Great Lakes Warranty Corporation**                                         ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5118940 | | | | Warranty | | | | |
| Rebbeca G Fisher 595 Bruceton Mill Rd Farmington, PA 15459 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125023 | | | | Warranty | | | | |
| Rebeca  Stevens 2588 E Firestone Chandler, AZ 85249 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109717 | | | | Warranty | | | | |
| Rebeca Haros PO Box 2805 Somerton, AZ 85350 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112950 | | | | Warranty | | | | |
| Rebecca  Garcia 1400 Walnut Lane Louisville, KY 40223 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130969 | | | | Warranty | | | | |
| Rebecca  Pierce 560 McIntyre Dr Beaver, PA 15009 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3742** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**               ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5062163** | | | | **Warranty** | | | | |
| **Rebecca Stokes** **587 Shady Court** **Clairton, PA 15025** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121815** | | | | **Warranty** | | | | |
| **Rebecca A Haas** **315 Tohickon Ave** **Quakertown, PA 18951** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108064** | | | | **Warranty** | | | | |
| **Rebecca A Paul** **6 N Blueberry Lane** **Green Creek, NJ 08219** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117220** | | | | **Warranty** | | | | |
| **Rebecca A Raulerson** **3245 Shermans Valley Road** **Loysville, PA 17047** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115709** | | | | **Warranty** | | | | |
| **Rebecca A Recktenwald** **2229 Cornelia Street** **Washington, Pa 15301** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3743** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5088687 | | | Warranty | | | | |
| Rebecca A Rodriguez Perez 380 Minor Street  Apt 2 Emmaus, PA 18049 | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5096161 | | | Warranty | | | | |
| Rebecca A Shinsky 6 Mayview Street Uniontown, PA 15401 | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5104826 | | | Warranty | | | | |
| Rebecca Ankney 518 Lincoln Avenue Milvale, PA 15209 | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5101746 | | | Warranty | | | | |
| Rebecca Ault 8001 Merry Oaks Lane Vienna, VA 22182 | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5104248 | | | Warranty | | | | |
| Rebecca Austin 200 Madison Street Monroeville, PA 15146 | | - | | | | | |
| | | | | | | | 335.80 |

Sheet no. <u>3744</u> of <u>4906</u> sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        335.80

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5132056 | | | | Warranty | | | | |
| Rebecca Baldwin 148 Andover Road Woodsfield, OH 43793 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117894 | | | | Warranty | | | | |
| Rebecca Barber 1217 E Gary Circle Mesa, AZ 85203 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100412 | | | | Warranty | | | | |
| Rebecca Bigenho 1645 Hillside Drive Quakertown, PA 18951 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5097998 | | | | Warranty | | | | |
| Rebecca Carol Ross 1131 Eastminister Road Columbia, SC 29204 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111554 | | | | Warranty | | | | |
| Rebecca Castell 6202 Shore Dr Madison, OH 44057 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3745** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5098492** | | | | **Warranty** | | | | |
| **Rebecca Daly** **10400 Shea Woods Drive** **Collierville, TN 38017** | - | | | | X | X | | 0.00 |
| Account No. **5100833** | | | | **Warranty** | | | | |
| **Rebecca E Dallago** **28 Carpenter Street** **Cressona, PA 17929** | - | | | | X | X | | 0.00 |
| Account No. **5110075** | | | | **Warranty** | | | | |
| **Rebecca E Holle** **38860 Bower** **Scio, OH 43988** | - | | | | | | | 551.50 |
| Account No. **5128585** | | | | **Warranty** | | | | |
| **Rebecca Easter** **21953 CR 124** **West Lafayette, OH 43845** | - | | | | X | X | | 0.00 |
| Account No. **5125843** | | | | **Warranty** | | | | |
| **Rebecca Flack** **129* New Stanton Manor Ct** **New Stanton, PA 01562** | - | | | | X | X | | 0.00 |

Sheet no. **3746** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**551.50**

In re **Great Lakes Warranty Corporation** ,

Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5071669 <br><br> Rebecca Foster <br> 663 Harpeth Trace Drive <br> Nashville, TN 37221 | | - | | Warranty | | | | 531.76 |
| Account No. 5126837 <br><br> Rebecca Frey <br> 4089 Jasmine Place <br> Mount Joy, PA 17552 | | - | | Warranty | X | X | | 0.00 |
| Account No. 5096576 <br><br> Rebecca Goodwin <br> 109 Strickler Street PO Box 14 <br> Dawson, PA 15428 | | - | | Warranty | X | X | | 0.00 |
| Account No. 5107314 <br><br> Rebecca Grove <br> 11755 E Waterman  Apt 28 <br> Wichita, KS 67207 | | - | | Warranty | X | X | | 0.00 |
| Account No. 5078949 <br><br> Rebecca Hayes <br> 191 Rome Road <br> Crossville, TN 38555 | | - | | Warranty | X | X | | 0.00 |

Sheet no. **3747** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

531.76

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5122095 | | | | Warranty | | | | |
| Rebecca J Wheeler 652 Broadway St Coolville, OH 45723 | | - | | | X | X | | 0.00 |
| Account No. 5100793 | | | | Warranty | | | | |
| Rebecca K Sautter 4417 Wellington Avenue Sioux City, IA 51106 | | - | | | X | X | | 0.00 |
| Account No. 5109558 | | | | Warranty | | | | |
| Rebecca Keller 180 Forgedale Road Fleetwood, PA 19522 | | - | | | X | X | | 0.00 |
| Account No. 5132514 | | | | Warranty | | | | |
| Rebecca Kim Eisaman 4630 Grand Rock Dr N Las Vegas, NV 89081 | | - | | | X | X | | 0.00 |
| Account No. 5130881 | | | | Warranty | | | | |
| Rebecca Kindred 282 Old Philly Pike Kempton, PA 19529 | | - | | | X | X | | 0.00 |

Sheet no. **3748** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re   **Great Lakes Warranty Corporation**            ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5091464** | | | | **Warranty** | | | | |
| **Rebecca L Dolanch**<br>**46 Woodburn Road**<br>**Claysville, PA 15323** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088599** | | | | **Warranty** | | | | |
| **Rebecca L Hale**<br>**4065 Darrow Road**<br>**Stow, OH 44224** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093845** | | | | **Warranty** | | | | |
| **Rebecca L Himmelberger**<br>**133 Siegfried Road**<br>**Bernville, PA 19506** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118703** | | | | **Warranty** | | | | |
| **Rebecca L Kurta**<br>**1142 Maryland Ave**<br>**Duquesne, PA 15110** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123432** | | | | **Warranty** | | | | |
| **Rebecca L Lutz**<br>**912 Long Run Rd**<br>**Rene Grove, PA 17963** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3749** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)      **0.00**

In re    **Great Lakes Warranty Corporation**                                          ,    Case No. _____
                                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5116250 | | | Warranty | | | | |
| Rebecca L Prutzman 35 N Balliet Stret Frackville, PA 17931 | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5131073 | | | Warranty | | | | |
| Rebecca Link 8590 New Falls Road F2 Levittown, PA 19054 | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5100442 | | | Warranty | | | | |
| Rebecca M Bradfield 3132 Belmont Place SW Canton, OH 44710 | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5092800 | | | Warranty | | | | |
| Rebecca M Deiter 680 Nova Road Freedom, PA 15042 | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5043381 | | | Warranty | | | | |
| Rebecca M Hickok 7 Royaloaks Dr Charleroi, Pa 15022 | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3750** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                     Case No. _____

                                          **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5097951** | | | | | Warranty | | | | |
| Rebecca M Wagner 115 North Warren Street Orwigsburg, PA 17961 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5129996** | | | | | Warranty | | | | |
| Rebecca Miller 853 Locust Coshocton, OH 43812 | - | | | | | | | | |
| | | | | | | | | | 617.29 |
| Account No. **5093686** | | | | | Warranty | | | | |
| Rebecca Murtoff 1686 Jencho Road New Bloomfield, PA 17068 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5110728** | | | | | Warranty | | | | |
| Rebecca P McCullough 3203 Glendale Road W Cola, SC 29170 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5114235** | | | | | Warranty | | | | |
| Rebecca Perez 4338 Bermuda Street Philadelphia, PA 19124 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**3751** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     617.29

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5112480 | | | | Warranty | | | | |
| Rebecca S Eden 2755 Westpoint Road Lancaster, OH 43130 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119059 | | | | Warranty | | | | |
| Rebecca S Foughty 16045 Pratt St Millfield, OH 45761 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131306 | | | | Warranty | | | | |
| Rebecca Short 23015 Caledonia Pike Weedville, PA 15868 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131362 | | | | Warranty | | | | |
| Rebecca Taschner 828 Washington Drive Pittsburgh, PA 15229 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086091 | | | | Warranty | | | | |
| Rebecca Thompson 4589 W Dublin St Chandler, AZ 85226 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3752** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

0.00

In re **Great Lakes Warranty Corporation**
_____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5068457** | | | | Warranty | | | | |
| **Rebecca Tong 9 Old Couch Road Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122835** | | | | Warranty | | | | |
| **Rebecca Toothaker 709 Walnut Lane Mar Lin, PA 17951** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118762** | | | | Warranty | | | | |
| **Rebecca V Hill 32869 Morgan Rd McArthur, OH 45651** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089052** | | | | Warranty | | | | |
| **Rebekah L Gillespie 32 Fitzpatrick Avenue Columbiana, OH 44408** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092442** | | | | Warranty | | | | |
| **Rebekah L Stollings 2767 Windwalker Court Murfreesboro, TN 37128** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3753** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5108996** | | | | | Warranty | | | | |
| **Reece A McCall** **1452 Fallaw Road** **Gaston, SC 29053** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5129903** | | | | | Warranty | | | | |
| **Reggie Tapia** **155 Batnes Road** **Washingtonville, NY 10992** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5121972** | | | | | Warranty | | | | |
| **Regina A Bennett** **3 Victory Dr** **Reio Grande, NJ 08242** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5105380** | | | | | Warranty | | | | |
| **Regina A Wilson** **429 Smithfield Avenue** **Kane, PA 16735** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5109773** | | | | | Warranty | | | | |
| **Regina Brown** **6752 Twitchell Road** **Andover, OH 44003** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3754** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119119 | | | | Warranty | | | | |
| Regina Buonavolonta 3309 Leffingwekk Canfield, OH 44406 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103651 | | | | Warranty | | | | |
| Regina C Tatum 538 Hudson Street Trenton, NJ 08611 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105863 | | | | Warranty | | | | |
| Regina Cook 249 East Main Street Gettysburg, OH 45328 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132406 | | | | Warranty | | | | |
| Regina Giles 21737 Star Route Meadville, PA 16335 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103697 | | | | Warranty | | | | |
| Regina Hammonds Toliver 100 Red Fox Ct Columbia, SC 29223 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3755** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                      ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5111830** | | | Warranty | | | | |
| **Regina Johnson 2436 Chelsea Court Columbus, OH 43232** | - | | | X | X | | 0.00 |
| Account No. **5110924** | | | Warranty | | | | |
| **Regina K Soden 414 Washington Boulevard Jefferson, OH 44047** | - | | | X | X | | 0.00 |
| Account No. **5128441** | | | Warranty | | | | |
| **Regina M Whateley 280 Foam Rd Millville, NJ 08332** | - | | | X | X | | 0.00 |
| Account No. **5101532** | | | Warranty | | | | |
| **Regina McCabe 271 Harkins Mill Road Rochester, PA 15074** | - | | | | | | 3,178.00 |
| Account No. **5094328** | | | Warranty | | | | |
| **Regina N Byers 551 Sharon Heights Abbeville, SC 29620** | - | | | X | X | | 0.00 |

Sheet no. **3756** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **3,178.00**

In re   **Great Lakes Warranty Corporation** ,                           Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. **5124023** | | | **Warranty** | | | | |
| **Regina Petty** **3025 Denny Brooke Lane** **Smyrna, TN 37167** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130758** | | | **Warranty** | | | | |
| **Regina Ramirez** **6551 McCarran Street Bldg #1095** **North Las Vegas, NV 89086** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126488** | | | **Warranty** | | | | |
| **Regina Smith** **311 Old Carden Hollow Road** **Bristol, TN 37620** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5094005** | | | **Warranty** | | | | |
| **Regina Taylor** **2029 Whitland** **Clarksville, TN 37043** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108899** | | | **Warranty** | | | | |
| **Regina Tobras** **492 W Lost Dutchman Place** **Tucson, AZ 85777** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3757** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re   **Great Lakes Warranty Corporation**                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5110657 | | | Warranty | | | | |
| Regina Vaughns 244 1 2 38th Street Pittsburgh, PA 15201 | - | | | X | X | | 0.00 |
| Account No. 5127742 | | | Warranty | | | | |
| Reginald Jefferson 600 W Harvey St Apt A1121 Philadelphia, PA 19144 | - | | | X | X | | 0.00 |
| Account No. 5095248 | | | Warranty | | | | |
| Reginald Moore 31 Beecher Lane Rocky Hill, CT 06067 | - | | | X | X | | 0.00 |
| Account No. 5071993 | | | Warranty | | | | |
| Reginald A Campbell 20236 North 3rd Drive #1 Phoenix, AZ 85027 | - | | | | | | 1,727.56 |
| Account No. 5122235 | | | Warranty | | | | |
| Reginald A Griffin 401 Agewood Dr Simpsonvile, SC 29680 | - | | | | | | 221.00 |

Sheet no. 3758 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     1,948.56

In re **Great Lakes Warranty Corporation**                                Case No. _____

_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5128152 | | | | Warranty | | | | |
| Reginald Allen Felder 513 Willing Lakes Ct Orangeburg, SC 29118 | | - | | | X | X | | 0.00 |
| Account No. 5126044 | | | | Warranty | | | | |
| Reginald Belton 49 Ginkgo Court Columbia, SC 29229 | | - | | | X | X | | 0.00 |
| Account No. 5121272 | | | | Warranty | | | | |
| Reginald Creech 504 Summervista Dr Columbia, SC 29223 | | - | | | X | X | | 0.00 |
| Account No. 5132079 | | | | Warranty | | | | |
| Reginald Crumpton 855 So 14th Street Newark, NJ 07108 | | - | | | X | X | | 0.00 |
| Account No. 5113249 | | | | Warranty | | | | |
| Reginald D Cannon 1702 17th Avenue North Nashville, TN 37208 | | - | | | X | X | | 0.00 |

Sheet no. _3759_ of _4906_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re  **Great Lakes Warranty Corporation**                    , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5123129** | | | | | **Warranty** | | | | |
| **Reginald Darnell Miller** **1069 Critzer Dr** **Lugoff, SC 29078** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5106442** | | | | | **Warranty** | | | | |
| **Reginald E Best** **138 Dengler St** **Pittsburgh, PA 15210** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5088782** | | | | | **Warranty** | | | | |
| **Reginald J Kelley** **1108 House Street** **Columbia, SC 29205** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5128667** | | | | | **Warranty** | | | | |
| **Reginald James** **116 Bill William Ct** **Lexington, SC 29073** | - | | | | | | | | |
| | | | | | | | | | **2,145.00** |
| Account No. **5099946** | | | | | **Warranty** | | | | |
| **Reginald K Mayes** **3450 Frayser Raleigh Road** **Memphis, TN 38128** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **3760** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **2,145.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                                    ,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5126217 | | | | Warranty | | | | |
| Reginald Lawton 1 Roth Berry Court Columbia, SC 29229 | - | | | | X | X | | 0.00 |
| Account No. 5105228 | | | | Warranty | | | | |
| Reginald Scott 1852 Bluff Road Marion, SC 29571 | - | | | | X | X | | 0.00 |
| Account No. 5110703 | | | | Warranty | | | | |
| Reginaldo Pereira 2226 Napfle Ave Philadelphia, PA 19152 | - | | | | X | X | | 0.00 |
| Account No. 5069304 | | | | Warranty | | | | |
| Regis Bryant 7210 Mahogany Dr Germantown, MD 20785 | - | | | | X | X | | 0.00 |
| Account No. 5127335 | | | | Warranty | | | | |
| Reid E Rotzler Jr 1400 Fairmont St New Kensington, PA 15068 | - | | | | X | X | | 0.00 |

Sheet no. **3761** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5115707 | | | | | Warranty | | | | |
| Reina D Lindsey 6953 1 2 Frankstown Avenue Pittsburgh, PA 15208 | - | | | | | X | X | | 0.00 |
| Account No. 5132072 | | | | | Warranty | | | | |
| Reina Suarez 629 North Jefferson Street Allentown, PA 18102 | - | | | | | X | X | | 0.00 |
| Account No. 5092534 | | | | | Warranty | | | | |
| Reinaldo Gonzalez 3421 Chestnut Hill Lane Lexington, KY 40509 | - | | | | | | | | 547.01 |
| Account No. 5096586 | | | | | Warranty | | | | |
| Reinaldo Pagan 571 Delafield Drive Summerville, SC 29483 | - | | | | | X | X | | 0.00 |
| Account No. 5131112 | | | | | Warranty | | | | |
| Reinaldo Rivera 638 East Susquehanna Street Allentown, PA 18103 | - | | | | | X | X | | 0.00 |

Sheet no. **3762** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **547.01**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5130798 | | | | Warranty | | | | |
| Reinhard Springmann 5597 Lakeside Ct 100 Mile House, BC V0K2E1 CANADA | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123820 | | | | Warranty | | | | |
| Reisa Baynes 11103 Old York Rd Bowie, MD 20721 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127213 | | | | Warranty | | | | |
| Rejeannia Bishop 707 Perine Rd Zanesville, OH 43701 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124660 | | | | Warranty | | | | |
| Rema Gerts 6310 Ridgebury Blvd Mayfield Heights, OH 44124 | - | | | | | | | |
| | | | | | | | | 442.00 |
| Account No. 5131963 | | | | Warranty | | | | |
| Rena Litz 1731 Rebecca Street New Kensington, PA 15068 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3763** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  |  **442.00**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130173** | | | **Warranty** | | | | |
| **Renae Murphy** **1795 Celests Circle** **Youngstown, OH 44511** | - | | | X | X | | 0.00 |
| Account No. **5118314** | | | **Warranty** | | | | |
| **Renae R Bean** **2322 Scott Hill Rd** **Kennedy, NY 14147** | - | | | X | X | | 0.00 |
| Account No. **5130533** | | | **Warranty** | | | | |
| **Renale Tieku** **35 Jodi Lane** **Simsbury, CT 06089** | - | | | X | X | | 0.00 |
| Account No. **5095899** | | | **Warranty** | | | | |
| **Renata Galiardo** **602 E Hillcrest** **New Castle, PA 16105** | - | | | X | X | | 0.00 |
| Account No. **5132291** | | | **Warranty** | | | | |
| **Renato Peres-Palacios** **5100 E Tropicana #24F** **Las Vegas, NV 89122** | - | | | X | X | | 0.00 |

Sheet no.**3764** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5107719** | | | **Warranty** | | | | |
| **Rene Lopez Monzon 71 New York Street Bridgeton, NJ 08302** | - | | | X | X | | 0.00 |
| Account No. **5117731** | | | **Warranty** | | | | |
| **Rene Duarte 738 Jacob Street Somerton, AZ 85350** | - | | | X | X | | 0.00 |
| Account No. **5128514** | | | **Warranty** | | | | |
| **Rene Kadoo 1777 Latimer Drive Troy, MI 48083** | - | | | | | | 1,724.40 |
| Account No. **5131993** | | | **Warranty** | | | | |
| **Rene Mark Fonda 45300 Old Middle Ridge Road Amherst, OH 44001** | - | | | X | X | | 0.00 |
| Account No. **5068783** | | | **Warranty** | | | | |
| **Rene Vinglas 1106 Coal Hill Rd Clearfield, PA 16830** | - | | | X | X | | 0.00 |

Sheet no. **3765** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,724.40

In re **Great Lakes Warranty Corporation**                                          Case No. _____
                                                                                              ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5044845** | | | | Warranty | | | | |
| **Renea L Bates** **512 E Russell Ave** **West Lafayette, OH 43845** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125007** | | | | Warranty | | | | |
| **Renee Annette  Johnstonbaugh** **PO Box 182** **Morrisdale, PA 16858** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117527** | | | | Warranty | | | | |
| **Renee C Kinney** **1767 Round Street  Apt 8** **Behtlehem, PA 18018** | - | | | | | | | |
| | | | | | | | | 1,140.00 |
| Account No. **5104940** | | | | Warranty | | | | |
| **Renee Campalong** **1416 Main Street** **Bridgeville, PA 15017** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104190** | | | | Warranty | | | | |
| **Renee D Santy** **220 Marion Avenue** **Akron, OH 44312** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3766** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,140.00

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130084** | | | | Warranty | | | | |
| **Renee Doyle** **1507 Luzerne Street** **Scranton, PA 18504** | - | | | | X | X | | 0.00 |
| Account No. **5078169** | | | | Warranty | | | | |
| **Renee Fraser** **40231 N Acadia Court** **Anthem, AZ 85086** | - | | | | X | X | | 0.00 |
| Account No. **5129428** | | | | Warranty | | | | |
| **Renee G Thomas** **307 Dayton Dr** **Charleston, WV 25302** | - | | | | X | X | | 0.00 |
| Account No. **5096590** | | | | Warranty | | | | |
| **Renee Green** **148 Dorchester Manor Blvd.** **Charleston, SC 29420** | - | | | | X | X | | 0.00 |
| Account No. **5120346** | | | | Warranty | | | | |
| **Renee Hohrath** **623 Washignton Ave** **Croydon, PA 19021** | - | | | | X | X | | 0.00 |

Sheet no. **3767**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5098033** | | | Warranty | | | | |
| **Renee L Delaney** **8323 Williamson Road** **Meadville, PA 16335** | - | | | X | X | | 0.00 |
| Account No. **5106923** | | | Warranty | | | | |
| **Renee M Brisco** **3127 Villawood Avenue** **Pittsburgh, PA 15227** | - | | | X | X | | 0.00 |
| Account No. **5091783** | | | Warranty | | | | |
| **Renee Mapstone** **5149 Hickory Vew Dr** **Spring Grove, PA 17362** | - | | | X | X | | 0.00 |
| Account No. **5124763** | | | Warranty | | | | |
| **Renee Mehl** **3758 Park Ave. West** **Mansfield, OH 44906** | - | | | X | X | | 0.00 |
| Account No. **5128995** | | | Warranty | | | | |
| **Renee Pate** **1249 Woodbine Street #C** **Bethlehem, PA 18105** | - | | | X | X | | 0.00 |

Sheet no. **3768** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**           Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5085116** <br><br> **Renee Quant** <br> **521 Brentwood Pointe** <br> **Brentwood, TN 37027** | | - | Warranty | | | | 312.17 |
| Account No. **5070118** <br><br> **Renee Smith** <br> **9255 Forest Island** <br> **Collierville, TN 38017** | | - | Warranty | X | X | | 0.00 |
| Account No. **5131902** <br><br> **Renee Stribling** <br> **7008 Lemington Avenue** <br> **Pittsburgh, PA 15206** | | - | Warranty | X | X | | 0.00 |
| Account No. **5108906** <br><br> **Renee Vahling** <br> **626 N Nevada Way** <br> **Mesa, AZ 85203** | | - | Warranty | X | X | | 0.00 |
| Account No. **5087445** <br><br> **Renee Warren** <br> **1240 E Baylor Court** <br> **Gilbert, AZ 85296** | | - | Warranty | | | | 713.94 |

Sheet no. **3769** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                            Subtotal <br> (Total of this page)       **1,026.11**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5117334 | | | | Warranty | | | | |
| Renee Wilson 165 Elstow Road Irmo, SC 29063 | - | | | | X | X | | 0.00 |
| Account No. 5097825 | | | | Warranty | | | | |
| Renethia G Coleman 2811 Hunt Avenue Newberry, SC 29108 | - | | | | X | X | | 0.00 |
| Account No. 5089622 | | | | Warranty | | | | |
| Renne Chirumbolo 17 Chirumbolo Lane Canonsburg, PA 15317 | - | | | | X | X | | 0.00 |
| Account No. 5107578 | | | | Warranty | | | | |
| Rentia Rose 1118 Basildon Road Mount Pleasant, SC 29466 | - | | | | | | | 103.04 |
| Account No. 5088442 | | | | Warranty | | | | |
| Renwick D Turner 4032 Pine Orchard Place Antioch, TN 37013 | - | | | | | | | 1,017.36 |

Sheet no.**3770** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,120.40

In re __Great Lakes Warranty Corporation__ ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5130262 | | | | Warranty | | | | |
| Reshaunta M Petties 5005 Losee Rd  No 3002 North Las Vegas, NV 89081 | - | | | | X | X | | 0.00 |
| Account No. 5105828 | | | | Warranty | | | | |
| Reuben Narando 60 First Avenue Pataskala, OH 43062 | - | | | | X | X | | 0.00 |
| Account No. 5112241 | | | | Warranty | | | | |
| Revonda Brown 805 Bradyville Pike  Apt N19 Murfreesboro, TN 37129 | - | | | | X | X | | 0.00 |
| Account No. 5130840 | | | | Warranty | | | | |
| Rex Cramer 2623 Nantucket Road Tiffin, OH 44883 | - | | | | X | X | | 0.00 |
| Account No. 5116106 | | | | Warranty | | | | |
| Rex McKinley 583 State Route 292 Zanesfield, OH 43360 | - | | | | X | X | | 0.00 |

Sheet no. __3771__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5082503** | | | Warranty | | | | |
| **Rex O Murphy**<br>**1181 Nellie Road**<br>**Vanderbilt, PA 15486** | - | | | X | X | | 0.00 |
| Account No. 5118723 | | | Warranty | | | | |
| **Rex Raley Branham**<br>**1621 N Woodstream Rd**<br>**Columbia, SC 29212** | - | | | | | | 306.50 |
| Account No. 5080681 | | | Warranty | | | | |
| **Reyburn D Gove II**<br>**225 Lexington Ave #2**<br>**Pittsburgh, PA 15215** | - | | | X | X | | 0.00 |
| Account No. 5114061 | | | Warranty | | | | |
| **Reyes Estrada**<br>**12936 E Turtle Spring Place**<br>**Vail, AZ 85641** | - | | | X | X | | 0.00 |
| Account No. 5125948 | | | Warranty | | | | |
| **Reyes Holguin**<br>**2031 E. Nancy Lane**<br>**Phoenix, AZ 85042** | - | | | | | | 259.93 |

Sheet no. **3772** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            566.43

In re   **Great Lakes Warranty Corporation**                  ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130627** | | | **Warranty** | | | | |
| **Reyna Kareli** **2104 East McWilliams Avenue** **Las Vegas, NV 89101** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123436** | | | **Warranty** | | | | |
| **Reynaldo Diaz** **PO Box 814   1189 Old Freehold Rd** **Toms Rover, NJ 08754** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5072798** | | | **Warranty** | | | | |
| **Reynaldo Pinos** **27961 Hedgeline Drive** **Laguna Niguel, CA 92677** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5128534** | | | **Warranty** | | | | |
| **Reynaldo Rosario** **713 Whitaker Avenue** **Trenton, NJ 08611** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5054793** | | | **Warranty** | | | | |
| **Reynaud Smith** **115 Othoridge** **Lutherville, MD 21093** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3773** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation** ,    Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5095056** | | | | **Warranty** | | | | |
| **Rhea J Smith**<br>**28 Broad Street**<br>**The Plains, OH 45780** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112358** | | | | **Warranty** | | | | |
| **Rhea K Moreo**<br>**108 Hawk Road**<br>**Mechanicsburg, PA 17050** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116008** | | | | **Warranty** | | | | |
| **Rhesha C Hairston**<br>**300 McCutcheon Lane**<br>**Pittsburgh, PA 15235** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086950** | | | | **Warranty** | | | | |
| **Rhianna N Brown**<br>**6524 W Beryl Avenue**<br>**Glendale, AZ 85302** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108460** | | | | **Warranty** | | | | |
| **Rhiannon N Esposito**<br>**174 Wickes Road**<br>**Bushkill, PA 18324** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3774** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                         ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5128554 | | | | Warranty | | | | |
| Rhoda Ann Slusser 425 28th St McKeesport, PA 15132 | - | | | | | | | 387.01 |
| Account No. 5114387 | | | | Warranty | | | | |
| Rhonda  Smith 1836 N Stapley Dr   No 63 Mesa, AZ 85203 | - | | | | X | X | | 0.00 |
| Account No. 5116940 | | | | Warranty | | | | |
| Rhonda A Bracey 5340 Youngridge Drive Pittsburgh, PA 15236 | - | | | | X | X | | 0.00 |
| Account No. 5112952 | | | | Warranty | | | | |
| Rhonda A Wicks 1737 Liberty Pike Franklin, TN 37067 | - | | | | X | X | | 0.00 |
| Account No. 5113282 | | | | Warranty | | | | |
| Rhonda Beard 163 Baltusrol Road Franklin, TN 37069 | - | | | | X | X | | 0.00 |

Sheet no.**3775** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                387.01
(Total of this page)

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129893 | | | | Warranty | | | | |
| Rhonda Burris 526 Monclair Ave Bethlehem, PA 18015 | | - | | | | | | 756.00 |
| Account No. 5107840 | | | | Warranty | | | | |
| Rhonda Davis 1109 Sheffield Street Pittsburgh, PA 15233 | | - | | | X | X | | 0.00 |
| Account No. 5116904 | | | | Warranty | | | | |
| Rhonda E Phillips 11700 State Route 644 Kensington, OH 44427 | | - | | | | | | 139.61 |
| Account No. 5113120 | | | | Warranty | | | | |
| Rhonda Gabriel 4079 Fisher Rd Athens, OH 45701 | | - | | | X | X | | 0.00 |
| Account No. 5121511 | | | | Warranty | | | | |
| Rhonda Hariston 142 South 53rd St Philadelphia, PA 19139 | | - | | | X | X | | 0.00 |

Sheet no. **3776** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    895.61

In re   **Great Lakes Warranty Corporation**              ,      Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5085349** | | | Warranty | | | | |
| **Rhonda J Horst** **2625 Willow Street Pike** **Willow Street, PA 17584** | - | | | X | X | | 0.00 |
| Account No. **5128001** | | | Warranty | | | | |
| **Rhonda J Moss** **5301 E Looman** **Wichita, KS 67220** | - | | | X | X | | 0.00 |
| Account No. **5128580** | | | Warranty | | | | |
| **Rhonda Johnson** **834 Lillian Street** **Pittsburgh, PA 15210** | - | | | | | | 97.99 |
| Account No. **5091786** | | | Warranty | | | | |
| **Rhonda K Chappelear** **10066 Salem Hollow Rd** **NewStraitsville, OH 43766** | - | | | X | X | | 0.00 |
| Account No. **5088028** | | | Warranty | | | | |
| **Rhonda K LeBrue** **921 S Sedgwick** **Wichita, KS 67213** | - | | | X | X | | 0.00 |

Sheet no.**3777** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

97.99

In re **Great Lakes Warranty Corporation** , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5121208 | | | | Warranty | | | | |
| Rhonda K Miller 806 Cambria St Bellwood, PA 16617 | | - | | | X | X | | 0.00 |
| Account No. 5069117 | | | | Warranty | | | | |
| Rhonda Kisselburg 6845 E Coronado Rd Scottsdale, AZ 85257 | | - | | | X | X | | 0.00 |
| Account No. 5094287 | | | | Warranty | | | | |
| Rhonda L Britt 107 Duncan Drive Pataskala, OH 43062 | | - | | | X | X | | 0.00 |
| Account No. 5126594 | | | | Warranty | | | | |
| Rhonda McGill 207 Goodrich Street Erie, PA 16508 | | - | | | X | X | | 0.00 |
| Account No. 5112916 | | | | Warranty | | | | |
| Rhonda Mullins 86 Saluda Street Ninety Six, SC 29666 | | - | | | X | X | | 0.00 |

Sheet no. **3778** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re **Great Lakes Warranty Corporation**          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5112896** | | | | **Warranty** | | | | |
| **Rhonda Pawlak** **1202 West Iris Dr** **Gilbert, AZ 85233** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112190** | | | | **Warranty** | | | | |
| **Rhonda Pawlak** **1202 W Iris Drive** **Gilbert, AZ 85233** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5077909** | | | | **Warranty** | | | | |
| **Rhonda Plough** **923 S Elm Street** **Orrville, OH 44667** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123633** | | | | **Warranty** | | | | |
| **Rhonda R Layton** **5074 Norcrest Dr** **Columbus, OH 43232** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126205** | | | | **Warranty** | | | | |
| **Rhonda Rauls** **188 Mohawk Avenue NW** **Canton, OH 44708** | - | | | | | | | |
| | | | | | | | | 1,055.00 |

Sheet no. **3779** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,055.00**

In re **Great Lakes Warranty Corporation** ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5064472** | | | | **Warranty** | | | | |
| **Rhonda S. Reed P.O. Box 856/ 76 Brown Reed Road Pikeville, TN 37367** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125235** | | | | **Warranty** | | | | |
| **Rhonda Stuckey 92 Wintergreen Drive Beaufort, SC 29906** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087762** | | | | **Warranty** | | | | |
| **Rhyan D Ohman 13760 Tope Avenue Hartville, OH 44630** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126005** | | | | **Warranty** | | | | |
| **Rhys Cartwright Jones 32 Cortland Avenue Poland, OH 44514** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094075** | | | | **Warranty** | | | | |
| **Ria R Hutchinson 750 May Post Office Road Strasburg, PA 17579** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3780** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   0.00

In re   **Great Lakes Warranty Corporation**                                          ,     Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5087107** | | | | Warranty | | | | |
| **Ria R Hutchinson** **750 May Post Road** **Strasburg, PA 17579** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5056530** | | | | Warranty | | | | |
| **Ricardo Burke** **1346 Tourney Hill Lane** **Nipomo, CA 93444** | - | | | | | | | |
| | | | | | | | | **380.00** |
| Account No. **5114741** | | | | Warranty | | | | |
| **Ricardo Campos** **505 West Baseline Road  #1046** **Tempe, AZ 85283** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125949** | | | | Warranty | | | | |
| **Ricardo Estrada** **29 West 29th Place** **Mesa, AZ 85201** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125500** | | | | Warranty | | | | |
| **Ricardo Guerra** **2212 Port Avenue** **Las Vegas, NV 89106** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3781** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **380.00**

In re    **Great Lakes Warranty Corporation**                 ,      Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5061406** | | | Warranty | | | | |
| **Ricardo Guiterrez** **398 E Chicory Pl** **Queen Creek, AZ 85243** | - | | | X | X | | 0.00 |
| Account No. **5105062** | | | Warranty | | | | |
| **Ricardo Gutierrez** **444E Joshua Street** **Somerton, AZ 85350** | - | | | X | X | | 0.00 |
| Account No. **5111105** | | | Warranty | | | | |
| **Ricardo Hernandez** **3413 Silty Court** **Clarksville, TN 37042** | - | | | X | X | | 0.00 |
| Account No. **5108007** | | | Warranty | | | | |
| **Ricardo Luna** **3243 W Holly Street** **Phoenix, AZ 85009** | - | | | X | X | | 0.00 |
| Account No. **5132555** | | | Warranty | | | | |
| **Ricardo M Wattley** **1032 S 7 St Avenue** **Yuma, AZ 85364** | - | | | X | X | | 0.00 |

Sheet no. **3782** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

             Subtotal
        (Total of this page)       0.00

In re   **Great Lakes Warranty Corporation**            Case No. _____
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109900** | | | | **Warranty** | | | | |
| **Ricardo Vazquez Martinez** **155 Shadow Wood Circle** **Lexington, SC 29073** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086881** | | | | **Warranty** | | | | |
| **Rich L Six** **9422 Salem Road** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100767** | | | | **Warranty** | | | | |
| **Rich Nichter** **202 Weaver Drive** **Glenshaw, PA 15116** | - | | | | | | | |
| | | | | | | | | 480.00 |
| Account No. **5121895** | | | | **Warranty** | | | | |
| **Richard  Baker** **925 N Clara AVe** **Meridian, ID 83642** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094913** | | | | **Warranty** | | | | |
| **Richard  Bowers** **7 Arch Street  PO box 117** **Vestaburg, PA 15368** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3783** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      480.00

In re **Great Lakes Warranty Corporation**                    , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5092329** | | | Warranty | | | | | |
| **Richard  Brown**<br>**156 Maple Street Apartment D**<br>**Springfield, MA 01105** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5075388** | | | Warranty | | | | | |
| **Richard  Fritz**<br>**1524 Meadowland Ave**<br>**Racine, WI 53406** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5075969** | | | Warranty | | | | | |
| **Richard  Garner**<br>**300 Franklin Avenue**<br>**Brookville, PA 15825** | - | | | | | | | |
| | | | | | | | | **161.33** |
| Account No. **5113649** | | | Warranty | | | | | |
| **Richard  Husak**<br>**243 Sweitzer Road**<br>**Mt Pleasant, PA 15666** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123583** | | | Warranty | | | | | |
| **Richard  Leopard**<br>**309 James Rd**<br>**Columbus, OH 43230** | - | | | | | | | |
| | | | | | | | | **132.51** |

Sheet no. **3784** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **293.84**

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108669** | | | Warranty | | | | |
| **Richard  Malafarina** **7440 Hazy morning Rd** **Dellroy, OH 44620** | - | | | X | X | | 0.00 |
| Account No. **5115363** | | | Warranty | | | | |
| **Richard  Massey Jr** **4417 Village Street** **Erie, PA 16506** | - | | | X | X | | 0.00 |
| Account No. **5089866** | | | Warranty | | | | |
| **Richard  McArdle** **232 Broadview Drive** **Jim Thorpe, PA 18229** | - | | | X | X | | 0.00 |
| Account No. **5127428** | | | Warranty | | | | |
| **Richard  Morrison** **3340 Liberty Road** **Delaware, OH 43015** | - | | | X | X | | 0.00 |
| Account No. **5083210** | | | Warranty | | | | |
| **Richard  Rada** **70 Hill Street** **Lexington, MA 02421** | - | | | X | X | | 0.00 |

Sheet no.**3785** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**                          ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5072052 | | | | Warranty | | | | |
| Richard Rickman<br>880 Humboldt Street<br>Fallon, NV 89406 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099206 | | | | Warranty | | | | |
| Richard Roseberry<br>855 Earl Road NW<br>Massillon, OH 44646 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5072548 | | | | Warranty | | | | |
| Richard Shaver<br>2251 E Sahuaro Drive<br>Phoenix, AZ 85028 | - | | | | | | | |
| | | | | | | | | 806.33 |
| Account No. 5079592 | | | | Warranty | | | | |
| Richard Soto<br>7829 East Lower Ranch Road<br>Sierra Vista, AZ 85650 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104263 | | | | Warranty | | | | |
| Richard Stout<br>5809 Vine Ridge Drive<br>Nashville, TN 37205 | - | | | | | | | |
| | | | | | | | | 777.70 |

Sheet no. **3786** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,584.03

In re  **Great Lakes Warranty Corporation**                                    ,  Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5098570** | | | | | Warranty | | | | |
| **Richard  Walls** **61 Milton Street** **Uniontown, PA 15401** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5106320** | | | | | Warranty | | | | |
| **Richard A Azbell** **201 North Ninth Street** **Pottsville, PA 17901** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5122646** | | | | | Warranty | | | | |
| **Richard A Boyle** **1043 Grand Oaks Drive** **Bessemer, AL 35022** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5089057** | | | | | Warranty | | | | |
| **Richard A Byers** **397 E North Street** **East Palestine, OH 44413** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5118566** | | | | | Warranty | | | | |
| **Richard A Clark** **4296 Briarwood** **Urbana, OH 43078** | - | | | | | | | | |
| | | | | | | | | | **165.44** |

Sheet no. **3787**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**165.44**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5089600** | | | | Warranty | | | | |
| **Richard A Cole** **621 W Johnson Drive** **Gilbert, AZ 85233** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104606** | | | | Warranty | | | | |
| **Richard A Cook** **122 Old Furnace Road** **Hopwood, PA 15445** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099819** | | | | Warranty | | | | |
| **Richard A Groff** **15514 Given Road** **Wellsville, OH 43968** | - | | | | | | | |
| | | | | | | | | 531.85 |
| Account No. **5125722** | | | | Warranty | | | | |
| **Richard A Hillhouse** **1 A Dinicola Dr** **Erie, PA 16510** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103940** | | | | Warranty | | | | |
| **Richard A Holden** **20 Fifth Avenue** **Scottdale, PA 15683** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3788** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

531.85

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5116949** | | | | **Warranty** | | | | |
| **Richard A Lawson 1857 Fleming Road Indiana, PA 15701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114458** | | | | **Warranty** | | | | |
| **Richard A Lewis 326 Sylvan Emporia, KS 66801** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093238** | | | | **Warranty** | | | | |
| **Richard A Marks 15600 N Frank Lloyd Wright Blvd #I089 Scottsdale, AZ 85260** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103492** | | | | **Warranty** | | | | |
| **Richard A Pugh 161 Essie Street Darlington, PA 16115** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113966** | | | | **Warranty** | | | | |
| **Richard A Rice 414 Clifton Place Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3789** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re   **Great Lakes Warranty Corporation**       ,    Case No. _____

                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5110985** | | | | **Warranty** | | | | |
| **Richard A Trump** **12489 S Acuff Court** **Olathe, LS 66062** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106100** | | | | **Warranty** | | | | |
| **Richard A Walters** **26 Lyons Avenue** **Fairchance, PA 15436** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5097294** | | | | **Warranty** | | | | |
| **Richard A Ward** **400 Old Stage Drive** **Bristol, TN 37620** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093728** | | | | **Warranty** | | | | |
| **Richard A Wingard** **656 Palmer Adah Road** **Adah, PA 15410** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131967** | | | | **Warranty** | | | | |
| **Richard Alabran** **3324 Cambridge House** **Meadville, PA 16335** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3790** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation** _____ , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5091391** | | | | **Warranty** | | | | |
| **Richard Arpin** **128 Inman Road** **Harrisville, RI 02830** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123858** | | | | **Warranty** | | | | |
| **Richard Arthur Moore** **5953 Starcrest Ave** **Reno, NV 89523** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123878** | | | | **Warranty** | | | | |
| **Richard B Jones** **276 Clamer Rd** **Ewing, NJ 08628** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086299** | | | | **Warranty** | | | | |
| **Richard B Root Jr** **4 Spring Lane** **Pipersville, PA 18947** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125822** | | | | **Warranty** | | | | |
| **Richard Badea** **7491 Rembrandt Drive** **Sun Valley, NV 89433** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3791** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                         ,          Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5068627** | | | | | Warranty | | | | |
| **Richard Bailey** **P.O. Box 564** **Seward, AK 99664** | - | | | | | X | X | | 0.00 |
| Account No. **2027134** | | | | | Warranty | | | | |
| **Richard Bangert** **702 Overton Park** **Nashville, TN 37215** | - | | | | | X | X | | 0.00 |
| Account No. **5073095** | | | | | Warranty | | | | |
| **Richard Barnett** **1410 Broad Street** **Elizabethton, TN 37643** | - | | | | | X | X | | 0.00 |
| Account No. **5131058** | | | | | Warranty | | | | |
| **Richard Bedford** **1630 Otte Avenue** **Cincinnati, OH 45223** | - | | | | | X | X | | 0.00 |
| Account No. **5111873** | | | | | Warranty | | | | |
| **Richard Beekler** **256 Austin Drive** **Grantville, PA 17028** | - | | | | | X | X | | 0.00 |

Sheet no. **3792** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5111061** | | | | **Warranty** | | | | |
| **Richard Beemer** **115 South Main** **Neosho Rapids, KS 66864** | - | | | | X | X | | 0.00 |
| Account No. **5123741** | | | | **Warranty** | | | | |
| **Richard Betts** **52675 TH 78** **Jerusalem, OH 43747** | - | | | | X | X | | 0.00 |
| Account No. **5057141** | | | | **Warranty** | | | | |
| **Richard Bieranowski** **2608 Sixth St. PO Box 145** **Wyano, PA 15695** | - | | | | X | X | | 0.00 |
| Account No. **5091867** | | | | **Warranty** | | | | |
| **Richard Bird** **822 Carnwise Street** **Canton, OH 44706** | - | | | | X | X | | 0.00 |
| Account No. **5131349** | | | | **Warranty** | | | | |
| **Richard Bisbee** **8830 Storey Road** **North East, PA 16428** | - | | | | X | X | | 0.00 |

Sheet no. **3793** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**                    , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5090125** | | Warranty | | | | | | | |
| **Richard Black** **5196 Grove Road** **Pittsburgh, PA 15236** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5107154** | | Warranty | | | | | | | |
| **Richard Bock** **4609 E Grandview Street** **Mesa, AZ 85205** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5130033** | | Warranty | | | | | | | |
| **Richard Bogacz** **1003 Beechnut Street** **Tarentum, PA 15084** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5090429** | | Warranty | | | | | | | |
| **Richard Brady** **440 Girard Avenue SE** **Canton, OH 44707** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5091871** | | Warranty | | | | | | | |
| **Richard Brooks** **848 Huffman Square** **Bolivar, OH 44612** | - | | | | | | | | |
| | | | | | | | | | 1,434.53 |

Sheet no. **3794** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      | 1,434.53

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130804** | | | Warranty | | | | |
| **Richard Bryant**<br>**20768 TR 282**<br>**Coshocton, OH 43812** | - | | | | | | 320.00 |
| Account No. **5112066** | | | Warranty | | | | |
| **Richard Buckley**<br>**1506 Upper Bermudian Road**<br>**Gardners, PA 17324** | - | | | X | X | | 0.00 |
| Account No. **5110692** | | | Warranty | | | | |
| **Richard Burris**<br>**402 Midway Drive**<br>**Oliver Springs, TN 37840** | - | | | X | X | | 0.00 |
| Account No. **5131384** | | | Warranty | | | | |
| **Richard C  Thomas II**<br>**115 Race Street**<br>**Meadville, PA 16335** | - | | | X | X | | 0.00 |
| Account No. **5117033** | | | Warranty | | | | |
| **Richard C Beaver**<br>**6470 Hammonds Corners Road**<br>**Pierpont, OH 44082** | - | | | X | X | | 0.00 |

Sheet no. **3795** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

320.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5094993 | | | | Warranty | | | | |
| Richard C Grzelak Jr 8474 Williams Road Northeast, PA 16428 | - | | | | X | X | | 0.00 |
| Account No. 5129969 | | | | Warranty | | | | |
| Richard C Jones 407 Franklin Church Rd Dillsburg, PA 17019 | - | | | | | | | 1,046.00 |
| Account No. 5129540 | | | | Warranty | | | | |
| Richard C Rohrer 93 Pine Leaf Dr Erie, PA 16510 | - | | | | X | X | | 0.00 |
| Account No. 5132360 | | | | Warranty | | | | |
| Richard Clawson 527 Idlewood Road Penn Hills, PA 15235 | - | | | | | | | 290.00 |
| Account No. 5129318 | | | | Warranty | | | | |
| Richard Coffman 3740 Milligantown Road New Kensington, PA 15068 | - | | | | | | | 926.00 |

Sheet no. **3796** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　2,262.00

In re   **Great Lakes Warranty Corporation**                                    ,      Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5114190 | | | | Warranty | | | | |
| Richard Conklin 8027 Mines Road Warren, OH 44484 | - | | | | X | X | | 0.00 |
| Account No. 5109020 | | | | Warranty | | | | |
| Richard Coppersmith 150 Montana Road Washington, NJ 07882 | - | | | | X | X | | 0.00 |
| Account No. 5123103 | | | | Warranty | | | | |
| Richard Cowden 770 Hwy 182 Fairplay, SC 29643 | - | | | | | | | 55.00 |
| Account No. 5088390 | | | | Warranty | | | | |
| Richard D Burlingame 2092 Cable Hollow Russell, PA 16345 | - | | | | X | X | | 0.00 |
| Account No. 5073310 | | | | Warranty | | | | |
| Richard D Caron 15621 E Robin Drive Fountain Hills, AZ 85268 | - | | | | | | | 548.70 |

Sheet no. **3797** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                603.70

In re    **Great Lakes Warranty Corporation**            ,    Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102201** | | | | **Warranty** | | | | |
| **Richard D Kibler** **716 South Washington Street** **Winchester, VA 22601** | - | | | | X | X | | 0.00 |
| Account No. **5100799** | | | | **Warranty** | | | | |
| **Richard D Mercer** **23 Glenn Street** **Newberry, SC 29108** | - | | | | X | X | | 0.00 |
| Account No. **5132587** | | | | **Warranty** | | | | |
| **Richard D Ortiz** **1514 J Ravena Street** **Bethlehem, PA 18015** | - | | | | | | | 2,138.50 |
| Account No. **5123519** | | | | **Warranty** | | | | |
| **Richard D Partridge** **1004 Grandview Ave** **Pittsburgh, PA 15237** | - | | | | X | X | | 0.00 |
| Account No. **5076433** | | | | **Warranty** | | | | |
| **Richard D Remmeis Jr** **3703 Hillsdale Road** **Lewisville, KY 40222** | - | | | | X | X | | 0.00 |

Sheet no. **3798** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal      | **2,138.50**
(Total of this page)

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095605** | | | Warranty | | | | |
| **Richard D Roberts** **10160 Lochard Road** **Sidney, OH 45365** | - | | | | | | **1,062.85** |
| Account No. **5044820** | | | Warranty | | | | |
| **Richard D Vernon** **607 Stone Ridge Rd** **Greer, SC 29650** | - | | | X | X | | **0.00** |
| Account No. **5069717** | | | Warranty | | | | |
| **Richard Davis** **408 E 34th** **Erie, PA 16504** | - | | | X | X | | **0.00** |
| Account No. **5064625** | | | Warranty | | | | |
| **Richard Davis** **408 East 34th Street** **Erie, PA 16504** | - | | | X | X | | **0.00** |
| Account No. **5124877** | | | Warranty | | | | |
| **Richard Deloach** **P.O. Box 3407** **N. Myrtle, SC 29582** | - | | | X | X | | **0.00** |

Sheet no.**3799** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,062.85**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127618** | | | **Warranty** | | | | |
| **Richard Deschaine** **2844 Belleza Lane** **Henderson, NV 89074** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5116709** | | | **Warranty** | | | | |
| **Richard DeVallance** **798 Treasure I;ake** **Dubois, PA 15801** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5125775** | | | **Warranty** | | | | |
| **Richard Dickey** **32523 Wooddale Drive** **Lisbon, OH 44432** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5085792** | | | **Warranty** | | | | |
| **Richard Donahey** **137 Lentz Rd** **Glen Campbell, PA 15742** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5126659** | | | **Warranty** | | | | |
| **Richard Donlon** **9431 Lindberg Blvd** **Olmstead Falls, OH 44138** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **3800** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** _____,   Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5089673** | | | | | Warranty | | | | |
| **Richard Douglas Martin** **4305 Laurel Park Highway** **Hendersonville, NC 28738** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5086122** | | | | | Warranty | | | | |
| **Richard Durham** **704 Packer Street** **Weatherly, PA 18255** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5108510** | | | | | Warranty | | | | |
| **Richard Dzamefe** **3049 Westminster Drive  Apt 103** **Beavercreek, OH 45431** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5104690** | | | | | Warranty | | | | |
| **Richard E Crossen** **P.O. Box 7** **Albany, OH 45710** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5095678** | | | | | Warranty | | | | |
| **Richard E Harding** **1530 25th  NW** **Canton, OH 44709** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**3801**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re  **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5088876 | | | | Warranty | | | | |
| Richard E McAuliffe 59 Wrights Road Tunkhannock, PA 18657 | - | | | | X | X | | 0.00 |
| Account No. 5089607 | | | | Warranty | | | | |
| Richard E Newton 730 E McKellips Road #C118 Tempe, AZ 85281 | - | | | | X | X | | 0.00 |
| Account No. 5073203 | | | | Warranty | | | | |
| Richard Easley Enterprises 250 Harrell Drive Spartanburg, SC 29307 | - | | | | X | X | | 0.00 |
| Account No. 5107034 | | | | Warranty | | | | |
| Richard Ebin 1232 Carousel Drive Reynoldsburg, OH 43068 | - | | | | X | X | | 0.00 |
| Account No. 5103345 | | | | Warranty | | | | |
| Richard Eicheldinger 115 College Street Hudson, OH 44236 | - | | | | X | X | | 0.00 |

Sheet no. **3802** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re    **Great Lakes Warranty Corporation**                  ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127574** | | | | **Warranty** | | | | |
| **Richard Eisenstein 141 White Street Howell, NJ 07731** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114200** | | | | **Warranty** | | | | |
| **Richard Endruat 92 Chipperfield Drive Effort, PA 18330** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5083914** | | | | **Warranty** | | | | |
| **Richard F Carl 2400 Colonial Road Harrisburg, PA 17112** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092174** | | | | **Warranty** | | | | |
| **Richard F Johnson 13485 W Statler Boulevard Surprise, AZ 85374** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125813** | | | | **Warranty** | | | | |
| **Richard F Tillman 1608 Keuper Blvd NE Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3803** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal                   **0.00**
    (Total of this page)

In re **Great Lakes Warranty Corporation**                    Case No. _____

,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5102942** | | | | | **Warranty** | | | | |
| **Richard F Tucker III 7099 Scepter Drive Bartlett, TN 38135** | | - | | | | X | X | | 0.00 |
| Account No. **5132085** | | | | | **Warranty** | | | | |
| **Richard Falvo 6650 Townsend Drive Erie, PA 16505** | | - | | | | X | X | | 0.00 |
| Account No. **5108370** | | | | | **Warranty** | | | | |
| **Richard Fluent 158 Erie St Salamanca, NY 14779** | | - | | | | X | X | | 0.00 |
| Account No. **5128413** | | | | | **Warranty** | | | | |
| **Richard Foderaro 4101 Pine Forest Parma, OH 44134** | | - | | | | X | X | | 0.00 |
| Account No. **5085752** | | | | | **Warranty** | | | | |
| **Richard Ford 1855 Kennedy Boulevard Jersey City, NJ 07305** | | - | | | | X | X | | 0.00 |

Sheet no. **3804** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re    **Great Lakes Warranty Corporation**                    ,    Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5114469 | | | Warranty | | | | |
| Richard Ford 20625 N 22nd Avenue Phoeniz, AZ 85027 | - | | | X | X | | 0.00 |
| Account No. 5087654 | | | Warranty | | | | |
| Richard Fortini 4517 Linden Avenue Apt A Mechanicsburg, PA 17050 | - | | | X | X | | 0.00 |
| Account No. 5131704 | | | Warranty | | | | |
| Richard Foster PO Box 1460 Pahrump, NV 89041 | - | | | | | | 113.97 |
| Account No. 5132261 | | | Warranty | | | | |
| Richard Fredenburgh 417 N Progress Ave Harrisburg, PA 17109 | - | | | X | X | | 0.00 |
| Account No. 5119927 | | | Warranty | | | | |
| Richard Geist 8215 N Oracle No 213 Tucson, AZ 85704 | - | | | X | X | | 0.00 |

Sheet no. **3805** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
              (Total of this page)      113.97

In re   **Great Lakes Warranty Corporation**               ,     Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125506** <br><br> **Richard Glaser** <br>**1863 Cedar Street** <br>**East Sparta, OH 44626** | | - | Warranty | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5095897** <br><br> **Richard Gratton** <br>**83 Hill Top Court** <br>**New Kensington, PA 15068** | | - | Warranty | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5062488** <br><br> **Richard Grose** <br>**242 Frontage Rd** <br>**Summersville, WV 26651** | | - | Warranty | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5112441** <br><br> **Richard Gunther** <br>**205 Moonstone Lane** <br>**Greensburg, PA 15601** | | - | Warranty | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5103135** <br><br> **Richard H Billings** <br>**19 Marsh Island** <br>**Osle of Palms, SC 29451** | | - | Warranty | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**3806** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal              **0.00**
                            (Total of this page)

In re **Great Lakes Warranty Corporation** ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5080093 | | | | Warranty | | | | |
| Richard H Black Jr 405 Broadmoor Drive Nashville, TN 37215 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5083004 | | | | Warranty | | | | |
| Richard H Mitchell 411 Mustang Drive Spartanburg, SC 29307 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5079706 | | | | Warranty | | | | |
| Richard H Mitchell 411 Mustang Drive Spartanburg, SC 29307 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5088552 | | | | Warranty | | | | |
| Richard H Seidler 1085 Windy Oak Drive Pittsburgh, PA 15239 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112809 | | | | Warranty | | | | |
| Richard Halford 82 East Wood Street Ringtown, PA 17967 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3807** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128751** | | | | Warranty | | | | |
| **richard Hallden** **8062 Highland Ave** **Warren, OH 44481** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110169** | | | | Warranty | | | | |
| **Richard Hartline** **6200 Perkiomen Avenue** **Reading, PA 19601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111701** | | | | Warranty | | | | |
| **Richard Hash** **32 Indian Hills Drive** **Tallmadge, OH 44278** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096725** | | | | Warranty | | | | |
| **Richard Hess** **1484 Township Road** **Greenwich, OH 44837** | - | | | | | | | |
| | | | | | | | | 225.80 |
| Account No. **5132698** | | | | Warranty | | | | |
| **Richard Hicks** **460 5th Street** **Toledo, OH 43605** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3808** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

225.80

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126643** | | | **Warranty** | | | | |
| **Richard Hildenbrand** **317 Ziegler Street Ext** **Zelienople, PA 16063** | - | | | X | X | | 0.00 |
| Account No. **5094776** | | | **Warranty** | | | | |
| **Richard Houston** **1529 Old Butler Road** **New Castle, PA 16101** | - | | | X | X | | 0.00 |
| Account No. **5100900** | | | **Warranty** | | | | |
| **Richard Hunsicker** **4775 Orchard Drive** **Center Valley, PA 18034** | - | | | X | X | | 0.00 |
| Account No. **5092213** | | | **Warranty** | | | | |
| **Richard J Ortiz** **618 A Ramblewood Lane** **Freemonsburg, PA 18017** | - | | | X | X | | 0.00 |
| Account No. **5112772** | | | **Warranty** | | | | |
| **Richard J Ridzy** **3006 Boston Road** **Brunswick, OH 44212** | - | | | X | X | | 0.00 |

Sheet no. **3809** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re  **Great Lakes Warranty Corporation**                  ,    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5101747** | | | | Warranty | | | | |
| **Richard J Sharpe**<br>**231 Brookside Road**<br>**Norristown, PA 19401** | - | | | | X | X | | **74.00** |
| Account No. **5127557** | | | | Warranty | | | | |
| **Richard J Tisone**<br>**903 Mansell Dr**<br>**Youngstown, OH 44505** | - | | | | X | X | | **0.00** |
| Account No. **5077314** | | | | Warranty | | | | |
| **Richard Jackson**<br>**14946 W Oberlin Way**<br>**Surprise, AZ 85387** | - | | | | X | X | | **0.00** |
| Account No. **5070255** | | | | Warranty | | | | |
| **Richard Johnson**<br>**43 Ash Rd**<br>**Blairsville, PA 15717** | - | | | | X | X | | **0.00** |
| Account No. **5118942** | | | | Warranty | | | | |
| **Richard K Davidson Jr**<br>**7283 Twp Rd 120**<br>**Adena, OH 43901** | - | | | | X | X | | **0.00** |

Sheet no. **3810** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                         
(Total of this page)          **74.00**

In re   **Great Lakes Warranty Corporation**        ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5128792 | | | | Warranty | | | | |
| Richard Kellinger 3802 Leyland Drive Mechanicsburg, PA 17050 | - | | | | X | X | | 0.00 |
| Account No. 5093938 | | | | Warranty | | | | |
| Richard Kent Huff 703 Hilltop Drive New Cumberland, PA 17070 | - | | | | X | X | | 0.00 |
| Account No. 5119462 | | | | Warranty | | | | |
| Richard Kessner 139 Colonial Way Upper Buck Eddy, pa 18972 | - | | | | | | | 278.59 |
| Account No. 5132623 | | | | Warranty | | | | |
| Richard Koenig 8057B Hackney Ct Mentor, OH 44060 | - | | | | X | X | | 0.00 |
| Account No. 5095721 | | | | Warranty | | | | |
| Richard L Behm 56 Converse Street  PO Box 95 Chauncey, OH 45719 | - | | | | X | X | | 0.00 |

Sheet no.**3811** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **278.59**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119534 | | | | Warranty | | | | |
| Richard L Chambers Jr 118 Beatrice Lane Chillicothe, OH 45601 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100927 | | | | Warranty | | | | |
| Richard L Dole P.O. Box 809 Wadsworth, OH 44282 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100334 | | | | Warranty | | | | |
| Richard L Giddings 2256 Stanhope Kell Road Dorset, OH 44032 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5089588 | | | | Warranty | | | | |
| Richard L Hamilton Jr 676 Fleetwood Road Mansfield, OH 44905 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096767 | | | | Warranty | | | | |
| Richard L Haws 160 Guernsey Road Biglerville, PA 17307 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3812** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re   **Great Lakes Warranty Corporation**          ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131766** | | | | **Warranty** | | | | |
| **Richard L Kassinger** **206 South Dennis Rd** **Cape May Court House, NJ 08210** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114900** | | | | **Warranty** | | | | |
| **Richard L Keeling** **17640 SE 295th Street** **Kent, WA 98042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115974** | | | | **Warranty** | | | | |
| **Richard L Lloyd** **316 Marsonia Street** **Pittsburgh, PA 15214** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086041** | | | | **Warranty** | | | | |
| **Richard L Miller** **8740 taylor Woods Dr** **Reynoldsburg, OH 43068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5083152** | | | | **Warranty** | | | | |
| **Richard L Shankel** **1376 Echo St NE** **Canton, OH 44721** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3813** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re **Great Lakes Warranty Corporation** ,   Case No. _____

                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103170** | | - | | **Warranty** | | | | |
| **Richard L Wessell** **241 Susan Drive** **Jefferson, OH 44047** | | | | | | | | 372.50 |
| Account No. **5109710** | | - | | **Warranty** | X | X | | |
| **Richard L Williams** **26 Academy Avenue  Apt #A5** **Pittsburgh, PA 15228** | | | | | | | | 0.00 |
| Account No. **5087502** | | - | | **Warranty** | X | X | | |
| **Richard L Williams** **3725 Kent Road** **Royal Oak, MI 48073** | | | | | | | | 0.00 |
| Account No. **5128718** | | - | | **Warranty** | X | X | | |
| **Richard Lang** **2228 Pleasant Avenue** **Glenside, PA 19038** | | | | | | | | 0.00 |
| Account No. **5112613** | | - | | **Warranty** | X | X | | |
| **Richard Lauer** **416 Beth Drive** **Mt Juliet, TN 37122** | | | | | | | | 0.00 |

Sheet no. **3814** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      372.50

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5071030 | | | | Warranty | | | | |
| Richard Lawrence 1413 Springaire Lewisville, TX 75077 | - | | | | | | | 735.14 |
| Account No. 5099203 | | | | Warranty | | | | |
| Richard Leach 768 Garberdale Square Bolivar, OH 44612 | - | | | | X | X | | 0.00 |
| Account No. 5114651 | | | | Warranty | | | | |
| Richard Leon Shellenberger Jr 2003 West Seventh Street Wilmington, DE 19805 | - | | | | X | X | | 0.00 |
| Account No. 5109401 | | | | Warranty | | | | |
| Richard Lorenzo 416 Nassau Street W East Canton, OH 44730 | - | | | | X | X | | 0.00 |
| Account No. 5100812 | | | | Warranty | | | | |
| Richard M Layman 785 Webster Hollow Road Belle Vernon, PA 15012 | - | | | | | | | 50.84 |

Sheet no. **3815** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

785.98

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5085565** | | | | Warranty | | | | |
| **Richard M Maleski**<br>**408 Lenox Court**<br>**Gibsonia, PA 15044** | | - | | | X | X | | 0.00 |
| Account No. **5109579** | | | | Warranty | | | | |
| **Richard Maciejewski**<br>**148 Parrsmill Rd**<br>**Catrawissa, PA 17820** | | - | | | X | X | | 0.00 |
| Account No. **5088769** | | | | Warranty | | | | |
| **Richard Mark**<br>**2206 170th Avenue E.**<br>**Bonney Lake, WA 98391** | | - | | | X | X | | 0.00 |
| Account No. **5055359** | | | | Warranty | | | | |
| **Richard Maurer**<br>**2321 N 123rd Ln**<br>**Avondale, AZ 85323** | | - | | | X | X | | 0.00 |
| Account No. **5123062** | | | | Warranty | | | | |
| **Richard McCoy**<br>**110 Stone St**<br>**Liberty, TN 37095** | | - | | | X | X | | 0.00 |

Sheet no. **3816** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re   **Great Lakes Warranty Corporation**                                   ,      Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5065854** | | | | Warranty | | | | |
| **Richard Meehan** **913 S Grube Avenue** **Egg Harbor, NJ 08215** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090863** | | | | Warranty | | | | |
| **Richard Muchmore** **3604 Cadillac Drive** **Waterloo, IA 50701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086187** | | | | Warranty | | | | |
| **Richard N Linsenbigler** **2602 Vancouver Street** **Grapeville, PA 15634** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090609** | | | | Warranty | | | | |
| **Richard Neil Grindle** **118 W Fourth Avenue** **Derry, PA 15627** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087358** | | | | Warranty | | | | |
| **Richard Nelson** **13822 N 42nd Avenue  #25** **Phoenix, AZ 85053** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3817** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

In re **Great Lakes Warranty Corporation** ,　　　Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5123139 | | | Warranty | | | | |
| Richard Nix 335 Parallel Ave Pittsburgh, PA 15210 | - | | | X | X | | 0.00 |
| Account No. 5075592 | | | Warranty | | | | |
| Richard Noel Bonds 100 Fair Forest Road  B 1 Cola, SC 29212 | - | | | X | X | | 0.00 |
| Account No. 5117748 | | | Warranty | | | | |
| Richard Oliveras Crespo 33 Wilden Drive Easton, PA 18045 | - | | | X | X | | 0.00 |
| Account No. 5094103 | | | Warranty | | | | |
| Richard P Beshore 1424 Front Nine Drive G Fort Collins, CO 80525 | - | | | X | X | | 0.00 |
| Account No. 5097127 | | | Warranty | | | | |
| Richard P Dolan 38 Main Street Clarksville, PA 15322 | - | | | X | X | | 0.00 |

Sheet no. **3818** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5131208 | | | Warranty | | | | |
| Richard Pabon 1 Tom X Road East Stroudsburg, PA 18302 | - | | | X | X | | 0.00 |
| Account No. 5069009 | | | Warranty | | | | |
| Richard Page 420 Oliver Drive Inman, SC 29349 | - | | | X | X | | 0.00 |
| Account No. 5066555 | | | Warranty | | | | |
| Richard Parent 371 E. Gleen Road Apt 1 Hershey, PA 17033 | - | | | X | X | | 0.00 |
| Account No. 5076870 | | | Warranty | | | | |
| Richard Paul 7826 E Glensosa  #3 Scottsdale, AZ 85251 | - | | | | | | 192.11 |
| Account No. 5132703 | | | Warranty | | | | |
| Richard Peak 829 N. Aylesbury Road Goose Creek, SC 29445 | - | | | X | X | | 0.00 |

| | | |
|---|---|---|
| Sheet no. **3819** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 192.11 |

In re **Great Lakes Warranty Corporation**         Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131069** | | | | **Warranty** | | | | |
| **Richard Perez** **54 White Farm Road** **Wingdale, NY 12594** | - | | | | X | X | | 0.00 |
| Account No. **5072099** | | | | **Warranty** | | | | |
| **Richard Peters** **43977 West Juniper Avenue** **Maricopa, AZ 85239** | - | | | | X | X | | 0.00 |
| Account No. **5131365** | | | | **Warranty** | | | | |
| **Richard Piantine** **104 Piantine Farm Road** **Bradenville, PA 15620** | - | | | | X | X | | 0.00 |
| Account No. **5129165** | | | | **Warranty** | | | | |
| **Richard Pruzinsky** **1028 Beech St Ext** **Reynoldsville, PA 15851** | - | | | | X | X | | 0.00 |
| Account No. **5079301** | | | | **Warranty** | | | | |
| **Richard R Christian** **5305 Kerger Road** **Ellicott City, MD 21043** | - | | | | X | X | | 0.00 |

Sheet no. **3820** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal             0.00
                                     (Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122500** | | | | **Warranty** | | | | |
| **Richard R Lowden** **435 Mariner Point Dr** **Clinton, TN 37716** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106616** | | | | **Warranty** | | | | |
| **Richard R Schuffert** **845 Anderson Street** **New Kensington, PA 15068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099737** | | | | **Warranty** | | | | |
| **Richard Radke** **1705 Mohican SE** **Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093014** | | | | **Warranty** | | | | |
| **Richard Ramirez** **5 Yorkshire Court** **Warren, NJ 07059** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131424** | | | | **Warranty** | | | | |
| **Richard Reabold** **220 North Avenue** **Jim Thorpe, PA 18229** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3821** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 0.00 |
|---|

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5124887** | | | | **Warranty** | | | | |
| **Richard Rendos** **9739 Dogwood Manor** **Olive Branch, MS 38654** | - | | | | X | X | | 0.00 |
| Account No. **5091360** | | | | **Warranty** | | | | |
| **Richard Rene Baca** **1580 S Pheasant Lane** **Thatcher, AZ 85552** | - | | | | X | X | | 0.00 |
| Account No. **5066296** | | | | **Warranty** | | | | |
| **Richard Ricchiuti** **PO Box 271294** **Fort Collins, CO 80527** | - | | | | X | X | | 0.00 |
| Account No. **5125052** | | | | **Warranty** | | | | |
| **Richard Rivera** **1021 Cedar Pines Street** **Henderson, NV 89011** | - | | | | X | X | | 0.00 |
| Account No. **5116659** | | | | **Warranty** | | | | |
| **Richard Roberts** **331 West Salem  Apt 301** **Columbiana, OH 44408** | - | | | | X | X | | 0.00 |

Sheet no. **3822** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5078586 | | | | | Warranty | | | | |
| Richard Rogers 3907 Reinwood Drive Dayton, OH 45414 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5049285 | | | | | Warranty | | | | |
| Richard Rovet 5970 W Bonzai Ct Dayton, Oh 45431 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5069941 | | | | | Warranty | | | | |
| Richard Rowland 118 E South St Corry, PA 16407 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5066057 | | | | | Warranty | | | | |
| Richard Rozzelle IV 11909 Overlook Mountain Drive Charlotte, NC 28216 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5132475 | | | | | Warranty | | | | |
| Richard Ruiz 1836 W Allen Street Yuma, AZ 85364 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3823** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,                Case No. _____
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5090845** | | | | Warranty | | | | |
| **Richard S  Murphy** **219 E 2nd St** **Wilburton, PA 17888** | - | | | | X | X | | 0.00 |
| Account No. **5094104** | | | | Warranty | | | | |
| **Richard S Champlin** **7873 Rancho Mirage Drive** **Las Vegas, NV 89113** | - | | | | X | X | | 0.00 |
| Account No. **5086768** | | | | Warranty | | | | |
| **Richard S Cornman II** **3706 West Fourteenth Street** **Erie, PA 16505** | - | | | | X | X | | 0.00 |
| Account No. **5090398** | | | | Warranty | | | | |
| **Richard S Gate** **390 47 Honeysuckle Path** **Aurora, OH 44202** | - | | | | X | X | | 0.00 |
| Account No. **5106365** | | | | Warranty | | | | |
| **Richard S Grassel** **1117 Maplewood Avenue** **Ambridge, PA 15003** | - | | | | | | | 135.69 |

Sheet no. **3824** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 135.69

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5072240** | | | **Warranty** | | | | |
| **Richard S Murphy** **219 East 2nd Street** **Wilberlon, PA 17888** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5086497** | | | **Warranty** | | | | |
| **Richard S Owen** **29 Marian Circle** **Chalfont, PA 18914** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108423** | | | **Warranty** | | | | |
| **Richard Saller** **2498 Cedardale Drive** **Germantown, TN 38139** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5071853** | | | **Warranty** | | | | |
| **Richard Schlemmer** **10500 Stablehand Dr** **Cincinnati, OH 45242** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5066444** | | | **Warranty** | | | | |
| **Richard Schott** **440 Bellwood Drive** **Murfreesboro, TN 37130** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3825** of **4906** sheets attached to Schedule of                          Subtotal                          0.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127952** | | | | **Warranty** | | | | |
| **Richard Secola 3908 Penn Avenue Pittsburgh, PA 15224** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132757** | | | | **Warranty** | | | | |
| **Richard Shaffer 504 North Avenue Connellsville, PA 15425** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131091** | | | | **Warranty** | | | | |
| **Richard Shaffer 690 Harvets Drive Harrisburg, PA 17111** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126780** | | | | **Warranty** | | | | |
| **Richard Smith Walnut Street PO Box 189 Millerstown, PA 17062** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092743** | | | | **Warranty** | | | | |
| **Richard Smith 5318 Highway 34-121 Newberry, SC 29108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3826** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re  **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5103337** | | | | **Warranty** | | | | |
| **Richard Smith P.O. Box 7276 Cape Porpoise, ME 04014** | - | | | | X | X | | 0.00 |
| Account No. **5088761** | | | | **Warranty** | | | | |
| **Richard Snipes 500 Torwood Drive Columbia, SC 29203** | - | | | | X | X | | 0.00 |
| Account No. **5071885** | | | | **Warranty** | | | | |
| **Richard Soto 7829 E Lower Ranch Rd Sierra Vista, AZ 85650** | - | | | | X | X | | 0.00 |
| Account No. **5126840** | | | | **Warranty** | | | | |
| **Richard Stewart 1478 Bowman Road Hixson, TN 37343** | - | | | | X | X | | 0.00 |
| Account No. **5059319** | | | | **Warranty** | | | | |
| **Richard Suddath 488 Skyline View Ln Harriman, TN 37748** | - | | | | X | X | | 0.00 |

Sheet no. **3827** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

_____ ,

                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5092685** | | | | | **Warranty** | | | | |
| **Richard Sundberg** **1755 Pilgrim Point Road** **Alexandria, MN 56308** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5131191 | | | | | **Warranty** | | | | |
| **Richard Sweeney** **1303 Heatherwood Drive** **Mount Joy, PA 17552** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5130060 | | | | | **Warranty** | | | | |
| **Richard Swiental** **2317 Blue Smike Trail** **Mishawaka, IN 46544** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5121446 | | | | | **Warranty** | | | | |
| **Richard T  Ritchey** **53 S Liberty St** **Blairsville, PA 15717** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5118230 | | | | | **Warranty** | | | | |
| **Richard T  Sweet** **3680 Cheltanham Rd** **York, PA 17402** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3828** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

               Subtotal
            (Total of this page)         0.00

In re  **Great Lakes Warranty Corporation**                          ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122077** | | | Warranty | | | | |
| **Richard T Brashear** **6723 Cincinnati Dayton Rd** **Middlwtown, OH 45044** | - | | | X | X | | 0.00 |
| Account No. **5097456** | | | Warranty | | | | |
| **Richard T Crochunis** **510 Little Street** **Minersville, PA 17954** | - | | | X | X | | 0.00 |
| Account No. **5113725** | | | Warranty | | | | |
| **Richard T Elder** **174 Coketown Road** **Coraopolis, PA 15108** | - | | | X | X | | 0.00 |
| Account No. **5101834** | | | Warranty | | | | |
| **Richard T Gorgei** **130 Robinwood Drive** **New Middletown, OH 44442** | - | | | | | | 133.59 |
| Account No. **5075204** | | | Warranty | | | | |
| **Richard T Randall** **4630 Duncastle Road  Apt 1 D** **Fayetteville, NC 28314** | - | | | X | X | | 0.00 |

Sheet no.**3829**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

133.59

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5102536 | | | | | Warranty | | | | |
| Richard T Weiler 213 Enterprise Street Celina, OH 45822 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5128640 | | | | | Warranty | | | | |
| Richard Taylor 5959 CR 28 Zanesfield, OH 43360 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5099806 | | | | | Warranty | | | | |
| Richard Thomas Simpson 3066 Pignatelli Crescent Mount Pleasant, SC 29466 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5119730 | | | | | Warranty | | | | |
| Richard Tornambe 2218 Winfield Ave Scranton, PA 18505 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5116081 | | | | | Warranty | | | | |
| Richard Tweddell III 6996 Lindley Way Liberty Township, OH 45011 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. 3830  of 4906  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5125840** | | | | Warranty | | | | |
| **Richard Ulery** **719 Blue Hole Lane** **Ligonier, PA 15658** | - | | | | X | X | | 0.00 |
| Account No. **5096138** | | | | Warranty | | | | |
| **Richard Unger** **681 Strafford Circle** **WEayne, PA 19087** | - | | | | X | X | | 0.00 |
| Account No. **5130416** | | | | Warranty | | | | |
| **Richard V Duffy Jr** **319 Pebble Dr** **Pittsburgh, PA 15239** | - | | | | X | X | | 0.00 |
| Account No. **5123473** | | | | Warranty | | | | |
| **Richard W  Moe** **892 Yana Ct  Rt 1  Box 726** **Sugar Grove, OH 43155** | - | | | | X | X | | 0.00 |
| Account No. **5121233** | | | | Warranty | | | | |
| **Richard W Bergen** **362 St Andrews Dr** **Franklin, TN 37069** | - | | | | | | | 516.70 |

Sheet no. **3831** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  516.70

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re **Great Lakes Warranty Corporation**                              Case No. _____

                                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096880** | | | Warranty | | | | |
| **Richard W Bossart** **19 Grubbs Road** **Cheswick, PA 15024** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5098493** | | | Warranty | | | | |
| **Richard W Gilbert** **136 Dylark Drive** **Waverly, TN 37185** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130966** | | | Warranty | | | | |
| **Richard W Levy** **524 Amaryllis Dr** **Columbia, SC 29229** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5112780** | | | Warranty | | | | |
| **Richard W Thompson** **PO Box 2143** **Tucker, GA 30085** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5105607** | | | Warranty | | | | |
| **Richard W Umstead** **3657 State Route 118** **Coldwater, OH 45828** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3832** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        0.00

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____

    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5098574** | | | | Warranty | | | | |
| **Richard W Webb** **1033 Linden Hollow Lane** **Allentown, PA 18104** | - | | | | | | | |
| | | | | | | | | 331.09 |
| Account No. 5125947 | | | | Warranty | | | | |
| **Richard Wagner** **315 Chickasaw Avenue** **Pittsburgh, PA 15237** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114525 | | | | Warranty | | | | |
| **Richard Walls** **12137 Barbary Road** **Philadelphia, PA 19154** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117965 | | | | Warranty | | | | |
| **Richard Warnock** **106 West Meyers St** **Pittsburgh, PA 15210** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127516 | | | | Warranty | | | | |
| **Richard Waszo** **471 Agnew Road** **Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__**3833**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

331.09

In re    **Great Lakes Warranty Corporation**                                    ,         Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132655** | | | Warranty | | | | |
| **Richard Weber** **2241 Kingridge Road Suite 101** **Pittsburgh, PA 15237** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125827** | | | Warranty | | | | |
| **Richard Weismiller** **1069 Troupe Road** **Harborcreek, PA 16421** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131914** | | | Warranty | | | | |
| **Richard White Jr.** **1710 Monreoville Road** **Monroeville, NJ 08343** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5095653** | | | Warranty | | | | |
| **Richard Wilson** **3545 Middleboro Road** **Morrow, OH 45152** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132064** | | | Warranty | | | | |
| **Richard Winston** **701 West Bank Avenue** **West Deptford, NJ 08096** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3834** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5102715**<br><br>**Richard Wittstock**<br>**5629 E Grovers Avenue**<br>**Scottsdale, AZ 85254** | - | | | | Warranty | | | | 408.68 |
| Account No. **5117740**<br><br>**Richard Yanez Jr**<br>**2174 W Splitwood Place**<br>**Tucson, AZ 85743** | - | | | | Warranty | X | X | | 0.00 |
| Account No. **5116209**<br><br>**Richard Youker**<br>**57994 Oak Court**<br>**West Lafayette, OH 43845** | - | | | | Warranty | X | X | | 0.00 |
| Account No. **5131410**<br><br>**Riche K Fitzpatrick**<br>**342 E College Street**<br>**Oberlin, OH 44074** | - | | | | Warranty | X | X | | 0.00 |
| Account No. **5095309**<br><br>**Richelle D Blanchard**<br>**1521 Crucible Street  Apt 9**<br>**Pittsburgh, PA 15205** | - | | | | Warranty | X | X | | 0.00 |

Sheet no. **3835** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        408.68

In re **Great Lakes Warranty Corporation** ,    Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131143** | | | | **Warranty** | | | | |
| **Richie Tatman** **2348 Limestone #102** **Springfield, OH 45503** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092893** | | | | **Warranty** | | | | |
| **Rick Lanning** **13596 Eddy Road** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127254** | | | | **Warranty** | | | | |
| **Rick Vay** **5766 Huber St** **Las Vegas, NV 89120** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5069715** | | | | **Warranty** | | | | |
| **Rick Aranda** **1612 Marcus Drive** **Las Vegas, NV 89102** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109136** | | | | **Warranty** | | | | |
| **Rick Bann** **116 Sunset Dr** **New Cumberland, PA 17070** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3836** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        **0.00**

In re    **Great Lakes Warranty Corporation**                                                    ,    Case No. _____
                                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5097310** | | | | **Warranty** | | | | |
| **Rick Bolton** **85 Meadow Lane** **Grosse Pointe, MI 48236** | - | | | | | | | 75.00 |
| Account No. **5100749** | | | | **Warranty** | | | | |
| **Rick Dunham** **9347 S Hazelton Lane** **Tempe, AZ 85284** | - | | | | | | | 785.81 |
| Account No. **5098962** | | | | **Warranty** | | | | |
| **Rick E Hodge** **8 W Second Street** **Laura, OH 45337** | - | | | | X | X | | 0.00 |
| Account No. **5072825** | | | | **Warranty** | | | | |
| **Rick F Graber** **1813 Carwithan Street** **Philadelphia, PA 19152** | - | | | | X | X | | 0.00 |
| Account No. **5085034** | | | | **Warranty** | | | | |
| **Rick G Harter** **484 Hull Road** **Waterford, PA 16441** | - | | | | X | X | | 0.00 |

Sheet no. **3837** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

860.81

In re **Great Lakes Warranty Corporation** ,

Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5113075 | | | | Warranty | | | | |
| Rick Galiardo 2920 Green Street Harrisburg, PA 17110 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127581 | | | | Warranty | | | | |
| Rick Gosnell 1420 Indian Branch Rd Darlington, SC 29532 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5063995 | | | | Warranty | | | | |
| Rick Herak 161 Oakdale Drive Zelionople, PA 16063 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124300 | | | | Warranty | | | | |
| Rick Mansfield 1718 Saxony Ct Murfreesboro, TN 37128 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5074021 | | | | Warranty | | | | |
| Rick Narramore 6421 Shadow Ridge Run Fort Wayne, IN 46804 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3838** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**         ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093627** | | | | **Warranty** | | | | |
| **Rick P Kasler** **31 New St** **Glouster, OH 45732** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5098725** | | | | **Warranty** | | | | |
| **Rick Paashaus** **426 E Landis Street** **Coopersburg, PA 18036** | - | | | | | | | |
| | | | | | | | | **213.00** |
| Account No. **5074942** | | | | **Warranty** | | | | |
| **Rick Police** **4219 Palomino Court** **Middletown, MD 21769** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090956** | | | | **Warranty** | | | | |
| **Rick Proctor** **917 Town and Country Estate Court** **St Louis, MO 63141** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107884** | | | | **Warranty** | | | | |
| **Rick T Brooks** **700 Sloane Avenue** **Mansfield, OH 44903** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3839** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal
                      (Total of this page)       **213.00**

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5083223** <br><br> **Rick Tibensky** <br> **118 Ritter Lane** <br> **Leechburg, PA 15656** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5068885** <br><br> **Rick Woods** <br> **12627 Key Lime Blvd** <br> **West Palm Beach, FL 33412** | - | | | **Warranty** | | | | 103.55 |
| Account No. **5097055** <br><br> **Rickey Agee** <br> **1253 Ringwalt** <br> **Riverside, OH 45432** | - | | | **Warranty** | | | | 1,330.50 |
| Account No. **5121166** <br><br> **Rickey C Hoffman** <br> **11 Cold Run Rd** <br> **New Ringgold, PA 17960** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5116316** <br><br> **Rickey Davis** <br> **28463 SC Highway 34** <br> **Silverstreet, SC 29145** | - | | | **Warranty** | X | X | | 0.00 |

Sheet no. __3840__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          1,434.05

In re **Great Lakes Warranty Corporation** ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5117874 | | | | Warranty | | | | |
| Rickey Peterson PO Box 219 Plainsboro, NJ 08536 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5073434 | | | | Warranty | | | | |
| Rickie Eastman 2114 E Beth Drive Phoenix, AZ 85042 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105939 | | | | Warranty | | | | |
| Rickie L Walker 115 Roundtop Lane Portland, TN 37148 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127089 | | | | Warranty | | | | |
| Rickie L Williams 1672 Lancaster Dr Austintown, OH 44511 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5070018 | | | | Warranty | | | | |
| Rickman Fish 2071 E Renee Dr Phoenix, AZ 85024 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3841** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re  **Great Lakes Warranty Corporation**                                          ,     Case No. _____

                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105521** | | | Warranty | | | | |
| **Ricky  Robinson**<br>**750 Gasten Road**<br>**Weirton, WV 26062** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5081693** | | | Warranty | | | | |
| **Ricky A Maestri**<br>**1775 Church Road**<br>**Horn Lake, MS 38637** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5083444** | | | Warranty | | | | |
| **Ricky A Stiver**<br>**1073 Thompson Town Road**<br>**La Jose, PA 15753** | - | | | | | | |
| | | | | | | | 67.72 |
| Account No. **5120876** | | | Warranty | | | | |
| **Ricky A Wadsworth Jr**<br>**517 W Clapier St**<br>**Philadelphia, PA 19144** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102160** | | | Warranty | | | | |
| **Ricky Averette**<br>**12789 Spring Creek**<br>**Ralph, AL 35480** | - | | | | | | |
| | | | | | | | 211.80 |

Sheet no. **3842** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

279.52

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5086375** <br><br> **Ricky C Conley** <br> **11570 Millersburg Road** <br> **Massillon, OH 44647** | - | | **Warranty** | | | | **460.00** |
| Account No. **5088094** <br><br> **Ricky C Johnson** <br> **411 Boyds Circle** <br> **Seymour, TN 37865** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5127400** <br><br> **Ricky Casey** <br> **6119 W. 35th Street SO Ct.** <br> **Wichita, KS 67215** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5107873** <br><br> **Ricky D Blackmon** <br> **3215 S 87th Avenue** <br> **Tolleson, AZ 85353** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5090445** <br><br> **Ricky D Seifer** <br> **5404 Aquarius Street SW** <br> **Canton, OH 44706** | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **3843** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **460.00**

In re  **Great Lakes Warranty Corporation**
                                                                              ,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5128294 | | | | Warranty | | | | |
| Ricky David Young 310 Collins St Niota, TN 37826 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132445 | | | | Warranty | | | | |
| Ricky Fetty 110 Stan Avenue New Stanton, PA 15672 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129726 | | | | Warranty | | | | |
| Ricky Gillentine 679 Blair Rd Smyrna, TN 37167 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132505 | | | | Warranty | | | | |
| Ricky Godfrey 2475 Twp Rd 55 Bellefontaine, OH 43311 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087383 | | | | Warranty | | | | |
| Ricky Kailiponi 155 Jamie Circle Woodburn, TN 37190 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3844** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5068035** <br><br> **Ricky Kuhns** <br> **Box 84 Kitomer Road** <br> **Calumet, PA 15621** | | - | | **Warranty** | | | | **175.39** |
| Account No. **5108753** <br><br> **Ricky L Carrick** <br> **4095 Townline Road 12** <br> **Willard, OH 44890** | | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5045598** <br><br> **Ricky L Feterstein** <br> **2115 St Rt 29** <br> **Celina, Oh 45822** | | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5104860** <br><br> **Ricky L Hall** <br> **1860 Chickasaw Drive** <br> **Circleville, OH 43113** | | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5108638** <br><br> **Ricky L Price** <br> **41074 Baker Road** <br> **Pomeroy, OH 45769** | | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **3845** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **175.39**

In re   **Great Lakes Warranty Corporation**      ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5130748** | | | | Warranty | | | | |
| **Ricky Loucks** **18928 Dewey Road** **Centerville, PA 16404** | - | | | | X | X | | 0.00 |
| Account No. **5125381** | | | | Warranty | | | | |
| **Ricky Musselman** **R11 Box 871 B** **Claysburg, PA 16625** | - | | | | X | X | | 0.00 |
| Account No. **5125444** | | | | Warranty | | | | |
| **Ricky Pierce** **29 Franklin Street Apt 2** **Bridgeton, NJ 08302** | - | | | | X | X | | 0.00 |
| Account No. **5062318** | | | | Warranty | | | | |
| **Ricky Seifer Sr.** **5404 Aquarius St SW** **Canton, OH 44706** | - | | | | X | X | | 0.00 |
| Account No. **5132146** | | | | Warranty | | | | |
| **Ricky Shirk** **516 Griffith Avenue** **Mineral Point, PA 15942** | - | | | | X | X | | 0.00 |

Sheet no.**3846** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re   **Great Lakes Warranty Corporation**                                ,         Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5054515** | | | Warranty | | | | |
| **Ricky Trusley** **287 Rogers Rd.** **Dayton, TN 37321** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5112853** | | | Warranty | | | | |
| **Ricky V Shook** **35828 State Route 26** **Graysville, OH 45734** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5109722** | | | Warranty | | | | |
| **Ricky Ward** **625 Terrapin Lane** **Salisbury, MD 21804** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5128645** | | | Warranty | | | | |
| **Rico Preston** **2393 Dover Road** **Columbus, OH 43209** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5076399** | | | Warranty | | | | |
| **Rigoberto Rico** **6731 West Mariposa St** **Phoenix, AZ 85033** | - | | | | | | |
| | | | | | | | 626.87 |

Sheet no. **3847** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

626.87

In re    **Great Lakes Warranty Corporation**                                    Case No. _____

                                                                    ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5066339** | | | Warranty | | | | |
| **Rikki Sanchez** **259 North Antlers Pl** **Bear, DE 19701** | - | | | X | X | | 0.00 |
| Account No. **5084292** | | | Warranty | | | | |
| **Rikkia Mills** **26 California Road** **Mount Vernon, NJ 10552** | - | | | X | X | | 0.00 |
| Account No. **5074152** | | | Warranty | | | | |
| **Riley Chavis** **3301 Sheldon Street** **Sacramento, CA 95838** | - | | | | | | 140.00 |
| Account No. **5099870** | | | Warranty | | | | |
| **Riley S Marshall** **1521 Wrangler Street** **Twin Falls, ID 83301** | - | | | | | | 835.71 |
| Account No. **5075019** | | | Warranty | | | | |
| **Rinc Burgmon** **5622 Catskill Court** **Wintersprings, FL 32708** | - | | | X | X | | 0.00 |

Sheet no. **3848** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    975.71

In re   **Great Lakes Warranty Corporation**                    ,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109345** <br><br> **Risee E Bailey** <br> **712 Junilla Street** <br> **Pittsburgh, PA 15219** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5098920** <br><br> **Rishena Godfrey** <br> **3283 Rocker Drive  Apt 5** <br> **Cincinatti, OH 45239** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5072641** <br><br> **Rita  Havens** <br> **768 Camino La Paz** <br> **Henderson, NV 89012** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5088817** <br><br> **Rita A Alfman** <br> **19400 State Route 329** <br> **Glouster, OH 45732** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5092305** <br><br> **Rita Hogan** <br> **1729 State Route 29W** <br> **Celina, OH 45822** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **3849** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      0.00

In re  **Great Lakes Warranty Corporation**                                      ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5105219** | | | | Warranty | | | | |
| **Rita Lach** **2821 Phillips Ave** **Glenshaw, PA 15116** | - | | | | X | X | | 0.00 |
| Account No. **5128144** | | | | Warranty | | | | |
| **Rita M Beattes** **5355 Gillespie** **Philadelphia, PA 19124** | - | | | | X | X | | 0.00 |
| Account No. **5107629** | | | | Warranty | | | | |
| **Rita M Kline** **RR4  Box 501** **Altoona, PA 16601** | - | | | | X | X | | 0.00 |
| Account No. **5089120** | | | | Warranty | | | | |
| **Rita M Perkins** **1136 Grant Street** **Bulger, PA 15019** | - | | | | X | X | | 0.00 |
| Account No. **5062048** | | | | Warranty | | | | |
| **Rita M. Tancak** **5534 Gibbs Road** **Andover, OH 44004** | - | | | | X | X | | 0.00 |

Sheet no. **3850**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5071319** | | | | Warranty | | | | |
| **Rita Mack** **1719 Harold Dr** **Dayton, OH 45406** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113434** | | | | Warranty | | | | |
| **Rita McFarlin** **10049 Roanoke Drive** **Murfreesboro, TN 37129** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123260** | | | | Warranty | | | | |
| **Rita Murphy** **135 North Monroe** **Cherry Hill, NJ 08002** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5062826** | | | | Warranty | | | | |
| **Rita Reams** **945 Double Branch Rd** **Cowpens, SC 29330** | - | | | | | | | |
| | | | | | | | | 1,019.54 |
| Account No. **5110489** | | | | Warranty | | | | |
| **Riverside Builders** **900 Broadway  Suite 888** **New York, NY 10003** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3851** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,019.54**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   **Great Lakes Warranty Corporation**       ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5106281** <br><br> **Rivka Z Memran** <br> **5337 E Danbury Road** <br> **Scottsdale, AZ 85254** | - | | **Warranty** | | | | 523.00 |
| Account No. **5111914** <br><br> **Rizwan Ahmed** <br> **209 Red Mill Dr** <br> **Inkster, MI 48141** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5122163** <br><br> **Roasanne Sandora** <br> **PO Box 128   4548 W Main St** <br> **Hillsville, PA 16132** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5063347** <br><br> **Rob Beasley** <br> **4324 Beekman Drive** <br> **Nashville, TN 37215** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5091308** <br><br> **Rob Tornai** <br> **4579 Laclede Avenue  Apt 212** <br> **St. Louis, MO 63108** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **3852** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal <br> (Total of this page)        **523.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5098196** | | | Warranty | | | | |
| **Rob Windham** **30 W San Juan Avenue** **Phoenix, AZ 85013** | - | | | X | X | | 0.00 |
| Account No. **5081232** | | | Warranty | | | | |
| **Roban Thompson** **3419 Hampton Avenue** **Nashville, TN 37215** | - | | | X | X | | 0.00 |
| Account No. **5132124** | | | Warranty | | | | |
| **Robay Stroble** **252 High Street** **Spartansburg, SC 29306** | - | | | X | X | | 0.00 |
| Account No. **5103734** | | | Warranty | | | | |
| **Robbie Cheuvront** **429 Plantation Boulevard** **Lebanon, TN 37087** | - | | | X | X | | 0.00 |
| Account No. **5110934** | | | Warranty | | | | |
| **Robbie K Pigg** **2995 Barnstable Court** **Murfreesboro, TN 37127** | - | | | X | X | | 0.00 |

Sheet no. **3853** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5121541** | | | | **Warranty** | | | | |
| **Robbie Weatherly** **8864 Wells Rd** **Millington, TN 38053** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123535** | | | | **Warranty** | | | | |
| **Robbin  Hill** **6316 Sweetgum Lane** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5071244** | | | | **Warranty** | | | | |
| **Robbin A Woodson** **25 Van Velsor Place  Apt 5F** **Newark, NJ 07112** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104368** | | | | **Warranty** | | | | |
| **Robeert F Petrilia** **3566 Columbiania Road** **New Springfield, OH 44443** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123102** | | | | **Warranty** | | | | |
| **Robert  Azinovic** **7469 Essex Dr** **Mentor, OH 44060** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**3854**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5075868** | | | | **Warranty** | | | | |
| **Robert Bartley**<br>**1703 W 22nd St**<br>**Mission, TX 78572** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128952** | | | | **Warranty** | | | | |
| **Robert Beato Sr**<br>**364 Twining Ford Rd**<br>**Richboro, PA 18954** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119078** | | | | **Warranty** | | | | |
| **Robert Berdnik**<br>**432 Montgomery Ave**<br>**Bridgeville, PA 15017** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5069105** | | | | **Warranty** | | | | |
| **Robert Bordner III**<br>**8108 Cambridge Dr**<br>**Frederick, MD 21704** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104358** | | | | **Warranty** | | | | |
| **Robert Coy II**<br>**5250 S Hardy Drive #2068**<br>**Tempe, AZ 85283** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3855** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal                              
(Total of this page)                        0.00

In re  **Great Lakes Warranty Corporation**                                    ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5118680 | | Warranty | | | | | | | |
| Robert  Daniels Jr 1440 W Walnut St  Apt 604 Allentown, PA 18102 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5076406 | | Warranty | | | | | | | |
| Robert  Davis 12227 W Hadley Avondale, AZ 85323 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5122606 | | Warranty | | | | | | | |
| Robert  DeZoete 32050 S 616 Rd Grove, OK 74344 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5092613 | | Warranty | | | | | | | |
| Robert  Dominguez 20808 N 27th  #2003 Phoenix, AZ 85027 | - | | | | | | | | |
| | | | | | | | | | 376.70 |
| Account No. 5077078 | | Warranty | | | | | | | |
| Robert  Dominick 98 Secretariat Court Tinton Falls, NJ 07724 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3856**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 376.70 |

In re    **Great Lakes Warranty Corporation**                                    ,          Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099933** | | | | Warranty | | | | |
| **Robert Ebert** **7623 W Comet Avenue** **Peoria, AZ 85345** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5071435** | | | | Warranty | | | | |
| **Robert Foster** **217 Disc Drive** **Boynton Beach, FL 33436** | - | | | | | | | |
| | | | | | | | | 157.53 |
| Account No. **5094698** | | | | Warranty | | | | |
| **Robert George** **902 State Route 356** **Leechburg, PA 15656** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107556** | | | | Warranty | | | | |
| **Robert Holbrook** **10049 State Route 638** **Belle Center, OH 43310** | - | | | | | | | |
| | | | | | | | | 3,320.00 |
| Account No. **5084625** | | | | Warranty | | | | |
| **Robert Hudson** **4026 Birkshire Heights Street** **Fort Mill, SC 29708** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3857** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,477.53

In re **Great Lakes Warranty Corporation** ,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5062235** | | | | **Warranty** | | | | |
| **Robert Hughes** **504 Colquiti #3** **Houston, TX 77006** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5099587** | | | | **Warranty** | | | | |
| **Robert Learned** **2432 Devon Valley Drive** **Nashville, TN 37221** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5059250** | | | | **Warranty** | | | | |
| **Robert Maysey** **3001 N 83rd Street** **Scottsdale, AZ 85251** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110341** | | | | **Warranty** | | | | |
| **Robert Minkler** **5010 N Stetson Drive** **Prescott Valley, AZ 86314** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109253** | | | | **Warranty** | | | | |
| **Robert Montague** **2503 E. Somerset St.** **Philadelphia, PA 19134** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3858** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation**                               Case No. _____
                                                      ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131005** | | | | **Warranty** | | | | |
| **Robert Oberholtzor** **18 Franklin Drive** **Plainsboro, NJ 08536** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091957** | | | | **Warranty** | | | | |
| **Robert Oliver** **109 Milton Rd** **Warwick, RI 02888** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5096947** | | | | **Warranty** | | | | |
| **Robert Paolucci** **307 Anthon Dr** **Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105678** | | | | **Warranty** | | | | |
| **Robert Rhymer** **4505 Harding Pike No 2E** **Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090650** | | | | **Warranty** | | | | |
| **Robert Rochford** **114 Cornelius Drive** **Middletown, RI 02842** | - | | | | | | | |
| | | | | | | | | **474.55** |

Sheet no. **3859** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal | **474.55** |
|---|---|---|
| | (Total of this page) | |

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5079022 | | | | Warranty | | | | |
| Robert Rudnik 714 Connellsville Ave Connellsville, PA 15425 | - | | | | | | | 311.00 |
| Account No. 5114602 | | | | Warranty | | | | |
| Robert Shepherd 3025 Highway 11W Blountville, TN 37617 | - | | | | X | X | | 0.00 |
| Account No. 5105919 | | | | Warranty | | | | |
| Robert Sims 199 Penn Manor Road Irwin, PA 15642 | - | | | | X | X | | 0.00 |
| Account No. 5124697 | | | | Warranty | | | | |
| Robert Smith 4348 M Street Philadelphia, PA 19124 | - | | | | X | X | | 0.00 |
| Account No. 5074029 | | | | Warranty | | | | |
| Robert Smith PO Box 14 Morann, PA 16663 | - | | | | X | X | | 0.00 |

Sheet no. **3860** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                                                              311.00
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5128374 | | | | Warranty | | | | |
| Robert Stewart 5814 Tipperary Las Vegas, NV 89130 | - | | | | X | X | | 0.00 |
| Account No. 5113300 | | | | Warranty | | | | |
| Robert Szuch 118 Foxglove Drive Baden, PA 15005 | - | | | | X | X | | 0.00 |
| Account No. 5120345 | | | | Warranty | | | | |
| Robert Todd 112 Dyrgas Gate Canmore, AB T1W3G6 CANADA | - | | | | X | X | | 0.00 |
| Account No. 5081436 | | | | Warranty | | | | |
| Robert Torres 5680 Hearthstone Trail New Market, MD 21774 | - | | | | X | X | | 0.00 |
| Account No. 5114932 | | | | Warranty | | | | |
| Robert Unger 320 Fourth Street Enola, PA 17025 | - | | | | X | X | | 0.00 |

Sheet no. **3861** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                              ,    Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5108337** | | Warranty | | | | | | | |
| **Robert Wagner** **1128 Third Avenue S** **Nashville, TN 37210** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5097155** | | Warranty | | | | | | | |
| **Robert Weider** **205 Dombey Drive** **Pittsburgh, PA 15237** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5128492** | | Warranty | | | | | | | |
| **Robert Ziegler Jr** **509 Selfridge St** **Bethlehem, PA 18015** | - | | | | | | | | |
| | | | | | | | | | 580.28 |
| Account No. **5040637** | | Warranty | | | | | | | |
| **Robert & Karen Halcombe** **1488 Thies Drive** **Pasadena, MD 21122** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5120078** | | Warranty | | | | | | | |
| **Robert A Giacobbi** **2136 Keystone Ave** **Greensburg, PA 15601** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3862** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **580.28**

In re __Great Lakes Warranty Corporation_____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5111122** | | | | **Warranty** | | | | |
| **Robert A Burns** **3226 Main Street** **Aliquippa, PA 15001** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100416** | | | | **Warranty** | | | | |
| **Robert A Conway** **429 Seventh Avenue** **Altoona, PA 16602** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086072** | | | | **Warranty** | | | | |
| **Robert A Cowden** **35 Deerfield Road** **Washington, PA 15301** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5074087** | | | | **Warranty** | | | | |
| **Robert A Gerda** **3959 Pittsburgh Road** **Perryopolis, PA 15473** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114512** | | | | **Warranty** | | | | |
| **Robert A Gordon** **5008 Hill Place Drive** **Nashville, TN 37205** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__**3863**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093105** | | | | **Warranty** | | | | |
| **Robert A James** **116 W Poplar Street** **W Nanticoke, PA 18634** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119226** | | | | **Warranty** | | | | |
| **Robert A Jeke** **9316 Aldenford Dr** **Pittsburgh, PA 15237** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100264** | | | | **Warranty** | | | | |
| **Robert A Meadows** **1757 Cobblestone Drive** **Cookeville, TN 38506** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079777** | | | | **Warranty** | | | | |
| **Robert A Meeks** **17199 Bucks Lake Road** **Guysville, OH 45735** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098953** | | | | **Warranty** | | | | |
| **Robert A Monteparte II** **99 Penn High Park Road** **Jeannette, PA 15644** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __3864__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129773 | | Warranty | | | | | | |
| Robert A Payne 128 Lincoln Hill  PO Box 48 Pomeroy, OH 45769 | - | | | | X | X | | 0.00 |
| Account No. 5105327 | | Warranty | | | | | | |
| Robert A Portland 32 Rust Hill Road Levittown, PA 19056 | - | | | | X | X | | 0.00 |
| Account No. 5120360 | | Warranty | | | | | | |
| Robert A Streets 2739 Lennox New Lyme Jefferson, OH 44047 | - | | | | X | X | | 0.00 |
| Account No. 5122731 | | Warranty | | | | | | |
| Robert A Trott 395 Poplar Dr Pulaski, PA 16143 | - | | | | X | X | | 0.00 |
| Account No. 5070870 | | Warranty | | | | | | |
| Robert Adams 21 N Liberty St Masontown, PA 15461 | - | | | | X | X | | 0.00 |

Sheet no. __3865__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __Great Lakes Warranty Corporation__ ,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5104977 | | | | Warranty | | | | |
| Robert Alan Mond 1420 East 55th Street Savannah, GA 31404 | - | | | | X | X | | 0.00 |
| Account No. 5090585 | | | | Warranty | | | | |
| Robert Allan Baxter 714 Highway 17  #C38 Little River, SC 29566 | - | | | | X | X | | 0.00 |
| Account No. 5132551 | | | | Warranty | | | | |
| Robert Allen Findley 1024 Locust Street Nanty Glo, PA 15943 | - | | | | X | X | | 0.00 |
| Account No. 5110045 | | | | Warranty | | | | |
| Robert Amore 321 Duff Road Pittsburgh, PA 15235 | - | | | | X | X | | 0.00 |
| Account No. 5053663 | | | | Warranty | | | | |
| Robert Anderson 2017 Castleman Dr Nashville, TN 37215 | - | | | | X | X | | 0.00 |

Sheet no. __3866__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          0.00

In re __Great Lakes Warranty Corporation__ , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5096400** | | | | **Warranty** | | | | |
| **Robert Anthony Lawson 284 Lawrence Road Lexington, TN 38351** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5071070** | | | | **Warranty** | | | | |
| **Robert Appelbaum 3746 Carisbrooke Dr Birmingham, AL 35226** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125688** | | | | **Warranty** | | | | |
| **Robert Arbogast 24 High Road Ashland, PA 17921** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124084** | | | | **Warranty** | | | | |
| **Robert Armstrong 1185 Indian Mountain Lakes Albrightsville, PA 18210** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130046** | | | | **Warranty** | | | | |
| **Robert Armstrong Jr 1622 Cacao Lane West Salem, OH 44287** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3867** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __Great Lakes Warranty Corporation__ , Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5062207** | | | | **Warranty** | | | | |
| **Robert Austin**<br>**11443 North 56th Avenue**<br>**Glendale, AZ 85304** | | - | | | | | | 620.15 |
| Account No. **5094697** | | | | **Warranty** | | | | |
| **Robert B  Thomas**<br>**6945 McPherson Blvd**<br>**Pittsburgh, PA 15208** | | - | | | X | X | | 0.00 |
| Account No. **5105339** | | | | **Warranty** | | | | |
| **Robert B Cooper**<br>**4 Powerhouse Road  #A**<br>**Coal Center, PA 15423** | | - | | | X | X | | 0.00 |
| Account No. **5114780** | | | | **Warranty** | | | | |
| **Robert B Johnston**<br>**8596 Harlequin Circle**<br>**Massillon, OH 44646** | | - | | | X | X | | 0.00 |
| Account No. **5092189** | | | | **Warranty** | | | | |
| **Robert B Lamb**<br>**3015 Romain Trail**<br>**Spring Hill, TN 37174** | | - | | | X | X | | 0.00 |

Sheet no.__3868__ of __4906__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      620.15

In re  **Great Lakes Warranty Corporation**                                    , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5109411** | | **Warranty** | | | | | | | |
| **Robert B McMonigal** **1533 Rockland Avenue** **Pittsburgh, PA 15216** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5116076** | | **Warranty** | | | | | | | |
| **Robert B Peterson** **112 Essex Knoll Drive** **Moon Township, PA 15108** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5091292** | | **Warranty** | | | | | | | |
| **Robert B Rhymer** **935 Bruce Circle SE** **Atlanta, GA 30316** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5120652** | | **Warranty** | | | | | | | |
| **Robert B Snyder** **2042 Fransworth Dr** **Nashville, TN 37205** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5032878** | | **Warranty** | | | | | | | |
| **Robert B Stone** **1624 Birchwood Circle** **Franklin, TN 37064** | - | | | | | | | | |
| | | | | | | | | | 1,770.00 |

Sheet no.**3869** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,770.00

In re  **Great Lakes Warranty Corporation**                                     ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108772** | | | | **Warranty** | | | | |
| **Robert B Taft Jr** **828 Hooper Creek Road** **Tryon, NC 28782** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5062071** | | | | **Warranty** | | | | |
| **Robert B. Matvey** **1605 Mohawk School Road** **Edinburg, PA 16116** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107441** | | | | **Warranty** | | | | |
| **Robert Bagnato** **17418 N 77th St** **Scottsdale, AZ 85255** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096585** | | | | **Warranty** | | | | |
| **Robert Baker** **711 Sugar Pine Ct** **Greer, SC 29651** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115760** | | | | **Warranty** | | | | |
| **Robert Baker** **11110 Lake Road** **Cleveland, OH 44102** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3870** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __**Great Lakes Warranty Corporation**_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127026** | | | Warranty | | | | |
| **Robert Baldwin** **PO Box 32296** **Laughlin, NV 89028** | - | | | X | X | | 0.00 |
| Account No. **5125664** | | | Warranty | | | | |
| **Robert Baltozer** **570 Wellington Road** **Harrisburg, PA 17109** | - | | | X | X | | 0.00 |
| Account No. **5103748** | | | Warranty | | | | |
| **Robert Barkanic** **215 Mine Road** **Hershey, PA 17033** | - | | | | | | 500.00 |
| Account No. **5103748** | | | Warranty | | | | |
| **Robert Barkanic** **215 Mine Road** **Hershey, PA 17033** | - | | | X | X | | 0.00 |
| Account No. **5102601** | | | Warranty | | | | |
| **Robert Barry** **9222 Foxboro Drive** **Brentwood, TN 37027** | - | | | X | X | | 0.00 |

Sheet no. **3871** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **500.00**

In re **Great Lakes Warranty Corporation**                           Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5129643 | | | | Warranty | | | | |
| Robert Basile 173 William Penn Way New Brighton, PA 15066 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5081683 | | | | Warranty | | | | |
| Robert Beamer 1788 Bebb Park Lane Okeana, OH 45053 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114710 | | | | Warranty | | | | |
| Robert Bean 2751 Hornsmill Road Lancaster, OH 43130 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113587 | | | | Warranty | | | | |
| Robert Beato 364 Twiningford Road Richboro, PA 18954 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5062760 | | | | Warranty | | | | |
| Robert Belling 3745 Kinross Drive Birmingham, AL 35242 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3872** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5110677 | | | | Warranty | | | | |
| Robert Berard 121 Cardinal Street New Bremen, OH 45869 | - | | | | X | X | | 0.00 |
| Account No. 5099556 | | | | Warranty | | | | |
| Robert Berardi 141 Old Coach Road Athens, OH 45701 | - | | | | X | X | | 0.00 |
| Account No. 5076888 | | | | Warranty | | | | |
| Robert Bergenstock 922 Hamilton Place Reading, PA 19610 | - | | | | X | X | | 0.00 |
| Account No. 5127906 | | | | Warranty | | | | |
| Robert Bezold 32 Morning Glory Road Levittown, PA 19054 | - | | | | X | X | | 0.00 |
| Account No. 5114918 | | | | Warranty | | | | |
| Robert Biondo 847 Admore Drive Kent, OH 44240 | - | | | | X | X | | 0.00 |

Sheet no. **3873** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5066985** | | | | Warranty | | | | |
| **Robert Bird** **68 Lehavre Court** **Hamilton, NJ 08619** | - | | | | X | X | | 0.00 |
| Account No. **5053661** | | | | Warranty | | | | |
| **Robert Birkhead III** **6416 Edinburgh Dr** **Nashville, TN 37221** | - | | | | | | | 2,141.83 |
| Account No. **5109433** | | | | Warranty | | | | |
| **Robert Boehm** **3940 Coleman Street** **Pittsburgh, PA 15207** | - | | | | X | X | | 0.00 |
| Account No. **5129594** | | | | Warranty | | | | |
| **Robert Bonass** **5933 Newton Avenue** **Philadelphia, PA 19120** | - | | | | | | | 2,194.00 |
| Account No. **5132792** | | | | Warranty | | | | |
| **Robert Bonds** **1024 Tillman Street** **Memphis, TN 38112** | - | | | | X | X | | 0.00 |

Sheet no. **3874** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **4,335.83**

In re **Great Lakes Warranty Corporation** ,
_____
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5070331 | | | | Warranty | | | | |
| Robert Bonner 12255 S Main St Somerville, TN 38068 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117756 | | | | Warranty | | | | |
| Robert Bracken 920 Tyne Boulevard Nashville, TN 37220 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5095993 | | | | Warranty | | | | |
| Robert Brandt 7020 S County Line Road Burr Ridge, IL 60527 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5062830 | | | | Warranty | | | | |
| Robert Brannon 2412 Read St Columbia, SC 29204 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102733 | | | | Warranty | | | | |
| Robert Bratton 38 Longview Heights Athens, OH 45701 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3875** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                    , Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5081918** | | | | Warranty | | | | |
| **Robert Browell** **912 Tim Berland Avenue** **Pittsburgh, PA 15226** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127506 | | | | Warranty | | | | |
| **Robert Buckley** **1331 Castle Drive** **Philadelphia, PA 19148** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124553 | | | | Warranty | | | | |
| **Robert Burgess** **19448 Haskell Place** **Landolakes, FL 34638** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5089017 | | | | Warranty | | | | |
| **Robert Burns** **8549 Bay Orchard Lane** **Cordova, TN 38018** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5069307 | | | | Warranty | | | | |
| **Robert Burton** **28111 Haria** **Mission Viejo, CA 92692** | - | | | | | | | |
| | | | | | | | | 219.70 |

Sheet no.**3876** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

219.70

In re    **Great Lakes Warranty Corporation**                     ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097357** <br><br> **Robert Burton III** <br> **6316 Bresslyn Road** <br> **Nashville, TN 37205** | - | | Warranty | | | | 559.14 |
| Account No. **5131567** <br><br> **Robert Butler** <br> **9145 Echelow Point Drive # 2034** <br> **Las Vegas, NV 89149** | - | | Warranty | X | X | | 0.00 |
| Account No. **5106238** <br><br> **Robert C Butler** <br> **2357 Marion Avenue Road** <br> **Mansfield, OH 44903** | - | | Warranty | X | X | | 0.00 |
| Account No. **5120727** <br><br> **Robert C Davidson** <br> **514 Lydia St  Apt 4** <br> **Carnegie, PA 15106** | - | | Warranty | X | X | | 0.00 |
| Account No. **5081570** <br><br> **Robert C Ferguson** <br> **100 Brookshire Drive** <br> **Mars, PA 16046** | - | | Warranty | X | X | | 0.00 |

Sheet no. **3877** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal          559.14 <br> (Total of this page)

In re **Great Lakes Warranty Corporation**                                      ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109609** | | | | Warranty | | | | |
| **Robert C Fultz** **7706 Ferguson Valley Road** **McVeytown, PA 17051** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121864** | | | | Warranty | | | | |
| **Robert C Knepp** **615 Decatur St** **Philipsburg, PA 16866** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112280** | | | | Warranty | | | | |
| **Robert C Kosecki** **4440 Seventh Street** **New Kensington, PA 15068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086425** | | | | Warranty | | | | |
| **Robert C Reber** **275 Peacock Street** **Pottsville, PA 17901** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101138** | | | | Warranty | | | | |
| **Robert C Smith** **1395 Hunter Lake Drive East** **Cuyahoga Falls, OH 44221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3878** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

_____ ,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103501** | | | | **Warranty** | | | | |
| **Robert C Torrens** **332 Bethel Road** **Pine Grove, PA 17963** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124217** | | | | **Warranty** | | | | |
| **Robert C Wilson** **36 Rosewood Dr** **Lancaster, PA 17603** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5059779** | | | | **Warranty** | | | | |
| **Robert Calcote** **221 1st St** **Moncks Corner, SC 29461** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5058076** | | | | **Warranty** | | | | |
| **Robert Cappone** **PO Box 302** **Big Run, PA 15715** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126165** | | | | **Warranty** | | | | |
| **Robert Capwell** **19 West Fulton Street** **Ephrata, PA 17522** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3879** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re   **Great Lakes Warranty Corporation**           ,     Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097314** | | | | Warranty | | | | |
| **Robert Carl Amoroso** **144 Deer Valley Drive** **Sewickley, PA 15143** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5076025** | | | | Warranty | | | | |
| **Robert Carson Becker** **2418 Wheaton Drive** **Evansville, IN 47725** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123279** | | | | Warranty | | | | |
| **Robert Cesare** **12512 Sevrat Lane** **North Potomac, MD 20878** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100679** | | | | Warranty | | | | |
| **Robert Clarance Wertz** **35 Blue Jay Drive** **Stevens, PA 17578** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5063321** | | | | Warranty | | | | |
| **Robert Clausing** **2201 Culver Ave** **Kettering, OJ 45420** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3880** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5089980** | | | | | Warranty | | | | |
| **Robert Connelly** **4308 Vista Street** **Philadelphia, PA 19136** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5081861** | | | | | Warranty | | | | |
| **Robert Conti** **6050 E Indian Bend Road** **Paradise Valley, AZ 85253** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5096066** | | | | | Warranty | | | | |
| **Robert Cool** **25 Cheeta Dr** **Hanover, PA 17331** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5103355** | | | | | Warranty | | | | |
| **Robert Corson** **1221 Faunce Street** **Philadelphia, PA 19111** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5082717** | | | | | Warranty | | | | |
| **Robert Cote** **5096 Shechinah Drive** **Edinboro, PA 16412** | - | | | | | | | | |
| | | | | | | | | | 598.11 |

Sheet no.**3881**  of **4906**  sheets attached to Schedule of                     Subtotal                598.11
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)

In re  **Great Lakes Warranty Corporation**                 ,     Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131503** | | | Warranty | | | | |
| **Robert Cournoyer 230 North Main Street #1 Chambersburg, PA 17201** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121276** | | | Warranty | | | | |
| **Robert Cowart 35 2nd St NE Navarre, OH 44662** | - | | | | | | |
| | | | | | | | 89.83 |
| Account No. **5094548** | | | Warranty | | | | |
| **Robert D  Andrews III 7272 Kilmer Street SE Grand Rapids, MI 49512** | - | | | | | | |
| | | | | | | | 1,677.06 |
| Account No. **5085801** | | | Warranty | | | | |
| **Robert D Chambers 1358 Tenagra Way Columbus, OH 43228** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114841** | | | Warranty | | | | |
| **Robert D Cunningham 138 Emery Road Fredrickton, PA 15333** | - | | | | | | |
| | | | | | | | 376.29 |

Sheet no.**3882** of **4906** sheets attached to Schedule of                      Subtotal
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

                                                   **2,143.18**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5113267 | | | | Warranty | | | | |
| Robert D Douglas 154 Jacob Drive Pittsburgh, PA 15235 | - | | | | X | X | | 0.00 |
| Account No. 5117666 | | | | Warranty | | | | |
| Robert D Figueiredo 248 Berner Avenue Hazleton, PA 18201 | - | | | | X | X | | 0.00 |
| Account No. 5086025 | | | | Warranty | | | | |
| Robert D Gilbert 414 Woleber Road Myerstown, PA 17067 | - | | | | X | X | | 0.00 |
| Account No. 5090608 | | | | Warranty | | | | |
| Robert D Hoffer 1122 Manor Avenue Latrobe, PA 15650 | - | | | | X | X | | 0.00 |
| Account No. 5082378 | | | | Warranty | | | | |
| Robert D McConnell 14945 Echo Drive Golden, CO 80401 | - | | | | X | X | | 0.00 |

Sheet no. **3883** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5123124 | | | | Warranty | | | | |
| Robert D Reinheimer 305 Boyce Park Dr Pittsburgh, PA 15239 | | - | | | X | X | | 0.00 |
| Account No. 5112559 | | | | Warranty | | | | |
| Robert D Sherman 685 Hamlet Circle Goose Creek, SC 29445 | | - | | | X | X | | 0.00 |
| Account No. 5126823 | | | | Warranty | | | | |
| Robert D Stringham 9785 West Pike Zanesville, OH 43701 | | - | | | X | X | | 0.00 |
| Account No. 5093349 | | | | Warranty | | | | |
| Robert D Waggoner 1378 Chrismill Lane Mount Pleasant, SC 29466 | | - | | | X | X | | 0.00 |
| Account No. 5095458 | | | | Warranty | | | | |
| Robert D Welch 6352 Olivesburg Fitchville Road Shiloh, OH 44878 | | - | | | X | X | | 0.00 |

Sheet no. _3884_ of _4906_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**          ,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121801** <br><br>**Robert D Will** <br>**4614 Webb Lane** <br>**Murfreesboro, TN 37129** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5130310** <br><br>**Robert Dale King** <br>**166 Ruffsdale Rd** <br>**Ruffsdale, PA 15679** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5074526** <br><br>**Robert Davey** <br>**51 Noble Street** <br>**Sellersville, PA 18960** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5106611** <br><br>**Robert Derito** <br>**721 Locust Street** <br>**Greensburg, PA 15601** | - | | **Warranty** | | | | 286.28 |
| Account No. **5083605** <br><br>**Robert Desmond Tallon** <br>**400 N Coronado  Apt 2141** <br>**Chandler, AZ 85224** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **3885** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal<br>           (Total of this page)     **286.28**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131906** | | | Warranty | | | | |
| **Robert Detty** **11044 Chase Run Road** **Albany, OH 45710** | - | | | X | X | | 0.00 |
| Account No. **5131297** | | | Warranty | | | | |
| **Robert Dicataldo** **6922 Broadtale Court** **New Tripoli, PA 18066** | - | | | | | | 492.99 |
| Account No. **5111541** | | | Warranty | | | | |
| **Robert DiCristofaro** **14011 Mike Rd** **N Huntingdon, PA 15642** | - | | | X | X | | 0.00 |
| Account No. **5117682** | | | Warranty | | | | |
| **Robert Donmoyer** **423 W Main Street** **Tremont, PA 17901** | - | | | X | X | | 0.00 |
| Account No. **5103114** | | | Warranty | | | | |
| **Robert Drake** **1717 E Crocus Drive** **Phoenix, AZ 85022** | - | | | X | X | | 0.00 |

Sheet no. **3886** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

492.99

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5101846 | | | | Warranty | | | | |
| Robert Dwyer 7617 W Corrine Drive Peoria, AZ 85381 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092003 | | | | Warranty | | | | |
| Robert E Bowls 4596 Scott Crossing Drive  #1 Memphis, TN 38128 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5098686 | | | | Warranty | | | | |
| Robert E Davis 3331 Heatherwood Trace Clarksville, TN 37040 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111751 | | | | Warranty | | | | |
| Robert E Hall 210 Main Street  PO Box 303 Markleysburg, PA 15459 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090946 | | | | Warranty | | | | |
| Robert E Heister 312 Girard Avenue Reading, PA 19605 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3887** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re   **Great Lakes Warranty Corporation**                                     ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5094995** | | | | **Warranty** | | | | |
| **Robert E Hermann** **5812 Footemill Road** **Erie, PA 16509** | - | | | | | | | **159.72** |
| Account No. **5120729** | | | | **Warranty** | | | | |
| **Robert E Landress** **108 Ohio Ave** **Etowah, TN 37331** | - | | | | X | X | | **0.00** |
| Account No. **5092825** | | | | **Warranty** | | | | |
| **Robert E MacGregor** **1364 Marsdale Avenue** **Columbus, OH 43223** | - | | | | X | X | | **0.00** |
| Account No. **5107455** | | | | **Warranty** | | | | |
| **Robert E Marshall** **2017 Ensign Dr** **Aliquippa, PA 15001** | - | | | | X | X | | **0.00** |
| Account No. **5087448** | | | | **Warranty** | | | | |
| **Robert E Myers** **6615 East Sparta Avenue** **East Sparta, OH 44626** | - | | | | X | X | | **0.00** |

Sheet no.**3888** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **159.72**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5086819** | | | | Warranty | | | | |
| **Robert E Newsom** **5820 N Murray Drive** **Charleston, SC 29401** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111558** | | | | Warranty | | | | |
| **Robert E Rostorfer** **702 South Park** **Wakpakoneta, OH 45895** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097447** | | | | Warranty | | | | |
| **Robert E Schwaderer** **5801 State Route 61** **Shelby, OH 44875** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086710** | | | | Warranty | | | | |
| **Robert E Stevens** **3035 Quail Ridge Circle** **Durant, OK 74701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107796** | | | | Warranty | | | | |
| **Robert E Summers** **388 E Main Street** **Mahaffey, PA 15757** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3889** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5083650** | | | | Warranty | | | | |
| **Robert Edwards** **816 Highland Road** **Canton, OH 44704** | - | | | | X | X | | 0.00 |
| Account No. **5109600** | | | | Warranty | | | | |
| **Robert Elliott** **184 Cline Ave** **Mansfield, OH 44907** | - | | | | X | X | | 0.00 |
| Account No. **5106380** | | | | Warranty | | | | |
| **Robert Elliott** **640 Harpeth Knoll Road** **Nashville, TN 37221** | - | | | | X | X | | 0.00 |
| Account No. **5091940** | | | | Warranty | | | | |
| **Robert Ellison** **161 Mack Street** **Gaston, SC 29053** | - | | | | X | X | | 0.00 |
| Account No. **5113091** | | | | Warranty | | | | |
| **Robert English** **111 Chestnut St** **Cherry Hill, NJ 08002** | - | | | | X | X | | 0.00 |

Sheet no. **3890** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 0.00

In re **Great Lakes Warranty Corporation**, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5092651** <br><br> **Robert Erickson** <br> **30621 N 46th Street** <br> **Cave Creek, AZ 85331** | - | | | **Warranty** | | | | 553.70 |
| Account No. **5094181** <br><br> **Robert F  Schur** <br> **450 Lower Whitescreek Rd** <br> **Confluence, PA 15424** | - | | | **Warranty** | | | | 37.88 |
| Account No. **5100864** <br><br> **Robert F Brown** <br> **3987 Possum Point Road** <br> **Walterboro, SC 29488** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5117885** <br><br> **Robert F Dougherty** <br> **9101 New Falls Rd** <br> **Levittown, PA 19054** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. **5098503** <br><br> **Robert F Greenwood** <br> **41134 N Cambria Drive** <br> **Queen Creek, AZ 85242** | - | | | **Warranty** | X | X | | 0.00 |

Sheet no. **3891** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 591.58

In re  **Great Lakes Warranty Corporation**                                   ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5078109** | | | | | Warranty | | | | |
| **Robert F Klick** **28 Arbor Drive** **Myerstown, PA 17067** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5098774** | | | | | Warranty | | | | |
| **Robert F Maney** **2844 Southway SW** **Massillon, OH 44646** | - | | | | | | | | |
| | | | | | | | | | **145.00** |
| Account No. **5090045** | | | | | Warranty | | | | |
| **Robert F Pollock** **1 Harrison Street** **Amesville, OH 45711** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5090811** | | | | | Warranty | | | | |
| **Robert F Swords** **38 S Hartman Street** **York, PA 17403** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5077137** | | | | | Warranty | | | | |
| **Robert Ferguson** **2851 Holman Drive** **Erie, PA 16509** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **3892** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**145.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5072966 | | | Warranty | | | | |
| Robert Fouch 1823 West 8th Street Erie, PA 16505 | - | | | X | X | | 0.00 |
| Account No. 5088673 | | | Warranty | | | | |
| Robert Fox 3838 East Avenue Rochester, NY 14618 | - | | | | | | 1,147.98 |
| Account No. 5054518 | | | Warranty | | | | |
| Robert Frankenberry 477 Mimosa Ln Crossville, Tn 38572 | - | | | X | X | | 0.00 |
| Account No. 5125992 | | | Warranty | | | | |
| Robert Fransko 10519 Martinique Isle Drive Tampa, FL 33647 | - | | | X | X | | 0.00 |
| Account No. 5068389 | | | Warranty | | | | |
| Robert Fraser 1540 Old Hickory Blvd. Brentwood, TN 37027 | - | | | X | X | | 0.00 |

Sheet no. **3893** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  1,147.98

In re  **Great Lakes Warranty Corporation**                                           ,        Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5073723** | | | | **Warranty** | | | | |
| **Robert Freedberg** **434 Dogwood Terrace** **Easton, PA 18040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103464** | | | | **Warranty** | | | | |
| **Robert Fuoco** **1050 Dennis Avenue** **Monessen, PA 15062** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099905** | | | | **Warranty** | | | | |
| **Robert G Johannes** **313 Seminole Court** **Goodlettsville, TN 37072** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098682** | | | | **Warranty** | | | | |
| **Robert G Kenney** **522 Thomas Jefferson Circle** **Madison, TN 37115** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113669** | | | | **Warranty** | | | | |
| **Robert G Kirk** **318 Everson Road** **Belpre, OH 45714** | - | | | | | | | |
| | | | | | | | | 448.50 |

Sheet no. **3894** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 448.50 |

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129539** | | | **Warranty** | | | | |
| **Robert G Watson** **614 Birch Ct** **Erie, PA 16503** | - | | | X | X | | 0.00 |
| Account No. **5099571** | | | **Warranty** | | | | |
| **Robert Gant** **3660 N Tellegrino Drive** **Tucson, AZ 85749** | - | | | X | X | | 0.00 |
| Account No. **5092385** | | | **Warranty** | | | | |
| **Robert Gearhart** **14509 Jerricho Rd** **Dalton, OH 44618** | - | | | X | X | | 0.00 |
| Account No. **5124753** | | | **Warranty** | | | | |
| **Robert Giddens** **10615 Winfield Loop** **Manassas, VA 20109** | - | | | | | | 1,411.05 |
| Account No. **5054802** | | | **Warranty** | | | | |
| **Robert Golomb** **46 Deer Run** **Forsyth, GA 31029** | - | | | X | X | | 0.00 |

Sheet no. **3895** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,411.05**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5096210** | | | | Warranty | | | | |
| **Robert Grauer 1110 Baron Road Waxhaw, NC 28173** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5053045** | | | | Warranty | | | | |
| **Robert Graziani 6415 Lake Arbor Dr Independence, KY 41051** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115605** | | | | Warranty | | | | |
| **Robert Greager 320 Maryland Avenue Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091890** | | | | Warranty | | | | |
| **Robert Greene Jr PO Box 4 Whigham, GA 39897** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129632** | | | | Warranty | | | | |
| **Robert Guzman 5187 Greene Lane Apt B Las Vegas, NV 89119** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3896** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5118072 | | | | Warranty | | | | |
| Robert H Amig RR 1 Box 453 Mifflintown, PA 17059 | - | | | | X | X | | 0.00 |
| Account No. 5131510 | | | | Warranty | | | | |
| Robert H Frantz 77 Kettle Rd Tamaqua, PA 18252 | - | | | | | | | 80.58 |
| Account No. 5092828 | | | | Warranty | | | | |
| Robert H Landsberger 46666 Allendale Avenue New Waterford, OH 44445 | - | | | | X | X | | 0.00 |
| Account No. 5084436 | | | | Warranty | | | | |
| Robert H Ponting 1656 Heimandale Road Lebanon, PA 17046 | - | | | | X | X | | 0.00 |
| Account No. 5077095 | | | | Warranty | | | | |
| Robert H Ring 8 Sunset Lane Yardley, PA 19067 | - | | | | X | X | | 0.00 |

Sheet no. **3897** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    80.58

In re __**Great Lakes Warranty Corporation**_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089624** | | | Warranty | | | | |
| **Robert H Williams** **636 National Dr** **Pittsburgh, PA 15235** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5128472 | | | Warranty | | | | |
| **Robert H Williamson** **6480 Shull Rd** **Huber Heights, OH 45424** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5126331 | | | Warranty | | | | |
| **Robert Hallatschek** **49 Dorshiemer Lane** **Honey Brok, PA 19344** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5128292 | | | Warranty | | | | |
| **Robert Hamilton III** **205 Plymouth Rd  Box 612** **Gwynedd Valley, PA 19437** | - | | | | | | |
| | | | | | | | 161.30 |
| Account No. 5125076 | | | Warranty | | | | |
| **Robert Hand** **20676 Honey Creek Rd** **Tonganoxie, KS 66086** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.__**3898**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

161.30

In re   **Great Lakes Warranty Corporation**                             ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108420** | | | | **Warranty** | | | | |
| **Robert Hargesheimer 1192 Reichenbach Road Collegeville, PA 19426** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114312** | | | | **Warranty** | | | | |
| **Robert Harriman 5999 Edmondson Pike Nashville, TN 37211** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5063003** | | | | **Warranty** | | | | |
| **Robert Harrison 422 Gleason Court Pooler, GA 31322** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129514** | | | | **Warranty** | | | | |
| **Robert Haynes 12995 Mont Road Fulton, PA 17332** | - | | | | | | | |
| | | | | | | | | **142.71** |
| Account No. **5071980** | | | | **Warranty** | | | | |
| **Robert Headman 27 Creek Lane Mullica Hill, NJ 08062** | - | | | | | | | |
| | | | | | | | | **736.37** |

Sheet no.**3899** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal         | **879.08**

(Total of this page)

In re **Great Lakes Warranty Corporation**                                                  , Case No. _____

_____
                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095335** | | | | Warranty | | | | |
| **Robert Hearston** **9698 Falls Ridge Court** **Cincinnati, OH 45231** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132345** | | | | Warranty | | | | |
| **Robert Helsley II** **498 Blackie Lane** **Altoona, PA 16601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5059723** | | | | Warranty | | | | |
| **Robert Heyward** **5629 Heyward Smalls Rd** **Hollywood, SC 29449** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127829** | | | | Warranty | | | | |
| **Robert Hinton** **RR 8 Box 70758** **Saylorsburg, PA 18353** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130340** | | | | Warranty | | | | |
| **Robert Hipps** **742 Wilkes Rd** **Columbia, SC 29203** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3900** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5107404** | | | | Warranty | | | | |
| **Robert Hnatuk** **2863 Marietta Way** **Gilbertsville, PA 19525** | - | | | | X | X | | 0.00 |
| Account No. **5127283** | | | | Warranty | | | | |
| **Robert Hoang Jr.** **4659 W. 150th Street** **Cleveland, OH 44135** | - | | | | X | X | | 0.00 |
| Account No. **5108926** | | | | Warranty | | | | |
| **Robert Hoffman** **1788 Nuevo Road** **Henderson, NV 89014** | - | | | | X | X | | 0.00 |
| Account No. **5051434** | | | | Warranty | | | | |
| **Robert Horsford** **753 Warburton Ave** **Yonkers, NY 10701** | - | | | | X | X | | 0.00 |
| Account No. **5132137** | | | | Warranty | | | | |
| **Robert Houck** **1559 Old Westminster Road** **Westminster, MD 21157** | - | | | | X | X | | 0.00 |

Sheet no. **3901** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Great Lakes Warranty Corporation**         Case No. _____

_____ ,

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5117043** | | | Warranty | | | | |
| **Robert Howes** **47930 Cadiz Harrisville Road** **Cadiz, OH 43907** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5094109** | | | Warranty | | | | |
| **Robert Hunter** **1824 Tubman Road SE** **Washington, DC 20020** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129020** | | | Warranty | | | | |
| **Robert Hupperich Sr** **253 Tyler Road** **Woodbine, NJ 08270** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131452** | | | Warranty | | | | |
| **Robert Huska III** **14 Cheapeake Est** **Thomasville, PA 17363** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131323** | | | Warranty | | | | |
| **Robert Hutchinson** **5204 Tamarus Street Apt A** **Las Vegas, NV 89119** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3902** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">Subtotal (Total of this page)     0.00</div>

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                              ,
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. **5091965** | | | | Warranty | | | | |
| **Robert I Jones** **1119 Bessica Street** **Pittsburgh, PA 15221** | | - | | | X | X | | 0.00 |
| Account No. **5070022** | | | | Warranty | | | | |
| **Robert Israel** **145 105th Ave SE Apt 23** **Bellevue, WA 98004** | | - | | | X | X | | 0.00 |
| Account No. **5100792** | | | | Warranty | | | | |
| **Robert Istone** **3354 Crawlington Drive** **Gibsonia, PA 15044** | | - | | | X | X | | 0.00 |
| Account No. **5121415** | | | | Warranty | | | | |
| **Robert J Ficca** **81 Green Manor Dr** **Butler, PA 16002** | | - | | | X | X | | 0.00 |
| Account No. **5088056** | | | | Warranty | | | | |
| **Robert J Fox Jr** **2086 Huber Drive** **Quakertown, PA 18951** | | - | | | X | X | | 0.00 |

Sheet no. **3903** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                           0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5123420** | | | **Warranty** | | | | | |
| **Robert J Hubert** **206 N Julian St** **Williamstown, PA 17098** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122285** | | | **Warranty** | | | | | |
| **Robert J Bowers** **379 Route 61 South** **Schuylkill HAven, PA 17972** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102209** | | | **Warranty** | | | | | |
| **Robert J Columbia** **631 Fairway View Drive** **Algonquin, IL 60102** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103692** | | | **Warranty** | | | | | |
| **Robert J Demyanovich** **225 West Phillips St** **Coaldale, PA 18218** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097279** | | | **Warranty** | | | | | |
| **Robert J Dumas** **8371 Twin Angel Cove** **Memphis, TN 38125** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3904** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5099701** | | | | | Warranty | | | | |
| **Robert J Gallaher 135 Overlook Lane Beaver Falls, PA 16117** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5075933** | | | | | Warranty | | | | |
| **Robert J Gentile 2004 Babcock Boulevard #2 Pittsburgh, PA 15209** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5094516** | | | | | Warranty | | | | |
| **Robert J Hooks Jr 1009 Leonard Street Camden, AR 71701** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5127998** | | | | | Warranty | | | | |
| **Robert J Hoose 939 Cimarron Dr Pittsburgh, PA 15235** | - | | | | | | | | |
| | | | | | | | | | 60.22 |
| Account No. **5118006** | | | | | Warranty | | | | |
| **Robert J Kapanyko 137 Gourley lane Monaca, PA 15061** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3905** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

60.22

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5115068 | | | | | Warranty | | | | |
| Robert J Kasinec 609 Fifth Street Pitcairn, PA 15140 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5119508 | | | | | Warranty | | | | |
| Robert J Long 40 Colonial Dr McKeesport, PA 15135 | - | | | | | | | | |
| | | | | | | | | | 312.07 |
| Account No. 5110447 | | | | | Warranty | | | | |
| Robert J Matlock 87 Wiggan Street New Philadelphia, PA 17959 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5121586 | | | | | Warranty | | | | |
| Robert J McManamy Jr RR 3 Box 279 Hollidaysburg, PA 16648 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5085412 | | | | | Warranty | | | | |
| Robert J Mulligan 3959 Coe Road Albany, OH 45710 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3906** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        312.07

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5119652** | | | Warranty | | | | |
| **Robert J Musgrove 1 Pocono Rd Tobyhanna, PA 18466** | - | | | X | X | | 0.00 |
| Account No. **5118804** | | | Warranty | | | | |
| **Robert J OHare 164 Locust St Muse, PA 15350** | - | | | X | X | | 0.00 |
| Account No. **5110078** | | | Warranty | | | | |
| **Robert J Rankl 1771 Cadbury Avenue Massillon, OH 44646** | - | | | | | | 240.50 |
| Account No. **5111170** | | | Warranty | | | | |
| **Robert J Rathmann 5662 Kuhl Road Erie, PA 16510** | - | | | | | | 1,616.50 |
| Account No. **5091972** | | | Warranty | | | | |
| **Robert J Redmond Jr 250 Concord Church Road Baden, PA 15005** | - | | | X | X | | 0.00 |

Sheet no. **3907** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,857.00

In re **Great Lakes Warranty Corporation**                                     Case No. _____

                                                          ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5111654 | | Warranty | | | | | | |
| Robert J Speed 2918 A Cornell Avenue New Castle, PA 16101 | - | | | | X | X | | 0.00 |
| Account No. 5121150 | | Warranty | | | | | | |
| Robert J Ward 329 Rosewood Ave Mt Sterling, OH 43143 | - | | | | X | X | | 0.00 |
| Account No. 5100693 | | Warranty | | | | | | |
| Robert J Waterman 906 Canterbury Drive Celina, OH 45822 | - | | | | X | X | | 0.00 |
| Account No. 5095820 | | Warranty | | | | | | |
| Robert J Wilson Jr 143 Orchard Street McKees Rocks, PA 15136 | - | | | | | | | 399.87 |
| Account No. 5068960 | | Warranty | | | | | | |
| Robert Jarvis 1236 South Connecticut Avenue Wellston, OH 45692 | - | | | | X | X | | 0.00 |

Sheet no. 3908 of 4906 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      399.87

In re   **Great Lakes Warranty Corporation**                                   ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131065** | | | Warranty | | | | |
| **Robert Jefferson** **117 Hawthorne Court** **Wyomissing, PA 19610** | - | | | X | X | | 0.00 |
| Account No. **5075094** | | | Warranty | | | | |
| **Robert Johnson** **243 Baltimore Street** **Hanover, PA 17331** | - | | | X | X | | 0.00 |
| Account No. **5129347** | | | Warranty | | | | |
| **Robert Johnson** **472 Connett Road** **Nelsonville, OH 45764** | - | | | X | X | | 0.00 |
| Account No. **5055341** | | | Warranty | | | | |
| **Robert Jones** **689 Cordova** **Lenoir City, TN 37771** | - | | | | | | 137.50 |
| Account No. **5064154** | | | Warranty | | | | |
| **Robert Jordan** **100 Haccyon Road** **Summerville, SC 29483** | - | | | X | X | | 0.00 |

Sheet no. **3909** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

137.50

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5048321** | | | | Warranty | | | | |
| **Robert Joyce** **14648 N 26th Ave** **Phoenix, AZ 85023** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105051** | | | | Warranty | | | | |
| **Robert Karkutt** **2605 W Hawks Eye Avenue** **Apache Junction, AZ 85220** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123365** | | | | Warranty | | | | |
| **Robert Keagy** **42725 Kelly Park Rd** **Columbiana, OH 44408** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131530** | | | | Warranty | | | | |
| **Robert Kelly** **321 Andover Road** **Fairless Hills, PA 19030** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5055036** | | | | Warranty | | | | |
| **Robert Koch** **37 Eton Rd** **Charleston, SC 29407** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3910** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

In re   **Great Lakes Warranty Corporation**                              ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128281** | | | Warranty | | | | |
| **Robert Kozscki**<br>**4440 7th St**<br>**New Kensington, PA 15068** | - | | | X | X | | 0.00 |
| Account No. **5127300** | | | Warranty | | | | |
| **Robert Kronmiller**<br>**1050 Stonegate Road**<br>**Hummelstown, PA 17036** | - | | | X | X | | 0.00 |
| Account No. **5107428** | | | Warranty | | | | |
| **Robert L  Reynolds**<br>**6640 Ellesmere Rd**<br>**Nashville, TN 37205** | - | | | X | X | | 0.00 |
| Account No. **5129250** | | | Warranty | | | | |
| **Robert L  Woods**<br>**3521 Post Valley Dr**<br>**OFallon, MO 63368** | - | | | X | X | | 0.00 |
| Account No. **5076723** | | | Warranty | | | | |
| **Robert L Becher**<br>**312 Anthony Street**<br>**Pittsburgh, PA 15210** | - | | | | | | 541.93 |

Sheet no. **3911** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                541.93

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5086720** | | **Warranty** | | | | | | |
| **Robert L Brown** **1250 Mississippi Avenue** **Pittsburgh, PA 15216** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118770** | | **Warranty** | | | | | | |
| **Robert L Childs** **2 Lowery Dr** **Dunbar, PA 15431** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108336** | | **Warranty** | | | | | | |
| **Robert L Climer** **8508 N Ruggles Ferry Pike** **Strawberry Plain, TN 37871** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129708** | | **Warranty** | | | | | | |
| **Robert L Crook** **1803 Vanda Ave** **Hamilton, OH 45013** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106878** | | **Warranty** | | | | | | |
| **Robert L Cutshall Jr** **1210 Mill Street SW** **Canton, OH 44706** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3912** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5107852** | | | | **Warranty** | | | | |
| **Robert L DiSilvestro** **Box 418  28 Van Kirk Street** **Republic, PA 15475** | - | | | | X | X | | 0.00 |
| Account No. **5089496** | | | | **Warranty** | | | | |
| **Robert L Ecker III** **352 East Sixth Street** **Mount Carmel, PA 17851** | - | | | | X | X | | 0.00 |
| Account No. **5126421** | | | | **Warranty** | | | | |
| **Robert L Frank** **213 Woodlawn Ave** **Canton, OH 44708** | - | | | | X | X | | 0.00 |
| Account No. **5092920** | | | | **Warranty** | | | | |
| **Robert L Frey** **29 North May Avenue** **Athens, OH 45701** | - | | | | X | X | | 0.00 |
| Account No. **5100518** | | | | **Warranty** | | | | |
| **Robert L Gebhard** **249 Spice Church Road** **Reading, PA 19606** | - | | | | X | X | | 0.00 |

Sheet no. **3913** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5084986** | | | | Warranty | | | | |
| **Robert L Guest 1104 Raff Road SW Canton, OH 44710** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093719** | | | | Warranty | | | | |
| **Robert L Hughey 3201 Michael Avenue West Mifflin, PA 15122** | - | | | | | | | |
| | | | | | | | | 98.19 |
| Account No. **5091508** | | | | Warranty | | | | |
| **Robert L Johnson 30 Carmacks Way Toms River, NJ 08757** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121432** | | | | Warranty | | | | |
| **Robert L Leach 563 Washington Ave Tyrone, PA 16686** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092121** | | | | Warranty | | | | |
| **Robert L Lutz 68 Bethel Road Pine Grove, PA 17963** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3914** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      98.19

In re   **Great Lakes Warranty Corporation**           Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5078389 | | | Warranty | | | | |
| Robert L McGrath 26 Foxhall Close Nashville, TN 37215 | - | | | X | X | | 0.00 |
| Account No. 5082966 | | | Warranty | | | | |
| Robert L Myers 135 E Market  Suite 201 Blairsville, PA 15717 | - | | | X | X | | 0.00 |
| Account No. 5115209 | | | Warranty | | | | |
| Robert L Oestreich Jr 81 Wildflower Road Levittown, PA 19057 | - | | | X | X | | 0.00 |
| Account No. 5112235 | | | Warranty | | | | |
| Robert L Phillips 123 E Main Street  PO Box 58 Shelby, OH 44875 | - | | | X | X | | 0.00 |
| Account No. 5089020 | | | Warranty | | | | |
| Robert L Shotkus 107 Falmouth Road Mooresville, NC 28117 | - | | | | | | 1,471.13 |

Sheet no.**3915** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal                  | 1,471.13 |
(Total of this page)

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5115082 | | | | | Warranty | | | | |
| Robert L Steenrod 4575 Campbell Road Athens, OH 45701 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5107663 | | | | | Warranty | | | | |
| Robert L Stern 1515 Chambers Street Trenton, NJ 08610 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5113539 | | | | | Warranty | | | | |
| Robert L Young 198 N West Street Versailles, OH 45380 | - | | | | | | | | |
| | | | | | | | | | 163.92 |
| Account No. 5094459 | | | | | Warranty | | | | |
| Robert Lara 5170 E Woodgate Lane Tucson, AZ 85712 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5082463 | | | | | Warranty | | | | |
| Robert Lawson 5230 E Hatcher Phoenix, AZ 85253 | - | | | | | | | | |
| | | | | | | | | | 1,669.92 |

Sheet no. **3916** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **1,833.84**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5084921** | | | | **Warranty** | | | | |
| **Robert Lee Pentecost** **160 N Freemont Avenue** **Bellevue, PA 15202** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127589** | | | | **Warranty** | | | | |
| **Robert Lee Raezer** **37 Hillcrest Road** **Branchdale, PA 17923** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131531** | | | | **Warranty** | | | | |
| **Robert Lee Strauss** **25 Fisher Mill Stream Rd** **Bernville, PA 19506** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123813** | | | | **Warranty** | | | | |
| **Robert Leonard** **1182 Magee Road** **Patton, PA 16668** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086786** | | | | **Warranty** | | | | |
| **Robert Leuschen III** **9157 Dover Lane** **Girard, PA 16417** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3917** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5124932**<br><br>**Robert Lopresti**<br>**1243 Brookline Blvd**<br>**Pittsburgh, PA 15226** | - | | | | **Warranty** | | | | 33.50 |
| Account No. **5128618**<br><br>**Robert M  Wilson**<br>**1012 Dutch Hill Rd**<br>**Martins Ferry, OH 43935** | - | | | | **Warranty** | X | X | | 0.00 |
| Account No. **5089110**<br><br>**Robert M Ashcroft**<br>**22151 N. Lakeside Drive**<br>**Maricopa, AZ 85138** | - | | | | **Warranty** | X | X | | 0.00 |
| Account No. **5128827**<br><br>**Robert M Diehl**<br>**1001 East Main St  Ste 8**<br>**Carbondale, IL 62901** | - | | | | **Warranty** | X | X | | 0.00 |
| Account No. **5106588**<br><br>**Robert M Hollowood**<br>**1012 Palmer Road**<br>**Adah, PA 15410** | - | | | | **Warranty** | X | X | | 0.00 |

Sheet no.**3918** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                                     33.50

In re   **Great Lakes Warranty Corporation**                                      ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5111706 | | | | Warranty | | | | |
| Robert M Jack 6429 Masau Road #1 Mason, OH 45040 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130372 | | | | Warranty | | | | |
| Robert M Sabol 215 E Patterson St Lansford, PA 18232 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109007 | | | | Warranty | | | | |
| Robert M Souza 1100 Summerville Circle Thompson Station, TN 37179 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5091882 | | | | Warranty | | | | |
| Robert M Spellman II 837 Willowood Drive W Mansfield, OH 44906 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5089357 | | | | Warranty | | | | |
| Robert M Webb 2123 West Straford Drive Chandler, AZ 85224 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3919** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

In re **Great Lakes Warranty Corporation**                                      ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5111567 | | | | Warranty | | | | |
| Robert M Zufall 108 Eisele Road Cheswick, PA 15024 | - | | | | X | X | | 0.00 |
| Account No. 5129638 | | | | Warranty | | | | |
| Robert MacArthur 310 Fancrest Henderson, NV 89052 | - | | | | X | X | | 0.00 |
| Account No. 5105229 | | | | Warranty | | | | |
| Robert MacDonald 1307 Hazelton Burlington, ON L7P4V5 CANADA | - | | | | X | X | | 0.00 |
| Account No. 5079407 | | | | Warranty | | | | |
| Robert Macura 5405 Jacks Court Catonsville, MD 21228 | - | | | | X | X | | 0.00 |
| Account No. 5105833 | | | | Warranty | | | | |
| Robert Mapleton 1504 Roemer Boulevard Farrell, PA 16121 | - | | | | X | X | | 0.00 |

Sheet no. **3920** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                        , Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128525** | | | Warranty | | | | |
| **Robert Matlock** **395 Mountain Road** **New Ringgold, PA 17960** | - | | | X | X | | 0.00 |
| Account No. **5129702** | | | Warranty | | | | |
| **Robert Maxwell Whited** **152 Vulcan Rd** **Madera, PA 16661** | - | | | | | | 184.49 |
| Account No. **5066928** | | | Warranty | | | | |
| **Robert Mazzeo** **442 Cadet Ave** **Pittsburgh, PA 15226** | - | | | X | X | | 0.00 |
| Account No. **5112755** | | | Warranty | | | | |
| **Robert McCormick** **1141 Siry Road** **California, KY 41007** | - | | | X | X | | 0.00 |
| Account No. **5132311** | | | Warranty | | | | |
| **Robert McDonald** **6317 Orange hue Street** **N Las Vegas, NV 89031** | - | | | X | X | | 0.00 |

Sheet no. **3921** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    184.49

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5067259** | | | | | Warranty | | | | |
| **Robert McDonough** **6056 Triple Crown Circle** **Greensburg, PA 15601** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5124741** | | | | | Warranty | | | | |
| **Robert McLafferty** **3565 Beck Road** **Butler, PA 16002** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131619** | | | | | Warranty | | | | |
| **Robert McMeans** **2403 Falconer** **Jamestown, NY 14701** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5132334** | | | | | Warranty | | | | |
| **Robert McPheters Jr.** **5158 Dear Ridge Lane** **Cincinnati, OH 45247** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5117854** | | | | | Warranty | | | | |
| **Robert McSherry** **7198 Leechburg Road** **New Kensington, PA 15068** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3922** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108501** | | | | Warranty | | | | |
| **Robert Melendez** **19310 E Arowhead Trail** **Queen Creek, AZ 85242** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111985** | | | | Warranty | | | | |
| **Robert Meyers** **5904 Garden Grove Boulevard** **Dublin, OH 43017** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102337** | | | | Warranty | | | | |
| **Robert Mintzer** **14 Chrisamber Drive** **Orwigsburg, PA 17961** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122232** | | | | Warranty | | | | |
| **Robert Mitchell** **207 N Lackawanna Trail Rd** **Dalton, PA 18414** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125753** | | | | Warranty | | | | |
| **Robert Mitchell** **20032 E Happy Rd** **Queen Creek, AZ 85243** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**3923** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                 **0.00**

In re   **Great Lakes Warranty Corporation**                                                    ,        Case No. _____

                                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5072044** <br><br> **Robert Mlynar** <br> **3945 Evergreen Drive** <br> **Monroeville, PA 15146** | - | | Warranty | | | | 532.00 |
| Account No. **5125468** <br><br> **Robert Molnar** <br> **6134 Millerstown Eris Road** <br> **Urbana, OH 43078** | - | | Warranty | X | X | | 0.00 |
| Account No. **5122688** <br><br> **Robert Monahan** <br> **529 West 9** <br> **Erie, PA 14802** | - | | Warranty | X | X | | 0.00 |
| Account No. **5126347** <br><br> **Robert MOnfredi** <br> **12300  Perry Highway** <br> **Wexford, PA 15090** | - | | Warranty | | | | 2,371.11 |
| Account No. **5129264** <br><br> **Robert Monness** <br> **189 Carlton Avenue** <br> **Marlton, NJ 08053** | - | | Warranty | X | X | | 0.00 |

Sheet no. **3924** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,903.11**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5126854** | | | | | **Warranty** | | | | |
| **Robert Moore 1009 Flory Street Elizabthetown, NJ 07201** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5090439** | | | | | **Warranty** | | | | |
| **Robert Mullet 128 Perry Drive NW Canton, OH 44708** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5112490** | | | | | **Warranty** | | | | |
| **Robert Murphy 70 Blacklick Eastern Rd Baltimore, OH 43105** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5049564** | | | | | **Warranty** | | | | |
| **Robert N Arnold 1963 Glenview Rd Glenview, IL 60025** | - | | | | | | | | |
| | | | | | | | | | 195.36 |
| Account No. **5119473** | | | | | **Warranty** | | | | |
| **Robert N Shropshire 3759 Southshore Dr Dayton, OH 45404** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3925** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                195.36

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,
                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5121466** | | | | **Warranty** | | | | |
| **Robert Neigetti** **154 Point of Rock Rd** **Falls Village, CT 06031** | - | | | | X | X | | 0.00 |
| Account No. **5131497** | | | | **Warranty** | | | | |
| **Robert Nelson** **10432 Marymone Place** **Las Vegas, NV 89134** | - | | | | X | X | | 0.00 |
| Account No. **5129355** | | | | **Warranty** | | | | |
| **Robert Nickell** **34914 Wolfe Hill Road** **McArthur, OH 45651** | - | | | | | | | 870.56 |
| Account No. **5130461** | | | | **Warranty** | | | | |
| **Robert Nutting** **847 Jackson Street** **Allentown, PA 18102** | - | | | | X | X | | 0.00 |
| Account No. **5127562** | | | | **Warranty** | | | | |
| **Robert P Buher** **11557 Circle Ridge** **Strongsville, OH 44136** | - | | | | | | | 254.00 |

Sheet no. **3926** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,124.56**

In re   **Great Lakes Warranty Corporation**           ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125861** | | | | Warranty | | | | |
| **Robert P Lewis** **8155 Black Run Rd** **Nashport, OH 43830** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108606** | | | | Warranty | | | | |
| **Robert P Sanders** **216 15th Avenue** **Bethlehem, PA 18618** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098929** | | | | Warranty | | | | |
| **Robert P Smith** **239 Steel Avenue** **Northern Cambria, PA 15714** | - | | | | | | | |
| | | | | | | | | 1,095.77 |
| Account No. **5105502** | | | | Warranty | | | | |
| **Robert P Tirak** **3907 Washington Avenue** **Erie, PA 16508** | - | | | | | | | |
| | | | | | | | | 373.49 |
| Account No. **5115679** | | | | Warranty | | | | |
| **Robert Packard** **39 Kenridge Drive** **McKees Rocks, PA 15136** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3927** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,469.26**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5124605** | | | | Warranty | | | | |
| **Robert Pankey** **465 S. Torrance** **Mesa, AZ 85208** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132790** | | | | Warranty | | | | |
| **Robert Pape** **21 Hickory Lane** **Marianna, PA 15345** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089921** | | | | Warranty | | | | |
| **Robert Paul Kidd** **11375 E Sahuaro Drive** **Scottsdale, AZ 85259** | - | | | | | | | |
| | | | | | | | | 829.95 |
| Account No. **5119062** | | | | Warranty | | | | |
| **Robert Peoples Jr** **66460 Sam Russell Rd** **Dundas, OH 45634** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129725** | | | | Warranty | | | | |
| **Robert Perrinean** **3405 Plaza Lane** **N Charleston, SC 29420** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3928** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

829.95

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5117635 | | | Warranty | | | | |
| Robert Phelps 11545 N Frank Lloyd Wright #1017 Scottsdale, AZ 85259 | - | | | X | X | | 0.00 |
| Account No. 5090079 | | | Warranty | | | | |
| Robert Pickering 317 W Forest Street Celina, OH 45822 | - | | | X | X | | 0.00 |
| Account No. 5086454 | | | Warranty | | | | |
| Robert Plonski 108 N Madison Street #D1 Harrisburg, PA 17109 | - | | | X | X | | 0.00 |
| Account No. 5128075 | | | Warranty | | | | |
| Robert Pollock PO Box 201  1 Harrison St Amesville, OH 45711 | - | | | X | X | | 0.00 |
| Account No. 5127642 | | | Warranty | | | | |
| Robert Porter 101 Pastor Lane Adena, OH 43901 | - | | | X | X | | 0.00 |

Sheet no. **3929** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re   **Great Lakes Warranty Corporation**                                          ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106509** | | | | Warranty | | | | |
| **Robert Pucak** **4465 Burbank Road 4L** **Wooster, OH 44691** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5076070** | | | | Warranty | | | | |
| **Robert R Lepre** **9 Greenwood Road** **Pittsburgh, PA 15221** | - | | | | | | | |
| | | | | | | | | 344.50 |
| Account No. **5110308** | | | | Warranty | | | | |
| **Robert R Green** **32 Devon Lane** **Avondale Estates, GA 30002** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111078** | | | | Warranty | | | | |
| **Robert R Hanshaw** **228 Indian Creek Drive** **Mechanicsburg, PA 17050** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088432** | | | | Warranty | | | | |
| **Robert R Jones** **241 Walpole Avenue Apt 1** **Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3930** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

344.50

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                 ,
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5078764** | | Warranty | | | | | | |
| **Robert R McConnel** **1181 Shenango Road** **Darlington, PA 16115** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103682** | | Warranty | | | | | | |
| **Robert R Moyer** **411 W Keller Street** **Mechanicsburg, PA 17055** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087902** | | Warranty | | | | | | |
| **Robert R Renner** **398 Mackinaw Avenue** **Fairlawn, OH 44333** | - | | | | | | | |
| | | | | | | | | 440.00 |
| Account No. **5129817** | | Warranty | | | | | | |
| **Robert R West** **1803 James St** **Singing Spring, PA 19608** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098152** | | Warranty | | | | | | |
| **Robert Reeves** **3205 Dockside Drive** **Hermitage, TN 37076** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3931** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

440.00

In re **Great Lakes Warranty Corporation** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100339** | | | **Warranty** | | | | |
| **Robert Reeves 926 W Oakland Avenue Johnson City, TN 37604** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5128717** | | | **Warranty** | | | | |
| **Robert Reiss 100 North 6th Street Emmaus, PA 18049** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131190** | | | **Warranty** | | | | |
| **Robert Riddus 801 Roupe Avenue Brackenridge, PA 15014** | - | | | | | | |
| | | | | | | | 865.00 |
| Account No. **5131412** | | | **Warranty** | | | | |
| **Robert Roman II 303 Tagart Avenue Greenwood, SC 29649** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101753** | | | **Warranty** | | | | |
| **Robert Romer 21280 Bonanza Elkhorn, NE 68022** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3932** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

865.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093805** | | | Warranty | | | | |
| **Robert Rue**<br>**1731 W Aster Drive**<br>**Phoenix, AZ 85029** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125188** | | | Warranty | | | | |
| **Robert Runge**<br>**407 Carnegie Street**<br>**West Mifflin, PA 15122** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127987** | | | Warranty | | | | |
| **Robert Ruth Jr.**<br>**51 Woodside Avenue**<br>**Temple, PA 19560** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111486** | | | Warranty | | | | |
| **Robert S  Hartung III**<br>**320 Stuart NW**<br>**Massillon, OH 44646** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130028** | | | Warranty | | | | |
| **Robert S Ensminger**<br>**1040 Mt Pleasant Rd**<br>**Lebanon, PA 17042** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3933** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5114862 <br><br> **Robert S Frey Jr** <br> **2050 Jamie Court** <br> **Felton, PA 17322** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. 5106242 <br><br> **Robert S Hershey** <br> **613 Sunset Drive** <br> **Dillsburg, PA 17019** | - | | | **Warranty** | | | | 2,811.29 |
| Account No. 5084786 <br><br> **Robert S Onder Jr** <br> **516 Overholt Drive** <br> **Scottdale, Pa 15683** | - | | | **Warranty** | X | X | | 0.00 |
| Account No. 5091696 <br><br> **Robert S Rowe** <br> **504 Robin Avenue** <br> **Frankfort, KY 40601** | - | | | **Warranty** | | | | 504.90 |
| Account No. 5127249 <br><br> **Robert S Williams** <br> **4678 Gillon Rd** <br> **Grenada, MS 38901** | - | | | **Warranty** | | | | 18.88 |

Sheet no. __3934__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,335.07

In re   **Great Lakes Warranty Corporation**                                        ,   Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113374 | | | | Warranty | | | | |
| Robert Sacco 3341 Remuda Trail Las Vegas, NV 89146 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102298 | | | | Warranty | | | | |
| Robert Sackett 36311 Via El Paif Boniat Temecula, CA 92592 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090177 | | | | Warranty | | | | |
| Robert Scapone 5835 Heberton Verona, PA 15147 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5075371 | | | | Warranty | | | | |
| Robert Schaper 4020 Kinross Lane Birmingham, AL 35242 | - | | | | | | | |
| | | | | | | | | 687.15 |
| Account No. 5130125 | | | | Warranty | | | | |
| Robert Schertz 966 Longbrook Drive Wadsworth, OH 44281 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3935** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

687.15

In re **Great Lakes Warranty Corporation**,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093103** | | Warranty | | | | | | |
| **Robert Scott George** **814 Denning Ford Road** **Portland, TN 37148** | - | | | | X | X | | 0.00 |
| Account No. **5127071** | | Warranty | | | | | | |
| **Robert Seewagon** **329 Madison Ave** **Longhorne, PA 19047** | - | | | | X | X | | 0.00 |
| Account No. **5132653** | | Warranty | | | | | | |
| **Robert Shively** **10600 CR 153** **East Liberty, OH 43319** | - | | | | X | X | | 0.00 |
| Account No. **5093106** | | Warranty | | | | | | |
| **Robert Simard** **8005 Butte Avenue** **Sutter, CA 95982** | - | | | | X | X | | 0.00 |
| Account No. **5124892** | | Warranty | | | | | | |
| **Robert Smith** **1768 Shawnee Ave. SE** **Massillon, OH 44646** | - | | | | | | | 419.22 |

Sheet no. **3936** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     419.22

In re   **Great Lakes Warranty Corporation**                                          ,   Case No. _____
_____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5105669** | | | | **Warranty** | | | | |
| **Robert Smith** **4036 W Dublin Street** **Chandler, AZ 85226** | - | | | | | | | |
| | | | | | | | | **1,755.48** |
| Account No. **5124065** | | | | **Warranty** | | | | |
| **Robert Smith** **5525 Marifield Drive** **Canfield, OH 44406** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124892** | | | | **Warranty** | | | | |
| **Robert Smith** **1768 Shawnee Ave. SE** **Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125988** | | | | **Warranty** | | | | |
| **Robert Smith** **98 Uhlertown Road** **Erwinna, PA 18920** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128160** | | | | **Warranty** | | | | |
| **Robert Snyder** **4299 Schupps Hill Road** **Port Washington, OH 43837** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3937** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,755.48**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5113437 | | | | | Warranty | | | | |
| Robert Souders 204 Fourth Street  PO Box 245 Summerdale, PA 17093 | - | | | | | X | X | | 0.00 |
| Account No. 5069731 | | | | | Warranty | | | | |
| Robert Stephens P.O. Box 2800-126 Carefree, AZ 85377 | - | | | | | X | X | | 0.00 |
| Account No. 5103490 | | | | | Warranty | | | | |
| Robert Stiefvater 6859 Fairview Road Brecksville, OH 44141 | - | | | | | X | X | | 0.00 |
| Account No. 5113052 | | | | | Warranty | | | | |
| Robert Stutler 6420 Hampsher Road Clinton, OH 44216 | - | | | | | X | X | | 0.00 |
| Account No. 5068554 | | | | | Warranty | | | | |
| Robert Sullivan 708 Clemantis Drive Nashville, TN 37201 | - | | | | | X | X | | 0.00 |

Sheet no. **3938** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          0.00

In re     **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131833** | | | | Warranty | | | | |
| **Robert Sulzer** **57545 Pioneer Way** **Las Vegas, NV 89113** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101594** | | | | Warranty | | | | |
| **Robert Szypulski** **35 Janette Circle** **Irwin, PA 15642** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090250** | | | | Warranty | | | | |
| **Robert T Parker II** **2308 Washington Avenue** **West Lawn, PA 19609** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124461** | | | | Warranty | | | | |
| **Robert T Sanderson** **9 Elk Ridge** **Duck Creek Village, UT 84762** | - | | | | | | | |
| | | | | | | | | 297.33 |
| Account No. **5113414** | | | | Warranty | | | | |
| **Robert Tallarico** **1717 Sherman Avenue** **New Kingston, PA 15068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3939** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

297.33

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5125069** | | | | **Warranty** | | | | |
| **Robert Taylor** **2228 East National Pike** **Scenery Hill, PA 15360** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113534** | | | | **Warranty** | | | | |
| **Robert Taylor** **12215 Chapel Meadow Lane** **Arlington, TN 38002** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121725** | | | | **Warranty** | | | | |
| **Robert Terrell Royal** **6509 Millstream Dr** **Harrison, TN 37341** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5070383** | | | | **Warranty** | | | | |
| **Robert Thomas** **Apt 115 1810 NW 23rd Blvd** **Gainesville, FL 32605** | - | | | | | | | |
| | | | | | | | | 160.00 |
| Account No. **5066325** | | | | **Warranty** | | | | |
| **Robert Thornton** **58 Pioneer Trail** **Marlborough, MA 01752** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3940** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

160.00

In re    **Great Lakes Warranty Corporation**                                    ,      Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5090437** | | | | | Warranty | | | | |
| **Robert Tiffner** **145 Rolling Park Drive** **Massillon, OH 44647** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5104650** | | | | | Warranty | | | | |
| **Robert Tremlett** **4305 N. Rio Cancion Drive  #175** **Tucson, AZ 85718** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5108952** | | | | | Warranty | | | | |
| **Robert V Novak** **87 State Route 250** **Adena, OH 43901** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5101319** | | | | | Warranty | | | | |
| **Robert V Smyth II** **506 Belgrave Park** **Nashville, TN 37215** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5083591** | | | | | Warranty | | | | |
| **Robert Vargas** **8265 W Northview Avenue** **Glendale, AZ 85303** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3941** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5053893** | | | | Warranty | | | | |
| **Robert Volosin** **107 Luella Ave.** **Charleroi, PA 15022** | | - | | | | | | |
| | | | | | | | | 238.78 |
| Account No. **5108066** | | | | Warranty | | | | |
| **Robert W Lewis** **17 Laurette Lane** **Freeport, NY 11520** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111748** | | | | Warranty | | | | |
| **Robert W Burford Jr** **545 State Route 908 Ext** **Tarentum, PA 15084** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108609** | | | | Warranty | | | | |
| **Robert W Christie Jr** **17 Poplar Drive** **Albrightsville, PA 18210** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090066** | | | | Warranty | | | | |
| **Robert W Cote** **14 Lane #1 Gasper Point** **Warwick, RI 02888** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3942** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                238.78

In re   **Great Lakes Warranty Corporation**                 ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5098987**<br><br>**Robert W Dretzka Jr<br>1064 Walcrest Drive<br>Mansfield, OH 44906** | - | | **Warranty** | | | | **1,323.00** |
| Account No. **5117431**<br><br>**Robert W Eller<br>475 Sebring Road<br>Beaver, PA 15009** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5100458**<br><br>**Robert W Evans<br>2716 Spade Road<br>Uniontown, OH 44685** | - | | **Warranty** | | | | **1,529.00** |
| Account No. **5099403**<br><br>**Robert W Flynn<br>35 Boulder Drive<br>Pittsburgh, PA 15235** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5087123**<br><br>**Robert W Forshaw<br>54 Highland<br>Tallmadge, OH 44278** | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **3943** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,852.00**

In re __**Great Lakes Warranty Corporation**_____,  Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5072458** | | | | | **Warranty** | | | | |
| **Robert W Gift**<br>**2333 Wells Drive**<br>**Bethel Park, Pa 15102** | - | | | | | X | X | | **0.00** |
| Account No. **5131228** | | | | | **Warranty** | | | | |
| **Robert W Gist Jr**<br>**325 Speers Creek Church Rd**<br>**Elgin, SC 29405** | - | | | | | X | X | | **0.00** |
| Account No. **5108940** | | | | | **Warranty** | | | | |
| **Robert W Higgins**<br>**109 N Plum Street  Box 301**<br>**Ansonia, OH 45303** | - | | | | | X | X | | **0.00** |
| Account No. **5098832** | | | | | **Warranty** | | | | |
| **Robert W Hunsberger**<br>**38 Saybrook Drive**<br>**Hereford, PA 18056** | - | | | | | X | X | | **0.00** |
| Account No. **5108198** | | | | | **Warranty** | | | | |
| **Robert W Kane**<br>**105 Main Street**<br>**Gilberton, PA 17934** | - | | | | | X | X | | **0.00** |

Sheet no.__**3944**__ of __**4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re   **Great Lakes Warranty Corporation**                                      ,   Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123541** | | | Warranty | | | | |
| **Robert W Lancaster**<br>**7 Oxford Circle**<br>**Somers Point, NJ 08244** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5106129** | | | Warranty | | | | |
| **Robert W Shimp**<br>**104 Creekview Drive**<br>**Jonestown, PA 17038** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113381** | | | Warranty | | | | |
| **Robert W Simms**<br>**421 Lynn Court**<br>**Nashville, TN 37211** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5112745** | | | Warranty | | | | |
| **Robert W Wolff**<br>**344 Barclay Avenue**<br>**Pittsburgh, PA 15221** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125547** | | | Warranty | | | | |
| **Robert Walendziewicz**<br>**143 W. Larkspur Street**<br>**Munhall, PA 15120** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**3945** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5068074** <br><br> **Robert Wallace** <br> **4554 South Creek Drive** <br> **Cookeville, TN 38506** | - | | | | **Warranty** | | | | **278.56** |
| Account No. **5131034** <br><br> **Robert Waltz Jr** <br> **292 Williams Road** <br> **Leechburg, PA 15656** | - | | | | **Warranty** | X | X | | **0.00** |
| Account No. **5129120** <br><br> **Robert Watson** <br> **237 Hawley Ave** <br> **Salem, OH 44460** | - | | | | **Warranty** | X | X | | **0.00** |
| Account No. **5094272** <br><br> **Robert Wayne Hall** <br> **11 Sundance** <br> **Irmo, SC 29063** | - | | | | **Warranty** | X | X | | **0.00** |
| Account No. **5064234** <br><br> **Robert Wecker** <br> **6604 Hood Rd NW** <br> **Albuquerque, NM 87114** | - | | | | **Warranty** | X | X | | **0.00** |

Sheet no. **3946** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **278.56**

In re   **Great Lakes Warranty Corporation**                   ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127149** | | | | Warranty | | | | |
| **Robert West III** **6500 W Lake Mead 230** **Las Vegas, NV 89108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112695** | | | | Warranty | | | | |
| **Robert Wheatley** **2315 Woodmont Boulevard** **Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079578** | | | | Warranty | | | | |
| **Robert Wheeler** **147 Greenview Drive** **Verona, PA 15147** | - | | | | | | | |
| | | | | | | | | 227.96 |
| Account No. **5105591** | | | | Warranty | | | | |
| **Robert Wilkie** **303 S Forge Road** **Palmyra, PA 17078** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092611** | | | | Warranty | | | | |
| **Robert Williams** **14015 Turney Road** **Maple Heights, OH 44137** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3947** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                     | 227.96 |

(Total of this page)

In re **Great Lakes Warranty Corporation** ,

Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5124498** | | | | | Warranty | | | | |
| **Robert Wilson** **200 Chester Avenue Apt A** **Yeadon, PA 19050** | - | | | | | X | X | | 0.00 |
| Account No. **5120632** | | | | | Warranty | | | | |
| **Robert Woods Jr** **300 Washington Rd  PH Apt** **South Hills, PA 15216** | - | | | | | X | X | | 0.00 |
| Account No. **5117365** | | | | | Warranty | | | | |
| **Robert Wormsley** **1531 Rutherford Avenue** **Pittsburgh, PA 15216** | - | | | | | X | X | | 0.00 |
| Account No. **5121283** | | | | | Warranty | | | | |
| **Robert Wyman** **881 Donelle Ave** **Las Vegas, NV 89123** | - | | | | | X | X | | 0.00 |
| Account No. **5131162** | | | | | Warranty | | | | |
| **Robert Zarandin** **11228 Victoria Medici Street** **Las Vegas, NV 89141** | - | | | | | | | | 2,945.00 |

Sheet no. **3948** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,945.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5101414** | | | | **Warranty** | | | | |
| **Roberta A Livorini 2255 Clyde Street Poland, OH 44514** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110074** | | | | **Warranty** | | | | |
| **Roberta A Reese 849 Phillips Road NE Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119536** | | | | **Warranty** | | | | |
| **Roberta B Thornton 348 Webster Dr Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104917** | | | | **Warranty** | | | | |
| **Roberta D Beatty 4736 State Route 788 Wellston, OH 45692** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088588** | | | | **Warranty** | | | | |
| **Roberta E Owens 2231 Lincoln Way NW Massillon, OH 44647** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3949** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 0.00

In re   **Great Lakes Warranty Corporation**       Case No. _____
,
                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093051** | | | | Warranty | | | | |
| **Roberta Garfield 3100 Old Post Drive Pikesville, MD 21208** | - | | | | | | | 768.35 |
| Account No. 5113912 | | | | Warranty | | | | |
| **Roberta Harris 1029 Bryan Road Drexel Hill, PA 19026** | - | | | | X | X | | 0.00 |
| Account No. 5126974 | | | | Warranty | | | | |
| **Roberta Jean Bonzo 805 5th St  Apt 32A Baden, PA 15005** | - | | | | X | X | | 0.00 |
| Account No. 5086380 | | | | Warranty | | | | |
| **Roberta L Leahy 615 Figueroa Place SE Canton, OH 44707** | - | | | | X | X | | 0.00 |
| Account No. 5132023 | | | | Warranty | | | | |
| **Roberto Sanchez 1309 Zarate Drive San Juan, TX 78589** | - | | | | X | X | | 0.00 |

Sheet no.**3950** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

768.35

In re **Great Lakes Warranty Corporation**                          Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131334** | | | | **Warranty** | | | | |
| **Robin  Horn** **520 Cushmore Rd** **Southampton, PA 18966** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104208** | | | | **Warranty** | | | | |
| **Robin  Lewandoski** **133 S Thirteenth Street** **Pittsburgh, PA 15203** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114008** | | | | **Warranty** | | | | |
| **Robin A Dunaway** **2903 East Avenue  Apt 1** **Erie, PA 16504** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131588** | | | | **Warranty** | | | | |
| **Robin Ann Saari** **1368 Bunker Hill Road** **Everett, PA 15537** | - | | | | | | | |
| | | | | | | | | **561.78** |
| Account No. **5063702** | | | | **Warranty** | | | | |
| **Robin Arn** **594 Beacon Road** **Newark, OH 43055** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3951** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **561.78**

In re    **Great Lakes Warranty Corporation**           ,    Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100775** <br><br> **Robin Barksdale** <br> **3904 Wayland Drive** <br> **Nashville, TN 37215** | - | | Warranty | | | | 495.04 |
| Account No. **5124618** <br><br> **Robin Boniphant** <br> **1233 Williams Drive** <br> **Circleville, OH 43113** | - | | Warranty | X | X | | 0.00 |
| Account No. **5126396** <br><br> **Robin Cole** <br> **8843 Seabright Drive** <br> **Powell, OH 43065** | - | | Warranty | X | X | | 0.00 |
| Account No. **5100711** <br><br> **Robin Elliott** <br> **91 Hearth Stone Circle** <br> **Bartonsville, PA 18321** | - | | Warranty | | | | 96.96 |
| Account No. **5128968** <br><br> **Robin Greenwald** <br> **330 3rd Avenue** <br> **New Kensington, PA 15068** | - | | Warranty | | | | 1,060.00 |

Sheet no. **3952** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)

1,652.00

In re   **Great Lakes Warranty Corporation**                ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122566** | | | - | **Warranty** | | | | |
| **Robin Grizzard** **104 High Point Anchorage** **Hendersonville, TN 37075** | | | | | | | | **427.62** |
| Account No. **5110350** | | | - | **Warranty** | | | | |
| **Robin Hutchings** **587 E Bonita Avenue  #A** **San Dimas, CA 91773** | | | | | X | X | | **0.00** |
| Account No. **5084959** | | | - | **Warranty** | | | | |
| **Robin J Derr** **913 Walnut Street** **Columbia, PA 17512** | | | | | X | X | | **0.00** |
| Account No. **5074341** | | | - | **Warranty** | | | | |
| **Robin J Jarboe** **8313 E Columbus Avenue** **Scottsdale, AZ 85251** | | | | | X | X | | **0.00** |
| Account No. **5073225** | | | - | **Warranty** | | | | |
| **Robin J Petty** **140 Cragmoor Drive** **Roebuck, SC 29376** | | | | | X | X | | **0.00** |

Sheet no.**3953**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal             **427.62**
                               (Total of this page)

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5114814 | | | | | Warranty | | | | |
| Robin J Townsend 2370 Morral Kirkpatrick Road W Morral, OH 43337 | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5095624 | | | | | Warranty | | | | |
| Robin Jacoway Sr 1536 French Street Ext Hermitage, PA 16148 | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5129076 | | | | | Warranty | | | | |
| Robin Jean Weirich 208 Swinging Bridge Rd Hollidaysburg, PA 16648 | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5086298 | | | | | Warranty | | | | |
| Robin K Elliott 29 Elm Street Quakertown, PA 18951 | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5122359 | | | | | Warranty | | | | |
| Robin L Bobula 644 South Hampton at Waterford York, PA 17402 | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. __3954__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5045716** | | | | **Warranty** | | | | |
| **Robin L Grant** **3370 N Hayden Rd Ste 123** **Scottsdale, AZ 85251** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120878** | | | | **Warranty** | | | | |
| **Robin L Heller** **111 9th St** **Perkasie, PA 18944** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091735** | | | | **Warranty** | | | | |
| **Robin L Ramey** **4537 Nine Mile Road** **Southside, WV 25187** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127281** | | | | **Warranty** | | | | |
| **Robin Martin** **441 Liberty Street** **Grove City, PA 16127** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131800** | | | | **Warranty** | | | | |
| **Robin ODell** **3189 Thornapple Drive** **Lancaster, PA 17601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3955** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                              0.00

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5127120** | | | | **Warranty** | | | | |
| **Robin Oldham**<br>**2443 Noble Rd**<br>**Cleveland Hts, OH 44121** | - | | | | X | X | | 0.00 |
| Account No. **5116871** | | | | **Warranty** | | | | |
| **Robin R Gallardo**<br>**10444 Ponderosa Drive**<br>**Foristell, MO 63348** | - | | | | X | X | | 0.00 |
| Account No. **5123180** | | | | **Warranty** | | | | |
| **Robin Rhodes**<br>**6 Lee Court**<br>**Maolewood, NJ 07040** | - | | | | X | X | | 0.00 |
| Account No. **5130074** | | | | **Warranty** | | | | |
| **Robin Senior**<br>**538 Firethorn Drive**<br>**Monroeville, PA 15146** | - | | | | X | X | | 0.00 |
| Account No. **5107412** | | | | **Warranty** | | | | |
| **Robin Shelton**<br>**6215 Charlotte**<br>**Nashville, TN 37209** | - | | | | X | X | | 0.00 |

Sheet no.**3956** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5102634** | | | **Warranty** | | | | |
| **Robin Smithson** **10619 E Flossmore Avenue** **Mesa, AZ 85208** | - | | | | | | 1,255.66 |
| Account No. **5094816** | | | **Warranty** | | | | |
| **Robin Staton** **8219 Wilde Court** **Waynesville, OH 45068** | - | | | X | X | | 0.00 |
| Account No. **5131608** | | | **Warranty** | | | | |
| **Robson Vaciloto** **2750 Durango Drive #1031** **Las Vegas, NV 89117** | - | | | | | | 1,930.00 |
| Account No. **5115621** | | | **Warranty** | | | | |
| **Robyn L Williams** **1355 Southern Boulevard NW** **Warren, OH 44485** | - | | | X | X | | 0.00 |
| Account No. **5117834** | | | **Warranty** | | | | |
| **Robyn M Harper** **232 S Main Street** **West Mansfield, OH 43358** | - | | | | | | 1,588.57 |

Sheet no. **3957** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    4,774.23

In re   **Great Lakes Warranty Corporation**                                        ,     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5101733** | | | | **Warranty** | | | | |
| **Robynn Marshall** **642 Park Avenue** **Clairton, PA 15025** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125968** | | | | **Warranty** | | | | |
| **Rocco Anthony Dabecco** **1465 Bristol Dr** **South Park, PA 15129** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115542** | | | | **Warranty** | | | | |
| **Rocco D Pompa** **1002 38th Street  Box 1221** **Northern Cambri, PA 15714** | - | | | | | | | |
| | | | | | | | | **1,353.00** |
| Account No. **5122188** | | | | **Warranty** | | | | |
| **Rocco Panuccio** **300 Treeline Dr** **Pen Argyl, PA 18072** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105093** | | | | **Warranty** | | | | |
| **Rochelle Anderson** **643 Montgomery Woods Drive** **Hockessin, DE 19707** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3958** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **1,353.00**

In re    **Great Lakes Warranty Corporation**                                              ,    Case No. _____

                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5126298** | | | | **Warranty** | | | | |
| **Rochelle Faulkner** **2956 Glen Mawr Avenue** **Pittsburgh, PA 15214** | - | | | | X | X | | 0.00 |
| Account No. **5128871** | | | | **Warranty** | | | | |
| **Rochelle Hubbert** **905 North  New Street** **Bethlehem, PA 18018** | - | | | | X | X | | 0.00 |
| Account No. **5102924** | | | | **Warranty** | | | | |
| **Rochelle M Boyer** **1707 McMinn Street** **Aliquippa, PA 15001** | - | | | | X | X | | 0.00 |
| Account No. **5116663** | | | | **Warranty** | | | | |
| **Rochelle Rouan** **4037 Lanterman Road** **Austintown, OH 44515** | - | | | | X | X | | 0.00 |
| Account No. **5128424** | | | | **Warranty** | | | | |
| **Rocio Zavala** **6300 Carmen Blvd** **Las Vegas, NV 96108** | - | | | | X | X | | 0.00 |

Sheet no. **3959** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5125231** | | | | Warranty | | | | |
| **Rockie Lee Fraley 6531 Brown Quarry Road Sabillasville, MD 21780** | - | | | | X | X | | 0.00 |
| Account No. **5100688** | | | | Warranty | | | | |
| **Roder Peterkin 234 Melrose Avenue Lansdowne, PA 19050** | - | | | | X | X | | 0.00 |
| Account No. **5116322** | | | | Warranty | | | | |
| **Roderick D Lavelle 2215 Boustead Street Pittsburgh, PA 15216** | - | | | | | | | 360.00 |
| Account No. **5108222** | | | | Warranty | | | | |
| **Roderick Devine 3636 Apple Road Orefield, PA 18069** | - | | | | X | X | | 0.00 |
| Account No. **5115046** | | | | Warranty | | | | |
| **Roderick Hayes 152 Gloucester Pike Lawnside, NJ 08045** | - | | | | X | X | | 0.00 |

Sheet no.**3960**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           **360.00**

In re    **Great Lakes Warranty Corporation**                ,      Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122788** | | | | **Warranty** | | | | |
| **Roderick Jackson** **2936 Dell Dr** **Columbia, SC 29209** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125111** | | | | **Warranty** | | | | |
| **Roderick Lewis** **1151 Shogun Drive** **Effort, PA 18330** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118321** | | | | **Warranty** | | | | |
| **Roderick M Bass** **6480 Crimson Cove  No 103** **Memphis, TN 38115** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5073451** | | | | **Warranty** | | | | |
| **Roderick Malanyaon** **3837 E 30th Road** **Sheridan, IL 60551** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111688** | | | | **Warranty** | | | | |
| **Roderick Vance** **4727 E Warner Rd  No 1078** **Phoenix, AZ 85044** | - | | | | | | | |
| | | | | | | | | **528.83** |

Sheet no. **3961** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal (Total of this page)      **528.83**

In re   **Great Lakes Warranty Corporation**               ,    Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5081356** | | | Warranty | | | | |
| **Roderick W James** **4721 N 65th Avenue** **Phoenix, AZ 85033** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131280** | | | Warranty | | | | |
| **Roderick Yocum** **11615 Detwiler Road** **Columbiana, OH 44408** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5096484** | | | Warranty | | | | |
| **Rodg S King** **11633 Can Col Road** **Canfield, OH 44406** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5104443** | | | Warranty | | | | |
| **Rodger E King** **31020 Logan Hornsmil Road** **Logan, OH 43138** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111612** | | | Warranty | | | | |
| **Rodger L Adams** **103 Lesha Drive** **Morrisville, PA 19067** | - | | | | | | |
| | | | | | | | 1,225.50 |

Sheet no. **3962** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal

             (Total of this page)        **1,225.50**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5132546** | | | | **Warranty** | | | | |
| **Rodger Lindemuth 109 Pebble Lane Brookville, PA 15825** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095515** | | | | **Warranty** | | | | |
| **Rodger Transue 48 Robin Hood Drive Greenville, OH 45331** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117862** | | | | **Warranty** | | | | |
| **Rodney  Hostetler 5610 Foxford Canton, OH 44706** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091051** | | | | **Warranty** | | | | |
| **Rodney  Kellow 3509 Tierra Amanda Lane El Paso, TX 79938** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129340** | | | | **Warranty** | | | | |
| **Rodney  Shell Jr 112 Trace Lane Dayton, TN 37321** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**3963** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5112587 | | | | Warranty | | | | |
| Rodney Adamson 2233 State Route 156 Shelocta, PA 15774 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100986 | | | | Warranty | | | | |
| Rodney Alexander 835 Oak Street Coatsville, PA 19320 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108581 | | | | Warranty | | | | |
| Rodney Beason 128 Grey Place Mt Juliet, TN 37122 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5094584 | | | | Warranty | | | | |
| Rodney Boyd 1909 Russell Lee Drive Louisville, KY 40211 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5095716 | | | | Warranty | | | | |
| Rodney D Robinson 4367 Chesser Road Albany, OH 45710 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__3964__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5086004 | | | | | Warranty | | | | |
| Rodney E Peterson 13269 Etter Rd Hartville, OH 44632 | - | | | | | X | X | | 0.00 |
| Account No. 5072700 | | | | | Warranty | | | | |
| Rodney E Williams 6675 Century Arbor Place E   #306 Memphis, TN 38134 | - | | | | | X | X | | 0.00 |
| Account No. 5089740 | | | | | Warranty | | | | |
| Rodney Emery 316 Selma Street Sikeston, MO 63801 | - | | | | | X | X | | 0.00 |
| Account No. 5096388 | | | | | Warranty | | | | |
| Rodney Essig 221 Cargile Lane Nashville, TN 37205 | - | | | | | X | X | | 0.00 |
| Account No. 5124111 | | | | | Warranty | | | | |
| Rodney G Craig 2238 Twp Rd 247 Degraff, OH 43318 | - | | | | | X | X | | 0.00 |

Sheet no. **3965** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5127584 | | | | Warranty | | | | |
| Rodney Hicks 2673 Egypt Road Willard, OH 44890 | - | | | | X | X | | 0.00 |
| Account No. 5099043 | | | | Warranty | | | | |
| Rodney K McElravy PO Box 288 1642 Hooker Rd Karns City, PA 16041 | - | | | | X | X | | 0.00 |
| Account No. 5090005 | | | | Warranty | | | | |
| Rodney L Guyer 223 Bolger Drive Roaring Spring, PA 16673 | - | | | | X | X | | 0.00 |
| Account No. 5098412 | | | | Warranty | | | | |
| Rodney L Wehry 170E Rauschs Road New Ringgold, PA 17960 | - | | | | X | X | | 0.00 |
| Account No. 5114140 | | | | Warranty | | | | |
| Rodney Lohr 212 Pine Street Connellsville, PA 15425 | - | | | | X | X | | 0.00 |

Sheet no. **3966** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                          ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5116365 | | | | Warranty | | | | |
| Rodney Lumbardo 117 South Fulton Apt 202 Wauseon, OH 43567 | - | | | | X | X | | 0.00 |
| Account No. 5109966 | | | | Warranty | | | | |
| Rodney Merryman 9721 Kennet Square Bolivar, OH 44612 | - | | | | X | X | | 0.00 |
| Account No. 5065462 | | | | Warranty | | | | |
| Rodney Reed 4319 Ashland City Parkway Ashland City, TN 37218 | - | | | | X | X | | 0.00 |
| Account No. 5104194 | | | | Warranty | | | | |
| Rodney S Hardin 835 Seaton Lane Sevierville, TN 37876 | - | | | | X | X | | 0.00 |
| Account No. 5105182 | | | | Warranty | | | | |
| Rodney Smith 18027 N Emelita Court Surprise, AZ 85374 | - | | | | X | X | | 0.00 |

Sheet no. **3967** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5105841** | | | | Warranty | | | | |
| **Rodney Wilson** **8046 Ranch Estates Road** **Clarkston, MI 48348** | - | | | | X | X | | 0.00 |
| Account No. **5085719** | | | | Warranty | | | | |
| **Rodolfo Gastelum** **5 S Poplar Way** **Chandler, AZ 85226** | - | | | | X | X | | 0.00 |
| Account No. **5121747** | | | | Warranty | | | | |
| **Rodolfo Kabaitan** **100 Miller Court** **Summerville, SC 29485** | - | | | | X | X | | 0.00 |
| Account No. **5102759** | | | | Warranty | | | | |
| **Rodolfo Madrid** **44523 W Honeycutt Road** **Phoenix, AZ 85239** | - | | | | | | | 1,954.00 |
| Account No. **5093885** | | | | Warranty | | | | |
| **Rodolfo Medina** **1116 E. 76th Street** **Los Angeles, CA 90001** | - | | | | X | X | | 0.00 |

Sheet no. **3968** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,954.00

In re  **Great Lakes Warranty Corporation**                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5098520** | | | Warranty | | | | | | |
| **Rodrick J Smith** **15 Sweet Arrow Drive** **Hummelstown, PA 17036** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5125135** | | | Warranty | | | | | | |
| **Rodrigo Calderon** **6461 Blueberry Lane** **Pipersville, PA 18942** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5120440** | | | Warranty | | | | | | |
| **Rodrigo Sagastegui** **419 Blue Mountain Lake** **E Stroudsburg, PA 18301** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5099139** | | | Warranty | | | | | | |
| **Rodriguez Moreno** **4214 Bethel Church Road  Apt 1123** **Columbia, SC 29206** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131475** | | | Warranty | | | | | | |
| **Roei Hasson** **6160 Rumrill Street #222** **Las Vegas, NV 89113** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **3969** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re   **Great Lakes Warranty Corporation**                                                    ,        Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125820** | | | Warranty | | | | |
| **Rogelio Espinoza** **PO Box 591** **Kings Beach, CA 96143** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101272** | | | Warranty | | | | |
| **Roger Reed** **869 Reeds Level Rd** **McKenzie, TN 38201** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5117305** | | | Warranty | | | | |
| **Roger Sommers** **6100 West Broken Arrow Drive** **New Palestine, IN 46163** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124133** | | | Warranty | | | | |
| **Roger Sterry** **1251 Evline Dr** **Mansfield, OH 44904** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113853** | | | Warranty | | | | |
| **Roger Webb** **995 Linn St** **Cochocton, OH 43812** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3970** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 5112550 | | | | | Warranty | | | | |
| Roger A Hess 1461 Bridge Cross Parkway Hermitage, TN 37076 | - | | | | | X | X | | 0.00 |
| Account No. 5069226 | | | | | Warranty | | | | |
| Roger Allman 101 First Scott Dr Johnson City, TN 37601 | - | | | | | X | X | | 0.00 |
| Account No. 5111079 | | | | | Warranty | | | | |
| Roger Anthony Watts 515 Lincoln Drive W Ambler, PA 19002 | - | | | | | X | X | | 0.00 |
| Account No. 5076302 | | | | | Warranty | | | | |
| Roger B Diekmann 1204 Township Highway Amsterdam, OH 43903 | - | | | | | X | X | | 0.00 |
| Account No. 5129517 | | | | | Warranty | | | | |
| Roger Beazel Jr 7046 Wabash Avenue Navarre, OH 44662 | - | | | | | X | X | | 0.00 |

Sheet no. **3971** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation**            Case No. _____

_____,
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5096669** | | | | Warranty | | | | |
| **Roger Blank** **5468 North 78th Street** **Scottsdale, AZ 85250** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097417** | | | | Warranty | | | | |
| **Roger Bowen** **26593 TR 345** **Warsaw, OH 43844** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5054873** | | | | Warranty | | | | |
| **Roger Broerman** **614 S Wayne St** **Ft Recovery, OH 45846** | - | | | | | | | |
| | | | | | | | | 221.88 |
| Account No. **5097362** | | | | Warranty | | | | |
| **Roger C Dye** **140 George Chapman Drive** **Meridianville, AL 35759** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116959** | | | | Warranty | | | | |
| **Roger D Barney** **62601 McVey Road** **Creola, OH 45622** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3972** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          221.88

In re **Great Lakes Warranty Corporation**        ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5073167** <br><br> **Roger D Kempton** <br> **323 Oakland Avenue** <br> **Sandusky, OH 44870** | | - | **Warranty** | | | | **218.65** |
| Account No. **5132667** <br><br> **Roger Dials** <br> **562 Cliffside Drive** <br> **Lexington, OH 46604** | | - | **Warranty** | X | X | | **0.00** |
| Account No. **5122470** <br><br> **Roger Eugene Rill Jr** <br> **1006 Baer Ave** <br> **Hanover, PA 17331** | | - | **Warranty** | X | X | | **0.00** |
| Account No. **5099610** <br><br> **Roger G Frazzini Jr** <br> **2041 Mercer Road** <br> **New Brighton, PA 15066** | | - | **Warranty** | X | X | | **0.00** |
| Account No. **5091751** <br><br> **Roger Goodman** <br> **765 Forman Road** <br> **Souderton, PA 18964** | | - | **Warranty** | X | X | | **0.00** |

Sheet no.**3973** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal        | **218.65**
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5106823** | | | | **Warranty** | | | | |
| **Roger Hauck** **1978 Church Road** **Hummelstown, PA 17036** | - | | | | | | | 293.50 |
| Account No. **5091234** | | | | **Warranty** | | | | |
| **Roger J Knapke** **5282 Burkettsville Street  Henry Road** **Coldwater, OH 45828** | - | | | | X | X | | 0.00 |
| Account No. **5124576** | | | | **Warranty** | | | | |
| **Roger Kennedy** **4062 Harmony Hwy** **Harmony, NC 28634** | - | | | | X | X | | 0.00 |
| Account No. **5070450** | | | | **Warranty** | | | | |
| **Roger Kubancik** **13160 Bourne Place** **Bristow, Va 20136** | - | | | | X | X | | 0.00 |
| Account No. **5109325** | | | | **Warranty** | | | | |
| **Roger L Frazier** **405 Lockleven Drive** **Columbia, SC 29223** | - | | | | X | X | | 0.00 |

Sheet no. **3974** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 293.50

In re  **Great Lakes Warranty Corporation**                                      ,  Case No. _____
_____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5103516** | | | | | **Warranty** | | | | |
| **Roger L Gekler**<br>**416 Railroad Avenue**<br>**Crestline, OH 44827** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5080559** | | | | | **Warranty** | | | | |
| **Roger L Hall**<br>**21 NE Prairie View Drive**<br>**Elgin, OK 73538** | - | | | | | | | | |
| | | | | | | | | | **1,223.95** |
| Account No. **5117757** | | | | | **Warranty** | | | | |
| **Roger L Smith Jr**<br>**Route 4  Box E60**<br>**Bruceton Mills, WV 26525** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5080010** | | | | | **Warranty** | | | | |
| **Roger M  Jones**<br>**42650 Oakridge Road**<br>**Wellsville, OH 43968** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5108819** | | | | | **Warranty** | | | | |
| **Roger M Norman II**<br>**243 South Cedar Avenue**<br>**Lancaster, OH 43130** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **3975** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **1,223.95**

In re **Great Lakes Warranty Corporation**        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5111789 | | | | Warranty | | | | |
| Roger Mativio Jr 203 East Mills Blvd Republic, PA 15475 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5068267 | | | | Warranty | | | | |
| Roger McCune 28325 Old SR 346 Albany, OH 45710 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092392 | | | | Warranty | | | | |
| Roger Owen 2661 Graham Road Akron, OH 44312 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5084536 | | | | Warranty | | | | |
| Roger P Barney 4829 Amherst Road Erie, PA 16506 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123268 | | | | Warranty | | | | |
| Roger Paul Disilvestro Jr 600 S Detroit  Apt 102 Los Angeles, CA 90036 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3976** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126215** | | | Warranty | | | | |
| **Roger Pile** **152 Saint Andrews Drive** **Knoxville, TN 37934** | - | | | X | X | | 0.00 |
| Account No. **5086543** | | | Warranty | | | | |
| **Roger Powers** **4410 W Seldon** **Phoenix, AZ 85302** | - | | | X | X | | 0.00 |
| Account No. **5116818** | | | Warranty | | | | |
| **Roger R  Lankford** **2010 State Route 41** **Troy, OH 45373** | - | | | X | X | | 0.00 |
| Account No. **5063418** | | | Warranty | | | | |
| **Roger Ripperger** **4639 North 100th Avenue** **Phoenix, AZ 85037** | - | | | X | X | | 0.00 |
| Account No. **5088272** | | | Warranty | | | | |
| **Roger Swonger** **230 West Maple Street** **Hartville, OH 44632** | - | | | X | X | | 0.00 |

Sheet no. **3977** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5112800** | | | **Warranty** | | | | |
| **Roger Van Arrwindt** **3034 W Eagle Claw Drive** **Phoenix, AZ 85086** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115141** | | | **Warranty** | | | | |
| **Roger W Myers** **65258 Brook Avenue** **Bellaire, OH 43906** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5066579** | | | **Warranty** | | | | |
| **Roger Whittenburg** **3741 Taylors Chapel Road** **Crossville, TN 38572** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111561** | | | **Warranty** | | | | |
| **Roger Wolf** **1009 Parkway Drive** **St Marys, OH 45885** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5068984** | | | **Warranty** | | | | |
| **Rohit Bhambi** **97 Aspinwall Ave** **Brookline, MA 02446** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3978** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 0.00

In re **Great Lakes Warranty Corporation**                              ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132597** | | | | Warranty | | | | |
| **Rohit Sharma** **984 Eckford Drive** **Troy, MI 48085** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124469** | | | | Warranty | | | | |
| **Roland Albert** **6219 Avain Glen Circle** **Dayton, OH 45424** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106582** | | | | Warranty | | | | |
| **Roland E Peck** **605 Sunrise Farm Court** **Lexington, SC 29073** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131419** | | | | Warranty | | | | |
| **Roland Eubanks** **8924 Collins Avenue** **Pennsauken, NJ 08110** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130375** | | | | Warranty | | | | |
| **Roland G Phelps Sr** **235 Pear St** **Reading, PA 19601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3979** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re   **Great Lakes Warranty Corporation**                               ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5091493** | | | Warranty | | | | |
| **Roland Hall** **939 Baldwin Avenue** **Sharon, PA 16146** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114359** | | | Warranty | | | | |
| **Roland L Washington II** **1215 Field Avenue** **Plainfield, NJ 07060** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130343** | | | Warranty | | | | |
| **Roland Wilson** **2230 South Racoon Road # 112** **Austintown, OH 44515** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111088** | | | Warranty | | | | |
| **Roland Young** **1119 Reves Terrace** **Union, NJ 07083** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5076546** | | | Warranty | | | | |
| **Rolando Caparas** **1854 Shellring Circle** **Mt Pleasant, SC 29466** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**3980** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

In re  **Great Lakes Warranty Corporation**                    ,          Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129430 | | | | Warranty | | | | |
| Rolando Marzado 3370 Prow Ct N Las Vegas, NV 89031 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130208 | | | | Warranty | | | | |
| Roldan Pasron 12808 Northern Sky Avenue NE Albuquerque, NM 87111 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113325 | | | | Warranty | | | | |
| Rolinda Kappeler 2562 Goodfield Point Dayton, OH 45458 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112038 | | | | Warranty | | | | |
| Rolland D Christm 1084 Maple Hollow Road Duncansville, PA 16635 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5085496 | | | | Warranty | | | | |
| Roman Fedorak 68 Teal Drive Langhorne, PA 19047 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3981** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                            ,  Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5067114** | | | | Warranty | | | | |
| **Romano Norway** **11012 Bowler Ridge Road** **New Mansfield, OH 45766** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124864** | | | | Warranty | | | | |
| **Rommel Sinclair** **322 Red Tail Drive** **Blythewood, SC 29016** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121424** | | | | Warranty | | | | |
| **Romona L Luguire Litrell** **2 Boardwalk Lane** **Lexington, SC 29872** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092001** | | | | Warranty | | | | |
| **Romonda L Eulls** **6451 Kindness Cove** **Memphis, TN 38115** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114481** | | | | Warranty | | | | |
| **Ron Anderson** **1204 Beautiful Valley Court** **Nashville, TN 37221** | - | | | | | | | |
| | | | | | | | | **306.30** |

Sheet no. **3982** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **306.30**

In re  **Great Lakes Warranty Corporation**                    ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5105205** | | | | **Warranty** | | | | |
| **Ron Brautigam 4822 Tawawa Maplewood Sidney, OH 45365** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125662** | | | | **Warranty** | | | | |
| **Ron Ewing 12253 Rt 286 Hwy E Commodore, PA 15729** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123879** | | | | **Warranty** | | | | |
| **Ron Fishkind 1527 E Topeka Dr Phoenix, AZ 85024** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129927** | | | | **Warranty** | | | | |
| **Ron Good 68055 Hawk Station Wellston, OH 45692** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5069121** | | | | **Warranty** | | | | |
| **Ron Gurule 556 W Kiva Ave Mesa, AZ 85210** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **3983** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5070327** | | | | **Warranty** | | | | |
| **Ron Hicks** **9112 E Plata Ave** **Mesa, AZ 85212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5077638** | | | | **Warranty** | | | | |
| **Ron Irad** **18760 Wells Drive** **Tarzana, CA 91356** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124925** | | | | **Warranty** | | | | |
| **Ron Keffer** **177 Estates Drive** **Morgantown, WV 26508** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108988** | | | | **Warranty** | | | | |
| **Ron Ritchey** **5154 Abbotsburg Court** **New Albany, OH 43054** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112118** | | | | **Warranty** | | | | |
| **Ron Rothenberger** **410 Lincoln Drive** **Wernersville, PA 19565** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3984** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**  , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5107023** | | | | **Warranty** | | | | |
| **Ron Staso** **20591 Ball Avenue** **Euclid, OH 44123** | - | | | | | | | **1,473.50** |
| Account No. **5108583** | | | | **Warranty** | | | | |
| **Ron Suedekom** **180 Timberline Rd** **Franklin, TN 37069** | - | | | | X | X | | **0.00** |
| Account No. **5128109** | | | | **Warranty** | | | | |
| **Ron Wade** **1069 Barry Lane** **Gallatin, TN 37066** | - | | | | X | X | | **0.00** |
| Account No. **5068157** | | | | **Warranty** | | | | |
| **Ron Weller** **PO Box 642** **Black Canyon City, AZ 85324** | - | | | | X | X | | **0.00** |
| Account No. **5128283** | | | | **Warranty** | | | | |
| **Ronald  Arduino** **406 Longfellow St** **Vandergrift, PA 15690** | - | | | | X | X | | **0.00** |

Sheet no. **3985** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,473.50**

In re   **Great Lakes Warranty Corporation**           ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5132185** | | | | Warranty | | | | |
| **Ronald  Caldwell** **3223 Clearbrook** **Memphis, TN 38115** | | - | | | X | X | | 0.00 |
| Account No. **5097059** | | | | Warranty | | | | |
| **Ronald  Chunn** **2132 Heyward Brockington Road** **Columbia, SC 29203** | | - | | | X | X | | 0.00 |
| Account No. **5122805** | | | | Warranty | | | | |
| **Ronald  Evans** **1075 Broadway Rd N** **Lexington, TN 38351** | | - | | | X | X | | 0.00 |
| Account No. **5113111** | | | | Warranty | | | | |
| **Ronald  Goings** **320 McKinley St** **Pittsburgh, PA 15210** | | - | | | X | X | | 0.00 |
| Account No. **5065127** | | | | Warranty | | | | |
| **Ronald  Hollowell** **1033 East Greenville Road** **Winchester, IN 47394** | | - | | | X | X | | 0.00 |

Sheet no.**3986** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re **Great Lakes Warranty Corporation**
_____,
                            Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5080445** | | | | Warranty | | | | |
| **Ronald Johnson** **1714 Torrington Circle** **Longwood, FL 32750** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122547** | | | | Warranty | | | | |
| **Ronald Klingensmith** **939 7th Ave** **Ford City, PA 16226** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106994** | | | | Warranty | | | | |
| **Ronald Krzanosky** **1017 Queen Street** **Pottstown, PA 19464** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132059** | | | | Warranty | | | | |
| **Ronald Locklair Jr.** **148 Forts Pond Road** **Pelion, SC 29123** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104484** | | | | Warranty | | | | |
| **Ronald Long** **RR1 Box 761B** **Coal Township, PA 17866** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3987** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**       Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5131989** | | Warranty | | | | | | | |
| **Ronald  Luckenbaugh** **29 McAllister Street** **Hanover, PA 17331** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5091525** | | Warranty | | | | | | | |
| **Ronald  McFarland** **38 Engler Lane** **Jim Thorpe, PA 18229** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5121521** | | Warranty | | | | | | | |
| **Ronald  Pruitt** **1220 Vintage Place** **Nashville, TN 37215** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5095982** | | Warranty | | | | | | | |
| **Ronald  Ross Jr** **3516 Heritage Valley Rd** **Atlanta, GA 30331** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5112149** | | Warranty | | | | | | | |
| **Ronald  Rushlow** **2113 N Split Rock** **Tucson, AZ 85749** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **3988** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal        **0.00**
(Total of this page)

In re   **Great Lakes Warranty Corporation**            ,     Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103477** | | | | Warranty | | | | |
| **Ronald Rutter** **728 Echo Street** **Celina, OH 45822** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123288** | | | | Warranty | | | | |
| **Ronald Watson** **410 Seville Avenue** **Altamonte Spring, FL 32714** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090001** | | | | Warranty | | | | |
| **Ronald Wells** **5 Presidential Boulevard** **Shelby, OH 44875** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5036728** | | | | Warranty | | | | |
| **Ronald & Wendy Price** **505 Green Dale Ave** **Pittsburgh, PA 15218** | - | | | | | | | |
| | | | | | | | | 152.93 |
| Account No. **5045267** | | | | Warranty | | | | |
| **Ronald A DiCarlo** **2 Woodcliff Road** **Pittsburgh, PA 15238** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3989** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        152.93

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5082504** | | | | Warranty | | | | |
| **Ronald A Nicholson Jr**<br>**101 Buchanan Road**<br>**Normalville, PA 15469** | | - | | | | | | 242.23 |
| Account No. **5122286** | | | | Warranty | | | | |
| **Ronald A Rabuck**<br>**218 Walnut St**<br>**Williamstown, PA 17098** | | - | | | X | X | | 0.00 |
| Account No. **5089826** | | | | Warranty | | | | |
| **Ronald A Salvatore**<br>**722 Limestone Drive**<br>**Allison Park, PA 15101** | | - | | | X | X | | 0.00 |
| Account No. **5092185** | | | | Warranty | | | | |
| **Ronald A Schaefer Jr**<br>**14 Kaywood Lane**<br>**Cherry Hill, NJ 08034** | | - | | | | | | 2,029.29 |
| Account No. **5122055** | | | | Warranty | | | | |
| **Ronald A Schulze**<br>**5199 Karafit Rd**<br>**Celina, OH 45822** | | - | | | X | X | | 0.00 |

Sheet no. **3990** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **2,271.52**

In re **Great Lakes Warranty Corporation** ,                Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102599** | | | | **Warranty** | | | | |
| **Ronald A Young 7841 Old Charlotte Pike Nashville, TN 37209** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5042636** | | | | **Warranty** | | | | |
| **Ronald B & Katherine Gavin 1208 Myrick Road Mt. Pleasant, SC 29464** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122084** | | | | **Warranty** | | | | |
| **Ronald B Hojstrand 6164 57th St NE Leeds, ND 58346** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131586** | | | | **Warranty** | | | | |
| **Ronald Beady 1447 North Stewart Road Mansfield, OH 44903** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124574** | | | | **Warranty** | | | | |
| **Ronald Bender 375 Sylvis Road Cherry Tree, PA 15724** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3991** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5125605 | | | | Warranty | | | | |
| Ronald Boyden 106 18th Street Vandergrift, PA 15690 | | - | | | X | X | | 0.00 |
| Account No. 5069318 | | | | Warranty | | | | |
| Ronald Brawley 5908 Hampden Ave Rockvale, TN 37153 | | - | | | X | X | | 0.00 |
| Account No. 5124557 | | | | Warranty | | | | |
| Ronald Burton 40 Euclid Street Silhol, OH 44878 | | - | | | X | X | | 0.00 |
| Account No. 5122939 | | | | Warranty | | | | |
| Ronald C Ball 2840 Souoth Church St Murfreesboro, TN 37127 | | - | | | X | X | | 0.00 |
| Account No. 5122354 | | | | Warranty | | | | |
| Ronald C McDonough Jr 616 Excelsior Ave Croydon, PA 19021 | | - | | | X | X | | 0.00 |

Sheet no. **3992** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         0.00

In re **Great Lakes Warranty Corporation**,                    Case No. _____
_____
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5050814** | | | | Warranty | | | | |
| **Ronald C Titus**<br>**9911 Alms Park Dr**<br>**San Antonio, TX 78250** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120569** | | | | Warranty | | | | |
| **Ronald Chatham**<br>**715 Logan Ave**<br>**Altoona, PA 16602** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124790** | | | | Warranty | | | | |
| **Ronald Christy Jr.**<br>**21 Dewey Lane**<br>**Glen Gardner, NJ 08826** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5069942** | | | | Warranty | | | | |
| **Ronald Coleman**<br>**411 West 5th Street**<br>**Mt Carmel, PA 17851** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114698** | | | | Warranty | | | | |
| **Ronald D Bunyak II**<br>**280 Morris Street**<br>**Clymer, PA 15728** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3993** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __Great Lakes Warranty Corporation_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5113615 | | | | Warranty | | | | |
| Ronald D Gordon 656 N Kirk Street West Lafayette, OH 43845 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096509 | | | | Warranty | | | | |
| Ronald D Looney 9105 Center Hill Olive Branch, MS 38654 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128395 | | | | Warranty | | | | |
| Ronald D Palagyi 1551 Dalton Dr Pittsburgh, PA 15237 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093877 | | | | Warranty | | | | |
| Ronald D Schwietzer 1009 State Route 314 S Mansfield, OH 44903 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5094979 | | | | Warranty | | | | |
| Ronald D Waybright 119 Highlawn Drive Ripley, WV 25271 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __3994__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re  **Great Lakes Warranty Corporation**         Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5125741 | | | | | Warranty | | | | |
| Ronald Darwin McLean 1460 Pine Island View Mt Pleasant, SC 29464 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5094349 | | | | | Warranty | | | | |
| Ronald David Miles 3503 Yale Avenue Columbia, SC 29205 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5114915 | | | | | Warranty | | | | |
| Ronald DeFrees 4001 Circle Avenue Reading, PA 19606 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5119850 | | | | | Warranty | | | | |
| Ronald Donatucci 4723 Lorigan St Pittsburgh, PA 15224 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5118834 | | | | | Warranty | | | | |
| Ronald E Bittner 9315 Old Perry Hwy Pittsburgh, PA 15237 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**3995** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal            **0.00**

(Total of this page)

In re   **Great Lakes Warranty Corporation**                                     ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5039303** | | | | **Warranty** | | | | |
| **Ronald E Galbraith** **5352 Forest Acres Dr** **Nashville, TN 37220** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111332** | | | | **Warranty** | | | | |
| **Ronald E Heagy** **205 Elmwood Boulevard** **York, PA 17403** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093932** | | | | **Warranty** | | | | |
| **Ronald E Miller** **11194 Preble County Line** **Middletown, OH 45042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114141** | | | | **Warranty** | | | | |
| **Ronald E Olenik** **2118 Second Street** **South Connellsville, PA 15425** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090306** | | | | **Warranty** | | | | |
| **Ronald E Shaw Sr** **3438 Central Avenue** **Shadyside, OH 43947** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3996** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126012** | | | Warranty | | | | |
| **Ronald E Six** **14701 St Rt 691** **Nelsonville, OH 45764** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5106991** | | | Warranty | | | | |
| **Ronald E Whitekettle** **225 Church Avenue** **Ephrata, PA 17522** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5077899** | | | Warranty | | | | |
| **Ronald Eliason** **2658 Dublin Avenue** **Waterford, PA 16441** | - | | | | | | |
| | | | | | | | 29.29 |
| Account No. **5119926** | | | Warranty | | | | |
| **Ronald Ellsworth** **373 Carmichael** **Sierra Vista, AZ 85635** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114261** | | | Warranty | | | | |
| **Ronald F Hacker** **5713 Headgates Road** **Hamilton, OH 45011** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **3997** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     29.29

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122554** | | | | **Warranty** | | | | |
| **Ronald F Treisch** **5909 State Route 19** **Galion, OH 44833** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126720** | | | | **Warranty** | | | | |
| **Ronald Fisher** **14037 Whitesville Road** **DelMar, DE 19940** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103448** | | | | **Warranty** | | | | |
| **Ronald G Beck** **253 Portman Lane** **Bridgeville, PA 15017** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123300** | | | | **Warranty** | | | | |
| **Ronald Garfold** **1148 5th St.** **Oakmont, PA 15139** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112817** | | | | **Warranty** | | | | |
| **Ronald Gene Minus** **1013 Concord Church Road** **Allendale, SC 29810** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3998** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____

_____,

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113681 | | | | Warranty | | | | |
| Ronald George Pollock 8150 Krebs Highway Clearfield, PA 16830 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117230 | | | | Warranty | | | | |
| Ronald Glenn 2012 33rd Street SW Canton, OH 44706 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118817 | | | | Warranty | | | | |
| Ronald Grove 243 Miller Rd Franklin, PA 16323 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5098922 | | | | Warranty | | | | |
| Ronald H Danner 2123 Southpointe Drive Hummelstown, PA 17036 | - | | | | | | | |
| | | | | | | | | 575.30 |
| Account No. 5089174 | | | | Warranty | | | | |
| Ronald H Goron 183 Pond Lane CConnellsville, PA 15425 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **3999** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    575.30

In re  **Great Lakes Warranty Corporation**  ,  Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089061** | | | **Warranty** | | | | |
| **Ronald H Simon** **501 W Southern Avenue** **Columbiana, OH 44408** | - | | | X | X | | 0.00 |
| Account No. **5120458** | | | **Warranty** | | | | |
| **Ronald Hill** **141 Maplebrook Ct** **Columbus, GA 31904** | - | | | X | X | | 0.00 |
| Account No. **5131856** | | | **Warranty** | | | | |
| **Ronald Holbrook** **928 Moore Oaks Ct** **Henderson, NV 89011** | - | | | X | X | | 0.00 |
| Account No. **5131804** | | | **Warranty** | | | | |
| **Ronald Holland** **60 Sumner Avenue #1** **Pittsburgh, PA 15202** | - | | | X | X | | 0.00 |
| Account No. **5102967** | | | **Warranty** | | | | |
| **Ronald Howell Jr** **26 Creed Avenue** **Youngstown, OH 44515** | - | | | X | X | | 0.00 |

Sheet no. **4000** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **5126071** | | | | | | Warranty | | | | |
| **Ronald Hutchinson** **1020 Valonia Street** **Pittsburgh, PA 15220** | - | | | | | | X | X | | 0.00 |
| Account No. **5106921** | | | | | | Warranty | | | | |
| **Ronald J Bennett** **236 Voyager Estates** **West Newton, PA 15089** | - | | | | | | X | X | | 0.00 |
| Account No. **5129542** | | | | | | Warranty | | | | |
| **Ronald J Boardman** **16911 Tarbell Rd** **Union City, PA 16438** | - | | | | | | X | X | | 0.00 |
| Account No. **5074852** | | | | | | Warranty | | | | |
| **Ronald J Froehlich** **35220 Hiawatha Trail** **Lima, OH 45806** | - | | | | | | X | X | | 0.00 |
| Account No. **5110540** | | | | | | Warranty | | | | |
| **Ronald J Grogan** **1882 Graham Boulevard** **Pittsburgh, PA 15235** | - | | | | | | X | X | | 0.00 |

Sheet no. **4001** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5101785** | | | | **Warranty** | | | | |
| **Ronald J Holt** **1744 Nova Lane** **Poland, OH 44514** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108121** | | | | **Warranty** | | | | |
| **Ronald J Palo Jr** **48 Collier Avenue** **Uniontown, PA 15401** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5074163** | | | | **Warranty** | | | | |
| **Ronald J Richards** **2001 Oakland Road** **Sweetwater, IN 37874** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107166** | | | | **Warranty** | | | | |
| **Ronald J Scere** **749 Euclid Ave  POB 376** **Saegertown, PA 16433** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5063415** | | | | **Warranty** | | | | |
| **Ronald Jackson** **12914 Sheridian Street** **Avondale, PA 85323** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.__**4002**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **0.00**

In re **Great Lakes Warranty Corporation** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124105** | | | Warranty | | | | |
| **Ronald Johnson 144 Park Avenue Est Palestine, OH 44413** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124764** | | | Warranty | | | | |
| **Ronald Keown 600 W. College PO Box 849 Oxford, KS 67119** | - | | | | | | |
| | | | | | | | 964.00 |
| Account No. **5122312** | | | Warranty | | | | |
| **Ronald L Delaney 897 Salsgiver Dr Leeper, PA 16233** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129111** | | | Warranty | | | | |
| **Ronald L Miller 3328 Marrion St Reading, PA 19605** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114708** | | | Warranty | | | | |
| **Ronald L Babbert 1936 Carroll Eastern Road Lancaster, OH 43130** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4003** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

964.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5131395 | | | Warranty | | | | |
| Ronald L Pauley 245 S 5TH Street Reading, PA 19602 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5098321 | | | Warranty | | | | |
| Ronald L Sturm 3712 Second Avenue Beaver Falls, PA 15010 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5095434 | | | Warranty | | | | |
| Ronald L Wilkerson 101 West Richland Ave. Apt. 105 Myerstown, PA 17067 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5065460 | | | Warranty | | | | |
| Ronald L. Byron P.O. Box 5880 Woodland Park, CO 80866 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5099640 | | | Warranty | | | | |
| Ronald Lehman 15 Westwood Road  PO Box 571 Gouldsboro, PA 18424 | - | | | | | | |
| | | | | | | | 158.50 |

Sheet no. **4004** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

158.50

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106544** | | Warranty | | | | | | |
| **Ronald Leslie Evens Jr** **898 Old Wilmington Road** **Sadsburyville, PA 19369** | - | | | | X | X | | 0.00 |
| Account No. **5125682** | | Warranty | | | | | | |
| **Ronald Lombard** **4430 Twin Oaks Drive** **Murrysville, PA 15668** | - | | | | X | X | | 0.00 |
| Account No. **5131612** | | Warranty | | | | | | |
| **Ronald Lutz** **355 Roslyn Avenue** **Glenside, PA 19038** | - | | | | X | X | | 0.00 |
| Account No. **5123004** | | Warranty | | | | | | |
| **Ronald M Schott** **503 S Hickory St** **Scottsdale, PA 15683** | - | | | | X | X | | 0.00 |
| Account No. **5129022** | | Warranty | | | | | | |
| **Ronald McIlwain** **5053 Fairleaf Rd** **Van Wyck, SC 29744** | - | | | | X | X | | 0.00 |

Sheet no. **4005** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re  **Great Lakes Warranty Corporation**                                          ,     Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5132677** | | | | | **Warranty** | | | | |
| **Ronald Miller**<br>**4080 Derr Road**<br>**Springfield, OH 45503** | - | | | | | X | X | | 0.00 |
| Account No. **5094955** | | | | | **Warranty** | | | | |
| **Ronald Myers**<br>**220 Ashley Hall Rd**<br>**Columbus, SC 29229** | - | | | | | X | X | | 0.00 |
| Account No. **5101653** | | | | | **Warranty** | | | | |
| **Ronald O OBrien**<br>**322 Minor Street**<br>**Emmaus, PA 18049** | - | | | | | | | | 56.50 |
| Account No. **5070460** | | | | | **Warranty** | | | | |
| **Ronald Orwig**<br>**1051 Coverdale St**<br>**Pittsburgh, PA 15220** | - | | | | | X | X | | 0.00 |
| Account No. **5112973** | | | | | **Warranty** | | | | |
| **Ronald P Castanet**<br>**21 Sherman Circle**<br>**McDonald, PA 15057** | - | | | | | X | X | | 0.00 |

Sheet no. **4006** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56.50

In re **Great Lakes Warranty Corporation** ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5093112** | | | | **Warranty** | | | | |
| **Ronald P Harris** **3323 Nash Place SE** **Washington, DC 20020** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5070074** | | | | **Warranty** | | | | |
| **Ronald Palo** **10 N Morgantown St** **Fairchance, PA 15436** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125020** | | | | **Warranty** | | | | |
| **Ronald Pike** **100 Ralston St No 603** **Reno, NV 89503** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131786** | | | | **Warranty** | | | | |
| **Ronald Platek** **1830 North Buffalo Drive #1072** **Las Vegas, NV 89128** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120033** | | | | **Warranty** | | | | |
| **Ronald Poorman** **339 S Arlington Ave** **Harrisburg, PA 17109** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4007** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal         **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5132409** | | | | **Warranty** | | | | |
| **Ronald Powell 12026 Crossroads Avenue Felton, PA 17322** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113952** | | | | **Warranty** | | | | |
| **Ronald R Fedor 103 Jefferson Drive Clairton, PA 15025** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086874** | | | | **Warranty** | | | | |
| **Ronald R Fowler 26449 Ridge Road Coolville, OH 45723** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104634** | | | | **Warranty** | | | | |
| **Ronald R Roush 8509 State Route 7 Cheshire, OH 45620** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112002** | | | | **Warranty** | | | | |
| **Ronald R Schamber 225 Cavalry Road Jonestown, PA 17038** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4008** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5125426 | | | | Warranty | | | | |
| Ronald Radcliff 14605 Olive Green Road Centerburg, OH 43011 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124447 | | | | Warranty | | | | |
| Ronald Ragen 851 E Thompson St Philadelphia, PA 19125 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127332 | | | | Warranty | | | | |
| Ronald Rambo 139 Three Oaks Ct Prosperity, SC 29127 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124030 | | | | Warranty | | | | |
| Ronald Ray 236 Simpson Rd. Greensburg, PA 15601 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131491 | | | | Warranty | | | | |
| Ronald Rohrbaugh II 12203 Sprucevale Road East Liverpool, OH 43970 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4009** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re　**Great Lakes Warranty Corporation**　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,

　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5092794** | | | | Warranty | | | | |
| **Ronald Romandi III** **204 W Front Street** **Lansford, PA 18234** | - | | | | X | X | | 0.00 |
| Account No. **5074865** | | | | Warranty | | | | |
| **Ronald S DeMarco** **21 Rittenhouse Circle** **Flemington, NJ 08822** | - | | | | X | X | | 0.00 |
| Account No. **5094072** | | | | Warranty | | | | |
| **Ronald S Frederick** **1 Mannina Avenue** **Dunlevy, PA 15432** | - | | | | X | X | | 0.00 |
| Account No. **5100773** | | | | Warranty | | | | |
| **Ronald S Kees** **203 Deer Park Lane** **Franklin, TN 37069** | - | | | | X | X | | 0.00 |
| Account No. **5101983** | | | | Warranty | | | | |
| **Ronald S McAbee** **2006 Fransworth Drive** **Nashville, TN 37205** | - | | | | X | X | | 0.00 |

Sheet no.**4010** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　Subtotal　　　　　　0.00
　　　　　　　　　　　　　　　　　　　　　(Total of this page)

In re   **Great Lakes Warranty Corporation**                                Case No. _____
                                                                     ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5126141 | | | | Warranty | | | | |
| Ronald Schumacker 2321 4th Street Tucker, GA 30084 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5101505 | | | | Warranty | | | | |
| Ronald Sheetz 432 Keystone Drive New Kensington, PA 15068 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131197 | | | | Warranty | | | | |
| Ronald Shields 101 Seel Street Pittsburgh, PA 15223 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126475 | | | | Warranty | | | | |
| Ronald Shipman 64 N 4th Street Easton, PA 18042 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5094238 | | | | Warranty | | | | |
| Ronald Stark 4022 Henry Camp Road St Marys, WV 26170 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4011** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5086848** | | | Warranty | | | | |
| **Ronald Stauffer** **3054 Chippendale NW** **Massillon, OH 44646** | - | | | | | | 545.80 |
| Account No. **5128368** | | | Warranty | | | | |
| **Ronald Thomas** **3845 Wiggins Bay St  Unit 202** **Las VEgas, NV 89129** | - | | | X | X | | 0.00 |
| Account No. **5117468** | | | Warranty | | | | |
| **Ronald Vogel** **R8 BX 229 Williams** **Manheim, PA 18545** | - | | | X | X | | 0.00 |
| Account No. **5119222** | | | Warranty | | | | |
| **Ronald W  Brown** **937 W Trenton AVe  B2** **Morrisville, PA 19067** | - | | | X | X | | 0.00 |
| Account No. **5082935** | | | Warranty | | | | |
| **Ronald W Allen** **120 Deer Run Road** **Anderson, SC 29626** | - | | | X | X | | 0.00 |

Sheet no. **4012** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

545.80

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5116738** <br><br> **Ronald W Koller** <br> **650 Forest Drive** <br> **Palmerton, PA 18071** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5107219** <br><br> **Ronald W Reed** <br> **3516 Snyder Drive** <br> **Wooster, OH 44691** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5092791** <br><br> **Ronald W Rhodes** <br> **31 Ranch Road** <br> **Dunbar, PA 15431** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5124646** <br><br> **Ronald West** <br> **324 Pine Street** <br> **Tamaqua, PA 18252** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5119315** <br><br> **Ronald Williams** <br> **11934 Hendersonville Hwy** <br> **Yemassee, SC 29945** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **4013** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                                  ,  Case No. _____

                                                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5117779 | | | Warranty | | | | |
| Ronald Young 3777 Farber Street Magnolia, OH 44643 | - | | | X | X | | 0.00 |
| Account No. 5123030 | | | Warranty | | | | |
| Ronald Younkin 748 Baning Rd Dawson, PA 15428 | - | | | X | X | | 0.00 |
| Account No. 5078309 | | | Warranty | | | | |
| Ronardo C Stewart 2908 Harbor View Drive Nashville, TN 37217 | - | | | | | | 1,003.49 |
| Account No. 5124960 | | | Warranty | | | | |
| Ronda Bunting 525 Arthur Ave Maryville, TN 37804 | - | | | X | X | | 0.00 |
| Account No. 5086201 | | | Warranty | | | | |
| Ronda M Thomas 919 Tara Trail Columbia, SC 29210 | - | | | X | X | | 0.00 |

Sheet no. **4014** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,003.49**

In re   **Great Lakes Warranty Corporation**                                    ,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5089205 | | | | | Warranty | | | | |
| Rondale A Wilbur 2750 Robinson Boulevard #15 Penn Hills, PA 15235 | - | | | | | | | | 318.51 |
| Account No. 5091093 | | | | | Warranty | | | | |
| Ronell Morrison 818 Overlook Place McKees Rocks, PA 15136 | - | | | | | X | X | | 0.00 |
| Account No. 5080751 | | | | | Warranty | | | | |
| Rong Luo 4747 Lage Drive San Jose, CA 95130 | - | | | | | | | | 1,332.13 |
| Account No. 5120498 | | | | | Warranty | | | | |
| Ronit Finkelstein 148 Hadassah Lane Lakewood, NJ 08701 | - | | | | | | | | 957.00 |
| Account No. 5124175 | | | | | Warranty | | | | |
| Ronld L Gates 206 Capitol Hill Rd Dilllsburg, PA 17019 | - | | | | | X | X | | 0.00 |

Sheet no. **4015** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **2,607.64**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123241** | | | | **Warranty** | | | | |
| **Ronnie Wells** **100 Towhee Trail** **Shelbyville, TN 37160** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129217** | | | | **Warranty** | | | | |
| **Ronnie Boan** **101 Mylon Ray Hopkins Ct** **Greenville, SC 29601** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116138** | | | | **Warranty** | | | | |
| **Ronnie E Dzubinski Jr** **237 Maple Avenue** **Oakdale, PA 15071** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103930** | | | | **Warranty** | | | | |
| **Ronnie Freedberg** **434 Dogwood Drive** **Easton, PA 18040** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5085697** | | | | **Warranty** | | | | |
| **Ronnie L ODell** **270 E Pleasant Street** **Pennville, IN 47369** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4016** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097358** | | | | Warranty | | | | |
| **Ronnie McCoy** **4417 Spring Cove Drive** **Murfreesboro, TN 37128** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092545** | | | | Warranty | | | | |
| **Ronnie Palmer** **1211 South Longacre** **Lansdowne, PA 19050** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5080451** | | | | Warranty | | | | |
| **Ronnie Parker** **8700 Oak Spring Lane** **Colfax, NC 27235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128978** | | | | Warranty | | | | |
| **Ronnie Swoger** **103 Santa Fe** **Olpe, KS 66865** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5081302** | | | | Warranty | | | | |
| **Ronnie Turner** **P.O. Box 1208** **Brewster, WA 98812** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4017** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re __Great Lakes Warranty Corporation_____,    Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5125090 | | | | Warranty | | | | |
| Ronnie W Childers 1477 Footville Richmond Jefferson, OH 44047 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5080760 | | | | Warranty | | | | |
| Ronnie White 23724 Laura Leigh Lane Athens, AL 35613 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5081291 | | | | Warranty | | | | |
| Roody Ira 15401 N 30th Ave Phoenix, AZ 85053 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5098328 | | | | Warranty | | | | |
| Roque Murillo 2112 David Drive Bristol, PA 19007 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5097933 | | | | Warranty | | | | |
| Rory D Nesmith 112 S Arch Street Mechanicsburg, PA 17055 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __4018__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5112125** | | | **Warranty** | | | | |
| **Rory J Knotts**<br>**178 Curtis Rd**<br>**Fayetteville, TN 37334** | - | | | X | X | | 0.00 |
| Account No. **5094271** | | | **Warranty** | | | | |
| **Rory J Lipsett**<br>**74 Spring Street**<br>**Pottsville, PA 17901** | - | | | | | | 133.53 |
| Account No. **5111121** | | | **Warranty** | | | | |
| **Rory Lyons**<br>**2469 Brookledge Road  Apt A33**<br>**Bridgeville, PA 15017** | - | | | X | X | | 0.00 |
| Account No. **5110666** | | | **Warranty** | | | | |
| **Rory Tangalin**<br>**502 W Main Street**<br>**Cape May Court House, NJ 08210** | - | | | X | X | | 0.00 |
| Account No. **5132621** | | | **Warranty** | | | | |
| **Rosa Duran**<br>**706 Willowick Avenue**<br>**North Las Vegas, NV 89031** | - | | | X | X | | 0.00 |

Sheet no.**4019** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                133.53

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                        **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5092840** | | | | **Warranty** | | | | |
| **Rosa Lee Lawson 201 Raintree Drive Irmo, SC 29063** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103761** | | | | **Warranty** | | | | |
| **Rosa Medina De Garcia 655 N Second Avenue  Apt 3 San Luis, AZ 85349** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5065145** | | | | **Warranty** | | | | |
| **Rosabel Chua 8606 West Carrol Avenue Peoria, AZ 85345** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085736** | | | | **Warranty** | | | | |
| **Rosalie  Pribbenow 413 29th St Nort Pell City, AL 35125** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132237** | | | | **Warranty** | | | | |
| **Rosalie Durkota 129 Ridgeview Drive Ligonier, PA 15658** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4020** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5131173 | | | | Warranty | | | | |
| Rosalie Malave 415 Swatara Street Steelton, PA 17113 | - | | | | X | X | | 0.00 |
| Account No. 5121572 | | | | Warranty | | | | |
| Rosalind R Scales 614 Chester Ave Pittsburgh, PA 15214 | - | | | | | | | 107.20 |
| Account No. 5129916 | | | | Warranty | | | | |
| Rosalind Volious 1248 Ferry Street Easton, PA 18042 | - | | | | X | X | | 0.00 |
| Account No. 5127831 | | | | Warranty | | | | |
| Rosalinda Richardson 4400 South Jones #2095 Las Vegas, NV 89103 | - | | | | X | X | | 0.00 |
| Account No. 5131758 | | | | Warranty | | | | |
| Rosalva Escobar 800 Orquidea Street San Luis, AZ 85349 | - | | | | X | X | | 0.00 |

Sheet no. **4021** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  107.20

In re  **Great Lakes Warranty Corporation**                                          ,     Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128870** | | **Warranty** | | | | | | |
| **Rosaly Jimenez** **435 N 6th Street #F** **Allentown, PA 18102** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113617** | | **Warranty** | | | | | | |
| **Rosalyn James** **703 Wood Duck Court** **Middletown, DE 19709** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112003** | | **Warranty** | | | | | | |
| **Rosalyn Yellin** **6 Spruce Drive** **Holland, PA 18966** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5099742** | | **Warranty** | | | | | | |
| **Rosanne Griffith** **3467 Banyan Street NW** **Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5072074** | | **Warranty** | | | | | | |
| **Rosanne Tarapacki** **9380 East Wood Drive** **Scottsdale, AZ 85260** | - | | | | | | | |
| | | | | | | | | **225.45** |

Sheet no. **4022** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **225.45**

In re **Great Lakes Warranty Corporation**                              , Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5126756** | | | | **Warranty** | | | | |
| **Rosario Chase** **97 Rockview Avenue** **North Plainfield, NJ 07060** | - | | | | X | X | | 0.00 |
| Account No. **5131118** | | | | **Warranty** | | | | |
| **Rosaura Munoz** **1401 North Lamb Blvd # 207** **Las Vegas, NV 89110** | - | | | | | | | 1,830.00 |
| Account No. **5123588** | | | | **Warranty** | | | | |
| **Rosco L Crabtree** **20 Mound St** **The Plains, OH 45780** | - | | | | X | X | | 0.00 |
| Account No. **5091930** | | | | **Warranty** | | | | |
| **Roscoe H Woods** **1073 Cove Lane** **Oliver Springs, TN 37840** | - | | | | X | X | | 0.00 |
| Account No. **5131904** | | | | **Warranty** | | | | |
| **Roscoe Jackson** **26701 Rock Run Road** **Jackson, OH 45723** | - | | | | X | X | | 0.00 |

Sheet no. **4023** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **1,830.00**

In re **Great Lakes Warranty Corporation**, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5078539 | | | Warranty | | | | |
| Rose A Azumah 6217 Springbeauty Drive Charlotte, NC 28227 | - | | | X | X | | 0.00 |
| Account No. 5095304 | | | Warranty | | | | |
| Rose A Barbato 16 Hilltop Drive Greensburg, PA 15601 | - | | | | | | 1,060.00 |
| Account No. 5082631 | | | Warranty | | | | |
| Rose A Blower 19265 State Route 329  Rt 3 Glouster, OH 45732 | - | | | X | X | | 0.00 |
| Account No. 5108809 | | | Warranty | | | | |
| Rose A Rupert 1309 Chelton Avenue Pittsburgh, PA 15226 | - | | | X | X | | 0.00 |
| Account No. 5125103 | | | Warranty | | | | |
| Rose Ann Clements 5803 Clover Street Chatanooga, TN 37412 | - | | | X | X | | 0.00 |

Sheet no. **4024** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,060.00**

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5128919** | | | | | **Warranty** | | | | |
| **Rose Conti** 112 Village Rd Villas, NJ 08251 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5069203** | | | | | **Warranty** | | | | |
| **Rose Farlin** 7842 Edgewater Dr Columbia, SC 29223 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5130455** | | | | | **Warranty** | | | | |
| **Rose George** 48 Carol Ann Drive Lebanon, PA 17046 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5111731** | | | | | **Warranty** | | | | |
| **Rose L Gladden** 1318S Fountain Street Allentown, PA 18103 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5116737** | | | | | **Warranty** | | | | |
| **Rose M Giovinazzo** 3742 Sharp Street Philadelphia, PA 19127 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4025** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __**Great Lakes Warranty Corporation**_____,  Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5071799** | | | **Warranty** | | | | |
| **Rose M Reid** **852 North Garland** **Youngstown, OH 44506** | - | | | X | X | | 0.00 |
| Account No. **5123708** | | | **Warranty** | | | | |
| **Rose M Strbak** **612 S Walnut St** **Blairsville, PA 15717** | - | | | | | | 230.98 |
| Account No. **5118792** | | | **Warranty** | | | | |
| **Rose M Trout** **5 Sout Plains Rd** **The Plains, OH 45780** | - | | | X | X | | 0.00 |
| Account No. **5063936** | | | **Warranty** | | | | |
| **Rose Marie Dobbs** **RR4 Box 347** **Cameron, WV 26033** | - | | | X | X | | 0.00 |
| Account No. **5123287** | | | **Warranty** | | | | |
| **Rose Marie Painter** **9268 Burlingham Road** **Holland, NY 14080** | - | | | X | X | | 0.00 |

Sheet no. __**4026**__ of __**4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        230.98

In re    **Great Lakes Warranty Corporation** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5125075 | | | Warranty | | | | |
| Rose Marina Colon 3108 Jimmy Ct Fayetteville, NC 28306 | - | | | X | X | | 0.00 |
| Account No. 5105351 | | | Warranty | | | | |
| Rose Mary Rimer 1403 Spruce Street Cheswick, PA 15024 | - | | | X | X | | 0.00 |
| Account No. 5126752 | | | Warranty | | | | |
| Rose Poole 4884 State Route 39 NW Dover, OH 44622 | - | | | X | X | | 0.00 |
| Account No. 5132319 | | | Warranty | | | | |
| Rose Redcay 651 Broad Street Chambersburg, PA 17201 | - | | | X | X | | 0.00 |
| Account No. 5093997 | | | Warranty | | | | |
| Rose Thurman 381 Thurman Lane Decatur, TN 37322 | - | | | X | X | | 0.00 |

Sheet no. **4027** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                0.00

In re    **Great Lakes Warranty Corporation**
_____,     Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129267** | | | | **Warranty** | | | | |
| **Roseann Beau** **201 West Hederow Drive** **Swedesboro, NJ 08085** | | - | | | | | | 1,387.76 |
| Account No. **5116537** | | | | **Warranty** | | | | |
| **Roseanne D Leamond** **805 N Channel Court** **Charleston, SC 29412** | | - | | | X | X | | 0.00 |
| Account No. **5118481** | | | | **Warranty** | | | | |
| **Rosemarie  Elm** **675 Sandy Hill Rd** **Valencia, PA 16059** | | - | | | X | X | | 0.00 |
| Account No. **5107662** | | | | **Warranty** | | | | |
| **Rosemarie Cooney** **812 Avon Road** **Philadelphia, PA 19116** | | - | | | X | X | | 0.00 |
| Account No. **5109912** | | | | **Warranty** | | | | |
| **Rosemarie J Gordon** **916 Freeport Road** **Freeport, PA 16229** | | - | | | X | X | | 0.00 |

Sheet no. **4028** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **1,387.76**

In re    **Great Lakes Warranty Corporation**                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5080421** | | | | | **Warranty** | | | | |
| **Rosemarie Johnson** **5006J North Convert Avenue** **Philadelphia, Pa 19114** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5121329 | | | | | **Warranty** | | | | |
| **Rosemarie Rodriguez** **5325 Jackson St** **Philadelphia, PA 19124** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5086525 | | | | | **Warranty** | | | | |
| **Rosemary Cantrell** **736 E Villa Rita Drive** **Phoenix, AZ 85022** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5044159 | | | | | **Warranty** | | | | |
| **Rosemary Fink** **1062 Highland Dr** **Albany, OH 45710** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5063813 | | | | | **Warranty** | | | | |
| **Rosemary Keller** **34856 State Route 7** **Pomeroy, OH 45769** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4029** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5076621 | | | Warranty | | | | |
| Rosemary L Hagar 521 W Wayne Street Celina, OH 45822 | | - | | | | | 513.20 |
| Account No. 5092153 | | | Warranty | | | | |
| Rosemary Tambasco 106 Race Street Ringtown, PA 17967 | | - | | X | X | | 0.00 |
| Account No. 5127619 | | | Warranty | | | | |
| Rosendo Andrade 901 Brush Street #189 Las Vegas, NV 89107 | | - | | X | X | | 0.00 |
| Account No. 5097823 | | | Warranty | | | | |
| Rosetta D Boyd 84 Oak Ridge Drive Newberry, SC 29108 | | - | | X | X | | 0.00 |
| Account No. 5121882 | | | Warranty | | | | |
| Roshan Patel 1517 Secor Rd  Apt 302 Toledo, OH 43607 | | - | | X | X | | 0.00 |

Sheet no.**4030** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 513.20

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5092212** | | | Warranty | | | | |
| **Roshelle D Andrews**<br>**528 W Greenleaf Street**<br>**Allentown, PA 18102** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5105622** | | | Warranty | | | | |
| **Rosie B  Smith**<br>**12 Ketchum Court**<br>**Bloomington, IL 61704** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5083442** | | | Warranty | | | | |
| **Rosie L Jones**<br>**2897 Wade Avenue**<br>**Cleveland, Oh 44113** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102340** | | | Warranty | | | | |
| **Rosie M Eshbach**<br>**3720 Rosewood Road**<br>**Reading, PA 19605** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099599** | | | Warranty | | | | |
| **Rosinna Briones**<br>**3438 N Sonoran Hills**<br>**Mesa, AZ 85207** | - | | | | | | |
| | | | | | | | 178.90 |

Sheet no.__4031__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

178.90

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132049** | | | | Warranty | | | | |
| **Rosio Ortiz** **44 Blanchard Street** **Lawrence, MA 01843** | - | | | | X | X | | 0.00 |
| Account No. **5073021** | | | | Warranty | | | | |
| **Ross A Frederickson** **3314 Vantage Point Dr  #2B** **Fort Wayne, IN 46825** | - | | | | X | X | | 0.00 |
| Account No. **5131885** | | | | Warranty | | | | |
| **Ross Chaney** **20405 Cyprus Drive SE** **Massillon, OH 44646** | - | | | | X | X | | 0.00 |
| Account No. **5113253** | | | | Warranty | | | | |
| **Ross J Rotunda** **416 S Lang Avenue** **Pittsburgh, PA 15208** | - | | | | X | X | | 0.00 |
| Account No. **5124774** | | | | Warranty | | | | |
| **Ross Koch** **79 Main Street** **Pottsville, PA 17901** | - | | | | X | X | | 0.00 |

Sheet no. **4032** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re    **Great Lakes Warranty Corporation**                          ,      Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5116790** | | | | **Warranty** | | | | |
| **Ross Mattis** **113 Wooded Lane** **Villanova, PA 19085** | - | | | | X | X | | 0.00 |
| Account No. **5111464** | | | | **Warranty** | | | | |
| **Ross Sedler** **3301 19th Street** **Lubbock, TX 79410** | - | | | | X | X | | 0.00 |
| Account No. **5068122** | | | | **Warranty** | | | | |
| **Rourk Mulderig** **2230 Wimbledon Circle** **Franklin, TN 37069** | - | | | | X | X | | 0.00 |
| Account No. **5110354** | | | | **Warranty** | | | | |
| **Rowena Balanon** **3302 N 7th Street** **Phoenix, AZ 85014** | - | | | | X | X | | 0.00 |
| Account No. **5123123** | | | | **Warranty** | | | | |
| **Roxanne A Banks Williams** **213 Franklin Ave** **Pittsburgh, PA 15221** | - | | | | X | X | | 0.00 |

Sheet no. **4033** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re   **Great Lakes Warranty Corporation**                ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5099968** | | | Warranty | | | | |
| **Roxanne Mitchell**<br>**303 Mansion Street**<br>**Pittsburgh, PA 15207** | - | | | | | | 272.00 |
| Account No. **5120623** | | | Warranty | | | | |
| **Roxanne Pugh**<br>**5489 Morse St**<br>**Philadelphia, PA 19131** | - | | | X | X | | 0.00 |
| Account No. **5089927** | | | Warranty | | | | |
| **Roxanne Y Hernandez**<br>**704 E Melrose Drive**<br>**Casa Grande, AZ 85222** | - | | | X | X | | 0.00 |
| Account No. **5091262** | | | Warranty | | | | |
| **Roxie A Marcinko**<br>**41330 Marcinko Road**<br>**Reedsville, OH 45772** | - | | | | | | 135.00 |
| Account No. **5129169** | | | Warranty | | | | |
| **Roxie Borkenhagen**<br>**7805 Falcon Wing Avenue**<br>**Las Vegas, NV 89131** | - | | | X | X | | 0.00 |

Sheet no.**4034** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal
        (Total of this page)     **407.00**

In re  **Great Lakes Warranty Corporation**                          ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5116651** | | | | **Warranty** | | | | |
| **Roxie Chisholm** **336 Algrande Way** **Columbia, SC 29229** | - | | | | X | X | | 0.00 |
| Account No. **5126292** | | | | **Warranty** | | | | |
| **Roxie Clabough** **3419 Little Dug Road** **Louisville, TN 37777** | - | | | | X | X | | 0.00 |
| Account No. **5103332** | | | | **Warranty** | | | | |
| **Roy Geer** **4203 Lincoln St E** **East Canton, OH 44730** | - | | | | X | X | | 0.00 |
| Account No. **5131392** | | | | **Warranty** | | | | |
| **Roy Mack** **82 Front Street PO Box 18** **Benezette, PA 15821** | - | | | | X | X | | 0.00 |
| Account No. **5091886** | | | | **Warranty** | | | | |
| **Roy Rexroth Jr** **2630 Erie Street #6** **San Diego, CA 92110** | - | | | | X | X | | 0.00 |

Sheet no.**4035** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5094523** | | Warranty | | | | | | |
| **Roy  Watkins Jr** **1281 Firestone Avenue** **Memphis, TN 38107** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129270** | | Warranty | | | | | | |
| **Roy  White** **613 Mile St** **New Salem, PA 15468** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129205** | | Warranty | | | | | | |
| **Roy A Erdman** **952 Callowhill Rd** **Perkasie, PA 18944** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112543** | | Warranty | | | | | | |
| **Roy Chamlee** **2328 Cooper Lane** **Nashville, TN 37216** | - | | | | | | | |
| | | | | | | | | 333.63 |
| Account No. **5112955** | | Warranty | | | | | | |
| **Roy Clifton** **5 Allison Drive** **Loretto, TN 38469** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4036** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

333.63

In re **Great Lakes Warranty Corporation**             Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131206** | | | | **Warranty** | | | | |
| **Roy Cutshaw** **1 Maryland Circle Apt 202** **Whitehall, PA 18052** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121484** | | | | **Warranty** | | | | |
| **Roy D Shank** **1321 Troy Rd** **Ashland, OH 44805** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5064397** | | | | **Warranty** | | | | |
| **Roy Dantzman** **238 East Main Street** **Montrose, CO 81401** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116090** | | | | **Warranty** | | | | |
| **Roy E Hoak** **407 Russellwood Avenue** **McKees Rocks, PA 15136** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5077404** | | | | **Warranty** | | | | |
| **Roy E Kelley Jr** **252 Outcrop Road  Apt 15** **Smithfield, PA 15478** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4037** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                         (Total of this page)     0.00

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5090944** | | | | **Warranty** | | | | |
| **Roy E Richmond**<br>**118 Ford Lane**<br>**Church Hill, TN 37642** | - | | | | X | X | | 0.00 |
| Account No. **5071531** | | | | **Warranty** | | | | |
| **Roy E Ulko**<br>**132 W Main St**<br>**Circleville, OH 43113** | - | | | | X | X | | 0.00 |
| Account No. **5123985** | | | | **Warranty** | | | | |
| **Roy Geiger**<br>**316 Laurel Road**<br>**Boyertown, PA 19572** | - | | | | X | X | | 0.00 |
| Account No. **5089900** | | | | **Warranty** | | | | |
| **Roy H Kinsey**<br>**17120 E Fairway Court**<br>**Fountain Hills, AZ 85268** | - | | | | X | X | | 0.00 |
| Account No. **5125409** | | | | **Warranty** | | | | |
| **Roy Harris**<br>**1029 Bryan Road**<br>**Drexel Hill, PA 19026** | - | | | | X | X | | 0.00 |

Sheet no.__4038__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re **Great Lakes Warranty Corporation**                              Case No. _____
                                                              ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5097425** | | | | Warranty | | | | |
| **Roy J Duke** **228 Little Summit Road** **Dunbar, PA 15431** | - | | | | X | X | | 0.00 |
| Account No. **5099854** | | | | Warranty | | | | |
| **Roy Lee Bowers Jr** **101 Autumn Woods Drive** **Irmo, SC 29063** | - | | | | X | X | | 0.00 |
| Account No. **5114994** | | | | Warranty | | | | |
| **Roy Molter** **438 Brierly Lane** **West Mifflin, PA 15122** | - | | | | X | X | | 0.00 |
| Account No. **5079249** | | | | Warranty | | | | |
| **Roy Petties** **PO Box 203  981 Ohio Avenue** **Midland, PA 15059** | - | | | | X | X | | 0.00 |
| Account No. **5113466** | | | | Warranty | | | | |
| **Roy Phillips** **1258 Horsehead Road** **Lugoff, SC 29078** | - | | | | X | X | | 0.00 |

Sheet no.**4039** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                  **0.00**

In re **Great Lakes Warranty Corporation**                                      Case No. _____
                                                  ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5121366** | | | | **Warranty** | | | | |
| **Roy R Lindenmuth** **441 Spruce Hollow Rd** **Vandergrift, PA 15690** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111940** | | | | **Warranty** | | | | |
| **Roy R Mabry Sr** **2173 Lutheran Church Road** **Lancaster, OH 43130** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5062340** | | | | **Warranty** | | | | |
| **Royce Bailey** **705 Knights Bridge Way** **Antioch, TN 37013** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130836** | | | | **Warranty** | | | | |
| **Royce Pickett** **1350 Oma Jeane** **Idaho Falls, IO 83402** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087091** | | | | **Warranty** | | | | |
| **Royce S Toby** **17804 Cormorant Lane** **Germantown, MD 20874** | - | | | | | | | |
| | | | | | | | | **59.98** |

Sheet no. **4040** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **59.98**

In re   **Great Lakes Warranty Corporation**           ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122958** | | | | **Warranty** | | | | |
| **Rozier R Cole** **4824 Smallwood Rd  Apt 152** **Columbia, SC 29223** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118570** | | | | **Warranty** | | | | |
| **Rozlynn Hicks** **28 Russell Rd** **NEw Casatle, DE 19720** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119448** | | | | **Warranty** | | | | |
| **Ruben  Moore** **407 Scott Dr** **Shippensburg, PA 17257** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113438** | | | | **Warranty** | | | | |
| **Ruben Corralejo** **15361 Cactus Blossum** **El Paso, TX 79938** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132664** | | | | **Warranty** | | | | |
| **Ruben Garcia Yanez** **901 Date Street** **Las Vegas, NV 89018** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4041** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130981** | | | | **Warranty** | | | | |
| **Ruben Gonzalez** **110 East Wyomissing Boulevard Apt 23A** **Reading, PA 19611** | - | | | | X | X | | 0.00 |
| Account No. **5098859** | | | | **Warranty** | | | | |
| **Ruben Guerra** **2023 E Palm Lane** **Scottsdale, AZ 85257** | - | | | | X | X | | 0.00 |
| Account No. **5119919** | | | | **Warranty** | | | | |
| **Ruben Michel** **412 E Camino Rancho Seco** **Sahuarita, AZ 85629** | - | | | | X | X | | 0.00 |
| Account No. **5132355** | | | | **Warranty** | | | | |
| **Ruben Murillo** **1043 Meadowfield Drive** **Gaston, SC 29053** | - | | | | X | X | | 0.00 |
| Account No. **5075454** | | | | **Warranty** | | | | |
| **Rubi P Perez** **8829 W Avalon Drive** **Phoenix, AZ 85037** | - | | | | | | | 1,193.00 |

Sheet no.**4042** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,193.00**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127252** | | | **Warranty** | | | | |
| **Ruby Archuleta**<br>**6115 Magic Mesa St**<br>**N Las Vegas, NV 89031** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114509** | | | **Warranty** | | | | |
| **Ruby Cortner**<br>**7101 River Park Court**<br>**Nashville, TN 37221** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118769** | | | **Warranty** | | | | |
| **Ruby G Brown**<br>**117 West Main St  Apt 416**<br>**Uniontowsn, PA 15401** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5128763** | | | **Warranty** | | | | |
| **Ruby Gilliland**<br>**1152 Narrows Road**<br>**Shelbyville, TN 37160** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101646** | | | **Warranty** | | | | |
| **Ruby Taylor**<br>**160 West Avenue  Apt 1015**<br>**Woodstown, NJ 08098** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**4043** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132172** | | | **Warranty** | | | | |
| **Ruby Walk** **204 Missley Aly** **Altoona, PA 16601** | | - | | | | | 1,085.00 |
| Account No. **5112309** | | | **Warranty** | | | | |
| **Ruchir Sehra** **11834 N 142nd Street** **Scottsdale, AZ 85259** | | - | | X | X | | 0.00 |
| Account No. **5085860** | | | **Warranty** | | | | |
| **Rudolph Cunningham** **3621 Carriage House Road** **Columbia, SC 29206** | | - | | X | X | | 0.00 |
| Account No. **5103411** | | | **Warranty** | | | | |
| **Rudolph V Brown Jr** **3045 High Rigger Drive** **Nashville, TN 37217** | | - | | X | X | | 0.00 |
| Account No. **5099639** | | | **Warranty** | | | | |
| **Rudy Bittner** **2140 Knorr Street** **Philadelphia, PA 19149** | | - | | X | X | | 0.00 |

Sheet no.__4044__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,085.00**

In re **Great Lakes Warranty Corporation** ,                     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5107146** | | | | Warranty | | | | |
| **Rudy Garza** **12508 W Rosewood Lane** **El Mirage, AZ 85335** | - | | | | X | X | | 0.00 |
| Account No. **5102255** | | | | Warranty | | | | |
| **Rudy L Guerrero** **5232 L Street  Lot 128** **Magnolia, OH 44643** | - | | | | X | X | | 0.00 |
| Account No. **5109196** | | | | Warranty | | | | |
| **Rudy Rodriguez** **9401 N 37th Avenue** **Phoenix, AZ 85051** | - | | | | X | X | | 0.00 |
| Account No. **5098858** | | | | Warranty | | | | |
| **Rudy Salas** **6152 E Cicero Street** **Mesa, AZ 85205** | - | | | | | | | 527.40 |
| Account No. **5083443** | | | | Warranty | | | | |
| **Rugaryah B Conley** **36 Emma Street** **Plainfield, NJ 07063** | - | | | | X | X | | 0.00 |

Sheet no.**4045** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

527.40

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5092637** | | | | **Warranty** | | | | |
| **Russ Finkelstein 1720 E Cielo Grande Avenue Phoenix, AZ 85024** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5084271** | | | | **Warranty** | | | | |
| **Russ Porter P.O. Box 6747 Ketchum, ID 83340** | | - | | | | | | |
| | | | | | | | | **1,831.00** |
| Account No. **5124201** | | | | **Warranty** | | | | |
| **Russ Tovcimak 9742 Bellcrest Rd Pittsburgh, PA 15237** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111646** | | | | **Warranty** | | | | |
| **Russel A Camp 232 Birmingham Avenue Pittsburgh, PA 15210** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5088811** | | | | **Warranty** | | | | |
| **Russell A Beatty 921 Claredon Avenue SW Canton, OH 44710** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4046** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,831.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5090586 | | | Warranty | | | | | |
| Russell Angelo Jr 1056 Walnut Hill Road Smithfield, PA 15478 | - | | | | X | X | | 0.00 |
| Account No. 5116253 | | | Warranty | | | | | |
| Russell B Norton 91 Cardinal Road Levittown, PA 19057 | - | | | | X | X | | 0.00 |
| Account No. 5126810 | | | Warranty | | | | | |
| Russell Batchelor 159 Cannon Drive Greensburg, PA 15601 | - | | | | X | X | | 0.00 |
| Account No. 5131227 | | | Warranty | | | | | |
| Russell Borski 1067 Pembrook Road Cleveland Hts, OH 44121 | - | | | | X | X | | 0.00 |
| Account No. 5077604 | | | Warranty | | | | | |
| Russell Boylen 979 State Road  NW Warren, OH 44481 | - | | | | X | X | | 0.00 |

Sheet no. **4047** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re   **Great Lakes Warranty Corporation**           Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5107223** | | | | Warranty | | | | |
| **Russell Brown** **333 Woodlands Ridge Road** **Columbia, SC 29229** | - | | | | X | X | | 0.00 |
| Account No. **5130824** | | | | Warranty | | | | |
| **Russell Chatterton** **2500 E Aragon Ave** **Kettering, OH 45420** | - | | | | X | X | | 0.00 |
| Account No. **5066099** | | | | Warranty | | | | |
| **Russell Christensen** **1022 Grant Ave** **Ogden, UT 84404** | - | | | | X | X | | 0.00 |
| Account No. **5064721** | | | | Warranty | | | | |
| **Russell Creamer** **7245 Autumn Ave SE** **Snoqualmie, WA 98065** | - | | | | X | X | | 0.00 |
| Account No. **5111926** | | | | Warranty | | | | |
| **Russell D Stanley** **6800 Baker Road  Lot 69** **Athens, OH 45701** | - | | | | X | X | | 0.00 |

Sheet no. **4048** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5112717 | | | | Warranty | | | | |
| Russell E Benton 130 Singerway Road PO Box 895 Ligonier, PA 15658 | - | | | | | | | 446.98 |
| Account No. 5106719 | | | | Warranty | | | | |
| Russell F Aly 611 County Road 616 Athens, TN 37303 | - | | | | X | X | | 0.00 |
| Account No. 5056281 | | | | Warranty | | | | |
| Russell Finkelstein 1720 E Cielo Grande Ave Phoenix, AZ 85024 | - | | | | | | | 0.00 |
| Account No. 5096465 | | | | Warranty | | | | |
| Russell Foster 400 Cedar Drive Elizabeth, PA 15037 | - | | | | X | X | | 0.00 |
| Account No. 5086212 | | | | Warranty | | | | |
| Russell H Jenkins 645 S Madriver Street Bellefontaine, OH 43311 | - | | | | X | X | | 0.00 |

Sheet no. 4049 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 446.98

In re **Great Lakes Warranty Corporation**                     Case No. _____

_____ ,

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5113917 | | Warranty | | | | | | | |
| Russell Hamilton 2407 Woodward Avenue Pittsburgh, PA 15226 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5103432 | | Warranty | | | | | | | |
| Russell Hurtt 1438 S Taylor Street Philadelphia, PA 19146 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5127986 | | Warranty | | | | | | | |
| Russell J Rossman Jr 597 W Hillside Ave State College, PA 16803 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5123823 | | Warranty | | | | | | | |
| Russell K  Rickert 817 S New St West Chester, PA 19382 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5101321 | | Warranty | | | | | | | |
| Russell K Bryan 4495 Irvington Court Roswell, GA 30075 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4050** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127430** | | | | **Warranty** | | | | |
| **Russell K Riley** **5 Runneymede Ct** **Blythewood, SC 29016** | | - | | | X | X | | 0.00 |
| Account No. **5108644** | | | | **Warranty** | | | | |
| **Russell L Haning** **33255 Haning Road** **Albany, OH 45710** | | - | | | X | X | | 0.00 |
| Account No. **5102476** | | | | **Warranty** | | | | |
| **Russell L Tanner** **4509 W Main** **Edinboro, PA 16116** | | - | | | X | X | | 0.00 |
| Account No. **5124640** | | | | **Warranty** | | | | |
| **Russell Lindsay** **1156 West Higgins Lake Drive** **Roscommon, MI 48653** | | - | | | X | X | | 0.00 |
| Account No. **5099382** | | | | **Warranty** | | | | |
| **Russell Markin** **2877 State Route 245** **Cable, OH 43009** | | - | | | X | X | | 0.00 |

Sheet no. **4051** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                     ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5096694** | | | | **Warranty** | | | | |
| **Russell Marks** **100 Abbey Court** **Venetia, PA 15367** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126454** | | | | **Warranty** | | | | |
| **Russell McCraw** **900 20th Ave South #1108** **Nashville, TN 37212** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119964** | | | | **Warranty** | | | | |
| **Russell Moultrie** **5005 Springdale Dr** **Summerville, SC 29483** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110226** | | | | **Warranty** | | | | |
| **Russell Negaard** **2902 Chelton Dr** **Colorado Springs, CO 80909** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112163** | | | | **Warranty** | | | | |
| **Russell Olson** **16414 Orchard Hills Drive** **Sun City, AZ 85351** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4052** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5103137** | | | | Warranty | | | | |
| **Russell P  Bennett** **1368 Briarfield Ave** **Scharleston, SC 29412** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5050810** | | | | Warranty | | | | |
| **Russell P VanBremen** **108 Angus Way** **Cibolo, TX 78108** | - | | | | | | | |
| | | | | | | | | 221.16 |
| Account No. **5078171** | | | | Warranty | | | | |
| **Russell Ragain** **46011 W Meadows Lane** **Maricopa, AZ 85239** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090203** | | | | Warranty | | | | |
| **Russell S Myers** **3170 Sugar Grove Road** **Lancaster, OH 43130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102756** | | | | Warranty | | | | |
| **Russell Tidwell** **4758 E Elmwood Street** **Mesa, AZ 85205** | - | | | | | | | |
| | | | | | | | | 1,371.42 |

Sheet no. **4053** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          1,592.58

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5126048 | | | | Warranty | | | | |
| Russell Velasco 837 Woodberry Road Lexington, SC 29073 | - | | | | | | | 441.38 |
| Account No. 5110747 | | | | Warranty | | | | |
| Russell W Wilson 52 Ryan Raod Indiana, PA 15701 | - | | | | X | X | | 0.00 |
| Account No. 5125297 | | | | Warranty | | | | |
| Russell Waters 1459 Mission Road Quakertown, PA 18954 | - | | | | X | X | | 0.00 |
| Account No. 5100585 | | | | Warranty | | | | |
| Russell Whittington 7670 Branden Rd Arlington, TN 38002 | - | | | | X | X | | 0.00 |
| Account No. 5086618 | | | | Warranty | | | | |
| Rustin A Peters 2080 Depot Street Wateford, PA 16441 | - | | | | | | | 294.01 |

Sheet no. **4054** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 735.39

In re  **Great Lakes Warranty Corporation**                    ,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5071584 | | | | Warranty | | | | |
| Rusty Carnes 2918 E Piute Ave Phoenix, AZ 85050 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096102 | | | | Warranty | | | | |
| Rusty Chilcutt 2862 Chitwood Circle Algood, TN 38506 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090715 | | | | Warranty | | | | |
| Ruth  Ford 15112 Newberry Road Blair, SC 29015 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132737 | | | | Warranty | | | | |
| Ruth  Garay 169 W Chew St Allentown, PA 18102 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5115236 | | | | Warranty | | | | |
| Ruth  Krysinski 21 Deer Hill Road Lebanon, NJ 08833 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4055**  of **4906**  sheets attached to Schedule of           Subtotal                    0.00
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

In re **Great Lakes Warranty Corporation**        Case No. _____
                                              ,
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5082156** | | | | Warranty | | | | |
| **Ruth  Loughney Mook** **2052 Valley Road** **Bedford, PA 15522** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122223** | | | | Warranty | | | | |
| **Ruth A Fishero** **11345 Fanchero Rd** **Westerville, OH 43082** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5088441** | | | | Warranty | | | | |
| **Ruth A Hursey** **599 Chestnut Street** **Newcomerstown, OH 43832** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117031** | | | | Warranty | | | | |
| **Ruth A Mattiuz** **3242 Lake Avenue** **Ashtabula, OH 44004** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5082177** | | | | Warranty | | | | |
| **Ruth Ann Gentzler** **5030 Cardington Green Circle** **Canton, OH 44718** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4056** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
               (Total of this page)     **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130784** | | | | Warranty | | | | |
| **Ruth Ann Michel** **372 Porte Street** **Oakmont, PA 15139** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5064844** | | | | Warranty | | | | |
| **Ruth Ann Radish** **545 Conway Wallrose Road** **Freedom, PA 15042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130738** | | | | Warranty | | | | |
| **Ruth Bue** **121 Blue Lane** **Export, PA 15632** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126367** | | | | Warranty | | | | |
| **Ruth Chaney** **5421 Washington Road** **Albany, OH 45710** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089810** | | | | Warranty | | | | |
| **Ruth D Glass** **2423 Maple Hollow Road** **Duncansville, PA 16635** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4057** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5106316** | | | | | **Warranty** | | | | |
| **Ruth E Shuey**<br>**988 Deiberts Valley Road**<br>**Schuylkill Haven, PA 17972** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5130218** | | | | | **Warranty** | | | | |
| **Ruth Eileen Smith**<br>**147 Ridge Rd  PO Box 3**<br>**Indian Head, PA 15446** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5125084** | | | | | **Warranty** | | | | |
| **Ruth Fitz**<br>**35 Glenwood Terrace**<br>**Irvington, NJ 07111** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5122884** | | | | | **Warranty** | | | | |
| **Ruth H Hurlbert**<br>**4413 Washington Ave**<br>**Erie, PA 16509** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5118448** | | | | | **Warranty** | | | | |
| **Ruth Kinman**<br>**103 Meadow Dr**<br>**Acme, PA 15610** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**4058** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100224** | | | **Warranty** | | | | |
| **Ruth L Jones** **305 Howarth Road** **Media, PA 19063** | - | | | | | | **600.00** |
| Account No. **5117348** | | | **Warranty** | | | | |
| **Ruth L McClain** **4010 Lucian Street** **Awendow, SC 29429** | - | | | | | | **1,569.22** |
| Account No. **5062845** | | | **Warranty** | | | | |
| **Ruth Leher** **7265 Brookcrest** **Cincinnati, OH 45237** | - | | | X | X | | **0.00** |
| Account No. **5107785** | | | **Warranty** | | | | |
| **Ruth M Hazley** **507 Arizona Drive** **Lower Burrell, PA 15068** | - | | | X | X | | **0.00** |
| Account No. **5038820** | | | **Warranty** | | | | |
| **Ruth M Jacobs** **1309 Michael Ave** **Celina, OH 45822** | - | | | X | X | | **0.00** |

Sheet no.**4059** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,169.22**

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____

_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5097322** | | | | Warranty | | | | |
| **Ruth Mereos** **P.O. Box 60644** **Potomac, MD 20859** | | - | | | | | | |
| | | | | | | | | **725.40** |
| Account No. **5091011** | | | | Warranty | | | | |
| **Ruth Murphy** **3100 Patriot Lane** **New Waterford, OH 44445** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087615** | | | | Warranty | | | | |
| **Ruth O  Carter** **896 W Tulsa Street** **Chandler, AZ 85225** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129444** | | | | Warranty | | | | |
| **Ruth Poole** **13492 Mt Lassen St** **Reno, NV 89506** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132513** | | | | Warranty | | | | |
| **Ruth Slusher** **319 Shady Lane** **Bellefontaine, OH 43311** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**4060** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **725.40**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5118113 | | | | Warranty | | | | |
| Ruth Thompson 15 Hartman Rd the Plains, OH 45780 | - | | | | X | X | | 0.00 |
| Account No. 5109294 | | | | Warranty | | | | |
| Ruth W Leggette 3626 Colony Park Lane West Columbia, SC 29172 | - | | | | X | X | | 0.00 |
| Account No. 5132651 | | | | Warranty | | | | |
| Ruthann Boyd 108 Hawk Valley Lane Denver, PA 17517 | - | | | | X | X | | 0.00 |
| Account No. 5129710 | | | | Warranty | | | | |
| Ryan Cole 2120 Gilbert Ave No B Cincinnati, OH 45206 | - | | | | X | X | | 0.00 |
| Account No. 5132236 | | | | Warranty | | | | |
| Ryan Gilkey 114 Timber Ridge Court New Stanton, PA 15672 | - | | | | X | X | | 0.00 |

Sheet no. **4061** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re  **Great Lakes Warranty Corporation**                                    ,      Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5118776** | | | | | **Warranty** | | | | |
| **Ryan Troycheck** **33 2nd St** **Uniontown, PA 15401** | | - | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5095717** | | | | | **Warranty** | | | | |
| **Ryan A Bice** **10132 Indian Run Road** **Glouster, OH 45732** | | - | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5116908** | | | | | **Warranty** | | | | |
| **Ryan A Bohna** **407 Heisterburg Road** **East Hillsboro, PA 15433** | | - | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5109767** | | | | | **Warranty** | | | | |
| **Ryan A Wolff** **57 Regola Drive** **Irwin, PA 15642** | | - | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5113931** | | | | | **Warranty** | | | | |
| **Ryan A Young** **765 Carpico Drive** **Lancaster, OH 43130** | | - | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **4062** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re   **Great Lakes Warranty Corporation**                          ,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5129717** | | | | **Warranty** | | | | |
| **Ryan Ainge** **14 Tunkhannok Drive** **Albrightsville, PA 18210** | - | | | | X | X | | **0.00** |
| Account No. **5100121** | | | | **Warranty** | | | | |
| **Ryan Anthony Domitrovich** **1226 S Main Street** **Dubois, PA 15801** | - | | | | X | X | | **0.00** |
| Account No. **5129603** | | | | **Warranty** | | | | |
| **Ryan Avery Vaughn Tyler** **121 Parkview KNLS** **Carmichaels, PA 15320** | - | | | | X | X | | **0.00** |
| Account No. **5106847** | | | | **Warranty** | | | | |
| **Ryan Bandy** **3155 Harrison Avenue** **Cincinnati, OH 45211** | - | | | | | | | **266.98** |
| Account No. **5130202** | | | | **Warranty** | | | | |
| **Ryan Black** **314 Willow Road** **Hellertown, PA 18055** | - | | | | X | X | | **0.00** |

Sheet no. **4063** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **266.98**

In re **Great Lakes Warranty Corporation** ,                Case No. _____

                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5125466** | | | | **Warranty** | | | | |
| **Ryan Bruggeman** **14240 Lightsville Northern** **New Weston, OH 45348** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122134** | | | | **Warranty** | | | | |
| **Ryan Bullick** **821 Jackson St** **Dickson City, PA 18519** | - | | | | | | | |
| | | | | | | | | **210.00** |
| Account No. **5108201** | | | | **Warranty** | | | | |
| **Ryan C Yacavoni** **211 Pembroke Heights** **Montpelier, VT 05602** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5081788** | | | | **Warranty** | | | | |
| **Ryan Cathcart** **1203 Covington Avenue** **Piqua, OH 45356** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092182** | | | | **Warranty** | | | | |
| **Ryan Chance** **431 St Johns Drive** **Cherry Hill, NJ 08034** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4064** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**210.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130496** | | | Warranty | | | | |
| **Ryan Churchman** **918 Morgan Ave** **Schenectady, NY 12309** | - | | | X | X | | 0.00 |
| Account No. **5131946** | | | Warranty | | | | |
| **Ryan Clark** **42 Sand Castle Drive** **Cape May Court House, NJ 08210** | - | | | X | X | | 0.00 |
| Account No. **5099857** | | | Warranty | | | | |
| **Ryan D Adams** **355 Susan Drive** **Charleston, SC 29407** | - | | | X | X | | 0.00 |
| Account No. **5104104** | | | Warranty | | | | |
| **Ryan D Lanier** **638 Circle Hill SE** **North Canton, OH 44720** | - | | | X | X | | 0.00 |
| Account No. **5092125** | | | Warranty | | | | |
| **Ryan D Plumback** **710 Front Street** **Greenville, OH 45331** | - | | | X | X | | 0.00 |

Sheet no. **4065** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5116312 | | | Warranty | | | | |
| Ryan E Zook 79 Laurie Lane Lititz, PA 17543 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5128365 | | | Warranty | | | | |
| Ryan Edward Charters 19 Sherman St Pittsburgh, PA 15209 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5132278 | | | Warranty | | | | |
| Ryan Edwards 1213 Avenue Boulder City, NV 89056 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5069258 | | | Warranty | | | | |
| Ryan Epluta 6798 Westfield Rd Medina, OH 44256 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5065052 | | | Warranty | | | | |
| Ryan Hanson 22817 Cedar Lane Fergus Falls, MN 56537 | - | | | | | | |
| | | | | | | | 258.10 |

Sheet no. **4066** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      258.10

In re **Great Lakes Warranty Corporation** ,   Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5099600** | | | | | Warranty | | | | |
| **Ryan Harker** **2134 E Broadway #3044** **Tempe, AZ 85282** | - | | | | | | | | **547.40** |
| Account No. 5095188 | | | | | Warranty | | | | |
| **Ryan Haydt** **1920 Hilltown Pike Apt 6** **Hilltown, PA 18927** | - | | | | | | | | **1,278.88** |
| Account No. 5094194 | | | | | Warranty | | | | |
| **Ryan J Nash** **205 Wesly Drive** **Goldsboro, NC 27534** | - | | | | | X | X | | **0.00** |
| Account No. 5129675 | | | | | Warranty | | | | |
| **Ryan J Ohm** **614 C Pennsylvania Ave** **Oakmont, PA 15139** | - | | | | | X | X | | **0.00** |
| Account No. 5100844 | | | | | Warranty | | | | |
| **Ryan J Steis** **5511 Vaught Drive** **Nashville, TN 37209** | - | | | | | X | X | | **0.00** |

Sheet no. **4067** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,826.28**

In re  **Great Lakes Warranty Corporation**                                          ,         Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5121024** | | | | **Warranty** | | | | |
| **Ryan J Zeiler** **111 Argonne Dr** **New Kensington, PA 15068** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131614** | | | | **Warranty** | | | | |
| **Ryan James Long** **1348 Orchard Avenue** **New Kensington, PA 15068** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103835** | | | | **Warranty** | | | | |
| **Ryan Jewell** **3725 Tippecanoe Place** **Canfield, OH 44406** | - | | | | | | | |
| | | | | | | | | **356.22** |
| Account No. **5098234** | | | | **Warranty** | | | | |
| **Ryan K Martin** **209 Tobacco Rd** **Ephrata, PA 17522** | - | | | | | | | |
| | | | | | | | | **229.52** |
| Account No. **5117732** | | | | **Warranty** | | | | |
| **Ryan L Crable** **1122 Montego Drive** **Springfield, OH 45503** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**4068** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **585.74**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                        ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131534** | | | | **Warranty** | | | | |
| **Ryan Mackin** **113 Linnview Ave** **Pittsburgh, PA 15210** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132606** | | | | **Warranty** | | | | |
| **Ryan McCoy** **495 First Light Street** **Henderson, NV 89052** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5061140** | | | | **Warranty** | | | | |
| **Ryan Mershon** **319 Chesnut Avenue** **Springfield, OH 45502** | - | | | | | | | |
| | | | | | | | | **767.00** |
| Account No. **5104830** | | | | **Warranty** | | | | |
| **Ryan Mill** **76 Winterbrook Drive** **Cranberry Twp, PA 16066** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126010** | | | | **Warranty** | | | | |
| **Ryan Mixter** **134 Williamsburg Road** **Imperial, PA 01516** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4069** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**767.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                            ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5107619** | | | Warranty | | | | |
| **Ryan Nicholson 308 Roundhill Cove Nashville, TN 37211** | - | | | X | X | | 0.00 |
| Account No. **5097694** | | | Warranty | | | | |
| **Ryan Ninneman 38 Yarmouth Lane Downingtown, PA 19335** | - | | | | | | 326.46 |
| Account No. **5127984** | | | Warranty | | | | |
| **Ryan P Costello 130 Woodlawn Rd Sewickley, PA 15143** | - | | | X | X | | 0.00 |
| Account No. **5102809** | | | Warranty | | | | |
| **Ryan P Murphy HC 01 Box 843 Sells, AZ 85634** | - | | | X | X | | 0.00 |
| Account No. **5132518** | | | Warranty | | | | |
| **Ryan Parks 424 N Elm Street Bellefontaine, OH 43311** | - | | | X | X | | 0.00 |

Sheet no. **4070** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                326.46

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5093502** | | | | **Warranty** | | | | |
| **Ryan Perrone** **609 W Drummond Place  #2** **Chicago, IL 60614** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106819** | | | | **Warranty** | | | | |
| **Ryan Roberds** **8706 E Oak St** **Mesa, AZ 85207** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102908** | | | | **Warranty** | | | | |
| **Ryan Roberts** **1214 Steele Avenue** **Scott City, KS 67871** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118936** | | | | **Warranty** | | | | |
| **Ryan Roth** **5637 Cloverland Park Rd** **Brentwood, TN 37027** | - | | | | | | | |
| | | | | | | | | **2,319.26** |
| Account No. **5118055** | | | | **Warranty** | | | | |
| **Ryan S Miller** **311 E Main St** **Roaring Spring, PA 16673** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4071**  of **4906**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,319.26**

In re   **Great Lakes Warranty Corporation**                                          ,   Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5088020** | | | | Warranty | | | | |
| **Ryan Scott** **1016 N West View** **Derby, KS 67037** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5081434** | | | | Warranty | | | | |
| **Ryan Sevean** **19 Donald Avenue** **Newton, NJ 07860** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121130** | | | | Warranty | | | | |
| **Ryan Sexauer** **2233 Milligan Ave** **Swissvale, PA 15218** | - | | | | | | | |
| | | | | | | | | 169.70 |
| Account No. **5088057** | | | | Warranty | | | | |
| **Ryan Sidley** **1824 Eagleville Rd** **Jefferson, OH 44047** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097785** | | | | Warranty | | | | |
| **Ryan Smith** **619 Country Club Lane** **Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4072** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

169.70

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
_____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121870** | | | Warranty | | | | |
| **Ryan T Clark**<br>**20202 S 195th St**<br>**Queen Creek, AZ 85242** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5131298** | | | Warranty | | | | |
| **Ryan T Thurston**<br>**2713 R Bachman Rd**<br>**Manchester, MD 21102** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5127934** | | | Warranty | | | | |
| **Ryan Thomas**<br>**445 August Street**<br>**Pittsburgh, PA 15211** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5092858** | | | Warranty | | | | |
| **Ryan Tomlinson**<br>**15180 Old Hickory Boulevard Apt 1521**<br>**Nashville, Tn 37211** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5103961** | | | Warranty | | | | |
| **Ryan W Swart**<br>**227 South Center Street**<br>**Corry, PA 16407** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **4073** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5076507** | | | **Warranty** | | | | |
| **Ryan Watton** **795 Hammond Drive  #1001** **Atlanta, GA 30328** | - | | | X | X | | 0.00 |
| Account No. **5102772** | | | **Warranty** | | | | |
| **Ryno Miering** **4627 East Edgemont** **Phoenix, AZ 85008** | - | | | X | X | | 0.00 |
| Account No. **5086369** | | | **Warranty** | | | | |
| **S Celeste Irvin** **1315 Cardinal Avenue** **Nashville, Tn 37216** | - | | | X | X | | 0.00 |
| Account No. **5119407** | | | **Warranty** | | | | |
| **S E  Moonitz** **6412 Camp Superior** **Cincinnati, OH 45241** | - | | | X | X | | 0.00 |
| Account No. **5119679** | | | **Warranty** | | | | |
| **S George  Kurz** **7715 Buckingham Rd** **Cincinnati, OH 45243** | - | | | X | X | | 0.00 |

Sheet no. **4074** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re   **Great Lakes Warranty Corporation**                                                      ,   Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5102581** | | | **Warranty** | | | | |
| **Sabas R Padilla 129 Stonemount Drive Gaston, SC 29053** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5068148** | | | **Warranty** | | | | |
| **Sabastian Welch 7211 West Pershing Avenue Peoria, AZ 85381** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124804** | | | **Warranty** | | | | |
| **Sabrina A Kiser 69003 N US Highway 68 Wilmington, OH 45177** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126858** | | | **Warranty** | | | | |
| **Sabrina Akbar 1600 A Robbins Avenue Philadelphia, PA 19149** | - | | | | | | |
| | | | | | | | 1,045.00 |
| Account No. **5095502** | | | **Warranty** | | | | |
| **Sabrina Ann Jones 10763 Freewoods Road Myrtle Beach, SC 29588** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4075** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **1,045.00**

In re   **Great Lakes Warranty Corporation**            ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5129835<br><br>Sabrina F Smith<br>402 Fallen Leaf Dr<br>Columbia, SC 29229 | - | | Warranty | | | | 2,157.50 |
| Account No. 5108432<br><br>Sabrina Janney<br>35 Noble Street<br>Sellersville, PA 18960 | - | | Warranty | X | X | | 0.00 |
| Account No. 5104107<br><br>Sabrina L Franks<br>2430 Brooklyn Avenue SW<br>Canton, OH 44706 | - | | Warranty | X | X | | 0.00 |
| Account No. 5054739<br><br>Sabrina Saunders<br>140 Stratford Avenue<br>Pittsburgh, PA 15206 | - | | Warranty | | | | 430.38 |
| Account No. 5117419<br><br>Sabrina Seal<br>771 Orleans Circle<br>Ridgeland, MS 39157 | - | | Warranty | X | X | | 0.00 |

Sheet no.**4076** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                             

(Total of this page)                    **2,587.88**

In re  **Great Lakes Warranty Corporation**                              ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5106639** | | | Warranty | | | | | |
| **Sabrina Siddigi** **9309 George Williams Road** **Knoxville, TN 37922** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111959** | | | Warranty | | | | | |
| **Sachin Kapoor** **7320 W Dixon  #702** **Forest Park, IL 60130** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132729** | | | Warranty | | | | | |
| **Sadaka Archie** **1518 Alsace Road** **Reading, PA 19604** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117898** | | | Warranty | | | | | |
| **Sadhasivam Parasuraman** **1280 Wisteria Court** **Chandler, AZ 85248** | - | | | | | | | |
| | | | | | | | | **2,330.22** |
| Account No. **5119260** | | | Warranty | | | | | |
| **Saeko  Yamauchi** **205 N 74th Stt  No 208** **Mesa, AZ 85207** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**4077**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,330.22**

In re   **Great Lakes Warranty Corporation**         Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5132603 | | | | Warranty | | | | |
| Safeguard Post Control 19 South Canal Street Morrisville, PA 19907 | - | | | | X | X | | 0.00 |
| Account No. 5062293 | | | | Warranty | | | | |
| Safia Sabri 8 Carriage Ct Johnson City, TN 37604 | - | | | | | | | 343.70 |
| Account No. 5114558 | | | | Warranty | | | | |
| Sagar Patil 820 Westmeade Drive Chesterfield, MO 63005 | - | | | | X | X | | 0.00 |
| Account No. 5088674 | | | | Warranty | | | | |
| Sage Harrison 5200 Martel Avenue  Unit 23A Dallas, TX 75206 | - | | | | | | | 145.00 |
| Account No. 5111150 | | | | Warranty | | | | |
| Sahar Elhayek 6128 St Andrews Canfield, OH 44407 | - | | | | X | X | | 0.00 |

Sheet no. **4078** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     488.70

In re **Great Lakes Warranty Corporation**
_____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5112055 | | | Warranty | | | | |
| Salah Najm 7035 Thickett Drive  Apt 2D Indianapolis, IN 46254 | - | | | X | X | | 0.00 |
| Account No. 5099824 | | | Warranty | | | | |
| Salaheldin I Noureldin 41E Third Street The Plains, OH 45780 | - | | | X | X | | 0.00 |
| Account No. 5124464 | | | Warranty | | | | |
| Salem  Takriti Flesole St Las Vegas, NV 89141 | - | | | X | X | | 0.00 |
| Account No. 5049353 | | | Warranty | | | | |
| Salil Chari 2555 Collins Ave. Apt 1809 Miami Beach, FL 33140 | - | | | | | | 192.46 |
| Account No. 5072893 | | | Warranty | | | | |
| Salim Karnaby 3979 Arlington Drive Palm Harbor, FL 34685 | - | | | X | X | | 0.00 |

Sheet no.**4079** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    192.46

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5095223** | | | | **Warranty** | | | | |
| **Salko Bearovic** **855 W Foxcroft Drive** **Camp Hill, PA 17011** | - | | | | X | X | | 0.00 |
| Account No. **5084383** | | | | **Warranty** | | | | |
| **Sallie Johnson** **345 Carolina Farms Blvd** **Myrtle Beach, SC 29579** | - | | | | X | X | | 0.00 |
| Account No. **5123524** | | | | **Warranty** | | | | |
| **Sally  Shepherd** **3309 Skyline Dr** **Nashville, TN 37215** | - | | | | X | X | | 0.00 |
| Account No. **5123601** | | | | **Warranty** | | | | |
| **Sally  Walker** **27409 Noth  66th Dr** **Phoenix, AZ 85083** | - | | | | | | | 360.45 |
| Account No. **5111694** | | | | **Warranty** | | | | |
| **Sally A Skinner Lipkin** **145 Peach Avenue** **Hershey, PA 17033** | - | | | | X | X | | 0.00 |

Sheet no. **4080** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **360.45**

In re **Great Lakes Warranty Corporation**  Case No. _____
_____ ,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106160** | | | | **Warranty** | | | | |
| **Sally B Shepherd** **3309 Skyline Drive** **Nashville, TN 37215** | | - | | | | | | |
| | | | | | | | | **291.30** |
| Account No. **5128693** | | | | **Warranty** | | | | |
| **Sally Cusano** **1207 Poplar Street** **Greensburg, PA 15601** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129296** | | | | **Warranty** | | | | |
| **Sally Dainel Shepherd** **3025 Hwy 11 W** **Blountville, TN 37617** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091079** | | | | **Warranty** | | | | |
| **Sally E Galbraith** **815 Wells Point Drive** **Moore, SC 29369** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125661** | | | | **Warranty** | | | | |
| **Sally Gordan** **728 Sugar Run Road** **Altoona, PA 16601** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4081** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**291.30**

In re **Great Lakes Warranty Corporation** _____,   Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5096059** | | | | **Warranty** | | | | |
| **Sally J Mathis** **1464 Mathis Road** **Drummonds, TN 38023** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092478** | | | | **Warranty** | | | | |
| **Sally L Hawn** **4924 Woodman Park Drive  Apt 2** **Dayton, OH 45432** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129293** | | | | **Warranty** | | | | |
| **Sally Marie Kirchner** **84 R Winter Lane** **Enola, PA 17025** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109400** | | | | **Warranty** | | | | |
| **Sally Schissler** **192 Willow Road SE** **Carrollton, OH 44615** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128388** | | | | **Warranty** | | | | |
| **Salvador  Donis** **3225 Pecos Rd  No 244** **Las Vegas, NV 89121** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**4082**  of **4906**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **0.00**

In re **Great Lakes Warranty Corporation**                    , Case No. _____

_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5107167 | | | Warranty | | | | |
| Salvador Perez 162 Osborne Road Laurens, SC 29360 | - | | | | | | 95.00 |
| Account No. 5113664 | | | Warranty | | | | |
| Salvatore A Liberato 436 Mohave Drive Auburn, PA 17922 | - | | | X | X | | 0.00 |
| Account No. 5088387 | | | Warranty | | | | |
| Salvatore Balboni 454 Main Street Staten Island, NY 10307 | - | | | X | X | | 0.00 |
| Account No. 5073087 | | | Warranty | | | | |
| Salvatore Ferrara Jr 1108 Kile Circle Quakertown, PA 18951 | - | | | X | X | | 0.00 |
| Account No. 5071534 | | | Warranty | | | | |
| Salvatore Piazza 42 Heritage Rd Billerica, MA 01821 | - | | | X | X | | 0.00 |

Sheet no. **4083** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    95.00

In re **Great Lakes Warranty Corporation** ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095298** | | | Warranty | | | | |
| **Salvatore Pugliese 62 Peregrine Drive Voorhees, NJ 08043** | - | | | X | X | | 0.00 |
| Account No. **5129392** | | | Warranty | | | | |
| **Salvatore Rosamilia 623 Saxon Avenue Erma, NJ 08204** | - | | | X | X | | 0.00 |
| Account No. **5120088** | | | Warranty | | | | |
| **Salvatore Scavo 863 Jennys Lane Fernley, NV 89408** | - | | | X | X | | 0.00 |
| Account No. **5126397** | | | Warranty | | | | |
| **Salvejane Cudillo 4959 Talbot  #275 Reno, NV 89509** | - | | | X | X | | 0.00 |
| Account No. **5118909** | | | Warranty | | | | |
| **Sam  Buchanan 502 Greenmeadow Franklin, TN 37209** | - | | | X | X | | 0.00 |

Sheet no. **4084** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5118302 | | | | Warranty | | | | |
| Sam Reichman 99 Berkley Reading, PA 19605 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100988 | | | | Warranty | | | | |
| Sam A Buchanan 724 Kendall Dr Nashville, TN 37209 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118019 | | | | Warranty | | | | |
| Sam Butts 245 Tippecanoe Rd Smock, PA 15480 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5095132 | | | | Warranty | | | | |
| Sam Chilcutt 8358 Cedar Grove Road Cross Plains, TN 37049 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114267 | | | | Warranty | | | | |
| Sam Farmer 5793 Gamble Road Lisbon, OH 44432 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4085** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,          Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5125419** | | | | **Warranty** | | | | |
| **Sam Featherman 28 Genern Drive Spring Brook Twsp, PA 18444** | | - | | | | | | 834.97 |
| Account No. **5124632** | | | | **Warranty** | | | | |
| **Sam Harrold 315 Pittsburgh St. Columbiana, OH 44408** | | - | | | X | X | | 0.00 |
| Account No. **5112799** | | | | **Warranty** | | | | |
| **Sam James 239 W Pineshadows Sour Lake, TX 77659** | | - | | | X | X | | 0.00 |
| Account No. **5078843** | | | | **Warranty** | | | | |
| **Sam McKenzie 113 Cedar Springs Drive Tuttle, OK 73089** | | - | | | X | X | | 0.00 |
| Account No. **5122899** | | | | **Warranty** | | | | |
| **Sam Phouvieng 8813 Plum St Murfreesboro, TN 37129** | | - | | | X | X | | 0.00 |

Sheet no.**4086** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          834.97

In re   **Great Lakes Warranty Corporation**              ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5078841** | | | Warranty | | | | |
| **Sam Ray** **1041 NE 94th Street** **Seattle, WA 98115** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5070987** | | | Warranty | | | | |
| **Sam Rubin** **4511 E Amberwood Dr** **Phoenix, AZ 85048** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5084555** | | | Warranty | | | | |
| **Sam Sweitzer** **521 Golfview Drive** **Peachtree City, GA 30269** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122324** | | | Warranty | | | | |
| **Sam Tabler** **1008 Arbor Rd** **Minerva, OH 44657** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5086984** | | | Warranty | | | | |
| **Sam W Glenn** **242 Bowles Lane** **Silverstreet, SC 29145** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**4087** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **0.00**

In re   **Great Lakes Warranty Corporation**                                      ,   Case No. _____

                                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095559** | | | | Warranty | | | | |
| **Sam Zeruth** **262 Lake Minsi Drive** **Bangor, PA 18013** | - | | | | X | X | | 0.00 |
| Account No. 5124188 | | | | Warranty | | | | |
| **Samantha  Bidanessy** **675 E Azure   No 3087** **North Las Vegas, NV 89081** | - | | | | X | X | | 0.00 |
| Account No. 5117861 | | | | Warranty | | | | |
| **Samantha A Betancourt Vargas** **325 4th St NE** **Massillon, OH 44646** | - | | | | | | | 991.25 |
| Account No. 5103339 | | | | Warranty | | | | |
| **Samantha Boggs** **121 Aultman Ave** **Canton, OH 44708** | - | | | | X | X | | 0.00 |
| Account No. 5110449 | | | | Warranty | | | | |
| **Samantha Calderon** **2161 Eclair Circle** **Las Vegas, NV 89142** | - | | | | X | X | | 0.00 |

Sheet no.**4088**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

991.25

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100179** | | | Warranty | | | | |
| **Samantha Cooper 3831 E Camelback Road #102 Phoenix, AZ 85018** | - | | | | | | 1,506.47 |
| Account No. **5129588** | | | Warranty | | | | |
| **Samantha Dagen 2265 Red Adler Henderson, NV 89002** | - | | | | | | 1,831.00 |
| Account No. **5106401** | | | Warranty | | | | |
| **Samantha DeVille 6 Roy Avenue The Plains, OH 45780** | - | | | X | X | | 0.00 |
| Account No. **5124005** | | | Warranty | | | | |
| **Samantha Dormez 4818 Comly Street APT C4 Philadelphia, PA 19137** | - | | | X | X | | 0.00 |
| Account No. **5122730** | | | Warranty | | | | |
| **Samantha J Raffaele 247 Fidler Rd Woodbine, NJ 08270** | - | | | | | | 418.90 |

Sheet no. **4089** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,756.37

In re  **Great Lakes Warranty Corporation**                    ,  Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109407** | | | | Warranty | | | | |
| **Samantha J Williams** **128 Holiday Drive** **West Mifflin, PA 15122** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094031** | | | | Warranty | | | | |
| **Samantha K Kelley** **131 Beechford Road** **Whitehall, OH 43213** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127552** | | | | Warranty | | | | |
| **Samantha L Molinaro** **233 Prigg Rd** **Washington, PA 15301** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109269** | | | | Warranty | | | | |
| **Samantha L. Sokol** **64 Milton St.** **Uniontown, PA 15401** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132711** | | | | Warranty | | | | |
| **Samantha Leaman** **14 Helen Avenue** **Ephrata, PA 17522** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4090** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

In re **Great Lakes Warranty Corporation**         Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5088444** | | | | Warranty | | | | |
| Samantha Linton 1061 Dunbar Rd Decaturville, TN 38329 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107161** | | | | Warranty | | | | |
| Samantha M Craig 12161 Kerr Road Northeast, PA 16428 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099176** | | | | Warranty | | | | |
| Samantha Matuszewski 23556 N Sunrise Circle Florence, AZ 85232 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114087** | | | | Warranty | | | | |
| Samantha Meller 111 W Mt Vernon Street Smyrna, DE 19977 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108850** | | | | Warranty | | | | |
| Samantha Onvimala 28 Leeward Drive Savannah, GA 31419 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4091** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re  **Great Lakes Warranty Corporation**                              ,        Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5087673** | | | | | **Warranty** | | | | |
| **Samantha Palisay** **1904 Pinehurst Estate** **Lakehurst, NJ 08733** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5111647** | | | | | **Warranty** | | | | |
| **Samantha Porco** **805 Center Avenue** **Avalon, PA 15202** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5115161** | | | | | **Warranty** | | | | |
| **Samantha R Phillips** **11278 Bond Road** **Harrison, OH 45030** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5129382** | | | | | **Warranty** | | | | |
| **Samantha Ross** **320 Deemer Avenue** **Falls Creek, PA 15840** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5117671** | | | | | **Warranty** | | | | |
| **Samantha Solimani** **305 Aurora Street** **Lopatcong, NJ 08865** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **4092** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re   **Great Lakes Warranty Corporation**                                     ,   Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5098424** | | | | | Warranty | | | | |
| **Samantha Soper** **2754 SE 40th Street** **El Dorado, KS 67042** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5085672** | | | | | Warranty | | | | |
| **Samantha Stultz** **6501 Germantown Road** **Middleton, OH 45042** | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. **5108904** | | | | | Warranty | | | | |
| **Samantha Thomason** **156 S Willow Creek Street** **Chandler, AZ 85225** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5124679** | | | | | Warranty | | | | |
| **Samantha Tyler** **1002 Sir Roberts Dr.** **McDonald, PA 15057** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5099585** | | | | | Warranty | | | | |
| **Samantha Varnell** **1244 Nicole Lane** **LaVergne, TN 37086** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4093** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re   **Great Lakes Warranty Corporation**               ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5071975 | | | | | Warranty | | | | |
| Sameer Sarmast 470 Melton Place Paramus, NJ 07652 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5129559 | | | | | Warranty | | | | |
| Samer Touma 2501 Duncan Street Columbia, SC 29205 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5095345 | | | | | Warranty | | | | |
| Sami R Cooper 231 Sky Top Road Acme, PA 15610 | - | | | | | | | | |
| | | | | | | | | | 93.45 |
| Account No. 5098851 | | | | | Warranty | | | | |
| Sami Rasheed 1009 W Highway 66 Gallup, NM 87301 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5074347 | | | | | Warranty | | | | |
| Samir Marc Bachour 8056 Foothill Drive Scottsdale, AZ 85255 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4094** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

93.45

In re　**Great Lakes Warranty Corporation**　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,

　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5051636** | | | Warranty | | | | |
| **Sammie Wilson** **PO Box 764** **Kingston, TN 37763** | | - | | X | X | | 0.00 |
| Account No. **5117076** | | | Warranty | | | | |
| **Sammy Ellzay** **109 Jackson Street** **Reynoldsville, PA 15851** | | - | | X | X | | 0.00 |
| Account No. **5122808** | | | Warranty | | | | |
| **Sampo Rachel Shlomo** **400 Bell Ave** **McKees Rocks, PA 15136** | | - | | X | X | | 0.00 |
| Account No. **5106590** | | | Warranty | | | | |
| **Samual Lee Parks** **1022 Furman Drive** **Sumter, SC 29154** | | - | | X | X | | 0.00 |
| Account No. **5071405** | | | Warranty | | | | |
| **Samuel  Azares** **9810 N Calle Solano** **Oro Valley, AZ 85737** | | - | | X | X | | 0.00 |

Sheet no.**4095** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　Subtotal　　　　　　　　0.00
　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)

In re   **Great Lakes Warranty Corporation**                                              ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5122662** | | | | | **Warranty** | | | | |
| **Samuel Perez** **4523 Whitaker Ave** **Philadelphia, PA 19124** | - | | | | | X | X | | 0.00 |
| Account No. **5120696** | | | | | **Warranty** | | | | |
| **Samuel Sarcadi** **1201 Colombo Ave 12206** **Sierra Vista, AZ 85635** | - | | | | | X | X | | 0.00 |
| Account No. **5126816** | | | | | **Warranty** | | | | |
| **Samuel Valdez** **321 S Ash St** **Cortez, CO 81301** | - | | | | | X | X | | 0.00 |
| Account No. **5074896** | | | | | **Warranty** | | | | |
| **Samuel Watson** **116 24 144th Street** **Jamaica, NY 11436** | - | | | | | X | X | | 0.00 |
| Account No. **5091819** | | | | | **Warranty** | | | | |
| **Samuel Westelman** **9 Ledge Road** **Hanover, NH 03755** | - | | | | | X | X | | 0.00 |

Sheet no. **4096** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re   **Great Lakes Warranty Corporation**                                              ,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5116045 | | | | Warranty | | | | |
| Samuel A Gleaves 1598 Hicks Edgen Road Pleasant View, TN 37146 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106165 | | | | Warranty | | | | |
| Samuel A Maddox 132 Summer Circle Birmingham, AL 35242 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5064241 | | | | Warranty | | | | |
| Samuel A. Platia 5615 Spring Ridge Drive WestPA Macungie, PA 18062 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126320 | | | | Warranty | | | | |
| Samuel Artur Youngblood 98 Pope Tee Road Dunlap, TN 37327 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123874 | | | | Warranty | | | | |
| Samuel Branch 1811 Hamilton Ave Lorain, OH 44052 | - | | | | | | | |
| | | | | | | | | 468.40 |

Sheet no. **4097** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                     
(Total of this page)          468.40

In re **Great Lakes Warranty Corporation**        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5086749** | | | | Warranty | | | | |
| **Samuel C Taaffe**<br>**716 Pennsylvania Avenue**<br>**Jackson, MS 39216** | - | | | | | | | 127.27 |
| Account No. **5118807** | | | | Warranty | | | | |
| **Samuel Cappello**<br>**676 Hillcrest Blvd**<br>**Phillipsburg, NJ 08865** | - | | | | | | | 311.19 |
| Account No. **5122764** | | | | Warranty | | | | |
| **Samuel Dean Austin**<br>**111 North Hudson St**<br>**Bogata, TX 75417** | - | | | | X | X | | 0.00 |
| Account No. **5086743** | | | | Warranty | | | | |
| **Samuel E Liston**<br>**49 Nelson jRoad**<br>**Ohiopyle, PA 15470** | - | | | | X | X | | 0.00 |
| Account No. **5111735** | | | | Warranty | | | | |
| **Samuel Gonzalez Vega**<br>**1032 S Eighth Street**<br>**Allentown, PA 18103** | - | | | | X | X | | 0.00 |

Sheet no. **4098** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       438.46

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5120971 | | | | Warranty | | | | |
| Samuel H Abraham 10352 Washington Ave  Apt A N Huntingdon, PA 15642 | - | | | | | | | 180.88 |
| Account No. 5066067 | | | | Warranty | | | | |
| Samuel Hankins 11400 Fox Hill Drive Charlotte, NC 28269 | - | | | | X | X | | 0.00 |
| Account No. 5094472 | | | | Warranty | | | | |
| Samuel J Leach 619 E Ninth Avenue Homestead, PA 15120 | - | | | | | | | 1,600.00 |
| Account No. 5126651 | | | | Warranty | | | | |
| Samuel J Weisbrod 1011 Dunedin Rd Columbus, OH 43224 | - | | | | X | X | | 0.00 |
| Account No. 5107150 | | | | Warranty | | | | |
| Samuel Johnson 2333 E Southern Avenue  #205 Tempe, AZ 85282 | - | | | | X | X | | 0.00 |

Sheet no.__4099__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,780.88

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5065037** | | | | **Warranty** | | | | |
| **Samuel King** **6926 South 38th Lane** **Phoenix, AZ 85041** | - | | | | X | X | | 0.00 |
| Account No. **5075178** | | | | **Warranty** | | | | |
| **Samuel L Bass** **416 Kentucky Avenue** **Mansfield, OH 44905** | - | | | | X | X | | 0.00 |
| Account No. **5100789** | | | | **Warranty** | | | | |
| **Samuel L Provil** **1765 Partirdge Run Road** **Pittsburgh, PA 15241** | - | | | | X | X | | 0.00 |
| Account No. **5125241** | | | | **Warranty** | | | | |
| **Samuel Lampley** **613 Bryant Street PO Box 262** **Woodbine, NJ 08270** | - | | | | X | X | | 0.00 |
| Account No. **5123238** | | | | **Warranty** | | | | |
| **Samuel M Diefenderfer** **420 Esther Ave** **New Kensington, PA 15069** | - | | | | X | X | | 0.00 |

Sheet no.**4100** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104412** | | | | **Warranty** | | | | |
| **Samuel M Podojil 8252 Peck Street Ravenna, OH 44266** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129322** | | | | **Warranty** | | | | |
| **Samuel McAtee 108 Meadow Avenue Creighton, PA 15030** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107155** | | | | **Warranty** | | | | |
| **Samuel Monge 802 South 118th Lane Avondale, AZ 85323** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119087** | | | | **Warranty** | | | | |
| **Samuel Natal 1913 Owl Court Cherry Hill, NJ 08003** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131420** | | | | **Warranty** | | | | |
| **Samuel O Sterhout 819 North High Street Duncannon, PA 17020** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4101** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                        ,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5130652 | | Warranty | | | | | | |
| Samuel Poncedeleon 9999 W Katie Avenue 1147 Las Vegas, NV 39147 | - | | | | X | X | | 0.00 |
| Account No. 5109260 | | Warranty | | | | | | |
| Samuel Price 383 Duck Pond Road Connellsville, PA 15425 | - | | | | X | X | | 0.00 |
| Account No. 5121712 | | Warranty | | | | | | |
| Samuel R Barthelemy 2075 South 10th Ave Yuma, AZ 85364 | - | | | | X | X | | 0.00 |
| Account No. 5112158 | | Warranty | | | | | | |
| Samuel R Hlatky 152 Dryknob Road Smithfield, PA 15478 | - | | | | X | X | | 0.00 |
| Account No. 5098136 | | Warranty | | | | | | |
| Samuel Ricketts 107 Canvasback Court Georgetown, KY 40324 | - | | | | X | X | | 0.00 |

Sheet no. **4102** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                           0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                              ,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5114988** | | **Warranty** | | | | | | |
| **Samuel S Mason**<br>**118 Timberland**<br>**Columbia, TN 38401** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124587** | | **Warranty** | | | | | | |
| **Samuel Snee**<br>**276 Hudson Street**<br>**Southampton, PA 18966** | - | | | | | | | |
| | | | | | | | | **192.00** |
| Account No. **5119040** | | **Warranty** | | | | | | |
| **Samuel T Drake Jr**<br>**1109 Meadow Bridge Lane**<br>**Arrington, TN 37014** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086210** | | **Warranty** | | | | | | |
| **Samuel Thornton**<br>**359 Frost Bottom jRoad**<br>**Oliver Springs, IN 37840** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103404** | | **Warranty** | | | | | | |
| **Samuel Todd Carter**<br>**160 Township Drive**<br>**Hendersonville, TN 37075** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4103** of **4906** sheets attached to Schedule of                    Subtotal          **192.00**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

In re   **Great Lakes Warranty Corporation**                                   ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5129018 | | | | | Warranty | | | | |
| Samuel Vassallo 2830 Rt 100 Orefield, PA 18069 | - | | | | | X | X | | 0.00 |
| Account No. 5066238 | | | | | Warranty | | | | |
| Samuel Wade 55 Greensburg St Apt G Delmont, PA 15626 | - | | | | | X | X | | 0.00 |
| Account No. 5111645 | | | | | Warranty | | | | |
| Samuel Wertz 5513 Jackson Street Pittsburgh, PA 15206 | - | | | | | | | | 621.36 |
| Account No. 5131582 | | | | | Warranty | | | | |
| Samuel White 13 Homestead Lane Camp Hill, PA 17011 | - | | | | | X | X | | 0.00 |
| Account No. 5057038 | | | | | Warranty | | | | |
| Samuel Yerrid 444 N. 4th Street #619 Philadelphia, PA 19123 | - | | | | | | | | 547.33 |

Sheet no. **4104** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,168.69**

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                              ,
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5065181** | | | | Warranty | | | | |
| **Samuel Ziegler** **426 Carnegie Avenue** **Clairton, PA 15025** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5114219 | | | | Warranty | | | | |
| **Sana N Aslam** **3728 Grimes Drive** **Columbus, OH 43024** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5119854 | | | | Warranty | | | | |
| **Sandara A Todaro** **30 Nottingham Dr** **Belle Vernon, PA 15012** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. 5070131 | | | | Warranty | | | | |
| **Sandeep Gupta** **4149 Herschel Avenue** **Dallas, TX 75219** | - | | | | | | | |
| | | | | | | | | **622.00** |
| Account No. 5122262 | | | | Warranty | | | | |
| **Sander Fields** **15 Holliday Ct** **Columbia, SC 29223** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4105** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   **622.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5092277** | | | | | Warranty | | | | |
| **Sandor Batkai** **12905 Stallion Court** **Potomac, MD 20854** | - | | | | | X | X | | 0.00 |
| Account No. **5130949** | | | | | Warranty | | | | |
| **Sandra  Baldyga** **100 Reiffs Mill Rd  B7** **Ambler, PA 19002** | - | | | | | X | X | | 0.00 |
| Account No. **5106167** | | | | | Warranty | | | | |
| **Sandra  Coleman** **4531 Parkview  Lane** **Niceville, FL 32578** | - | | | | | X | X | | 0.00 |
| Account No. **5091734** | | | | | Warranty | | | | |
| **Sandra  Dalton** **1550 Baker Road** **Albany, OH 45710** | - | | | | | X | X | | 0.00 |
| Account No. **5089982** | | | | | Warranty | | | | |
| **Sandra  Dodd** **6315 Kingston Pike** **Knoxville, TN 37919** | - | | | | | X | X | | 0.00 |

Sheet no. **4106** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5083483** | | | | Warranty | | | | |
| **Sandra Martin** **409 W Marion Street** **Lititz, PA 17543** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104131 | | | | Warranty | | | | |
| **Sandra Montgomery** **84 Portner** **Plymouth, OH 44865** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123571 | | | | Warranty | | | | |
| **Sandra A Dean** **10765 W Main Rd** **Northeast, PA 16428** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131394 | | | | Warranty | | | | |
| **Sandra A Rebollar Detorres** **1452 Cotton Street** **Reading, PA 19602** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5083221 | | | | Warranty | | | | |
| **Sandra A Wolfe** **660 Catalpa Street** **New Kensington, PA 15068** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4107** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5102576 | | | | Warranty | | | | |
| Sandra Almeida 16 Country Ridge Road Danbury, CT 06811 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124601 | | | | Warranty | | | | |
| Sandra Camillo 816 Mason Wood Drive St. Louis, MO 63141 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112268 | | | | Warranty | | | | |
| Sandra Casto 4829 Clardell Avenue SW Canton, OH 44706 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124043 | | | | Warranty | | | | |
| Sandra Cupe 2110 Mays Landing Rd. Millville, NJ 08332 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119935 | | | | Warranty | | | | |
| Sandra D Calvin 273 Carriage Lane Apt 301 Canfield, OH 44406 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 4108 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re **Great Lakes Warranty Corporation** ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5114337 | | | | Warranty | | | | |
| Sandra D Hunt 1018 Valley Forge Drive Arlington, TN 37014 | - | | | | X | X | | 0.00 |
| Account No. 5131210 | | | | Warranty | | | | |
| Sandra De Lopez 4545 Pennwood #110 Las Vegas, NV 89106 | - | | | | X | X | | 0.00 |
| Account No. 5124052 | | | | Warranty | | | | |
| Sandra Estes 1407 Red Oaks Drive Girard, OH 44420 | - | | | | X | X | | 0.00 |
| Account No. 5095172 | | | | Warranty | | | | |
| Sandra F Guard 1212 Sycamore Street Connellsville, PA 15425 | - | | | | X | X | | 0.00 |
| Account No. 5131788 | | | | Warranty | | | | |
| Sandra Frazier 3314 Willington Drive Dublin, OH 43017 | - | | | | X | X | | 0.00 |

Sheet no. 4109 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re  **Great Lakes Warranty Corporation**                                      ,     Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5092359** | | | | **Warranty** | | | | |
| **Sandra Fred** **2648 New Blockhouse** **Maryville, TN 37803** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115915** | | | | **Warranty** | | | | |
| **Sandra Garcia** **5303 N Seventh Street** **Phoenix, AZ 85014** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100186** | | | | **Warranty** | | | | |
| **Sandra Hopkins** **46006 W Morning View** **Maricopa, AZ 85239** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5028079** | | | | **Warranty** | | | | |
| **Sandra Horky** **361 Caryl Dr.** **Pittsburgh, PA 15236** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103729** | | | | **Warranty** | | | | |
| **Sandra J Olafson** **701 Kimberlin Heights** **Knoxville, TN 37920** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4110** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,     Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5078623 | | | Warranty | | | | |
| Sandra J Stradling 734 Brooke Road Wayne, PA 19087 | - | | | X | X | | 0.00 |
| Account No. 5131572 | | | Warranty | | | | |
| Sandra Johns 1115 St Rt 56 Apollo, PA 15613 | - | | | X | X | | 0.00 |
| Account No. 5125581 | | | Warranty | | | | |
| Sandra Johnson 1371 Hwy 1 South Lugoff, SC 29078 | - | | | X | X | | 0.00 |
| Account No. 5125250 | | | Warranty | | | | |
| Sandra Jones 9719 N. Bldg 6 Apt 1M Parlin, NJ 08859 | - | | | X | X | | 0.00 |
| Account No. 5089976 | | | Warranty | | | | |
| Sandra K Brakefield 978 Lincolnway West Massillon, OH 44647 | - | | | | | | 399.50 |

Sheet no. 4111 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     399.50

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5089651** | | | | | **Warranty** | | | | |
| **Sandra K Coen** **1250 State Route 56** **New Marshfield, OH 45766** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5084473** | | | | | **Warranty** | | | | |
| **Sandra K Firestone** **112 Breakneck Road** **Connellsville, PA 15425** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5123682** | | | | | **Warranty** | | | | |
| **Sandra K Harris** **325 Miller Farm Rd** **Edinburg, PA 16116** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5091293** | | | | | **Warranty** | | | | |
| **Sandra K Starling** **P.O. Box 292822** **Nashville, TN 37229** | - | | | | | | | | |
| | | | | | | | | | 821.76 |
| Account No. **5124698** | | | | | **Warranty** | | | | |
| **Sandra Keitt** **3509 Lake Avenue Apt 1162** **Columbia, SC 29206** | - | | | | | | | | |
| | | | | | | | | | 662.09 |

Sheet no. **4112** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,483.85

In re **Great Lakes Warranty Corporation**           Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5067515** | | | Warranty | | | | |
| **Sandra Kistler** **1134 Laurel View Drive** **Latrobe, PA 15650** | - | | | X | X | | 0.00 |
| Account No. 5123476 | | | Warranty | | | | |
| **Sandra L  Garrison** **800 Winterberry Place** **Mansfield, OH 44905** | - | | | X | X | | 0.00 |
| Account No. 5120614 | | | Warranty | | | | |
| **Sandra L Delgado** **2519 Settlement Circle** **Lancaster, PA 17604** | - | | | | | | 430.50 |
| Account No. 5089476 | | | Warranty | | | | |
| **Sandra L Dickson** **417 Ambridge Avenue** **Fairoaks, PA 15003** | - | | | X | X | | 0.00 |
| Account No. 5078221 | | | Warranty | | | | |
| **Sandra L Fitzgerald** **70 Hemlock Street** **Beaver, PA 15009** | - | | | X | X | | 0.00 |

Sheet no. **4113** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      430.50

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5118342 | | | Warranty | | | | |
| Sandra L Garces 1047 Fehrs Court Reading, PA 19602 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5111813 | | | Warranty | | | | |
| Sandra L Garner 704 Millsboro Road Mansfield, OH 44903 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5110261 | | | Warranty | | | | |
| Sandra L Hunt 228 Broyles Road Bristol, TN 37620 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5116924 | | | Warranty | | | | |
| Sandra L Kish 1035 Paintertown Road Irwin, PA 15642 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5112258 | | | Warranty | | | | |
| Sandra L McCurley 233 Navajo Drive Oak Hill, FL 32759 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4114** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,　　　　Case No. _____

　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5109724** | | | | **Warranty** | | | | |
| **Sandra Lamell 4058 E Paradise Drive Phoenix, AZ 85028** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5100726** | | | | **Warranty** | | | | |
| **Sandra Lee Braun 5956 E Aire Libre Lane Scottsdale, AZ 85254** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5071393** | | | | **Warranty** | | | | |
| **Sandra Lou Scialdone 3001 Riverside Dr Claridge, PA 15623** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5097458** | | | | **Warranty** | | | | |
| **Sandra M Bullard 966 State Route 511 North Ashland, OH 44805** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109878** | | | | **Warranty** | | | | |
| **Sandra M Eagley 6 S First Street  Apt 6 Mahonoy City, PA 17948** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4115** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal　　　　　　　**0.00**
(Total of this page)

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5114246 | | | Warranty | | | | |
| Sandra M Field 2622 Columbia Avenue Lancaster, PA 17603 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5083275 | | | Warranty | | | | |
| Sandra M Meyer 131 Reisenman Drive Cooperstown, PA 16317 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5092633 | | | Warranty | | | | |
| Sandra Marzullo 4 Steiner Avenue West Seneca, NY 14224 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5130219 | | | Warranty | | | | |
| Sandra McGrath PO Box 368 203 West 26th North Woldwood, NJ 08260 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5063933 | | | Warranty | | | | |
| Sandra Metzger 3433 Broad Avenue Altoona, PA 16601 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**4116** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5125411** | | | | | **Warranty** | | | | |
| **Sandra Miller** **701 Albert Street** **Bellefontaine, OH 43311** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5111684** | | | | | **Warranty** | | | | |
| **Sandra Mora** **20809 N 35th Dr** **Glendale, AZ 85308** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5117742** | | | | | **Warranty** | | | | |
| **Sandra Pezek** **405 Keeling Avenue** **Derry, PA 15627** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5130618** | | | | | **Warranty** | | | | |
| **Sandra Richmond** **296 Loma Drive** **Akron, OH 44319** | - | | | | | | | | |
| | | | | | | | | | **376.00** |
| Account No. **5131866** | | | | | **Warranty** | | | | |
| **Sandra Robbins** **3008 South Smithville Road** **Dayton, OH 45420** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. <u>4117</u> of <u>4906</u> sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**376.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089019** | | | Warranty | | | | |
| **Sandra Ryan** **1058 Devonshire Drive** **San Diego, CA 92107** | - | | | | | | 2,953.53 |
| Account No. 5106877 | | | Warranty | | | | |
| **Sandra S Gusky** **2516 17th Street SW** **Canton, OH 44706** | - | | | | | | 676.00 |
| Account No. 5109957 | | | Warranty | | | | |
| **Sandra S Landis** **15155 Twp Rd 298 SE** **Glouster, OH 45732** | - | | | X | X | | 0.00 |
| Account No. 5118126 | | | Warranty | | | | |
| **Sandra S Robbins** **3008 S Smithville Rd** **Dayton, OH 45420** | - | | | | | | 872.00 |
| Account No. 5131815 | | | Warranty | | | | |
| **Sandra Simeone** **337 1/2 Church Street** **Indiana, PA 15701** | - | | | | | | 1,075.00 |

Sheet no. __4118__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5,576.53

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5100188** | | | | | Warranty | | | | |
| **Sandra Smith** **35 E Saint Anne Street** **Phoenix, AZ 85042** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5089823** | | | | | Warranty | | | | |
| **Sandra Stephens** **2369 Gallia Road** **Patriot, OH 45658** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5103841** | | | | | Warranty | | | | |
| **Sandra Stephens** **PO Box 435** **Rio Grande, OH 45674** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5100752** | | | | | Warranty | | | | |
| **Sandra Tatum** **4305 Snowden Court NE** **Rio Rancho, NM 87124** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5125244** | | | | | Warranty | | | | |
| **Sandra Tkatschenko** **508 Cains Mill Road** **Williamstown, NJ 08094** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**4119** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re   **Great Lakes Warranty Corporation**                          ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5094458** | | | | **Warranty** | | | | |
| **Sandra Tyller** **1566 Copperstone** **Brentwood, TN 37027** | - | | | | | | | |
| | | | | | | | | **1,183.72** |
| Account No. **5132774** | | | | **Warranty** | | | | |
| **Sandra Vasquez** **2346 Old Welsh Road** **Willow Grove, PA 19090** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106984** | | | | **Warranty** | | | | |
| **Sandra Walker** **4709 Indian Summer Drive** **Nashville, TN 37207** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090712** | | | | **Warranty** | | | | |
| **Sandra Washington** **176 Massachusetts Avenue** **Providence, RI 02905** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123208** | | | | **Warranty** | | | | |
| **Sandra Watkins** **12810 W. Hearn Road** **El Mirage, AZ 85335** | - | | | | | | | |
| | | | | | | | | **1,319.63** |

Sheet no. **4120** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,503.35**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119918 | | | | Warranty | | | | |
| Sandra Whittaker 5731 South Herda Tucson, AZ 85106 | | - | | | X | X | | 0.00 |
| Account No. 5103604 | | | | Warranty | | | | |
| Sandy Dieble 20491 Woodard Road New Plymouth, OH 45654 | | - | | | X | X | | 0.00 |
| Account No. 5108516 | | | | Warranty | | | | |
| Sandy E Hawkins 8419 E Milagro Circle Mesa, AZ 85209 | | - | | | X | X | | 0.00 |
| Account No. 5106497 | | | | Warranty | | | | |
| Sandy K Rickard 5576 Miller Road Celina, OH 45822 | | - | | | X | X | | 0.00 |
| Account No. 5079131 | | | | Warranty | | | | |
| Sandy L Sheets 1045 Alpha Street NW Massillon, OH 44647 | | - | | | | | | 962.00 |

Sheet no. **4121** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**962.00**

In re   **Great Lakes Warranty Corporation**                                              ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5114921** | | | | Warranty | | | | |
| **Sandy McCoy** **6733 State Route 730** **Wilmington, OH 45177** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127715** | | | | Warranty | | | | |
| **Sandy Nunez** **922 Sylvan Apt 3** **Emporia, KS 66801** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089443** | | | | Warranty | | | | |
| **Sandy Sanders** **8471 Kacir Lane** **Monclova, OH 43542** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113369** | | | | Warranty | | | | |
| **Sandy Yam** **PO Box 402** **Dellslow, WV 26531** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121256** | | | | Warranty | | | | |
| **Sanford Germaine** **4720 East Chollo** **Phoenix, AZ 85028** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4122** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re **Great Lakes Warranty Corporation**                                          Case No. _____

                                                           ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5111520** | | | | **Warranty** | | | | |
| **Sanford M Barnes** **441 Ohio Ave** **Clairton, PA 15025** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097149** | | | | **Warranty** | | | | |
| **Sang Wan Kim** **7302 Waterloo Walk** **Laurel, MD 20707** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120602** | | | | **Warranty** | | | | |
| **Sanh San** **1614 South 13th St** **Philadelphia, PA 19148** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | **Trade** | | | | |
| **Sani Products Post Control** **842 E. Ohio Street** **Pittsburgh, PA 15212** | - | | | | | | | |
| | | | | | | | | 299.60 |
| Account No. **5117975** | | | | **Warranty** | | | | |
| **Sanjay Sinha** **600 Glenties Dr** **Smyrna, TN 37167** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4123** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                            299.60

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122245** | | | | Warranty | | | | |
| **Sanjiv B Gokhale 305 Wilson Blvd Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126850** | | | | Warranty | | | | |
| **Sanoe Tomas 4515 S. Durango #2078 Las Vegas, NV 89147** | - | | | | | | | |
| | | | | | | | | 326.92 |
| Account No. **5127343** | | | | Warranty | | | | |
| **Santelle Addison 222 Dove Road Camden, SC 29020** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131706** | | | | Warranty | | | | |
| **Santiago Flores 3642 Boulder Way Las Vegas, NV 89121** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125056** | | | | Warranty | | | | |
| **Santiago Garcia 2270 Winter Prkwy #23 Cuyahoga Fallls, OH 44221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4124** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **326.92**

In re    **Great Lakes Warranty Corporation**                                          ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5087000** | | | | **Warranty** | | | | |
| **Santos M Quijada** **1019 Adeline Street** **Trenton, NJ 08610** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122305 | | | | **Warranty** | | | | |
| **Saprina A Allen** **3404 state Street NW** **N Canton, OH 44720** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118888 | | | | **Warranty** | | | | |
| **Sara  Kinnison** **9959 Harrison Bradford Rd** **Bradford, OH 45308** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5078504 | | | | **Warranty** | | | | |
| **Sara A Chavin** **331 May Drive** **Madison, TN 37115** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108751 | | | | **Warranty** | | | | |
| **Sara A Secunda** **755 Drum Point Road** **Brick, NJ 08723** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4125** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation** ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105297** | | | **Warranty** | | | | |
| **Sara Aull 10 Leslie Drive Edinburg, PA 16116** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5046771** | | | **Warranty** | | | | |
| **Sara Bell 459 Redline Rd. Kennerdell, PA 16374** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5116572** | | | **Warranty** | | | | |
| **Sara Booher 1298 Neil Avenue St Marys, OH 45885** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5079912** | | | **Warranty** | | | | |
| **Sara Buzzard Rt 3  Box 4359 Danville, WV 25053** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114828** | | | **Warranty** | | | | |
| **Sara D King 317 Rural Street Emporia, KS 66801** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4126** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re   **Great Lakes Warranty Corporation**                                          ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123427** | | | | Warranty | | | | |
| **Sara E Hollmann** **865 Bellevue Rd  D18** **Nashville, TN 37221** | - | | | | X | X | | 0.00 |
| Account No. **5098126** | | | | Warranty | | | | |
| **Sara F Shorter** **721 North Eighth Avenue** **Laurel, MS 39440** | - | | | | X | X | | 0.00 |
| Account No. **5130363** | | | | Warranty | | | | |
| **Sara G Raymond** **107 Grantham Court** **Columbia, SC 29063** | - | | | | X | X | | 0.00 |
| Account No. **5104371** | | | | Warranty | | | | |
| **Sara Greier** **11421 Washingtonville Road** **Salem, OH 44460** | - | | | | | | | 384.79 |
| Account No. **2009607** | | | | Warranty | | | | |
| **Sara Grubich** **2418 Ligoneer St** **Latrobe, PA 15650** | - | | | | | | | 267.74 |

Sheet no.**4127** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

652.53

In re **Great Lakes Warranty Corporation**                          , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5101798** | | | | **Warranty** | | | | |
| **Sara J Harpster** **44 Smeach Drive** **Hanover, PA 17331** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089565** | | | | **Warranty** | | | | |
| **Sara Jo Kent** **1142 Sandy Street** **Elgin, SC 29045** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123026** | | | | **Warranty** | | | | |
| **Sara K Overly** **105 Riverside Rd** **Vanderbilt, PA 15486** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094761** | | | | **Warranty** | | | | |
| **Sara L DiFelice** **1024 Woodridge Boulevard** **Lancaster, PA 17601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113930** | | | | **Warranty** | | | | |
| **Sara L Ludwick** **806 Greenlee Road** **Frankfort, OH 45628** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4128** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re   **Great Lakes Warranty Corporation**                                      ,        Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5111918** | | | | | **Warranty** | | | | |
| **Sara M Jurecki** **20425 N Seventh Street  #3044** **Phoenix, AZ 85024** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5108517** | | | | | **Warranty** | | | | |
| **Sara Nichole Lindemuth** **8883 Route 28N** **Brockway, PA 15824** | - | | | | | | | | |
| | | | | | | | | | **385.25** |
| Account No. **5097957** | | | | | **Warranty** | | | | |
| **Sara R Jackson** **6506 E 125th Street  Apt 3** **Grandview, MO 64030** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5116970** | | | | | **Warranty** | | | | |
| **Sara Rowens** **7885 Butterfield Lane** **Canal Winchester, OH 43110** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5103341** | | | | | **Warranty** | | | | |
| **Sara Saardwutijaroen** **367 Innisfree Drive** **Daly City, CA 94015** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **4129**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**385.25**

In re **Great Lakes Warranty Corporation**                    , Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5066727** | | | | | Warranty | | | | |
| **Sara Wendel**<br>**3418 Wabash Rd**<br>**Ft Recovery, OH 45846** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5102148 | | | | | Warranty | | | | |
| **Sarabjit Ashta**<br>**40 Cherry Farm Lane**<br>**West Chester, PA 19382** | - | | | | | | | | |
| | | | | | | | | | 1,482.21 |
| Account No. 5118278 | | | | | Warranty | | | | |
| **Sarah Campbell**<br>**915 Kings Arms Dr**<br>**Downingtown, PA 19335** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5130292 | | | | | Warranty | | | | |
| **Sarah Lloyd**<br>**5815 Stoneshead Ct**<br>**Westerville, OH 43081** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5130402 | | | | | Warranty | | | | |
| **Sarah A McAleer**<br>**4109 Apple St**<br>**Philadelphia, PA 19127** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4130** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,482.21

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                        ,
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5073212** | | | | | **Warranty** | | | | |
| **Sarah Akinfosile** **2649 78th Avenue** **Baton Rouge, LA 70807** | - | | | | | X | X | | 0.00 |
| Account No. **5106787** | | | | | **Warranty** | | | | |
| **Sarah B Gwozdz** **13 Valley Drive** **Telford, PA 18969** | - | | | | | X | X | | 0.00 |
| Account No. **5082652** | | | | | **Warranty** | | | | |
| **Sarah Barre** **9334 Sarsen Drive** **Cordova, TN 38016** | - | | | | | X | X | | 0.00 |
| Account No. **5132519** | | | | | **Warranty** | | | | |
| **Sarah Beachler** **102 Breeze Ave** **Venice, CA 90291** | - | | | | | X | X | | 0.00 |
| Account No. **5125649** | | | | | **Warranty** | | | | |
| **Sarah Beth Ahlers** **66 W. Nimisila Road** **Akron, OH 44319** | - | | | | | X | X | | 0.00 |

Sheet no. **4131** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       0.00

In re __Great Lakes Warranty Corporation__ _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5125475 | | | | Warranty | | | | |
| Sarah Brickles 9749 St Rt 682 Athens, OH 45701 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5075504 | | | | Warranty | | | | |
| Sarah Brooke Osborne 331 Gaywood Drive Nashville, TN 37211 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121518 | | | | Warranty | | | | |
| Sarah C Maxwell 753 Brookhollow Rd Nashville, TN 37205 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5089815 | | | | Warranty | | | | |
| Sarah Chirau 2018 Pinehurst Court  Apt C Allentown, PA 18109 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112966 | | | | Warranty | | | | |
| Sarah Chronister 1138 Township Road 296 Hammondsville, OH 43930 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __4132__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108690** | | | | Warranty | | | | |
| **Sarah Coats** **410 Windmill Circle** **Greenwood, SC 29646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088950** | | | | Warranty | | | | |
| **Sarah Crownover** **23 Scenic Drive** **Hollidaysburg, PA 16648** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095740** | | | | Warranty | | | | |
| **Sarah D Crider** **2425 W Chestnut Avenue** **Altoona, PA 16601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122555** | | | | Warranty | | | | |
| **Sarah E Cauthen** **4510 Landrgave Rd** **Columbia, SC 29206** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102934** | | | | Warranty | | | | |
| **Sarah E Chambers** **50 Harmony Dwellings** **Beaver Falls, PA 15010** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4133** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              0.00

In re   **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108506** | | | | Warranty | | | | |
| **Sarah E Spriggs** **1616 Redbush Avenue** **Kettering, OH 45420** | - | | | | X | X | | 0.00 |
| Account No. **5129789** | | | | Warranty | | | | |
| **Sarah Eldred** **511 North Chestnut Street** **Derry, PA 15627** | - | | | | X | X | | 0.00 |
| Account No. **5106045** | | | | Warranty | | | | |
| **Sarah Forkovitch** **7 S Main Street** **Fairchance, PA 15436** | - | | | | | | | 945.69 |
| Account No. **5113095** | | | | Warranty | | | | |
| **Sarah Guellar** **8480 Lime Kiln   Apt 108** **Wyncote, PA 19095** | - | | | | X | X | | 0.00 |
| Account No. **5099082** | | | | Warranty | | | | |
| **Sarah H Eble** **1306 Armond Drive  Apt 203** **Memphis, TN 38103** | - | | | | X | X | | 0.00 |

Sheet no.**4134**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                945.69

In re __Great Lakes Warranty Corporation_____,    Case No. _____

(upper)                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5107666** | | | **Warranty** | | | | |
| **Sarah Henderson**<br>**3140 Theresa Avenue**<br>**Las Vegas, NV 89110** | - | | | X | X | | **0.00** |
| Account No. **5121052** | | | **Warranty** | | | | |
| **Sarah J Sereff**<br>**210 Maryville Hwy  Apt 4**<br>**Seymour, TN 37865** | - | | | X | X | | **0.00** |
| Account No. **5117440** | | | **Warranty** | | | | |
| **Sarah K Cash**<br>**2009 Jenny Lind Street**<br>**McKeesport, PA 15132** | - | | | X | X | | **0.00** |
| Account No. **5099612** | | | **Warranty** | | | | |
| **Sarah Ketchum**<br>**250 N Arcadia  #1418**<br>**Tucson, AZ 85711** | - | | | X | X | | **0.00** |
| Account No. **5113657** | | | **Warranty** | | | | |
| **Sarah Kitchin**<br>**210 Third Avenue**<br>**Westville, NJ 08093** | - | | | X | X | | **0.00** |

Sheet no.**4135** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5105376** | | | | | **Warranty** | | | | |
| **Sarah Klein** **211 Log Cabin Lane** **Effort, PA 18330** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5093578** | | | | | **Warranty** | | | | |
| **Sarah L Congrove** **11240 Hoopere Ridge Road** **Glouster, OH 45732** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5121926** | | | | | **Warranty** | | | | |
| **Sarah L McKinney** **1008 Bunche Dr** **Dayton, OH 45408** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5097979** | | | | | **Warranty** | | | | |
| **Sarah L Pine** **6750 Hamler Drive** **Canal Winchester, OH 43110** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5070344** | | | | | **Warranty** | | | | |
| **Sarah Leech** **299 Maplewood Drive** **McMurray, PA 15317** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4136** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5121927** | | | | Warranty | | | | |
| **Sarah N Wilcox**<br>**9102 Peebles Rd**<br>**Allison Park, PA 15101** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111049** | | | | Warranty | | | | |
| **Sarah Parker**<br>**5010 Barrington Drive**<br>**Columbia, SC 29203** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113025** | | | | Warranty | | | | |
| **Sarah Parker**<br>**22004 W Cantilever Street**<br>**Buckeye, AZ 85326** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131578** | | | | Warranty | | | | |
| **Sarah Pawlak**<br>**6909 Quail Hollow**<br>**Las Vegas, NV 89108** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5065920** | | | | Warranty | | | | |
| **Sarah Preston**<br>**720 Rolling Hills Drive**<br>**Johnson City, TN 37601** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4137** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re   **Great Lakes Warranty Corporation**        ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5107351** | | | | **Warranty** | | | | |
| **Sarah R Evans** **108 Neville St** **New Eagle, PA 15067** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127601** | | | | **Warranty** | | | | |
| **Sarah R Guthrie** **732 Eagle Pointe Dr** **Canonsburg, PA 15317** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085483** | | | | **Warranty** | | | | |
| **Sarah R Sakolsky** **701 Dewberry Drive** **Monroeville, PA 15146** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089013** | | | | **Warranty** | | | | |
| **Sarah Reschke** **121 Allen Cove** **Marion, AR 72364** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130198** | | | | **Warranty** | | | | |
| **Sarah Shuey** **617 Wyandotte Street** **Bethlehem, PA 18015** | - | | | | | | | |
| | | | | | | | | 1,174.50 |

Sheet no.**4138** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal         | **1,174.50**

(Total of this page)

In re   **Great Lakes Warranty Corporation**               ,    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5112786** | | - | | **Warranty** | | | | |
| **Sarah Slumard** **263 Lovers Alley  PO Box 47** **Bolivar, OH 44612** | | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129986** | | - | | **Warranty** | | | | |
| **Sarah Stillions** **5750 Yerington Avenue** **Las Vegas, NV 89110** | | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132772** | | - | | **Warranty** | | | | |
| **Sarah Street** **382 Cameron street** **Etters, PA 17319** | | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088473** | | - | | **Warranty** | | | | |
| **Sarah Timm** **9010 Forest Lawn Dr** **Brentwood, TN 37027** | | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113284** | | - | | **Warranty** | | | | |
| **Sarah Webb** **4215 Harding Place** **Nashville, TN 37205** | | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4139** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                                                                         0.00
(Total of this page)

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5104779** | | | Warranty | | | | |
| **Sarah Weingarten**<br>**22 E Ninth Street**<br>**Lakewood, NJ 08701** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5072549** | | | Warranty | | | | |
| **Sarah Whipple**<br>**312 N Wildrose St**<br>**Mesa, AZ 85207** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5072037** | | | Warranty | | | | |
| **Sarat Bhogavalli**<br>**620 East McKellips Road E229**<br>**Tempe, AZ 85281** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5094651** | | | Warranty | | | | |
| **Sarel Marais**<br>**4043 E Maplewood Street**<br>**Gilbert, AZ 85297** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130727** | | | Warranty | | | | |
| **Saresa Smith**<br>**18427 Freeland Street**<br>**Detroit, MI 48198** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4140** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5105989 | | | | | Warranty | | | | |
| Satpal S Patheja 1418 Marshall Lane Meadowbrook, PA 19046 | - | | | | | | | | 962.00 |
| Account No. 5120299 | | | | | Warranty | | | | |
| Saturnino Hermosillo 1342 E 10th St Reno, NV 89512 | - | | | | | X | X | | 0.00 |
| Account No. 5132290 | | | | | Warranty | | | | |
| Saul Machado Seon 2449 Cataluna Avenue Henderson, NV 89074 | - | | | | | X | X | | 0.00 |
| Account No. 5129114 | | | | | Warranty | | | | |
| Saul V Gil 1662 Mulberry St Reading, PA 19604 | - | | | | | X | X | | 0.00 |
| Account No. 5130466 | | | | | Warranty | | | | |
| Saulia Negran 39 E Cumberland Street Allentown, PA 18103 | - | | | | | | | | 948.02 |

Sheet no. **4141** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,910.02

In re **Great Lakes Warranty Corporation**        Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5112475** | | | Warranty | | | | |
| **Saundra K Dannemiller**<br>**3122 Mudhouse Road NE**<br>**Lancaster, OH 43130** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125651** | | | Warranty | | | | |
| **Savalas Eddy**<br>**317 Chestnut Street**<br>**Pottstown, PA 19464** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088534** | | | Warranty | | | | |
| **Savannah C Mimidis**<br>**3038 Hogback Road**<br>**Finleyville, PA 15332** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5128345** | | | Warranty | | | | |
| **Savonia Lynch**<br>**26411 John j Williams**<br>**Millsboro, DE 19966** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108738** | | | Warranty | | | | |
| **Sayan Chakraborty**<br>**244 Chatham Park Drive   Apt TA**<br>**Pittsburgh, PA 15220** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**4142** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
                (Total of this page)            0.00

In re   **Great Lakes Warranty Corporation**            ,    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5129878 | | | Warranty | | | | |
| Saymah Y Tuan 8905 Springfield Blvd Queens Village, NY 11427 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5122565 | | | Warranty | | | | |
| Scheila Velez Cruz 1118 E Tioga St Philadelphia, PA 19134 | - | | | | | | |
| | | | | | | | 358.50 |
| Account No. 5075032 | | | Warranty | | | | |
| Schill and Associates LLC 1250 Linda Street Suite 201 Rocky River, OH 44116 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5115706 | | | Warranty | | | | |
| Scot A Muir 8112 S Palm Drive Tempe, AZ 85284 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5097750 | | | Warranty | | | | |
| Scot Coble 915 Burns Road Marion Center, PA 15759 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. __4143__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **358.50**

In re   **Great Lakes Warranty Corporation**                                    ,                Case No. _____

_____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5069076** | | | - | | **Warranty** | | | | |
| **Scott Aitken** **1249 E. Julian Drive** **Gilbert, AZ 85295** | | | | | | | | | **1,153.47** |
| Account No. **5083466** | | | - | | **Warranty** | X | X | | |
| **Scott Ball** **798 Mays Valley Rd** **Harriman, TN 37748** | | | | | | | | | **0.00** |
| Account No. **5105490** | | | - | | **Warranty** | X | X | | |
| **Scott Edelstein** **2451 Wayfarer Court** **Chapel Hill, NC 27514** | | | | | | | | | **0.00** |
| Account No. **5127549** | | | - | | **Warranty** | X | X | | |
| **Scott Farmer** **8124 Bells Campground Rd** **Powel, TN 37849** | | | | | | | | | **0.00** |
| Account No. **5088765** | | | - | | **Warranty** | | | | |
| **Scott Henderson** **2415 E Camel Back #1050** **Phoenix, AZ 85016** | | | | | | | | | **976.00** |

Sheet no. **4144** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,129.47**

In re   **Great Lakes Warranty Corporation**         ,     Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5121191** | | | | **Warranty** | | | | |
| **Scott  Hertwig** **382 Beacon Dr** **McMinnville, TN 37110** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109171** | | | | **Warranty** | | | | |
| **Scott  Kaufman** **91 Kulp Rd West** **Chalfont, PA 18914** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123508** | | | | **Warranty** | | | | |
| **Scott  Kravets** **445 Old Court St** **Cincinnati, OH 45203** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120097** | | | | **Warranty** | | | | |
| **Scott  Lader** **558 West 6th St** **Brooklyn Heights, OH 44131** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105046** | | | | **Warranty** | | | | |
| **Scott  Shields** **1603 E Elmswood Street** **Mesa, AZ 85203** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4145** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)       **0.00**

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094695** | | | Warranty | | | | |
| **Scott Simon** **118 Staffwood** **Irmo, SC 29063** | | - | | X | X | | 0.00 |
| Account No. **5118234** | | | Warranty | | | | |
| **Scott Stinebiser** **715 Darlington Ave** **Jeannette, PA 15644** | | - | | X | X | | 0.00 |
| Account No. **5090520** | | | Warranty | | | | |
| **Scott A McComas** **73185 Long Run Road** **Albany, OH 45710** | | - | | X | X | | 0.00 |
| Account No. **5129533** | | | Warranty | | | | |
| **Scott A Dow** **936 E South St** **Corry, PA 16407** | | - | | | | | 554.18 |
| Account No. **5046117** | | | Warranty | | | | |
| **Scott A Graham** **PO Box 4778** **Sedona, AZ 86340** | | - | | X | X | | 0.00 |

Sheet no.__**4146**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

554.18

In re __Great Lakes Warranty Corporation_____,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5104824** | | | | **Warranty** | | | | |
| **Scott A Kerrigan**<br>**9840 McClellan St**<br>**North Huntington, PA 15642** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096965** | | | | **Warranty** | | | | |
| **Scott A Mason**<br>**124 McCoy Street  Box 4**<br>**Nanty Glo, PA 15943** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103125** | | | | **Warranty** | | | | |
| **Scott A Stiffler**<br>**10034 Hillwood Drive  Box 223**<br>**Wattsburg, PA 16442** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104858** | | | | **Warranty** | | | | |
| **Scott A Williams**<br>**739 Thomas Street**<br>**Monroeville, PA 15146** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118331** | | | | **Warranty** | | | | |
| **Scott A Wilson**<br>**28490 Old State Route 246**<br>**Albany, OH 45710** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4147** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re    **Great Lakes Warranty Corporation**                  ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108170** | | | | Warranty | | | | |
| **Scott A Wright** **402 Lytham Court** **Moon Township, PA 15108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120836** | | | | Warranty | | | | |
| **Scott Alan Beegle** **216 Rockgut Rd** **Central City, PA 15926** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091304** | | | | Warranty | | | | |
| **Scott Allan Berglund** **902 Evergreen Drive** **Wyomissing, PA 19610** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125863** | | | | Warranty | | | | |
| **Scott Allen** **449 Three Hill Road** **Spring Grove, PA 17362** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115661** | | | | Warranty | | | | |
| **Scott Allen Solnosky** **9 North First Street** **Reynoldsville, PA 15851** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4148** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

              Subtotal
         (Total of this page)        0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5100748** | | | | **Warranty** | | | | |
| **Scott Aungst** **11508 NE 128th Street  #9** **Kirkland, WA 98034** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5073048** | | | | **Warranty** | | | | |
| **Scott Bane** **2511 Belmont Boulevard** **Nashville, TN 37212** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5068500** | | | | **Warranty** | | | | |
| **Scott Borchetta** **5215 Harpeth Ridge Drive** **Brentwood, TN 37027** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124702** | | | | **Warranty** | | | | |
| **Scott Breegle** **18 Adrian Drive** **Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5096130** | | | | **Warranty** | | | | |
| **Scott Brink** **406 North Green** **Charlestown, MO 63834** | - | | | | | | | |
| | | | | | | | | **133.40** |

Sheet no. **4149** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **133.40**

In re   **Great Lakes Warranty Corporation**                                  ,      Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5103016** | | | | | **Warranty** | | | | |
| **Scott Burger** **525 Pine Street** **Lykens, PA 17048** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5080005** | | | | | **Warranty** | | | | |
| **Scott C Thomas** **14900 Country Club Lane** **Salem, OH 44460** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5083749** | | | | | **Warranty** | | | | |
| **Scott Cameron** **3344 Hickory Rd** **Nashville, TN 37211** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5093395** | | | | | **Warranty** | | | | |
| **Scott Carter** **20875 N 29th** **Scottsdale, AZ 85255** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5114398** | | | | | **Warranty** | | | | |
| **Scott Chalfant** **1352 Paoli Pike** **Westchester, PA 19380** | - | | | | | | | | |
| | | | | | | | | | **789.02** |

Sheet no. **4150** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **789.02**

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5116502 | | | Warranty | | | | |
| Scott Chalfant 233 W First Avenue  Apt B Walvern, PA 19355 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5114398 | | | Warranty | | | | |
| Scott Chalfant 1352 Paoli Pike Westchester, PA 19380 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5067645 | | | Warranty | | | | |
| Scott Cleland 6515 Helena Road Columbia, SC 29206 | - | | | | | | |
| | | | | | | | 697.25 |
| Account No. 5115839 | | | Warranty | | | | |
| Scott Condit 524 S Leh Street Allentown, PA 18104 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5113127 | | | Warranty | | | | |
| Scott D Wilcox 1209 E 42nd St Erie, PA 16504 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4151** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **697.25**

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5044451** | | | | | **Warranty** | | | | |
| **Scott Deakin** **2077 Sherrifs Posse Trail** **Prescott, AZ 86303** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5098592** | | | | | **Warranty** | | | | |
| **Scott Dergham** **379 Anthony Drive** **Northampton, PA 18067** | - | | | | | | | | |
| | | | | | | | | | **280.40** |
| Account No. **5132385** | | | | | **Warranty** | | | | |
| **Scott Dirkson** **929 Blanchard Avenue** **Chambersburg, PA 17201** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5099813** | | | | | **Warranty** | | | | |
| **Scott E Behnken** **12080 Air Hill Road** **Brookville, OH 45309** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5086340** | | | | | **Warranty** | | | | |
| **Scott E Bellavance** **45 Pearl Alley** **Monongahela, PA 15063** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **4152** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**280.40**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5072315** | | | **Warranty** | | | | |
| **Scott E Carradine**<br>**438 Coal Road**<br>**West Mifflin, PA 15122** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113955** | | | **Warranty** | | | | |
| **Scott E Fox**<br>**26 Bean Drive**<br>**Warren, PA 16365** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123152** | | | **Warranty** | | | | |
| **Scott E Ososkie**<br>**324 S Poplar St**<br>**Mount Carmel, PA 17851** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132594** | | | **Warranty** | | | | |
| **Scott Eshenaur**<br>**118 South Arlington Avenue**<br>**Harrisburg, PA 17109** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115925** | | | **Warranty** | | | | |
| **Scott F Staudenmeier**<br>**246 Germanville Road**<br>**Ashland, PA 17921** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4153** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5069135 | | | | Warranty | | | | |
| Scott Feldhacker 3304 June Circle Mesa, AZ 85213 | - | | | | X | X | | 0.00 |
| Account No. 5073315 | | | | Warranty | | | | |
| Scott Finucane 23832 Aldergrove Avenue Sherwood, OR 97140 | - | | | | | | | 402.00 |
| Account No. 5115002 | | | | Warranty | | | | |
| Scott Fisher 149 E Charlotte St Millersville, PA 17551 | - | | | | X | X | | 0.00 |
| Account No. 5113784 | | | | Warranty | | | | |
| Scott Frei 4148 Eldred Court Noblesville, IN 46062 | - | | | | X | X | | 0.00 |
| Account No. 5104224 | | | | Warranty | | | | |
| Scott Gash 4 Spring Circle Dillsburg, PA 17019 | - | | | | X | X | | 0.00 |

Sheet no. 4154  of 4906  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           402.00

In re   **Great Lakes Warranty Corporation**         ,       Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5121849** | | | | **Warranty** | | | | |
| **Scott Goodrich** **126 Clark St** **Jackson, MI 49203** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122602** | | | | **Warranty** | | | | |
| **Scott Green** **8880 Breezewood Dr** **Pittsburgh, PA 15237** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103757** | | | | **Warranty** | | | | |
| **Scott Greene** **850 Marina Way** **Prosperity, SC 29127** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102551** | | | | **Warranty** | | | | |
| **Scott Greggs** **833 North High Street** **Waterford, PA 16441** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102676** | | | | **Warranty** | | | | |
| **Scott H Mulhorn** **604 Staufer Street** **Scottdale, PA 15683** | - | | | | | | | |
| | | | | | | | | 117.00 |

Sheet no. **4155** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      117.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5103600** | | | Warranty | | | | |
| **Scott Hannum** **1223 East Desert Cove Avenue** **Phoenix, AZ 85020** | - | | | X | X | | 0.00 |
| Account No. **5129641** | | | Warranty | | | | |
| **Scott Harlacher** **730 Old York Road** **Dillsburg, PA 17019** | - | | | X | X | | 0.00 |
| Account No. **5086215** | | | Warranty | | | | |
| **Scott Harr** **510 Railroad Street** **Windber, PA 15963** | - | | | X | X | | 0.00 |
| Account No. **5128505** | | | Warranty | | | | |
| **Scott Harris** **1912 Airfield** **Kingman, AZ 86401** | - | | | X | X | | 0.00 |
| Account No. **5085627** | | | Warranty | | | | |
| **Scott Hill** **25208 Clock Tower Drive** **Franklin, TN 37067** | - | | | X | X | | 0.00 |

Sheet no. **4156** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __**Great Lakes Warranty Corporation**_____,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123991** | | | | **Warranty** | | | | |
| **Scott Hipp** **7703 Hollis Drive** **Morrisville, PA 19067** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122773** | | | | **Warranty** | | | | |
| **Scott Hoobler** **2718 Timberman Rd** **Hamilton, OH 04503** | - | | | | | | | |
| | | | | | | | | **228.00** |
| Account No. **5101210** | | | | **Warranty** | | | | |
| **Scott Hutchison** **3763 E Chickadee Road** **Gilbert, AZ 85297** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130585** | | | | **Warranty** | | | | |
| **Scott Ibbotson** **202 Marshland Lane** **Greer, SC 29650** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5075352** | | | | **Warranty** | | | | |
| **Scott J Zenz** **3470 Brodhead Road** **Bethlehem, PA 18020** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. __**4157**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**228.00**

In re  **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5085784** | | | Warranty | | | | |
| **Scott Johnson** **29697 N 69th Drive** **Peoria, AZ 85383** | - | | | X | X | | 0.00 |
| Account No. **5104001** | | | Warranty | | | | |
| **Scott Jones** **1030 Briarwood Drive** **Cottontown, TN 37048** | - | | | X | X | | 0.00 |
| Account No. **5108166** | | | Warranty | | | | |
| **Scott Jordan** **118 Via Medicia** **Aptos, CA 95003** | - | | | | | | 360.00 |
| Account No. **5101243** | | | Warranty | | | | |
| **Scott Karrenbauer** **2355 Tiffin Circle Street** **Massillon, OH 44646** | - | | | X | X | | 0.00 |
| Account No. **5126225** | | | Warranty | | | | |
| **Scott Kurtzman** **23 South Gamble Street** **Shelby, OH 44875** | - | | | X | X | | 0.00 |

Sheet no.__4158__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **360.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                    ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130470** | | **Warranty** | | | | | | |
| **Scott L Lukens**<br>**17 Foxfield Lane**<br>**Elizabethtown, PA 17022** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116538** | | **Warranty** | | | | | | |
| **Scott L Saunders**<br>**144 Iron Run Road**<br>**Bethel Park, PA 15102** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122519** | | **Warranty** | | | | | | |
| **Scott L Wadell**<br>**603 N Milwaukee St**<br>**Port Washington, WI 53074** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113275** | | **Warranty** | | | | | | |
| **Scott L Williams**<br>**3323 Third Street**<br>**Dunbar, PA 15431** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5075574** | | **Warranty** | | | | | | |
| **Scott Lambert**<br>**5682 FM580 East**<br>**Kemper, TX 76539** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4159** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **0.00**

In re    **Great Lakes Warranty Corporation**                  ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100594** | | | Warranty | | | | |
| **Scott Leftwich** **9507 Ashford Place** **Brentwood, TN 37027** | - | | | X | X | | 0.00 |
| Account No. **5123651** | | | Warranty | | | | |
| **Scott Lehman** **938 W Mince St** **West Chester, PA 19382** | - | | | X | X | | 0.00 |
| Account No. **5058285** | | | Warranty | | | | |
| **Scott Lehmann** **10126 E Happy Hollow Dr** **Scottsdale, AZ 85262** | - | | | X | X | | 0.00 |
| Account No. **5118801** | | | Warranty | | | | |
| **Scott Lilly** **725 Furman Dr** **Murfreesboro, TN 37129** | - | | | X | X | | 0.00 |
| Account No. **5129824** | | | Warranty | | | | |
| **Scott Luscavage** **211 Timber Road** **Pottsville, PA 17901** | - | | | X | X | | 0.00 |

Sheet no. **4160** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal
           (Total of this page)         0.00

In re **Great Lakes Warranty Corporation**                                      , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5098566** | | | | Warranty | | | | |
| **Scott M Cascone** **8526 Avon Belden Road** **N Ridgeville, OH 44039** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087935** | | | | Warranty | | | | |
| **Scott M Goff** **56 Fifth Avenue** **Roebling, NJ 08554** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108587** | | | | Warranty | | | | |
| **Scott M Rini** **511 Ricksecker Street** **Dover, OH 44622** | - | | | | | | | |
| | | | | | | | | **764.50** |
| Account No. **5088234** | | | | Warranty | | | | |
| **Scott M Turner** **22359 W Hadley Street** **Buckeye, AZ 85326** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091555** | | | | Warranty | | | | |
| **Scott M Wagner** **43 North Eighth Street** **Easton, PA 18042** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. <u>4161</u> of <u>4906</u> sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **764.50**

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097723** | | | | **Warranty** | | | | |
| **Scott M. Kirsch** **1000 Chestnut Avenue** **Northern Cambri, PA 15714** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5081558** | | | | **Warranty** | | | | |
| **Scott Makela** **16420 S 35th Street** **Phoenix, AZ 85048** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087335** | | | | **Warranty** | | | | |
| **Scott Marikis** **16812 North Hummingbird Lane** **Nine Mile Falls, WA 99026** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087307** | | | | **Warranty** | | | | |
| **Scott Martin** **22355 State Route 13** **Glouster, OH 45732** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126806** | | | | **Warranty** | | | | |
| **Scott McNamara** **708 N. Penn Street** **Penn, PA 15675** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4162** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                         0.00
(Total of this page)

In re **Great Lakes Warranty Corporation**          ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5125320** | | | | **Warranty** | | | | |
| **Scott Merichko** **217 Hornock Drive** **New Alexandria, PA 15670** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118580** | | | | **Warranty** | | | | |
| **Scott Miller** **8171 E Del Barquero** **Scottsdale, AZ 85258** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102407** | | | | **Warranty** | | | | |
| **Scott Minman** **9694 Williamson Road** **Meadville, PA 16335** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108411** | | | | **Warranty** | | | | |
| **Scott Morgan** **3606 Hampton Avenue** **Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102742** | | | | **Warranty** | | | | |
| **Scott Morris** **1429 West Curry Street** **Chandler, AZ 85224** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4163** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,

                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5090812** | | | Warranty | | | | |
| **Scott Murphy** **4376 Walters Hatchery Road** **Seven Valleys, PA 17360** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5078033** | | | Warranty | | | | |
| **Scott Northridge** **697 Harbor AVe** **Mays Landing, NJ 08330** | - | | | | | | |
| | | | | | | | **306.00** |
| Account No. **5085869** | | | Warranty | | | | |
| **Scott P Beanner** **249 Dell Avenue** **Pittsburgh, PA 15216** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5119409** | | | Warranty | | | | |
| **Scott P Wyatt** **9 Covington Ct** **Bordentown, NJ 08505** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5066213** | | | Warranty | | | | |
| **Scott Polender** **505 Kenilworth Avenue  #9** **Glen Ellyn, IL 60137** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **4164** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **306.00**

In re   **Great Lakes Warranty Corporation**                                              ,        Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5065981** | | | | | Warranty | | | | |
| **Scott Prokopec** **301 Longview Dr** **Manor, PA 15665** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5117634** | | | | | Warranty | | | | |
| **Scott R Cullen** **30 South Wade Avenue  Apt 2B** **Washington, PA 15301** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131466** | | | | | Warranty | | | | |
| **Scott R Fisher** **5750 Wales Rd** **Erie, PA 16510** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5086422** | | | | | Warranty | | | | |
| **Scott R Hozebin** **312 Hartford Avenue** **Old Lyme, CT 06371** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5073815** | | | | | Warranty | | | | |
| **Scott R Johnson** **1429 Kynlyn Drive** **Wilmington, DE 19809** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4165**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re   **Great Lakes Warranty Corporation**               ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100286** | | | | **Warranty** | | | | |
| **Scott R Loveridge 3910 South Brice Mesa, AZ 85212** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118859** | | | | **Warranty** | | | | |
| **Scott R McCann 1113 Farmhouse Lane Quakertown, PA 18951** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132501** | | | | **Warranty** | | | | |
| **Scott R Pulkkinen 2693 Hemlock Farms Hawley, PA 18428** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107145** | | | | **Warranty** | | | | |
| **Scott Reed 692 E Megan Drive Queen Creek, AZ 85240** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124672** | | | | **Warranty** | | | | |
| **Scott Roth 73258 Pleasant Grove Dillonvale, OH 43917** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4166** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                       Subtotal
           (Total of this page)       **0.00**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108895** | | | Warranty | | | | | |
| **Scott Rutherford** **2488 E Appleby Road** **Gilbert, AZ 85298** | - | | | | | | | **142.41** |
| Account No. **5081626** | | | Warranty | | | | | |
| **Scott S Duncan** **2768 Mt Troy Road** **Pittsburgh, PA 15212** | - | | | | X | X | | **0.00** |
| Account No. **5089902** | | | Warranty | | | | | |
| **Scott Smith** **9701 E Happy Valley Road  #13** **Scottsdale, AZ 85255** | - | | | | X | X | | **0.00** |
| Account No. **5117760** | | | Warranty | | | | | |
| **Scott Spriggs** **305 East Williams** **Bellefontaine, OH 43311** | - | | | | X | X | | **0.00** |
| Account No. **5090988** | | | Warranty | | | | | |
| **Scott Swift** **173 Inlet Drive** **Hendersonville, TN 37075** | - | | | | X | X | | **0.00** |

Sheet no.**4167** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**142.41**

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103965** | | | | **Warranty** | | | | |
| **Scott Swogger** **687 Graff Avenue** **Meadville, PA 16335** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5051727** | | | | **Warranty** | | | | |
| **Scott Teich** **5684 Bent Tree Dr** **Scottsdale, AZ 85262** | - | | | | | | | |
| | | | | | | | | **433.11** |
| Account No. **5069857** | | | | **Warranty** | | | | |
| **Scott Thomas** **4603 West Dunbar Lane** **Laveen, AZ 85339** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129309** | | | | **Warranty** | | | | |
| **Scott Tullius** **RD 2 Box 470 Valley View** **Wheeling, WV 26003** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116414** | | | | **Warranty** | | | | |
| **Scott V Dennison** **188 Harcourt Drive** **Akron, OH 44313** | - | | | | | | | |
| | | | | | | | | **125.66** |

Sheet no. **4168** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **558.77**

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5066485** | | | Warranty | | | | |
| **Scott Vansickle** **73 East Wine Street** **Uniontown, PA 15401** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113887** | | | Warranty | | | | |
| **Scott W Greenawalt** **9 S Baltimore Street  Apt 11** **Dillsburg, PA 17019** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5097841** | | | Warranty | | | | |
| **Scott W Marakovitz** **55 Coffeetown Rd** **Easton, PA 18042** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111770** | | | Warranty | | | | |
| **Scott W Swigart** **528 E Riddle Avenue** **Ravenna, OH 44266** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5078217** | | | Warranty | | | | |
| **Scott Warfield** **637 Maplewood Avenue** **Ambridge, PA 15003** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4169**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5128062 | | | | Warranty | | | | |
| Scott Wilson 118 Cause Way South River, NJ 08882 | - | | | | X | X | | 0.00 |
| Account No. 5129346 | | | | Warranty | | | | |
| Scott Wilson 6376 Gura Road Atehns, OH 45701 | - | | | | X | X | | 0.00 |
| Account No. 5131887 | | | | Warranty | | | | |
| Scott Wood 402 Holly Tree Lane Simpsonville, SC 29681 | - | | | | X | X | | 0.00 |
| Account No. 5075664 | | | | Warranty | | | | |
| Scott Wynn 783 E Gemini Place Chandler, AZ 85249 | - | | | | X | X | | 0.00 |
| Account No. 5062271 | | | | Warranty | | | | |
| Scott Ziemer 3244 Mitchell Court Burlington, KY 41005 | - | | | | | | | 511.33 |

Sheet no. **4170** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     511.33

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5092283** | | | | **Warranty** | | | | |
| **Scotty West** **8131 Black Bay Court Apt. 3** **Dayton, OH 45458** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097328** | | | | **Warranty** | | | | |
| **Sean Crump** **6320 Raytown Road** **Raytown, MO 64133** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123478** | | | | **Warranty** | | | | |
| **Sean Frey** **6923 Veto Rd** **Belpre, OH 45714** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093093** | | | | **Warranty** | | | | |
| **Sean A Derrick** **818 E Cinnabon Avenue** **Phoenix, AZ 85020** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109298** | | | | **Warranty** | | | | |
| **Sean A Lavey** **4471 Christmas Rock Road** **Lancaster, OH 43130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __**4171**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                          ,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5110585 | | | Warranty | | | | |
| Sean A Sweeney 6947 State Route 329 Guysville, OH 45735 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5116314 | | | Warranty | | | | |
| Sean A Zaleski 540 Revere Road West Chester, PA 19382 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5127051 | | | Warranty | | | | |
| Sean B Mitchell 300 Old Pennlyn Pk Blue Bell, PA 19422 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5124843 | | | Warranty | | | | |
| Sean Badidles 2233 Le Conte Avenue Henderson, NV 89074 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5122171 | | | Warranty | | | | |
| Sean Budway 9108 Nickelwood Las Vegas, NV 89142 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4172** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5105985** | | | | | Warranty | | | | |
| **Sean Burke**<br>**3855 Blair Mill Road  #215A**<br>**Horsham, PA 19044** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5090620** | | | | | Warranty | | | | |
| **Sean C Fox**<br>**1234 Pennsylvania Avenue**<br>**Monaca, PA 15061** | - | | | | | | | | |
| | | | | | | | | | 164.55 |
| Account No. **5120722** | | | | | Warranty | | | | |
| **Sean Carey**<br>**700 South Ormond St Ext**<br>**Tarentum, PA 15084** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5100649** | | | | | Warranty | | | | |
| **Sean D Clancy**<br>**3921 Gann Road SE**<br>**Smyrna, GA 30082** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5126652** | | | | | Warranty | | | | |
| **Sean Dickieson**<br>**7784 Barret Road**<br>**West Chester, OH 45069** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4173** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 164.55

In re **Great Lakes Warranty Corporation**                                      ,          Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5118890 | | | | Warranty | | | | |
| Sean E Reiter 1019 Dillon Circle Fostoria, OH 44830 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108033 | | | | Warranty | | | | |
| Sean Fleming P.O. Box 279 Deerwood, MN 56444 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129327 | | | | Warranty | | | | |
| Sean Gallagher 3562 South Bronco Road Las Vegas, NV 89103 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5073446 | | | | Warranty | | | | |
| Sean J Sanborn 3964 NE 15th Street Homestead, FL 33030 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5079332 | | | | Warranty | | | | |
| Sean Jones 14249 W Sierra Street Surprise, AZ 85379 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__4174__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5122374 | | | | Warranty | | | | |
| Sean K Dunlevy 321 Willow Dr Cape May, NJ 08204 | - | | | | X | X | | 0.00 |
| Account No. 5118639 | | | | Warranty | | | | |
| Sean K Spears 317 Rensselaer Rd Bucyrus, OH 44820 | - | | | | X | X | | 0.00 |
| Account No. 5107128 | | | | Warranty | | | | |
| Sean Keith Smith 110 Olive Branch Anderson, SC 29626 | - | | | | X | X | | 0.00 |
| Account No. 5093679 | | | | Warranty | | | | |
| Sean Kershner 134 W. Desert Lane Phoenix, AZ 85041 | - | | | | X | X | | 0.00 |
| Account No. 5101683 | | | | Warranty | | | | |
| Sean M Eads 708 Roanoke Street Crestline, OH 44827 | - | | | | X | X | | 0.00 |

Sheet no. **4175** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5106098** | | | Warranty | | | | | |
| **Sean M Fedorek**<br>**112 Greenawalt Lane**<br>**West Newton, PA 15089** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130756** | | | Warranty | | | | | |
| **Sean Makarin**<br>**8349 Shady Lady Ct**<br>**Las Vegas, NV 89131** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130238** | | | Warranty | | | | | |
| **Sean Martin**<br>**240 Fifth Avenue**<br>**New Kensington, PA 15068** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087857** | | | Warranty | | | | | |
| **Sean McCabe**<br>**577 S Burgess Avenue**<br>**Columbus, OH 43204** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121989** | | | Warranty | | | | | |
| **Sean McCormick**<br>**64 Moore Ave**<br>**Westville, NJ 08093** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4176** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**                              , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123408** | | | | **Warranty** | | | | |
| **Sean P Malo** **280 Lost Hollow Rd** **Dillsburg, PA 17019** | - | | | | X | X | | 0.00 |
| Account No. **5079680** | | | | **Warranty** | | | | |
| **Sean P Carr** **1006 Lilac Street** **Celina, OH 45822** | - | | | | X | X | | 0.00 |
| Account No. **5087994** | | | | **Warranty** | | | | |
| **Sean P Considine** **429 E Eastland Street** **Gallatin, TN 37066** | - | | | | X | X | | 0.00 |
| Account No. **5131201** | | | | **Warranty** | | | | |
| **Sean Padelsky** **315 Church Street** **Landisville, PA 17538** | - | | | | X | X | | 0.00 |
| Account No. **5131645** | | | | **Warranty** | | | | |
| **Sean Papa** **703 North Broad Street** **Ridgway, PA 15853** | - | | | | X | X | | 0.00 |

Sheet no. **4177** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5120073** | | | | | **Warranty** | | | | |
| **Sean R Scott** **1305 Frances Dr** **Wellsville, OH 43968** | - | | | | | | | | **1,465.00** |
| Account No. **5127840** | | | | | **Warranty** | | | | |
| **Sean Roberts** **8033 Dancing Springs Street** **Las Vegas, NV 89143** | - | | | | | X | X | | **0.00** |
| Account No. **5116074** | | | | | **Warranty** | | | | |
| **Sean Rozick** **516 Thornbury Lane** **Lititz, PA 17543** | - | | | | | X | X | | **0.00** |
| Account No. **5123422** | | | | | **Warranty** | | | | |
| **Sean Runkle** **2429 Pine St** **Rock Glen, PA 18246** | - | | | | | X | X | | **0.00** |
| Account No. **5127309** | | | | | **Warranty** | | | | |
| **Sean Starner** **1 Merino Lane** **Mechanicsburg, PA 17055** | - | | | | | X | X | | **0.00** |

Sheet no. **4178** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,465.00**

In re **Great Lakes Warranty Corporation**                                                                Case No. _____
                                                                    ,
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129188** | | | | **Warranty** | | | | |
| **Sean Stock** **7902 Fairfield** **Philadelphia, PA 19152** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130684** | | | | **Warranty** | | | | |
| **Sean Sweeney** **6947 St Rt 329** **Guysville, OH 45735** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5077441** | | | | **Warranty** | | | | |
| **Sean T Galow** **321 Joshua Circle** **Sun Prairie, WI 53590** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128009** | | | | **Warranty** | | | | |
| **Sean T Logue** **415 Bay Ave** **Somers Point, NJ 08244** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121403** | | | | **Warranty** | | | | |
| **Sean W Burris** **PO Box 793    384 East State ST** **Knox, PA 16232** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4179** of **4906** sheets attached to Schedule of                                 Subtotal                                 **0.00**
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                          ,
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127250** | | | | **Warranty** | | | | |
| **Sean W Marshall** **20 Hillcrest** **Tuscaloosa, AL 35401** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5066119** | | | | **Warranty** | | | | |
| **Sean Walsh** **2201 N. Commanche Dr #1083** **Chandler, AZ 85224** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126028** | | | | **Warranty** | | | | |
| **Sean Washington** **1412 Goodnight** **Nashville, TN 37207** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119827** | | | | **Warranty** | | | | |
| **Sean Wilson** **8532 Mayerling Dr** **Charlotte, NC 28227** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115796** | | | | **Warranty** | | | | |
| **Sean Zimmerman** **419 East Main Street** **Schuylkill Haven, PA 17972** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4180** of **4906** sheets attached to Schedule of                    Subtotal                      **0.00**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

In re   **Great Lakes Warranty Corporation**                    ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131177** | | | Warranty | | | | |
| **Seana Esmaili** **482 58th Street** **Altoona, PA 16602** | - | | | X | X | | 0.00 |
| Account No. **5100889** | | | Warranty | | | | |
| **Seana L Miller** **4992 Aspen Street** **W Mifflin, PA 15122** | - | | | X | X | | 0.00 |
| Account No. **5093616** | | | Warranty | | | | |
| **Season B Hall** **1916 West Monument Street** **Philadelphia, PA 19121** | - | | | | | | 606.58 |
| Account No. **5092813** | | | Warranty | | | | |
| **Sebastian Lourier** **7260 E Eagle Crest Drive  Lot #2** **Mesa, AZ 85207** | - | | | X | X | | 0.00 |
| Account No. **5129495** | | | Warranty | | | | |
| **Seka Alford** **211 E Wilkes BArre Sttreet Apt 2** **Easton, PA 18042** | - | | | | | | 1,188.50 |

Sheet no. **4181** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)         1,795.08

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5092172** | | | | **Warranty** | | | | |
| **Selena L Hamilton** **3783 Churchview Avenue** **Pittsburgh, PA 15236** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098985** | | | | **Warranty** | | | | |
| **Selena M Snyder** **1412 Centre Street** **Ashland, PA 17921** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100494** | | | | **Warranty** | | | | |
| **Selena T Camp** **5045 Forsythia Circle** **Murrells Inlet, SC 29576** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105338** | | | | **Warranty** | | | | |
| **Selene Thomas** **1867 Chessland Street  #10** **Pittsburgh, PA 15205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091345** | | | | **Warranty** | | | | |
| **Selin S Uz** **526 Mixsell Street** **Easton, PA 18042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4182** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5092762** | | | | **Warranty** | | | | |
| **Seline M Massung 188 Old Hershey Road Elizabethtown, PA 17022** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101997** | | | | **Warranty** | | | | |
| **Selsa Torres 3441 Hurley Street Philadelphia, PA 19134** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108931** | | | | **Warranty** | | | | |
| **Selvin Espinosa 107 Holland Street Lindenwald, NJ 08021** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099853** | | | | **Warranty** | | | | |
| **Semyon M Young 485 Indigo Ridge Drive Columbia, SC 29229** | | - | | | | | | |
| | | | | | | | | 799.90 |
| Account No. **5114119** | | | | **Warranty** | | | | |
| **September D Morrison 10527 Garrett Road Amanda, OH 00046-3102** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4183** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **799.90**

In re **Great Lakes Warranty Corporation** ,     Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5128991** | | | | | **Warranty** | | | | |
| **Sequoia Dennis** **630 Penn Street 2nd Floor** **Allentown, PA 18102** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5074349** | | | | | **Warranty** | | | | |
| **Serena A Boettcher** **343 S 500 E#137** **Salt Lake City, UT 84102** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5111639** | | | | | **Warranty** | | | | |
| **Serena Garcia** **707 Boulevard De Cannes** **Edwardsville, IL 62025** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5059211** | | | | | **Warranty** | | | | |
| **Serge Mirault** **803 Brentwood Pt** **Brentwood, TN 37027** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5099821** | | | | | **Warranty** | | | | |
| **Serge Sarkis** **6 Creek View Court** **Easton, PA 18045** | - | | | | | | | | |
| | | | | | | | | | **540.00** |

Sheet no. **4184** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **540.00**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5113646** | | | | **Warranty** | | | | |
| **Sergio A Manente** **2318 Mountain Road** **Hamburg, PA 19526** | | - | | | X | X | | 0.00 |
| Account No. **5101687** | | | | **Warranty** | | | | |
| **Sergio Cervantes** **4912 Algonquin Trail** **Antioch, TN 37013** | | - | | | X | X | | 0.00 |
| Account No. **5092484** | | | | **Warranty** | | | | |
| **Sergio Fedelini** **550 Longpoint Road** **Mt Pleasant, SC 29464** | | - | | | X | X | | 0.00 |
| Account No. **5091611** | | | | **Warranty** | | | | |
| **Sergio Jose Gomez** **2301 Cooper Terrace** **Nashville, TN 37216** | | - | | | X | X | | 0.00 |
| Account No. **5122666** | | | | **Warranty** | | | | |
| **Sergio Mungvia** **2937 Stewart No 2** **Las Vegas, NV 89101** | | - | | | X | X | | 0.00 |

Sheet no.**4185** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re  **Great Lakes Warranty Corporation**                              ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5088795 | | | | Warranty | | | | |
| Sergio Rene Gonzales 1093 E Senate Circle Chandler, AZ 85225 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128671 | | | | Warranty | | | | |
| Sergio Rolando Salomon 208-02 33rd Avenue Bayside, NY 11361 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5070838 | | | | Warranty | | | | |
| Sergio Ruiz 4759 E Mountain Sage Dr Phoenix, AZ 85044 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102168 | | | | Warranty | | | | |
| Sergio Salazar 65 Lands End Drive Jackson, TN 38305 | - | | | | | | | |
| | | | | | | | | 214.50 |
| Account No. 5116178 | | | | Warranty | | | | |
| Sergio Sobral 8395 Langdon Street Philadelphia, PA 19152 | - | | | | | | | |
| | | | | | | | | 536.50 |

Sheet no.**4186** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **751.00**

In re   **Great Lakes Warranty Corporation**                          ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5063564** | | | **Warranty** | | | | |
| **Sergiy Pryadkin** **2311 Somerset Blvd** **Troy, MI 48084** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5128409** | | | **Warranty** | | | | |
| **Sergiy Merkulov** **405 W Edgewood Ave** **Linwood, NJ 08221** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5106474** | | | **Warranty** | | | | |
| **Service Car of America** **2001 Assembly Street** **Cola, SC 29201** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5090764** | | | **Warranty** | | | | |
| **Seth Daniels** **44 Messina Drive** **Woolwich Township, NJ 08085** | - | | | | | | |
| | | | | | | | 729.13 |
| Account No. **5116964** | | | **Warranty** | | | | |
| **Seth King** **50 Eastgate Ave** **West Jefferson, OH 43162** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**4187** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

729.13

In re **Great Lakes Warranty Corporation**                    Case No. _____
_____ ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108962** | | | | **Warranty** | | | | |
| **Seth A Grubbs** **18 Sycamore Road** **Ephrata, PA 17522** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109115** | | | | **Warranty** | | | | |
| **Seth A Hauck** **1035 Kressler Road** **Allentown, PA 18103** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117680** | | | | **Warranty** | | | | |
| **Seth Beard** **225 John Stevens Drive** **Coatsville, PA 19320** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130828** | | | | **Warranty** | | | | |
| **Seth Detmer** **5429 Emmons St** **Fairborn, OH 45324** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113623** | | | | **Warranty** | | | | |
| **Seth E Freed** **2100C N Ridge Road** **Perkasie, PA 18944** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4188** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5047705** | | | | Warranty | | | | |
| **Seth Freeman 3532 Madera Ave Los Angeles, CA 90039** | - | | | | X | X | | 0.00 |
| Account No. **5111114** | | | | Warranty | | | | |
| **Seth George 740 E Mingus Cottonwood, AZ 86326** | - | | | | X | X | | 0.00 |
| Account No. **5119755** | | | | Warranty | | | | |
| **Seth J Wiesenthal 5438 Meadow Wood Lyndhurst, OH 44124** | - | | | | X | X | | 0.00 |
| Account No. **5129769** | | | | Warranty | | | | |
| **Seth Martin 19 Gentry Drive Palmyra, PA 17078** | - | | | | X | X | | 0.00 |
| Account No. **5107655** | | | | Warranty | | | | |
| **Seth Wampler 9081 East Karen Drive Scottsdale, AZ 85260** | - | | | | | | | 1,686.46 |

Sheet no. **4189** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 1,686.46

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5094426** | | | | **Warranty** | | | | |
| **Seth Womble** **357 Lakemont Court** **Franklin, TN 37067** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102098** | | | | **Warranty** | | | | |
| **Seuasti T Psaras** **46 Greystone Drive** **Poland, OH 44514** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117534** | | | | **Warranty** | | | | |
| **Severo  Lopez Campos** **2255 Laguna Street  #12** **Yuma, AZ 85365** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5082803** | | | | **Warranty** | | | | |
| **Shad Meier** **4001 Skyline Dr** **Nashville, TN 37215** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125728** | | | | **Warranty** | | | | |
| **Shadawna L Pacley** **1342 Lynn St** **Erie, PA 16503** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**4190** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

In re **Great Lakes Warranty Corporation**                              , Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128823** | | | **Warranty** | | | | |
| **Shahi Mehran 8600 Starboard Dr No2144 Lsa Vegas, NV 89117** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113703** | | | **Warranty** | | | | |
| **Shahid M Tahir 5201 Park Ridge Drive W Bloomfield, MI 48323** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5079690** | | | **Warranty** | | | | |
| **Shahid Wazir 204 North Ridge Oval Brooklyn, OH 44144** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126171** | | | **Warranty** | | | | |
| **Shahroon Choudhry 200 Deer Run Drive Mountian Top, PA 18707** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101666** | | | **Warranty** | | | | |
| **Shaina M Walker 6633 Saltzburg Rd 308 Pittsburgh, PA 15235** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4191** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5090893 | | | Warranty | | | | |
| Shajan Mathew 3138 Summit Ridge Dr Rochester Hills, MI 48306 | - | | | X | X | | 0.00 |
| Account No. 5127304 | | | Warranty | | | | |
| Shajeeh Idris 182 Hunt Club Drive 2B Coplay, OH 44321 | - | | | | | | 282.19 |
| Account No. 5132010 | | | Warranty | | | | |
| Shakima Dowdell 423 East Broad Street Bethlehem, PA 18018 | - | | | X | X | | 0.00 |
| Account No. 5117747 | | | Warranty | | | | |
| Shakyra H Riley 318 Pittsburgh Street  Apt 302 Scottdale, PA 15683 | - | | | X | X | | 0.00 |
| Account No. 5129406 | | | Warranty | | | | |
| Shala F Daniels 311 Anderson Olpe, KS 66865 | - | | | X | X | | 0.00 |

Sheet no. **4192** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          282.19

In re   **Great Lakes Warranty Corporation**                              Case No. _____
                                                                   ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5080655** | | | **Warranty** | | | | |
| **Shalom Samuel Cohen** **3837 Labyrinth Road** **Baltimore, MD 21215** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5089646** | | | **Warranty** | | | | |
| **Shambra D Yocum** **2722 23rd Street** **Parkersburg, WV 26101** | - | | | | | | |
| | | | | | | | 1,291.00 |
| Account No. **5125684** | | | **Warranty** | | | | |
| **Shameka Hannah** **226 Pheasant Run Road** **Mays Landing, NJ 08330** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5084811** | | | **Warranty** | | | | |
| **Shana Byers** **103 New Street** **York, SC 29745** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132434** | | | **Warranty** | | | | |
| **Shana McKee** **47 Buttonwood Lane** **Carlisle, PA 17015** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4193** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,291.00**

In re **Great Lakes Warranty Corporation** ,                Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131697** | | | Warranty | | | | |
| **Shane Riffle** **2881 Tennyson Boulevard** **Columbus, OH 43232** | - | | | X | X | | 0.00 |
| Account No. **5131924** | | | Warranty | | | | |
| **Shane Young** **1347 Valley Forge R** **Duncansville, PA 16635** | - | | | X | X | | 0.00 |
| Account No. **5093736** | | | Warranty | | | | |
| **Shane B Bixby** **3031 Westwood Drive** **Lancaster, PA 17601** | - | | | X | X | | 0.00 |
| Account No. **5130301** | | | Warranty | | | | |
| **Shane Cymbaluk** **1733 23rd St West** **Williston, ND 58801** | - | | | X | X | | 0.00 |
| Account No. **5075420** | | | Warranty | | | | |
| **Shane D Crausby** **97 E Marion Street** **Pontotoc, MS 38863** | - | | | X | X | | 0.00 |

Sheet no. **4194** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**                                          ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5088777** | | | | **Warranty** | | | | |
| **Shane Derenzo 410 Funston Avenue Shillington, PA 19607** | - | | | | | | | 95.00 |
| Account No. 5113772 | | | | **Warranty** | | | | |
| **Shane E Black 2879 Progress Park Stow, OH 44224** | - | | | | X | X | | 0.00 |
| Account No. 5095724 | | | | **Warranty** | | | | |
| **Shane F Dunn 637 West D Street Wellston, OH 45692** | - | | | | X | X | | 0.00 |
| Account No. 5115250 | | | | **Warranty** | | | | |
| **Shane Hazi 4975 Willow Drive Pittsburgh, PA 15236** | - | | | | X | X | | 0.00 |
| Account No. 5118903 | | | | **Warranty** | | | | |
| **Shane Higginbotham 7013 S Golfside Lane Phoenix, AZ 85042** | - | | | | | | | 142.00 |

Sheet no.**4195** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                237.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5117930 | | | | Warranty | | | | |
| Shane James 6018 Porter Drive Harrison, TN 37341 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107429 | | | | Warranty | | | | |
| Shane Kaiser 420 Elmington Ave  Apt 505 Nashville, TN 37205 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117659 | | | | Warranty | | | | |
| Shane Kehs 8276 Lyon Valley Road New Tripoli, PA 18066 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120656 | | | | Warranty | | | | |
| Shane M  Zimmerman 818 Boyd St Lancaster, OH 43130 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106287 | | | | Warranty | | | | |
| Shane Michael Hoffa 315 Stevens Avenue  PO Box 185 Bernville, PA 19506 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4196** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. **5087649** | | | Warranty | | | | |
| **Shane Snyder** **5 W Sunset Avenue** **Ephrata, PA 17522** | - | | | X | X | | 0.00 |
| Account No. **5127039** | | | Warranty | | | | |
| **Shane Treadwell** **12430 N 19th Avenue Apt 138** **Phoenix, AZ 85029** | - | | | X | X | | 0.00 |
| Account No. **5101833** | | | Warranty | | | | |
| **Shaneka D Brown** **5112 Hillcrest Street** **Pittsburgh, PA 15224** | - | | | X | X | | 0.00 |
| Account No. **5129060** | | | Warranty | | | | |
| **Shanika Hunter** **5118 Gloster Street** **Pittsburgh, PA 15207** | - | | | X | X | | 0.00 |
| Account No. **5129030** | | | Warranty | | | | |
| **Shaniqua Harrell** **360 Pennington Ave  No 308** **Trenton, NJ 08618** | - | | | | | | 1,197.00 |

Sheet no. **4197** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,197.00**

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5096637** | | | | **Warranty** | | | | |
| **Shanita Lawrence** **20026 N Flamenco Street** **Maricopa, AZ 85238** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087564** | | | | **Warranty** | | | | |
| **Shannalee E Kirkburn** **5005 N Zuck** **Erie, PA 16506** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073842** | | | | **Warranty** | | | | |
| **Shannon  McCracken Banning** **2010 Elaine Circle** **Florence, SC 29505** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118480** | | | | **Warranty** | | | | |
| **Shannon B Ullman** **2269 Bristol Rd** **Warrington, PA 18976** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5083640** | | | | **Warranty** | | | | |
| **Shannon Blackburn** **1660 Miles Avenue NW** **Canton, OH 44708** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4198** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re __Great Lakes Warranty Corporation__ _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5077718** | | | | | **Warranty** | | | | |
| **Shannon Burgess**<br>**8321 Williams Avenue**<br>**Philadelphia, PA 19150** | | - | | | | | | | 653.65 |
| Account No. **5128987** | | | | | **Warranty** | | | | |
| **Shannon Burnett**<br>**506 Matlock Street**<br>**Athens, TN 37303** | | - | | | | X | X | | 0.00 |
| Account No. **5129415** | | | | | **Warranty** | | | | |
| **Shannon Carranto**<br>**5940 Sassa Street**<br>**Las Vegas, NV 89130** | | - | | | | | | | 1,529.19 |
| Account No. **5098350** | | | | | **Warranty** | | | | |
| **Shannon Ceaser**<br>**86 Kenan Street**<br>**Taneytown, MD 21787** | | - | | | | X | X | | 0.00 |
| Account No. **5123652** | | | | | **Warranty** | | | | |
| **Shannon Curren**<br>**637 Worthington Dr**<br>**Warminster, PA 18974** | | - | | | | X | X | | 0.00 |

Sheet no. __4199__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,182.84

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5110996 | | | | Warranty | | | | |
| Shannon E Mayan 1910 Elder St Reading, PA 19604 | - | | | | X | X | | 0.00 |
| Account No. 5113735 | | | | Warranty | | | | |
| Shannon Harper 1720 Innisfallen Avenue Springfield, OH 45506 | - | | | | X | X | | 0.00 |
| Account No. 5117333 | | | | Warranty | | | | |
| Shannon J Carver 1102 Dry Branch Road  PO Box 33 Dry Branch, WV 25061 | - | | | | X | X | | 0.00 |
| Account No. 5131253 | | | | Warranty | | | | |
| Shannon Kleinert 3239 Mac Avenue Flint, MI 48560 | - | | | | | | | 1,380.00 |
| Account No. 5093555 | | | | Warranty | | | | |
| Shannon L Moore 23954 Woltz Road Rockbridge, OH 43149 | - | | | | X | X | | 0.00 |

Sheet no. **4200** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,380.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5093878 | | | | Warranty | | | | |
| Shannon L Mosier 281 Vennum Avenue Mansfield, OH 44903 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5076484 | | | | Warranty | | | | |
| Shannon M Kunkle 618 Wylie Avenue Jeannette, PA 15644 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5078700 | | | | Warranty | | | | |
| Shannon M Urton 6257 Eagle View Drive Mason, OH 45040 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127492 | | | | Warranty | | | | |
| Shannon Orwick 232 3rd Street SW Carrollton, OH 44615 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5079279 | | | | Warranty | | | | |
| Shannon Quinn Welling 23 Ann Arbor Drive Pittsburgh, PA 15229 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4201** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**               ,     Case No. _____

                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106840** | | | | Warranty | | | | |
| Shannon R McDaniels 201 Quittie Park Drive Annville, PA 17003 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121865** | | | | Warranty | | | | |
| Shannon Rae Petrosky 4172 Drone Hwy Osceola Mills, PA 16666 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131778** | | | | Warranty | | | | |
| Shannon Reed 301 Caddie Dr Marysville, OH 43040 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088934** | | | | Warranty | | | | |
| Shannon Ryan 2115 Yeaman Place  #308 Nashville, TN 37206 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111616** | | | | Warranty | | | | |
| Shannon Schaker 2280 Settlers Trail Vandalia, OH 45377 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4202** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                
(Total of this page)           0.00

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5105839** | | | | Warranty | | | | |
| **Shannon Tower** **3993 Carteret Drive** **Philadelphia, PA 19114** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127936** | | | | Warranty | | | | |
| **Shannon Whitting** **5084 Springdale Boulevard** **Hilliard, OH 43026** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5059285** | | | | Warranty | | | | |
| **Shannon Widman** **94 Watertown Rd** **Middlebury, CT 06762** | - | | | | | | | |
| | | | | | | | | **645.77** |
| Account No. **5130539** | | | | Warranty | | | | |
| **Shante A McShepard** **4083 Palm Ave** **Lorain, OH 44055** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114086** | | | | Warranty | | | | |
| **Shantwania Buchanan** **18 County Road 617A** **Corinth, MS 38834** | - | | | | | | | |
| | | | | | | | | **526.00** |

Sheet no. **4203** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,171.77**

In re **Great Lakes Warranty Corporation** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5111389 | | | Warranty | | | | |
| Shaquala R Phillips 2117 Park Hills Drive  Apt 11 Pittsburgh, PA 15221 | - | | | X | X | | 0.00 |
| Account No. 5130215 | | | Warranty | | | | |
| Shaquana Howell 17 Maryland Avenue Whitesboro, NJ 08252 | - | | | X | X | | 0.00 |
| Account No. 5131331 | | | Warranty | | | | |
| Sharee N  Scott 1304 West Wishart St Philadelphia, PA 19132 | - | | | X | X | | 0.00 |
| Account No. 5131722 | | | Warranty | | | | |
| Shareh Day 3850 Wood Haven Rd #701 Philadelphia, PA 19154 | - | | | X | X | | 0.00 |
| Account No. 5087305 | | | Warranty | | | | |
| Shari  Ferguson 5444 Angel Ridge Road Athens, OH 45701 | - | | | X | X | | 0.00 |

Sheet no. **4204** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5102751** | | | **Warranty** | | | | |
| **Shari Bernier** **7311 East Southern #2057** **Mesa, AZ 85209** | - | | | | | | **2,399.46** |
| Account No. 5110648 | | | **Warranty** | | | | |
| **Shari Townsend** **6209 Oakcrest Avenue NW** **Canton, OH 44718** | - | | | X | X | | 0.00 |
| Account No. 5129983 | | | **Warranty** | | | | |
| **Shari Visarraga** **808 Long Branch Drive** **Henderson, NV 89014** | - | | | X | X | | 0.00 |
| Account No. 5075726 | | | **Warranty** | | | | |
| **Sharl Maynor** **102 Fox Chase Drive** **Goose Creek, SC 29445** | - | | | X | X | | 0.00 |
| Account No. 5088048 | | | **Warranty** | | | | |
| **Sharlene Konenko** **8432 N 85th St** **Scottsdale, AZ 85258** | - | | | X | X | | 0.00 |

Sheet no. **4205** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,399.46**

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                                  ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5084360** | | | Warranty | | | | |
| **Sharlene S Hartsell** **1613 Grace Street** **Mansfield, OH 44905** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5124446** | | | Warranty | | | | |
| **Sharon  Bowden** **2520 Granite Parkway** **Elk Grove, CA 95758** | - | | | | | | |
| | | | | | | | **500.00** |
| Account No. **5107610** | | | Warranty | | | | |
| **Sharon  Hnot** **930 Mulberry Street** **Reading, PA 19604** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5085674** | | | Warranty | | | | |
| **Sharon  Jankowski** **1960 Cider Mill Way** **Tipp City, OH 45371** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5116188** | | | Warranty | | | | |
| **Sharon  Shlavin** **33 Wilden Drive** **Easton, PA 18045** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **4206** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **500.00**

In re **Great Lakes Warranty Corporation**                                   ,                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5090365** | | | | **Warranty** | | | | |
| **Sharon  Worley** **159 Todd Creek Road** **Neeses, SC 29107** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5042633** | | | | **Warranty** | | | | |
| **Sharon A Bingley** **12 Palmetto Park Road** **Charleston, SC 29407** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120982** | | | | **Warranty** | | | | |
| **Sharon A Floro** **8716 Arcturus Dr** **Cincinnati, OH 45249** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105547** | | | | **Warranty** | | | | |
| **Sharon A Norman** **761 Newberry Road** **Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113721** | | | | **Warranty** | | | | |
| **Sharon A Rimer** **1605 Loner Road** **Blythewood, SC 29016** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4207** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5128304 | | | | Warranty | | | | |
| Sharon B Smith 2509 N Haven Blvd Cuyahoga Falls, OH 44223 | - | | | | X | X | | 0.00 |
| Account No. 5114226 | | | | Warranty | | | | |
| Sharon Baxter 11735 Chapman Highway Seymour, TN 37865 | - | | | | X | X | | 0.00 |
| Account No. 5112483 | | | | Warranty | | | | |
| Sharon Bohlen 278 Adams Street Nelsonville, OH 45764 | - | | | | | | | 122.00 |
| Account No. 5124582 | | | | Warranty | | | | |
| Sharon Burkholder 448 TR 1031 Nova, OH 44859 | - | | | | X | X | | 0.00 |
| Account No. 5124684 | | | | Warranty | | | | |
| Sharon Burt 8 Summyside Drive Athens, OH 45701 | - | | | | X | X | | 0.00 |

Sheet no. 4208 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

122.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5073088 | | | Warranty | | | | |
| Sharon Callahan 3601 Najaro Road Bethlehem, PA 18020 | - | | | | | | 1,408.00 |
| Account No. 5129353 | | | Warranty | | | | |
| Sharon Cleland 47750 Main Street Racine, OH 45771 | - | | | X | X | | 0.00 |
| Account No. 5111892 | | | Warranty | | | | |
| Sharon Cohen 412 Parkinson Ave Trenton, NJ 08610 | - | | | X | X | | 0.00 |
| Account No. 5089439 | | | Warranty | | | | |
| Sharon Durie 12 School Road Horsham, PA 19044 | - | | | X | X | | 0.00 |
| Account No. 5091467 | | | Warranty | | | | |
| Sharon Eady 3187 Linksland Road Mount Pleasant, SC 29466 | - | | | X | X | | 0.00 |

Sheet no. **4209** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,408.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                  ,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108480** | | | Warranty | | | | |
| **Sharon Ellis**<br>**65 West 90th Street**<br>**New York, NY 10024** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120147** | | | Warranty | | | | |
| **Sharon Flowers**<br>**10031 Possum Hollow RAd**<br>**Rockbridge, OH 43149** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107093** | | | Warranty | | | | |
| **Sharon Gagnon**<br>**158 McGill Road**<br>**Kamloops, BC V2C1L7**<br>**CANADA** | - | | | | | | |
| | | | | | | | 552.31 |
| Account No. **5061513** | | | Warranty | | | | |
| **Sharon Gardner**<br>**555 Treadway Blvd**<br>**Sheffield Lake, Oh 44054** | - | | | | | | |
| | | | | | | | 90.00 |
| Account No. **5109317** | | | Warranty | | | | |
| **Sharon H Mills**<br>**1468 Legion Drive**<br>**Columbia, SC 29229** | - | | | | | | |
| | | | | | | | 2,852.85 |

| | |
|---|---|
| Sheet no.**4210** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) |
| | 3,495.16 |

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5087911** | | | | Warranty | | | | |
| **Sharon Harless** **473 Payne Ridge** **Walton, WV 25286** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094171** | | | | Warranty | | | | |
| **Sharon Hollar** **1876 Evans Road** **Jackson, OH 45640** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088841** | | | | Warranty | | | | |
| **Sharon J Bullock** **6800 Baker Rd  Lot 87** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125364** | | | | Warranty | | | | |
| **Sharon Johnson** **7711 Edgewater Ave** **Huntsville, OH 43324** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085278** | | | | Warranty | | | | |
| **Sharon K Rowan** **445 Park Street** **Rochester, PA 15074** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4211** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5113446 | | | Warranty | | | | |
| Sharon K Wright 4610 Erie Avenue NW Canal Fulton, OH 44614 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5090247 | | | Warranty | | | | |
| Sharon L Pastucka 5261 Strathmore Drive Mechanicsburg, PA 17050 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 3963627 | | | Warranty | | | | |
| Sharon L Robinson 310 N Broad Street  #D10 Carneys Point, NJ 08069 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5116616 | | | Warranty | | | | |
| Sharon Larson 4431 N Condo Street Litchfield Park, AZ 85340 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5122373 | | | Warranty | | | | |
| Sharon M  Price 1036 Fidler Rd Woodbine, NJ 08270 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4212** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5087057** | | | | | Warranty | | | | |
| **Sharon M Sambuca** **3862 Alberta Place** **Philadelphia, PA 19154** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5130925** | | | | | Warranty | | | | |
| **Sharon Matute** **1101 North Rainbow Blvd #87** **Las Vegas, NV 89108** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5111981** | | | | | Warranty | | | | |
| **Sharon Mount** **2079 Third   PO Box 18** **Thurston, OH 43157** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5125676** | | | | | Warranty | | | | |
| **Sharon Pleasant** **4404 Landmark Road** **Groveport, OH 43125** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5110633** | | | | | Warranty | | | | |
| **Sharon Powers** **9444 Horseshoe Bend** **Ludlow Falls, OH 45339** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **4213** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5124567 | | | | Warranty | | | | |
| Sharon Pritchett 521 Co Rd. 3 Calhoun, TN 37309 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109596 | | | | Warranty | | | | |
| Sharon Prosdocimo 829 Cottonwood Dr Monroeville, PA 15146 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112718 | | | | Warranty | | | | |
| Sharon R Allen 1428 Cagle Road Ashland City, TN 37015 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105823 | | | | Warranty | | | | |
| Sharon R Castle 814 Mansfield Lucas Road Mansfield, OH 44903 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113181 | | | | Warranty | | | | |
| Sharon R Dawson Hampton 124 Burt Drive Roselle, NJ 07203 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4214** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5117852 | | | Warranty | | | | |
| Sharon R. Fick 129 Saratoga Avenue NW Canton, OH 44708 | | - | | | | | 191.46 |
| Account No. 5099418 | | | Warranty | | | | |
| Sharon Saylor 1022 Setty Road Albany, OH 45710 | | - | | X | X | | 0.00 |
| Account No. 5111032 | | | Warranty | | | | |
| Sharon Singletary 212 Siloam Acres Drive Greenwood, SC 29646 | | - | | X | X | | 0.00 |
| Account No. 5131917 | | | Warranty | | | | |
| Sharon Singleton 43736 SR26 Woodsfield, OH 43793 | | - | | X | X | | 0.00 |
| Account No. 5116192 | | | Warranty | | | | |
| Sharon Smith 1231 Center Avenue Pottstown, PA 19464 | | - | | X | X | | 0.00 |

Sheet no. **4215** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    191.46

In re  **Great Lakes Warranty Corporation**

Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **5128522** | | | Warranty | | | | |
| **Sharon Smith** **7468 St Rt 56** **Mechanicsburg, OH 43644** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113114** | | | Warranty | | | | |
| **Sharon Sutherland** **151 Downing Dr** **Severna Park, MD 21146** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111277** | | | Warranty | | | | |
| **Sharon Tinkham** **14 Jacobs Avenue** **Chauncey, OH 45719** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101287** | | | Warranty | | | | |
| **Sharon V Moyer** **710 Mountain Road** **Pine Grove, PA 17963** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5106168** | | | Warranty | | | | |
| **Sharon Vanderveer** **23 South McLean #6** **Memphis, TN 38104** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4216** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126952** | | | Warranty | | | | |
| **Sharon Wilkin**<br>**142 E Sixth Avenue**<br>**Lancaster, OH 43130** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5079039** | | | Warranty | | | | |
| **Sharon Williams**<br>**31565 Painter Ridge Road**<br>**Vinton, OH 45686** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5065090** | | | Warranty | | | | |
| **Sharon Yvonne Williams-Radecic**<br>**8421 Poplar Creek Road**<br>**Nashville, TN 37221** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110908** | | | Warranty | | | | |
| **Sharon Zapata**<br>**408 Plum Avenue**<br>**New Kensington, PA 15068** | - | | | | | | |
| | | | | | | | 73.17 |
| Account No. **5125328** | | | Warranty | | | | |
| **Sharosha Daniels**<br>**312 E. Danielle Court**<br>**Mary Esther, FL 32569** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**4217** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                73.17

In re  **Great Lakes Warranty Corporation**                                    Case No. _____

                                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5107048 | | | | Warranty | | | | |
| Sharroll A Mowery 4840 Wheeling Road Lancaster, OH 43130 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123705 | | | | Warranty | | | | |
| Sharyn Washington 4 Yale Rd Atco, NJ 08004 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127582 | | | | Warranty | | | | |
| Shashelia Degraffinried 19906 Harvard Avenue Warrensville, OH 44122 | - | | | | | | | |
| | | | | | | | | 1,330.00 |
| Account No. 5126589 | | | | Warranty | | | | |
| Shaukat Hussain 4536 Neshaminy Blvd Bensalem, PA 19020 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5070703 | | | | Warranty | | | | |
| Shaun  Holly 4173 E Rancho Caliente Dr Cave Creek, AZ 85331 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4218** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,330.00**

In re   **Great Lakes Warranty Corporation**                                      ,     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5104935 | | | | Warranty | | | | |
| Shaun C Laibe 5030 Broughton Place #A Dayton, OH 45431 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127187 | | | | Warranty | | | | |
| Shaun Cheezan 224 13th St NW Canton, OH 44703 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129635 | | | | Warranty | | | | |
| Shaun Katz 7885 Muldrow Street Las Vegas, NV 89139 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103198 | | | | Warranty | | | | |
| Shaun McDonald 2438 S 161st Drive Goodyear, AZ 85338 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112051 | | | | Warranty | | | | |
| Shaun McMullen 430 Kellytown Road McDonough, GA 30252 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4219** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5047063** | | | | | Warranty | | | | |
| **Shaun P Silva** **504 Chesterfield Ave** **Nashville, Tn 37212** | - | | | | | | | | 389.77 |
| Account No. **5104568** | | | | | Warranty | | | | |
| **Shauna J Lusby** **4409 County Road 25N** **Bellefontaine, OH 43311** | - | | | | | X | X | | 0.00 |
| Account No. **5109584** | | | | | Warranty | | | | |
| **Shauna Lee Hay** **1463 Simmons Street** **Mt Pleasant, SC 29464** | - | | | | | X | X | | 0.00 |
| Account No. **5124467** | | | | | Warranty | | | | |
| **Shauna Sanford** **929 Maryland Avenue** **Duquesne, PA 15110** | - | | | | | X | X | | 0.00 |
| Account No. **5103634** | | | | | Warranty | | | | |
| **Shauna Sipes** **415 Parker Street** **Pittsburgh, PA 15209** | - | | | | | X | X | | 0.00 |

Sheet no. **4220** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

389.77

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5114579 | | | | Warranty | | | | |
| Shaunda F Gemas 318 Graff Street Everson, PA 15631 | - | | | | X | X | | 0.00 |
| Account No. 5122460 | | | | Warranty | | | | |
| Shaune L Milbourne 605 W. Market Street Unit 7 West Chester, PA 19382 | - | | | | X | X | | 0.00 |
| Account No. 5115257 | | | | Warranty | | | | |
| Shauniesa R Wesley 450 Kays Avenue Second Floor Pittsburgh, PA 15210 | - | | | | X | X | | 0.00 |
| Account No. 5100660 | | | | Warranty | | | | |
| Shauniesa R Wesley 1204 Arch Street #2 Pittsburgh, PA 15212 | - | | | | X | X | | 0.00 |
| Account No. 5123160 | | | | Warranty | | | | |
| Shauntelle L Coleman 111 Hyman Place Apt 415 Pittsburgh, PA 15213 | - | | | | X | X | | 0.00 |

Sheet no. __4221__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                                   Case No. _____
                                                          ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5118128 | | | Warranty | | | | |
| Shavon Chameri Richmond 128 Cascade Dr Lexington, SC 29072 | - | | | X | X | | 0.00 |
| Account No. 5069160 | | | Warranty | | | | |
| Shawn  Devlin 1470 Clifton Rd Xenia, OH 45385 | - | | | | | | 154.52 |
| Account No. 5123334 | | | Warranty | | | | |
| Shawn A Thorpe 715 Prospect St Brackenridge, PA 15014 | - | | | X | X | | 0.00 |
| Account No. 5071247 | | | Warranty | | | | |
| Shawn Baird 1346 Southeast Tenino St Portland, OR 97202 | - | | | | | | 293.17 |
| Account No. 5126790 | | | Warranty | | | | |
| Shawn Beuchler 8635 TR 130 Findley, OH 45840 | - | | | X | X | | 0.00 |

Sheet no. **4222** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    447.69

In re **Great Lakes Warranty Corporation**                              Case No. _____
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5106235 | | | Warranty | | | | |
| Shawn C Mazzola 743 Palm Street McKeesport, PA 15132 | - | | | X | X | | 0.00 |
| Account No. 5077618 | | | Warranty | | | | |
| Shawn C Mitchell 30 Say Brook Circle South Hadley, MA 01075 | - | | | X | X | | 0.00 |
| Account No. 5092346 | | | Warranty | | | | |
| Shawn C Stackpole PO Box 116 Porters Falls, WV 26162 | - | | | X | X | | 0.00 |
| Account No. 5131617 | | | Warranty | | | | |
| Shawn Crews 192 English Oaks Drive Cleveland, TN 37323 | - | | | X | X | | 0.00 |
| Account No. 5123434 | | | Warranty | | | | |
| Shawn D Flail 417 5th St Poprt Carbon, PA 17965 | - | | | X | X | | 0.00 |

Sheet no. **4223** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105102** | | | Warranty | | | | |
| **Shawn D Harlan**<br>**HC Box 257BBB**<br>**New Martinsville, WV 26155** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5093209** | | | Warranty | | | | |
| **Shawn D Powell**<br>**2305 Edencrest Drive**<br>**Antioch, TN 37013** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121445** | | | Warranty | | | | |
| **Shawn E Smith**<br>**5456 Penn Ave   Apt 7**<br>**Pittsburgh, PA 15206** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108963** | | | Warranty | | | | |
| **Shawn Englerth**<br>**355 Hilltop Drive**<br>**Ephrata, PA 17522** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127741** | | | Warranty | | | | |
| **Shawn Garcia**<br>**1410 Neosho**<br>**Emporia, KS 66801** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4224** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re  **Great Lakes Warranty Corporation**                                    ,       Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5101422** | | | | | **Warranty** | | | | |
| **Shawn Glenn 109 N Jackson Toronto, KS 66777** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5125223** | | | | | **Warranty** | | | | |
| **Shawn Healy RT3 328B Elizabeth, WV 26143** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5106546** | | | | | **Warranty** | | | | |
| **Shawn Hilligas 2045 E Helena Drive Phoenix, AZ 85028** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5111314** | | | | | **Warranty** | | | | |
| **Shawn Hopson 130 Fairview Drive Verona, PA 15147** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5122168** | | | | | **Warranty** | | | | |
| **Shawn J OMara 313 East Carson St Pittsburgh, PA 15219** | - | | | | | | | | |
| | | | | | | | | | **1,662.00** |

Sheet no. **4225** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,662.00**

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121156** | | | Warranty | | | | |
| **Shawn J Ratti 17 Kennedy Dr Fairless Hills, PA 19030** | - | | | X | X | | 0.00 |
| Account No. **5100740** | | | Warranty | | | | |
| **Shawn Jensen 6401 N Kent Rd Buhler, KS 67522** | - | | | X | X | | 0.00 |
| Account No. **5132178** | | | Warranty | | | | |
| **Shawn Koch 1881 Merchant Street Sparks, NV 89431** | - | | | X | X | | 0.00 |
| Account No. **5124371** | | | Warranty | | | | |
| **Shawn L Cunningham 176 Sullivan Dr Lower Burrell, PA 15068** | - | | | | | | 183.37 |
| Account No. **5115452** | | | Warranty | | | | |
| **Shawn Legg 33017 Graves Road Londonderry, OH 45647** | - | | | X | X | | 0.00 |

Sheet no. **4226** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                183.37

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131350** | | | | Warranty | | | | |
| **Shawn Logwood** **119 Lincoln Place** **Urbana, OH 43078** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118507** | | | | Warranty | | | | |
| **Shawn M Ceylan** **535 Locust St** **Bristol, PA 19007** | - | | | | | | | |
| | | | | | | | | 88.20 |
| Account No. **5100497** | | | | Warranty | | | | |
| **Shawn M Davis** **3617 S Partridge Drive** **Dover, PA 17315** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112681** | | | | Warranty | | | | |
| **Shawn M Duncan** **8 Ovelton Ave** **Stewartstown, PA 17363** | - | | | | | | | |
| | | | | | | | | 121.00 |
| Account No. **5113959** | | | | Warranty | | | | |
| **Shawn M Griffin** **1907 W 24th Avenue  Apt 12C** **Emporia, KS 66801** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4227** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

209.20

In re **Great Lakes Warranty Corporation** ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5106056 | | | Warranty | | | | |
| Shawn McCartney 2119 Pleasantview Drive NE Lancaster, OH 43130 | - | | | X | X | | 0.00 |
| Account No. 5109765 | | | Warranty | | | | |
| Shawn McCorkle 4910 Simpson Ferry Road Mechanicsburg, PA 17050 | - | | | X | X | | 0.00 |
| Account No. 5125003 | | | Warranty | | | | |
| Shawn Michael Kyler 5490 Morgan Run Rd  PO Box 60 West Decatur, PA 16878 | - | | | X | X | | 0.00 |
| Account No. 5081236 | | | Warranty | | | | |
| Shawn Milks 2175 Gazell NE Rio Rancho, NM 87124 | - | | | | | | 800.60 |
| Account No. 5122727 | | | Warranty | | | | |
| Shawn N Moore 201 Webster St  Apt C10 Woodbine, NJ 08270 | - | | | | | | 131.40 |

Sheet no. **4228** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **932.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5106489 | | | | | Warranty | | | | |
| Shawn Newcomb 4717 Circle Drive Cola, SC 29206 | - | | | | | X | X | | 0.00 |
| Account No. 5117950 | | | | | Warranty | | | | |
| Shawn Omara 360 Carlton Rd Bethel Park, PA 15102 | - | | | | | | | | 300.00 |
| Account No. 5121050 | | | | | Warranty | | | | |
| Shawn P Hickey 10 Crowell St Savannah, OH 44874 | - | | | | | X | X | | 0.00 |
| Account No. 5092782 | | | | | Warranty | | | | |
| Shawn Paul Leed 384 Reinholds Road Denver, PA 17517 | - | | | | | X | X | | 0.00 |
| Account No. 5120137 | | | | | Warranty | | | | |
| Shawn R Lapping 124 Deer Lane Rochester, PA 15074 | - | | | | | X | X | | 0.00 |

Sheet no. **4229** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **300.00**

In re   **Great Lakes Warranty Corporation**                               Case No. _____
                                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5128933 | | | | Warranty | | | | |
| Shawn Ray 1753 Road East Lot 269 Emporia, KS 66801 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112299 | | | | Warranty | | | | |
| Shawn Romano 1528 Horne Boulevard New Kensington, PA 15068 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112862 | | | | Warranty | | | | |
| Shawn S Ide 213 Pepper Ridge Circle Antioch, TN 37013 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102249 | | | | Warranty | | | | |
| Shawn S McGrath 3411 Howenstine Drive East Sparta, OH 44626 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092847 | | | | Warranty | | | | |
| Shawn Sanders 76 Route 627 Phillipsburg, NJ 08865 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no._4230_ of _4906_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**                     ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5096661** | | | | **Warranty** | | | | |
| **Shawn Schroeder 170 Schaeffer Hill Road Pottsville, PA 17901** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086174** | | | | **Warranty** | | | | |
| **Shawn Simons 31 Madison Street Glouster, OH 45732** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114650** | | | | **Warranty** | | | | |
| **Shawn T Gerety 1960 Horseshoe Road Lancaster, PA 17602** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5063536** | | | | **Warranty** | | | | |
| **Shawn Turkovich 225 Waddell Avenue Donora, PA 15033** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093370** | | | | **Warranty** | | | | |
| **Shawn W Harris 4838 Laura Beanne Boulevard Murfreesboro, TN 37129** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**4231** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal                    **0.00**
                      (Total of this page)

In re   **Great Lakes Warranty Corporation**                                        ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5118067 | | | Warranty | | | | |
| Shawn W Pargeon 523 Orchard Ave New Lexington, OH 43764 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5131468 | | | Warranty | | | | |
| Shawn Werner 537 Dreibelbis Mill Road Shoemakersville, PA 19555 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5102218 | | | Warranty | | | | |
| Shawn Wright 7701 Creek Road Williamsfield, OH 44093 | - | | | | | | |
| | | | | | | | 978.37 |
| Account No. 5115787 | | | Warranty | | | | |
| Shawna Green 47 Eden Place Athens, OH 45101 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5112754 | | | Warranty | | | | |
| Shawnna Robertson 36 W Laurel Street Shenandoah, PA 17976 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4232** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

978.37

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5116810** | | | | **Warranty** | | | | |
| **Shawntia P Jackson**<br>**108 W Meyers Street**<br>**Pittsburgh, PA 15210** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073710** | | | | **Warranty** | | | | |
| **Shay D Marsh**<br>**2147 N Pebble Beach Drive**<br>**Casa Grand, AZ 85222** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5067639** | | | | **Warranty** | | | | |
| **Shay Jaeger**<br>**1513 West Shellfish Drive**<br>**Gilbert, AZ 85233** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097373** | | | | **Warranty** | | | | |
| **Shea N Jackson**<br>**285 E Queen Lane**<br>**Philadelphia, PA 19144** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111475** | | | | **Warranty** | | | | |
| **Sheena Schaming**<br>**431 Abbeyville Road**<br>**Pittsburgh, PA 15228** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4233** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5096724** | | | | **Warranty** | | | | |
| **Shefali Lamgaday** **5500 Roche Drive** **Columbus, OH 43229** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128888** | | | | **Warranty** | | | | |
| **Shehla Raza** **730 New Dover Road** **Edison, NJ 08820** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5085204** | | | | **Warranty** | | | | |
| **Sheila  Mielcarek** **8018 S 38th Place** **Phoenix, AZ 85042** | - | | | | | | | |
| | | | | | | | | **2,728.46** |
| Account No. **5088668** | | | | **Warranty** | | | | |
| **Sheila  ORourke** **1240 Vista Hills Drive** **Lakeland, FL 33813** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128491** | | | | **Warranty** | | | | |
| **Sheila Anderson** **3570 Bishop Gate** **Memphis, TN 38115** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4234** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,728.46**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124252** | | | **Warranty** | | | | |
| **Sheila Ann Gumby**<br>**415 Spring Village Road**<br>**Rugoff, SC 29078** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120449** | | | **Warranty** | | | | |
| **Sheila C Reffner**<br>**5600 Plum Creek Blvd**<br>**Roaring Spring, PA 16673** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121722** | | | **Warranty** | | | | |
| **Sheila Carter**<br>**6738 West Point**<br>**Hixson, TN 37343** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5094010** | | | **Warranty** | | | | |
| **Sheila Clifford**<br>**805 Xavier Court**<br>**Antioch, TN 37013** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5092168** | | | **Warranty** | | | | |
| **Sheila D Garst**<br>**2047 Dennings Road**<br>**New Windsor, MD 21776** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4235** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5090327** | | | Warranty | | | | |
| **Sheila D Smith** **4967 Loch Lomond Road** **Memphis, TN 38116** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124076** | | | Warranty | | | | |
| **Sheila Green Lee** **675 Sandridge Road** **Little River, SC 29466** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120390** | | | Warranty | | | | |
| **Sheila Helga** **309 Forest Ave** **Ambler, PA 19002** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122303** | | | Warranty | | | | |
| **Sheila J Showalter** **2439 Wittenburg NE** **Massillon, OH 44646** | - | | | | | | |
| | | | | | | | 14.99 |
| Account No. **5128053** | | | Warranty | | | | |
| **Sheila Jo Leininger** **1927 W Parker St** **Pottsville, PA 17901** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4236** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14.99

In re **Great Lakes Warranty Corporation** , Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5126844** | | | | Warranty | | | | |
| **Sheila Johnson** **1705 Maple Place** **Soddy Daisy, TN 37379** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131235** | | | | Warranty | | | | |
| **Sheila Jones** **12 Broad Street Ct** **Cape May, NJ 08204** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5080061** | | | | Warranty | | | | |
| **Sheila Kellar** **2321 Shadow Lane** **Nashville, TN 37216** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108552** | | | | Warranty | | | | |
| **Sheila Lakin** **8425 Cullingford Lane** **Charlotte, NC 28216** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5064155** | | | | Warranty | | | | |
| **Sheila Lauffer** **902 Mocking Bird Lane** **Charleston, SC 29401** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4237** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5084078** | | | | Warranty | | | | |
| **Sheila M Amoroso** **663 Boyer Road** **Venetia, PA 15367** | | - | | | | | | |
| | | | | | | | | **140.00** |
| Account No. **5114774** | | | | Warranty | | | | |
| **Sheila M Donnelly** **655 Bardwell Road** **Factoryville, PA 18419** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123089** | | | | Warranty | | | | |
| **Sheila M Mercer** **816 Renier Ave  1st Fl** **Turtle Creek, PA 15145** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113595** | | | | Warranty | | | | |
| **Sheila M Newman** **4680 Fenimore Court  Apt B** **Columbus, OH 43232** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091289** | | | | Warranty | | | | |
| **Sheila M Tompkins** **5596 Almaville Road** **Smyrna, Tn 37167** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**4238** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **140.00**

In re    **Great Lakes Warranty Corporation**                                                    , Case No. _____

                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5070704** | | | | Warranty | | | | |
| **Sheila Nejat** **7009 E Kiva Ave** **Mesa, AZ 85208** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122380** | | | | Warranty | | | | |
| **Sheila T Panettierre** **121 North Law St** **Allentown, PA 18101** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131646** | | | | Warranty | | | | |
| **Sheila Towles** **128 Shoop Avenue** **Dayton, OH 45417** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094514** | | | | Warranty | | | | |
| **Sheila Y Tokonitz** **10 York Farm  PO Box 1386** **Pottsville, PA 17901** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5064129** | | | | Warranty | | | | |
| **Shelba Baker** **4 West Vine St** **Jackson, OH 45640** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4239** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**          Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100822** | | | | **Warranty** | | | | |
| **Shelby A Swaney 107 Foxwood Lane Franklin, TN 37069** | - | | | | X | X | | 0.00 |
| Account No. **5086770** | | | | **Warranty** | | | | |
| **Shelby Gray 369 Alameda Parkway Arnold, MD 21012** | - | | | | X | X | | 0.00 |
| Account No. **5132715** | | | | **Warranty** | | | | |
| **Shelby Kemerly 331 Lauralwood Drive Lebanon, PA 17042** | - | | | | X | X | | 0.00 |
| Account No. **5089563** | | | | **Warranty** | | | | |
| **Shelby R Ray 372 Monn Clinton Rd Moon Twp, PA 15108** | - | | | | X | X | | 0.00 |
| Account No. **5091194** | | | | **Warranty** | | | | |
| **Shelia Stigers 1214 Pebble Court Clarksville, TN 37042** | - | | | | | | | 83.13 |

Sheet no. **4240** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **83.13**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5089028** | | | | **Warranty** | | | | |
| **Shelia Caison** **6804 E Second Street  #7** **Scottsdale, AZ 85251** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5074132** | | | | **Warranty** | | | | |
| **Shelia K Weaver** **544 E Taggart Street** **E Palestine, OH 44413** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109637** | | | | **Warranty** | | | | |
| **Shelia Richey** **6666 Brookmont Terrace** **Nashville, TN 37205** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093872** | | | | **Warranty** | | | | |
| **Shelle Dukes** **2916 Elijah Parkway  Apt C** **Lima, OH 45805** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110453** | | | | **Warranty** | | | | |
| **Shelley Ann Fetterolf** **13812 Walkers Creek Drive** **Charlotte, NC 28273** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4241**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                         Case No. _____
                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127041** | | | | Warranty | | | | |
| **Shelley Bolman** **5126 Mono Drive** **Wooster, OH 44691** | - | | | | X | X | | 0.00 |
| Account No. **5130632** | | | | Warranty | | | | |
| **Shelley Elkins** **PO Box 125 218 Paradise Road** **Industry, PA 15052** | - | | | | | | | 1,085.00 |
| Account No. **5066132** | | | | Warranty | | | | |
| **Shelley Kongos** **8302 N. Sener O Tres** **Paradise Valley, AZ 85253** | - | | | | X | X | | 0.00 |
| Account No. **5114273** | | | | Warranty | | | | |
| **Shelley L Bridgewater** **9052 West Buttersmill Cove** **Cordova, TN 38016** | - | | | | X | X | | 0.00 |
| Account No. **5112971** | | | | Warranty | | | | |
| **Shelley R Chase** **RR2 Box 232A** **Fairmont, WV 26554** | - | | | | X | X | | 0.00 |

Sheet no. **4242** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    1,085.00

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5109456 | | | | Warranty | | | | |
| Shellie Reinoso 220 N 22nd Place No 1009 Mesa, AZ 85213 | - | | | | X | X | | 0.00 |
| Account No. 5126934 | | | | Warranty | | | | |
| Shelly Burch 519 Miami Street Apt B Piqua, OH 45356 | - | | | | X | X | | 0.00 |
| Account No. 5132542 | | | | Warranty | | | | |
| Shelly Duvaltm 2486 Gerald Court Arco, NJ 08004 | - | | | | X | X | | 0.00 |
| Account No. 5120094 | | | | Warranty | | | | |
| Shelly Ford 1011 Liberty Court Bethlehem, PA 18017 | - | | | | X | X | | 0.00 |
| Account No. 5121949 | | | | Warranty | | | | |
| Shelly Gomez 4892 Deis Hill Rd NW Dover, OH 44622 | - | | | | X | X | | 0.00 |

Sheet no. __4243__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re   **Great Lakes Warranty Corporation**                                              ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5082552** | | | | **Warranty** | | | | |
| **Shelly Halloran** **5539 Morris St** **Philadelphia, PA 19144** | - | | | | X | X | | 0.00 |
| Account No. **5124832** | | | | **Warranty** | | | | |
| **Shelly Hazell** **126 Massan St** **Trenton, NJ 08638** | - | | | | X | X | | 0.00 |
| Account No. **5104727** | | | | **Warranty** | | | | |
| **Shelly Joseph** **1509 Lott Street** **Philadelphia, PA 19115** | - | | | | X | X | | 0.00 |
| Account No. **5104410** | | | | **Warranty** | | | | |
| **Shelly L Ortman** **2771 Invernest Street** **Streetsboro, OH 44241** | - | | | | X | X | | 0.00 |
| Account No. **5108014** | | | | **Warranty** | | | | |
| **Shelly Luna** **264 S Winterhaven** **Mesa, AZ 85204** | - | | | | | | | 697.00 |

Sheet no. **4244** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     697.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5079308 | | | | | Warranty | | | | |
| Shelly Paterik 4201 N 24st Street #100 Phoenix, AZ 85015 | - | | | | | X | X | | 0.00 |
| Account No. 5129275 | | | | | Warranty | | | | |
| Shelly R Hann 304 E Georgia Ave Connellsville, PA 15425 | - | | | | | X | X | | 0.00 |
| Account No. 5126152 | | | | | Warranty | | | | |
| Shelton Tate 1189 Main Canal Drive Mt. Pleasant, SC 29464 | - | | | | | X | X | | 0.00 |
| Account No. 5123042 | | | | | Warranty | | | | |
| Shendra Passic 1713 Crossfield Dtr Lancaster, PA 17603 | - | | | | | | | | 1,114.50 |
| Account No. 5098316 | | | | | Warranty | | | | |
| Sheree Humphries 516 Borland Street Pittsburgh, PA 15206 | - | | | | | X | X | | 0.00 |

Sheet no. **4245** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,114.50

In re   **Great Lakes Warranty Corporation**            ,      Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5128362 | | | | | Warranty | | | | |
| Sheree Lanette Johnson 919 Cliff St Braddock, PA 15104 | - | | | | | X | X | | 0.00 |
| Account No. 5078958 | | | | | Warranty | | | | |
| Sheree N Blomeier 124 Juniper Street Lebanon, PA 17042 | - | | | | | | | | 1,159.31 |
| Account No. 5114134 | | | | | Warranty | | | | |
| Sheree N Griffin 24  1 2  Walther Street McKees Rocks, PA 15136 | - | | | | | X | X | | 0.00 |
| Account No. 5087404 | | | | | Warranty | | | | |
| Shereen S Darwish 3501 Section Road  #601 Cincinnati, OH 45237 | - | | | | | X | X | | 0.00 |
| Account No. 5130441 | | | | | Warranty | | | | |
| Sheri  Rowen 5700 Kenwood Ave Baltimore, MD 21206 | - | | | | | X | X | | 0.00 |

Sheet no. **4246** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,159.31**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5079722 | | | Warranty | | | | |
| Sheri Elias 115 W Palm Lane Phoenix, AZ 85003 | - | | | | | | 976.11 |
| Account No. 5049792 | | | Warranty | | | | |
| Sheri Ferrari 7651 E Softwind Dr Scottsdale, AZ 85255 | - | | | | | | 1,093.26 |
| Account No. 5131141 | | | Warranty | | | | |
| Sheri Green 21 Branch Brook Drive Bellville, NJ 07109 | - | | | X | X | | 0.00 |
| Account No. 5104759 | | | Warranty | | | | |
| Sheri L Pudliner 1130 E Highland Street Allentown, PA 18109 | - | | | X | X | | 0.00 |
| Account No. 5114924 | | | Warranty | | | | |
| Sheri Watts 14250 W Wigwam Villa #526 Litchfield, AZ 85340 | - | | | X | X | | 0.00 |

| Sheet no. **4247** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,069.37 |
|---|---|---|

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5124073 | | | | Warranty | | | | |
| Sheridan Boltz 9 Plymouth Drive Junestown, PA 17038 | - | | | | X | X | | 0.00 |
| Account No. 5132388 | | | | Warranty | | | | |
| Sherill Wynne 5300 East Desert Inn Road #271 Las Vegas, NV 89122 | - | | | | X | X | | 0.00 |
| Account No. 5128556 | | | | Warranty | | | | |
| Sherima Latoya Wright 315 Clarine Dr Goose Creek, SC 29445 | - | | | | X | X | | 0.00 |
| Account No. 5118033 | | | | Warranty | | | | |
| Shermain G Givens 870 Studer Ave Columbus, OH 43206 | - | | | | X | X | | 0.00 |
| Account No. 5127214 | | | | Warranty | | | | |
| Sherman Harbin PO Box 404 N Kingsville, OH 44004 | - | | | | X | X | | 0.00 |

Sheet no. **4248** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**
_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5125373 | | | | | Warranty | | | | |
| Sherman Micsak 807 Quail Hollow Cr Avon Lake, OH 44012 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5064838 | | | | | Warranty | | | | |
| Sherree May 107 Mecklem Road Apt 2 New Brighton, PA 15066 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5112396 | | | | | Warranty | | | | |
| Sherree Montero 1630 Ottawa Drive Las Vegas, NV 89169 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5098474 | | | | | Warranty | | | | |
| Sherrell  Hairston 3 Hedgefield Ct Irmo, SC 29063 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5097652 | | | | | Warranty | | | | |
| Sherri A Gregory 437 Noblestown Road Carnegie, PA 15106 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4249**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**  ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5124430 | | | | | Warranty | | | | |
| Sherri Bollon 424 Darling Terrace SW Lancaster, OH 43130 | - | | | | | X | X | | 0.00 |
| Account No. 5066246 | | | | | Warranty | | | | |
| Sherri Branton 209 Fort St Summerville, SC 29485 | - | | | | | X | X | | 0.00 |
| Account No. 5055156 | | | | | Warranty | | | | |
| Sherri Edmonds 748 Ridgewood Dr. Coshocton, OH 43812 | - | | | | | X | X | | 0.00 |
| Account No. 5107923 | | | | | Warranty | | | | |
| Sherri Growden 255 Log Cabin Lane Bedford, PA 15522 | - | | | | | X | X | | 0.00 |
| Account No. 5074682 | | | | | Warranty | | | | |
| Sherri Jones 203 Lower Glen Street Blythewood, SC 29016 | - | | | | | X | X | | 0.00 |

Sheet no. **4250** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   0.00

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128917** | | | | **Warranty** | | | | |
| **Sherri L Sweeney**<br>**PO Box 472**<br>**Wildwood, NJ 08260** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105164** | | | | **Warranty** | | | | |
| **Sherri Parrish**<br>**2200 Harding Place  #8**<br>**Nashville, TN 37215** | - | | | | | | | |
| | | | | | | | | **402.82** |
| Account No. **5124622** | | | | **Warranty** | | | | |
| **Sherri Steen**<br>**6 Highland Avenue**<br>**Marmora, NJ 08223** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102925** | | | | **Warranty** | | | | |
| **Sherria L Alexander**<br>**1106 Fifth Avenue  Apt 4**<br>**Beaver Falls, PA 15010** | - | | | | | | | |
| | | | | | | | | **400.00** |
| Account No. **5131371** | | | | **Warranty** | | | | |
| **Sherrie Aquillino**<br>**919 West Main Street**<br>**Mount Pleasant, PA 15666** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.__**4251**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**802.82**

In re **Great Lakes Warranty Corporation**                          Case No. _____

                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5115528 | | | Warranty | | | | | |
| Sherrie Bovain Dantzler 221 Hillsborough Road Columbia, SC 29212 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128349 | | | Warranty | | | | | |
| Sherrie D Davis 840 Pike St Marietta, OH 45750 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114112 | | | Warranty | | | | | |
| Sherrie Haley 5408 Daniel Ray Drive Whites Creek, TN 37189 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131290 | | | Warranty | | | | | |
| Sherrie Hayes 3118 Turret Way Murfreesboro, TN 37129 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5062543 | | | Warranty | | | | | |
| Sherrie Hoffman 9111 Brent Meade Boulevard Brentwood, TN 37027 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4252** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                 ,      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127758** | | | | **Warranty** | | | | |
| **Sherrie Norman** **14473 Fossil Rock Road** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108243** | | | | **Warranty** | | | | |
| **Sherrika M Lawson** **1800 Rankin Avenue** **Columbus, OH 43219** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130288** | | | | **Warranty** | | | | |
| **Sherrine Bollinger** **186 Colvilla Dr** **Westminster, MD 21157** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096796** | | | | **Warranty** | | | | |
| **Sherrod L Cole** **20 Mitchell Street** **Pittsburgh, PA 15212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086182** | | | | **Warranty** | | | | |
| **Sherry  Franks** **143 Chesapeake Harbor Boulevard** **Hendersonville, TN 37075** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4253**  of **4906**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal                        0.00

                            (Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5129595 | | | | Warranty | | | | |
| Sherry Lloyd 219 Little Deer Creek Rd Cheswick, PA 15024 | | - | | | X | X | | 0.00 |
| Account No. 5077683 | | | | Warranty | | | | |
| Sherry Wade 13332 Tenny Road Mt Sterling, OH 43143 | | - | | | X | X | | 0.00 |
| Account No. 5100617 | | | | Warranty | | | | |
| Sherry A Coby 1409 Michael Drive Celina, OH 45822 | | - | | | X | X | | 0.00 |
| Account No. 5131895 | | | | Warranty | | | | |
| Sherry Able 636 Leisenring Vanderbilt Road Vanderbilt, PA 15486 | | - | | | X | X | | 0.00 |
| Account No. 5123671 | | | | Warranty | | | | |
| Sherry Annette Ray 7 N Howell Ave Chattanooga, TN 37411 | | - | | | X | X | | 0.00 |

Sheet no. 4254 of 4906 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                     ,     Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5092013** | | | Warranty | | | | |
| **Sherry Clark** **756 Spruce Avenue** **Sidney, OH 45365** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126022** | | | Warranty | | | | |
| **Sherry Corvin** **1490 Finley Cgapel Road** **Wellston, OH 45692** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5071658** | | | Warranty | | | | |
| **Sherry D Street** **1014 Adeline Dr  Apt 3** **Columbia, SC 29205** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5105639** | | | Warranty | | | | |
| **Sherry J Dozier** **4284 Bull Run Road** **Ashland City, TN 37015** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5085836** | | | Warranty | | | | |
| **Sherry Jetter** **423 N White Horse Pike** **Magnolia, NJ 08049** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**4255**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                      Case No. _____
                                                                    ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5096878** | | | | Warranty | | | | |
| **Sherry L Myers** **RD 1  Box 279A** **Latrobe, PA 15650** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116589** | | | | Warranty | | | | |
| **Sherry L Reed** **3013 Brentwood Avenue** **Pittsburgh, PA 15227** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113602** | | | | Warranty | | | | |
| **Sherry L Smith** **HC 71 Box 620** **Duck, WV 25063** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127248** | | | | Warranty | | | | |
| **Sherry Louise Taylor** **5847 Bobbitt Dr** **Memphis, TN 38134** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5094301** | | | | Warranty | | | | |
| **Sherry M Karpiak** **PO Box 105  Rt 88** **Dunlevy, PA 15432** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4256** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5121602 | | | | Warranty | | | | |
| Sherry Maier 10191 Dayflower Drive Twinsburg, OH 44087 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130797 | | | | Warranty | | | | |
| Sherry McKee 620 Vollrath Bacyrus, OH 44820 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131110 | | | | Warranty | | | | |
| Sherry Mest 6111 Old Bethlehem Pike Center Valley, PA 18034 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096871 | | | | Warranty | | | | |
| Sherry Pikul 425 North B. Livingston, MT 59047 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086033 | | | | Warranty | | | | |
| Sherry Q Bollevzl 5351 Hilldom Road Pierpont, OH 44084 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4257** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re  **Great Lakes Warranty Corporation**                                      ,      Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132707** | | | **Warranty** | | | | |
| **Sherry Rozaieski** **5776 Oakhill Avenue NE** **Louisville, OH 44641** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127785** | | | **Warranty** | | | | |
| **Sherry Rue Stagner** **7501 W Charleston Blvd  Apt 5** **Las Vegas, NV 89117** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131657** | | | **Warranty** | | | | |
| **Sherry Smith** **31 Tiffnay Drive** **Shippensburg, PA 17257** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5087244** | | | **Warranty** | | | | |
| **Sherry Williams** **310 Roseland Drive** **Rainbow City, AL 35906** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131015** | | | **Warranty** | | | | |
| **Sherry Wolfe** **22 Shellie Street** **Uniontown, PA 15401** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4258** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5110019** | | | | | Warranty | | | | |
| **Sherryl D Smith** **2463 Oakview Lane** **Lancaster, OH 43130** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5116718** | | | | | Warranty | | | | |
| **Sherwood James Nelson** **1124 Parliament Lake Drive** **Columbia, SC 29223** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5090137** | | | | | Warranty | | | | |
| **Shery Lindsay** **527 Parkwood Road** **Pittsburgh, PA 15210** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5106535** | | | | | Warranty | | | | |
| **Sheryl A Watkins** **596 Jackson Street** **Nelsonville, OH 45764** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5106613** | | | | | Warranty | | | | |
| **Sheryl Martin** **1212 Brownfield Road** **Uniontown, PA 15401** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**4259** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129642** | | | | **Warranty** | | | | |
| **Sheryl Silbaugh** **4325 Tuscarawas Road** **Beaver, PA 15009** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115751** | | | | **Warranty** | | | | |
| **Shiann Aliff** **223 Faircrest SW** **Canton, OH 44706** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5077922** | | | | **Warranty** | | | | |
| **Shirley  Love** **1505 E Ash Lane** **Cottonwood, AZ 86326** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118292** | | | | **Warranty** | | | | |
| **Shirley  Weisenberger** **750 Chelsea Ave** **Columbus, OH 43209** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102087** | | | | **Warranty** | | | | |
| **Shirley A Brandon** **103 Ada Avenue** **Celina, OH 45822** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4260**   of **4906**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089629** | | | Warranty | | | | |
| **Shirley A Dickinson** **1787 South Eighty Eight Road** **Greensboro, PA 15338** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5117725** | | | Warranty | | | | |
| **Shirley A Eason** **304 Sandy Springs Road** **Savannah, GA 31410** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5116318** | | | Warranty | | | | |
| **Shirley A Kachinko** **1806 Greensburg Avenue  Apt 1B** **North Versailles, PA 15137** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5094105** | | | Warranty | | | | |
| **Shirley A Morris** **4273 East 164 Street** **Cleveland, OH 44128** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102537** | | | Warranty | | | | |
| **Shirley A Palmer** **2500 Nursery Road  Lot 308 S** **Lake City, PA 16423** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4261** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5087774** | | | | Warranty | | | | |
| **Shirley A Prokop** **4120 N Leavitt Road** **Warren, OH 44485** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113086** | | | | Warranty | | | | |
| **Shirley A Russell** **9036 Salem Road** **Athens, OH 45704** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073261** | | | | Warranty | | | | |
| **Shirley A Sandoval** **13910 W Cypress Forest Drive** **Houston, TX 77070** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084929** | | | | Warranty | | | | |
| **Shirley A Smith** **647 Greble Road** **Lebanon, PA 17046** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099608** | | | | Warranty | | | | |
| **Shirley A Wade** **1223 Fifth Avenue** **Beaver Falls, PA 15010** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4262** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5086608 | | | | Warranty | | | | |
| Shirley Ann Heller 310 Golden City Road Saxonburg, PA 16056 | - | | | | | | | 251.36 |
| Account No. 5122756 | | | | Warranty | | | | |
| Shirley Annette Ball 7111 Hoover Gap Rd Christiana, TN 37037 | - | | | | X | X | | 0.00 |
| Account No. 5126781 | | | | Warranty | | | | |
| Shirley Bock 501 Forcey Road Woodland, PA 16881 | - | | | | X | X | | 0.00 |
| Account No. 5103293 | | | | Warranty | | | | |
| Shirley Cody 5221 S 15th Way Phoenix, AZ 85040 | - | | | | X | X | | 0.00 |
| Account No. 5106872 | | | | Warranty | | | | |
| Shirley E DeSerio 5018 14th Street SW Canton, OH 44710 | - | | | | X | X | | 0.00 |

Sheet no. 4263 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

251.36

In re    **Great Lakes Warranty Corporation**                ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129519** | | | Warranty | | | | |
| **Shirley Folkersen**<br>**1605 Amboy Drive**<br>**Las Vegas, NV 89108** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5040356** | | | Warranty | | | | |
| **Shirley Heasley**<br>**404 County Line Rd.**<br>**Harrisville, PA 16038** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5121957** | | | Warranty | | | | |
| **Shirley J Beck**<br>**272 N Pardee St**<br>**Wadsworth, OH 44281** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102066** | | | Warranty | | | | |
| **Shirley J Betters**<br>**42 Snyder Avenue**<br>**Monongahela, PA 15063** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5082788** | | | Warranty | | | | |
| **Shirley J Fetterman**<br>**PO Box 271  100 2nd Street**<br>**Fayette City, PA 15438** | - | | | | | | |
| | | | | | | | 267.90 |

Sheet no. **4264** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                       Subtotal
                (Total of this page)      **267.90**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5107804 | | | Warranty | | | | |
| Shirley J Goode 108 Beaver Street New Brighton, PA 15066 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5099638 | | | Warranty | | | | |
| Shirley J Maurer 24 N Herman Street New Bremen, OH 45869 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5086707 | | | Warranty | | | | |
| Shirley J Steen 625 S Tomahawk Road Apache Junction, AZ 85219 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5111750 | | | Warranty | | | | |
| Shirley J Timmons 242 South Prospect Street Connellsville, PA 15425 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5121547 | | | Warranty | | | | |
| Shirley Johnson 3655 Southern Ave NoV Memphis, TN 38111 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4265** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5070507** | | | | **Warranty** | | | | |
| **Shirley Johnson 742 McCalmont St Franklin, PA 16323** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113607** | | | | **Warranty** | | | | |
| **Shirley L Smith 507 Carsonia Avenue Reading, PA 19606** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115328** | | | | **Warranty** | | | | |
| **Shirley M Magulick 1924 Mosscreek Road Northern Cambri, PA 15714** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095695** | | | | **Warranty** | | | | |
| **Shirley M Roadarmel 2695 Beau Ct  Apt3 Canton, OH 44708** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122843** | | | | **Warranty** | | | | |
| **Shirley Melnick 62 N Hunter Hwy Drums, PA 18222** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4266** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5124020 | | | | Warranty | | | | |
| Shirley Morman 270 Central Dr Somerville, TN 38068 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5125187 | | | | Warranty | | | | |
| Shirley Patterson 310 Abbeyville Road Pittsburgh, PA 15228 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128969 | | | | Warranty | | | | |
| Shirley Paulin 8194 Blue Ball Road Stewartstown, PA 17363 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5066153 | | | | Warranty | | | | |
| Shirley R Cook 2812 East Pinchot Avenue Phoenix, AZ 85016 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5077358 | | | | Warranty | | | | |
| Shirley R Lankford 4764 Apollo Drive Antioch, TN 37013 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4267** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5102297** | | | | **Warranty** | | | | |
| **Shirley R Lindberg** **3313 Lampson Road** **Austinburg, OH 44010** | - | | | | X | X | | 0.00 |
| Account No. **5069662** | | | | **Warranty** | | | | |
| **Shirley Rhee** **609 Oakridge Circle** **Sidney, OH 45365** | - | | | | X | X | | 0.00 |
| Account No. **5094041** | | | | **Warranty** | | | | |
| **Shirley Rigsby** **252 Boyd Street** **Lancaster, OH 43130** | - | | | | X | X | | 0.00 |
| Account No. **5132167** | | | | **Warranty** | | | | |
| **Shirley Robinson** **1782N Route 9** **Cape May Court House, NJ 08210** | - | | | | X | X | | 0.00 |
| Account No. **5131905** | | | | **Warranty** | | | | |
| **Shirley Russell** **15921 Butternut Road** **Nelsonville, OH 45764** | - | | | | X | X | | 0.00 |

Sheet no. **4268** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114231 | | | | Warranty | | | | |
| Shirley Seykoski 33 Holly Drive Charleroi, PA 15022 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112584 | | | | Warranty | | | | |
| Shirley Tate 446 McPheron Avenue Lima, OH 45804 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5075393 | | | | Warranty | | | | |
| Shirley Wans 8775 20th St  Lot 328 Vero Beach, FL 32966 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5098290 | | | | Warranty | | | | |
| Shon Paul Tilson 209 Stacey Kelley Drive Seneca, SC 29678 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104533 | | | | Warranty | | | | |
| Shona L Watts 109 Chalice Lane  Apt E Columbia, SC 29229 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4269**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5089197** | | | | | Warranty | | | | |
| **Shonda L Carlson**<br>**1073 2nd Ave**<br>**Brockway, PA 15824** | - | | | | | X | X | | 0.00 |
| Account No. **5085361** | | | | | Warranty | | | | |
| **Shonda I Devine**<br>**15386 Smith Road**<br>**Kensington, OH 44427** | - | | | | | X | X | | 0.00 |
| Account No. **5106836** | | | | | Warranty | | | | |
| **Shonda M Scott**<br>**1416 Stuyvesant Ave**<br>**Trenton, NJ 08618** | - | | | | | X | X | | 0.00 |
| Account No. **5089928** | | | | | Warranty | | | | |
| **Shontel Dixon**<br>**8016 N 48th Lane**<br>**Glendale, AZ 85302** | - | | | | | X | X | | 0.00 |
| Account No. **5110612** | | | | | Warranty | | | | |
| **Shron Sloan**<br>**506 Washington Avenue**<br>**Clairton, PA 15025** | - | | | | | X | X | | 0.00 |

Sheet no.**4270** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5121273** | | | Warranty | | | | |
| **Shronda Morgan Reeves** **1650 Kennerly Rd** **Irmo, SC 29063** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5109798** | | | Warranty | | | | |
| **Shu Ching Ng** **10624 S Eastern Avenue  A728** **Henderson, NV 89052** | - | | | | | | |
| | | | | | | | 352.28 |
| Account No. **5131270** | | | Warranty | | | | |
| **Si Ly** **5250 Clayton Avenue** **Pennsauken, NJ 08109** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5071713** | | | Warranty | | | | |
| **Sid Oakley** **2220 Edgemont Ave** **Bristol, TN 37620** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5093806** | | | Warranty | | | | |
| **Sid Saab** **2120 Bell Tower Drive** **Crownsville, MD 21032** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**4271** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    352.28

In re  **Great Lakes Warranty Corporation**                                    ,      Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5092214** | | | Warranty | | | | |
| **Sidney Cruz** **1706 Schadt Avenue** **Whitehall, PA 18052** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5110810 | | | Warranty | | | | |
| **Sidney Goffney** **860 Verde Avenue** **Pennsauken, NJ 08110** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5113066 | | | Warranty | | | | |
| **Sidney Hamlin** **138 Boundary Avenue** **Clairton, PA 15025** | - | | | | | | |
| | | | | | | | 634.00 |
| Account No. 5124681 | | | Warranty | | | | |
| **Sidney Harris Jr.** **9440 Collins Drive** **Collinsville, MS 39325** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5113296 | | | Warranty | | | | |
| **Sidonna Crabtree** **108 Pearl Street** **Jackson, OH 45640** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4272** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

634.00

In re   **Great Lakes Warranty Corporation**                    ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade | | | | |
| Siegel Actuarial Consulting, Inc. 11676 Perry Highway Suite 3300 Wexford, PA 15090 | - | | | | | | | | 5,400.00 |
| Account No. 5130761 | | | | | Warranty | | | | |
| Sierra Bawden 160 North Eclipse Drive St George, UT 84770 | - | | | | | X | X | | 0.00 |
| Account No. 5127634 | | | | | Warranty | | | | |
| Sigrid Kopf 1021 Devonshire Road Lancaster, PA 17601 | - | | | | | X | X | | 0.00 |
| Account No. 5107861 | | | | | Warranty | | | | |
| Sila Kailiponi 155 Jamie Drive Woodbury, TN 37190 | - | | | | | X | X | | 0.00 |
| Account No. 5125144 | | | | | Warranty | | | | |
| Silas Richard 116 W. Chase Drive Charleston, SC 29407 | - | | | | | X | X | | 0.00 |

Sheet no. **4273** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,400.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5124352 | | | | Warranty | | | | |
| Silke Voelz Browning 1071 Belwood Dr Highland Heights, OH 44147 | - | | | | X | X | | 0.00 |
| Account No. 5128996 | | | | Warranty | | | | |
| Silvia Arana Montenegro 2430 Old Forge Lane Apt 103 Las Vegas, NV 89121 | - | | | | X | X | | 0.00 |
| Account No. 5123522 | | | | Warranty | | | | |
| Silvia Tamayo Torres 3434 Aristos Ave No C Las Vegas, NV 89030 | - | | | | X | X | | 0.00 |
| Account No. 5126612 | | | | Warranty | | | | |
| Silvino Alexander 132 Glendale Road Havertown, PA 19083 | - | | | | X | X | | 0.00 |
| Account No. 5111178 | | | | Warranty | | | | |
| Simeon Ananou 402 Pueblo Trail Mercer, PA 16137 | - | | | | X | X | | 0.00 |

Sheet no. 4274  of 4906  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W JC | | | | | | |
| Account No. 5107902 | | | | | Warranty | | | | |
| Simitria Abarca 705 Reeves Street Cape May Court House, NJ 08210 | | - | | | | | | | 1,109.43 |
| Account No. 5131658 | | | | | Warranty | | | | |
| Simon Gleyzer 10837 Nardina Way Philadelphia, PA 19116 | | - | | | | X | X | | 0.00 |
| Account No. 5111226 | | | | | Warranty | | | | |
| Simon J Stamper 6624 Kirkland Drive Cincinnati, OH 45224 | | - | | | | X | X | | 0.00 |
| Account No. 5121168 | | | | | Warranty | | | | |
| Simon P Mazloom Jr 37 Silver Creek Rd New Philadelphia, PA 17959 | | - | | | | X | X | | 0.00 |
| Account No. 5114874 | | | | | Warranty | | | | |
| Simone H Anderson 7290 Old Dominion Court Memphis, TN 38125 | | - | | | | | | | 212.50 |

Sheet no. **4275** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,321.93

In re   **Great Lakes Warranty Corporation**                                         ,          Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124245** | | | Warranty | | | | |
| **Simrandee Kaur**<br>**420 W Cedar**<br>**Wildwood, NJ 08260** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5106704** | | | Warranty | | | | |
| **Sims H Price**<br>**236 Brown Chapel Drive**<br>**Newberry, SC 29108** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126317** | | | Warranty | | | | |
| **Sinona Dodson**<br>**568 Old Bahamas Valley Road**<br>**Westminster, MD 21157** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5116042** | | | Warranty | | | | |
| **Sjef Quaedvlieg**<br>**3410 Valley Brook Road**<br>**Nashville, TN 37215** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132648** | | | Warranty | | | | |
| **Sky Nicholson**<br>**356 Tracy Road**<br>**Hohenwald, TN 38462** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4276** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5084634** | | | **Warranty** | | | | |
| **Skyler S Shaba** **258 Moretown Heights** **Moretown, VT 05660** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5105074** | | | **Warranty** | | | | |
| **Skylor Massie** **100 Oxford Drive  Apt 104** **Monroeville, PA 15146** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5125818** | | | **Warranty** | | | | |
| **Snezana Gocevska** **6933 Waltham St NW** **Canton, OH 44708** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5131132** | | | **Warranty** | | | | |
| **Sobra Hatchett** **6295 Farm Hill Drive** **Memphis, TN 38141** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5123189** | | | **Warranty** | | | | |
| **Socorro Covarrubias** **6800 East Lake Mead** **Las Vegas, NV 89156** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **4277** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                           ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5079204 | | | | Warranty | | | | |
| Soho Services Inc. 2548 Erie Avenue Cincinnati, OH 45208 | - | | | | X | X | | 0.00 |
| Account No. 5131157 | | | | Warranty | | | | |
| Soladene Curtis 351 Cornelia Avenue NE Canton, OH 44704 | - | | | | X | X | | 0.00 |
| Account No. 5132100 | | | | Warranty | | | | |
| Solaida Guadalupe 425 North 16th Street Allentown, PA 18102 | - | | | | X | X | | 0.00 |
| Account No. 5106897 | | | | Warranty | | | | |
| Solomon Muhammed 220 Thurlow Street Chester, PA 19013 | - | | | | | | | 353.58 |
| Account No. 5130815 | | | | Warranty | | | | |
| Somine Phillips 11206 Winterland Drive Indianapolis, IN 46235 | - | | | | X | X | | 0.00 |

Sheet no. **4278** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 353.58

In re  **Great Lakes Warranty Corporation**   ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5105579 | | | Warranty | | | | |
| Somsack Souvannasy 1567 Laurel Ledge Drive LaVergne, TN 37086 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5097504 | | | Warranty | | | | |
| Sonak Ith 3057 E Crystal Waters Drive Unit 4 Holland, MI 49424 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5113869 | | | Warranty | | | | |
| Sonali Sharma 908 Wickham Drive Winterville, NC 28590 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5096518 | | | Warranty | | | | |
| Sondrine Albuquerque 82 Drummer Lane Redding, CT 06896 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5107073 | | | Warranty | | | | |
| Song Nam Mounivong 8009 Vineyard Lane Smyrna, TN 37167 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**4279** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109607** | | | **Warranty** | | | | |
| **Sonia Calo** **151 West Green St** **Reading, PA 19601** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5128805** | | | **Warranty** | | | | |
| **Sonia Davis** **3675 Steinbeck Dr** **Las VEgas, NV 89115** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5131651** | | | **Warranty** | | | | |
| **Sonia Madison** **400 Spring Hollow Drive** **Middletown, DE 19709** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5126258** | | | **Warranty** | | | | |
| **Sonja Clary** **119 Swainton Goshen Road** **Cape May Court House, NJ 08210** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5042634** | | | **Warranty** | | | | |
| **Sonja D German** **502 Spann Street** **Mt. Pleasant, SC 29464** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**4280** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **0.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100451** | | | | Warranty | | | | |
| **Sonja M Nance**<br>**3326 31st NE**<br>**Canton, OH 44705** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113711** | | | | Warranty | | | | |
| **Sonny B Robinson**<br>**418 Berrywood Road**<br>**Orangeburg, SC 29115** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122742** | | | | Warranty | | | | |
| **Sonny Badidles**<br>**2233 Le Conte**<br>**Henderson, NV 89074** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106735** | | | | Warranty | | | | |
| **Sonny R Brown**<br>**7785 US Route 22 E**<br>**Circleville, OH 43113** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114489** | | | | Warranty | | | | |
| **Sonnya Adams**<br>**1459 Todd Place Court**<br>**Wichita, KS 67207** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4281** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129690 | | | | Warranty | | | | |
| Sonnya Adams 8722 Longlake Cr Wichita, KS 67207 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099478 | | | | Warranty | | | | |
| Sonya M Hook 30 Oak St Nelsonville, OH 45764 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103428 | | | | Warranty | | | | |
| Sonya M Patschke 209 Awol Road Jonestown, PA 17038 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5091550 | | | | Warranty | | | | |
| Sonya M Reed 3012 S Bunker Hill Wichita, KS 67210 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5099969 | | | | Warranty | | | | |
| Sonya R Wilson 833 Russellwood Avenue #1 McKees Rocks, PA 15136 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4282** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**       Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5113678 | | | Warranty | | | | |
| Sonya Ruiz 2213 North Eighth Street Philadelphia, PA 19133 | - | | | X | X | | 0.00 |
| Account No. 5081763 | | | Warranty | | | | |
| Sonya Spitler 3795 Hickory Drive Greenville, OH 45331 | - | | | X | X | | 0.00 |
| Account No. 5070138 | | | Warranty | | | | |
| Soonja Oak 1275 15th St Apt 4F Fort Lee, NJ 07024 | - | | | X | X | | 0.00 |
| Account No. 5116901 | | | Warranty | | | | |
| Sophia A Hargrove 8537 Sunlight Drive Cincinnati, OH 45231 | - | | | X | X | | 0.00 |
| Account No. 5097390 | | | Warranty | | | | |
| Sophia B La 1917 E. Huntingdon Street Philadelphia, PA 19125 | - | | | | | | 226.80 |

Sheet no. **4283** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     226.80

In re   **Great Lakes Warranty Corporation**       ,    Case No. _____

                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5112271** | | | **Warranty** | | | | |
| **Sophia Horner** **2318 Winfield Way NE** **Canton, OH 44705** | - | | | | | | 980.00 |
| Account No. **5083884** | | | **Warranty** | | | | |
| **Sophia Land** **6120 Elizabethan Drive** **Nashville, TN 37205** | - | | | X | X | | 0.00 |
| Account No. **5129685** | | | **Warranty** | | | | |
| **Sophia N Kirkland** **1177 Holly Berry Ct** **Millville, NJ 08332** | - | | | X | X | | 0.00 |
| Account No. **5128482** | | | **Warranty** | | | | |
| **Sophie Garza** **1205 Stardust Circle** **Emporia, KS 66801** | - | | | | | | 434.70 |
| Account No. **5092100** | | | **Warranty** | | | | |
| **Southeastern Machining** **500 Lincoln Avenue** **Lancaster, OH 43130** | - | | | X | X | | 0.00 |

Sheet no.**4284** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,414.70**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5123693** | | | | **Warranty** | | | | |
| **Spencer Armistead**<br>**1240 Central College Rd**<br>**Westerville, OH 43081** | - | | | | X | X | | 0.00 |
| Account No. **5122041** | | | | **Warranty** | | | | |
| **Spencer Heinl**<br>**217 Eastview Dr**<br>**Coldwater, OH 45828** | - | | | | X | X | | 0.00 |
| Account No. **5062553** | | | | **Warranty** | | | | |
| **Spencer Moak**<br>**9694 Ashentree Dr**<br>**Baton Rouge, LA 70818** | - | | | | X | X | | 0.00 |
| Account No. **5095700** | | | | **Warranty** | | | | |
| **Spencer Smith**<br>**472 Wilmington Circle**<br>**Oviedo, FL 32765** | - | | | | X | X | | 0.00 |
| Account No. **5110718** | | | | **Warranty** | | | | |
| **Spiros G Arvanitidis**<br>**205 Struthers-Liberty Rd**<br>**Campbell, OH 44405** | - | | | | X | X | | 0.00 |

Sheet no.**4285** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re   **Great Lakes Warranty Corporation**               ,   Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5085971** | | | Warranty | | | | |
| **Sprinivas Challagundla** **8875 Mission Hills Drive  Apt 203** **Memphis, TN 38125** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | Trade | | | | |
| **Sprint** **P.O. Box 4181** **Carol Stream, IL 60197** | - | | | | | | |
| | | | | | | | 1,086.83 |
| Account No. 5108080 | | | Warranty | | | | |
| **Srindvasa Sade** **2107 Hermitage Park Drive** **Hermitage, TN 37076** | - | | | | | | |
| | | | | | | | 433.28 |
| Account No. 5070133 | | | Warranty | | | | |
| **Srinivas Mukkamala** **1810 Overhill Dr** **Flint, MI 48503** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5066896 | | | Warranty | | | | |
| **St Clair Williams** **434 Webster St** **Rochester, PA 15074** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4286** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,520.11

In re **Great Lakes Warranty Corporation**                        , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5130519** | | | | Warranty | | | | |
| **Stacee Samuel** **7955 Badura No 314** **Las Vegas, NV 89113** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090280** | | | | Warranty | | | | |
| **Stacey  Blackmon** **3050 Burton Cove Road** **Cookeville, TN 38506** | | - | | | | | | |
| | | | | | | | | **780.65** |
| Account No. **5120125** | | | | Warranty | | | | |
| **Stacey  Marfia** **250 Home Road South** **Mansfield, OH 44906** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132619** | | | | Warranty | | | | |
| **Stacey Beck** **6065 CR 207** **Millersburg, OH 44654** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5067175** | | | | Warranty | | | | |
| **Stacey Berry** **7375 Deep Valley Drive** **Germantown, TN 38138** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**4287** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**780.65**

In re    **Great Lakes Warranty Corporation**              ,      Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5091043** | | | | | **Warranty** | | | | |
| **Stacey Fabre**<br>**PO Box 51846**<br>**Lafayette, LA 70505** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5068555** | | | | | **Warranty** | | | | |
| **Stacey Floyd**<br>**121 Gale Lane**<br>**LaVergne, TN 37086** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5130451** | | | | | **Warranty** | | | | |
| **Stacey J Reichle**<br>**743 Dias Creek Rd**<br>**Cape May Court House, NJ 08210** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5120063** | | | | | **Warranty** | | | | |
| **Stacey L Blair**<br>**747 Commerce St**<br>**Reading, PA 19608** | - | | | | | | | | |
| | | | | | | | | | **95.00** |
| Account No. **5083413** | | | | | **Warranty** | | | | |
| **Stacey L Jordan**<br>**370 Wallace Road B7**<br>**Nashville, TN 37211** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **4288** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **95.00**

In re __Great Lakes Warranty Corporation__ ,  Case No. _____
           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5101408 | | | | | Warranty | | | | |
| Stacey Lee Buzard 16801 Route 36 Brookville, PA 15825 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5102042 | | | | | Warranty | | | | |
| Stacey McKay 5733 Lincoln Avenue Export, PA 15632 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5098211 | | | | | Warranty | | | | |
| Stacey Seacrist 183 Radley Drive Painesville, OH 44077 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5066224 | | | | | Warranty | | | | |
| Stacey Williams 350 Glenside Ct Dayton, OH 45426 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5086841 | | | | | Warranty | | | | |
| Stachia Jones 589 Longview Se Massillon, OH 44646 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. __4289__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   0.00

In re   **Great Lakes Warranty Corporation**           Case No. _____

                                           ,      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5123223** | | | | **Warranty** | | | | |
| **Staci Lyn Ciafrani 78 McClure Rd Cheswick, PA 15024** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121803** | | | | **Warranty** | | | | |
| **Staci McKeegan 5025 Hillsboro Pk  No 1A Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094149** | | | | **Warranty** | | | | |
| **Staci S Crowley 108 Heckman Street Phillipsburg, NJ 08865** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132216** | | | | **Warranty** | | | | |
| **Staci Young 301 Taffy Run Road Rochester, PA 15074** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098815** | | | | **Warranty** | | | | |
| **Stacia Harper 2379 Sunnington Drive Dublin, OH 43016** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4290** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re  **Great Lakes Warranty Corporation**                                    ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109817** | | | | **Warranty** | | | | |
| **Stacie M Hunter** **35102 Clay Bank Rd** **Logan, OH 43138** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088430** | | | | **Warranty** | | | | |
| **Stacy  Infantozzi** **120 Landing Drive** **Hookstown, PA 15050** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114230** | | | | **Warranty** | | | | |
| **Stacy A Vanderveen** **2522 235th Street** **Milford, IA 51351** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128951** | | | | **Warranty** | | | | |
| **Stacy Black** **1570 King Richard Pkwy** **Miamisburg, OH 45342** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113893** | | | | **Warranty** | | | | |
| **Stacy Britton** **2001 Foster Avenue Circle** **Britton, PA 19007** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4291** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re  **Great Lakes Warranty Corporation**                              Case No. _____
_____,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5082021** | | | | Warranty | | | | |
| **Stacy Cummings** **1421 Adams Street** **Franklin, TN 37064** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5083651** | | | | Warranty | | | | |
| **Stacy Destafano** **9785 Fowler Drive** **Papillion, NE 68046** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096890** | | | | Warranty | | | | |
| **Stacy Diamond** **11228 Handlebar Dr** **Reston, VA 20191** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097491** | | | | Warranty | | | | |
| **Stacy Douglas** **3405 Fletton Way** **Summerville, SC 29485** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113659** | | | | Warranty | | | | |
| **Stacy Evans** **2414 Delaware Avenue SW** **Canton, OH 44706** | - | | | | | | | |
| | | | | | | | | 1,044.63 |

Sheet no.**4292** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 1,044.63 |
|---|---|

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100845** | | | Warranty | | | | |
| **Stacy Foster** **1035 Youngstown Road** **Morgantown, KY 42261** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119579** | | | Warranty | | | | |
| **Stacy G Tague** **1510 Easton Ave** **Bethlehem, PA 18018** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108578** | | | Warranty | | | | |
| **Stacy Gardner** **3901 Wallace Lane** **Nashville, TN 37215** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5109343** | | | Warranty | | | | |
| **Stacy Head** **1920 Wright Street** **Pittsburgh, PA 15221** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107782** | | | Warranty | | | | |
| **Stacy J Bates** **Box 77  6449 Route 580 Highway** **Cherry Tree, PA 15724** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**4293** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125545** | | | | **Warranty** | | | | |
| **Stacy Jackson 626 Donaldson Drive Pittsburgh, PA 15226** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118720** | | | | **Warranty** | | | | |
| **Stacy Judith Floyd 332 E Lake Trail Columbia, SC 29209** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101927** | | | | **Warranty** | | | | |
| **Stacy K Zell 20 Joneswood Drive Athens, OH 45701** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122448** | | | | **Warranty** | | | | |
| **Stacy Keener 1573 Co Rd 1575 Ashland, OH 44805** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118106** | | | | **Warranty** | | | | |
| **Stacy L Bisler 90 Vista Ridge Circle Hinkley, OH 44233** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4294** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 0.00

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5108758** | | | | **Warranty** | | | | |
| **Stacy L Goodhart Elkin 344 North Market Street Galion, OH 44833** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123598** | | | | **Warranty** | | | | |
| **Stacy Lovett 6705 Lynford St Philadelphia, PA 19149** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5079215** | | | | **Warranty** | | | | |
| **Stacy M Bizzarro 1109 E Eleventh Street Erie, PA 16503** | - | | | | | | | |
| | | | | | | | | **905.21** |
| Account No. **5097681** | | | | **Warranty** | | | | |
| **Stacy M Robles 933 E Constitution Drive Chandler, AZ 85225** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116426** | | | | **Warranty** | | | | |
| **Stacy Mikulski 317 Princeton Ave Delanco, NJ 08075** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.__**4295**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**905.21**

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____

_____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5111183 | | | | | Warranty | | | | |
| Stacy Romanias 464 Long Drive Pittsburgh, PA 15241 | - | | | | | | | | 395.00 |
| Account No. 5079910 | | | | | Warranty | | | | |
| Stacy Varney 304 Meadow Brook Lane Harold, KY 41635 | - | | | | | X | X | | 0.00 |
| Account No. 5070468 | | | | | Warranty | | | | |
| Stafanie Weisman 109 Woodshore Dr Cola, SC 29223 | - | | | | | X | X | | 0.00 |
| Account No. 5100614 | | | | | Warranty | | | | |
| Stamica Robinson 1343 Essex Drive Lima, OH 45804 | - | | | | | X | X | | 0.00 |
| Account No. 5083786 | | | | | Warranty | | | | |
| Stan Bassett 160 Ashton Park Madison, MS 39110 | - | | | | | | | | 667.50 |

Sheet no. **4296** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,062.50

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5121802** | | | | **Warranty** | | | | |
| **Stan Kinslow** **1209 Shiloh Dr** **Nashville, TN 00037-7205** | - | | | | | | | |
| | | | | | | | | **105.00** |
| Account No. **5132362** | | | | **Warranty** | | | | |
| **Stan Patterson** **1013 Vinial Street** **Pittsburgh, PA 15212** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115912** | | | | **Warranty** | | | | |
| **Stan Vespie** **310 E Main Street** **Linden, TN 37096** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119780** | | | | **Warranty** | | | | |
| **Stanley  Joles** **PO Box 83  326 Vernon Ave** **Latrobe, PA 15650** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5098595** | | | | **Warranty** | | | | |
| **Stanley  Penn III** **11330 Drumsheugh Lane** **Upper Marlboro, MD 20774** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**4297**  of **4906**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**105.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5072096 | | | | | Warranty | | | | |
| Stanley Williams 130 Little Ranch Circle Oakley, CA 94561 | | - | | | | | | | 386.71 |
| Account No. 5091453 | | | | | Warranty | | | | |
| Stanley A Blozousky 129 S Spencer Street Frackville, PA 17931 | | - | | | | X | X | | 0.00 |
| Account No. 5087713 | | | | | Warranty | | | | |
| Stanley A Weston II 8110 Rugby St Philadelphia, PA 19150 | | - | | | | X | X | | 0.00 |
| Account No. 5103480 | | | | | Warranty | | | | |
| Stanley Boskovski 2644 E Birchwood Mesa, AZ 85204 | | - | | | | X | X | | 0.00 |
| Account No. 5095994 | | | | | Warranty | | | | |
| Stanley Eisenberg 524 Swanson Crest Milford, CT 06461 | | - | | | | X | X | | 0.00 |

Sheet no. **4298** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 386.71

In re **Great Lakes Warranty Corporation** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5105335 | | | Warranty | | | | |
| Stanley F Hill 142 Reserve Square Wampum, PA 16157 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5097600 | | | Warranty | | | | |
| Stanley H Reitmire 162 Layne Street New Haven, WV 25265 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5122833 | | | Warranty | | | | |
| Stanley J Jalonski Jr 349 Anderson St Pottwsville, PA 17901 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5131473 | | | Warranty | | | | |
| Stanley J Twaroski 5693 Peck Rd Erie, PA 16510 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5084892 | | | Warranty | | | | |
| Stanley P Hardy 4708 Tarkington Drive Memphis, TN 38128 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4299** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5112207** | | | | **Warranty** | | | | |
| **Stanley Pearlman 554 Gibson Avenue Kingston, PA 18704** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129998** | | | | **Warranty** | | | | |
| **Stanley Robinson 1703 Swamp Pike Gilbertsville, PA 19525** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5069260** | | | | **Warranty** | | | | |
| **Stanley Schoenbach 3333 Henry Hudson Pkwy Bronx, NY 10463** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105569** | | | | **Warranty** | | | | |
| **Stanley T Farley 3025 Lakeview Drive Metropolis, IL 62960** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131279** | | | | **Warranty** | | | | |
| **Stanley Wendell 44207 Kelly Park Road Columbiana, OH 44408** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4300** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                         **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5107129 | | | | Warranty | | | | |
| Stanley Williams P.O. Box 503 Bessemer, PA 16112 | - | | | | X | X | | 0.00 |
| Account No. 5063832 | | | | Warranty | | | | |
| Starlett Strires 2315 Harmont Avenue Northeast Canton, OH 44705 | - | | | | X | X | | 0.00 |
| Account No. 5097468 | | | | Warranty | | | | |
| Starr L Karloski 3429 Long Hollow Road Elizabeth, PA 15037 | - | | | | X | X | | 0.00 |
| Account No. 5084141 | | | | Warranty | | | | |
| State Wide Management 100 Countrywood Drive Lebanon, TN 37087 | - | | | | X | X | | 0.00 |
| Account No. 5117604 | | | | Warranty | | | | |
| Stauroula Alwell 46 Ambassador Lane Staten Island, NY 10309 | - | | | | X | X | | 0.00 |

Sheet no. **4301** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　**0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5087536** | | | Warranty | | | | |
| **Stefani K Combs** **36270 Bailey Road** **Pomeroy, OH 45769** | - | | | X | X | | 0.00 |
| Account No. **5086415** | | | Warranty | | | | |
| **Stefanie Runyon** **855 Riegal Ridge Road** **Jackson, OH 45640** | - | | | X | X | | 0.00 |
| Account No. **5126098** | | | Warranty | | | | |
| **Stefanie Bungard** **226 N 5th Street** **Jeanette, PA 15644** | - | | | | | | 694.57 |
| Account No. **5130094** | | | Warranty | | | | |
| **Stefanie Davis** **514 North Montgomery** **Hollidaysburg, PA 16648** | - | | | X | X | | 0.00 |
| Account No. **5099091** | | | Warranty | | | | |
| **Stefanie Lucas** **3321 W Twain Court** **Anthem, AZ 85086** | - | | | X | X | | 0.00 |

Sheet no. **4302** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

694.57

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5091343** | | | | **Warranty** | | | | |
| **Stefanie Pitter** **44 Robinson Road** **Fort Leavenworth, KS 66027** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5097481** | | | | **Warranty** | | | | |
| **Stella Frazier** **1889 Bordeaux Dr** **Fairborn, OH 45324** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104532** | | | | **Warranty** | | | | |
| **Stella L Murphy** **116 Barton Bend Lane** **Columbia, SC 29206** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5088235** | | | | **Warranty** | | | | |
| **Stella Sanchez** **10155 W Camelia Drive** **Arizona City, AZ 85223** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126449** | | | | **Warranty** | | | | |
| **Stepahnie Sicchitaro** **6 Lewis Road PO Box 25** **Eighty Four, PA 15330** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4303** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re  **Great Lakes Warranty Corporation**                                   ,        Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5129797 | | | Warranty | | | | |
| Stepanie Lynn Kline 13 Granite Dr East Earl, PA 17519 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5083753 | | | Warranty | | | | |
| Stepehn M O'Brien 847 N Hillview Ct Brentwood, TN 37027 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5095786 | | | Warranty | | | | |
| Stephan Koenig 14372 Thompson Boulevard Brookpark, OH 44142 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5109978 | | | Warranty | | | | |
| Stephan Meleo 600 Quacker Road Warrenton, GA 30828 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5093979 | | | Warranty | | | | |
| Stephan Petrovic 1626 W La Salle Phoenix, AZ 85041 | - | | | | | | |
| | | | | | | | 642.20 |

Sheet no. **4304** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

642.20

In re **Great Lakes Warranty Corporation**_____,  Case No._____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127797** | | | | **Warranty** | | | | |
| **Stephane Lopez** **5752 Old York Road** **Lahaska, PA 18931** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123667** | | | | **Warranty** | | | | |
| **Stephanie  Zawislak** **3929 Applecrest** **Las Vegas, NV 89108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108811** | | | | **Warranty** | | | | |
| **Stephanie A Harris** **2813 Rustic Ridge Road** **Rock Hill, SC 29730** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119052** | | | | **Warranty** | | | | |
| **Stephanie A Hicks** **4430 Mountville Rd** **Glouster, OH 45732** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086661** | | | | **Warranty** | | | | |
| **Stephanie A Sims** **113 Larson Drive** **Summerville, SC 29485** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4305** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5090403** | | | **Warranty** | | | | |
| **Stephanie A Winseck 3075 Dogwood Drive Lititz, PA 17543** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122757** | | | **Warranty** | | | | |
| **Stephanie Aronica 5729 Knob Rd Nashville, TN 37209** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123557** | | | **Warranty** | | | | |
| **Stephanie Bennett 84 Riverdale Ave Neptune City, NJ 17753** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100724** | | | **Warranty** | | | | |
| **Stephanie Clark 2278 Macedonia Angelus Road Jefferson, SC 29718** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5085385** | | | **Warranty** | | | | |
| **Stephanie Cole 2701 Old Philadelphia Pike Lancaster, PA 17602** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4306** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **Great Lakes Warranty Corporation**                                   ,          Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5055568** | | | Warranty | | | | |
| **Stephanie Cook** **402 Autumn Wood Dr** **Whitehouse, TN 37188** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5095735** | | | Warranty | | | | |
| **Stephanie Crail** **40 Marion Drive** **Zelienople, PA 16063** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5058678** | | | Warranty | | | | |
| **Stephanie Crooks** **3901 Red River St** **Austin, TX 78751** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102907** | | | Warranty | | | | |
| **Stephanie Deitsch** **9413 Burrville Rd** **Rockford, OH 45882** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127383** | | | Warranty | | | | |
| **Stephanie Dewar** **124 S. Atlantic Avenue** **Pittsburgh, PA 15224** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4307** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation**                              Case No. _____

                                                              ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5064817** | | | Warranty | | | | |
| Stephanie Edwards 10979 Comanche Dr Sidney, OH 45365 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5128890 | | | Warranty | | | | |
| Stephanie Ferraro 14 Everturn Lane Levittown, PA 19054 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5104394 | | | Warranty | | | | |
| Stephanie G Johnson 2876 Springland Street Memphis, TN 38134 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5123989 | | | Warranty | | | | |
| Stephanie Gerald 6431 Marshall Road Cemterville, OH 45459 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5114138 | | | Warranty | | | | |
| Stephanie Greenleaf 1522 Garfield Avenue Pittsburgh, PA 15212 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4308** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104390** | | | | Warranty | | | | |
| **Stephanie H Davidson**<br>**7971 Martha**<br>**Millington, TN 38053** | | - | | | X | X | | 0.00 |
| Account No. **5098856** | | | | Warranty | | | | |
| **Stephanie Harris**<br>**7008 E. Gold Dust Avenue  #219**<br>**Scottsdale, AZ 85253** | | - | | | X | X | | 0.00 |
| Account No. **5132522** | | | | Warranty | | | | |
| **Stephanie Hughey**<br>**3214 Berkshire  Ap 301**<br>**Cleveland Hts, OH 44118** | | - | | | X | X | | 0.00 |
| Account No. **5116401** | | | | Warranty | | | | |
| **Stephanie J Reich**<br>**359 Walnut Street  Apt #014**<br>**Meadville, Pa 16335** | | - | | | X | X | | 0.00 |
| Account No. **5109834** | | | | Warranty | | | | |
| **Stephanie Jones**<br>**101 Paintrock Ferry Rd  Apt G14**<br>**Kingston, TN 37763** | | - | | | X | X | | 0.00 |

Sheet no. **4309** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5113886 | | | | | Warranty | | | | |
| Stephanie Kanoff 6535 Linglestown Road Harrisburg, PA 17112 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5099843 | | | | | Warranty | | | | |
| Stephanie Kozel 281 Millgate Road Bellefonte, PA 16823 | - | | | | | | | | |
| | | | | | | | | | 2,893.00 |
| Account No. 5129778 | | | | | Warranty | | | | |
| Stephanie L Boring 1310 Zimmerman Rd Carlisle, PA 17015 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5107026 | | | | | Warranty | | | | |
| Stephanie L Chute 208 Woods Drive New Brighton, PA 15066 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5104937 | | | | | Warranty | | | | |
| Stephanie L Gilligan 206 S Swigart Street New Lexington, OH 43764 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4310** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           **2,893.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5123921 | | | | Warranty | | | | |
| Stephanie L Sherry 2727 W Gordon St Allentown, PA 18104 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5075172 | | | | Warranty | | | | |
| Stephanie L Sprouse 106 Beechwood Place Parkersburg, WV 26104 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093579 | | | | Warranty | | | | |
| Stephanie L Thompson 9643 Crews Lane Chesterhill, OH 43728 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123776 | | | | Warranty | | | | |
| Stephanie L Vogel 1642 Oakmont Rd South Euclid, OH 44121 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5077512 | | | | Warranty | | | | |
| Stephanie Lynch-Johnson 16621 168th TER SE Renton, WA 98058 | - | | | | | | | |
| | | | | | | | | 1,302.75 |

Sheet no. **4311** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 1,302.75

In re **Great Lakes Warranty Corporation**        Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5112676 | | | | Warranty | | | | |
| Stephanie M Peterson 639 N Providence Road Media, PA 19063 | | - | | | X | X | | 0.00 |
| Account No. 5070530 | | | | Warranty | | | | |
| Stephanie Mann 5523 S Broadwing Way Boise, ID 83716 | | - | | | X | X | | 0.00 |
| Account No. 5096649 | | | | Warranty | | | | |
| Stephanie McKinnis 813 10th Avenue New Brighton, PA 15066 | | - | | | X | X | | 0.00 |
| Account No. 5060409 | | | | Warranty | | | | |
| Stephanie Merkel 1308 N 13th St Apt J20 Whitehall, PA 18052 | | - | | | | | | 833.78 |
| Account No. 5062396 | | | | Warranty | | | | |
| Stephanie Montgomery 17647 Beach Lane Lake Milton, OH 44429 | | - | | | X | X | | 0.00 |

Sheet no. **4312** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     (Total of this page)     833.78

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109814** | | | **Warranty** | | | | |
| **Stephanie N Malone 35298 Clay Bank Rd Logan, OH 43138** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5087378** | | | **Warranty** | | | | |
| **Stephanie N McClure 1046 N Russell Street Urbana, OH 43078** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123209** | | | **Warranty** | | | | |
| **Stephanie N Woolever 16519 Burcham Rd Logan, OH 43138** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130988** | | | **Warranty** | | | | |
| **Stephanie Paolini 250 East Circle Bristol, PA 19007** | - | | | | | | |
| | | | | | | | 549.66 |
| Account No. **5125182** | | | **Warranty** | | | | |
| **Stephanie Peake 719 Grove Street Aliquippa, PA 15001** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**4313** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

549.66

In re **Great Lakes Warranty Corporation** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5132714** | | | | | Warranty | | | | |
| **Stephanie Ponnett**<br>**21 James Street**<br>**Middletown, PA 17057** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5103143** | | | | | Warranty | | | | |
| **Stephanie R Lowe**<br>**302 Delaware Avenue**<br>**Scottdale, PA 15683** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5116310** | | | | | Warranty | | | | |
| **Stephanie R Smith**<br>**1421 Old Wilmington Road**<br>**Hockessin, DE 19707** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5109392** | | | | | Warranty | | | | |
| **Stephanie Rilling**<br>**55 Gunckel**<br>**Dayton, OH 45410** | - | | | | | | | | |
| | | | | | | | | | 1,018.57 |
| Account No. **5124734** | | | | | Warranty | | | | |
| **Stephanie Santoro**<br>**95 Chapel View Drive**<br>**Reinholds, PA 17569** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4314** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,018.57

In re   **Great Lakes Warranty Corporation**               ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5111847 | | | Warranty | | | | |
| Stephanie Smith 149 Windsor Dr Nashville, TN 37205 | - | | | X | X | | 0.00 |
| Account No. 5109410 | | | Warranty | | | | |
| Stephanie Sudina 761 William Drive Level Green, PA 15085 | - | | | | | | 366.43 |
| Account No. 5076425 | | | Warranty | | | | |
| Stephanie Szymanowski 326 E Doris Dr Fairborn, OH 45324 | - | | | X | X | | 0.00 |
| Account No. 5123430 | | | Warranty | | | | |
| Stephanie T Kurchock 1358 West Wade Rd Pottsville, PA 17901 | - | | | X | X | | 0.00 |
| Account No. 5126033 | | | Warranty | | | | |
| Stephanie Vanderlin 125 23rd Avenue Altoona, PA 16601 | - | | | X | X | | 0.00 |

Sheet no. **4315** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **366.43**

In re   **Great Lakes Warranty Corporation**          ,    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5093483** | | | | | **Warranty** | | | | |
| **Stephanie Wertz**<br>**3524 Fishinger Mill Drive**<br>**Hilliard, OH 43026** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5129790** | | | | | **Warranty** | | | | |
| **Stephannie Heckathorn**<br>**259 Liberty Ave PO Box 75**<br>**Vanderbilt, PA 15486** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5103344** | | | | | **Warranty** | | | | |
| **Stephen  Cross**<br>**6579 Horncliffe Court**<br>**Clarkston, MI 48346** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5132537** | | | | | **Warranty** | | | | |
| **Stephen  Filpos**<br>**36155 Taylor Avenue**<br>**Union City, PA 16438** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5121613** | | | | | **Warranty** | | | | |
| **Stephen  Long**<br>**2214 Raymond Ave**<br>**Reading, PA 19605** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**4316** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5107433 | | | | Warranty | | | | |
| Stephen Nestor 7464 River Road Pike Nashville, TN 37209 | - | | | | X | X | | 0.00 |
| Account No. 5119825 | | | | Warranty | | | | |
| Stephen Pituch 200 Alder St Apt 1 Lower Burrell, PA 15068 | - | | | | X | X | | 0.00 |
| Account No. 5126405 | | | | Warranty | | | | |
| Stephen Polakowski 17792 Reynolds Rd West Farmington, OH 44491 | - | | | | X | X | | 0.00 |
| Account No. 5102553 | | | | Warranty | | | | |
| Stephen Urbanick 2925 Hershey Rd Erie, PA 16506 | - | | | | X | X | | 0.00 |
| Account No. 5119587 | | | | Warranty | | | | |
| Stephen Wise 3745 E Sierra Madre Ave Gilbert, AZ 85296 | - | | | | | | | 758.00 |

Sheet no. **4317** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                758.00

In re **Great Lakes Warranty Corporation**         Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5084039** | | | | | **Warranty** | | | | |
| **Stephen A Green**<br>**3005 Cliffside Dr**<br>**Columbia, SC 29209** | - | | | | | X | X | | **0.00** |
| Account No. **5116363** | | | | | **Warranty** | | | | |
| **Stephen A Jones**<br>**393 Lawver Lane**<br>**Dayton, OH 45431** | - | | | | | | | | **97.23** |
| Account No. **5110701** | | | | | **Warranty** | | | | |
| **Stephen A Jones**<br>**393 Lawver Lane**<br>**Dauyton, OH 45431** | - | | | | | X | X | | **0.00** |
| Account No. **5132654** | | | | | **Warranty** | | | | |
| **Stephen Altrogge**<br>**445 Washington Street**<br>**Indiana, PA 15701** | - | | | | | X | X | | **0.00** |
| Account No. **5091948** | | | | | **Warranty** | | | | |
| **Stephen B Scott**<br>**48 Sayles Lyda Road**<br>**Fairview, NC 28730** | - | | | | | X | X | | **0.00** |

Sheet no. **4318** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                  Subtotal<br>       (Total of this page)      **97.23**

In re **Great Lakes Warranty Corporation**                          ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5091999** | | | | **Warranty** | | | | |
| **Stephen B Wilke**<br>**7049 May Woods Lane**<br>**Germantown, TN 38138** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111108** | | | | **Warranty** | | | | |
| **Stephen Barber**<br>**1679 Fernstone Drive**<br>**Acworth, GA 30101** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5069858** | | | | **Warranty** | | | | |
| **Stephen Black**<br>**344 Oak Haven Dr**<br>**Lexington, SC 29072** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131167** | | | | **Warranty** | | | | |
| **Stephen Bondurant**<br>**235 North Walnut Street**<br>**Logan, OH 43138** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106161** | | | | **Warranty** | | | | |
| **Stephen Buchanan**<br>**6113 Hickory Oakey road**<br>**Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4319** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**                                          Case No. _____

_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5110070 | | | | Warranty | | | | |
| Stephen C Barr 13190 Kaufman Avenue NW Hartville, OH 44632 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103498 | | | | Warranty | | | | |
| Stephen C Boyer 2082 Weeping Willow Lane Mount Joy, PA 17552 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112095 | | | | Warranty | | | | |
| Stephen C Cicero 206 Maplewood Drive Butler, PA 16001 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128980 | | | | Warranty | | | | |
| Stephen Cinmlin 6575 East Lana Crt New Palestine, IN 46163 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096640 | | | | Warranty | | | | |
| Stephen Clarke 3318 E Navaho Street Sierra Vista, AZ 85650 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4320** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re **Great Lakes Warranty Corporation**                         , Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **5132676** | | | | | | **Warranty** | | | | |
| **Stephen Cook** **1167 North Washington Street** **WilkesBarre, PA 18705** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5132002** | | | | | | **Warranty** | | | | |
| **Stephen Craig** **1069 Pleasure Lane #102** **Henderson, LV 89002** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5102012** | | | | | | **Warranty** | | | | |
| **Stephen D Jones** **218 Williams Street** **Crossette, AR 71635** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5102192** | | | | | | **Warranty** | | | | |
| **Stephen D Keller** **384 S Tenth Street** **North Wales, PA 19454** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |
| Account No. **5124158** | | | | | | **Warranty** | | | | |
| **Stephen D Rich** **124 Dad Burnhams Rd** **Pine Grove, PA 17963** | - | | | | | | X | X | | |
| | | | | | | | | | | **0.00** |

Sheet no. **4321** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)                     **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5111365 | | | | Warranty | | | | |
| Stephen David Putnam 3429 County Road 322 Henagar, AL 35978 | - | | | | X | X | | 0.00 |
| Account No. 5099795 | | | | Warranty | | | | |
| Stephen E Baughman 530 Huckabee Mill Road Swansea, SC 29160 | - | | | | X | X | | 0.00 |
| Account No. 5121559 | | | | Warranty | | | | |
| Stephen E Ferrucci 1791 Northampton Dr Fishers, IN 46038 | - | | | | X | X | | 0.00 |
| Account No. 5129331 | | | | Warranty | | | | |
| Stephen Fonash 124 East High Street Apt 4 Bellefonte, PA 16823 | - | | | | X | X | | 0.00 |
| Account No. 5132369 | | | | Warranty | | | | |
| Stephen Fuche 3625 Mauch Chunk Road Coplay, PA 18037 | - | | | | X | X | | 0.00 |

Sheet no. **4322** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5109467** | | | | **Warranty** | | | | |
| **Stephen G Baker** **1014 S Quinn Court** **Gilbert, AZ 85296** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108808** | | | | **Warranty** | | | | |
| **Stephen G Gallagher** **5896 morgan run** **West Decatur, PA 16878** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5066977** | | | | **Warranty** | | | | |
| **Stephen Gibson** **506 South Holly Street** **Columbia, SC 29205** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5080325** | | | | **Warranty** | | | | |
| **Stephen Hall** **1704 Overchek Lane** **Brentwood, TN 37027** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121223** | | | | **Warranty** | | | | |
| **Stephen Hallo** **7541 Hoertz Rd** **Parma, OH 44134** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4323** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                        ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5079399 | | | | Warranty | | | | |
| Stephen Hatcher 4607 E Rancho Laredo Drive Cavecreek, AZ 85331 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5101564 | | | | Warranty | | | | |
| Stephen Heyman 3009 Medial Avenue Nashville, TN 37215 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5115938 | | | | Warranty | | | | |
| Stephen Hudacek 217 Thoreau Drive Moosic, PA 18507 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107499 | | | | Warranty | | | | |
| Stephen Humphrey 1015 Maxwell Avenue Nashville, TN 37206 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107790 | | | | Warranty | | | | |
| Stephen Huntsman 131 Sugarmill Drive Bowling Green, KY 42104 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4324** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re    **Great Lakes Warranty Corporation**                              ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130063** | | | Warranty | | | | |
| **Stephen Inkrot** **400 Old Kellogg** **Cincinnati, OH 45255** | - | | | | | | 197.50 |
| Account No. **5119130** | | | Warranty | | | | |
| **Stephen J Cannone** **295 Moon Clinton Rd  Apt 9** **Moon Twp, PA 15108** | - | | | X | X | | 0.00 |
| Account No. **5119532** | | | Warranty | | | | |
| **Stephen J Downs** **55 Harding Ave** **Hatboro, PA 19040** | - | | | | | | 1,362.24 |
| Account No. **5092682** | | | Warranty | | | | |
| **Stephen J Eacho** **18719 Temperance Road** **Barton, MD 21521** | - | | | | | | 602.75 |
| Account No. **5113363** | | | Warranty | | | | |
| **Stephen J Morrison** **161 Frank Street** **Whitaker, PA 15120** | - | | | | | | 183.29 |

Sheet no. **4325** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,345.78

In re **Great Lakes Warranty Corporation** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095644** | | | **Warranty** | | | | |
| **Stephen J Tobuz** **42 E Longfellow Drive** **Munhall, PA 15120** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5094229** | | | **Warranty** | | | | |
| **Stephen Johanningsmeier** **3612 St Louis Street** **Wichita, KS 67203** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5098454** | | | **Warranty** | | | | |
| **Stephen Johnson** **1014 Lowden Road** **Streator, IL 61364** | - | | | | | | |
| | | | | | | | 498.00 |
| Account No. **5114358** | | | **Warranty** | | | | |
| **Stephen K Deweese** **552 Elizabeth** **Fort Laramie, OH 45545** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115736** | | | **Warranty** | | | | |
| **Stephen Kainec** **2407 N Agusta Drive** **Mesa, AZ 85215** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4326** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **498.00**

In re **Great Lakes Warranty Corporation**            ,    Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5105287 | | | | | Warranty | | | | |
| Stephen Kalamar III 1311 Biafore Avenue Bethlehem, PA 18017 | - | | | | | X | X | | 0.00 |
| Account No. 5115810 | | | | | Warranty | | | | |
| Stephen Keller 621 Garfield Street Springdale, PA 15144 | - | | | | | X | X | | 0.00 |
| Account No. 5127930 | | | | | Warranty | | | | |
| Stephen Kovary 22 Heritage Court Randolph, NJ 07869 | - | | | | | X | X | | 0.00 |
| Account No. 5106540 | | | | | Warranty | | | | |
| Stephen Krajci 2215 Orthodox Street Philadelphia, PA 19137 | - | | | | | X | X | | 0.00 |
| Account No. 5091986 | | | | | Warranty | | | | |
| Stephen L Brenner 825 Merrybell Lane Kennett Square, PA 19348 | - | | | | | X | X | | 0.00 |

Sheet no. __4327__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re **Great Lakes Warranty Corporation**                                          , Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5114030 | | | | Warranty | | | | |
| Stephen L Henry 120 Garden Lane Franklin, PA 16323 | - | | | | X | X | | 0.00 |
| Account No. 5130817 | | | | Warranty | | | | |
| Stephen L Lyons 101 Springwater Dr Columbia, SC 29223 | - | | | | X | X | | 0.00 |
| Account No. 5073382 | | | | Warranty | | | | |
| Stephen L Swick 739 East Fifth Street Lanc, OH 43130 | - | | | | X | X | | 0.00 |
| Account No. 5104078 | | | | Warranty | | | | |
| Stephen Labuda 5658 Hazlatt Drive NE Magnolia, OH 44643 | - | | | | X | X | | 0.00 |
| Account No. 5106830 | | | | Warranty | | | | |
| Stephen Lewandowski 6320 Stonebrook Dr Fairview, PA 16415 | - | | | | X | X | | 0.00 |

Sheet no. **4328** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re **Great Lakes Warranty Corporation**                                  Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5077613** | | | **Warranty** | | | | |
| **Stephen Luter** **467 Howard Ave** **Ephrata, PA 17522** | - | | | X | X | | 0.00 |
| Account No. **5098439** | | | **Warranty** | | | | |
| **Stephen M Curry** **45 Woodlawn Ave** **East Moriches, NY 11940** | - | | | X | X | | 0.00 |
| Account No. **5111200** | | | **Warranty** | | | | |
| **Stephen M Houchins** **29549 State Route 62 W  Lot 220** **Salem, OH 44460** | - | | | X | X | | 0.00 |
| Account No. **5096335** | | | **Warranty** | | | | |
| **Stephen M Wachstetter** **127 Dogwood Drive** **Bernville, PA 19506** | - | | | X | X | | 0.00 |
| Account No. **5090968** | | | **Warranty** | | | | |
| **Stephen M Wilkins** **4159 Briarwood Road** **Urbana, OH 43078** | - | | | X | X | | 0.00 |

Sheet no. **4329** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                 ,   Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123194** | | | Warranty | | | | |
| **Stephen Medina** **6516 E Delmon Dr** **Mesa, AZ 85215** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130253** | | | Warranty | | | | |
| **Stephen Mulkerrin** **6 Obey Street** **Pittsburgh, PA 15205** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131837** | | | Warranty | | | | |
| **Stephen Oakes** **400 Southfield Drive** **Greensburg, PA 15601** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127864** | | | Warranty | | | | |
| **Stephen Ott** **261 Beechwood Road** **Greensburg, PA 15601** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5075820** | | | Warranty | | | | |
| **Stephen P Dale** **900 S Elm Street** **Celina, OH 45822** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4330** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal                                                 

(Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096312** | | | Warranty | | | | |
| **Stephen P Grasso 418 Evans Avenue Willow Grove, PA 19090** | - | | | X | X | | 0.00 |
| Account No. **5106798** | | | Warranty | | | | |
| **Stephen P Isaac 136 Sandstone Road Columbia, SC 29212** | - | | | X | X | | 0.00 |
| Account No. **5072745** | | | Warranty | | | | |
| **Stephen P Tumbloom 525 Summit Oaks Court Nashville, TN 37221** | - | | | X | X | | 0.00 |
| Account No. **5126788** | | | Warranty | | | | |
| **Stephen Potter 50 Wistar Road Paoli, PA 19301** | - | | | | | | 257.56 |
| Account No. **5125792** | | | Warranty | | | | |
| **Stephen Price 704 Perry St Athens, TN 37303** | - | | | X | X | | 0.00 |

Sheet no. **4331** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

257.56

In re **Great Lakes Warranty Corporation**                    , Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124982** | | **Warranty** | | | | | | |
| **Stephen Prouty** **710 Little Creek Lane** **Cranberry Twnp, PA 16066** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132097** | | **Warranty** | | | | | | |
| **Stephen Pynn** **428A Xanthus Avenue** **Galloway, NJ 08205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093864** | | **Warranty** | | | | | | |
| **Stephen R McCabe** **5153 Johnnycake Ridge Street** **Canton, OH 44705** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093587** | | **Warranty** | | | | | | |
| **Stephen R Wolfe** **10855 Dowler Ridge Road** **Newmarshfield, OH 45766** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129364** | | **Warranty** | | | | | | |
| **Stephen Raffa** **719 Reamer Drive** **Carnegie, PA 15106** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4332** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114816 | | | | Warranty | | | | |
| Stephen Rimmer 506 Highland Wapakoneta, OH 45895 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096610 | | | | Warranty | | | | |
| Stephen Rush 3721 West End Avenue Nashville, TN 37205 | - | | | | | | | |
| | | | | | | | | 411.70 |
| Account No. 5132241 | | | | Warranty | | | | |
| Stephen S Yearwood 1931 Paces Landing Apt 1731 Rock Hill, SC 29730 | - | | | | | | | |
| | | | | | | | | 2,327.50 |
| Account No. 5116948 | | | | Warranty | | | | |
| Stephen S Simko 515 Popular Street West Newton, PA 15089 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5085673 | | | | Warranty | | | | |
| Stephen Sadurski 749 Cheyenne Place Tipp City, OH 45371 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4333** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,739.20**

In re   **Great Lakes Warranty Corporation**                                    ,    Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5132459** | | | | | **Warranty** | | | | |
| **Stephen Samson** **875 Charles Street** **Luzerne, PA 18709** | - | | | | | X | X | | 0.00 |
| Account No. **5124039** | | | | | **Warranty** | | | | |
| **Stephen Sandlund** **4623 Millenium Dr** **Zanesville, OH 43701** | - | | | | | | | | 410.00 |
| Account No. **5053419** | | | | | **Warranty** | | | | |
| **Stephen Schnaible** **11910 Country Meadows Drive** **Menohen, ND 58558** | - | | | | | X | X | | 0.00 |
| Account No. **5110750** | | | | | **Warranty** | | | | |
| **Stephen Sholtas** **500 Lafayette Street** **Perryopolis, PA 15473** | - | | | | | X | X | | 0.00 |
| Account No. **5106649** | | | | | **Warranty** | | | | |
| **Stephen Snyder** **3313 S Arlington Avenue** **Indianapolis, IN 46203** | - | | | | | X | X | | 0.00 |

Sheet no. **4334** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**410.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

_____,
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5106660** | | | | Warranty | | | | |
| **Stephen Stanton** **9 Culpepper Street** **Shrewsbury, PA 17363** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123787** | | | | Warranty | | | | |
| **Stephen Steinberg** **PO Box 10391** **Reno, NV 89510** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122360** | | | | Warranty | | | | |
| **Stephen T Personette** **376 Sculps Hill Rd** **Auburn, PA 17922** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126041** | | | | Warranty | | | | |
| **Stephen Taylor** **445 Park View Drive** **Pottsville, PA 17901** | | - | | | | | | |
| | | | | | | | | 1,004.00 |
| Account No. **5128734** | | | | Warranty | | | | |
| **Stephen Taylor** **31887 Noble Summit Road** **Middleport, OH 45760** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4335** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,004.00**

In re **Great Lakes Warranty Corporation**, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5110280 | | | | Warranty | | | | |
| Stephen V Kelly 522 Norris Street Saxton, PA 16678 | - | | | | X | X | | 0.00 |
| Account No. 5101276 | | | | Warranty | | | | |
| Stephen W Asher 1308 Warm springs Ave Boise, ID 83712 | - | | | | X | X | | 0.00 |
| Account No. 5131336 | | | | Warranty | | | | |
| Stephen W Spivey 1948 Shadow Henn Dr Raleigh, NC 27604 | - | | | | | | | 310.00 |
| Account No. 5113787 | | | | Warranty | | | | |
| Stephen W Waddill 317 Chalford Court Franklin, TN 37069 | - | | | | X | X | | 0.00 |
| Account No. 5126795 | | | | Warranty | | | | |
| Stephen Wex 130 Smithville Road New Providence, PA 17560 | - | | | | X | X | | 0.00 |

Sheet no. **4336** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **310.00**

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5072239** | | | | Warranty | | | | |
| **Stephon Alexander** **1411 William Street** **State College, PA 18042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110406** | | | | Warranty | | | | |
| **Sterling E Bruch Jr** **2216 Allwood Drive** **Bethlehem, PA 18018** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106222** | | | | Warranty | | | | |
| **Sterling Koch** **286 Frieden Manor** **Schuylkill Haven, PA 17972** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111112** | | | | Warranty | | | | |
| **Sterling Naboues** **109 Ryan Court** **Nashville, TN 37221** | - | | | | | | | |
| | | | | | | | | 1,680.00 |
| Account No. **5129339** | | | | Warranty | | | | |
| **Stevan Demase** **16335 Old Timber Road** **Abingdon, VA 24210** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4337** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 1,680.00 |

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5076654** | | | Warranty | | | | |
| **Steve Aue**<br>**1047 Spectacular Bid Drive**<br>**Union, KY 41091** | - | | | | | | 490.00 |
| Account No. **5106294** | | | Warranty | | | | |
| **Steve Buchanan**<br>**5335 E Thunder Hawk Rd**<br>**Cave Creek, AZ 85331** | - | | | X | X | | 0.00 |
| Account No. **5095996** | | | Warranty | | | | |
| **Steve Frisch**<br>**151 E Le Marche Ave**<br>**Phoenix, AZ 85022** | - | | | X | X | | 0.00 |
| Account No. **5127893** | | | Warranty | | | | |
| **Steve Gilliam**<br>**7 Troon Court**<br>**Columbia, SC 29229** | - | | | X | X | | 0.00 |
| Account No. **5079625** | | | Warranty | | | | |
| **Steve Gordon**<br>**89 Waid Rd**<br>**Monson, MA 01057** | - | | | | | | 510.49 |

Sheet no. **4338** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,000.49

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5120005 | | | | Warranty | | | | |
| Steve Ledwich 847 Cindy Lane Lititz, PA 17543 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132095 | | | | Warranty | | | | |
| Steve Matthews 231 Margate Drive Glen Burnie, MD 21060 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114186 | | | | Warranty | | | | |
| Steve Mausolf Jr 3809 Seeman Street SW East Sparta, OH 44626 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118184 | | | | Warranty | | | | |
| Steve Meyer 115 South Ethel Lane Lansing, KS 66043 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5049834 | | | | Warranty | | | | |
| Steve Rose 1533 West 4800 South Taylorsville, UT 84123 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. 4339 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re  **Great Lakes Warranty Corporation**
                                                    ,  Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5096523** | | | | Warranty | | | | |
| **Steve A Vogt** **3101 Laurel Ridge Circle** **Bridgeville, PA 15017** | - | | | | X | X | | 0.00 |
| Account No. **5064239** | | | | Warranty | | | | |
| **Steve Alderfer** **440 Edgehill Way** **Faber, VA 22938** | - | | | | X | X | | 0.00 |
| Account No. **5116574** | | | | Warranty | | | | |
| **Steve Armstrong** **1701 Lexington Avenue** **Lakewood, NJ 08701** | - | | | | X | X | | 0.00 |
| Account No. **5126557** | | | | Warranty | | | | |
| **Steve Arnold Smith** **308 Old Wood Dr** **Columbia, SC 29212** | - | | | | X | X | | 0.00 |
| Account No. **5093254** | | | | Warranty | | | | |
| **Steve Bandler** **7130 N Second Place** **Phoenix, AZ 85020** | - | | | | X | X | | 0.00 |

Sheet no. **4340** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **0.00**

In re   **Great Lakes Warranty Corporation**               ,    Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125700** | | | | **Warranty** | | | | |
| **Steve Barreras** **3323 Smith Dr #A** **Reno, NV 89509** | - | | | | X | X | | **0.00** |
| Account No. **5105987** | | | | **Warranty** | | | | |
| **Steve Blair** **7826 W Canterbury** **Peoria, AZ 85345** | - | | | | | | | **297.31** |
| Account No. **5097986** | | | | **Warranty** | | | | |
| **Steve Bowers** **145 Heyer Road** **Nazareth, PA 18064** | - | | | | X | X | | **0.00** |
| Account No. **5128386** | | | | **Warranty** | | | | |
| **Steve Bradford** **13492 Mt Lassen** **Reno, NV 89506** | - | | | | | | | **980.00** |
| Account No. **5073488** | | | | **Warranty** | | | | |
| **Steve Bucy** **1074 Oneida Trail   SW** **Hartville, OH 44632** | - | | | | X | X | | **0.00** |

Sheet no. **4341** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal
       (Total of this page)     **1,277.31**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5112929 | | | Warranty | | | | |
| Steve Byron 8207 Sawyer Brown Road Unit 06 Nashville, TN 37221 | | - | | X | X | | 0.00 |
| Account No. 5110794 | | | Warranty | | | | |
| Steve Cassell 12708 Thompson Road Vermilion, OH 44089 | | - | | X | X | | 0.00 |
| Account No. 5130192 | | | Warranty | | | | |
| Steve China 2830 Steeplchase Drive Dazell, SC 29040 | | - | | X | X | | 0.00 |
| Account No. 5120940 | | | Warranty | | | | |
| Steve Collins 213 Fiesta St Santa Fe, NM 87501 | | - | | X | X | | 0.00 |
| Account No. 5110678 | | | Warranty | | | | |
| Steve Cooley 7020 Zither Lane LaVergne, TN 37086 | | - | | X | X | | 0.00 |

Sheet no. **4342** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                   0.00

In re    **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5087847** | | | | Warranty | | | | |
| **Steve E Huey** **88 Weston Road** **Penn Run, PA 15765** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104915 | | | | Warranty | | | | |
| **Steve Eisnaugle** **240 Water Street** **Jackson, OH 45640** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5064045 | | | | Warranty | | | | |
| **Steve Farber** **1520 South Dobson Road** **Mesa, AZ 85202** | - | | | | | | | |
| | | | | | | | | 231.75 |
| Account No. 5127094 | | | | Warranty | | | | |
| **Steve Gilbert** **1200 Winthrop Circle** **West Chester, PA 19380** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107379 | | | | Warranty | | | | |
| **Steve Graham** **907 Friendly Pine** **Prescott, AZ 86303** | - | | | | | | | |
| | | | | | | | | 3,489.26 |

Sheet no.__4343__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,721.01

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5042625** | | | | Warranty | | | | |
| **Steve H Heyward** **1184 Moss Bluff** **Mt. PLeasant, SC 29464** | - | | | | X | X | | 0.00 |
| Account No. **5111352** | | | | Warranty | | | | |
| **Steve Hallet** **1200 Syldania Avenue** **Folsom, PA 19033** | - | | | | X | X | | 0.00 |
| Account No. **5131129** | | | | Warranty | | | | |
| **Steve Hannah** **451 Co Rod 249** **Athens, TN 37303** | - | | | | X | X | | 0.00 |
| Account No. **5127490** | | | | Warranty | | | | |
| **Steve Hastemi** **4709 N. Desert Holly Drive** **Tucson, AZ 85737** | - | | | | X | X | | 0.00 |
| Account No. **5101890** | | | | Warranty | | | | |
| **Steve Hill** **611 1 2 Main Street** **Coshocton, OH 43812** | - | | | | X | X | | 0.00 |

Sheet no. **4344** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **0.00**

In re **Great Lakes Warranty Corporation**                              Case No. _____

_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5073809 | | | | Warranty | | | | |
| Steve Iaconelli 383 E Upland Avenue Galloway, NJ 08205 | - | | | | X | X | | 0.00 |
| Account No. 5104151 | | | | Warranty | | | | |
| Steve J Trapanese 501 Maypink Drive Toms River, NJ 08753 | - | | | | X | X | | 0.00 |
| Account No. 5130566 | | | | Warranty | | | | |
| Steve Jackson 114 Lucille Drive Egg Harbor, NJ 08234 | - | | | | | | | 77.50 |
| Account No. 5064368 | | | | Warranty | | | | |
| Steve Jeffries 3875 Hickory Hills Drive Colorado Springs, CO 80906 | - | | | | X | X | | 0.00 |
| Account No. 5053604 | | | | Warranty | | | | |
| Steve Johnson 2551 Ruffner Ct Birmingham, AL 35210 | - | | | | | | | 1,234.00 |

Sheet no. **4345** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,311.50**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5114386 | | | | Warranty | | | | |
| Steve Kinney 4876 Tennyson Street Denver, CO 80215 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129245 | | | | Warranty | | | | |
| Steve Lawrence 14417 Potomac Ave E Cleveland, OH 44112 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108075 | | | | Warranty | | | | |
| Steve Lloyd RD #2 Box 212B Proctor, WV 26055 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5088001 | | | | Warranty | | | | |
| Steve M Capaldi 254 High Street Sellersville, PA 18960 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087440 | | | | Warranty | | | | |
| Steve MacLeod 57 Cougarstone Crescent SW Calgary, ON T3H4Z3 CANADA | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4346** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5102088** | | | | | Warranty | | | | |
| **Steve Madenbach 812 Williams Street St Marys, OH 45885** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5092690** | | | | | Warranty | | | | |
| **Steve Marlowe 11234 N 15th Lane Phoenix, AZ 85029** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5107993** | | | | | Warranty | | | | |
| **Steve Messner 114 E Flynn Phoenix, AZ 85014** | - | | | | | | | | |
| | | | | | | | | | 93.37 |
| Account No. **5066114** | | | | | Warranty | | | | |
| **Steve Murray 7044 W. Wethersfield Rd Peoria, AZ 85381** | - | | | | | | | | |
| | | | | | | | | | 670.00 |
| Account No. **5088335** | | | | | Warranty | | | | |
| **Steve P Yasilauskas 67 Beech Street Reynoldsville, PA 15851** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**4347** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    763.37

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5065603** | | | | **Warranty** | | | | |
| **Steve Pace** **315 Abby Road** **Kingsport, TN 37663** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5061420** | | | | **Warranty** | | | | |
| **Steve Patrick** **105 Riverwood Drive** **Franklin, TN 37069** | - | | | | | | | |
| | | | | | | | | **480.00** |
| Account No. **5122803** | | | | **Warranty** | | | | |
| **Steve Poust** **1240 Mill Creek Dr** **Sellersville, PA 18960** | - | | | | | | | |
| | | | | | | | | **43.17** |
| Account No. **5073435** | | | | **Warranty** | | | | |
| **Steve R Bowman** **1690 Far View Lane** **Prescott, AZ 86305** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5081313** | | | | **Warranty** | | | | |
| **Steve Rose** **11315 West Belmar Drive** **Franklin, WI 53132** | - | | | | | | | |
| | | | | | | | | **1,196.00** |

Sheet no. **4348** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,719.17**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                              ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5065817** | | | | **Warranty** | | | | |
| **Steve Schuchart** **9849 Schlottman Road** **Loveland, OH 45740** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5070484** | | | | **Warranty** | | | | |
| **Steve Smith** **51 Cedar Street  Apt 4413** **Woburn, MA 01801** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128858** | | | | **Warranty** | | | | |
| **Steve Smith** **308 Oldwood Drive** **Columbia, SC 29212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093894** | | | | **Warranty** | | | | |
| **Steve Soukup** **119 Holt Hills Road** **Nashville, TN 37211** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091554** | | | | **Warranty** | | | | |
| **Steve T Gheorghiu** **13536 Blue Ridge Road** **Newcomerstown, OH 43832** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4349** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re  **Great Lakes Warranty Corporation** , Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131727** | | | **Warranty** | | | | |
| **Steve Thorwart 88 Metoxet Street Ridgway, PA 15853** | - | | | X | X | | 0.00 |
| Account No. **5129160** | | | **Warranty** | | | | |
| **Steve Urban 684 North Price Street Pottstown, PA 19464** | - | | | | | | 1,071.00 |
| Account No. **5116985** | | | **Warranty** | | | | |
| **Steve Ziemba 669 Stoney Run Road Blairsville, PA 15717** | - | | | X | X | | 0.00 |
| Account No. **5119046** | | | **Warranty** | | | | |
| **Steven  Baverso 615 Boden St  Apt 2 Turtle Creek, PA 15145** | - | | | | | | 123.79 |
| Account No. **5098675** | | | **Warranty** | | | | |
| **Steven  Bieterman 304 Moncrief Drive Goodlettsville, TN 37072** | - | | | X | X | | 0.00 |

Sheet no. **4350** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,194.79

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5108920** | | | | Warranty | | | | |
| **Steven Dumas** **11000 Walnut St** **Lakeview, OH 43331** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117855** | | | | Warranty | | | | |
| **Steven Eames** **26 Sarage Street** **Charleston, SC 29401** | | - | | | | | | |
| | | | | | | | | **780.00** |
| Account No. **5111687** | | | | Warranty | | | | |
| **Steven Fitzpatrick** **1201 S McAllister Ave** **Tempe, AZ 85281** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5072372** | | | | Warranty | | | | |
| **Steven Ford** **PO Box 125 2796 James Emory Rd** **Thurman, OH 45685** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118299** | | | | Warranty | | | | |
| **Steven Hughes** **391 Miners Cove Way** **Fort Mill, SC 29708** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4351** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **780.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131335** | | | Warranty | | | | |
| **Steven  Leonard** **12 Crow Lane** **Honey Brook, PA 19344** | - | | | X | X | | 0.00 |
| Account No. **5105307** | | | Warranty | | | | |
| **Steven  Magarino** **265 Doane Ave** **State Island, NY 10398** | - | | | X | X | | 0.00 |
| Account No. **5121741** | | | Warranty | | | | |
| **Steven  McGhee** **6630 Averell Dr** **Dayton, OH 45424** | - | | | X | X | | 0.00 |
| Account No. **5131522** | | | Warranty | | | | |
| **Steven  Meritz** **3400 Red Lion Rd** **Philadelphia, PA 19114** | - | | | | | | 510.99 |
| Account No. **5104075** | | | Warranty | | | | |
| **Steven  Moore** **15049 Greenbower Street** **Alliance, OH 44601** | - | | | X | X | | 0.00 |

Sheet no.**4352** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**510.99**

In re   **Great Lakes Warranty Corporation**                 ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5114987 | | | | | Warranty | | | | |
| Steven Noyce 137 Taborwood Trail Murfreesboro, tN 37127 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5130974 | | | | | Warranty | | | | |
| Steven Presley 2085 Chestnut St Sweetwater, TN 37874 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5073157 | | | | | Warranty | | | | |
| Steven Shores 3964 Whittington Drive Atlanta, GA 30342 | - | | | | | | | | |
| | | | | | | | | | 2,373.52 |
| Account No. 5071411 | | | | | Warranty | | | | |
| Steven Sturgill 8523 N 51 Lane Glendale, AZ 85302 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5129081 | | | | | Warranty | | | | |
| Steven Waddell 10889 Orton Rd Watsburg, PA 16442 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**4353** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,373.52

In re __Great Lakes Warranty Corporation__ _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5101565 | | | | Warranty | | | | |
| Steven A Collins 216 Silverleaf Drive Fort Worth, TX 76112 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106867 | | | | Warranty | | | | |
| Steven A Flake 433 Berger Street S East Canton, OH 44730 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111966 | | | | Warranty | | | | |
| Steven A Noel 700 Rustic Ridge Drive Cranberry Township, PA 16066 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5081228 | | | | Warranty | | | | |
| Steven Anderson 504 Neilwood Dr Nashville, TN 37205 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132611 | | | | Warranty | | | | |
| Steven Andre 620 James Alley Kutztown, PA 19530 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __4354__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5130795 | | | | Warranty | | | | |
| Steven Andrew Kamen<br>711 W Penn St<br>Butler, PA 16001 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124853 | | | | Warranty | | | | |
| Steven Aversano<br>251 S. Olds Blvd #83<br>Fairless Hills, PA 19030 | - | | | | | | | |
| | | | | | | | | 1,107.88 |
| Account No. 5106317 | | | | Warranty | | | | |
| Steven B Eisenhauer<br>15 East Liberty Street<br>Schuylkill Haven, PA 17972 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096776 | | | | Warranty | | | | |
| Steven B Little<br>355 Eighth Avenue<br>Galion, OH 44833 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105827 | | | | Warranty | | | | |
| Steven Baily<br>985 Township Road 1451<br>Ashland, OH 44805 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4355** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,107.88

In re __Great Lakes Warranty Corporation__ ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5116513 | | | Warranty | | | | |
| Steven Behr 520 S Avinida De Palmas Tucson, AZ 85716 | - | | | | | | 789.31 |
| Account No. 5124088 | | | Warranty | | | | |
| Steven Blackwell 400 Herkimmer Street Apt 2J Brooklyn, NY 11213 | - | | | | | | 781.00 |
| Account No. 5097317 | | | Warranty | | | | |
| Steven Blum 1131 Wildhurst Street Orono, MN 55364 | - | | | X | X | | 0.00 |
| Account No. 5070414 | | | Warranty | | | | |
| Steven Bobadilla 23670 West LaVista Circle Buckeye, AZ 85396 | - | | | X | X | | 0.00 |
| Account No. 5109805 | | | Warranty | | | | |
| Steven Brown 403 Bryn Court Pittsburgh, PA 15237 | - | | | X | X | | 0.00 |

Sheet no. __4356__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,570.31

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5104013** | | | **Warranty** | | | | |
| **Steven Brumfield** **313 Stonehindge Way** **Nashville, TN 37221** | - | | | X | X | | 0.00 |
| Account No. **5132196** | | | **Warranty** | | | | |
| **Steven Burke** **8 Fox Hill Drive** **North Augusta, SC 29860** | - | | | X | X | | 0.00 |
| Account No. **5122054** | | | **Warranty** | | | | |
| **Steven C  Heinekamp** **29 Masters Circle** **Brownburg, IN 46112** | - | | | X | X | | 0.00 |
| Account No. **5086353** | | | **Warranty** | | | | |
| **Steven C Pruter** **1509 Cabot Drive** **Franklin, TN 37064** | - | | | X | X | | 0.00 |
| Account No. **5131144** | | | **Warranty** | | | | |
| **Steven Chirgwin** **101 1/2 Main Street** **Ripley, WV 25271** | - | | | | | | 755.09 |

Sheet no. **4357** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

755.09

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5123775 | | | | Warranty | | | | |
| Steven Clark 106 E 12 St Ashland, OH 44805 | - | | | | X | X | | 0.00 |
| Account No. 5113165 | | | | Warranty | | | | |
| Steven Coney 112 Windward Drive Mount Juliet, TN 37122 | - | | | | X | X | | 0.00 |
| Account No. 5130704 | | | | Warranty | | | | |
| Steven Cook 400 Dock Street Schuylkill Haven, PA 17972 | - | | | | X | X | | 0.00 |
| Account No. 5069977 | | | | Warranty | | | | |
| Steven Council 27034 Fahleh Cove Ct Tega Cay, SC 29708 | - | | | | X | X | | 0.00 |
| Account No. 5092105 | | | | Warranty | | | | |
| Steven Craigie 44 West Sixth Street Jim Thorpe, PA 18229 | - | | | | X | X | | 0.00 |

Sheet no. 4358 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                      ,   Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5088134** | | | Warranty | | | | |
| **Steven D Brown** **3155 New Year Drive** **Cincinnati, OH 45251** | - | | | X | X | | 0.00 |
| Account No. **5103503** | | | Warranty | | | | |
| **Steven D Stoltzfus** **102 Lehman Avenue** **Lancaster, PA 17602** | - | | | X | X | | 0.00 |
| Account No. **5119777** | | | Warranty | | | | |
| **Steven D Virgallito** **5116 Raspberry Lane** **Mineral Ridge, OH 44440** | - | | | | | | 232.36 |
| Account No. **5119128** | | | Warranty | | | | |
| **Steven Davis** **880 Harrison Ave** **Akron, OH 44314** | - | | | X | X | | 0.00 |
| Account No. **5125512** | | | Warranty | | | | |
| **Steven Denham** **1025 Genoa Ave SW** **Massillon, OH 44646** | - | | | X | X | | 0.00 |

Sheet no. **4359** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   232.36

In re  **Great Lakes Warranty Corporation**  ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5096728** | | | | | Warranty | | | | |
| Steven Dickerson 1318 Faulk Road Ashland, OH 44805 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5093602** | | | | | Warranty | | | | |
| Steven E Godbey 4147 Shelbyville Hwy Murfreesboro, TN 37127 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5130231** | | | | | Warranty | | | | |
| Steven E Shearer 544 Country Paradise Hill Friendsville, PA 18818 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5065147** | | | | | Warranty | | | | |
| Steven E. Sweet 739 Sligo Street Crossville, TN 38572 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5069452** | | | | | Warranty | | | | |
| Steven Ellsberry 2740 Brook Valley Drive Cumming, GA 30041 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4360** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re   **Great Lakes Warranty Corporation**             ,      Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5127398 | | | | | Warranty | | | | |
| Steven Embray 1918 N. Spruce Wichita, KS 67214 | - | | | | | X | X | | 0.00 |
| Account No. 5119288 | | | | | Warranty | | | | |
| Steven Fabian 9823 Bassett Rd Athens, OH 45701 | - | | | | | X | X | | 0.00 |
| Account No. 5124038 | | | | | Warranty | | | | |
| Steven Foreman 1289 East Drive Zanesville, OH 43701 | - | | | | | X | X | | 0.00 |
| Account No. 5118637 | | | | | Warranty | | | | |
| Steven Gardecici 4065 E Harrison Ave Middletown, PA 17057 | - | | | | | X | X | | 0.00 |
| Account No. 5091400 | | | | | Warranty | | | | |
| Steven Glaser 6056 S. Bell Place Chandler, AZ 85249 | - | | | | | X | X | | 0.00 |

Sheet no. **4361** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5108796** | | | | **Warranty** | | | | |
| **Steven Gradtke** **2905 Bahns Dr** **Beavercreek, OH 45434** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5116931** | | | | **Warranty** | | | | |
| **Steven Grau** **5238 Arbor Street** **Philadelphia, PA 19120** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5115193** | | | | **Warranty** | | | | |
| **Steven Hightower** **4640 Devereux Drive** **Copley, OH 44321** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127917** | | | | **Warranty** | | | | |
| **Steven I Mills** **33985 Harper  Ste 215** **Clinton Twp, MI 48035** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104838** | | | | **Warranty** | | | | |
| **Steven J  Skrypzak** **6146 Appleman Road** **Erie, PA 16504** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**4362** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                **0.00**
(Total of this page)

In re  **Great Lakes Warranty Corporation**  ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5092423** | | | | Warranty | | | | |
| **Steven J Burbank** **463 Adams Street** **Clymer, PA 15728** | | - | | | X | X | | 0.00 |
| Account No. **5110844** | | | | Warranty | | | | |
| **Steven J Furseth** **233 Windchase Drive** **Munford, TN 38058** | | - | | | X | X | | 0.00 |
| Account No. **5116022** | | | | Warranty | | | | |
| **Steven J Lapour** **3321 SW Meyer Boulevard** **Bluesprings, MO 64015** | | - | | | X | X | | 0.00 |
| Account No. **5117955** | | | | Warranty | | | | |
| **Steven J Porter** **2681 New Port Royal Rd** **Thompson Station, TN 37179** | | - | | | X | X | | 0.00 |
| Account No. **5115487** | | | | Warranty | | | | |
| **Steven J Urban** **HC1 Box 468** **Brodheadsville, PA 18322** | | - | | | X | X | | 0.00 |

Sheet no.**4363** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re **Great Lakes Warranty Corporation**         Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5101458** | | | | Warranty | | | | |
| **Steven K Hull** **508 West Pearl St** **Rockford, OH 45882** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126766** | | | | Warranty | | | | |
| **Steven Kemper** **455 Home Avenue** **Trenton, NJ 08612** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124894** | | | | Warranty | | | | |
| **Steven Kimbler** **4713 Leap Ct** **Hilliard, OH 43026** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5044700** | | | | Warranty | | | | |
| **Steven Koesters** **122 Sunset Ave.** **Saint Henry, OH 45883** | - | | | | | | | |
| | | | | | | | | 138.99 |
| Account No. **5097075** | | | | Warranty | | | | |
| **Steven L Boose** **733 Pointview Ave** **Ephrata, PA 17522** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4364** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **138.99**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5116358 | | | | Warranty | | | | |
| Steven L Nelson 3300 West End Avenue #309 Nashville, TN 37203 | - | | | | X | X | | 0.00 |
| Account No. 5116613 | | | | Warranty | | | | |
| Steven Lamoreaux 2120 N Silverton St Mesa, AZ 85203 | - | | | | X | X | | 0.00 |
| Account No. 5105856 | | | | Warranty | | | | |
| Steven M Barto 688 Buckley Road Indiana, PA 15701 | - | | | | X | X | | 0.00 |
| Account No. 5085580 | | | | Warranty | | | | |
| Steven M Emond 82 Elder Street Lincoln, RI 02865 | - | | | | | | | 576.00 |
| Account No. 5099738 | | | | Warranty | | | | |
| Steven M Hoover 1519 Holland Court SW Canton, OH 44706 | - | | | | X | X | | 0.00 |

Sheet no. **4365** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

576.00

In re __**Great Lakes Warranty Corporation**_____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5076974** | | | | **Warranty** | | | | |
| **Steven M Morris** **11391 Ravanna Avenue** **Louisville, OH 44641** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128406** | | | | **Warranty** | | | | |
| **Steven M Stettler** **PO Box 426** **Minotola, NJ 08341** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126197** | | | | **Warranty** | | | | |
| **Steven Marino** **3541 W. 117th Street** **Cleveland, OH 44111** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109016** | | | | **Warranty** | | | | |
| **Steven Martin** **111 E Laurel Avenue #1** **Cheltenham, PA 19012** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128754** | | | | **Warranty** | | | | |
| **Steven McKinney** **2638 Kirby Ave NE** **Canton, OH 44705** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __**4366**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re  **Great Lakes Warranty Corporation**                                      Case No. _____

                                         ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5131590 | | Warranty | | | | | | |
| Steven McMahon 2 West Long Avenue DuBois, PA 15801 | - | | | | X | X | | 0.00 |
| Account No. 5071027 | | Warranty | | | | | | |
| Steven Meharry 2501 West Snyder St Meridian, ID 83642 | - | | | | | | | 334.78 |
| Account No. 5059423 | | Warranty | | | | | | |
| Steven Motter 6100 Wilkinsburg Rd Raleigh, NC 27612 | - | | | | | | | 415.00 |
| Account No. 5112386 | | Warranty | | | | | | |
| Steven Murphy 1795 Celeste Circle Youngstown, OH 44511 | - | | | | X | X | | 0.00 |
| Account No. 5130213 | | Warranty | | | | | | |
| Steven Neese 107 Cash Dollar Road Mars, PA 16046 | - | | | | X | X | | 0.00 |

Sheet no. **4367**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        749.78

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re **Great Lakes Warranty Corporation**                          , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5102129** | | | Warranty | | | | |
| **Steven P Bennett 25 Purdy Road Burgettstown, PA 15627** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5095641** | | | Warranty | | | | |
| **Steven P Bosak 2023 Colonial Road Harrisburg, PA 17112** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5070546** | | | Warranty | | | | |
| **Steven Pawlick 51 Canada St Holland, NY 14080** | - | | | | | | |
| | | | | | | | 294.45 |
| Account No. **5121308** | | | Warranty | | | | |
| **Steven Peterson 10 Halleck Dr East Berlin, OH 17316** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5080505** | | | Warranty | | | | |
| **Steven Poston 9506 Hudson Lane Louisville, KY 40291** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4368** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

294.45

In re **Great Lakes Warranty Corporation** ,          Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5075340** | | | | Warranty | | | | |
| **Steven Pratt** **11466 US 10** **Evart, MI 49631** | - | | | | | | | 838.00 |
| Account No. **5102248** | | | | Warranty | | | | |
| **Steven Q Troyer** **1374 Greenfield Avenue SW** **Canton, OH 44706** | - | | | | | | | 326.50 |
| Account No. **5072703** | | | | Warranty | | | | |
| **Steven R Broussard** **32000 Riverside Drive  Suite B18** **Lake Elsinore, CA 92530** | - | | | | X | X | | 0.00 |
| Account No. **5083826** | | | | Warranty | | | | |
| **Steven R Dodson** **1330 Kentucky Highway  392** **Cynthiania, KY 41031** | - | | | | X | X | | 0.00 |
| Account No. **5099370** | | | | Warranty | | | | |
| **Steven R Minor** **9418 Lime Ridge Road** **Mantua, OH 44255** | - | | | | X | X | | 0.00 |

Sheet no. **4369** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,164.50

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5117218** | | | | | **Warranty** | | | | |
| **Steven Reichman**<br>**251 Montgomery Avenue  Unit 10**<br>**Haverford, PA 19041** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5078996** | | | | | **Warranty** | | | | |
| **Steven Rodrigues**<br>**30 Grant Street**<br>**West Warwick, RI 02893** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5125567** | | | | | **Warranty** | | | | |
| **Steven Rotski**<br>**377 South Mountain Boulevard**<br>**Mountain Top, PA 18707** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5111077** | | | | | **Warranty** | | | | |
| **Steven S Russell**<br>**3548 State Route 681**<br>**Albany, OH 45710** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5080446** | | | | | **Warranty** | | | | |
| **Steven S Smillie**<br>**14930 N 77th Lane**<br>**Peoria, AZ 85381** | - | | | | | | | | |
| | | | | | | | | | **407.18** |

Sheet no. **4370** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                       **407.18**

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5078165 | | | | Warranty | | | | |
| Steven Schonert 3540 Cranberry Lane Racine, WI 53404 | - | | | | X | X | | 0.00 |
| Account No. 5125440 | | | | Warranty | | | | |
| Steven Schreffler Sr. 115 Main StreetPO Box 353 Reedsville, PA 17084 | - | | | | X | X | | 0.00 |
| Account No. 5109485 | | | | Warranty | | | | |
| Steven Schulte 951 Ridge Field Road Hamilton, OH 45013 | - | | | | | | | 605.11 |
| Account No. 5117691 | | | | Warranty | | | | |
| Steven Smith 308 Old Wood Drive Columbia, SC 29212 | - | | | | X | X | | 0.00 |
| Account No. 5083858 | | | | Warranty | | | | |
| Steven Thomas 9400 Tahoe Drive Centerville, oH 45458 | - | | | | X | X | | 0.00 |

Sheet no.**4371** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

605.11

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5103699** | | | Warranty | | | | |
| **Steven W Bohanan** **1939 Trotter Avenue** **Knoxville, TN 37920** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126853** | | | Warranty | | | | |
| **Steven W Gaza** **99 Central Ave** **Masontown, PA 15461** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5092680** | | | Warranty | | | | |
| **Steven Y Stowe** **4151 E. Cullumber Court** **Gilbert, AZ 85234** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131133** | | | Warranty | | | | |
| **Steven Yerger** **3600 Becka Drive** **New Windsor, MD 21776** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125164** | | | Warranty | | | | |
| **Stevi Gregory** **4212 Linniki St** **N Las Vegas, NV 89032** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**4372** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5090766** | | | Warranty | | | | |
| **Stiljan Mala** **59 54 Gates Ave  3B** **Ridgewood, NY 11385** | | - | | | | | 218.86 |
| Account No. 5121234 | | | Warranty | | | | |
| **Stuart  Martin** **9411 Concord Ridge Rd** **Brentwood, TN 37027** | | - | | X | X | | 0.00 |
| Account No. 5095018 | | | Warranty | | | | |
| **Stuart Anderson** **4343 Genevieve Drive** **Southaven, MS 38671** | | - | | X | X | | 0.00 |
| Account No. 5067710 | | | Warranty | | | | |
| **Stuart Appel** **1516 Locust Street** **Philadelphia, PA 19102** | | - | | | | | 435.00 |
| Account No. 5068143 | | | Warranty | | | | |
| **Stuart Browne** **5 Country Club Terrace** **Kirkwood, MO 63122** | | - | | | | | 1,400.09 |

Sheet no.**4373**_ of **4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,053.95

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                          ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101563** | | | Warranty | | | | |
| **Stuart Burkhalter** **2206 Ninth Avenue South** **Nashville, TN 37204** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5101227** | | | Warranty | | | | |
| **Stuart Char** **2610 W Berridge Lane  C221** **Phoenix, AZ 85017** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107230** | | | Warranty | | | | |
| **Stuart Hansen** **246 St Andrews Drive** **Franklin, TN 37069** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5104109** | | | Warranty | | | | |
| **Stuart M Schram III** **7148 Claybeck Drive** **Huber Heights, OH 45424** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132530** | | | Warranty | | | | |
| **Suan  Haynie** **8304 Arroyo Justin Avenue** **Las Vegas, NV 89128** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**4374** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re   **Great Lakes Warranty Corporation**                                          Case No. _____
_____ ,
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W<br>J C | | | | | | |
| Account No. **5096674** | | | | **Warranty** | | | | |
| **Subrata Chowdhury**<br>**1528 West Apollo Road**<br>**Phoenix, AZ 85041** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122751** | | | | **Warranty** | | | | |
| **Sudeep Chakravorty**<br>**10008 Valleyview Ct**<br>**Wexford, PA 15090** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109844** | | | | **Warranty** | | | | |
| **Sudheerraj R Dalavai**<br>**100 Swale Brook Lane**<br>**Milford, PA 18337** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092066** | | | | **Warranty** | | | | |
| **Sue A Essex**<br>**1472 N Lacerne Circle**<br>**Mansfield, OH 44906** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092873** | | | | **Warranty** | | | | |
| **Sue E Shealy**<br>**1011 Birchdale Drive**<br>**Charleston, SC 29412** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4375** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                               0.00

In re **Great Lakes Warranty Corporation**                          ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113313 | | | | Warranty | | | | |
| Sue Kenninston 2075 Ashland Road Mansfield, OH 44905 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5066228 | | | | Warranty | | | | |
| Sue Popadych 180 E. 4th St Chillicothe, OH 45601 | | - | | | | | | |
| | | | | | | | | 245.70 |
| Account No. 5066076 | | | | Warranty | | | | |
| Sue Thomas 8555 Huffman Avenue Connelly Springs, NC 28612 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5065065 | | | | Warranty | | | | |
| Sue Wonderling 3675 South Roosevelt Street Tempe, AZ 85282 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132468 | | | | Warranty | | | | |
| Suheily Morales Vasquez 1146 Spruce Street Reading, PA 19604 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4376** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    245.70

In re  **Great Lakes Warranty Corporation**                                    ,  Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5090497** | | | | **Warranty** | | | | |
| **Suhieli E Rios** **2108 Fuller Street** **Philadelphia, PA 19152** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113205** | | | | **Warranty** | | | | |
| **Suhol Afifi** **4828 Southbridge** **Toledo, OH 43623** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5076370** | | | | **Warranty** | | | | |
| **Suliman Suliman** **777 W Chandler Blvd** **Chandler, AZ 85225** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129957** | | | | **Warranty** | | | | |
| **Sumanne Dansereau** **291 Old Hwy 66** **Big Creek, KY 40914** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5096156** | | | | **Warranty** | | | | |
| **Sumer M Brackett** **218 Lee Village** **Harriman, TN 37748** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4377** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5117758 | | | | | Warranty | | | | |
| Sumiko Spector<br>37 East Lake Road<br>Mt Pleasant, SC 29464 | - | | | | | X | X | | 0.00 |
| Account No. 5109519 | | | | | Warranty | | | | |
| Sumit Dalwadi<br>2 Azalea Trail Lane<br>Bellaire, TX 77401 | - | | | | | | | | 1,067.28 |
| Account No. 5120571 | | | | | Warranty | | | | |
| Summer M Dull<br>608 Annette Dr<br>York, PA 17403 | - | | | | | X | X | | 0.00 |
| Account No. 5104080 | | | | | Warranty | | | | |
| Summer McDonald<br>4549 South Boulevard NW  Apt 20<br>Canton, OH 44718 | - | | | | | X | X | | 0.00 |
| Account No. 5122707 | | | | | Warranty | | | | |
| Summer S Lantrip<br>5456 Arlin Dr<br>Arlington, TN 38002 | - | | | | | X | X | | 0.00 |

Sheet no. 4378  of 4906  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,067.28

In re **Great Lakes Warranty Corporation** ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5123106 | | | | Warranty | | | | |
| Sunday Rossberg 417 Central Ave suite 1A Great Falls, MT 59401 | - | | | | | | | 22.85 |
| Account No. 5077083 | | | | Warranty | | | | |
| Sungbo Jung 8246 Coppercreek Drive Louisville, KY 40222 | - | | | | X | X | | 0.00 |
| Account No. 5056865 | | | | Warranty | | | | |
| Sunil Rastogi 3095 Pignatelli Crescent Mt. Pleasant, SC 29466 | - | | | | | | | 1,579.80 |
| Account No. 5114497 | | | | Warranty | | | | |
| Sunny L Stegall 2802 Gunkel Boulevard Upper Toledo, OH 43606 | - | | | | X | X | | 0.00 |
| Account No. 5120262 | | | | Warranty | | | | |
| Suooda K Ivy 405 Fieldstone Dr Monroeville, PA 15146 | - | | | | X | X | | 0.00 |

Sheet no. **4379** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 1,602.65

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5099151** | | | | | Warranty | | | | |
| Sure Word Ministries Inc 2603 Ravine Drive Nashville, TN 37217 | - | | | | | X | X | | 0.00 |
| Account No. 5103874 | | | | | Warranty | | | | |
| Suruj Khodai 39 Castle Gate Boulevard Brampton, ON L4J7S2 CANADA | - | | | | | X | X | | 0.00 |
| Account No. 5091393 | | | | | Warranty | | | | |
| Surujman Kashidas 112 Chippewa Trail Albrightsville, PA 18210 | - | | | | | X | X | | 0.00 |
| Account No. 5119199 | | | | | Warranty | | | | |
| Susan  Burns 1265 S Meridan Red  No 29 Apache Junction, AZ 85220 | - | | | | | X | X | | 0.00 |
| Account No. 5120316 | | | | | Warranty | | | | |
| Susan  Carter 3780 Leap Rd Hilliard, OH 43026 | - | | | | | X | X | | 0.00 |

Sheet no.**4380**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __Great Lakes Warranty Corporation__ , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5115680 | | | | Warranty | | | | |
| Susan Daniels 2398 Hailey Court Fogelsville, PA 18051 | - | | | | X | X | | 0.00 |
| Account No. 5096720 | | | | Warranty | | | | |
| Susan Jenkins 13024 E San Carlos Place Chandler, AZ 85249 | - | | | | X | X | | 0.00 |
| Account No. 5125450 | | | | Warranty | | | | |
| Susan Koenig 12751 Ovebrook Rd Leawood, KS 66209 | - | | | | X | X | | 0.00 |
| Account No. 5086873 | | | | Warranty | | | | |
| Susan Lewis P.O. Box 552 Ten Mile, TN 37880 | - | | | | X | X | | 0.00 |
| Account No. 5090037 | | | | Warranty | | | | |
| Susan Profeta 1869 West 262nd Street Lomita, CA 90717 | - | | | | | | | 488.66 |

Sheet no. __4381__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          488.66

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5086055<br><br>Susan Roberts<br>1017 Azure Way<br>Louisville, CO 80027 | - | | | Warranty | | | | 376.88 |
| Account No. 5079304<br><br>Susan A Chicco<br>514 W Race Street<br>Stowe, PA 19464 | - | | | Warranty | X | X | | 0.00 |
| Account No. 5125874<br><br>Susan A McConnell<br>401 Spring Forge Dr<br>Spring Grove, PA 17362 | - | | | Warranty | | | | 20.23 |
| Account No. 5132227<br><br>Susan Abad<br>69 Sunset Circle<br>Westminster, CA 92683 | - | | | Warranty | X | X | | 0.00 |
| Account No. 5105050<br><br>Susan Agoglia<br>8707 S.E. 70th Terrace<br>Ocala, FL 34472 | - | | | Warranty | X | X | | 0.00 |

Sheet no. **4382** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 397.11

In re **Great Lakes Warranty Corporation**                          Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5063053** | | | | Warranty | | | | |
| **Susan Bell** **1615 Lewis Circle** **Murfreesboro, TN 37129** | - | | | | X | X | | 0.00 |
| Account No. **5090089** | | | | Warranty | | | | |
| **Susan C Carosella** **6012 Applecrest Court** **Boardman, OH 44512** | - | | | | | | | 700.50 |
| Account No. **5115944** | | | | Warranty | | | | |
| **Susan C Quarles** **500 Pine Hill Road** **Elizabethton, TN 37643** | - | | | | X | X | | 0.00 |
| Account No. **5076064** | | | | Warranty | | | | |
| **Susan Cercone** **4050 Spring Lake Blvd** **Ann Arbor, MI 48108** | - | | | | X | X | | 0.00 |
| Account No. **5132347** | | | | Warranty | | | | |
| **Susan Cooper** **3140 Asoleado Drive** **LAs Vegas, NV 89121** | - | | | | X | X | | 0.00 |

Sheet no. **4383** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          700.50

In re __Great Lakes Warranty Corporation__ _____,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5127324 <br><br> **Susan Crow** <br> **101 W. Flagstone Drive** <br> **Newark, DE 19702** | - | | | Warranty | | | | 144.10 |
| Account No. 5131928 <br><br> **Susan D Ambrosio** <br> **1009 Rt 9 #9** <br> **Cape May Court House, NJ 08210** | - | | | Warranty | X | X | | 0.00 |
| Account No. 5113081 <br><br> **Susan D Steel** <br> **15 Gilbert Drive** <br> **Boyertown, PA 19512** | - | | | Warranty | X | X | | 0.00 |
| Account No. 5127390 <br><br> **Susan Disciascio** <br> **215 Grandview St** <br> **New Alexandria, PA 15670** | - | | | Warranty | | | | 47.00 |
| Account No. 5106394 <br><br> **Susan E Kozak** <br> **5046 Harvest Lane** <br> **Gibsonia, PA 15044** | - | | | Warranty | X | X | | 0.00 |

Sheet no. **4384** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    191.10

In re  **Great Lakes Warranty Corporation**                                        ,          Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5063944** | | | | Warranty | | | | |
| **Susan Ellis** **3405 Helena Drive** **Phoenix, AZ 85032** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127316** | | | | Warranty | | | | |
| **Susan Fitzpatrick** **1553 Queensbury Street** **Pittsburgh, PA 15205** | - | | | | | | | |
| | | | | | | | | 350.62 |
| Account No. **5112437** | | | | Warranty | | | | |
| **Susan Frieder** **7906 Lincoln Drive** **Philadelphia, PA 19118** | - | | | | | | | |
| | | | | | | | | 80.06 |
| Account No. **5099277** | | | | Warranty | | | | |
| **Susan G Thornton** **1803 Marian Lane** **Murfreesboro, TN 37130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096588** | | | | Warranty | | | | |
| **Susan Grabenstein** **125 Rocko Drive** **Myrtle Beach, SC 29572** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4385** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          430.68

In re **Great Lakes Warranty Corporation**        Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5065982** | | | | Warranty | | | | |
| **Susan Greaves 1915 Crystal Spring Lane Hermitage, TN 37076** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112880** | | | | Warranty | | | | |
| **Susan H Garrison 1617 Old Berlin Road Lewisburg, TN 37091** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099687** | | | | Warranty | | | | |
| **Susan H Mincey 283 Bobs Point Lane Jenkinsville, SC 29065** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5070875** | | | | Warranty | | | | |
| **Susan Hardcastle 2306 Henpeck Lane Franklin, TN 37064** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123830** | | | | Warranty | | | | |
| **Susan Huber 4124 Longshore Dr Philadelphia, PA 19135** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4386** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Great Lakes Warranty Corporation** ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5087423** | | | | Warranty | | | | |
| **Susan J Bilotto** **281 Wayne Street** **Beaver, PA 15009** | - | | | | X | X | | 0.00 |
| Account No. **5118791** | | | | Warranty | | | | |
| **Susan J Joslyn** **324 Pershng Dr** **New Kensington, PA 15068** | - | | | | X | X | | 0.00 |
| Account No. **5089354** | | | | Warranty | | | | |
| **Susan J Showers** **9542 E Del Monte Avenue** **Gold Canyon, AZ 85218** | - | | | | X | X | | 0.00 |
| Account No. **5084427** | | | | Warranty | | | | |
| **Susan J Wissman** **14 S Main Street** **New Bremen, OH 45869** | - | | | | | | | 191.22 |
| Account No. **5105938** | | | | Warranty | | | | |
| **Susan Johns** **403 Alydar Drive** **Watertown, TN 37184** | - | | | | X | X | | 0.00 |

Sheet no. **4387** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

191.22

In re **Great Lakes Warranty Corporation**                    ,    Case No. _____

_____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5046470** | | | Warranty | | | | |
| **Susan Jones**<br>**319 Pepperhill Lane**<br>**Greenwood, SC 29649** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118926** | | | Warranty | | | | |
| **Susan K Miller**<br>**234 Dick School House Rd**<br>**Roaring Spring, PA 16673** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113043** | | | Warranty | | | | |
| **Susan K Mort**<br>**2305 Plantation Drive**<br>**Glendora, NJ 08029** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123579** | | | Warranty | | | | |
| **Susan K Steele**<br>**8559 Meadowlark Dr**<br>**Franklin, OH 45005** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124974** | | | Warranty | | | | |
| **Susan Kelley**<br>**534 Florence Avenue**<br>**Millville, NJ 08332** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4388** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,      Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5131838 | | | | Warranty | | | | |
| Susan Kuncher 422 Conrad Ct Latrobe, PA 15650 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096555 | | | | Warranty | | | | |
| Susan L Dick 436 Athena Drive Delmont, PA 15626 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108086 | | | | Warranty | | | | |
| Susan L Luftman 888 Montrose Avenue Columbus, OH 43209 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109182 | | | | Warranty | | | | |
| Susan L Maple 1364 Allendale Avenue Akron, OH 44306 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105759 | | | | Warranty | | | | |
| Susan L Milcarek 812 Dunster Street Pittsburgh, PA 15226 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4389** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                      ,        Case No. _____

                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5109705** | | | | | **Warranty** | | | | |
| **Susan L Nyswaner**<br>**300 Kingsbrook Drive**<br>**McDonald, PA 15057** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5120976** | | | | | **Warranty** | | | | |
| **Susan L Page**<br>**1338 Veterans Hwy  NoP6**<br>**Levittown, PA 19056** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5104056** | | | | | **Warranty** | | | | |
| **Susan L Quigley**<br>**9050 Willoughby Road**<br>**Pittsburgh, PA 15237** | - | | | | | | | | |
| | | | | | | | | | 246.52 |
| Account No. **5104551** | | | | | **Warranty** | | | | |
| **Susan L Roach**<br>**150 Washington Boulevard  Apt 2**<br>**Boardman, OH 44512** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5102380** | | | | | **Warranty** | | | | |
| **Susan Levy**<br>**6402 Mae Ann Avenue  #158**<br>**Reno, NV 89523** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**4390** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          246.52

In re    **Great Lakes Warranty Corporation**                ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5071210** | | | | Warranty | | | | |
| **Susan Limore** **214 Lauderdale** **Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124566** | | | | Warranty | | | | |
| **Susan Longo** **693 Schugler Avenue** **Kingston, PA 18704** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085859** | | | | Warranty | | | | |
| **Susan M Barnes** **5906 Yorkshire Drive** **Columbia, SC 29209** | - | | | | | | | |
| | | | | | | | | 840.35 |
| Account No. **5092238** | | | | Warranty | | | | |
| **Susan M Kozar** **21 Center Avenue** **Monongahela, PA 15063** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5082481** | | | | Warranty | | | | |
| **Susan M LeCates** **39589 Keebaugh Road** **Pomeroy, OH 45769** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4391** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                            Subtotal
            (Total of this page)        840.35

In re __Great Lakes Warranty Corporation__ ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5115688** | | | **Warranty** | | | | |
| **Susan M Metz** **360 North Shadylane Drive  Apt 80** **East Liverpool, OH 43920** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5117307** | | | **Warranty** | | | | |
| **Susan M Schaeffer** **3483 Flint Hill Road** **Coopersburg, PA 18036** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5105888** | | | **Warranty** | | | | |
| **Susan M Smith** **223 Kohlersburg Road** **New Bethlehem, PA 16242** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5086751** | | | **Warranty** | | | | |
| **Susan M Zeamer** **71 Spring Hill Lane** **Mountville, PA 17554** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5122464** | | | **Warranty** | | | | |
| **Susan Majhan** **308 Indian St** **Ligonier, PA 15658** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4392** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**                         ,          Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5092426** | | | **Warranty** | | | | |
| **Susan Marrero Vasquez**<br>**2603 N Champlain Avenue**<br>**Tempe, AZ 85281** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5117118** | | | **Warranty** | | | | |
| **Susan McConnell**<br>**401 Spring Forge Drive**<br>**Spring Grove, PA 17362** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127461** | | | **Warranty** | | | | |
| **Susan McGuire**<br>**432 Frystown Road**<br>**Myerstown, PA 17067** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099805** | | | **Warranty** | | | | |
| **Susan Michelle Moten**<br>**104 Applebee Court**<br>**Goose Creek, SC 29445** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132532** | | | **Warranty** | | | | |
| **Susan Miller**<br>**7729 Rathburn Avenue**<br>**Las Vegas, NV 89147** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4393** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5096787** | | | | **Warranty** | | | | |
| **Susan Nolan**<br>**8 Southern Boulevard**<br>**Danbury, CT 06810** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094284** | | | | **Warranty** | | | | |
| **Susan Ostermayer**<br>**313 Lynnwood Drive**<br>**Knoxville, TN 37918** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5067003** | | | | **Warranty** | | | | |
| **Susan Qualls Archer**<br>**3348 North Chestnut Street**<br>**Mesa, AZ 85213** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105467** | | | | **Warranty** | | | | |
| **Susan R Miller**<br>**13078 Union Road**<br>**Waterford, PA 16441** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5089986** | | | | **Warranty** | | | | |
| **Susan R Salvage**<br>**1515 Township Road 35**<br>**Wooster, OH 44691** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4394** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5116910 | | | Warranty | | | | |
| Susan R Stape 8026 Gladstone Street Box 14 Wendel, PA 15691 | - | | | X | X | | 0.00 |
| Account No. 5093149 | | | Warranty | | | | |
| Susan Radford 16705 B E. Fairfax Drive Fountain Hills, AZ 85268 | - | | | | | | 1,718.00 |
| Account No. 5127351 | | | Warranty | | | | |
| Susan Reidl 395 Misty Patch Rd PO Box 72191 Thorndale, PA 19372 | - | | | X | X | | 0.00 |
| Account No. 5081967 | | | Warranty | | | | |
| Susan Shaffer 801 Silver Leaf Drive Riverside, OH 45431 | - | | | X | X | | 0.00 |
| Account No. 5103037 | | | Warranty | | | | |
| Susan Shealy Grice 10 Shadow Creek Court Columbia, SC 29209 | - | | | | | | 361.55 |

Sheet no. **4395** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,079.55

In re **Great Lakes Warranty Corporation** ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5126667 | | | Warranty | | | | |
| Susan Sheldon 18142 NW 15 Ct Pembroke Pines, FL 33029 | - | | | X | X | | 0.00 |
| Account No. 5115166 | | | Warranty | | | | |
| Susan Shelton 13205 Crown Brook Circle Franklin, TN 37067 | - | | | X | X | | 0.00 |
| Account No. 5111594 | | | Warranty | | | | |
| Susan Shoemaker 33 Hemlock Road Columbia, NJ 07832 | - | | | X | X | | 0.00 |
| Account No. 5075215 | | | Warranty | | | | |
| Susan Slavinski 113 New York Avenue Sinking Spring, PA 19608 | - | | | X | X | | 0.00 |
| Account No. 5057440 | | | Warranty | | | | |
| Susan Smith 225 Edwin Lane Stroudsburg, PA 18360 | - | | | | | | 533.02 |

Sheet no. **4396** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      533.02

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5081745** | | | | **Warranty** | | | | |
| **Susan Stephenson**<br>**136 Saxon Mist Dr**<br>**Nashville, TN 37217** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5070345** | | | | **Warranty** | | | | |
| **Susan Swain**<br>**103 Simpson Ave  PO Box 201**<br>**Island Heights, NJ 08732** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131607** | | | | **Warranty** | | | | |
| **Susan Thomas**<br>**4005 Joyous Street**<br>**North Las Vegas, NV 89032** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087344** | | | | **Warranty** | | | | |
| **Susan Thomas**<br>**3024 Auld Tatty Drive**<br>**Spring Hill, TN 37174** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125686** | | | | **Warranty** | | | | |
| **Susan Tozer**<br>**325 A Norh 3rd Street**<br>**Millville, NJ 08332** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4397** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re  **Great Lakes Warranty Corporation**                                      ,     Case No. _____

                                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5112734** | | | **Warranty** | | | | |
| **Susan Ventrosco** **802 Greenway Drive** **Pittsburgh, PA 15204** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5084442** | | | **Warranty** | | | | |
| **Susan W McKinney** **318 Tedlo Lane** **Knoxville, Tn 37920** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130492** | | | **Warranty** | | | | |
| **Susan Wadsworth** **826 Emerson St** **Philadelphia, PA 19111** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107924** | | | **Warranty** | | | | |
| **Susan Weaver** **2771 County Road 168** **Dundee, OH 44624** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110422** | | | **Warranty** | | | | |
| **Susan Weiss** **1804 Newton Ransom Boulevard** **Clarks Summit, PA 18411** | - | | | | | | |
| | | | | | | | **233.11** |

Sheet no. **4398** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **233.11**

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5063935** | | | | Warranty | | | | |
| **Susan Wilden 305 Lougeay Road Pittsburgh, PA 15235** | - | | | | X | X | | 0.00 |
| Account No. **5132276** | | | | Warranty | | | | |
| **Susan Williams 405 Jackson Street Wapakoneta, OH 45895** | - | | | | X | X | | 0.00 |
| Account No. **5081286** | | | | Warranty | | | | |
| **Susan Wolfe 5995 Calverts St Las Vegas, NV 89130** | - | | | | X | X | | 0.00 |
| Account No. **5110231** | | | | Warranty | | | | |
| **Susan Zoccoli 221 Mabel Place Franklin Lakes, NJ 07417** | - | | | | X | X | | 0.00 |
| Account No. **5129208** | | | | Warranty | | | | |
| **Susana Hernandez Espinoza 1037 Robinson St Reading, PA 19604** | - | | | | | | | 330.89 |

Sheet no. **4399** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      330.89

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5107438** | | | | **Warranty** | | | | |
| **Susanna Payne** **1872 Laurel Ridge Dr** **Nashville, TN 37215** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105426** | | | | **Warranty** | | | | |
| **Susanne Squillace** **1304 Ashwood Drive** **Nashville, TN 37212** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124536** | | | | **Warranty** | | | | |
| **Sushila Kaul** **8332 Hilltop Avenue** **Vienna, VA 22182** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093337** | | | | **Warranty** | | | | |
| **Sushma Kumar** **689 Route 32 North** **Wallkill, NY 12589** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5077301** | | | | **Warranty** | | | | |
| **Sushma Srivastava** **3117 Indian Ripple Road** **Beavercreek, OH 45440** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4400** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                           Case No. _____
                                                              ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5113584 | | | Warranty | | | | |
| Susie Bowlin 17580 N County Road Arcola, IL 61910 | - | | | X | X | | 0.00 |
| Account No. 5127877 | | | Warranty | | | | |
| Susie Brachew 10 Woodland Ave Pleasantville, NJ 08232 | - | | | X | X | | 0.00 |
| Account No. 5131172 | | | Warranty | | | | |
| Susie Lawson 1377 Orange Drive Pinewood, SC 29125 | - | | | X | X | | 0.00 |
| Account No. 5067681 | | | Warranty | | | | |
| Susie Ward 1323 Meadowcrest Drive Mesquite, TX 75149 | - | | | X | X | | 0.00 |
| Account No. 5097993 | | | Warranty | | | | |
| Suzanne C Ferez 325 Bent Oak Drive Chapin, SC 29204 | - | | | X | X | | 0.00 |

Sheet no. **4401** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5088530 | | | | Warranty | | | | |
| Suzanne C Perry 5613 Autumn Wynd Lane Milford, OH 45150 | - | | | | X | X | | 0.00 |
| Account No. 5128029 | | | | Warranty | | | | |
| Suzanne Cordero 1929 Joyful Street Las Vegas, NV 89115 | - | | | | X | X | | 0.00 |
| Account No. 5102921 | | | | Warranty | | | | |
| Suzanne D Natter 4355 E Barlind Drive Pittsburgh, PA 15227 | - | | | | X | X | | 0.00 |
| Account No. 5124378 | | | | Warranty | | | | |
| Suzanne Digirolamo 421 Shook Ave Stroudsburg, PA 18360 | - | | | | X | X | | 0.00 |
| Account No. 5084862 | | | | Warranty | | | | |
| Suzanne E Yurko 730 W Old Route $22 Butler, PA 16001 | - | | | | X | X | | 0.00 |

Sheet no. **4402** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re **Great Lakes Warranty Corporation**                     , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093697** | | | Warranty | | | | |
| **Suzanne Gregory**<br>**325 Irvin Jumper Road**<br>**Gaston, SC 29053** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088814** | | | Warranty | | | | |
| **Suzanne J Titus**<br>**1925 Koons Road**<br>**North Canton, OH 44720** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5091030** | | | Warranty | | | | |
| **Suzanne K Wilson**<br>**5101 N 86th Place**<br>**Scottsdale, AZ 85250** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120687** | | | Warranty | | | | |
| **Suzanne Kaplan**<br>**8208 E Balfour**<br>**Tucson, AZ 85710** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129845** | | | Warranty | | | | |
| **Suzanne Lahre**<br>**PO Box 343**<br>**Hawthorne, NV 89415** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4403** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                     ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5106807<br><br>Suzanne Lorentzen<br>10409 Adobe Road<br>Mesa, AZ 85207 | - | | | | Warranty | | | | 87.74 |
| Account No. 5090051<br><br>Suzanne M Mingus<br>12 Elm Street<br>The Plains, OH 45780 | - | | | | Warranty | X | X | | 0.00 |
| Account No. 5107091<br><br>Suzanne M Stolarz<br>4705 Nevada Avenue<br>Nashville, TN 37209 | - | | | | Warranty | | | | 310.40 |
| Account No. 5117295<br><br>Suzanne M Zangrilli<br>3072 Earlsmere<br>Pittsburgh, PA 15216 | - | | | | Warranty | X | X | | 0.00 |
| Account No. 5069254<br><br>Suzanne Mabe<br>15504 Greendale Rd<br>Maple Hts, OH 44137 | - | | | | Warranty | X | X | | 0.00 |

Sheet no. __4404__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           398.14

In re   **Great Lakes Warranty Corporation**                ,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5090875** | | - | | **Warranty** | | | | |
| **Suzanne Nottingham**<br>**P.O. Box 710**<br>**Mammoth Lakes, CA 93546** | | | | | | | | **269.98** |
| Account No. **5066104** | | - | | **Warranty** | X | X | | |
| **Suzanne Perlick**<br>**5575 Boucher Dr**<br>**Orient, OH 43146** | | | | | | | | **0.00** |
| Account No. **5098014** | | - | | **Warranty** | X | X | | |
| **Suzanne S Melcher**<br>**420 Church Street**<br>**Royersford, PA 19468** | | | | | | | | **0.00** |
| Account No. **5122770** | | - | | **Warranty** | X | X | | |
| **Suzanne Taichert**<br>**4725 San Pedro Dr NE  No 5**<br>**Albuquerque, NM 87109** | | | | | | | | **0.00** |
| Account No. **5130705** | | - | | **Warranty** | X | X | | |
| **Suzanne Watson**<br>**412 Gibralter Road**<br>**Reading, PA 19606** | | | | | | | | **0.00** |

Sheet no. **4405** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**269.98**

In re **Great Lakes Warranty Corporation**      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5095950** | | | | **Warranty** | | | | |
| **Suzenne K Schoen** **316 Third Avenue** **Coldwater, OH 45828** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100476** | | | | **Warranty** | | | | |
| **Suzette F Keefer** **414 Edgetree Lane** **Murrysville, PA 15668** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109672** | | | | **Warranty** | | | | |
| **Suzette Roche** **712 Redstone Drive** **Allison Park, PA 15101** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5045139** | | | | **Warranty** | | | | |
| **Svetlana Khandros** **995 Longfield Rd** **South Hampton, PA 18966** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131738** | | | | **Warranty** | | | | |
| **Svetlana Stephanovic** **292 38th Avenue North** **Nashville, TN 37209** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4406** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re   **Great Lakes Warranty Corporation**                                              ,          Case No. _____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5093072 | | | | Warranty | | | | |
| Svitlvana Zabetchuk 843 Fulton Street Baden, PA 15005 | - | | | | X | X | | 0.00 |
| Account No. 5088632 | | | | Warranty | | | | |
| Syble Gamble 2602 W Augusta #3 Phoenix, AZ 85051 | - | | | | X | X | | 0.00 |
| Account No. 5092190 | | | | Warranty | | | | |
| Sydney Green 3045 Patsy Lane Palmyra, TN 37142 | - | | | | X | X | | 0.00 |
| Account No. 5112883 | | | | Warranty | | | | |
| Sydney Richardson 400 Chaney Road #1214 Smyrna, TN 37167 | - | | | | X | X | | 0.00 |
| Account No. 5092686 | | | | Warranty | | | | |
| Syed Amir Wasti 166 Princeton Hightstown Road Princeton, NJ 08550 | - | | | | X | X | | 0.00 |

Sheet no.**4407** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____,    Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5072491 <br><br> **Sylvester Lapa** <br> **4712 Alisan Rd** <br> **Reading, OH 19606** | - | | **Warranty** | | | | 554.07 |
| Account No. 5102788 <br><br> **Sylvester G Johnson** <br> **12806 W Flower Street** <br> **Avondale, AZ 85323** | - | | **Warranty** | X | X | | 0.00 |
| Account No. 5112934 <br><br> **Sylvester Graham** <br> **197 Peaceful Drive** <br> **Saluda, SC 29138** | - | | **Warranty** | | | | 224.52 |
| Account No. 5127270 <br><br> **Sylvia Colon** <br> **10806 Lake Ave** <br> **Cleveland, OH 44102** | - | | **Warranty** | X | X | | 0.00 |
| Account No. 5106044 <br><br> **Sylvia A Law** <br> **258 Travella Boulevard** <br> **Pittsburgh, PA 15235** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **4408** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal                  | 778.59

                            (Total of this page)

In re  **Great Lakes Warranty Corporation**                                         ,     Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5107163 | | | | Warranty | | | | |
| Sylvia A Martin 215 Sample Flatts Road Corry, PA 16407 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132575 | | | | Warranty | | | | |
| Sylvia Ann Paquet 4339 Sunrise Shores Avenue North Las Vegas, NV 89031 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114355 | | | | Warranty | | | | |
| Sylvia Ann Rivers 7225 Claudia Drive Columbia, SC 29223 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106895 | | | | Warranty | | | | |
| Sylvia C Laney 2572 New Cut Church Road Lancaster, SC 29720 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5101517 | | | | Warranty | | | | |
| Sylvia D O Locke 118 Hammett Acres Anderson, SC 29621 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4409** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**              ,    Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100551** <br><br> **Sylvia Hanson** <br> **110 Eastview Drive** <br> **Jackson, OH 45640** | - | | Warranty | X | X | | 0.00 |
| Account No. **5119458** <br><br> **Sylvia J Bell** <br> **433 Quince St** <br> **Vineland, NJ 08360** | - | | Warranty | | | | 788.00 |
| Account No. **5110578** <br><br> **Sylvia J Pankiewicz** <br> **5415 Little Dipper Court** <br> **Lake Worth, FL 33463** | - | | Warranty | X | X | | 0.00 |
| Account No. **5088612** <br><br> **Sylvia M Tooley** <br> **6009 Cullen Drive** <br> **Lavergne, TN 37086** | - | | Warranty | X | X | | 0.00 |
| Account No. **5125681** <br><br> **Sylvia Penalver** <br> **935 Cosenza Ct.** <br> **Easton, PA 18040** | - | | Warranty | X | X | | 0.00 |

Sheet no. **4410** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     **788.00**
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5087437** | | | | Warranty | | | | |
| **Sylvia Soberano** **213 E Riverside** **Phoenix, AZ 85040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104965** | | | | Warranty | | | | |
| **Sylvia Stahler** **1112 Richlandtown Pk.** **Coopersburg, PA 18955** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109327** | | | | Warranty | | | | |
| **Sylvia Wood** **147 Robin Road** **Lexington, SC 29073** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121407** | | | | Warranty | | | | |
| **T David Rheney** **18 Warner St** **Greenville, SC 29605** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117454** | | | | Warranty | | | | |
| **T J Fullerton** **18680 E Reins Road** **Queen Creek, AZ 85242** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4411** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5112983 | | | | | Warranty | | | | |
| T Jay Kemmere 304 Boyce Street Urbana, OH 43078 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5085437 | | | | | Warranty | | | | |
| Ta Kim 2228 E Branham Lane Phoenix, AZ 85024 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5109131 | | | | | Warranty | | | | |
| Ta Leef Turner 1610 Skyline Drive  Apt 22 Pittsburgh, PA 15227 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5109166 | | | | | Warranty | | | | |
| Tab D Hamm 1249 McGowan Drive Southaven, MS 38671 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5130224 | | | | | Warranty | | | | |
| Tabatha Thomas 17th Street Ext New Kensington, PA 15068 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4412** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5120296 | | | Warranty | | | | |
| Tabitha Howard 82 Parmalee Hudson, OH 44236 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5124830 | | | Warranty | | | | |
| Tabitha J Powell 13136 St Rt 73 McDermott, OH 45652 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5130187 | | | Warranty | | | | |
| Tabitha Laferty 205 North Main Street PO 63 Tiro, OH 44887 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5132336 | | | Warranty | | | | |
| Tabitha Mahan 4594 Rt 120 Hwy Snicksburg, PA 16256 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5132217 | | | Warranty | | | | |
| Tabitha Sayre 1010 Walnut Street Nelsonville, OH 45764 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4413** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                          ,   Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5100545** | | | | | **Warranty** | | | | |
| **Tadd Lannetta** **145 Canterbury** **Canonsburg, PA 15317** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5129598** | | | | | **Warranty** | | | | |
| **Tae Ryu** **207 Hudson Park** **Edgewater, NJ 08020** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5127754** | | | | | **Warranty** | | | | |
| **Taghi Burns** **4500 Hard Scrabble Road #838** **Columbia, SC 29229** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5110813** | | | | | **Warranty** | | | | |
| **Tagi N Araujo** **1003 Collings Avenue  Apt 1** **Collingswood, NJ 08107** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5089910** | | | | | **Warranty** | | | | |
| **Tahereh Farkhondehroo** **718 S Almaschool Road  #230** **Mesa, AZ 85210** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4414** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re **Great Lakes Warranty Corporation**                           Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5126248 | | | Warranty | | | | |
| Tahirah Harris 5444 Charles Street Philadelphia, PA 19124 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5098903 | | | Warranty | | | | |
| Tahnee L Gruskiewicz 8421 State Route 193 Williamsfield, OH 44093 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5128317 | | | Warranty | | | | |
| Taina Manging 10 W Adams Ave Pleasantville, NJ 08282 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5083295 | | | Warranty | | | | |
| Taisi J Alo Jr 11630 E. Runaway Bay Court Chandler, AZ 85349 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5068375 | | | Warranty | | | | |
| Tak Po Cheung 1607 Madison Street Elmont, NY 11003 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4415** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5068140** | | | | Warranty | | | | |
| **Takashi Miyake** **1817 North Dobson Road Apt 2010** **Chandler, AZ 85224** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097441** | | | | Warranty | | | | |
| **Takeshia S Richardson** **304 Anthon Drive** **Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131665** | | | | Warranty | | | | |
| **Takia Huffman** **14112 Timothy Drive** **Greencastle, PA 17225** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5056375** | | | | Warranty | | | | |
| **Takis Patikas** **4505 Wayland Dr** **Nashville, TN 37215** | - | | | | | | | |
| | | | | | | | | 201.87 |
| Account No. **5094534** | | | | Warranty | | | | |
| **Takiyah Washington** **45 Coachmen Court** **Columbia, SC 29229** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4416** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

201.87

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5104060** | | | Warranty | | | | |
| **Tam Nguyen 100 Sled Dog Road Brampton, ON L6R0J4 CANADA** | | - | | | | | 302.27 |
| Account No. **5107367** | | | Warranty | | | | |
| **Tamara Batarseh PO Box 331024 Nashville, TN 37203** | | - | | X | X | | 0.00 |
| Account No. **5066929** | | | Warranty | | | | |
| **Tamara Hack 7608 Orchid Court Manassas, VA 20109** | | - | | X | X | | 0.00 |
| Account No. **5123474** | | | Warranty | | | | |
| **Tamara K Cole 340 County Rd 2000 Jeromeville, OH 44840** | | - | | X | X | | 0.00 |
| Account No. **5126880** | | | Warranty | | | | |
| **Tamara Kennedy 71 Cr 318 Falkner, MS 38629** | | - | | X | X | | 0.00 |

Sheet no. **4417** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    302.27

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5109159** | | | | | Warranty | | | | |
| **Tamara L Polanco** **1052 E 27th Street** **Erie, PA 16504** | - | | | | | | | | |
| | | | | | | | | | 283.00 |
| Account No. **5113255** | | | | | Warranty | | | | |
| **Tamara McDonald** **4824 Cave Creek Court** **Waldorf, MD 20602** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5103603** | | | | | Warranty | | | | |
| **Tamara Moleski** **14213 State Route 278 NE** **Nelsonville, OH 45764** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5092695** | | | | | Warranty | | | | |
| **Tamara Rose** **327 Old Oak Drive** **Cortland, OH 44410** | - | | | | | | | | |
| | | | | | | | | | 202.71 |
| Account No. **5127768** | | | | | Warranty | | | | |
| **Tamara Yerofeyeva** **3085 Duneville Street** **Las Vegas, NV 89146** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4418** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

485.71

In re   **Great Lakes Warranty Corporation**       ,    Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5111275** | | | | | Warranty | | | | |
| **Tamara Zirkle** **121 Peacock Avenue** **Pomeroy, OH 45769** | - | | | | | X | X | | 0.00 |
| Account No. **5081281** | | | | | Warranty | | | | |
| **Tamaralee Infante** **13 Burnham Wood Ct** **Annapolis, MD 21403** | - | | | | | X | X | | 0.00 |
| Account No. **5073895** | | | | | Warranty | | | | |
| **Tamberly Frazee** **4530 E Princess Drive** **Mesa, AZ 85205** | - | | | | | X | X | | 0.00 |
| Account No. **5115712** | | | | | Warranty | | | | |
| **Tambra Merriam** **433 W High Street** **Womelsdorf, PA 19567** | - | | | | | X | X | | 0.00 |
| Account No. **5110301** | | | | | Warranty | | | | |
| **Tameeka J Armstrong** **139 Hillcrest Road** **Winnsboro, SC 29180** | - | | | | | X | X | | 0.00 |

Sheet no. **4419** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                            
(Total of this page)        **0.00**

In re  **Great Lakes Warranty Corporation**                          ,  Case No. _____

_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122793** | | | | **Warranty** | | | | |
| **Tameka Lane** **2721 Parkwood Dr** **Columbia, SC 29204** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114345** | | | | **Warranty** | | | | |
| **Tameka Caper** **6947 N Roosevelt Blvd** **Philadelphia, PA 19149** | - | | | | | | | |
| | | | | | | | | **1,075.50** |
| Account No. **5121219** | | | | **Warranty** | | | | |
| **Tameka Shell** **628 Baldwin Ave** **Charlotte, NC 28204** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130127** | | | | **Warranty** | | | | |
| **Tamer Ahmed** **10 Wild Azalea Ct.** **Anandale, NJ 08801** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125991** | | | | **Warranty** | | | | |
| **Tamera Riddick** **39 Gentry Lane** **Willingboro, NJ 08046** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4420** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,075.50**

In re __Great Lakes Warranty Corporation__ ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5078591** | | | Warranty | | | | |
| **Tami Call** **576 Ralph Riegel Road   PO Box 756** **Jackson, OH 45640** | - | | | X | X | | 0.00 |
| Account No. **5126226** | | | Warranty | | | | |
| **Tami Holmes** **20 Jayne Avenue** **Shelby, OH 44875** | - | | | X | X | | 0.00 |
| Account No. **5056028** | | | Warranty | | | | |
| **Tami Kelley** **63 Randolph Ave** **Waterbury, CT 06710** | - | | | | | | 481.50 |
| Account No. **5100732** | | | Warranty | | | | |
| **Tami L Jesperson** **838 N 104th Street** **Mesa, AZ 85207** | - | | | X | X | | 0.00 |
| Account No. **5116374** | | | Warranty | | | | |
| **Tami M Bell** **663 Memorial Drive** **New Kensington, PA 15068** | - | | | | | | 415.00 |

Sheet no. **4421** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **896.50**

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5130937** | | | | | Warranty | | | | |
| **Tamia A Anderson** **5016 Laydon Ct** **Mays Landing, NJ 08330** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5092505** | | | | | Warranty | | | | |
| **Tamia S Griffie** **321 Olive Street** **Clovis, NM 88101** | - | | | | | | | | |
| | | | | | | | | | 285.00 |
| Account No. **5132411** | | | | | Warranty | | | | |
| **Tamica Wade** **3402 California Avenue** **Pittsburgh, PA 15212** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5107319** | | | | | Warranty | | | | |
| **Tamie Scherbik** **HC 68 Box 52** **Dalmatia, PA 17017** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5102002** | | | | | Warranty | | | | |
| **Tamika Bennett** **6332 Elmhurst** **Philadelphia, PA 19111** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4422** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                285.00

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5127792** | | | | **Warranty** | | | | |
| **Tamika Hinton 802 Gatehouse Lane Dunham, NC 27207** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109863** | | | | **Warranty** | | | | |
| **Tamika L Smith 232 w Ruscomb St Philadelphia, PA 19120** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129359** | | | | **Warranty** | | | | |
| **Tamika McKenzie 4939 Cardigon Ct Mays Landing, NJ 08330** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129892** | | | | **Warranty** | | | | |
| **Tamika Rushing 3105 Reed Street Apt C Philadelphia, PA 19111** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110811** | | | | **Warranty** | | | | |
| **Tamika S McMillan 936 Mechanic Street Camden, NJ 08104** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4423** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5130917** | | | | **Warranty** | | | | |
| **Tamika Washington** **5069 Well Fleet Dr** **Trotwood, OH 45426** | - | | | | | | | **139.50** |
| Account No. **5123013** | | | | **Warranty** | | | | |
| **Tamiki Hill** **111 S Carnegie AVe Apt B** **Connellsville, PA 15425** | - | | | | X | X | | **0.00** |
| Account No. **5127791** | | | | **Warranty** | | | | |
| **Tamikka Hinton** **1240 Black Street** **Rock Hill, SC 29731** | - | | | | X | X | | **0.00** |
| Account No. **5089486** | | | | **Warranty** | | | | |
| **Tamiko Rembert** **660 E Brewington Rd** **Sumter, SC 29153** | - | | | | X | X | | **0.00** |
| Account No. **5090442** | | | | **Warranty** | | | | |
| **Tammera A Perks** **10145 Briar Road** **Mineral City, OH 44656** | - | | | | X | X | | **0.00** |

Sheet no. **4424** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**139.50**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5061806** | | | Warranty | | | | |
| **Tammi Marshall** **1029 Monaca Rd** **Monaca, PA 15061** | - | | | | | | **819.60** |
| Account No. **5124350** | | | Warranty | | | | |
| **Tammi S Wood** **200 Cherry Tree Lane** **Commercial Point, OH 43116** | - | | | X | X | | **0.00** |
| Account No. **5093494** | | | Warranty | | | | |
| **Tammie Brenek** **524 Hamilton Street** **Bellefontaine, OH 43311** | - | | | X | X | | **0.00** |
| Account No. **5130086** | | | Warranty | | | | |
| **Tammie Campbell** **223 Wyncrest** **Butler, PA 16001** | - | | | X | X | | **0.00** |
| Account No. **5117645** | | | Warranty | | | | |
| **Tammie Cavanaugh** **2815 Brownsville Road  Apt 6** **Pittsburgh, PA 15227** | - | | | X | X | | **0.00** |

Sheet no. **4425** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**819.60**

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5131568** | | | | **Warranty** | | | | |
| **Tammie Greene 170 Srader Grove Road Freeport, PA 16229** | - | | | | X | X | | 0.00 |
| Account No. **5109936** | | | | **Warranty** | | | | |
| **Tammy  Ambrose PO Box 232 Wampum, PA 16157** | - | | | | | | | 235.30 |
| Account No. **5121369** | | | | **Warranty** | | | | |
| **Tammy  Crockett 2728 Preston Wood Las Vegas, NV 89104** | - | | | | X | X | | 0.00 |
| Account No. **5120637** | | | | **Warranty** | | | | |
| **Tammy  Harris 11 Music Square E 504 Nashville, TN 37203** | - | | | | X | X | | 0.00 |
| Account No. **5124392** | | | | **Warranty** | | | | |
| **Tammy A Acord 13543 Old McArthur Rd Logan, OH 43138** | - | | | | X | X | | 0.00 |

Sheet no.**4426** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal
                                       (Total of this page)          235.30

In re **Great Lakes Warranty Corporation** ,          Case No. _____
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104275** | | | | **Warranty** | | | | |
| **Tammy Brewer** **318 E Pinal Street** **Cottonwood, AZ 86326** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124341** | | | | **Warranty** | | | | |
| **Tammy D Heeter** **2501 Heilman Dr** **Ford City, PA 16226** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120132** | | | | **Warranty** | | | | |
| **Tammy E  Preston** **3531 Dixon Ave** **Bristol, PA 19007** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5120682** | | | | **Warranty** | | | | |
| **Tammy E Meddaugh** **1504 Mullis Rd** **Blythewood, SC 29016** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124819** | | | | **Warranty** | | | | |
| **Tammy Gill** **14 Krieger Lane** **Oakdale, PA 15071** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4427** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5112764 | | | | | Warranty | | | | |
| Tammy Gochenouer 245 High Street Sunbury, OH 43074 | - | | | | | | | | 325.13 |
| Account No. 5077949 | | | | | Warranty | | | | |
| Tammy Gould 813 Hickory Street Scranton, PA 18509 | - | | | | | | | | 47.50 |
| Account No. 5101982 | | | | | Warranty | | | | |
| Tammy Holmes 5395 Waddell Hollow Road Franklin, TN 37064 | - | | | | | X | X | | 0.00 |
| Account No. 5119294 | | | | | Warranty | | | | |
| Tammy J Cremeans 46341 Scout Camp Rd Chester, OH 45720 | - | | | | | X | X | | 0.00 |
| Account No. 5090313 | | | | | Warranty | | | | |
| Tammy K Fatzinger 15 W Main Street Quakake, PA 18245 | - | | | | | X | X | | 0.00 |

Sheet no. **4428** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

372.63

In re  **Great Lakes Warranty Corporation**                                      ,     Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5088583 | | | | Warranty | | | | |
| Tammy K Feielin 1519 Spangler NE Canton, OH 44714 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5055796 | | | | Warranty | | | | |
| Tammy Knightstep 5189 Rampart Rd Columbus, OH 43207 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123489 | | | | Warranty | | | | |
| Tammy L Deshong 1421 Six Mile Run Rd Six Mile Run, PA 16679 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086647 | | | | Warranty | | | | |
| Tammy L Borden 4800 Tayport Avenue Grove City, OH 43123 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108049 | | | | Warranty | | | | |
| Tammy L Brown 24 Fritz Reed Avenue Schuylkill Haven, PA 17972 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4429** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5103778** | | | | | **Warranty** | | | | |
| **Tammy L Burkett**<br>**727 Third Avenue**<br>**Elizabeth, PA 15037** | - | | | | | X | X | | 0.00 |
| Account No. **5113558** | | | | | **Warranty** | | | | |
| **Tammy L Hitchcock**<br>**7413 Shadyview Avenue NW**<br>**Massillon, OH 44646** | - | | | | | X | X | | 0.00 |
| Account No. **5101151** | | | | | **Warranty** | | | | |
| **Tammy L Nicholl**<br>**PO Box 203**<br>**West Liberty, OH 43357** | - | | | | | X | X | | 0.00 |
| Account No. **5114052** | | | | | **Warranty** | | | | |
| **Tammy L Pharr**<br>**552 South Trenton**<br>**Pittsburgh, PA 15221** | - | | | | | X | X | | 0.00 |
| Account No. **5110764** | | | | | **Warranty** | | | | |
| **Tammy L Stephens**<br>**310 Smithfield Ext**<br>**Derry, PA 15627** | - | | | | | | | | 195.05 |

Sheet no. **4430** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     195.05

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5094629** | | | | Warranty | | | | |
| **Tammy Lyn Lemery 2123 East 27th Avenue Apache Junction, AZ 85219** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115485** | | | | Warranty | | | | |
| **Tammy Lynn Hocking 8688 Tomnitz #103 Las Vegas, NV 89178** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100119** | | | | Warranty | | | | |
| **Tammy McCullough 1531 Millen Road Shelocta, PA 15774** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127061** | | | | Warranty | | | | |
| **Tammy Paxton 114 Palm City Park Annville, PA 17003** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087347** | | | | Warranty | | | | |
| **Tammy R Fuller 3830 Moss Rose Drive Nashville, TN 37216** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4431** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5084781** | | | Warranty | | | | |
| **Tammy R Long** **735 Clematis Drive** **Nashville, TN 37205** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5089773** | | | Warranty | | | | |
| **Tammy Ringenberg** **4815 Abbay Drive** **Nashville, TN 37211** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126422** | | | Warranty | | | | |
| **Tammy Rotella** **5370 E Craig #2359** **Las Vegas, NV 89115** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127002** | | | Warranty | | | | |
| **Tammy Smith** **370 Ivanhoe Avenue** **Wadsworth, OH 44281** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124738** | | | Warranty | | | | |
| **Tammy Spruiel** **1324 Heart Court** **Pittsburgh, PA 15208** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4432** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5126481 | | | | Warranty | | | | |
| Tammy Staley 826 North Jefferson Connellsville, PA 15425 | - | | | | X | X | | 0.00 |
| Account No. 5066565 | | | | Warranty | | | | |
| Tammy Stecz 18239 Lake Chabot Road Castro Valley, CA 94546 | - | | | | X | X | | 0.00 |
| Account No. 5078138 | | | | Warranty | | | | |
| Tammy Steplight 201 Sagebrush Lane Summerville, SC 29483 | - | | | | X | X | | 0.00 |
| Account No. 5064596 | | | | Warranty | | | | |
| Tammy Williams 8023 Linda Lake Dr Charlotte, NC 28215 | - | | | | X | X | | 0.00 |
| Account No. 5086288 | | | | Warranty | | | | |
| Tammy Y Ricks 15 Lenox Avenue Irvington, NJ 07111 | - | | | | X | X | | 0.00 |

Sheet no. **4433** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5117290 | | | | Warranty | | | | |
| Tamorra L Davis 972 Roselle Court Pittsburgh, PA 15207 | - | | | | X | X | | 0.00 |
| Account No. 5074011 | | | | Warranty | | | | |
| Tamra L Cusick 13819 Woodworth Road New Springfield, OH 44443 | - | | | | X | X | | 0.00 |
| Account No. 5085902 | | | | Warranty | | | | |
| Tamralea Mills 18 David Avenue NE Massillon, OH 44646 | - | | | | X | X | | 0.00 |
| Account No. 5090894 | | | | Warranty | | | | |
| Tana Lantry 17200 Burbank Blvd Apt 355 Encino, CA 91316 | - | | | | X | X | | 0.00 |
| Account No. 5127064 | | | | Warranty | | | | |
| Tanda Higdon 324 Homestead St NE Apt 8 Cleveland, TN 37323 | - | | | | X | X | | 0.00 |

Sheet no. **4434** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109516** | | | Warranty | | | | |
| **Tandem Metals Inc**<br>**1149 South Central Avenue**<br>**University Park, IL 60466** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5116503** | | | Warranty | | | | |
| **Taneisha Oliver Baldwin**<br>**510 Bayberry Drive**<br>**Monroeville, PA 15146** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5091254** | | | Warranty | | | | |
| **Taner T Byrd**<br>**22 Green Acres Road**<br>**Silverstreet, SC 29145** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5127647** | | | Warranty | | | | |
| **Tania Grossman**<br>**300 W Evans Blvd**<br>**Brigantine, NJ 08203** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5108009** | | | Warranty | | | | |
| **Tania Koyanagi**<br>**15127 W Cameron Drive**<br>**Surprise, AZ 85388** | - | | | | | | |
| | | | | | | | **151.00** |

Sheet no. **4435** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **151.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5131763** | | | | **Warranty** | | | | |
| **Tania Miranda** **690 North 10th Avenue Apt 119** **San Luis, AZ 85349** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115235** | | | | **Warranty** | | | | |
| **Tanika Williams** **523 Fairwood Ave** **Columbus, OH 43205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123841** | | | | **Warranty** | | | | |
| **Tanisha Jones** **822 South Webster Ave** **Scranton, PA 18505** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129051** | | | | **Warranty** | | | | |
| **Tanisha U Watkins** **4622 W Rice St** **Milwaukee, WI 53216** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107652** | | | | **Warranty** | | | | |
| **Tanner L Branam** **517 Baer Lane** **Somerset, PA 15501** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4436** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5113250** | | | Warranty | | | | |
| **Tanner L Richey**<br>**7096 Morgan Road   Room 118**<br>**Ft Campbell, TN 42223** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5112272** | | | Warranty | | | | |
| **Tanny  Backus**<br>**232 Wrexham Avenue SW**<br>**Massillon, OH 44646** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5112412** | | | Warranty | | | | |
| **Tanveer Chaudhry**<br>**604 Vanderbaker Road**<br>**Tampa, FL 33617** | - | | | | | | |
| | | | | | | | 759.32 |
| Account No. **5082595** | | | Warranty | | | | |
| **Tanya Au**<br>**PO Box 1030**<br>**Richlands, NC 28574** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5092687** | | | Warranty | | | | |
| **Tanya Bausback**<br>**PO Box 184**<br>**Independence, MO 64051** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**4437**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

759.32

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5103535** | | | | **Warranty** | | | | |
| **Tanya Boulware 176 Huntcliff Lane Newberry, SC 29108** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5050837** | | | | **Warranty** | | | | |
| **Tanya Cutrone 12 Eight Iron Dr. Mt. Top, PA 18707** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110398** | | | | **Warranty** | | | | |
| **Tanya Doyle 14684 N. 138th Avenue Surprise, AZ 85379** | - | | | | | | | |
| | | | | | | | | **1,156.50** |
| Account No. **5064880** | | | | **Warranty** | | | | |
| **Tanya Hahn 1344 East Slate Ridge Drive Canal Winchester, OH 43110** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5117011** | | | | **Warranty** | | | | |
| **Tanya Hidvigi 301 Jackson Street Sevierville, TN 37862** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4438** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,156.50**

In re    **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108681** | | | Warranty | | | | |
| **Tanya L Holt Proscia 61 Gentle Road Levittown, PA 19057** | - | | | X | X | | 0.00 |
| Account No. **5127564** | | | Warranty | | | | |
| **Tanya M Dunstan Pursell 1132 Tennessee Ave Bensalem, PA 19020** | - | | | X | X | | 0.00 |
| Account No. **5129968** | | | Warranty | | | | |
| **Tanya M McAllister 2213 Lexington Court Eagleville, PA 19403** | - | | | | | | 310.50 |
| Account No. **5065076** | | | Warranty | | | | |
| **Tanya Marchiol 15640 South 17th Street Phoenix, AZ 85048** | - | | | X | X | | 0.00 |
| Account No. **5068456** | | | Warranty | | | | |
| **Tanya Noland 6186 State Route 78 Glouster, OH 45732** | - | | | X | X | | 0.00 |

Sheet no.**4439** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

310.50

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

_____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127713** | | | | Warranty | | | | |
| **Tanya Phillips** **1273 Cedar Grove Road** **Lebanon, TN 37087** | - | | | | X | X | | 0.00 |
| Account No. **5131087** | | | | Warranty | | | | |
| **Tanya Ramos** **4217 Catalan Sails Avenue** **North Las Vegas, NV 89031** | - | | | | X | X | | 0.00 |
| Account No. **5098156** | | | | Warranty | | | | |
| **Tanya Tippit** **510 Pumpkin Ridge Road** **Dover, TN 37058** | - | | | | X | X | | 0.00 |
| Account No. **5115445** | | | | Warranty | | | | |
| **Tap A Davis** **763 E Long Bay Drive** **Inman, SC 29349** | - | | | | X | X | | 0.00 |
| Account No. **5116283** | | | | Warranty | | | | |
| **Taqiy Abdul Muta Ali  Muhammad** **38A Paisley Lane** **Columbia, SC 29210** | - | | | | | | | 258.23 |

Sheet no. **4440**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

258.23

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5111219** | | | | **Warranty** | | | | |
| **Tara Manning** **1014 James Road** **Lancaster, PA 43130** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101197** | | | | **Warranty** | | | | |
| **Tara Mantione** **1622 West Laurel Greens Dr** **Anthem, AZ 85086** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132183** | | | | **Warranty** | | | | |
| **Tara Turner** **3355 Carroll** **Horn Lake, MS 38637** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103178** | | | | **Warranty** | | | | |
| **Tara A Griffith** **365 Cumberland Circle** **Bowling Green, KY 42103** | - | | | | | | | |
| | | | | | | | | **838.08** |
| Account No. **5116417** | | | | **Warranty** | | | | |
| **Tara Arcuri** **186 Grant Avenue** **Vandergrift, PA 15690** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4441** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **838.08**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104726** | | | | **Warranty** | | | | |
| **Tara Beckley** **520 Baughman Street** **Ansonia, OH 45303** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130771** | | | | **Warranty** | | | | |
| **Tara Bowen** **824 Fernwood Street** **Bethlehem, PA 18018** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111943** | | | | **Warranty** | | | | |
| **Tara C Donaldson** **1001 N Center Street** **Corry, PA 16407** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099305** | | | | **Warranty** | | | | |
| **Tara E Welsh** **419 West James Street** **Lancaster, PA 17603** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5059460** | | | | **Warranty** | | | | |
| **Tara Fahrner** **152 Echo Valley Dr** **Cookeville, Tn 38501** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4442** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130216** | | | **Warranty** | | | | |
| **Tara Grieco** **113 East Sweetbriar Road** **Wildwood, NJ 08260** | - | | | X | X | | 0.00 |
| Account No. **5127631** | | | **Warranty** | | | | |
| **Tara Grotto** **79 Grandview Drive** **Royersford, PA 19468** | - | | | | | | 749.95 |
| Account No. **5130580** | | | **Warranty** | | | | |
| **Tara Hellriegel** **2786 Mary Ann Way** **Allentown, PA 18109** | - | | | X | X | | 0.00 |
| Account No. **5089348** | | | **Warranty** | | | | |
| **Tara L Antoniato** **PO Box 121  3 Cherry Hill Lane** **Brodheadsville, PA 18322** | - | | | X | X | | 0.00 |
| Account No. **5128293** | | | **Warranty** | | | | |
| **Tara L Getz** **168 West Chew St** **Allentown, PA 18102** | - | | | X | X | | 0.00 |

Sheet no. **4443** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 749.95

In re **Great Lakes Warranty Corporation**                              ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5085027** | | | | **Warranty** | | | | |
| **Tara L Martin** **2118 Seventeenth Street SE** **Canton, OH 44707** | - | | | | | | | 91.50 |
| Account No. 5124186 | | | | **Warranty** | | | | |
| **Tara Lajevic** **1502 Maple Ve** **Turtle Creek, PA 15145** | - | | | | X | X | | 0.00 |
| Account No. 5074749 | | | | **Warranty** | | | | |
| **Tara Larks** **2307 W Orchid Lane** **Phoenix, AZ 85021** | - | | | | X | X | | 0.00 |
| Account No. 5129917 | | | | **Warranty** | | | | |
| **Tara Lee Krouse** **8720 Country Place Drive** **Tobyhanna, PA 18466** | - | | | | X | X | | 0.00 |
| Account No. 5102547 | | | | **Warranty** | | | | |
| **Tara M Miller** **8858 Kirsch Road** **Erie, PA 16510** | - | | | | X | X | | 0.00 |

Sheet no. **4444** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)            91.50

In re __Great Lakes Warranty Corporation_____,     Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5096973** | | | | **Warranty** | | | | |
| **Tara M Oswald** **71 Woodvale St  C** **Dunbar, PA 15431** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132225** | | | | **Warranty** | | | | |
| **Tara McClelland** **2745 South Mosley** **Wichita, KS 67214** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5064768** | | | | **Warranty** | | | | |
| **Tara Mulderig** **2230 Wimbledon Circle** **Franklin, TN 37069** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5076841** | | | | **Warranty** | | | | |
| **Tara N McCabe** **119 S Broad Mountain Avenue** **Frackville, PA 17931** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122997** | | | | **Warranty** | | | | |
| **Tara Satterfield** **1025 Newburg St NW  Apt 27** **Canton, OH 44709** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4445**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5031478** | | | | Warranty | | | | |
| **Tara Stevens** **PO Box 69 204 Sallen St.** **Williamsport, OH 43164** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130674** | | | | Warranty | | | | |
| **Tara T Lill** **2124 Fairview St** **Reading, PA 19609** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097223** | | | | Warranty | | | | |
| **Tarie Anderson** **9250 Citrus Road NW** **Malvern, OH 44644** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115590** | | | | Warranty | | | | |
| **Taris A Washington** **1152 Stanton Terrace** **Pittsburgh, PA 15201** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131870** | | | | Warranty | | | | |
| **Tarlon Cooper** **1100 Newportville Road Apt 433** **Croydon, PA 19021** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4446** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5083544**<br><br>**Taro Manabe**<br>**4008 Claymore Drive**<br>**Wilmington, NC 28405** | | - | | | Warranty | | | | 547.10 |
| Account No. **5124824**<br><br>**Taroen Williams Jones**<br>**2715 Woodcrest Drive Apt A**<br>**Augusta, GA 30909** | | - | | | Warranty | X | X | | 0.00 |
| Account No. **5086142**<br><br>**Tarolyn A Owens**<br>**203 Rayner Avenue**<br>**Mound Bayou, MS 38762** | | - | | | Warranty | X | X | | 0.00 |
| Account No. **5102451**<br><br>**Tarone D Claybrook**<br>**3940 Lockwood Boulevard**<br>**Boardman, OH 44511** | | - | | | Warranty | | | | 892.17 |
| Account No. **5086682**<br><br>**Tarrence R Harris**<br>**4048 N Lake Forest Drive**<br>**Memphis, TN 38128** | | - | | | Warranty | X | X | | 0.00 |

Sheet no. **4447** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)     **1,439.27**

In re   **Great Lakes Warranty Corporation**                    ,    Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127138** | | | **Warranty** | | | | |
| **Tarynn Schutte**<br>**336 Auster Park**<br>**Las Vegas, NV 89148** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5118631** | | | **Warranty** | | | | |
| **Tasha Cornett**<br>**8533 Millgate Lane**<br>**Centerville, OH 45458** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5127519** | | | **Warranty** | | | | |
| **Tasha Farley**<br>**1131 W 11th Street**<br>**Erie, PA 16502** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5132641** | | | **Warranty** | | | | |
| **Tasha Lorraine Butler**<br>**225 Universal Road**<br>**Pittsburgh, PA 15235** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5131684** | | | **Warranty** | | | | |
| **Tatajsh Gonzalez**<br>**1420 North 6 th Street**<br>**Reading, PA 19601** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **4448** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal                  **0.00**
                              (Total of this page)

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5121757** | | | | | **Warranty** | | | | |
| **Tatiana Ebert**<br>**1344 Washington Blvd**<br>**Mayfield Heights, H 44124** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5097429** | | | | | **Warranty** | | | | |
| **Taurneice Cromerdie**<br>**1413 Beech Street**<br>**McKeesport, PA 15132** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5124645** | | | | | **Warranty** | | | | |
| **Tawana L Scott**<br>**6138 Shisler St**<br>**Philadelphia, PA 19149** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5131759** | | | | | **Warranty** | | | | |
| **Tawanda Horne**<br>**113 Hazlett St**<br>**Pittsburgh, PA 15214** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5111466** | | | | | **Warranty** | | | | |
| **Tawanda M Jackson**<br>**2589 Maybury Road**<br>**Columbus, OH 43232** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**4449** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5116573 | | | | Warranty | | | | |
| Tawanna Harris 223 Garfield Avenue Trenton, Nj 86629 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129481 | | | | Warranty | | | | |
| Tawnya F Flowers 921 Dove Run Emporia, KS 66801 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122779 | | | | Warranty | | | | |
| Tawnya M Panizzi 1600 2nd St Natrona Heights, PA 15065 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128729 | | | | Warranty | | | | |
| Tawona Lomax 8855 W Arby #1006 Las Vegas, NV 89148 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129757 | | | | Warranty | | | | |
| Taylor Stuart 1220 Mary Street Latrobe, PA 15650 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4450** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**            ,    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127703** | | | | **Warranty** | | | | |
| **Taylor Tausch** **1309 Center Drive** **Wooster, OH 44691** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130532** | | | | **Warranty** | | | | |
| **Taylor Thomas** **138 F West Crescent Square** **Graham, NC 27253** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108788** | | | | **Warranty** | | | | |
| **Ted  Hanson** **218 Speargrass Dr** **Dayton, OH 45431** | - | | | | | | | |
| | | | | | | | | **487.77** |
| Account No. **5130952** | | | | **Warranty** | | | | |
| **Ted Grell** **906 Thornton Drive** **Mechanicsburg, PA 17055** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5060778** | | | | **Warranty** | | | | |
| **Ted Price** **812 Byron Rd** **Columbia, SC 29209** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4451** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **487.77**

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5092047** | | | Warranty | | | | |
| **Ted Ricketts** **3856 Harrison Road** **Bellefontaine, OH 43311** | - | | | X | X | | 0.00 |
| Account No. **5123117** | | | Warranty | | | | |
| **Ted S Merlino** **6 Sarah Ct** **Irwin, PA 15642** | - | | | | | | 551.98 |
| Account No. **5108213** | | | Warranty | | | | |
| **Ted Stueck** **1109 Carroll Hill Drive** **West Chester, PA 19382** | - | | | | | | 1,496.23 |
| Account No. **5098753** | | | Warranty | | | | |
| **Ted T Baginski** **655 Robin Ridge** **Elgin, IL 60123** | - | | | X | X | | 0.00 |
| Account No. **5118049** | | | Warranty | | | | |
| **Ted Vander Roest** **1719 Midvale** **Springfield, OH 45504** | - | | | X | X | | 0.00 |

Sheet no.**4452** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,048.21

In re   **Great Lakes Warranty Corporation**             ,    Case No. _____
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5118046** | | | **Warranty** | | | | |
| **Ted Willis** **1008 Colleen Dr** **Piqua, OH 45356** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113348** | | | **Warranty** | | | | |
| **Tedd C Breidenstein** **1952 Reading Boulevard** **Reading, PA 19609** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5106615** | | | **Warranty** | | | | |
| **Teddy S Ziegler** **304 Kurt Street** **Lower Burrell, PA 15068** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120028** | | | **Warranty** | | | | |
| **Tedene  Haase** **3481 Algiers Dr  No1117** **Las Vegas, NV 89115** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5107925** | | | **Warranty** | | | | |
| **Teel Hummel** **4840 Miner Street  Apt 6  PO Box 545** **Mineral City, OH 44656** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4453** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093571** | | | | Warranty | | | | |
| **Teena Adkins** **2782 Swart Road** **Albany, OH 45710** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086436** | | | | Warranty | | | | |
| **Teja Schubert** **4020 Dorchester Walk NW** **Kennesaw, GA 30062** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5041477** | | | | Warranty | | | | |
| **Temenuga Stoyanova** **120 Phyllis Ave.** **Savannah, GA 31419** | - | | | | | | | |
| | | | | | | | | 318.00 |
| Account No. **5106945** | | | | Warranty | | | | |
| **Tenay A Davis** **2503  1 2  Webster Avenue** **Pittsburgh, PA 15219** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131573** | | | | Warranty | | | | |
| **Teneweti Alston** **140 Randall Avenue** **Trenton, NJ 08611** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4454** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              318.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5113006 | | | Warranty | | | | |
| Tenise Wilson 402 Helton Drive Clarksville, TN 37042 | - | | | X | X | | 0.00 |
| Account No. 5073591 | | | Warranty | | | | |
| Tenisha Fennie 904 Becker Street Hammond, IL 46320 | - | | | | | | 39.77 |
| Account No. 5092826 | | | Warranty | | | | |
| Tenisha Kynard 3068 Morsetown Court S Columbus, OH 43224 | - | | | X | X | | 0.00 |
| Account No. 5066405 | | | Warranty | | | | |
| Teodora Dumitrescu 1005 Harrison City Export Rd Harrison City, PA 15636 | - | | | | | | 114.00 |
| Account No. 5132791 | | | Warranty | | | | |
| Tequesha Robinson 5271 Everett Memphis, TN 38115 | - | | | X | X | | 0.00 |

Sheet no. **4455** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              153.77

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5073473** | | | **Warranty** | | | | |
| **Terence Bartlett**<br>**171 Canterbury Drive**<br>**Aurora, OH 44202** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5111500** | | | **Warranty** | | | | |
| **Terence Capers**<br>**4909 Capo Gallo**<br>**Las Vegas, NV 89130** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5070305** | | | **Warranty** | | | | |
| **Terence Carmichael**<br>**210 Carriage Oaks Dr**<br>**Cola, SC 29229** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102339** | | | **Warranty** | | | | |
| **Terence Larkin**<br>**640 Old Country Road**<br>**Plainview, NY 11803** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088449** | | | **Warranty** | | | | |
| **Terence R Fraser**<br>**38967 State Route 39**<br>**Salineville, OH 43945** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4456** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5102317 | | | | Warranty | | | | |
| Teresa Ficicchy 461 Santee Drive Santee, SC 29142 | - | | | | X | X | | 0.00 |
| Account No. 5129965 | | | | Warranty | | | | |
| Teresa A Haarstick 346 N Main St Sellersville, PA 18960 | - | | | | X | X | | 0.00 |
| Account No. 5113945 | | | | Warranty | | | | |
| Teresa A Hairston 1018 Stanford Road Pittsburgh, PA 15212 | - | | | | X | X | | 0.00 |
| Account No. 5132553 | | | | Warranty | | | | |
| Teresa A Jajich 1501 First Avenue York, PA 17403 | - | | | | X | X | | 0.00 |
| Account No. 5092595 | | | | Warranty | | | | |
| Teresa A Roberts 2035 Roberts Road Amesville, OH 45711 | - | | | | X | X | | 0.00 |

Sheet no. **4457** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**             ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109098** | | | **Warranty** | | | | |
| **Teresa B Price** **783 Jim Isle Drive** **Charleston, SC 29412** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5070024** | | | **Warranty** | | | | |
| **Teresa Bitsko** **3375 Morning View Drive** **Oceanside, CA 92054** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5123237** | | | **Warranty** | | | | |
| **Teresa C Smith** **1045 Berkshire Ave** **Pittsburgh, PA 15226** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5094000** | | | **Warranty** | | | | |
| **Teresa Cosek** **11145 N 109th Street** **Scottsdale, AZ 85259** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5114740** | | | **Warranty** | | | | |
| **Teresa Dannar** **8506 N Carson** **Kansas City, MO 64153** | - | | | | | | |
| | | | | | | | **347.40** |

Sheet no. **4458** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal       | **347.40** |
(Total of this page)

In re   **Great Lakes Warranty Corporation**          ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5117266** | | | | | **Warranty** | | | | |
| **Teresa Dawn Bartlett** **2513 Peekskill Drive** **Valrico, FL 33594** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5116722** | | | | | **Warranty** | | | | |
| **Teresa Denise Williams** **611 Woodland Hills West** **Columbia, SC 29210** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5126280** | | | | | **Warranty** | | | | |
| **Teresa Domanski** **858 7th Street** **New Kensington, PA 15068** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5128042** | | | | | **Warranty** | | | | |
| **teresa Duran** **7408 Braswell Drive** **Las Vegas, NV 89128** | - | | | | | | | | |
| | | | | | | | | | **53.04** |
| Account No. **5111924** | | | | | **Warranty** | | | | |
| **Teresa E McNeely** **2596 Liberty Hill Road** **Chillicothe, OH 45601** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **4459** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **53.04**

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089747** | | | **Warranty** | | | | |
| **Teresa Elliott** **1732 County Road 25 N** **Bellefontaine, OH 43311** | | - | | | | | **552.00** |
| Account No. **5092870** | | | **Warranty** | | | | |
| **Teresa Flores  De Duran** **361 S Tenth Avenue** **Yuma, AZ 85364** | | - | | X | X | | **0.00** |
| Account No. **5123244** | | | **Warranty** | | | | |
| **Teresa Floyd Daniels** **543 E Myrtle Beach Hwy** **Scranton, SC 29591** | | - | | X | X | | **0.00** |
| Account No. **5128856** | | | **Warranty** | | | | |
| **Teresa Haydu** **9614 South Yuma Trail** **Negley, OH 44441** | | - | | X | X | | **0.00** |
| Account No. **5114083** | | | **Warranty** | | | | |
| **Teresa Hortmeyer** **101 Raleigh Road** **Townsend, GA 31331** | | - | | X | X | | **0.00** |

Sheet no.__**4460**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **552.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5086089 | | | | Warranty | | | | |
| Teresa J Brinkley 118 Blackburn Road Irmo, SC 29063 | - | | | | X | X | | 0.00 |
| Account No. 5126684 | | | | Warranty | | | | |
| Teresa Jenkins 1014 Hopewood Lane Chapmansboro, TN 37035 | - | | | | X | X | | 0.00 |
| Account No. 5121941 | | | | Warranty | | | | |
| Teresa L Denner 986 Wewst Hubert Ave Lancaster, OH 43180 | - | | | | X | X | | 0.00 |
| Account No. 5118381 | | | | Warranty | | | | |
| Teresa L Johnson 209 N Drake St Titusville, PA 16354 | - | | | | X | X | | 0.00 |
| Account No. 5123424 | | | | Warranty | | | | |
| Teresa L Sawyer 741 Good Pasture Terr Bellevue, TN 37122 | - | | | | X | X | | 0.00 |

Sheet no. **4461** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re __Great Lakes Warranty Corporation__ ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. 5094343 | | | | Warranty | | | | |
| Teresa L Schooley 3139 Seaman Road Grove City, OH 43123 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116151 | | | | Warranty | | | | |
| Teresa Lee 8919 Royal Crest Lane Richmond, TX 77469 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130666 | | | | Warranty | | | | |
| Teresa M Ferguson 360 Hopwood Cool Springs Rd Hopwood, PA 15445 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113247 | | | | Warranty | | | | |
| Teresa M Harris 618 Maple Top Drive Antioch, TN 37013 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5119570 | | | | Warranty | | | | |
| Teresa M McInroy 327 Front St Marysville, PA 17053 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __4462__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5128299 | | | | Warranty | | | | |
| Teresa M Ortiz 308 Grant Ave Croydon, PA 19021 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108762 | | | | Warranty | | | | |
| Teresa M Roberts 2435 State Route 60 Loudonville, OH 44842 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130036 | | | | Warranty | | | | |
| Teresa M Woodruff 113 Tupper St West Liberty, OH 43357 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117914 | | | | Warranty | | | | |
| Teresa M. Velasco 9579 Washington Lane San Luis, AZ 85349 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127079 | | | | Warranty | | | | |
| Teresa Marks 443 Folly Rd Folly Beach, SC 29412 | - | | | | | | | |
| | | | | | | | | 160.50 |

Sheet no. **4463** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

160.50

In re **Great Lakes Warranty Corporation**　　　　　　　　　　　,　　Case No. _____
　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5121833 | | | | Warranty | | | | |
| Teresa Ortega 24 N State St Vineland, NJ 08360 | - | | | | X | X | | 0.00 |
| Account No. 5105692 | | | | Warranty | | | | |
| Teresa Pander 1334 Snake Run Road Wampum, PA 16157 | - | | | | X | X | | 0.00 |
| Account No. 5081669 | | | | Warranty | | | | |
| Teresa R McClellan 4595 Wolf Creek Pike Dayton, OH 45427 | - | | | | X | X | | 0.00 |
| Account No. 5118422 | | | | Warranty | | | | |
| Teresa Reissig 34 Woodview Dr Kunkletown, PA 18058 | - | | | | X | X | | 0.00 |
| Account No. 5096056 | | | | Warranty | | | | |
| Teresa Richardson 132 Road 370 Nettleton, MS 38858 | - | | | | X | X | | 0.00 |

Sheet no. **4464** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5091752** | | | Warranty | | | | |
| **Teresa Salley** **133 Cariese Drive** **Springboro, OH 45066** | - | | | X | X | | 0.00 |
| Account No. **5116720** | | | Warranty | | | | |
| **Teresa Seals Johnson** **128 Sandy Lake Road** **Columbia, SC 29229** | - | | | X | X | | 0.00 |
| Account No. **5092561** | | | Warranty | | | | |
| **Teresa Stafford Scherer** **116 Oriel Avenue** **Nashville, TN 37210** | - | | | X | X | | 0.00 |
| Account No. **5131504** | | | Warranty | | | | |
| **Teresa Tagliaferri** **143 Redbud Lane** **Hedgesville, WV 25427** | - | | | X | X | | 0.00 |
| Account No. **5127205** | | | Warranty | | | | |
| **Teresa Taylor** **1188 Sippy Road** **Manns Choice, PA 15550** | - | | | | | | 189.54 |

Sheet no. **4465** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — **189.54**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5087303** | | | | | Warranty | | | | |
| **Teresa Wooten** **55 Main Street** **Chauncey, OH 45719** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5093146** | | | | | Warranty | | | | |
| **Teresa Zink** **115 Biddle Road** **Paoli, PA 19301** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5117830** | | | | | Warranty | | | | |
| **Terese Aileen Scamack** **219 Township Road** **Oxford, PA 19363** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5044597** | | | | | Warranty | | | | |
| **Teressa Duffy** **1720 E. Verde Lane** **Phoenix, AZ 85016** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5125099** | | | | | Warranty | | | | |
| **Terica Britt** **463 Third Street** **Clairton, PA 15025** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4466** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5105030 | | | | Warranty | | | | |
| Terra Delores Patterson 419 Nicklaus Lane Fort Mill, SC 29715 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086923 | | | | Warranty | | | | |
| Terra Stackhouse 842 Pineway Drive Worthington, OH 43085 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5095828 | | | | Warranty | | | | |
| Terrance  Hardman 501 Chews Landing Rd Sicklerville, NJ 08081 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108531 | | | | Warranty | | | | |
| Terrance Butler 27 Wesley Lane Burlington, NJ 08016 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129376 | | | | Warranty | | | | |
| Terrance Dundy 120 Kennedy Street Darlington, SC 29540 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4467** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108859** | | | | Warranty | | | | |
| **Terrance E Ryan**<br>**1010 Iron Stone Road**<br>**Boyerstown, PA 19512** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110669** | | | | Warranty | | | | |
| **Terrance G Suber**<br>**7707 Hamilton Avenue**<br>**Pittsburgh, PA 15208** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129164** | | | | Warranty | | | | |
| **Terrance J Seith**<br>**6210 Lewis St**<br>**Madison, OH 44057** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115444** | | | | Warranty | | | | |
| **Terrance L Acox**<br>**309 Palmetto Springs Road**<br>**Columbia, SC 29229** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130468** | | | | Warranty | | | | |
| **Terrance L Jenkins**<br>**140 Rice St**<br>**Neeses, SC 29107** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4468** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
                (Total of this page)         0.00

In re   **Great Lakes Warranty Corporation**                 ,    Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094049** | | | **Warranty** | | | | |
| **Terrance L Lewis** **54 Millview St** **Uniontown, PA 15401** | | - | | X | X | | 0.00 |
| Account No. **5113825** | | | **Warranty** | | | | |
| **Terrance P Martin** **3837 Hiawatha Street** **Pittsburgh, PA 15212** | | - | | X | X | | 0.00 |
| Account No. **5103316** | | | **Warranty** | | | | |
| **Terrasa M Valenti** **1180 Holley Street** **Westmoreland City, PA 15692** | | - | | | | | 548.70 |
| Account No. **5094693** | | | **Warranty** | | | | |
| **Terrell Franklin Sease** **232 Charlwood Rd** **Irmo, SC 29063** | | - | | | | | 255.49 |
| Account No. **5131853** | | | **Warranty** | | | | |
| **Terrence Callahan** **2251 South Fort Apache #2140** **Las Vegas, NV 89117** | | - | | X | X | | 0.00 |

Sheet no. **4469** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      804.19

In re **Great Lakes Warranty Corporation**         Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5114318 | | | Warranty | | | | |
| Terrence Campbell 7810 N 14th Place #2090 Phoenix, AZ 85020 | - | | | | | | 400.40 |
| Account No. 5124822 | | | Warranty | | | | |
| Terrence OToole 311 Linnview Ave Pittsburgh, PA 15210 | - | | | | | | 60.00 |
| Account No. 5114354 | | | Warranty | | | | |
| Terri Binn 100 Oakbrook Village Rd Columbia, SC 29223 | - | | | X | X | | 0.00 |
| Account No. 5105124 | | | Warranty | | | | |
| Terri D Sweet 1320 Sandy Betts Road Nesbit, MS 38651 | - | | | X | X | | 0.00 |
| Account No. 5112600 | | | Warranty | | | | |
| Terri Epley 1180 Kuther Road South Sidney, OH 45365 | - | | | X | X | | 0.00 |

Sheet no. **4470** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **460.40**

In re   **Great Lakes Warranty Corporation**                      ,      Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129080** | | | Warranty | | | | |
| **Terri Fulton**<br>**12405 Rt 286**<br>**Commodore, PA 15729** | - | | | X | X | | 0.00 |
| Account No. **5127959** | | | Warranty | | | | |
| **Terri Glaze**<br>**HC63 Box 3285**<br>**Romney, WV 26757** | - | | | X | X | | 0.00 |
| Account No. **5120191** | | | Warranty | | | | |
| **Terri Gotschall**<br>**200 Country Road 3**<br>**Rayland, OH 43943** | - | | | X | X | | 0.00 |
| Account No. **5128845** | | | Warranty | | | | |
| **Terri Harrison**<br>**1172 Perkins Terrace**<br>**Memphis, TN 38117** | - | | | X | X | | 0.00 |
| Account No. **5123393** | | | Warranty | | | | |
| **Terri L Bennett**<br>**10121 Co Rd 44**<br>**East Liberty, OH 43319** | - | | | X | X | | 0.00 |

Sheet no. **4471** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5115708** | | | | Warranty | | | | |
| **Terri L Johnson** **429 Large Avenue** **Clairton, PA 15025** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106280** | | | | Warranty | | | | |
| **Terri L Jones** **17378 Bell Rd** **Billfield, OH 45761** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092591** | | | | Warranty | | | | |
| **Terri L Kerr** **7004 Wyndham Point Lane** **Knoxville, TN 37931** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115710** | | | | Warranty | | | | |
| **Terri L Mathews** **2015 Larkins Way** **Pittsburgh, PA 15203** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093858** | | | | Warranty | | | | |
| **Terri L McIntyre** **3707 Mollane Street NW** **Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4472** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                    0.00

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5114609 | | | | Warranty | | | | |
| Terri L Morrow 307 Bershires Lane Apollo, PA 15613 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106357 | | | | Warranty | | | | |
| Terri L Riegle 1946 Sohn Road Aliquippa, PA 15001 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113283 | | | | Warranty | | | | |
| Terri L Smith 8206 Crown Brook Circle Franklin, TN 37067 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5083319 | | | | Warranty | | | | |
| Terri L Tallarico 1109 Warren Avenue Arnold, PA 15068 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108720 | | | | Warranty | | | | |
| Terri Mangan 1215 Lawrence Road NE Canton, OH 44705 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4473** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132472** | | | Warranty | | | | |
| **Terri Mogel** **1016 North 12th Street** **Reading, PA 19604** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119148** | | | Warranty | | | | |
| **Terrill Brown** **178 W Cheltenham Ave** **Philadelphia, PA 19120** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5127726** | | | Warranty | | | | |
| **Terrill Harris** **500 Alysia Ct** **Rock Hill, SC 29730** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114574** | | | Warranty | | | | |
| **Terrill J Vidale** **1917 Youll Street  Apt 14** **Niles, OH 44446** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113274** | | | Warranty | | | | |
| **Terrill J Williams** **707 Webster Terrace** **Pittsburgh, PA 15219** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4474** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,    Case No. _____
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132320** | | | | **Warranty** | | | | |
| **Terry Casto** **7554 SR 9** **Handoverton, OH 44423** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088512** | | | | **Warranty** | | | | |
| **Terry Cohen** **2100 Arms Drive** **Girard, OH 44420** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106472** | | | | **Warranty** | | | | |
| **Terry Keenan** **601 Westbourne Road** **West Chester, PA 19382** | - | | | | | | | |
| | | | | | | | | 2,544.00 |
| Account No. **5076625** | | | | **Warranty** | | | | |
| **Terry A Quicksall** **933 Pugh Road** **Mansfield, OH 44905** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131051** | | | | **Warranty** | | | | |
| **Terry Barker** **2070 Countrywood Drive** **Jacksonville, NC 28540** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4475** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                            Subtotal      | **2,544.00**
                      (Total of this page)

In re __**Great Lakes Warranty Corporation**_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132131** | | | **Warranty** | | | | |
| **Terry Brannum** **438 William Wallace Drive** **Franklin, TN 37064** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5105223** | | | **Warranty** | | | | |
| **Terry Budd** **120 Lynnhurst Circle** **Wexford, PA 15090** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5126218** | | | **Warranty** | | | | |
| **Terry Bush** **1242 Blue Johnson Road** **Hopkins, SC 29061** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5092333** | | | **Warranty** | | | | |
| **Terry Coffey** **322 North Nevada Way** **Gilbert, AZ 85233** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5105608** | | | **Warranty** | | | | |
| **Terry D August** **906 Sycamore Street** **Celina, OH 45822** | - | | | | | | |
| | | | | | | | **622.98** |

Sheet no.**4476** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**622.98**

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5090396** | | | | **Warranty** | | | | |
| **Terry D Martin** **1143 Northern Boulevard  Box 243** **Clarks Summitt, PA 18411** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128049** | | | | **Warranty** | | | | |
| **Terry D Washington** **6012 Draft Horse Dr** **N Las Vegas, NV 89081** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105676** | | | | **Warranty** | | | | |
| **Terry Davis** **6630 Campground Road** **Covington, TN 38019** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125190** | | | | **Warranty** | | | | |
| **Terry Davis** **4272 Davis Lane** **Sierra Vista, AZ 85635** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119769** | | | | **Warranty** | | | | |
| **Terry Edwin Glasgow** **24 Simpson St  PO Box 48** **Smithmill, PA 16680** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**4477**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5130555 | | | Warranty | | | | |
| Terry Ellyson II 10 Vanhorn Drive Glenville, WV 26351 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5105586 | | | Warranty | | | | |
| Terry Garofolo Box 5393 Lake Ariel, PA 18436 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5131719 | | | Warranty | | | | |
| Terry Gholson 3921 San Esteban Avenue North Las Vegas, NV 89084 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5096504 | | | Warranty | | | | |
| Terry Green 3789 N Advantage Way Memphis, TN 38128 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5127526 | | | Warranty | | | | |
| Terry Holthouse 136 Wright Street Corry, PA 16407 | - | | | | | | |
| | | | | | | | 0.00 |

Sheet no. **4478** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5104640** | | | | Warranty | | | | |
| **Terry Hoyer**<br>**1513 Palm Street**<br>**Reading, PA 19604** | - | | | | X | X | | 0.00 |
| Account No. **5098107** | | | | Warranty | | | | |
| **Terry Hunter**<br>**113 Kimerc Court**<br>**W Cola, SC 29170** | - | | | | X | X | | 0.00 |
| Account No. **5061862** | | | | Warranty | | | | |
| **Terry Huth**<br>**6 Cypress Dr**<br>**Apollo, PA 15613** | - | | | | | | | 112.00 |
| Account No. **5072971** | | | | Warranty | | | | |
| **Terry J Haycox**<br>**10230 Blackstock Road**<br>**Huntersville, NC 28078** | - | | | | X | X | | 0.00 |
| Account No. **5091838** | | | | Warranty | | | | |
| **Terry K Foster Jr**<br>**312 Oakland Avenue**<br>**Charleroi, PA 15022** | - | | | | X | X | | 0.00 |

Sheet no.**4479** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **112.00**

In re **Great Lakes Warranty Corporation** ,     Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5110839** <br><br> **Terry K Smith** <br> **8061 Meadowlark Place** <br> **Bartlett, TN 38133** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5117424** <br><br> **Terry L Adams** <br> **105 Circle Street  PO Box 131** <br> **Perryopolis, PA 15473** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5115071** <br><br> **Terry L Brewer** <br> **103 Second Avenue** <br> **Canonsburg, PA 15317** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5132559** <br><br> **Terry L Carter** <br> **804 Jefferson Walk Circle** <br> **Jefferson, GA 30549** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5101284** <br><br> **Terry L Halteman** <br> **4110 Seventh Avenue** <br> **Temple, PA 19560** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **4480** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

In re  **Great Lakes Warranty Corporation**                                    ,      Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5083137** | | | **Warranty** | | | | |
| **Terry L Kreiser**<br>**8 W Jefferson Avenue**<br>**Myerstown, PA 17067** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5096784** | | | **Warranty** | | | | |
| **Terry L Martin**<br>**340 Spring Garden Street**<br>**Ephrata, PA 17522** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5083901** | | | **Warranty** | | | | |
| **Terry L Porch**<br>**426 Buckingham Blvd**<br>**Gallatin, TN 37066** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5090708** | | | **Warranty** | | | | |
| **Terry L Thompson**<br>**206 Laurel Hill Court**<br>**Smyrna, TN 37167** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5128028** | | | **Warranty** | | | | |
| **Terry L. Armfield**<br>**240 Apple Branch Lane**<br>**Boiling Spring, SC 29316** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **4481** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095549** | | | Warranty | | | | |
| **Terry Lee Box** **13 Harrington Court** **Columbia, SC 29223** | - | | | X | X | | 0.00 |
| Account No. **5071972** | | | Warranty | | | | |
| **Terry Lee Gibson** **529 North 83rd Street** **Mesa, AZ 85207** | - | | | X | X | | 0.00 |
| Account No. **5119786** | | | Warranty | | | | |
| **Terry Lohr** **555 Bell Memorial Church Rd** **Latrobe, PA 15650** | - | | | X | X | | 0.00 |
| Account No. **5111961** | | | Warranty | | | | |
| **Terry Lynn McBride** **121 Bell Drive** **Simpsonville, SC 29681** | - | | | X | X | | 0.00 |
| Account No. **5105859** | | | Warranty | | | | |
| **Terry M Tankersley** **210 Spring Street  H1** **Blountville, TN 37617** | - | | | | | | 135.69 |

Sheet no. **4482** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

135.69

In re __Great Lakes Warranty Corporation_____,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5097784** | | | | **Warranty** | | | | |
| **Terry Marlin** **1837 Lewisburg Pike** **Franklin, TN 37064** | - | | | | | | | 218.32 |
| Account No. **5109924** | | | | **Warranty** | | | | |
| **Terry Merril Cox** **200 S Front Street** **Philipsburg, PA 16866** | - | | | | X | X | | 0.00 |
| Account No. **5093453** | | | | **Warranty** | | | | |
| **Terry Morgan** **1927 S York Street** **Mechanicsburg, PA 17055** | - | | | | | | | 20.53 |
| Account No. **5107537** | | | | **Warranty** | | | | |
| **Terry Mowery** **866 Cherrydale Ave** **Columbus, OH 43207** | - | | | | X | X | | 0.00 |
| Account No. **5117625** | | | | **Warranty** | | | | |
| **Terry Neely** **1216 E Williams** **Las Vegas, NV 89080** | - | | | | X | X | | 0.00 |

Sheet no. __4483__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

238.85

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5131633** | | | | | **Warranty** | | | | |
| **Terry Peck** **766 Lafayette Road Apt B** **Medina, OH 44256** | - | | | | | X | X | | 0.00 |
| Account No. **5129950** | | | | | **Warranty** | | | | |
| **Terry Riggs** **7208 Kingsridge** **East Liverpool, OH 43920** | - | | | | | X | X | | 0.00 |
| Account No. **5124257** | | | | | **Warranty** | | | | |
| **Terry Roudebush** **31242 Haessley Road** **Hanoverton, OH 44423** | - | | | | | | | | 717.99 |
| Account No. **5128589** | | | | | **Warranty** | | | | |
| **Terry Russell** **14 Clark Avenue** **Shelby, OH 44875** | - | | | | | X | X | | 0.00 |
| Account No. **5110931** | | | | | **Warranty** | | | | |
| **Terry Safer** **104 North Dames Avenue** **Gallatin, TN 37066** | - | | | | | X | X | | 0.00 |

Sheet no. **4484** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

717.99

In re **Great Lakes Warranty Corporation** ,                 Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5070846** | | | Warranty | | | | |
| **Terry Sparks** **13305 W Mulberry Dr** **Litchfield Park, AZ 85340** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5129025** | | | Warranty | | | | |
| **Terry Spencer** **2558 2nd St  PO Box 24** **Syracuse, OH 45779** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5079195** | | | Warranty | | | | |
| **Terry T Lawson** **9412 Barkley Manor CV** **Collierville, TN 38017** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5076120** | | | Warranty | | | | |
| **Terry Tapp** **1545 E Indian School** **Phoenix, AZ 85014** | - | | | | | | |
| | | | | | | | **291.50** |
| Account No. **5131702** | | | Warranty | | | | |
| **Terry Tatro** **107 Ferris Lane** **Doylestown, PA 18901** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **4485** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**291.50**

In re **Great Lakes Warranty Corporation**         Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5114664 | | | Warranty | | | | |
| Terry Underwood 4 Jersey Dr Moundsville, WV 26041 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5129204 | | | Warranty | | | | |
| Terry W Kratz Jr 14 E Broad St  PO Box 146 Trumbauersville, PA 18970 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5099588 | | | Warranty | | | | |
| Terry W Terrill Jr 1620 Oakhall Drive Brentwood, TN 37027 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5114789 | | | Warranty | | | | |
| Terushia Jackson 1919 Reynoldsdale Road New Paris, PA 15554 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5115786 | | | Warranty | | | | |
| Tesilyn D Groves P.O. Box 194 The Plains, OH 45780 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4486** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re __Great Lakes Warranty Corporation_____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5081756** | | | | | **Warranty** | | | | |
| **Tess Cremeens**<br>**5454 Union Shelby Road**<br>**Piqua, OH 45356** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5127809 | | | | | **Warranty** | | | | |
| **Tetsuya Sakagami**<br>**7575 Pinehurst Drive**<br>**Cincinnati, OH 45244** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5114488 | | | | | **Warranty** | | | | |
| **Tetyana Panchuk**<br>**750 Sanford Street  Apt B2**<br>**Philadelphia, PA 19116** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5129144 | | | | | **Warranty** | | | | |
| **Teyona Hills**<br>**3700 New Jersey Avenue Apt H7**<br>**Wildwood, NJ 08260** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5066795 | | | | | **Warranty** | | | | |
| **Thad Dugan**<br>**2025 South Saint David Drive**<br>**Tucson, AZ 85713** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.__4487__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5129038 | | Warranty | | | | | | |
| Thad Knisely 170 Miller Fram Road New Paris, PA 15554 | - | | | | X | X | | 0.00 |
| Account No. 5098223 | | Warranty | | | | | | |
| Thaddaeus A Gormas 1214 Chester Road Lansing, MI 48912 | - | | | | X | X | | 0.00 |
| Account No. 5132180 | | Warranty | | | | | | |
| Thaddeus Abbott 4019 Sharoden Drive York, PA 17408 | - | | | | X | X | | 0.00 |
| Account No. 5064419 | | Warranty | | | | | | |
| Thadeus L Davis 4050 Park Fulton Oval #224 Cleveland, OH 44144 | - | | | | X | X | | 0.00 |
| Account No. 5112028 | | Warranty | | | | | | |
| Thames Hillman 5008 Anchorstone Drive Woodbridge, VA 22192 | - | | | | | | | 504.50 |

Sheet no. **4488** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    504.50

In re  **Great Lakes Warranty Corporation**                                     ,     Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5065766** | | | | | **Warranty** | | | | |
| **Thanh C. Au** **3858 Kenway Boulevard** **Uniontown, OH 44685** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5097850** | | | | | **Warranty** | | | | |
| **Thasha Jones** **1713 Hillcrest Drive East** **Madisonville, KY 42431** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5118210** | | | | | **Warranty** | | | | |
| **That Vy** **316 W Nedro Ave** **Philadelphoa, PA 19120** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5097695** | | | | | **Warranty** | | | | |
| **The Clarity Group Inc** **122 Crosswell Acres Court** **Easley, SC 29640** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5062743** | | | | | **Warranty** | | | | |
| **The Gabriel Trust** **5809 Bent Creek Trail** **Dallas, TX 75252** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **4489** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

In re   **Great Lakes Warranty Corporation**                      ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5115947** | | | | **Warranty** | | | | |
| **The Gaffer Baron Corp** **1715 Green Valley Road** **Havertown, PA 19083** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5069921** | | | | **Warranty** | | | | |
| **The Green Ridge Fund, Inc.** **310 South Green Ridge Rd** **Liberty Lake, WA 99019** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129255** | | | | **Warranty** | | | | |
| **The Meadows LV LLC** **4300 Del Monte Ave** **Las Vegas, NV 89102** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5130283** | | | | **Warranty** | | | | |
| **The Robbins Company** **29100 Hall St** **Solon, OH 44139** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129706** | | | | **Warranty** | | | | |
| **Thea S Bennetti** **PO Box 7882** **Bloomington, IN 47407** | - | | | | | | | |
| | | | | | | | | **385.00** |

Sheet no. **4490** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                Subtotal
          (Total of this page)    **385.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com         Best Case Bankruptcy

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120013** | | | Warranty | | | | |
| **Thelma Ann West** **3658 Salina Rd** **Philadelphia, PA 19154** | - | | | X | X | | 0.00 |
| Account No. **5102478** | | | Warranty | | | | |
| **Thelma E Strealy** **12 Oak Street** **Bessemer, PA 16112** | - | | | X | X | | 0.00 |
| Account No. **5091779** | | | Warranty | | | | |
| **Thelma J Possey** **14305 Lorain Avenue #203** **Cleveland, OH 44111** | - | | | X | X | | 0.00 |
| Account No. **5130185** | | | Warranty | | | | |
| **Thelma Polano** **192 Western Avenue** **Mansfield, OH 44906** | - | | | X | X | | 0.00 |
| Account No. **5113258** | | | Warranty | | | | |
| **Theo L Baldwin** **313 Maccassar Drive** **Pittsburgh, PA 15236** | - | | | X | X | | 0.00 |

Sheet no. **4491** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126244** | | | | **Warranty** | | | | |
| **Theo Laughner**<br>**3120 Autumn Oaks Circle**<br>**Kodak, TN 37764** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122367** | | | | **Warranty** | | | | |
| **Theodore  Baker Jr**<br>**4 Logan Rd**<br>**Dillsburg, PA 17019** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122230** | | | | **Warranty** | | | | |
| **Theodore A Sabotka**<br>**152 Reaghard Dr**<br>**Cheswick, PA 15024** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125043** | | | | **Warranty** | | | | |
| **Theodore A Tom Jr**<br>**2026 High St**<br>**Portsmouth, OH 45662** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123213** | | | | **Warranty** | | | | |
| **Theodore A Tom Sr**<br>**7655 Glenwood Ave**<br>**Canal Winchester, OH 43110** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4492** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re **Great Lakes Warranty Corporation**                     Case No. _____

_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5116811 | | | | Warranty | | | | |
| Theodore Aaron Ferris 36795 N 28th Street Cave Creek, AZ 85331 | | - | | | X | X | | 0.00 |
| Account No. 5123276 | | | | Warranty | | | | |
| Theodore Brower 11112 Towood Rd Kingsville, MD 21087 | | - | | | X | X | | 0.00 |
| Account No. 5080901 | | | | Warranty | | | | |
| Theodore Chen 1381 Oak Avenue Redwood City, CA 94061 | | - | | | X | X | | 0.00 |
| Account No. 5087906 | | | | Warranty | | | | |
| Theodore J Reed Sr 10 Hogsett Lane Uniontown, PA 15401 | | - | | | X | X | | 0.00 |
| Account No. 5082887 | | | | Warranty | | | | |
| Theodore J Chergi 3 Alexis Street Pittsburgh, PA 15207 | | - | | | X | X | | 0.00 |

Sheet no. **4493** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __**Great Lakes Warranty Corporation**_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5111402** | | | | **Warranty** | | | | |
| **Theodore Jenkins Jr** **430 Main Drive** **Aiken, SC 29801** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131726** | | | | **Warranty** | | | | |
| **Theodore Johnson** **918 West First Street** **Oil City, PA 16301** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086665** | | | | **Warranty** | | | | |
| **Theodore M Trulson** **16636 E Jacklin Drive** **Fountain Hills, AZ 85268** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105571** | | | | **Warranty** | | | | |
| **Theodore R Keith** **60 Brookhill Circle** **Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111193** | | | | **Warranty** | | | | |
| **Theodore Ristoff** **239 Eden Avenue NW** **Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4494** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5113818 | | | | | Warranty | | | | |
| Theoff Robison 15119 North 29th Place Phoenix, AZ 85032 | - | | | | | | | | 467.26 |
| Account No. 5095476 | | | | | Warranty | | | | |
| Thera L Davis 389 Travis Drive Riverside, OH 45431 | - | | | | | X | X | | 0.00 |
| Account No. 5062661 | | | | | Warranty | | | | |
| Theresa Hammons 647 Britton Avenue Dayton, OH 45429 | - | | | | | X | X | | 0.00 |
| Account No. 5106691 | | | | | Warranty | | | | |
| Theresa A Cavanagh 58 Price Ave Lansdowne, PA 19050 | - | | | | | X | X | | 0.00 |
| Account No. 5103550 | | | | | Warranty | | | | |
| Theresa A Conger 310 S Front Street Wrightsville, PA 17368 | - | | | | | X | X | | 0.00 |

Sheet no. **4495** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          467.26

In re   **Great Lakes Warranty Corporation**                              ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127244** | | **Warranty** | | | | | | |
| **Theresa A Elwell** **7466 Lone Lane** **Coopersburg, PA 18036** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084990** | | **Warranty** | | | | | | |
| **Theresa A Moore** **3795 Mt Pleasant #21** **North Canton, OH 44720** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104420** | | **Warranty** | | | | | | |
| **Theresa A Orsino** **288 McPherson Road** **Oil City, PA 16301** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126416** | | **Warranty** | | | | | | |
| **Theresa A Paul** **2338 Lincoln Way NW** **Massillon, OH 44647** | - | | | | | | | |
| | | | | | | | | 127.50 |
| Account No. **5101216** | | **Warranty** | | | | | | |
| **Theresa A Seitner** **4425 Bellemeade Dr** **Bellbrook, OH 45305** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4496** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    127.50

In re **Great Lakes Warranty Corporation** , Case No. _____

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5110583 | | | | | Warranty | | | | |
| Theresa A Shaffer 43200 Eastman Ridge Pomeroy, OH 45769 | - | | | | | X | X | | 0.00 |
| Account No. 5086106 | | | | | Warranty | | | | |
| Theresa A Zouck 11200 Sharrott Road North Lima, Oh 44452 | - | | | | | X | X | | 0.00 |
| Account No. 5115811 | | | | | Warranty | | | | |
| Theresa Arrington Parris 315  B Drive West Mifflin, PA 15122 | - | | | | | | | | 60.99 |
| Account No. 5131710 | | | | | Warranty | | | | |
| Theresa Barry 2703 Josephine Street Pittsburgh, PA 15203 | - | | | | | X | X | | 0.00 |
| Account No. 5101952 | | | | | Warranty | | | | |
| Theresa Bills 395 Eagle Rock Rd Oil City, PA 16301 | - | | | | | X | X | | 0.00 |

Sheet no. **4497** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **60.99**

In re **Great Lakes Warranty Corporation**         Case No. _____

                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5119370 | | | Warranty | | | | |
| Theresa F Lewis 226 Greenwood Dr New Brighton, PA 15066 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5127210 | | | Warranty | | | | |
| Theresa Fazio 230 Cleveland Avenue Pittsburgh, PA 15202 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5131220 | | | Warranty | | | | |
| Theresa Finocchiaro 335 Florence Ave Westville, NJ 08093 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5087783 | | | Warranty | | | | |
| Theresa Flora 265 Parkfield Street Pittsburgh, PA 15210 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5120737 | | | Warranty | | | | |
| Theresa Gans 159 Dennisville Rd Cape May Court House, NJ 08210 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4498** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5124232 | | | Warranty | | | | |
| Theresa Gay Brown 1304 Bristol Caverns Hwy Bristol, TN 37620 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5132506 | | | Warranty | | | | |
| Theresa Grogan 309 Middleland Ave Charleroi, PA 15022 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5118216 | | | Warranty | | | | |
| Theresa Hinkle 1605 Smith Rd Ashland, OH 44805 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5111164 | | | Warranty | | | | |
| Theresa K Ferko 11177 Firethorn Road Wattsburg, PA 16442 | - | | | | | | |
| | | | | | | | 380.00 |
| Account No. 5125526 | | | Warranty | | | | |
| Theresa L Meyer 6916 Cornell Rd Athens, OH 45701 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4499** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                     **380.00**

In re    **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5125573** | | | | **Warranty** | | | | |
| **Theresa L. Bergunzi Clark** **228A Yencer St** **Baltimore, OH 43105** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105485** | | | | **Warranty** | | | | |
| **Theresa Leech** **163 Main St** **New Eagle, PA 15067** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5099822** | | | | **Warranty** | | | | |
| **Theresa Loughrey** **1021 Anna Lane** **Sellersville, PA 18960** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131519** | | | | **Warranty** | | | | |
| **Theresa M Cuciak** **11199 Barrington Blvd** **Parma Hts, OH 44130** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114527** | | | | **Warranty** | | | | |
| **Theresa M Lynch** **28 S Water Street** **Hummelstown, PA 17036** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4500** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5113204 | | | | Warranty | | | | |
| Theresa M Medaugh 252 Touvelle Celina, OH 45822 | | - | | | X | X | | 0.00 |
| Account No. 5111156 | | | | Warranty | | | | |
| Theresa M Peterman 19869 Creek Rd Wattsburg, PA 16442 | | - | | | X | X | | 0.00 |
| Account No. 5126446 | | | | Warranty | | | | |
| Theresa Mammenga 5800 Longview St SW Massillon, OH 44646 | | - | | | X | X | | 0.00 |
| Account No. 5106858 | | | | Warranty | | | | |
| Theresa Maxfield 2255 Ellen Avenue Parkville, MD 21234 | | - | | | X | X | | 0.00 |
| Account No. 5108140 | | | | Warranty | | | | |
| Theresa Mergler P.O. Box 1074 Waterford, PA 16441 | | - | | | X | X | | 0.00 |

Sheet no. **4501** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5115972 | | | | Warranty | | | | |
| Theresa N Meyer 716 Penn Avenue New Brighton, PA 15066 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120367 | | | | Warranty | | | | |
| Theresa O Robinson 327 Latrobe St Youngstown, PA 15696 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109996 | | | | Warranty | | | | |
| Theresa Orsini 4638 W Moon Blossom Lane Glendale, AZ 85310 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090464 | | | | Warranty | | | | |
| Theresa R Butler 503 Terrace Drive McKees Rocks, PA 15136 | | - | | | | | | |
| | | | | | | | | 1,034.62 |
| Account No. 5072008 | | | | Warranty | | | | |
| Theresa Rewald 114 Sandra Avenue Willow Grove, PA 19090 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4502** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,034.62

In re   **Great Lakes Warranty Corporation**           ,     Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5116211** | | | | **Warranty** | | | | |
| **Theresa S DeGarmo<br>208 Beaver Drive<br>Bellmawr, NJ 08031** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5065651** | | | | **Warranty** | | | | |
| **Theresa Schock<br>2040 Tennyson NE  Apt 5<br>Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5080602** | | | | **Warranty** | | | | |
| **Theresa Shaw<br>3113 Ohio Drive<br>Lower Burrell, PA 15068** | - | | | | | | | |
| | | | | | | | | **1,750.00** |
| Account No. **5065686** | | | | **Warranty** | | | | |
| **Theresa Shields<br>208 Connecticut Drive<br>Lower Burrell, PA 15068** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124558** | | | | **Warranty** | | | | |
| **Theresa Stumbo<br>108 McKinney Place<br>Shelby, OH 44875** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4503** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,750.00**

In re **Great Lakes Warranty Corporation**  Case No. _____
                                        ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5056566** | | | | Warranty | | | | |
| **Theresa Wilksen** **236 S Elm Ave** **Ripon, CA 95366** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106296** | | | | Warranty | | | | |
| **Therese Blackwell** **11450 E. Ellis Street** **Mesa, AZ 85207** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113385** | | | | Warranty | | | | |
| **Therese Jezzi** **112 Lewis Drive** **Pittsburgh, PA 15235** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132052** | | | | Warranty | | | | |
| **Theresia Tevyaw** **1129 Westwood Drive** **LAs Vegas, NV 89102** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104144** | | | | Warranty | | | | |
| **Theron W Arrington** **150 Kendrick Lane Box 421015** **Flinton, PA 16640** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4504** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5128154 | | | | Warranty | | | | |
| Thi Ngoi Nguyen 1111 San Jose Lane Hanahan, SC 29410 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116423 | | | | Warranty | | | | |
| Thiago Tiberio 698 Undercliff Ave Edgewater, NJ 07020 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132096 | | | | Warranty | | | | |
| Thomas Caliguire 104 Merwood Drive Pittsburgh, PA 15214 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5049715 | | | | Warranty | | | | |
| Thomas Cancelleri III 20740 Rainsboro Drive Ashburn, VA 20147 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5069767 | | | | Warranty | | | | |
| Thomas Clark 1333 Timberland Dr Lima, OH 45805 | - | | | | | | | |
| | | | | | | | | 159.95 |

Sheet no. **4505** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

159.95

In re **Great Lakes Warranty Corporation**        Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119726 | | | | Warranty | | | | |
| Thomas Eachues 2200 Main St Newberry, SC 29108 | | - | | | X | X | | 0.00 |
| Account No. 5119612 | | | | Warranty | | | | |
| Thomas Hoyt 1095 Blue Heron Nashville, TN 37221 | | - | | | X | X | | 0.00 |
| Account No. 5091889 | | | | Warranty | | | | |
| Thomas Leedom 2700 Indian Valley Road NW Radford, VA 24141 | | - | | | X | X | | 0.00 |
| Account No. 5097684 | | | | Warranty | | | | |
| Thomas Littlejohn 8 Seabrook Court Greenville, SC 29607 | | - | | | X | X | | 0.00 |
| Account No. 5072062 | | | | Warranty | | | | |
| Thomas Lowe 11 Old Bass River Road South Dennis, MA 02660 | | - | | | | | | 2,392.00 |

Sheet no. **4506** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **2,392.00**

In re **Great Lakes Warranty Corporation**                                      Case No. _____
                                                    ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127274** | | | | **Warranty** | | | | |
| **Thomas Padgett** **3164 Omega Dr** **Columbus, OH 43231** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119071** | | | | **Warranty** | | | | |
| **Thomas Schneider** **253 Fair Valley Rd** **Martinsburg, PA 16662** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122738** | | | | **Warranty** | | | | |
| **Thomas Sinclair** **9465 West Post Rd 1010** **Las Vegas, NV 89148** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122588** | | | | **Warranty** | | | | |
| **Thomas Wiegel** **5537 E 1200 St** **Bryant, IN 47326** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112216** | | | | **Warranty** | | | | |
| **Thomas Zimmerman** **917 Lawton Street** **Tarentum, PA 15084** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4507** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   0.00

In re **Great Lakes Warranty Corporation** ,                Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5105842** | | | Warranty | | | | |
| **Thomas A Brobst**<br>**335 South Front Street**<br>**Schuylkill Haven, PA 17972** | - | | | X | X | | 0.00 |
| Account No. **5099185** | | | Warranty | | | | |
| **Thomas A Carrill**<br>**176 South Main Street**<br>**Archbald, PA 18403** | - | | | X | X | | 0.00 |
| Account No. **5126418** | | | Warranty | | | | |
| **Thomas A Criss**<br>**1238 Dartmouth SW**<br>**Canton, OH 44710** | - | | | X | X | | 0.00 |
| Account No. **5118972** | | | Warranty | | | | |
| **Thomas A Darling**<br>**9673 Canal Dr**<br>**Hebron, OH 43025** | - | | | X | X | | 0.00 |
| Account No. **5102225** | | | Warranty | | | | |
| **Thomas A Gabriel**<br>**335 Mathews Way**<br>**New Castle, PA 16101** | - | | | | | | 210.69 |

Sheet no. **4508** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                210.69

In re **Great Lakes Warranty Corporation**  ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097341** | | | Warranty | | | | |
| **Thomas A Golubic** **199 Ridgewood Drive** **Youngstown, OH 44512** | - | | | X | X | | 0.00 |
| Account No. **5110999** | | | Warranty | | | | |
| **Thomas A Jernigan Jr** **320 Camp Green Lane** **Green Lane, PA 18054** | - | | | X | X | | 0.00 |
| Account No. **5116400** | | | Warranty | | | | |
| **Thomas A Mammana** **9709 Station Road** **Erie, PA 16510** | - | | | X | X | | 0.00 |
| Account No. **5094386** | | | Warranty | | | | |
| **Thomas A Middleton** **110 Freedom Valley Circle** **Coatesville, PA 19320** | - | | | X | X | | 0.00 |
| Account No. **5094341** | | | Warranty | | | | |
| **Thomas A Payne** **6614 Red Fox Road** **Reynoldsburg, OH 43068** | - | | | X | X | | 0.00 |

Sheet no.**4509** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**           ,     Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5074362** | | | | **Warranty** | | | | |
| **Thomas A Rein** **13534 Fairwinds Drive** **Strongsville, OH 44135** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101884** | | | | **Warranty** | | | | |
| **Thomas A Strouse** **68 Millers Road** **Schuylkill Haven, PA 17922** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098059** | | | | **Warranty** | | | | |
| **Thomas A Trent** **104 Rocky Road** **Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088722** | | | | **Warranty** | | | | |
| **Thomas A Witman** **28 S Wayne Street** **Robesonia, PA 19551** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084859** | | | | **Warranty** | | | | |
| **Thomas Ablas Jr** **29 Crosby Road** **Morgantown, WV 26508** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4510** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5062905** | | | | Warranty | | | | |
| **Thomas Adkins** **1010 Overton Lea Road** **Nashville, TN 37220** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5081435** | | | | Warranty | | | | |
| **Thomas Alven Hasdorff** **100 Arbor Tree Ct.** **Holly Springs, NC 27540** | - | | | | | | | |
| | | | | | | | | **1,825.50** |
| Account No. **5109782** | | | | Warranty | | | | |
| **Thomas Amato** **7569 Wilton Lane** **N Royalton, OH 44133** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5069748** | | | | Warranty | | | | |
| **Thomas Anderson** **319 Abbey Rd** **Kingsport, TN 37663** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089914** | | | | Warranty | | | | |
| **Thomas Anthony Bonacci** **3824 S Lacorta Drive** **Tempe, AZ 85282** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**4511** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,825.50**

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                                ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5117886 | | | | Warranty | | | | |
| Thomas B Miller 112 Prowell Dr Camp Hill, PA 17011 | - | | | | X | X | | 0.00 |
| Account No. 5100612 | | | | Warranty | | | | |
| Thomas B Weidensaul 240 Germanville Road Ashland, PA 17921 | - | | | | X | X | | 0.00 |
| Account No. 5103809 | | | | Warranty | | | | |
| Thomas Baird 2845 Lower Bellbrook Road Spring Valley, OH 45370 | - | | | | X | X | | 0.00 |
| Account No. 5097686 | | | | Warranty | | | | |
| Thomas Bautz 1414 Paradise View Drive Mansfield, OH 44905 | - | | | | X | X | | 0.00 |
| Account No. 5068891 | | | | Warranty | | | | |
| Thomas Bollman 330 Rayford Rd  Ste 367 Spring, TX 77386 | - | | | | | | | 1,048.36 |

Sheet no.**4512**  of **4906**  sheets attached to Schedule of          Subtotal          1,048.36
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

In re   **Great Lakes Warranty Corporation**      ,    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5112440** | | **Warranty** | | | | | | |
| **Thomas Bolt Jr**<br>**1834 Calistoga Street**<br>**Pittsburgh, PA 15221** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123179** | | **Warranty** | | | | | | |
| **Thomas Boyer**<br>**5401 Lakeview Dr.**<br>**Hubbard, OH 44425** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5108688** | | **Warranty** | | | | | | |
| **Thomas Boyle**<br>**1727 Ridge Road**<br>**Jeannette, PA 15644** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5095173** | | **Warranty** | | | | | | |
| **Thomas Bragg Jr.**<br>**4898 Oakvale Street SW**<br>**Canton, OH 44706** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126803** | | **Warranty** | | | | | | |
| **Thomas Brown**<br>**956 Union Avenue**<br>**Brackenridge, PA 15014** | - | | | | | | | |
| | | | | | | | | **238.39** |

Sheet no.<u>**4513**</u> of <u>**4906**</u> sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal            | **238.39**

(Total of this page)

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132787** | | | **Warranty** | | | | |
| **Thomas Buchanan** **6600 Pleasant Chapel** **Heath, OH 43056** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5097471** | | | **Warranty** | | | | |
| **Thomas Burke** **106 Lombard Street** **New Philadelphia, PA 17959** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5104408** | | | **Warranty** | | | | |
| **Thomas C Atheson** **544 Fairview Avenue** **Greensburg, PA 15601** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5093327** | | | **Warranty** | | | | |
| **Thomas C Gallardo** **PO Box 477** **Emmaus, PA 18049** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5089394** | | | **Warranty** | | | | |
| **Thomas C Gibson** **1003 Hogans Branch Road** **Hendersonville, TN 37075** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4514** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal
                                              (Total of this page)                          0.00

In re   **Great Lakes Warranty Corporation**                                     ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113624 | | | | Warranty | | | | |
| Thomas C Hoy 5505 Potters Lane Pipersville, PA 18947 | - | | | | X | X | | 0.00 |
| Account No. 5104413 | | | | Warranty | | | | |
| Thomas C Hurst 225 Stratford Road Painesville, OH 44077 | - | | | | X | X | | 0.00 |
| Account No. 5075362 | | | | Warranty | | | | |
| Thomas Carothers 35455 Gundy Ridge Road Scio, OH 43988 | - | | | | | | | 537.50 |
| Account No. 5127563 | | | | Warranty | | | | |
| Thomas Carter III 3962 Flowers Road Florence, SC 29505 | - | | | | X | X | | 0.00 |
| Account No. 5106190 | | | | Warranty | | | | |
| Thomas Castello 20 Fieldstone Drive Pittsburgh, PA 15220 | - | | | | X | X | | 0.00 |

Sheet no.**4515** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    537.50

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5131836 | | | | | Warranty | | | | |
| Thomas Cattalo 3554 Kyle Road Philadelphia, PA 19154 | - | | | | | X | X | | 0.00 |
| Account No. 5125157 | | | | | Warranty | | | | |
| Thomas cheatwood 39539 Long Run Road Graysville, OH 45734 | - | | | | | X | X | | 0.00 |
| Account No. 5112763 | | | | | Warranty | | | | |
| Thomas Churylo 102 Parker Road Bloomsburg, NJ 08804 | - | | | | | X | X | | 0.00 |
| Account No. 5127043 | | | | | Warranty | | | | |
| Thomas Clement 625 E. Bellrive Drive Chandler, AZ 85249 | - | | | | | X | X | | 0.00 |
| Account No. 5107905 | | | | | Warranty | | | | |
| Thomas Cook 525 Longleaf Road Summerville, SC 29483 | - | | | | | X | X | | 0.00 |

Sheet no. **4516** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5064195** | | | Warranty | | | | |
| **Thomas Cook** **824 Bellarbor Avenue Northwest** **Canton, OH 44708** | - | | | X | X | | 0.00 |
| Account No. **5104233** | | | Warranty | | | | |
| **Thomas Coons** **4091 Seventh Street Road** **New Kensington, PA 15068** | - | | | X | X | | 0.00 |
| Account No. **5051648** | | | Warranty | | | | |
| **Thomas Cooper** **720 Cedar St** **Erie, PA 16503** | - | | | X | X | | 0.00 |
| Account No. **5096289** | | | Warranty | | | | |
| **Thomas Crespo** **4539 Yates Road** **Bensalem, PA 19020** | - | | | X | X | | 0.00 |
| Account No. **5127572** | | | Warranty | | | | |
| **Thomas Curran III** **14 Kim Ct E** **Westerville, OH 43081** | - | | | X | X | | 0.00 |

Sheet no. **4517** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**          Case No. _____

                                                ,

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5128623 | | | | Warranty | | | | |
| Thomas D Harlan Sr 96 Yellow Run Rd Jim Thorpe, PA 18229 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104147 | | | | Warranty | | | | |
| Thomas D Abercrombe 203 Ravine Street Mingo Junction, OH 43438 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5079945 | | | | Warranty | | | | |
| Thomas D Altman 536 Jeffrey Avenue NW Massillon, OH 44646 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114704 | | | | Warranty | | | | |
| Thomas D Feisel 325 Lynwood Lane Lancaster, OH 43130 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106123 | | | | Warranty | | | | |
| Thomas D Holden 262 Watson Glen Drive Warminster, PA 18974 | - | | | | | | | |
| | | | | | | | | 620.00 |

Sheet no. **4518** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      620.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5092319** | | Warranty | | | | | | |
| **Thomas D MacDonald** **228 Autumn Drive** **Exton, PA 19341** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126169** | | Warranty | | | | | | |
| **Thomas Davenport** **5991 Diamond Avenue** **Dewittville, NY 14728** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131442** | | Warranty | | | | | | |
| **Thomas David Dennis** **195 Musser Rd  Apt D1** **East Earl, PA 17519** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117368** | | Warranty | | | | | | |
| **Thomas Davis** **159 Kendall Avenue  Apt 3** **Pittsburgh, PA 15202** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131199** | | Warranty | | | | | | |
| **Thomas Dennis** **723 Dennis Road** **Kershaw, SC 29067** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4519** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                   ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5110401** | | | | | **Warranty** | | | | |
| **Thomas DeRan** **1280 W Gail Drive** **Chandler, AZ 85224** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5126951** | | | | | **Warranty** | | | | |
| **Thomas Dowling** **1601 Shady Plain Road** **Apollo, PA 15613** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5124455** | | | | | **Warranty** | | | | |
| **Thomas Duddy** **1230 Brighton St** **Philadelphia, PA 19111** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5122861** | | | | | **Warranty** | | | | |
| **Thomas E  Leifell** **09228 Bay Rd** **New Knoxville, OH 45871** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5118775** | | | | | **Warranty** | | | | |
| **Thomas E Carsey** **10485 Porter Lane** **Athens, OH 45701** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4520** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5110069** | | | **Warranty** | | | | | |
| **Thomas E Day** **1931 Wertz Avenue SW** **Canton, OH 44706** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086837** | | | **Warranty** | | | | | |
| **Thomas E Dimitroff** **11770 Sinclair SW** **<Massillon, OH 44647** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5097226** | | | **Warranty** | | | | | |
| **Thomas E Dimitroff** **11770 Sinclair** **Massillon, OH 44647** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123456** | | | **Warranty** | | | | | |
| **Thomas E Hankin Jr** **403 River Rd** **Croyden, PA 19021** | - | | | | | | | |
| | | | | | | | | **825.50** |
| Account No. **5111934** | | | **Warranty** | | | | | |
| **Thomas E Henry Jr** **315 Harrison Avenue** **Vandergrift, PA 15690** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.__**4521**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**825.50**

In re **Great Lakes Warranty Corporation**                                      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5118610** | | | - | | **Warranty** | | | | |
| **Thomas E Lee** **1043 Ardmore Manor Dr** **Pittsburgh, PA 01521** | | | | | | | | | 435.28 |
| Account No. **5096949** | | | - | | **Warranty** | X | X | | |
| **Thomas E Lee** **88 Wood Road** **Pittsburgh, PA 15235** | | | | | | | | | 0.00 |
| Account No. **5096169** | | | - | | **Warranty** | | | | |
| **Thomas E Lemmon** **100 Vista Drive** **Canonsburg, PA 15317** | | | | | | | | | 349.00 |
| Account No. **5121245** | | | - | | **Warranty** | X | X | | |
| **Thomas E Mellott** **PO Box 89** **Clarington, OH 43915** | | | | | | | | | 0.00 |
| Account No. **5101650** | | | - | | **Warranty** | X | X | | |
| **Thomas E Miller** **PO Box 954  2159 Morgantown Road** **Hopwood, PA 15445** | | | | | | | | | 0.00 |

Sheet no.**4522** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 784.28

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5125010 | | Warranty | | | | | | |
| Thomas E Myers 470 Iceplant Rd Loretto, PA 15940 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113071 | | Warranty | | | | | | |
| Thomas E Reckner Sr 205 Cottage Avenue Lemont Furnace, PA 15456 | - | | | | | | | |
| | | | | | | | | 189.19 |
| Account No. 5094566 | | Warranty | | | | | | |
| Thomas E Sokolis 559 Newbury Court Sellersville, PA 18960 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5083641 | | Warranty | | | | | | |
| Thomas Easterday 43 S High Street Jeromesville, OH 44840 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129236 | | Warranty | | | | | | |
| Thomas Edward Webb 534 Franklin St  Apt B Freeport, PA 16229 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4523** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **189.19**

In re **Great Lakes Warranty Corporation**                          , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5059265** | | | Warranty | | | | |
| **Thomas Edwards** **2178 S 28th Ave** **Yuma, AZ 85364** | | - | | | | | |
| | | | | | | | **414.53** |
| Account No. 5131088 | | | Warranty | | | | |
| **Thomas Eynon** **1856 Luna Alegre** **Las Vegas, NV 89115** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5128297 | | | Warranty | | | | |
| **Thomas F Cela** **503 Bergerfield Way** **Fayetteville, NY 13066** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5114860 | | | Warranty | | | | |
| **Thomas F Whoulery** **764 Thomason Avenue** **Donora, PA 15033** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. 5107752 | | | Warranty | | | | |
| **Thomas Ferguson** **5440 W Glass Lane** **Laveen, AZ 85339** | | - | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**4524** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **414.53**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126779** | | | **Warranty** | | | | |
| **Thomas Fetters** **108 Meade Street** **Tyrone, PA 16686** | - | | | X | X | | 0.00 |
| Account No. **5073123** | | | **Warranty** | | | | |
| **Thomas Ford** **11 Carriage Oak Court** **Columbia, SC 29229** | - | | | X | X | | 0.00 |
| Account No. **5067495** | | | **Warranty** | | | | |
| **Thomas Fowler** **4537 Sheridan Ave** **Miami Beach, FL 33140** | - | | | | | | 2,023.41 |
| Account No. **5130820** | | | **Warranty** | | | | |
| **Thomas Francis** **13 Mende Street** **Trenton, TJ 08638** | - | | | X | X | | 0.00 |
| Account No. **5106549** | | | **Warranty** | | | | |
| **Thomas Franklin Tinker** **46 Nemeth Lane** **Clarington, PA 15828** | - | | | X | X | | 0.00 |

Sheet no. **4525** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,023.41

In re **Great Lakes Warranty Corporation**                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5112575 | | | | Warranty | | | | |
| Thomas Frazier 800 Bentley Drive Lexington, SC 29072 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127567 | | | | Warranty | | | | |
| Thomas Fritz 991 Cambridge Dr Manheim, PA 17545 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5064862 | | | | Warranty | | | | |
| Thomas Fuchel 219 Smith Way Pittsburgh, PA 15211 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5102588 | | | | Warranty | | | | |
| Thomas G Adkins 1010 Overton Lea Road Nashville, TN 37220 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5079707 | | | | Warranty | | | | |
| Thomas G Barnet 224 Muirfield Drive Spartanburg, SC 29306 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4526** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5118621 | | Warranty | | | | | | |
| Thomas G Milligan 1296 Morrow Rd Pittsburgh, PA 15241 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106229 | | Warranty | | | | | | |
| Thomas G Ross 3652 Upper Road Shamokin, PA 17872 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132401 | | Warranty | | | | | | |
| Thomas Gaither 170 N Franklin Street Prospect, PA 16052 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5131648 | | Warranty | | | | | | |
| Thomas Galiardo 726 Broad Street Emmaus, PA 18049 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132036 | | Warranty | | | | | | |
| Thomas Gault 214 N Timber Ridge Drive Harrisburg, PA 17110 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4527** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5077278 | | | | Warranty | | | | |
| Thomas Geisler 117 Canaveral Drive Penn Hills, PA 15235 | - | | | | X | X | | 0.00 |
| Account No. 5087681 | | | | Warranty | | | | |
| Thomas Godlewski 1350 West Second Lorain, OH 44052 | - | | | | X | X | | 0.00 |
| Account No. 5086190 | | | | Warranty | | | | |
| Thomas Goldinger 262 Acme Dam Road Acme, PA 15610 | - | | | | X | X | | 0.00 |
| Account No. 5070402 | | | | Warranty | | | | |
| Thomas Graham 1256 West Maple Ave Lanhorne, PA 19047 | - | | | | X | X | | 0.00 |
| Account No. 5119846 | | | | Warranty | | | | |
| Thomas Guislay 5006 Willock Rd Pittsburgh, PA 15236 | - | | | | X | X | | 0.00 |

Sheet no. **4528** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __Great Lakes Warranty Corporation_____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5093412** | | | **Warranty** | | | | |
| **Thomas H Best**<br>**11160 Detwiller Road**<br>**Columbiana, OH 44403** | - | | | X | X | | 0.00 |
| Account No. **5129449** | | | **Warranty** | | | | |
| **Thomas H Duncan**<br>**2622 Addison New Carlisle Rd**<br>**New Carlisle, OH 45344** | - | | | X | X | | 0.00 |
| Account No. **5108573** | | | **Warranty** | | | | |
| **Thomas H Krake**<br>**9616 Strausser**<br>**Canel Fulton, OH 44614** | - | | | X | X | | 0.00 |
| Account No. **5079970** | | | **Warranty** | | | | |
| **Thomas H Thurber**<br>**20 Deerfield Drive**<br>**Moscow, PA 18444** | - | | | | | | 651.95 |
| Account No. **5061095** | | | **Warranty** | | | | |
| **Thomas H. Savage**<br>**2158 Red Rock Drive**<br>**Beavercreek, OH 45431** | - | | | | | | 565.16 |

Sheet no.__4529__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,217.11

In re   **Great Lakes Warranty Corporation**                                              ,          Case No. _____

                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5128597** | | | **Warranty** | | | | |
| **Thomas Hall** **4118 Back Woods Road** **Westminster, MD 21158** | - | | | | | | **439.40** |
| Account No. **5124647** | | | **Warranty** | | | | |
| **Thomas Hawk** **620 Hartzell Rd** **New Castle, PA 16105** | - | | | X | X | | **0.00** |
| Account No. **5114350** | | | **Warranty** | | | | |
| **Thomas Helenske** **1044 Skyforest Dr** **Henderson, NV 89015** | - | | | X | X | | **0.00** |
| Account No. **5109251** | | | **Warranty** | | | | |
| **Thomas Hiles** **137 Cope Road** **Dunbar, PA 15431** | - | | | X | X | | **0.00** |
| Account No. **5131583** | | | **Warranty** | | | | |
| **Thomas Hoff** **1217 Valley Drive NW** **North Canton, OH 44720** | - | | | X | X | | **0.00** |

| | | |
|---|---|---|
| Sheet no.**4530** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **439.40** |

In re **Great Lakes Warranty Corporation**                                          ,     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5092464** | | | | | Warranty | | | | |
| **Thomas J Chesebrough III** **469 Shadybrook Circle** **Girard, PA 16417** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5124132** | | | | | Warranty | | | | |
| **Thomas J Colarik Jr** **355 Broadmeadows Blvd  Apt 108** **Columbus, OH 43214** | - | | | | | | | | |
| | | | | | | | | | 722.78 |
| Account No. **5104492** | | | | | Warranty | | | | |
| **Thomas J Fischer Jr** **17 Tope Street** **Burgettstown, PA 15021** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5040974** | | | | | Warranty | | | | |
| **Thomas J Gianatos** **P.O. Box 12334** **Charleston, SC 29422** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5125719** | | | | | Warranty | | | | |
| **Thomas J Hesch** **522 Nobel Ave** **Erie, PA 16511** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**4531** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

722.78

In re **Great Lakes Warranty Corporation**      Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5099187 | | | | Warranty | | | | |
| Thomas J Kirby Jr 27 Colony Drive Hazleton, PA 18202 | - | | | | X | X | | 0.00 |
| Account No. 5103668 | | | | Warranty | | | | |
| Thomas J Korb 2 High Ridge Road Irmo, SC 29063 | - | | | | | | | 300.67 |
| Account No. 5120960 | | | | Warranty | | | | |
| Thomas J Matea 2015 Broad Top Mountain Rd Saxton, PA 16678 | - | | | | X | X | | 0.00 |
| Account No. 5105366 | | | | Warranty | | | | |
| Thomas J Milavec Jr 1700 Grimes Road Mansfield, OH 44903 | - | | | | X | X | | 0.00 |
| Account No. 5087483 | | | | Warranty | | | | |
| Thomas J Orban 99 Monticello Drive Cheswick, PA 15024 | - | | | | X | X | | 0.00 |

Sheet no. **4532** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      300.67

In re **Great Lakes Warranty Corporation**                    ,          Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5092014** | | | | | Warranty | | | | |
| **Thomas J Reier** **10000 Pasco Montra Road** **Sidney, OH 45365** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5115742** | | | | | Warranty | | | | |
| **Thomas J Roberts** **5162 Highway 342** **Pontotoc, MS 38863** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5106488** | | | | | Warranty | | | | |
| **Thomas J Ryland** **337 Coolspring Jumonville Road** **Hopwood, PA 15445** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5100877** | | | | | Warranty | | | | |
| **Thomas J White** **4732 Ranier NW** **Massillon, OH 44646** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5125110** | | | | | Warranty | | | | |
| **Thomas Jendrzejewski** **PO Box 311** **Gilbert, PA 18331** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.__**4533**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5124980 <br><br> Thomas Johnson <br> 206 Mitchell Street <br> Kendallville, IN 45755 | | - | | Warranty | | | | 306.38 |
| Account No. 5107693 <br><br> Thomas Johnson <br> 283 S Main Street <br> Ambler, PA 19002 | | - | | Warranty | X | X | | 0.00 |
| Account No. 5124980 <br><br> Thomas Johnson <br> 206 Mitchell Street <br> Kendallville, IN 45755 | | - | | Warranty | X | X | | 0.00 |
| Account No. 5114234 <br><br> Thomas Joseph Fowler <br> 125 Pinewood Lane <br> Butler, PA 16001 | | - | | Warranty | | | | 670.40 |
| Account No. 5125172 <br><br> Thomas Joseph Leschak <br> 3401 Conrad St <br> Philadelphia, PA 19129 | | - | | Warranty | X | X | | 0.00 |

Sheet no. **4534** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

976.78

In re __**Great Lakes Warranty Corporation**_____,  Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5129345 | | | Warranty | | | | |
| Thomas Juday 144 Liberty Drive Indianapolis, IN 46234 | - | | | X | X | | 0.00 |
| Account No. 5107082 | | | Warranty | | | | |
| Thomas Kane 10407 Oakwood Drive Urbandale, IA 50322 | - | | | X | X | | 0.00 |
| Account No. 5128953 | | | Warranty | | | | |
| Thomas Keating 2509 Wedgemere Street Pittsburgh, PA 15226 | - | | | | | | 95.00 |
| Account No. 5096862 | | | Warranty | | | | |
| Thomas Kelly 1132 James Street Brockway, PA 15824 | - | | | X | X | | 0.00 |
| Account No. 5095500 | | | Warranty | | | | |
| Thomas Kelly 1108 Christie Lane Prescott, AZ 86305 | - | | | X | X | | 0.00 |

Sheet no. __4535__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          95.00

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126314** | | | Warranty | | | | |
| **Thomas Kilcullen 126 Colontal Avenue Jeffersonville, PA 19403** | - | | | X | X | | 0.00 |
| Account No. **5127207** | | | Warranty | | | | |
| **Thomas King Jr. 1305 S. Broad Street Perkasie, PA 18944** | - | | | X | X | | 0.00 |
| Account No. **5080194** | | | Warranty | | | | |
| **Thomas Kinnaman 4234 Tylersville Road Hamilton, OH 45011** | - | | | X | X | | 0.00 |
| Account No. **5068066** | | | Warranty | | | | |
| **Thomas Knapp 16230 N. Saki Dr Fountain Hills, AZ 85268** | - | | | X | X | | 0.00 |
| Account No. **5099669** | | | Warranty | | | | |
| **Thomas Koehle RR #7  Box 597B Altoona, PA 16601** | - | | | X | X | | 0.00 |

Sheet no.__**4536**__ of __**4906**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation** ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5122639 | | | | Warranty | | | | |
| Thomas Koharchik 956 Nevada St Brackenridge, PA 15014 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109528 | | | | Warranty | | | | |
| Thomas Kreminsky 321 John Street Pittsburgh, PA 15227 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126555 | | | | Warranty | | | | |
| Thomas Kuhn 6693 Brenden Ct Chanhassen, MN 55317 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130223 | | | | Warranty | | | | |
| Thomas L Archer 4059 Ural Ave Columbus, OH 43213 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096979 | | | | Warranty | | | | |
| Thomas L Booher 30 Grant Lane Scottdale, PA 15683 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4537** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**  ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5116727 | | Warranty | | | | | | |
| Thomas L Rockenstein 110 Elliot Drive Butler, PA 16001 | - | | | | X | X | | 0.00 |
| Account No. 5081440 | | Warranty | | | | | | |
| Thomas L Schmidt 602 Fenwick Drive San Antonio, TX 78239 | - | | | | | | | 577.28 |
| Account No. 5127811 | | Warranty | | | | | | |
| Thomas L Shaw Jr 880 Goshen Rd Cape May Court House, NJ 08210 | - | | | | X | X | | 0.00 |
| Account No. 5102257 | | Warranty | | | | | | |
| Thomas L Tucker 1717 Bywood Street SE Canton, OH 44707 | - | | | | X | X | | 0.00 |
| Account No. 5079778 | | Warranty | | | | | | |
| Thomas L White 291 W Washington Street Nelsonville, OH 45764 | - | | | | X | X | | 0.00 |

Sheet no. 4538  of 4906  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

577.28

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5107117 | | | | Warranty | | | | |
| Thomas Laird 948 Windfall Road St Marys, PA 15857 | - | | | | X | X | | 0.00 |
| Account No. 5082797 | | | | Warranty | | | | |
| Thomas Lamb 505 Old Fort Drive Ladon, SC 29456 | - | | | | X | X | | 0.00 |
| Account No. 5091321 | | | | Warranty | | | | |
| Thomas Lee 7950 Arabia Road Lumberbridge, NC 28357 | - | | | | X | X | | 0.00 |
| Account No. 5063133 | | | | Warranty | | | | |
| Thomas Lee Brown 121 Averill Lane Irmo, SC 29063 | - | | | | X | X | | 0.00 |
| Account No. 5126279 | | | | Warranty | | | | |
| Thomas Lee Long 150 Main Street Apt 1 Brookville, PA 15825 | - | | | | | | | 31.50 |

Sheet no. **4539** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **31.50**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5102079** | | | Warranty | | | | |
| **Thomas Leslie** **423 Moravia Road** **New Galilee, PA 16141** | - | | | X | X | | 0.00 |
| Account No. **5054046** | | | Warranty | | | | |
| **Thomas Leutzinger** **3010 S 48th St** **Omaha, NE 68106** | - | | | X | X | | 0.00 |
| Account No. **5114342** | | | Warranty | | | | |
| **Thomas Loughran** **3736 Manayunk Ave** **Phildelphia, PA 19128** | - | | | X | X | | 0.00 |
| Account No. **5098384** | | | Warranty | | | | |
| **Thomas Lowe** **1721 Wertz Avenue SW** **Canton, OH 44706** | - | | | X | X | | 0.00 |
| Account No. **5125473** | | | Warranty | | | | |
| **Thomas Lynn** **1461 6th Street** **Bethlehem, PA 18020** | - | | | X | X | | 0.00 |

Sheet no. **4540** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5091239** | | | | Warranty | | | | |
| **Thomas M Deliman**<br>**910 Ninth Avenue**<br>**Elazabeth, PA 15037** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118417** | | | | Warranty | | | | |
| **Thomas M Duffola**<br>**309 Crider Lane**<br>**Pittsburgh, PA 15237** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095875** | | | | Warranty | | | | |
| **Thomas M Hardy**<br>**2409 State Route 534**<br>**Southington, OH 44470** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112333** | | | | Warranty | | | | |
| **Thomas M Iveson**<br>**98 Ravenwood Boulevard**<br>**Barnegat, NJ 08005** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121410** | | | | Warranty | | | | |
| **Thomas M McArdle Jr**<br>**364 W Bertsch St**<br>**Lansford, PA 18232** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4541** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** ,                Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5098356 | | | | Warranty | | | | |
| Thomas M Rawls 115 Oakdale Drive Whitehouse, TN 37188 | | - | | | | | | 331.85 |
| Account No. 5110607 | | | | Warranty | | | | |
| Thomas M Simbeck 127 N Plains Road The Plains, OH 45780 | | - | | | X | X | | 0.00 |
| Account No. 5073859 | | | | Warranty | | | | |
| Thomas M Trabue Jr 2545 Jones Creek Road White Bluff, TN 37082 | | - | | | X | X | | 0.00 |
| Account No. 5113980 | | | | Warranty | | | | |
| Thomas M Wilks 2027 Spooky Hollow Road Lower Burrell, PA 15068 | | - | | | X | X | | 0.00 |
| Account No. 5122760 | | | | Warranty | | | | |
| Thomas M Woodward Jr 715 Winslow Ave Cape May, NJ 08204 | | - | | | X | X | | 0.00 |

Sheet no. **4542** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          331.85

In re    **Great Lakes Warranty Corporation**                        ,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094377** | | | Warranty | | | | |
| **Thomas Macaluso<br>418 E Pine Street<br>Mahanoy City, PA 17948** | - | | | X | X | | 0.00 |
| Account No. **5101356** | | | Warranty | | | | |
| **Thomas Mark Stelling<br>15050 Highway 196<br>Eads, TN 38028** | - | | | | | | 1,750.26 |
| Account No. **5092729** | | | Warranty | | | | |
| **Thomas Mazzaro<br>7373 Stanhope Kellogsville Road<br>Williamsfield, OH 44093** | - | | | X | X | | 0.00 |
| Account No. **5130672** | | | Warranty | | | | |
| **Thomas McBride III<br>450 Center Road<br>Bedford, OH 44146** | - | | | X | X | | 0.00 |
| Account No. **5124748** | | | Warranty | | | | |
| **Thomas McCarty<br>105 Ellery Road<br>Villas, NJ 08251** | - | | | X | X | | 0.00 |

Sheet no.**4543** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                                   **1,750.26**
(Total of this page)

In re   **Great Lakes Warranty Corporation**                                         Case No. _____
                                                                    ,
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5102752** | | Warranty | | | | | | |
| **Thomas McConlogue** **3520 East Windsong Drive** **Phoenix, AZ 85048** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095682** | | Warranty | | | | | | |
| **Thomas McDonough III** **1580 Stony Hill Road** **Hinckley, OH 44233** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124336** | | Warranty | | | | | | |
| **Thomas McGinniss** **273 McMurray Rd** **Upper St Clair, PA 15241** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129754** | | Warranty | | | | | | |
| **Thomas Metais** **2004 Eagle Ridge Drive** **Monroeville, PA 15146** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5056936** | | Warranty | | | | | | |
| **Thomas Meyer** **1210 Indian Peak Road** **Golden, CO 80403** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4544** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                     , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5073930<br><br>**Thomas Michael Prim**<br>**1501 Island Overlook**<br>**Mt Pleasant, SC 29464** | - | | Warranty | | | | 1,268.00 |
| Account No. 5092353<br><br>**Thomas Miller**<br>**858 Northwest Boulevard**<br>**Columbus, OH 43212** | - | | Warranty | X | X | | 0.00 |
| Account No. 5108026<br><br>**Thomas Miller**<br>**3804 SW Wood Valley Drive**<br>**Topeka, KS 66610** | - | | Warranty | X | X | | 0.00 |
| Account No. 5129218<br><br>**Thomas Monteleone**<br>**1315 E Marshall Blvd**<br>**San Bernadino, CA 92404** | - | | Warranty | X | X | | 0.00 |
| Account No. 5073496<br><br>**Thomas Moody**<br>**28162 Helen Avenue**<br>**Little Torch Key, FL 33042** | - | | Warranty | | | | 387.65 |

Sheet no. **4545** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **1,655.65**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. 5102709 | | | | Warranty | | | | |
| Thomas Moriarity 322 Jardinere Walk Mt Pleasant, SC 29464 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5081384 | | | | Warranty | | | | |
| Thomas Nikola 603 S Firestone Boulevard Akron, OH 44301 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120196 | | | | Warranty | | | | |
| Thomas Ochsenbine 73881 Colerain Mt Pleasant Dillonvale, OH 43917 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5106960 | | | | Warranty | | | | |
| Thomas Opio 4203 W Tombolo Trail Tucson, AZ 85745 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103813 | | | | Warranty | | | | |
| Thomas Ososki 2410 Melbourne Drive Harrisburg, PA 17112 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4546** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re   **Great Lakes Warranty Corporation**                                      Case No. _____
                                                                           ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099239** | | | | Warranty | | | | |
| **Thomas P Whitehead** **6453 County Road  43** **DeGraff, OH 43318** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112203** | | | | Warranty | | | | |
| **Thomas Parvesse** **23 Long Lane** **Malvern, PA 19355** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5068391** | | | | Warranty | | | | |
| **Thomas Peters** **266 Stanton Hall Lane** **Franklin, TN 37069** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5072267** | | | | Warranty | | | | |
| **Thomas Phillips** **515 Gilfoyle Road** **Marienville, PA 16239** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095013** | | | | Warranty | | | | |
| **Thomas R Baughman** **129 N Elm Street** **Columbiana, OH 44408** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4547**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093853** | | | | **Warranty** | | | | |
| **Thomas R Cartwright 3806 Kaiser Avenue NE Canton, OH 44705** | - | | | | X | X | | 0.00 |
| Account No. **5097329** | | | | **Warranty** | | | | |
| **Thomas R Couche Sr 1102 Timberline Drive Columbiana, OH 44408** | - | | | | X | X | | 0.00 |
| Account No. **5108133** | | | | **Warranty** | | | | |
| **Thomas R Cross 30010 Center Road Racine, OH 45771** | - | | | | X | X | | 0.00 |
| Account No. **5114118** | | | | **Warranty** | | | | |
| **Thomas R Jones II 520 Lakelly Road Wilmington, OH 45177** | - | | | | X | X | | 0.00 |
| Account No. **5080847** | | | | **Warranty** | | | | |
| **Thomas R Sallee III 2705 Dracut Lane Nashville, TN 37211** | - | | | | X | X | | 0.00 |

Sheet no. **4548** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

In re **Great Lakes Warranty Corporation** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126414** | | | **Warranty** | | | | |
| **Thomas R Schmuhl 134 Linwood Ave Norwalk, OH 44857** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5090600** | | | **Warranty** | | | | |
| **Thomas R Sonn 549 Broxton court Harleysville, PA 19438** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5109691** | | | **Warranty** | | | | |
| **Thomas R Sumner 815 Pearl Street  Apt 5E Elizabeth, NJ 07202** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5102792** | | | **Warranty** | | | | |
| **Thomas Reichwein 1100 N Priest Drive  #2151 Chandler, AZ 85226** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5126078** | | | **Warranty** | | | | |
| **Thomas Reynolds 107 Memorial Drive New Castle, PA 16101** | - | | | | | | |
| | | | | | | | **293.15** |

Sheet no.**4549** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**293.15**

In re **Great Lakes Warranty Corporation**        Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5102065** | | | | **Warranty** | | | | |
| **Thomas Richard Hargrove Jr 150 Barley Mill Road Moore, SC 29369** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5090856** | | | | **Warranty** | | | | |
| **Thomas Richards 5453 Hardt Road Gibsonia, PA 15044** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125987** | | | | **Warranty** | | | | |
| **Thomas Ridgeway 438 Ludlow Avenue Cincinnati, OH 45220** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132694** | | | | **Warranty** | | | | |
| **Thomas Ring 7746 Alden Drive Harrusburg, PA 17112** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089268** | | | | **Warranty** | | | | |
| **Thomas Robertson 4203 Aberdeen Road Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4550** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation**                              Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5109762** | | | | **Warranty** | | | | |
| **Thomas Rodgers Sr 69 Strafford Drive Irwin, PA 15642** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127099** | | | | **Warranty** | | | | |
| **Thomas Ruffner 240 Rodilin Drive Pittsburgh, PA 15235** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120482** | | | | **Warranty** | | | | |
| **Thomas Sayre 1243 Poplar Ave SW Canton, OH 44710** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5076950** | | | | **Warranty** | | | | |
| **Thomas Schindler 7171 Township Line Rd Celina, OH 45822** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5045808** | | | | **Warranty** | | | | |
| **Thomas Schuyler 95 Skyline Dr Easton, Pa 18042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4551** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re   **Great Lakes Warranty Corporation**                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131944** | | | Warranty | | | | |
| **Thomas Scirnotto** **210 W Crystal Lake Avnue Apt 153 A** **Haddonfield, NJ 08033** | - | | | X | X | | 0.00 |
| Account No. **5115970** | | | Warranty | | | | |
| **Thomas Shomo** **114 Ridge Road** **Fallentimber, PA 16639** | - | | | X | X | | 0.00 |
| Account No. **5059022** | | | Warranty | | | | |
| **Thomas Simon** **323 Ramsgate Dr** **Gibsonia, PA 15044** | - | | | X | X | | 0.00 |
| Account No. **5093554** | | | Warranty | | | | |
| **Thomas Sisco** **1809 Marrose Road** **Lancaster, OH 43130** | - | | | X | X | | 0.00 |
| Account No. **5090032** | | | Warranty | | | | |
| **Thomas Smith** **14412 Idarose Avenue** **Cleveland, OH 44110** | - | | | X | X | | 0.00 |

Sheet no. **4552** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re  **Great Lakes Warranty Corporation**　　　　　　　　　　　　　　,　　Case No. _____
　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126748** | | | Warranty | | | | |
| **Thomas Spore**<br>**10033 Hollingsworth Drive NE**<br>**Bolivar, OH 44612** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5074763** | | | Warranty | | | | |
| **Thomas Steigerwald**<br>**6926 Navarre Road SW**<br>**Massillon, OH 44646** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131553** | | | Warranty | | | | |
| **Thomas Strubhar**<br>**141 Whippoorwill Lane**<br>**Hummelstown, PA 17036** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125916** | | | Warranty | | | | |
| **Thomas Studer**<br>**1719 Yorktown Drive**<br>**Mansfield, OH 44906** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5093346** | | | Warranty | | | | |
| **Thomas Sweeney**<br>**HC1 Box 258C**<br>**Lakeville, PA 18438** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4553** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　　0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5130773** | | | | | **Warranty** | | | | |
| **Thomas Szymczak** **1117 Timber Ridge Road** **Baden, PA 15005** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5102308** | | | | | **Warranty** | | | | |
| **Thomas T Heller** **135 N 15th Street  Apt 2** **Allentown, PA 18102** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5117001** | | | | | **Warranty** | | | | |
| **Thomas W Acklen Jr** **241 Halberton Drive** **Franklin, TN 37069** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5111006** | | | | | **Warranty** | | | | |
| **Thomas W Derstine** **409 Dorchester Lane** **Perkasie, PA 18944** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5114821** | | | | | **Warranty** | | | | |
| **Thomas W Etheridge** **395 West Oak Street** **Swansea, SC 29160** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no.**4554**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **0.00**

In re  **Great Lakes Warranty Corporation**                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5108936 | | | | Warranty | | | | |
| Thomas W Kahler 116 Union Avenue North Versailles, PA 15137 | - | | | | X | X | | 0.00 |
| Account No. 5104768 | | | | Warranty | | | | |
| Thomas W Land 6120 Elizabeth Drive Nashville, TN 37203 | - | | | | X | X | | 0.00 |
| Account No. 5111043 | | | | Warranty | | | | |
| Thomas W Melago 181 Meadish Road Latrobe, PA 15650 | - | | | | X | X | | 0.00 |
| Account No. 5104026 | | | | Warranty | | | | |
| Thomas W Richmond 2140 Route 193 Dorset, OH 44032 | - | | | | X | X | | 0.00 |
| Account No. 5113427 | | | | Warranty | | | | |
| Thomas W Scarce 2645 N Montgomery City Line Rd Tipp City, OH 45371 | - | | | | X | X | | 0.00 |

Sheet no. 4555 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5119285 | | | | Warranty | | | | |
| Thomas W Taggart 5051 St Rt 78 Buchtel, OH 45716 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127059 | | | | Warranty | | | | |
| Thomas W Todd 715 E Judson Ave Youngstown, OH 44502 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109772 | | | | Warranty | | | | |
| Thomas Waggett 1003 Long Street   PO Box 264 Uledi, PA 15484 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107855 | | | | Warranty | | | | |
| Thomas Warrington 117 Saratoga Boulevard Hendersonville, TN 37075 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5086304 | | | | Warranty | | | | |
| Thomas Weisbecker 106 Silver Street  Box 104 Silverdale, PA 18962 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __4556__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re  **Great Lakes Warranty Corporation**                                    ,       Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5107684** | | | | **Warranty** | | | | |
| **Thomas Wentz** **593 Pleasant Valley Road** **New Ringold, PA 17960** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128731** | | | | **Warranty** | | | | |
| **Thomas Werry** **39385 Bradbury Road** **Middleport, OH 45760** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087829** | | | | **Warranty** | | | | |
| **Thomas Whatley** **1151 Eastland Avenue** **Akron, Oh 44305** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121145** | | | | **Warranty** | | | | |
| **Thomas Willever** **1040 Long Rd** **Easton, PA 18040** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123791** | | | | **Warranty** | | | | |
| **Thomas Williams** **111 West 21st Street 1st floor** **Wildwood, NJ 08260** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4557** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re   **Great Lakes Warranty Corporation**          ,    Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5127980** <br><br> **Thomas Williams** <br> **7303 Centenial** <br> **Warminster, PA 18974** | - | | | Warranty | X | X | | 0.00 |
| Account No. **5082840** <br><br> **Thomas Williams** <br> **335 South Picken Street** <br> **Columbia, SC 29205** | - | | | Warranty | X | X | | 0.00 |
| Account No. **5117396** <br><br> **Thomas Williams** <br> **63 Birch Drive** <br> **Swoyersville, PA 18704** | - | | | Warranty | X | X | | 0.00 |
| Account No. **5095962** <br><br> **Thomas Wozniak** <br> **12512 York Boulevard** <br> **Garfield Heights, OH 44125** | - | | | Warranty | X | X | | 0.00 |
| Account No. **5058919** <br><br> **Thomas Yancich** <br> **398 Cedar Dr** <br> **Washington, pA 15301** | - | | | Warranty | | | | 2,246.30 |

Sheet no. **4558** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **2,246.30**

In re **Great Lakes Warranty Corporation** Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126349** | | | | **Warranty** | | | | |
| **Thomas Yuhas** **3716 Harvey Ext** **Munhall, PA 15120** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123494** | | | | **Warranty** | | | | |
| **Thong T Ho** **9580 Old Glory Lane  No 202** **Summerville, SC 29485** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092627** | | | | **Warranty** | | | | |
| **Thornburys Inc** **609 N Lincoln Road** **Escanaba, MI 49829** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126264** | | | | **Warranty** | | | | |
| **THR and Associates** **3200 Pleasant Run** **Springfield, IL 62711** | | - | | | | | | |
| | | | | | | | | **1,373.50** |
| Account No. **5125915** | | | | **Warranty** | | | | |
| **Thrisa Correa** **695 Lexington Spring Mill Road** **Mansfield, OH 44906** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4559** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,373.50**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5125805** | | | | | Warranty | | | | |
| **Thurman A Mobley** **404 Ann St** **Niles, OH 44446** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5113985** | | | | | Warranty | | | | |
| **Thurston Mills** **4413 Stanley Avenue** **Erie, PA 16504** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5066064** | | | | | Warranty | | | | |
| **Thuy Duony** **160 Collins Glenn Drive** **Murrells Inlet, SC 29516** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5061588** | | | | | Warranty | | | | |
| **Thyme Makenna** **6617 Chestnut Hill Rd** **Crossville, TN 38571** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5110933** | | | | | Warranty | | | | |
| **Tia M Benton** **125 E Ninth Street** **Russellville, KY 42276** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4560** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5123029** | | | | | Warranty | | | | |
| **Tiaira Poole**<br>**5 Chaffee St**<br>**Uniontown, PA 15401** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5126404** | | | | | Warranty | | | | |
| **Tiana Ayers**<br>**1008 MArion Avenue SW**<br>**Canton, OH 44707** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5117782** | | | | | Warranty | | | | |
| **Tiara Carpenter**<br>**1432 Hart Street**<br>**Akron, OH 44306** | - | | | | | | | | |
| | | | | | | | | | 254.86 |
| Account No. **5132118** | | | | | Warranty | | | | |
| **Tiara Cosey Bennett**<br>**4573 N 30th**<br>**Milwaukee, WI 53209** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5086496** | | | | | Warranty | | | | |
| **Tiara Worley**<br>**6917 Cedar**<br>**Cleveland, OH 44103** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**4561** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          254.86

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5127182** | | | | | **Warranty** | | | | |
| **Tiejun Han** **8721 Arizona Poppy Ave** **Las Vegas, NV 89117** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5106603** | | | | | **Warranty** | | | | |
| **Tierney Williams** **3 Carlsbad Drive** **Stafford, VA 22554** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5129053** | | | | | **Warranty** | | | | |
| **Tierra Franklin** **5845 Mt Home St Unit E7** **Las Vegas, NV 89191** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5091102** | | | | | **Warranty** | | | | |
| **Tiffani Johnson** **1034 W Lafayette Street** **Easton, PA 18042** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5114604** | | | | | **Warranty** | | | | |
| **Tiffany Herley** **3508 Baybrook Dr** **Villas, NJ 08251** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **4562** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**        Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5122127 | | | | | Warranty | | | | |
| Tiffany Hunter 1621 Griffith St 1st Floor Philadelphia, PA 19111 | - | | | | | X | X | | 0.00 |
| Account No. 5110032 | | | | | Warranty | | | | |
| Tiffany Land 4181 Jeff Webb Road Ripley, TN 38063 | - | | | | | X | X | | 0.00 |
| Account No. 5098358 | | | | | Warranty | | | | |
| Tiffany A Anderson 538 Talbot Avenue Braddock, PA 15104 | - | | | | | X | X | | 0.00 |
| Account No. 5114389 | | | | | Warranty | | | | |
| Tiffany Agnew 4062 E Coolbrook Ave Phoenix, AZ 85032 | - | | | | | X | X | | 0.00 |
| Account No. 5098332 | | | | | Warranty | | | | |
| Tiffany Brooks Ladd 1204 Martin Road Williamston, SC 29697 | - | | | | | X | X | | 0.00 |

Sheet no. **4563** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal                        **0.00**
                        (Total of this page)

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5104449** <br><br> **Tiffany Brown** <br> **758 Hill Street** <br> **Mt Pleasant, SC 29464** | - | | **Warranty** | | | | **1,757.50** |
| Account No. **5070065** <br><br> **Tiffany Bruning** <br> **6044 Delicious Asha Ct** <br> **Loveland, OH 45140** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5071817** <br><br> **Tiffany Davis** <br> **8034 Rodney St** <br> **Philadelphia, PA 19150** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5130615** <br><br> **Tiffany Derck** <br> **5363 Thompson Road** <br> **Clarence, NY 14031** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5105793** <br><br> **Tiffany Ericksen** <br> **5464 Steubenville Rd SE** <br> **Amsterdam, OH 43903** | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **4564** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **1,757.50**

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127267** | | | | **Warranty** | | | | |
| **Tiffany Flakes** **2506 20th St SW** **Canton, OH 44706** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125667** | | | | **Warranty** | | | | |
| **Tiffany Freeman** **509 Richard Drive** **Millville, NJ 08332** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126800** | | | | **Warranty** | | | | |
| **Tiffany Fryar** **302 Bayview Road** **Rio Grande, NJ 08242** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125799** | | | | **Warranty** | | | | |
| **Tiffany Hodge** **4440 Berthstone Place** **Columbus, OH 43231** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132022** | | | | **Warranty** | | | | |
| **Tiffany Holloway** **670 Turney Road Apt 6** **Bedford, OH 44146** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4565** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** ,
                                                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5108366** | | | Warranty | | | | |
| **Tiffany Howell** **6121 richmond Rd** **Solon, OH 44139** | - | | | X | X | | 0.00 |
| Account No. **5087030** | | | Warranty | | | | |
| **Tiffany J Dernar** **54 Waterford Street** **Union City, PA 16438** | - | | | | | | 5.58 |
| Account No. **5119842** | | | Warranty | | | | |
| **Tiffany J Pelton** **7774 Firestone Rd** **Homerville, OH 44235** | - | | | X | X | | 0.00 |
| Account No. **5119393** | | | Warranty | | | | |
| **Tiffany Kyle** **73 E Locust Lane** **New Oxford, PA 17350** | - | | | X | X | | 0.00 |
| Account No. **5103430** | | | Warranty | | | | |
| **Tiffany L Kieffer** **12561 Salem Hollow Road** **New Straitsville, OH 43766** | - | | | X | X | | 0.00 |

Sheet no.**4566** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5.58

In re   **Great Lakes Warranty Corporation**                                                    ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094469** | | | Warranty | | | | |
| **Tiffany M Todd 1020 Lundy Street Pittsburgh, PA 15204** | - | | | X | X | | 0.00 |
| Account No. 5132761 | | | Warranty | | | | |
| **Tiffany McGriff 7800 South Rainbow Boulevard Las Vegas, NV 89139** | - | | | X | X | | 0.00 |
| Account No. 5128813 | | | Warranty | | | | |
| **Tiffany Peoples 5 Stocton Ct Columbia, SC 29210** | - | | | X | X | | 0.00 |
| Account No. 5112267 | | | Warranty | | | | |
| **Tiffany Poirrier 770 E Main Street Ephrata, PA 17522** | - | | | X | X | | 0.00 |
| Account No. 5123659 | | | Warranty | | | | |
| **Tiffany Poole 1713 N 28th St Philadelphia, PA 19121** | - | | | X | X | | 0.00 |

Sheet no. **4567** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

In re **Great Lakes Warranty Corporation** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5124847** | | | **Warranty** | | | | | |
| **Tiffany Pryor** **1386 Co Rd. 175** **Polk, OH 44866** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111165** | | | **Warranty** | | | | | |
| **Tiffany R Epperson** **8434 Hskell Hill Road** **Wattsburg, PA 16442** | - | | | | | | | |
| | | | | | | | | **548.35** |
| Account No. **5081172** | | | **Warranty** | | | | | |
| **Tiffany R Neice** **280 Plum Street** **Magnolia, OH 44643** | - | | | | | | | |
| | | | | | | | | **274.50** |
| Account No. **5131131** | | | **Warranty** | | | | | |
| **Tiffany Roberts** **1730 Piping Rock** **Memphis, TN 38116** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125392** | | | **Warranty** | | | | | |
| **Tiffany Rose** **807 Sagefield Ct** **Smyrna, TN 37167** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4568** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**822.85**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129593 | | | | Warranty | | | | |
| Tiffany Thompson 987 Loeb St Memphis, TN 38111 | - | | | | X | X | | 0.00 |
| Account No. 5084182 | | | | Warranty | | | | |
| Tiffany Turner 8583 Cherryridge Avenue Canal Fulton, OH 44614 | - | | | | | | | 311.00 |
| Account No. 5113493 | | | | Warranty | | | | |
| Tiffany Waddell 8029 Girard Omaha, NE 68122 | - | | | | X | X | | 0.00 |
| Account No. 5111329 | | | | Warranty | | | | |
| Tiffany Walsh 160 Cloe Street Clarksville, TN 37042 | - | | | | X | X | | 0.00 |
| Account No. 5115145 | | | | Warranty | | | | |
| Tiffiney A Barnett 4638 Tamarack Boulevard A13 Columbus, OH 43229 | - | | | | X | X | | 0.00 |

Sheet no. 4569 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 311.00

In re   **Great Lakes Warranty Corporation**                              ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5111953 | | | Warranty | | | | |
| Tikeya S Simpson Jones 2409 South Twelfth Street Camden, NJ 08104 | - | | | X | X | | 0.00 |
| Account No. 5091918 | | | Warranty | | | | |
| Tilaunna Schoaf 524 Fairfield Drive Greensburg, PA 15601 | - | | | X | X | | 0.00 |
| Account No. 5081625 | | | Warranty | | | | |
| Tim  Lukavsky 6151 E Camelot Drive Mesa, AZ 85215 | - | | | | | | 1,541.00 |
| Account No. 5090663 | | | Warranty | | | | |
| Tim  Roberts 2602 E Virginia Avenue Phoenix, AZ 85008 | - | | | X | X | | 0.00 |
| Account No. 5099554 | | | Warranty | | | | |
| Tim  Underwood 1746 Butler Pike Grove City, PA 16127 | - | | | | | | 261.98 |

Sheet no.**4570**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,802.98

In re **Great Lakes Warranty Corporation**         ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123566** | | | Warranty | | | | |
| **Tim Wertz**<br>**376 Milpond Dr**<br>**Lititz, PA 17543** | - | | | X | X | | 0.00 |
| Account No. **5101984** | | | Warranty | | | | |
| **Tim Boyles**<br>**7277 Charlotte Pike #337**<br>**Nashville, TN 37209** | - | | | X | X | | 0.00 |
| Account No. **5095373** | | | Warranty | | | | |
| **Tim Bushong**<br>**9423 Colegate**<br>**Hamilton, OH 45011** | - | | | X | X | | 0.00 |
| Account No. **5132566** | | | Warranty | | | | |
| **Tim Calhoon**<br>**584 Beryl Court**<br>**Henderson, NV 89015** | - | | | X | X | | 0.00 |
| Account No. **5125159** | | | Warranty | | | | |
| **Tim Carroll**<br>**104 Albon Rd**<br>**Oak Ridge, TN 37830** | - | | | X | X | | 0.00 |

Sheet no. **4571** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re　**Great Lakes Warranty Corporation**　　　　　　　　　　, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5109094** | | | | Warranty | | | | |
| **Tim Davis** **217 Cotton Street** **Pittsburgh, PA 15209** | - | | | | X | X | | 0.00 |
| Account No. **5097536** | | | | Warranty | | | | |
| **Tim Gies** **7308 NW 114th Terrace** **Oklahoma City, OK 73162** | - | | | | | | | 698.50 |
| Account No. **5092372** | | | | Warranty | | | | |
| **Tim Haynes** **2105 Jayne Lane** **Knoxville, TN 37918** | - | | | | X | X | | 0.00 |
| Account No. **5120867** | | | | Warranty | | | | |
| **Tim King** **1700 Woodmont Blvd** **Nashville, TN 37215** | - | | | | X | X | | 0.00 |
| Account No. **5091785** | | | | Warranty | | | | |
| **Tim Klen** **7445 East Eagle Crest Drive** **Mesa, AZ 85207** | - | | | | X | X | | 0.00 |

Sheet no. **4572** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　698.50

In re **Great Lakes Warranty Corporation** ,     Case No. _____

                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5076988 | | | | | Warranty | | | | |
| Tim L Braun 612 Woodland Avenue PO Box 55 St Henry, OH 45883 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5082971 | | | | | Warranty | | | | |
| Tim Murray 8550 Sleepy Hollow Drive Cincinnatti, OH 45243 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5105623 | | | | | Warranty | | | | |
| Tim Spencer 1820 Erlinger Road Nolensville, TN 37135 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5088831 | | | | | Warranty | | | | |
| Tim Wright 8183 Stewarts Ferry Parkway Nashville, Tn 37214 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5087080 | | | | | Warranty | | | | |
| Tim Wright 904 Birchrun Rd Chester Springs, PA 19425 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4573** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re  **Great Lakes Warranty Corporation**                                              ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5132016** | | | | | Warranty | | | | |
| **Timmy Boima** **1207 East Marks Street #208** **Allentown, PA 18109** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5124793** | | | | | Warranty | | | | |
| **Timmy Harmon** **301 North Road** **Camden, DE 19934** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5114335** | | | | | Warranty | | | | |
| **Timmy R Blair** **5456 North Oak Drive** **Columbia City, IN 46725** | - | | | | | | | | |
| | | | | | | | | | 730.75 |
| Account No. **5121084** | | | | | Warranty | | | | |
| **Timothy  Bachnik** **204 A Harding Rd** **Freehold, NJ 07728** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5123411** | | | | | Warranty | | | | |
| **Timothy  Coyne** **111 S Milton St** **Zelienople, PA 16063** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**4574** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

730.75

In re **Great Lakes Warranty Corporation** ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5077542** | | | Warranty | | | | |
| **Timothy Frame**<br>**9599 Hess Mill Road NE**<br>**Bolivar, OH 44612** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5117346** | | | Warranty | | | | |
| **Timothy Gambrell**<br>**100 Whipporwill Lane**<br>**Winnsboro, SC 29180** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5103292** | | | Warranty | | | | |
| **Timothy Geiser**<br>**8502 N 67th Avenue Apt #149**<br>**Glendale, AZ 85302** | - | | | | | | |
| | | | | | | | **172.37** |
| Account No. **5131798** | | | Warranty | | | | |
| **Timothy Hayden**<br>**110 Waterbury Way**<br>**Pendelton, SC 29670** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5129117** | | | Warranty | | | | |
| **Timothy Hilterman**<br>**1086 Hunters Ridge**<br>**Lexington, OH 44904** | - | | | | | | |
| | | | | | | | **238.99** |

Sheet no. **4575** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**411.36**

In re  **Great Lakes Warranty Corporation**                                                              ,          Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5118905** | | | | | **Warranty** | | | | |
| **Timothy Hirst** **422 E Harold Dr** **Queen Creek, AZ 85240** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5121796** | | | | | **Warranty** | | | | |
| **Timothy Hurley** **205 S Cornell Ave** **Villa Park, IL 60181** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5092477** | | | | | **Warranty** | | | | |
| **Timothy Jennings** **4503 Falcon Circle** **Dayton, OH 45424** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5104291** | | | | | **Warranty** | | | | |
| **Timothy Kelley** **617 Memorial Dr** **New Kensington, PA 15068** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5109014** | | | | | **Warranty** | | | | |
| **Timothy Knouse** **2124 8th Ave** **Altoona, PA 16602** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4576** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. 5108406 | | | Warranty | | | | |
| Timothy Maupin 2391 County Road 1150 N Homer, IL 61849 | | - | | X | X | | 0.00 |
| Account No. 5108950 | | | Warranty | | | | |
| Timothy McCarthy 4514 Robin Drive Jeannette, PA 15644 | | - | | X | X | | 0.00 |
| Account No. 5119784 | | | Warranty | | | | |
| Timothy McKenzie 670 Tub Mill Rd West Salisbury, PA 15565 | | - | | X | X | | 0.00 |
| Account No. 5100990 | | | Warranty | | | | |
| Timothy Moore 40 S Plains Road The Plains, OH 45780 | | - | | X | X | | 0.00 |
| Account No. 5122592 | | | Warranty | | | | |
| Timothy Orae 118 Bonnie Dr Dalton, PA 18414 | | - | | X | X | | 0.00 |

Sheet no. **4577** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

In re **Great Lakes Warranty Corporation**,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126529** | | | | **Warranty** | | | | |
| **Timothy  Quinn** **542 Oak Avenue** **Warrington, PA 18976** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102207** | | | | **Warranty** | | | | |
| **Timothy  Sullivan** **257 N Railroad Street  Rear** **Palmyer, PA 17078** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122366** | | | | **Warranty** | | | | |
| **Timothy  Thomson** **6476 Terrace Ct** **Harrisburg, PA 17111** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118672** | | | | **Warranty** | | | | |
| **Timothy  Walker** **18069 Waltham St** **Detroit, MI 48205** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5088439** | | | | **Warranty** | | | | |
| **Timothy  Zanaty** **312 East Linwood Dr** **Birmingham, AL 35209** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4578** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      **0.00**
(Total of this page)

In re  **Great Lakes Warranty Corporation**  ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5131462 | | | | Warranty | | | | |
| Timothy A Aldrich 115 Kipp St  Fl1 Sherman, Y 14781 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5075285 | | | | Warranty | | | | |
| Timothy A Allred 2743 N. Superstition Lane Prescott Valley, AZ 86314 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107417 | | | | Warranty | | | | |
| Timothy A Brink 2866 Generra St NW Uniontown, OH 44685 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5078230 | | | | Warranty | | | | |
| Timothy A Frankenfield 8 Dewsbury Lane Quakertown, PA 18951 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5078896 | | | | Warranty | | | | |
| Timothy A Hunter 104 Forestwood Drive Venetia, PA 15367 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4579** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __Great Lakes Warranty Corporation__ _____,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5064564** <br><br> **Timothy A Kawecki** <br> **13411 Youngstown Pitt Road** <br> **Petersburg, OH 44454** | | - | | **Warranty** | | | | 614.42 |
| Account No. **5108413** <br><br> **Timothy A Kinard** <br> **3595 1 2 Norriswood Avenue** <br> **Memphis, TN 38111** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5130821** <br><br> **Timothy A Naff** <br> **218 Downey Dr E** <br> **Springfield, OH 45504** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5111775** <br><br> **Timothy A Swope** <br> **5228 Bollinger Road** <br> **Robertsdale, PA 16674** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5088575** <br><br> **Timothy A Weiford Sr** <br> **3120 Endrow Avenue  NE** <br> **Canton, OH 44705** | | - | | **Warranty** | X | X | | 0.00 |

Sheet no.__4580__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

614.42

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131830** | | | | **Warranty** | | | | |
| **Timothy Aerone** **1972 Tamarisk Circle** **Uniontown, PA 44685** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127682** | | | | **Warranty** | | | | |
| **Timothy Antolik** **533 Tracton Avenue** **Derry, PA 15627** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101662** | | | | **Warranty** | | | | |
| **Timothy B Cornwell** **225 John Rice Blvd** **Murfreesboro, TN 37129** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123224** | | | | **Warranty** | | | | |
| **Timothy Belknap** **8880 Nichols Rd** **Windham, OH 44288** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5059478** | | | | **Warranty** | | | | |
| **Timothy Berry** **102 Trenton Circle** **McMurray, PA 15317** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4581** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5120338 | | | | Warranty | | | | |
| Timothy Breaux 1850 Grady E Pollard Crowley, LA 70526 | | - | | | X | X | | 0.00 |
| Account No. 5126587 | | | | Warranty | | | | |
| Timothy Britton 2924 Post Avenue Erie, PA 16508 | | - | | | | | | 319.23 |
| Account No. 5125579 | | | | Warranty | | | | |
| Timothy Broadwater Lot 6 Edgewood Drive Warsaw, OH 43844 | | - | | | X | X | | 0.00 |
| Account No. 5102368 | | | | Warranty | | | | |
| Timothy Buffenbarger 16775 Pepple Road Waynesfield, OH 45896 | | - | | | X | X | | 0.00 |
| Account No. 5099058 | | | | Warranty | | | | |
| Timothy C Barnes 1308 Knotts Haven Loop Lexington, SC 29073 | | - | | | | | | 47.05 |

Sheet no. **4582** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **366.28**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127234** | | | Warranty | | | | |
| **Timothy C Eckenrode 944 Henry Rd Homer City, PA 15748** | - | | | | | | **1,272.19** |
| Account No. **5128994** | | | Warranty | | | | |
| **Timothy Clark 125 North 10th Street 2nd Floor Rear Allentown, PA 18102** | - | | | X | X | | **0.00** |
| Account No. **5124826** | | | Warranty | | | | |
| **Timothy Connor 18 Rosamond Street McKeesrocks, PA 15136** | - | | | X | X | | **0.00** |
| Account No. **5095408** | | | Warranty | | | | |
| **Timothy Cox 972 Washington Ave Palmyra, NJ 08065** | - | | | X | X | | **0.00** |
| Account No. **5114934** | | | Warranty | | | | |
| **Timothy D Buckley 39987 Old 7 Road Reedsville, OH 45772** | - | | | X | X | | **0.00** |

Sheet no. **4583** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 **1,272.19**

In re **Great Lakes Warranty Corporation**         Case No. _____
_____,
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5091935** | | | | **Warranty** | | | | |
| **Timothy D Johnson** **306 Craft Avenue** **Pittsburgh, PA 15213** | - | | | | X | X | | 0.00 |
| Account No. **5086321** | | | | **Warranty** | | | | |
| **Timothy D Young** **202 Beverly Drive** **Laurens, SC 29360** | - | | | | X | X | | 0.00 |
| Account No. **5072021** | | | | **Warranty** | | | | |
| **Timothy Davis** **2382 Peach Tree Drive** **Chandler, AZ 85249** | - | | | | X | X | | 0.00 |
| Account No. **5111310** | | | | **Warranty** | | | | |
| **Timothy Dennis Hall** **300 N Main Street** **Whitmire, SC 29178** | - | | | | X | X | | 0.00 |
| Account No. **5113606** | | | | **Warranty** | | | | |
| **Timothy E Cooney** **2 Arwin Drive  Apt 4** **Hummelstown, PA 17036** | - | | | | X | X | | 0.00 |

Sheet no.**4584** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal
           (Total of this page)        0.00

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097682** | | | | **Warranty** | | | | |
| **Timothy E Hughes** **22 Ridgeland Dr** **Greenviile, SC 29601** | - | | | | X | X | | 0.00 |
| Account No. **5115853** | | | | **Warranty** | | | | |
| **Timothy E Lambert** **63176 Frazee Lane** **McArthur, OH 45761** | - | | | | X | X | | 0.00 |
| Account No. **5101929** | | | | **Warranty** | | | | |
| **Timothy E Sigman** **5374 Allison Road** **Athens, OH 45701** | - | | | | | | | 116.98 |
| Account No. **5130246** | | | | **Warranty** | | | | |
| **Timothy Elwell** **3851 Woodstock Rd** **Santa Ynez, CA 93460** | - | | | | X | | | 0.00 |
| Account No. **5125978** | | | | **Warranty** | | | | |
| **Timothy Farrell** **153 Co Rd. 896** **Etowah, TN 37331** | - | | | | X | X | | 0.00 |

Sheet no. **4585** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          116.98

In re __Great Lakes Warranty Corporation__ , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5129225 | | | | Warranty | | | | |
| Timothy Fausnaght 1656 Stonemill Drive Elizabethtown, PA 17022 | - | | | | X | X | | 0.00 |
| Account No. 5102454 | | | | Warranty | | | | |
| Timothy G Baker 7613 North View Lane Lisbon, OH 44432 | - | | | | X | X | | 0.00 |
| Account No. 5111627 | | | | Warranty | | | | |
| Timothy G DeMaison 27152 Patterson Drive Guysmius, PA 16327 | - | | | | | | | 271.70 |
| Account No. 5110435 | | | | Warranty | | | | |
| Timothy G Easterling 13860 State Route 216 Murray City, OH 43144 | - | | | | X | X | | 0.00 |
| Account No. 5110553 | | | | Warranty | | | | |
| Timothy Gallagher 89 Altadena Drive Pittsburgh, PA 15228 | - | | | | | | | 1,200.64 |

Sheet no. __4586__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        1,472.34

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129770** | | | Warranty | | | | |
| **Timothy Gill**<br>**425 Ormsby Street**<br>**Pittsburgh, PA 15210** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5054790** | | | Warranty | | | | |
| **Timothy Hanifen**<br>**439 Cherry Blossom Loop**<br>**Richland, WA 99352** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115362** | | | Warranty | | | | |
| **Timothy Holt**<br>**309 James Avenue**<br>**Franklin, TN 37064** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088733** | | | Warranty | | | | |
| **Timothy Howells**<br>**113 Palamino Lane**<br>**Apollo, PA 15613** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5108532** | | | Warranty | | | | |
| **Timothy I Westover**<br>**181 Old Crow Lane**<br>**La Jose, PA 15753** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4587** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5105470** | | | | **Warranty** | | | | |
| **Timothy J Ferranto**<br>**8703 Rt 430  PO Box 143**<br>**Sherman, NY 14781** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122636** | | | | **Warranty** | | | | |
| **Timothy J Goss**<br>**523 E Main St**<br>**Bellwood, PA 16617** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121657** | | | | **Warranty** | | | | |
| **Timothy J Grimm**<br>**205 Autumn Leaves Way**<br>**Johnstown, OH 43031** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5100542** | | | | **Warranty** | | | | |
| **Timothy J Knox**<br>**112 Kilgore Street**<br>**Athens, TN 37303** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5097308** | | | | **Warranty** | | | | |
| **Timothy J Pack**<br>**334 Sioux Court**<br>**Sinking Spring, PA 19608** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4588** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal                 **0.00**

                          (Total of this page)

In re   **Great Lakes Warranty Corporation**           ,     Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5121703** | | | | Warranty | | | | |
| **Timothy J Seese Sr**<br>**3107 S Myers Rd  Lot 29**<br>**Geneva, OH 44041** | - | | | | X | X | | 0.00 |
| Account No. **5120452** | | | | Warranty | | | | |
| **Timothy J Sullivan**<br>**390 Algrin Court**<br>**Murfreesboro, TN 37128** | - | | | | X | X | | 0.00 |
| Account No. **5080502** | | | | Warranty | | | | |
| **Timothy Kelly**<br>**16 Murray Hill Square**<br>**New Providence, RI 07974** | - | | | | X | X | | 0.00 |
| Account No. **5124562** | | | | Warranty | | | | |
| **Timothy King**<br>**810 CO Rd. 110**<br>**Athens, OH 37303** | - | | | | X | X | | 0.00 |
| Account No. **5094300** | | | | Warranty | | | | |
| **Timothy Kovolenko**<br>**268 Presidential Drive**<br>**Bethlehem, PA 18020** | - | | | | X | X | | 0.00 |

Sheet no. **4589** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                      
(Total of this page)       **0.00**

In re **Great Lakes Warranty Corporation** ,

Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5131764** | | | | **Warranty** | | | | |
| **Timothy Kreisher** **2193 Red Hill Drive NW** **Dover, OH 44622** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5112082** | | | | **Warranty** | | | | |
| **Timothy L Clapper** **949 East Minnesota Street** **Indianapolis, TN 46203** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131444** | | | | **Warranty** | | | | |
| **Timothy L Cook** **706 McKenzie St** **N Augusta, SC 29841** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089092** | | | | **Warranty** | | | | |
| **Timothy L Corvin** **119 Atlas Avenue** **S Connellsville, PA 15425** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5114268** | | | | **Warranty** | | | | |
| **Timothy L Eller** **8701 Hickcock Lane** **Waynesburg, OH 44688** | - | | | | | | | |
| | | | | | | | | **566.38** |

Sheet no. **4590** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**566.38**

In re **Great Lakes Warranty Corporation**                              , Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5123518 | | | | Warranty | | | | |
| Timothy L Garner 1601 Church St No 3 Ambridge, PA 15002 | - | | | | X | X | | 0.00 |
| Account No. 5120668 | | | | Warranty | | | | |
| Timothy L Gehart 1371 Rock Haven Rd Se Nashport, OH 43830 | - | | | | X | X | | 0.00 |
| Account No. 5122981 | | | | Warranty | | | | |
| Timothy L Kornbau Jr 1465 Cedar Locust Dr Ashland, OH 44905 | - | | | | X | X | | 0.00 |
| Account No. 5097224 | | | | Warranty | | | | |
| Timothy L Ortt 3329 County Road 150 Millersburg, OH 44654 | - | | | | X | X | | 0.00 |
| Account No. 5102383 | | | | Warranty | | | | |
| Timothy L Snelling 3322 W Lucia Drive Phoenix, AZ 85020 | - | | | | X | X | | 0.00 |

Sheet no. **4591** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5110660 | | | | Warranty | | | | |
| Timothy L Stauffer Jr 1301 Tom Hicken Road Fern Glen, PA 18241 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113915 | | | | Warranty | | | | |
| Timothy M Gintner 339 Merritt Avenue Pittsburgh, PA 15227 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121005 | | | | Warranty | | | | |
| Timothy M McGinnis 430 W Keeling Ave Derry, PA 15627 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123866 | | | | Warranty | | | | |
| Timothy M Nispel 1971 16 half Ave Cameron, WI 54822 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5108514 | | | | Warranty | | | | |
| Timothy Mann 2460 Hancock Avenue Dayton, OH 45406 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4592** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                0.00

In re   **Great Lakes Warranty Corporation**        ,    Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5101977** | | | | Warranty | | | | |
| **Timothy Marcum** **161 Read Trail** **Rockvale, TN 37153** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116832** | | | | Warranty | | | | |
| **Timothy Marsteller** **3134 Brookside Road** **Macungie, PA 18062** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101913** | | | | Warranty | | | | |
| **Timothy Merski** **3523 Oakwood Street** **Erie, PA 16508** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130861** | | | | Warranty | | | | |
| **Timothy Messerli** **3774 Manchester Road** **Allentown, PA 18104** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132129** | | | | Warranty | | | | |
| **Timothy Miller** **3746 Oll Mill Road** **Springfield, OH 45502** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4593** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                  Subtotal                         

(Total of this page)           **0.00**

In re  **Great Lakes Warranty Corporation**                                          ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123086** | | | | **Warranty** | | | | |
| **Timothy Morris** **3100 Ocean Hts Ave** **Egg Harbor Twp, NJ 08234** | - | | | | X | X | | **0.00** |
| Account No. **5122333** | | | | **Warranty** | | | | |
| **Timothy P Donnelly** **45 Franklin Ave  Apt 2** **Villas, NJ 08251** | - | | | | X | X | | **0.00** |
| Account No. **5074578** | | | | **Warranty** | | | | |
| **Timothy P Lang** **209 Carriage Court** **Pittsburgh, PA 15238** | - | | | | X | X | | **0.00** |
| Account No. **5125537** | | | | **Warranty** | | | | |
| **Timothy Phillips** **2327 Black Sea Road** **Jefferson, OH 44047** | - | | | | X | X | | **0.00** |
| Account No. **5132271** | | | | **Warranty** | | | | |
| **Timothy Phillips** **2357 Bacon Avenue** **E. Palestine, OH 94413** | - | | | | X | X | | **0.00** |

Sheet no.**4594** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5087462** | | | | | **Warranty** | | | | |
| **Timothy Pitak** **6484 Eichler Circle** **Coopersburg, PA 18036** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5114726** | | | | | **Warranty** | | | | |
| **Timothy Powell** **19 Cranberry Court** **Lebanon, PA 17046** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5121819** | | | | | **Warranty** | | | | |
| **Timothy R  Genua** **211 South Main St** **Nazareth, PA 18064** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5073542** | | | | | **Warranty** | | | | |
| **Timothy R Burton** **840 Bryonair Drive** **Mansfield, OH 44903** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5090557** | | | | | **Warranty** | | | | |
| **Timothy R Faulk** **2011 Richard Jones Road  Apt D6** **Nashville, TN 37215** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**4595** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                              ,        Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5085851** | | | | | **Warranty** | | | | |
| **Timothy R Huber** **200 Shaftsbury Lane** **Summerville, SC 29485** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5100599** | | | | | **Warranty** | | | | |
| **Timothy R Leonard Jr** **33 Ranch Road** **Dunbar, PA 15431** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5114005** | | | | | **Warranty** | | | | |
| **Timothy R Luce** **20714 Center Rd** **Venango, PA 16440** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5129831** | | | | | **Warranty** | | | | |
| **Timothy Rehman** **3315 Oakham Drive** **York, PA 17402** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5124259** | | | | | **Warranty** | | | | |
| **Timothy Relihan** **12 Muirfield Court** **Bridgeville, PA 15017** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**4596** of **4906** sheets attached to Schedule of                     Subtotal                     0.00
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

In re **Great Lakes Warranty Corporation**                                      Case No. _____

                                                                    ,
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127590** | | | | Warranty | | | | |
| **Timothy Rengstorf** **6269 Winter Hazel Dr** **Liberty Twp, OH 45044** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124678** | | | | Warranty | | | | |
| **Timothy Ross** **321 N. Pine Circle** **Gobsonia, PA 15044** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098544** | | | | Warranty | | | | |
| **Timothy Ross Allen** **2027 Downey Street** **Rock Hill, SC 29731** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096709** | | | | Warranty | | | | |
| **Timothy Russell** **53 Ellis Avenue** **Chauncey, OH 45719** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128893** | | | | Warranty | | | | |
| **Timothy S Yechev** **858 Garnet Ave** **Lancaster, PA 17603** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4597** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  0.00

In re **Great Lakes Warranty Corporation** _____,     Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5129953 | | | | Warranty | | | | |
| Timothy Schoener 39 Mellowbrook Drive Reading, PA 19608 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092845 | | | | Warranty | | | | |
| Timothy Sears 203 East Old Route 6 Hampton, CT 06247 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5071811 | | | | Warranty | | | | |
| Timothy Sigler 8475 Ickes Rd Wooster, OH 44691 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5096065 | | | | Warranty | | | | |
| Timothy Siragusa 84 N Chapel St Gowanda, NY 14070 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5105382 | | | | Warranty | | | | |
| Timothy Smith 1406 Summitt Street McKeesport, PA 15131 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4598** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re   **Great Lakes Warranty Corporation**                                        ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108327** | | **Warranty** | | | | | | |
| **Timothy Spoleti 1298 Poplar Hill Drive Lebanon, OH 45036** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5069986** | | **Warranty** | | | | | | |
| **Timothy Spring 3109 Hollybriar Ct Glen Allen, VA 23060** | - | | | | | | | |
| | | | | | | | | 2,237.84 |
| Account No. **5101956** | | **Warranty** | | | | | | |
| **Timothy Starnes 2000 Baxter Lane Franklin, TN 37069** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129830** | | **Warranty** | | | | | | |
| **Timothy Steigerwald 2932 Ellis Ave NE Canton, OH 44705** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125238** | | **Warranty** | | | | | | |
| **Timothy Stults 632 Dreyel Avenue Drexel Hill, PA 19026** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4599** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,237.84

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5126073 | | | | Warranty | | | | |
| Timothy Swan 115 Breakneck Ave Connellsville, PA 15425 | - | | | | X | X | | 0.00 |
| Account No. 5117753 | | | | Warranty | | | | |
| Timothy T Thompson 39 Maurice Street Uniontown, PA 15401 | - | | | | X | X | | 0.00 |
| Account No. 5130970 | | | | Warranty | | | | |
| Timothy Tate 987 Co Road 172 Athens, OH 37303 | - | | | | X | X | | 0.00 |
| Account No. 5122693 | | | | Warranty | | | | |
| Timothy Taylor 744 Ohio River Blvd Pittsburgh, PA 15202 | - | | | | X | X | | 0.00 |
| Account No. 5111287 | | | | Warranty | | | | |
| Timothy Thompson 33080 Smith Ridge Road Long Bottom, OH 45743 | - | | | | X | X | | 0.00 |

Sheet no.__**4600**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**          ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5088639** | | | Warranty | | | | |
| **Timothy Tiedemann 336 Greenwich St Belvidere, NJ 07823** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5072980** | | | Warranty | | | | |
| **Timothy Todd 2979 Shirley Lane  PO Box 482 Springtown, PA 18081** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5112961** | | | Warranty | | | | |
| **Timothy Underwood 4 Jersey Drive Moundsville, WV 26041** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114566** | | | Warranty | | | | |
| **Timothy V Shaw 500 Meade Drive Moon Township, PA 15108** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5112416** | | | Warranty | | | | |
| **Timothy V Wykle 545 Pottery Road Logan, OH 43138** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**4601** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re   **Great Lakes Warranty Corporation**             ,    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5094784** | | | | | **Warranty** | | | | |
| **Timothy W Blocksom**<br>**900 20th Avenue South  Unit 712**<br>**Nashville, TN 37212** | - | | | | | | | | **1,965.79** |
| Account No. **5042387** | | | | | **Warranty** | | | | |
| **Timothy W King**<br>**423 Gardner Rd. PO Box 4245**<br>**Hidden Valley, PA 15502** | - | | | | | X | X | | **0.00** |
| Account No. **5079515** | | | | | **Warranty** | | | | |
| **Timothy W Radcliff**<br>**213 School Bus Road**<br>**Mount Morris, PA 15349** | - | | | | | X | X | | **0.00** |
| Account No. **5106587** | | | | | **Warranty** | | | | |
| **Timothy W Walker**<br>**11650 Marbuger Rd**<br>**Stoutsville, OH 43154** | - | | | | | X | X | | **0.00** |
| Account No. **5118539** | | | | | **Warranty** | | | | |
| **Timothy W Yellig**<br>**957 Bockstoce AVe  Apt B306**<br>**Pittsburgh, PA 15234** | - | | | | | X | X | | **0.00** |

Sheet no. **4602** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                    **1,965.79**
(Total of this page)

In re   **Great Lakes Warranty Corporation**                                   ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5083649** | | | | **Warranty** | | | | |
| **Timothy Wade Elfstrom** **1642 E Bruce Avenue** **Gilbert, AZ 85234** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114895** | | | | **Warranty** | | | | |
| **Timothy Webb** **136 W Prospect** **Mansfield, OH 44907** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5070128** | | | | **Warranty** | | | | |
| **Timothy White** **89 Roycroft Ave** **Pittsburgh, PA 15228** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118935** | | | | **Warranty** | | | | |
| **Timothy William Toates** **200 Redcliffe Rd** **Greenville, Sc 29615** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5081830** | | | | **Warranty** | | | | |
| **Timothy Wims** **1846 Nolan Street** **Philadelphia, PA 19103** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4603** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5067020 | | | | Warranty | | | | |
| Timothy Wylie 3537 W Goldmine Mtn Cove Queen Creek, AZ 85242 | - | | | | X | X | | 0.00 |
| Account No. 5129788 | | | | Warranty | | | | |
| Timothy Yocca 11555 Dennis Circle N Huntingdon, PA 15642 | - | | | | | | | 1,450.00 |
| Account No. 5126412 | | | | Warranty | | | | |
| Tina Rogal 15616 Thomas Allen Park, MI 48101 | - | | | | X | X | | 0.00 |
| Account No. 5120450 | | | | Warranty | | | | |
| Tina A Donaldson 968 E Cyoher Rd Everett, PA 15537 | - | | | | X | X | | 0.00 |
| Account No. 5119070 | | | | Warranty | | | | |
| Tina A Marshall 210 Laura St Philipsburg, PA 16866 | - | | | | X | X | | 0.00 |

Sheet no. **4604** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,450.00

In re  **Great Lakes Warranty Corporation**                                      ,        Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100884** | | | Warranty | | | | |
| **Tina A Webster** **6724 Hills and Dales** **Canton, OH 44708** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5070727** | | | Warranty | | | | |
| **Tina Arstingstall** **813 E Market St** **Germantown, OH 45327** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5069202** | | | Warranty | | | | |
| **Tina Boggs** **230 W Madison St  Apt #5** **Rochester, PA 15074** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125315** | | | Warranty | | | | |
| **Tina Davis** **71 Hickory Road** **Greenville, PA 16125** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130226** | | | Warranty | | | | |
| **Tina Dixon** **911 Roberts Drive** **Elgin, SC 29045** | - | | | | | | |
| | | | | | | | 2,398.50 |

Sheet no. **4605** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    2,398.50

In re    **Great Lakes Warranty Corporation**                                          ,     Case No. _____
_____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5132679 | | | | Warranty | | | | |
| Tina Dixon 28320 Lockdale St Apt 203 Southfield, MI 48034 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116545 | | | | Warranty | | | | |
| Tina Elmenthaler 6702 Van Kirk Avenue Cincinnati, OH 45216 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128834 | | | | Warranty | | | | |
| Tina Farrington 38 Dorset Avenue Millville, NJ 08332 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5091606 | | | | Warranty | | | | |
| Tina G Demars 3143 Crosswood Drive Nashville, TN 37214 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5065648 | | | | Warranty | | | | |
| Tina Hotter 2424 Old Bethlehem Pike Quakertown, PA 18951 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4606** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

In re　**Great Lakes Warranty Corporation**　　　　　　　　　　　　　　　,　　Case No. _____

　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5097028** | | | Warranty | | | | |
| **Tina L Hoffert** **266 South Fourth Street** **Hamburg, PA 19526** | - | | | X | X | | 0.00 |
| Account No. **5075533** | | | Warranty | | | | |
| **Tina L Taley** **3700 Stoney Hill Road SW** **Lancaster, OH 43130** | - | | | X | X | | 0.00 |
| Account No. **5118676** | | | Warranty | | | | |
| **Tina L Ward** **1128 W Tilghman ST** **Allentown, PA 18102** | - | | | X | X | | 0.00 |
| Account No. **5120352** | | | Warranty | | | | |
| **Tina Ledford** **108 Brooks Rd** **Clinton, TN 37716** | - | | | X | X | | 0.00 |
| Account No. **5106198** | | | Warranty | | | | |
| **Tina Logiudice** **86 Wabash Avenue** **Kenmore, NY 14217** | - | | | X | X | | 0.00 |

Sheet no. **4607** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal　　　　　　　　　　0.00
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5097654** | | | | **Warranty** | | | | |
| **Tina M Cline** **12261 Smoketown Rd** **Utica, OH 43080** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088683** | | | | **Warranty** | | | | |
| **Tina M Andrews** **133 S Railroad Avenue** **Frackville, PA 17931** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102826** | | | | **Warranty** | | | | |
| **Tina M Becker** **1680 State Route 193 N** **Jefferson, OH 44041** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107130** | | | | **Warranty** | | | | |
| **Tina M Cready** **842 Sunset Circle** **Cranberry Township, PA 16066** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120720** | | | | **Warranty** | | | | |
| **Tina M Daniels** **219 Richbarn Rd** **Pittsburgh, PA 15212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4608** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5092453** | | | | **Warranty** | | | | |
| **Tina M Fryling** **11790 Hopson Hill Road** **Wattsburg, PA 16442** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116640** | | | | **Warranty** | | | | |
| **Tina M Hummel** **1193 Long Run Road** **Schuylkill Haven, PA 17972** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111587** | | | | **Warranty** | | | | |
| **Tina M Jones** **3212 Pheasant Court** **Columbia, SC 29204** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108802** | | | | **Warranty** | | | | |
| **Tina M McDonnell** **210 Dolomite Rd** **Monroeville, PA 15146** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098578** | | | | **Warranty** | | | | |
| **Tina M Norris** **249 Lepore Drive** **Lancaster, PA 17602** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4609** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                0.00

In re **Great Lakes Warranty Corporation**                                      Case No. _____
                                                              ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5124166** | | | | Warranty | | | | |
| **Tina M Odell** **111 Liberty Ave** **Monessen, PA 15062** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5071597** | | | | Warranty | | | | |
| **Tina M Theisen** **5690 Tollgate Rd** **Somerset, OH 43783** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118780** | | | | Warranty | | | | |
| **Tina M Williams** **16871 River Rd** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093251** | | | | Warranty | | | | |
| **Tina McIntosh** **3029 Flagstone Drive** **Franklin, TN 37069** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132330** | | | | Warranty | | | | |
| **Tina Moran** **625 E Jacksonville Avenue** **Villas, NJ 08251** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4610** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5075838 | | | | Warranty | | | | |
| Tina N Flannery 3218 Holly Road Philadelphia, PA 19154 | - | | | | X | X | | 0.00 |
| Account No. 5113101 | | | | Warranty | | | | |
| Tina N Jones 9619 Glendale Rd Pittsburgh, PA 15235 | - | | | | X | X | | 0.00 |
| Account No. 5123690 | | | | Warranty | | | | |
| Tina Scott 244 Painter Ave Greensburg, PA 15601 | - | | | | X | X | | 0.00 |
| Account No. 5111355 | | | | Warranty | | | | |
| Tina Smith 4115 Edith Avenue Cincinatti, OH 45227 | - | | | | X | X | | 0.00 |
| Account No. 5131293 | | | | Warranty | | | | |
| Tina Wile 6573 Grandstone Hill Road Chambersburg, PA 17202 | - | | | | X | X | | 0.00 |

Sheet no. **4611** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5109316 | | | | Warranty | | | | |
| Tinda D Glover 278 Ambling Circle Columbia, SC 29210 | | - | | | X | X | | 0.00 |
| Account No. 5091615 | | | | Warranty | | | | |
| Tirsa A Pagano 1721 Yellow Wood Court Nashville, TN 37221 | | - | | | X | | | 0.00 |
| Account No. 5096645 | | | | Warranty | | | | |
| Tisha Chrzanowski 29952 North Yellowbee Drive Queen Creek, AZ 85243 | | - | | | X | X | | 0.00 |
| Account No. 5097716 | | | | Warranty | | | | |
| Tisha L Skellett 20798 Rose Street  PO Box 62 Stewart, OH 45778 | | - | | | X | X | | 0.00 |
| Account No. 5079143 | | | | Warranty | | | | |
| Tishchara A Young 2531 Winfield Way NE Canton, OH 44705 | | - | | | X | X | | 0.00 |

Sheet no. **4612** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Great Lakes Warranty Corporation** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131972** | | | | Warranty | | | | |
| **Tito Cruz** **934 Rose Street** **Reading, PA 19601** | - | | | | X | X | | 0.00 |
| Account No. **5086701** | | | | Warranty | | | | |
| **Tito Delgadillo** **286 W Palomino Drive  #30** **Chandler, AZ 85225** | - | | | | X | X | | 0.00 |
| Account No. **5126644** | | | | Warranty | | | | |
| **Tiveeka Jones** **225 Hunterdonst Apt 4J** **Newark, NJ 07103** | - | | | | X | X | | 0.00 |
| Account No. **5085063** | | | | Warranty | | | | |
| **TKS Computer Solutions** **21 N St Marys Street** **St Marys, PA 15857** | - | | | | X | X | | 0.00 |
| Account No. **5115094** | | | | Warranty | | | | |
| **Tobias Casillas** **1067 S Avenue B** **Yuma, AL 85364** | - | | | | X | X | | 0.00 |

Sheet no. **4613** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           0.00

In re   **Great Lakes Warranty Corporation**                                          ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5098998** | | | | | Warranty | | | | |
| **Toby D Diegel** **2784 State Route 47** **Ansonia, OH 45303** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5109009** | | | | | Warranty | | | | |
| **Toby S Wilt Jr** **161 Cheek Road** **Nashville, TN 37205** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5089326** | | | | | Warranty | | | | |
| **Toby W Strain** **2573 Laurel Crest Dr** **Memphis, TN 38133** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5128857** | | | | | Warranty | | | | |
| **Tod Kelley** **RD4 Box 370** **Moundsville, WV 26041** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5111048** | | | | | Warranty | | | | |
| **Todd  Patton** **323 W Lake Street** **Lake Mills, WI 53551** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**4614** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5120277** | | | | | Warranty | | | | |
| **Todd A Hagen** **RR4 Box 81** **Tyrone, PA 16686** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5093718** | | | | | Warranty | | | | |
| **Todd Alexander** **1017 Joseph Drive** **Aliquippa, PA 15001** | - | | | | | | | | |
| | | | | | | | | | **83.40** |
| Account No. **5107083** | | | | | Warranty | | | | |
| **Todd Bates** **4640 Meadow Circle** **Belden, MS 38826** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5129269** | | | | | Warranty | | | | |
| **Todd Elwert** **6940 Lookout Ct** **Hamilton, OH 45011** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5098986** | | | | | Warranty | | | | |
| **Todd Fensel** **4312 W Ridgewood Road** **Parma, OH 44134** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **4615** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**83.40**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5132649** | | | | **Warranty** | | | | |
| **Todd Gay** **5383 Hapden** **Rockvale, TN 37153** | | - | | | X | X | | 0.00 |
| Account No. **5128126** | | | | **Warranty** | | | | |
| **Todd Harrison** **49255 McKenzie Ridge Road** **Racine, OH 45771** | | - | | | X | X | | 0.00 |
| Account No. **5061861** | | | | **Warranty** | | | | |
| **Todd Henderson** **213 Pine Hollow Rd** **Ford City, PA 16226** | | - | | | | | | 463.58 |
| Account No. **5107547** | | | | **Warranty** | | | | |
| **Todd Hill** **7021 Hamilton Ave** **Pitsburgh, PA 15208** | | - | | | X | X | | 0.00 |
| Account No. **5131796** | | | | **Warranty** | | | | |
| **Todd Holmes** **7354 Ryan Road** **Medina, OH 44256** | | - | | | X | X | | 0.00 |

Sheet no.**4616** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

463.58

In re   **Great Lakes Warranty Corporation**                                        ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5041053** | | | Warranty | | | | |
| **Todd Houck** **413 North Street** **Pottsville, PA 17901** | - | | | X | X | | 0.00 |
| Account No. **5126777** | | | Warranty | | | | |
| **Todd Hunter** **6100 Kiter Road** **Cochranton, PA 16314** | - | | | X | X | | 0.00 |
| Account No. **5102130** | | | Warranty | | | | |
| **Todd J Carlson** **2232 S Nellis Boulevard  229** **Las Vegas, NV 89110** | - | | | | | | 1,103.54 |
| Account No. **5112072** | | | Warranty | | | | |
| **Todd J Irons** **500 Spring Acres Lane** **North Lima, OH 44452** | - | | | X | X | | 0.00 |
| Account No. **5132569** | | | Warranty | | | | |
| **Todd Kasper** **246 Sickle Lane** **Deptford, NJ 08096** | - | | | | | | 376.30 |

Sheet no. **4617**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,479.84

In re    **Great Lakes Warranty Corporation**            ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5107209** | | | Warranty | | | | |
| **Todd Kopp** **5570 Waynesburg Drive SE** **Waynesburg, OH 44688** | - | | | X | X | | 0.00 |
| Account No. **5132503** | | | Warranty | | | | |
| **Todd L Hafner** **1408 Krumsville Rd** **Lenhartsville, PA 19534** | - | | | X | X | | 0.00 |
| Account No. **5097004** | | | Warranty | | | | |
| **Todd M Ciardelli** **500 Foxtrail Circle East** **Westerville, OH 43081** | - | | | X | X | | 0.00 |
| Account No. **5078911** | | | Warranty | | | | |
| **Todd M Larsen** **74 Erskine Avenue** **Boardman, OH 44512** | - | | | X | X | | 0.00 |
| Account No. **5111721** | | | Warranty | | | | |
| **Todd M Meade** **1129 McNeilly Avenue** **Pittsburgh, PA 15216** | - | | | | | | 427.44 |

Sheet no. **4618** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal               | 427.44

                          (Total of this page)

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5109026** | | | | | Warranty | | | | |
| **Todd M Miller** **894 Torway Road** **Gardners, PA 17324** | - | | | | | X | X | | 0.00 |
| Account No. **5059269** | | | | | Warranty | | | | |
| **Todd M. Post** **757 Carmel Church Road** **Celina, OH 45822** | - | | | | | | | | 157.63 |
| Account No. **5127246** | | | | | Warranty | | | | |
| **Todd Malcolm** **46 Main St** **Hopkinton, NH 03229** | - | | | | | X | X | | 0.00 |
| Account No. **5089256** | | | | | Warranty | | | | |
| **Todd McCabe** **1726 Walnut Street** **Ashland, PA 17921** | - | | | | | X | X | | 0.00 |
| Account No. **5067372** | | | | | Warranty | | | | |
| **Todd McKee** **103 Wayne Street** **Rockford, OH 45882** | - | | | | | X | X | | 0.00 |

Sheet no. **4619** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

157.63

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5072197** | | | | Warranty | | | | |
| **Todd Mills** **2830 West Pine Lake Road** **Columbiana, OH 44408** | | - | | | X | X | | 0.00 |
| Account No. **5107786** | | | | Warranty | | | | |
| **Todd Morris** **2500 Happy Hollow Estates** **Hopkinsville, KY 42240** | | - | | | X | X | | 0.00 |
| Account No. **5130311** | | | | Warranty | | | | |
| **Todd Moyer** **1835 Dagger Drive** **Henderson, NV 89014** | | - | | | X | X | | 0.00 |
| Account No. **5110940** | | | | Warranty | | | | |
| **Todd Napier** **2011 Gweneth Drive** **Spring Hill, TN 37174** | | - | | | X | X | | 0.00 |
| Account No. **5127861** | | | | Warranty | | | | |
| **Todd P Kane** **184 Poplar Run Rd** **Duncansville, PA 16635** | | - | | | X | X | | 0.00 |

Sheet no. **4620** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                          ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5118920 | | | | Warranty | | | | |
| Todd Pierce 319 Campbell Ave SW  Unit 203 Roanoke, VA 24016 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117184 | | | | Warranty | | | | |
| Todd R Durnell 6971 Buffalo Road Harborcreek, PA 16421 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113234 | | | | Warranty | | | | |
| Todd R Moulton 7050 Asberry Drive Nashville, TN 37221 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114839 | | | | Warranty | | | | |
| Todd R Pozzuyo 389 Valley Road New Castle, PA 16105 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129843 | | | | Warranty | | | | |
| Todd Robinson 612 CO Road 801 Ashland, OH 44805 | - | | | | | | | |
| | | | | | | | | 3,815.00 |

Sheet no. **4621** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,815.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5121845 | | | | | Warranty | | | | |
| Todd Snyder 3403 E Topeka Dr Phoenix, AZ 85050 | - | | | | | X | X | | 0.00 |
| Account No. 5094179 | | | | | Warranty | | | | |
| Todd Umbel PO Box 154  221 Cetner St Dickerson Run, PA 15430 | - | | | | | X | X | | 0.00 |
| Account No. 5104805 | | | | | Warranty | | | | |
| Todd W Slomka 516 Diane Street Lower Burrell, PA 15068 | - | | | | | X | X | | 0.00 |
| Account No. 5108425 | | | | | Warranty | | | | |
| Todd West 4661 E River Road Tucson, AZ 85718 | - | | | | | X | X | | 0.00 |
| Account No. 5065784 | | | | | Warranty | | | | |
| Todd Winiecki 282 Highland Road Mercer, OH 16137 | - | | | | | X | X | | 0.00 |

Sheet no. **4622** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5122115** | | | | | Warranty | | | | |
| **Toi Lewis**<br>**185 Gause Lane**<br>**Ripley, TN 38063** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5096989** | | | | | Warranty | | | | |
| **Toi R Johnson**<br>**4 A Helen and Robb Streets**<br>**McKees Rocks, PA 15136** | - | | | | | | | | |
| | | | | | | | | | 500.98 |
| Account No. **5084482** | | | | | Warranty | | | | |
| **Tolanda V Martin**<br>**95-1001 Puukoa Street**<br>**Mililani, HI 96789** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5100751** | | | | | Warranty | | | | |
| **Tom Barratt**<br>**2341 N Sinagua Circle**<br>**Mesa, AZ 85203** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5119104** | | | | | Warranty | | | | |
| **Tom Considine**<br>**39452 Champion Court**<br>**Northville, MI 48168** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4623** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        500.98

In re  **Great Lakes Warranty Corporation**             Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095711** | | | | Warranty | | | | |
| **Tom Parsley** **167 W Shamrock Street** **Gilbert, AZ 85233** | - | | | | X | X | | 0.00 |
| Account No. 5122164 | | | | Warranty | | | | |
| **Tom Basher** **1551 Shining Ore Dr** **Brentwood, TN 37027** | - | | | | X | X | | 0.00 |
| Account No. 5100713 | | | | Warranty | | | | |
| **Tom Bonin** **1205 Clay Avenue** **Dunmore, PA 18510** | - | | | | X | X | | 0.00 |
| Account No. 5071742 | | | | Warranty | | | | |
| **Tom Cambron** **518 Johnson Rd** **Oliver Springs, TN 37840** | - | | | | X | X | | 0.00 |
| Account No. 5103421 | | | | Warranty | | | | |
| **Tom Choate** **33 Wales Ave Suite A** **Avon, MA 02322** | - | | | | | | | 404.63 |

Sheet no. **4624** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      404.63

In re  **Great Lakes Warranty Corporation**                          ,  Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5088828 | | | | | Warranty | | | | |
| Tom D Walker 6395 Chartwell Court Brentwood, TN 37027 | - | | | | | | | | 1,138.34 |
| Account No. 5092683 | | | | | Warranty | | | | |
| Tom Doyle 5518 Penny Lane Madison, WI 53718 | - | | | | | | | | 373.50 |
| Account No. 5125815 | | | | | Warranty | | | | |
| Tom Fox 737 CharldonAvenue Massillon, OH 44646 | - | | | | | X | X | | 0.00 |
| Account No. 5056780 | | | | | Warranty | | | | |
| Tom Kovacic 128 Jenny Dr Butler, PA 16001 | - | | | | | X | X | | 0.00 |
| Account No. 5120649 | | | | | Warranty | | | | |
| Tom L Mays 2350 Kenyon NW Massillon, OH 44647 | - | | | | | X | X | | 0.00 |

Sheet no. **4625** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,511.84

In re  **Great Lakes Warranty Corporation**                                   ,        Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5074014** | | | Warranty | | | | |
| **Tom McGarity**<br>**4103 Valley Vue Drive**<br>**Gibsonia, PA 15044** | | - | | | | | 1,532.49 |
| Account No. **5067971** | | | Warranty | | | | |
| **Tom Moon**<br>**4854 Holbird Drive**<br>**North Charleston, SC 29405** | | - | | X | X | | 0.00 |
| Account No. **5097601** | | | Warranty | | | | |
| **Tom OBrien**<br>**293 Beal Road**<br>**Athens, OH 45701** | | - | | X | X | | 0.00 |
| Account No. **5079942** | | | Warranty | | | | |
| **Tom Rattay**<br>**425 Cumberland Road**<br>**Pittsburgh, PA 15237** | | - | | X | X | | 0.00 |
| Account No. **5109666** | | | Warranty | | | | |
| **Tom Rhoads**<br>**111 Rosemont Avenue**<br>**Newcumberland, PA 17070** | | - | | X | X | | 0.00 |

Sheet no. **4626** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,532.49

In re **Great Lakes Warranty Corporation** , Case No. _____
 _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5091437** | | | | Warranty | | | | |
| **Tom Tabbert** **18505 E 4th Avenue** **Spokane Valley, WA 99016** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5064346** | | | | Warranty | | | | |
| **Tom Thompson** **317 South Harrison** **Edgewater Park, NJ 08010** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106145** | | | | Warranty | | | | |
| **Tom Trader Sr** **114 N Fifth Avenue** **Paden City, WV 26159** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107756** | | | | Warranty | | | | |
| **Tom Ward** **165 North Avenue** **Pittsburgh, PA 15202** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125443** | | | | Warranty | | | | |
| **Tomeaka Massey** **426 Glen Parks Apts** **Bridgeton, NJ 08302** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4627** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5128850** | | | | **Warranty** | | | | |
| **Tomekia Marshall** **66 Echo** **Collierville, TN 38017** | - | | | | | | | 74.85 |
| Account No. **5078039** | | | | **Warranty** | | | | |
| **Tommie Parker** **210 McDonough Street** **Sandusky, OH 44870** | - | | | | | | | 202.00 |
| Account No. **5120184** | | | | **Warranty** | | | | |
| **Tommy  Wammack** **1092 Lynnewood Blvd** **Nashville, TN 37215** | - | | | | X | X | | 0.00 |
| Account No. **5102794** | | | | **Warranty** | | | | |
| **Tommy Hill** **1101 N Gilbert  #7107** **Gilbert, AZ 85234** | - | | | | X | X | | 0.00 |
| Account No. **5093797** | | | | **Warranty** | | | | |
| **Tommy Nicaj** **9167 Evans Drive** **Scottsdale, AZ 85260** | - | | | | | | | 858.00 |

Sheet no. **4628** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,134.85

In re   **Great Lakes Warranty Corporation**               ,      Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5129774** | | | | **Warranty** | | | | |
| **Tommy R Sheets** **73 Homer Lane** **Chillicothe, OH 45601** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125683** | | | | **Warranty** | | | | |
| **Tommy Thiesen** **495 Co Rd. 2302** **Loudonville, OH 44842** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5122377** | | | | **Warranty** | | | | |
| **Tommy W Thompson** **PO Box 169** **Woodbine, NJ 08270** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092011** | | | | **Warranty** | | | | |
| **Tommy Wilson** **7300 McSmith Court** **Dayton, OH 45414** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5129200** | | | | **Warranty** | | | | |
| **Tomorrow T Gales** **7801 Flagler St** **Las Vegas, NV 89139** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4629** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                         **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5126294 | | | Warranty | | | | |
| Tong Jiang 647 North 7th Street Allentown, PA 18102 | - | | | X | X | | 0.00 |
| Account No. 5105584 | | | Warranty | | | | |
| Toni Clarkson 1208 Hampshire Road Dayton, OH 45419 | - | | | X | X | | 0.00 |
| Account No. 5096935 | | | Warranty | | | | |
| Toni H Armaline 559 Edward Lane Campbell, OH 44405 | - | | | X | X | | 0.00 |
| Account No. 5099248 | | | Warranty | | | | |
| Toni L Beare 644 S Mt Pleasant Road Lebanon, PA 17042 | - | | | X | X | | 0.00 |
| Account No. 5130670 | | | Warranty | | | | |
| Toni Licciardelli 195 Phoenix Avenue Mantua, NJ 08051 | - | | | X | X | | 0.00 |

Sheet no. **4630** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                          , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5097855** | | | | **Warranty** | | | | |
| **Tonia M Mathis** **2318 Eleanor Street** **Newberry, SC 29108** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121063 | | | | **Warranty** | | | | |
| **Tonica Anderson** **104 Saddlewood** **Shelbyville, TN 37160** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124006 | | | | **Warranty** | | | | |
| **Tonika McClain** **7610 Woodbine Ave** **Philadelphia, PA 19151** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129048 | | | | **Warranty** | | | | |
| **Tonita C Parker** **5524 64th Ave** **Kenosha, WI 53144** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128777 | | | | **Warranty** | | | | |
| **Tonita Ubiles** **43 West Spruce Street** **Bethlehem, PA 18017** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4631** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5104295** | | | Warranty | | | | |
| **Tonja L Williams**<br>**3001 Hamilton Church Rd  Unit #2206**<br>**Antioch, TN 37013** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119759** | | | Warranty | | | | |
| **Tonna McCutcheon**<br>**1425 Bakers Work Rd**<br>**Burns, TN 37029** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5132255** | | | Warranty | | | | |
| **Tonne DeBrito**<br>**564 Campbell Road**<br>**Sidney, OH 45365** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118301** | | | Warranty | | | | |
| **Tony  Fleming**<br>**4975 Avalon Ave**<br>**Columbus, OH 43229** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130225** | | | Warranty | | | | |
| **Tony A  Elam**<br>**7794 Meadowcreek Dr**<br>**Cincinnati, OH 45244** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4632** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **0.00**

In re **Great Lakes Warranty Corporation**  Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5085285** | | | Warranty | | | | |
| **Tony A Hupp** **49730 Circle 124** **Racine, OH 45771** | - | | | X | X | | 0.00 |
| Account No. **5082855** | | | Warranty | | | | |
| **Tony Bonvini** **631 Appletree Lane** **Boca Raton, FL 33486** | - | | | | | | 493.50 |
| Account No. **5064361** | | | Warranty | | | | |
| **Tony Bristol** **5521 Mesa Ridge Lane Apt J** **Columbus, OH 43231** | - | | | | | | 1,280.57 |
| Account No. **5098080** | | | Warranty | | | | |
| **Tony E Okhiria** **9060 Deer Meadow Cove** **Cordova, TN 38016** | - | | | X | X | | 0.00 |
| Account No. **5129343** | | | Warranty | | | | |
| **Tony Ferland** **20 Edwards Avenue** **Biddeford, ME 04005** | - | | | | | | 63.75 |

Sheet no. **4633** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  1,837.82

In re   **Great Lakes Warranty Corporation**          ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5067148** | | | | **Warranty** | | | | |
| **Tony Gardner** **215 Pinehurst Drive** **Oakland, TN 38060** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130701** | | | | **Warranty** | | | | |
| **Tony King** **597 Maddox Road** **Alexandria, KY 41001** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5076944** | | | | **Warranty** | | | | |
| **Tony Lomupo** **9315 Doral Drive** **Pittsburgh, PA 15237** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5062161** | | | | **Warranty** | | | | |
| **Tony Lono** **1342 Oak Lane** **Heber City, UT 84032** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097623** | | | | **Warranty** | | | | |
| **Tony Newland** **16107 TR 39** **Belle Center, OH 43310** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __4634__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal
          (Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation** ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5112984 | | | | | Warranty | | | | |
| Tony Oyer 21 N Elm Street Bellefontaine, OH 43311 | - | | | | | X | X | | 0.00 |
| Account No. 5109147 | | | | | Warranty | | | | |
| Tony Pozdnyakov 1635 Reading Circle Huntingdon Valley, PA 19006 | - | | | | | | | | 317.98 |
| Account No. 5080942 | | | | | Warranty | | | | |
| Tony Quito Ferrer 370 Oakley Lane Nashville, TN 37211 | - | | | | | X | X | | 0.00 |
| Account No. 5125708 | | | | | Warranty | | | | |
| Tony Rockhold 51020 Osborne Rd Reedville, OH 45772 | - | | | | | | | | 416.27 |
| Account No. 5108265 | | | | | Warranty | | | | |
| Tony S Connius 591 Mountain Road Boyertown, PA 19512 | - | | | | | X | X | | 0.00 |

Sheet no. **4635** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     734.25

In re **Great Lakes Warranty Corporation** ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5114637 | | | Warranty | | | | |
| Tony W Tucker 9648 Brower Rd North Bend, OH 45052 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5121413 | | | Warranty | | | | |
| Tony Zappia 134 Oakhaven Dr Freedom, PA 15042 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5129017 | | | Warranty | | | | |
| Tonya  Middleton 1257 Carlisle St Bamburg, SC 29003 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5114535 | | | Warranty | | | | |
| Tonya A Jarrett 506 Third Street Clairton, PA 15025 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5101417 | | | Warranty | | | | |
| Tonya Butler 1637 S Spruce Wichita, KS 67211 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4636** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100129** | | | **Warranty** | | | | |
| **Tonya Engram Chappelle 102 S Port Drive Columbia, SC 29229** | - | | | X | X | | 0.00 |
| Account No. **5117193** | | | **Warranty** | | | | |
| **Tonya H Straugh 228 Poplar Street Erie, PA 15607** | - | | | X | X | | 0.00 |
| Account No. **5130716** | | | **Warranty** | | | | |
| **Tonya Hardaway 2341 Ardmore Memphis, TN 38127** | - | | | X | X | | 0.00 |
| Account No. **5107012** | | | **Warranty** | | | | |
| **Tonya I Borton 274 Wisteria Drive Franklin, TN 37064** | - | | | X | X | | 0.00 |
| Account No. **5088839** | | | **Warranty** | | | | |
| **Tonya J Shaw 39141 State Route 682 Pomeroy, OH 45769** | - | | | X | X | | 0.00 |

Sheet no. **4637** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                    , Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126436** | | | Warranty | | | | |
| **Tonya Johnston 116 Scorpio Lane Irwin, PA 15642** | - | | | X | X | | 0.00 |
| Account No. **5131517** | | | Warranty | | | | |
| **Tonya L John 117 Korina Dr Lower Burrell, PA 15068** | - | | | X | X | | 0.00 |
| Account No. **5114788** | | | Warranty | | | | |
| **Tonya L Moyer 1 Center Street Pine Grove, PA 17965** | - | | | X | X | | 0.00 |
| Account No. **5130182** | | | Warranty | | | | |
| **Tonya Lambart 520 Long Spires Road Gaston, SC 29053** | - | | | X | X | | 0.00 |
| Account No. **5124071** | | | Warranty | | | | |
| **Tonya Smith 2150 E. Bell Rd. #1174 Phoenix, AZ 85022** | - | | | | | | 680.00 |

Sheet no. **4638** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      680.00

In re **Great Lakes Warranty Corporation**        Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130067** | | | **Warranty** | | | | |
| **Tonya Stewart** **7694 Hampton Park** **Las Vegas, NV 89113** | - | | | X | X | | **0.00** |
| Account No. **5121482** | | | **Warranty** | | | | |
| **Tonya Tinkey** **312 Harrison Ave** **Greensburg, PA 15601** | - | | | X | X | | **0.00** |
| Account No. **5099401** | | | **Warranty** | | | | |
| **Tonyqa C McClain** **956 Oranmore Street** **Pittsburgh, PA 15201** | - | | | X | X | | **0.00** |
| Account No. **5124379** | | | **Warranty** | | | | |
| **Toolsie Mangroo** **6 Allen St** **Warminster, PA 18974** | - | | | X | X | | **0.00** |
| Account No. **5097542** | | | **Warranty** | | | | |
| **Toothsmith Inc** **39 E Woods Drive** **Lititz, PA 17543** | - | | | | | | **507.04** |

Sheet no. **4639** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                             (Total of this page)     **507.04**

In re   **Great Lakes Warranty Corporation**                                   ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122294** | | | **Warranty** | | | | |
| **Tory G Fravel**<br>**3091 Main St**<br>**Sumneytown, PA 18084** | - | | | X | X | | 0.00 |
| Account No. **5082288** | | | **Warranty** | | | | |
| **Tosha Grantham**<br>**513 W Marshall Street**<br>**Richmond, VA 23220** | - | | | | | | 395.09 |
| Account No. **5119379** | | | **Warranty** | | | | |
| **Toshitaka Hoppo**<br>**2276 Shady Ave**<br>**Pittsburgh, PA 15217** | - | | | | | | 172.87 |
| Account No. **5100704** | | | **Warranty** | | | | |
| **Toya Calhoun**<br>**618 Cleveland Street**<br>**Middletown, OH 45044** | - | | | X | X | | 0.00 |
| Account No. **5096906** | | | **Warranty** | | | | |
| **Toya Fikes**<br>**9365 W Milkweed Loop**<br>**Phoenix, AZ 85037** | - | | | X | X | | 0.00 |

Sheet no. **4640** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    567.96

In re  **Great Lakes Warranty Corporation**                                      Case No. _____
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5105697** | | | | **Warranty** | | | | |
| **Tracee Abu** **9596 W Bluesky Drive** **Peoria, AZ 85383** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131216** | | | | **Warranty** | | | | |
| **Tracey Bassi** **45 Mercury Street** **Somerset, NJ 08873** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109875** | | | | **Warranty** | | | | |
| **Tracey Blackstone** **705 Princeton Ave** **Brick, NJ 08724** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132612** | | | | **Warranty** | | | | |
| **Tracey Cain** **200 Shannon Lane** **Madisonville, KY 42431** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5053841** | | | | **Warranty** | | | | |
| **Tracey Dominguez** **909 Valley Brook Drive** **Milford, OH 45150** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4641** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re   **Great Lakes Warranty Corporation**                                              Case No. _____
                                                              ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5121285** | | | | Warranty | | | | |
| **Tracey Doswell** **703 North Lang Ave** **Pittsburgh, PA 15208** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093440** | | | | Warranty | | | | |
| **Tracey Franks** **3121 George Washington Boulevard #501** **Wichita, KS 67210** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125892** | | | | Warranty | | | | |
| **Tracey L Davis** **222 Grant Ave** **Pittsburgh, PA 15209** | - | | | | | | | |
| | | | | | | | | **171.49** |
| Account No. **5089560** | | | | Warranty | | | | |
| **Tracey L Foltz** **1699 Broadhead Rd  Apt 3** **Coraopolis, PA 15108** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5089038** | | | | Warranty | | | | |
| **Tracey L Mellott** **34929 Harper Ridge** **Woodsfield, OH 43793** | - | | | | | | | |
| | | | | | | | | **573.00** |

Sheet no.**4642**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **744.49**

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5100226** | | | | Warranty | | | | |
| **Tracey Laslo** **325 East Main Street** **Alliance, OH 44601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120636** | | | | Warranty | | | | |
| **Tracey Myrell** **5521 Hunter Rd** **Ooltewah, TN 37363** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114880** | | | | Warranty | | | | |
| **Tracey Oblinsky** **309 Acorn Circle** **Lebanon, PA 17042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5060482** | | | | Warranty | | | | |
| **Tracey Smith** **309 Rachel Dr** **Stroudsburg, PA 18360** | - | | | | | | | |
| | | | | | | | | 110.25 |
| Account No. **5115622** | | | | Warranty | | | | |
| **Tracey Snyder** **2648 Black Oak Drive** **Niles, OH 44446** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4643** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    110.25

In re **Great Lakes Warranty Corporation**                                    , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5094067** | | | | **Warranty** | | | | |
| **Tracey Stromenger** **1415 Ponderosa Drive** **Erie, PA 16509** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099661** | | | | **Warranty** | | | | |
| **Traci L Madenford** **1830 Crazy Horse Drive** **Auburn, PA 17922** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127954** | | | | **Warranty** | | | | |
| **Traci Reed** **312 Walnut Hill** **Havertown, PA 19083** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127702** | | | | **Warranty** | | | | |
| **Traci Wise** **3034 Leisure Road** **Minerva, OH 44657** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129976** | | | | **Warranty** | | | | |
| **Tracie  Moss** **508 Fourth St** **West Pittston, PA 18643** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4644** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5119995 | | | | Warranty | | | | |
| Tracie D Washington 716 Russellwood Ave McKees Rocks, PA 15136 | | - | | | X | X | | 0.00 |
| Account No. 5119079 | | | | Warranty | | | | |
| Tracie Jo Lindsey 642 12th St Clairton, PA 15025 | | - | | | X | X | | 0.00 |
| Account No. 5100039 | | | | Warranty | | | | |
| Tracie L Brown 343 Ohio Avenue Glassport, PA 15025 | | - | | | X | X | | 0.00 |
| Account No. 5098438 | | | | Warranty | | | | |
| Tracie L Valenta 10559 Richard Drive Parma Heights, OH 44130 | | - | | | X | X | | 0.00 |
| Account No. 5127529 | | | | Warranty | | | | |
| Tracie Leatherwood 409 Haven Avenue Ocean City, NJ 08226 | | - | | | X | X | | 0.00 |

Sheet no. **4645** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Great Lakes Warranty Corporation** Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5075548 | | | | Warranty | | | | |
| Tracie Therence Ferrell 3842 Dominion Mill Drive Alexandria, VA 22304 | | - | | | | | | 2,413.29 |
| Account No. 5128032 | | | | Warranty | | | | |
| Tracie Washington 213 Bruce Street McKeesrocks, PA 15135 | | - | | | X | X | | 0.00 |
| Account No. 5120501 | | | | Warranty | | | | |
| Tracy Durant 33 Greenwich Blvd Apt 111 Lake Wylie, SC 29710 | | - | | | X | X | | 0.00 |
| Account No. 5100892 | | | | Warranty | | | | |
| Tracy Garland 517 Pittsburgh Street Scottdale, PA 15683 | | - | | | X | X | | 0.00 |
| Account No. 5123108 | | | | Warranty | | | | |
| Tracy Malloy 1 New Vernon Ave Seaville, NJ 08230 | | - | | | X | X | | 0.00 |

Sheet no. **4646** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **2,413.29**

In re   **Great Lakes Warranty Corporation**       ,    Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5118860** | | | Warranty | | | | |
| **Tracy A Favors** **148 E Church St** **Souderton, PA 18964** | - | | | X | X | | 0.00 |
| Account No. **5130659** | | | Warranty | | | | |
| **Tracy A Johnston** **57 Mahoning Rd** **Dunbar, PA 15431** | - | | | X | X | | 0.00 |
| Account No. **5119480** | | | Warranty | | | | |
| **Tracy A Macchi** **6 Keats Rd** **Yardley, PA 19067** | - | | | X | X | | 0.00 |
| Account No. **5116856** | | | Warranty | | | | |
| **Tracy A Walker** **512 Main Street** **Red Hill, PA 18076** | - | | | X | X | | 0.00 |
| Account No. **5109879** | | | Warranty | | | | |
| **Tracy Ann Jones** **179 Butternut Road** **Shavertown, PA 18708** | - | | | X | X | | 0.00 |

Sheet no. **4647** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re **Great Lakes Warranty Corporation**         Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5092859** | | | Warranty | | | | |
| **Tracy B Harder**<br>**2919 Edward Drive**<br>**Bowling Green, KY 42104** | - | | | X | X | | 0.00 |
| Account No. **5115453** | | | Warranty | | | | |
| **Tracy B Williams**<br>**1536 Briarwood Avenue**<br>**Columbus, OH 43211** | - | | | X | X | | 0.00 |
| Account No. **5125835** | | | Warranty | | | | |
| **Tracy Bell**<br>**628 Delbane Way**<br>**Greensburg, PA 15601** | - | | | | | | 79.00 |
| Account No. **5110001** | | | Warranty | | | | |
| **Tracy Carter**<br>**110 Bordeaux Court**<br>**Smyrna, TN 37167** | - | | | X | X | | 0.00 |
| Account No. **5129822** | | | Warranty | | | | |
| **Tracy Freeman**<br>**1000 11th St NW**<br>**Canton, OH 44703** | - | | | X | X | | 0.00 |

Sheet no. **4648** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal<br>(Total of this page)     **79.00**

In re **Great Lakes Warranty Corporation**                          ,          Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5080330** | | | Warranty | | | | |
| **Tracy Gough** **1060 Pepper Ridge Terrace** **Boca Raton, FL 33486** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5095041** | | | Warranty | | | | |
| **Tracy H Webber** **2317 Hamill Avenue** **Clarksburg, WV 26301** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120858** | | | Warranty | | | | |
| **Tracy Higdon** **107 Trefoil Court** **Monreoville, PA 15146** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088774** | | | Warranty | | | | |
| **Tracy J Lunt** **801 Meldon Avenue** **Donora, PA 15033** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119537** | | | Warranty | | | | |
| **Tracy L Cook** **2068 Palm St** **Pittsburgh, PA 15235** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4649** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5092124** | | | | Warranty | | | | |
| **Tracy L Cox** **508 Wayne Avenue** **Greenville, OH 45331** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084358** | | | | Warranty | | | | |
| **Tracy L Jenkins** **343 State Route 224** **Sullivan, OH 44880** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117664** | | | | Warranty | | | | |
| **Tracy L Lex** **267 Reservoir Road** **Ringtown, PA 17967** | - | | | | | | | |
| | | | | | | | | 445.80 |
| Account No. **5129420** | | | | Warranty | | | | |
| **Tracy L Snyder** **5705 H Tamarack Blvd** **Columbus, OH 43229** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5086677** | | | | Warranty | | | | |
| **Tracy L Watkins** **119 County Road 522** **Etowah, TN 37331** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4650** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

445.80

In re **Great Lakes Warranty Corporation**                                Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123961** | | | | **Warranty** | | | | |
| **Tracy Lee Brown** **82 Blue Spruce Rd** **Philipsburg, PA 16866** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120187** | | | | **Warranty** | | | | |
| **Tracy Lomax** **543 Twin Lakes Court** **Aold Hickotry, TN 37138** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114143** | | | | **Warranty** | | | | |
| **Tracy M Koppa** **624 Chestnut** **Emporia, KS 66801** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131237** | | | | **Warranty** | | | | |
| **Tracy McGloin** **807 Heather Lane** **Erma, NJ 08204** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130186** | | | | **Warranty** | | | | |
| **Tracy Milburn** **1509 A Cottage Street** **Ashland, OH 44805** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4651** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5047407** | | | | | Warranty | | | | |
| **Tracy Montgomery**<br>**27 N. St**<br>**The Plains, OH 45780** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5107964** | | | | | Warranty | | | | |
| **Tracy N Morse**<br>**3449 Pickney Bluff**<br>**Fort Mill, SC 29715** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5126750** | | | | | Warranty | | | | |
| **Tracy Poirrier**<br>**5434 Tanager Avenue NE**<br>**Canton, OH 44705** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5126439** | | | | | Warranty | | | | |
| **Tracy Pravlik**<br>**224 Rear Near Lane**<br>**Mt. Pleasant, PA 15666** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5112171** | | | | | Warranty | | | | |
| **Tracy Rouviere**<br>**14650 E Circle L Ranch Place**<br>**Tucson, AZ 85641** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**4652** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                      Case No. _____

,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5116185 | | | | | Warranty | | | | |
| Tracy Stevens 13202 N 22nd Avenue Phoenix, AZ 85029 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5124890 | | | | | Warranty | | | | |
| Tracy Toulson 5748 Hancock Street SW Canton, OH 44706 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5112150 | | | | | Warranty | | | | |
| Tracy Tracy 4708 Harlequin Way Chesapeake, VA 23321 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5102055 | | | | | Warranty | | | | |
| Trae Brown 308 N Mercer Street  Apt 11 New Castle, PA 16101 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5078031 | | | | | Warranty | | | | |
| Tram Huynh 16627 South 27th Avenue Phoenix, AZ 85045 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4653** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108679** | | | | Warranty | | | | |
| **Travia Willmon** **18820 Harvard** **Cleveland, OH 44122** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095774** | | | | Warranty | | | | |
| **Travis Nagy Deak** **32 Nater Street** **Ashland, PA 17921** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127865** | | | | Warranty | | | | |
| **Travis A Emch** **49 Haddale Ave** **Wheeling, WV 26003** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107888** | | | | Warranty | | | | |
| **Travis C Knisely** **2061 Brentwood Drive** **Middletown, PA 17057** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113954** | | | | Warranty | | | | |
| **Travis C Wilson** **5245 Industrial Avenue** **Altoona, PA 16601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4654** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**,     Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104565** | | | | **Warranty** | | | | |
| **Travis Christopher Norris** **113 Estelle Road** **Gaffney, SC 29341** | - | | | | X | X | | 0.00 |
| Account No. **5078783** | | | | **Warranty** | | | | |
| **Travis Dewayne Stewart** **220 21st Avenue North** **North Myrtle Beach, SC 29582** | - | | | | X | X | | 0.00 |
| Account No. **5107419** | | | | **Warranty** | | | | |
| **Travis Diehl** **509 Covered Bridge Rd** **Osterburg, PA 16667** | - | | | | X | X | | 0.00 |
| Account No. **5088220** | | | | **Warranty** | | | | |
| **Travis E Finney** **7301 Green Meadow** **Imperial, PA 15126** | - | | | | X | X | | 0.00 |
| Account No. **5132762** | | | | **Warranty** | | | | |
| **Travis Ebel** **8713 Harwich Avenue** **Las Vegas, NV 89129** | - | | | | X | X | | 0.00 |

Sheet no. **4655** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal       0.00
(Total of this page)

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5105868 | | | | Warranty | | | | |
| Travis Fredell 1877 Colleen Drive North Huntington, PA 15642 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5075702 | | | | Warranty | | | | |
| Travis Gunderson 609 Mingus Avenue Prescott, AZ 86301 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130032 | | | | Warranty | | | | |
| Travis Henson 224 Plum Valley Bellefontaine, OH 43311 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5087635 | | | | Warranty | | | | |
| Travis J Gates 865 Bellevue Road  A2 Nashville, TN 37221 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5117105 | | | | Warranty | | | | |
| Travis K Jefferson 56 Carbon Street Pine Grove, PA 17963 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4656** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                              ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5128474 | | | | Warranty | | | | |
| Travis Lee Leonard 210 Stonewood Dr Cleveland, TN 37311 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5115659 | | | | Warranty | | | | |
| Travis M Derstine 703 Morris Road East Greenville, PA 18041 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5109386 | | | | Warranty | | | | |
| Travis M Eicher 808 Albright Street Roaring Spring, PA 16673 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5101327 | | | | Warranty | | | | |
| Travis M Swiger 18365 Linker Road Jackson Center, OH 45334 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093711 | | | | Warranty | | | | |
| Travis McIlvenna 267 Medlock Lane Alexandria, VA 27304 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4657** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5128797** | | | | **Warranty** | | | | |
| **Travis Miller** **HC1 Box 82** **Sciotta, PA 18354** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5052800** | | | | **Warranty** | | | | |
| **Travis Richey** **18803 Regatta Road** **Humble, TX 77346** | - | | | | | | | |
| | | | | | | | | **520.00** |
| Account No. **5104823** | | | | **Warranty** | | | | |
| **Travis Stover** **3100 Deep Hollow Road** **Coolville, OH 45723** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5124366** | | | | **Warranty** | | | | |
| **Travis T Behler** **235 Cherry St** **Slatington, PA 18080** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128641** | | | | **Warranty** | | | | |
| **Travis Turner** **649 Gate Post Drive** **Mt Pleasant, SC 29464** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4658** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **520.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5106020 | | | | Warranty | | | | |
| Travis W Kalis 15850 N Thompson Peak Park Scottsdale, AZ 85260 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5118436 | | | | Warranty | | | | |
| Travis Winter 8555 Stump Rd Minerva, OH 44657 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127823 | | | | Warranty | | | | |
| Trebia Hope 219 Elders Pond Drive Coulmbia, SC 29229 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132386 | | | | Warranty | | | | |
| Trecia Downward 9700 West Sunset Road Apt 2020 Las Vegas, NV 89148 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5130528 | | | | Warranty | | | | |
| Trema Boling 4241 Township Line Coldwater, OH 45828 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __4659__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5127592 | | | Warranty | | | | |
| Tremaine Brewer 473 Old Stage Road Greenville, AL 36037 | - | | | X | X | | 0.00 |
| Account No. 5089291 | | | Warranty | | | | |
| Tremayne McEachern 1090 Barkley Street Hanahan, SC 29410 | - | | | X | X | | 0.00 |
| Account No. 5099901 | | | Warranty | | | | |
| Tremayne Scales 1035 Birnham Woods Boulevard Pasadena, TX 77503 | - | | | X | X | | 0.00 |
| Account No. 5131158 | | | Warranty | | | | |
| Trena Curtis 351 Cornelia Avenue NE Canton, OH 44704 | - | | | X | X | | 0.00 |
| Account No. 5104212 | | | Warranty | | | | |
| Trena I Ludlam 300 Cherokee Drive Summerville, SC 29483 | - | | | X | X | | 0.00 |

Sheet no. **4660** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re __Great Lakes Warranty Corporation__ ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5074971 | | | | Warranty | | | | |
| Trent L Jackson 214 W Schwab Avenue Munhall, PA 15120 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5092377 | | | | Warranty | | | | |
| Trent Steed 247 West Summit St Alliance, OH 44601 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5076806 | | | | Warranty | | | | |
| Trent Thompson 3401 Anderson Road #28 Nashville, TN 37013 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093781 | | | | Warranty | | | | |
| Trent Tolbert 7201 Shalloford Road Chattanooga, TN 37421 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5123439 | | | | Warranty | | | | |
| Tressa J Wilson 1208 Woodmont Ave New Kensington, PA 15068 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __4661__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                    0.00
(Total of this page)

In re    **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5106201** | | | Warranty | | | | |
| Trevor  Strawderman 2190 Worthams Outoff Road Little River, SC 29566 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5100197** | | | Warranty | | | | |
| Trevor Clevenger 4626 N 19th Avenue Phoenix, AZ 85015 | - | | | | | | |
| | | | | | | | 923.11 |
| Account No. **5095944** | | | Warranty | | | | |
| Trevor Gerhard 15 Washington Avenue Exeter, PA 18643 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5067251** | | | Warranty | | | | |
| Trevor Goulding 1294 Duane Road Chattanooga, TN 37405 | - | | | | | | |
| | | | | | | | 458.50 |
| Account No. **5093761** | | | Warranty | | | | |
| Trevor J Yeager 11 Springer Avenue Uniontown, PA 15401 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4662** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,381.61

In re    **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5098526** | | | Warranty | | | | |
| **Trevor S Clark** **341 S Highland Avenue** **Pittsburgh, PA 15206** | - | | | X | X | | 0.00 |
| Account No. **5098641** | | | Warranty | | | | |
| **Trevor Sprague** **451 W Bluebird Street** **Gardner, KS 66030** | - | | | X | X | | 0.00 |
| Account No. **5129148** | | | Warranty | | | | |
| **Triandos Randolph** **6646 Rutland Street** **Philadelphia, PA 19149** | - | | | X | X | | 0.00 |
| Account No. **5118146** | | | Warranty | | | | |
| **Tribikram Kundu** **1201 E Chula Vista** **Tucson, AZ 85718** | - | | | X | X | | 0.00 |
| Account No. **5050743** | | | Warranty | | | | |
| **Tricia Boland** **7360 Kelly Ct** **Cincinnati, Oh 45241** | - | | | | | | 290.63 |

Sheet no. **4663** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                               290.63

In re __**Great Lakes Warranty Corporation**_____,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5118223 | | | | Warranty | | | | |
| Tricia L Corrado 421 Walde St Pittsburgh, PA 15210 | - | | | | X | X | | 0.00 |
| Account No. 5128581 | | | | Warranty | | | | |
| Tricia Mortimer 433 Irwin Lane Pittsburgh, PA 15212 | - | | | | | | | 293.76 |
| Account No. 5132055 | | | | Warranty | | | | |
| Tricia Sharp 114 Cutters Lane Clinton, TN 37716 | - | | | | X | X | | 0.00 |
| Account No. 5125928 | | | | Warranty | | | | |
| Tricyn Huntsman 4325 Kemary St SW Navarre, OH 44662 | - | | | | X | X | | 0.00 |
| Account No. 5108557 | | | | Warranty | | | | |
| Trina Long 2525 Partridge Drive N Hopkins, SC 29061 | - | | | | X | X | | 0.00 |

Sheet no. __4664__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　293.76

In re  **Great Lakes Warranty Corporation**                                           , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5090355** | | | | Warranty | | | | |
| **Trina A Gainey** **1202 Hankins Road** **Marion, NC 28752** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5109881** | | | | Warranty | | | | |
| **Trina C Dulaney** **27903 South Gerards Road** **Kennewick, WA 99337** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5086283** | | | | Warranty | | | | |
| **Trina C Massey** **4677 Mt Carmel Road** **Heath Springs, SC 29058** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118108** | | | | Warranty | | | | |
| **Trina J Woods** **18313 State Route 13** **Glouster, OH 45732** | | - | | | | | | |
| | | | | | | | | **700.00** |
| Account No. **5096950** | | | | Warranty | | | | |
| **Trina Reynolds** **6723 Saltsburg Rd** **Pittsburgh, PA 15235** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4665** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**700.00**

In re   **Great Lakes Warranty Corporation**                                              Case No. _____
                                                                   ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5097130** | | | | Warranty | | | | |
| **Trinidad Camarillo** **883 Harness Lane** **Norco, CA 92860** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5096390** | | | | Warranty | | | | |
| **Trinidad T Torres** **624 W Gary Drive** **Chandler, AZ 85225** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109699** | | | | Warranty | | | | |
| **Trish Donnan** **8336 Classic Villa Court** **Las Vegas, NV 89128** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129249** | | | | Warranty | | | | |
| **Trisha A Avila** **1233 N Washington St** **Wilksbarr, PA 18705** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108754** | | | | Warranty | | | | |
| **Trisha L Harvey** **3556 State Route 39** **Shelby, OH 44875** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4666** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                                                    ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5098902** | | | | **Warranty** | | | | |
| **Trisha Lorenzi** **103 Baywood Drive** **Monongahela, PA 15063** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113141** | | | | **Warranty** | | | | |
| **Trisha M Liebau** **3902 Canterbury Drive** **Erie, PA 16506** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097807** | | | | **Warranty** | | | | |
| **Trisha N Henry** **634 Ridge Street** **Emmaus, PA 18049** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126583** | | | | **Warranty** | | | | |
| **Trisha Stander** **11090 Gayliano Street** **LAs Vegas, NV 89141** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098303** | | | | **Warranty** | | | | |
| **Trisha Stecker** **6927 Birch Lane** **Bangor, PA 18013** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4667** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    Case No. _____
                                                          ,
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5089347** | | | | **Warranty** | | | | |
| **Trishana Newsome** **2224 Meadow Glade Lane  #6** **Memphis, TN 38134** | - | | | | X | X | | 0.00 |
| Account No. **5098613** | | | | **Warranty** | | | | |
| **Trista  Wycuff** **1874 Shroeder Road** **Celina, OH 45822** | - | | | | X | X | | 0.00 |
| Account No. **5132143** | | | | **Warranty** | | | | |
| **Trista Custer** **788 Donelson Road** **Seward, PA 15954** | - | | | | X | X | | 0.00 |
| Account No. **5131080** | | | | **Warranty** | | | | |
| **Tristan Lowe** **509 West McKnight Drive** **Murfreesboro, TN 37129** | - | | | | X | X | | 0.00 |
| Account No. **5103738** | | | | **Warranty** | | | | |
| **Trong L Nguyen** **6304 Debidare Road** **Hilliard, OH 43026** | - | | | | X | X | | 0.00 |

Sheet no. **4668**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,      Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5088263** <br><br> **Troy  Gilbert** <br> **1011 B Street** <br> **Couer D Alene, ID 83814** | - | | Warranty | X | X | | <br><br> 0.00 |
| Account No. **5121306** <br><br> **Troy  Hubbard** <br> **56 Northview Dr** <br> **Mechanicsburg, PA 17050** | - | | Warranty | X | X | | <br><br> 0.00 |
| Account No. **5087010** <br><br> **Troy  Shackelford** <br> **PO Box 72480** <br> **Phoenix, AZ 85050** | - | | Warranty | | | | <br><br> 184.80 |
| Account No. **5092393** <br><br> **Troy Dillabough** <br> **6196 Cartage Avenue** <br> **Canal Fulton, OH 44614** | - | | Warranty | | | | <br><br> 921.44 |
| Account No. **5130929** <br><br> **Troy Empey** <br> **5655 East Sahara Avenue** <br> **Las Vegas, NV 89142** | - | | Warranty | X | X | | <br><br> 0.00 |

Sheet no. **4669**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,106.24**

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                                            **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5091365 | | | | Warranty | | | | |
| Troy Franklin Oleary 1105 Thunderhill Place Phoenix, AZ 85048 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5067098 | | | | Warranty | | | | |
| Troy Gauker 134 Deer Trail Drive Schuylkill Haven, PA 17972 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5113265 | | | | Warranty | | | | |
| Troy Kisko 26 1 2 N Jefferson Avenue Canonsburg, PA 15317 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129783 | | | | Warranty | | | | |
| Troy L Talmadge 12 Ross Ave New Cumberland, PA 17070 | - | | | | | | | |
| | | | | | | | | 92.10 |
| Account No. 5122652 | | | | Warranty | | | | |
| Troy Mays 431 W Abbottsford Ave Philadelphia, PA 19144 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4670** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 92.10 |
|---|

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5107100** | | | | Warranty | | | | |
| Troy Miller 1863 State Route 470 Bellefontaine, OH 43311 | - | | | | X | X | | 0.00 |
| Account No. 5050336 | | | | Warranty | | | | |
| Troy O Brooks Jr 39649 SR 143 Pomeroy, OH 45769 | - | | | | X | X | | 0.00 |
| Account No. 5094654 | | | | Warranty | | | | |
| Troy Ortega 2065 E Marquette Drive Gilbert, AZ 85234 | - | | | | X | X | | 0.00 |
| Account No. 5112525 | | | | Warranty | | | | |
| Troy Owen 1826 Ridge Ave Arnold, PA 15068 | - | | | | X | X | | 0.00 |
| Account No. 5128093 | | | | Warranty | | | | |
| Troy Pirolozzi 2264 Allen Ave SE Canton, OH 44707 | - | | | | X | X | | 0.00 |

Sheet no. **4671** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104099** | | | | **Warranty** | | | | |
| **Troy S Dunn** **1535 Vassar NW** **Canton, OH 44703** | | - | | | | | | **150.27** |
| Account No. **5109453** | | | | **Warranty** | | | | |
| **Troy Smith** **5609 Reatta Place** **Colleyville, TX 76034** | | - | | | X | X | | **0.00** |
| Account No. **5132346** | | | | **Warranty** | | | | |
| **Troy Stabins** **1624 Palm Street #156** **Las Vegas, NV 89104** | | - | | | X | X | | **0.00** |
| Account No. **5100011** | | | | **Warranty** | | | | |
| **Troy W Ross** **150 Finoli Drive** **Greensburg, PA 15601** | | - | | | X | X | | **0.00** |
| Account No. **5093398** | | | | **Warranty** | | | | |
| **Troylan Caro** **20250 N 67th Avenue #2159** **Glendale, AZ 85308** | | - | | | X | X | | **0.00** |

Sheet no. **4672** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **150.27**

In re __Great Lakes Warranty Corporation__ _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5131741** | | | | | **Warranty** | | | | |
| **Trudi Schwartz 138 Burnside Avenue Norristown, PA 19403** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5127782** | | | | | **Warranty** | | | | |
| **Trudie Marie Burns 1044 Brackenridge Ave Brackenridge, PA 15014** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5102592** | | | | | **Warranty** | | | | |
| **Trudy Hunter 2982 Pothour Wheeler Road Hubbard, OH 44425** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5094151** | | | | | **Warranty** | | | | |
| **Trudy Peters 2900 Lockertsville Road Ashland City, TN 37015** | - | | | | | | | | |
| | | | | | | | | | 845.81 |
| Account No. **5131762** | | | | | **Warranty** | | | | |
| **Trudy T Fleming 4756 Somers Point Mays Mays Landing, NJ 08330** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4673** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

845.81

In re **Great Lakes Warranty Corporation** ,     Case No. _____

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5126107** | | **Warranty** | | | | | | |
| **Truly Mahon** **52605 St Rt 248** **Long Bottom, OH 45743** | - | | | | X | X | | 0.00 |
| Account No. **5069586** | | **Warranty** | | | | | | |
| **Trung Dang** **9012 Brittany Park Dr** **Sacremento, CA 00095-8829** | - | | | | X | X | | 0.00 |
| Account No. **5073492** | | **Warranty** | | | | | | |
| **Trung Vo** **4066 S Reading Way** **Denver, CO 80237** | - | | | | X | X | | 0.00 |
| Account No. **5072094** | | **Warranty** | | | | | | |
| **Trupti K Hogue** **172 East Blake Avenue** **Columbus, OH 43202** | - | | | | X | X | | 0.00 |
| Account No. **5117889** | | **Warranty** | | | | | | |
| **Tucker Nivison** **2311 E Hartford Ave  No 27** **Phoenix, AZ 85022** | - | | | | | | | 238.79 |

Sheet no. **4674** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     238.79

In re   **Great Lakes Warranty Corporation**                              ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5089517** | | | | **Warranty** | | | | |
| **Tuesday M King** **924 Old Commons Rd** **Windsor, PA 17366** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5065196** | | | | **Warranty** | | | | |
| **Tuyen VanTruong** **201 Stonecrest Court** **Pacolet, SC 29372** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5072596** | | | | **Warranty** | | | | |
| **Twin Tots Child Care Academy** **8788 Hadden Road** **Twinsburg, OH 44087** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128887** | | | | **Warranty** | | | | |
| **Two Step Limousine** **5220 S Sherman St** **Littleton, CO 80121** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120050** | | | | **Warranty** | | | | |
| **Ty Hitman** **1039 E Mahanoy St** **Mahanoy City, PA 17948** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4675** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5107208 | | | | Warranty | | | | |
| Ty Ross 1203 Wallace Avenue SE Massillon, OH 44646 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111923 | | | | Warranty | | | | |
| Tyeasha M Jackson 4325 Meadowbend Way Louisville, KY 40218 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090501 | | | | Warranty | | | | |
| Tyeisha M Jacobs 616 W Courtland Street Philadelphia, PA 19140 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5115156 | | | | Warranty | | | | |
| Tyhesia Scott 500 S Fourth Street Philadelphia, PA 19143 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122499 | | | | Warranty | | | | |
| Tyler ODonnell 4218 Eagle Lake Court Wichita, KS 67220 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4676** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    0.00
(Total of this page)

In re   **Great Lakes Warranty Corporation**                                ,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5111839** | | | | | **Warranty** | | | | |
| **Tyler Boland** **472 Summer Hill Road** **Schuylkill Haven, PA 17972** | - | | | | | X | X | | 0.00 |
| Account No. **5102664** | | | | | **Warranty** | | | | |
| **Tyler Chanis** **3209 McKently Street** **Reading, PA 19605** | - | | | | | X | X | | 0.00 |
| Account No. **5120129** | | | | | **Warranty** | | | | |
| **Tyler E Kotovsky** **202 St Charles Place** **Pittsburgh, PA 15215** | - | | | | | X | X | | 0.00 |
| Account No. **5086424** | | | | | **Warranty** | | | | |
| **Tyler Haas** **8 East Liberty Street** **Schuylkill Haven, PA 17972** | - | | | | | X | X | | 0.00 |
| Account No. **5118282** | | | | | **Warranty** | | | | |
| **Tyler J Betz** **5483 Kistler Rd** **New Tripoli, PA 18066** | - | | | | | X | X | | 0.00 |

Sheet no. **4677** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5131305 | | | | | Warranty | | | | |
| Tyler J McCafferty 114 Whitetail Dr Harrison City, PA 15636 | - | | | | | X | X | | 0.00 |
| Account No. 5118065 | | | | | Warranty | | | | |
| Tyler Jason Wile 16 Constitution Ave Mount Alto, PS 17237 | - | | | | | X | X | | 0.00 |
| Account No. 5110784 | | | | | Warranty | | | | |
| Tyler Knotts 7 Twin Lakes Drive Waterford, CT 06385 | - | | | | | X | X | | 0.00 |
| Account No. 5124149 | | | | | Warranty | | | | |
| Tyler L Kaltreider 4309 Bossler Rd Elizabethtown, PA 17022 | - | | | | | X | X | | 0.00 |
| Account No. 5123733 | | | | | Warranty | | | | |
| Tyler Messer 3045 Greenpark St NW Massillon, OH 44646 | - | | | | | X | X | | 0.00 |

Sheet no.**4678** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5067800** | | | | Warranty | | | | |
| **Tyler Roe** **616 Maupas Avenue** **Savannah, GA 31401** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121644** | | | | Warranty | | | | |
| **Tyler Witman** **624 Fleetwood Dr** **Lititz, PA 17543** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131239** | | | | Warranty | | | | |
| **Tylesha Y Acosta** **1410 Birch St** **Reading, PA 19604** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117166** | | | | Warranty | | | | |
| **Tylie A Bach** **1383 Berdan Avenue** **Toledo, OH 43612** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5067764** | | | | Warranty | | | | |
| **Tyna Kubis** **519 Tank Farm Rd** **Aliquippa, PA 15001** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4679** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **0.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____
                                                              ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122112** | | | | **Warranty** | | | | |
| **Tyne  McClendon** **351 Pioneer Ave** **Akron, OH 44314** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132656** | | | | **Warranty** | | | | |
| **Tyne Miller** **1517 Bernard Avenue Apt C** **Nashville, TN 37212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127542** | | | | **Warranty** | | | | |
| **Tyquwan Collins** **114 E. Main Avenue** **Rio Grande, NJ 08242** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123893** | | | | **Warranty** | | | | |
| **Tyra J. Donald** **266 Brookridge Trail** **Nashville, TN 37211** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105633** | | | | **Warranty** | | | | |
| **Tyree Chaney** **4944 Hickory Woods East** **Antioch, TN 37013** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4680**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**         Case No. _____

                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131185** | | | Warranty | | | | |
| **Tyree Curry** **5905 West Charleston #163** **Las Vegas, NV 89146** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5063615** | | | Warranty | | | | |
| **Tyree Patrick** **1020 10th Avenue** **New Brighton, PA 15066** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5096557** | | | Warranty | | | | |
| **Tyrell Jones** **131 East Seventh Street** **Lakewood, NJ 08701** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5102436** | | | Warranty | | | | |
| **Tyrone Bendolph** **1446 North 10th Street** **Philadelphia, PA 19122** | - | | | | | | |
| | | | | | | | 325.70 |
| Account No. **5108203** | | | Warranty | | | | |
| **Tyrone E Gregory Sr** **810 W Laclede** **Youngstown, OH 44511** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4681** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **325.70**

In re   **Great Lakes Warranty Corporation**             ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5075367 | | | Warranty | | | | |
| Tyrone Houston 2061 Pinnacle Pointe Drive Norcross, GA 30071 | - | | | X | X | | 0.00 |
| Account No. 5099273 | | | Warranty | | | | |
| Tyrone Larkins 2631 Delk Ave Nashville, TN 37208 | - | | | | | | 396.80 |
| Account No. 5129365 | | | Warranty | | | | |
| Tyrone Marsh Jr 129 Campbell Loop Road Chesterfield, SC 29709 | - | | | X | X | | 0.00 |
| Account No. 5091717 | | | Warranty | | | | |
| Tyrone Tye 6234 W Jones Avenue Phoenix, AZ 85043 | - | | | | | | 1,342.00 |
| Account No. 5087971 | | | Warranty | | | | |
| Tyrone Wilson 6584 Gresham Lane Washington, NC 27889 | - | | | X | X | | 0.00 |

Sheet no. **4682** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,738.80**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5090541** | | | | **Warranty** | | | | |
| **Tysen O Miller** **220 Brittmoir Ave** **Conshohocken, PA 19428** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5118127** | | | | **Warranty** | | | | |
| **Tyson  Campbell** **4812 Sparrow Dr** **Dayton, OH 45424** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5102580** | | | | **Warranty** | | | | |
| **Tyson M Chritton** **125 Bennington Lane** **Aiken, SC 29803** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5128891** | | | | **Warranty** | | | | |
| **Tywan Johnson** **1 Kingsberry Square  Apt 79G** **Ternton, NJ 08611** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5131933** | | | | **Warranty** | | | | |
| **U Tina  Shank** **17 South 5th Street** **Perkasie, PA 18944** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4683** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re __**Great Lakes Warranty Corporation**_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5117175** | | | | **Warranty** | | | | |
| **Ugolhi Eze** **688 Sherard Circle** **Lexington, KY 40517** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5093003** | | | | **Warranty** | | | | |
| **Ultimate Home Healthcare Serv Inc** **2238 S Hamilton Road  Suite 102** **Columbus, OH 43232** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5127541** | | | | **Warranty** | | | | |
| **Umeshwar Dayal** **1001 North Pasadena Unit 18** **Mesa, AZ 85201** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. | | | | **Trade** | | | | |
| **Unifirst Corporation** **P.O. Box 529** **New Kensington, PA 15068** | | - | | | | | | |
| | | | | | | | | **676.70** |
| Account No. **5113821** | | | | **Warranty** | | | | |
| **Unique D Oaks** **138 Dengler St** **Pittsburgh, PA 15210** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.__**4684**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **676.70** |
|---|---|---|

In re __Great Lakes Warranty Corporation__ ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5109676** | | | | **Warranty** | | | | |
| **Uniquea Hines** **5706 Soltis Drive** **Clairton, PA 15025** | - | | | | X | X | | 0.00 |
| Account No. **5077824** | | | | **Warranty** | | | | |
| **United Cerebral Palsy of Delaware** **700a River Road** **Wilmington, DE 19809** | - | | | | X | X | | 0.00 |
| Account No. **5070995** | | | | **Warranty** | | | | |
| **United Faith Community Church** **10479 Taylor Rd** **Reynoldsburg, OH 43068** | - | | | | X | X | | 0.00 |
| Account No. **5124209** | | | | **Warranty** | | | | |
| **University Rentals 3 Corp** **15 Dove Dr** **Athens, OH 45704** | - | | | | X | X | | 0.00 |
| Account No. **5129633** | | | | **Warranty** | | | | |
| **Urte Zalyte** **2750 West Wigwam #1101** **Las Vegas, NV 89123** | - | | | | X | X | | 0.00 |

Sheet no. __4685__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5069443 | | | | | Warranty | | | | |
| US Jetting LLC 122 S Church St Mt Pleasant, PA 15666 | - | | | | | X | X | | 0.00 |
| Account No. 5113590 | | | | | Warranty | | | | |
| Ute M Bodkins 228  1 2  E Parson Street Galion, OH 44833 | - | | | | | | | | 0.00 |
| Account No. 5126070 | | | | | Warranty | | | | |
| Val Swann 1158 Dohrman Street McKeesrocks, PA 15136 | - | | | | | X | X | | 0.00 |
| Account No. 5117620 | | | | | Warranty | | | | |
| Valda Y Hayne 126 Cherry Laurel Lane Ridgeland, MI 39157 | - | | | | | X | X | | 0.00 |
| Account No. 5098082 | | | | | Warranty | | | | |
| Valentin Satmarean 2950 W Louisa Drive Phoenix, AZ 85027 | - | | | | | | | | 123.10 |

Sheet no. **4686** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **123.10**

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5103171** | | | | **Warranty** | | | | |
| **Valeri E Freysz 2205 Coventry Road Lancaster, PA 17601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131182** | | | | **Warranty** | | | | |
| **Valeria Dasilva 160 Bridge Creek Drive Goose Creek, SC 29445** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124861** | | | | **Warranty** | | | | |
| **Valeria Tate 3917 Gonzales Ave Columbia, SC 29203** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101627** | | | | **Warranty** | | | | |
| **Valerie A Logan 2235 Lake Rd Ontario, NY 14519** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123575** | | | | **Warranty** | | | | |
| **Valerie A Stephenson 114 Applewood Lane Erie, PA 16509** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4687** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re **Great Lakes Warranty Corporation** ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5096372** | | | | | Warranty | | | | |
| **Valerie Bailey** **1441 Shawhan Road** **Morrow, OH 45152** | - | | | | | | | | 98.72 |
| Account No. **5127947** | | | | | Warranty | | | | |
| **Valerie Becker** **5967 Homedale Street** **Dayton, OH 45449** | - | | | | | | | | 237.72 |
| Account No. **5099193** | | | | | Warranty | | | | |
| **Valerie Bendel** **9190 Burr Oak Road** **Wapakoneta, OH 45895** | - | | | | | X | X | | 0.00 |
| Account No. **5127045** | | | | | Warranty | | | | |
| **Valerie Carr** **108 Fiarview** **Russells Point, OH 43348** | - | | | | | X | X | | 0.00 |
| Account No. **5078460** | | | | | Warranty | | | | |
| **Valerie Harrison** **912 Earl Street** **North Braddock, PA 15104** | - | | | | | X | X | | 0.00 |

Sheet no. **4688** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 336.44

In re **Great Lakes Warranty Corporation**                                      Case No. _____
                                                                          ,
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122474** | | | | **Warranty** | | | | |
| **Valerie J Smith** **1217 Vinemont St** **Pittsburgh, PA 15205** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123901** | | | | **Warranty** | | | | |
| **Valerie L Alvarez** **438 Victory Rd** **Clarksville, TN 37043** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103132** | | | | **Warranty** | | | | |
| **Valerie M Felix** **8280 Bristol** **Wilhoit, AZ 86332** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5069763** | | | | **Warranty** | | | | |
| **Valerie Menassa** **48786 Strawberry Knoll** **Macomb, MI 48044** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5082791** | | | | **Warranty** | | | | |
| **Valerie Peretic** **558 Center Ave** **Verona, PA 15147** | - | | | | | | | |
| | | | | | | | | **341.17** |

Sheet no. **4689** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **341.17**

In re   **Great Lakes Warranty Corporation**                                    ,       Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5085380** | | | | | **Warranty** | | | | |
| **Valerie S Mossor** **5170 Desert Road SW** **Carrollton, OH 44615** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5044612** | | | | | **Warranty** | | | | |
| **Valerie Tirman** **6000 E Thomas Rd Ste #3** **Scottsdale, AZ 85251** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5132089** | | | | | **Warranty** | | | | |
| **Valerie Torrence** **6228 Sterling Cap St** **N Las Vegas, NV 89081** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5095465** | | | | | **Warranty** | | | | |
| **Valinda Evans** **528 Carolyn Drive** **Millersburg, OH 45342** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5109061** | | | | | **Warranty** | | | | |
| **Valldeen L Morris II** **RR 8  Box 155** **Fairmont, WV 26554** | - | | | | | | | | |
| | | | | | | | | | 373.64 |

Sheet no. **4690** of **4906** sheets attached to Schedule of                  Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

373.64

In re   **Great Lakes Warranty Corporation**          ,    Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5113941** | | | | **Warranty** | | | | |
| **Valorie M Strejcek** **1434 Abers Creek Road** **Pittsburgh, PA 15239** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5105176** | | | | **Warranty** | | | | |
| **Van A Frazier** **26112 N 54th lane** **Phoenix, AZ 85083** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129744** | | | | **Warranty** | | | | |
| **Van A McKenzie** **5907 Somerset Dr** **Mays Landing, NJ 08330** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | **Trade** | | | | |
| **Van Dyk** **P.O. Box 660831** **Dallas, TX 75266** | - | | | | | | | |
| | | | | | | | | 240.90 |
| Account No. **5110529** | | | | **Warranty** | | | | |
| **Van Irion** **2327 Laurel Lake Road** **Knoxville, TN 37932** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4691** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **240.90**

In re    **Great Lakes Warranty Corporation**                         ,      Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5108095 | | | | Warranty | | | | |
| Van Khammavong<br>907 Meade St<br>Reading, PA 19611 | | - | | | X | X | | 0.00 |
| Account No. 5127956 | | | | Warranty | | | | |
| Van McKenzie<br>1932 Cologne Avenue Unit Q7<br>Mays Landing, NJ 08330 | | - | | | X | X | | 0.00 |
| Account No. 5123333 | | | | Warranty | | | | |
| Van Nguyen<br>9941 E Emberwood Ave<br>Tucson, AZ 85748 | | - | | | X | X | | 0.00 |
| Account No. 5070851 | | | | Warranty | | | | |
| Vance Davis<br>3 Alscot Circle<br>Langhorne, PA 19047 | | - | | | X | X | | 0.00 |
| Account No. 5132607 | | | | Warranty | | | | |
| Vance Young<br>1501 Nevada Hwy 22<br>Boulder City, NV 89005 | | - | | | X | X | | 0.00 |

Sheet no. **4692** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Great Lakes Warranty Corporation**            Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5111037** | | Warranty | | | | | | | |
| **Vanche Woods**<br>**235 Barger Circle**<br>**Irmo, SC 29063** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5121772** | | Warranty | | | | | | | |
| **Vanda McAuley**<br>**1210 Crestbrook**<br>**Knoxville, TN 37923** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5118247** | | Warranty | | | | | | | |
| **Vanessa de la Rosa**<br>**100 Park Vista Dr No 3108**<br>**Las Vegas, NV 89138** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5075730** | | Warranty | | | | | | | |
| **Vanessa Finch**<br>**1210 Woodview Street SW**<br>**Canton, OH 44706** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5091096** | | Warranty | | | | | | | |
| **Vanessa Samuels**<br>**302 Park Avenue**<br>**Natrona Heights, PA 15065** | - | | | | | | | | |
| | | | | | | | | | **574.00** |

Sheet no. **4693** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                  Subtotal<br>(Total of this page)         **574.00**

In re **Great Lakes Warranty Corporation** ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5073675 | | | | | Warranty | | | | |
| Vanessa Steigerwald 510 Hamilton Avenue Massillon, OH 44646 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5126427 | | | | | Warranty | | | | |
| Vanessa Vovrakes 5540 Morning Cross St Las Vegas, NV 89130 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5121878 | | | | | Warranty | | | | |
| Vanessa A Diggs 215 Essen St Pittsburgh, PA 15214 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5087917 | | | | | Warranty | | | | |
| Vanessa A Webster 2966 Whitley Court Cincinnati, OH 45227 | - | | | | | | | | |
| | | | | | | | | | 268.16 |
| Account No. 5105432 | | | | | Warranty | | | | |
| Vanessa Bodtmann 1449 Poplar Street Apt 16 Pittsburgh, PA 15205 | - | | | | | | | | |
| | | | | | | | | | 1,012.00 |

Sheet no. **4694** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,280.16

In re   **Great Lakes Warranty Corporation**                                      ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5112359 | | | Warranty | | | | |
| Vanessa Brown 1126 Susan Road Columbia, SC 29210 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5124163 | | | Warranty | | | | |
| Vanessa Dickerson 491 Williams St Pittsburgh, PA 15229 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5115234 | | | Warranty | | | | |
| Vanessa E Nunley 8902 Clift Street Hixson, TN 37343 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5128746 | | | Warranty | | | | |
| Vanessa G  Meraz 4363 Armel Ct Las Vegas, NV 89115 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5113660 | | | Warranty | | | | |
| Vanessa H Austin 1320 Second Street NE Canton, OH 44704 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4695**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re   **Great Lakes Warranty Corporation**       ,     Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130641** | | | | Warranty | | | | |
| **Vanessa J Abel** **1509 W Crawford Ave** **Connellsville, Pa 15425** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5076754** | | | | Warranty | | | | |
| **Vanessa J McClelland** **106 Morgan Street** **Glouster, OH 45732** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5097655** | | | | Warranty | | | | |
| **Vanessa Justice** **236 Melville Street** **Philadelphia, PA 19139** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5084150** | | | | Warranty | | | | |
| **Vanessa K Forchion** **116 W Providence Road** **Aldan, PA 19018** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132332** | | | | Warranty | | | | |
| **Vanessa Kuonen** **4235 North Shore Drive** **West Chester, OH 45069** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4696** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

          Subtotal                  **0.00**

(Total of this page)

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5098098** | | | Warranty | | | | |
| **Vanessa M Santos** **7347 Ryers Avenue** **Philadelphia, PA 19111** | - | | | X | X | | 0.00 |
| Account No. **5123074** | | | Warranty | | | | |
| **Vanessa Marlene Hiatt** **34 Woodcross Dr  Apt 613** **Columbia, SC 29212** | - | | | X | X | | 0.00 |
| Account No. **5093319** | | | Warranty | | | | |
| **Vanessa Noon** **247 Jefferson St** **Windber, PA 15963** | - | | | X | X | | 0.00 |
| Account No. **5113556** | | | Warranty | | | | |
| **Vanessa R Oaks** **615 Climax Street** **Pittsburgh, PA 15210** | - | | | X | X | | 0.00 |
| Account No. **5122524** | | | Warranty | | | | |
| **Vanessa Rachelle Halifax** **PO Box 224** **Stoneybrook, NY 11790** | - | | | X | X | | 0.00 |

Sheet no. **4697** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

In re **Great Lakes Warranty Corporation**                              Case No. _____
                                                        ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5086225** | | | Warranty | | | | |
| **Vannak Yan** **1735 Eberts Lane** **York, PA 17402** | - | | | X | X | | 0.00 |
| Account No. **5127078** | | | Warranty | | | | |
| **Varonica Koon** **270 Bill Dominick Rd** **Newberry, SC 29198** | - | | | X | X | | 0.00 |
| Account No. **5074931** | | | Warranty | | | | |
| **Vasantrai Patel** **106 Georgia Avenue** **Tomson, GA 30824** | - | | | | | | 239.95 |
| Account No. **5131720** | | | Warranty | | | | |
| **Vassil Penev** **5155 West Tropicana Avenue** **Las Vegas, NV 89103** | - | | | X | X | | 0.00 |
| Account No. **5132728** | | | Warranty | | | | |
| **Vaugh B. Wheeler** **635 W Greenleaf St** **Allentown, PA 18102** | - | | | X | X | | 0.00 |

Sheet no. **4698** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                              239.95

In re  **Great Lakes Warranty Corporation**                              Case No. _____
                                                              ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5124577 | | | | Warranty | | | | |
| Vaugh Franklin Jr. 504 Summit Lake Ct Knoxville, TN 37922 | - | | | | X | X | | 0.00 |
| Account No. 5111579 | | | | Warranty | | | | |
| Vaughn Beasley 16220 N Seventh Street #2489 Phoenix, AZ 85022 | - | | | | | | | 1,776.07 |
| Account No. 5103429 | | | | Warranty | | | | |
| Vaughn Ferich 535 Abbey Drive Mount Wolf, PA 17347 | - | | | | X | X | | 0.00 |
| Account No. 5081647 | | | | Warranty | | | | |
| Vaughn M Micciche 18370 Webb Rd Stewartstown, PA 17363 | - | | | | X | X | | 0.00 |
| Account No. 5126876 | | | | Warranty | | | | |
| Vaughn Szarka 3891 Ramblewood Drive Richfield, OH 44286 | - | | | | X | X | | 0.00 |

Sheet no. **4699** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     1,776.07

In re   **Great Lakes Warranty Corporation**                              ,   Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5106511** | | | | | Warranty | | | | |
| **Vaun McKimm** **602 Church Street** **Louisville, OH 44641** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5089653** | | | | | Warranty | | | | |
| **Velma K Potteiger** **8121 W Miller Road SW** **Malta, OH 43758** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5092871** | | | | | Warranty | | | | |
| **Velma Laco** **304 Gemstone Avenue** **Jeannette, PA 15644** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5132087** | | | | | Warranty | | | | |
| **Velma Miller** **26042 Wilkins Road** **Union City, PA 16438** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5058436** | | | | | Warranty | | | | |
| **Velma Simmons** **1357 W Ravens Croft Rd** **Sparta, Tn 38583** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4700** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5098105 | | | | Warranty | | | | |
| Velvet F McGowan 4616 Woodsong Lane Columbia, SC 29210 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116258 | | | | Warranty | | | | |
| Venelin Sarov 2109 Sunnycrest Drive West Bloomfield, MI 48323 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122169 | | | | Warranty | | | | |
| Venkata  Sharat Parimi 445 Waupelani dr  Apt M1 State College, PA 16801 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127108 | | | | Warranty | | | | |
| Vennissa Hart 147 Reddick Road Bishopville, SC 29108 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5100582 | | | | Warranty | | | | |
| Venoy G Gross 1478 McCain Road Brighton, TN 38011 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4701** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re    **Great Lakes Warranty Corporation**                ,    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5094522 | | | Warranty | | | | |
| Venoy G Gross Jr 1478 McCain Brighton, TN 38011 | - | | | X | X | | 0.00 |
| Account No. 5127598 | | | Warranty | | | | |
| Venu Thamodharan 8141 Laurel Run Road Charlotte, NC 28269 | - | | | X | X | | 0.00 |
| Account No. 5131234 | | | Warranty | | | | |
| Venus M Stewart 508 Canal St Lebanon, PA 17046 | - | | | | | | 170.20 |
| Account No. 5109075 | | | Warranty | | | | |
| Vera B Gregory 2003 McClean Street Aliquippa, PA 15001 | - | | | X | X | | 0.00 |
| Account No. 5131436 | | | Warranty | | | | |
| Vera Cline 2210 Ridge Road Rapid City, SD 57701 | - | | | X | X | | 0.00 |

Sheet no. **4702** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)      **170.20**

In re  **Great Lakes Warranty Corporation**                              ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5132793** | | **Warranty** | | | | | | | |
| **Vera Green** **111 South Linden Avenue** **Clarksburg, WV 26301** | - | | | | | X | X | | 0.00 |
| Account No. **5079492** | | **Warranty** | | | | | | | |
| **Vera Locke** **17212 N Scottsdale Road  Apt 2156** **Scottsdale, AZ 85255** | - | | | | | X | X | | 0.00 |
| Account No. **5108087** | | **Warranty** | | | | | | | |
| **Vera Marelli** **2777 McCully Road** **Allison Park, PA 15101** | - | | | | | X | X | | 0.00 |
| Account No. **5100666** | | **Warranty** | | | | | | | |
| **Vera Weeks** **1509  Branham** **Phoenix, AZ 85042** | - | | | | | | | | 1,091.80 |
| Account No. **5092665** | | **Warranty** | | | | | | | |
| **Verda G Lawellin** **14146 W Country Gabel Drive** **Surprise, AZ 85379** | - | | | | | X | X | | 0.00 |

Sheet no.**4703** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **1,091.80**

In re   **Great Lakes Warranty Corporation**              ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120041** | | | Warranty | | | | |
| **Verdell O Hickman** **3297 Broughton St** **Orangeburg, SC 29115** | - | | | X | X | | 0.00 |
| Account No. **5114889** | | | Warranty | | | | |
| **Verdis L Dean** **54A Shraders Lane** **North Huntingdon, PA 15642** | - | | | X | X | | 0.00 |
| Account No. **5128959** | | | Warranty | | | | |
| **Verlonda Kirkland** **2815 W Ford Ave** **Las Vegas, NV 89123** | - | | | X | X | | 0.00 |
| Account No. **5111324** | | | Warranty | | | | |
| **Vern B Powers** **231 Green Harbor Road 16** **Old Hickory, TN 37138** | - | | | | | | 84.09 |
| Account No. **5132130** | | | Warranty | | | | |
| **Verna Murphy** **231 Old Master Court** **Boiling Springs, SC 29316** | - | | | X | X | | 0.00 |

Sheet no. **4704** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **84.09**

In re  **Great Lakes Warranty Corporation**                          ,     Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5076004 | | | | Warranty | | | | |
| Vernard Goode 1901 Murfreesboro Street Nashville, TN 37217 | - | | | | X | X | | 0.00 |
| Account No. 5113394 | | | | Warranty | | | | |
| Verne R Chism 12283 S Shell Avenue Yuma, AZ 85364 | - | | | | X | X | | 0.00 |
| Account No. 5099848 | | | | Warranty | | | | |
| Vernessa Rose Thomas 504 Nottingham Road Columbia, SC 29210 | - | | | | X | X | | 0.00 |
| Account No. 5063040 | | | | Warranty | | | | |
| Vernon Allison 722 North Street Oil City, PA 16301 | - | | | | | | | 1,270.00 |
| Account No. 5131459 | | | | Warranty | | | | |
| Vernon Baker 1913 Heather Circle Apt A Philadelphia, PA 19050 | - | | | | X | X | | 0.00 |

Sheet no. **4705** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 1,270.00 |
|---|---|

In re   **Great Lakes Warranty Corporation**                                          ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5076418** | | | **Warranty** | | | | |
| **Vernon C Palmer**<br>**4949 Whitaker Avenue**<br>**Philadelphia, PA 19124** | - | | | X | X | | 0.00 |
| Account No. **5076431** | | | **Warranty** | | | | |
| **Vernon E Pilkington Jr**<br>**3668 South Denmark Road**<br>**dorset, OH 44032** | - | | | X | X | | 0.00 |
| Account No. **5097661** | | | **Warranty** | | | | |
| **Vernon F George**<br>**9630 Antrim Church Road**<br>**Greencastle, PA 17225** | - | | | X | X | | 0.00 |
| Account No. **5082660** | | | **Warranty** | | | | |
| **Vernon Huskey**<br>**10058 E Calypso Cr**<br>**Mesa, AZ 85208** | - | | | X | X | | 0.00 |
| Account No. **5111065** | | | **Warranty** | | | | |
| **Vernon J Anderson**<br>**6126 Dawn View Lane**<br>**Las Vegas, NV 89031** | - | | | X | X | | 0.00 |

Sheet no. **4706** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

In re **Great Lakes Warranty Corporation** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5096447** | | | Warranty | | | | |
| **Vernon J Intara** **8423 W Vogel Avenue** **Peoria, AZ 85345** | | - | | | | | **3,089.50** |
| Account No. **5103964** | | | Warranty | | | | |
| **Vernon L Dyne** **64  1 2  Market Street** **Union City, PA 16438** | | - | | X | X | | **0.00** |
| Account No. **5099749** | | | Warranty | | | | |
| **Vernon L Vanhise** **107 Awol Rod** **Jonestown, P 17038** | | - | | X | X | | **0.00** |
| Account No. **5113921** | | | Warranty | | | | |
| **Vernon Miller** **492 St John Road** **Fredonia, PA 16124** | | - | | X | X | | **0.00** |
| Account No. **5118478** | | | Warranty | | | | |
| **Vernon Norviel** **10526 Calle Tamarindo  No8** **San Diego, CA 92127** | | - | | X | X | | **0.00** |

Sheet no.**4707** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,089.50**

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5086778** | | | Warranty | | | | |
| **Vernon V Christiansen Jr** **2416 E Gore Rd** **Erie, PA 16510** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123888** | | | Warranty | | | | |
| **Verona Miner** **6451 Oxford Ave  Apt C101** **Philadelphia, PA 19141** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130487** | | | Warranty | | | | |
| **Veronica Bravo** **3568 Wayne Cir** **Las Vegas, NV 89121** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5119920** | | | Warranty | | | | |
| **Veronica Escobar** **550 West Sulleys Place** **Vail, AZ 85641** | - | | | | | | |
| | | | | | | | 415.50 |
| Account No. **5065197** | | | Warranty | | | | |
| **Veronica Eubanks** **280 Bradstone Road** **Irmo, SC 29063** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4708** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

415.50

In re  **Great Lakes Warranty Corporation**                                     ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5123920** | | | | **Warranty** | | | | |
| **Veronica Franks** **7337 Olmstead Drive** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113720** | | | | **Warranty** | | | | |
| **Veronica Gripper** **696 Wood Duck Road** **Ridgeway, SC 29130** | - | | | | | | | |
| | | | | | | | | 688.50 |
| Account No. **5092874** | | | | **Warranty** | | | | |
| **Veronica J Ventura** **916 Maryland Avenue** **New Castle, PA 16101** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5113722** | | | | **Warranty** | | | | |
| **Veronica Kiefaber** **4800 James Hill Road** **Kettering, OH 45429** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092888** | | | | **Warranty** | | | | |
| **Veronica M Butler** **101 South Ohio Street** **Pittsburgh, PA 15202** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4709** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

688.50

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5107216** | | | **Warranty** | | | | |
| **Veronica Meadows 13000 Cohasset Lane Woodbridge, VA 22192** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118612** | | | **Warranty** | | | | |
| **Veronica S Lee 154 Straw Ave Pittsburgh, PA 15202** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5123997** | | | **Warranty** | | | | |
| **Vertis Langley 1117 Piney Woods Rd Apt 9B Columbia, SC 29210** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5120040** | | | **Warranty** | | | | |
| **Vesta JD Poag 1431 Trinity Springs Rd Newberry, SC 29108** | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5126558** | | | **Warranty** | | | | |
| **Vester Dupree 3839 Idle Road St Paris, OH 43072** | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4710** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re  **Great Lakes Warranty Corporation**                                  ,     Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5121259** | | | | **Warranty** | | | | |
| **Vic Casebolt** **47200 East Cholla St** **Phoenix, AZ 85028** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119688** | | | | **Warranty** | | | | |
| **Vicki Cummings** **820 Kesslersville Rd** **Easton, PA 18040** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092375** | | | | **Warranty** | | | | |
| **Vicki Kirkland** **1227 Oak Haven** **Knoxville, TN 37932** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5110814** | | | | **Warranty** | | | | |
| **Vicki Kronabetter** **4624 E Monte Vista Road** **Phoenix, AZ 85008** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103301** | | | | **Warranty** | | | | |
| **Vicki C Mickel** **8132 E Clarendon Avenue** **Scottsdale, AZ 85251** | - | | | | | | | |
| | | | | | | | | **755.25** |

Sheet no.__4711__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**755.25**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122579** | | | Warranty | | | | |
| **Vicki D Jenkins** **824 West 5th Ave** **Lancaster, OH 43130** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5088584** | | | Warranty | | | | |
| **Vicki Daniels** **1367 Park Avenue  SW** **Canton, OH 44706** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5086666** | | | Warranty | | | | |
| **Vicki Davis** **2025 Granada Boulevard** **Knoxville, TN 37922** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5068287** | | | Warranty | | | | |
| **Vicki Dawson** **131 N Vine St  Apt B** **Libson, OH 44432** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5114794** | | | Warranty | | | | |
| **Vicki Fowler** **10 Ridge Rd  Apt 2** **Brookville, OH 45309** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4712** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5126542 | | | | | Warranty | | | | |
| Vicki Gay Piccione 2090 Green Rd Madisonville, TN 37354 | - | | | | | X | X | | 0.00 |
| Account No. 5116739 | | | | | Warranty | | | | |
| Vicki J Cerino 1126 Richmond Road Lancaster, PA 17603 | - | | | | | | | | 351.54 |
| Account No. 5123437 | | | | | Warranty | | | | |
| Vicki K Roland 8470 Pettus Rd Eagleville, TN 37060 | - | | | | | | | | 1,191.04 |
| Account No. 5091089 | | | | | Warranty | | | | |
| Vicki L Baker 2703 Bear Run Drive Pittsburgh, PA 15237 | - | | | | | | | | 830.00 |
| Account No. 5102330 | | | | | Warranty | | | | |
| Vicki L Henry 1123 North Tenth Street Reading, PA 19604 | - | | | | | | | | 95.00 |

Sheet no. **4713** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,467.58**

In re   **Great Lakes Warranty Corporation**          ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5119540 | | | Warranty | | | | |
| Vicki L Justus 108 Chestnut Court Sewickley, PA 15143 | - | | | X | X | | 0.00 |
| Account No. 5093925 | | | Warranty | | | | |
| Vicki L Murray 4095 Buttermilk Road W Kingston, TN 37763 | - | | | X | X | | 0.00 |
| Account No. 5131857 | | | Warranty | | | | |
| Vicki Wright 920 Sierra Vista #B37 Las Vegas, NV 89169 | - | | | X | X | | 0.00 |
| Account No. 5099816 | | | Warranty | | | | |
| Vickie C Jackson 1220 County Road 130 Bellefonaine, OH 43311 | - | | | X | X | | 0.00 |
| Account No. 5073050 | | | Warranty | | | | |
| Vickie Dawson 1980 Marsh Lane Painesville, OH 44077 | - | | | | | | 516.80 |

Sheet no. 4714  of 4906  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal         516.80
(Total of this page)

In re **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127141** | | | | **Warranty** | | | | |
| **Vickie E Dempsie** **113 E 6th Ave** **Altoona, PA 16602** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129639** | | | | **Warranty** | | | | |
| **Vickie Hinds** **9611 West Vera Avenue** **Milwaukee, WI 53224** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107348** | | | | **Warranty** | | | | |
| **Vickie K Woodall** **11101 Shroeder Rd** **St Marys, OH 45885** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092492** | | | | **Warranty** | | | | |
| **Vickie L Lane** **1306 Westmoreland Avenue** **Pittsburgh, PA 15206** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114861** | | | | **Warranty** | | | | |
| **Vickie L Lint** **632 Leisenring Road Box 412** **Vanderbilt, PA 15488** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4715** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5094687** | | | | **Warranty** | | | | |
| **Vickie Nash** **1730 W Roma Avenue** **Phoenix, AZ 85015** | - | | | | X | X | | 0.00 |
| Account No. **5125914** | | | | **Warranty** | | | | |
| **Vickie Wells** **50980 SR 145** **Malaga, OH 43757** | - | | | | X | X | | 0.00 |
| Account No. **5130997** | | | | **Warranty** | | | | |
| **Vicky & Kristopher Skelcher** **46 Gamewood Avenue** **Levittown, PA 19057** | - | | | | X | X | | 0.00 |
| Account No. **5077085** | | | | **Warranty** | | | | |
| **Vicky Adler** **4709 Constance** **Corpus Christi, TX 78413** | - | | | | | | | 1,676.49 |
| Account No. **5092673** | | | | **Warranty** | | | | |
| **Vicky G Davis** **876 W el Monte Place  #8** **Chandler, AZ 85225** | - | | | | | | | 426.03 |

Sheet no.**4716** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 2,102.52

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5125677** | | | | **Warranty** | | | | |
| **Vicky Garner** **788 Red Belt Road** **Chickamauga, GA 30707** | - | | | | X | X | | 0.00 |
| Account No. **5130729** | | | | **Warranty** | | | | |
| **Vicky Herring** **14 Knittles Rd** **Pottsville, PA 17901** | - | | | | X | X | | 0.00 |
| Account No. **5121893** | | | | **Warranty** | | | | |
| **Vicky Newton** **117 Wolverine Trail** **Lavergne, TN 37086** | - | | | | | | | 1,607.61 |
| Account No. **5106450** | | | | **Warranty** | | | | |
| **Vicky R Titus** **908 S Hacienda Drive  Unit C** **Tempe, AZ 85281** | - | | | | X | X | | 0.00 |
| Account No. **5070705** | | | | **Warranty** | | | | |
| **Victor  Chon** **2875 W Highland St  #1112** **Chandler, AZ 85224** | - | | | | X | X | | 0.00 |

Sheet no.**4717** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **1,607.61**

In re   **Great Lakes Warranty Corporation**            ,       Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5099602** | | | | Warranty | | | | |
| **Victor Ansaldo**<br>**6309 E Redfield Road**<br>**Scottsdale, AZ 85254** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5089610 | | | | Warranty | | | | |
| **Victor Anselmo Perez Carpio**<br>**9234 S Montezuma**<br>**Phoenix, AZ 85041** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5132094 | | | | Warranty | | | | |
| **Victor Aristeo III**<br>**301 Susan Drive**<br>**Cinnaminson, NJ 08077** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5103446 | | | | Warranty | | | | |
| **Victor Bovalino**<br>**136 Ponderosa Drive**<br>**Beaver Falls, PA 15010** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129496 | | | | Warranty | | | | |
| **Victor Compres**<br>**944 W. Emaus Avenue #13**<br>**Allentown, PA 18103** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4718** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5119922 | | | Warranty | | | | |
| Victor de la Rocha 6511 Kryshann Sahuarita, AZ 85629 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5124718 | | | Warranty | | | | |
| Victor Domen Jr. 578 Brixham Park Drive Franklin, TN 37069 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5114749 | | | Warranty | | | | |
| Victor F Arbushites 346 Pawnee Drive Auburn, PA 17922 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5128431 | | | Warranty | | | | |
| Victor Hugo Aquirre 153 Hamrond Rd Simpsonville, SC 29680 | - | | | | | | |
| | | | | | | | 515.13 |
| Account No. 5115748 | | | Warranty | | | | |
| Victor J LeGlise 7873 New Cumberland Mineral City, OH 44656 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4719** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 515.13 |

In re   **Great Lakes Warranty Corporation**                                              ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5095195** | | | | Warranty | | | | |
| **Victor L Brown**<br>**6724 Basswood Drive**<br>**Bedford, OH 44146** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085935** | | | | Warranty | | | | |
| **Victor LeCause**<br>**295 Sky Line Drive**<br>**Easton, PA 18042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132562** | | | | Warranty | | | | |
| **Victor M Gonzales**<br>**551 Eiger Way Unit 1226**<br>**Henderson, NV 89014** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5063759** | | | | Warranty | | | | |
| **Victor M Gonzales**<br>**116 Ayres Place**<br>**South Bound Brook, NJ 08880** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112210** | | | | Warranty | | | | |
| **Victor M Gracian**<br>**6180 Rt 240 Hwy E**<br>**Cherry Tree, PA 15724** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4720** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re **Great Lakes Warranty Corporation**                          Case No. _____
                                                    ,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5129869** | | | Warranty | | | | |
| **Victor M Rodriguez**<br>**4338 Malta St**<br>**Philadelphia, PA 19124** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5118603** | | | Warranty | | | | |
| **Victor Menin**<br>**110 Rivermont Court**<br>**Cheswick, PA 15024** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5131527** | | | Warranty | | | | |
| **Victor Miller**<br>**508 West Main Street**<br>**Mechanicsburg, PA 17055** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113028** | | | Warranty | | | | |
| **Victor Pando**<br>**4577 Pender Street**<br>**Burnaby, BC V5C2M9**<br>**CANADA** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124923** | | | Warranty | | | | |
| **Victor Quinonez**<br>**4924 Stickney Ave**<br>**Cleveland, OH 44144** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**4721** of **4906** sheets attached to Schedule of                          Subtotal                          0.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5132294** | | | Warranty | | | | |
| **Victor Quintero Gallarzo** **4814 Lancewood Avenue** **Las Vegas, NV 89110** | - | | | | | | **202.29** |
| Account No. **5054045** | | | Warranty | | | | |
| **Victor Siclari** **1630 Forest Ridge Dr** **Pittsburgh, PA 15237** | - | | | X | X | | **0.00** |
| Account No. **5127928** | | | Warranty | | | | |
| **Victor Torres** **7794 Country Place Drive** **Tobyhanna, PA 18466** | - | | | X | X | | **0.00** |
| Account No. **5119584** | | | Warranty | | | | |
| **Victoria Forney** **8337 W. Miami Street** **Tolleson, AZ 85353** | - | | | X | X | | **0.00** |
| Account No. **5109352** | | | Warranty | | | | |
| **Victoria A Phillips** **1421 Hodgkiss Street** **Pittsburgh, PA 15212** | - | | | X | X | | **0.00** |

Sheet no. **4722** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **202.29**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5116845** | | | **Warranty** | | | | |
| **Victoria A Posko** **1516 W Walnut Street  Apt 1** **Allentown, PA 18102** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5126680** | | | **Warranty** | | | | |
| **Victoria Cann** **1207 Chickasaw Drive** **Brentwood, TN 37027** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5116460** | | | **Warranty** | | | | |
| **Victoria E Irwin** **242 Waitz Road** **Oil City, PA 16301** | - | | | | | | |
| | | | | | | | **2,345.00** |
| Account No. **5100117** | | | **Warranty** | | | | |
| **Victoria J Stoudt** **3612 Coventry Court** **York, PA 17406** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5130967** | | | **Warranty** | | | | |
| **Victoria J Wilkins** **107 Bellhaven Lane** **Lexington, SC 29072** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **4723** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **2,345.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5115960 | | | | | Warranty | | | | |
| Victoria Koscho 407 Briarwood Drive Columbus, OH 43213 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5108385 | | | | | Warranty | | | | |
| Victoria Lawley 2743 Lincoln Way NW Massillon, OH 44647 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5117868 | | | | | Warranty | | | | |
| Victoria M. Hardin 5 Hibernia Street Columbia, SC 29223 | - | | | | | | | | |
| | | | | | | | | | 1,312.20 |
| Account No. 5122912 | | | | | Warranty | | | | |
| Victoria McCann 2810 E County Line Rd Hatboro, PA 19040 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5117911 | | | | | Warranty | | | | |
| Victoria McDermott 627 W Naranja Ave Mesa, AZ 85210 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4724** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,312.20

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5132145** | | | | **Warranty** | | | | |
| **Victoria Musselman** **PO B129** **Claysburg, PA 16625** | - | | | | X | X | | 0.00 |
| Account No. **5094597** | | | | **Warranty** | | | | |
| **Victoria S Foukes** **588 Bigelow Street** **Pittsburgh, PA 15207** | - | | | | X | X | | 0.00 |
| Account No. **5104379** | | | | **Warranty** | | | | |
| **Victoria Valentin** **4224 Parkside Avenue** **Philadelphia, PA 19104** | - | | | | | | | 177.20 |
| Account No. **5131155** | | | | **Warranty** | | | | |
| **Victoria Wyatt** **1906 Harvey Place SE** **Canton, OH 44707** | - | | | | | | | 1,831.00 |
| Account No. **5125259** | | | | **Warranty** | | | | |
| **Victory Taylor** **648 TR 150** **Sullivan, OH 44880** | - | | | | X | X | | 0.00 |

Sheet no. **4725** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **2,008.20**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

_____
                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5080237** | | | Warranty | | | | |
| **Vida Mehraban**<br>**18 Commerce**<br>**Clinton, CT 06413** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5126290 | | | Warranty | | | | |
| **Vidyasagar Armangandla**<br>**6060 Simms Drive**<br>**LaPlata, MD 20646** | - | | | | | | |
| | | | | | | | 205.50 |
| Account No. 5129262 | | | Warranty | | | | |
| **Vieng Myxayphone**<br>**204 Bluewater Ct**<br>**Lavergne, TN 37086** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5105018 | | | Warranty | | | | |
| **Viet Duong**<br>**5943 West Morales Street**<br>**Chandler, AZ 85224** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5101196 | | | Warranty | | | | |
| **Viet Nguyen**<br>**3508 W Sierra Street**<br>**Phoenix, AZ 85029** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4726** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                205.50

In re **Great Lakes Warranty Corporation**       ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5130754 | | | | | Warranty | | | | |
| Vijay Mandava 1555 East Rochelle Ave 221 Las Vegas, NV 89119 | - | | | | | | | | 226.67 |
| Account No. 5117479 | | | | | Warranty | | | | |
| Vijaya L Pavuluri 5246 McGavok Road Brentwood, TN 37027 | - | | | | | X | X | | 0.00 |
| Account No. 5102179 | | | | | Warranty | | | | |
| Vikki Dries 552 W 34902 Glacier Drive Dalsman, WI 53118 | - | | | | | X | X | | 0.00 |
| Account No. 5102025 | | | | | Warranty | | | | |
| Vikki L Hartmann 3320 Bauman Hill Road Lancaster, OH 43130 | - | | | | | X | X | | 0.00 |
| Account No. 5079396 | | | | | Warranty | | | | |
| Vikram J Deka 2545 E Meadow Brook Avenue Phoenix, AZ 85003 | - | | | | | X | X | | 0.00 |

Sheet no. **4727** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal
                         (Total of this page)     226.67

In re   **Great Lakes Warranty Corporation**                ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5123065 | | | | Warranty | | | | |
| Vikram Modur Sathyendra 314 Hallmark St Hershey, PA 17033 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5128369 | | | | Warranty | | | | |
| Viktorin Newman 3339 Lark Bunting St Las Vegas, NV 89117 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126407 | | | | Warranty | | | | |
| Viktoriya Kryvasheyeva 27700 Bishop Park Dr  Apt S80 Willoghby Hls, OH 44092 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5073319 | | | | Warranty | | | | |
| Villanova Law Offices 1915 Murdstone Road Pittsburgh, PA 15211 | - | | | | | | | |
| | | | | | | | | 1,401.26 |
| Account No. 5081603 | | | | Warranty | | | | |
| Vinayak Kulkarni 7750 Annesdale Dr Cincinnati, OH 45243 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4728** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
                            (Total of this page)     1,401.26

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5068780** | | | | Warranty | | | | |
| **Vince Ghirardi** **2204 Richmond Ave** **Granite City, IL 62040** | - | | | | X | X | | 0.00 |
| Account No. **5113895** | | | | Warranty | | | | |
| **Vince Suddard Jr** **305 Palomino Drive** **Newark, DE 19711** | - | | | | X | X | | 0.00 |
| Account No. **5125604** | | | | Warranty | | | | |
| **Vince Hohman** **217 College Park Drive** **Moon Twp, PA 15108** | - | | | | X | X | | 0.00 |
| Account No. **5106688** | | | | Warranty | | | | |
| **Vincent DePaul Jr** **50 Morris Rd** **Ambeler, PA 19002** | - | | | | X | X | | 0.00 |
| Account No. **5109193** | | | | Warranty | | | | |
| **Vincent A DeRosa** **120 Elks Place** **Belle Vernon, PA 15012** | - | | | | X | X | | 0.00 |

Sheet no. **4729** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation** _____,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5082606** | | | Warranty | | | | |
| **Vincent A Sacco** **13573 N 100th Place** **Scottsdale, AZ 85260** | - | | | X | X | | 0.00 |
| Account No. **5112697** | | | Warranty | | | | |
| **Vincent A Williams** **7336 Mount Vernon Street** **Pittsburgh, PA 15208** | - | | | X | X | | 0.00 |
| Account No. **5077347** | | | Warranty | | | | |
| **Vincent Angelo Demarco** **753 Valemont Drive** **Verona, PA 15147** | - | | | X | X | | 0.00 |
| Account No. **5130250** | | | Warranty | | | | |
| **Vincent Brown** **36 West 6th Street** **Emporium, PA 15834** | - | | | X | X | | 0.00 |
| Account No. **5129134** | | | Warranty | | | | |
| **Vincent Brunner** **1686 Homeworth Rd** **Alliance, OH 44601** | - | | | X | X | | 0.00 |

Sheet no. **4730** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **0.00**

In re  **Great Lakes Warranty Corporation**                                          Case No. _____
                                                                    ,
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5130430** | | | | Warranty | | | | |
| **Vincent Castellani** **265 Co Rd 545** **Englewood, TN 37329** | - | | | | X | X | | 0.00 |
| Account No. **5098857** | | | | Warranty | | | | |
| **Vincent Cortina** **4436 E Tremaine Avenue** **Gilbert, AZ 85234** | - | | | | | | | 256.68 |
| Account No. **5070504** | | | | Warranty | | | | |
| **Vincent DiCarolis** **1239 Martin Ave** **New Kensington, PA 15068** | - | | | | X | X | | 0.00 |
| Account No. **5129304** | | | | Warranty | | | | |
| **Vincent E Sleasman** **PO Box 268  43 Seymore St** **Black Lick, PA 15716** | - | | | | X | X | | 0.00 |
| Account No. **5132500** | | | | Warranty | | | | |
| **Vincent G Taliaferro** **227 Champlost Ave** **Philadelphia, PA 19120** | - | | | | X | X | | 0.00 |

Sheet no. **4731** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      256.68

In re **Great Lakes Warranty Corporation** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5124976** | | | Warranty | | | | |
| **Vincent Grimm** **9326 Overland Way** **San Antonio, TX 78254** | - | | | X | X | | 0.00 |
| Account No. **5095612** | | | Warranty | | | | |
| **Vincent J Driscoll** **24410 S Valley Drive** **Channahon, IL 60410** | - | | | X | X | | 0.00 |
| Account No. **5067213** | | | Warranty | | | | |
| **Vincent Kent** **2745 Console Avenue** **Norfolk, VA 23518** | - | | | X | X | | 0.00 |
| Account No. **5107910** | | | Warranty | | | | |
| **Vincent L Ambroziak** **2975 Craley Road** **Wrightsville, PA 17368** | - | | | X | X | | 0.00 |
| Account No. **5086872** | | | Warranty | | | | |
| **Vincent L Reiber** **32635 Court Street Road** **Racine, OH 45771** | - | | | X | X | | 0.00 |

Sheet no. **4732** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5132142** | | | | | **Warranty** | | | | |
| **Vincent Linarez** **1144 Fredrick Avenue** **Reading, PA 19605** | - | | | | | X | X | | 0.00 |
| Account No. **5117876** | | | | | **Warranty** | | | | |
| **Vincent Mariol** **5763 Ravenna Ave** **Louisville, OH 44641** | - | | | | | | | | 54.00 |
| Account No. **5070283** | | | | | **Warranty** | | | | |
| **Vincent Mast** **3747 N Sabino Ridge Pl** **Tucson, AZ 85750** | - | | | | | | | | 349.30 |
| Account No. **5085721** | | | | | **Warranty** | | | | |
| **Vincent Miller** **17447 North Avenue of the Arts #2032** **Surprise, AZ 85374** | - | | | | | X | X | | 0.00 |
| Account No. **5107089** | | | | | **Warranty** | | | | |
| **Vincent N Mosesso** **1371 Red Fern Drive** **Pittsburgh, PA 15241** | - | | | | | X | X | | 0.00 |

Sheet no. **4733** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

403.30

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5120535** | | | | Warranty | | | | |
| **Vincent Oney** **5204 Glenmina Dr** **Dayton, OH 45440** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091908** | | | | Warranty | | | | |
| **Vincent P Scarpino** **41 Woodside Drive** **York, PA 17402** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109006** | | | | Warranty | | | | |
| **Vincent Quarantello** **5200 Whispering Valley Drive** **Nashville, TN 37211** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122456** | | | | Warranty | | | | |
| **Vincent R Argenio** **205 Montgomery Ave** **West Pittston, PA 18463** | - | | | | | | | |
| | | | | | | | | 103.38 |
| Account No. **5121007** | | | | Warranty | | | | |
| **Vincent R Botti** **426 R Stanton St** **Greensburg, PA 15601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4734** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

103.38

In re __Great Lakes Warranty Corporation__ ,  Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120510** | | | **Warranty** | | | | |
| **Vincent Rende**<br>**3608 New Texas Rd**<br>**Pittsburgh, PA 15239** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5077696** | | | **Warranty** | | | | |
| **Vincent Rifice**<br>**36 Kittiwake Lane**<br>**Babylon, NY 11702** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113058** | | | **Warranty** | | | | |
| **Vincent S Brown**<br>**1102 18th Avenue S**<br>**Nashville, TN 37212** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125920** | | | **Warranty** | | | | |
| **Vincent Salerno III**<br>**6147 Cherokee Trail**<br>**Tobyhanna, PA 18466** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5130676** | | | **Warranty** | | | | |
| **Vincent Shank**<br>**448 Greentree Road**<br>**Elizabethtown, PA 17022** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4735** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

In re **Great Lakes Warranty Corporation**                                    , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130914** | | | | Warranty | | | | |
| **Vincent Spinazzom 55 Daniel Lane Kinnelon, NJ 07405** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129034** | | | | Warranty | | | | |
| **Vincent Spino 10990 Gladdis St SW Massillon, OH 44647** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099618** | | | | Warranty | | | | |
| **Vincent Zangale 17721 McCracken Maple Heights, OH 44137** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092269** | | | | Warranty | | | | |
| **Vincent Zingarello 362  C Hackensack Street Woodridge, NJ 07075** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102735** | | | | Warranty | | | | |
| **Vinit Thakar 12179 E Ironwood Drive Scottsdale, AZ 85259** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4736** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5072049 | | | | Warranty | | | | |
| Vinny Taneja 1680 Debra Lane Green Bay, WI 54302 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5065812 | | | | Warranty | | | | |
| Viola Beatty 4275 Jacobs Ladder Rd Lancaster, OH 43130 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5097426 | | | | Warranty | | | | |
| Viola L Urbania 311 County Highway 12  Box 26B Adena, OH 43901 | - | | | | | | | |
| | | | | | | | | 1,138.72 |
| Account No. 5086679 | | | | Warranty | | | | |
| Violet Leggette 348 Highway 1   PO Box 191 Gunnison, MS 38746 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121821 | | | | Warranty | | | | |
| Violet Y  Peacock 410 West Thatcher Rd Quakertown, PA 18951 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4737** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,138.72

In re **Great Lakes Warranty Corporation** ,      Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5126604 | | | | Warranty | | | | |
| Violetta Glover F 48 Candlewood Dr Winnsboro, SC 79180 | - | | | | X | X | | 0.00 |
| Account No. 5131776 | | | | Warranty | | | | |
| Virgie Brown 6709 Troy Brown Piqua, OH 45356 | - | | | | X | X | | 0.00 |
| Account No. 5118895 | | | | Warranty | | | | |
| Virgil Parks 1279 Hodge Ave Charleston, SC 29404 | - | | | | X | X | | 0.00 |
| Account No. 5094040 | | | | Warranty | | | | |
| Virgil A Lacy 787 Carpico Drive NE Lancaster, OH 43130 | - | | | | X | X | | 0.00 |
| Account No. 5093109 | | | | Warranty | | | | |
| Virgil Cummins 1321 Winthorne Drive Nashville, TN 37217 | - | | | | X | X | | 0.00 |

Sheet no. **4738** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re   **Great Lakes Warranty Corporation**           ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5104438** | | | | **Warranty** | | | | |
| **Virgil R Yingling**<br>**110 Border Lane**<br>**Saint Clairsville, OH 43950** | - | | | | X | X | | 0.00 |
| Account No. **5127072** | | | | **Warranty** | | | | |
| **Virgil S Hester**<br>**1292 Laurel Bluff Rd**<br>**Kingston, TN 37763** | - | | | | X | X | | 0.00 |
| Account No. **5108761** | | | | **Warranty** | | | | |
| **Virginia A Ally**<br>**410 Nita Drive**<br>**Willard, OH 44890** | - | | | | X | X | | 0.00 |
| Account No. **5094778** | | | | **Warranty** | | | | |
| **Virginia A Schoenlein**<br>**3816 Burrville Road**<br>**Ft Recovery, OH 45846** | - | | | | X | X | | 0.00 |
| Account No. **5108410** | | | | **Warranty** | | | | |
| **Virginia Baldwin**<br>**3587 Cable Road**<br>**Lewisburg, TN 37091** | - | | | | X | X | | 0.00 |

Sheet no.**4739** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                Subtotal              **0.00**
       (Total of this page)

In re   **Great Lakes Warranty Corporation**                     ,       Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5091175** | | | Warranty | | | | |
| **Virginia Barnum** **726 E Ranch Road** **Gilbert, AZ 85296** | - | | | X | X | | 0.00 |
| Account No. **5129516** | | | Warranty | | | | |
| **Virginia Baxter** **805 44th Street NW** **Canton, OH 44709** | - | | | X | X | | 0.00 |
| Account No. **5090371** | | | Warranty | | | | |
| **Virginia D West** **8226 Middle Butler Road** **Iron City, TN 38463** | - | | | | | | 31.36 |
| Account No. **5093266** | | | Warranty | | | | |
| **Virginia Galle** **426 E Norwegian Street** **Pottsville, PA 17901** | - | | | X | X | | 0.00 |
| Account No. **5077354** | | | Warranty | | | | |
| **Virginia L Robbins** **209 E College Street** **Coldwater, OH 45828** | - | | | X | X | | 0.00 |

Sheet no. **4740** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                  Subtotal
(Total of this page)          **31.36**

In re  **Great Lakes Warranty Corporation**                                    ,      Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5093052 | | | | Warranty | | | | |
| Virginia L Willie 25 Lexington Avenue  PO Box 628 Chauncey, OH 45719 | - | | | | X | X | | 0.00 |
| Account No. 5126101 | | | | Warranty | | | | |
| Virginia Lane 18 Treasure Lake Dubois, PA 15801 | - | | | | X | X | | 0.00 |
| Account No. 5102499 | | | | Warranty | | | | |
| Virginia M Neff 325 Moore Street East Liverpool, OH 43920 | - | | | | | | | 240.00 |
| Account No. 5110017 | | | | Warranty | | | | |
| Virginia M Watson Route 1  Box 90A Point Pleasant, WV 25550 | - | | | | X | X | | 0.00 |
| Account No. 5118424 | | | | Warranty | | | | |
| Virginia Myers 24 Elwood St Pine Grove, PA 17963 | - | | | | X | X | | 0.00 |

Sheet no. **4741** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        240.00

In re **Great Lakes Warranty Corporation**                                     Case No. _____
                                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5107817** | | | | **Warranty** | | | | |
| **Virginia P Lawson 6212 Bill Davis Road Summerton, SC 29148** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085940** | | | | **Warranty** | | | | |
| **Virginia P Talamantes 762 E Mariposa Place Chandler, AZ 85225** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131551** | | | | **Warranty** | | | | |
| **Virginia Plaster 158 Miller Hill Rd Johnson City, TN 37601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116105** | | | | **Warranty** | | | | |
| **Virginia Quay 412 Torrence Bell Center, OH 43310** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5107103** | | | | **Warranty** | | | | |
| **Virginia R Foust 338 Haney Hollow Road Clinton, TN 37716** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4742** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re   **Great Lakes Warranty Corporation**             ,     Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5089117** | | | | Warranty | | | | |
| **Virginia R Newton** **3227 West 116th St** **Cleveland, OH 44111** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090731** | | | | Warranty | | | | |
| **Virginia Schoerlein** **3816 Burrville Road** **Ft Recovery, OH 45846** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5098676** | | | | Warranty | | | | |
| **Virginia Spicuzza** **805 Hart Street** **Gallatin, TN 37066** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5074127** | | | | Warranty | | | | |
| **Virginia Stewart** **2962 Center Road** **Poland, OH 44514** | | - | | | | | | |
| | | | | | | | | 218.00 |
| Account No. **5091491** | | | | Warranty | | | | |
| **Virginia Sue Dantzler** **1676 Baltusrol Lane** **Mt Pleasant, SC 29466** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4743** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

218.00

In re   **Great Lakes Warranty Corporation**                                              ,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5100797** | | | | | Warranty | | | | |
| **Virnelson Herbert** **266 Stanza Hill Road** **Newberry, SC 29108** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5100482** | | | | | Warranty | | | | |
| **Vishwanath Khajuri** **434 Ashbury Court** **Monroeville, PA 15146** | - | | | | | | | | |
| | | | | | | | | | 96.70 |
| Account No. **5130541** | | | | | Warranty | | | | |
| **Vitali Sozanski** **10127 Jamestown Dr** **North Royalton, OH 44133** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5116946** | | | | | Warranty | | | | |
| **Vito Bruno** **7012 Hampton Drive** **Ypsilanti, MI 48197** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5116933** | | | | | Warranty | | | | |
| **Vito Cappello** **42 Wyckoff Way** **Chester, NJ 07930** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4744** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          96.70

In re    **Great Lakes Warranty Corporation**                      ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5128439** | | | | | **Warranty** | | | | |
| **Vito Mortucci** **2451 N Rainbow Unit 2142** **Las Vegas, NV 89108** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5110167** | | | | | **Warranty** | | | | |
| **Vito Valenti** **704 Center Field Drive** **Pottsville, PA 17901** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5088435** | | | | | **Warranty** | | | | |
| **Vivian H Dukes** **1648 Heyward Brockington jRoad** **Columbia, SC 29203** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5132071** | | | | | **Warranty** | | | | |
| **Vivian Ramos** **Senic North HC Box 3168** **Albrightsville, PA 18210** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5122479** | | | | | **Warranty** | | | | |
| **Vivian Rosario** **4760 Vista St** **Philadelphia, PA 19136** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4745** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal                          **0.00**
               (Total of this page)

In re  **Great Lakes Warranty Corporation**                                                    ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5111370 | | | | | Warranty | | | | |
| Viviana Chapa 236 Granger View Circle Franklin, TN 37064 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5067038 | | | | | Warranty | | | | |
| Viviana Paredes 3222 West White Canyon Road Queen Creek, AZ 85242 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5088766 | | | | | Warranty | | | | |
| Vivie Hosteenez PO Box 817 San Carlos, AZ 85550 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5091052 | | | | | Warranty | | | | |
| Vladi S Markov 1256 E Tierra Buena Lane Phoenix, AZ 85022 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. 5128471 | | | | | Warranty | | | | |
| Vladimir Dulae 58 Vermillion Way Levittown, PA 19054 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4746** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095180** | | | | Warranty | | | | |
| **Vladimir Hernandez** **23432 Breezy Willow Trial  Lot 3** **South Bend, IN 46628** | - | | | | X | X | | 0.00 |
| Account No. **5125030** | | | | Warranty | | | | |
| **Vladimir Malabranche** **6141 Oakley St** **Philadelphia, PA 19111** | - | | | | | | | 110.99 |
| Account No. **5119172** | | | | Warranty | | | | |
| **Vo Phung** **568 West Thurber** **Tucson, AZ 85705** | - | | | | X | X | | 0.00 |
| Account No. **5131749** | | | | Warranty | | | | |
| **Volodymyr Makovskyy** **221 Robina Terrace 2nd Floor** **Philadelphia, PA 19116** | - | | | | X | X | | 0.00 |
| Account No. **5105011** | | | | Warranty | | | | |
| **Vu  Nguyen** **1345 Bellows Street** **Akron, OH 44301** | - | | | | X | X | | 0.00 |

Sheet no. **4747**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    110.99

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5120113** | | | | Warranty | | | | |
| **Vu Tan Dang** **567 Wolf Meadow** **Cordova, TN 38018** | - | | | | X | X | | 0.00 |
| Account No. **5085639** | | | | Warranty | | | | |
| **W Douglas Brown** **1593 Saucon Valley Road** **Bethlehem, PA 18015** | - | | | | X | X | | 0.00 |
| Account No. **5102863** | | | | Warranty | | | | |
| **W Elliot Love** **5195 Mayview Rd** **Lyndhurst, OH 44124** | - | | | | X | X | | 0.00 |
| Account No. **5097327** | | | | Warranty | | | | |
| **W Gale Watkins** **2133 W San Juan Avenue** **Phoenix, AZ 85015** | - | | | | X | X | | 0.00 |
| Account No. **5111284** | | | | Warranty | | | | |
| **W George Gardner** **12366 Pleasanton** **Athens, OH 45701** | - | | | | X | X | | 0.00 |

Sheet no. **4748** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __Great Lakes Warranty Corporation__ , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5098867** | | | **Warranty** | | | | |
| W Ronald Fausnaught Jr 1509 N Main Street Shelbyville, TN 37160 | | - | | X | X | | 0.00 |
| Account No. **5082974** | | | **Warranty** | | | | |
| W Stephen Nichol 6832 Pennywell Nashville, TN 57205 | | - | | X | X | | 0.00 |
| Account No. **5072411** | | | **Warranty** | | | | |
| W Thomas Dowling III 4421 Anthony Drive Bethlehem, PA 18020 | | - | | X | X | | 0.00 |
| Account No. **5115765** | | | **Warranty** | | | | |
| Waddell Hightower 4975 Newton Memphis, TN 38109 | | - | | X | X | | 0.00 |
| Account No. **5086699** | | | **Warranty** | | | | |
| Wade Demon Little 1718 S Longmore #108 Mesa, AZ 85202 | | - | | X | X | | 0.00 |

Sheet no. **4749** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re  **Great Lakes Warranty Corporation**                          ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5080949** | | | | Warranty | | | | |
| **Wade J Spencer** **21001 N Tatum Boulevard #1630 210** **Phoenix, AZ 85050** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087960** | | | | Warranty | | | | |
| **Wade Klein** **760 S Del Rancho Street** **Mesa, AZ 85208** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5068959** | | | | Warranty | | | | |
| **Wade McKee** **221 South Minnesota Avenue** **Wellston, OH 45692** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127575** | | | | Warranty | | | | |
| **Wade Perry** **2245 Height Road** **Berwick, PA 18603** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073438** | | | | Warranty | | | | |
| **Wade R Wiggen** **PO Box 9462** **Chandler Heights, AZ 85227** | - | | | | | | | |
| | | | | | | | | 216.01 |

Sheet no.**4750** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

216.01

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131880** | | | Warranty | | | | |
| **Wade Snider** **516 Barrington Ct** **Sellersville, PA 18960** | - | | | X | X | | 0.00 |
| Account No. **5082597** | | | Warranty | | | | |
| **Wade Vogler** **6429 Lattasburg Rd** **Wooster, OH 44691** | - | | | X | X | | 0.00 |
| Account No. **5093024** | | | Warranty | | | | |
| **Wade Wanamaker** **8951 Deerview Lane** **Slatington, PA 18080** | - | | | X | X | | 0.00 |
| Account No. **5114877** | | | Warranty | | | | |
| **Waderick L Burnside** **272 Lisbon Road** **Laurens, SC 29360** | - | | | X | X | | 0.00 |
| Account No. **5101430** | | | Warranty | | | | |
| **Wael H Al Yasi** **9112 Los Arboles Avenue  NE** **Albuquerque, NM 87112** | - | | | | | | 602.05 |

Sheet no.**4751** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

602.05

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5107373** | | | **Warranty** | | | | |
| **Wafa H Abuselmia** **2647 Chatsworth** **Columbia, SC 29223** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5075994** | | | **Warranty** | | | | |
| **Wahad Ansari** **1301 Blackadore Street** **Pittsburgh, PA 15235** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5125105** | | | **Warranty** | | | | |
| **Waido Cepeda** **2117 Kings Gate Lane** **Mt Pleasant, SC 29464** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5127747** | | | **Warranty** | | | | |
| **Walid Abu Hammour** **6509 Apen Drive** **Troy, MI 48098** | | - | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5082025** | | | **Warranty** | | | | |
| **Walker Bryant** **3905 Bueno Vista Pike** **Nashville, TN 37218** | | - | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**4752** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re **Great Lakes Warranty Corporation** ,   Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108407** | | | | Warranty | | | | |
| **Wallace E Kennedy 500 Water Wheel Cove Clyde, NC 28721** | - | | | | X | X | | 0.00 |
| Account No. **5126512** | | | | Warranty | | | | |
| **Wallace Maynard 750 Rock House Road PO Box 303 Fairdale, WV 25839** | - | | | | X | X | | 0.00 |
| Account No. **5128536** | | | | Warranty | | | | |
| **Wallis Lacey 2833 Stives Road Columbia, SC 29223** | - | | | | X | X | | 0.00 |
| Account No. | | | | Trade | | | | |
| **Walltech Systems 417 Elizabeth Street Apartment 2 New Kensington, PA 15068** | - | | | | | | | 240.00 |
| Account No. **5089679** | | | | Warranty | | | | |
| **Walt Holman 61 East Edan Road Ethridge, Tn 38456** | - | | | | X | X | | 0.00 |

Sheet no. **4753** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

240.00

In re **Great Lakes Warranty Corporation**                                   , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5122241** | | | Warranty | | | | |
| **Walt Phillips** **4505 Harding Place** **Nashville, TN 37205** | - | | | X | X | | 0.00 |
| Account No. **5111675** | | | Warranty | | | | |
| **Walter Clair** **6206 Mapleton Court** **Brentwood, TN 37027** | - | | | X | X | | 0.00 |
| Account No. **5126601** | | | Warranty | | | | |
| **Walter Hughes** **3027 Columbia Ave** **Columbia, SC 29201** | - | | | | | | 1,066.38 |
| Account No. **5090659** | | | Warranty | | | | |
| **Walter Kelly Jr** **512 Poplar Avenue** **W Wildwood, NJ 08260** | - | | | X | X | | 0.00 |
| Account No. **5117713** | | | Warranty | | | | |
| **Walter Scott** **193 Franklin Road** **W Trenton, NJ 08628** | - | | | X | X | | 0.00 |

Sheet no. **4754** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,066.38**

In re **Great Lakes Warranty Corporation**        Case No. _____
,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5105936 | | | | Warranty | | | | |
| Walter A Simmons Jr 826 Benton Avenue Nashville, TN 37204 | - | | | | X | X | | 0.00 |
| Account No. 5099719 | | | | Warranty | | | | |
| Walter B Ostromecki 2501 Rosenberry Road Gilbertsville, PA 19525 | - | | | | X | X | | 0.00 |
| Account No. 5122906 | | | | Warranty | | | | |
| Walter Barrick 112 Aldridge Lane Athens, TN 37303 | - | | | | X | X | | 0.00 |
| Account No. 5109271 | | | | Warranty | | | | |
| Walter Brewbaker Jr 2 Old Dirt Road Enola, Pa 17025 | - | | | | X | X | | 0.00 |
| Account No. 5114154 | | | | Warranty | | | | |
| Walter C Danca Jr 720 W Chestnut Street Scottsdale, PA 15683 | - | | | | X | X | | 0.00 |

Sheet no. **4755** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100441** | | | | Warranty | | | | |
| **Walter D Moats** **3405 Wright Road NW** **Uniontown, OH 44685** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132617** | | | | Warranty | | | | |
| **Walter Dunaj** **634 Lee Street** **Plymouth, PA 18651** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123061** | | | | Warranty | | | | |
| **Walter E Bacher III** **331 Morrison Rd** **Clearfield, PA 16830** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5112590** | | | | Warranty | | | | |
| **Walter Grey** **385 Mack Hollow Road** **Georgetown, PA 15043** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5115775** | | | | Warranty | | | | |
| **Walter H Crawford III** **4888 Whitworth Road** **Memphis, TN 38116** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4756** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __Great Lakes Warranty Corporation__ , Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131701** | | | | **Warranty** | | | | |
| **Walter Harmon 418 Pine Ridge Jackson, OH 45640** | - | | | | X | X | | 0.00 |
| Account No. **5131959** | | | | **Warranty** | | | | |
| **Walter Hill Jr 106 South 9th Street Del Haven, NJ 08251** | - | | | | X | X | | 0.00 |
| Account No. **5101226** | | | | **Warranty** | | | | |
| **Walter Holland 712 N 29th Street Camden, NJ 08015** | - | | | | X | X | | 0.00 |
| Account No. **5099773** | | | | **Warranty** | | | | |
| **Walter J Bell Box 222   Horsecreek Road Cranberry, PA 16319** | - | | | | X | X | | 0.00 |
| Account No. **5121471** | | | | **Warranty** | | | | |
| **Walter J Brown 923 Ashford Ct Brentwood, TN 37027** | - | | | | X | X | | 0.00 |

Sheet no. __4757__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re   **Great Lakes Warranty Corporation**        ,      Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5098561** | | | | **Warranty** | | | | |
| **Walter J Condo Jr** **3319 Dickenson Road** **Ashtabula, OH 44004** | - | | | | X | X | | 0.00 |
| Account No. **5130006** | | | | **Warranty** | | | | |
| **Walter Jackson** **517 Grubbs Lane** **Sigel, PA 15860** | - | | | | X | X | | 0.00 |
| Account No. **5119181** | | | | **Warranty** | | | | |
| **Walter L Jackson** **4015 Southlawn** **Memphis, TN 38111** | - | | | | X | X | | 0.00 |
| Account No. **5066561** | | | | **Warranty** | | | | |
| **Walter Lang** **420 Lynwood Boulevard** **Nashville, TN 37205** | - | | | | X | X | | 0.00 |
| Account No. **5089639** | | | | **Warranty** | | | | |
| **Walter Lee Woods** **106 Bennington Circle** **Cola, SC 29229** | - | | | | X | X | | 0.00 |

Sheet no. **4758** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                          0.00
(Total of this page)

In re **Great Lakes Warranty Corporation** ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5131711** | | | | Warranty | | | | |
| **Walter Lindrose**<br>**6 Green Street**<br>**Nanty Glo, PA 15943** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129981** | | | | Warranty | | | | |
| **Walter Littles**<br>**2451 Montrose St**<br>**Philadelphia, PA 19146** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124049** | | | | Warranty | | | | |
| **Walter Maul Jr.**<br>**215 Woodland Boulevard**<br>**Portage, PA 15946** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126751** | | | | Warranty | | | | |
| **Walter Meggitt**<br>**109 Vine Street**<br>**Cyde, OH 43410** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5116050** | | | | Warranty | | | | |
| **Walter N Kahill**<br>**264 Shofner Avenue**<br>**Memphis, TN 38109** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4759** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                              ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5097027** | | | | Warranty | | | | |
| **Walter P Hummel II** **2526 Grant Street** **Reading, PA 19606** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118665** | | | | Warranty | | | | |
| **Walter R Stilwell** **1 Oak Dr** **Olmsted Falls, OH 44138** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121697** | | | | Warranty | | | | |
| **Walter Sardich** **958 Canfield Rd** **Youngstown, OH 44511** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124222** | | | | Warranty | | | | |
| **Walter Sommer** **10670 Hwy 18  PO Box 161** **Conneaut Lake, PA 16316** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128018** | | | | Warranty | | | | |
| **Walter Storm** **1528 Hirzel** **Toledo, OH 43605** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4760** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5124770** | | | | **Warranty** | | | | |
| **Walter Sutphin Jr. 2658 Hermitage Avenue Palmer, PA 18045** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5104766** | | | | **Warranty** | | | | |
| **Walter T Bumpus 107 Meadow Pointe West Hendersonville, TN 37075** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120521** | | | | **Warranty** | | | | |
| **Walter Vancosky 435 Railroad Ave Scranton, PA 18505** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5078802** | | | | **Warranty** | | | | |
| **Walter W Hood 212 Mullin Avenue Mt. Pleasant, PA 15666** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5068315** | | | | **Warranty** | | | | |
| **Walter Wood 6860 Colonel Taylor Lane Centerville, VA 20121** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4761** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                ,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **5070761** | | | **Warranty** | | | | |
| **Walter Yancey** **7920 Tallow Tree Dr** **Wesley Chapel, FL 33544** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5123663** | | | **Warranty** | | | | |
| **Wanda  West** **5141 N 15th St  Apt 2** **Philadelphia, PA 19141** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5131320** | | | **Warranty** | | | | |
| **Wanda Adams** **19*08 East 19th Lot E88** **Lawrence, KS 66046** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5130858** | | | **Warranty** | | | | |
| **Wanda Archilla** **1234 West Union Street** **Allentown, PA 18102** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5081192** | | | **Warranty** | | | | |
| **Wanda Garrison** **361 Adams Dr** **Coatsville, PA 19320** | - | | | | | | |
| | | | | | | | **1,243.00** |

Sheet no.**4762** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,243.00**

In re    **Great Lakes Warranty Corporation** _____,    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5113762 | | | | Warranty | | | | |
| Wanda H Soloman 114 Whitsett Road Nashville, TN 37210 | - | | | | X | X | | 0.00 |
| Account No. 5129617 | | | | Warranty | | | | |
| Wanda Hernandez 4040 Boulder Hwy # 2061 Las Vegas, NV 89121 | - | | | | X | X | | 0.00 |
| Account No. 5106103 | | | | Warranty | | | | |
| Wanda Hill Howell 805 Kerri Road Hopkins, SC 29061 | - | | | | X | X | | 0.00 |
| Account No. 5106405 | | | | Warranty | | | | |
| Wanda I Riley 8401 County Road 20 Lexington, OH 44904 | - | | | | X | X | | 0.00 |
| Account No. 5077290 | | | | Warranty | | | | |
| Wanda Juarros 4800 S Kachina Drive Tempe, AZ 85282 | - | | | | X | X | | 0.00 |

Sheet no. **4763** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal      **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation**                        Case No. _____

                                              ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5108623** | | | Warranty | | | | | |
| **Wanda L Foulks** **144 S Hampton Avenue** **Lexington, SC 29073** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093849** | | | Warranty | | | | | |
| **Wanda M Forester** **177 Elizabeth SW** **Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5128851** | | | Warranty | | | | | |
| **Wanda Miller** **4044 East Whitehaven** **Memphis, TN 38116** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5088606** | | | Warranty | | | | | |
| **Wanda N Baim** **1012 Third Avenue** **Beaver Falls, PA 15010** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5103840** | | | Warranty | | | | | |
| **Wanda R Callahan** **66258 Pierce LeMan Road** **Hamden, OH 45634** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4764** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Great Lakes Warranty Corporation**                                      ,     Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5103725** | | | **Warranty** | | | | |
| **Wanda Truett** **5040 Hampton Road** **Conway, SC 29527** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099476** | | | **Warranty** | | | | |
| **Waneta M Nogrady** **16825 Truetown Rd** **Millfield, OH 45761** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5091422** | | | **Warranty** | | | | |
| **Wanting Huang** **870 Monet Drive** **Hagerstown, MD 21740** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125930** | | | **Warranty** | | | | |
| **Wardell Davis** **1422 Housel Ave SE** **Canton, OH 44707** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099173** | | | **Warranty** | | | | |
| **Warren  Fox** **534 Spring Street** **N Kensinton, PA 15068** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**4765** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5097119** | | | | Warranty | | | | |
| **Warren E Pearson** **723 S Hall Street** **Allentown, PA 18102** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129818** | | | | Warranty | | | | |
| **Warren E Smith** **3638 Emerald St** **Philadelphia, PA 19134** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087543** | | | | Warranty | | | | |
| **Warren E Zettle** **307 Campground Round** **Loganton, PA 17747** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111167** | | | | Warranty | | | | |
| **Warren Harris** **547 E Thirteenth Street** **Erie, PA 16503** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073447** | | | | Warranty | | | | |
| **Warren J Crawford** **8151 Horton Highway** **College Grove, NJ 37046** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4766** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **Great Lakes Warranty Corporation** ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5070025** | | | | **Warranty** | | | | |
| **Warren Jenik 88 Jefferson Court Yorktown, NY 10598** | - | | | | X | X | | 0.00 |
| Account No. **5113019** | | | | **Warranty** | | | | |
| **Warren K Wheeler 920 Dawn Drive Memphis, TN 38127** | - | | | | X | X | | 0.00 |
| Account No. **5108231** | | | | **Warranty** | | | | |
| **Warren L Colwell Jr 106 Carl Road Corbin City, NJ 08270** | - | | | | X | X | | 0.00 |
| Account No. **5116484** | | | | **Warranty** | | | | |
| **Warren Lowe 485 Calvert Avenue Pittsburgh, PA 15227** | - | | | | X | X | | 0.00 |
| Account No. **5089139** | | | | **Warranty** | | | | |
| **Warren Moore 1565 Gibson Avenue Masillon, OH 44646** | - | | | | X | X | | 0.00 |

Sheet no. **4767** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         0.00

In re   **Great Lakes Warranty Corporation**                                          ,          Case No. _____

                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5081493** | | | | | Warranty | | | | |
| **Warren Moore** **1565 Gibson Avenue** **Massillon, OH 44646** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5120612** | | | | | Warranty | | | | |
| **Warren S Webb** **5175 Oakbrook Ct** **Fairfield, OH 45014** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5127494** | | | | | Warranty | | | | |
| **Warren Waltonbaugh** **235 Main Street** **New Kensington, PA 15066** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5064104** | | | | | Warranty | | | | |
| **Warwick Price** **43199 Burstall Ct** **Leesburg, VA 02017** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5070180** | | | | | Warranty | | | | |
| **Waseem Akram** **5030 Owens Drive  Apt# 113** **Pleasanton, CA 94588** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4768** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**   ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5083944** | | | Warranty | | | | |
| **Wassim H Shaheen 8412 East Steeplechase Wichita, KS 67206** | - | | | X | X | | 0.00 |
| Account No. 5071819 | | | Warranty | | | | |
| **Waterford Lakes Injury & Wellness Care 11766 E Colonial Dr Orlando, FL 32817** | - | | | | | | 1,211.13 |
| Account No. 5077946 | | | Warranty | | | | |
| **Waudea-Carene Farmer 1524 Waxman Drive LaVergne, TN 37086** | - | | | | | | 888.03 |
| Account No. 5095578 | | | Warranty | | | | |
| **Wayman Merritt 93 Harrison Drive Newnan, GA 30265** | - | | | X | X | | 0.00 |
| Account No. 5094470 | | | Warranty | | | | |
| **Wayman T Nelson 308 Kelly Avenue Pittsburgh, PA 15221** | - | | | X | X | | 0.00 |

Sheet no. **4769** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **2,099.16**

In re **Great Lakes Warranty Corporation** , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5096350** | | | | | **Warranty** | | | | |
| **Waymond D Chambers** **1231 Hill Street** **Youngstown, OH 44505** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5112985** | | | | | **Warranty** | | | | |
| **Wayna Hightower** **446 Sunshine Avenue** **Youngstown, OH 44505** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5129531** | | | | | **Warranty** | | | | |
| **Wayne Crable** **6 Oliver Heights** **Uniontown, PA 15401** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5122574** | | | | | **Warranty** | | | | |
| **Wayne Lynch** **1500 Sycamore Ave** **Easton, PA 18040** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5079494** | | | | | **Warranty** | | | | |
| **Wayne Smith** **1620 W Aire Libre** **Phoenix, AZ 85022** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **4770** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5122293** | | | | **Warranty** | | | | |
| **Wayne A Charpie** **420 W Farms Rd** **Farmingdale, NJ 07727** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5090587** | | | | **Warranty** | | | | |
| **Wayne A Grimm** **298 Odonnal Road** **Mill Run, PA 15464** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122463** | | | | **Warranty** | | | | |
| **Wayne Adams** **462 Melcroft Rd** **Acme, PA 15610** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131487** | | | | **Warranty** | | | | |
| **Wayne Allard** **101 Chelsea Road** **Hatboro, PA 19040** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5091737** | | | | **Warranty** | | | | |
| **Wayne B Montgomery** **16447 Estate Lane** **Montpelier, VA 23192** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4771** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5110527 | | | | Warranty | | | | |
| Wayne Blasius 8410 Thornbury Court Knoxville, TN 37919 | - | | | | X | X | | 0.00 |
| Account No. 5115631 | | | | Warranty | | | | |
| Wayne Conway 1910 Nance Street Newberry, SC 29108 | - | | | | X | X | | 0.00 |
| Account No. 5069235 | | | | Warranty | | | | |
| Wayne Dunlap 1301 Valdosta Place Westfield, IN 46074 | - | | | | X | X | | 0.00 |
| Account No. 5126940 | | | | Warranty | | | | |
| Wayne Eckman 439 Lori Lane Kop, PA 19406 | - | | | | X | X | | 0.00 |
| Account No. 5092880 | | | | Warranty | | | | |
| Wayne Edwards 289 Brookridge Drive Prospertiy, SC 29127 | - | | | | X | X | | 0.00 |

Sheet no. **4772** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123927** | | | Warranty | | | | |
| **Wayne Elder** **7740 Wagnor Way** **Elkins Park, PA 19027** | - | | | X | X | | 0.00 |
| Account No. **5126451** | | | Warranty | | | | |
| **Wayne Ewing** **33 Riverview Street** **Fredericktown, PA 15333** | - | | | X | X | | 0.00 |
| Account No. **5132150** | | | Warranty | | | | |
| **Wayne Freed Jr** **399 Oak Street #45F** **Mount Pocono, PA 18344** | - | | | X | X | | 0.00 |
| Account No. **5122514** | | | Warranty | | | | |
| **Wayne Fugate** **347 AB Jacks Rd** **Clinton, SC 29325** | - | | | X | X | | 0.00 |
| Account No. **5092578** | | | Warranty | | | | |
| **Wayne G Kash** **912 Trails End Drive** **Mansfield, OH 44903** | - | | | X | X | | 0.00 |

Sheet no. **4773** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5131286** | | | Warranty | | | | |
| **Wayne Gunstone** **60 Sanibel** **Chambersburg, PA 17201** | - | | | X | X | | 0.00 |
| Account No. **5110000** | | | Warranty | | | | |
| **Wayne Happel** **2051 Ferry Street** **Easton, PA 18042** | - | | | | | | 890.90 |
| Account No. **5119968** | | | Warranty | | | | |
| **Wayne Hasson** **1037 Heather Lane** **Quakertown, PA 18951** | - | | | | | | 31.22 |
| Account No. **5130358** | | | Warranty | | | | |
| **Wayne Hostler** **239 Old Crooks Valley Road** **Kingsport, TN 37664** | - | | | X | X | | 0.00 |
| Account No. **5095433** | | | Warranty | | | | |
| **Wayne J Snook** **5720 Springhaven Drive** **Orange Park, FL 32065** | - | | | X | X | | 0.00 |

Sheet no. **4774** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

922.12

In re   **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5077152** | | | | **Warranty** | | | | |
| **Wayne K Smith** **117 Campcreek Drive** **Elgin, SC 29045** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127804** | | | | **Warranty** | | | | |
| **Wayne Leary** **2019 Swarr Run Road Apt L** **Lancaster, PA 17601** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5125059** | | | | **Warranty** | | | | |
| **Wayne Moynihan** **1155 Wallace Ave SE** **Massillon, OH 44646** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5064024** | | | | **Warranty** | | | | |
| **Wayne Pressley** **4193 Skyland Drive** **Kinsport, TN 37664** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127211** | | | | **Warranty** | | | | |
| **Wayne R Catoe** **2535 Treeside Dr** **Columbia, SC 29204** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4775** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100831** | | | | Warranty | | | | |
| **Wayne S Sweigart** **7 Wendy Road** **Reading, PA 19601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131850** | | | | Warranty | | | | |
| **Wayne Smith** **2619 SR39 Rt1** **Perrysville, OH 44864** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109845** | | | | Warranty | | | | |
| **Wayne Stouffer** **12907 Mattley Drive** **Hagerstown, MD 21740** | - | | | | | | | |
| | | | | | | | | 1,470.00 |
| Account No. **5123362** | | | | Warranty | | | | |
| **Wayne Stover** **230 Stark Rd** **Sarver, PA 16055** | - | | | | | | | |
| | | | | | | | | 186.88 |
| Account No. **5115797** | | | | Warranty | | | | |
| **Wayne T Lenosky** **20 Kimberly Lane** **Pottsville, PA 17901** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4776** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    | 1,656.88 |

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5117846** <br><br> **Wayne Washowich** <br> **2921 State Street** <br> **White Oak, PA 15131** | - | | **Warranty** | | | | **564.05** |
| Account No. **5132166** <br><br> **Wayne Wheaton** <br> **620 Townbank Road #A15** <br> **Cape May, NJ 08204** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5132377** <br><br> **Wayne Zuickle** <br> **221 N Chestnut Street** <br> **Slatington, PA 18080** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5060986** <br><br> **Wealth Managment** <br> **311 E Main St** <br> **Spartan, SC 29302** | - | | **Warranty** | X | X | | **0.00** |
| Account No. **5126203** <br><br> **Webster Mahan** <br> **6107 Federal Road** <br> **Cutler, OH 45724** | - | | **Warranty** | X | X | | **0.00** |

Sheet no. **4777** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **564.05**

In re    **Great Lakes Warranty Corporation**                                    ,       Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5127775** | | | | | Warranty | | | | |
| **Weena E Wade** **12517 High Meadow Dr** **East Stroudsburg, PA 18302** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5085821** | | | | | Warranty | | | | |
| **Welborn C Rogers** **210 Brentwood Circle** **Anderson, SC 29625** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5124986** | | | | | Warranty | | | | |
| **Wellington Salinas** **836 Redwood Avenue** **Reading, PA 19610** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Trade | | | | |
| **Wells Marble, Attorneys at Law** **300 Concourse Blvd.** **Suite 200** **Ridgeland, MS 39157** | - | | | | | | | | |
| | | | | | | | | | 54,530.32 |
| Account No. **5125540** | | | | | Warranty | | | | |
| **Wendall Buchanan** **476 Hwy 75** **Blountville, TN 37617** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4778** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    54,530.32

In re **Great Lakes Warranty Corporation** ,                    Case No. _____

_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| Account No. 5108825 | | Warranty | | | | | | | |
| Wendell Casey 6320 Zion Road Rushville, OH 43150 | - | | | | | X | X | | 0.00 |
| Account No. 5063993 | | Warranty | | | | | | | |
| Wendell Kinley 111 Pennsylvania Avenue Oakmont, PA 15139 | - | | | | | X | X | | 0.00 |
| Account No. 5070909 | | Warranty | | | | | | | |
| Wendie Zimmerman 201 Springdale Lane Pittsburgh, PA 15238 | - | | | | | X | X | | 0.00 |
| Account No. 5127261 | | Warranty | | | | | | | |
| Wendy  Fayette 420 Pleasantview Ave Nelsonville, OH 45726 | - | | | | | | | | 1,297.53 |
| Account No. 5132034 | | Warranty | | | | | | | |
| Wendy Bernath Jr 2310 Highland Avenue McKeesport, PA 15131 | - | | | | | X | X | | 0.00 |

Sheet no. **4779** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,297.53

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5080124** | | | | Warranty | | | | |
| **Wendy Blair**<br>**408 Street  Rt 164**<br>**Salineville, oH 43945** | - | | | | X | X | | 0.00 |
| Account No. **5110135** | | | | Warranty | | | | |
| **Wendy Bookman**<br>**103 Ernest Road**<br>**Prosperity, SC 29127** | - | | | | X | X | | 0.00 |
| Account No. **5126736** | | | | Warranty | | | | |
| **Wendy Breiner**<br>**31 Stonegate Road**<br>**Quakertown, PA 18951** | - | | | | X | X | | 0.00 |
| Account No. **5127063** | | | | Warranty | | | | |
| **Wendy Cobert**<br>**55 Hollow Road**<br>**Levittown, PA 19056** | - | | | | X | X | | 0.00 |
| Account No. **5110977** | | | | Warranty | | | | |
| **Wendy D Massey**<br>**1174 Kingsway Road  Apt 13**<br>**West Chester, PA 19382** | - | | | | | | | 142.73 |

Sheet no. **4780** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **142.73**

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5083070** | | | | | Warranty | | | | |
| **Wendy E Krevitz** **17 Karen Road** **Southampton, PA 18966** | - | | | | | | | | 433.30 |
| Account No. 5125160 | | | | | Warranty | | | | |
| **Wendy Godinez** **740 E. Warm Springs # 428** **Henderson, NV 89002** | - | | | | | X | X | | 0.00 |
| Account No. 5120655 | | | | | Warranty | | | | |
| **Wendy J Emmert** **435 Madison Ave** **Lancaster, OH 43130** | - | | | | | X | X | | 0.00 |
| Account No. 5103962 | | | | | Warranty | | | | |
| **Wendy J Friedrich** **2875 Willowwood Drive** **Erie, PA 16506** | - | | | | | X | X | | 0.00 |
| Account No. 5114893 | | | | | Warranty | | | | |
| **Wendy J Royer** **314 Pershing Avenue NW** **Massillon, OH 44646** | - | | | | | X | X | | 0.00 |

Sheet no. **4781** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 433.30

In re   **Great Lakes Warranty Corporation**                                      ,      Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5122651** | | | | Warranty | | | | |
| **Wendy L Bujanowski** **212 N Harrison Ave** **Edgewater Park, NJ 08010** | - | | | | X | X | | 0.00 |
| Account No. **5099984** | | | | Warranty | | | | |
| **Wendy L Webber** **531 Bear Creek Street  PO Box 47** **Auburn, PA 17922** | - | | | | X | X | | 0.00 |
| Account No. **5123589** | | | | Warranty | | | | |
| **Wendy LeForge** **2042 23rd St** **Cayahuga Falls, OH 44223** | - | | | | X | X | | 0.00 |
| Account No. **5059780** | | | | Warranty | | | | |
| **Wendy Litchfield** **3013 Maple Leaf Dr** **Moncks Corner, SC 29461** | - | | | | X | X | | 0.00 |
| Account No. **5122625** | | | | Warranty | | | | |
| **Wendy Locke** **1633 Vineland Dr** **Brentwood, TN 37027** | - | | | | X | X | | 0.00 |

Sheet no. **4782** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re **Great Lakes Warranty Corporation** ,                Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5094064** | | | | Warranty | | | | |
| **Wendy McCallion** **1819 Cole Drive** **Erie, PA 16505** | - | | | | | | | 591.60 |
| Account No. **5107087** | | | | Warranty | | | | |
| **Wendy McCormick** **1013 Tall Trees Drive** **Pittsburgh, PA 15241** | - | | | | X | X | | 0.00 |
| Account No. **5088333** | | | | Warranty | | | | |
| **Wendy Myers** **43 Main Street** **Fairchance, PA 15436** | - | | | | X | X | | 0.00 |
| Account No. **5124677** | | | | Warranty | | | | |
| **Wendy OBrien** **508 Frederick Street** **Cheswick, PA 15024** | - | | | | X | X | | 0.00 |
| Account No. **5095518** | | | | Warranty | | | | |
| **Wendy Rodgers** **413 Forest Park Drive  Apt C3** **Dayton, OH 45405** | - | | | | X | X | | 0.00 |

Sheet no. **4783** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    591.60

In re __Great Lakes Warranty Corporation_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5077654 | | | Warranty | | | | |
| Wendy S Wallace 2381 Street Rt 56 New Marshfield, OH 45766 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5124253 | | | Warranty | | | | |
| Wendy Stone 943 Mill Branch Road Johnsonville, SC 29555 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5118500 | | | Warranty | | | | |
| Wendy Vittori 5501 N 67th Place Paradise Valley, AZ 85253 | - | | | | | | |
| | | | | | | | 1,668.55 |
| Account No. 5122748 | | | Warranty | | | | |
| Wendy Watson 7076 W Lone Tree Trail Peoria, AZ 85383 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5069429 | | | Warranty | | | | |
| Wendy White 3174 Crosswind Court Clarksville, TN 37043 | - | | | | | | |
| | | | | | | | 477.98 |

Sheet no.__4784__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,146.53

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130640** | | | | **Warranty** | | | | |
| **Wendy Williams** **335 Maple Street Apt 117** **Mt Pleasant, PA 15666** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5068329** | | | | **Warranty** | | | | |
| **Wendy Williams** **4156 Tuscany Court** **Hickory, NC 28602** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126455** | | | | **Warranty** | | | | |
| **Wendy Winkowski** **5829 Hobert Street # 2** **Pittsburgh, PA 15217** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106275** | | | | **Warranty** | | | | |
| **Wes Crocker** **217 Dayspring Lane** **Gaston, SC 29053** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093309** | | | | **Warranty** | | | | |
| **Wesley A Schwartzwaller** **1520 Orange Rd Lot 80** **Ashland, OH 44805** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__**4785**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100654** | | | Warranty | | | | |
| **Wesley Armentrout** **352 Penny Lane** **Bellefontaine, OH 43311** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5098040** | | | Warranty | | | | |
| **Wesley Bettis** **1550 E Thunderbird #2023** **Phoenix, AZ 85022** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125170** | | | Warranty | | | | |
| **Wesley Brett Richardson** **49 County Rd 288** **Florence, AL 35633** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5110102** | | | Warranty | | | | |
| **Wesley C Shindeldecker** **11800 Lower Horse Valley Rd** **Upper Strasburg, PA 17265** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5067057** | | | Warranty | | | | |
| **Wesley Hardin** **8412 Reality Lane** **Corryton, TN 37721** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4786** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               0.00

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5130943 | | | | Warranty | | | | |
| Wesley Hills 145 West Spicer Avenue Wildwood, NJ 08260 | - | | | | X | X | | 0.00 |
| Account No. 5129484 | | | | Warranty | | | | |
| Wesley Hughes 4121 Berkshire Memphis, TN 38128 | - | | | | X | X | | 0.00 |
| Account No. 5073671 | | | | Warranty | | | | |
| Wesley Humrichouser 235 S Main Street Shreve, OH 44676 | - | | | | X | X | | 0.00 |
| Account No. 5085338 | | | | Warranty | | | | |
| Wesley Hutchinson 1250 Morgan Road Bridgeville, PA 15017 | - | | | | X | X | | 0.00 |
| Account No. 5091210 | | | | Warranty | | | | |
| Wesley L Wilson PO Box 460  Tex Lane New Salem, PA 15468 | - | | | | X | X | | 0.00 |

Sheet no. **4787** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re    **Great Lakes Warranty Corporation**                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5126410** | | **Warranty** | | | | | | |
| **Wesley M Faistenhammer**<br>**29291 E River Rd**<br>**Grosseile, MI 48138** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106665** | | **Warranty** | | | | | | |
| **Wesley Paul**<br>**3801 Rosehill Lane**<br>**Lexington, KY 40514** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5079768** | | **Warranty** | | | | | | |
| **Wesley Rahmon**<br>**2950 Richmond Rd**<br>**Beachwood, OH 44122** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110935** | | **Warranty** | | | | | | |
| **Wesley Vauce**<br>**3013 New Natchez**<br>**Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092084** | | **Warranty** | | | | | | |
| **Wesley Wylie**<br>**9332 W Deanna**<br>**Peoria, AZ 85382** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4788** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **0.00**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5086312** | | | **Warranty** | | | | |
| **Wesli Christensen** **900 Conference  Apt B122** **Goodlettsville, TN 37072** | - | | | X | X | | 0.00 |
| Account No. **5106117** | | | **Warranty** | | | | |
| **Weslie Baird** **20 Forest Avenue** **Greensburg, PA 15601** | - | | | X | X | | 0.00 |
| Account No. **5095156** | | | **Warranty** | | | | |
| **Westlyn K Cunningham** **370 Dietz Avenue NE** **East Canton, OH 44730** | - | | | X | X | | 0.00 |
| Account No. **5110989** | | | **Warranty** | | | | |
| **Weusi Berry** **219 Torrington Road** **Irmo, SC 29063** | - | | | X | X | | 0.00 |
| Account No. **5114561** | | | **Warranty** | | | | |
| **Whanda M Clemons** **211 Reifert Street** **Pittsburgh, PA 15210** | - | | | X | X | | 0.00 |

Sheet no.**4789** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                    ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5120772** | | | | **Warranty** | | | | |
| **White Memorial Chapel Inc**<br>**7204 Thomas Blvd**<br>**Pittsburgh, PA 15208** | - | | | | X | X | | 0.00 |
| Account No. **5101523** | | | | **Warranty** | | | | |
| **Whitley D French**<br>**2422 Thorngrove Pike**<br>**Knoxville, TN 37914** | - | | | | X | X | | 0.00 |
| Account No. **5114092** | | | | **Warranty** | | | | |
| **Whitney  Frazier**<br>**4141 Woodlawn Dr  53**<br>**Nashville, TN 37205** | - | | | | X | X | | 0.00 |
| Account No. **5119701** | | | | **Warranty** | | | | |
| **Whitney A Therit**<br>**1752 Oakwood Dr**<br>**Hanover, PA 17331** | - | | | | X | X | | 0.00 |
| Account No. **5092640** | | | | **Warranty** | | | | |
| **Whitney Dutton**<br>**32 Center**<br>**Navarre, OH 44662** | - | | | | X | X | | 0.00 |

Sheet no.**4790** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5095621** | | | | **Warranty** | | | | |
| **Whitney E Baur** **34 Greenbriar Drive** **Uniontown, PA 15401** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5104393** | | | | **Warranty** | | | | |
| **Whitney Howell** **7975 Martha Street** **Millington, TN 38053** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106014** | | | | **Warranty** | | | | |
| **Whitney Parker** **44 S Greenfield Road  #39** **Mesa, AZ 85206** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5105893** | | | | **Warranty** | | | | |
| **Whitney Whited** **968 Truxell** **Mansfield, OH 44906** | | - | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5085613** | | | | **Warranty** | | | | |
| **Wholesale Parts Network** **415 Wynwood Rd** **York, PA 17402** | | - | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4791** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

In re   **Great Lakes Warranty Corporation**                                          ,        Case No. _____

                                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126815**<br><br>**Wilber A Hawkins**<br>**2186 E 78th St**<br>**Cleveland, OH 44103** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5085331**<br><br>**Wilbert Bernard**<br>**10007 Caleb Way**<br>**Missouri City, TX 77459** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5129171**<br><br>**Wilbert Greathouse**<br>**2050 Dalemont Avenue SE**<br>**Canton, OH 44707** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5132300**<br><br>**Wilbur Newcomb**<br>**9280 W Ann Road**<br>**Las Vegas, NV 89149** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5076957**<br><br>**Wilbur W Bucklin**<br>**3901 Ravenna Avenue**<br>**Louisville, OH 44641** | - | | **Warranty** | | | | **216.00** |

Sheet no.**4792** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **216.00**

In re **Great Lakes Warranty Corporation**                    Case No. _____

_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130932** | | | | Warranty | | | | |
| **Wiley M Johnson**<br>**702 Countrywood Dr**<br>**Franklin, TN 37064** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108023** | | | | Warranty | | | | |
| **Wilfred Zeuner**<br>**6580 Rookery Road**<br>**Fort Colons, CO 80528** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131426** | | | | Warranty | | | | |
| **Wilfredo Fontanez Jr**<br>**713 North 6th Street**<br>**Allentown, PA 18102** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5114055** | | | | Warranty | | | | |
| **Wilfredo Medina**<br>**2424 N Fourth Street**<br>**Philadelphia, PA 19132** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5123538** | | | | Warranty | | | | |
| **Wilfredo Santana**<br>**522 Issac Ave  PO Box 230**<br>**Woodbine, NJ 08270** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4793** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re  **Great Lakes Warranty Corporation**                    ,     Case No. _____
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5081328** | | | | Warranty | | | | |
| **Wilhelmina Keblitsch** **471 Park Street** **Rochester, PA 15074** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5132244** | | | | Warranty | | | | |
| **Wiliam F Zack** **1504 Capitol View Drive** **New Cumberland, PA 17070** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5084174** | | | | Warranty | | | | |
| **Will  Cheek** **712 Enquirer Avenue** **Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5103833** | | | | Warranty | | | | |
| **Will Barnard** **2700 Chain Bridge Road  NW** **Washington, SC 20016** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5106591** | | | | Warranty | | | | |
| **Will H Brunson** **216 Charlestowne Court** **Columbia, SC 29209** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4794**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **Great Lakes Warranty Corporation**                     ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5101477** | | | Warranty | | | | |
| **Willa Gibson** **1355 Sellers Cromeans Road** **Fulton, MS 38843** | - | | | X | X | | 0.00 |
| Account No. **5100272** | | | Warranty | | | | |
| **Willa Swofford** **2833 Heritage Avenue** **Canton, OH 44718** | - | | | X | X | | 0.00 |
| Account No. **5089338** | | | Warranty | | | | |
| **Willard B White** **3299 State Route 982** **Latrobe, PA 15650** | - | | | X | X | | 0.00 |
| Account No. **5088366** | | | Warranty | | | | |
| **Willard T Blankenship** **P.O. Box 252** **Pedro, OH 45659** | - | | | X | X | | 0.00 |
| Account No. **5120109** | | | Warranty | | | | |
| **William  Adams** **1257 Cocker Dr** **Bethel Park, PA 15102** | - | | | X | X | | 0.00 |

Sheet no.**4795** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** _____,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5079623** | | | | **Warranty** | | | | |
| **William Addicks** **2010 Glenmark Avenue** **Morgantown, WV 26505** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5107913** | | | | **Warranty** | | | | |
| **William Barney** **904 Earps Court** **Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5099250** | | | | **Warranty** | | | | |
| **William Bennett** **2079 Old Hillsboro Rd** **Franklin, TN 37064** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5111855** | | | | **Warranty** | | | | |
| **William Birosik II** **181 West Adamsville Rd** **Schuylkill Haven, PA 17972** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5113580** | | | | **Warranty** | | | | |
| **William Borodycia** **2315 Almont Avenue** **Pittsburgh, PA 15210** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**4796** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **5096137** | | | | | | **Warranty** | | | | |
| **William Bowers** **111 Meridians Way** **Oak Grove, KY 42262** | - | | | | | | X | X | | 0.00 |
| Account No. **5127188** | | | | | | **Warranty** | | | | |
| **William Bricken** **1541 Wayne Ave NE** **Canton, OH 44705** | - | | | | | | X | X | | 0.00 |
| Account No. **5119961** | | | | | | **Warranty** | | | | |
| **William Brown** **10400 Lancaster Newark Rd NE** **Millersport, OH 43046** | - | | | | | | X | X | | 0.00 |
| Account No. **5074937** | | | | | | **Warranty** | | | | |
| **William Burger** **3349 Red Oak Trail** **Murfreesboro, TN 37130** | - | | | | | | X | X | | 0.00 |
| Account No. **5132235** | | | | | | **Warranty** | | | | |
| **William Butler** **640 Wright Street** **Corry, PA 16407** | - | | | | | | X | X | | 0.00 |

Sheet no.__**4797**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5117640 | | | Warranty | | | | |
| William Dobson 1560 Mohican Street Philadelphia, PA 19138 | - | | | X | X | | 0.00 |
| Account No. 5080639 | | | Warranty | | | | |
| William Gaston 3548 W Altadena Phoenix, AZ 85029 | - | | | | | | 208.49 |
| Account No. 5123203 | | | Warranty | | | | |
| William Gregg PO Box 66 Columbia, SC 29204 | - | | | X | X | | 0.00 |
| Account No. 5128092 | | | Warranty | | | | |
| William Helter 6356 S Water St Uhrichsville, OH 44683 | - | | | X | X | | 0.00 |
| Account No. 5128740 | | | Warranty | | | | |
| William Hope 4908 Lone Vista Way n Las Vegas, NV 89031 | - | | | X | X | | 0.00 |

Sheet no. **4798** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

208.49

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5077463 | | | Warranty | | | | |
| William Johnson 1223 Jefferson Davis Drive Brentwood, TN 37027 | - | | | | | | 3,252.83 |
| Account No. 5068985 | | | Warranty | | | | |
| William Knappert 6208 65th Dr SE Snohomish, WA 98290 | - | | | X | X | | 0.00 |
| Account No. 5103478 | | | Warranty | | | | |
| William Krugh 701 Hawthorne St Marys, OH 45885 | - | | | X | X | | 0.00 |
| Account No. 5078255 | | | Warranty | | | | |
| William M Treece 305 Redds Hill Rd Charleroi, PA 05022 | - | | | X | X | | 0.00 |
| Account No. 5077828 | | | Warranty | | | | |
| William Martin 253 14th St Conway, PA 15027 | - | | | X | X | | 0.00 |

Sheet no. _4799_ of _4906_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,252.83

In re **Great Lakes Warranty Corporation** , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5132478** | | | | **Warranty** | | | | |
| **William McNitt III** **1224 Sagerville Road** **Bainbridge, PA 17502** | - | | | | X | X | | 0.00 |
| Account No. **5131872** | | | | **Warranty** | | | | |
| **William Novicki Jr** **105 Britainwoods Circle** **Chalfont, PA 18914** | - | | | | X | X | | 0.00 |
| Account No. **5120056** | | | | **Warranty** | | | | |
| **William Null** **615 West Maple St** **Wildwood, NJ 08260** | - | | | | X | X | | 0.00 |
| Account No. **5093869** | | | | **Warranty** | | | | |
| **William Ohlinger** **1015 Raff Road SW** **Canton, OH 44710** | - | | | | X | X | | 0.00 |
| Account No. **5074371** | | | | **Warranty** | | | | |
| **William Outhier** **8203 Sherwood Green Court** **Brentwood, TN 37027** | - | | | | | | | 880.40 |

Sheet no. **4800** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 880.40

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5083297** | | | | Warranty | | | | |
| **William Pennell** **452 E Main Street** **Momongahela, PA 15063** | - | | | | | | | 403.76 |
| Account No. **5105016** | | | | Warranty | | | | |
| **William Polvere** **16718 Valleyview Ave** **Cleveland, OH 44135** | - | | | | X | X | | 0.00 |
| Account No. **5078718** | | | | Warranty | | | | |
| **William Rigano** **8592 Cypress Trail Boulevard** **Waynesville, OH 45068** | - | | | | | | | 298.49 |
| Account No. **5093707** | | | | Warranty | | | | |
| **William Shaw** **10475 Belmeadow Drive** **Twinsburg, OH 44087** | - | | | | X | X | | 0.00 |
| Account No. **5099543** | | | | Warranty | | | | |
| **William Shearer** **34 Pebble Beach Lane** **Lawrenceburg, IN 47025** | - | | | | | | | 259.81 |

Sheet no. **4801** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

962.06

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128555** | | | | Warranty | | | | |
| **William Shoopman** **4252 E Desert Inn Rd** **Las Vegas, NV 89121** | - | | | | X | X | | 0.00 |
| Account No. **5101533** | | | | Warranty | | | | |
| **William Smith III** **309 Village Drive** **Mars, PA 16046** | - | | | | X | X | | 0.00 |
| Account No. **5101291** | | | | Warranty | | | | |
| **William Snodgrass** **129 California St** **Fayette City, PA 15438** | - | | | | | | | 95.00 |
| Account No. **5098817** | | | | Warranty | | | | |
| **William Sparks** **1330 Hanover Rd Lot 112** **Delaware, OH 43015** | - | | | | X | X | | 0.00 |
| Account No. **5123360** | | | | Warranty | | | | |
| **William Steingrass II** **2788 Lester Rd** **Medina, OH 44256** | - | | | | X | X | | 0.00 |

Sheet no. **4802** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

95.00

In re **Great Lakes Warranty Corporation**                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5087788** | | | | | Warranty | | | | |
| **William Thomas** **5114 Third Street** **Verona, PA 15147** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5085162** | | | | | Warranty | | | | |
| **William Thompson** **3506 Ruland Place** **Nashville, TN 37215** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5123559** | | | | | Warranty | | | | |
| **William Treffinger** **Box 15 Star rd** **Gouldsboro, PA 18424** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5069506** | | | | | Warranty | | | | |
| **William Trimarchi** **668 East Pike** **Indiania, PA 15701** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5129880** | | | | | Warranty | | | | |
| **William Valentine** **3828 Windy Ave** **Memphis, TN 38127** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4803** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation**                    ,        Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5089777** | | | | Warranty | | | | |
| **William Weidman** **6000 Afton Court** **Thompsons Station, TN 37179** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112925 | | | | Warranty | | | | |
| **William A Cercone** **230 Ambridge Ave** **Ambridge, PA 15003** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116875 | | | | Warranty | | | | |
| **William A Frederick** **4318 Ellery Drive** **Columbus, OH 43227** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5127737 | | | | Warranty | | | | |
| **William A Godoy** **245 Jacktown Rd** **Bangor, PA 18013** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107247 | | | | Warranty | | | | |
| **William A Howard** **1387 Ridgecrest Court** **Fairborn, OH 45324** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__4804__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           0.00

In re **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5106110** | | | | | **Warranty** | | | | |
| **William A Knight** **135 Fearer Road** **Markleysburg, PA 15459** | - | | | | | X | X | | 0.00 |
| Account No. **5073406** | | | | | **Warranty** | | | | |
| **William A Maakestad** **2360 Landwehr Road** **Northbrook, IL 60062** | - | | | | | | | | 182.55 |
| Account No. **5087992** | | | | | **Warranty** | | | | |
| **William A Oldacre** **2002 Fransworth** **Nashville, TN 37205** | - | | | | | X | X | | 0.00 |
| Account No. **5087425** | | | | | **Warranty** | | | | |
| **William A Parise** **221 Highland Road** **Rochester, PA 15074** | - | | | | | X | X | | 0.00 |
| Account No. **5085973** | | | | | **Warranty** | | | | |
| **William A Upton** **4848 Highway 11** **Pelham, AL 35124** | - | | | | | X | X | | 0.00 |

Sheet no. **4805** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

182.55

In re    **Great Lakes Warranty Corporation**                                    ,     Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5066976** | | | **Warranty** | | | | |
| **William Allen Nickles** **4430 Ivy Hall Drive** **Columbia, SC 29208** | - | | | X | X | | 0.00 |
| Account No. **5093354** | | | **Warranty** | | | | |
| **William Almasy** **114 Meadowbrook Drive** **Coraopolis, PA 15108** | - | | | X | X | | 0.00 |
| Account No. **5104960** | | | **Warranty** | | | | |
| **William Anderson** **443 East Somerset Street** **Philadelphia, PA 19134** | - | | | X | X | | 0.00 |
| Account No. **5091334** | | | **Warranty** | | | | |
| **William Army** **300 Bruns Avenue #58** **Celina, OH 45822** | - | | | X | X | | 0.00 |
| Account No. **5119636** | | | **Warranty** | | | | |
| **William Arnold** **446 Maple ST** **Bethlehem, PA 18018** | - | | | X | X | | 0.00 |

Sheet no. **4806** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123713** | | | Warranty | | | | |
| **William B Boots**<br>**1813 Mercer Rd**<br>**Beaver Falls, PA 15010** | - | | | X | X | | 0.00 |
| Account No. **5094546** | | | Warranty | | | | |
| **William B Calhoun**<br>**160 2nd Avenue North  #300**<br>**Nashville, TN 37201** | - | | | X | X | | 0.00 |
| Account No. **5086572** | | | Warranty | | | | |
| **William B Gemmill**<br>**4141 N 31st Street #226**<br>**Phoenix, AZ 85016** | - | | | X | X | | 0.00 |
| Account No. **5117733** | | | Warranty | | | | |
| **William B Gray**<br>**111 Abbot Avenue**<br>**Worthington, OH 43085** | - | | | X | X | | 0.00 |
| Account No. **5120758** | | | Warranty | | | | |
| **William B Hoover**<br>**1538 Shamokin Trail**<br>**Luthersburg, PA 15848** | - | | | X | X | | 0.00 |

Sheet no.**4807**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5108024** | | Warranty | | | | | | |
| **William B Lewis**<br>**400 Andover Drive**<br>**Powell, OH 43065** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5087456** | | Warranty | | | | | | |
| **William B Scott**<br>**2611 #4 Williamsburg Lane NW**<br>**Canton, OH 44708** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101706** | | Warranty | | | | | | |
| **William B Spragins**<br>**421 Galloway Drive**<br>**Franklin, TN 37064** | - | | | | | | | |
| | | | | | | | | **456.60** |
| Account No. **5092909** | | Warranty | | | | | | |
| **William B Thomas**<br>**5114 Third St**<br>**Verona, PA 15147** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092636** | | Warranty | | | | | | |
| **William Barron**<br>**401 Roses Bluff Drive**<br>**Madison, MS 39110** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4808** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **456.60**

In re   **Great Lakes Warranty Corporation**                                    ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5070806 | | | | Warranty | | | | |
| William Beard 1540 E Main St Douglassville, CA 18518 | - | | | | X | X | | 0.00 |
| Account No. 5120008 | | | | Warranty | | | | |
| William Bennett 5027 Impala Dr Murrysville, PA 15668 | - | | | | X | X | | 0.00 |
| Account No. 5126091 | | | | Warranty | | | | |
| William Berry 160 Mtn Rd PO Box 646 Kresgeville, PA 18333 | - | | | | X | X | | 0.00 |
| Account No. 5130197 | | | | Warranty | | | | |
| William Bisher 139 East Wilkes Barre Street Easton, PA 18042 | - | | | | X | X | | 0.00 |
| Account No. 5128934 | | | | Warranty | | | | |
| William Bookwalter 81 Welles Street Forty Fort, PA 18704 | - | | | | X | X | | 0.00 |

Sheet no. **4809** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                        ,   Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5067832** | | | | | Warranty | | | | |
| **William Bradford** **242 Broadway Apt 5** **Newport, RI 02840** | - | | | | | X | X | | 0.00 |
| Account No. **5102728** | | | | | Warranty | | | | |
| **William Brady** **PO Box 273 4657 Elm Street** **Nelsonville, OH 45764** | - | | | | | | | | 0.00 |
| Account No. **5080089** | | | | | Warranty | | | | |
| **William Brett Marshall** **115 39th Avenue North** **Nashville, TN 37209** | - | | | | | X | X | | 2,300.00 |
| Account No. **5108664** | | | | | Warranty | | | | |
| **William Burch** **5771 Kentview Ave** **North Canton, OH 44720** | - | | | | | X | X | | 0.00 |
| Account No. **5091436** | | | | | Warranty | | | | |
| **William Burnett** **7872 Hyacinth Lane** **Cicero, NY 13039** | - | | | | | X | X | | 0.00 |

Sheet no.**4810** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,300.00**

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5092517** | | | | | Warranty | | | | |
| **William C Bauer**<br>**527 Rosewood Drive**<br>**Pittsburgh, PA 15236** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5086431** | | | | | Warranty | | | | |
| **William C Bucknam**<br>**5340 Plymouth Road #27**<br>**Ann Arbor, MI 48105** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5072556** | | | | | Warranty | | | | |
| **William C Canty**<br>**6756 North Chason Way**<br>**San Bernardino, CA 92407** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5102706** | | | | | Warranty | | | | |
| **William C Carter III**<br>**797 River Road**<br>**Johns Island, SC 29455** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5109531** | | | | | Warranty | | | | |
| **William C Dull**<br>**3245 Clay Pike Street**<br>**Herminie, PA 15637** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no.**4811** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5122101 | | | | Warranty | | | | |
| William C Grayson 927 Craig St McKeesport, PA 15132 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5071880 | | | | Warranty | | | | |
| William C Harwood 2 Texas Street Asheville, NC 28806 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093832 | | | | Warranty | | | | |
| William C Kostelnik 1857 Drenik Drive Wickliffe, OH 44092 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5074357 | | | | Warranty | | | | |
| William C Kubitschek 1194 Calle Maria San Marcos, CA 92069 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5093029 | | | | Warranty | | | | |
| William C Lincoln 308 Three Mile Run Road Sellersville, PA 18960 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4812** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5120860 | | | | Warranty | | | | |
| William C Roth 100 Farm House Dr Audobon, PA 19403 | - | | | | X | X | | 0.00 |
| Account No. 5085409 | | | | Warranty | | | | |
| William C Ruozzi 524 Wedell Dr Belle Vernon, PA 15012 | - | | | | X | X | | 0.00 |
| Account No. 5101923 | | | | Warranty | | | | |
| William C Wiltrout 109 W Wine Street Connellsville, PA 15425 | - | | | | X | X | | 0.00 |
| Account No. 5065768 | | | | Warranty | | | | |
| William Callen 115 Seaview Drive Holden Beach, NC 28462 | - | | | | X | X | | 0.00 |
| Account No. 5127024 | | | | Warranty | | | | |
| William Campbell 122 Keiffer Drive Upper St. Clair, PA 15241 | - | | | | X | X | | 0.00 |

Sheet no. **4813** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re   **Great Lakes Warranty Corporation**                                    ,    Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5124849** | | | | **Warranty** | | | | |
| **William Carden** **8344 St. Danasus** **Blashville, TN 37211** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5121539** | | | | **Warranty** | | | | |
| **William Carney** **4105 Gouverneur St** **Bartlett, TN 38135** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5125622** | | | | **Warranty** | | | | |
| **William Conyers III** **162 Old River Road** **Wilkes Barre, PA 18702** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5067210** | | | | **Warranty** | | | | |
| **William Cortis** **117N 4000 West** **Cedar City, UT 84720** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5076000** | | | | **Warranty** | | | | |
| **William Cowan** **RD 1 Box 51** **Columbus, PA 16407** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4814** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **0.00**

In re **Great Lakes Warranty Corporation**                    , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5082019** | | | | Warranty | | | | |
| **William Cox**<br>**300 Harpeta Ridge**<br>**Nashville, TN 37221** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130352** | | | | Warranty | | | | |
| **William Craft**<br>**2407 Rock Creek Ct**<br>**Grove City, OH 43123** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5070137** | | | | Warranty | | | | |
| **William Creviston**<br>**6277 Spyglass Ridge Dr**<br>**Cincinnati, OH 45230** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130122** | | | | Warranty | | | | |
| **William Cunningham**<br>**315 Garfield Street**<br>**East Liverpool, OH 43920** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5072114** | | | | Warranty | | | | |
| **William Cupples**<br>**202 Princeton Place**<br>**Jackosn, TN 38305** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.**4815** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5112818 | | | | Warranty | | | | |
| William D Carswell 312 Summit Square Columbia, SC 29229 | - | | | | X | X | | 0.00 |
| Account No. 5115034 | | | | Warranty | | | | |
| William D Case 1105 W Moore Road Milford, MI 43381 | - | | | | | | | 410.16 |
| Account No. 5109532 | | | | Warranty | | | | |
| William D Dixon 1056 Route 57 Port Murray, NJ 07865 | - | | | | X | X | | 0.00 |
| Account No. 5090986 | | | | Warranty | | | | |
| William D Russell 216 Longwood Lane Clarksville, TN 37043 | - | | | | X | X | | 0.00 |
| Account No. 5100997 | | | | Warranty | | | | |
| William Dale Thrush Jr 192 Elvis Presley Boulevard Brookville, PA 15825 | - | | | | X | X | | 0.00 |

Sheet no. **4816** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — **410.16**

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5094932** | | | | | Warranty | | | | |
| **William Day** **1404 Old Meadow Road** **Upper St Clair, PA 15241** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5132582** | | | | | Warranty | | | | |
| **William Decker** **338 E McKinley Street** **Chambersburg, PA 17201** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5070681** | | | | | Warranty | | | | |
| **William Dennison** **2160 Hogue Hollow Rd** **Guysville, OH 45735** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5063035** | | | | | Warranty | | | | |
| **William Dolan** **104 Bookbinder Circle** **Pittsburgh, PA 15212** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5084732** | | | | | Warranty | | | | |
| **William Dunston** **667 S Marshall Street** **Allentown, PA 18103** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4817** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

In re **Great Lakes Warranty Corporation**

_____,

Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5132371** <br><br> **William Durst** <br> **55498 Fourth Avenue** <br> **Freedsville, OH 45772** | | - | | **Warranty** | | | | 502.94 |
| Account No. **5093513** <br><br> **William E Boles** <br> **6450 Winding Tree Drive** <br> **New Carlisle, OH 45344** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5110605** <br><br> **William E Fulton** <br> **10025 Antle Orchard Road** <br> **Glouster, OH 45732** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5104893** <br><br> **William E Gallaher** <br> **101 Hoover Street** <br> **Kittanning, PA 16201** | | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5093197** <br><br> **William E Haley** <br> **4803 Greenside Road** <br> **Millington, TN 38053** | | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **4818** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

502.94

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5079966 | | | | Warranty | | | | |
| William E Hughes 2366 Pavonia Road Mansfield, OH 44903 | - | | | | X | X | | 0.00 |
| Account No. 5117234 | | | | Warranty | | | | |
| William E Jellison 249 Bruno Road Greensburg, PA 15601 | - | | | | X | X | | 0.00 |
| Account No. 5094710 | | | | Warranty | | | | |
| William E Kagle 9 Walnut Street Box 202 West Hickory, PA 16370 | - | | | | X | X | | 0.00 |
| Account No. 5098216 | | | | Warranty | | | | |
| William E Lewis Jr. P.O. Box 120189 Nashville, TN 37212 | - | | | | | | | 225.00 |
| Account No. 5104264 | | | | Warranty | | | | |
| William E Mayo 3612 Hillvale Circle Knoxville, TN 37919 | - | | | | X | X | | 0.00 |

Sheet no. 4819 of 4906 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

225.00

In re     **Great Lakes Warranty Corporation**                                          ,     Case No. _____

                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5118988 | | | | | Warranty | | | | |
| William E Moffatt 1104 Lyons Rd Millerstown, PA 17062 | - | | | | | X | X | | 0.00 |
| Account No. 5095816 | | | | | Warranty | | | | |
| William E Riddick 1849 Meribrook Philadelphia, PA 19151 | - | | | | | X | X | | 0.00 |
| Account No. 5076881 | | | | | Warranty | | | | |
| William E Schake 3140 W Edgerton Road Silver Lake, OH 44224 | - | | | | | X | X | | 0.00 |
| Account No. 5095787 | | | | | Warranty | | | | |
| William E Scott 596 Dryer Dr Tanto Basin, AZ 85553 | - | | | | | X | X | | 0.00 |
| Account No. 5120820 | | | | | Warranty | | | | |
| William E Seligsohn 3088 Hills Church Rd Export, PA 15632 | - | | | | | X | X | | 0.00 |

Sheet no. **4820** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5129775 | | | | Warranty | | | | |
| William E Siders 2685 Fieldbrook Ct Troy, OH 45373 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5095864 | | | | Warranty | | | | |
| William E Slater 3102 Ladova Way Springdale, MD 20774 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5082418 | | | | Warranty | | | | |
| William E Smith 3424 Croffot Place SE Washington, DC 20019 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5114576 | | | | Warranty | | | | |
| William E Watson 522 Ferguson Road Dunbar, PA 15431 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5121655 | | | | Warranty | | | | |
| William E Williams 229 Washington Ave Woodbine, NJ 08270 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4821** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

In re **Great Lakes Warranty Corporation**, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5041901** | | | | Warranty | | | | |
| **William Earl Smith Living Trust** **55 Charles St.** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5049413** | | | | Warranty | | | | |
| **William Efan** **81 Greene St.** **Clarksville, PA 15322** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117249** | | | | Warranty | | | | |
| **William Egan** **254 Olympic Road** **Pittsburgh, PA 15226** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120993** | | | | Warranty | | | | |
| **William Ensminger Jr** **217 S Lewisberry Rd** **Mechanicsburg, PA 17055** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5064623** | | | | Warranty | | | | |
| **William Essigmann** **8490 Dundee Road** **Erie, PA 16509** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4822** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5089079** | | | Warranty | | | | |
| **William Etzel 1605 Conneautee Road Waterford, PA 16441** | - | | | X | X | | 0.00 |
| Account No. 5086076 | | | Warranty | | | | |
| **William F Burger 460 Francis Avenue Monongahela, PA 15063** | - | | | X | X | | 0.00 |
| Account No. 5128333 | | | Warranty | | | | |
| **William F Floyd 1125 HArding St Clarks Summit, PA 18411** | - | | | X | X | | 0.00 |
| Account No. 5097548 | | | Warranty | | | | |
| **William F McFadden Rt 1  Box 113  Smithfield Smithfield, WV 26437** | - | | | X | X | | 0.00 |
| Account No. 5122371 | | | Warranty | | | | |
| **William F Moon Sr 4917 State Route 61 S Shelby, OH 44875** | - | | | X | X | | 0.00 |

Sheet no. **4823** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __Great Lakes Warranty Corporation__ ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5122800 | | | | Warranty | | | | |
| William F Reiter PO Box 437 Quakertown, PA 18951 | - | | | | X | X | | 0.00 |
| Account No. 5110028 | | | | Warranty | | | | |
| William F Watson 6645 Chrisman Lane Middletown, OH 45042 | - | | | | X | X | | 0.00 |
| Account No. 5090300 | | | | Warranty | | | | |
| William F Yuncker 4016 Burger Avenue Cleveland, OH 44109 | - | | | | X | X | | 0.00 |
| Account No. 5114122 | | | | Warranty | | | | |
| William Fitschen 1205 S Parkside Drive Tempe, AZ 85281 | - | | | | X | X | | 0.00 |
| Account No. 5123447 | | | | Warranty | | | | |
| William Fitzell 5 Meadow Oak Dr Blairstown, NJ 07825 | - | | | | X | X | | 0.00 |

Sheet no. __4824__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re **Great Lakes Warranty Corporation**                                      Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5110269** | | | | Warranty | | | | |
| **William Foster**<br>**140 Wilgus Street**<br>**Russells Point, OH 43348** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5123185** | | | | Warranty | | | | |
| **William Francis**<br>**39860 Old 7 Road**<br>**Reedsville, OH 45772** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5091976** | | | | Warranty | | | | |
| **William Frank**<br>**20671 Kylemore Drive**<br>**Strongsville, OH 44149** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5101395** | | | | Warranty | | | | |
| **William Frederick Lamb Jr**<br>**3219 Barnes Springs Road**<br>**Columbia, SC 29204** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5126740** | | | | Warranty | | | | |
| **William Frick**<br>**2447 Radcliffe Ave**<br>**Abington, PA 19001** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no.**4825** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5098771** | | | | Warranty | | | | |
| **William G Anderson** **1029 Briarview NW** **North Canton, OH 44720** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5118226** | | | | Warranty | | | | |
| **William G Brewster** **2962 Halston Dr** **Manchester, MD 21102** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110608** | | | | Warranty | | | | |
| **William G Ervin** **6629 Ervin Road** **Athens, OH 45701** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094559** | | | | Warranty | | | | |
| **William G Gilmer** **1895 Main Street  PO Box 275** **Allenport, PA 15412** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130385** | | | | Warranty | | | | |
| **William G McKee** **525 Reservoir Rd   PO Box 69** **Marion Center, PA 15759** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4826** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**      ,    Case No. _____

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5082389** | | | **Warranty** | | | | |
| **William G Preslock** **24937 Hall Drive** **Westlake, OH 44145** | - | | | X | X | | 0.00 |
| Account No. **5114265** | | | **Warranty** | | | | |
| **William G Wetzel** **19 E Fifth Street  Box 33** **Burnside, PA 15721** | - | | | X | X | | 0.00 |
| Account No. **5100901** | | | **Warranty** | | | | |
| **William Garcia** **916 Wyoming Street** **Allentown, PA 18103** | - | | | X | X | | 0.00 |
| Account No. **5121804** | | | **Warranty** | | | | |
| **William Garth  Kilburn** **6002 Cargile Rd** **Nashville, TN 37205** | - | | | X | X | | 0.00 |
| Account No. **5067008** | | | **Warranty** | | | | |
| **William Greenwood** **8346 East Posada Ave** **Mesa, AZ 85212** | - | | | X | X | | 0.00 |

Sheet no. **4827** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal               **0.00**
(Total of this page)

In re **Great Lakes Warranty Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5100580** | | | Warranty | | | | |
| **William H Butler**<br>**4080 Tessland Road**<br>**Memphis, TN 38128** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5113783** | | | Warranty | | | | |
| **William H Cramer**<br>**71 Haser Drive**<br>**New Kensington, PA 15068** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5123057** | | | Warranty | | | | |
| **William H Croft**<br>**11 Oxford Rd**<br>**Pittsburgh, PA 15202** | - | | | | | | |
| | | | | | | | **245.28** |
| Account No. **5111781** | | | Warranty | | | | |
| **William H Lane**<br>**1211 Rodge Rd**<br>**Connellsville, PA 15425** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5114028** | | | Warranty | | | | |
| **William H Rapp**<br>**32 Lonsdale Street**<br>**Pittsburgh, PA 15212** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no.**4828** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**245.28**

In re   **Great Lakes Warranty Corporation**                    ,     Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5117278** | | | **Warranty** | | | | |
| **William H Wilson** **529 Birch Way** **New Kensington, PA 15068** | - | | | X | X | | 0.00 |
| Account No. **5130569** | | | **Warranty** | | | | |
| **William Haddy** **123 Karrs Lane** **Conshohocken, PA 19428** | - | | | X | X | | 0.00 |
| Account No. **5129691** | | | **Warranty** | | | | |
| **William Hall Jr** **12805 North Road** **North, SC 29112** | - | | | X | X | | 0.00 |
| Account No. **5132765** | | | **Warranty** | | | | |
| **William Hancock** **902 Budwood Avenue** **Gloucester, NJ 08030** | - | | | X | X | | 0.00 |
| Account No. **5102541** | | | **Warranty** | | | | |
| **William Hargrave** **4199 Pleasant Hill** **Lakeland, TN 38002** | - | | | X | X | | 0.00 |

Sheet no. **4829** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5080324** | | | | | Warranty | | | | |
| **William Harrell** **2520 Sharondale Drive** **Nashville, TN 37215** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5081140** | | | | | Warranty | | | | |
| **William Hartner** **752 Kentwood Street** **Philadelphia, PA 19116** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5131021** | | | | | Warranty | | | | |
| **William Hartzell** **156 Goat Hill Road** **Kittaning, PA 16201** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5088093** | | | | | Warranty | | | | |
| **William Hertonstein** **2560 Bay Meadow** **Sevierville, TN 37876** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5070282** | | | | | Warranty | | | | |
| **William Hewitt** **3052 Old Hillsboro Rd** **Franklin, TN 37064** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4830** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re   **Great Lakes Warranty Corporation**                                          ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5115405** | | | | | Warranty | | | | |
| **William Hiester** **315 Coventry Lane** **Lititz, PA 17543** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5076020** | | | | | Warranty | | | | |
| **William Himes** **868 Shawmut Road** **Brockport, PA 15823** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5087769** | | | | | Warranty | | | | |
| **William Homa** **4827 Flamingo Drive** **Pittsburgh, PA 15236** | - | | | | | | | | |
| | | | | | | | | | **786.35** |
| Account No. **5074305** | | | | | Warranty | | | | |
| **William Homer** **8030 Gina Dr.** **Irwin, PA 15642** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5127763** | | | | | Warranty | | | | |
| **William Hope** **4908 Lone Vista Highway** **Las Vegas, NV 89031** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **4831** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **786.35**

In re   **Great Lakes Warranty Corporation**          ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5109338** <br><br> **William J Glenn** <br> **141 Commodore Circle** <br> **Summertown, TN 38483** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5074943** <br><br> **William J Ahern III** <br> **8 Appaloosa Trail** <br> **Southampton, PA 18966** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5101722** <br><br> **William J Brown** <br> **9692 Sapphire Court** <br> **Brentwood, TN 37027** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5107302** <br><br> **William J Budai** <br> **4444 Valley View Street** <br> **Pittsburgh, PA 15214** | - | | **Warranty** | X | X | | 0.00 |
| Account No. **5112711** <br><br> **William J Chickos** <br> **1426 Lenz Avenue** <br> **Ambridge, PA 15003** | - | | **Warranty** | X | X | | 0.00 |

Sheet no. **4832** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                           Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095159** | | | | Warranty | | | | |
| **William J Crawford** **225 South Canton Street  Box 363** **Malvern, OH 44644** | | - | | | | | | 60.50 |
| Account No. **5064540** | | | | Warranty | | | | |
| **William J Crawmer** **5000 School House Road** **Frazeysburg, OH 43822** | | - | | | X | X | | 0.00 |
| Account No. **5106214** | | | | Warranty | | | | |
| **William J Cutchin** **1473 Stuart Engals Boulevard** **Mount Pleasant, SC 29464** | | - | | | X | X | | 0.00 |
| Account No. **5131035** | | | | Warranty | | | | |
| **William J Hamel** **Rt 201 Box 216** **Fayette City, PA 15438** | | - | | | X | X | | 0.00 |
| Account No. **5100828** | | | | Warranty | | | | |
| **William J Hornberger** **413 McKnight Street** **Gordon, PA 17936** | | - | | | X | X | | 0.00 |

Sheet no. **4833** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **60.50**

In re **Great Lakes Warranty Corporation**                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5102184 | | | | Warranty | | | | |
| William J Kuhnlein N915  M 35 Menominee, MI 49858 | - | | | | X | X | | 0.00 |
| Account No. 5088389 | | | | Warranty | | | | |
| William J LaCamera Jr 15 West Connelly Boulevard  Apt 306 Sharon, PA 16146 | - | | | | | | | 216.00 |
| Account No. 5093158 | | | | Warranty | | | | |
| William J Lane 121 Dutch Point Road Chapin, SC 29036 | - | | | | X | X | | 0.00 |
| Account No. 5108769 | | | | Warranty | | | | |
| William J Martin Jr. 1844 Twin Bridge Road Gaffney, SC 29341 | - | | | | X | X | | 0.00 |
| Account No. 5126825 | | | | Warranty | | | | |
| William J Miles JR 70544 Hopewell Rd Cambridge, OH 43725 | - | | | | X | X | | 0.00 |

Sheet no. **4834** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    216.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095528** | | | | **Warranty** | | | | |
| **William J Miller**<br>**630 Mill Stone Court**<br>**Sunbury, OH 43074** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093759** | | | | **Warranty** | | | | |
| **William J Mulig**<br>**1004 Twelfth Street NW**<br>**Canton, Oh 44703** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5099500** | | | | **Warranty** | | | | |
| **William J Newell**<br>**11720 Frost Road**<br>**Mantua, OH 44255** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093623** | | | | **Warranty** | | | | |
| **William J Proctor**<br>**2 Galaxy Lane**<br>**Willingboro, NJ 08046** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5126969** | | | | **Warranty** | | | | |
| **William J Ryan Jr**<br>**Hwy 549**<br>**Vancleve, KY 41385** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4835** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5082365** | | | | Warranty | | | | |
| **William J Schaeffer** **464 Hoffmansville Road** **Bechtelsville, PA 19505** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5120633** | | | | Warranty | | | | |
| **William J Smith** **106 West McNutt St** **Houston, PA 15342** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109660** | | | | Warranty | | | | |
| **William J Tissue** **1827 Mt Pleasant Road** **West Newton, PA 15089** | - | | | | | | | |
| | | | | | | | | 409.00 |
| Account No. **5113909** | | | | Warranty | | | | |
| **William J Tolin** **2828 Louisiana Avenue** **Pittsburgh, PA 15216** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5127759** | | | | Warranty | | | | |
| **William J Tomberlain** **6242 Everett St** **Philadelphia, PA 19140** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4836** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **409.00**

In re **Great Lakes Warranty Corporation**       ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5087142** | | | | | **Warranty** | | | | |
| **William J Wright** **179 Old Main Street** **Rocky Hill, CT 06067** | - | | | | | | | | 739.55 |
| Account No. 5079697 | | | | | **Warranty** | | | | |
| **William Jimmy Martin Jr** **1844 Twin Bridge Road** **Gaffney, SC 29341** | - | | | | | X | X | | 0.00 |
| Account No. 5129000 | | | | | **Warranty** | | | | |
| **William Jones** **30 Harrison Street** **Munhall, PA 15120** | - | | | | | X | X | | 0.00 |
| Account No. 5075502 | | | | | **Warranty** | | | | |
| **William Jones** **404 Nancy Court** **Franklin, TN 37067** | - | | | | | X | X | | 0.00 |
| Account No. 5079743 | | | | | **Warranty** | | | | |
| **William K Mayhew** **Box 276** **Wrightsville Beach, NC 28480** | - | | | | | | | | 262.58 |

Sheet no.**4837** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal    | **1,002.13**
(Total of this page)

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5087919** | | | | Warranty | | | | |
| **William K Serge** **212 N Third Street  Apt 4   PO Box 1611** **Erie, PA 16507** | - | | | | X | X | | 0.00 |
| Account No. **5099296** | | | | Warranty | | | | |
| **William Kiely** **1104 Colony Drive** **Kearney, MO 64060** | - | | | | X | X | | 0.00 |
| Account No. **5105256** | | | | Warranty | | | | |
| **William Killmeyer** **1860 Main Street** **Pittsburgh, PA 15215** | - | | | | X | X | | 0.00 |
| Account No. **5078868** | | | | Warranty | | | | |
| **William Kirtz** **26 Wyman Street** **Newton, MA 02468** | - | | | | X | X | | 0.00 |
| Account No. **5094323** | | | | Warranty | | | | |
| **William Kline** **5427 Rainbow Drive** **East Petersburg, PA 17520** | - | | | | | | | 269.96 |

Sheet no. **4838** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

269.96

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5114266 | | | | Warranty | | | | |
| William Knipper Sr 604 Heather Lane Sevierville, TN 37826 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5116783 | | | | Warranty | | | | |
| William Knox 2641 Brookrun Road Murfreesboro, TN 37129 | - | | | | | | | |
| | | | | | | | | 2,078.00 |
| Account No. 5125807 | | | | Warranty | | | | |
| William Kokos 2 Bittersweet Lane Mechanicsburg, PA 17050 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5129228 | | | | Warranty | | | | |
| William Kraus 517 Riverdale Avenue 1A Yonkers, NY 10705 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5081761 | | | | Warranty | | | | |
| William Krimm 1263 Peters Road Troy, OH 45373 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4839** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,078.00**

In re **Great Lakes Warranty Corporation**                                    , Case No. _____

                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123877** | | | **Warranty** | | | | |
| **William Kuntz** **4243 Williamsburg Dr** **Harrisburg, PA 17109** | - | | | X | X | | 0.00 |
| Account No. **5112281** | | | **Warranty** | | | | |
| **William L Booker** **155 Fawn Hill Lane** **New Kensington, PA 15068** | - | | | X | X | | 0.00 |
| Account No. **5116359** | | | **Warranty** | | | | |
| **William L Dudley** **5708 Stoneway Trail** **Nashville, TN 37209** | - | | | X | X | | 0.00 |
| Account No. **5092256** | | | **Warranty** | | | | |
| **William L Graham Sr** **412 South Third Avenue** **Elizabeth, PA 15037** | - | | | X | X | | 0.00 |
| Account No. **5106626** | | | **Warranty** | | | | |
| **William L Harding** **54061 Bracken Road** **Bridgeport, OH 43912** | - | | | X | X | | 0.00 |

Sheet no. **4840** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5084329** | | | | | Warranty | | | | |
| **William L Hoover** **100 Mellon Avenue** **Patton, PA 16668** | - | | | | | | | | |
| | | | | | | | | | **1,002.71** |
| Account No. **5097486** | | | | | Warranty | | | | |
| **William L Howard** **2420 Kemway Road** **Johns Island, SC 29455** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5108210** | | | | | Warranty | | | | |
| **William L Small** **6630 Bristlewood Drive** **Boardman, OH 44512** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5074167** | | | | | Warranty | | | | |
| **William L Toomer** **504 Andioch Place** **Columbia, SC 29209** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5119841** | | | | | Warranty | | | | |
| **William L Welsh** **1302 Ridge Rd** **Belle Vernon, PA 15012** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **4841** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,002.71**

In re **Great Lakes Warranty Corporation** _____, Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5091596** | | | | | **Warranty** | | | | |
| **William L Wimbish IV**<br>**20 Mountain Lane**<br>**Enola, PA 17025** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5065687** | | | | | **Warranty** | | | | |
| **William Lammel**<br>**3268 Pointe Hill Cove**<br>**Memphis, TN 38125** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. **5108685** | | | | | **Warranty** | | | | |
| **William Lancaster**<br>**21 Ladys Walk**<br>**Beaufort, SC 29907** | - | | | | | | | | |
| | | | | | | | | | 299.85 |
| Account No. **5078057** | | | | | **Warranty** | | | | |
| **William Lawes**<br>**12 Riverside Drive**<br>**Rumson, NJ 07760** | - | | | | | | | | |
| | | | | | | | | | 215.83 |
| Account No. **5108305** | | | | | **Warranty** | | | | |
| **William Leary**<br>**295 N Main Street  Apt 24**<br>**Lambertville, NJ 08130** | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |

Sheet no. **4842** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

515.68

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5100744** | | | | Warranty | | | | |
| **William Lee Bailey**<br>**606 Pearl Street**<br>**Lancaster, PA 17603** | - | | | | X | X | | 0.00 |
| Account No. **5121217** | | | | Warranty | | | | |
| **William Lewellen**<br>**103 Prospect**<br>**Baltic, OH 43804** | - | | | | X | X | | 0.00 |
| Account No. **5104892** | | | | Warranty | | | | |
| **William Long**<br>**927 Cressonia Road**<br>**Pottsville, PA 17904** | - | | | | X | X | | 0.00 |
| Account No. **5120684** | | | | Warranty | | | | |
| **William M  Keplar**<br>**12811 St Rt 691**<br>**Nelsonville, OH 45764** | - | | | | X | X | | 0.00 |
| Account No. **5081304** | | | | Warranty | | | | |
| **William M Beltz**<br>**9246 E Cedar Waxwing Drive**<br>**Sun Lakes, AZ 85248** | - | | | | X | X | | 0.00 |

Sheet no. **4843** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Great Lakes Warranty Corporation**                                          ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5082735** | | | | | Warranty | | | | |
| **William M Hughes** **103 Meadowlake Dr** **Gallatin, TN 37066** | - | | | | | X | X | | 0.00 |
| Account No. **5131247** | | | | | Warranty | | | | |
| **William M Ward** **303 Kelsey Blvd** **Wando, SC 29492** | - | | | | | X | X | | 0.00 |
| Account No. **5093208** | | | | | Warranty | | | | |
| **William M Webb** **6523 Charles Road** **N Olmsted, OH 44070** | - | | | | | X | X | | 0.00 |
| Account No. **5131496** | | | | | Warranty | | | | |
| **William Mann** **312 Locust Road** **Crescent, PA 15046** | - | | | | | X | X | | 0.00 |
| Account No. **5074432** | | | | | Warranty | | | | |
| **William Maraugha** **203 High Street** **Dunbar, PA 15431** | - | | | | | X | X | | 0.00 |

Sheet no. **4844** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

In re   **Great Lakes Warranty Corporation**                                    ,   Case No. _____

                                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5126893** | | | **Warranty** | | | | |
| **William Marietta** **831 S Michigan Ave** **Wellston, OH 45692** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5125554** | | | **Warranty** | | | | |
| **William Martin** **2441 Andrews Drive** **Warren, OH 44481** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5055531** | | | **Warranty** | | | | |
| **William McCarthy** **10658 Hawthorn Trail** **Woodbury, MN 55129** | - | | | | | | |
| | | | | | | | 133.65 |
| Account No. **5130946** | | | **Warranty** | | | | |
| **William McCarty** **21 Beachurst Drive** **North Cape May, NJ 08204** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5095133** | | | **Warranty** | | | | |
| **William McDonald** **912 Vista Oaks Lane** **Knoxville, TN 37919** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4845** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          133.65

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5058637** | | | - | | Warranty | | | | |
| **William McElveen** **263 Tombee Lane** **Columbia, SC 29209** | | | | | | | | | 457.00 |
| Account No. 5129881 | | | - | | Warranty | X | X | | |
| **William McFarland** **204 Grove Street** **Charleston, SC 29403** | | | | | | | | | 0.00 |
| Account No. 5126931 | | | - | | Warranty | X | X | | |
| **William McGarry** **144 Summer Street** **Cresson, PA 16630** | | | | | | | | | 0.00 |
| Account No. 5086808 | | | - | | Warranty | | | | |
| **William McGraw** **1829 Chislett Street** **Pittsburgh, PA 15206** | | | | | | | | | 177.79 |
| Account No. 5132119 | | | - | | Warranty | X | X | | |
| **William McIntosh** **935 North Market** **East Palestine, OH 44413** | | | | | | | | | 0.00 |

Sheet no._**4846**_ of _**4906**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     634.79

In re **Great Lakes Warranty Corporation**                    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5082948** | | | Warranty | | | | | |
| **William McKenzie** **10 Coburg Rd** **Charleston, SC 29407** | - | | | | X | X | | 0.00 |
| Account No. **5080172** | | | Warranty | | | | | |
| **William McKinney** **709 Broadmorre** **Blytheville, AR 72315** | - | | | | X | X | | 0.00 |
| Account No. **5124619** | | | Warranty | | | | | |
| **William McPherson** **868 Socks Lane** **Cape May, NJ 08204** | - | | | | X | X | | 0.00 |
| Account No. **5126763** | | | Warranty | | | | | |
| **William Meek III** **1444 Marathon Drive** **Murfreesboro, TN 37129** | - | | | | X | X | | 0.00 |
| Account No. **5130617** | | | Warranty | | | | | |
| **William Mekker** **4525 Cloverlane Avenue NW** **Warren, OH 44483** | - | | | | X | X | | 0.00 |

Sheet no. **4847** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **Great Lakes Warranty Corporation**                                        ,          Case No. _____

                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5132201** | | | | **Warranty** | | | | |
| **William Messler** **1078 Hill Drive** **Allentown, PA 18103** | - | | | | X | X | | 0.00 |
| Account No. **5126243** | | | | **Warranty** | | | | |
| **William Metais** **4645 Iverness Drive** **Columbus, OH 43228** | - | | | | X | X | | 0.00 |
| Account No. **5066911** | | | | **Warranty** | | | | |
| **William Miller** **3002 34th St** **New Brighton, PA 15066** | - | | | | X | X | | 0.00 |
| Account No. **5107764** | | | | **Warranty** | | | | |
| **William Morris** **9195 Cedar Creek Drive** **Olive Branch, MS 38654** | - | | | | X | X | | 0.00 |
| Account No. **5132536** | | | | **Warranty** | | | | |
| **William Mosby** **108 Polk Avenue** **West Mifflin, PA 15122** | - | | | | X | X | | 0.00 |

Sheet no. **4848** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**              ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5130733** | | | | Warranty | | | | |
| **William Mutch** **35284 Nikki Avenue** **North Ridgeville, OH 44039** | - | | | | X | X | | 0.00 |
| Account No. **5091325** | | | | Warranty | | | | |
| **William N Elrod** **1075 Chalker** **Akron, OH 44310** | - | | | | X | X | | 0.00 |
| Account No. **5109096** | | | | Warranty | | | | |
| **William N Gadol** **175 Golf View Lane** **Summerville, SC 29485** | - | | | | X | X | | 0.00 |
| Account No. **5101423** | | | | Warranty | | | | |
| **William Newman** **3019 W Hadden** **Wichita, KS 67217** | - | | | | X | X | | 0.00 |
| Account No. **5108612** | | | | Warranty | | | | |
| **William O Berger** **417 Merion Drive** **Reading, PA 19608** | - | | | | X | X | | 0.00 |

Sheet no. **4849** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
(Total of this page)        **0.00**

In re **Great Lakes Warranty Corporation**          Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5093001** | | | | | Warranty | | | | |
| **William O Conklin** **109 West End Avenue** **Binghamton, NY 13905** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. 5123162 | | | | | Warranty | | | | |
| **William Owenby** **796 Co. Road 655** **Athens, TN 37303** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. 5100994 | | | | | Warranty | | | | |
| **William P Bagley** **1927 Woodmont Avenue Rear** **New Kensington, Pa 15068** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. 5093079 | | | | | Warranty | | | | |
| **William P Chalk** **2450 Pleasant View Drive** **York, PA 17406** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. 5095087 | | | | | Warranty | | | | |
| **William P Clancy** **7043 Season Drive** **Milton, FL 32570** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **4850** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal             **0.00**
                                       (Total of this page)

In re **Great Lakes Warranty Corporation**        Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5111740** | | | | Warranty | | | | |
| William P Owczykowski 144 Kunkle Street PO Box 27 Forbes Road, PA 15633 | - | | | | X | X | | 0.00 |
| Account No. **5123028** | | | | Warranty | | | | |
| William P Price 115 Main St PO Box 605 Vanderbilt, PA 15886 | - | | | | X | X | | 0.00 |
| Account No. **5089860** | | | | Warranty | | | | |
| William P Wakshinsky 1391 S Ocean Boulevard Apt 99 Pompano Beach, FL 33062 | - | | | | | | | 331.68 |
| Account No. **5124325** | | | | Warranty | | | | |
| William Peagler 1080 Ranger Dr Cross, SC 29436 | - | | | | | | | 2,228.99 |
| Account No. **5089031** | | | | Warranty | | | | |
| William Peter Frost 8952 W Marconi Avenue Peoria, AZ 85382 | - | | | | X | X | | 0.00 |

Sheet no. **4851** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">Subtotal (Total of this page)     2,560.67</div>

In re **Great Lakes Warranty Corporation** ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094411** | | | Warranty | | | | |
| **William Pett** **61 Glen Drive** **East Greenwich, RI 02818** | - | | | X | X | | 0.00 |
| Account No. **5065602** | | | Warranty | | | | |
| **William Platt** **233 Patrick Henry Circle** **Kingsport, TN 37663** | - | | | X | X | | 0.00 |
| Account No. **5100640** | | | Warranty | | | | |
| **William Powers** **12644 Coral Reef Circle** **Knoxville, TN 37922** | - | | | X | X | | 0.00 |
| Account No. **5123919** | | | Warranty | | | | |
| **William Powers** **1115 Glenbrook Drive** **Franklin, TN 37064** | - | | | X | X | | 0.00 |
| Account No. **5066547** | | | Warranty | | | | |
| **William Proctor** **8830 PW Oak Drive** **Zionsville, TN 46077** | - | | | X | X | | 0.00 |

Sheet no. **4852** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      0.00

In re   **Great Lakes Warranty Corporation**                              ,   Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5112544 | | | | Warranty | | | | |
| William Province 763S Ninevah Road Franklin, IN 46131 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5120998 | | | | Warranty | | | | |
| William R Chambers 815 Wagoneer Court Glenview, IL 60025 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124825 | | | | Warranty | | | | |
| William R Minor 4864 St Rt 303 Shalersville, OH 44266 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5112661 | | | | Warranty | | | | |
| William R Carney 114 Galway Lake South Hendersonville, TN 37075 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5124457 | | | | Warranty | | | | |
| William R Daugherty 1100 Fountain Blvd Piqua, OH 45356 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4853** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re    **Great Lakes Warranty Corporation**                               ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5087453** | | | | Warranty | | | | |
| **William R Ferry**<br>**4811 Ridge Road**<br>**Canton, OH 44707** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5119018** | | | | Warranty | | | | |
| **William R Grainger**<br>**809 Lynnbrook Rd**<br>**Nashville, TN 37215** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5092914** | | | | Warranty | | | | |
| **William R Johnson**<br>**279 Wheaton Road**<br>**Bidwell, OH 45614** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5097137** | | | | Warranty | | | | |
| **William R Kennington**<br>**849 Fourth Street**<br>**Verona, PA 15147** | - | | | | X | X | | |
| | | | | | | | | **0.00** |
| Account No. **5099090** | | | | Warranty | | | | |
| **William R Lahl**<br>**31320 N Claridge Circle**<br>**Queen Creek, AZ 85242** | - | | | | X | X | | |
| | | | | | | | | **0.00** |

Sheet no. **4854** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)      **0.00**

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5109700** | | | | Warranty | | | | |
| **William R Locante**<br>**917 Sleepy Hollow Road**<br>**Pittsburgh, PA 15234** | - | | | | X | X | | 0.00 |
| Account No. **5098291** | | | | Warranty | | | | |
| **William R Seigle**<br>**1719 Old Central Road**<br>**Central, SC 29630** | - | | | | X | X | | 0.00 |
| Account No. **5105550** | | | | Warranty | | | | |
| **William R Sharp**<br>**328 Forest Bend Drive**<br>**Mt Juliet, TN 37122** | - | | | | X | X | | 0.00 |
| Account No. **5089322** | | | | Warranty | | | | |
| **William R Vess**<br>**10703 Pleasant Ridge Rd**<br>**Arlington, TN 38002** | - | | | | X | X | | 0.00 |
| Account No. **5129712** | | | | Warranty | | | | |
| **William R Wells**<br>**3108 Sorbus Dr**<br>**Hamilton, OH 45013** | - | | | | X | X | | 0.00 |

Sheet no. **4855** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Great Lakes Warranty Corporation**                                    ,        Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5099770** | | | | **Warranty** | | | | |
| **William R Williams** **502 Park Center Avenue** **Nashville, TN 37205** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5108821** | | | | **Warranty** | | | | |
| **William R Woltz Jr** **1275 Autumn Drive** **Lancaster, OH 43130** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095526** | | | | **Warranty** | | | | |
| **William Radican** **4178 Thistle Circle** **Virginia Beach, VA 23462** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5111116** | | | | **Warranty** | | | | |
| **William Ramsey** **438 Emerald Woods Drive** **Oxford, OH 45056** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093320** | | | | **Warranty** | | | | |
| **William Ray Doyle** **3878 Screaming Eagle Road Ext** **Eastover, SC 29044** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4856** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           0.00

In re **Great Lakes Warranty Corporation** ,                     Case No. _____

                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5095970** | | | | Warranty | | | | |
| William Rozenwaser 5611 E Marilyn Scottsdale, AZ 85254 | - | | | | X | X | | 0.00 |
| Account No. 5067197 | | | | Warranty | | | | |
| William Rush 1916 Belford Court Maitland, FL 32751 | - | | | | X | X | | 0.00 |
| Account No. 5124966 | | | | Warranty | | | | |
| William S Collins 3303 Howell Rd Mascot, TN 37806 | - | | | | X | X | | 0.00 |
| Account No. 5107158 | | | | Warranty | | | | |
| William S Collins 7447 Footmill Road Erie, PA 16509 | - | | | | X | X | | 0.00 |
| Account No. 5084138 | | | | Warranty | | | | |
| William S Houston 1420 Mandy Place Court Charlotte, NC 28216 | - | | | | X | X | | 0.00 |

Sheet no. **4857** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         0.00

In re **Great Lakes Warranty Corporation** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5123875 | | | | Warranty | | | | |
| William S Macfann 105 Main St Daisytown, PA 15427 | - | | | | X | X | | 0.00 |
| Account No. 5087687 | | | | Warranty | | | | |
| William S Tuttle 7852 Misty Shore Drive West Chester, OH 45069 | - | | | | X | X | | 0.00 |
| Account No. 5093983 | | | | Warranty | | | | |
| William S. Shaw 103 Lintel Drive McMurray, PA 15317 | - | | | | X | X | | 0.00 |
| Account No. 5119609 | | | | Warranty | | | | |
| William Sandor 43 Furnace St Akron, OH 44308 | - | | | | X | X | | 0.00 |
| Account No. 5118537 | | | | Warranty | | | | |
| William Schanz 520 Van Meter Rd Smithton, PA 15479 | - | | | | X | X | | 0.00 |

Sheet no. **4858** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re  **Great Lakes Warranty Corporation**                                    ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5107443** | | | - | | **Warranty** | | | | |
| **William Scheel** **1202 Ashwood** **Sugarland, TX 77498** | | | | | | | | | **1,411.53** |
| Account No. **5047954** | | | - | | **Warranty** | X | X | | |
| **William Scott Sheriff** **307 West Main Street** **Lexington, SC 29072** | | | | | | | | | **0.00** |
| Account No. **5116494** | | | - | | **Warranty** | | | | |
| **William Sexton** **1030 Ohio Avenue** **Trenton, NJ 08638** | | | | | | | | | **1,950.00** |
| Account No. **5070879** | | | - | | **Warranty** | X | X | | |
| **William Shaw** **418 Clover St** **Brownsville, PA 15417** | | | | | | | | | **0.00** |
| Account No. **5087683** | | | - | | **Warranty** | X | X | | |
| **William Shellhorn** **143 Rose Street** **Fredricksburg, OH 44627** | | | | | | | | | **0.00** |

Sheet no.**4859** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,361.53**

In re **Great Lakes Warranty Corporation**                                    Case No. _____
                                                          ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5114825 | | | Warranty | | | | |
| William Shoots 4840 Country Road 9 Bellefontaine, OH 43311 | - | | | X | X | | 0.00 |
| Account No. 5125673 | | | Warranty | | | | |
| William Simm 1135 Mocken Drive West Palm Beach, FL 33406 | - | | | X | X | | 0.00 |
| Account No. 5078580 | | | Warranty | | | | |
| William Simms 3253 Creek Road  Lot 205 New Waterford, OH 44445 | - | | | X | X | | 0.00 |
| Account No. 5091896 | | | Warranty | | | | |
| William Simons 110 Willow Run Drive Pickerington, OH 43147 | - | | | X | X | | 0.00 |
| Account No. 5102607 | | | Warranty | | | | |
| William Singer 2401 E Rio Salado Parkway  Apt 1201 Tempe, AZ 85281 | - | | | X | X | | 0.00 |

Sheet no. **4860**  of **4906**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5094683** | | | Warranty | | | | |
| **William Snider** **813 Pine Way Dr** **Worthington, OH 43085** | - | | | X | X | | 0.00 |
| Account No. **5127978** | | | Warranty | | | | |
| **William Soda** **451 Harmon Rd** **Philadelphia, PA 19128** | - | | | X | X | | 0.00 |
| Account No. **5063350** | | | Warranty | | | | |
| **William Soinski** **7258 New Point Place** **Powell, OH 43065** | - | | | | | | 424.70 |
| Account No. **5091742** | | | Warranty | | | | |
| **William Stivers** **15 Fisher Street** **Pomeroy, OH 45769** | - | | | X | X | | 0.00 |
| Account No. **5128496** | | | Warranty | | | | |
| **William Stuart** **228 South Frankin Street** **Fleetwood, PA 19522** | - | | | X | X | | 0.00 |

Sheet no. **4861** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **424.70**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re **Great Lakes Warranty Corporation** ,  Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5127508** | | | | **Warranty** | | | | |
| **William Stucke** **103 Palmer Street** **Clearfield, PA 16830** | - | | | | | | | 294.78 |
| Account No. **5112879** | | | | **Warranty** | | | | |
| **William Summey** **5416 Barton Vale Drive** **Nashville, TN 37211** | - | | | | X | X | | 0.00 |
| Account No. **5062363** | | | | **Warranty** | | | | |
| **William Swann** **467 Bonnie Valley Drive** **Lebanon, TN 37008** | - | | | | X | X | | 0.00 |
| Account No. **5120947** | | | | **Warranty** | | | | |
| **William T Adkins** **320 high St  Apt 15** **Chattanooga, TN 37403** | - | | | | X | X | | 0.00 |
| Account No. **5127260** | | | | **Warranty** | | | | |
| **William T Dunlap** **1434 Highcrest Way** **Rock Hill, SC 29770** | - | | | | | | | 568.58 |

Sheet no. **4862** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     863.36

In re **Great Lakes Warranty Corporation** Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5109104** | | | | Warranty | | | | |
| **William T Rue** **212 Penna Avenue** **Clairton, PA 15025** | - | | | | X | X | | 0.00 |
| Account No. **5077397** | | | | Warranty | | | | |
| **William T Spanke** **108 Yellowstone Drive** **Latrobe, PA 15650** | - | | | | | | | 303.09 |
| Account No. **5088299** | | | | Warranty | | | | |
| **William T Watson** **2916 Sixpoint Way** **Sevierville, TN 37876** | - | | | | X | X | | 0.00 |
| Account No. **5095021** | | | | Warranty | | | | |
| **William Teague** **525 Blue Gray Circle** **Collierville, TN 38017** | - | | | | X | X | | 0.00 |
| Account No. **5126878** | | | | Warranty | | | | |
| **William Thompson** **9745 Crews Lane** **Chesterhill, OH 43728** | - | | | | X | X | | 0.00 |

Sheet no. **4863** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

303.09

In re **Great Lakes Warranty Corporation** ,                     Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5126310 | | | Warranty | | | | |
| William Tidwell 2615 Eugene Reed Road Woodbury, TN 37190 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5063774 | | | Warranty | | | | |
| William Trevarrow 11007 Walker St Grand Planc, MI 48439 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5126616 | | | Warranty | | | | |
| William Troiano 2509 I Street Eureka, CA 95501 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5106192 | | | Warranty | | | | |
| William Urbaniak 104 Searight Drive Baden, PA 15005 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5087694 | | | Warranty | | | | |
| William Van Winkle 3041 Woodlawn Drive Nashville, Tn 37215 | - | | | | | | |
| | | | | | | | 329.30 |

Sheet no. 4864  of 4906  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           329.30

In re   **Great Lakes Warranty Corporation**             ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5097376** | | | | **Warranty** | | | | |
| **William Vy** **354 E Rockland Street** **Philadelphia, PA 19120** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5119349** | | | | **Warranty** | | | | |
| **William W  Porter** **1026 Stonebridge Park Dr** **Franklin, TN 37069** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5093026** | | | | **Warranty** | | | | |
| **William W Cathers III** **65 Creek Drive** **Doylestown, PA 18901** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5092381** | | | | **Warranty** | | | | |
| **William W Myers** **146 Parkland Street SW** **Massillon, OH 44646** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5073544** | | | | **Warranty** | | | | |
| **William W Wyatt** **1919 Wenz Road** **Wakeman, OH 44889** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4865** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal                  **0.00**

                                     (Total of this page)

In re __**Great Lakes Warranty Corporation**_____,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5106096** | | | **Warranty** | | | | |
| **William W Wydra** **32 Lehigh Street** **Ashland, PA 17921** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5105944** | | | **Warranty** | | | | |
| **William Wagers** **1119 Riverbay Drive** **Charleston, SC 29492** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5112577** | | | **Warranty** | | | | |
| **William Walden** **6323 South Roanoke Street** **Gilbert, AZ 85298** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5113053** | | | **Warranty** | | | | |
| **William Wallace** **1914 Twelfth Street SW** **Canton, OH 44706** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5115763** | | | **Warranty** | | | | |
| **William Warner** **1550 E Thunderbird   #2012** **Phoenix, AZ 85022** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**4866** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5123025**<br><br>**William Wasuchno<br>3560A Route 40<br>Washington, PA 15301** | - | | Warranty | X | X | | 0.00 |
| Account No. **5107241**<br><br>**William Watson<br>2122 Trillium Way<br>Tega Cay, SC 29708** | - | | Warranty | X | X | | 0.00 |
| Account No. **5129284**<br><br>**William Westlake Jr<br>38 Longaqcre<br>Collegeville, PA 19426** | - | | Warranty | X | X | | 0.00 |
| Account No. **5126922**<br><br>**William Weyer Jr.<br>8260 Old Rt 22<br>Alexandria, PA 16611** | - | | Warranty | X | X | | 0.00 |
| Account No. **5126592**<br><br>**William Wheeler<br>934 Villa Sites Avenue<br>Harborcreek, PA 16421** | - | | Warranty | X | X | | 0.00 |

Sheet no. **4867** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re    **Great Lakes Warranty Corporation**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5074766 | | | Warranty | | | | |
| William White 1812 5th Street Canton, OH 44707 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5064107 | | | Warranty | | | | |
| William White 7612 Park Avenue 4C1 North Bergan, NJ 07047 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5095328 | | | Warranty | | | | |
| William Willcock 918 Sea Vista Place Edmonds, WA 98020 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5113346 | | | Warranty | | | | |
| William Woodberry 414 Maria Drive Georgetown, SC 29444 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5113795 | | | Warranty | | | | |
| William Worstell 417 Barkwill Street St Marys, WV 26170 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4868** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **Great Lakes Warranty Corporation** _____, Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5114536 | | | Warranty | | | | |
| William Yaekle 2927 Rivercliff Road Columbus, OH 43223 | - | | | X | X | | 0.00 |
| Account No. 5132717 | | | Warranty | | | | |
| William Yoas 102 Mount Olive Lane Ephrata, PA 17522 | - | | | X | X | | 0.00 |
| Account No. 5121827 | | | Warranty | | | | |
| William Young 470 Rudy Rd Masnsfield, OH 44903 | - | | | X | X | | 0.00 |
| Account No. 5127515 | | | Warranty | | | | |
| William Zimmerman 580 Spang Avenue Leechburg, PA 15656 | - | | | | | | 883.85 |
| Account No. 5125255 | | | Warranty | | | | |
| Williard Conner 1103 Johnson Road Maryville, TN 37804 | - | | | X | X | | 0.00 |

Sheet no. **4869** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

883.85

In re  **Great Lakes Warranty Corporation** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5103789** | | | | **Warranty** | | | | |
| **Williard R Moore** **1020 Neshannock Avenue Ext** **New Castle, PA 16101** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102319** | | | | **Warranty** | | | | |
| **Willie   Lewis** **411 Autumn Glen Road** **Columbia, SC 29229** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121101** | | | | **Warranty** | | | | |
| **Willie  Coles** **7048 Heritage St** **Pittsburgh, PA 15208** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5087594** | | | | **Warranty** | | | | |
| **Willie A Dyckes** **909 Cindy Drive** **Columbia, SC 29203** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5131655** | | | | **Warranty** | | | | |
| **Willie Boles** **3863 Rocket** **Memphis, TN 38127** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4870** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5071043** | | | Warranty | | | | |
| **Willie Bracey**<br>**5507 Dally Rd**<br>**Denmark, SC 29042** | - | | | X | X | | 0.00 |
| Account No. **5064238** | | | Warranty | | | | |
| **Willie Brown Jr.**<br>**7169 Lyndover Place Apt. C2**<br>**Maplewood, MO 63143** | - | | | | | | 649.38 |
| Account No. **5124045** | | | Warranty | | | | |
| **Willie Godbolt**<br>**826 Eurenka Street**<br>**Pittsburgh, PA 15210** | - | | | X | X | | 0.00 |
| Account No. **5126863** | | | Warranty | | | | |
| **Willie H Anderson**<br>**1810 Sunnyside Dr**<br>**Cayce, SC 29033** | - | | | X | X | | 0.00 |
| Account No. **5125061** | | | Warranty | | | | |
| **Willie Hickman**<br>**4941 Cheyenne Road**<br>**Canton, OH 44707** | - | | | X | X | | 0.00 |

Sheet no. **4871** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

649.38

In re **Great Lakes Warranty Corporation**          Case No. _____
_____,
                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129544** | | | | Warranty | | | | |
| Willie J Hollamon 532 E 5th St Erie, PA 16507 | - | | | | X | X | | 0.00 |
| Account No. **5075879** | | | | Warranty | | | | |
| Willie J Mendenhall 189 Pine Hills Road Prosperity, SC 29127 | - | | | | | | | 262.40 |
| Account No. **5124377** | | | | Warranty | | | | |
| Willie J Mitchell 20 Pleasant Valley Lane Brodheadsville, PA 18322 | - | | | | X | X | | 0.00 |
| Account No. **5131250** | | | | Warranty | | | | |
| Willie James 8821 Saint Cloud Ct Las Vegas, NV 89143 | - | | | | X | X | | 0.00 |
| Account No. **5109854** | | | | Warranty | | | | |
| Willie James Tucker 156 Rustic Crossing Lexington, SC 29073 | - | | | | X | X | | 0.00 |

Sheet no. **4872** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

         Subtotal        **262.40**
         (Total of this page)

In re **Great Lakes Warranty Corporation** _____, Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5079070 | | | | Warranty | | | | |
| Willie Lee Fulton 193 Walker Road Ridgeville, SC 29472 | | - | | | | | | 1,524.00 |
| Account No. 5093692 | | | | Warranty | | | | |
| Willie N Walters 110 N Third Street Unit 702 Columbus, OH 43215 | | - | | | X | X | | 0.00 |
| Account No. 5095020 | | | | Warranty | | | | |
| Willie Poston 4411 Grand Cedar Lane Memphis, TN 38128 | | - | | | X | X | | 0.00 |
| Account No. 5113415 | | | | Warranty | | | | |
| Willie Sanders 6350 Greene Street Philadelphia, PA 19144 | | - | | | X | X | | 0.00 |
| Account No. 5129971 | | | | Warranty | | | | |
| Willie Stack 654 Brittany Road Greenville, NC 27858 | | - | | | X | X | | 0.00 |

Sheet no. **4873** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 1,524.00 |

In re    **Great Lakes Warranty Corporation**                                              ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5087692** | | | | **Warranty** | | | | |
| **Willie Stallworth** **3944 Augusta Drive** **Nashville, TN 37207** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5066451** | | | | **Warranty** | | | | |
| **Willie Stokes** **5800 Greenbrier Rd** **Franklin, TN 37064** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130653** | | | | **Warranty** | | | | |
| **Willie Templeton III** **844 Jamestown Drive** **Miamsburg, OH 45342** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5078505** | | | | **Warranty** | | | | |
| **Willie Tucker** **814 Bradley Boulevard** **Clarksville, TN 37042** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5085594** | | | | **Warranty** | | | | |
| **Willie Wilson** **1890 Salters Town Road** **Sumter, SC 29153** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4874** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                              0.00

In re **Great Lakes Warranty Corporation**                              ,          Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5082098** | | | | | Warranty | | | | |
| **Willis Finley**<br>**105 Cherry Bluff Drive**<br>**Madison, MS 39110** | - | | | | | | | | 258.00 |
| Account No. 5102256 | | | | | Warranty | | | | |
| **Wilma Burgess**<br>**720 Harrison Street  PO Box 46**<br>**Magnolia, OH 44643** | - | | | | | X | X | | 0.00 |
| Account No. 5100951 | | | | | Warranty | | | | |
| **Wilma G Headley**<br>**1011 Mechanicsville Road**<br>**Rock Creek, OH 44084** | - | | | | | | | | 1,038.50 |
| Account No. 5088880 | | | | | Warranty | | | | |
| **Wilmer Oberholtzxer**<br>**170 Cocalico Creek Rd**<br>**Ephrata, PA 17522** | - | | | | | X | X | | 0.00 |
| Account No. 5095259 | | | | | Warranty | | | | |
| **Wilson J Basinger**<br>**637 Englishman Hill Road**<br>**Connellsville, PA 15425** | - | | | | | X | X | | 0.00 |

Sheet no. **4875** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,296.50

In re **Great Lakes Warranty Corporation** _____, Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5073007 | | Warranty | | | | | | |
| Winifred Waddell 3289 Creighton Lane Orange Park, FL 32003 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5111843 | | Warranty | | | | | | |
| Winnona Herr 1450 E Bell Rd  3054 Phoenix, AZ 85022 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5090040 | | Warranty | | | | | | |
| Winny Chow PO Box 283 Santa Clara, CA 95052 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5126986 | | Warranty | | | | | | |
| Winston Bachan 1650 Lazy Lake Ct. Charleston, SC 29412 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5122337 | | Warranty | | | | | | |
| Winston Paulk 9220 Morto Circle Summerville, SC 29485 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4876** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      0.00

In re   **Great Lakes Warranty Corporation**                                   ,                    Case No. _____

                                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5130056** | | | | | **Warranty** | | | | |
| **Wissam Nakhle** **1213 Northridge Oval Bldg 15** **Brooklyn, OH 44144** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5126257** | | | | | **Warranty** | | | | |
| **WK Johnson** **513 Shunpike Road** **Cape MAy Court House, NJ 08210** | - | | | | | | | | |
| | | | | | | | | | **1,060.00** |
| Account No. **5088735** | | | | | **Warranty** | | | | |
| **Wolf Zink** **11002 N Montrose Way** **Scottsdale, AZ 85254** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5069512** | | | | | **Warranty** | | | | |
| **Woonkuo  Soon** **705 Forest Dr** **Palmerton, PA 18071** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |
| Account No. **5089006** | | | | | **Warranty** | | | | |
| **Wray W Providence Sr** **4074 Cottonwood Road** **Memphis, TN 38118** | - | | | | | X | X | | |
| | | | | | | | | | **0.00** |

Sheet no. **4877** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,060.00**

In re **Great Lakes Warranty Corporation** ,                    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5116726** | | | Warranty | | | | |
| **Wynona L Bey**<br>**1104 Penn Ave**<br>**Pittsburgh, PA 15215** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5128683** | | | Warranty | | | | |
| **Wynona Newman**<br>**916 Elmhurst Avenue**<br>**Bristol, PA 19007** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5099438** | | | Warranty | | | | |
| **Xavier Becton**<br>**4905 Waterfowl Street**<br>**Memphis, TN 38141** | - | | | | | | |
| | | | | | | | 731.24 |
| Account No. **5086915** | | | Warranty | | | | |
| **Xavier Riley**<br>**3120 Village Dr**<br>**Center Valley, PA 16034** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5116046** | | | Warranty | | | | |
| **Xiaoyang Lu**<br>**196 Canterbury Lane**<br>**Aurora, OH 44202** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4878** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          731.24

In re __Great Lakes Warranty Corporation_____,  Case No. _____
　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5115838 | | | | Warranty | | | | |
| Ximena E Montenegro 201 Mowery Street Mifflin, PA 17058 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5059722 | | | | Warranty | | | | |
| Xin Li 1732 Wayah Dr Charleston, SC 29414 | - | | | | | | | |
| | | | | | | | | 247.14 |
| Account No. 5082485 | | | | Warranty | | | | |
| Xingkui Guo 4617 Mountain View Drive Nashville, TN 37215 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5104927 | | | | Warranty | | | | |
| Xiomara Vaquer Torres 60 Manor Oak Drive Millersville, PA 18551 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. 5107059 | | | | Warranty | | | | |
| Xochitl Mosqueda 11461 S Prickley Pear  #64 Yuma, AZ 85365 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no.__4879__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

247.14

In re  **Great Lakes Warranty Corporation**                                    ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125063** | | | **Warranty** | | | | |
| **Xueli Wang** **205 Livingtson Ave** **Pittsburgh, PA 15238** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5129935** | | | **Warranty** | | | | |
| **Yaacob Zeidler** **9733 East Davenport Drive** **Scottsdale, AZ 85260** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. **5124506** | | | **Warranty** | | | | |
| **Yadira Rodriguez** **4912 C Street** **Philadelphia, PA 19120** | - | | | | | | |
| | | | | | | | 1,400.00 |
| Account No. **5127701** | | | **Warranty** | | | | |
| **Yadira Valadez** **102 Greystone Dr** **Duncansville, PA 16635** | - | | | | | | |
| | | | | | | | 507.50 |
| Account No. **5131761** | | | **Warranty** | | | | |
| **Yah Wotoe Bestman** **1405 Veterans Hwy K12** **Bristol, PA 19007** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no.**4880** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,907.50

In re **Great Lakes Warranty Corporation**        Case No. _____

<div style="text-align:center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div style="text-align:center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5100509 | | | | | Warranty | | | | |
| Yalawnda L Sidney 1507 Leighman Avenue Rear Arnold, PA 15068 | - | | | | | | | | 621.48 |
| Account No. 5089209 | | | | | Warranty | | | | |
| Yale Levinson 70 Pitt Rd Springfield, NJ 07081 | - | | | | | X | X | | 0.00 |
| Account No. 5106801 | | | | | Warranty | | | | |
| Yancy L Naughton P.O. Box 495 Pt. Pleasant, PA 18950 | - | | | | | | | | 70.00 |
| Account No. 5096387 | | | | | Warranty | | | | |
| Yancy T Anderson 43685 Rio Grande Maricopa, AZ 85239 | - | | | | | | | | 235.50 |
| Account No. 5083171 | | | | | Warranty | | | | |
| Yang Sok Kwon 303 Southwood Dr Columbia, SC 29205 | - | | | | | X | X | | 0.00 |

Sheet no. **4881** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      926.98

In re   **Great Lakes Warranty Corporation**                                    ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5104934 | | | Warranty | | | | |
| Yankel Gildenbrand 12003 Bustleton Avenue  Apt 335 Philadelphia, PA 19116 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5128765 | | | Warranty | | | | |
| Yatira Yau 2851 Winton St Philadelphia, PA 19145 | - | | | | | | |
| | | | | | | | 354.00 |
| Account No. 5129389 | | | Warranty | | | | |
| Yaw Offei 4384 Cleveland Avenue Columbus, OH 43224 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5124908 | | | Warranty | | | | |
| Yazan Alamari 885 North Easton Road #4B4 Glenside, PA 19038 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5132070 | | | Warranty | | | | |
| Yazmin Cochran 1118 West Allen Street Allentown, PA 18102 | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. **4882** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                354.00

In re   **Great Lakes Warranty Corporation**             ,     Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5128653** | | | | **Warranty** | | | | |
| **Ye Shu** **425 Waupelani Drive** **State College, PA 16801** | - | | | | X | X | | 0.00 |
| Account No. **5064759** | | | | **Warranty** | | | | |
| **Yeager Precision Products Inc** **705 Forest Park Dr** **Brentwood, TN 37027** | - | | | | X | X | | 0.00 |
| Account No. **5076428** | | | | **Warranty** | | | | |
| **Yechiel Rockovc** **225 Privateway 2** **Lakewood, NJ 08701** | - | | | | | | | 31.00 |
| Account No. **5121789** | | | | **Warranty** | | | | |
| **Yemane W Andemichael** **1003 Monroe Blvd** **King of Prussia, PA 19406** | - | | | | X | X | | 0.00 |
| Account No. **5125908** | | | | **Warranty** | | | | |
| **Yenny Colon** **1515 Hill Road** **Reading, PA 19602** | - | | | | X | X | | 0.00 |

Sheet no.**4883** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31.00

In re  **Great Lakes Warranty Corporation**                                   ,                    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5086685** | | | | Warranty | | | | |
| **Yesenia H Fierro** **841 S Capistrano Drive** **Gilbert, AZ 85233** | - | | | | X | X | | 0.00 |
| Account No. **5072934** | | | | Warranty | | | | |
| **Yevgeniy Dyakovetski** **54 Providence Drive** **Richboro, PA 18954** | - | | | | X | X | | 0.00 |
| Account No. **5094110** | | | | Warranty | | | | |
| **Yevgeniy Suvorov** **117 Nandina Street** **Philadelphia, PA 19116** | - | | | | | | | 333.18 |
| Account No. **5127048** | | | | Warranty | | | | |
| **Ying Yang** **203 Buchanan Dr** **Ephrata, PA 17522** | - | | | | X | X | | 0.00 |
| Account No. **5108068** | | | | Warranty | | | | |
| **Yixuan Zhang** **40 N McKinley Ave  Apt 309** **Athens, OH 45701** | - | | | | X | X | | 0.00 |

Sheet no. **4884** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     333.18

In re    **Great Lakes Warranty Corporation**    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5127691** | | | | Warranty | | | | |
| **Ymelda Rodriguez 915 Rose Street Reading, PA 19601** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5129502** | | | | Warranty | | | | |
| **Yohali Figueroa 310 Ridge Avenue Allentown, PA 18102** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5094227** | | | | Warranty | | | | |
| **Yolanda A Zaldivar 621 N Elder Wichita, KS 67212** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5132310** | | | | Warranty | | | | |
| **Yolanda Danner 1428 Desert Ridge Avenue N Las Vegas, NV 89031** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130165** | | | | Warranty | | | | |
| **Yolanda Garibaldi Chapman 1750 North Decatur Las Vegas, NV 89108** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4885** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Great Lakes Warranty Corporation**                           , Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5127955** | | | **Warranty** | | | | |
| **Yolanda Henry**<br>**19 Mercer Place**<br>**Ocean City, NJ 08226** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5110081** | | | **Warranty** | | | | |
| **Yolanda Hermosillo**<br>**P.O. Box 806**<br>**Wittman, AZ 85361** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5128648** | | | **Warranty** | | | | |
| **Yolanda Little**<br>**2906 Keystone Drive**<br>**Columbus, OH 43209** | - | | | | | | |
| | | | | | | | **765.00** |
| Account No. **5069131** | | | **Warranty** | | | | |
| **Yolanda Manzo**<br>**1018 N 9th St**<br>**Phoenix, AZ 85006** | - | | | X | X | | |
| | | | | | | | **0.00** |
| Account No. **5124288** | | | **Warranty** | | | | |
| **Yolanda McGee**<br>**777 Shellbark Street**<br>**Blacklick, OH 43004** | - | | | X | X | | |
| | | | | | | | **0.00** |

Sheet no. **4886** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **765.00**

In re   **Great Lakes Warranty Corporation**         ,    Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5107326** | | | | **Warranty** | | | | |
| **Yolanda McLain**<br>**2802 Garth Road**<br>**Huntsville, AL 35801** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5100103** | | | | **Warranty** | | | | |
| **Yolanda Renee Legree**<br>**4051 Wagon Road**<br>**Orangeburg, SC 29115** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110956** | | | | **Warranty** | | | | |
| **Yolande Berk**<br>**806 Blackberry Hill Road**<br>**Nashville, TN 37221** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5130351** | | | | **Warranty** | | | | |
| **Yong Cui**<br>**5670 Roche Drive Apt D**<br>**Columbus, OH 43229** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5101815** | | | | **Warranty** | | | | |
| **Yong Register**<br>**14801 Mozimbique Court**<br>**Haymarket, VA 20169** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4887** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5125338** | | | Warranty | | | | |
| **Yong Suk Yoo**<br>**5212 S. Miller Place**<br>**Chandler, AZ 85249** | - | | | X | X | | 0.00 |
| Account No. **5124602** | | | Warranty | | | | |
| **Yongsook Ro**<br>**3700 E. Bonanza Road #1099**<br>**Las Vegas, NV 89110** | - | | | X | X | | 0.00 |
| Account No. **5098593** | | | Warranty | | | | |
| **Yoon Seo**<br>**158 Baltusrol Road**<br>**Franklin, TN 37069** | - | | | X | X | | 0.00 |
| Account No. **5122827** | | | Warranty | | | | |
| **Yoonsuk Choi**<br>**10000 S Maryland Parkway**<br>**Las Vegas, NV 89183** | - | | | X | X | | 0.00 |
| Account No. **5127090** | | | Warranty | | | | |
| **Yordanos Z Debesai**<br>**4404 Mark Ave**<br>**Las Vegas, NV 89108** | - | | | X | X | | 0.00 |

Sheet no. **4888** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Great Lakes Warranty Corporation** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5111358 | | | Warranty | | | | |
| Yosef Jacobovics 3534 Bendemeer Road Cleveland Heights, OH 44118 | - | | | X | X | | 0.00 |
| Account No. 5087403 | | | Warranty | | | | |
| Yosef Zaudi 5845 Collins Avenue Miami Beach, FL 33140 | - | | | | | | 978.29 |
| Account No. 5126988 | | | Warranty | | | | |
| Yosi Rosenblum 5641 Pocusset Street Pittsburgh, PA 15217 | - | | | X | X | | 0.00 |
| Account No. 5059467 | | | Warranty | | | | |
| Young Ho Lee 9913 rolling Green Dr Pickney, MI 48169 | - | | | X | X | | 0.00 |
| Account No. 5096332 | | | Warranty | | | | |
| Young Kim 12021 Millen Drive Fishers, IN 46037 | - | | | X | X | | 0.00 |

Sheet no. **4889** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 978.29

In re **Great Lakes Warranty Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5111574** | | | | **Warranty** | | | | |
| **Young Lee** **4730 Arbor Drive  #104** **Rolling Meadows, IL 60008** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5109027** | | | | **Warranty** | | | | |
| **Young Nam Kim** **2770 Langhorne Yardley** **Langhorne, PA 19047** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5071741** | | | | **Warranty** | | | | |
| **Youth Life Learning Center** **PO Box 90212** **Nashville, TN 37209** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117525** | | | | **Warranty** | | | | |
| **Yubania Keyna Vera** **PO Box 3097** **San Luis, AZ 85349** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5117095** | | | | **Warranty** | | | | |
| **Yudelka Ozuna** **1049 Washington Street** **Reading, PA 19601** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4890** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re __Great Lakes Warranty Corporation_____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5130934 | | | | Warranty | | | | |
| Yulvonra M Legette 522 Jackson Ave Northfield, NJ 08225 | - | | | | X | X | | 0.00 |
| Account No. 5119112 | | | | Warranty | | | | |
| Yumar  Mendoza 1240 North 11th St Reading, PA 19604 | - | | | | X | X | | 0.00 |
| Account No. 5077943 | | | | Warranty | | | | |
| Yuriy Bykov 39128 Glenlivet Court Solon, OH 44139 | - | | | | X | X | | 0.00 |
| Account No. 5076985 | | | | Warranty | | | | |
| Yury Malinsky 28 Deerfield Road Livingston, NJ 07039 | - | | | | X | X | | 0.00 |
| Account No. 5103403 | | | | Warranty | | | | |
| Yusuf K Knatt 600 Whispering Hills Drive  Apt Q8 Nashville, TN 37211 | - | | | | X | X | | 0.00 |

Sheet no. __4891__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __Great Lakes Warranty Corporation__ _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5131717 | | | | Warranty | | | | |
| Yvette Bankston 7312 Simsbury Circle Las Vegas, NV 89129 | - | | | | X | X | | 0.00 |
| Account No. 5126025 | | | | Warranty | | | | |
| Yvette Bowshier 1623 Barrywood Circle E Clarksville, TN 37042 | - | | | | X | X | | 0.00 |
| Account No. 5101614 | | | | Warranty | | | | |
| Yvette Counts 4418 Dennis Dairy Road Newberry, SC 29108 | - | | | | X | X | | 0.00 |
| Account No. 5100260 | | | | Warranty | | | | |
| Yvette Lee 4 Sleepy Hollow Court Sicklerville, NJ 08081 | - | | | | X | X | | 0.00 |
| Account No. 5125189 | | | | Warranty | | | | |
| Yvette Ochoa 1914 N. 106th Avenue Avondale, AZ 85392 | - | | | | X | X | | 0.00 |

Sheet no. __4892__ of __4906__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __**Great Lakes Warranty Corporation**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5093794** | | | | Warranty | | | | |
| Yvette Sfire 28248 N. Tatum B-1-455 Cave Creek, AZ 85331 | | - | | | | | | 483.60 |
| Account No. 5124468 | | | | Warranty | | | | |
| Yvette Wynn 1120 Fox Hill Drive Apt #202 Monroeville, PA 15146 | | - | | | X | X | | 0.00 |
| Account No. 5121652 | | | | Warranty | | | | |
| Yvonette  Tazel 760 Sheffield Ave Aliquippa, PA 15001 | | - | | | X | X | | 0.00 |
| Account No. 5131071 | | | | Warranty | | | | |
| Yvonne Craig 1306 Salem Road Burlington, NJ 08016 | | - | | | X | X | | 0.00 |
| Account No. 5098072 | | | | Warranty | | | | |
| Yvonne G Laird 2770 W Hickory Bluff Memphis, TN 38128 | | - | | | X | X | | 0.00 |

Sheet no.__**4893**__ of __**4906**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

483.60

In re **Great Lakes Warranty Corporation** _____,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 5110518 | | | | Warranty | | | | |
| Yvonne G Marsho 4302 E Saint Joseph Way Phoenix, AZ 85018 | - | | | | X | X | | 0.00 |
| Account No. 5084128 | | | | Warranty | | | | |
| Yvonne Grieco 700 Palace Green Parkway Centerville, OH 45459 | - | | | | X | X | | 0.00 |
| Account No. 5075772 | | | | Warranty | | | | |
| Yvonne L Brown 255 Hill Farm Road Dunbar, PA 15431 | - | | | | X | X | | 0.00 |
| Account No. 5101939 | | | | Warranty | | | | |
| Yvonne L Hebert 4039 Naylor Road Memphis, TN 38128 | - | | | | X | X | | 0.00 |
| Account No. 5068325 | | | | Warranty | | | | |
| Yvonne McCoy 460 Sherman Place Mansfield, OH 44903 | - | | | | X | X | | 0.00 |

Sheet no. **4894** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re   **Great Lakes Warranty Corporation**
_____,   Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5129510** | | | | **Warranty** | | | | |
| **Yvonne Shepherd** **3172 Weirton Drive** **Columbus, OH 43207** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121579** | | | | **Warranty** | | | | |
| **Yvonne Townsend** **9413 Salt Water Court** **Las Vegas, NV 89117** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5110368** | | | | **Warranty** | | | | |
| **Zach Emery** **160 Tulpehocken Street** **Bernville, PA 19506** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5124803** | | | | **Warranty** | | | | |
| **Zach Fehrenbach** **365 N 24th Street** **Lebanon, PA 17046** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5102534** | | | | **Warranty** | | | | |
| **Zach Phibbs** **1215 Bunker Hill Apt B** **Troy, OH 45373** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4895** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re   **Great Lakes Warranty Corporation**        ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5119466** | | | Warranty | | | | |
| **Zach Watson** **1516 Otter Creek Rd** **Nashville, TN 37215** | - | | | X | X | | 0.00 |
| Account No. **5105211** | | | Warranty | | | | |
| **Zachariah  Yeidel** **334 Lanier Dr** **Madison, TN 37115** | - | | | X | X | | 0.00 |
| Account No. **5129749** | | | Warranty | | | | |
| **Zachariah Hawley** **8360 Blue Ridge Dr** **Southaven, MS 38672** | - | | | X | X | | 0.00 |
| Account No. **5102802** | | | Warranty | | | | |
| **Zachary  Painter** **620 Halton Rd   No. 5107** **Greenville, SC 29607** | - | | | X | X | | 0.00 |
| Account No. **5114453** | | | Warranty | | | | |
| **Zachary A Sadecky** **1430 Fifth Avenue** **Amola, PA 15068** | - | | | X | X | | 0.00 |

Sheet no.**4896** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                   Subtotal                  **0.00**
            (Total of this page)

In re **Great Lakes Warranty Corporation** _____,  Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5109994** | | | | Warranty | | | | |
| **Zachary Boboth** **15440 Mesquite Street** **Hesperia, CA 92345** | - | | | | X | X | | 0.00 |
| Account No. **5130161** | | | | Warranty | | | | |
| **Zachary Boyle** **177 Furnace Street** **Logan, OH 43138** | - | | | | X | X | | 0.00 |
| Account No. **5070437** | | | | Warranty | | | | |
| **Zachary Brosius** **4 Farber Drive** **Chalfont, PA 18914** | - | | | | X | X | | 0.00 |
| Account No. **5091655** | | | | Warranty | | | | |
| **Zachary Crities** **7023 Polins Court** **Alexandria, VA 22306** | - | | | | X | X | | 0.00 |
| Account No. **5114063** | | | | Warranty | | | | |
| **Zachary D Yeastadt** **781 North Centre Street** **Pottsville, PA 17901** | - | | | | X | X | | 0.00 |

Sheet no. **4897** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

           Subtotal
(Total of this page)         **0.00**

In re   **Great Lakes Warranty Corporation**                                ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5095275** | | | Warranty | | | | |
| **Zachary Derek Gasior** **5036 Windriver Drive** **McKees Rocks, PA 15136** | - | | | | | | 135.09 |
| Account No. **5125355** | | | Warranty | | | | |
| **Zachary Foreman** **2530 Kutztown Road** **Reading, PA 19605** | - | | | X | X | | 0.00 |
| Account No. **5072600** | | | Warranty | | | | |
| **Zachary Hampton** **3725 W Cielo Grande** **Glendale, AZ 85310** | - | | | | | | 1,365.68 |
| Account No. **5122010** | | | Warranty | | | | |
| **Zachary L Davis** **230 Hemlock Rd  Apt A** **Bidwell, OH 45614** | - | | | X | X | | 0.00 |
| Account No. **5129925** | | | Warranty | | | | |
| **Zachary Martin** **109 Forest Avenue** **DuBois, PA 15801** | - | | | X | X | | 0.00 |

Sheet no. **4898** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,500.77**

In re **Great Lakes Warranty Corporation**                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5096904** | | | | Warranty | | | | |
| **Zachary Meadows** **765 Gwinn Lane** **Lebanon, TN 37087** | - | | | | X | X | | 0.00 |
| Account No. **5109647** | | | | Warranty | | | | |
| **Zachary R Isch** **2529 Wedgewood Drive** **Mansfield, OH 44903** | - | | | | X | X | | 0.00 |
| Account No. **5128051** | | | | Warranty | | | | |
| **Zachary R Lebo** **471 Winding Brook Rd** **Biglerville, PA 17307** | - | | | | X | X | | 0.00 |
| Account No. **5103441** | | | | Warranty | | | | |
| **Zachary S Peterson** **812 North Sixth Street** **Clairton, PA 15025** | - | | | | X | X | | 0.00 |
| Account No. **5072059** | | | | Warranty | | | | |
| **Zachary Swain** **2308 Marshfield Drive** **Bedford, TX 76021** | - | | | | X | X | | 0.00 |

Sheet no. **4899** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               0.00

In re **Great Lakes Warranty Corporation**        Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5096882 | | | Warranty | | | | |
| Zachary T Rodgers<br>36550 Chester Rd #5501<br>Avon, OH 44011 | - | | | X | X | | 0.00 |
| Account No. 5103185 | | | Warranty | | | | |
| Zachary Widmer<br>26254 Highway 64<br>Lawrenceburg, TN 38464 | - | | | X | X | | 0.00 |
| Account No. 5130985 | | | Warranty | | | | |
| Zachary Woytovich<br>325 Lindbergh Avenue<br>Blandon, PA 01910 | - | | | X | X | | 0.00 |
| Account No. 5110862 | | | Warranty | | | | |
| Zachoeje R Lama<br>8437 E Orange Blossom Lane<br>Scottsdale, AZ 85250 | - | | | | | | 488.25 |
| Account No. 5128654 | | | Warranty | | | | |
| Zack Alawi<br>4800 South Alma School Road Unit #1004<br>Chandler, AZ 85248 | - | | | X | X | | 0.00 |

Sheet no. **4900** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal<br>(Total of this page)        488.25

In re **Great Lakes Warranty Corporation**                    Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5118061 | | Warranty | | | | | | |
| Zack Parson 2109 Stoops Court N Apollo, PA 15673 | - | | | | X | X | | 0.00 |
| Account No. 5109314 | | Warranty | | | | | | |
| Zakariyya Z Abdur Rahman 1921 W 71st Avenue Philadelphia, PA 19138 | - | | | | | | | 432.04 |
| Account No. 5102895 | | Warranty | | | | | | |
| Zakiya Jackson 2729 pine Ridge Way Nashville, TN 37207 | - | | | | X | X | | 0.00 |
| Account No. 5128295 | | Warranty | | | | | | |
| Zakkiyah Eure 631 Greenleaf St Allentown, PA 18102 | - | | | | X | X | | 0.00 |
| Account No. 5085862 | | Warranty | | | | | | |
| Zander Roscoe Lowery III 112 Thomaston Drive Columbia, SC 29229 | - | | | | X | X | | 0.00 |

Sheet no. **4901** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    432.04

In re __Great Lakes Warranty Corporation_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5109975 | | | | Warranty | | | | |
| Zeba Idrees 800 Oakdale Road Ann Arbor, MI 48105 | - | | | | X | X | | 0.00 |
| Account No. 5080211 | | | | Warranty | | | | |
| Zejnepe Krasniqi 414 Tally Drive Pittsburgh, PA 15237 | - | | | | X | X | | 0.00 |
| Account No. 5089146 | | | | Warranty | | | | |
| Zelda K Zizelman 809 Sycamore Street Celina, OH 45822 | - | | | | X | X | | 0.00 |
| Account No. 5081270 | | | | Warranty | | | | |
| Zelma Thompson 1322 North Newkirk Street Philadelphia, PA 19121 | - | | | | | | | 76.66 |
| Account No. 5130308 | | | | Warranty | | | | |
| Zelma Wilson 1105 Jewel Spring Lane North Las Vegas, NV 89081 | - | | | | X | X | | 0.00 |

Sheet no.__4902__ of __4906__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          76.66

In re **Great Lakes Warranty Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5080507** | | | | **Warranty** | | | | |
| **Zelmon McBride** **33713 North 23rd Drive** **Phoenix, AZ 85085** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5121149** | | | | **Warranty** | | | | |
| **Zena Custis** **564 N Delaware St** **Paulsboro, NJ 08066** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5106305** | | | | **Warranty** | | | | |
| **Zenji Reynolds** **10534 E Flower Ave** **Mesa, AZ 85208** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5122047** | | | | **Warranty** | | | | |
| **Zenobia Corley** **5622 Knightner St** **Columbia, SC 29203** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. **5095827** | | | | **Warranty** | | | | |
| **Zerfe  Miche** **6728 Grovers Ave** **Philadelphia, PA 19142** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. **4903** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        0.00

In re __Great Lakes Warranty Corporation_____,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5066212** | | - | | **Warranty** | | | | |
| **Zev Kessler** **23227 Wendover Dr** **Beachwood, OH 44122** | | | | | X | X | | **0.00** |
| Account No. **5123075** | | - | | **Warranty** | | | | |
| **Zewab M Hussein** **317 Hickory Nut Dr** **Eighty Four, PA 15330** | | | | | X | X | | **0.00** |
| Account No. **5108682** | | - | | **Warranty** | | | | |
| **Zhen Wu** **1436 Simich Dr** **Independence, OH 44131** | | | | | | | | **2,540.00** |
| Account No. **5063122** | | - | | **Warranty** | | | | |
| **Zi Yang** **123 East North Street** **Piqua, OH 45356** | | | | | X | X | | **0.00** |
| Account No. **5129776** | | - | | **Warranty** | | | | |
| **Zien Hamdan** **1333 Falke Dr** **Dayton, OH 45432** | | | | | X | X | | **0.00** |

Sheet no. **4904** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,540.00**

In re  **Great Lakes Warranty Corporation**
_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5110302 | | | Warranty | | | | |
| Zina B Robinson 418 Friarsgate Boulevard Irmo, SC 29063 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5073231 | | | Warranty | | | | |
| Zina Barker 1524 The Oaks Boulevard Kissimmee, FL 34746 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5071320 | | | Warranty | | | | |
| Zitad Becic 4958 Edmondson Park  Apt  A4 Nashville, TN 37211 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5092869 | | | Warranty | | | | |
| Zoila Castaneda  Zamora 604 N Sombrero Road  #112 Dateland, AZ 85333 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. 5121932 | | | Warranty | | | | |
| Zoltan P Kovacs 507 Agate Ave Mansfield, OH 44907 | - | | | | | | |
| | | | | | | | 241.30 |

Sheet no. **4905** of **4906** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

241.30

In re   **Great Lakes Warranty Corporation**                                    ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5087758** | | | | Warranty | | | | |
| **Zoran Djukanovic** **3152 Stuart Court** **North Royalton, OH 44133** | - | | | | X | X | | 0.00 |
| Account No. **5105549** | | | | Warranty | | | | |
| **Zoran Jakic** **3013 Lincoya Bay Drive** **Nashville, TN 37214** | - | | | | X | X | | 0.00 |
| Account No. **5128058** | | | | Warranty | | | | |
| **Zully Checo** **177 Mac Arthur Ave** **Sayreville, NJ 08872** | - | | | | X | X | | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. **4906** of **4906** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 2,586,691.08 |

In re   **Great Lakes Warranty Corporation**           ,    Case No. _____

                           Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Crystal Springs**<br>P.O. Box 530578<br>Atlanta, GA 30353-0578 | **Water Cooler Lease** |
| **Ford Credit**<br>P.O. Box 220564<br>Pittsburgh, PA 15257-2564 | **Lease on 2010 Lincoln MKZ (Account No. 45620254)** |
| **Ford Credit**<br>P.O. Box 220564<br>Pittsburgh, PA 15257-2564 | **Lease on 2010 Lincoln MKZ (Account No. 45616416)** |
| **Pitney Bowes**<br>P.O. Box 856390<br>Louisville, KY 40285 | **Postage Machine Lease** |
| **Van Dyk Business Systems, Inc.**<br>P.O. Box 660831<br>Dallas, TX 75266-0831 | **Copier Lease** |

  **0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                               Best Case Bankruptcy

In re    **Great Lakes Warranty Corporation**                        ,    Case No. _____

                                               Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John W. Ewart, II**<br>**306 Pinto Place**<br>**Mars, PA 16046** | **PNC Bank, NA**<br>**One PNC Plaza**<br>**249 Fifth Avenue**<br>**Pittsburgh, PA 15222** |
| **Keith M. Jimenez**<br>**1619 Heritage Drive**<br>**Pittsburgh, PA 15237** | **PNC Bank, NA**<br>**One PNC Plaza**<br>**249 Fifth Avenue**<br>**Pittsburgh, PA 15222** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
### Western District of Pennsylvania

In re    **Great Lakes Warranty Corporation**        Case No. _____

                                Debtor(s)        Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____      Signature: _____
                                                     Debtor

Date _____      Signature: _____
                                          (Joint Debtor, if any)

*[If joint case, both spouses must sign.]*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the   **Secretary**   [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the   **corporation**   [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **4925**   sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 25, 2010**           Signature:   **/s/ John W. Ewart, II**
                                                  **John W. Ewart, II**
                                            [Print or type name of individual signing on behalf of debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **Great Lakes Warranty Corporation**                 Case No. _____

Debtor(s)        Chapter     **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,271,977.00** | **2010: YTD Gross Income** |
| **$6,983,136.00** | **2009: Gross Income** |
| **$10,238,256.00** | **2008: Gross Income** |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

          AMOUNT           SOURCE

### 3. Payments to creditors

None ■

**Complete a. or b., as appropriate, and c.**

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Supplement SOFA 3.b** | **5/3/2010 - 7/12/2010** | **$218,471.64** | **$0.00** |

None ☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Keith M. Jimenez**<br>**1619 Heritage Drive**<br>**Pittsburgh, PA 15237**<br>  **President** | **7/13/2009 - 7/15/2010**<br>**Salary & Expense**<br>**Reimbursement** | **$209,094.71** | **$0.00** |
| **John W. Ewart, II**<br>**306 Pinto Place**<br>**Mars, PA 16046**<br>  **Secretary** | **7/13/2009 - 7/15/2010**<br>**Salary & Expense**<br>**Reimbursement** | **$200,996.49** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Rocky Mountain Garage & Auto Body, Incl. vs. Great Lakes Warranty Corporation CV 7284-2009** | | **In the Court of Common Pleas of Westmoreland County, Pennsylvania** | **Answer and New Matter filed by Great Lakes Warranty Corporation** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| John Richard May, Jr. vs. Great Lakes Warranty Corp., et al. Case No. 3:08cv665-TSL-JCS | | In the United States District Court for the Southern District of Mississippi Jacksonville Division | Protective Order entered on July 7, 2010 |
| Robert Sherman vs. Great Lakes Warranty Corp., vs. American Pawn and Jewelry, Inc., d/b/a American Auto Sales Case No. 2009-CP-10-2245 | Breach of Contract | State of South Carolina, County of Berkley In the Court of Common Pleas - Ninth Judicial Circuit | Third Party Complaint filed by Great Lakes Warranty Corp. |
| GMGL vs. Great Lakes Warranty Corporation Case No.: CC-2010064420 | | Maricopa County Justice Courts Estrella Mountain Justice Court Buckeye, Arizona | Answer filed by Great Lakes Warranty Corporation |
| John E. Fazio vs. Great Lakes Warranty Corporation Case No. | Breach of Contract | In the Court of Common Pleas of Westmoreland County, Pennsylvania | Complaint filed on 4/23/2010 |
| Martinez vs. Great Lakes Warranty Corp. Case No. 010285 | | Commonwealth of Pennsylvania, Northampton County Courthouse Magisterial District 03-2-11 | Notice of Appeal filed by Great Lakes Warranty Corp. on or about 10/8/2008 |
| John Rogers v. Great Lakes Warranty Corp. Common Pleas No. 10552-2008 | | Commonwealth of Pennsylvania, Court of Common Pleas Luzerne County Judicial District | Notice of Appeal and Rule to File Complaint filed by Great Lakes Warranty Corporation |
| Atwood European, LLC vs. Great Lakes Warranty Corporation Case No. CC2010130144 RC | Services Rendered; Monies due and owing | Maricopa County Justice Courts, Arizona | Pretrial Conference on August 5, 2010 |
| Atwood European, LLC vs. Great Lakes Warranty Corporation Case No. CC2010130128 RC | Services Rendered; Monies due and owing | Maricopa County Justice Courts, Arizona | Pretrial Conference scheduled for August 5, 2010 |
| John Ozohonish vs. Great Lakes Warranty Corporation Case No. CV-0000057-10 | | Commonwealth of Pennsylvania, County of Greene Magisterial Distrct 13-3-03 | Complaint filed |
| James C. Hurt vs. Great Lakes Warranty Corporation Case No. CV-0000195-10 | | Commonwealth of Pennsylvania, County of Allegheny Magisterial District 05-2-21 | Complaint filed |
| Transmissions by Lucille vs. Great Lakes Warranty Corporation Case No. CV-0000466-10 | | Commonwealth of Pennsylvania, County of Allegheny Magisterial District 05-2-06 | Complaint filed |
| Alan Nash vs. Great Lakes Warranty Corporation Case No. GD 10-11880 | | In the Court of Common Pleas of Allegheny County, Pennsylvania | Writ of Execution filed |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Pinnacle Auto Service vs. Great Lakes Warranty Co.**<br>**Case No. CV-0000520-10** | **Non payment** | **Commonwealth of Pennsylvania, County of Allegheny**<br>**Magisterial District 05-3-14** | **Complaint filed** |
| **Peter H. Peier vs. Great Lakes Warranty Corp.**<br>**Case No. CV-0000125-10** | | **Commonwealth of Pennsylvania, County of Lackawanna**<br>**Magisterial District 45-1-06** | **Notice of Appeal and Praecipe to Enter Rule to File Complaint filed by Great Lakes Warranty Corporation** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Campbell & Levine, LLC** **1700 Grant Building** **Pittsburgh, PA 15219** | **7/13/2010** | **$10,000** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **PNC Bank, NA**<br>**One PNC Plaza**<br>**249 Fifth Avenue**<br>**Pittsburgh, PA 15222** | **7/27/2010** | **Uncertain** |

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS

DATES SERVICES RENDERED

**Schneider Downs & Co., Inc.**
**C/O Kathy D. Petucci**
**41 S. High Street, Suite 2100**
**Columbus, OH 43215-6102**

**Various**

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME        ADDRESS        DATES SERVICES RENDERED

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME

**Schneider Downs & Co., Inc.**

ADDRESS

**c/o Kathy D. Petucci**
**41 S. High Street, Suite 2100**
**Columbus, OH 43215-6102**

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS

**PNC Bank, NA**
**One PNC Plaza**
**249 Fifth Avenue**
**Pittsburgh, PA 15222**

DATE ISSUED

**Various**

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Keith M. Jimenez**<br>**1619 Heritage Drive**<br>**Pittsburgh, PA 15237** | **President and Board Member** | **50% Shareholder** |
| **John W. Ewart, II**<br>**306 Pinto Place**<br>**Mars, PA 16046** | **Secretary and Board Member** | **50% Shareholder** |

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☐   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| **William D. Heagy** | **Vice President of Sales** | **2/5/2010** |

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Keith M. Jimenez**<br>**1619 Heritage Drive**<br>**Pittsburgh, PA 15237**<br>  **President** | **7/13/2009 - 7/15/2010**<br>**Salary & Expense Reimbursement** | **$209,094.71** |
| **John W. Ewart, II**<br>**306 Pinto Place**<br>**Mars, PA 16046**<br>  **Secretary** | **7/13/2009 - 7/15/2010**<br>**Salary & Expense Reimbursement** | **$200,996.49** |

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

### 25. Pension Funds.

None ☐   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|
| **401(K) Plan**<br>**Individually Owned by Employees** | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **August 25, 2010**         Signature    **/s/ John W. Ewart, II**

                                                          **John W. Ewart, II**

                                                          **Secretary**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com           Best Case Bankruptcy

SOFA 3.b

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA  15241*

# Bank Register

## 07/12/10 To 07/12/10

| ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|------|------|---------|-----------------------|-----------|--------|
| 1-1112 | | PNC Bank - Claims Acct | | | |
| 20015 | CD | 07/12/10 | Auto World Sales & Leasin | $464.64 | 979171 |
| 20016 | CD | 07/12/10 | Planet Nissan | $660.79 | 981675 |
| 20017 | CD | 07/12/10 | Planet Nissan | $808.24 | 981063 |
| 20018 | CD | 07/12/10 | Planet Nissan | $416.57 | 981062 |
| | | | | $2,350.24 | |

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA 15241*

## Bank Register

## 07/09/10 To 07/09/10

| ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|
| 1-1112 | | | PNC Bank - Claims Acct | | |
| 20000 | CD | 07/09/10 | Frank DiShon | $64.56 | 975121 |
| 20001 | CD | 07/09/10 | Ronald Grove | $290.45 | 978312 |
| 20002 | CD | 07/09/10 | Mark Jaruszewski | $748.49 | 975688 |
| 20003 | CD | 07/09/10 | Auto Express Suzuki | $606.50 | 981909 |
| 20004 | CD | 07/09/10 | Auto Express Suzuki | $405.50 | 981912 |
| 20005 | CD | 07/09/10 | Keiser Service Center, Inc | $261.19 | 978529 |
| 20006 | CD | 07/09/10 | Keiser Service Center, Inc | $275.80 | 978528 |
| 20007 | CD | 07/09/10 | Keiser Service Center, Inc | $174.28 | 979312 |
| 20008 | CD | 07/09/10 | Integrated Auto Service | $182.00 | 978367 |
| 20009 | CD | 07/09/10 | Integrated Auto Service | $330.00 | 978718 |
| 20010 | CD | 07/09/10 | Integrated Auto Service | $252.58 | 978072 |
| 20011 | CD | 07/09/10 | David Zeigler Jr | $123.44 | 976822 |
| 20012 | CD | 07/09/10 | Keiser Service Center, Inc | $532.50 | 978821 |
| 20013 | CD | 07/09/10 | Motorcars of Elyria, Inc. | $482.99 | Cancellation N980404: Esteba |
| | | | | $4,730.28 | |

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA  15241*

## Bank Register

## 07/08/10 To 07/08/10

| ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|
| 1-1112 | PNC Bank - Claims Acct | | | | |
| 19996 | CD | 07/08/10 | Henderson Nissan *REISSUED* | $613.25 | 980692, Replaces ck#19891 |
| 19998 | CD | 07/08/10 | Bert L. Ghelarducci Jr & So | $102.51 | 976302 |
| 19999 | CD | 07/08/10 | Hurricane Chevrolet Inc | $3,146.00 | 979497 |
| CD001152 | CD | 07/08/10 | Check Lost. Reissue. Reve | | Check Lost. Reissue. Reversal |

$3,861.76
− 613.25  *MKW*
3248.51

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register

## 7/7/2010 To 7/7/2010

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | PNC Bank - Claims Acct | | | | | |
| | 19995 | CD | 7/7/2010 | Anthony J Fischione Jr | $154.73 | 981090 |
| | CR077705 | CR | 7/7/2010 | Bank Deposit | | Bank Deposit |
| | | | | | $154.73 | |



# Quality Control
## Review of Today's Claims Paid Entries

Wednesday, July 7, 2010

| | ClaimNo | ClaimDate | ApprovedAmt | Address1 | Address2 | PayTo | Initials | Prob. No | Date Paid | Ck# | TotalPaid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 981090 | 6/9/10 | $154.73 | Seals and Gaskets | | 3 | hh | 11 | 7/7/10 | 19995 | $154.73 |
| | | | | 99 Chevrolet Blazer | | | | | | | |
| C | X Fischione Jr    Anthony J | | | 517 Springwood Dr | | | 4126006993 | | | | |
| R/F | Miller's Auto Service | | | 811 Allegheny Avenue | | | 4128281598 | | | | |
| D | Verona Motor Sales, Inc. | | | 524 Wildwood Ave | | | 4128282940 | | | | |

$154.73

Staff Review: _Mary Winsick_

Manager Review: _Joe Murphy_

# Great Lakes Warranty Corp

P.O. Box 12630
Pittsburgh, PA 15241

# Bank Register

# 07/06/10 To 07/06/10

07/06/10
1:06:50 PM

| ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|
| 1-1112 | | PNC Bank - Claims Acct | | | |
| 19974 | CD | 07/06/10 | Mission Auto Connection, I | $383.13 | 979538 |
| 19975 | CD | 07/06/10 | Mission Auto Connection, I | $520.64 | 977868 |
| 19976 | CD | 07/06/10 | Mission Auto Connection, I | $346.47 | 977679 |
| 19977 | CD | 07/06/10 | Hall's Auto Sales, Inc. | $517.54 | 977804 |
| 19978 | CD | 07/06/10 | Select Motors | $230.30 | 978888 |
| 19979 | CD | 07/06/10 | Select Motors | $103.49 | 978887 |
| 19980 | CD | 07/06/10 | Integrated Auto Service | $367.50 | 976403 |
| 19981 | CD | 07/06/10 | Mission Auto Connection, I | $49.97 | 978030 |
| 19982 | CD | 07/06/10 | Integrated Auto Service | $692.50 | 978357 |
| 19983 | CD | 07/06/10 | Rt. 51 Auto & Truck Parts, | $500.00 | 980424 |
| 19984 | CD | 07/06/10 | Centro Inspection Agency | $95.00 | 980319 |
| 19985 | CD | 07/06/10 | Nationwide Arbitrations & I | $110.00 | 979981 |
| 19986 | CD | 07/06/10 | Cottman Transmission-We | $1,500.00 | 979739 |
| 19987 | CD | 07/06/10 | Rt. 51 Auto & Truck Parts, | $500.00 | 979017 |
| 19988 | CD | 07/06/10 | Cottman Transmission-We | $297.50 | 978842 |
| 19989 | CD | 07/06/10 | Leon's Transmission Servic | $501.20 | 973796 |
| 19990 | CD | 07/06/10 | Ron Fishkind | $126.19 | 975680 |
| 19991 | CD | 07/06/10 | Integrated Auto Service | $444.00 | 975635 |
| 19992 | CD | 07/06/10 | Integrated Auto Service | $644.10 | 975637 |
| 19993 | CD | 07/06/10 | Integrated Auto Service | $1,862.50 | 978360 |
| | | | | $9,792.03 | |

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register

# 07/02/10 To 07/02/10

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | | PNC Bank - Claims Acct | | | | |
| | 19964 | CD | 07/02/10 | Norm Baker Motor Co. | $678.65 | 979387 |
| | 19965 | CD | 07/02/10 | Norm Baker Motor Co. | $2,713.30 | 979386 |
| | 19966 | CD | 07/02/10 | Thomas McConlogue | $332.55 | 978744 |
| | 19967 | CD | 07/02/10 | Thomas McConlogue | $75.00 | 978743 |
| | 19968 | CD | 07/02/10 | Thomas McConlogue | $234.90 | 978741 |
| | 19969 | CD | 07/02/10 | Jason D Emmett | $424.92 | ~~970829~~ 980829 |
| | 19970 | CD | 07/02/10 | Robert Beato | $274.31 | 980311 |
| | 19971 | CD | 07/02/10 | Barry A. Gardner | $554.00 | 975385 |
| | 19972 | CD | 07/02/10 | Michael Elia | $243.46 | 975962 |
| | 19973 | CD | 07/02/10 | John W King Jr | $487.07 | 970492 |
| | | | | | $6,018.16 | |

Information may be incomplete due to user access restrictions.

**Great Lakes Warranty Corp**
*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register
**06/30/10 To 06/30/10**

| ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|-----|-----|------|------------|-----------|------|
| 1-1112 | PNC Bank - Clair | | | | |
| 19962 | CD | 06/30/10 | Baker Motor Company, Inc. | $1,320.00 | 975150 |
| | | | *TOTAL* | **$1,320.00** | |

**Great Lakes Warranty Corp**
*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register

**06/24/10 To 06/24/10**

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | | | | PNC Bank - C | | |
| | 19952 | CD | 06/24/10 | Eastgate Auto Center, Inc | $168.44 | N976077G |
| | 19953 | CD | 06/24/10 | Turner Automotive | $284.45 | 980264 |
| | 19954 | CD | 06/24/10 | Turner Automotive | $187.49 | 980216 |
| | 19955 | CD | 06/24/10 | Falcon Ventures Inc | $503.65 | 975929 |
| | 19956 | CD | 06/24/10 | Boardman Brothers Motor Car Co., | $148.88 | 973922 |
| | 19957 | CD | 06/24/10 | Michael Richardson | $151.92 | 970597 |
| | 19958 | CD | 06/24/10 | Omega Leasing Corp | $260.40 | 979358 |
| | 19959 | CD | 06/24/10 | Donahue's Auto Service, Inc. | $870.88 | 976289 |
| | | | | *TOTAL* | **$2,576.11** | |

**Great Lakes Warranty Corp**
*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register

### 06/23/10 To 06/23/10

| ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|------|-----|----------|-------------------------------------|------------|-------------|
| 1-1112 | PNC Bank - Clair | | | | |
| 19925 | CD | 06/23/10 | American General Auto Finance | $33.18 | N979640G |
| 19926 | CD | 06/23/10 | Auto Express Suzuki | $460.00 | 976715 |
| 19927 | CD | 06/23/10 | Auto Express Suzuki | $60.00 | 976717 |
| 19928 | CD | 06/23/10 | Select Motors | $138.69 | 977552 |
| 19929 | CD | 06/23/10 | Select Motors | $161.49 | 978734 |
| 19930 | CD | 06/23/10 | Auto Max International, LLC | $198.00 | 978483 |
| 19931 | CD | 06/23/10 | Select Motors | $260.81 | 978082 |
| 19932 | CD | 06/23/10 | American Parkway Auto Sales, Inc | $800.00 | 979518 |
| 19933 | CD | 06/23/10 | Auto Max International, LLC | $353.30 | 979984 |
| 19934 | CD | 06/23/10 | Auto Max International, LLC | $254.94 | 977535 |
| 19935 | CD | 06/23/10 | Auto Max International, LLC | $23.25 | 977532 |
| 19936 | CD | 06/23/10 | Mary K Leach | $383.38 | 978407 |
| 19937 | CD | 06/23/10 | Auto Max International, LLC | $225.00 | 978481 |
| 19938 | CD | 06/23/10 | Select Motors | $138.22 | 978406 |
| 19939 | CD | 06/23/10 | Tony's Auto Repair | $500.00 | 977659 |
| 19940 | CD | 06/23/10 | Tony's Auto Repair | $227.50 | 978307 |
| 19941 | CD | 06/23/10 | Tony's Auto Repair | $234.61 | 977497 |
| 19942 | CD | 06/23/10 | Tony's Auto Repair | $303.87 | 977493 |
| 19943 | CD | 06/23/10 | Tony's Auto Repair | $247.29 | 978672 |
| 19944 | CD | 06/23/10 | Tony's Auto Repair | $221.00 | 979990 |
| 19945 | CD | 06/23/10 | Tony's Auto Repair | $284.76 | 980033 |
| 19946 | CD | 06/23/10 | Tony's Auto Repair | $107.32 | 980034 |
| 19950 | CD | 06/23/10 | Auto Express Suzuki | $429.50 | 975928 |
| 19951 | CD | 06/23/10 | Doug's Auto Repair, LLC | $256.29 | 975832 |
| | | | | | |
| | | | **TOTAL** | **$6,302.40** | |
| | | | | | |
| 19947 | CD | 06/23/10 | Nashville Motor Cars Premier LLC | $241.00 | January 10 |
| 19948 | CD | 06/23/10 | Nashville Motor Cars Premier LLC | $137.50 | December 09 |
| 19949 | CD | 06/23/10 | Nashville Motor Cars Premier LLC | $143.00 | November 09 |

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register

# 6/22/2010 To 6/22/2010

| ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|
| 1-1112 | | PNC Bank - Claims Acct | | | |
| 19916 | CD | 6/22/2010 | Jorgen Automotive Corpora | $153.75 | 973538 |
| 19917 | CD | 6/22/2010 | Jon Coomer | $60.00 | 979476 |
| 19918 | CD | 6/22/2010 | Lucas Winter | $367.70 | 977981 |
| 19919 | CD | 6/22/2010 | Arlene Van Horn | $286.50 | 976609 |
| 19920 | CD | 6/22/2010 | North Coast Auto Sales | $1,030.00 | P979534D |
| 19921 | CD | 6/22/2010 | Barbara Nissman | $223.27 | 977382 |
| 19922 | CD | 6/22/2010 | Sandra Ryan | $760.00 | 975157 |
| 19923 | CD | 6/22/2010 | Templeton Performance Se | $304.30 | 978088 |
| 19924 | CD | 6/22/2010 | Moon Service Center LLC | $1,236.00 | 978550 |
| | | | | $4,421.52 | |

# Great Lakes Warranty Corp

P.O. Box 12630
Pittsburgh, PA 15241

# Bank Register

## 6/21/2010 To 6/21/2010

| ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|-----|-----|------|------------|-----------:|------|
| 1-1112 | | PNC Bank - Claims Acct | | | |
| 19877 | CD | 6/21/2010 | The Garage | $341.50 | 974541 |
| 19878 | CD | 6/21/2010 | The Garage | $101.49 | 974093 |
| 19879 | CD | 6/21/2010 | The Garage | $60.00 | 974096 |
| 19880 | CD | 6/21/2010 | Nancy M Goff | $60.00 | 978127 |
| 19881 | CD | 6/21/2010 | Nancy M Goff | $177.42 | 978060 |
| 19882 | CD | 6/21/2010 | Superior Fleet Services Inc | $288.22 | 979319 |
| 19883 | CD | 6/21/2010 | Amy Phillips | $247.33 | 971687 |
| 19884 | CD | 6/21/2010 | Ada Mayes | $60.00 | 976818 |
| 19885 | CD | 6/21/2010 | Ada Mayes | $53.88 | 976695 |
| 19886 | CD | 6/21/2010 | Mark Lonsway | $405.00 | 980650 |
| 19887 | CD | 6/21/2010 | Jennifer Youndt | $179.99 | 971972 |
| 19888 | CD | 6/21/2010 | King of Used Cars | $893.00 | 980392 |
| 19889 | CD | 6/21/2010 | Nicole Florez | $1,096.00 | 978507 |
| 19890 | CD | 6/21/2010 | Amigo Auto Shop | $286.86 | 974829 |
| 19891 | CD | 6/21/2010 | Henderson Nissan | $613.25 | 980692 |
| 19892 | CD | 6/21/2010 | Olympic Auto Service & Co | $146.94 | 975807 |
| 19893 | CD | 6/21/2010 | Olympic Auto Service & Co | $105.95 | 975805 |
| 19894 | CD | 6/21/2010 | Pep Boys-Remittance Dept | $124.99 | 980353 |
| 19895 | CD | 6/21/2010 | Michael Alston | $36.35 | 979135 |
| 19896 | CD | 6/21/2010 | Michael R Wolfe | $120.05 | 979951 |
| 19897 | CD | 6/21/2010 | Robert E Wooden | $550.00 | 977473 |
| 19898 | CD | 6/21/2010 | RTR Manufacturing Compa | $168.04 | 980679 |
| 19899 | CD | 6/21/2010 | American Parkway Auto Sa | $140.00 | 978756 |
| 19900 | CD | 6/21/2010 | Randall Lundquist | $413.31 | 976884 |
| 19901 | CD | 6/21/2010 | Crawdaddy's Used Cars | $410.93 | 980596 |
| 19902 | CD | 6/21/2010 | Auto Sports/Merasian Auto | $65.00 | 979937 |
| 19903 | CD | 6/21/2010 | Centro Inspection Agency | $95.00 | 980282 |
| 19904 | CD | 6/21/2010 | Centro Inspection Agency | $95.00 | 980712 |
| 19905 | CD | 6/21/2010 | Centro Inspection Agency | $95.00 | 979392 |
| 19906 | CD | 6/21/2010 | Jon Coomer | $1,209.50 | 978832 |
| 19907 | CD | 6/21/2010 | Jeff's Auto Care | $204.50 | 973527 |
| 19908 | CD | 6/21/2010 | Centro Inspection Agency | $95.00 | 980702 |
| 19909 | CD | 6/21/2010 | Centro Inspection Agency | $95.00 | 978408 |
| 19910 | CD | 6/21/2010 | Centro Inspection Agency | $95.00 | 980574 |
| 19911 | CD | 6/21/2010 | Centro Inspection Agency | $95.00 | 980571 |
| 19912 | CD | 6/21/2010 | Centro Inspection Agency | $95.00 | 980548 |
| 19913 | CD | 6/21/2010 | Centro Inspection Agency | $95.00 | 980762 |
| 19914 | CD | 6/21/2010 | Centro Inspection Agency | $95.00 | 980639 |

$9,509.50

# Great Lakes Warranty Corp

P.O. Box 12630
Pittsburgh, PA 15241

# Bank Register

## 06/18/10 To 06/18/10

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | | PNC Bank - Claims Acct | | | | |
| | 19865 | CD | 06/18/10 | Auto Express Suzuki | $55.00 | 977018 |
| | 19866 | CD | 06/18/10 | Auto Express Suzuki | $387.95 | 975191 |
| | 19867 | CD | 06/18/10 | Auto Express Suzuki | $251.49 | 974222 |
| | 19868 | CD | 06/18/10 | Auto Express Suzuki | $114.10 | 974498 |
| | 19869 | CD | 06/18/10 | Auto Express Suzuki | $197.50 | 975402 |
| | 19870 | CD | 06/18/10 | The Auto Livery | $150.50 | 978139 |
| | 19871 | CD | 06/18/10 | Auto Express Suzuki | $184.75 | 975171 |
| | 19872 | CD | 06/18/10 | Auto Express Suzuki | $60.00 | 975178 |
| | 19873 | CD | 06/18/10 | Auto Express Suzuki | $396.75 | 974573 |
| | 19874 | CD | 06/18/10 | Auto Express Suzuki | $299.25 | 976577 |
| | 19875 | CD | 06/18/10 | Auto Express Suzuki | $547.93 | 977017 |
| | | | | | $2,645.22 | |

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register

# 06/17/10 To 06/17/10

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo | |
|---|---|---|---|---|---|---|---|
| 1-1112 | | PNC Bank - Claims Acct | | | | | |
| | 19849 | CD | 06/17/10 | Vollmer Motors, Inc. | $161.70 | 977437 | ✓ |
| | 19850 | CD | 06/17/10 | Vollmer Motors, Inc. | $386.79 | 977512 | ✓ |
| | 19851 | CD | 06/17/10 | Foreign Exchange Inc. | $113.00 | 978116 | ✓ |
| | 19852 | CD | 06/17/10 | Elsen's Autohaus, Inc. | $586.43 | 978548 | ✓ |
| | 19853 | CD | 06/17/10 | Vollmer Motors, Inc. | $104.99 | 977783 | ✓ |
| | 19854 | CD | 06/17/10 | Vollmer Motors, Inc. | $659.50 | 977692 | ✓ |
| | 19855 | CD | 06/17/10 | Vollmer Motors, Inc. | $195.50 | 977784 | ✓ |
| | 19856 | CD | 06/17/10 | Discovery Auto Service, LL | $584.50 | 977524 | ✓ |
| | 19857 | CD | 06/17/10 | Rob's Auto Service | $395.38 | 976347 | ✓ |
| | 19858 | CD | 06/17/10 | Exoticars Workshop | $1,670.00 | 978958 | ✓ |
| | 19859 | CD | 06/17/10 | Walt's Body Shop LLC | $153.49 | 975016 | ✓ |
| | 19860 | CD | 06/17/10 | Eurocar, Inc | $421.08 | 978801 | ✓ |
| | 19861 | CD | 06/17/10 | Eurocar, Inc | $808.82 | 978772 | ✓ |
| | 19862 | CD | 06/17/10 | Eurocar, Inc | $60.00 | 978802 | ✓ |
| | 19863 | CD | 06/17/10 | Lisa Chambliss | $940.00 | 975686 | ✓ |
| | | | | | $7,241.18 | | |

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA  15241*

# Bank Register

# 06/15/10 To 06/15/10

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | PNC Bank - Claims Acct | | | | | |
| | 19840 | CD | 06/15/10 | Aric S Glass | $1,353.50 | 979548 |
| | 19841 | CD | 06/15/10 | Aric S Glass | $226.12 | 979555 |
| | 19842 | CD | 06/15/10 | Aric S Glass | $83.86 | 979556 |
| | 19843 | CD | 06/15/10 | Tinks Automotive Center | $900.00 | 978479 |
| | 19844 | CD | 06/15/10 | Best One Tire & Service | $1,127.00 | 973847 |
| | 19845 | CD | 06/15/10 | Auto Pro Service Center | $352.00 | 977253 |
| | 19846 | CD | 06/15/10 | Auto Pro Service Center | $242.26 | 977256 |
| | 19847 | CD | 06/15/10 | Auto Pro Service Center | $157.00 | 977257 |
| | 19848 | CD | 06/15/10 | A to Z Auto Repair Inc | $81.24 | 979337 |
| | | | | | $4,522.98 | |

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA  15241*

# Bank Register

# 06/14/10 To 06/14/10

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | PNC Bank - Claims Acct | | | | | |
| | 19837 | CD | 06/14/10 | Joseph Gorman Jr | $3,915.00 | 975942 |
| | 19838 | CD | 06/14/10 | D.O.C. Auto Repair | $237.59 | 979481 |
| | | | | | $4,152.59 | |

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

P.O. Box 12630
Pittsburgh, PA 15241

# Bank Register

# 06/11/10 To 06/11/10

| ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|-----|-----|------|------------|-----------|------|
| 1-1112 | | PNC Bank - Claims Acct | | | |
| 19823 | CD | 06/11/10 | Regal Motors | $1,139.50 | 980590 |
| 19824 | CD | 06/11/10 | Christopher Tipton | $306.42 | 972857 |
| 19825 | CD | 06/11/10 | Unique Motors Inc | $317.50 | 978977 |
| 19826 | CD | 06/11/10 | Unique Motors Inc | $105.50 | 976870 |
| 19827 | CD | 06/11/10 | Mike's Sun City Auto Care | $146.56 | 977436 |
| 19828 | CD | 06/11/10 | Unique Motors Inc | $219.95 | 979397 |
| 19829 | CD | 06/11/10 | Vollmer Motors, Inc. | $251.52 | 980227 |
| 19830 | CD | 06/11/10 | Vollmer Motors, Inc. | $402.10 | 977509 |
| 19831 | CD | 06/11/10 | Caroline A Mullen | $970.00 | 980003 |
| 19832 | CD | 06/11/10 | Caroline A Mullen | $483.18 | 977221 |
| 19833 | CD | 06/11/10 | Vollmer Motors, Inc. | $39.42 | 977616 |
| 19834 | CD | 06/11/10 | Vollmer Motors, Inc. | $133.95 | 977778 |
| 19835 | CD | 06/11/10 | Vollmer Motors, Inc. | $254.50 | 979531 |
| | | | | $4,770.10 | |

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register

# 06/10/10 To 06/10/10

06/10/10
11:37:41 AM

| ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|-----|-----|------|------------|------------|------|
| 1-1112 | | | PNC Bank - Claims Acct | | |
| 19818 | CD | 06/10/10 | Hupp Auto Center, LLC | $93.79 | 978934 |
| 19819 | CD | 06/10/10 | Hupp Auto Center, LLC | $110.50 | 979662 |
| 19820 | CD | 06/10/10 | Don Bindas Motors | $396.70 | 978191 |
| 19821 | CD | 06/10/10 | Charles B Fowler | $654.21 | 973591 |
| | | | | $1,255.20 | |

Information may be incomplete due to user access restrictions.

**Great Lakes Warranty Corp**
*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register

**06/09/10 To 06/09/10**

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | | PNC Bank - ( | | | | |
| | 19809 | CD | 06/09/10 | Music City Motorsports | $357.52 | N973863G |
| | 19810 | CD | 06/09/10 | Planet Nissan | $618.42 | N979480G |
| | 19811 | CD | 06/09/10 | Planet Nissan | $187.20 | P980456D |
| | 19812 | CD | 06/09/10 | McNeilly Automotive Service | $89.62 | 976461 |
| | 19813 | CD | 06/09/10 | Barry Coulby | $202.23 | 975657 |
| | 19814 | CD | 06/09/10 | Barry Coulby | $930.00 | 979230 |
| | 19815 | CD | 06/09/10 | Donald McCready | $260.60 | 977353 |
| | 19816 | CD | 06/09/10 | Donald McCready | $154.19 | 977363 |
| | | | | *TOTAL* | **$2,799.78** | |

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA 15241*

## Bank Register

## 06/08/10 To 06/08/10

06/08/10
11:33:48 AM

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | | PNC Bank - Claims Acct | | | | |
| | 19794 | CD | 06/08/10 | Van Irion | $422.50 | 977180 |
| | 19795 | CD | 06/08/10 | Rahsaan Floyd Smith | $148.25 | 974068 |
| | 19796 | CD | 06/08/10 | Rahsaan Floyd Smith | $55.00 | 974069 |
| | 19797 | CD | 06/08/10 | Rahsaan Floyd Smith | $202.00 | 975516 *977516* |
| | 19798 | CD | 06/08/10 | Centro Inspection Agency | $95.00 | ~~95.00~~ × *980137* |
| | 19799 | CD | 06/08/10 | Centro Inspection Agency | $95.00 | 980167 |
| | 19800 | CD | 06/08/10 | Centro Inspection Agency | $95.00 | 979330 |
| | 19801 | CD | 06/08/10 | Centro Inspection Agency | $95.00 | 980279 |
| | 19802 | CD | 06/08/10 | Centro Inspection Agency | $95.00 | 980358 |
| | 19803 | CD | 06/08/10 | Centro Inspection Agency | $95.00 | 979610 |
| | 19804 | CD | 06/08/10 | Centro Inspection Agency | $95.00 | 978749 |
| | 19805 | CD | 06/08/10 | Centro Inspection Agency | $95.00 | 980566 |
| | 19806 | CD | 06/08/10 | Centro Inspection Agency | $95.00 | 980538 |
| | 19807 | CD | 06/08/10 | Centro Inspection Agency | $130.00 | 980041 |
| | | | | | $1,812.75 | |

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register

# 06/07/10 To 06/07/10

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | PNC Bank - Claims Acct | | | | | |
| | 19780 | CD | 06/07/10 | Highlines of Chattanooga, | $368.00 | 978035 |
| | 19781 | CD | 06/07/10 | Highlines of Chattanooga, | $203.58 | 977857 |
| | 19782 | CD | 06/07/10 | Highlines of Chattanooga, | $98.14 | 977709 |
| | 19783 | CD | 06/07/10 | Kelly Monoski | $813.62 | 976173 |
| | 19784 | CD | 06/07/10 | Meonis Auto Service | $168.24 | 978777 |
| | 19785 | CD | 06/07/10 | Erik Jones | $669.75 | 977349 |
| | 19786 | CD | 06/07/10 | Erik Jones | $290.40 | 977350 |
| | 19787 | CD | 06/07/10 | B & L Ford Inc | $168.78 | 977622 |
| | 19788 | CD | 06/07/10 | Kirkland Automotive | $464.80 | 976487 |
| | 19789 | CD | 06/07/10 | SouthTowne Motors, Inc. | $572.93 | 972117 |
| | 19790 | CD | 06/07/10 | Southtowne Motors Inc. | $509.00 | 976177 |
| | 19791 | CD | 06/07/10 | Nick's Auto Repair | $102.50 | 974409 |
| | 19792 | CD | 06/07/10 | Nick's Auto Repair | $344.00 | 977402 |
| | 19793 | CD | 06/07/10 | Gloria Adler | $243.50 | 975245 |
| | | | | | $5,017.24 | |

Information may be incomplete due to user access restrictions.

**Great Lakes Warranty Corp**
*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register
### 06/04/10 To 06/04/10

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | PNC Bank - Claims Ac | | | | | |
| | 19772 | CD | 06/04/10 | G & L Motors, Inc. | $163.50 | 978323 |
| | 19773 | CD | 06/04/10 | G & L Motors, Inc. | $154.71 | 976313 |
| | 19774 | CD | 06/04/10 | G & L Motors, Inc. | $154.00 | 977573 |
| | 19775 | CD | 06/04/10 | G & L Motors, Inc. | $170.00 | 977572 |
| | 19776 | CD | 06/04/10 | G & L Motors, Inc. | $348.52 | 976314 |
| | 19777 | CD | 06/04/10 | Albright's Garage | $1,242.50 | 975494 |
| | 19778 | CD | 06/04/10 | G & L Motors, Inc. | $929.98 | 976632 |
| | 19779 | CD | 06/04/10 | G & L Motors, Inc. | $83.01 | 976614 |
| | | | | *Total* | $3,246.22 | |
| 2-1140 | PNC Credit Card | | | | | |
| | 100 | CD | 06/04/10 | Piedmont Nissan LLC | $2,357.50 | 977565 |
| | | | | *Total* | $2,357.50 | |
| | | | | ***GRAND TOTAL*** | ***$5,603.72*** | |

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register

# 06/03/10 To 06/03/10

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | PNC Bank - Claims Acct | | | | | |
| | 19766 | CD | 06/03/10 | Sam's Transmission LLC | $900.00 | 976785 |
| | 19767 | CD | 06/03/10 | D & B  Automotive, LLC | $1,518.32 | 977478 |
| | 19768 | CD | 06/03/10 | Robert J Ficca | $195.90 | 975701 |
| | 19769 | CD | 06/03/10 | Bruce Kline | $148.16 | 978480 |
| | 19770 | CD | 06/03/10 | Kimberly Hughes | $60.00 | 977546 |
| | 19771 | CD | 06/03/10 | Kimberly Hughes | $154.99 | 977391 |
| | | | | | $2,977.37 | |

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register

## 06/02/10 To 06/02/10

06/02/10
12:29:46 PM

| ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|------|------|---------|------------------------|------------|-----------|
| 1-1112 | | | PNC Bank - Claims Acct | | |
| 19763 | CD | 06/02/10 | Brian Wallace | $1,621.00 | 973925 |
| 19764 | CD | 06/02/10 | Jones Boy's Auto Electric | $524.00 | 977591 |
| 19765 | CD | 06/02/10 | Hughes Federal Credit Uni | $7.84 | P979629D |
| | | | | $2,152.84 | |

Information may be incomplete due to user access restrictions.

**Great Lakes Warranty Corp**
*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register
**06/01/10 To 06/01/10**

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | PNC Bank - Claims | | | | | |
| | 19754 | CD | 06/01/10 | Robert Hanshaw | $439.00 | 976192, Ck lost, reissue less $15 fee. |
| | 19758 | CD | 06/01/10 | Brown Motor Works, Inc. | $1,013.88 | 972674 |
| | 19759 | CD | 06/01/10 | Brown Motor Works, Inc. | $652.55 | 972678 |
| | 19760 | CD | 06/01/10 | John Richard May Jr. | $285.68 | Claim 890970 & 8% interest from 10/2005 |
| | 19761 | CD | 06/01/10 | John Richard May Jr. | $641.43 | Claim 892121 & 8% interest from 11/2005 |
| | 19762 | CD | 06/01/10 | John Richard May Jr. | $178.19 | Claim 892535 & 8% interest from 11/2005 |

**TOTAL**      $3,210.73

*(handwritten)* − 439.00 MKW
2771.73

# Great Lakes Warranty Corp

P.O. Box 12630
Pittsburgh, PA 15241

# Bank Register

## 05/28/10 To 05/28/10

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | PNC Bank - Claims Acct | | | | | |
| | GJ006067 | GJ | 05/28/10 | Bank Anaysis Fee | $1,406.69 | Bank Anaysis Fee |
| | 19733 | CD | 05/28/10 | Patricia B McAneny | $69.88 | 976215 |
| | 19734 | CD | 05/28/10 | Theresa Loughrey | $259.00 | 975927 |
| | 19735 | CD | 05/28/10 | Autoworks of Knoxville | $2,523.00 | 979581 |
| | 19736 | CD | 05/28/10 | Terry Spencer | $349.96 | 978206 |
| | 19737 | CD | 05/28/10 | Ronald Radcliff | $225.80 | 975088 |
| | 19738 | CD | 05/28/10 | Ronald Radcliff | $189.32 | 975090 |
| | 19739 | CD | 05/28/10 | Ronald Radcliff | $80.00 | 977641 |
| | 19740 | CD | 05/28/10 | Amazing Auto Works | $308.00 | 978697 |
| | 19741 | CD | 05/28/10 | Lisa M Schultz | $339.88 | 976043 |
| | 19742 | CD | 05/28/10 | Dennis Wright Jr. | $108.08 | 972621 |
| | 19743 | CD | 05/28/10 | Dennis Wright Jr. | $34.98 | 978900 |
| | 19744 | CD | 05/28/10 | Ashley Friend | $161.90 | 977121 |
| | 19745 | CD | 05/28/10 | Ryan Cathcart | $176.90 | 975072 |
| | 19746 | CD | 05/28/10 | Level 10 Transmissions Inc | $1,030.00 | 975726 |
| | 19747 | CD | 05/28/10 | William L Small | $312.00 | 976134 |
| | 19748 | CD | 05/28/10 | Joyce Davis | $418.26 | 979221 |
| | 19749 | CD | 05/28/10 | Ralph's Garage | $50.00 | 976340 |
| | 19750 | CD | 05/28/10 | Don Lesh | $313.94 | 975369 |
| | 19751 | CD | 05/28/10 | Amazing Auto Works | $98.90 | 980576 |
| | 19752 | CD | 05/28/10 | Amazing Auto Works | $173.96 | 979400 |
| | 19753 | CD | 05/28/10 | Maryann L Jasionowski | $665.00 | 979349 |

$9,295.45
- 1406.69
7888.76

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register

# 05/26/10 To 05/26/10

05/26/10
11:43:41 AM

| ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|
| 1-1112 | PNC Bank - Claims Acct | | | | |
| 19730 | CD | 05/26/10 | Jeffrey Walther | $622.50 | 978474 |
| 19731 | CD | 05/26/10 | Jeffrey Walther | $624.32 | 978475 |
| 19732 | CD | 05/26/10 | Jeffrey Walther | $556.30 | 977426 |
| | | | | $1,803.12 | |

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA  15241*

# Bank Register

# 05/25/10 To 05/25/10

| ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|
| 1-1112 | PNC Bank - Claims Acct | | | | |
| 19728 | CD | 05/25/10 | Michael Campbell | $359.14 | 980321 |
| 19729 | CD | 05/25/10 | Hadad Motor Sales Inc | $299.91 | 977220 |
| | | | | $659.05 | |

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

P.O. Box 12630
Pittsburgh, PA 15241

# Bank Register

## 05/24/10 To 05/24/10

05/24/10
12:49:52 PM

| ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|
| 1-1112 | | PNC Bank - Claims Acct | | | |
| 19691 | CD | 05/24/10 | Coastal Credit, LLC | $190.20 | N978636G |
| 19692 | CD | 05/24/10 | Coastal Credit, LLC | $40.10 | N978682G |
| 19693 | CD | 05/24/10 | Centro Inspection Agency | $95.00 | 979576 |
| 19694 | CD | 05/24/10 | Nick Chevrolet, Inc. | $169.48 | 974901 |
| 19695 | CD | 05/24/10 | Centro Inspection Agency | $95.00 | 980050 |
| 19696 | CD | 05/24/10 | Centro Inspection Agency | $95.00 | 979977 |
| 19697 | CD | 05/24/10 | Centro Inspection Agency | $95.00 | 979634 |
| 19698 | CD | 05/24/10 | Centro Inspection Agency | $95.00 | 978998 |
| 19699 | CD | 05/24/10 | Centro Inspection Agency | $95.00 | 979732 |
| 19700 | CD | 05/24/10 | Centro Inspection Agency | $95.00 | 979203 |
| 19701 | CD | 05/24/10 | Centro Inspection Agency | $95.00 | 979621 |
| 19702 | CD | 05/24/10 | Centro Inspection Agency | $95.00 | 979694 |
| 19703 | CD | 05/24/10 | Centro Inspection Agency | $130.00 | 979439 |
| 19704 | CD | 05/24/10 | Centro Inspection Agency | $95.00 | 979773 |
| 19705 | CD | 05/24/10 | Teresa A Haarstick | $46.40 | 979389 |
| 19706 | CD | 05/24/10 | Centro Inspection Agency | $95.00 | 979434 |
| 19707 | CD | 05/24/10 | Ronald Young | $78.50 | 974882 |
| 19708 | CD | 05/24/10 | RTR Manufacturing Compa | $446.89 | 979920 |
| 19709 | CD | 05/24/10 | Centro Inspection Agency | $95.00 | 979754 |
| 19710 | CD | 05/24/10 | Thomas Atheson | $155.08 | 976008 |
| 19711 | CD | 05/24/10 | Autumn Sutherland | $294.50 | 975697 |
| 19712 | CD | 05/24/10 | Mercedes-Benz of Cincinn | $2,232.50 | 979125 |
| 19713 | CD | 05/24/10 | Mercedes-Benz of Cincinn | $152.00 | 979128 |
| 19714 | CD | 05/24/10 | Mercedes-Benz of Cincinn | $648.00 | 979384 |
| 19715 | CD | 05/24/10 | Mercedes-Benz of Cincinn | $192.20 | 979126 |
| 19716 | CD | 05/24/10 | Sandra Boyd | $260.00 | 977252 |
| 19717 | CD | 05/24/10 | Jordan Lozosky | $482.72 | 974555 |
| 19718 | CD | 05/24/10 | Pep Boys-Remittance Dept | $172.06 | 975765 |
| 19719 | CD | 05/24/10 | James Graver | $182.10 | 978159 |
| 19720 | CD | 05/24/10 | William W Cathers III | $192.17 | 977152 |
| 19721 | CD | 05/24/10 | John E Horn | $78.99 | 976553 |
| 19722 | CD | 05/24/10 | Wayne A Charpie | $61.88 | 977240 |
| 19723 | CD | 05/24/10 | Wayne A Charpie | $356.88 | 977218 |
| 19724 | CD | 05/24/10 | Carlos L Cotto | $96.99 | 979552 |
| 19725 | CD | 05/24/10 | Chris Handly | $163.86 | 973738 |
| 19726 | CD | 05/24/10 | Chris Handly | $655.60 | 973603 |
| 19727 | CD | 05/24/10 | Nancy O Willms | $612.50 | 975092 |
| | | | | $9,231.60 | |

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register

## 05/20/10 To 05/20/10

05/20/10
12:31:26 PM

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | | PNC Bank - Claims Acct | | | | |
| | 19668 | CD | 05/20/10 | Amanda Reilly | $200.47 | 975553 |
| | 19669 | CD | 05/20/10 | Amanda Reilly | $132.38 | 975552 |
| | 19670 | CD | 05/20/10 | Amanda Reilly | $766.36 | 975542 |
| | 19671 | CD | 05/20/10 | McB Autosport, Inc. | $437.80 | 978222 |
| | 19672 | CD | 05/20/10 | Fadilj Dzambaza | $734.72 | 976136 |
| | 19673 | CD | 05/20/10 | Kings Auto Service | $55.00 | 970850 |
| | 19674 | CD | 05/20/10 | Kings Auto Service | $195.24 | 970849 |
| | 19675 | CD | 05/20/10 | Kings Auto Service | $648.50 | 970848 |
| | 19676 | CD | 05/20/10 | Eugene L Saunders | $237.01 | 977171 |
| | 19677 | CD | 05/20/10 | Payless Auto Sales, Inc. | $213.50 | 979512 |
| | 19678 | CD | 05/20/10 | Silverdale Auto Sales II, Inc | $190.38 | 978273 |
| | 19679 | CD | 05/20/10 | Silverdale Auto Sales II, Inc | $60.00 | 977025 |
| | 19680 | CD | 05/20/10 | Silverdale Auto Sales II, Inc | $672.80 | 977023 |
| | 19681 | CD | 05/20/10 | Silverdale Auto Sales II, Inc | $408.87 | 978272 |
| | 19682 | CD | 05/20/10 | Silverdale Auto Sales II, Inc | $271.55 | 977481 |
| | 19683 | CD | 05/20/10 | Scott L Wadell | $373.90 | 977667 |
| | 19684 | CD | 05/20/10 | Integrated Auto Service | $476.04 | 977760 |
| | 19685 | CD | 05/20/10 | Integrated Auto Service | $50.00 | 977650 |
| | 19686 | CD | 05/20/10 | Integrated Auto Service | $296.42 | 977747 |
| | 19687 | CD | 05/20/10 | Integrated Auto Service | $286.50 | 977640 |
| | 19688 | CD | 05/20/10 | Claudia Rodriguez | $664.55 | 974490 |
| | 19689 | CD | 05/20/10 | Auto Outlet | $100.00 | 977361 |
| | 19690 | CD | 05/20/10 | Beatrice Felix | $1,645.00 | 979305 |
| | | | | | $9,116.99 | |

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp
P.O. Box 12630
Pittsburgh, PA 15241

# Bank Register

# 05/19/10 To 05/19/10

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | PNC Bank - Claims Acct | | | | | |
| | 19557 | CD | 05/19/10 | Frankie's | $1,595.00 | 977469 |
| | 19558 | CD | 05/19/10 | Rayco Eurospec Motorcars | $663.00 | 976435 |
| | 19559 | CD | 05/19/10 | Rayco Eurospec Motorcars | $147.03 | 976537 |
| | 19560 | CD | 05/19/10 | Silverdale Auto Sales II, Inc | $341.80 | 976945 |
| | 19561 | CD | 05/19/10 | Shannon Ryan | $355.00 | 975032 |
| | 19562 | CD | 05/19/10 | Okey's Automotive | $4.00 | 968922 |
| | 19660 | CD | 05/19/10 | Okey's Automotive | $250.00 | 968919 |
| | 19661 | CD | 05/19/10 | Donna Scott | $630.10 | 972788 |
| | 19662 | CD | 05/19/10 | D Bradley Garst | $803.54 | 972125 |
| | 19663 | CD | 05/19/10 | D Bradley Garst | $60.00 | 972430 |
| | 19664 | CD | 05/19/10 | Silverdale Auto Sales II, Inc | $229.16 | 974992 |
| | 19665 | CD | 05/19/10 | Moe Pagni's Outten Used | $897.00 | 979520 |
| | 19666 | CD | 05/19/10 | Rayco Eurospec Motorcars | $148.00 | 976651 |
| | 19667 | CD | 05/19/10 | Rayco Eurospec Motorcars | $481.00 | 976650 |
| | | | | | $6,604.63 | |

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA 15241*

## Bank Register

## 05/18/10 To 05/18/10

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo | |
|---|---|---|---|---|---|---|---|
| 1-1112 | PNC Bank - Claims Acct | | | | | | |
| | 19554 | CD | 05/18/10 | Andrew Stone | $87.50 | 976100 | |
| | 19555 | CD | 05/18/10 | Amy B Booley | $207.29 | 976001 | |
| | 19556 | CD | 05/18/10 | Mark Smeby | $150.00 | 974231 | |
| | | | | | $444.79 | | |
| 2-1140 | PNC Credit Card | | | | | | |
| | 99 | CD | 05/18/10 | Cochran Infiniti | $481.00 | 973637 | |
| | | | | | $481.00 | | |

*444.79*
*481.00*
*925.79*

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register

# 05/17/10 To 05/17/10

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | | PNC Bank - Claims Acct | | | | |
| | GJ006060 | GJ | 05/17/10 | Record Epayment Con. fee | $50.00 | Record Epayment Con. fees fo |
| | 19532 | CD | 05/17/10 | Maranatha Auto, Inc. | $60.00 | 979267 |
| | 19533 | CD | 05/17/10 | Maranatha Auto, Inc. | $952.50 | 978663 |
| | 19534 | CD | 05/17/10 | Beverly Martin | $270.00 | 975382 |
| | 19535 | CD | 05/17/10 | Centro Inspection Agency | $95.00 | 979720 |
| | 19536 | CD | 05/17/10 | Ed's Rover Service | $584.32 | 972762 |
| | 19537 | CD | 05/17/10 | Frankie's | $1,055.40 | 973614 |
| | 19538 | CD | 05/17/10 | Frankie's | $370.48 | 979403 |
| | 19539 | CD | 05/17/10 | Frankie's | $431.43 | 977631 |
| | 19540 | CD | 05/17/10 | Matilda Schatz | $311.80 | 976720 |
| | 19541 | CD | 05/17/10 | Jennifer R Harvey | $800.60 | 976751 |
| | 19542 | CD | 05/17/10 | Regal Motors | $924.00 | 979782 |
| | 19543 | CD | 05/17/10 | Norwood R Dennis | $271.00 | 975755 |
| | 19544 | CD | 05/17/10 | Norwood R Dennis | $74.50 | 975757 |
| | 19545 | CD | 05/17/10 | Norwood R Dennis | $237.00 | 975758 |
| | 19546 | CD | 05/17/10 | Norwood R Dennis | $240.00 | 975759 |
| | 19547 | CD | 05/17/10 | Torrell's Auto Sales and Se | $60.00 | 974912 |
| | 19548 | CD | 05/17/10 | Torrell's Auto Sales and Se | $480.79 | 974909 |
| | 19549 | CD | 05/17/10 | Torrell's Auto Sales and Se | $208.99 | 974825 |
| | 19550 | CD | 05/17/10 | Torrell's Auto Sales and Se | $95.08 | 973144 |
| | 19551 | CD | 05/17/10 | Torrell's Auto Sales and Se | $219.14 | 976437 |
| | 19552 | CD | 05/17/10 | Indiana Frame & Axle Inc | $366.00 | 976548 |
| | 19553 | CD | 05/17/10 | Johnny Reaves | $279.00 | 975880 |

$8,437.03
50.00
8387.03

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

P.O. Box 12630
Pittsburgh, PA 15241

# Bank Register

# 05/14/10 To 05/14/10

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | PNC Bank - Claims Acct | | | | | |
| | 19522 | CD | 05/14/10 | Irvine Alignment, Inc. | $438.84 | 979913 |
| | 19523 | CD | 05/14/10 | Southeast Imports Center | $630.00 | 978264 |
| | 19524 | CD | 05/14/10 | Southeast Imports Center | $194.35 | 978930 |
| | 19525 | CD | 05/14/10 | Southeast Imports Center | $200.00 | 978328 |
| | 19526 | CD | 05/14/10 | Southeast Imports Center | $420.00 | 977608 |
| | 19527 | CD | 05/14/10 | Southeast Imports Center | $373.99 | 979420 |
| | 19528 | CD | 05/14/10 | Southeast Imports Center | $191.27 | 977159 |
| | 19529 | CD | 05/14/10 | Southeast Imports Center | $977.20 | 977825 |
| | 19530 | CD | 05/14/10 | Southeast Imports Center | $690.00 | 979233 |
| | | | | | $4,115.65 | |

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp
*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register

# 05/12/10 To 05/12/10

| ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|-----|-----|------|------------|------------|------|
| 1-1112 | | PNC Bank - Claims Acct | | | |
| 19517 | CD | 05/12/10 | Honor Finance | $622.10 | N976232G |
| 19518 | CD | 05/12/10 | Haldeman Auto | $235.00 | N979797G |
| 19519 | CD | 05/12/10 | Patrick Blanchard | $143.12 | 977723 |
| 19520 | CD | 05/12/10 | Joyce Lazell | $348.30 | 978209 |
| 19521 | CD | 05/12/10 | Penn Diagnostic Center, In | $200.00 | 977767 |
| | | | | $1,548.52 | |

Information may be incomplete due to user access restrictions.

**Great Lakes Warranty Corp**
*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register

**05/11/10 To 05/11/10**

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | PNC Bank - C | | | | | |
| | 19515 | CD | 05/11/10 | US Bank | $1,107.22 | N971809G  |
| | | | | **TOTAL** | **$1,107.22** | |
| | 19516 | CD | 05/11/10 | GLWC Unlimited, Inc. | $1,105.00 | GLWC Unlimited, Inc. |

# Great Lakes Warranty Corp

P.O. Box 12630
Pittsburgh, PA 15241

# Bank Register

## 05/10/10 To 05/10/10

| ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|
| **1-1112** | PNC Bank - Claims Acct | | | | |
| 19468 | CD | 05/10/10 | Tony's Auto Repair | $138.19 | 975718 |
| 19469 | CD | 05/10/10 | Tony's Auto Repair | $98.01 | 975703 |
| 19470 | CD | 05/10/10 | Tony's Auto Repair | $352.50 | 975812 |
| 19471 | CD | 05/10/10 | South Hills Transmissions | $1,130.00 | 973654 |
| 19472 | CD | 05/10/10 | Tony's Auto Repair | $150.00 | 977074 |
| 19473 | CD | 05/10/10 | Tony's Auto Repair | $294.66 | 977055 |
| 19474 | CD | 05/10/10 | Tony's Auto Repair | $42.48 | 977621 |
| 19475 | CD | 05/10/10 | Tony's Auto Repair | $217.40 | 977620 |
| 19476 | CD | 05/10/10 | Tony's Auto Repair | $298.50 | 976619 |
| 19477 | CD | 05/10/10 | Tony's Auto Repair | $285.75 | 976788 |
| 19478 | CD | 05/10/10 | Ezio Castellani | $220.00 | 970823 |
| 19479 | CD | 05/10/10 | Robert Hanshaw | $454.00 | 976192 |
| 19480 | CD | 05/10/10 | Bernhard's, Inc. | $218.94 | 978179 |
| 19481 | CD | 05/10/10 | Knight Auto of Arizona | $960.00 | P978263D |
| 19482 | CD | 05/10/10 | Penn Diagnostic Center, In | $825.00 | 977592 |
| 19483 | CD | 05/10/10 | Lititz Motorcar Inc | $637.58 | 977925 |
| 19484 | CD | 05/10/10 | Laura Bernhard | $140.00 | 972090 |
| 19485 | CD | 05/10/10 | Gary Keaton | $199.70 | 977511 |
| 19486 | CD | 05/10/10 | Gary Keaton | $28.70 | 978906 |
| 19487 | CD | 05/10/10 | Bernhard's, Inc. | $1,663.00 | 977309 |
| 19488 | CD | 05/10/10 | Sarah Weingarten | $202.49 | 976174 |
| 19489 | CD | 05/10/10 | Northeast Car Care | $162.75 | 976142 |
| 19490 | CD | 05/10/10 | Michael A Morrell | $182.50 | 975254 |
| 19491 | CD | 05/10/10 | Wilson County Motor Comp | $1,568.74 | 972261 |
| 19492 | CD | 05/10/10 | LeeAnn McDowell | $501.74 | 976282 |
| 19493 | CD | 05/10/10 | Foss Auto Recycling | $650.00 | 974772 |
| 19494 | CD | 05/10/10 | Centro Inspection Agency | $95.00 | 979265 |
| 19495 | CD | 05/10/10 | Dale Shirley's Pro Auto Ser | $284.14 | 978667 |
| 19496 | CD | 05/10/10 | Dale Shirley's Pro Auto Ser | $147.16 | 976103 |
| 19497 | CD | 05/10/10 | Foss Auto Recycling | $1,200.00 | 973244 |
| 19498 | CD | 05/10/10 | Foss Auto Recycling | $2,000.00 | 972724 |
| 19499 | CD | 05/10/10 | Alberto Ortega | $206.60 | 975509 |
| 19500 | CD | 05/10/10 | Penn Diagnostic Center, In | $357.32 | 978128 |
| 19501 | CD | 05/10/10 | Centro Inspection Agency | $95.00 | 979367 |
| 19502 | CD | 05/10/10 | Centro Inspection Agency | $95.00 | 979288 |
| 19503 | CD | 05/10/10 | Centro Inspection Agency | $95.00 | 979281 |
| 19504 | CD | 05/10/10 | Lisa M Hughes | $128.50 | 978815 |
| 19505 | CD | 05/10/10 | A & D Auto Wreckers | $415.00 | 978559 |
| 19506 | CD | 05/10/10 | AAMCO Transmission-Low | $296.50 | 978050 |
| 19507 | CD | 05/10/10 | AAMCO Transmission-Low | $1,195.00 | 978655 |
| 19508 | CD | 05/10/10 | AAMCO Transmission-Low | $60.00 | 978656 |
| 19509 | CD | 05/10/10 | Ronardo C Stewart | $379.86 | 967026 |
| 19510 | CD | 05/10/10 | Dale Shirley's Pro Auto Ser | $120.70 | 975649 |
| 19511 | CD | 05/10/10 | Webb's Automotive | $229.00 | 974917 |
| 19512 | CD | 05/10/10 | Edward J Cotton | $274.20 | 979802 |
| 19513 | CD | 05/10/10 | Aastra A. Trice | $489.40 | 974686 |
| | | | | **$19,786.01** | |
| **2-1140** | PNC Credit Card | | | | |
| 98 | CD | 05/10/10 | Bill's Best Choice Transmis | $2,542.00 | 976563 |
| | | | | **$2,542.00** | |

22,328.01 _MKW_

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register

# 05/07/10 To 05/07/10

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | | PNC Bank - Claims Acct | | | | |
| | 19422 | CD | 05/07/10 | North Coast Auto Sales | $1,074.00 | Jan. 2010 Bonus |
| | 19423 | CD | 05/07/10 | Kenneth Cooper | $242.64 | 976708 |
| | 19424 | CD | 05/07/10 | Integrated Auto Service | $292.88 | 976914 |
| | 19425 | CD | 05/07/10 | Kenneth Williams | $243.50 | 974604 |
| | 19426 | CD | 05/07/10 | Kenneth Williams | $83.63 | 974632 |
| | 19427 | CD | 05/07/10 | Frankie's | $528.97 | 975685 |
| | 19428 | CD | 05/07/10 | Patsy Deming | $113.55 | 974080 |
| | 19429 | CD | 05/07/10 | Ruby Woods | $614.00 | 973230 |
| | 19430 | CD | 05/07/10 | David E Ross | $429.08 | 975298 |
| | 19431 | CD | 05/07/10 | Integrated Auto Service | $444.30 | 976552 |
| | 19432 | CD | 05/07/10 | Integrated Auto Service | $276.91 | 977781 |
| | 19433 | CD | 05/07/10 | Integrated Auto Service | $432.03 | 976638 |
| | 19434 | CD | 05/07/10 | Integrated Auto Service | $380.00 | 975787 |
| | 19435 | CD | 05/07/10 | Integrated Auto Service | $188.88 | 975665 |
| | 19436 | CD | 05/07/10 | Integrated Auto Service | $487.00 | 976746 |
| | 19437 | CD | 05/07/10 | Integrated Auto Service | $178.40 | 977385 |
| | 19438 | CD | 05/07/10 | Integrated Auto Service | $240.69 | 978204 |
| | 19439 | CD | 05/07/10 | G & L Motors, Inc. | $387.80 | 977518 |
| | 19440 | CD | 05/07/10 | G & L Motors, Inc. | $152.83 | 977520 |
| | 19441 | CD | 05/07/10 | G & L Motors, Inc. | $238.00 | 976954 |
| | 19442 | CD | 05/07/10 | Imports & More Inc | $123.93 | 974735 |
| | 19443 | CD | 05/07/10 | Imports & More Inc | $137.11 | 974730 |
| | 19444 | CD | 05/07/10 | AAMCO Transmission-Me | $2,000.00 | 975569 |
| | 19445 | CD | 05/07/10 | Premier Plus Motors | $112.50 | 974874 |
| | 19446 | CD | 05/07/10 | Premier Plus Motors | $202.50 | 977372 |
| | 19447 | CD | 05/07/10 | Premier Plus Motors | $702.00 | 976963 |
| | 19448 | CD | 05/07/10 | Premier Plus Motors | $418.95 | 976878 |
| | 19449 | CD | 05/07/10 | Premier Plus Motors | $341.33 | 976921 |
| | 19450 | CD | 05/07/10 | Premier Plus Motors | $512.47 | 977844 |
| | 19451 | CD | 05/07/10 | Premier Plus Motors | $60.00 | 977848 |
| | 19452 | CD | 05/07/10 | Premier Plus Motors | $82.69 | 977030 |
| | 19453 | CD | 05/07/10 | Premier Plus Motors | $119.00 | 977317 |
| | 19454 | CD | 05/07/10 | Premier Plus Motors | $554.40 | 976934 |
| | 19455 | CD | 05/07/10 | Premier Plus Motors | $446.31 | 974478 |
| | 19456 | CD | 05/07/10 | Premier Plus Motors | $178.70 | 974586 |
| | 19457 | CD | 05/07/10 | John M Rothenberger | $78.80 | 976675 |
| | 19458 | CD | 05/07/10 | Steven Hightower | $386.00 | 977412 |
| | 19459 | CD | 05/07/10 | Hodge Transmission, Inc. | $1,400.00 | 974494 |
| | 19460 | CD | 05/07/10 | Hodge Transmission, Inc. | $800.00 | 976526 |
| | 19461 | CD | 05/07/10 | Hodge Transmission, Inc. | $856.00 | 973618 |
| | 19462 | CD | 05/07/10 | Michelle L Bates | $253.06 | 975808 |
| | 19463 | CD | 05/07/10 | Michelle L Bates | $150.50 | 975843 |
| | 19464 | CD | 05/07/10 | Michelle L Bates | $240.50 | 975844 |
| | 19465 | CD | 05/07/10 | Bob Feidler | $393.80 | 973506 |
| | 19466 | CD | 05/07/10 | Christina P Moldovan | $439.00 | 977255 |

$18,018.64
*1074.00*
*16,944.64* *MKW*

Information may be incomplete due to user access restrictions.

**Great Lakes Warranty Corp**
*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register

**05/06/10 To 05/06/10**

| ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|
| 1-1112 | | | PNC Bank - Cl | | |
| 19400 | CD | 05/06/10 | Jonestown Bank & Trust Co. | $298.44 | N975886G |
| 19401 | CD | 05/06/10 | Charles G Wright | $260.50 | 975532 |
| 19402 | CD | 05/06/10 | Charles G Wright | $86.38 | 972555 |
| 19403 | CD | 05/06/10 | James Roberts | $390.30 | 972657 |
| 19404 | CD | 05/06/10 | Hodge Transmission, Inc. | $781.00 | 975310 |
| 19405 | CD | 05/06/10 | Hodge Transmission, Inc. | $60.00 | ~~975310~~ 975658 |
| 19406 | CD | 05/06/10 | Bobby M Cornwell | $106.88 | 974690 |
| 19407 | CD | 05/06/10 | Tinks Automotive Center | $334.00 | 977307 977007 |
| 19408 | CD | 05/06/10 | Wilma Headley | $390.78 | 977182 |
| 19409 | CD | 05/06/10 | The Auto Livery | $557.50 | 975592 |
| 19410 | CD | 05/06/10 | Select Motors | $108.92 | 976341 |
| 19411 | CD | 05/06/10 | Select Motors | $270.99 | 973768 |
| 19412 | CD | 05/06/10 | Select Motors | $144.03 | 974985 |
| 19413 | CD | 05/06/10 | Select Motors | $144.03 | 975489 |
| 19414 | CD | 05/06/10 | Hodge Transmission, Inc. | $569.95 | 971814 |
| 19415 | CD | 05/06/10 | Sean Wilson | $608.50 | 974004 |
| 19416 | CD | 05/06/10 | Daniel C Ryan | $190.00 | 975732 |
| 19417 | CD | 05/06/10 | Luhelen Wadsworth | $375.16 | 978092 |
| 19418 | CD | 05/06/10 | Luhelen Wadsworth | $152.98 | 978124 |
| 19419 | CD | 05/06/10 | Meineke Car Care Center-Pgh | $339.26 | 976885 |
| 19420 | CD | 05/06/10 | Julia Baldridge | $479.10 | 375967 |
| | | | TOTAL | $6,648.70 | |

# Great Lakes Warranty Corp

P.O. Box 12630
Pittsburgh, PA 15241

## Bank Register

## 05/05/10 To 05/05/10

05/05/10
12:30:12 PM

| ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|
| 1-1112 | | PNC Bank - Claims Acct | | | |
| 19359 | CD | 05/05/10 | Joseph W Ansley | $363.94 | 974947 |
| 19360 | CD | 05/05/10 | Justin M Capadona | $500.00 | 975315 |
| 19361 | CD | 05/05/10 | Lorna Wiener | $787.50 | 975206 |
| 19362 | CD | 05/05/10 | Lorna Wiener | $367.50 | 974134 |
| 19363 | CD | 05/05/10 | Kenna Technical Services | $592.24 | 976662 |
| 19364 | CD | 05/05/10 | Margie L Graves | $26.00 | 976925 |
| 19365 | CD | 05/05/10 | Margie L Graves | $60.00 | 976926 |
| 19366 | CD | 05/05/10 | Centro Inspection Agency | $95.00 | 979185 |
| 19367 | CD | 05/05/10 | Centro Inspection Agency | $95.00 | 978863 |
| 19368 | CD | 05/05/10 | Centro Inspection Agency | $95.00 | 979071 |
| 19369 | CD | 05/05/10 | David Houser | $940.36 | 975450 |
| 19370 | CD | 05/05/10 | Centro Inspection Agency | $95.00 | 979075 |
| 19371 | CD | 05/05/10 | Centro Inspection Agency | $95.00 | 978905 |
| 19372 | CD | 05/05/10 | A & D Auto Wreckers | $540.00 | 979294 |
| 19373 | CD | 05/05/10 | Centro Inspection Agency | $95.00 | 979545 |
| 19374 | CD | 05/05/10 | Centro Inspection Agency | $95.00 | 978695 |
| 19375 | CD | 05/05/10 | Centro Inspection Agency | $95.00 | 979296 |
| 19376 | CD | 05/05/10 | Centro Inspection Agency | $95.00 | 979375 |
| 19377 | CD | 05/05/10 | Centro Inspection Agency | $115.00 | 979490 |
| 19378 | CD | 05/05/10 | Centro Inspection Agency | $95.00 | 978771 |
| 19379 | CD | 05/05/10 | Centro Inspection Agency | $95.00 | 979274 |
| 19380 | CD | 05/05/10 | Centro Inspection Agency | $95.00 | 978719 |
| 19381 | CD | 05/05/10 | Centro Inspection Agency | $95.00 | 978919 |
| 19382 | CD | 05/05/10 | Centro Inspection Agency | $95.00 | 978740 |
| 19383 | CD | 05/05/10 | Mark Venuti | $354.00 | 979180 |
| 19384 | CD | 05/05/10 | Denise Greenwalt | $114.99 | 976797 |
| 19385 | CD | 05/05/10 | Sterling Motorcar Inc | $614.00 | 977695 |
| 19386 | CD | 05/05/10 | Thera L. Davis | $198.50 | 975619 |
| 19387 | CD | 05/05/10 | AdvanceTech Auto Repair, | $461.99 | 977086 |
| 19388 | CD | 05/05/10 | Jonathan Smith | $60.00 | 977966 |
| 19389 | CD | 05/05/10 | Discovery Auto Service, LL | $292.50 | 976779 |
| 19390 | CD | 05/05/10 | Discovery Auto Service, LL | $248.34 | 976898 |
| 19391 | CD | 05/05/10 | Discovery Auto Service, LL | $258.21 | 976761 |
| 19392 | CD | 05/05/10 | Newry Auto Care | $124.40 | 974684 |
| 19393 | CD | 05/05/10 | Buzzy's Auto Superstore, I | $120.00 | 975282 |
| 19394 | CD | 05/05/10 | Buzzy's Auto Superstore, I | $45.00 | 975290 |
| 19395 | CD | 05/05/10 | Newry Auto Care | $55.00 | 975728 |
| 19396 | CD | 05/05/10 | Newry Auto Care | $125.00 | 975727 |
| 19397 | CD | 05/05/10 | Theodore Chen | $284.40 | 974534 |
| 19398 | CD | 05/05/10 | Ace Auto Repair | $60.00 | 978418 |
| 19399 | CD | 05/05/10 | Ace Auto Repair | $96.98 | 977623 |
| | | | | $9,135.85 | |

Information may be incomplete due to user access restrictions.

# Great Lakes Warranty Corp

*P.O. Box 12630*
*Pittsburgh, PA 15241*

# Bank Register

# 05/03/10 To 05/03/10

| | ID# | Src | Date | Memo/Payee | Withdrawal | Memo |
|---|---|---|---|---|---|---|
| 1-1112 | PNC Bank - Claims Acct | | | | | |
| | 19328 | CD | 05/03/10 | Paul Schemp Automotive | $1,371.50 | 976875 |
| | 19329 | CD | 05/03/10 | Paul Schemp Automotive | $60.00 | 976939 |
| | 19330 | CD | 05/03/10 | Cottman Transmission-We | $510.00 | 977243 |
| | 19331 | CD | 05/03/10 | Centro Inspection Agency | $285.00 | 979501 |
| | 19332 | CD | 05/03/10 | Cottman Transmission-We | $55.00 | 976994 |
| | 19333 | CD | 05/03/10 | Cottman Transmission-We | $460.00 | 976993 |
| | 19334 | CD | 05/03/10 | Cottman Transmission-We | $227.43 | 977634 |
| | 19335 | CD | 05/03/10 | Davine M Grayson | $60.00 | 977210 |
| | 19336 | CD | 05/03/10 | Cottman Transmission-We | $74.99 | 977078 |
| | 19337 | CD | 05/03/10 | Acme Auto Sales, Inc. | $10.99 | 977227 |
| | 19338 | CD | 05/03/10 | Acme Auto Sales, Inc. | $99.50 | 977222 |
| | 19339 | CD | 05/03/10 | Integrated Auto Service | $317.50 | 976709 |
| | 19340 | CD | 05/03/10 | Integrated Auto Service | $262.00 | 975897 |
| | 19341 | CD | 05/03/10 | Integrated Auto Service | $296.52 | 975899 |
| | 19342 | CD | 05/03/10 | Integrated Auto Service | $335.00 | 975790 |
| | 19343 | CD | 05/03/10 | Integrated Auto Service | $750.00 | 975788 |
| | 19344 | CD | 05/03/10 | Francis Scott Key Lincoln | $390.77 | 969847 |
| | 19345 | CD | 05/03/10 | American Parkway Auto Sa | $340.88 | 978143 |
| | 19346 | CD | 05/03/10 | Glenn's Automotive | $658.58 | 975630 |
| | 19347 | CD | 05/03/10 | Bob's Complete Auto Servi | $990.00 | 975041 |
| | 19348 | CD | 05/03/10 | Michelle DiBlasio | $1,349.50 | 978024 |
| | 19349 | CD | 05/03/10 | Huber's Auto Group, Inc. | $931.60 | 977193 |
| | 19350 | CD | 05/03/10 | Huber's Auto Group, Inc. | $23.55 | 977277 |
| | 19351 | CD | 05/03/10 | Keiser Service Center, Inc | $75.00 | 977206 |
| | 19352 | CD | 05/03/10 | Keiser's Auto Sales | $419.46 | 977259 |
| | 19353 | CD | 05/03/10 | Jeff's Transmission Service | $1,287.50 | 976621 |
| | 19354 | CD | 05/03/10 | Jeff's Transmission Service | $118.00 | 976798 |
| | 19355 | CD | 05/03/10 | Unique Motors, Inc. | $433.78 | N978161G |
| | 19356 | CD | 05/03/10 | World Motors, LLC | $580.85 | P974120D |
| | CD001143 | CD | 05/03/10 | Check returned by custome | | Check returned by customer. |
| | | | | | $12,774.90 | |

Information may be incomplete due to user access restrictions.

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **Great Lakes Warranty Corporation**        Case No. _____

                         Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e. [Other provisions as needed]
         **Services included in the engagement of Campbell & Levine, LLC are set forth in an engagement letter executed by the Debtor(s).**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Services not included in the engagement of Campbell & Levine, LLC are set forth in an engagement letter executed by the Debtor(s).**

         **\* Debtor(s) has/have agreed to pay Campbell & Levine, LLC at the firm's normal hourly rate.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August 25, 2010**                 **/s/ Paul J. Cordaro**
                                                **Paul J. Cordaro 85828**
                                                **Campbell & Levine, LLC**
                                                **1700 Grant Building**
                                                **310 - 330 Grant Street**
                                                **Pittsburgh, PA 15219**
                                                **412-261-0310  Fax: 412-261-5066**

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    __Great Lakes Warranty Corporation__          Case No. _____

                                        Debtor(s)      Chapter    __7__

# VERIFICATION OF CREDITOR MATRIX

I, the Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __August 25, 2010__          __/s/ John W. Ewart, II__

                                        __John W. Ewart, II/Secretary__
                                        Signer/Title

2 JR Pizza Enterprises LLC
305 Townepark Circle #101
Louisville, KY 40243


21st Capital Inc
PO Box 1261
Moon Township, PA 15108


3e Trading LLC
461 Melwood Avenue
Pittsburgh, PA 15213


A  Gregory
2433 Morwood
Havertown, PA 19083


A Comfort Service
8600 Perry Highway
Pittsburgh, PA 15237


A Mervyn Carse
4137 Ann Arbor Saline Road
Ann Arbor, MI 48103

A Porreca
1124 Mariposa Way
Boulder City, NV 89005

A Richard Grubbs
8717 Paw Paw Springs Rd
Arrington, TN 37014

A. William Giannini
333 Woodlawn Road
Steubenville, OH 43952

Aamer Alshehhi
2464 Marble Vista Boulevard
Columbus, OH 43204

Aaron A Asimakopoulos
520 West 21 Street Suite G-2-443
Norfolk, VA 23517

Aaron Ashley
8792 Greylag Loop
Blacklick, OH 43004

Aaron C Schmidt Jr
479 Independence Rd
Aliquippa, PA 15001

Aaron Crable
462 High Street
Brownsville, PA 15417

Aaron Crouch
1511B Street  Rt 116
St Marys, OH 45885

Aaron Curtis
4534 Waynedale Dr
Dayton, OH 45424

Aaron D Keller
437 Hadeen Drive
Mansfield, OH 44907

Aaron D Pence
922 Clover Dr
Ellettsville, IN 47429

Aaron Dobbins  Jr
594 Thornbury Rd
Westminster, MD 21158


Aaron E Glass
644 South Main Street
Knox, PA 16232


Aaron Everingham
13820 South 44th St  No 1198
Phoenix, AZ 85044


Aaron Gomez
3851 Wynn Road Apt #1009
Las Vegas, NV 89103


Aaron Harley
9320 Fairhaven Avenue
Upper Marlboro, MD 20772


Aaron Haydu
25 Bidlack Street
Forty Fort, PA 18704

Aaron Herrick
2023 Winged Foot Drive
Missouri City, TX 77459

Aaron Hooker
49 Timbercrest Cr
Hilton Head Island, SC 29926

Aaron Huff
223 Maddux Drive
Miamisburg, OH 45342

Aaron Johnson
2546 N Marlston Street
Philadelphia, PA 19132

Aaron L Blose
800 and Half Water St
Meadville, PA 16335

Aaron L Sherrick
10714 State Route 37 E
New Lexington, OH 43764

Aaron L Thurman
1988 Sockless Road
Dandridge, TN 37725

Aaron Lawson
100 D Briaridge Dr
Turtle Creek, PA 15145

Aaron M Eshbach
1244 Rossmoyne Rd
Mechanicsburg, PA 17055

Aaron M Hunter
1338 Rowland Avenue NE
Canton, OH 44705

Aaron Mattson
721 Hancock St
Holdrege, NE 68949

Aaron Mendez
4322 Farrow Lane
Kansas City, KS 66104

Aaron Moody
441 Needmore Road  Apt 621
Clarksville, TN 37040

Aaron Pettengill
PO Box 136
Sibley, MO 64088

Aaron Ross
11815 Principi Ct
Las Vegas, NV 89103

Aaron S Guin
631 Oakley Drive
Nashville, TN 37220

Aaron Simon
1405 Alveretta Boulevard
New Castle, PA 16101

Aaron Simpson
4913 W Pedro Ln
Laveer, AZ 85339

Aaron Smith
PO Box 3452/9220
Crossville, TN 38557


Aaron Soto
7401 W. Washington Avenue #1081
Las Vegas, NV 89128


Aaron Spencer
5350 Pathview Drive
Dayton, OH 45424


Aaron T Myers
7945 Russ Street
Waynesburg, OH 44688


Aaron T Williams
38 Ponderosa Lane
Laurens, SC 29360


Aaron Tibbs
45 Colony House Ct
Columbia, SC 29212

Aaron Whigham
1361 Marlboro
Pittsburgh, PA 15221

Aarone Montgomery
3601 W Pasadena Avenue
Phoenix, AZ 85019

Aazim Abdullah
370 Cornflower Drive
Columbia, SC 29229

Abalo Nunyakpe
2415 E Wyoming Place
Milwaukee, WI 53102

Abbas Hedjazi
248 Mallard Dr
Monroeville, PA 15146

Abbi Thompson
33080 Smith Ridge Road
Long Bottom, OH 43743

Abbie J King
219 Sycamore Road
W Reading, PA 19611

Abby  Bowlin
9054 Old Harding Pike
Franklin, TN 37064

Abby Jo Hunt
4215 Palestine Hollansburg Road
New Madison, OH 45346

Abbygail Gadeon
144 Wildflower Lane
Hillsborough, NJ 08844

Abdias Ayala
1213 Church Street
Lebanon, PA 17046

Abdulelah Alothaim
1201 N Park
Tucson, AZ 85701

Abe Yoder
7113 Dover Zoar Road
Dover, oh 44622



Abel Delapaz
1390 Washington Road
Pittsburgh, PA 15228



Abhishek Sehgal
72 Van Buren Road  Apt 9
Voorhees, NJ 08043



Abigail  Ellsworthy
401 Ellis Lane
West Chester,  PA 19380



Abigail Butterfield
1115 State Avenue NE
Massillon, OH 44646



Abigail Kilgore
1585 Pinetown Road
Wellsville, PA 17365

Abiodun Emmanuel Adepetoye
3108 Crab Hollow Rd
Pittsburgh, PA 15235


Above & Beyond Limo & Airport
3531 Queens Harbor Blvd.
Myrtle Beach, SC 29588


Abraham Boggs
3244 St Rt 2199
Coldwater, OH 45828


Abram Little
31 Woodland
Shelby, OH 44875


Abran  Gurule
5931 Kim Road
Rio Rancho, NM 87144


Ada Kozlowski
209 Zbick Road
Shavertown, PA 18708

Ada L  Colon
5111 Jackson St
Philadelphia, PA 19124

Adair Aumock
467 Meadow Drive
Caro, MI 48723

Adalberto Rosario
1830 Chestnut Street
Harrisburg, PA 17104

Adam  Cottrill
1457 East Wheeling St
Lancaster, OH 43130

Adam  Keichel
53 S Diamond St
Slatington, PA 17593

Adam  Knott
843 Bates Rd
Lebanon, TN 37087

Adam  Lamson
1108 Cottonwood Place
Hartselle, AL 35640




Adam  Lewis
3939 Shainline Ct
Collegville, PA 19426




Adam  Martin
751 Melot Hill Road
Columbia, SC 29223




Adam  Pravlak
909 Kingview Road
Scottdale, PA 15683




Adam  Such II
608 Kingston Drive
Clarksville, TN 37042




Adam A Allen
3434 Wilson Woods Rd
Columbus, OH 43204

Adam A May
711 Buchanan Road
Normalville, PA 15469

Adam Arias
16987 W. Windermere Way
Surprise, AZ 85374

Adam B Richert III
16132 W Ironwood Street
Surprise, AZ 85374

Adam Beleczki
134 Sugar Bush cir
Fairfield Glade, TN 38558

Adam Bond
309 Chamberlain Drive
Murfreesboro, TN 37129

Adam Borkat
811 Soaring Drive
Marietta, GA 30062

Adam Bowlin
1502 Wood St
Connelsville, PA 15425

Adam Byers
117 Old Mill Road
Ephrata, PA 17522

Adam C Gallaher
130 Little Spike Road
Osceola Mills, PA 16666

Adam Caldwell
273 Letort Road
Millersville, PA 17551

Adam Castorena
47 Camrosa Place
Sacramento, CA 95835

Adam Clemans
227 Seiberling Drive
Sagamore Hills, OH 44607

Adam Cortright Goodall
325 Chestnut Street
Parkesburg, PA 19365


Adam Crockett
156 Springbrook Drive
Fremont, OH 43420


Adam D Porter
1075 Laver Rd
Mansfield, OH 44905


Adam D Weaver
17 Pleasanton Dr
East Berlin, PA 17316


Adam Diaz
1669 Milton Street
New Orleans, LA 70122


Adam Froman
1520 Center Avenue
Cuyahoga Falls, OH 44221

Adam G Wasch
18365 Modac Road
Glouster, OH 45732

Adam Good
230 Sater Drive
Lancaster, OH 43130

Adam Hall
1068 S Cleve Mass Rd
Copley, OH 44321

Adam J Dunn
1945 N 17th Street  Apt 1
Allentown, PA 18104

Adam J Plouse
13596 Christine Circle
Uniontown, OH 44685

Adam J Zernick
170 Mill Road
Northern Cambria, PA 15714

Adam Karras
14043 Starlite Drive
Brookpark, OH 44142

Adam Kessler
801 S Prudence Road  #19208
Tucson, AZ 85710

Adam L Burrows
2902 Pine Avenue
Erie, PA 16504

Adam L Depta
112 Municipal Drive
Connellsville, PA 15425

Adam L Vokes
312 Kingin Hill Road
Dunbar, PA 15431

Adam M Gallo
142 Morton Street
New Eagle, PA 15067

Adam M Hufstetler
2571 Cottington Circle NW
N Canton, OH 44720

Adam M Keith
2402 Slinger Avenue
N Cambria, PA 15714

Adam M Qucyk
5551 Gross Drive
Dayton, OH 45431

Adam M Rolfes
668 N Ash Street
Celina, OH 45822

Adam M Woods
8675 Green Meadow Avenue
Canal Fulton, OH 44614

Adam Mastromonaco
100 Savors Ct Apt D
Cheswick, PA 15024

Adam Mazzocchi
134 Rice Dr
Morrisville, PA 19067

Adam Mengle
334 East Frederick Street
Lancaster, PA 17602

Adam N  Dincher
46 Baron Dr
Lancaster, PA 17601

Adam Podowski
7071 Broadview Road
Seven Hills, OH 44131

Adam R Drobnick
116 Lakefront Drive
Orwigsburg, PA 17961

Adam R. Kostryk
1080 Myers Hill Road
Marion Center, PA 15759

Adam Robert Heilig
33 Ward Street
Croswell, MI 48422


Adam S Fahey
7005 Sunnywood Dr
Nashville, TN 37211


Adam S Mihan
259 Greenland Drive
Lancaster, PA 17602


Adam Simpson
753 Bristol Rd
Troy, OH 45373


Adam Skaggs
234 N Chestnut Street
Jackson, OH 45640


Adam T McCants
419 Pittsdowne Road
Columbia, SC 29210

Adam W Russell
1375 Companion Ct
Sumter, SC 29150


Adam Walker
158 Columbia Ave
Greenville, PA 16125


Adam Warmath
89 Dawson Avenue
Mansfield, OH 44906


Adam Webb
1150 Barrett Road
Charleston, SC 29407


Adam Weiland
190 North Muddy Creek Road
Denver, PA 17517


Adamm H Thomas
4575 Hunters Ridge Drive  Apt 10
Kentwood, MI 49512

Adda Fegley
186 Old Route 322
Spring Mills, PA 16805


Addie S Nance
2607 Pine Street
Newberry, SC 29108


Adebayo Oyebade
1500 Bellafonte Court
Nashville, TN 37221


Adeisha Harper
307 Edsel
Memphis, TN 38109


Adelbert  Caraig
845 East Fairway Drive
Litchfield Park, AZ 85340


Adelene W Hinton
1622 Hunters Trail
Rock Hill, SC 29732

Adelina Padilla
706 S Franklin Street
Lancaster, PA 17602


Adelis Gonzalez-Rowley
850 Foulkrod Street
Philadelphia, PA 19124


Adewale Ige
4325 Wayne Ave
Philadelphia, PA 19140


Adib Joel Sanchez
1849 S James Gregaric Road
Mt Pleasant, SC 29466


Adienne Lentini
73 A Bayshore Road
Cape May, NJ 08204


Adla Adi
1568 Nottingham Road
Charleston, WV 25314

Adna Darby
116 Boneover Road
Cheltenham, PA 19012

Adolfo G Burciaga
220 S Dakota
Chandler, AZ 85224

Adolfo Lopez
201 S Mechanic
Emporia, KS 66801

Adolph Reaves
353 Jettie Avenue NE
East Canton, OH 44730

Adolphia Talley
106 Independence Ct
Blandon, PA 19510

Adria Weeks
3102 Marrion Street
Reading, PA 19605

Adria Weeks
3102 Marion Avenue
Reading, PA 19605


Adrian  Villescas
2025 S 71st Lane
Phoenix, AZ 85043


Adrian Aguilar
6091 E 43rd Place
Yuma, AZ 85365


Adrian C Lamos
1373 W Morelos Street
Chandler, AZ 85224


Adrian C Sullivan
5855 Claire D LN
Las Vegas, NV 89120


Adrian Denise Warren
200 Berryhill Road Apt 235
Columbia, SC 29210

Adrian E Wilson
369 Northridge Road
Circleville, OH 43113



Adrian Figueroa
1737 Alsmhouse Road
Jamison, PA 18929



Adrian Grice
3402 Love circle
Nashville, TN 37212



Adrian Hernandez
398 Smithridge Park
Reno, NV 89502



Adrian L LeMaster
1164 Westhaven Blvd
Franklin, TN 37064



Adrian Little
1010 South Yucca Place
Chandler, AZ 85286

Adrian Samuels
450 S 21st Street
Harrisburg, PA 17104


Adriana Bejarano
PO Box 1405
Somerton, AZ 85350


Adriana Cavaliere
27 1 2 W Main Street
Mt Pleasant, PA 15666


Adriana Varela
5040 Nellis Oasis Lane No 2011
Las Vegas, NV 89115


Adriane Desimone
2302 Walnut Ridge Est
Pottstown, PA 19464


Adrianne Ryder
2003 West Broad St
Bethleham, PA 18018

Adrianne S Garber
1809 Harcum Way
Pittsburgh, PA 15203

Adrianne Schifino
705 Trefoil Court
Monroeville, PA 15146

Adrien King
805 Elm Spring Road
Pittsburgh, PA 15243

Adrien Plamondon
55 Barber Avenue
Central Falls, RI 02863

Adrienne  Tevis
72 Mounds Street
Athens, OH 45701

Adrienne D Gooden
1338 Belasco Ave
Pittsburgh, PA 15216

Adrienne Jackson
1812 Atkinson Place
Pittsburgh, PA 15235


Adrienne Marie Davis
102 Bonita Court
Summerville, SC 29485


Adrienne Murphy
807 Benton St
Braddock, PA 15104


Adrine Randolph
303 Heathercroft
Egg Harbor Township, NJ 08234


Aerosystems Plus LLC
5710 W Desperado Way
Phoenix, AZ 85083


Agathonicos G Pamboukis
8598 Regency Dr
Massillon, OH 44646

Agli Goxhaj
1618 Waterstone Lane
Charleston, SC 29414


Agnes Baker
165 Eastern School Rd
Mayesville, SC 29104


Agnes M Bertram
82 Wynmere Drive
Horsham, PA 19040


Agnes Myer Lee
276 Cross Country Loop
Westerville, OH 43081


Agnes Townsend
2510 Clyde Place SW
Canton, OH 44710


Agustin M Flores
2043 Wayne Ave R
Scranton, PA 18508

Agustin Ramirez
918 Rural Street
Emporia, KS 66801



Ahmad A Akrouche
5615 Red Carnation Drive
Galloway, OH 43119



Ahmed Alassaf
101 South 2nd Street APT 513
Harrisburg, PA 17101



Ahmed Nazeir
1017 Fernhill Lane
Whitehall, PA 18052



Ahmed S Said
2318 Waters Edge Boulevard
Columbus, OH 43209



Ahmed Shnawer
177 West Wilt St
Philadelphia, PA 19122

Ahmet Ilhami Sezer
2544 Madison Road
Cincinnati, OH 45208


Ahmid A Shahin
1770 S Hall St Apt B
Allentown, PA 18103


Aida Ayala
2504 N 5th St Apt 2
Philadelphia, PA 19133


Aida Santiago
3636 Emerald Street
Phialdelphia, PA 19134


Aileen N Lewis
315 West Front Street
Oil City, PA 16301


Aimee Adkins
39 E First St
The Plains, OH 45780

Aimee Faulkinbury
6254 S. Twilight Ct
Gilbert, AZ 85297


Aimee J Goyer
204 Semenary Avenue
Greensburg, PA 15601


Aimee McFadden
1155 West Gibson Avenue
Connellsville, PA 15425


Ainsley C Thaxton Ross
5252 Keeport Dr  Apt 6
Pittsburgh, PA 15236


Aisha Graham
107 Jade Circle
Orangeburg, SC 29115


Aisha L Williams
9 Clifton Street  Second Floor
Somerset, NJ 08873

Aisha Pleasant
4506 N Broad St
Philadelphia, PA 19140


Aisha Rogers
8895 Bristol Park Dr No 202
Bartlett, TN 39133


Akhir Rahim Lawson
815 Walnut Street
Wilkinsburg, PA 15221


Al  Evans
301 Overland Tr
Miamisburg, OH 45342


Al E Rickli
7526 E Virginia Avenue
Scottsdale, AZ 85257


Al Grillo
1419 Columbine Street
Anchorage, AK 99508

Al Montalvo
2325 17th St
Allentown, PA 18104


Alain Fernando Solano
1146 W Hamilton Street
Allentown, PA 18101


Alain Morffi Lozano
3939 James Paul Avenue
Las Vegas, NV 89104


Alaina Emery
340 Felmeth Street
Pittsburgh, PA 15210


Alaiya Howard
214 East California Avenue
Pleasantville, NJ 08232


Alan  Hamilton
7012 Hemlock Rd
Harrisburg, PA 17112

Alan  Williams
108 Random Oak Cove
Raymond, MS 39154


Alan A Shinkus
134 N Spencer Street
Erackville, PA 17931


Alan Alper
1565 Columbine Avenue
Boulder, CO 80302


Alan Bochan
470 Austin Avenue
Pittsburgh, PA 15243


Alan Brahamsha
17 Emily Rd
Manalapan, NJ 07726


Alan Brett Casavant
270 CO Rd 437
Athens, TN 37303

Alan Davis
14407 N Century Dr
Fountain Hills, AZ 85268


Alan Derr
1004 Tulpehocken Road
Richland, PA 17087


Alan Drew
2945 Lischer Avenue
Cincinnati, OH 45211


Alan Elayda
620 Beverly Drive
Summerville, SC 29485


Alan Fogle
4404 Washington Avenue
Erie, PA 16509


Alan G Schneiderreit
555 Byron Road
Warminster, PA 18974

Alan Hallman
449 Luella St
Kutztown, PA 19530

Alan Handwerger
P.O. Box 32634
Baltimore, MD 21282

Alan Harris
535N 660 W
West Bountiful, UT 84087

Alan Hunsaker
311 Park Way Dr
Cary, IL 60013

Alan Itzkoff
80 Mercer Avenue  Apt 1
Plainfield, NJ 07060

Alan J Broyles
1230 Bowater Road
Rock Hill, SC 29732

Alan J Kuklinski
4121 W 32nd Street
Erie, PA 16506


Alan K Conner
1059 Burr Oak Blvd
Nelsonville, OH 45764


Alan Kacimi
117 South Walnut Avenue
Arlington Heights, IL 60005


Alan Nash
11243 N St Andrews Way
Scottsdale, AZ 85254


Alan Nash
11243 N. Saint Andrews Way
Scottsdale, AZ 85254


Alan Phillip Patrick
3900 E Sunset Rd  No 2068
Las Vegas, NV 89120

Alan Pihera
318 Hayes Avenue
Romeoville, IL 60446

Alan R Frantik
3259 Balsiger
Apollo, PA 15613

Alan Raber
9325 Reeder Avenue
Louisville, OH 44641

Alan Runo
7977 S Riverside Drive
Aurora, OH 44202

Alan S Kraimer
1951 Lasalle Way
Marietta, GA 30062

Alan S Lunin
4137 Derby Pl
Oviedo, FL 32765

Alan Spagnol
619 Chestnut St
Donora, PA 15033


Alana  Hopkins Richey
402 Blue Jasmine Lane
Charleston, SC 29414


Alana Herrera
1003 Pruitt Dr
Palos Verdes, CA 90278


Alana Marie Sanders
10 Craven Avenue
Charleston, SC 29407


Alanna J Underwood
416 Reese Ave
Lancaster, OH 43130


Albert  Brandt
316 Laurel Ave
Lakewood, NJ 08701

Albert  Sickman
2088 River Hill Road
Mononghela, PA 15063


Albert A Borally
593 Dewitt Dr
Highland Heights, OH 44143


Albert A Boyce
8132 Cross Creek Ct
Memphis, TN 38125


Albert Arballo
2031 W Del Plata Lane
Yuma, AZ 85364


Albert C Wilson Jr
490 S Hollywood Street
Memphis, TN 38111


Albert Cherry
W821 E Elderberry Street
Edgar, WI 54426

Albert D Briggs
3623 Rhea Avenue
Memphis, TN 38122


Albert D Stover
144 Shady Lane
Seneca, PA 16346


Albert D Waklatsi
216 Worthington Pkwy
Columbia, SC 29229


Albert Delgado
701 W Grove Parkway No3K
Tempe, AZ 85283


Albert Dibelka
566 Merlot Place
Chula Vista, CA 91913


Albert F Morabito
1015 Granite Drive
McDonald, PA 15057

Albert Fustasiu
158 Sequoia Drive
Coram, NY 11727


Albert Hepler
2285 Seipstown Road
Fogelsville, PA 18051


Albert Hickman
701 Pinchum Sly Road
Bishopville, SC 29010


Albert Hodnett
2275 Medina Avenue
Columbus, OH 43211


Albert Horner
247 US 250 E   Rt 1
Jeromesville, OH 44840


Albert Huerta
PO Box 94
Eloy, AZ 85231

```
Albert J Fleckenstein
109 Olive Street
Ansonia, OH 45303




Albert Miller Jr.
118 5th Street
Whitehall, PA 18052




Albert Miramontes
123 First Street
Pittsburgh, PA 15225




Albert Smith
69 Sunset Road
Mansfield, OH 44906




Albert W Ott Agency Inc
746 Warrington Avenue
Pittsburgh, PA 15210




Albert Zych
1120 E Whitmore Road
N Huntingdon, PA 15642
```

Alberta D Thompson
50 Mount Vernon Dr
Aliquippa, PA 15001

Alberta P Holtgraver
246 Seasons Drive
Wexford, PA 15090

Alberta Volk
303 Edgewood Drive
Cabot, PA 16023

Alberto Calderon
461 East Ontario
Philadelphia, PA 19134

Alberto Cordoba
232 N. Bruce #B
Las Vegas, NV 89101

Alberto Cortez
152 Wood Street
Providence, RI 02905

Alberto Duranpreciado
1010 North 31st Avenue #4
Phoenix, AZ 85009

Alberto Merino
1017 Stone River Drive
N. Las Vegas, NV 89030

Alberto Ortega
627 Brumfield Road
Lancaster, OH 43130

Aldrich Perry
1419 Broadlands Dr
Murfreesoboro, TN 37130

Alecia Kendall
101 Peter Cave Road
Spencer, WV 25276

Alecia Kolar
206 Walnut Manor Way
Jonestown, PA 17038

Alecia Thomas
PO Box 18 311 Allen Street
Whitesboro, NJ 08262


Aleecia Marie Sweat
7401 W Washington Ave  No 2096
Las Vegas, NV 89128


Aleida Simmons
1132 North Ninth Street
Reading, PA 19604


Alejandro Baca Alvarez
1959 S Delaware Street
Allentown, PA 18103


Alejandro Cervantes
PO Box 162
Yuma, AZ 85366


Alejandro Ramirez III
2711 Susquehanna Road
Rosyln, PA 19001

Alejo De La Rosa
800 Orquidea Avenue
San Luis, AZ 85349

Aleksander Serebrov
414 Avenue N  Apt C1
Brooklyn, NY 11230

Aleksandr Lein
5836 Spotswood Drive
Cleveland, OH 44124

Aleksei Alendarov
212 Taft Street
Wind Gap, PA 18091

Ales Holcik
1406 Panglewood
Sicklerville, NJ 08081

Alesha R Derenzo
144 Winterbrook Dr
Cranberry Twp, PA 16066

Alessandro Fontana
9707 E. Mountain View 1403
Scottsdale, AZ 85238


Aleta K Rowe
533 Grand Street
Galion, OH 44833


Alex C Schwartz
229 Milo Street
Scottdale, PA 15683


Alex E  Navarrete
2852 S 31st Dr
Yuma, AZ 85364


Alex F LeGlise
203 30th Street  SW
Canton, OH 44706


Alex Friedman
131 Sunflower Circle
Wappingers, NY 12590

```
Alex Guizzetti
304 Freedom Court
Newton Square, PA 19073




Alex Kelly
241 Eagle Ridge Drive
Valparaiso, IN 46385




Alex Loos
10978 Mitchell Road
Columbia Station, OH 44028




Alex Minkoff
1308 Page Road
Nashville, TN 37205




Alex Morton
432 East 10th Ave
Munhall, PA 15120




Alex Robles
4128 Lawndale Street
Philadelphia, PA 19124
```

Alex Rodriguez
3407 Tyson Avenue
Philadelphia, PA 19149

Alex Schlichting
125 Outback Drive
Hanover, PA 17331

Alex Sierra
2540 Mountain Lane
Allentown, PA 18103

Alex Vallandry
733 East 38th Avenue
Spokane, WA 99203

Alexa L Beaver
11 Foxglove Dr
Greensburg, PA 15601

Alexa Mercier
5401 E Van Buren  no 1073
Phoenix, AZ 85008

Alexander  Fleming III
648 Green Ridge Rd
Glenmoore, PA 19343

Alexander  Staley
1131 Oyster Mill Road
Enola, PA 17025

Alexander Brigaman
3127 Asbury Road
Erie, PA 16504

Alexander F Knight
314 Hedgerow Lane
Doylestown, PA 18901

Alexander Fitzner
100 Mayfair Lane
Oak Ridge, TN 37830

Alexander Gilsrud
5 White Bear Avenue South
St. Paul, MN 55106

Alexander Gonzalez
2104 Baker Drive
Allentown, PA 18103

Alexander L Skinkis
3114 Northern Drive
South Park, PA 15129

Alexander Malcolm
8516 Roxbury Ct
Olmstead Falls, OH 44138

Alexander Marrow
113 Henderson Lane
Oak Ridge, TN 37830

Alexander Moore
5 Sloan Court
Columbia, SC 29223

Alexander Orlowski
598 Trees Mills Road
Greensburg, PA 15601

Alexander Robert Wright
3821 Soplo Avenue
Pahrump, NV 89048




Alexander S King
2300 Hideway
Raleigh, NC 27613




Alexander Smith
5904 Sedberry Road
Nashville, TN 37205




Alexander Souponetsky
213 Holly Drive
King of Prussia, PA 19406




Alexander V Mahoney
810 E Chestnut St
Hegins, PA 17930




Alexander W Masetti
4015 Providence Court
Schnecksville, PA 18078

Alexander Zelenaya
10 Hillside Avenue Apt 6T
New York, NY 10040

Alexander Zuzzio
657 Yardville Hamilton Square Road
Hamilton, NJ 08691

Alexandra Lenz
3150 E. Tropicana Ave Apt 323
Las Vegas, NV 89121

Alexandra Moise
419 E. Brown Street
Trenton, NJ 08610

Alexandria  Schmidl
589 Herbertsville Road
Brick, NJ 08701

Alexandria D McCabe
104 Buhlmont Drive
Sewickley, PA 15143

Alexandria I Montgomery
340 Pittsville Road
Kennerdell, PA 16374

Alexandu Vizitiu
228 Hazel Road
Pittsburgh, PA 15235

Alexas Deily
5337 Princeton Road
Macungie, PA 18062

Alexis  Resto
618 Washington Avenue
W Deptford, NJ 08096

Alexis D Flores
3225 E Baseline Drive Apt 1036
Gilbert, AZ 85234

Alexis M Metros
16 Maple Street
Dunbar, PA 15431

Alexis N Quinones
638 Elson Street
East Liverpool, OH 43920

Alexis R Alleman
801 Chinquapin  No 507
Columbus, SC 29212

Alexis Schieffelbein
62 Arlington Drive
Imperial, PA 15126

Alexis Thompson
209 Willie Lane
Export, PA 15632

Alexisz Kacamakisz
2020 E. Kerr Street  Apt J306
Springfield, MO 65803

Alexius J Taylor
14301 Benwood Avenue
Cleveland, Oh 44128

Alfiere Filice
7558 Lakedge Court
Hudson, OH 44236


Alfonso Villagomer
10613 S Pearl Avenue
Yuma, AZ 85364


Alfonzo Hernandez
36 Mohawk  No 36
Emporia, KS 66801


Alfred  Mullett
8506 SW 11th Ave
Portland, OR 97219


Alfred A Flaim
29 Summer Hill Road
Schuylkill Haven, PA 17972


Alfred Adelmann Jr
2405 Gettysburg Rd
Camp Hill, PA 17011

Alfred Bernard Webb
2506 Dallas Street
Durham, NC 27707


Alfred Branim
PO Box 5124
Oneida, TN 37841


Alfred E Greaves
49810 Greaves Rd
Adena, OH 43901


Alfred F Colatosti
201 E Vine Street
Stowe, PA 19464


Alfred J Jurczak
309 Hayman Road
Uniontown, PA 15401


Alfred M Burgess
4107 Grey Rd
Memphis, TN 38108

Alfred M Mottley
2837 Gruber Drive
Memphis, TN 38127


Alfred March Moses
215 W Council Street
Bishopville, SC 29010


Alfred O Terrant
1935A Route 2029
Monongahela, PA 15063


Alfred R Dover
2782 Walters Court
Export, PA 15632


Alfred Skele
452 Delaware Avenue
Penndel, PA 19047


Alfred Smith
870 Jenny Lind St  19D
N Charleston, SC 29406

Alfred T Boswell Jr
115 Huntcrest Court
Clarksville, TN 37043


Alfred Talbott
206 25th Street
Canton, OH 44707


Alfred Wells
1976 Mineral Road
New Marshfield, OH 45766


Alfredo Cabale
5033 Torrey Hills Lane
Lutz, FL 33558


Alfredo Dolgetta
235 Prospect Ave
Hackensack, NJ 07601


Alfredo J Barrajas
260 W 21st Street
Yuma, AZ 85364

Alfredo Pacheco Meza
11835 S Sheryl Drive
Yuma, AZ 85364

Alfredo Zepeda
3614 San Pascual Avenue
Las Vegas, NV 89115

Ali Khokhar
4700 Old Lakeport Road
Sioux City, LA 51106

Ali M Zaghab
7522 Cherry Tree Dr
Fulton, MD 20759

Ali McCain
4701 Dakota Avenue
Nashville, TN 37209

Ali Nasser
PO Box 4186
Dearborn, MI 48126

Ali Othman
5422 West Pontiac Drive
Glendale, AZ 85308

Alice Chester
2933 Route 350
Walworth, NY 14568

Alice Cooper
207 Cloud Lane
Palmyra, PA 17078

Alice Hill
5050 Cliff Rock Drive
Zanesville, OH 43701

Alice Mangol
426 Fleming Rd
Sarver, PA 16055

Alice R Farris
1115 Fox Hill Drive  Apt 312
Monroeville, PA 15146

Alice Weston
128 Perry Drive
Canton, OH 44708



Alicia  Keen
1449 Rachel St  Apt 59
Canton, OH 44709



Alicia  King
2102 Benson Dr
Dayton, OH 45406



Alicia A Walker
305 Liberty St
Erie, PA 16507



Alicia E Williams
26 Saddlebrook
N Wales, PA 19454



Alicia F Hobbs
1133 Camp Nancy Road
Apollo, PA 15613

Alicia L Scott
4815 Cedar Avenue
Philadelphia, PA 19143


Alicia M Haskin
129 Hollywood Avenue
Youngstown, OH 44512


Alicia McFall
477 Camden Ave
Youngstown, OH 44505


Alicia Plonska
2 Roslyn Court
Marlton, NJ 08053


Alicia Rauso
109 Oakwood Drive
Clairton, PA 15025


Alicia Taylor
2653 Creekwood Circle
Dayton, OH 45439

Alicia Worthey
913 Masslich Street
Bethlehem, PA 18018

Alicia Young
102 W High Street
Carlisle, PA 17013

Alina P Velasquez
705 Birchwood Drive
Newark, DE 19713

Aline C Kilgore
1504 Parkins Mill Road
Greenville, SC 29007

Alisa Anderson
1200 Linden St
Reading, PA 19604

Alisa Lukacena
1231 Township Road 213
Bloomingdale, OH 43910

Alisa Vodzak
3282 Eastview Drive
Bethel Park, PA 15102

Alisha Thompson
4721 Unicoi Drive
Unicoi, TN 37692

Alisia Brochey
1315 West 25th Street
Erie, PA 16502

Alison Kekic
359 Brad Dr
Brunswick, OH 44212

Alison Kittrell
9804 Martha Knight
Knoxville, TN 37932

Alison Shoemaker
7220 Harmony Grove Road
Dover, PA 17315

Alison W Scott
2328 Kewanna Lane
Beavercreeek, OH 45434

Alissa K Smith
1076 General George Patton
Nashville, TN 37221

Alissa Sechrist
8631 Knauf Rd
Canfield, OH 44406

Aliza Clark
209 Amber Road
Everett, PA 15537

Alla Azvalinsky
759 Edden Court
Southampton, PA 18966

Alla Kupriyan
9 Craft Drive
Fountainville, PA 18923

Alla Mazur
186 Applegate Lane
East Brunswick, NJ 08816

Allan Braught
2432 E. Main Street  C-1
Mesa, AZ 85213

Allan Chambers
4821 Cannon Circle
Las Vegas, NV 89108

Allan Kempf
33 West Smiley
Shelby, OH 44875

Allan L Baron
1715 Green Valley Rd
Havertown, PA 19083

Allan Lampkin
1520 West 14th Street
Pine Bluff, AR 71603

Allan Pohlman
1030 Patton Lane
North  Liberty, IA 52317

Allan Shaw
1 Golf View Drive
Quarryville, PA 17566

Allan Simons
367 Unionville Road
Rochester, PA 15074

Allan Withem
11045 Hooper Ridge Road
Glouster, OH 45732

Alldata
9650 W. Tarron Drive
Suite 100
Elk Grove, CA 95757

Allegheny Power
800 Cabin Hill Drive
Greensburg, PA 15606-2222

Allen Ankrom
1450 N. Columbus Street
Lancaster, OH 43130


Allen B  Flowers Jr
440 Touvelle St  Lot 13
Celina, OH 45822


Allen Braught
7135 E Gary Street
Mesa, AZ 85207


Allen Dean
425 Rowland Rd
W Wolley, WA 98284


Allen Dowling Sr.
8013 Green Valley Ct
Southaven, MS 38671


Allen E Walls
914 Lakeshore Road 107 RR3 Essex
Ontario, CD N8M2X7
CANADA

Allen Faulkner
13511 Fairway Loop S
Goodyear, AZ 85395

Allen Jenkins
3845 Ridgemont Avenue
Memphis, TN 38123

Allen K Hecker
630 Meadowlake Road
Painesville, OH 44077

Allen L Jeffries
8256 El Dorado Drive
Pensacola, FL 32506

Allen L Zeigler
3176 Fox Lake Road
New Marshfield, OH 45766

Allen M Clark Jr
2120 2nd St
S Connellsville, PA 15425

Allen Margolin
309 Welsh Road
Huntingdon Valley, PA 19006

Allen Marsh
321 Avon Street
Philadelphia, PA 19116

Allen Peetz
108 North Sheehan
White Haven, PA 18661

Allen R Kelmer
57 Woodstone Dr
Voorhes, NJ 08043

Allen Redding
5178 Chestnut Grove Road
Spring Grove, PA 17362

Allen Wootchie Sr.
106 Shields Lane Box 442
Adena, OH 43901

Allena J Morris
1420 Devereaux Ave
Philadelphia, PA 19149

Allied Corporation
466 East Pittsburgh Street
Greensburg, PA 15601

Allied Waste Services
73 W. Noblestown Road
Carnegie, PA 15106-1668

Allison  Duval
36 N Church
Doylestown, PA 18901

Allison Alford
256 Two Pond Loop
Ladson, SC 29456

Allison B Walker
129 Fourth Street  Apt 3A
Pennsburg, PA 18073

Allison Becker
8 W. Wilde Ave.
Villas, NJ 08251


Allison Brignola
1350 B W. Wyomissing Blvd
West Lawn, PA 19609


Allison C  Painter
2154 Foster Circle
Cookeville, TN 38501


Allison DeMarse
575 Madison Avenue SE Apt #3
Grand Rapids, MI 49503


Allison K Flexer
4505 Harding Road  Apt #113
Nashville, TN 37205


Allison Kae Miller
687 Cliffside Drive
Clarkdale, AZ 86324

Allison L Keller
1935 Centerport Rd
Mohrsville, PA 19541

Allison M Clanton
115 Hipkins Road
West Grove, PA 19390

Allison M Williams
38141 Carpenter Hill Road
Rutland, OH 45775

Allison Smith
1334 Newton Avenue SE
Atlanta, GA 30316

Allison Wood
2659 Apollo Cir
Birmingham, AL 35226

Allstate Contractors
219 Cemetery Road
Canal Winchester, OH 43110

Allysa J Sparrow
343 Ohiopyle Drive
Pittsburgh, PA 15239


Allyson Ward
20100 North Cove Road
Cornelius, NC 28031


Allyssa L Harris
133 17th Street NW Apt 6
Canton, OH 44703


Alma Cisneros-Defrutos
1216 Church Street
Reading, PA 19601


Alma F Holder
1102 W Market Street
Orrville, OH 44667


Alma Hernandez
11030 W Dana Lane
Avondale, AZ 85323

Alma Hill
215 Luke Allen Drive
Moore, SC 29369


Alma Irene Kolm
10859 Washington Street
Chagrin Falls, OH 44023


Alma Jamison
221 South Torrey Pines
Las Vegas, NV 89107


Almeda C Luster
1372 Highway 51 North
Covington, TN 38019


Almeda Jeffries
3666 Bison Street
Memphis, TN 38103


Alnisa I Sherman
268 S Center Street  Apt $E
Orange, NJ 07050

Alnisa Muhammad
9530 Feldbank Drive
Charlotte, NC 28216

Alonda P Blakney
2182 Elmore Square #292
Pittsburgh, PA 15219

Alovett J King
43 Lexington Circle
Marlton, NJ 08053

Aloysius Jones
14 Fords Court
Columbia, SC 29229

Alpha Packaging
589 Center Port Road
Centerport, PA 19516

Alphonse N Dobruk
2415 Gunnison Road
Erie, PA 16509

Alphonso C Vanlow
4 Sheffield Avenue
Bay Shore, NY 11706


Althea E Jones Lewis
114 Forestview Circle
Columbia, SC 29212


Alton Brown
684 Mosswood Lane
Spartanburg, SC 29301


Alton Cox
2383 N. Broadridge Rd
Lumberton, NC 28358


Alton W Kelley
8 Public Square
Columbia, TN 38401


Alvaro F Garcia
1147 Bexley Street
Charleston, SC 29405

Alvey R Peve
650 Davidson Rd
Drummonds, TN 38023

Alvin Barone
320 Fort Duquesne Blvd  Apt 9-H
Pittsburgh, PA 15222

Alvin Green
4108 Mount Oliver Road
Kalamazoo, MI 49004

Alvin Johnson
2500 Knights Road  Apt 8701
Bensalem, PA 19020

Alvin Powell
617 N 6th Street
Clairton, PA 15025

Alvin Recla
13829 North 111th Avenue
Sun City, AZ 85351

Alvin Steinberg
7480 E Fifth Avenue
Denver, CO 80230

Alvin Thomas
1421 Edwards Rd
Russellville, KY 42276

Alvin Turner
10784 N Turey Lane
Oro Valley, AZ 85737

Alvin Wells
5520 Queen Ann Way
Painesville, OH 44077

Alwin Guittard
2344 W Barwick Dr
Phoenix, AZ 85085

Alycia M Kyker
208 Adrona Lane
Dandridge, TN 37725

Alycia N White
3317 Pagett Rd
Columbia, SC 29209

Alycia R Angstadt
5 Tanner Street  PO Box 28
Mount Aetna, PA 19544

Alyne Q Massey
4431 Tyne Boulevard
Nashville, TN 37215

Alyse Karasik
193 W 5th St
Howell, NJ 07731

Alyssa A Kurtz
1336 Rt 30
Laughlintown, PA 15655

Alyssa Anema
650 W Bridge Street  Apt 3
Morrisville, PA 19067

Alyssa K Grubbs
2115 State Route 603
Ashland, OH 44805

Alyssa McCracken
6 Clarendan Shores Drive
Beaufort, SC 29906

Alyssa Reese
114 Aevial Drive
Deptford, NJ 08096

Ama Williams
38141 Carpenter Hill Road
Rutland, Oh 45775

Amado Collazo
2809 Benson Street
Camden, NJ 08105

Amalia Salgado
3837 Gulliver Street
Las Vegas, NV 89115

Amalie Prince
3545 Demington Road
Columbus, OH 43232

Amalita  DelaCruz
8324 West Charleston Blvd  No 2060
Las Vegas, NV 89117

Amanda  Brooks
511 Race Street  Apt B
Connellsville, PA 15425

Amanda  Cox
4807 Cougar Dr
Dennison, OH 44621

Amanda  Fletcher
818 W Westwood  No 229
Mesa, AZ 85210

Amanda  Love
4075 Gunbarrel Rd
Rushville, OH 43150

Amanda  Price
13 Walnut Street
Reading, PA 19607


Amanda  Stripe
305 Ludlow Rd
Bellefontaine, OH 43311


Amanda  Walker
12918 NE 122nd Lane  Apt K300
Kirkland, WA 98034


Amanda  Winfree
420 Plantation Blvd
Lebanon, TN 37087


Amanda B Reed
1803 Seventh Avenue  Apt A3
Brockway, PA 15824


Amanda Burns
507 Center Street
Carnegie, PA 15106

Amanda Carpenter
802 W. Livingston Avenue
Crestline, OH 44827

Amanda Cibelli
84 Olympia Lane
Sicklerville, NJ 08081

Amanda D Hesse
4419 N. 9th Street
Philadelphia, PA 19140

Amanda D Reilly
1732 Sydney Terrace
Mount Juliet, TN 37122

Amanda E Plummer
2825 Maplewood Avenue
Springfield, OH 45505

Amanda E Valkanas
305 Caldwell Avenue
Wilmerding, PA 15148

Amanda Etherton
1112 Evans Lane
Dandridge, TN 37725


Amanda Fonner
1704 3rd Street
Moundsville, WV 26041


Amanda Gutierrez
831 Pinzon Street NW
Los Lonas, NM 87031


Amanda Hall
450 Springs Avenue
Lawrenceburg, TN 38464


Amanda Ham
4000 Cherish Hope Court
LaVergne, TN 37086


Amanda Harling
1214 Mt Vernon Church Road
White Rock, SC 29177

Amanda Insley
7990 Bristol Bang Ct.
Dublin, OH 43016

Amanda J Campbell
301 North Royal Oaks Boulevard
Franklin, TN 37067

Amanda J Clark
3042 Bauer Circle
Massillon, OH 44646

Amanda J Mangol
688 Bagdad Rd
Leechburg, PA 15656

Amanda J Tomczak
9743 Wattsburg Road
Erie, PA 16509

Amanda K Brooks
233 St Mathews Lane
Spartanburg, SC 29301

Amanda K Jeffries
916 North Elm Street
Coldwater, OH 45828

Amanda Kane Cluley
225 E. Frederick Street
Lancaster, PA 17602

Amanda Keefer
1355 Mount Avenue
Verona, PA 15147

Amanda L Berry
523 Delmont Avenue
Pittsburgh, PA 15210

Amanda L Clark
798 Yellow Breeches
Cosby, TN 37722

Amanda L Cribbs
898 McClelland Street
Monaca, PA 15061

Amanda L Dean
758 Northwood Drive
Batesville, MS 38606


Amanda L Etheridge
412 Wilson Drive
McComb, MS 39648


Amanda L Kendall
204 Fairmont Street
McDonald, PA 15057


Amanda L Labs
2510 Old Bethlehem Park
Sellersville, PA 18960


Amanda L McQuillis
400 Woodland Road
N Versailles, PA 15137


Amanda L Miller
310 Prospect Street
Lancaster, PA 17603

Amanda L Murberger
147 Aylesboro Avenue
Boardman, OH 44512


Amanda L Rouse
1117 Faust St
Pittsburgh, PA 15204


Amanda Lee Hostetler
182 Annabeth Road
Acme, PA 15610


Amanda Lindler Matthews
9 N Oak Ct
Columbia, SC 29212


Amanda M Elson
855 North Park Road
Reading, PA 19610


Amanda M Mattern
309 County Road 12
Adena, OH 43901

Amanda M Swift
5871 Paint Creek Way
Hilliard, OH 46306


Amanda McLoone
3523 S Peden Court
Chandler, AZ 85248


Amanda Neffield
1409 S Revere
Mesa, AZ 85210


Amanda Omartian
110 Summit Ridge Court
Nashville, TN 37215


Amanda Partlow
212 North Pearl Street
Crestline, OH 44027


Amanda R Boleski
305 W Anthony Street
Celina, OH 45822

Amanda R Lucero
3501 E State Route 296
Urbana, OH 43078


Amanda Ream
42039 Union Street
Lisbon, OH 44432


Amanda Rowe
20997 N. Jocelyn Lane
Maricopa, AZ 85238


Amanda S Graham
1621 Carrick Dr
Murfreesboro, TN 37128


Amanda S Ingold
12548 Middlefork Road
Amanda, OH 43102


Amanda S Mauro
306 Purdytown Turnpike
Lakeville, PA 18438

Amanda Schreiber
90 Stonegate Vlg
Quakertown, PA 18951

Amanda Smith
364 S. Manheim Avenue
Egg Harbor City, NJ 08215

Amanda Taylor
19797 Martel Rd
Lenoir City, TN 37772

Amanda Teige
322 Cotton Lane
Franklin, TN 37069

Amanda Thomas
111 S. Chestnut Street
Mechanicsburg, PA 17055

Amanda Thornton
17832 N 41st Place
Phoenix, AZ 85032

Amanda Throgmorton
2360 Plantation Drive
Dyersberg, TN 38024


Amanda Vest
3082 Ora Road
Gray Court, SC 29645


Amanda Waddell
7025 Bridgeport Drive
Nashville, TN 37221


Amanda Wehner
3511 Woodmont Lane
Nashville, TN 37215


Amarelis Cruz Castro
1007 Brock Drive
Lebanon, PA 17046


Ambassadors Christian Center
14 Pond Oak Court
Columbia, SC 29242

Amber  Haver
285 S Rold  No15
Tucson, AZ 85710



Amber Brown
37980 E Sixteenth  3 4 Street
Yuma, AZ 85365



Amber Danielle Gaines
250 Crossbow Drive  Apt I3
Columbia, SC 29212



Amber G Haley
1405 Montgomery Avenue
Nashville, TN 37207



Amber Halters
415 Church Street  #2212
Nashville, TN 37219



Amber Harris
227 Duquesne Ave
Trafford, PA 15085

Amber Jones
23523 North 117th Drive
Sun city, AZ 85373


Amber K Brookins
7635 Roundhouse Rd
New Marshfield, OH 45766


Amber L Bernabe
1611 Rt 9
Cape May Court House, NJ 08210


Amber L Braun
534 W Main Street  Box 82
Adena, OH 43901


Amber L Bunnell
198 County Route 347
Bono, AR 72416


Amber L Gayleard
1940 Fair Road
Schuylkill Haven, PA 17972

Amber L Ignozzi
1927 Kenneth Ave
Arnold, PA 15068

Amber L Rice
223 Montgomery Avenue
Reading, PA 19606

Amber L Wood
2507 Whipple Avenue SW
Canton, OH 44706

Amber Lutz Peters
1573 RT 934N Apt 3
Annville, PA 17003

Amber M Gatwood
4255 N State Route 376  Apt #8
McConnelsville, OH 43756

Amber McGuigan
5 Heron Way
Cape May, NJ 08204

Amber Moist
909 Rush Avenue
Bellefontaine, OH 43311

Amber Moore
2814 Gadsden St
Columbia, SC 29201

Amber Pratt
102 West Chocolate Apt 5 3rd Floor
Hershey, PA 17033

Amber R McQuate
514 N Sixth Street
Denver, PA 17517

Amber R Muoio
301 Elm
Cottonwood Falls, KS 66845

Amber Rae Simmons
2647 Miller Road
Shelby, OH 44875

Amber Ray
2624 East Hidalgo
Phoenix, AZ 85040


Amber Roberts
2609 Williamsburg Lane Apt 2
Canton, OH 44708


Amber Sorrentino
5368 Snowy Orchid Lane
Allentown, PA 18104


Amber Tomlinson
2814 Kutztown Road
Reading, PA 19445


Amber V Wilmoth
877 E Mulberry Street
Lancaster, OH 43130


Amber Watts
8127 Swarner
Lenexa, KS 66219

Ambrose McCabe
3921 W. Griswald
Phoenix, AZ 85051


Amelia Ann Taylor
422 Red Oak Road
Petersburg, TN 37144


Amelia Voorsanger
444 E 82nd Street  #26A
New York, NY 10028


Amelica Davidheiser
43 Church Road
Schuylkill Haven, PA 17972


Amena  Albawi
PO Box 25   342 Main
Spartansburg, PA 16434


Amena Harris
5650 W Berks St
Philadelphia, PA 19131

Amend S Baldorf
1808 Centre Street
Ashland, PA 17921

American Adventure Inc.
4765 South Boulevard
Charlotte, NC 28217

Americo Silva
20 Mountain View Drive
Waterbury, CT 06706

Amie Olenski
57 Bell St
Dayton, OH 45403

Amir A Ahmed
7480 Highway 161  #20D
Walls, MS 38680

Amir Malek Madani
143 Blackfield Dr
Tiburon, CA 94920

Amisha Patel
47 Taylor Drive
Franklin Park, NJ 08823

Amit B Bhakta
3417 South First Street
Abilene, TX 79605

Amit Khanolkar
180 S Lexington Drive  Apt 121
Folsom, CA 95630

Amit Kumari
808 Garrett Road #2B
Upper Darby, PA 19082

Ammie Callahan
417 27th Street
McKeesport, PA 15132

Amos Washington
3085 Yale Avenue  #4
Memphis, TN 38112

Amrik Singh
900 E Pittsburgh Street  #E17
Greensburg, PA 15601

Amvel G Mciver
1716 Marquis Way
Pittsburgh, PA 15212

Amy  Brandon
1587 Bevan Rd  Apt 11
Pittsburgh, PA 15227

Amy  Garland
1528 Pinto Court
Carson City, NV 89701

Amy  Nelson
8221 Lennox Creekside Dr  8
Antioch, TN 37013

Amy  Paulus
2101 Mill Valley Lane
Quakertown, PA 18951

Amy Abouna
17841 N 33rd Avenue
Phoeniz, AZ 85053


Amy B Booley
1292 W. Laurel Circle
Mt Pleasant, PA 15666


Amy Beth Strunk
661 Richmond Road
Bangor, PA 18013


Amy Boyd
512 Vine Street
Connellsville, PA 15425


Amy Burkhalter Sexton
100 North Third Street Apt 18
Shelby, OH 44875


Amy C Grassham
762 Balthrop Road
Chapmansboro, TN 37035

Amy Cameron
3805 Somerset Drive  Apt 104
Prairie Village, KS 66208

Amy Cleveland Reed
2626 Old Alabama Rd SW
McDonald, TN 37353

Amy Crawford Wilson
919 Berkeley Road
Clemson, SC 29631

Amy Crocker
8268 Traphagen St NW  Apt E
Massillon, OH 44646

Amy D Gilbert
131  1 2 Pine Street
Brookville, PA 15825

Amy Dalton
8600 Elmfort Ave
Waynesburg, OH 44688

Amy Diane Simms
314 Cannon Trail Rd
Lexington, SC 29073


Amy E Shepard
38493 E Kumquat Drive
Wellton, AZ 85356


Amy Francis Mantz Sowers
902 Victor Dr
Elizabeth, PA 15037


Amy Goldberg
626 Seavey Road
Pittsburgh, PA 15209


Amy Hess
326 Glenwood Drive #201
Bloomingdale, IL 60108


Amy J Dixon
104 Levin Lane
East Amherst, NY 14051

Amy J Shores
46 W Tucker Avenue
Shelby, OH 44875

Amy Jenkins
1310 Walnut Street
Ashland, PA 17921

Amy Kimball
3450 28th St  6N
Asatoria, NY 11106

Amy Konkler
1765 Main Street
Stockport, OH 43787

Amy L  Bean
2751 Hornsmill Rd  SE
Lancaster, OH 43130

Amy L Geier
5571 Autumncrest  SW
Canton, OH 44706

Amy L Mackey
18280 State Route 664
Logan, OH 43138

Amy L Mosley
7610 E 32nd North
Wichita, KS 67226

Amy L Rosner
11100 N 115t Street #282
Scottsdale, AZ 85259

Amy L Taylor
1017 Overhills Court
Old Hickory, TN 37138

Amy Landers May
12 Kinlaugh Court
Columbia, SC 29204

Amy Lazar
PO Box 85704
Seattle, WA 98145

Amy Leighty
113 Pole Cat Road
Connellsville, PA 15425

Amy Liskey
6195 Detrick Road
Tipp City, OH 45371

Amy Lucille Murray
111 N Main St  Apt A
DuBois, PA 15801

Amy M Chapman
1395 Ross Hanover Rd
Hamilton, OH 45013

Amy M Henderson
711 Narrows Road
Connellsville, PA 15425

Amy M Klahr
2122 Millcreek Road
Lancaster, PA 17602

Amy McDermand
412 Heritage PO Box 343
Tuscarawas, OH 44682


Amy Pfahler
115 Mansfield Avenue
Shelby, OH 44875


Amy Phillips
520 Rawlings Avenue
Akron, OH 44319


Amy Poplanski
100 West Carey St
Plains, PA 18705


Amy R  Buratti
7476 Bardstan Court
Dublin, OH 43017


Amy R Ogilvie
5811 E 550 N
Columbus, IN 47203

Amy Rusley
4109 Longfellow Dr
Nashville, TN 37214

Amy S  Doty
878 Clearview Circle
Wadsworth, OH 44281

Amy S Bahan
385 Orchard Dr
Pittsburgh, PA 15228

Amy S Natale
1128 Redoak Dr
Harrison City, PA 15636

Amy Shropshire
2705 West 121st St
Leawood, KS 66209

Amy Stahl
9884 Welsh Run Rd
Mercersburg, PA 17236

Amy Stauffer
601 East Prospect Road
York, PA 17406

Amy Sturms
228 Wunder Street
Reading, PA 19606

Amy Veltri
171 Montour Run Road
Moon Township, PA 15108

Amy W King
34 Pinkney Street
Greenville, SC 29601

Amy Ward
2837 Gaston Ave
Knoxville, Tn 37917

Ana  Gonzalas
3312 E Granada Road
Phoenix, AZ 85008

Ana  Rodriguez
533 Spruce Street
Reading, PA 19602


Ana  Solivan
649 Williams St
Bethlehem, PA 18015


Ana Aguilar
1924 Sweeney Avenue
Las Vegas, NV 89104


Ana Correa
228 Finley Avenue
Staten Island, NY 10314


Ana Paula Bagao
803 Townhouse Blvd
Scranton, PA 18508


Ana Pohunek
518 Mona lane
Henderson, NV 89015

Ana Soto
48 Hollybush Garden #48
Glassboro, NJ 08028


Anasia D Barry
10152 Pearl Rd
Pittsburgh, PA 15235


Anatoly Kremer
1245 Leedom Road
Huntingdon Valley, PA 19006


Anders E Nobelius
13087 Little Hayden Circle
Hagerstown, MD 21742


Anders Vik
8820 Walther Boulevard
Parkville, ND 21234


Anderson Traylor
440 Touvelle #1
Celina, OH 45822

Andre Barbe
3875B Hecker Pass Hwy
Gilroy, CA 95020

Andre Boorady
11445 Fogarty Court
Fairfax, VA 22030

Andre C Arnold
15407 Neman Dr
Bowie, MD 20716

Andre Chollette
1320 LaFayette Street
Scranton, PA 18504

Andre D Lofton
1019 Westhaven Street
Columbus, OH 43228

Andre James
7514 Beverly Rd
Phildelphia, PA 19150

Andre L Broadus
521 Coal Street
Pittsburgh, PA 15221


Andre P Johnson
11 Lelia Street Apt 2
Pittsburgh, PA 15211


Andrea  Coaxum
7193 Decature St
New Tripoli, PA 18066


Andrea  McNeil
1663 Riverdale Dr
Rock Hill, SC 29730


Andrea  Sedilko
101 Paree Dr
Pittsburgh, PA 15239


Andrea  Tanner
10881 West W Avenue
Schoolcraft, MI 49087

Andrea  Toone
3223 Chad Court
Murfreesboro, TN 37129

Andrea Bean
22 West Main
Shiremanstown, PA 17011

Andrea Black
1606 Buchanan Dr
Lauraldale, PA 19604

Andrea Cargill
339 Sailboat Run  1D
Centerville, OH 45458

Andrea D Hanner
7313 Hermitage Street
Pittsburgh, PA 15208

Andrea DeFabritis
18182 W Cardinal Drive
Goodyear, AZ 85338

Andrea Devole
2035 Oakmont Street
Philadelphia, PA 19124


Andrea E Johnson
25 Winding Creek Lane
Columbia, SC 29229


Andrea F Lynn
425 W Oak Ave
Wildwood, NJ 08260


Andrea Hellickson
500 Ohio Street
Fairborn, OH 45324


Andrea J McLeary
141 Brent Tree Hill
Ligonier, PA 15658


Andrea J Speaker
537 Clubhouse Blvd
Curtice, OH 43412

Andrea Knox
7332 Florence Ave
Pittsburgh, PA 15218

Andrea L Aucker
760 Walnut Street
Pottsville, PA 17901

Andrea L McDonough
316 Easter St
Uniontown, PA 15401

Andrea L Mihin
2316 Renwick Dr
Poland, OH 44514

Andrea M Davis
1928 E Highland St  Ste F104 #183
Phoenix, AZ 85016

Andrea M Forquer
119 Sunshine Rd
Everett, PA 15537

Andrea M Sands
220 S Railroad Street
Myerstown, PA 17067

Andrea N Emerick
5529 Hyndman Road
Buffalo Mills, PA 15534

Andrea Neutaling
118 Peacock Avenue
Pomeroy, OH 45769

Andrea Pannell
3208 Scottwood Road
Columbus, OH 43227

Andrea Pistole
498 June St
Cincinnati, OH 45246

Andrea Poor
62 Fause Drive
Oswego, NY 13126

Andrea Schmitt
1815 Cranberry Court
Ann Arbor, MI 48103


Andrea Wheeler
704 Pennwood Drive
Pittsburgh, PA 15235


Andreas Petersson
7050 E Sunrise Drive #2204
Tucson, AZ 85750


Andreas Preiser
8640 Desert Dusk Court NE
Albuquerque, NM 87113


Andrei Popescu
3647 N Leclaire
Chicago, IL 60641


Andrei Pushkin
14639 NE 43 PL #1608
Bellevue, WA 98007

Andrej Slunjski
4970 Fuller Avenue SE
Kentwood, MI 49508


Andres Arvizu
2426 E Aloma
Wichita, KS 67211


Andres Cabrera
2036 Ridgeway Road
Emporia, KS 66801


Andres E  Benites
10537 W Pasadena Avenue
Glendale, AZ 85307


Andres E Mata
1314 Crossmont CV
Cordova, TN 38016


Andres F Caceres
960 Broadway
Bethleham, PA 18015

Andres Gomez Franco
3920 South Decatur #2
Las Vegas, NV 89103


Andres Sepulveda Candelaria
1011 Elm Street
Reading, PA 19604


Andres Valadez
1683 Nidia Avenue
San Luis, AZ 85349


Andres Vega
149 Chestnut Street
Allentown, PA 18101


Andrew  Bascomb
6300 W Lake Meade  No 1074
Las Vegas, NV 89108


Andrew  Bradley
2152 N 6th Street
Harrisburg, PA 17110

Andrew  Giles III
2329 Blossom Street
Columbia, SC 29205


Andrew  Hazley
1611 Wexford Drive
Murfreesboro, TN 37129


Andrew  Yoder Jr
4293 TR 372
Millersburg, OH 44654


Andrew A Vandivne
25 Clark Street
Clarksville, PA 15322


Andrew Allen
2502 Slifer Valley Road
Rieglersville, PA 18077


Andrew Asher Williams
446 Daisy Lane
Lancaster, PA 17602

Andrew Audette
650 Williams Road
Colchester, VT 05446


Andrew B Zacharczyk
7407 202nd Street   Court East
Spanaway, WA 98387


Andrew Bennett
2730 W. Lake Street Apt 705
Minieapolis, MN 55416


Andrew Bobonick
1321 Powers Dr
New Kensington, PA 15068


Andrew Boorse
201 Hendricks Road
Perkiomenville, PA 18074


Andrew Branch
29317 N 20th Avenue
Phoenix, AZ 85015

Andrew Burley
110 Windsor Court
Cranberry Twp, PA 16066

Andrew Burton
8925 Crystal Court
Streetsboro, OH 44241

Andrew C Fugate
3020 Atlantic Avenue
Erie, PA 16506

Andrew C Madeira
583 Miller Boulevard
Mechanicsburg, PA 17055

Andrew Carlisle
1999 Marshall Road #301
Monaca, PA 15061

Andrew Chapman
811 College Boulevard
Ashland, OH 44805

Andrew D Conner
3722 Bates Road
Athens, OH 45701

Andrew D Murphy
432 McKinley Ave
Grosse Pointe Farms, MI 48236

Andrew Darnell
1382 Rural hill Rd  apt 147
Antioch, TN 37013

Andrew Decker
356 East Barber Street
Brewster, OH 44613

Andrew Falck
15180 Old Hickory Boulevard #705
Nashville, Tn 37211

Andrew Field
2533 Broad Leaf Cove
Germantown, TN 38138

Andrew Fouser
RD 1 Box 538
Roaring Spring, PA 16673


Andrew Frank
100 Grandview Drive
Woodstown, NJ 08098


Andrew G Endicott
197 Dolan Court
Mansfield, OH 44903


Andrew G Hightower
273 Flaughtery Run Road  Lot 33
Moon Township, PA 15018


Andrew Gearhart
125 Wehler Road
St Marys, PA 15857


Andrew Gumpert
1211 Four Maples Ct.
Royersford, PA 19468

Andrew Halbert
45185 Deepwood Court
Shelby Township, MI 48317

Andrew Hill
2785 Afton Valley
Maineville, OH 45039

Andrew Humlhanz
1161 E 4th St
Bethelehem, PA 18015

Andrew Hunter
963 Cliffwood Drive
Mt. Pleasant, SC 29464

Andrew J Barnes
1035 Hemlock Lane
Enola, PA 17025

Andrew J Economon
3631 Perryman Rd
Ocean Springs, MS 39564

Andrew J Farkas
1155 E Maple St
Palmyra, PA 17078


Andrew J Hutchins
4743 Tuttles Woods Drive
Dublin, OH 43016


Andrew J King
805 Elm Spring Road
Pittsburgh, PA 15243


Andrew J Larese
921 McKnight St
Reading, PA 19601


Andrew J Moak
3841 Arundel Drive
Birmingham, AL 35243


Andrew J Nowakowski
10917 Kipling Lane
Philadelphia, PA 19154

Andrew John Lemon
2314 W Hunter Court
Phoenix, AZ 85085


Andrew John Smith
3848 W Liberty Rd
DuBois, PA 15801


Andrew K Behler
211 Mountain Rd
Orwigsburg, PA 17961


Andrew K Lane
1209 Center St
Pittsburgh, PA 15221


Andrew Kean
223 E Fifth Street
West Lafayette, OH 43845


Andrew Kwong
2923 Elmira Street
Denver, CO 80238

Andrew L Braun
26 Piney Branch Road
E Windsor, NJ 08512


Andrew Landis
448 Stover Road
Harleysville, PA 19438


Andrew Lane
1100 S Douglas Avenue
Nashville, TN 37204


Andrew Laws
5612 Knob Road
Nashville, TN 37209


Andrew Lichter
2924 Erie Avenue
Cincinnati, OH 45208


Andrew Lippert
211 S Third Street
West Newton, PA 15089

Andrew Liscik
206 Chestershire
Oakdale, PA 15071


Andrew Lynch
737 Chestnut Road
Sewickley, PA 15143


Andrew M Meckstroth
5330 Stonemeadow Avenue  Apt E
Columbus, OH 43220


Andrew M Pawlyszyn
32 Young Drive
Stanhope, NJ 07874


Andrew Majer
2177 Four Seasons Boulevard
Macungie, PA 18062


Andrew McNeil lll
700 N. Sheridan Ave Apt 2
Pittsburgh, PA 15206

Andrew McPherson
35 Buckingham Dr
Red Lion, PA 17356


Andrew Morr
26010  NE 228th Circle
Battle Ground, WA 98604


Andrew Moyer
5100 Honeysuckle Drive
Mechanicsburg, PA 17050


Andrew Neal Newell
1001 Old Shoals Rd
Monetta, SC 29105


Andrew Neugebauer
801 N Federal St  2137
Chandler, AZ 85226


Andrew Newsome
213 Cattail Road
Chillicothe, OH 45601

Andrew Noreika
1555 Rodgers Street
Nanty Glo, PA 15943

Andrew Ocel
3235 Leisure Road
Minerva, OH 44657

Andrew P Klump
79 Pontiac Way
Gaithersburg, MD 20878

Andrew P McGarry
824 Disston Street
Philadelphia, PA 19111

Andrew P Roettger
205 S Bielefeld St
New Knoxville, OH 45871

Andrew P Wolthers
102 Chadwick Court
Hendersonville, TN 37075

Andrew Pausman
262 Center Avenue
Pittsburgh, PA 15202

Andrew Pelaum
2107 10th Avenue South
Nashville, TN 37204

Andrew Peters
5219 Ridgewood Road E
Springfield, OH 45503

Andrew Peterson
4040 General Peterson
Nashville, TN 37204

Andrew Pfannenstiel
5717 W. Bonanza Lane
Phoenix, AZ 85083

Andrew R Anderson
249 Amon AVe
Elizabethtown, PA 17022

Andrew R LaRock
515 Jackson St
Reynoldsville, PA 15851


Andrew R Reuter
16171 Irish Ridge Rd
East Liverpool, OH 43920


Andrew R Stec
305 Meadowcrest Drive
Trucksville, PA 18708


Andrew Robinson
176 Denner Avenue
Nashville, TN 37205


Andrew Rupert
707 High Street
Freeport, PA 16229


Andrew S Watson
1363 Old Phoenixville Road
West Chester, PA 19380

Andrew Safran
213 Holiday Road
Columbia, SC 29835

Andrew Sanders
5917 Cottage Hill
Millington, TN 38053

Andrew Schuller
23 Deer Street PO Box 268
Russellton, PA 15076

Andrew Shertzer
1318 Hyde Park Dr
Lancaster, PA 17601

Andrew Shillinglaw
111 Westover Drive
Nashville, TN 37205

Andrew Slotman
160 Lawrence Place
Orchard Park, NY 14127

Andrew Steele
4651 Vera Cruz Road
Center Valley, PA 18034


Andrew Sterling Carmean
2001 Westheimer Road #548
Houston, TX 77098


Andrew Stone
1205 Perkins Lane
Franklin, TN 37069


Andrew T Flowers
608 Summit Ave
Glassport, PA 15045


Andrew T Hildreth
117 Bay Front Drive
Chapin, SC 29036


Andrew T Jones
14135 1 2 Akam Road
Corry, PA 16407

Andrew T Nieport
203 S Walnut St
New Bremen, OH 45869


Andrew Tanner
6017 Christina Drive
West Bloomfield, MI 48324


Andrew Titus Jr
1167 Middletown Road
Ridgway, PA 15853


Andrew Vieane
2375 S Cobblestone Court
Gilbert, AZ 85295


Andrew Vu
945 Quincy Avenue Apt 2
Scranton, PA 18510


Andrew W Oakes
214 Shaler Street
Pittsburgh, PA 15211

Andrew Wallace
1500 Bustleton Avenue
Southampton, PA 18966

Andrew Ward
4783 Baus Road
East Greenville, PA 18041

Andrew Weber
331 East Riverview Street
Bethlehem, PA 18018

Andrew Weihrauch
6640 Quincy Dr
Verona, PA 15147

Andrew Whateley
280 Foam Road
Millville, NJ 08332

Andrew Williams
222 Berkstone Circle
Harrisburg, PA 17112

Andrew Yost
720 Fifth Street
Lancaster, PA 17603




Andrew Z McBride
4255 Bis Road
Lancaster, OH 43130




Andris Niedra
105 Cypress Street
Beaver, PA 15009




Andrue Netcher
1678 Laurel Ridge Lane
Lawrenceville, GA 30043




Andy Blair
418 Cedar Dr
Elizabeth, PA 15037




Andy Blair
129 Dakota Avenue
Newmarket, MN 55054

Andy Hawanchak
130 Kingston Club Rd
Latrobe, PA 15650

Andy Hull
1815 Greenbush Street
Lafayette, IN 47904

Andy Kiefer
16657 12th Way
Phoenix, AZ 85048

Anecia Henry
800 Cedar Street Apt 41
Millville, NJ 08332

Anes Halimic
43781 Stoney Lane
Sterling Heights, MI 48313

Anett Stricker
1206 Eagles Rest Court
Spring Hill, TN 37174

Anette Lousky
213 14th Street
Lakewood, NJ 08701

Ang Li
300 W State Street  Apt J8
Athens, OH 45701

Angel Cardenas
13541 E 54th Ave
Yuma, AZ 85364

Angel Cruz
5156 Whitaker Avenue
Philadelphia, PA 19124

Angel D Wilson
918 Wilhelm Street
Pittsburgh, PA 15220

Angel Erazo Santa
308 E Howard Ave
Milwaukee, WI 53207

Angel Gonzalez Torres
158 Stone House Lane
Columbia, PA 17512

Angel J Ramos
409 McClellan St
Reading, PA 19611

Angel Kelley
854 Climax Street
Pittsburgh, PA 15210

Angel L Sanchez
345 Caravan Ct
Middletown, PA 17057

Angel Lara
8 Summer Creek Court
Irmo, SC 29063

Angel Lee
PO Box 367
Port Elizabeth, NJ 08348

Angel Lee Elridge
122 West Washington Avenue   Apt 2A
Dubois, PA 15801


Angel M Lawson
6139 Zachary Woods lane
Columbus, OH 43232


Angel M Richardson
5250 Stewart AVe  No2155
Las Vegas, NV 89110


Angel Marrero
4631 Rosehill Street
Philadelphia, PA 19120


Angel Ruiz
123 Green Street
Sellersvile, PA 18960


Angel Serrano
125 Montgomery Avenue
Wildwood, NJ 08260

Angel V Delacruz
117 East Andrews Ave
Wildwood, NJ 08260


Angela  Green
256 Cobb Hill Rd
Genesee, PA 16925


Angela  Lepore
1916 Evergreen Rd
Pulaski, PA 16143


Angela  Pearson
437 E Warrington Ave
Pittsburgh, PA 15210


Angela  Young
309 Latzer Avenue
Minerva, OH 44657


Angela A Venna
904 Spruce Street
Kulpmont, PA 17834

Angela Anderson
320 Old Hickory Bl
N Ashville, TN 37221


Angela Ann Woytowiez
1213 S 27th Street Apt #C
Altoona, PA 16602


Angela Bossons
1037 West Turner Floor 2nd
Allentown, PA 18102


Angela Bowden
1822 South Derexa Drive
Hamilton, OH 45011


Angela C Holloway
1165 Tiftonia View Rd
Chattanooga, TN 37419


Angela Callahan
12916 St Rt 534
Salem, OH 44460

Angela Canada
3113 W Edna
Wichita, KS 67213


Angela Chapman
2821 Stokers Lane North
Nashville, TN 37207


Angela Cisneros
13917 Lakewood Heights Boulevard
Cleveland, OH 44107


Angela Coryea
161 Vickerman Rd
Mercer, PA 16137


Angela D Anderson
614 Crestgate Place
Millersville, PA 17551


Angela Denise Bass
5009 Lochinvar
Memphis, TN 38116

Angela E Christian
216 West 22nd Avenue
Wildwood, NJ 08260


Angela Esh
28 Kimberly Avenue
New Providence, PA 17560


Angela Hampton
2120 Penn Place NE
Canton, OH 44704


Angela Homewood
1306 Summerville Avenue
Columbia, SC 29201


Angela K Lockhart
18680 Raymond St
Maple Heights, OH 44137


Angela K Pride
184 Miami Rd  PO 137
Rushsylvania, OH 43347

Angela K Pride
PO Box 137
Rushsylvania, OH 43347

Angela Krum
5609 Ritter Lane
Las Vegas, NV 89118

Angela L Kuerner
263 E 30th Street
Erie, PA 16504

Angela L Phillippy
528 Oak Grove Road
Pine Grove, PA 17963

Angela L Sanchez
1701 East Broad St
Millville, NJ 08332

Angela L Trammel
1180 Easthill St SE
North Canton, OH 44720

Angela Lax
7510 E Thomas Road
Scottsdale, AZ 85251

Angela Lee Holcombe
105 Sessions Dr
Aiken, SC 29803

Angela Lester
5959 Colchester Dr
Hermitage, TN 37076

Angela Lockhart
4429 Green Rd
Warrensville Heights, OH 44128

Angela Lukich
7340 Cayman Way Apt 7
Maineville, OH 45039

Angela Lutz
335 E. Maple Avenue
Langhorne, PA 19047

Angela M Gunshore
2419 Pepper Tree Dr
Erie, PA 16510

Angela M Lupo
2504 E Chester Drive
Chandler, AZ 85286

Angela M Mahkovic
3008 Turk Street
Claridge, PA 15623

Angela M Miklavic
108 Colonial Way
Canonsburg, PA 15317

Angela M Nimon
834 Beck Road SE
Lancaster, OH 43130

Angela M Ross
173 Brian Circle
Antioch, TN 37013

Angela M Sims
2402 E Fifth Street #1621
Tempe, AZ 85281

Angela Mara
3114 Tower Hill Drive
Akron, OH 44319

Angela Maria Gaviria
1626 Northampton Street
Easton, PA 18042

Angela Marie Huff
1404 Decker Street
Jefferson Hills, PA 15025

Angela Marie Zech Blakey
25324 S 182nd Place
Queen Creek, AZ 85242

Angela Mease
113 Buckley Drive
Harrisburg, PA 17112

Angela Millican
2238 Waynesburg Drive SE
Canton, OH 44707

Angela Mills
2476 E Garfield Rd
New Springfield, OH 44443

Angela N Williams
6635 Reedy Creek Road
Bristol, VA 24202

Angela P Bennett
921 S Confederate
Rock Hill, SC 29750

Angela Peltier
2177 Shenandoah Dr
Troy, OH 45373

Angela Pettigrew
2693 E 126th Street
Cleveland, OH 44120

Angela R Metz
3235 17th Street
Allentown, PA 18104

Angela Rain
92 Second Street
Whitney, PA 15693

Angela Ricks
4927 Cane Savannah Road
Wedgefield, SC 29168

Angela Riley
53 Bayberry Lane
Willingboro, NJ 08046

Angela Rutan
PO Box 124
Zanesfield, OH 43360

Angela S Crosby
17179 Hartsough Rd
Laureville, OH 43135

Angela S Magann
129 Lincoln Place
Urbana, OH 43078


Angela Sposito
172 Foxwood Rd
Coraopolis, PA 15108


Angela Stocker
141 Hunters Mill Drive
West Columbia, SC 29170


Angela Torres
3422 North 12th Park
Phoenix, AZ 85014


Angela Trout
433 South 9th Street
Akron, PA 17501


Angela Vincent
189 Ned Williams Road
Kershaw, SC 29067

Angela Washington
8602 E Old Spanish
Tucson, AZ 85710


Angela Whitson
2691 Two Ridge Avenue
Lancaster, OH 43130


Angeles U Lopez
PO Box 6132
San Luis, AZ 85349


Angelia J Van Vranken
5113 Glen Carron Drive
Nashville, Tn 37220


Angelica D Noel
7394 Country View Dr
Harrisburg, PA 17117


Angelica Maya
PO Box 4707
San Luis, AZ 85349

Angelina Belenkaya
557 Beddington Circle
Manheim, PA 17545

Angelina Joy Hein
36 Argali Lane
Mechanicsburg, PA 17055

Angelina Valentine
213 Florence Drive
Uniontown, PA 15401

Angeline Cortese
439 Lee Drive
Pittsburgh, PA 15235

Angeline T Dioguardi
39 West Third Street
The Plains, OH 45780

Angelique Leizerowicz
1960 W Marshall Street
Norristown, PA 19403

Angelita D Wright
121 Mohawk Trail Drive
Pittsburgh, PA 15235


Angelito V Espisioco
740 Kelso Way
Las Vegas, NJ 89107


Angelitta A Floyd
434 5th AVe
Coraopolis, PA 15108


Angelo Cuomo
509 Hertitage Lane
Murrysville, PA 15668


Angelos Angelakis
116 Stonemont Dr
Irmo, SC 29063


Angie  Young
422 New Street
Sidney, OH 45365

Angie Jastrzebski
70 Main Boulevard
Ringtown, PA 17967


Angie Lancaster
3056 E Wahalla Lane
Phoenix, AZ 85050


Angie Page
6312 Holly Trace Way
Nashville, TN 37221


Angie Saxton
202 Lenox Avenue
Pittsburgh, PA 15221


Angie Torp
5006 Buck Creek Road
Floyds Knob, IN 47119


Angus Thomson
307 Cornwall Drive
Pittsburgh, PA 15238

Anibal Vernacchio
140 Meadow Lane
Philadelphia, PA 19154

Aniceta Garcia
437 Idlewood Dr
Pittsburgh, PA 15236

Anirudh Chawdani
9 Greenwood Drive
Hopkinton, MA 01748

Anirudha Jayanth
1256 E Parkwood
Sidney, OH 45365

Anishi Scott
105 Water Stone Way
Goose creek, SC 29445

Anissa  Fetchen
301 McGan St
Dupont, PA 18641

Anita  Griffith
6257 Cortelyou
Cincinnati, OH 45213

Anita Adkins
1621 Montrose Street
East Liverpool, OH 43920

Anita Collin
5906 State Route 288
Galion, OH 44833

Anita Fehn
2822 Allenford Drive SE
Canton, OH 44707

Anita Gribble
8711 Hooper Street
Murfreesboro, TN 37127

Anita K Sharrock
103 Ramona Ave
Newark, OH 43055

Anita L Lamancusa
954 Cornell Avenue
Youngstown, OH 44502


Anita Lynn Rolih
1388 Potomac Court
Carol Stream, IL 60188


Anita M Blue
4702 Bataan Avenue
Clairton, PA 15025


Anita M Buerkle
165 Stoney Springs Road
Greensburg, PA 15601


Anita N Mitchell
1307 Kirkpatrick Ave
N Braddock, PA 15104


Anita Padelsky
319 Mitchell Avenue
Hagerstwon, MD 21740

Anita Shull
164 Glenbrook Deive
Glenwood, IA 51534


Anita Smith
6912 Delorean Circle
Las Vegas, NV 89108


Ann  Ancona
699 Castle Blvd
Akron, OH 44313


Ann  Stephens
3907 James Road
Memphis, TN 38128


Ann  Trout
2599 Hebbardsville Rd
Albany, OH 45710


Ann Brothers
2130 Golf Club Lane
Nashville, TN 37215

Ann Chew
762 White Horse
Trenton, NJ 08610

Ann H Cunningham
14651 Jago Valley Road
Amesville, OH 45711

Ann Johnson
43549 Angela Drive
Vinton, OH 45786

Ann K Eubank
301 Royal Oaks Boulevard Apt 2706
Franklin, TN 37067

Ann Konieczny
2051 Bergey Road
Hatfield, PA 19440

Ann L Roberts
2208 18th Avenue South
Nashville, TN 37212

Ann M Bush
205 S Market Street
Schaefferstown, PA 17088

Ann M McKee
3715 Oakview Drive
Girard, OH 44420

Ann M McManis
3523 Parkline Avenue
Cincinnati, OH 45208

Ann Marie Engle
136 Willow Street
Newmanstown, PA 17073

Ann Marie Hamilton
5303 E. Twain Avenue SPC144
LAs Vegas, NV 89122

Ann Masciulli
204 Lake Hills Lane
Traverlers Rest, SC 29690

Ann Masley
13910 Clairdon Troy
Burton, OH 44021


Ann Peterson
18541 Mary Ann Way
Queen Creek, AZ 85242


Ann Ritsick Fox
504 Langans Road
Pittston, PA 18640


Ann Sedlemeyer
16 Easy St
Indiana, PA 15701


Ann Ship
3701 Woodllawn Dr
Nashville, TN 37215


Ann Szedon
512 Elmira Street Box 485
Monongahela, PA 15063

Ann Terrell Fussell
6322 Chickering Woods Drive
Nashville, TN 37215


Ann Wright
4937 14th Street SW
Canton, OH 44710


Ann Zimmerman
1410 North Eighth Street
Lebanon, PA 17046


Anna  Elliott Douglass
1705 Lincoya Bay Drive
Nashville, TN 37214


Anna  Vangeli
1382 Steven Lane
Lansdale, PA 19446


Anna Andrejko
9871 West Moccassin Tr
Wexford, PA 15090

Anna C James
4220 Wilmot Avenue
Columbia, SC 29205


Anna Carbajal
1213 E Chambers Street
Phoenix, AZ 85040


Anna Deimler
5 Jefferson St
Duncannon, PA 17020


Anna Hunter
1025 Steeple Ridge Road
Irmo, SC 29063


Anna Intrigila
241 N Ninth Street Apt 2
Allentown, PA 18102


Anna J Dolan
39051 A State Highway 77
Centerville, PA 16404

Anna J Parkes
108 Kathleen Street
Pittsburgh, PA 15211


Anna Kravchenko
5955 Cantwell Drive
Mayfield Heights, OH 44124


Anna L Conte
16 East Madison Avenue
New Castle, PA 16102


Anna M  Bell
1185 Sixth Avenue
Freedom, PA 15042


Anna M Eichert
408 S State St  Apt Rear
Newton, PA 18940


Anna M Nicholls
10734 State Route 45
Lisbon, OH 44438

Anna M Ours
1405 Eighth Avenue
Beaver, PA 15009


Anna Marie Canton
10 Denton Avenue  Apt 2
DuBois, PA 15801


Anna Marie Krug
1978 E Desert Moon Trail
Queen Creek, AZ 85243


Anna ONeal
6033 Murray Lane
Brentwood, TN 37027


Anna Pierce
127 East Copley
Emporia, KS 66801


Anna Steel Clark
119 Francis Avenue
Wayne, PA 19087

Annabel  Flores
471 Fern St
Somerton, AZ 85350


Annalissa Y Ferrer
207 West Chestnut
Shamokin, PA 17872


Anne  Stratford
589 Park Hill Drive #15
Fair Lawn, OH 44333


Anne Alexdrov
16410 East Emerald Drive
Fountain Hills, AZ 85268


Anne B Kirk
7928 Nolensville Road
Arrington, TN 37014


Anne Chaloupka
2769 Blue Spruce Dr
Green Bay, WI 54311

Anne Clark
1384 Hepatica Street
Blacklick, OH 43004


Anne Deborah Trotter
3227 Unruh Avenue
Philadelphia, PA 19149


Anne Delacruz
3916 Diamond Ridge Street
Las Vegas, NV 89129


Anne Eichvalds
2 O W Road
Bangor, PA 18013


Anne Imhoff
400 East Hamilton St   Apt 2nd Floor
Allentown, PA 18109


Anne Marie Balboa
9286 E Wood Drive
Scottsdale, AZ 85260

Anne Marie Depree Ferzian
6520 Swiss Hill Court
Dayton, OH 45459


Anne Nichols Crawford
32 Timberidge Drive
Clover, SC 29710


Anne P Langeler
5747 Lower Mountain Rd  PO Box 492
New Hope, PA 18938


Anne Subotich
2067 E Powell Place
Chandler, AZ 85249


Anne Swensen
1050 Partridge Road
Spartansburg, SC 29302


Anne Talley
12430 N 19th Avenue
Phoenix, AZ 85001

Anne Whelan
3873 Blake Rd
Huntingdon Valley, PA 19006

Annetta Cortez
576 S Waterloo Road
Devon, PA 19333

Annetta L Ashley
1700 Grimes Road
Mansfield, OH 44903

Annetta M Whitecavage
389 W Main St
Girardville, PA 17935

Annette  Fauth
205 Arlington Dr
Canonsburg, PA 15317

Annette C Ross
5601 Wakeshire Court
Trotwood, OH 45426

Annette Davis
9906 Johnson Point Rd NE
Olympia, WA 98516

Annette Faulkner
2129 Clarendon Ave.
Canton, OH 44706

Annette Frengel
1812 Grove Ave
New Castle, PA 16101

Annette Gaines Butler
931 Pineland Street
Vance, SC 29163

Annette Jackson
957 Filmore Harris Rd
Pleasant View, TN 37146

Annette L Rader
337 Ridgemere Way
Lancaswter, OH 43130

Annette M Woods
1658 Hallowell St
Pittsburgh, PA 15210

Annette Nelson
532 Lillie St
Chillicothe, OH 45601

Annice Lewis
64 A. Main St
Daisytown, PA 15427

Annie Blanche Nguimzong Sonna
6360 SE Sigrid St
Hillsboro, OR 97123

Annie J Hnath
123 Willowwood Drive
Emporium, PA 15834

Annie Redd
697 Spring Street
Memphis, TN 38112

Annie Slater
PO Box 116
Canadian, OK 74425

Annie W Wicker
617 Wicker Drive
Newberry, SC 29108

Annmarie  Franoni
7343 Frontenac St
Philadelphia, PA 19111

Anshanette Hazle Davis
2172 Old Riley St
Orangeburg, SC 29118

Anthea L Cassidy
3038 Sawdust Lane
Dublin, OH 43017

Anthonia N Nnamani
198 King Williams Street
Newark, DE 19711

Anthony  DiMartino
27 Hampton Grn
Staten Island, NY 10312


Anthony  Elliott
22855 Vasilios Ct
Novi, MI 48374


Anthony  Guy
8046 Armen Avenue
Kettering, OH 45432


Anthony  Morgan
4139 Creston Road
Crossville, TN 38571


Anthony  Moscato
915 Walnut Grove Lane
New Waterford, OH 44445


Anthony  Odinkemere
1344 Princeton AVe
Trenton, NJ 08638

Anthony  Phillips
269 Noah Drive
Franklin, TN 37064


Anthony  Reckman
6482 Olde York Rd
Parma Heights, OH 44130


Anthony  Ricco
2106 Leckrone RD1
Masontown, PA 15461


Anthony  Wallace
6790 Oak Forest
Olive Branch, MS 38654


Anthony & Johnnie Barnette
4952 Bluff City Hwy
Bluff City, TN 37618


Anthony Abromavich
6992 Hamilton Road
Mendon, OH 45862

Anthony Acosta
621 Ridge Avenue
Allentown, PA 18102


Anthony Adams
1545 Maria Court
Fernley, NV 89408


Anthony Alcorn
90 Martsville Lane
Piqua, OH 45356


Anthony Allen
13311 Oddom Ct
Cypress, TX 77429


Anthony Ashman
2723 Shady Run Rd
Youngstown, OH 44502


Anthony B  Williams
2998 Shannon Street
Memphis, TN 38108

Anthony B Evans
928 Georgie Street
Derby, KS 67037


Anthony B Henry
319 Leedy Road
Spring Grove, PA 17362


Anthony Ball
1960 Oaklake Drive
Watkinsville, PA 30677


Anthony Barnat
1750 Pierce Street
Aliquippa, PA 15001


Anthony Batchelor
1500 RedSchoolhouse Rd
Osceola Mills, PA 16666


Anthony Benegasi
2425 Ridgewood Court
New Castle, PA 16101

Anthony Bongi
1501 Little Gloucester Road
Blackwood, NJ 08012


Anthony Bonventre
1845 Palm Cove Blvd Unit 201
Delray Beach, FL 33445


Anthony Bordonaro
431 Chestnut St
Greensburg, PA 15601


Anthony Brown
504 Bentley Street
Dayton, OH 45404


Anthony C Barranco
103 North Elm St
Clarksville, IN 47129


Anthony C Dalfonso
165 Shilo Drive
Belle Vernon, PA 15012

Anthony C Morgan II
7113 Mauford Dr
Dayton, OH 45424


Anthony C Muller
6155 E Horseshoe Road
Paradise Valley, AZ 85253


Anthony C Shack
2844 Pickle Road #162
Oregon, OH 43616


Anthony C Stelluto
76 Mallory Road
Tonawanda, NY 14150


Anthony Cartiglia
306 Norton Road
Stroudsburg, PA 18360


Anthony D Cugini
6508 Norwalk Road
Medina, OH 44256

Anthony D Howard
607 Willow Street
Reinholds, PA 17569


Anthony Davis
9825 Cincinnati Zanesville Road
Amanda, OH 43102


Anthony Devita
484 Center Ave
Cerona, PA 15147


Anthony Dinnzio
1023 Clark Street
Lancaster, PA 17602


Anthony Dominick Zirilli
8840 Brocklehusrt St
Philadelphia, PA 19152


Anthony Dwayne Hollingsworth
741 Willis Gap Road
Ararat, VA 24053

Anthony Eckley
120 E Bacon Street
Pottsville, PA 17901


Anthony F Williams Jr
3469 Trimble Ave
Cincinnati, OH 45207


Anthony Filiberti
2244 Kingsgate Lane
Mt Pleasant, SC 29466


Anthony Fiorenzo
558 Forest Avenue
Pittsburgh, PA 15202


Anthony Fuccaro
131 Baker Drive
Clairton, PA 15025


Anthony Garrison
6634 Bentcreek Drive
Charleston, SC 29420

Anthony Guido
123 Willow Village Drive
Pittsburgh, PA 15239

Anthony Harney
2339 Spear Ct
Auburn, PA 17922

Anthony Henry
313 West 8th St
Wellston, OH 45692

Anthony High
3100 South Nevel Circle
Huntsville, AL 35810

Anthony Iovino
134 Suhan Drive
Irwin, PA 15642

Anthony J Bougis
806 West Main St
Lancaster, OH 43130

Anthony J Fischione Jr
517 Springwood Dr
Verona, PA 15147


Anthony J Haupt
24486 Huber Hitler Rd
Circleville, OH 43115


Anthony J Kaydo
24 Grant Street   PO Box 394
New Salem, PA 15468


Anthony J Monteparte
1 Caldwell Dr
Jeannette, PA 15644


Anthony J Moon
116 Heathersett Drive
Franklin, TN 37640


Anthony J Ricci
PO Box 4148  106 Main St
Seltzer, PA 17974

Anthony J Sedlak
1101 Downs Boulevard #88
Franklin, TN 37064


Anthony J Shinsky
2215 Walnut Bottom Rd
York, PA 17408


Anthony J Solic
2806 Center Road
Poland, OH 44514


Anthony J Tiano III
37 Jolly Lane
Levittown, PA 19055


Anthony J Zumbo
691 Moreland Drive
Pittsburgh, PA 15243


Anthony Jackson
2971 Paxton Road
Shaker Heights, OH 44120

Anthony Jones
5040 Nellis Oasis  #1011
Las Vegas, NV 89115


Anthony Kalabat
2525 Telegraph Rd  Ste 104
Bloomfield Hills, MI 48302


Anthony L Derenzo
508 Washington St  Apt 6A
Shoemakersville, PA 19555


Anthony L Jakicic
203 Bon Air Avenue
Pittsburgh, PA 15210


Anthony L Olenar
4384 County Rd 1
Rayland, OH 43943


Anthony Lee Finn
4435 W Saint Anne Avenue
Laveen, AZ 85339

Anthony Lehman
1268 Todd Lane  Apt B
Troy, OH 45373

Anthony Lewayne Mauldin
419 Capers Drive
Ladson, SC 29456

Anthony M Anguilli
4808 Verma Road
Verona, PA 15147

Anthony M Bordonaro
1898Meade AVe
New Kensington, PA 15068

Anthony M Cairns
313 Hillside Road
Elizabethtown, PA 17022

Anthony M Carrozzi
120 Penn Pleasant Drive  Apt 18
Verona, PA 15147

Anthony M Joseph
5365 Cradle River Ct
Indianaopolis, IN 46221


Anthony M Miller
521 Tripoli St
Pittsburgh, PA 15212


Anthony M Tedesio
423 E Franklin Avenue
West Berlin, NJ 08091


Anthony Machi
2288 Cramden Road
Pittsburgh, PA 15241


Anthony Marshall
118 Columbia Avenue
Whitesboro, NJ 08252


Anthony Martin
108 E White Oak St
Lake Waccamaw, NC 28450

Anthony Mayer
13203 Watkins Road
Marysville, OH 43040

Anthony McKimey
6891 Dodge Road
Rome, OH 44085

Anthony Merkel
2455 Cedar Street
Spring City, PA 19475

Anthony Miklausic
1428 Walter Avenue
Pittsburgh, PA 15209

Anthony Minio
PO Box 681
Finksburg, MD 21048

Anthony Orozco
4821 S 35th Drive
Phoenix, AZ 85041

Anthony P Montalbano
26315 N 160th Ave
Surprise, AZ 85387


Anthony Paris
1201 Amy Avenue
Erie, PA 16504


Anthony Polselli
673 W Raven Drive
Chandler, AZ 85248


Anthony Prater
6540 Cape Petrel Street
North Las Vegas, NV 89084


Anthony R Caprio
665 Stumptown Rd
Osceola Mills, PA 16666


Anthony R Clark
549 Woodmere Drive Apt 3
New Stanton, PA 15672

Anthony R Peters
10835 Buzzards Glory Rd
New Lexington, OH 43764

Anthony R Powell
2408 Arbor Oaks Drive
Arlington, TX 76006

Anthony Rizzello
34 Eaton Court
Newtown, PA 18940

Anthony Rizzuto
49 Grace Ave
Schuykill Haven, PA 17972

Anthony Robinson
4500 South Brookline
Oklahoma City, OK 73119

Anthony S Manero Jr
115 Diamond Street
Sellersville, PA 18960

Anthony Sebastiani
301 Timber Run Dr
Canfield, OH 44406


Anthony Slater
654 Anson Drive
Columbia, SC 29229


Anthony Spano
136 Second Avenue
New Eagle, PA 15067


Anthony Spicer
1102 Union Station Road
Granville, OH 43023


Anthony Stafford
5995 Dunlap Road
Cincinnati, OH 45252


Anthony T Girard
7780 Stanhope Kellogsville Road
Williamsfield, OH 44093

Anthony T Holder
640 Clay Starks Road
Woodburn, KY 42170


Anthony T Magnano
4848 N 36th Street   Unit 118
Phoenix, AZ 85018


Anthony T Parisi
3383 Northbrook
Cuyahoga Falls, OH 44223


Anthony Thomas Pennington
418 Weaver Street
Clearfield, PA 16830


Anthony V Montanari
1218 Hemlock St  302B
WPAFB, OH 45433


Anthony Venetucci
433 Boston Post Road
Westbrook, CT 06498

Anthony W Anderson
218 Cedardale Ave
Villas, NJ 08251


Anthony W Drennan
8587 Robbins Loop Drive
Reynoldsburg, OH 43068


Anthony W Parsons
7602 Johntimm Court
Dublin, OH 43017


Anthony W Pearson
306 Maxwell Street Apt 9
Pittsburgh, PA 15205


Anthony W Richards Sr
33 Broad Street
Glouster, OH 45732


Anthony Waldon
5744 N. 44th Ave
Glendale, AZ 85301

Anthony Washington
PO Box 12214
Overland Park, KS 66282


Anthony Whitford
408 B North 7th Street
Rio Grande, NJ 08242


Anthony Williams
436 Gwinhurst Road
Knoxville, TN 37934


Anthony Williams III
369 Mayor Lane
Felton, DE 19943


Anthony Zacklene
1013 Howell Street
VVandergrift, PA 15690


Anthony Zelsnack
95 W Kessler Cowlesville Road
Tipp City, OH 45371

Antinique Noble
6037 Hoover Drive
Mayslanding, NJ 08330

Antionette Jackson
725 Jefferson Road
Pittsburgh, PA 15235

Anto Palinic
7256 Andover Drive
Mentor, OH 44060

Antoine Burrell
117 Summer Woods Way
Owings Mills, MD 21117

Antoine Gibson
109 Valley Park Drive
Turtle Creek, PA 15145

Antoine McLeod
1212 Metze Road
Columbia, SC 29210

Antoine Shelvin
5 Colin Kelly Dr
Riverside, OH 45431

Antoine Williams Sr.
1249 Mohler Street
Pittsburgh, PA 15208

Antoinette Botta
3512 Lacebark Pine Street
Las Vegas, NV 89129

Antoinette Cooley
2027 Ridge Road
Jeanette, PA 15644

Antoinette J Cain
849 Seventh
Coraopolis, PA 15108

Anton A Langelaar
7702 W Westcott Dr
Glendale, AZ 85308

Anton Hajny
4994 Highway 70 North
Crossville, TN 38555

Anton Leuken III
10166 S Burnsby Lane
South Jordan, UT 84095

Anton Santucci
11220 Rice Creek Rd
Riverview, FL 33569

Antonda Romero
5120 Roxborough Dr
Hermitage, TN 37076

Antonia F Ferguson
210 Mayfair Rd
Nashville, TN 37205

Antonia Malito
4920 Conrad Road
Erie, PA 16510

Antonietta Y Jenkins
923 Dueber Avenue SW
Canton, OH 44706

Antonina Hernandez
1021 Liberty Hill Road  Lot 4
Morristown, TN 37814

Antonino  Amato
32 Banbury Road
Hummelstown, PA 17036

Antonio Amato
288 E Main Street
Humm, PA 17036

Antonio B Barnett
4071 Vern Dr
Madisonville, KY 42431

Antonio Barkley
501 Pelham Drive Apt 303
Columbia, SC 29209

Antonio D Barnett
4281 Rolling Hills Drive
Brunswick, OH 44212


Antonio Garcia
265 Villa St
San Luis, AZ 85349


Antonio J Delgado
13422 E Telegraph Road
Whittier, CA 90605


Antonio J Lucchetto
247 Highway 12
Flemington, NJ 08822


Antonio Martinez
5437 E Thunderbird Street
Scottsdale, AZ 85254


Antonio Medel
2015 S 46th Drive
Yuma, AZ 85364

Antonio Melendez
534 W Luray Street
Philadelphia, PA 19140

Antonio Munoz
4069 El Segundo Ave
Las Vegas, NV 89121

Antonio Murillo
207 Lake Front Road
Townville, SC 29689

Antonio Ramirez
315 N Jimmy D Messer St
Tolleson, AZ 85353

Antonio Serrano
2684 Hill Road
Sellersville, PA 18960

Antonio T Griese
408 Castner Avenue
Donora, PA 15033

Antony  Smith
125 West St
Moncks Corner, SC 29461

Antoyne Evans
3147 S Southwind Drive
Gilbert, AZ 85295

Antwain Feaster
13 East 17th Street
Ocean city, NJ 08226

Antwan Leary
40 General Greene Ave
Trenton, NJ 08618

Antwan Powels
5335 Weatherford Drive
Los Angeles, CA 90008

Anup K Popat
2702 Ashburton Court
Rochester Hills, MI 48306

Anurag Agrawal
2898 Aurora Ave Apt 48
Boulder, CO 80303


April  Russell
8 Main Street PO Box 255
Newburg, PA 17240


April Beatty
1100 Woodlane Drive NE
Lancaster, OH 43130


April Bermudez
2310 Elliot Avenue  Unit 411
Nashvillet, TN 37204


April Bliven
4819 196th Place NE
Arlington, WA 98223


April Boring
1410 Baum Road SE
Canton, OH 44707

April C Duke
5514 Thurlow Cove
Arlington, TN 38002

April Chantall Payson
3687 Chisolm Rd
Johns Island, SC 29455

April D Wilson
7928 Hoy Court
Cincinnati, OH 45231

April Dill
7005 Lennox Village Drive  Unit C 12
Nashville, TN 37211

April Foster
2510 Inlet Spring Avenue
North Las Vegas, NV 89031

April Golden
303 Sweitzer Road
Mt Pleasant, PA 15666

April Janda
1160 Killian
Akron, OH 44312


April L Moore
3087 Meadowbrook Court
Gibsonia, PA 15044


April L Perez
6019 Rock Cliff Street
Verona, PA 15147


April L Rolls
6715 Delilah Rd House
Egg Harbor, NJ 08234


April L Watson
115 S Jones Street
Clinton, SC 29325


April M Ballentine
77 Silicate Way
Elgin, SC 29045

April M Fox
4757 Wild Iris Drive Apt 201
Myrtle Beach, SC 29577


April Markley
6394 Jefferson Ave
Mays Landing, NJ 08330


April Palhofski
2132 Johnston Avenue
Bethlehem, PA 18015


April Pittis
5750 Wolf Run Rd
Dennison, OH 44621


April Pottenger
1606 Cornish Rd
Troy, OH 45373


April R Zimmerman
333 Perry Street
Columbia, PA 17512

April Rice
5 Brisbane Drive
Ft Inn, SC 29644

April Riggins
8777 E Camino Del Monte
Scottsdale, AZ 85255

April Thornton
4934 West Corrine Drive
Glendale, AZ 85304

Arabia Robinson
6012 McMillan Circle
Columbia, SC 29212

Aranzazu B Nacu
3918 Pointe Decatur
N Las Vegas, NV 89032

Aravinda Baba Duggirala
333 Buckthorne Drive
Lexington, SC 29072

Araya B Gebremeskel
798 Ashler Court
Columbus, OH 43235




Archie Castle
216 Tater Hill Road
Zionville, NC 28698




Archie Williams
584 Hampton Road
Millrun, PA 15464




Arevenise Melton
1242 N. Stewart Road
MAnsfield, OH 44903




Argentina B Miller
1900 12 Oro Dam Boulevard #120
Oroville, CA 95965




Arian Foster
2335 Cold Stream Ave NE
North Canton, OH 44721

Ariana Renich
10 Lanning Avenue
Pennington, NJ 08534


Ariazna A Gonzalez
419 Barclay Ave
Morrisville, PA 19067


Aric S Glass
1576 Santa Barbara Drive
Lancaster, PA 17601


Ariel  Kuperminc
2468 Matterhorn Drive
Wexford, PA 15090


Ariel Shaw
2945 Cruise Road 1304
Lawrenceville, GA 30044


Arileyda Minaya
4522 E Stille St
Philadelphia, PA 19124

Ariss L Sanfillipo
3631 Manillo Dr
Westerville, OH 43081


Arjola Hizmo
1297 W Broad Street
Columbus, OH 43222


Arkadivsz W Kmiotek
8474 98th Street  Apt 1
Woodhaven, NY 11421


Arky Muscato
9601 W Cielo Grande
Peoria, AZ 85383


Arlen Blankenship
12 W Walnut Street  PO Box 2
Shiloh, OH 44878


Arlene C Anderson
247 Audubon Road
N Kingstown, RI 02852

Arlene Cain
7230 Meade St
Pittsburgh, PA 15208

Arlene Fish
932 Griselda Dr
Marysville, TN 37803

Arlene Lynch
8136 Blind Brook Ct
Columbus, OH 43235

Arlene Morse
3539 Powers Way
Youngstown, OH 44502

Arlene Ramos Cruz
526 Tulpehocken Street
Reading, PA 19601

Arlene Van Horn
113 Ponderosa Drive
Ladson, SC 29456

Arlin Hackman
508 Lansdale Avenue
Lansdale, PA 19446


Arline Dean
1751 Fifth Avenue
Ewing, NJ 08638


Arlo Benjamin
4352 Stanton Avenue
Pittsburgh, PA 15201


Armando  Fox Jr
67 Habersac Ave
Pataskala, OH 43062


Armando Betancourt
3447 B Street
Philadelphia, PA 19134


Armando Chavina
125 South 10th Avenue Apt 54
Yuma, AZ 85364

Armando Roman
6427 E Gold Dust Avenue
Scottsdale, AZ 85253


Armella W Smith
1300 Windover Lane
West Memphis, AR 72301


Arnaldo Caraballo Garcia
115 West Douglass Street
Reading, PA 19601


Arnie Shapiro
1751 Brookwood Drive
Akron, OH 44313


Arnold  Roman
1716 Shackleford Rd
Nashville, TN 37215


Arnold Alster
6601 Sterrettania Rd  No 14
Fairview, PA 16417

Arnold Apodaca
18832 North 52nd Avenue
Glendale, AZ 85300


Arnold Fry
250 Hemmingway Lane
Fort Mill, SC 29708


Arnold Klein M.D.
435 North Roxbury Drive #204
Beverly Hills, CA 90210


Arnold L Baer
240 Park Avenue
Columbiana, OH 44408


Aron L Kaufman
1473 Parkside Drive
Lakewood, NJ 08701


Arron Huff
1 Arlington Ct
Dalton, OH 44618

Arther Gilliam
4317 Forestridge Blvd
Dayton, OH 45424


Arthur A Hughes
707 Ohio River Boulevard Apt 201
Pittsburgh, PA 15202


Arthur Alanis
1200 W. Cheyenne #2055
N. Las Vegas, NV 89030


Arthur Anderson
1225 Reuter Ranch Rd
Roseville, CA 95661


Arthur Corbin
2306 Marsh Lake Court
Charleston, SC 29414


Arthur D Williams
4800 Cottonport Road
Decatur, TN 37322

Arthur DeTomaso
719 Blue Jacket Drive
Fort Recovery, OH 45846

Arthur Diamond
1750 S Belvoir Blvd
S Euclid, OH 44121

Arthur Doak
2807 Blakemore Avenue
Nashville, TN 37212

Arthur Eddy
1607 North 4th Street Apt P
Columbus, OH 43201

Arthur Escueta
1722 Hillmont Drive
Nashville, TN 37215

Arthur Ewell
1334 Misty View Ct
N las Vegas, NV 89031

Arthur Flores
12331 W Alvarado Road
Avondale, AZ 85323

Arthur Glynn
5417 Campglen Drive
Colorado Springs, CO 80906

Arthur Gotthardt Jr
123 East Phillips Street
Coaldale, PA 18218

Arthur H Trout
5 South Plains Road
The Plains, OH 45780

Arthur Haines
100 Merion Rd.
Cherry Hill, NJ 08002

Arthur Howard
114 Windsor Road
Savannah, GA 31419

Arthur J Brown
969 Third Avenue
New Kensington, PA 15068

Arthur J Decou
1181 Steinbeck Way  Apt A
Fairborn, OH 45324

Arthur J Griffin
1702 Willow Avenue
Baltimore, MD 21204

Arthur L T Rivers Jr
6710 Maybank Highway
Wadmalaw Island, SC 29487

Arthur L Williams II
809 Vivians Way
Brentwood, TN 37027

Arthur Logan
652 Old Pebblehill Road
Doylestown, PA 18901

Arthur M Reuther
6420 Harding Rd
Nashville, TN 37205

Arthur O'Neill
28203 North 108th Way
Scottsdale, AZ 85262

Arthur Parks
1402 Lexington Circle
Springdale, AR 72762

Arthur Pietrafesa
86 Wexford Dr
Granville, OH 43023

Arthur R Jordan Jr
41 Stockett Rd
Morgantown, WV 26508

Arthur Rayba
169 North Main St
Carrolltown, PA 15722

Arthur Reuther
6420 Harmony Road
Nashville, TN 37205


Arthur Sanders
51 Towne Commons Way No 23
Cincinnati, OH 45215


Arthur W Jordan Jr
6021 Valley Brook
Monroe, OH 45050


Arthur Whitehead
32312 Wisner Street
Hanoverton, OH 44423


Arthurea Trader
1729 Belleau Drive #36
Pittsburgh, PA 15212


Artie Perry
201 Commerce Ct
Duncan, SC 39334

Artur A Valeev
21039 W Madre Del Oro
Wittmann, AZ 85361


Arturo Gonzalez
333 Whitman Street
Las Vegas, NV 89110


Arturo Juarez
611 S Sixth Street
Reading, PA 19602


Arturo Y Logan
5682 E Sandra Ter
Scottsdale, AZ 85201


Arun  Shanbhag
26375 Halsted Rd  #162
Farmington Hills, MI 48331


Arun Ramachandran
310 Elan Village Lane  Apt 415
San Jose, CA 95134

Arvel Keeton
825 Brandenburg Drive
Florenece, AL 35634

Aryn Danner
25856 W Crown Ridge Road
Buckeye, AZ 85326

Asa Allen
3801 Granny White Pike
Nashville, TN 37204

Asa Hayes
10521 Brickhall Lane
Soddy Daisy, TN 37379

Asa Pickett Jr.
14750 Kimberly Road
Nelsonville, OH 45764

Ash Wiggins
4522 Smithfield Street
Shadyside, OH 43947

Ashden Crocker
2270 Schell Street
Sexton, PA 16678


Ashia Craft
4032 Wisdom Way
Smyrna, TN 37167


Ashlee Calloway
408 Dearborne Avenue
Blackwood, NJ 08012


Ashlee M Bungard
210 Woodview Terrace
Uniontown, PA 15401


Ashley A Fox
1651 Parkline Dr  Apt D
Pittsburgh, PA 15227


Ashley A Kosciolek
922 N Berks Street
Allentown, PA 18104

Ashley A Sauers
639 Deep Creek Road
Hegins, PA 17938


Ashley Almand
707 Windsor Park Ln
Hendersonville, TN 37075


Ashley Bakemeier
12705 W Bloomfield Rd
El Mirage, AZ 85335


Ashley Baldridge
1535 Washington N. Rd.
Mansfield, OH 44903


Ashley Blair
740 Rustic Desert Place
Henderson, NV 89011


Ashley Bolton
2842 Georgetown No 3
Memphis, TN 38118

Ashley Bullock
5184 Broomsedge Dr
Dayton, OH 45431


Ashley Cardell
3001 Delmar Avenue
Edgemere, MD 21219


Ashley Christine Falls
6427 MC Ilwaine Road
Huntersville, NC 28078


Ashley Collier
1726 Arlin Apt H
Fairborn, OH 45324


Ashley Cooper
624 North 67th Street
Philadelphia, PA 19151


Ashley Craven
416 Saint Joseph Street
Pittsburgh, PA 15210

Ashley E Artigas
201 W 114th Street
Kansas City, MO 64114

Ashley E Stephens
817 34th Street
Vienna, WV 26105

Ashley Fortenbury
39119 N Tenth Street
Phoenix, AZ 85086

Ashley Friend
645 Mumford Drive  Apt C
Troy, OH 45373

Ashley Gacek
118 1/2 Main Street PO 274
Junction City, OH 43748

Ashley Going
8797 Brunswick Farms
Arlington, TN 38002

Ashley Grassham
762 Balthrop Rd
Chapmansboro, TN 37035


Ashley Hubartt
7193 Sonya Drive
Nashville, TN 37209


Ashley L Ricketts
1202 Marvista Street Apt 1
Pittsburgh, PA 15212


Ashley L Swartzlander
1071 Summerwind Dr
Harrisburg, PA 17111


Ashley M Burr
1601 State Street
Clairton, PA 15025


Ashley M Dukeman
1086 W. King Road  Apt #CHE 319
Malvern, PA 19355

Ashley M Toussant
12216 Cartway Street
Maximo, OH 44650

Ashley Mantzoros
155 Westfield Dr
Aliquippa, PA 15001

Ashley Marsha
5671 Whippoorwill Drive
Pfafftown, NC 27040

Ashley McCune
44810 St Rt 681
Coolville, OH 45723

Ashley Meusel
801 Willopenn Drive Apt L102
Southampton, PA 18954

Ashley Meyer
706 Jackson Street
St Marys, OH 45805

Ashley N Angelino
1851 Aster Rd
Macungie, PA 18062


Ashley N Gracia
136 Powell Place Rd
Tabernacle, NJ 08088


Ashley N Keener
Box 29 Kerr Avenue
Arcadia, PA 15712


Ashley N Moore
5350 Sun Valley Blvd
Sun Valley, NV 89433


Ashley N Moore
620 Townbank Rd Apt E7
Cape May, NJ 08204


Ashley N Reese
517 Boggston Avenue
Pittsburgh, PA 15210

Ashley N Schleicher
1020 Indian Drive
Auburn, PA 17922


Ashley N Shreiner
445 Frystown Rd
Myerstown, PA 17067


Ashley R Banks
300 Ridge Rd
Etters, PA 17319


Ashley R Pitts
240 Lombard Street
Pittsburgh, PA 15219


Ashley R Shearer
2696 East Ave
Columbus, OH 43202


Ashley Redmond
330 Parkfield Street
Pittsburgh, PA 15210

Ashley Roeder
3868 Central Pike  Apt 1212
Hermitage, TN 37076


Ashley Sandven
10323 E. Dragoon Avenue
Mesa, AZ 85208


Ashley Senft
255 Rooster Lane
Manchester, PA 17345


Ashley Simpson
320 39th Avenue N
Nashville, TN 37209


Ashley Spitzer
19 Reid Street
Sayreville, NJ 08872


Ashley Streeter
4287 Belmont Drive
Liverpool, NY 13090

Ashley Uthe
14145 N 92nd St No 2134
Scottsdale, AZ 85260


Ashley Watson
1505 Anna Ave
West Mifflin, PA 15122


Ashlie Bogart
638 Stipp Court
Scranton, PA 18510


Ashlin Blanchard Potterfield
2617 Heyward Street
Columbia, SC 29205


Ashly Eisenhardt
PO Box 1466
Dunlap, TN 37327


Ashraf W Lotfi
48 Shaffer Road
Bridgewater, NJ 08807

Ashton Byrd
16657 E Gunsight Drive #113
Fountain Hills, AZ 85268


Ashton Tufford
701 Ponteberry
Canton, OH 44718


Ashwin Was
1265 Sweetwater Circle
Lawrenceville, GA 30044


Asia G Navarro
205 Cottage Avenue Apt 60
Bridgeston, NJ 08302


Asia N Brown
46 Carroll St
Trenton, NJ 08609


Asif Khan
2407 Guara Dr
Cedar Park, TX 78613

Assad  Salih
151 Weavers Rd
Greensburg, PA 15601

Ata Mustafa
1208 Andrews
Lakewood, OH 44107

Ateeq  Haseeb
4430 N Holland Sylvanie Rd  No1101
Toledo, OH 43623

Atiq Rehman
8879 Warm Granite
Columbia, MD 21045

Atlas Air Inc. Atlas Air Inc.
2000 West Chester Avenue
Purchase, NY 10577

Atrevia Brown
8695 Hwy 560
Mountville, SC 29370

Aubree Bubb
2620 Sunset Circle
Glenville, PA 17329

Aubrey Brister
205 Beaumont Trail
Aurora, OH 44202

Aubrey L Chambers
560 Thompson Road
Pegram, TN 37143

Aubrey W Epps
437 Vermont Avenue
Rochester, PA 15074

Aubrye Wright
12 E Washington Ave Apt 2
Athens, TN 37303

Audra Hopkins
485 Lake Road
Andover, CT 06232

Audrey Fisk
6803 Ashmore Drive
Houston, TX 77069

Audrey J McCaw
354 James Avenue  Apt A16
Mansfield, OH 44907

Audrey M Alatas
8644 Park Ridge Lane
Macedinia, OH 44056

Audrey Wood
2713 Atlantic Ave
Cincinnati, OH 45209

Audrey Yvette Riley
1585 Brandyhill Drive
Rock Hill, SC 29732

Aug Wilson
114 Dakota Trail
Rockwood, TN 37854

August F Napoli III
1645 Sugar Creek
Rock Creek, OH 44084

August M Mantia
2179 Ben Franklin Drive
Pittsburgh, PA 15237

August Manifest
5008 Route 819
Apollo, PA 15613

August Tuccillo
2703 Dakmoor Drive
Allison Park, PA 15101

Augustin S Rincon
216 W Sunland Avenue
Phoenix, AZ 85041

Augustine P Merriweather
9580 Heather Court
Cincinnati, OH 45242

Augusto Neto
2805 33rd Street  5A
Astoria, NY 11102


Augusto Salas
421 Spruce Street
Reading, PA 19602


Aundray Tucker
3213 Catherine Mermit
North Las Vegas, NV 89081


Aura N Ramirez
1745 Skyline Drive  Apt 23
Pittsburgh, PA 15227


Aurea Briones
3600 Swenson St  No 473
Las Vegas, NV 89169


Aurelio Santos
1026 Greenleaf Street
Easton, PA 18040

Aurello Leon
687 2nd Street / PO Box 5430
San Luis, AZ 85349

Auriel Smalls
2865 Limestone Blvd
Charleston, SC 29414

Austin Johnson
1845 Cornsilk Drive
Charleston, SC 29414

Austin Kirkwood
100 Mary Circle
Hattiesburg, MS 39402

Austin Lighthart
110 Shady Lane
Sellersville, PA 18960

Austin M Rohr
253 N Pearl Street
Lancaster, OH 43130

Austin McGrath
107 West Main Street
Mount Joy, PA 17552


Austin Sampson
1822 Benton Ave 205
Philadelphia, PA 19152


Autumn  Delaloye
8340 Pine Country Lane
Flagstaff, AZ 86004


Autumn Darhower
1795 Sheaffer Road Apt 1
Elizabethtown, PA 17022


Autumn Janssen
9804 S 43rd Avenue
Laveen, AZ 85339


Autumn Lee
711 Blair Street
Holidaysburg, PA 16648

Autumn Sutherland
244 E Sheffield Court
Gilbert, AZ 85296

Averill Crowe
1385 Lower Mateer Road
Vandergrift, PA 15690

Avery  Klein
1734 S 25th st
Lincoln, NE 68502

Avis Ray
306 Hammond St
Westernport, MD 21562

Awilda Davila
1949 Lynfield Drive
Betlehem, PA 18015

Axel Ayala Morales
121 N 11th St No 3
Allentown, PA 18102

Ayana Marie Blount
11 E Pleasant St
Philadelphia, PA 19119

Ayanya M White
116 Dutch Drive
Irmo, SC 29063

Aydin Comelek
2221 Angelfire
Las Vegas, NV 89128

Aymen Salti
6396 Pebble Creek Drive
Independence, OH 44131

Ayorinde Howard Agbale
38 Wilson Street
Pittsburgh, PA 15223

Ayshia Williams
3918 Bennington St
Philadelphia, PA 19129

Azalia Rivera Sanchez
1535 Silver Mesa Way
Las Vegas, NV 89169


Azeb Habte
6025 West Flamingo #225
Las Vegas, NV 89103


Azell Dancy Jr
8203 Minehead Drive
Smyrna, TN 37167


Azucena Licea
2090 Calle Arroyo Lindo
Tucson, AZ 85706


B and I Electric Inc
1086 Main St   PO Box 125
Blue Ball, PA 17506


B Claire Pigue
309 Oakvale
Brentwood, TN 37027

B Clint Bolton
1926 Hilltown
Hilltown, PA 18927


B Graham Wilson
1131 Villa Drive  NE  Apt 2
Atlanta, GA 30306


B Ryland Wiggs
425 Sims Lane
Franklin, TN 37069


Bahayyah N Darden
50 E Price Street
Philadelphia, PA 19144


Bahram Shahidian
1169 Deepwood Drive
Macedonia, OH 44056


Bala Pothakamuri
3 May Boulevard
Jackson, NJ 08527

Baldassare Saccheri
RR1 Box 158
Tannersville, PA 18372


Balendra Sutharshan
300 Cambridge Drive
Mars, PA 16046


Balind Birtalan
440 Chewton Wurtemburg Road
Wampum, PA 16157


Balubhai Champaneria
741 Murfreesboro Road
Nashville, TN 37210


Banc Capial
640 Mt Vernon Lane
Duncan, SC 29334


Banduwong Chuwong
3509 Bella Viera Court
Las Vegas, NV 89141

Barabara Covell
3100 Arrow Ln
Clarksville, TN 37043

Barb  Yaple
26 Sky Dr
Erie, PA 16510

Barbara  Bouton
257 N Main St
Collierville, TN 38017

Barbara  Dove
8 E High Street
Womelsdorf, PA 19567

Barbara  Foster
118 Shewell Ave
Doylestown, PA 18901

Barbara  Gecik
2213 Juniper Drive
Coplax, PA 18037

Barbara  Golak
497 Berkshire Circle
Harleysville, PA 19438


Barbara  Neer
1960 Willow Rd
Springfield, OH 45502


Barbara  Radford
2738 Mandercrest
Columbus, OH 43232


Barbara  Ragoonanan
I/C Karen Foster  838 Carlton Avenue
Plainfield, NJ 07060


Barbara  Sumey
309 Little Summit Rd
Dunbar, PA 15431


Barbara A  Toy
9154 Maple Street
Pittsburgh, PA 15239

Barbara A Ballenger
1807 Sawtooth Place
Mansfield, OH 44904



Barbara A Benjamin
2150 Avenue B
Mayesville, SC 29104



Barbara A Frick
4014 Stanton Road
Erie, PA 16510



Barbara A Helvitson
301 E St Johns St
Villas, NJ 08251



Barbara A Kodash
323 Lindbergh Avenue
Blandon, PA 19510



Barbara A Lisenby
1207 Jackson Rd
Chesterfield, SC 29709

Barbara A Malek
3820 Sardis Rd
Pittsburgh, PA 15239


Barbara A Reichard
PO Box 564 Main St
Fogelsville, PA 18051


Barbara A Wuellner
2434 Wilbur Rd
Medina, OH 44256


Barbara Ann Jones
RR11 Box 3007
Stroudsburg, PA 18360


Barbara Archie
163 High Street PO Box 122
Leesburg, NJ 08327


Barbara Arthur
27 Edinburgh Drive
Easton, PA 18045

Barbara B Pippin
2432 Melbourne Drive
Nashville, TN 37214


Barbara Bartley
1881 Hillandale Ave
Columbus, OH 43229


Barbara Baynes
3750 Llewellyn Street
Cincinnati, OH 45223


Barbara Brassell Witten
3648 Swiss Line
Irving, TX 75038


Barbara Brown
1700 West Carey #D
North Las Vegas, NV 89032


Barbara Bryan
10435 Huntington Place Drive
Houston, TX 77099

Barbara Calhoun
153 Anna Ave NW
Canton, OH 44708

Barbara Cannon
20701 N. Scottsdale
Scottsdale, AZ 85255

Barbara D Johnson
1516 Foliage Street
Pittsburgh, PA 15221

Barbara E Donahue
2737 Miles Ave
Pittsburgh, PA 15216

Barbara E Farrand
14921 New Buffalo Road
Columbiana, OH 44408

Barbara E Hendershott
2544 S Cherry Lane
Ronks, PA 17572

Barbara E Minnich
107 Market Street  PO Box 213
Auburn, PA 17922


Barbara Eckert
34834 North 3rd Avenue
Phoenix, AZ 85086


Barbara Edwards
140 Hull Drive
Erie, PA 16509


Barbara Foster
1409 W. Park Avenue
Perkasie, PA 18944


Barbara Gahagen
131 Caroline Avenue
West Newton, PA 15089


Barbara Geiger
2636 Tremont Street
Philadelphia, PA 19152

Barbara Haynes
2315 Manchester Avenue S.W.
Massillon, OH 44647


Barbara Hooper
PO Box 223 3rd Street
Jacksonville, OH 45740


Barbara Hulse
PO Box 50070
Phoenix, AZ 85076


Barbara J Asselin
5507 Nina Circle
Coopersburg, PA 18036


Barbara J Condon
920 Sixth Street SW
Massillon, OH 44647


Barbara J Davis
2823 Aberdeen Drive
Florissant, MO 63033

Barbara J Hill
26 Park Street
Franklin, PA 16323


Barbara J Knowlton
1436 Carpenter Road
Albany, OH 45710


Barbara J Laird
2627 Wyncote Road
Bethel Park, PA 15102


Barbara J Miller
928 Patrick Lane  PO Box 123
Newry, PA 16665


Barbara J Seitz
7343 Fisher Rd
Conneautville, PA 16406


Barbara Jackson
5147 N 45th Place
Phoenix, AZ 85018

Barbara Jean Cathie
2933 Orbin Street
Pittsburgh, PA 15219


Barbara Jean Jones
2616 Harewood Avenue
Las Vegas, NV 89044


Barbara Jean Stanard
2136 Cheswick LN
Mt Pleasant, SC 29466


Barbara L Chivers
18777 Young Road
Guysville, OH 45735


Barbara L Heilman
4775 Almont Dr
Columbus, OH 43229


Barbara L Johnston
215 Spanish Ville Drive
Jeannette, PA 15644

Barbara L Secrest
75 Roberts Drive
Shelby, OH 44875

Barbara L Snyder
619 Remaley St
Springdale, PA 15144

Barbara L Stallone
1245 Monroe Avenue
Wyomissing, PA 19610

Barbara L Sweitzer
2110 Pococen Drive
Moon Township, PA 15108

Barbara L Young
1526 Street Route 294
Marion, OH 43302

Barbara Lange
960 Treasure Lake
DuBois, PA 15801

Barbara Lee
720 W Sterling Place
Chandler, AZ 85225


Barbara Link
108 Frogtown Road
New Alexandria, PA 15670


Barbara Lynn Cavaliere
3029 Hollow Court
Charleston, SC 29406


Barbara M  Curry
9261 Meadowglen Dr
Cincinnati, OH 45231


Barbara M  Jones
21 River Ave
Connellsville, PA 15425


Barbara McDermott
1106 Joyce Street
Stroudsburg, PA 18360

Barbara McMahon
1215 Farragut Street
Pittsburgh, PA 15206


Barbara Miner
5555 S Kenwood Ave
Chicago, IL 60637


Barbara Mitchell
2016 Twin Drive
Trotwood, OH 45426


Barbara Mohn
511 N Church Street
Mohnton, PA 19540


Barbara Nagy
1011 Brown Street
Belle Vernon, PA 15012


Barbara Niner
2706 Congress Drive SW
Canton, OH 44706

Barbara Nissman
RR2  Box 260
Lewisburg, WV 24901

Barbara P Alston
7801 Cedarbrook Avenue
Philadelphia, PA 19150

Barbara Parrish ONeal
1013 Lonsway Circle
Antioch, TN 37013

Barbara Perez
1111 South Palmer Ln
Olathe, KS 66061

Barbara Pittman
9260 Dover Landing Ct
LAs Vegas, NV 89123

Barbara Reinauer
717 Eastmont Drive Apt 2A
Greensburg, PA 15601

Barbara Rivera
1808 Adams Street
Cinnaminson, NJ 08077


Barbara Rottinghaus
4241 Dry Run Drive
Hamilton, OH 45013


Barbara Sambuca
3212 Chelsea Place
Philadelphia, PA 19114


Barbara Schieck
19 Short Street
Tamaqua, PA 18252


Barbara Scott
532 East 600 North
Valparaiso, IN 46383


Barbara Simons Cook
2437 Lorick Avenue
Columbia, SC 29203

Barbara Stewart
6606 S 4st Lane
Phoenix, AZ 85041


Barbara Stidham
631 N Sixteenth Street
Quincy, IL 62301


Barbara Streck
5340 W Oraibi Drive
Glendale, AZ 85308


Barbara Svenson
7026 County Road 44
North Lewisburg, OH 43060


Barbara Swartz
5030 Castleman Street
Pittsburgh, PA 15232


Barbara Tarcy
456 Park Dr
Campbell, OH 44405

Barbara Tirman
7950 E Starlight Way Unit 134
Scottsdale, AZ 85250


Barbara Tobolski Cochran
356 Lorlita Lane
Pittsburgh, PA 15241


Barbara Vannote
315 W Street Road
Kennett Square, PA 19348


Barbara Williams
40-12 Vernon Blvd Apt 3E
Long Island City, NY 11101


Barbara Wilson
868 East Sandusky Avenue
Bellefontaine, OH 43311


Barbara Yost
621 E. 2nd Avenue
Altoona, PA 16602

Bard A Purcell
56 Pine St
Oxford, PA 19363

Barney V. Kilgore
P.O. Box 1973
Brewton, AL 36427

Baron Lockhart
4540 Carswell
Nellis, NV 89191

Baron R Burkey
1 Grover St
Grafton, OH 44044

Barrett Macgowan
19528 Warren Road
Covington, LA 70435

Barrick  Neill
8904 Saw Horse St
Las Vegas, NV 89143

Barrie A McMurtrie
5887 Lycia Lane
Ocean Isle Beach, NC 28469

Barron A Webster
1282 Starline Dr
Summerville, SC 29483

Barry  Evans
110 Plymouth St
Connelsville, PA 15425

Barry  McCall
9172 Demery Ct
Brentwood, TN 37027

Barry  McFarland
1314 Prospect Ave
Scranton, PA 18505

Barry  Simms
873 B Harvard Dr
Lebanon, OH 45036

Barry A Gardner
1650E Yellowstone Place
Chandler, AZ 85249


Barry A Rathmell
339 Cindy Drive
Jonestown, PA 17038


Barry A Wentz Jr
445 Hahns Dairy Road
Palmerton, PA 18071


Barry B  Clark
128 E Liberty St
Hollansburg, OH 45332


Barry Barley
214 Jarvis Street  PO Box 65
Bowerston, OH 44695


Barry Clevenger
1815 Lucille Lane
Murfreesboro, TN 37129

Barry Coulby
1510 Stablersville Rd
White Hall, MD 21161


Barry D Suter
399 Buttermore Road
Ruffs Dale, PA 15679


Barry Doss
166 2nd Avenue
Dayton, TN 37321


Barry Elder
6215 Sutherlin Lane
Utica, KY 42376


Barry G Holsing Jr
2012 Constitution Boulevard
Arnold, PA 15068


Barry G Weber Sr
312 W Lancaster Avenue
Shillington, PA 19607

Barry Garcia
3 Moss Springs Court
Henderson, NV 89052

Barry Gill
253 Gusty Lane
Hopkins, SC 29061

Barry J Quick
25 White Lane
Ashland, PA 17921

Barry Kalbach
182 Ray Road
Sinking Spring, PA 19608

Barry L Alderfer
134 N Main St
Perkasie, PA 18944

Barry Lancaster
17 Thorndale Court
Nashville, TN 37215

Barry O Hare
1919 Pierce Street
Charleston, SC 29492

Barry Paul
142 Ellen Way
Harleysville, PA 19438

Barry R Hewitt
160 Iola Avenue
Washington, PA 15301

Barry Stahler
1112 Richlandtown Pk
Richlandtown, PA 18955

Barry Steinman
1061 Pheasant Road
Rydal, PA 19046

Barry Stephen Herrod
4500 Ashmore Circle
Marietta, GA 30066

Barry Stiffey
RD 3 Box 285  Green Lane
Saltsburg, PA 15681


Barry W Holland Jr
5661 Crestview Dr
Memphis, TN 38134


Barry White
RR1 Box 1734
Kunkletown, PA 18058


Bart  Allmand
5174 Waddell Hollow Drive
Franklin, TN 37064


Bart Miltenberger
405 Sylvania Avenue
Glenside, PA 19038


Bashir Jara
4645 Sperry Ave
Gahanna, OH 43230

Bassem  Younan
9619 Fernwood Dr
Olmsted Falls, OH 44138

Beatrice Aguredakes
1325 Nelmans SE
E Canton, OH 44730

Beatrice C Gilbert
403 Lea Drive
Pittsburgh, PA 15235

Beatrice Cabrera
641 E North Street
Bethlehem, PA 18018

Beatrice Felix
1011 4th Street #218
Santa Monica, CA 90403

Beatrice Hughes
7039 Fielding Way
Pittsburgh, PA 15208

Beatrice Kappenstein
1019 Elm Street
Reading, PA 19604

Beatrice L Wooding
5202 Wilson Court
Clairton, PA 15025

Beatrice M Lovato
30 E Fourteenth Street  #1
Mesa, AZ 85201

Beatrice Shongo
6764 Mt Pleasant Rd
Meadvile, PA 16335

Beatriz Benevenia
212 Chiquis Ct
Hensderson, NV 89074

Beatriz M Myers
2182 Lake Field Cove
Cordova, TN 38018

Beau Eden
PO Box 128  412 Thornton Rd
Thornton, PA 19373


Beau St Germain
636 Polaris Street #A
Eielson AFB, AK 99702


Becky Anne Pond
776 Nevasse Trail
Fort Mill, SC 29715


Becky L Aiken
198 Gilkey Road
West Middlesex, PA 16159


Becky L Hendrickson
55 Yoder Lane
Mason, WV 25260


Becky Lou Lekan
7733 West Rue De Lamour
Peoria, AZ 85381

Becky S Goski
476 County Road 3
Rayland, OH 43343

Beebe Benjamin
9445 Sunshine Lane #12
Wattsburg, PA 16442

Begelene Dorsainvil
85 Paulus Boulevard
New Brunswick, NJ 08901

Behrouz Ahwazi
4015 Lynncrest Drive
Cleveland, TN 37323

Belal Mohammad Alshangiti
4600 Bayard Street Apt 311
Pittsburgh, PA 15213

Belinda Aquino
311 Tenth Street
Pittsburgh, PA 15215

Belinda Clark
401 Washington Blvd
Womelsdorf, PA 19567

Belinda L Loomis
11135 Dyer Road
Union City, PA 16438

Belinda Munn Cervantes
6393 Highway 17 North
Awendaw, SC 29429

Belle  Piercey
11550 Chickasaw Path
Lakeview, OH 43331

Belva Ball McCormick
4232 Timberlane Drive
Columbia, SC 29205

Ben  Kesterson
11360 N Deer Hill Lane
Prescott, AZ 86305

Ben Dripps
9006 Hamshire Ct.
Pittsburgh, PA 15237


Ben G Barrs
100 South Cove Drive
West Columbia, SC 29170


Ben Gause
1671 Broom Mill Road
Ridgeway, SC 29150


Ben Graves
448 Riverview Circle
Florence, AL 35630


Ben Heup
1253 W Leesport
Leesport, PA 19533


Ben Johnson
33176 N. Cathills Ave
Queen Creek, AZ 85242

Ben Palazzolo
5420 Ferrari Avenue
Las Vegas, NV 89142

Ben Schulte
3533 E Hailleh Court
Phoenix, AZ 85044

Ben Walker
1101 Sea Island Crossing
Mt Pleasant, SC 29464

Ben Williams
2826 N Edgemoor Circle
Wichita, KS 67220

Benay Snyder
530 Wieders Lane
Emmaus, PA 18049

Benedictus Azumah
3506 King James Court
Richmond, VA 23223

Benigno Velez
817 N Sixth Street
Allentown, PA 18102

Benita Ganz
3531 Billingsly Drive
Marietta, GA 30062

Benito Ramirez
1379 North Range Avenue
San Louis, AZ 85349

Benjamin A Goff
705 Helmsdale Place
Brentwood, Tn 37027

Benjamin A Rees
3300 East 13th Street
Joplin, MO 64801

Benjamin Abfall
1482 St Rt 681 S
Albany, OH 45710

Benjamin B Smith
2515 Pennsylvania St
Allentown, PA 18104


Benjamin Barger
7717 US Highway 522 South
McVeytown, PA 17051


Benjamin Boyce
RR1 Box 569A
Hollidaysburg, PA 16648


Benjamin Byrd
13 Chasewood Court
Columbia, SC 29203


Benjamin C Brown
1303 Clove Court
Galloway, OH 43119


Benjamin Carrillo
6420 Macon Road
Memphis, TN 38134

Benjamin Crawford
8262 W Eugie Ave
Peoria, AZ 85381

Benjamin D Vaughn
1745 Fieldcrest Circle
Franklin, TN 37064

Benjamin E Nance
3201 Aspen Grove Dr  Unit F5
Franklin, TN 37067

Benjamin Fisher
457 Gault Road
Narvon, PA 17555

Benjamin Frederick
3542 Coffeetown Road
Allentown, PA 18104

Benjamin G Hardy
124 Bridleridge Rd
Lexington, SC 29073

Benjamin H Davis Jr
3471 Messersmith Rd
York, PA 17408

Benjamin Havek
5840 Everett East Road
Hubbard, OH 44425

Benjamin Heinzer
91 Pequest Rd
Andover, NJ 07821

Benjamin Hickok
103 Stokeswood Place
Nashville, TN 37215

Benjamin Husband IV
784 Gallatin Ave  Apt C
Uniontown, PA 15401

Benjamin Irvin lV
913 Corlis Dr
Charleston, SC 29414

Benjamin J Bovard
622 Polk Avenue
Akron, OH 44314


Benjamin J Corll
3178 Fairfield School Road
Columbiana, OH 44408


Benjamin J Finnell
1607 34th Street NW
Canton, OH 44709


Benjamin J Irizarry
5596 Hillcreek Mall
Philadelphia, PA 19120


Benjamin K Bernatowicz
2590 Hannon Rd
Erie, PA 16510


Benjamin Krapf
9670 North St  Box 54
Wattsburg, PA 16442

Benjamin L Ashcraft
8734 Center Stake Rd
Albany, OH 45710


Benjamin Lapp
270 Pine Road
Dundee, NY 14837


Benjamin Lee
908 Coffee Tree Lane
Rock Hill, SC 29708


Benjamin Lewis
18008 Timber Lane
Marysville, OH 43040


Benjamin M Maleski
53191 Jessica Lane
New Baltimore, MI 48051


Benjamin Ohl
207 Adams Pointe Blvd
Mars, PA 16046

Benjamin Opie
5877 Soloway Street
Pittsburgh, PA 15217

Benjamin Riegle
4562 Hunt Road
Cincinnati, OH 45242

Benjamin S Carpenter
2627 Highway 501
Goldonna, LA 71031

Benjamin Scott
418 Green Park Lane
Goose Creek, SC 29445

Benjamin Sneed
406 Clearwater Dr
Nashville, TN 37217

Benjamin T Estep
5172 Madison Avenue  Apt B1
Okemos, MI 48864

Benjamin Tikalsky
5331 Coltman Loop
Las Vegas, NV 89110

Benjamin Tyson
4008 Auburn Lane
Nashville, TN 37215

Benjamin Wilson
10233 Highway 78
Ladson, SC 29456

Benjamin Wright
11660 Walker Rd
Logan, OH 43138

Bennet Office Tech
PO Box 978
Wilmar, MN 56201

Bennie Brown
12145 Highway 127 North
Crossville, TN 38571

Bennie F Brice
944 Arlington Avenue
Rock Hill, SC 29750


Benny L Wright
2065 Preakness Place
Marysville, OH 43040


Benoni Givens
516 W 47th St  Apt N6B
New York, NY 10038


Benton Wigton
1045 Oakley Court
Harrisburg, PA 17111


Beret Ziegenhorn
5816 Cherokee Drive
Fairway, KS 66205


Berna Stockman
279 N Westview Ave
Dayton, OH 45403

Bernadett Finney
2W Cheryl Dr
Phoenix, AZ 85021




Bernadette  Herrera
704 Cowboy Cross Ave
N Las Vegas, NV 89081




Bernadette  Murphy
804 Cedar Knob
Nashville, TN 37221




Bernadette C Edling
777 Spruce Street  Apt #2
Rochester, PA 15074




Bernadette Cocchiara
3140 E Cherry Hills Place
Chandler, AZ 85249




Bernadette L Bernaciak
328 Neuchatel Road
New Bern, NC 28562

Bernadette Swain
5237 North Franklin St
Philadelphia, PA 19120


Bernadine H Dongiovanni
1011 Labelle Vue Road
Vandergrift, Pa 15690


Bernadine McGary
280 Morvale Road
Easton, PA 18042


Bernadine Watts
5927 Gulf Island Ave
Las Vegas, NV 89156


Bernando Soto Perez
127 West 2nd Street
Alburtis, PA 18011


Bernard A Young
144 Collins Drive
Pittsburgh, PA 15235

Bernard Barakat
3627 Monroe St
Columbia, SC 29205

Bernard C Ihrig
1150 Stirlingshire Drive
Hendersonville, TN 37075

Bernard C Puetz
4305 Lake Washington Boulevard NE #2201
Kirkland, WA 98033

Bernard H Niehaus
2904 Southwood drive
Westlake, OH 44145

Bernard H Shaw Jr
1600 Shield Road
Fallston, MD 21047

Bernard Hunt
2395 McGinty Road NW
North Clinton, OH 44720

Bernard Leiner
249 B Doremus Dr
Monroe Township, NJ 08831

Bernard Lewis
4 G Williamsburg East
Greensburg, PA 15601

Bernard Maletsky
2723 Freemansburg Avenue
Easton, PA 18042

Bernard Mayfield
7494 Britt Way
Memphis, TN 38125

Bernard Murphy Sr.
7 Little Knoll Court
Medford, NJ 08055

Bernard Musti
509 Blue Eagle Avenue
Harrisburg, PA 17112

Bernard P Hamborsky
PO Box 4  246 Republic St
Lemont Furnace, PA 15456

Bernard Pytko Jr.
401 Pottsville Street
Minersville, PA 17954

Bernard Solomon
1804 North Mapleview Dr
Columbia, MO 65202

Bernard W Daugherty
563 E Francis Avenue
Connellsville, PA 15425

Bernardine Peters
154 Lynx Drive
Hanover, PA 17331

Bernardino DeJesus Vazquez
2532 8th St
Milwaukee, WI 53215

Bernardo B Beluso
2408 Starrock Dr
Henderson, NV 89044


Bernarr V Tucker
1310 Dickens Street
Pittsburgh, PA 15220


Bernhard D Deeg
5783 Amanda North
Carroll, OH 43112


Berni J Andrefski
244 East Market St
Orwigsburg, PA 17961


Bernice Henderson
429 Andrico Road
New Alexandria, PA 15670


Bernice L Foreman
11251 Peach Ridge Road
Athens, OH 45701

Bernice Logan
2475 Snyder Road
Dayton, OH 45426

Bertha D Wynkoop
2111 Yosemite Road
Grand Junction, CO 81507

Bertisha D Scott
765 Taylor Drive
Folcroft, PA 19032

Bertrand Verlhac
1125 Maxwell Lane  Apt 805
Hoboken, NJ 07030

Bess M Vargo
1011 County Rd 3
Rayland, OH 43943

Bessie F Heatherly
340 Countryside Circle
Jacksboro, TN 37757

Bessie Foster
133 Gibson Street
Spartanburg, SC 29306


Bessie L Smith
4560 Dayton Liberty Road
Dayton, OH 45418


Bessie Mann
1224 Harmony Court NE
Canton, OH 44705


Beth  Lattig
157 Hunter Ridge Dr
Harrisburg, PA 17110


Beth  Reed
143 Schuykill Mountain
Schuykill Havren, PA 17972


Beth A Jeide
4401 W Roundup Road
Bismarck, ND 58503

Beth A Jones
901 Meegan Avenue
New Castle, PA 16101


Beth A Kane
1410 Pacific Ace  Apt B105
Natrona Heights, PA 15065


Beth A Kerper
1161 Oaklyn Drive
Narvon, PA 17555


Beth A Ramage
405 W Church Ave
Masontown, PA 15461


Beth Boyd
3000 Rusty Avenue SW
Canton, OH 44706


Beth Buckholtz
2820 Lincoln Way
White Oak, PA 15131

Beth C Hylton
814 Lennox Newlyn Road
Jefferson, OH 44047


Beth Cunnard
1131 5th Avenue
New Brighton, PA 15066


Beth Darst
612 Linden Avenue
Piqua, OH 45356


Beth Ellen Bubb
7365 Deer Creek Road
Morrisdale, PA 16858


Beth Harris
4160 Highway 96
Burns, TN 37029


Beth Hickman
140 E Rio Salado Pkwy #511
Tempe, AZ 85281

Beth M Coode
4101 Utah Avenue
Nashville, TN 37209


Beth Mancke
931 Mill Creek Road
Wycombe, PA 18980


Beth Martin Sandvig
5513 Avondale Place
Pittsburgh, PA 15203


Beth Morgan
6140 Pine Knoll Drive
Harrisburg, PA 17111


Beth Paige
29 McCoy Lane
Carlisle, PA 17015


Beth R Reinhart
1711 Beaver Valley Park
Strasburg, PA 17579

Beth Schaub
3000 Ssweetbriar Dr Apt 204
Irwin, PA 01502


Beth Woodard
1028 Emerald Way
Castalian Springs, TN 37031


Beth Zerger
2123 34th Street NW
Canton, OH 44709


Bethany E Kelley
1504 Orange Lane
Lebanon, PA 17046


Bethany I Neitzelt
613 Dunkle Road
Circleville, OH 43113


Bethany Jarrett
3214 Wrights Ferry Road
Louisville, TN 37777

Bethany Patterson
11921 RT 28
Brockway, PA 15824


Bethany Sampson
817 Hoffman Terrace
Easton, PA 18042


Bethany Scudder
1125 Dexter Avenue
Kettering, OH 45419


Bethany Signor
718 Savannah Ave
Pittsburgh, PA 15221


Betheny  Bay
55361 Barr Hollow Rd
Reedsville, OH 45772


Betsy Bowman
5415 St Jacob Logtoen Road
Leetonia, OH 44431

Betsy J Mooney
933 Holly Lynne Drive
Pittsburgh, PA 15236


Betsy L DeShano
120 Williamsburg Place
Franklin, TN 37064


Betsy W Waldron
1175 Waldron Road
Lavergne, TN 37086


Bettie Bienvenu
219 10th Ave
Franklinton, LA 70438


Bettie Stover
1285 Airport Road
Sumter, SC 29153


Betty  Alexander
2024 S Baldwin  no 87
Mesa, AZ 85209

```
Betty  Beighey
5931 Victor Circle
Aliquippa, PA 15001




Betty  Evans
7709 Wigwam Rock Road  PO Box 498
Tannersville, PA 18372




Betty  Jones
598 Blandon Street
Fleetwood, PA 19522




Betty  Osborne
7703 Mottice Drive SE
Waynesburg, OH 44688




Betty  Stone
661 James Avenue
Nashville, Tn 37209




Betty  Vann
4505 Buttewoods Lane
Birmingham, AL 35242
```

Betty A Rice
2060 Webster Avenue Apt 203
Pittsburgh, PA 15219


Betty Ahwazi
4015 Lynn Crest Drive NE
Cleveland, TN 37323


Betty Ann Graham
1780 Poplar Springs Road
Wareshoals, SC 29692


Betty Beresford
229 Delaware Avenue
North Versailles, PA 15137


Betty Boner
441 Belle Pointe Dr
Nashville, TN 37221


Betty Conrad
2536 Turnage Valley Drive
Memphis, TN 38133

Betty Ellis
751 Deford Lot 115
Celina, OH 45822

Betty Emmert
42127 State Farm Road
Albany, OH 45710

Betty G Willis
4215 Harding Road
Nashville, TN 37205

Betty J Clay
579 Strausser Rd
Hamburg, PA 19526

Betty J Etling
522 Ferguson Rd
Dunbar, PA 15431

Betty J Simmons
537 Touvelle #22
Celina, OH 45822

Betty J Williamson
1152 River Dr
Mansfield, OH 44906


Betty Jean Ferguson
448 Hunters Crossing Drive
Hopkins, SC 29061


Betty Jean Nguyen
314 Macedon Drive
Lexington, SC 29073


Betty Jo Iovanna
108 Exeter St
REading, PA 19601


Betty L Spaun
26685 Apple Grove Dorcus Rd
Racine, OH 45771


Betty L Werling
6805 State Route 118
Celina, OH 45822

Betty Lehman
70 Pleasant View Drive
Mechanicsburg, PA 17050

Betty M Zedek
1111 Jefferson Street  Apt 803
Latrobe, PA 15650

Betty Maloney
17 Conroy Way
Tarentum, PA 15084

Betty McCloy
Route 1 Box 72 A
Pennsboro, WV 26415

Betty Moore
1986 Buchtel
Twinsburg, OH 44087

Betty Nelson
3690 South 8th Avenue
Yuma, AZ 85365

Betty Ostrom
1350 Fairmount Ave S
Salem, OR 97302


Betty R Randazzo
1153 Concord SW
Canton, Oh 44710


Betty R Risner
13401 N 109th Avenue
Sun City, AZ 85351


Betty S Hunter
130 Yosemite Drive
Pittsburgh, PA 16236


Betty S Smith
6961 Barrington Ct
New Orleans, LA 70128


Betty T  Kinard
2414 Rosalyn Dr
Newberry, SC 29108

Bettye L Billings
115 Blu Heron Pointe
Counce, TN 38326




Beulah M Dukes
300 Rossmoyne Ave
N Las Vegas, NV 89030




Beverlie Retz
4805N Rangeline Road
Covington, OH 45318




Beverly A Barker
2895 Addison Dr
Grove City, OH 43123




Beverly A Eager
9 Hilltop Road
Lititz, PA 17543




Beverly A Hazlett
505 Park View Drive
Columbiana, OH 44408

Beverly A Midkiff
17185 Zion Road
Shade, OH 45776


Beverly Adams
328 Coventry Drive
Lexington, SC 29072


Beverly Brooks
4438 Donna Dr
Richmond Hts, OH 44143


Beverly Brooks
931 Weskit Dr
Reynoldsburg, OH 43068


Beverly C Miller
2300 County Line Road  Apt 102
Beavercreek, OH 45430


Beverly Cabrera
3240 West Pleasant Lane
Phoenix, AZ 85041

Beverly E Moodey
365 E Alvarado Road
Phoenix, AZ 85002


Beverly Fenton
64 Pin Oak Drive
Boiling Springs, PA 17007


Beverly Fetrovay
104 Michael Drive
Trafford, PA 15085


Beverly Heller
1174 Hammon Avenue
Ephrata, PA 17522


Beverly J Gamez
531 Oak Street
Leesport, PA 19533


Beverly J Keel
4487 Post Place #114
Nashville, TN 37205

Beverly J Kulick
1350 Kenneth Avenue
New Kensington, PA 15068


Beverly J Van Kooten
2135 Vista Drive
Bethlehem, PA 18018


Beverly Jasper
446 Ravenscroft Rd
W Columbia, SC 29172


Beverly Jefferson Outlaw
313 Wimbeldon Court
North Brunswick, NJ 08902


Beverly Lacy
18076 W. 163rd Terrace
Olathe, KS 66062


Beverly Lambert
420 West Pennsylvania Avenue #202
Pen Argyl, PA 18072

Beverly Macy
259 Alton Avenue
Dayton, OH 45404


Beverly Martin
2236 N. Aragon
Dayton, OH 45420


Beverly McCall
1359 North Kenwood Lane
Chandler, AZ 85226


Beverly Neibling
511 E Walnut Street
Lancaster, OH 43130


Beverly OConnell
80 Chilton Rd
Langhorne, PA 19047


Beverly Peeples
1246 Sleepy holow Rd
Powder Spring, GA 30127

Beverly R Coit
207 Philmont Drive
Columbia, SC 29223


Beverly Shortland
2962 Battlesburg Road SE
East Sparta, OH 44626


Beverly Shortland
12450 Kaywood Street NW
Massillon, OH 44647


Beverly Vanwormer
380 Wayne St
Mansfield, OH 44902


Bhaunaben Ingle
35 North Savanna Drive
Pottstown, PA 19465


Bhupendra Shah
606 Highway 31 South
Athens, AL 35611

Biana Nesterovskaya
10841 Rennard Street
Philadelphia, PA 19116

Bianca C  Rodriguez
929 N 10th St
Reading, PA 19604

Bianca C Rodriguez
1114 Tuckerton Road
Reading, PA 19605

Bianca Carroll
1420 Deberry Dtr
Manning, SC 29102

Bianca N Mauldin
550 Willow St  Apt A
Highspire, PA 17034

Bianca Williams
75 Pierce St
Newark, NJ 07103

Bienvenida Santana Candelario
915 Patton ST
Reading, PA 19611

Biff Bartron
8 Beryl Street
Wilmington, DE 19803

Bilal Akram
3044 Monteceller Road
Cleveland, OH 44118

Bill  Capone
116 Concord Street
Indiana, PA 15701

Bill  Von Ohlen
13608 Saddlecreek Drive
Louisville, KY 40245

Bill A Gillis
111 S Main Street
Union, OH 45322

Bill Button
1256 Colfax Court
Mt Pleasant, SC 29464

Bill Dardio
17686 Wapak Cridenville
Wapak, OH 45895

Bill Gamble
9101 N Invergordon
Paradise Valley, AZ 85253

Bill Henderson
15912 Beaver Pike
Jackson, OH 45640

Bill Hershey
1118 Furnace St
Hellertown, PA 18055

Bill Hunt
2932 E Poinsettia Drive
Phoenix, AZ 85028

Bill Lindberg
6393 Penn Avenue
Pittsburgh, PA 15206

Bill Manifesto
139 Willow Ridge Road
Sewickley, PA 15143

Bill Messenger
106 Silvermaple Drive
Delaware, OH 43015

Bill Obrensky
3609 Knollwood Dr
Nashville, TN 37215

Bill P Wright Jr
6344 Shetland Avenue #2
Pittsburgh, PA 15206

Bill Perry
511 Clay Street
Rockford, OH 45882

Bill Platt
233 Patrick Henry Circle
Kingsport, TN 37663


Bill Rankinen
4800 County Road FO
Champion, MI 49814


Bill Reynolds
P.O. Box 1115
Crystal Beach, TX 77650


Bill Ward
P.O. Box 3422
Telluride, CO 81435


Billhorn Board and Paper LLC
66 Parkway Commons Way
Greer, SC 29650


Billie J Dunkinson
10 Jade Lane
Levittown, PA 19055

Billie J Kilby
751 Wildwood Drive
Rockhill, SC 29710

Billie J Wilson
402 Indiana Street  Apt F
Zanesville, OH 45101

Billie Jo Thomas
105 Annalise Dr
Clarkesville, TN 37043

Billie M Fameli
319 Richfield Street
Pittsburgh, PA 15234

Billie Rinehold
1201 East Marks Street Apt 203
Allentown, OA 18109

Billie S Hill
126 Abigail Lane
Anderson, SC 29621

Billy Ballard
829 Woodburn Dr
Brentwood, tN 37027

Billy Brewster
25 Jordan Drive #9
Whitehall, PA 18052

Billy D Spray
3146 Jenkins Drive
Murfreesboro, TN 37128

Billy G Stallings Jr
126 Pilot Knob Ln
Hendersonville, TN 37075

Billy G Willard
1616 Courtfield Lane
Collierville, TN 38017

Billy Hixson
704 Saratoga
Robinson, TX 76706

Billy Jack Parton
11905 Jones Valley Rd
Soddy Daisy, TN 37379


Billy McBride
7640 Stonehaven Dr
N. Charleston, SC 29420


Billy Perkins
153 Glenn Circle
Powell, TN 37849


Billy W Ruff
100 Ruff Drive
Fulton, MS 38843


Binh Thanh Nguyen
327 Edgewater Dr
Anderson, SC 29626


Bipin C Paul
5830 Garth Circle NW
Canton, OH 44718

Birdie  Baker
16055 Jones Hughes road
Venedocia, OH 45894


Blaine C Grove
38 Appalachian Trail Road
Gardners, PA 17324


Blaine F Heaven
314 Forest Ave
North Lima, OH 44452


Blair H Hilty
295 Greenvalley Dr
Indiana, PA 15701


Blake A Corley
84 Boston Street
Morgantown, WV 26508


Blake E Harrington
120 Tilden Avenue
Chardon, OH 44024

Blake Fisher
133 N High St
Covington, OH 45318


Blake L Thomas
2535 Fairway Dr
York, PA 17402


Blake R Monroe
2116 Erin Lane
Nashville, TN 37221


Blake S Schneider
5239 Portland St No 102
Columbus, OH 43235


Blake Standridge
115 Farrah Court
Cleveland, TN 37323


Blanche W Rumbel
202 Pettersonville Rd
Ringtown, PA 07967

Blandin Kallu
9455W Melinda Lane
Peoria, AZ 85382

Blaney Firestone Howard
201 Church Drive
Irwin, PA 15642

Blanka Zarate
5174 Paradise Skies Ave
Las Vegas, NV 89156

Blankets
26 Blanchard
Newark, NJ 07105

Blaz Pougt
16825 Fourteenth Street
Phoenix, AZ 85022

Blendi Sullaj
23116 Edsel Ford Ct
Saint Clair Shores, MI 48080

Blythe Johnson
5033 Running Rapids Avenue
Las Vegas, NV 89130

Bo Cochran
100 Populas Drvie
Harvest, AL 35749

Bo Zhang
5566 Malibu Dr  No A
Columbus, OH 43213

Bob  Conti
6050 E Indian Bend
Paradise Valley, AZ 85253

Bob Briscoe
14407 W Desert Cove Road
Surprise, AZ 85379

Bob Fitzpatrick
9 Elizabeth Avenue
Westport, CT 06880

Bob Frick Electric Inc
2059 Station Road
Erie, PA 16510


Bob Klinker
5 Summerfield Circle
Piney Flats, TN 37686


Bob Osborn
22309 S 213th Street
Queen Creek, AZ 85252


Bobbi J Medlen
272 Newell Dr
Riverside, CA 92507


Bobbi Jo Brown
110 Rocky Road
Red Lion, PA 17356


Bobbi L Greer
259 Fairview St
Reading, PA 19605

Bobbi Nugent
109 Creasy Court
Joelton, TN 37080


Bobbie  Breakiron
PO Box 48  Indian Creek Valley Rd
Melcroft, PA 15462


Bobbie Eldredge
1509 Teton Street
Las Vegas, NV 89101


Bobbie Harris
3092 Filmore Park Road
Bartlett, TN 38134


Bobbie M Olsen
214 Farley Road
Cookeville, TN 38506


Bobbie Motley
10102 Braemoor Drive
Grand Blanc, MI 48439

Bobby  Toppins
2320 E MacArthur A38
Wichita, KS 67216


Bobby A Hysinger
856 Kling Street
Akron, OH 44311


Bobby D Thompson
1135 Vernon Drive
Columbus, OH 43207


Bobby Fuller
705 Cedar Crest Drive
Nashville, TN 37205


Bobby Gene Long
280 Flint Hill Road
Ft Mill, SC 29715


Bobby Henderson
616 Veronica Avenue
N Las Vegas, NV 89030

Bobby Herring
101 Cowboy Trail
Moyock, NC 27958


Bobby J Lacy
20 Mason Lane
Stafford, VA 22554


Bobby J Laughery
133B Sumner Avenue
Vandergrift, PA 15690


Bobby J Rager
671 Love Joy Road
Commodore, PA 15729


Bobby Jo Laughery
143 Main St
Leechburg, PA 15656


Bobby K Slayden
789 Elizabeth Drive
Lancaster, OH 43130

Bobby Kato
4572 Ranch Lane
Bloomfield Hills, MI 48302


Bobby L Prime
530 10th Ave
Bethlehem, PA 18108


Bobby M Cornwell
352 State St
Rock Hil, SC 29730


Bobby Mathis Jr
10742 Highway 34
Newberry, SC 29108


Bobby R Golden
3180 Birchfield Drive
Memphis, TN 38127


Bobby R Preston
53 Riverside Drive
Mount Juliet, TN 37122

Bobby S England
5512 Fred Perry Road
Springfield, TN 37172

Bobby Sloncker
729 W. North Street
Kenton, OH 42336

Bobby Smith
2326 Shaun Drive
Maryville, TN 37803

Bobby Triantis Nolley
1913 Darbywind Drive
Charlotte, NC 28216

Bogdan Tomuta
625 Sutton Court
Wheeling, IL 60090

Bogna A Lucci
2104 Bishop Drive
Charleston, SC 29414

Bonita  Blue
2802 Creekbend Dr
Nashville, TN 37207


Bonita A Shields
2954 Summit Springs Dr
Columbus, OH 43207


Bonita Brown
1313 15th Street NW
Canton, OH 44703


Bonita Kuhn
140 Pond Road
Gardners, PA 17324


Bonita Liles
1917 West Norris Street
Philadelphia, PA 19121


Bonita Louise Decker
RD 2  Box 565A
Tyrone, PA 16686

Bonita McKenzie
43179 Morris Road
Lisbon, OH 44432


Bonita Wetzel
2363 Old Post Rd
Beavercreek, OH 45434


Bonneau P McBee
1640 Pinebrook Court
Mt Pleasant, SC 29464


Bonnie  Aksterowicz
1508 Andchel Drive
Hermitage, TN 37076


Bonnie  Schoeppner
27141 Old Oak Lane
Springfield, OH 45503


Bonnie B Smith
308 Old Wood Drive
Columbia, SC 29212

Bonnie Beard
16468 Hwy 55
Stonewall, NC 28583

Bonnie Farling
119 East Dauphin Street
Enola, PA 17025

Bonnie G Looney
131 Megann Drive
Portland, TN 37148

Bonnie Gibeaut
1047 White Pond Rd
Elgin, SC 29045

Bonnie J Brooks
14645 Jack Run Road
Rockbridge, OH 43149

Bonnie J Dunwoody
215 Fairview Street
New Lexington, OH 43764

Bonnie J Emmert
8041 Fohl Road  SW
Navarre, OH 44662


Bonnie J Fulton
5 Third Street
Heilwood, PA 15747


Bonnie L Johnson
3180 Greenlee Road   PO Box 366
McKean, PA 16426


Bonnie L Proudfoot
13909 Mansfield Road
Athens, OH 45701


Bonnie Lawson
46417 St Rt 248
Chester, OH 45720


Bonnie M Ford
129 Guenther Lane
Apollo, PA 15613

Bonnie Markle
1479 Baltzley Valley Rd SE
New Philadelphia, OH 44603

Bonnie McFadden
PO Box 307
St Marys, WV 26170

Bonnie Raybuck
738 Forest Ridge
Boardman, OH 44512

Bonnie S Kazior
13 Veronica Drive
Finleyville, PA 15332

Bonnie Schaeffer
538 Craig Street
Grove City, PA 16127

Bonnie Schwarz
201 Semple St
Aliquippa, PA 15001

Bonnie Soderborg
437 N Waterslide Ct
Heber City, UT 84032


Bonny L Padden
717 Enyon Street
Scranton, PA 18504


Boris Charnis
82 Keenan Lane
Holland, PA 18966


Boris Vulfson
7259 Rupert Street
Philadelphia, PA 19149


Boro Martinic
3226 E Vogel Avenue
Phoenix, AZ 85028


Bosnjakovic Beriz
604 Dennis Way
Bowling Green, KY 42101

Bottra Kean
722 Golden Bell Drive
Rock Hill, SC 29732


Bounlay Malaikham
1906 Elora Court
Murfreesboro, TN 37127


Boyapati Sivakumar
11495 Cheyenne Trail  Apt 201
Parma Heights, OH 44130


Boyce R Parrish
4001 Murray Pl
Nashville, TN 37216


Boyd A Sterling Jr
215 Allen Street
Donora, PA 15033


Bozo Todoric
1260 Peggy Drive
Hummelstown, PA 17036

```
Brad  Chambers
324 Wewstern Ave
Brookville, OH 45309




Brad  Davis
1124 North Gow Street
Wichita, KS 67203




Brad Adams
228 St Charles Avenue # 814
New Orleans, LA 70130




Brad Blaha
7045 Woodland Avenue
Pittsburgh, PA 15202




Brad Clapp
418 W Dake
Brockfield, MO 64628




Brad Daniel
1105 16th Avenue S
Nashville, TN 37212
```

Brad J Olbert
3883 Starford
Starford, PA 15777

Brad Moorman
8165 West Stene Drive
Littleton, CO 80128

Brad Norden
119 N 16th St
Grand Forks, ND 58203

Brad R Lempert
1622 Napfle Avenue  Second Floor
Philadelphia, PA 19111

Brad Rogers
205 Lackawanna Road
Lexington, KY 40503

Brad Roubik
2040 Blossom Hill Rd
Easton, PA 18040

Brad S Slayden
4108 Lone Oak Road
Nashville, TN 37215

Brad Shenefelt
8704 Lost Valley Drive
Mars, PA 16046

Brad Shoop
57 Hope Corson Road
Ocean View, NJ 08230

Brad Smith
23597 S 223rd Street
Queen Creek, AZ 85242

Brad Sorensen
2761 Laurel Canyon Place
Los Angeles, CA 90046

Brad Swanson
1008 Coker Court
Winfield, KS 67156

Brad Wilson
4204 Nebraska Avenue
Nashville, TN 37209


Bradely S Schonour
3716 Saint Lawrence
Reading, PA 19606


Bradford A Smith
12 Willow Lane
Nesquehoning, PA 18240


Bradford Fenton
149 Lethbridge Circle
Copley, OH 44321


Bradford Haines
316 Roaring Brook Road
Conway, MA 01341


Bradford Johnson
265 Co Rd 545
Englewood, TN 37329

Bradlee Basilone
210 Cline Avenue
Mansfield, OH 44907


Bradley  Allan
408 Northgate Parkway
Toledo, OH 46315


Bradley  Pendleton
A201 Farrar Ave
Nashville, TN 37215


Bradley A Ganues
203 Cusick Court
Murfreesboro, TN 37128


Bradley A Reisinger
98 Churchill Drive
York, PA 17403


Bradley A Workman
509 Cassin Avenue  PO Box 43
Newell, PA 15466

Bradley Anderson
1730 Josiah Chowing Way
New Cumberland, PA 17070

Bradley Bennett
121 Margaret Dr
Stevensville, MD 21666

Bradley D  Titus
300 Kennihan Lane
Valencia, PA 16059

Bradley D Loshnowsky
428 Longmeadow Road
Lancaster, PA 17601

Bradley D Rodeheaver
Po Box 791   1122 Babbitt Rd
Donora, PA 15033

Bradley D Roush
106 N 4th St
Lebanon, PA 17046

Bradley DeFranco
92 Sylvan Lake Road
Hunlock Creek, PA 18621


Bradley Glaze
9959 St Rt 93N
New Straitsville, OH 43766


Bradley Harris
466 W Main Street
Dallastown, PA 17313


Bradley High
115 North Main Street
Mendon, OH 45862


Bradley Huffman
525 2nd Street  Apt #3
Rodeo, CA 94572


Bradley J Mattingly
1514 Stonehill Road
Mt Juliet, TN 37122

Bradley J Thorne
2243 Robert Fulton Highway
Peach Bottom, PA 17563

Bradley L Benton
1940 Hixton Rd
Duncansville, PA 16635

Bradley Lewis
165 Berry Drive
West Columbia, SC 29170

Bradley Loudin
8807 321st Street  Ct 3
Eatonville, WA 98328

Bradley Ludwig
63 King Street
Pottstown, PA 19464

Bradley Meda
14572 Kylewood Way
Gainesville, VA 21155

Bradley Nelson
10266 Castle Bridge Ct
Knoxville, TN 37922

Bradley Nicsinger
5647 Cleveland Avenue  SE
East Sparta, OH 44626

Bradley Plank
116 E Walnut
Covington, OH 45318

Bradley Preston
6731 Tippecanoe  #3
Canfield, OH 44406

Bradley Ryan
1139 roberts Rd
Media, PA 19063

Bradley S Baker
15 Old State Road
Jonestown, PA 17038

Bradley S Egolf
11 Winding Brook Drive
Sinking Spring, PA 19608

Bradley S Schauer
1197 S Alex Road  Apt C
West Carrollton, OH 45449

Bradley Statnick
33 Ashley Drive
Dillsburg, PA 17019

Bradley T Pinson
1115 Sunnymeade Drive
Nashville, TN 37216

Bradley Tresky
544 Walters Station Rd
Evans City, PA 16033

Bradly Klonowski
7881 Brecksville Rd
Brecksville, OH 44141

Brady  Madsen
3132 E Tonto Dr
Gilbert, AZ 85297


Brady Fisher
2929 Moss Hollow Rd
Chillicothe, OH 45601


Brady Kohen
226 North Mulberry Street
Bremen, OH 43107


Brady Tuttle
10643 Stemside Avenue
Las Vegas, NV 89129


Brahim Mauhib
4 Persian Lilac Drive
Etters, PA 17319


Brail Lipford
2724 South Four Peaks Way
Chandler, AZ 85249

Brandan K Sims
54 Schley Ave
Pittsburgh, PA 15205


Brandee Phillips
7720 Union Valley Road
Fairview, TN 37062


Branden L Carey
5323 Keeport Dr No2
Pittsburgh, PA 15236


Brandi Barra
141 Plum Run Road
New Oxford, PA 17350


Brandi Brown
1572 Old Hillsboro Rd
Franklin, TN 37069


Brandi Busey
4517 Singer Road
Murfreesboro, TN 37129

Brandi D Taylor
137 Glen Caladh St
Pittsburgh, PA 15207


Brandi France
750 King Street
Mansfield, OH 44903


Brandi Gardner
313 Pike Street Apt 323
Athens, TN 37303


Brandi L Beck
1509 Kenmawr Avenue
Rankin, PA 15104


Brandi L Harner
42 Maple Street Unit 4C
Mohnton, PA 19540


Brandi L Thomas
6301 Murray Lane
Brentwood, TN 37027

Brandi Logan
1458 Spicetree Circle
Fairborn, OH 45324


Brandi M Weimar
45 East Weber Avenue
Villas, NJ 08251


Brandi N Harvey
10281 Porter Lane
Athens, OH 45701


Brandi Thompson
1796 West Tyson St
Chandler, AZ 85224


Brandin Martin
518 Cameron Walker #304
Charlotte, NC 28217


Brandon Brown
4744 Walford Rd Apt 3
Warrensville, OH 44128

Brandon Butler
7540 Spinola Lane
Bartlett, TN 38133

Brandon C Butler
6588 East Brook Lane  #3
Memphis, TN 38134

Brandon C Hull
812 N Hickory Street
Scottdale, PA 15683

Brandon C Morris
5570 Floy Avenue
St Louis, MO 63136

Brandon Checket
2100 Walnut Street
Lebanon, PA 17042

Brandon Davis
115 North Broad Street
Bedford, PA 15522

Brandon E  Metzger
1661 Abby Dr
Newark, OH 43055


Brandon E Sullivan
218 Haymont Dr
Gibsonia, PA 15044


Brandon Giebel
6451 W Bell Road  #1131
Glendale, AZ 85308


Brandon Gruber
3927 Saint Lawrence Avenue
Reading, PA 19606


Brandon Heffington
3117 Ballenger Drive
Nolensville, TN 37135


Brandon Horne
521 Ely Ct North
Powell, OH 43065

Brandon J Boose
192 Fairway Drive
Denver, PA 17517

Brandon J Brooks
318 Jackson Street
Rochester, PA 15074

Brandon J Williams
116 Meadow Ave
Creighton, PA 15030

Brandon Johns
1472 Summer Hill Road
Auburn, PA 17922

Brandon King
126 Boulder Road
Fairplay, SC 29645

Brandon L Clark
1182 Troy Urbana Road
Troy, OH 45373

Brandon L Duncan
833 Fairview
Pottsville, PA 17901


Brandon L Laird
4663 Echo Glen Drive
Pittsburgh, PA 15236


Brandon M Pogash
107 S Main Street  PO Box 6
Aristes, PA 17920


Brandon M Whitfield
3102 Landis Street
Pittsburgh, PA 15204


Brandon Mongun
2113 Lancaster Avenue
Monroe, NC 28112


Brandon Peterson
5249 E Hobart Street
Mesa, AZ 85205

Brandon Randall
438 Rebecca Avenue
Pittsburgh, PA 15221

Brandon Reines
769 S Linden Ave
Pittsburgh, PA 15208

Brandon Rickard
603 Calais Drive  Apt 2109
Pittsburgh, PA 15237

Brandon S Bennet
309 East Springside Drive
Shillington, PA 19607

Brandon S Jones
625 Barn Street
Pataskala, OH 43062

Brandon S Ratliff
10219 S 47th Street
Phoenix, AZ 85044

Brandon S Simms
440 Pearl Street
Leetonia, OH 44431


Brandon S Taylor
46 West Third Street
Pottstown, PA 19464


Brandon Stacy
4515 FE Marconi Ave
Phoenix, AZ 85032


Brandon T Brewer
309 Church St #101
Nashville, TN 37201


Brandon T Oliver
2302 N Central Avenue C616
Phoenix, AZ 85004


Brandon T Spahr
109 Chasake Trail
Apollo, PA 15613

Brandon Troup
315 Walnut
Valley View, PA 17983

Brandon W Osborne
635 N Railroad Street
Palmyra, PA 17078

Brandt  Redlin
3050 E Knoll St
Mesa, AZ 85213

Brandy B Page
511 N Alder Street
Gilbert, AZ 85233

Brandy Carpenter
1339 Fifth Street  NW
New Philadelphia, OH 44663

Brandy Davis
35789 Lakeshore Blvd
East Lake, OH 44095

Brandy J Fowler
77 Spring Street Apt 2
Wakefield, RI 02849

Brandy L Molnar
46 Edgewater
Poland, OH 44514

Brandy L Shirley
430 Center Street
Indiana, PA 15701

Brandye M Patterson
708 Jay Street
St Marys, OH 45885

Brannon A McKim
9047 Tarrington Lane
Franklin, TN 37069

Branson L Arthur
8492 Pattonsville Road
Jackson, OH 45640

Brant  Miles
4516 Weymouth St
Philadelphia, PA 19120


Brant  Warner
4384 Cherry Run Road
Glen Rock, PA 17327


Brant Busby
284 Belle Rose Circle
Madison, MS 39110


Brayden A Held
105 E Manison Ave
Vandergrift, PA 15690


Brayetta Lovall
6100 Carmen Boulevard # 2022
Las Vegas, NV 89108


Bre Ann Shade
1324 Allegheny Ave
Reading, PA 19601

Brea Horner
3814 Big Springs Ridge
Friendsville, TN 37737


Breann Wolfe
802 West King road
Malvern, PA 19355


Bree Johnson
97 Stanley St
North Attleboro, MA 02763


Brehanne K Wright
9 East 17 St
Ocean City, NJ 08226


Brenda  Keeble
786 South Main St
Pascoag, RI 02859


Brenda  McFarland
1069 Benton Rd
Salem, OH 44460

Brenda A Brodt
301 Gold Mill Road
Wind Gap, PA 18001

Brenda Alford Daniels
2666 Hampshire Rd
Cleveland Heightws, OH 44106

Brenda Bailey
215 North Franklin Street
Palmyra, PA 17078

Brenda Brown
1368 Sunnyhill Drive
Camden, SC 29020

Brenda Burkhart
349 Sousley Rd
Lenhartsville, PA 19534

Brenda Campbell
125 La Salle Ct
Spartanburg, SC 29306

Brenda Carden
7918 Hooten Hows Road
Nashville, TN 37221


Brenda Clem
713 Cason Lane
Murfreesboro, TN 37128


Brenda E Irish
30 Front Street
Glouster, OH 45732


Brenda Farrow
400 E King St #2
Shipp, PA 17257


Brenda Fleck
238 Ridge Ave.
New Kensington, PA 15068


Brenda Gonzalez
1050 Frederick Ave
Reading, pa 19605

Brenda H Dixon
142 Berrywood Drive
Hendersonville, TN 37075


Brenda H Martin
2845 Brewington W
Sumter, SC 29153


Brenda Haith Johnson
406 South Dept Street
Seneca, SC 29678


Brenda Haynes
200 S Main Street
New Bremen, OH 45869


Brenda Herbst
314 W Murphy Ave
Connellsville, PA 15425


Brenda Huston
116 East Pennsylvania Ave
Woodbine, NJ 08270

Brenda J Allshouse
104 S Church St
DuBois, PA 15801


Brenda J Gower
26 Maple Street
Fairchance, PA 15436


Brenda J Host
726 Market St
Lykens, PA 17048


Brenda J Lewis
1204 Joseph Ave
Nashville, TN 37207


Brenda J McKenzie
260 N Columbus Street
Sunbury, OH 43074


Brenda J Parks
2648 Windfall Estate Drive
Sevierville, TN 37876

Brenda Jenkins
544 Cedar Street
Salem, OH 44460


Brenda Johnston
147 Queen City Rd
Catawissa, PA 17820


Brenda Jones
522 Kimsey Mountain Hwy
Reliance, TN 37369


Brenda K Carpenter
39420 Barnesville Bethesda Road
Bethesda, OH 43719


Brenda K Jeffers
195 South Front Ave
Middleport, OH 45760


Brenda K Keefer
1312 Riverbreeze Drive  Apt 2
Sevierville, TN 37876

Brenda K Layton
50 New Road
Elverson, PA 19520


Brenda Keisch
1632 Greenwood Drive
Lebanon, PA 17046


Brenda L  Jordan
4075 Call Rd
Perry, oh 44081


Brenda L Broadway
5088 Old State Rd 119
Greensburg, PA 15601


Brenda L Brown
4088 Railroad Street
New Marshfield, OH 45766


Brenda L Brown
12495 Ravenna Rd
Newbury, OH 44065

Brenda L Davanzo
3388 Swallow Hollow
Poland, OH 44514


Brenda L Foose
987 Matamoris Road
Port Royal, PA 17082


Brenda L Knouse
301 S Nicholas Street
St Clair, PA 17970


Brenda L Kondria
274 Tend Church Road
Uniontown, PA 15401


Brenda L Pellerin
19 Shriver Avenue  SE
Massillon, OH 44646


Brenda L Serensits
5333 Nor Bath Blvd
Northampton, PA 18067

Brenda Lashawn Howard
16002 Coultervill Rd
Sale Creek, TN 37373


Brenda Lovely
506 Hancock Avenue
Vandergrift, PA 15690


Brenda M Clancy
1162 Stoneridge Dr  Apt A
Whitehall, OH 43213


Brenda M Hemmelgarn
1807 Post Road
St Henry, OH 45883


Brenda M Rochowiak
325 Second Street SE
Brewster, OH 44613


Brenda Mae Mann
3200 Ridgeview St
Kingsport, TN 37664

Brenda Owens
657 Linden Ave
New Kensington, PA 15068


Brenda P Ewing
141 Live Oak Court
Anderson, SC 29621


Brenda Pietrantonio
P.O. Box 3181
Arizona City, AZ 85223


Brenda R Freeman
5000 Woodbine Ave Apt # 005
Philadelphia, PA 19131


Brenda Ragsdale
5920 Naperville
Las Vegas, NV 89130


Brenda Reitz
6348 Hillgrove Southern Road
Greenville, OH 45301

Brenda Rice
705 16th Street NE
Massillon, OH 44646


Brenda Rose
801 West Voorhees
Danville, IL 61832


Brenda S Bownes
10001 Stone Rd
Athens, OH 45701


Brenda S Douglas
PO Box 346  20 Birge Drive
Chauncey, OH 45719


Brenda S Geddings
2736 Sumpter Highway
Bishopville, SC 29010


Brenda S Hawthorne
9 Williard Avenue NE
Massillon, OH 44646

Brenda S Kasler
316 Railroad Street
Nelsonville, OH 45764

Brenda Sanderlin
1127 Holly berri Lane
Millville, NJ 08332

Brenda Treaster
111 Circle Drive
Hummelstown, PA 17036

Brenda Trevino
2526 Grand Ave
New Castle, IN 47362

Brenda Vargas
529 E Hiltong
Philadelphia, PA 19134

Brenda Weatherby
15 Kiwanis Park Road
West Middlesex, PA 16159

Brenda Whitley
4066 Davis Grove Boulevard
Olive Branch, MS 38654

Brendan M Dohm
8 River Farms jRoad
Wrightsville, PA 17368

Brendan N Hensel
18 East Keller St
Mechanicsburg, PA 17055

Brendan Sullivan
4344 Almond Street
Philadelphia, PA 19137

Brendan Teeftaller
3853 Whitland Ave
Nashville, TN 37205

Brendan Timoney
49 Carriage House Drive
Southampton, PA 18966

Brendon C Barron
5062 Bakerstown Culmerville
Tarenton, PA 15084

Brendt A Sundermeier
690 Ashbury Drive
Perrysburg, OH 43551

Brenna Kennedy
2102 S Ida
Wichita, KS 67211

Brennan Deasy
123 Longview Drive
Irwin, PA 15642

Brennan Hill
3512 Handman Avenue
Cincinnati, OH 45226

Brennan Ward
26240 Broadway Ave  Lot 28
Oakwood Village, OH 44146

Brent  Downing
48 Village Church Ct
Chapin, SC 29036

Brent  Ryland
5219 West Kings Ave
Glendale, AZ 85306

Brent  Sanders
6807 Laurel Trace
Middleburg Hts, OH 44130

Brent A Bitner
3309 Williamsburg Street  NW
Warren, OH 44485

Brent A Black
1755 Mark Road
Washington Court House, OH 43160

Brent A Morris
4019 Stillwood Dr
Knoxville, TN 37919

Brent A Pope
530 Bellvue Avenue
Kingsport, TN 37660


Brent A Workman
59745 Coolhill Road
Belmont, OH 43918


Brent Antony
3536 Central Avenue
Nashville, TN 37205


Brent Brenner
4504 New Portville Road
Newportville, PA 19052


Brent Cohen
1817 Washington Lane
Meadowbrook, PA 19046


Brent Dougherty
202 Pearl Street
Franklin, TN 37064

Brent F Girardeau
643 Huffine Manor Circle
Franklin, TN 37067


Brent Heisner
33094 North Mesquite Court
Queen Creek, AZ 85242


Brent Hugus
12352 Beaver Creek
Salem, OH 44460


Brent Jones
24 Rabbit Run Lane
Glenmoore, PA 19343


Brent L  Smith
1405 Marlboro Avenue
Pittsburgh, PA 15221


Brent Laney
P.O. Box 2553
Crested Butte, CO 81224

Brent Lee Rumberger
351 Pine Hill Road
Carlisle, PA 17013


Brent Long
7655 Mottice Drive
Waynesburg, OH 44688


Brent M Davis
13420 N 35th Street
Phoenix, AZ 85032


Brent N Rexen
5624 Stoneway Trail
Nashville, TN 37209


Brent P Damron
5239 Loeffler Drive
Groveport, OH 43125


Brent Schurman
7851 Heaton Way
Nashville, TN 37211

Brent W Price
3705 Deerfield Cove
Bartlett, TN 38135

Brent Warden
25325 Stoneburner Road
Quaker City, OH 43773

Bret Barnhizer
1260 Boardman Canfield Rd
Boardman, OH 44512

Bret L Harris
1608 Annie Lane
Columbia, TN 38401

Bret Luxeuil
320 Lisbon Road
Salem, OH 44460

Bret M Grider
2070 Cambridge
Emporia, KS 66801

Bret Peckenschneider
PO Box 159
Myerstown, PA 17067


Bret Thompson
5335 Dueber Ave SW
Canton, OH 44706


Brett A Morgan
510 Perkins Avenue
Akron, OH 44304


Brett Blottiaux
18518 Wetherill Road
Monument, CO 80132


Brett Brown
3714 Wexford Run Rd
Wexford, PA 15090


Brett Dunhoft
626 Park Ridge Drive
Mechanicsburg, PA 17055

Brett Fortna
421 Hillcrest Drive
Jonestown, PA 17038


Brett Hilton
PO Box 1281
Florence, AZ 85232


Brett K Berry
21 Cove Run
Spartansburg, SC 29302


Brett Leinard
5006 Idaho Avenue
Nashville, TN 37209


Brett M Chadwick
232 Lickdale Rd
Jonestown, PA 17038


Brett M DeHaven
608 Brown Street
West Mansfield, OH 43358

Brett M McClafferty
9761 South Delmonte
Streetsboro, OH 44241


Brett Marsh
618 Maryann Avenue
Ridgecrest, CA 93555


Brett Middlebrook
2121 West Main St  No2030
Mesa, AZ 85201


Brett R Biggs
4726 Kathi Dr
Bethlehem, PA 18017


Brett Radigan
217 Easterly Pkwy #G9
State College, PA 16801


Brett Reiss
1452 E Desert Vista
Scottsdale, AZ 85262

Brett Shapiro
125 Amherst Way
Nashville, TN 37221

Brett Stevens
5715 W. Robb Lane
Glendale, AZ 85310

Brett T Seroka
22 Columbus Street Apt 16
Belle Vernon, PA 15012

Brett Weiss
42405 N Crosswater Way
Anthem, AZ 85056

Brett Wilson
2763 Ironwood Street
Cuyahoga Falls, OH 44221

Brian  Andrews
1080 New Salem Rd
New Salem, PA 15468

Brian  Carlson
2318 Stevenson Drive
Xenia, OH 44131


Brian  Davis
1802 Brownsville Road  Apt 2
Pittsburgh, PA 15210


Brian  Feeley
4565 Penacook Avenue
Easton, PA 18045


Brian  Grout
29861 E Mountain View
Wellton, AZ 85356


Brian  Jellison
1751 Clearbrooke Drive
Stow, OH 44224


Brian  Johnson
216 Transom Court
Gaston, SC 29053

Brian  Lecrone
1156 Greenwood St
Bellefontaine, OH 43311

Brian  Liming
3070 Hussey Road
Jamestown, OH 45335

Brian  McCoy
5 Sea Grape Lane
Ocean View, NJ 08230

Brian  Morgan
20 Scott Drive  Apt B
Dravosburg, PA 15034

Brian  Nagle
65 Yellowood Drive
Levittown, PA 19657

Brian  O Connor
1702 E Highland Avenue
Phoenix, AZ 85016

Brian OHare
2400 E Farragut Avenue Second Floor
Bristol, PA 19007


Brian Pop
650 E Azure Ave No 3055
N Las Vegas, NV 89081


Brian Romancak
221 Greenbriar Dr
Aurora, OH 44202


Brian Sanders
254 Via Francisca Dr
Henderson, NV 89011


Brian Scheuring
4270 New Holland Rd
Mohnton, PA 19540


Brian Sheehan
36 Evelyn Place
Staten Island, NY 10305

Brian  Ungar
2334 Tilbury Avenue
Pittsburgh, PA 15217


Brian  Vukotich
12 Hillcrest Drive
Cecil, PA 15321


Brian  Walsh
1546 Penn Ave
Scranton, PA 18509


Brian  Woodside
6760 Thornville Rd
Rushville, OH 43150


Brian A Booth
RR5 Box 5708
Saylorsburg, PA 18353


Brian A Campbell
1745 Richboug Park Dr
Brentwood, TN 37027

Brian A Davis
144 Cal Drive
Limestone, TN 37681


Brian Bandyk
3188 County Road 10
Adena, OH 43901


Brian Bator
5649 St Rt 82
Newton Falls, OH 44444


Brian Beck
35 Lantern Road
Lincoln, RI 02865


Brian Bell
18210 Birwood Street
Franklin, MI 48025


Brian Berger
3018 Smith Lane
Franklin, TN 37069

Brian Bock
3837 E Captain Dreyfus Avenue
Phoenix, AZ 85032

Brian Bortz
1063 Harison City Exp Rpad
Jeanette, PA 15644

Brian Boucher
401 Chapel Street
Harrisville, RI 02830

Brian Bowks
6252 Gardena Street
Philadelphia, PA 19144

Brian Brady
139 Maple Street
Dillimer, PA 15327

Brian Brandis
991 Hillcrest Drive
Macungie, PA 18062

Brian Brearey
3702 Meadowbrook Boulevard
University Heights, OH 44118

Brian Burton
4638 Murray Connor Road
Fayetteville, OH 45118

Brian C Berk
2339 Sandalwood Court
Twinsburg, OH 44087

Brian C Harris
123 Rose Avenue
Harrison City, PA 15636

Brian C Johnson
1938 Maine Street
Lawrence, KS 66046

Brian C Lichney
774 Glen Park Road
Boardman, OH 44512

Brian C Morris
810 Stratford Ave
Sweetwater, TN 37874


Brian C Reaves
4960 Scottsdale Avenue
Memphis, TN 38118


Brian C Schott
522 East Mahanoy Street
Mahanoy City, PA 17948


Brian Campbell
60 Youngwood Rd
Pittsburgh, PA 15228


Brian Carnes
2027 Henry Avenue SW
Canton, OH 44706


Brian Carr
118 Skylark Drive
Murfreeboro, TN 37129

Brian Clark
7851 Marv Drive
Verona, PA 15147

Brian Clemons
335 Park Avenue
New Castle, PA 16101

Brian Cooney
14234 N. 51st Street
Scottsdale, AZ 85254

Brian Cooper
23 Aberdale Lane
Sicklerville, NJ 08081

Brian Cracraft
2308 E Encanto Street
Mesa, AZ 85202

Brian Cradick
2440 Gaylord St
Denver, CO 80205

Brian D  Chase
7240 West Lake Rd
Fairview, PA 16416


Brian D Grieves
58454 Claysville Rd
Cambridge, OH 43725


Brian D Heldenbrand
303 Leonard Avenue
Massillon, OH 44646


Brian D Klein
14321 Murray Road
Union City, PA 16438


Brian D Putt
255 Brickchurch Rd
Enola, PA 17025


Brian Daniels
2456 Joyce Lane
Okeona, OH 45053

Brian Dean
3840 Old Logan Road
Lancaster, OH 43130

Brian Dillon
2163 Tope Rd
New Cumberland, WV 26047

Brian E Blanda
2167 Penguin Ave
Akron, OH 44319

Brian E Coe
111 McLaughlin Avenue
Adena, OH 43901

Brian E Crow
1117 Marshall Street
McMechen, WV 26040

Brian E Murriel
125 Blueberry Lane
Inman, SC 29349

Brian E Perkins
17444 Donation Rd
Corry, PA 16407


Brian Edgar
62820 Broadmoor Circle
Washington, MI 48094


Brian F Burke
1546 Oak Lane
Ashtabula, OH 44004


Brian Farrell
1259 Tampa Avenue
Akron, OH 44314


Brian Fernando
5933 W Desert Cove Avenue
Glendale, AZ 85304


Brian Fike
551 Brady Road
Marion Center, PA 15759

Brian Fischer Jr.
712 Pilgrim Plaza
Cape May, NJ 08204


Brian Flechs
12030 W Yuma St
Avondale, AZ 85323


Brian Francis
1015 Fourth Street
Hiller, PA 15444


Brian Friedman
24107 E Baintree Road
Beachwood, OH 44122


Brian Fung
3915 Gibsonia Road
Gibsonia, PA 15044


Brian Furedi Jr
955 Center St
Sheppton, PA 18248

Brian G Handley
355 Locust Street
Steelton, PA 17113


Brian G Myers
1445 Chestnut Avenue
Gloucester City, NJ 08030


Brian Galbraith
603 Woodward Avenue
Kittaning, PA 16201


Brian Gaul
3406 N 3rd Ave
Phoenix, AZ 85021


Brian Goodyke
4263 E Gleneagle Dr
Chandler, AZ 85249


Brian Gorby
15330 Mock Road
Berlin Center, OH 44401

Brian Gower
2144 Paganini
Henderson, NV 89052

Brian Grubbs
10030 Oxley Road
Athens, OH 45701

Brian Hanlon
9044 Federal Road
Cutler, OH 45724

Brian Hanna
7543 Parkview Rd.
Upper Darby, PA 19082

Brian Harmon
PO Box 65
Port Crane, NY 13833

Brian Harr
5918 Main Road
Bedford, PA 15522

Brian Heiman
5111 S Meridian
Wichita, KS 67217


Brian Hensley
10643 Long John Silver
Hillsboro, OH 45133


Brian Hirte
150 Indian Cove Lane
Ponte Vedra Beach, FL 32082


Brian Hollabaugh
1293 Shelton Road
Salem, OH 44460


Brian Hudson
135 Angena Drive
Pittsburgh, PA 15205


Brian Hunsinger
384 Black Bear Drive
Catawissa, PA 17820

Brian Hurley
204 Pebble Creek Road
Columbia, SC 29201




Brian J Allen
1800 Freeport Road
Arnold, PA 15068




Brian J Byrd
1906 Windy Creek Way
New Albany, IN 47150




Brian J Murphy
279 Nelson Run Road
Pittsburgh, PA 15237




Brian J Paroda
149 Grange Road
McClellandtown, PA 15458




Brian Janko
253 Moore Rd
Avon Lake, Oh 44012

Brian Jarvis
8440 E Rosewood Lane
Scottsdale, AZ 85251

Brian Johnston
70 Keswick Avenue
Pittsburgh, PA 15202

Brian Joseph
4778 Tillamook
Lima, OH 45805

Brian Joy
6197 Stae Route 45
Lisbon, OH 44432

Brian K Doyle
317 Denny Road
Uniontown, PA 15401

Brian K English
93 Crowsfoot Lane
Morrisdale, PA 16858

Brian K Flowers
5681 Howard Price Road
Glouster, OH 45732

Brian K James Jr
87 North Third St  Apt 2D
Shelby, OH 44875

Brian K McRill
213 Penn Brooke
Findlay, OH 45840

Brian K Porter
200 Hopewell  Rd
White, PA 15490

Brian Kibler
4808 Highpoint Drive
Marietta, GA 30066

Brian Kinner
729 Industry Road
Buena Vista, PA 15018

Brian L Brown
2153 Panther Vallet Rd
Pottsville, PA 17901

Brian L Dansie
5642 Valencia Park Boulevard
Hilliard, OH 43026

Brian L Dries
606 Parkway Road
Allentown, PA 18104

Brian L Gillen
56 Grace Street  PO Box 137
Ramey, PA 16671

Brian L Harris
1528 Nathaniel Drive
Cincinatti, OH 45240

Brian L Shaffer
336 River Avenue
Masontown, PA 15461

Brian L Stewart
224 Grant St
Greensburg, PA 15601


Brian L Uphold
3502 Eleventh Street SW
Canton, OH 44710


Brian L Woodrum
2634 Dees Street
Streetsboro, OH 44241


Brian Lawson
3921 Valleybrook Drive S
Englewood, OH 45322


Brian Lee Hannon
2254 W Plata Avenue
Mesa, AZ 85202


Brian Lessin
95-2 Glazebrock Road. Unit F2
Killington, VT 05751

Brian Lucas
274 Shasta Drive
Pittsburgh, PA 15239


Brian Lundgren
1216 Leecrest Street NW
Massillon, OH 44646


Brian M Bacon
972 East Chester Drive
Gahanna, OH 43230


Brian M Gongloff
3212 Ben Franklin Highway
Ebensburg, PA 15931


Brian Mantor
10310 Seminole
Piqua, OH 45356


Brian Mazzola
3820 Bowers Hollow
North Las Vegas, NV 89085

Brian McGirr
5899 Elm Street
Andover, OH 44003


Brian Michaels
425 Cedar Ridge Ct
Oldsmar, FL 34677


Brian Miller
2424 Martindale Road
Marrianna, PA 15345


Brian Moorman
3315 St Rt 219
Coldwater, OH 45828


Brian Morici
8305 Wildwood Glen
Las Vegas, NV 89131


Brian Morrison
12305 South Hills Drive
Reno, NV 89511

Brian Motz
4006 4th Street NE
Canton, OH 44704


Brian N Smith
729 Leafy Bend Ct
Lexington, SC 29073


Brian O Kinney
2757 Axe Factory Rd
Philadelphia, PA 19152


Brian O Scruggs
3988 Karl Rd  Apt #48
Columbus, OH 43224


Brian Opaska
430 Spring St
New Kensington, PA 15038


Brian P Benyo
14 Freedom Circle
Hazleton, PA 18201

Brian P Coleman
70560 Chermont Road
Bridgeport, OH 43912

Brian P Davies
445 Cedar Drive
Elizabeth, PA 15037

Brian P McKay
126 Center St
Carlisle, PA 17013

Brian Pasquale
1537 Indian Mtn Lake
Albrightsville, PA 18210

Brian Perri
197 Laurel Road
Boyertown, PA 19512

Brian Pickler
202 Fall Street
Nashville, TN 37206

Brian Piekut
1329 Samantha Way
North Huntington, PA 15642


Brian Posterli
2196 Penny Lane Ct
Youngstown, OH 44515


Brian Pottoroff
7749 Spanish Moss Lane
Prescott Valley, AZ 86314


Brian Powers
135 South 13th Street
Pittsburgh, PA 15203


Brian Priest
82 Linda Drive #19
Mechanicsburg, PA 17050


Brian R Bauman
443 Winthrop Drive
Lancaster, PA 17603

Brian R Lawton
1409 West Walnut St
Coal Township, PA 17866

Brian R Speer
5024 Kincannon Drive
Nashville, TN 37220

Brian Rause
2719 7th Street PO Box 253
Wyano, PA 15695

Brian Rosati
35 Saddlers Run
Ormond Beach, FL 32174

Brian Ruddock
672 Rt 119 Highway N
Indiana, PA 15701

Brian S Ballard
218 Stevens Avenue
Lancaster, PA 17602

Brian S Bretz
697 Wresley Chapel Re
Scottdale, PA 15683

Brian S Matthews
1515 Appling Walk Dr
Cordova, TN 38016

Brian S McNett
515 Railroad Street
Stockdale, PA 15483

Brian S Morris
54 B Hawthorne Lane
Bidwell, OH 45614

Brian S Tokar
6900 Prospect Avenue
Pittsburgh, PA 15202

Brian S Wagner
1559 Eaton Road
Berkley, MI 48072

Brian Shaffer
315 Church St   PO Box 379
McIntrye, PA 15756


Brian Short
204 Walnuit St
Archibold, OH 43502


Brian Shourds
404 Taylor Avenue
W Collingswood, NJ 08107


Brian Shuman
232 Crescent Drive
Washington, PA 15301


Brian Shyu
2528A Wharton Street
Pittsburgh, PA 15203


Brian Siegrist
5353 Dayar Street
Lowville, NY 13367

Brian Sinnwell
2115 Fairland Avenue
Bethlehem, PA 18018


Brian Smith
221 State Route 647
Rayland, OH 43943


Brian Stossel
130 Winters Road
Butler, PA 16002


Brian Stuhlmacher
7N140 Nancy Lane
St Charles, IL 60175


Brian T Pearce
1817 State Route 83  Unit 452
Millersburg, OH 44654


Brian Thomas
33615 Saint Sharbel Court
AVon, OH 44011

Brian Throneburg
2867 Brownell Avenue
Sullivans Island, SC 29482

Brian Trymbiski
5008 Ann Davis Drive
Doylestown, PA 18901

Brian Turnauer
452 N Venice Blvd
Venice, CA 90291

Brian V Gagliardo
11 Klahr Rd
Bethel, PA 19507

Brian Vinsko
50 Mercedes Dr
Wilkes Barre, PA 18702

Brian W Beno
3614 Pond Way
White Oak, PA 15131

Brian W Brown
1214 22nd Street NW
Canton, OH 44709


Brian W Messenger
868 Stumpville Road
Jefferson, OH 44047


Brian W Veasman
1033 Caps Ridge Road
Dickson, TN 37055


Brian Walker
PO Box 3509
Sedona, AZ 86340


Brian Werner
419 Forest Hills Ave
Philadelphia, PA 19116


Brian Williams Phipps
9519 E Los Lagos Vista Avenue
Mesa, AZ 85212

Brian Winters
633 Ross Mountain Park
Ligonier, PA 15658

Brian Wright
850 Tyne Boulevard
Nashville, TN 37220

Briana Hernandez
4617 E 9th
Tucson, AZ 85711

Brianlee Wiltrout
2415 Sapling Drive
Glenshaw, PA 15116

Brianna Bruno
2008 W Nadine Way
Phoenix, AZ 85085

Brianne Mangini
122 Seventeenth Avenue
Belmar, NJ 07719

Brianne Merritt
448 Laurel Street
Scranton, PA 18508


Brianne Moore
114 Washington Avenue
Ephrata, PA 17522


Brianne N Turner
1236 Beverly Drive
Union City, IN 47390


Brianne Will
32 Park Avenue
Shelby, OH 44875


Bridget Goodwin
735 Indian Trail Road
Blair, SC 29015


Bridget M Porco
610 10th St
Oakmont, PA 15139

Bridget Martinez
516 North 105th Place
Mesa, AZ 85207

Bridget McGuire
221 Roman Empire Avenue
Las Vegas, NV 89031

Bridgett Baney
672 Tiffany Nicole Lane
Lexington, TN 38350

Bridgett Samba
4308 Crystal View Cove
Memphis, TN 38141

Bridgeville Borough
425 Bower Hill Road
Bridgeville, PA 15017

Brie Mingo
600 Artisan Way
Trenton, NJ 08618

Brigid A Carpenter
218 Fairfax Ave
Nashville, TN 37212

Brigitte Y Strickland
4531 Worth 5 Street
Philadelphia, PA 19124

Brijewdna Singh
848 Carriage Rd
Pittsburgh, PA 00018-5220

Brillante M Cloud
4603 Via Vista Circle
Huntington Beach, CA 92649

Brina Oscar
4635 Meadow Ridge Drive
Jackson, MS 39206

Brita N Jacobs
2005 Kingston Place
Spring Hill, TN 37174

Britt Braverman
1332 Chancellor Circle
Bensalem, PA 19020


Brittany A  Conrad
225 Texas Ave
Villas, NJ 08251


Brittany A Lossing
723 5th Ave East   Suite 210C
Kalispell, MT 59901


Brittany Bach
250 Alberta Lane
Greensburg, PA 15601


Brittany Billing
2511 Apache
Sidney, OH 45365


Brittany Blevins
763 Cty R Lot 48
Crestline, OH 44827

Brittany Boitnott
6533 Highford Drive
Canton, OH 44626


Brittany Dunn
509 Spring Street
Latrobe, PA 15650


Brittany E Chester
20199 Bramford Street
Detroit, MI 48234


Brittany Hawk
142 Ziegler Avenue
Columbus, OH 43207


Brittany Heinzeroth
220 Genteel Road
Welsburg, WV 26070


Brittany L Oliver
913 Center Street  Apt 407
McKeesport, PA 15134

Brittany L Robinson
104 Kelly Court
Culleoka, TN 38451


Brittany Little
198 B North Fork Road
Weirton, WV 26062


Brittany M Deutsch
3841 Wood Street
Erie, PA 16509


Brittany N Halaja
5930 Heckert Rd
Bakerstown, PA 15007


Brittany N Jones
4050 Railroad Street
New Marshfield, OH 45766


Brittany Patterson
3478  S Eucalyptus
Chandler, AZ 85249

Brittany Pond
110 E Weatogue Street
Sinsbury, CT 06070

Brittany Shelton
306 Pope St
Athens, TN 37303

Brittany Swartz
137 West 7th Ave
Tarentum, PA 15084

Brittany Woods
5629 Pathway Circle
Memphis, TN 38115

Brittney Agliano
426 Moyer Road
Pottstown, PA 19464

Brittney L Gee
18 Glenbrook Drive
Pittsburgh, PA 15235

Brittney M Koharcheck
600 S 10th Street
Reading, PA 19602


Brittney Nicole Shaffer
219 W Main Street
Reynoldsville, PA 15851


Brittney Petitjean
1901 Covington Avenue  Apt 38
Piqua, OH 45356


Brittney Trigg
1550 E Thunderbird Road  #3031
Phoenix, AZ 85022


Brittni Martinez
2881 North Ranch Drive Apt2046
Las Vegas, NV 89030


Britton Porter
3877 Charbon Lane
Bartlett, TN 38133

Brock Covington
3728 Atkins Street
Pittsburgh, PA 15212


Brock M Bandy
511 Walden Ave
Tiltonsville, OH 43963


Broderick Haer
7214 Emerald Glen Avenue NW
Canal Fulton, OH 44614


Broderick N Haer
6576 Ravemwood Avenue NW
Canton, OH 44718


Brook Elizabeth Gunnells
1024 Cobblestone Boulevard
Summerville, SC 29483


Brook J Dyas
1605 Amsterdam Road
Fort Wright, KY 41011

Brooke Blanke
1923 Altivo Dr
Henderson, NV 89074


Brooke Martin
3825 A Grant Street
Library, PA 15129


Brooke Sanders
1045 Woodbury Falls Dr
Nashville, TN 37221


Brooke Saunders
1045 Woodbury Falls Drive
Nashville, TN 37221


Brooklyn E Church
2420 Pope Drive
Anderson, SC 29625


Brooks Hofstetter
7604 Knottingham Way
Fairview, TN 37062

Brooks M Odle
1859 Middlesbrough Court  Apt 4
Maumee, OH 43537


Brownie R Brown
PO Box 191  2131 Rock Springs Road
Celina, TN 38551


Bruce  Johnston
PO Box 202
Hampden, MA 01036


Bruce  Talbot
3214 South Fair Lane
Tempe, AZ 85282


Bruce  West
2762 Lexington Ave NW
Warren, OH 44485


Bruce A  Burger
HC 3 Box 3425
Albrightsville, PA 18210

Bruce A Gray
302 Pleasant St
Lebanon, OH 45036

Bruce A Stauffer
11 West View Dr
Akron, PA 17504

Bruce Andrews
27 Ridgefield Drive
Lancaster, PA 17602

Bruce B Shoemaker
147 Railroad Street
Rushsylvania, OH 43347

Bruce Barland
1515 Oriental Boulevard
Brooklyn, NY 11235

Bruce DeJoy
5146 Magnolia Pond Drive
Sarasota, FL 34233

Bruce Diamond
215 Bluegrass Drive
Hendersonville, TN 37075

Bruce Francis
19 Whalen Ave
Sicklerville, NJ 08081

Bruce G Berard
1 Lawnacre Street
North Providence, RI 02911

Bruce Groner
3411 Northwood Ave
Easton, PA 18045

Bruce H Segal
1610 South Eleventh Street
Philadelphia, PA 19148

Bruce Harris
4344 S. 10th Avenue
Safford, AZ 85546

Bruce Hunt
329 March Street
Easton, PA 18042

Bruce J Weaver Jr
31 Delsea Drive
Westville, NJ 08093

Bruce Kehres
3588 Spring Mill North Road
Shelby, OH 44875

Bruce Kelly
4659 E Foot Hill Drive
Phoenix, AZ 85253

Bruce Kesler
83 Cypress Point Rd
Felton, PA 17322

Bruce Kline
5 Longford St
Philadelphia, PA 19136

Bruce L Stinson
3936 Station Rd
New Castle, PA 16101


Bruce M Thompson
710 Division Street
Jewell, IA 50130


Bruce M Unverdorben
67 Geary Wolf Road
Pine Grove, PA 17963


Bruce Mancia
873 Edinburg Rd
Hamilton, Nj 08690


Bruce Mendel
32 Blythewood Road
Doylestown, PA 18901


Bruce Neal
523 Spring St
Lancaster, OH 43130

Bruce Oetzel
2271 Orhard Hill Circle
Warrington, PA 18976

Bruce Peters
11784 W Auburn Dr
Lakewood, CO 80228

Bruce Pump
4770 Napoleon road
Fremont, OH 43420

Bruce Q Dorsey
16980 Annesley Road
East Liverpool, OH 43920

Bruce Reeves
PO Box 2073
Overton, NV 89040

Bruce Reynolds
4105 Mt Laura Ln
Franklin, Tn 37064

Bruce Rowe
695 Overland Drive
Cincinnati, OH 45226

Bruce Salzman
2720 Kingspointe
Quincy, IL 62305

Bruce Schoolfield
58 Comanche Drive
Sardina, OH 45171

Bruce Sickel
75 Lantern Hill Road
Shavertown, PA 18708

Bruce Thompson
305 Breckenridge
Franklin, TN 37067

Bruce Tinor
101 Conerstone Place
Whitehall, PA 18052

Bruce Weikel
424 North Fourth Street
Sunbury, PA 17801


Brush  Metcalf Jr
3300 Burgoyne Dr
Dayton, OH 45405


Bryan  Field
5276 Summer Wind Lane
Arlington, TN 38002


Bryan  Fischbach
3227 Library Ave
Cleveland, OH 44109


Bryan  Garren
433 Old Tavern Rd
Hunlock Creek, PA 18621


Bryan  Green
37820 State Route 681
Albany, OH 45710

Bryan  Pate
1844 E Jeanne Dr
Tempe, AZ 85284


Bryan  Young
119 E Palomino Way
Queen Creek, AZ 85243


Bryan Branham
39486 Pageville Road
Albany, OH 45710


Bryan Branscomb
210 Apache Dr
Norway, IA 52318


Bryan C Richards
848 Kennedy Street  Apt #4
Carnegie, PA 15106


Bryan Clark
6319 East Juniper Avenue
Scottsdale, AZ 85254

Bryan Coles
7101 Winfield Strasburg Road NW
Strasburg, OH 44680


Bryan D Immell
1496 Alum Cliff Road
Chillicothe, OH 45601


Bryan D Morris
11250 Black Sheep Dr
Arlington, TN 38002


Bryan Distl
1720 Shelby Ganges Road
Shelby, OH 44875


Bryan Dohner
2232 Rissermill Road
Mount Joy, PA 17552


Bryan Gerber
620 Harmon Street SW
North Canton, OH 44720

Bryan Gift
203 Hickory Road
Scenery Hill, PA 15360

Bryan Hargrove
523 Knapp Road
Charles Summit, PA 18411

Bryan Holland Duell
6430 N 185th Avenue
Waddell, AZ 85355

Bryan Holtzapple
1409 Skyview Circle Apt F
Harrisburg, PA 17110

Bryan Hull
48 East Cochran Street
Cape May Court House, NJ 08210

Bryan J Gore
2605 Lincolnway NW
Massillon, OH 44647

Bryan J Kanzig
6710 Ganges Five Pts
Shiloh, OH 44878


Bryan Jordan
708 W Bittersweet Street
Chicago, IL 60613


Bryan K Duke
1500 Kingston Springs Road
Kingston Springs, TN 37082


Bryan K Sligh
368 Odell Rd
Newberry, SC 29108


Bryan Kennedy
5130 Orchardview Drive SE
East Canton, OH 44730


Bryan Khan
623 Highland Place
Bound Brook, NJ 08805

Bryan Kramer
6602 Simpson Avenue
Cincinnati, OH 45239


Bryan L Sisk
422 Saulon View Dr
Bethlehem, PA 18015


Bryan M  Parks
620 Big Park Drive
Westerville, OH 43082


Bryan M Millward
1445 Blue Ball Road
Eklton, MD 21921


Bryan McDonald
1542 Deer Creek Drive
Crossville, TN 38571


Bryan McDonnell
6 Morris Circle
Dallas, PA 18612

Bryan Miller
46159 TR 221
Millersburg, OH 44654


Bryan Nelson
28701 Mira Vista
Laguna Niguel, CA 92677


Bryan Pierce
3016 Lightheart Rd
Louisville, KY 40222


Bryan Reese
928 Mountainview Drive  Lot 29
Minerva, OH 44657


Bryan Rodgers
1103 Graybar Lane
Nashville, TN 37204


Bryan Russell
6671 Guinevere Drive
Columbus, OH 43229

Bryan S Hendrickson
230 St John Street
Nelsonville, OH 45784


Bryan Smith
207 Reese Street
Old Forge, PA 18518


Bryan Tiltman
6269 Little Papoose
Prescott Valley, AZ 86314


Bryan Valko
602 Prince Street
Littlestown, PA 17340


Bryan W Schmidt
23 E Second Street
Lansdale, PA 19446


Bryana K Beck
725 Lexington Way
Perkasie, PA 18944

Bryanna C Frazier
2504 7th St NE
Canton, OH 44704


Bryanna N Brooks
59 Pagoda Ct
Dayton, OH 45431


Bryant  Patterson
921 S Val Vista  121
Besa, AZ 85204


Bryant Blakeslee
213 Sweetgum Rd
Columbia, SC 29233


Bryant Combs
BKS 63U E RM128
Yuma, AZ 85369


Bryant Miller
212 Commonwealth Sf  No B
Duquesne, PA 15110

Bryant Parker
921 Falling Water Court
Nashville, TN 37221


Bryant Recardok
818 Dorn Street
McCormick, SC 29835


Bryant Sumter
120 Oxford Commons Way
Columbia, SC 29209


Bryce A Frank
1017 Lombard Road
Red Lion, PA 17356


Bryce Garbo
7424 W Sonesta Drive
Tucson, AZ 85743


Bryce Robson
210 West Franklin Street
Ephrata, PA 17522

Bryce Whitmore
2116 D Crestview Lane
Pittsburg, CA 94565

Bryon K Kolosky
232 Madison Avenue
Hopwood, PA 15445

Buck R King
8110 Buss Road
Applecreek, OH 44606

Buddie L Fowler Jr
3555 Delaware Drive
Dalzell, SC 29040

Budea Joans
320 Old Hickory Blvd No 2002
Nashville, TN 37221

Buffie Bell
720 Natchez Circle
Mt. Pleasant, SC 29464

Build Lease Associates Inc
207 Starboard Side
Anderson, SC 29625


Burhan Bayraktaroglo
401 King St
Yellowsprings, OH 45387


Burnett Kelly Jr
205 Crestmeade
Nashville, TN 37221


Burt Frenz
1814 Harrisburg Road
Canton, OH 44705


Burt Gushiken
1121 Mount Olympius
Las Vegas, NV 89110


Buster Fulmore
217 Library Ct
Duquesne, PA 15110

Butch S Stafford
34 Maple Ave
Northfield, OH 44067


Byah T Doxey
331 Mills Avenue
Spartanburg, SC 29302


Byron Locklear
3960 Bell Road #1210
Hermitage, TN 37076


Byron Love
205 Glenrose Court
Columbia, SC 29212


Byron O Knight
1120 Fox Hill Drive
Monroeville, PA 15146


Byron S Bradshaw
3801 Fourth Street NW
Canton, OH 44708

Byron Whitmore
8320 Oxford Avenue
Raytown, MO 64138


C Arlene Wallace
2546 N 5th St
Harrisburg, PA 17110


C Bradley Ayers
124 Cassidy Drive
Kingsport, TN 37664


C D Shamburger
5624 Glenwick
Dallas, TX 75209


C Eric Vahl
6035 Jame Road
Sinclairville, NY 14782


C F Weatherholtz
2625 Geyerwood Court
Grove City, OH 43123

C Greg Carter
1001 Caruthers Ave
Nashville, TN 37204


C Lavern P Glover
16 Tambridge Court
Columbia, SC 29229


C Lorraine Ballenger
488 Norwood Avenue
Youngstown, OH 44504


C Marie McVey
75173 Lively Ridge Road
Albany, OH 45710


C P Jaquish
131 County Road 136
Athens, TN 37303


C Stephen Taylor
3100 Grace Hill Road
Columbia, SC 29204

Caitlan Mulligan
1717 Morris Avenue
Villas, NJ 08251


Caitlin Bieleski
830 Bell Aire
Pottstown, PA 19464


Caitlin Doyle
146 Norwood Avenue
Cranston, RI 02905


Caitlin Mikus
290 8th Street
Freedom, PA 15042


Caitlin Tripp
4515 S Durango  No 1119
Las Vegas, NV 89147


Calab L Searcy
5201 US Hwy 52
Cedar Grove, IN 47016

Calaiaro Corbett and Brungo
1105 Grant Street
Pittsburgh, PA 15219

Calan Stewart
1821 Westmore
Memphis, TN 38106

Calaya Boman
927 E Baylor Lane
Gilbert, AZ 85296

Caleb  Richter
18086 Goodnough St
Adams Center, NY 13606

Caleb Gentert
4049 W Griswold
Phoenix, AZ 85051

Caleb Knott
16852 E. Maranatha Road
Maxwell, NE 69151

Caleb Magnino
1156 Summerville Circle
Thompson Station, TN 37179


Caleb Piatt
128 Hemlock Drive
Dallas, PA 18612


Caleb Richardson Jr
78 E Crafton
Pittsburgh, PA 15205


Callie M Daniel
6243 Ross Rd
Olive Branch, MS 38654


Calvetta Lombard
3729 Buffle Head Street
Las Vegas, NV 89122


Calvin  Ford
257 Linden Ave
Monessen, PA 15062

Calvin B Goodman
2650 Library Road
Pittsburgh, PA 15234


Calvin Brumbaugh
4054 Clover Creek Road
Martinsburg, PA 16662


Calvin C Jones Jr
7511 Mulford Street
Pittsburgh, PA 15208


Calvin Elam
202 Landstone Cr
Irmo, SC 29063


Calvin Hill Jr
1540 Westbrook Rd
Jackson, MS 39211


Calvin L  Calhoun III
11753 Fiddlers Roof Lane
Charlotte, NC 28277

Calvin L Myers
649 West Coal St
Trevorton, PA 17881


Calvin Mars
315 Pepperhill Lane
Greenwood, SC 29649


Calvin McDonald
17922 Conner Rd
Nelsonville, OH 45764


Calvin Peterson
305 Hollenbeck Road
Irmo, SC 29063


Calvin R Harms
383 Union Hill Church Road
Bowersville, GA 30516


Calvin Stemley
3706 Old Wm Penn Highway
Pittsburgh, PA 15235

Calvin Weber
9 Shadyside Lane
Pittsburgh, PA 15232


Cam Alisha Buford
12 E Stardust Way
Johns Island, SC 29455


Cambron Jones
363 Marseilles Avenue
Elyria, OH 44035


Camelot Transportation
628 Boardman Canfield Road
Boardman, OH 44512


Cameron  LaFleur
5600 E Russell  No 521
Henderson, NV 89122


Cameron A Carter
1601 Penn Avenue  Apt 305E
Pittsburgh, PA 15221

Cameron B Marble
2318 E Sierra Street
Phoenix, AZ 85028


Cameron G Bladen
435 S Walnut Street
Van Wert, OH 45891


Cameron Mack
345 Katherine Avenue
Akron, OH 44310


Cameron P Miles
220 S Carrollton Street
Malvern, OH 44644


Cameron Schmidt
5052 Eastbrook Place
Williamsville, NY 14221


Camilla S Malone
4052 Boyd Drive
Nashville, TN 37218

Camille Herbert
542 East Harrison Street
Long Beach, NY 11561

Camille Kitmitto
21190 E Camina Plata
Queen Creek, AZ 85242

Camille L Byrge
7317 Ashford Glen Drive
Knoxville, TN 37918

Camille Vickers
105 Stephanie Drive
Easton, PA 18045

Camilo Calderon
814 Bolivar Avenue
N Las Vegas, NV 89030

Cammie A Kratt
1550 Greensburg Road
New Kensington, PA 15068

Candace Abraham Thompson
723 W 30th Street South
Wichita, KS 67217

Candace Chronister
701 Aspen Peak Loop  Apt #623
Henderson, NV 89011

Candace Gilman
326 Hummel Avenue
Lemoyne, PA 17043

Candace M Massey
1329 Paulson Avenue
Pittsburgh, PA 15206

Candace P Hayward
436 Cathedral Avenue
Pittsburgh, PA 15210

Candace Raeford
121 Riverview Boulevard
Whitaker, PA 15120

Candace Reese
2832 Galesburg Drive
Nashvillle, TN 37217


Candace S Gibson
6996 Hanover Parkway Unit 201
Greenbelt, MD 20770


Candice Crawford
7361 W Desert Ln
Laveen, AZ 85339


Candice Hass
177 Coleman Harvey Lane
Shelbyville, TN 37160


Candice Johnson
5360 Dove Tree Boulevard Apt 12
Moraine, OH 45439


Candice L DeRovin
14 Ramblewood Drive
Warwick, RI 02889

Candice L Faulkner
127 Village Drive
Coraopolis, PA 15108


Candice L Sisko
412 East Bacon Street
Pottsville, PA 17901


Candice M Schwieterman
117 N. Brandon Avenue
Celina, OH 45822


Candice Nicole Barnes
687 Springdale Drive
Clinton, SC 29325


Candice Nolan
321 East 12th Avenue
N Wildwood, NJ 08260


Candice Robinson
14 Sharon Ct
Pittsburgh, PA 15235

Candice Wentz
44790 CR 23
Coshocton, OH 43812


Candida Perez
5421 Horrocks St
Philadelphia, PA 19124


Candido Ramos
1714 N Seventh Street
Philadelphia, PA 19122


Candie  Thornton
1226 Lark Lane
Athens, TN 37303


Candie Rembert
12407 Osceola Ave
Cleveland, OH 44108


Candis Casarez
8116 Raven Oaks
Omaha, NE 68152

Candria Turner
6120 Tackawanna Street
Philadelphia, PA 19135

Candy Jones
HC1 Box 4 F
Irvine, PA 16329

Candy L Ivy
575 Tomlin Road
Somerville, TN 38068

Candy Stargess
550 Wayne Street
Corry, PA 16407

Canton Baptist Temple
515 Whipple Avenue NW
Canton, OH 44708

CantonTwp Board of Trustees
4711 Central Ave SE
Canton, OH 44707

Caprice M Mills
161 Boy Scout Rd
Smithton, PA 15479

Car Inspector US
2414 Pates Mill Road
Warrenton, GA 30828

Cara Carnes
941 Edward Drive
Daniels, WV 25832

Cara Ratay
620 Pine Street
Zionsville, IN 46077

Cara Scofield
134 Fairfield
Dyersburg, TN 38024

Cara Smith
55 Shore Road
East Setauket, NY 11733

Cardesha Gilmore
350 Powell Road
Columbia, SC 29203


Caren  Bream
391 W Sierra Madre Blvd Apt A
Sierra Madre, CA 91024


Caren Baker Robinson
1010 McClure Street
Homestead, PA 15120


Caren M Costanza
80 Marshall Ave
Hamilton, NJ 08610


Carey F Browder
515 Stonecrest Parkway  Suite 230
Smyma, TN 37167


Carey Williams
309 Grant Street  Apt 1
Greensburg, PA 15601

Cari  Taylor Nganga
414 Thompson Ave
Donora, PA 15033




Cari Ann Vazana
419 Brady Way
Panama City Beach, FL 32408




Carie L  Bailey
125 A Welsh Dr
Lancaster, PA 17601




Carilyn Inman
119 Bonfield Drive
Martinsville, VA 24112




Carina Maynard Collins
70220 Donahue Road
Vinton, OH 45686




Carinton Cates
808 Harbor Isle Circle West
Memphis, TN 38103

```
Carl  Ballentine
335 Howell Rd
Blythewood, SC 29016




Carl  Eshenbaugh
1632 Horne Blvd Apt 209
Arnold, PS 15068




Carl  Jones Jr
55774 Log Pile Rd
Ray, OH 45672




Carl  Magill
86 N Starr Avenue
Pittsburgh, PA 15202




Carl  Peterson
764 N Uber Street
Philadelphia, PA 19130




Carl A Jackson
1116 Inner Circle Drive
Cincinnati, OH 45240
```

Carl Allen McClure
300 Amstar Road
Columbia, SC 29212


Carl B Crawford
1034 Orange Rd
Ashland, OH 44805


Carl B Vactor
570 E Water Street
Urbana, OH 43078


Carl Brooks
4380 Long Run Road
Athens, OH 45701


Carl Clay
4852 Peppertree Dr
Antioch, Tn 37013


Carl Crisp
16069 E Glenbrook Street
Fountain Hills, AZ 85268

Carl D Eubank
103 Nannie Ola Court
Lascassas, TN 37085


Carl D Kendrick
5099 Fairbrook Avenue
Memphis, TN 38118


Carl Davis
3020 Hampton Circle
Birmingham, AL 35203


Carl E Atland
110 Pike Lane
Spring Grove, PA 17362


Carl E Eggleston
1126 Raff Rd SW
Canton, OH 44710


Carl E Jones Jr
871 Mercer Road Apt 1
Beaver Falls, PA 15010

Carl E Miller
2778 Windwalker Ct
Murfreesboro, TN 37128


Carl E Sandoe Jr
802 Ravine Road
Downington, PA 19335


Carl E Smith
2458 Highway 147 South
Proctor, AR 72376


Carl F Krushinski
418 E Millstream Road
Creamridge, NJ 08514


Carl Fouts
23175 Oakdale Road
Glouster, OH 45732


Carl H  Fisher
1115 Red Rose Lane
Villanova, PA 19085

Carl H Van Wagner
220 Crestview Road
Penn Hills, PA 15215

Carl J Rossetto
118 East keller Street
Mechanicsburg, PA 17055

Carl Joseph Link
529 West 9th AVe
Tarentum, PA 15084

Carl K Strickland
2819 WAlnut Lane
Murfreesboro, TN 37129

Carl L Bradshaw Jr
505 N 9th St 2nd Fl
Allentown, PA 18102

Carl L DeWitt
102 Butler Lane
Vinton, OH 45686

Carl L Fertig
26 Oakland Avenue
Ashland, PA 17921


Carl L Gasket
8004 Verona Dr
Myrtle Beach, SC 29572


Carl Landers
141 South Union Street
Madisonville, KY 42431


Carl LeGros
54 Auburn St Unit 11
Peterborough, CS K9H2G2
CANADA


Carl Loomis
518 East Front Street
Danville, PA 17821


Carl M Dubac
21725 Newtown Neck Road
Leonardtown, MD 20650

Carl Meadows
3921 Delhi Avenue
Cincinnati, OH 45204

Carl Mell
1017 Pier Avenue
Egg Harbor Township, NJ 08234

Carl Mosier
15725 Road 24
Grover Hill, OH 45849

Carl Noll
216 W. Walnut Tree Drive
Blandon, PA 19510

Carl O Wade
131 Donald Street
Nashville, TN 37207

Carl R Allen
5152 Marietta Avenue
Buchtel, OH 45716

Carl R Miccolis
229 Railroad Street
Hyde Park, PA 15641


Carl S Lahm Jr
915 Stone Hill Rd
Conestoga, PA 17516


Carl Sarnacki
110 Overlake Dr
Lake Orion, MI 48362


Carl T Williams
3 Stockbridge Court
Savannah, GA 31419


Carl Tromm
37520 King hill Rd
Pomeroy, OH 45769


Carl Whitehead
3460 Mississippi Ave
Tishomingo, MS 38873

Carla A Zimmerman
46 Trestle Lane
New Ringgpld, PA 00017-9660

Carla Andrews
118 South Harrison Avenue
Chambersburg, PA 17201

Carla Bittner
2557 Almont AVe
Pittsburgh, PA 15210

Carla D Lombardo
24 Nightingale Trail
Enon, OH 45323

Carla D Ratton
2004 Ransom Place
Nashville, TN 37217

Carla Holmes
2374 Loupin Drive Apt A
Clarksville, TN 37042

Carla J Harmon
7655 Daytona Street NW
Massillon, OH 44646


Carla J Traber
2620 Cotton Willow Street
Las Vegas, NV 89135


Carla J Whitlatch
2418 Ohio Street
Moundsville, PA 26041


Carla Lovich
1242 Lakemont Dr
Pittsburgh, PA 15243


Carla M Hogue
303 Albrighton Drive
Moncks Corner, SC 29461


Carla Marrington
26 Scenic Hills Circle
North Salt Lake, UT 84054

Carla Partlow
7302 Brushton Avenue
Pittsburgh, PA 15235


Carla Piazza
1111 Monroe Avenue
Dunmore, PA 18509


Carla Picciotti
1226 Oriole Drive
Benalem, PA 19020


Carla S Niblick
1401 Myers Road
Celina, OH 45822


Carla Sanders
2052 S Raccoon Road #12
Austingtown, OH 44515


Carla Snyder
606 Sunset Dr
Dillsburg, PA 17019

Carla Vinkler
214 East Commerce Street
Waverly, TN 37185


Carlene M Gordon
5118 Windward W
Bensalem, PA 19020


Carlene Waters-Hollingsworth
4 Meadowlark Lane
Danville, PA 17821


Carlisa N Williams
531 Mellon Street  Apt 2L
Pittsburgh, PA 15206


Carlo Cardamuro
56 West North Street
Bethlehem, PA 18018


Carlo Lamudio
2233-8th Parkway
Waukegan, IL 60085

Carlos A Hendricks
238 E Goepp Street
Bethlehem, PA 18018

Carlos Alvardo
112 S Wyomissing Avenue
Reading, PA 19607

Carlos Barrios
59 Axford Road
Trenton, NJ 08610

Carlos Cathey
9083 Hunters Ridge Drive
Olive Branch, MS 38654

Carlos Colon
11 Village Lane
Levittown, PA 19054

Carlos David
621 Mulberry Street
Reading, PA 19604

Carlos Ezpeleta
5 Bonanza Drive
Centralia, IL 62801


Carlos Flores
526 Erich Street
Wernersville, PA 19565


Carlos Guillen
567 W Caroline Lane
Chandler, AZ 85225


Carlos I  Razo Duran
4440 Tamarus St  Apt 111
Las Vegas, NV 89119


Carlos J Smith
77 Charlton Ave
Pawtucket, RI 02860


Carlos L Bailey
4815 Angel Ridge Rd
Althens, OH 45701

Carlos L Cotto
730 Evans St
Bethlehem, PA 18015


Carlos L Reyes
5318 Joshua Jose Street
N Las Vegas, NV 89031


Carlos L Villanueva
1519 N Nebraska Street
Chandler, AZ 85226


Carlos Lavergne
109 Festival Drive
Lafayette, LA 70507


Carlos Lopez
3550 Street Road  #E2
Bensalem, PA 19020


Carlos Lopez Jr
635 Hall St  Apt 29
Susanville, CA 96130

Carlos M Murgas
4112 Chancellor Drive
Thompsons Station, TN 37179


Carlos Mascarenhas
127 E Taunton Avenue
Berlin, NJ 08091


Carlos O Ramos
1049 Washington St
Reading, PA 19601


Carlos Ortiz
1084 Crane Street
Kingston Springs, TN 37082


Carlos Pinhancos
53 Vineyard Avenue
Cumberland, RI 02864


Carlos R Barraza
5250 Stewart Ave No 1001
Las Vegas, NV 89110

Carlos R Buitrago
5115 Penn Avenue  3rd Floor
Pittsburgh, PA 15224

Carlos Reyes
7308 S 56th Lane
Laveen, AZ 85339

Carlos Rivera
854 E Eleventh Avenue
Mesa, AZ 85204

CArlos Rodriguez
24 Garden Court  Apt 5
Lancaster, PA 17602

Carlos Rojel
2757 W Cattail
Tucson, AZ 85745

Carlos Soto
224 Ripley Plce
Elizabeth, NJ 07206

Carlos T Bamberger
1756 Lillington Highway
Spring Lake, NC 28390


Carlos Verduzco
1570 California Street
San Luis, AZ 85349


Carlton E Randall
17538 Street Route 67
Wapak, OH 45895


Carlton E Sanders
6219 Bertram Avenue NW
Canton, OH 44718


Carlton Gillis
1310 Unionville Road
Pottstown, PA 19465


Carlton Johnson
406 Harrison Avenue
Greensburg, PA 15601

```
Carlton Smith
9 Cherry Field Ct.
Greer, SC 29651




Carlton Tyler
4523 Parliament Ct.
Charlotte, NC 28216




Carly D Marcum
9075 Iroquois Way
Orient, OH 43146




Carly Greco
629 Oakwood Drive
Forked River, NJ 08731




Carly J DeLuca
726 Fairston Street
Pittsburgh, PA 15204




Carly L Pasinsky
424 Cowan Drive
Elizabeth, PA 15037
```

Carly N Kramer
822 Parker Road
Burgettstown, PA 15021

Carman  Dunstan
5256 Cordelia Avenue
Baltimore, MD 21215

Carmela Gallagher
4905 Cashion Drive
Hilliard, OH 43026

Carmella Quattro Hunt
9261 Upper Creel Lane
Chestertown, MD 21620

Carmella R Wise
1208 Mt Royal Boulevard
Pittsburgh, PA 15223

Carmella Robinson
222 Columbia Avenue
Pittsburgh, PA 15235

Carmelle A  Ford
363 Summit Street
New Kensington, PA 15068

Carmelo Rivera
3111 Applewood Drive
Bethlehem, PA 18020

Carmen A Long
39 Republic Avenue
Glouster, OH 45732

Carmen Ayala
2448 Atco Avenue
Atco, NJ 08004

Carmen Colorado
3121 Bristle Branch
Sparks, NV 89434

Carmen Digeronimo
4100 Hamilton
Cleveland, OH 44114

Carmen E Figuereo
1245 Orthodox Street
Philadelphia, PA 19124


Carmen Elliott
209 Shamley Green Drive
Columbia, SC 29229


Carmen Hernandez
108 Artic Avenue
Minotola, NJ 08341


Carmen M Jackson
6525 Deary Street
Pittsburgh, PA 15206


Carmen N Vigliotti
313 Atwater Street
Port Charlotte, FL 33954


Carmen Paredes
2835 Winter Hill Road
Manning, SC 29102

Carmen Rivera
239 Greenwich St
Reading, PA 19601


Carmen Rivera
944 West Liberty Street
Allentown, PA 18102


Carmen Serrano
27 Indian Trail
Waterbury, CT 06705


Carmen Simmons
515 East 4th Street
Dover, OH 44622


Carmen Velez
180 Reeves Avenue
Hamilton, NJ 08609


Carol  Smith
5967 Jassamine Dr
West Carrollton, OH 45449

Carol  Smith
7902 Oregon Ridge Road
Millfield, OH 45761


Carol A Bircher
10535 Twist Tail Road
Millfield, OH 45761


Carol A Burns
41 Gin Mill Road
Mohrsville, PA 19541


Carol A Camp
610 Avery Valley Drive
Smyrna, TN 37167


Carol A Casey
8077 Francis Rd
Girard, PA 16417


Carol A Dragon
1231 Lenox New Lyme Road  Apt 1
Jefferson, OH 44047

Carol A Gailey
200 Electric Avenue Apt A1
East Pittsburgh, PA 15112


Carol A Kohn
7400 Staeger Road
Celina, OH 45822


Carol A Maione
10580 German Street
Northeast, PA 16428


Carol A Mulheim
3944 Groveland Avenue SW
Navarre, OH 44662


Carol Ann B Gouger
25 Crabgrass Lane
Mohnton, PA 19540


Carol Ann Hammond
1801 Stafford Avenue 10AC
Scranton, PA 18505

Carol D Chaplin
56 Glenn Street Ext
Newberry, SC 29108


Carol DeMatteo
137 Beech Avenue
Woodbury Heights, NJ 08097


Carol Dixon
206 Fox Lane
Wallingford, PA 19086


Carol E Hare
709 Walnut Street
Belpre, OH 45714


Carol E Heide
3000 Boas St
Harrisburg, pA 17103


Carol Fahrion
29 Brad Circle
Dayton, OH 45410

Carol Francischian
10450 Meinert Road
Wexford, PA 15040

Carol Haggerty
3910 Bayshore Road Apt B3
Cape May, NJ 08204

Carol J Baker
408 Oak Hill Avenue
Apollo, PA 15068

Carol J Bloom
412 E Main St
Roaring Spring, PA 16673

Carol J Dick
5436 Eastlake Road Apt 305
Erie, PA 16511

Carol J Schrock
204 17th Street
Arnold, PA 15068

Carol J Stewart
5109 Gramar
Wichita, KS 67218

Carol Keener
136 Miller Road
Portersville, PA 16051

Carol Kelly
1 West Pittsburgh Street Apt B
Delmont, PA 15626

Carol Kirkum
6500 Vegas Drive #1093
Las Vegas, NV 89108

Carol Kline
267 Keep Road
Philipsburg, PA 16866

Carol L Bowman
8945 Cox Kolbe Road
Glouster, OH 45732

Carol L Cavinee
15604 Main Street SE
Brownsville, OH 43721

Carol L Chambers
722 Starlit Road
Nashville, TN 37205

Carol L Currie
704 Castle Pinckney Drive
Charleston, SC 29412

Carol L Hall
48 Village Dr
Mt Pleasant, PA 15666

Carol L Nestler
6510 Rolling Fork Drive
Nashville, TN 37205

Carol L Provance
714 Jefferson Rd
Pittsburgh, PA 15235

Carol L Smith
48 Riverside Drive
Wilkes Barre, PA 18702


Carol L Torpey
2109 Sturbridge Common
Southampton, PA 18966


Carol Lara
30 W Carter Drive #23 107
Tempe, AZ 85282


Carol Little
10924 Landale Street
Toluca Lake, CA 91602


Carol Lyn Michalak
318 Shadow Creek Dr.
Cuyahoga Falls, OH 44223


Carol M Cook
39 Hunter Drive
Eastchester, NY 10709

Carol M DeAngelis
348 Hamilton Avenue
Bethlehem, PA 18017

Carol Marie Beauchamp
10 Latches Lane
Aston, PA 19014

Carol Marie Shuler
546 E Chestnut St
Coatesville, PA 19320

Carol Moye
313 Martinsville Road
Basking Ridge, NJ 07920

Carol Muss
6273 Morrell Ave
Philadelphia, PA 19114

Carol Norton
2075 Est 224 Street
Euclid, OH 44117

Carol Pedigo
101 Silver Birch Lane
La Vergne, TN 37086

Carol R Bloom
1140 Summerville Circle
Thompson Station, TN 37179

Carol R Lee
3120 Barnes Springs Rd
Columbia, SC 29204

Carol R Malone
812 Ethel Bearn Road
Blountville, TN 37617

Carol Righetti
1360 Leyton Drive
Youngstown, OH 44509

Carol S Cross
9611 Misty Knoll Drive
Cordova, TN 38016

Carol S Glascoe
24 McClure St
Dayton, OH 45403


Carol S Mullennex
277 N Yorkshire Boulevard
Youngstown, OH 44515


Carol V Williams
7031 South Estacada Way
Cordova, TN 38018


Carol Vicaro
667 Arch Lane
Nickellsville, VA 24271


Carol W McDermott
790 Sugarloaf Lane
Seymour, TN 37865


Carol Wills
1700 Murdough St
North Braddock, PA 15104

Carol Zeuner
1801 Rose Valley Way
Ambler, PA 19002




Carole  Raley
352 4th Ave S  No 10
Franklin, TN 37064




Carole Ann Gore
375 Cobblestone Lane
Lancaster, PA 17601




Carole Brown
588 Sulphur Springs Road
Clinton, TN 37716




Carole Denise Cunningham
1378 Fifth Ave
New Kensington, PA 15068




Carole Jacobson
1836 E Roma Avenue
Phoenix, AZ 85016

Carole Kamel
550 Romeo Plank
Raytownship, MI 48096


Carole L Markel
200 Blattenberger Street
Martinsburg, PA 16662


Carole McClain
483 State Street
Pottstown, PA 19464


Carole Sullivan
610 Roseto Ave
Roseto, PA 18013


Carole Wacaster Borden
2287 Shoreline Drive
Johns Island, SC 29455


Carolee Miller
7336 East McLellan Road
Mesa, AZ 85207

Carolina Buddemeyer
17 Ivy Drive
Perryopolis, PA 15473

Carolina Neuro Specialists
109 Midlands Ct Ste A
West Columbia, SC 29169

Caroline A Mullen
121 Municipal Road
Northern Cambri, PA 15714

Caroline Herry
3117 Old Fence Rd
Ellicott City, MD 21042

Caroline Izzo
236 Deerfield Lane
Lititz, PA 17543

Caroline Mills
125 Brixworth Lane
Nashville, TN 37205

Caroline V Gajan
203 History Lane
Belle Vernon, PA 15012


Caroline Wood Glenn
147 Doverside Drive
Columbia, SC 29212


Caroll Knight
7034 Hills and Dales Road
Canton, OH 44708


Carollyn S Martin
5400 sturgis Dr
Canal Winchester, OH 43110


Carolyn  Campanella
104 Pearlcroft Road
Cherry Hill, NJ 08034


Carolyn  Freeman
5 Windy Lane
Pine Grove, PA 17963

Carolyn  Harrison
1430 Maryland AVe
Spartanburg, TN 29307


Carolyn  Tucker
52 West Donegal St
Mount Joy, PA 17552


Carolyn A Hoover
1376 Royal Oak Drive
Wexford, PA 15090


Carolyn Carroll
3183 Ibis Place
Dayton, OH 45431


Carolyn Dornier
16269 Greenwood Drive
Prairieville, LA 70769


Carolyn E Soyring
416 South Central Ave
Canonsburg, PA 15317

Carolyn F Moyer
852 Shafer Lane
Natural Bridge, VA 24578

Carolyn Garrison
1327 West North Ave Apt
Pittsburgh, PA 15233

Carolyn Golden
1203 Windsor Avenue
North Las Vegas, NV 89030

Carolyn J Spadaro
933 Old National Pike
Brownsville, PA 15417

Carolyn J Wiseman
16 W Woodfield Court
Pataskala, OH 43062

Carolyn Long
812 Rosedale Avenue
St Marys, OH 45885

Carolyn McIntire
3979 Briarcrest Ct
Las Vegas, NV 89120


Carolyn N  Soyars
7468 Highway 70 South
Nashville, TN 37221


Carolyn Nicholson
22 Veterans Drive
Dunmore, PA 18512


Carolyn R Fairley
194 Chartiers Avenue
Pittsburgh, PA 15205


Carolyn Richardson
5681 Fullview Heights
Athens, OH 45701


Carolyn Rieck
2815 West 33rd St
Erie, PA 16506

Carolyn S Vick
921 Yearling Way
Nashville, TN 37221


Carolyn Sherrill
169 County Rd 463
Englewood, TN 37329


Carolyn Steytler
211 Martin Ave
Pittsburgh, PA 15216


Carolyn Sue Brugler
3189 US Rt 68N
Bellefontaine, OH 43311


Carolyn Sue Gilreath
3332 Grandview Dr
Kingsport, TN 37660


Carolyn Vallieres
25524 West Williams Street
Buckeye, AZ 85326

Carolyn W Borden
9020 Scotch Heather Way
Charlotte, NC 28277

Carolyn W Church
1057 Country Club Road
West Chester, PA 19380

Carolyn Witter
2064 E Evergreen St
Mesa, AZ 85213

Carolyne Hadden
2752 Rockwall Drive
Nashville, TN 37221

Caron Shelton
2828 Old Hickory Blvd
Nashville, TN 37221

Carrie A Vicari
335 Orchard Place
Pittsburgh, PA 15210

Carrie Ann Kitchen
28 East Front Street
Marietta, PA 17547

Carrie Ann Rangeen
404 Shirley Lane
Oakdale, PA 15071

Carrie Bader
216 N. Basil Street
Baltimore, OH 43105

Carrie D Wingrove
399 Pechin Road
Dunbar, PA 15431

Carrie Dansak
120 Elway Street
Buenavista, PA 15018

Carrie Gordon
212 Kulp Drive
Perkasie, PA 18944

Carrie Hughes
286 Myeerah TRail
West Liberty, OH 43357




Carrie J Roth
173 W Main Street
Northeast, PA 16428




Carrie Kaye
51 E Hudson Avenue
Dayton, OH 45405




Carrie L Morris
10 Robin Place
Old Greenwich, CT 06870




Carrie MIller
317 Vine St
Greenville, OH 45331




Carrie N Wentworth
1552 Baney Rd S
Ashland, OH 44805

Carrie Peery
1445 Highway 36
Burns, TN 37029


Carrie S Rollison
6453 Ashbrook Village Drive
Canal Winchester, OH 43110


Carrie Wadlington
3815 Leslie Drive
Fairfield, OH 45014


Carroll  Donnell
3724 Bradford Creek Apt 612
Fort Worth, TX 76116


Carroll Wilson
242 Chestnut Hill Road
Hanover, PA 17331


Cary  Henry
1867 E. Ravenswood Drive
Gilbert, AZ 85298

Cary R Bell
7128 Maryland Court
Bartlett, TN 38133


Carye Herbert
6934 Bolling Brook Cove
Germantown, TN 38138


Caryn  Columbus
1020 Burns Ave
Saint Paul, MN 55106


Caryn L Johnson
17418 N Main St Ext
Titusville, PA 16354


Caryn Zelez
1302 Gibson Road  Trl 100J
Bensalem, PA 19020


Casey  Swiger
8556 Hager Road
Versailles, OH 45380

Casey A Nungester
13880 Sanborn Rd
Murray City, OH 43144

Casey Bassett
10750 Palm Springs Dr
Sparks, NV 87441

Casey Chump
325 N. 5th Street
Indiana, PA 15701

Casey Cooper Adams
804D Bing Hill Rd
Adams Run, SC 29426

Casey Deveny
33399 Myers Road
Pomeroy, OH 45769

Casey Donald Krach
1806 Carson Hill Road
DuBois, PA 15801

Casey Forbes
6637 McLennan Ave
Lake Balboa, CA 91406

Casey Herring
409 Fourth Street
Pine Grove, PA 17963

Casey J Hardin
1001 Fifth Avenue
Conway, PA 15027

Casey L Anderson
2814 Edelweiss Street NE #3
Canton, OH 44721

Casey L Blackmon
3050 Burton Cove Road
Cookeville, TN 38506

Casey L Kirkbride
3315 Union Street
Stockport, OH 43787

Casey R Burge
4620 Wingate Road
Columbus, OH 43232


Casey Toughe
5270 Ithaca Avenue
Las Vegas, NV 89122


Casey W Lawhead
6040 Government Way #304
Coeur' Alene, ID 83815


Casonya Lucas
215 Post Oak Court
Hyattsville, MD 20785


Casper  Jimenez
7825 E Howard ST
Scottsdale, AZ 85257


Casper Kaz Jiminez
8025 E Lincoln Drive #236
Scottsdale, AZ 85250

Cassandra A Heisler
3846 Greenacres Road
Philadelphia, PA 19154

Cassandra Brown
6708 East Barivista Drive
Verona, PA 15147

Cassandra M Ardoin
1333 Bowling Avenue  Apt B
Nashville, TN 37205

Cassandra Marshall
815 Kiley Parkway #1903
Sparks, NV 89436

Cassandra N Webb
1212 East Chestnut
Mount Vernon, OH 43050

Cassandra W Grayson
12701 Gapway Road
Andrews, SC 29510

Cassandra Warner
622 Sandpiper Cove
Stockbridge, GA 30281


Cassandra Watkins
1025 Rambling Brook
Nashville, TN 37218


Cassandrea Horne
313 Deener Avenue
Falls Creek, PA 15840


Cassey Reier
107 Anderson St
New Madison, OH 45346


Cassie B Sandifer
304 St James
Cola, SC 29205


Cassie M Sharp
1656 Brock Cosmos Road
Union City, OH 45390

Cassie Williams
1530 Rolen Way
Sevierville, TN 37876


Cassondra Wesolowicz
417 Hubbard Avenue
Lake Villa, IL 60046


Castanza Wingfield
4710 Misty Vale Lane
Columbia, SC 29210


Caston Haley
3779 Van Noss Avenue
Las Vegas, NV 89081


Catalina Ulloa
5214 S Maplewood
Chicago, IL 60632


Catherine  Cifarelli
8808 151st Avenue
Howard Beach, NY 11414

Catherine  Palmer
349 W Penn St
Philadelphia, PA 19144

Catherine A Coats
16380 South Canaan Road
Athens, OH 45701

Catherine A Sexton
6003 Hampton Ridge Road
Columbia, SC 29209

Catherine Blackburn
6410 Jocelyn Hollow Road
Nashville, TN 37205

Catherine Crump
4110 Jensome Lane
Franklin, TN 37064

Catherine D Bacon
5044 Pinerise Ct
Columbus, OH 43231

Catherine D Bollet
4702 Long Blade Ave
Mermphis, TN 38128


Catherine Ellis Reeves
1037 Shinnecock Hill Ct
Summerville, SC 29483


Catherine Gannon
PO Box 163
S Dennis, NJ 08245


Catherine Gibson
6633 Hegerman St
Philadelphia, PA 19135


Catherine Gordon
PO Box 654
Rio Grande, NJ 08242


Catherine Hopkins
1220 S Sixth Street
Philadelphia, PA 19147

Catherine Krezan
1580 Ridge Avenue
New Kensington, PA 15068


Catherine L Fedak
1433 Atkins Street
Erie, PA 16503


Catherine L Larai
2717 Fairway Drive
Altoona, PA 18802


Catherine L Phillips
19 Winchester Circle
Lebanon, PA 17046


Catherine L Van Doren
310 Ridge St  1st Floor
Emmaus, PA 18049


Catherine M Bomberger
355 Knoedler Rd  Apt 1
Pittsburgh, PA 15236

Catherine M Gordon
118 Oakdale
Villas, NJ 08251

Catherine M Worden
717 Oaklawn Road
Simpsonville, SC 29680

Catherine McCafferty
319 West Street
Bethlehem, PA 18018

Catherine R Philpot Humr
3218 State Route 82  L147
Mantua, OH 44255

Catherine R Ricketts
260 Boving Road
Lancaster, OH 43130

Catherine Sheftz
105 Pickwick Lane
Oakridge, TN 37830

Catherine Smith
309 Allen Place
Nashville, TN 37205

Catherine Snyder
987 Greerland Drive
Nashville, TN 37204

Catherine Souleret
17 Nicholas Dr
Beaver, PA 15009

Catherine Vinett
6327 Chickering Woods Drive
Nashville, TN 37215

Catherine W Hipple
5839 Garden Ridge Drive
Millington, TN 38053

Catherine W Matthews
1455 Ashley Circle
Pittsburgh, PA 15241

Catherine Weireter
207 Waterford Road
Egg Harbor Twp, NJ 08234

Catherine Wolf
3515 Paris Drive
Dayton, OH 45439

Catherine Yurchick
1604 Constitution Boulevard
Arnold, PA 15068

Cathie Huber
45 Monteview Drive
York, PA 17404

Cathrine Reavey Lane
109 Lake View Road
Greentown, PA 18426

Cathy D Decker
11960 State Rt 7 South
Gallipolis, OH 45631

Cathy G Hupp
532 E Lucius Avenue
Youngstown, OH 44502

Cathy J Duff
5589 Norbrook Ave
Navarre, OH 44662

Cathy M Adams
1225 E Outter Drive
Monroe, MI 48161

Cathy M Headley
434 Garfield Street
Struthers, OH 44471

Cathy S Frank
6072 Drenta Cir SW
Navarre, OH 44662

CathyJo A Crawford
70 Roosevelt Street
Sykesville, PA 15865

Cathyy O Donel
23445 Burn Valley Road
Doylesburg, PA 17219

Catrina Bourlakas
612 Cherry Glen Circle
Nashville, TN 37215

Catrina Griffin
5354 State St.
Albany, OH 45710

Cavalier E LaRue
942 Meldon Avenue
Donora, PA 15033

Cavetta McDavid
404 Bel Arbor Lane
Mulden, SC 29662

Cayce Tiesler
621 Bluffview DR
Pegram, TN 37143

CCNA Mission Dept.
1294 Rutledge Rd
Transfer, PA 16154


Cebriet Harrell Jr.
110 Blossom Ct
Whitehouse, TN 37188


Cecelia Gerard
200 Drexel Avenue
Havertown, PA 19083


Cecil C Croston
6404 Hillfield Street NW
N Canton, OH 44720


Cecil H Neff III
738 B Hilldale Road
Holtwood, PA 17532


Cecil O Baird Jr
28163 N Superior Road
Queen Creek, AZ 85243

Cecil Ritter
288 Sandrock Way PO Box 192
Trenton, SC 29847


Cecila D Morris
1623 E Washington Lane
Philadelphia, PA 19138


Cecile M Foshee
14812 N Skokie Court
Phoenix, AZ 85022


Cecilia Ayala
4189 West 3rd Place
Yuma, AZ 85364


Cecilia Coloma
902 Scott Ave
Cape May, NJ 08204


Cecilia E Libra
4439 Phyllis Drive
Erie, PA 16510

Cedric A  Gunter
141 Woodvale Cir
Columbia, SC 29203


Cedric B Bailey
1823 Scott Valley Drive
Columbus, OH 43223


Cedric Flemon
5529 N 23rd Avenue
Phoenix, AZ 85015


Celedonio Negredos
5608 Red Gail Circle
North Las Vegas, NV 89031


Celesta D Snider
862 Summit Dr
Logan, OH 43138


Celeste Wells
7090 Heather Road
Macungie, PA 18062

Celestine Braxton
368 Barr Street
McDonald, PA 15057


Celestine Fdyeil
63 Marboro Lane
Willingboro, NJ 08046


Central Susquehanna RealEstate
3524 West Fourth Street
Williamsport, PA 17701


Central Tax Bureau of PA
10 Emerson Lane
Suite 804
Bridgeville, PA 15017


Ceri L Evans
220 Liberty Street Apt 10212
Columbus, OH 43215


Cesar Gonzalez
704 N Sixth Street
Allentown, PA 18102

Cesar Gonzalez Marin
1225 Carville Drive #2
Reno, NV 89512

Cesar J Augustin
4128 Windsor Rd
Boardman, OH 44512

Cesar Montanez
1245 East 4th Street
Bethlehem, PA 18015

Cesar Reyes
8561 Gold Flash
Las Vegas, NV 89129

Cesar Rocha
115 Co 22nd Street Sp #8
San Luis, AZ 85349

Cesco  Harvey
213 Jet Star Dr
Hockingport, OH 45739

Chad  Behler
710 Steven Dr
Lenhartsville, PA 19534

Chad  Bowling
827 McWhorter Victory Rd
London, KY 40741

Chad  Rubinson
2251 Wigwam Pkwy  Apt 1926
Henderson, NV 89074

Chad A Noll
147 Memorial Highway
Fleetwood, PA 19522

Chad Allen Berquist
213 Rumbarger Avenue
DuBois, PA 15801

Chad Bechard
3439 Blaze Dr
Murfreesboro, TN 37128

Chad Brown
2991 Fowler Rd
Springfield, OH 45502


Chad Crider
114 Lind Avenue
Mansfield, OH 44903


Chad Crowthers
4444 East State Street PO Box 80664
Canton, OH 44708


Chad D Flint
2347 Fortman Road
Fort Loramie, OH 45845


Chad D Hager
1101 Pope Ave
East Liverpool, OH 43920


Chad D Kuhn
756 Eastern Avenue
Woodsfield, OH 43793

Chad Doyle
6320 S Four Peaks Place
Chandler, AZ 85249


Chad E Alvis
3 S Ninth Street
Jacksonville, OH 45740


Chad E Pour
2651 S Eighth Avenue Apt H1082
Yuma, AZ 85764


Chad Flavin
268 Springdale Lane
Yardley, PA 19067


Chad Gaddy
451 Crestdale Lane
Las Vegas, NV 89144


Chad Garrett
220 Rose Avenue SE
Massillon, OH 44646

Chad Hanby
7171 Keron Drive
Millville, NJ 08332

Chad Harms
1131 East 9th St
Casa Grande, AZ 85222

Chad Harner
819 West Maple Street
Valley View, PA 17983

Chad Havens
1529 Buttercup Drive
Chambersburg, PA 17201

Chad Householder
1165 Inglewood Dr
Mogadore, OH 44260

Chad Jackson
1301 Virginia Avenue Apt 5
Hagerstown, MD 21740

Chad Keller
103 Landin Circle
Charlottesville, VA 22902




Chad Kovalchuk
196 Highland Avenue
Donora, PA 15033




Chad Kozlowski
647 Memorial Drive
New Kensington, PA 15068




Chad Laman
2509 Arnold Road
St Marys, OH 45885




Chad Laurytsen
3687 Ingleside Road
Shaker Heights, OH 44122




Chad M Bonifas
504 N Seventh Street
Coldwater, OH 45828

Chad M Hofstetter
10608 N Colby Avenue
Muncie, IN 47303


Chad M Hull
545 North Ray Dr
Zanesville, OH 43701


Chad M Isom
3322 Eleventh Street SW
Canton, OH 44710


Chad M Lewis
3750 Horizon Dr
Columbia, PA 17512


Chad M Porter
5534 W Watkins Street
Goodyear, AZ 85338


Chad M Ulmer
2617 Odette Street
Pittsburgh, PA 15227

Chad M Walter
619 West Findlay St
Carey, OH 43316


Chad M Wedding
806 Oliver Street
St Marys, OH 45885


Chad Matson
5086 Silver Maple Lane
Medina, OH 44256


Chad Miner
610 West Sereno Dr
Gilbert, AZ 85233


Chad Moeller
11058 E. Raintree Drive
Scottsdale, AZ 85255


Chad Morgan
6095 Mapleton Drive
New Albany, OH 43054

Chad N Lawrence
21876 TR 156
W Lafayette, OH 43845

Chad Nicholas Vincent
31 Rebecca Ave
Leechburg, PA 15656

Chad Prittie
7777 Hunt Club Drive
Mason, OH 45040

Chad Ratfield
7760 N 30th Dr
Glendale, AZ 85051

Chad Remaklus
7904 Darke Shelby County Line
Yorkshire, Oh 45388

Chad S Edwards
635 Meadow Drive
Lebanon, PA 17042

Chad Stellato
775 East Parker St
Langhorne, PA 19048


Chad Swartzmiller
16975 State Route 278
Nelsonville, OH 45764


Chad Tomaiko
1175 Stanwood Avenue
Akron, OH 44314


Chad Young
1845 Longview Dr
Lancaster, PA 17604


Chadd Eme
3502 River Road
Conestoga, PA 17516


Chadi Boukarroum
115 Omni Drive Apt 506
Toronto, ON M1P5B4
CANADA

Chadi Murr
170 Bertel Drive
Covington, LA 70433

Chaitanya Bannerjee
2533 Spindle Hill #5
Cincinatti, OH 45230

Chame Gipson
25B Pockens Village
Braddock, PA 15104

Champ Bennette
1208 East Hampton Street
Dillon, SC 29336

Chan Vann
337 Stevens St
Philadelphia, PA 19111

Chana E Whipple
8640 William Penn Road
Osterbrug, PA 16667

Chance Holmes
21320 N 56th Street #2130
Phoenix, AZ 85054


Chanda Breeden
2810 Rose Hill Road
Ethridge, TN 38456


Chandler W Hayward
7000 Juanita Cove
Memphis, TN 38133


Chandra Darjee
1829 Brett Street Apt 9
Pittsburgh, PA 15205


Chandra Williams
2005 Leatherbury Ct
Antioch, TN 37013


Chandravadan R Bant
412 White Bridge Road
Nashville, TN 37209

Chanelle Clemmer
914 Lobelia Avenue
Reading, PA 19604


Chanelle M Hayden
2385 South Braddock Avenue
Swissvale, PA 15218


Chantheara Ma
128 Powelton Ave.
Woodbyne, NJ 08107


Chapman Johnson
1293 Oak Lane
Quakertown, PA 18951


Chaquanda Day
622 Beachwood
Farrell, PA 16121


Charalampos Anastasiadis
256 A Presidental Dr
Wilmington, DE 19807

Charese  McGregor
1043 Elbon Rd
Cleveland Hts, OH 44121


Charisse Ina Turner
1633 Baltusrol Lane
Mt Pleasant, SC 29466


Charity Fitzpatrick
1345 Bell Rd #306
Antioch, TN 37013


Charity L Hamm
827 Slate Drive
Newbern, TN 38024


Charity Palmer
109 Helen Lane Apt D
Lamar, SC 29069


Charla C Crawley
3337 Milwaukee Street Apt 1
Pittsburgh, PA 15219

Charleen Locy
224 Harding Ave South
Massillon, OH 44646


Charleen M McClain
46 Peach Court
New Kensington, PA 15068


Charlene  Reeder
1911 W Wilshire Drive
Phoenix, AZ 85009


Charlene A Boivin
4677 Preserve Drive NW
Canton, OH 44708


Charlene Alicia Watkins
208 Linton St
Philadelphia, PA 19120


Charlene Baker
114 Amy Drive
Pittsburgh, PA 15205

Charlene Flaherty
912 Valleyview Road
Pittsburgh, PA 15243


Charlene G  Bradford
3701 Bethel Bay St
North Las Vegas, NV 89032


Charlene Hohl
1266 Harvest Drive
Denver, PA 17517


Charlene Howell
217 Still Spring Hollow Court
Nashville, TN 37221


Charlene J Goodnight
89 Lafferty Avenue
Pittsburgh, PA 15210


Charlene Jacka
228 9th St
Oakmont, PA 15139

Charlene Johnson
423 Wallis Avenue
Farrell, PA 16121


Charlene Jones
2137 Suitland Terrace   Apt 201
Washington, DC 20001


Charlene Larrew
125 Irene Drive
Irwin, PA 15642


Charlene Merkel
315 William Street
Slatington, PA 18080


Charlene Owen
3541 E Lemarche Avenue
Phoenix, AZ 85032


Charlene R Ward
128 Scott Road
Toney, AL 35773

Charlene S. White
291 W. Washington Street
Nelsonville, OH 45764

Charlene Valentine
310 East Hand Avenue APt 9
Wildwood, NJ 08260

Charles  Burns IV
11 Dune Ridge Lane
Isle of Palms, SC 29451

Charles  Caldwell
4604 Ryan Ave
Columbia, SC 29203

Charles  Clark
455 County Road 180
Athens, TN 37303

Charles  Dearth
9701 Monserat Rd
Millfield, OH 45761

Charles  Holloway
1735 Wrenford Rd
South Euclid, OH 44121


Charles  Johnson
705 South Clay Street
Nevada, MO 64772


Charles  Kayne
3383 Stillhouse Road SE
Atlanta, GA 30339


Charles  Kelly
109 32nd Ave South
Nashville, TN 37212


Charles  Kuehmann
865 Warwick Rd
Deerfield, IL 60015


Charles  Moxon
5 Lomand Lane
Bella Vista, AR 72715

Charles  Palumbo
700 700 Erial Rd
Blackwood, NJ 08012


Charles  Renicker
4903 Ridge Avenue  SE
Canton, Oh 44707


Charles  W Boggs
11907 St Rt 691
Nelsonville, OH 45764


Charles A Campbell
332 Ewing Drive
Nashville, TN 37207


Charles A Mattish
88 Greene St
Clarksville, PA 15322


Charles A Rahmig
346 Clay Run Road
Mill Run, PA 15464

Charles A Rampey Jr
6 Tavern Court
Blythewood, SC 29016


Charles A Rankin
6689 Donraven Avenue
Las Vegas, NV 89139


Charles A Sacks
700 Alene Road
Ambler, PA 19002


Charles Adu Gyamfi
P.O. Box 247843
Columbus, OH 43224


Charles Alderson
6849 Waterloo Road
Atwater, OH 44201


Charles Ashby Parsons Jr
428 Broome Street  Apt 3r
New York, NY 10013

Charles Asman
1995 Grant Road
Coopersburg, PA 18036


Charles B Fowler
7740 Old Harding Road
Nashville, TN 37221


Charles B Heid
316 Third Street  PO Box 109
Darlington, PA 16115


Charles Ball
904 Lower Street
Roaring Spring, PA 16673


Charles Barie
1306 Hiland Avenue
Coraopolis, PA 15108


Charles Bartlett
315 West 2nd
Emporia, KS 66801

Charles Beam
241 S Cadish St
Gaston, SC 29053

Charles Beard
1868 Old Boones Creek Road
Johnson City, TN 37615

Charles Beohm
2020 Explorer Road SW
Dellroy, OH 44620

Charles Billham
1231 Elbron Avenue
Salem, OH 44460

Charles Bobb
3030 Cortina Drive
Colorado Springs, CO 80918

Charles Boggs
3440 Kirby Kountry Drive
Taneytown, MD 21787

Charles Broadwater
705 Veterans Drive PO Box 49
Oliver, PA 15472


Charles Brophy
118 10th St
Pittsburgh, PA 15229


Charles Brown
9725 Harmony Drive
Ingomar, PA 15127


Charles Buhl
91 Airport Road
Pottstown, PA 19464


Charles Burkel
1983 Charles Street
De Pere, WI 54115


Charles C Boger
9782 SE Top O Scott Street
Happy Valley, OR 97086

Charles C Crawford III
2010 Ridge Avenue
New Kensington, PA 15068


Charles C Hankey
384 Straw Cutter Rd
Derry, PA 15627


Charles Cape
417 Allison Drive
Harriman, TN 37748


Charles Cary
8818 Braeburn Loop
Yakama, WA 98903


Charles Castelli
2391 Poplar Grove Road
Halls, TN 38040


Charles Clark
2851 St Rt 73
Peebles, OH 45660

Charles Clark
3128 Red Imp
Las Vegas, NV 89081

Charles Connolly
3062 Ridgeland Avenue
Lisle, IL 60532

Charles Cook
3021 Cleemont Avenue
Pittsburgh, PA 15227

Charles Culp
224 Waldo Road
Rockwood, TN 37854

Charles Curto
15875 Red Shale Hill Rd
Pekin, IL 61554

Charles D Evans
76 Sampson Avenue
Pittsburgh, PA 15205

Charles D Moore Jr
271 Noah Dr
Franklin, TN 37064



Charles D Pinazza
845 Carbon Road
Greensburg, PA 15601



Charles D Poland
409 Ash St   PO Box 398
Richeyville, PA 15358



Charles D Thompson
6028 N Quail Run Rd
Paradise Valley, AZ 85253



Charles D Ward
16 N Lanson Ave
Hamilton, OH 45013



Charles Dayton
5 Cooper Drive
Somers Point, NJ 08244

Charles Dennis Jr.
7075 West Gowan Avenue Apt 1028
Las Vegas, NV 89129


Charles Dillon
1328 Windy Wood Road
Pelion, SC 29123


Charles Dries
2181 New Street
Orefield, PA 18069


Charles E Arwood
5016 Princeton
Memphis, TN 38117


Charles E Barr
239 Winding Creek Way
Chapin, SC 29036


Charles E Boom II
7140 Indian Trail
Poland, OH 44514

Charles E Desabato
475 Sun Valley Drive
Pittsburgh, PA 15239




Charles E Dwinell
1525 Catalina Avenue
Allentown, PA 18103




Charles E Headley
319 Deemers Drive
Cranberry Township, PA 16066




Charles E King
2541 Centre Avenue #202
Pittsburgh, PA 15219




Charles E Larson
7066 Reed Road
Conneaut, OH 44030




Charles E Marcrum
240 S Greer
Memphis, TN 38111

Charles E McKittrick
1652 Marsdale Ave
Columbus, OH 43223


Charles E Moxley
288 Moxleyville Road
Blythe, GA 30805


Charles E Myers
13 Elm Ave
Moundsville, WV 26041


Charles E Page
2064 E Cherry Hills Place
Chandler, AZ 85249


Charles E Spangler
1168 Peninsula Dr
Prosperity, SC 29127


Charles E Trader
36319 Buddy Road
Albany, OH 45710

Charles E Yeager
27 Chelton Street
Shenandoah, PA 17976


Charles F Ginter Jr
510 Market Street
Fallentimber, PA 16639


Charles F Klein
3862 Wheatsheaf Road
Huntingdon Valley, PA 19006


Charles Federico
3 Finley Lane
Wayne, NJ 07470


Charles Fryer
1023 First Street
Henderson, KY 42420


Charles G Booth
2425 Brookville St
Fairmount City, PA 16224

Charles G Spiker
100 Hidden Valley Rd
Ligonier, PA 15658

Charles G Wright
17 Main Street
Daisytown, PA 15427

Charles Gandee lll
5601 Faircrest Street SW
Canton, OH 44706

Charles Gebhart
32 Mallery Place
Wilkes Barre, PA 18702

Charles Gibson Jr
1163 Stephenson Dr
Troy, OH 45373

Charles Golder
17 Pavillion Street
Summerville, SC 29483

Charles Goodall
11402 Reading Road
Cincinnati, OH 45241

Charles Grundy
18 Timber View Drive
Hubbard, OH 44425

Charles H Watkins
211 Paddock Lane
Nashville, TN 37205

Charles H Zeran III
4417 Crickett Drive
Orangeburg, SC 29118

Charles Hack
1 Soffel St
Pittsburgh, PA 15211

Charles Hankison
18789 West Buckinham Road
Logan, OH 43138

Charles Hawkins
450 Barnstable Road
Carlisle, PA 17015

Charles Hood
1288 Stratford Street
Barberton, OH 44203

Charles Hull
1140 Indigo Road
Mineral City, OH 44656

Charles I Morse Jr
223 divisio Street
Belvedere Tiburon, CA 94920

Charles Iannetta
1750 Savercool Ave
Bethlehem, PA 18015

Charles J Barnes
210 East Cleveland
Greenwood, MS 38930

Charles J Biglin
4678 Laser Road
Shelby, OH 44875


Charles J Fleshman
5199 Golden Fern Lane
Columbus, OH 43228


Charles J Gilberti Jr
10 Hillcrest Rd
Hillsborough, NJ 08844


Charles J Powell
5755 E River Road Apt 1407
Tucson, AZ 85750


Charles J Robbins Sr
739 Clover Lane
Plymouth Meeting, PA 19462


Charles J Rogers
385 Navinger Road
Leechburg, PA 15656

Charles J Terrana
Rd 2 Box 195
Martinsburg, PA 16662


Charles J Young
254 Lynn Haven Drive
Pittsburgh, PA 15228


Charles James Weldon Jr
10009 Rinaman Rd
Wexford, PA 15090


Charles Jamison
114 Westminster Drive
Verona, PA 15147


Charles K Rickenbach
124 S 14th St
Easton, PA 18042


Charles K Stewart
7362 N Coyote Run Rd
Kingman, AZ 86409

Charles Karadus
64 Jim Mountain Road
Normalville, PA 15469


Charles Kijak
17 Eddlewood Place
Mt Laurel, NJ 08054


Charles L Brownell
1001 Old Lebanon Dirt Rd
Mount Juliet, TN 37122


Charles L Butler
243 Sheringham Road
Columbia, SC 29212


Charles L Hodge
10072 Cascade Falls Dr
Reno, NV 85921


Charles L Huwer
1211 Cranberry Road
Saint Henry, OH 45883

Charles Labonte
25961 Rock Street
Coolville, OH 45723

Charles Lawson
1311 Citadel Street
Franklin, TN 37067

Charles Lee
2853 Darlington Road
Beaver Falls, PA 15010

Charles Lynch
1627 Milner Drive
Beavercreek, OH 45432

Charles M Acitelli
4634 Fifteenth Street  SW
Canton, OH 44710

Charles Martin
17 East Birchwood Drive
Cabot, AR 72023

Charles Mason
4643 Mulberry Street
Philadelphia, PA 19124


Charles Mathis
2302 E Pueblo Ave
Phoenix, AZ 85040


Charles McAvoy
512 Northampton Street
Edwardsville, PA 18704


Charles McLaughlin
11014 Drake Road
Cato, NV 13033


Charles McNeil
13151 Bustleton Avenue  Apt E2
Philadelphia, PA 19116


Charles Merrick
6044 Portraits Place
Las Vegas, NV 89149

Charles Merryman
1638 Superior Avenue
Canton, OH 44705


Charles Michael Chicketti
14401 N 43rd Street
Phoenix, AZ 85032


Charles Moore
918 County Road 264
Niota, TN 37826


Charles Moore
137 Shadow Pine Rd
Columbia, SC 29210


Charles Morris
263 Benjamin Boulevard
Bear, DE 19701


Charles Morrow
10370 Pleasant Lake Boulevard #D1
Parma, OH 44130

Charles Muller
223 Winding Way
Trafford, PA 18969


Charles Murrill
PO Box 505
Scott Depot, WV 25560


Charles Ohler
1315 Cottage Place NW
Canton, OH 44703


Charles P Dagenet Jr
15928 E Tumbleweed Drive
Fountain Hills, AZ 85268


Charles P Mavrakis
512 Castner Avenue
Donora, PA 15033


Charles Palmer Jr.
385 Conrad Lane
Rockton, PA 15856

Charles Pettigrew
3 Rockport Crt
Cumming, GA 90041


Charles Platt
2141 University Place
Dayton, OH 45406


Charles Pope
335 Sweetfield Valley Road
Athens, TN 37303


Charles Popple
128 E Saint Paul Avenue
Waukesha, WI 53188


Charles Preston
28 Marshall Avenue
Germantown, OH 45327


Charles Prucnal
400 Wagon Wheel Trail
Wexford, PA 15090

Charles Pullett
26 Rockland Street
Philadelphia, PA 19144

Charles R F Treadway
143 Ensworth Avenue
Nashville, TN 37205

Charles R Fisher II
266 E Chestnut Street
Jonestown, PA 17038

Charles R Heath
10 School House Street  PO Box 14
Allenport, PA 15412

Charles R Potetz
203 Locust St
Pittsburgh, PA 15229

Charles R Pressler
4522 Brunnerdale Avenue  NW
Canton, OH 44718

Charles R Sledge
224 Fourth Street
Wilmerding, PA 15148


Charles R Spangler III
1405 Pennsylvania Ave
West Mifflin, PA 15122


Charles R Walker
811 N Jordan ST
Allentown, PA 18102


Charles R Wells
333 Kingwood Dr
Columbiana, OH 44408


Charles Renwick
12051 Rt 89
Wattsburg, PA 16442


Charles Richard Platt
123 Silver Wing Dr
W Columbia, SC 29169

Charles S Hudson
421 William Wallace Drive
Franklin, TN 37064


Charles S Stewart
70 Acton Court
Dalzell, SC 29040


Charles Savoy
50303 Arbaugh Drive
Reedsville, OH 45772


Charles Schnetzer
320 Palmer Avenue
Mamaroneck, NY 10543


Charles Segear
567 Coach road
Horsham, PA 19044


Charles Shepard
555 Jennings Court
Shelby, OH 44875

Charles Stanaitis
6577 Bedell Road
Berlin Center, OH 44401

Charles Starnes
344 Elders Pond Circle
Columbia, SC 29229

Charles Steven Hinman
1791 Ranger Drive
Cross, SC 29436

Charles Taylor
6341 Kitamaya
North Las Vegas, NV 89031

Charles Theobald
654 Co Rd. 105
Athens, OH 37303

Charles Thomason
21 Oak Glen Dr
Greenville, SC 29607

Charles Timberlake
2948 Heather Leaf Way
Columbus, OH 43231


Charles Tompkins
408 20th Avenue SW  Ste 101
Minot, ND 58701


Charles Turner
1212 Mount Vernon Lane
Mt. Juliet, TN 37122


Charles Turner
4652 N Camac Street
Philadelphia, PA 19140


Charles Vance
8 Glenville Ave
Goose Creek, SC 29415


Charles Vergon
28 S. Chillocothe Road
Aurora, OH 44202

Charles Voboril
15904 E Ponderosa Dr
Fountain Hills, AZ 85268


Charles W Bowman
1461 Three Fountains Drive
Idaho Falls, ID 83404


Charles W Chance Jr
5184 Rt 49  lot 4
Millville, NJ 08332


Charles W Coleman
205 Hanover St
New Oxford, PA 17350


Charles W Geyer
217 Northmont Drive
Verona, PA 15147


Charles W Hipp
7702 E. 131st Place
Thornton, CO 80602

Charles W McCollister
3399 Matheny Road
Nelsonville, OH 45764


Charles W Miller
4475 Stanley Court
Plymouth, MI 48170


Charles W Pike Jr
2 Sioux Ct
Tipp City, OH 45371


Charles W Rowland
395 Old Sweetwater Church Rd
Sweetwater, TN 37874


Charles W Slater
1241 E Chestnut Street
Lancaster, OH 43130


Charles W Whetstone
828 Belleville Road
St Matthews, SC 29135

Charles W Wilkey
2111 White Oak Rd
Dayton, TN 37321


Charles Wardle
6334 Stephens Crossing
Mechanicsburg, PA 17050


Charles Webb
3225 Rosedale Ave #1
Dallas, TX 72505


Charles Williams
4141 E Mission Lane
Phoenix, AZ 85028


Charles Williamson
4304 Glen Eden Drive
Nashville, TN 37205


Charles Wolford
RR1 Box 197
Poca, WV 25159

Charles Wylder
2824 South Oakridge Road
North Charleston, SC 29420




Charley E Whitlatch
537 Fowlers Street
New Liexington, OH 43764




Charlie Bates
13 Ventura Avenue
Columbia, SC 29223




Charlie Huntington
5226 N. 20th St. #B8
Phoenix, AZ 85016




Charlie Lansdell
6821 Cloudland Drive
Nashville, TN 37205




Charlie Payne
1726 Casey Hollow
Soddy Daisy, TN 37379

Charlotte A Wold
101 Haverford Drive
Nashville, TN 37205

Charlotte Allen
9508 Kent Village Drive
Charlotte, NC 28269

Charlotte Cornett
6557 Palestine Street
Pemberton, OH 45332

Charlotte D Long
325 Concord Avenue
Greensburg, PA 15601

Charlotte J Bottomley
3930 Millsboro Road
Mansfield, OH 44903

Charlotte L Velasquez
79 Nettle Court
Daton, OH 45431

Charlotte Richard
112 Woodward Avenue
Celina, OH 45822


Charlotte Taylor
45284 Pfalzgraft Road
Woodsfield, OH 43793


Charmaine D Chavez Sisneros
8132 N State Avenue
Glendale, AZ 85303


Charmaine Sebrell
712 West Grant Street
E Palestine, OH 44413


Charne Jenkins
500 Center Grange Road Apt 56
Monaca, PA 15061


Charne N Jenkins
287 14th Street
AMbridge, PA 15003

Charne N Jenkins
500 Center Grange Rd  Apt 56
Monaca, PA 15061



Charolet L Robinson
620 Broad Avenue NW
Canton, OH 44708



Charolet Robinson
620 Broad Ave NW
Canton, OH 44708



Chas S Bryant
153 Woodcrest Lane
Gaston, SC 29053



Chase Villafana
21 Sparrow Lane
Huntington, NY 11743



Chasity A Satterlee
523 Harmony Road
New Brighton, PA 15066

Chastin Arrington
3147 Bornt Drive
Dover, PA 17315


Chastity Hillegas
1150 Harrison Rd
Shellsburg, PA 15559


Chauncey E Emery II
200 Deborah Lane
Cape May, NJ 08204


Chauntene Ford
4701 E Sahara
Las Vegas, NV 89104


Chawane Floyd
249 Tyborne Circle
Columbia, SC 29210


Chelsea Dunn
165 Downer Avenue
Uniontown, PA 15401

Chelsea Eisenwein
240 Chris Ave
Washingtonville, OH 44490

Chelsea Guzowski
284 Greenough 3
Philadelphia, PA 19127

Chelsea Hutsko
13910 Harvie Ct
Irwin, PA 15642

Chelsea J Rudolph
5256 Georgetown Road
Franklin, PA 16323

Chelsea R Ostrowski
199 Bear Creek Rd
SArver, PA 16055

Chelsea Uribe
464 Scoville Drive
Vienna, OH 44473

Chelsie Worrell
1350 Rosa L Parks Blvd
Nashville, TN 37208


Chendong  Zuo
63 Raintree Island Apt 5
Tonawanda, NY 14150


Cher Grigsby
3102 George Buchanan
Lavergne, TN 37086


Cherese Culp
281 Blanch Circle
Rock Hill, SC 29730


Cheri L Hodges
6105 Braxton Lane  #202
Memphis, TN 38115


Cherie  Stone
1030 N Mallard Street
Chandler, AZ 85226

Cherie Dixon
6461 Fleetwood Drive
Nashville, TN 37209


Cherie Leigh Banks
15358 Raystown Rd
James Creek, PA 16657


Cherie M Lent
14 South Ninth Street
Jacksonville, OH 45740


Cherie Martin
117 Winston Court West Rd
Greenwood, SC 29649


Cherisse Abdullah
79 Federal Crt
Galloway, NJ 08205


Cheristine Fnu
644 Orchard Street
Scranton, OH 18505

Cherlyn Monroe
100 Oakcrest Dr
Charleston, SC 29412


Cherolyn R Chambers
30 Harding Heights Boulevard
Mansfield, OH 44875


Cherri L Hendricks
23 Charles Street
Athens, OH 45701


Cherri N  Sellier
2226 Boulevard Avenue
Scranton, PA 18509


Cherri Nosbisch
3397 E Flamingo Court
Gilbert, AZ 85297


Cherry A Negron Diaz
420 Bingaman Ct
Reading, PA 19602

Cheryl A Bombick
1405 Mountain Road
Shavertown, PA 18708

Cheryl A Carr
413 S College Street
Newcomerstown, OH 43812

Cheryl A Donnelly
15 Concord Drive
Madalapan, NJ 07726

Cheryl A Jenkins
711 Cubbage St  Apt 10
Carnegie, PA 15106

Cheryl A Minnich
1660 Euclid
Zanesville, OH 43701

Cheryl A Pierog
172 Sunnyside Road
New Castle, PA 16102

Cheryl A Staley
500 1 2  North Main Street
Ansonia, OH 45303


Cheryl A Warrick
4834 Arbor Road SW
Canton, OH 44710


Cheryl A Wilms
1402 Holly Drive
Perkasie, PA 18944


Cheryl A. Turk
2013 Sunrise Way
Jamison, PA 18929


Cheryl Ann Burinsky
59 Wentzel Road
Mohnton, PA 19540


Cheryl Arlene  Wiewick
3228 E Joseph Way
Gilbert, AZ 85297

Cheryl Asbury
528 Dewey Ave
Bridgeville, PA 15017


Cheryl Beers
24 South Main Street
Mary D, PA 17952


Cheryl Byerly
300 Shabonn
St Marys, OH 45885


Cheryl Carmiggelt
974 N. Grace St
Scottsdale, AZ 85257


Cheryl Cox
8325 University Station Circle Apt 1011
Charlotte, NC 28269


Cheryl D Henry
4544 Kings Grant Drive
Memphis, TN 38125

Cheryl E Bradley
1846 Parkhill Drive
Dayton, OH 45406


Cheryl Greely
1550 Mulberry Street
Reading, PA 19604


Cheryl H Washington
404 Stirlington Road
Columbia, SC 29212


Cheryl Kellman
1022 Cross Haven Court
Westerville, OH 43081


Cheryl L Augustine
100 Handler Street
Pittsburgh, PA 15226


Cheryl L Clausner
668 Buckeye Tram Road
Mt Pleasant, PA 15666

Cheryl L Edington
32200 Bainbridge Road
Solon, OH 44139


Cheryl L Kenney
68 Harriette Drive
Shelby, OH 44875


Cheryl L Standiford
1 Cardaras Dr
Glouster, OH 45732


Cheryl L Wilson
326 W Highland
Phoenix, AZ 85225


Cheryl Lee Holden
2227 Vodeli Street
Pittsburgh, PA 15216


Cheryl M Tracy
39488 Centerville Road
Centerville, PA 16404

Cheryl Meyer
127 Grouse Ct
Venetia, PA 15367


Cheryl Olson
3043 West 8th Street
Mesa, AZ 85201


Cheryl Peckham
29119 Gaston Road
Albany, OH 45710


Cheryl Price
216 N Spring Street
Blairsville, PA 15717


Cheryl R Floyd
814 N Broad Street
Clinton, SC 29325


Cheryl Santanen
8662 Lockhart Road
Denham, LA 70726

Cheryl Sheppard
680 Kendall Road
Newberry, SC 29108


Cheryl Stinson
1209 E Purdue
Phoenix, AZ 85020


Cheryl Swisher
119 Carroll Street
Reading, PA 19611


Cheryl Thomas
723 S Ogden Avenue
Columbus, OH 43204


Cheryl Veal Ladson
2204 Saddlebill Ct
North Las Vegas, NV 89084


Cheryl Wilson
539 South Spring Road
Wetserville, OH 43081

Cheryle A Francis
2158 Bedminster Road  PO Box 396
Perkasie, PA 18944



Chester Brown
2278 Highway 163
Riceville, TN 37370



Chester Chlupka
5413 Pearl Road
Parma, OH 44129



Chester D. Potter
1559 Genesis Road
Lancing, TN 37770



Chester Holmes
4250 Swandale Avenue
Las Vegas, NV 89121



Chester Murphy Jr.
30 Lowell Drive
Reading, PA 19606

Chester P Pawlowicz
1815 Hidden Point Road
Annapolis, MD 21401




Chia Mao Hung
11521 Wellman Drive
Riverview, FL 33569




Chien Han Ho
421 W DuBois Avenue
DuBois, PA 15801




Chike Onyekaba
12221 Jay Circle
Minneapolis, MN 55448




Chindar Cordette Ryant
119 Durham St
Cordova, SC 29039




Chiquita Joe  Bass
7110 Leslie Lane
Chattanooga, TN 37421

Chong Moua Vue
1295 Morse Street
Akron, OH 44320

Chong Shaffer
2111 N Rascon Loop
Phoenix, AZ 85037

Chris  Bick
1909 Rosebank Ave
Nashville, TN 37216

Chris  Green
4750 Luxor Way #2225
Las Vegas, NV 89115

Chris  Messerri
1010 South Foothills Drive
Dewey, AZ 86727

Chris  Robertson
7540 Apple Springs Avenue
Las Vegas, NV 89131

Chris  Rose
504 Toms Run Rd
Wana, WV 26590


Chris  Torbett
292 Co Rd 545
Englewood, TN 37329


Chris A Kirby
8304 Stoneyview Rd
Corryton, TN 37721


Chris A ONeil
19650 N Orthan Circle
Maricopa, AZ 85239


Chris A Yuhas
370 Starr Avenue
Greensburg, PA 15601


Chris Armstrong
2401 E Rio Salado Parkway
Tempe, AZ 85281

Chris B Swinehart
5725 Mainsville Road
New Lexington, OH 43764

Chris Baldwin
1275 Ashwood Drive
Akron, OH 44312

Chris Ballard
7023 Diamond Branch Rd
Maryville, TN 37801

Chris Bartlett
5786 State Street
Albany, OH 45710

Chris Bayless
777 Gulick Ave
Ft Stewart, GA 31314

Chris Bird
10132 Cottoncreek Drive
Littleton, CO 80130

Chris C Young
164 E June Street
Mesa, AZ 85201


Chris Chandler
1440 Avenida Rincon #106
Sante Fe, NM 87501


Chris Clark
5929 Firm Stance Drive
Loveland, OH 45140


Chris D Jalil
7622 S Brook Bend  Apt 302
Tampa Bay, FL 33635


Chris DelPosen
2947 Skyline Dr
Allison Park, PA 26202


Chris Dye
9413 Maple Avenue
East Sparta, OH 44626

Chris Friday
3704 Kister Road
Shreve, OH 44676

Chris Gamache
801 N Federal Street #2017
Chandler, AZ 85226

Chris Granitsas
815 Orrville Street NW
Massillon, OH 44647

Chris Grimes
8881 E Honey Bear Place
Tucson, AZ 85749

Chris Grube
2 Lower Way
Easton, PA 18045

Chris H Wagner
139 Carter Avenue NW
Langhorne, PA 19047

Chris Handly
3081 Oxford Glen Drive
Franklin, TN 37067


Chris Hatzigeorgiou
448 Mark Place
Philadelphia, PA 19115


Chris Hefley
812 West End Drive
Franklin, TN 37064


Chris Hegmann
PO Box 3121
Idaho Sp, CO 80452


Chris Hunt
2210 Saint Andrews Drive
Murfreesboro, TN 37128


Chris Huskey
100 Sutter Way
Franklin, TN 31067

Chris J Brantley
459 Meathward Cir
Moore, SC 29369


Chris K Stream
2674 Constitution Drive
Lindenhurst, IL 60046


Chris Kennedy
2128 Amanda Meadow Court
Hermitage, TN 37076


Chris L McDiffitt
2063 Twp Rd 115
Rayland, OH 43943


Chris Lamesfield
8249 Round Lake Road
Rapid City, MI 49676


Chris Leaper
2269 Blowden Circle
Grove City, OH 43123

Chris Leborious
372 Smaltz Drive
Falling Waters, WV 25419


Chris Leftwich
231 South Fulton
Allentown, PA 18102


Chris Lewis
2930 Pinewood Drive
South Lake Tahoe, CA 96150


Chris M Finelli
6645 Westminster Drive
Zionsville, IN 46077


Chris Manor
417 W Canal Street
Troy, OH 45373


Chris Mattes
1644 Grandview Avenue
Pittsburgh, PA 15104

Chris McDonald
9727 Unity Rd
Poland, OH 44514

Chris Merz
791 Oak Shadows Road
Celebration, FL 34747

Chris Militello
8310 Whispering Oaks Way
West Palm Beach, FL 33411

Chris Mullins
11234 E Edgewood Avenue
Mesa, AZ 85208

Chris Patterson
632 Shryock Road
Cherry Tree, PA 15724

Chris Poskin
4 Manorcrest Dr
Cecil, PA 15321

Chris R McBurney
5858 Richville Drive SW
Navarre, OH 44662


Chris S Cattadoris
118 Amethyst Drive
Huntsville, AL 35810


Chris Sandbothe
1017 W 186th Place
Homewood, IL 60430


Chris Sisson
7604 Baltimore Avenue
Kansas City, MO 64114


Chris Taylor
5288 C Tamarack Circle E
Columbus, OH 43229


Chris Thompson
7974 N Wildomar
Tucson, AZ 85743

Chris Vincett
611 Berkshire Drive
Pittsburgh, PA 15215


Chris Walters
267 Sheringam Road
Columbia, SC 29212


Chris West
6160 West Shannon
Chandler, AZ 85221


Chris Wilburn
1023 Butler Street
Chester, PA 19013


Chris Woodlee
301 Jennette Place
Franklin, TN 37064


Chrisoval T Hartley
3901 Tarnbrook Dr
Mount Laurel, NJ 08054

Chrissy Lecator
14818 Cologne Dr
Port Norris, NJ 08349


Christa Andreotti
945 Genoa Road  SW
Massillon, OH 44646


Christa Diane Rocha
535 E Yellow Wood Avenue
Queen Creek, AZ 85240


Christa J Urda
527 Washington Avenue
Jermyn, PA 18433


Christa Linderer
3052 Skeeter Street
Grayling, MI 49738


Christa Meyers
5303 E. Forge Avenue
Mesa, AZ 85206

Christal Hammonds
2131 Prudence Drive
Beavercreek, OH 45431


Christel  Butler
102 Kilkenny Avenue
Goose Creek, SC 29445


Christen  Phillips
308 Darlington Road
Beaver Falls, PA 15010


Christen Mueller
23 Brantford Place  Apt 1
Buffalo, NY 14222


Christi Gabel
3401 Dawnridge Dr
Dayton, OH 45414


Christian  Baier
1707 Quinn Rd
Collierville, TN 38017

Christian Almodovar
1201 Green Street
Reading, PA 19604

Christian Bower
1290 Simms Heights Road
Kingston Springs, TN 37082

Christian Dahms
18 Coach Hill Ct
Newark, DE 19711

Christian Gaytan
13135 Brook Garden Lane
San Antonio, TX 78232

Christian George Wolters
110 Wild Heather Drive
Campobello, SC 29322

Christian Herrera
172 S 16th Avenue
Yuma, AZ 85364

Christian J Nagy
953 Bank St
Aurora, OH 44202

Christian Jorgensen
3548 Woodcliff Ct
Murrysville, PA 15668

Christian Mercaao
145 Fairfield Avenue
W Caldwell, NJ 07006

Christian P Morris
6393 Temple Road
Franklin, TN 37069

Christian Patric Kessler
27048 N 98th Way
Scottsdale, AZ 85262

Christian Solis
3323 W Franktur Road
Phonix, AZ 85041

Christian Vasquez
253 Rivers Edge Drive
Easley, SC 29642


Christie L Zoller
216 Valley Street
McDonald, PA 15057


Christie L. Apitsch
1416 Ridge Avenue
Coraopolis, PA 15108


Christie Love
49 W Rosevelt Ave
Middletown, PA 17057


Christie M Presher
1454 Highway 45
McClennavillle, SC 29458


Christina  Howard
964 Breathitt Avenue
Columbus, OH 43207

Christina  King
2880 West Main St
Troy, OH 45373


Christina  Prebish
1227 N river St
Wilkes Barre, PA 18702


Christina A Holt
3046 W. Twain Court
Anthem, AZ 85086


Christina A Palumbo
3148 Newburg Road
Nazareth, PA 18064


Christina Adducchio
1739 W Pekin Rd
Lebanon, OH 45036


Christina Ann McNally
10369 Sloping Hill Avenue
Las Vegas, NV 89129

Christina Biddle
3321 Hull Drive
Kingsport, TN 37664


Christina Botterill
213 Plumb Avenue
Hartford, KS 66854


Christina Buckley
721 Swarthmore Avenue
Folsom, PA 19033


Christina C Sanders
8916 Saundersville Road
Mt Juliet, TN 37122


Christina Cale
16231 E. Bainbridge
Fountain Hills, AZ 85268


Christina Clements
22 Ridgewood Dr
Bordentown, NJ 08505

Christina Davis
832 30th Street NW
Massillon, OH 44647

Christina Elko
93 Lamont Dr
Irwin, PA 15642

Christina Falcone
5155 Cobb Dr
Dayton, OH 45431

Christina H Davidson
3541 Motts Place Ct
Canal Winchester, OH 43110

Christina H Lamb
P.O. Box 253
Pottstown, PA 19464

Christina Haas
3420 Leechburg Rd
Pittsburgh, PA 15239

Christina Healey
PO Box 12194
Tempe, AZ 85284


Christina Jameson
8685 Rustler Drive
Prescott Valley, AZ 86314


Christina L Gallion
7610 Township 466
Lakeville, OH 44638


Christina L Gold
207 Park Avenue  Apt 2
Pittsburgh, PA 15229


Christina L Lawson
PO Box 15131
Augusta, GA 30909


Christina L Mallios
3967 Brookridge Drive
Mechanicsburg, PA 17050

Christina L Szoss
71 Simon Rd
Cheswick, PA 15024


Christina L West
5708 Gross Drive
Dayton, OH 45431


Christina Lawerence
1208 tatum Street
Woodbury, NJ 08096


Christina M Cullura
742 Brown Avenue
Tullytown, PA 19007


Christina M Grezlik
1495 Mac Dr Apt 2
Stow, OH 44224


Christina M Lutsch
1704 Pleasant Avenue
West Mifflin, PA 15122

Christina M Ramsey
520 Pine Avenue  PO Box 132
Bunola, PA 15020


Christina M Read
408 Wexford Court
Franklin, TN 37069


Christina M Zivec
5125 Blodgett Ave #313
Downers Grove, IL 60515


Christina Marzalek
185 Hickory Heights Drive
Bridgeville, PA 15017


Christina Miller
165 East Mount Pleasant
Ambler, PA 19002


Christina Morris
1413 Bowland Avenue NE
Canton, OH 44705

Christina Noble
9979 Wohlgamuth Rd
West Salem, OH 44287

Christina Paul
364 Route 47
Cape May Court House, NJ 08210

Christina Piasecki
718 West Market Street
Scranton, PA 18508

Christina Rugnao
7035 S Thirtieth Street
Mesa, AZ 85042

Christina S Palmer
509 Adamwood Drive
Nashville, TN 37211

Christina S Seltzer
115 Fourth Street
Hamburg, PA 19526

Christina Selinger
117 Huntingdon Village Apt 101
Hunker, PA 15639

Christina Slobodian
5935 Jeanette Street
Philadelphia, PA 19128

Christina Soriano
3367 Greenwood Springs
Las Vegas, NV 89122

Christina Strickland
16 B Carpenter Street
Milford, NJ 08848

Christina T Bonaduce
4364 Swallen Avenue
Louisville, OH 44641

Christina Walker
382 Weller Road
New Florence, PA 15944

Christina Ward
9625 Kosta Drive
Cincinnati, OH 45231


Christine A Gardner
214 Radcliff Street
Pittsburgh, PA 15204


Christine A Huegel
615 Sixth Avenue
New Brighton, PA 15066


Christine A Kalogeris
529 Chrysler Street
Pittsburgh, PA 15226


Christine A Mattes
3619 Matilda Street
Beaver Falls, PA 15010


Christine A Morehouse
10691 May Road
Wattsburg, PA 16442

Christine Baker
2203 W Morino Court
Chandler, AZ 85224


Christine Bunnell
1114 Springfield Park
Cincinnati, OH 45215


Christine Callaham
2 W King Street
Littletown, PA 17340


Christine Colvin
5235 Osborn Road
Phoenix, AZ 85018


Christine D Mallette
42 Little Creek Lane
Maggie Valley, NC 28751


Christine Decker
199 Silver Fox Court
Loveland, OH 45140

Christine Doherty
6974 Camino Pacheco
San Diego, CA 92111


Christine E Martinak
419 Barneys Road
Perryopolis, PA 15473


Christine E Nelson
116 S Bennett Avenue
Jackson, OH 45640


Christine Guy
1923 Victoria Ave
New Kensington, PA 15068


Christine Hamilton
12 Tall Tree Rd
Camp Hill, PA 17011


Christine Harvey
71 Overlook Dr
Danville, PA 17821

Christine Heisler
436 Greenhurst Dr
Pittsburgh, PA 15243


Christine James
2414 Perdera
Henderson, NV 89052


Christine Kailly
1632 W Blavis St
Philadelphia, PA 19140


Christine L Howard
346 W. Euclid Ave
Springfield, OH 45506


Christine L.  Reaves
1663 Pineview Cemetery Road
Seven Springs, NC 28578


Christine Layman
5655 E Forest
Apache Junction, AZ 85219

Christine Learn
1158 Ohltown
Youngstown, OH 44515


Christine M Bannon
210 Hart Avenue
Greenville, OH 45331


Christine M Davis
372 E. Chestnut Street  Apt 3
Lisbon, OH 44432


Christine M Everitt
1300 Alton St
Pittsburgh, PA 15216


Christine M Fjalstad
6150 Sue Ann Lane
Prior Lake, MN 55372


Christine M Gilliland
134 Villa Nova Boulevard
St Marys, OH 45885

Christine M Hubbard
11100 Phillipsville Road
Wattsburg, PA 16442

Christine M Ploharski
2938 E Harwell Road
Gilbert, AZ 85234

Christine M Rininger
1112 19th Street NE
Canton, OH 44714

Christine M Zybowski
2423 Rudolph Avenue
Erie, PA 16502

Christine Maria Lombardo
1114 Delaware Lane
Downingtown, PA 19335

Christine Mauro
1001 Hyde Park
Dayton, OH 45429

Christine Maynard
168 Autumn Hill Drive
Cranberry Township, PA 16066

Christine Mulchay
56 Cable Court
Wilkes Barre, PA 18706

Christine Napier
235 Goshen Road
Schwenksville, PA 19473

Christine R Mullins
1783 Ashland Road
Mansfield, OH 44905

Christine Schultz
301 E Pearl Street
Wapakoneta, OH 45895

Christine Smith
337 Meredith Square
Columbia, SC 29223

Christine Suppa Yohe
347 Third Avenue
Leechburg, PA 15656

Christine Thompson
136 Fallowfield Avenue
Charleroi, PA 15022

Christine Thompson
326 Scene Ridge Rd
McKeesport, PA 15133

Christine Wilson
361 5th Ave  2nd Floor
New Kensington, PA 15068

Christopher  Bartoletti
6033 Maple Grove Rd
Bulger, PA 15019

Christopher  Bartys
229 Dove Park Road
Columbus, SC 29223

Christopher Bridges
1473 Fleet Rd
Troy, OH 45373

Christopher Cloutier
554 Deerwood Court
Painesville, OH 44077

Christopher Coffingham
2704 Pirate Dr
Chalmette, LA 70043

Christopher Heileman
8932 Blue Grass Rd
Philadelphia, PA 19152

Christopher Judt
584 Creekside Lane
Lititz, PA 17543

Christopher King
9596 Bay Vista East Dr
Indianapolis, IN 46250

Christopher  Littrell
3429 White Pine Dr
Nashville, TN 37214


Christopher  Nieto
1216c Berwick Trail
Madison, TN 37115


Christopher  Robinson
236 Norway Avenue
Trenton, NJ 08609


Christopher  Swink
PO Box 85  River Road
Dawson, PA 15428


Christopher A Bell
209 W Morris Avenue
Sewell, NJ 08080


Christopher A Bower
305 Elm St
Watsontown, PA 17777

Christopher A Harrison
317 Indigo Way
Allentown, PA 18104


Christopher A Helvitson
301 East Saint Johns Ave
Villas, NJ 08251


Christopher A Hint
93 Spruce Avenue
Birdsboro, PA 19508


Christopher A Holshu
1927 Harmont Avenue  NE
Canton, OH 44705


Christopher A Huber
1300 Arnold Street
Pittsburgh, PA 15220


Christopher A Kelley
387 Oak Breeze Drive
Columbus, OH 43207

Christopher A Kiehl
1381 Lakeland Avenue
Akron, OH 44320


Christopher A Kotlarek
1655 Laurel Avenue
Columbus, OH 43223


Christopher A Moore
5016 Walton Road
Finleyville, PA 15332


Christopher A Stamper
6634 River Rd
Harrison, OH 45030


Christopher A Yohr
9646 Shirley Drive
Allison Park, PA 15101


Christopher Adams
4026 Fairway Drive
Wilmette, IL 60091

Christopher Alderman
188 Riverbend Drive
Franklin, TN 37069


Christopher Anzalone
260 Woodland Drive
Medina, OH 44256


Christopher Autry
12403 Juniper Circle
Savannah, GA 31419


Christopher Baclay
8237 Campbell Springs Avenue
Las Vegas, NV 89178


Christopher Bailes
60 Howard St
Doylestown, OH 44230


Christopher Baker
1025 Persimmon Drive
Spring Hill, TN 37174

Christopher Barrett
558 Victoria Court
Pen Argyl, PA 18072

Christopher Bartoli
1607 79th Street
Kenosha, WI 53143

Christopher Beech
1361 S Western Skies Dr
Gilbert, AZ 85296

Christopher Blackwell
2706 Centergrove Road
Kannapolis, NC 28083

Christopher Blunt
7205 Chevy Chase
Memphis, TN 38125

Christopher Boberg
1400 S Clam #22
Delphos, OH 45833

Christopher Boheim
HC 1 Box 202
Bartonsville, PA 18321


Christopher Booker
1993 Egypt Rd
Chapel Hill, TN 37034


Christopher Booth
18749 Vineyard Point Lane
Cornelius, NC 28031


Christopher Boyer
215 Cobblestone Ct
Red Lion, PA 17356


Christopher Brewington
137 Hickory Hollow Drive
Dickson, TN 37055


Christopher Brink
8073 N 109th Lane
Peoria, AZ 85345

Christopher Broadhead
RR2 Box 633
Hawley, PA 12428


Christopher Bryan
1157 Keniworth Avenue
Coshocton, OH 43812


Christopher Bursac
175 E Baird Avenue
Barberton, OH 44203


Christopher C Kane
RR 6  Box 6714A
Saylorsburg, PA 18353


Christopher C Wyrick
2 Oak Bluff Court
Columbia, SC 29223


Christopher Charles Messner Jr
106 Lower Piney Creek Rd
Williamsburg, PA 16693

Christopher Cheniae
4929 W Novak Way
Laveen, AZ 85339


Christopher Ciccone
46 Witherspoon Ct
Chestervrook, PA 19087


Christopher Conley
25 Orchary Rd
Havertown, PA 19083


Christopher Conroy
3525 Semptember Drive
Camp Hill, PA 17011


Christopher Cosby
7401 Phoenix Avenue  Apt 1227
El Paso, TX 79915


Christopher Couto
2533 N 87th Way
Scottsdale, AZ 85257

Christopher Crosby
410 West Indian Avenue
Folly Beach, SC 29439


Christopher D Adams
2990 Ackley Road
Guysville, OH 45735


Christopher D Bedner
PO Box 125  Wickhaven Road
Wickhaven, PA 15492


Christopher D East
53 1st Avenue
Lexington, OH 44904


Christopher D Gaines
615 Cleveland St
Lebanon, TN 37087


Christopher D Olson
111 Wildberry Lane
Goose Creek, SC 29445

Christopher Denny
10004 N 64th Avenue
Glendale, AZ 85302



Christopher Dierweckter
134 Maple Boulevard
Orwigsburg, PA 17961



Christopher E Berkeley
613 Painted Opus Pl
N Las Vegas, NV 89084



Christopher E Borgia
8730 Honeysuckle Dr
Erie, PA 16509



Christopher E Brungarth
13009 London Road
Orient, OH 43146



Christopher E Gutshall
1958 Pulpit Rd
Martinsburg, PA 16662

Christopher E Hunter II
1208 Poplar St
Nelsonville, OH 45714


Christopher E Long
95 Foxtown Dr
Abbottstown, PA 17301


Christopher E Matson
2440 South Park Rd
Bethel Park, PA 15102


Christopher E Merker
93 Taylor Drive
Fallsington, PA 19054


Christopher Edward Spain II
455 Cranklen
Clarksville, TN 37042


Christopher Fadden
716 Schneider Street NE #K5
Canton, OH 44721

Christopher Fermenti
1166 Simpson Drive
Columbus, OH 43227


Christopher Fikisz
28 Warbler Drive
McKees Rocks, PA 15136


Christopher Fitzgerald
1951 Mt Badon
Cordova, TN 38016


Christopher G Lord
2617 Clare St
Glenshaw, PA 15116


Christopher Garey
2540 Plow Rd
Birdsboro, PA 19508


Christopher Gierlach
1630 Houk Road
Portersville, PA 16051

Christopher Gillespie
690 Forsyth Lane
Pocahontas, TN 38061


Christopher Giuffrida
32 Barry Lane
Syosset, NY 11791


Christopher Goskins
1053 Rollings Point Ct
Virginia Beach, VA 23456


Christopher Gray
1709 St Rt 603
Mansfield, OH 44903


Christopher Greenman
206 South Highview Rd
Middleton, OH 45044


Christopher Greiss
943 North 9th Street
Reading, PA 19601

Christopher Gumpenberger
540 Rabbit Hill Road
Moscow Mills, MO 63362

Christopher Hall
53336 Chelle Lane
Granger, IN 46530

Christopher Harcourt
300 South County 475 East
Fillmore, IN 46128

Christopher Hass
8423 Main Street
Rushville, OH 43150

Christopher Havens
425 Hart Road
Lexington, KY 40502

Christopher Hay
755 St Andrews Drive #23 207
Murfreesboro, TN 37128

Christopher Hedges
1050 S Longmore #4
Mesa, AZ 85020


Christopher Hilberg
8217 Indian Trail
Cincinnati, OH 45243


Christopher Hill
340 Eden Avenue
Massillon, OH 44646


Christopher Hutchison
882 South Kings Grant Drive
Columbia, SC 29209


Christopher Irish
237 Desdemona St
Pittsburgh, PA 15217


Christopher J Baden
74 Robin Hood Dr
Cranberry Twp, PA 16066

Christopher J Calaman
118 Hogestown Road
Mechanicsburg, PA 17050

Christopher J Carillo
4105 Arrowcrest Lane
Garland, TX 75044

Christopher J Fox
14306 E Cavedale Drive
Scottsdale, AZ 85262

Christopher J Gabor
730 Oakcrest Drive
Seymour, TN 37865

Christopher J Gallagher
2 E Waverly Road
Wyncote, PA 19095

Christopher J Heichel
312 East Broad St  Apt B
Millvale, NJ 08332

Christopher J Kulfan
72 Brookfield Drive
Ephrata, PA 17522


Christopher J Marsh
526 Canterbury Rd
Audubon, PA 19403


Christopher J McGee
5745 Canal Rd
Pleasantville, OH 43148


Christopher J McHugh
1064 Old Post Road
South Park, PA 15129


Christopher J Messina
8022 Gildersleeve Avenue
Kirtland, OH 44094


Christopher J Rockwell
223 West Laurel Street
Tremont, PA 17981

Christopher J Swartz
184 Pennsylvania Avenue
Shenandoah, PA 17976


Christopher J Viningre
547 Ewart Road
Akron, OH 44312


Christopher Jay Wilson
3916 W Davidson
Phoenix, AZ 85051


Christopher Johnson
1440 Broadway Unit 304
San Francisco, CA 94109


Christopher K Welsh
148 Lake Terrace Drive
Munroe Falls, OH 44262


Christopher Kauffman
128 Bleile Road
Lenhartsville, PA 19534

Christopher Kearns
187 Damon Road
Waterford, OH 45786


Christopher Keller
47 Marsha Drive
Cressona, PA 17925


Christopher Kilmurry
142 Meade Avenue
Pittsburgh, PA 15202


Christopher Kolodzi
275 Chesapeake Est
Thomasville, PA 17364


Christopher Kremer
2792 Byron Dr
North Canton, OH 44720


Christopher Kugele
11863 Wincanton Drive
Cincinnati, OH 45231

Christopher L Cravener
134 Harvey Rd
Sarver, PA 16055


Christopher L Flores
112 Polo Hill Road
Columbia, SC 29223


Christopher L Steuber
1147 Brookside Drive
Greensburg, PA 15601


Christopher L Stockbauer
1033 Helen Avenue
Lancaster, PA 17601


Christopher Larkin
4238 Floral Avenue
Cincinati, OH 45212


Christopher Law
309 Bank Avenue
Riverton, NJ 08077

Christopher Lawson
123 Grant Ave
Mount Ephrain, NJ 28059


Christopher Lochner
4960 Gittings Drive
Gibsonia, PA 15044


Christopher Logue
439 Titans Circle
Murfreesboro, TN 37127


Christopher Longo
1878 Russet Avenue
Dayton, OH 45410


Christopher M Barnes
902 Grimes Street
Lake City, AR 72437


Christopher M Behrends
112 N Cavalcade Circle
Oak Grove, KY 42262

Christopher M Boyle
4706 E Willock Road
Pittsburgh, PA 15227


Christopher M Cadez
173 Wylie Avenue
Strabane, PA 15363


Christopher M Campuzano
40 W Albemarle Avenue
Lansdowne, PA 19050


Christopher M Carloni
5311 Arrowood Loop East
Columbus, OH 43229


Christopher M Haines
37100 Stonecreek Drive
North Ridgeville, OH 44039


Christopher M Hanna
105 Limecrest Road
Andover, NJ 07821

Christopher M King
2880 W Main St
Troy, OH 45373


Christopher M Knox
7602 Red Fox Trail
Hudson, OH 44236


Christopher M McClung
1513 Lincoln Way E
Massillon, OH 44646


Christopher M Richards
633 Sloane Ave
Mansfield, OH 44903


Christopher Maniecki
17 Oak Street
Eighty Four, PA 15330


Christopher Manos
1919 Humbert Road
N Canton, OH 44720

Christopher Martin
1321 Woodmont Avenue
New Kensington, PA 15068


Christopher Martinez
5501 East Harmon  No132
Las Vegas, NV 89122


Christopher McCabe
3383 Parkbrook Drive
Grove City, OH 43123


Christopher McCartney
3130 Leisure Road SW
Minerva, OH 44657


Christopher McGahee
PO Box  223
Augusta, WV 26704


Christopher McPherson
6300 McCarren Street
Las Vegas, NV 89081

Christopher Meredith
1502 Douglas Drive
Garland, TX 75041

Christopher Morelli
226 Bonita Drive
Greensburg, PA 15601

Christopher Murry
325 Hillcrest Avenue
Trenton, NJ 08618

Christopher N Loveland
1796 Renee Drive
South Park, PA 15129

Christopher N Luck
3130 N Seventh Avenue #345
Phoenix, AZ 85013

Christopher Nolte
212 Hmpton Road
Hatboro, PA 19040

Christopher Omartian
608Huffine Manor Circle
Franklin, TN 37067


Christopher Omasits
155 Sunset Rd
Pittsburgh, PA 15237


Christopher ONeil
130 Red Haven Dr
North Wales, PA 19454


Christopher Owen Kohler
1317 Wexford Downs Ln
Nashville, TN 37211


Christopher P  Nester
213 Kingswood Lane
Coatesville, PA 19320


Christopher P Cibula
142 W Larkspur Street
Munhall, PA 15120

Christopher P Gendron
430 Marsh Run Road
New Cumberland, PA 17070


Christopher P Mana
825 Sarah Street
W Homestead, PA 15120


Christopher P Speros
5119 Nave Street SW
Canton, OH 44706


Christopher Patterson
433 Galloway Drive
Franklin, TN 37064


Christopher Perlick
22180 Romanus Dr
Leonardtown, MD 20650


Christopher Peters
1301 Suber Street
Cola, SC 29205

Christopher Pillian
3435 Highway 411 North
Englewood, TN 37329

Christopher Powell
13 Hickory Grade Road
Cecil, PA 15321

Christopher R  Lewis
18100 Lister Ave
Eastpoint, MI 48021

Christopher R Cain
115 Whisper Court
Johnson City, TN 37601

Christopher R Davis
2200 Snyder Avenue  NE
Canton, OH 44714

Christopher R Dillon
5930 Hadley
Shawnee Mission, KS 66202

Christopher R Hambel
10416 W St  Rt 37
Malta, OH 43768


Christopher R Romandrick
180 Owen St
Swoyersville, PA 18704


Christopher R Smithson
370 N Williams Street
Chandler, AZ 85225


Christopher Radcliffe
11 Hess Circle
Ephrata, PA 17522


Christopher Rapp
2819 Spring Garden Ave
Pittsburgh, PA 15212


Christopher Remphrey
605 N Mulberry Street
Berwick, PA 18603

Christopher Robison
15 West Franklin Avenue
Collimgswood, NJ 08108


Christopher Roshong
3845 Willwood Street NW
Massillon, OH 44646


Christopher Ryan
866 Needham Drive
Smyrna, TN 37167


Christopher S Leyva
65 Canal St
Oxford, NY 13830


Christopher Schleicher
620 First Street
Clymer, PA 15728


Christopher Schmidt
15820 Normandy Avenue
Cleveland, OH 44111

Christopher Schmidt
3018 Overhill Road
Birmingham, AL 35223


Christopher Schuette
3607 West Villa Linden Drive
Glendale, AZ 85310


Christopher Schweihs
7437 Cowles Mountain Blvd
San Diego, CA 92119


Christopher Seeds
1332 McKinley Avenue
Woodbury, NJ 08096


Christopher Sekel
8 Eighth Street
N Arlington, NJ 07031


Christopher Semder
401 Bowling Avenue #93
Nashville, TN 37205

Christopher Shoup
750 North 23rd Street
Philadelphia, PA 19130

Christopher Simonson
4013 Copeland Drive
Nashville, TN 37215

Christopher Smallwood
2407 Delano Court
Murfreesboro, TN 37130

Christopher Smith
1205 West St
pARKVILLE, mo 64132

Christopher Stitt
3102 Brown Pl
N Versailles, PA 15137

Christopher Summers
4209 Allendale Avenue
Rockford, IL 61109

Christopher T Bryant
227 Center Ave
Greensburg, PA 15601


Christopher T Foster
133 Westmeath Drive
Moore, SC 29369


Christopher Tesone
8638 Fairweather Tr
Poland, OH 44514


Christopher Tipton
2911 W. Sioux
Glendale, AZ 85307


Christopher Todd Floyd
1300 Park West Blvd #810
Mt Pleasant, SC 29466


Christopher Tomas Barton
106 Graydon Ct
West Columbia, SC 29170

Christopher Troupe
2363 S Funk Road
Wooster, OH 44691


Christopher Ulmer
113 Oak Park Road
Hatfield, PA 19440


Christopher Upchurch
500 Old Harding Court
Nashville, TN 37221


Christopher V Barlow
25145 Midland
Redford, MI 48239


Christopher W Miller
4140 Whiting
Philadelphia, PA 19154


Christopher Weeks
45 Pauline Drive
Adamsville, TN 38310

Christopher White
5117 Orchard Dr
McHenry, IL 60050


Christopher Winters
10400 1/2 Stubenville Pike Road
Lisbon, OH 44432


Christoplher Mient
1300 Virginia Avenue  Apt 606
McKeesport, PA 15135


Christy A Gereshenski
224 Vine Street
Monongahela, PA 15063


Christy Canter
15855 Webb Avenue
Nelsonville, OH 45764


Christy Foster
302 North Main St
Manns Choice, PA 15550

Christy L Martin
13481 Dawley Road
Nelsonville, OH 45764

Christy McNatt
23 Short St
Uniontown, PA 15401

Christy Mitchell
5134 Regent Drive
Nashville, TN 37220

Chro Gregory
322 East 26th Street
Erie, PA 16504

Chrystal Fryer
343 Clarkson Street
Borlington, NJ 08016

Chrystie Worley
2102 Golf Club Lane
Nashville, TN 37215

Chuck Adams
1948 Karen Circle
Cookesville, TN 38506


Chuck Najm
450 Sandhurst Dr
Highland Heights, OH 44143


Cianna Hampton
95 W Patrick Street
Gilbert, AZ 85233


Ciara Cicogna
1258 East Pershing Street
Salem, OH 44460


Cicely McLoud
6485 Waywind Drive
Trotwood, OH 45426


Cinda K Walter
5306 Lake Pleasant Road
Erie, PA 16509

Cindi R Dagenhard
275 S Main St
Magnolia, OH 44643


Cindy A Ramirez
8976 W Dorrell Lane
Las Vegas, NV 89149


Cindy Brouillette
254 Rose Street
Woonsocket, RI 02895


Cindy Cummings
789 Cooke Drive  Apt A
Pittsburgh, PA 15234


Cindy Hopkins
16 Sheraton Court
Hamilton, OH 45013


Cindy Kent
12648 Leyte Street  NE
Minneapolis, MN 55449

Cindy L Arndt
416 N Keim Street  PO Box 88
New Ringgold, PA 17966


Cindy L Shuttleworth
9176 State Route 49
Ansonia, OH 45303


Cindy Lawson
8117 W Harmony Ln
Peoria, AZ 85382


Cindy M Valerio
1246 Reading Road
Bowmansville, PA 17507


Cindy McGown
708 E Tremaine Ave
Gilbert, AZ 85234


Cindy Millan
138 Park Street
Nanticoke, PA 18634

Cindy Pierce
217 East Empire Street
Freeport, IL 61032


Cindy R Miller
PO Box 105  Hardy Hill
Dunbar, PA 15431


Cindy Schaper
RR6 Box 1505
Altoona, PA 16601


Cindy Walzer
1121 Franklin Avenue
Salem, OH 44460


Cindy Wolfe
226 Kay Road
Harrisville, PA 16038


Cindy Woodall
44 Walker Drive
Hillsborough, NJ 08844

Cinthy Stevens
1223 2nd Street Apt 4
Beaver, PA 15009


Cinthya Miley
5520 Traceside Dr
Nashville, Tn 37221


CJ  Scarpitta
5 Bradley Drive
Shereham, NY 11766


Claire Furlong
165 Oxford Boulevard
Garden City, NY 11530


Claire Griffin
656 E Los Arboles
Chandler, AZ 85225


Claire Landes
307 Summit Avenue
Perkasie, PA 18944

```
Claire M McGrogan
3401 Oxford Valley Road
Levittown, PA 19057




Clara Hudson
5468 Ravine Bluff Ct
Columbus, OH 43231




Clare Jones
628 Cottage Avenue
Piqua, OH 45356




Clarence  Bond Jr
1045 S Main Streeet
Meadville, PA 16335




Clarence  Teeter
561 East Walnut Street
Lancaster, OH 43130




Clarence  Watson Jr
6994 Gura Road
Athens, OH 45701
```

Clarence A Ford
1016 Moyer Street
Pittsburgh, PA 15204


Clarence A Phillips
120 West Main Street
Millville, NJ 08332


Clarence Cochran
429 East 13th Street
Columbus, OH 43201


Clarence E Calcote
1 Bishop Gadsden Way  No202
Charleston, SC 29412


Clarence E Jenkins
412 Seddon AVe
Braddock, PA 15104


Clarence Gardner
3232 Downing St   SW
East Sparta, OH 44626

Clarence H Harrod
4501 Bentley Drive #516
Columbia, SC 29210


Clarence J Crawford
6825 Old Egg Harbor Rd
Egg Harbor, NJ 08234


Clarence Kinnear
135 East 1st Street
Waterford, PA 16441


Clarence Leslie
369 Moravia Rd
New Galilee, PA 16141


Clarence M Moore
6438 Pioneer Trail
Hiram, OH 44234


Clarence McMinn
178 Stonehouse Lane
Columbia, PA 17512

Clarence R Heyer
342 State Rte 356
Apollo, PA 15613

Clarence Taylor
807 Watson Road
Bidwell, OH 45614

Clarence W Bailey
3314 Rainbow Run Road
Monongahela, PA 15063

Clarence W Law
924 Thompson Avenue
Donora, PA 15033

Clarice A James
5854 Penn St
Philadelphia, PA 19149

Clarice Kinard
304 Wild Olive Drive
Columbia, SC 29229

Clark A Bryant
906 Johnson Street SE
Massillon, OH 44646

Clark B Sedgwick
1317 Cambria Ave
Connellsville, PA 15425

Clark G Martin
451 E Church Street
Urbana, OH 43078

Classic Plumbing
4636 Shepler Church SW
Canton, OH 44706

Claud Douglas Parsons
28725 Burroughs Ct
Mechanicsville, MD 20659

Claud Haws
601 Moss Lane
Franklin, TN 37064

```
Claude  Moore
333 Honea Rd
Hazel Green, AL 35750




Claude Adamssom
23 Kings Cross Circle
Doylestown, PA 18901




Claude Chapman III
28166 N Coal Avenue
Queen Creek, AZ 85243




Claude Charbonneau
1323 Marie Marthe
Chambly, QC J3L5Y9
CANADA




Claude Eads
3153 Fender Road
Melbourne, KY 41059




Claude Kantner
5942 Rossetter Rd
Albany, OH 45710
```

Claude Richardson
PSC Box 24406
Luke AFB, AZ 85307

Claudette A Debo
600 Corporation Drive
Aliquippa, PA 15001

Claudia  Carter
11 Smittle Road
Oak Hill, OH 45656

Claudia J Vogrin
537 Hi Tor Drive
Pittsburgh, PA 15236

Claudia M Ortiz
2801 N Oracle Road  #217
Tucson, AZ 85705

Claudia McGuire
7905 Ryandale Circle Apt 204
Las Vegas, NV 89145

Claudia Morales
4550 W. Sahara Avenue
LAs Vegas, NV 89102


Claudia S Guadrow
2575 4th St
Sparks, NV 89431


Claudia Weber
3593 East South Range Road
New Springfield, OH 44443


Claudio Gambino
3 Costa Court
Langhorne, PA 19047


Clay Mennecke
10541 Barton Rd
Waterford, PA 16441


Clay Smith
5561 Oak Ridge Road
Placerville, CA 95667

Clayton A Spelts
511 W Grant Street
Haxtun, CO 80731


Clayton Boone
6518 Baybrook
Memphis, TN 38134


Clayton C Brown Jr
295 Route 47 South  Lot 5
Cape May Court House, NJ 08210


Clayton Collins
80 North Mill Street
New Salem, PA 15468


Clayton Galloway
33738 Edwina Road
Lewisville, OH 43754


Clayton L Johnson
3102 Cameron Boulevard
Isle of Palms, SC 29451

Clayton M Mayle
351 W State Street
Athens, OH 45701


Clayton R McFann
864 Wooddale Drive
Urbana, OH 43078


Cledith D Webb
934 W Longview Avenue
Mansfield, OH 44906


Clell E Osburn
237 Shannon Heights Drive
Verona, PA 15147


Clem Floyd
342 Cohasset Drive
Youngstown, OH 44511


Clement J Bojanowski
3831 Plymouth Ridge
Kingsville, OH 44048

Clemente Perez
47N Lasule Street
Alamo, TN 38001


Clemie  Sanders
8 Oak Drive  PO Box 93
Elrama, PA 15038


Clenice Vincent
2729 Lehigh Street
Lower Burrell, PA 15068


Cleo Hinton
PO Box 966
Twin Falls, ID 83303


Cletes A Rines
2246 E 200 South
Portland, IN 47371


Cleveland Bryan
3235 Estate Road
Moncks Corner, SC 29461

Cleveland Holt Jr.
513 Avrett Ct.
Evans, GA 30809


Cleveland Thomas
620 Leibert Street
Bethlehem, PA 18018


Cliff Funka III
3934 Shadylawn
Toldeo, OH 43614


Clifford  Luckett
1644 Hammond SW
Canton, OH 44706


Clifford Brown
4561 Ridge Road SW
Baltic, OH 43804


Clifford Brown
2346 S Ithan Street
Philadelphia, PA 19143

Clifford Burd Jr
2651 Tamlynn Court
Easton, PA 18045


Clifford C Jeremiah
1309 Walnut Street
Monessen, PA 15062


Clifford Dorse
211 Seven Pines
Collierville, TN 38017


Clifford I Gould
4291 E Chestnut Lane
Gilbert, AZ 85297


Clifford J Mason
4356 Burgundy Road
Memphis, TN 38111


Clifford Jowers
4425 Arnold CU
Memphis, TN 38118

Clifford K Dehn
534 Howell Street
Elizabeth, PA 15037


Clifford M Linder Jr
6810 Dwyer Rd
Okeana, OH 45053


Clifford Navis
314 Trotters Field Way
Simpsonville, SC 29681


Clifford Trezhau Jr
3728 Duss Avenue
Baden, PA 15005


Clifford Weller
94 Sunny Hill Rd
Wellsboro, PA 16901


Clifford Wood
5569 Gross Drive
Dayton, OH 45431

Clifton E Coleman
1473 Felton Road
South Euclid, OH 44121

Clifton Grant Shaffer
17 Heckman Lane
Corsica, PA 15829

Clifton J Tackett Jr
6345 Browns Run Road
Middletown, OH 45042

Clifton M Wilson
501 Rosewood Dr
Florence, SC 29501

Clifton Moss
6725 N Carlisle Street
Philadelphia, PA 19126

Clint A. Miller
304 Lynn Street
St. Marys, OH 45885

Clint Clardy
7 Eastbrooke Circle
Madison, MS 39110


Clint E Rosentrater
RD 2  Box 1242
Claysburg, PA 16625


Clint Letcher
10055 E Mountain View Lake Dr
Scottsdale, AZ 85258


Clint N Jensen
2110 Hollingsworth Street  Apt A
New Kensington, PA 15068


Clinton  Sneed Jr
4434 Tankersley Circle
Roshron, TX 77583


Clinton A Lindquist
2156 Delphos Drive
Erie, PA 16509

Clinton L Poitra
3711 S Ashley Place
Chandler, AZ 85286


Clinton McDaniel
117 Lincoln St
Uniontown, PA 15401


Clinton Mikel
1328 Washtenaw Avenue
Ann Arbor, MI 48104


Clinton Tice
217 South Cherry Street
Annville, PA 17003


Clinton W Anderson
1720 Hillcrest Road
Fairmont, WV 26554


Clinton Wood
3320 Old Highway 64 East
Hayesville, NC 28904

Clinton Young
205 Reimer Street
Petrolia, PA 16050


Cloraine Ponceley
121 Crestview Road
Upper Darby, PA 19082


Clyde Allen
1327 Barkleigh Lane
Franklin, TN 37064


Clyde Corle
3439 Riva Ct
Beavercreek, OH 45430


Clyde Covington
1213 9th St NW
Canton, OH 44703


Clyde Culbertson
4010 Shell Point Road
Beaufort, SC 29906

```
Clyde E  Hill Jr
61 Herr St
Pittsburgh, PA 15209




Clyde Johnson
5621 Cabot Cove Drive
Hilliard, PA 43026




Clyde McMullen
914 Stoneridge
Lebanon, OH 45036




Clyde Randolph
2451 Cemetary Street
Colville, OH 45723




Clyde T Seanor
1012 Peachtree Lane
Greensburg, PA 15601




Clyde Triplett
419 Strecker Lane
Marietta, OH 45750
```

Clyde W Peterson
123 S 83rd Avenue
Tolleson, AZ 85353


Clyne Media Inc
169B Belle Forest Circle
Nashville, TN 37221


Coby Geter
22 Reidy Ct
Columbia, SC 29223


Codie A Berk
547 Dreibelbis Mill Rd
Shoemakersville, PA 19555


Codie A Berk
140 Lincoln Ave  Apt Q
Orwigsburg, PA 17961


Cody A Lutz
7285 Avon Lake Road
Spencer, OH 44275

Cody A Mamrak
406 Church Street
Herminie, PA 15637


Cody Allen
4574 State Route 47 E
Bellefontaine, OH 43311


Cody Burke
547 Drebelbis Mill Road
Shoemakersville, PA 19555


Cody Clark
7081 Montana Avenue
Las Vegas, NV 89110


Cody E Smith
219 Geno Lane
Reynoldsville, PA 15851


Cody J Sing
2315 Anderson Place SW
Canton, OH 44706

Cody R Frye
323 Hillsdale Lane
Holland, OH 43528


Cody Utke
4540 Carswell #S10
Nellis AFB, NV 89191


Cody Wayne Dixon
461 Moore Hill Ave
Corbin, KY 40701


Cody Wolfe
HC 81 Box 90A
Tunnelton, WV 26444


Cole McGown
4508 Idaho Avenue
Nashville, TN 37209


Cole Traynor
4710 Michigan Avenue
Nashville, TN 37209

Coleen A Kline
1104 N 13th St
Reading, PA 19604


Coleman P Breme
1185 W Main Street
Lansdale, PA 19446


Colin Anderson
1211 Lorain Avenue
Bethlehem, PA 18018


Colin Lamb
1200 N Veitch #1131
Arlington, VA 22201


Colin Lovett
488 Smallwood Drive
Chapin, SC 29036


Colin Nix
P.O. Box 1301
Twin Peaks, CA 92391

Colin T Wright
24 South 10th St
Columbia, PA 17512


Colin Wright
24 South 10th Street
Columbia, PA 17512


Colleen A Higbee
276 Mohawk School Road
New Castle, PA 16102


Colleen A Hoang
637 Worcester Drive
Thorofare, NJ 08086


Colleen A Redline
301 Walnut Street
Walnutport, PA 18088


Colleen A Rodgers
133 Penn Adamsburg Rd
Jeannette, PA 15644

Colleen F Dausch
16 Elmont Street
Pittsburgh, PA 15205


Colleen H Hoang
637 Worcester Drive
West Deptford, NJ 08086


Colleen L  Newsome
2123 Shady Ave
Pittsburgh, PA 15217


Colleen Licht
1101 Nawkee Drive
Las Vegas, NV 89031


Colleen M Dalin
125 Hampton Court
Sicklerville, NJ 08081


Colleen M Gallaher
15 Front Street  Apt C
McSherrystown, PA 17344

Colleen M Haynes
2923 Glen Mawr St
Pittsburgh, PA 15204


Colleen McMahon
776 Valley Rise Drive
Henderson, NV 89052


Colleen P Franconi
7343 Frontenac St
Philadelphia, PA 19111


Colleen Voigt
3113 Westchester Drive
Claysville, TN 37043


Collen Gallagher
7015 Charles Street
Philadelphia, PA 19155


Collette M Neuber
1 Lewis Avenue  Apt B
Morrisville, PA 19067

Collin Williams
737 Charldon Ave SW
Massillon, OH 44646


Collins W Smith
6573 Jocelyn Hollow Road
Nashville, TN 37205


Colon Nunez
20 Mercer Street
Warminster, PA 18974


Colson Jean Louis
145 South Seventh Street
Coplay, PA 18037


Complete Homeowners Assoc Complete Homeo
503 Strassburg Road
Paradise, PA 17562


Concertine Thomas
3524 Hursey Road Apt 2c
Newberry, SC 29108

Concetta Parmentier
20264 N 64th Avenue
Glendale, AZ 85308


Conda L Jones
Box 275  59 West Canal St  Apt A
Caroll, OH 43112


Connie D Cumberland
310 First Street
Vanderbilt, PA 15486


Connie J Burnheimer
106 Gibson Drive
Elizabeth, PA 15037


Connie J Quiggle
1118 Beverly Road
McKeesport, PA 15133


Connie Karns
3645 Mulberry Road
Dayton, OH 45414

Connie Kendall
4465 Spence Rd
Springfield, OH 45502

Connie M Blystone
800 Kingview Rd Apt 5
Scottdale, PA 15683

Connie Noell
2391 Stony Garden Road
Kintersville, PA 18930

Connie R  Murphy
4648 Two Notch Rd
Gilbert, SC 29054

Connie Sanders
12663 Enclave Ct
Carmel, IN 46032

Connie Stith
3710 Cassandra Drive
Tipp City, OH 45371

Connie Traynor
604 E Gibson Avenue
Connellsville, PA 15425


Connie Wilson
7833 E. Foxmore Lane
Scottsdale, AZ 85258


Conor Anderson
3224 Newbury Road
Nazareth, PA 18064


Conrad Fuchs
2318 White Rd
Grove City, OH 43123


Consolidated Communications
4008 Gibsonia Road
Gibsonia, PA 15044


Constance  Nystrom
8807 Werman Rd
Fogelsville, PA 18051

Constance A Payne
1792 Plymouth Gageville Road
Ashtabula, OH 44004

Constance Blanton
422 Hamilton NE
Canton, OH 44704

Constance Cameron
600 Morgantown Avenue
Fairmont, WV 26554

Constance Eckenrode
369 Broadmoor Ave
Pittsburgh, PA 15228

Constance Junkert
170 E. Gaudalupe Road #116
Gilbert, AZ 85234

Constance L Tawney
5277 Frank Road NW
N Canton, OH 44780

Constance M Durham
3398 S Seton
Gilbert, AZ 85297

Constance McGreevy
1925 Edgemont Road
Columbus, OH 43212

Constance Moore
356 Poets Walk
Irmo, SC 29063

Constance Shotkoski
5004 S. Baneberry Avenue
Sioux Falls, SD 57106

Constance V Kazan-Pantelas
101 Dunedin Dr
Cheswick, PA 15024

Constance Vehling
4535 W Beautiful Way
Laveen, AZ 85339

Constance Wieder
758 Mohawk Street
Alentown, PA 18103


Constantinos Chrysostomou
261 Trotwood Drive
Pittsburgh, PA 15241


Constanza Brewton
129 Liberty Rd
Harmony, PA 16037


Cora Kinkead
101 Cherryview Court
Bristol, TN 37620


Corby G Caiazzo
3610 Berkley Rd
Darlington, MD 21034


Corby Marshall Rettig
986 Nissley Road
Lancaster, PA 17601

Cordela Dunbar
9716 East Road  PO Box 257
Ingomar, PA 15127


Cordell T Griffin
1880 Hoops Lane
Waston, PA 18040


Cordia Jones
5363 Meadowlake  Apt 10
Memphis, TN 38115


Coretta Hill
481 Ohio Avenue
Midland, PA 15059


Corey C Battles
PO Box 748  12067 Fowlers Mill
Chardon, OH 44024


Corey Delee
260 Watson Blvd Apt 1
Pittsburgh, PA 15214

Corey Driver
826 N Caswell Avenue
Southport, NC 28461

Corey Eaton
1973 S Bahama Drive
Gilbert, AZ 85296

Corey Hurst
1701 Chartwell Street
Lancaster, OH 43130

Corey McCormick
3427 N Sonoran Hills
Mesa, AZ 85207

Corey Nelson
44136 West McCord Drive
Maricopa, AZ 85239

Corey Pettigrew
7057 Hillshire Drive
Memphis, TN 38133

Corey R Hunt
83 Rainey Street
Atoka, TN 38004

Corey R Jansen
4729 East Winfield Court
Mead, WA 99021

Corey R Stennett
146 White Bridge Road
Mt Pleasant, PA 15666

Corey Renninger
49 Church Road
Pottsville, PA 17901

Corey S Schuler
29 Pin Oak Drive
Quakertown, PA 18951

Corey S Yurkovich
116 Stump Drive
Belle Vernon, PA 15012

Corey Scott Waugaman
2500 Beechwood Drive
Tarboro, NC 27886

Corey V Ozepy
2140 Market St
N Kensington, PA 15068

Corey W Blackburn
3521 Glenfalls Drive
Hermitage, TN 37076

Corey Wright
1346 Spring Road NW
Washington, DC 20010

Corina Blake
5302 N Fifteenth Drive
Phoenix, AZ 85015

Corinne Menegay
1716 Woodland Ave NW
Canton, OH 44703

Cornelia Dilley
10216 Quito Street
Cooper City, FL 33026


Cornelia Giesecke
2825 Chapel St
Collins, OH 44826


Cornelia Simpkins
558 Third Avenue
Bridgeville, PA 15017


Cornelious & Mathew Inabinett
579 Creole Retreat
Mt. Pleasant, SC 29464


Cornelius Bell
PO Box 270009
Las Vegas, NV 89127


Cornelius Overgaag
5836 River Street
Winchendon, MA 01475

Cornell D Jones
3623 Geneva Drive
Murfreesboro, TN 37128

Cornell R Dupill
251 Athena Dr
Delmont, PA 15626

Cornis Stephenson
1346 Nobles Lane
Pittsburgh, PA 15210

Correnthia A Lewis
10854 N 60th Avenue #2151
Glendale, AZ 85304

Corrina Dix
19 Chandler Ct
Columbia, SC 29210

Corrinne Loucks
114 Knob Hill Road
Boone, NC 28607

Cort Cramer
500 Arsenal Street
Watertown, MA 02472

Cortney D Hobson
3131 E Legacy Drive #2046
Phoenix, AZ 85042

Cortney N Krista
306 Lea Street
Homestead, PA 15120

Cortney Stanley
123 22nd St NE
Canton, OH 44714

Cory Gerber
14062 Western Road
Apple Creek, OH 44606

Cory Gosso
2113 80th St
Somerset, WI 54024

Cory Gregg
47 Private Road
Commodore, PA 15729


Cory J Councilman
167 Pomeroy Road
Athens, OH 45701


Cory J Marshall
511 Harding St
New Cumberland, PA 19070


Cory L  Dorton
5684 State Street
Albany, OH 45710


Cory L Roberts
3401 Anderson Road  #7
Antioch, TN 37013


Cory M Apel
1706 Anna Avenue
West Mifflin, PA 15122

Cory M Hadden
769 Orange Street
Oil City, PA 16301


Cory Muldrow
104 Pin Oak Ct
Elezebethtown, KY 42701


Cory R Good
650 E Azure Ave 1026
North Las Vegas, NV 89081


Cory R Horacek
1521 Parker Dr
Mayfield Heights, OH 44124


Cory Stiner
7080 Vienna Woods Drive
Cincinnati, OH 45211


Cory Zink
849 Wright Street
Columbia, PA 17512

Cosmo Ianiveri
5053 Struthers Rd
Struthers, OH 44471

Cosmo Serrapere
706 Carriage Circle
Pittsburgh, PA 15205

Courtney A Sands
312 Oak Lane
McKees Rocks, PA 15136

Courtney Coffey
161 Old Orchard Street
Chalfont, PA 18914

Courtney Goolsby
36 Kingsley Cove
Jackson, TN 38365

Courtney H Carter
11511 Chapaclane Rd
Charlotte, NC 28278

Courtney Hale
212 McDowell Dr
Nashville, TN 37218

Courtney M Hughey
264 Sailboat Drive
Nashville, TN 37217

Courtney R Collins
35896 Flatwoods Road
Pomeroy, OH 45769

Courtney R Reid
1512 27th Street NE
Canton, OH 44714

Courtney Robinson
302 Fernview Dr
Columbia, SC 29229

Coverall
1711 Babcock Boulevard
Pittsburgh, PA 15209

Craig A Dolfi
76 Twp Rd 1102
Dillonvale, OH 43917

Craig A Nelson
6773 Eddleston Court
Canal Winchester, OH 43110

Craig A Scott
2227 South Boca
Mesa, AZ 85212

Craig A.  Gessinger
1017 3rd Street
Whitehall, PA 18052

Craig Broering
6722 Huwer Road
Maria Stein, OH 45860

Craig Cameron
5015 E Lucia Drive
Cave Creek, AZ 85331

Craig Cole
2395 Northwest Highland Drive
Corvallis, OR 97330




Craig Covert
7536 Christin Lee Circle
Knoxville, TN 37931




Craig D Anderson
2432 Bayberry Court
Mays Landing, NJ 08330




Craig D Mickens
422 Coolspring St
Uniontown, PA 15401




Craig D Sweet
175 Shawnee Trail
Aurora, OH 44202




Craig Ellison
1819 Shadowood Drive
Columbia, SC 29212

Craig Francis
7448 Fannie AVe
Greenville, OH 45331

Craig Gent
2 Andover Road Apt B9
Athens, OH 45701

Craig Harwell
445 Todd Phillips Trail
Clarksville, TN 37043

Craig Heitkamp
1366 Amsterdam Road
Minster, OH 45865

Craig Herlan
702 Oak Grove Ave
Menlo Park, CA 94025

Craig Holton
5752 Laura Lane
Hilliard, OH 43026

Craig Hughes
1961 Walnut
Ottawa, OH 45875


Craig Hurt
912 South Taylor
Pratt, KS 67124


Craig Joseph Kosinski
514 Game School Rd
Brockway, PA 15824


Craig Kirker
3190 Howard Ave
Oviedo, FL 32765


Craig Kulp
633 West Broadway
Red Lion, PA 17356


Craig L Rich
394 N Avenue
Tallmadge, OH 44278

Craig L Stewart
2234 Raymond Ave
Reading, PA 19605


Craig L Thomas
204 Oak Hollow Circle
Hermitage, TN 37076


Craig Nathaniel Stover
509 Whitewater Drive
Irmo, SC 29063


Craig Nichols
9856 Raven Wing Canyon Ct
Las Vegas, NV 89183


Craig Peter Slingluff
328 E Howard St
Pottstown, PA 19464


Craig Ramsey
4876 Williamsport Rd
Elizabeth, PA 15037

Craig Scoby
6145 Hampton Hall Highway
Hermitage, TN 37076

Craig Simmons
8506 Newton Lane
King George, VA 22485

Craig Strickland
8113 Poplarwood Lane
Nashville, TN 37221

Craig T Cross
4846 Meese Road
Louisville, OH 44641

Craig T Dufford Jr
PO Box 114  Rt 136
Darragh, PA 15625

Craig Tinnelle
2728 W Schiliro Circle
Phoenix, AZ 85032

Craig Voigt
11304 Merridale Street
Wichita, KS 67212

Craig W Colvin
220 Sherry Lynn Place
Harvest, AL 35749

Craig Wade
44821 St Rt 558
Columbiana, OH 44408

Craig Wilczynski
1232 Lincoln Avenue
Uniontown, PA 15407

Craig Williams
3486 Penn Estates
E Stroudsburg, PA 18301

Craig Young
PO Box 139
Bessemer, PA 16112

Creg Rietz
404 Derwood Dr
Piqua, OH 45356

Crendia Rieger
404 Altermoor Drive
Natrona Heights, PA 15065

Cristal Dix
52 Ravine Lane
Levittown, PA 19055

Cristin M Pepe
221 East 18th St
Wildwood, NJ 08260

Cristy L Campbell
603 Bailey Drive  Apt 12
Mansfield, OH 44904

Critina Crihalmean
10911 Magdala Drive
Parma, OH 44130

Crystal  Schmidt Cannon
1026 Levick St 1st Fl
Philadelphia, PA 19111


Crystal A Hayes
714 Eighteenth Avenue
New Castle, PA 15010


Crystal A Roberson
3289 Keats Rd
Memphis, TN 38134


Crystal Alvarez
5905 W Oregon  #146
Glendale, AZ 85301


Crystal B Buchert
206 Meredith St
Pittsburgh, PA 15210


Crystal Banda
4174 Cholla
Golden Valley, AZ 86419

Crystal Bowles
8588 Co Rd 54
Lewistown, OH 43333


Crystal Chesser
19387 Maole Street
Trimble, OH 45782


Crystal D Bonfonti
601 Maple
Cottonwood Falls, KS 66845


Crystal E Pritts
65180 Barcamp Rd
Belmont, OH 43718


Crystal Gail Sanchez
5366 Hwy 411
Madisonville, TN 37354


Crystal Garnette
4340 Stanton Avenue
Pittsburgh, PA 15201

Crystal Herzik
312 Elizabeth Avenue Apt 1
Pittsburgh, PA 15202


Crystal Kirkland
1221 Mohler Street
Pittsburgh, PA 15208


Crystal Knox
308 May Oak Road
Columbia, SC 29229


Crystal M Kuhn
2149 Sunnyside Ave
Pottstown, PA 19464


Crystal Murphy
472 Landmark Estates
Jane Lew, WV 26378


Crystal Nichols
2649 Donna Street Apt B
N. Las Vegas, NV 89030

Crystal Piela
3 Woods Edge Court
Belvidere, NJ 07823


Crystal R Addison
4907 Holly Lane
Millington, TN 38053


Crystal R Sadowski
1020 Scituate Court
Grafton, OH 44044


Crystal Rohlicek
1093 East Steffield Avenue
Chandler, AZ 85225


Crystal Villeneuve
PO Box 515  125 Wade Lane
Oliver Springs, TN 37840


Crystal Wilson
10877 Williams Road SW
Gnadenhutten, OH 44629

Crystals Care Inc Crystals Care Inc
6555 Greene Street
Philadelphia, PA 19119


Csaba M Farkas
1020 Locust Grove Rd
York, PA 17402


Cuong James
851 N. Glebe Road #105
Arlington, VA 22203


Cuong P Le
1869 E Aspen Way
Gilbert, AZ 85234


Curt A Hauser
115 La Place Point Court
Sewickly, PA 15143


Curt Broadway
7 Fell St
Trenton, NJ 08638

Curt H Zimmermann
5 Glencannon Court
Dillsburg, PA 17019


Curtis A Olson
27905 Lake city Rd
Ridgway, PA 15853


Curtis C Hunter
1641 Brentworth Way
Rend, NV 89521


Curtis Chalfant
217 S Elm
Celina, OH 45822


Curtis Conrad
428 Scott Street
Crestline, OH 44827


Curtis Cripe
40040 N 56th Street
Cave Creek, AZ 85331

Curtis Dewberry
5818 E 101 Place
Tulsa, OK 74137

Curtis Dowling
112 Crosscreek Dr
Columbia, SC 29212

Curtis E Johnson
75 Watson Blvd
Pittsburgh, PA 15214

Curtis E Thompson
101 Harper LaneTN
Oak Ridge, TN 37830

Curtis Hale Eward
PO Box 3236
Arizona City, AZ 85223

Curtis J Baronetski
118 Dingel Rd
West Sunbury, PA 16061

Curtis J Payson
3687 Chisholm
Johns Island, SC 29455


Curtis King
955 Wakeling St
Philadelphia, PA 19124


Curtis Knight
639 W. Central Avenue
Toledo, OH 43610


Curtis L Fowler
924 Booker Street
Newberry, SC 29108


Curtis Lewis
361 Ash Tree Road
Cola, SC 29229


Curtis R Cole
6051 W Park Avenue
Chandler, AZ 85226

Curtis R Ford
2609 Autumndale NE
Uniontown, OH 44685


Curtis R Ford
2669 Autumndale NW
Uniiontown, OH 44685


Curtis R White
PO Box 22291
Beaumont, TX 77754


Curtis R White
5501 Cork Hill Dr
Dayton, OH 45424


Curtis Singleton
317 Anstree Dr
Columbia, SC 29229


Curtis W Flock
108 Adella Court
Jeannette, PA 15644

Curtis Walsh
331 Bonnahurst Court
Hermitage, TN 37076

Curtis Widman
696 MacBeth Drive
Pittsburgh, PA 15235

Curtiss Erickson
5323 Richland Road
Gibsonia, PA 15044

Curvin  Boehler
3467 Lakeview Rd
Spring Grove, PA 17362

Cush Conner
6857 Bridgewater Drive
Nashville, TN 37221

CVAS Inc
1507 Menomonie Street
Eau Claire, WI 54703

Cybil Carney
11085 Huron Street
Hohenwald, TN 38462


Cynthania S Obioha
1 Northfern Court
Columbia, SC 29212


Cynthia  A Church
2993 Glazier Rd
Guysville, OH 45735


Cynthia  Ford
6347 Watkins Road
Pataskala, OH 43062


Cynthia A Brower
1102 Glasgoe Dr
Murfreesboro, TN 37130


Cynthia A Durco
7941 Hunters Crossing
Cordova, TN 38018

Cynthia A Rice
13419 Woodworth Rd
New Springfield, OH 44443

Cynthia Abel
3300 9th Street SW
Canton, OH 44710

Cynthia Bann
2652 Lincoln Street
Canton, OH 44707

Cynthia C Vannoy
109 Edgewood Lane
Goose Creek, SC 29445

Cynthia Castillo
1350 E Northern #209
Phoenix, AZ 85020

Cynthia Chilton
3436 East Equisiera Trail
Phoenix, AZ 85044

Cynthia Confair
122 W Saylor Street
Atlas, PA 17851

Cynthia Dexheimer
2 Dexheimer Lane
Erwinna, PA 18920

Cynthia Dileo
11515 N 91st #219
Scottsdale, AZ 85260

Cynthia Dornish
375 Jefferson Drive
Pittsburgh, PA 15228

Cynthia Dunham
1448 Mt Zion Road
Cassatt, SC 29032

Cynthia Eichelberger
7333 High View Drive
Columbia, SC 29223

Cynthia Fisher
4833 E Princess Drive
Mesa, AZ 85205


Cynthia Fusco
718 Glenwood Avenue
Wildwood, NJ 08260


Cynthia Gash
7315 Dunsford
Knoxville, TN 37919


Cynthia Grala
119 Jersey Lane
Oak Ridge, TN 37830


Cynthia Green
3106 Bethel Rd No11
Simpsonville, SC 29681


Cynthia Hill
1024 J W Barbee Road
Jackson, OH 45640

Cynthia I Mejia
1480 Goblet Avenue
Mt Pleasant, SC 29464


Cynthia J Gray
4263 E Vaughn
Gilbert, AZ 85234


Cynthia Jaszenski
1202 Success Street
Pittsburgh, PA 15212


Cynthia K Gebhart
121 Ideal Road
Senecaville, OH 43780


Cynthia Kenner
3116 Las Colinas Way
Round Rock, TX 78681


Cynthia L Briley
1302 Mercury Boulevard #18
Murfreesboro, TN 37130

Cynthia L Henry
746 E Second Mountain Road
Orwigsburg, PA 17961


Cynthia L Lewis
1098 Cambria Street
Nanty Glo, PA 15943


Cynthia L Reyes
310 Pine St
Wernersville, PA 19565


Cynthia L Spino
2750 Doral Circle SE
Massillon, OH 44646


Cynthia L Swank
410 N Park
Valley Center, KS 67147


Cynthia M  Brunswick
441 Park Street
St Henry, OH 45883

Cynthia M Grimmitt
313 Golden Gate Drive
Verona, PA 15147


Cynthia M Lyons
1361 Mill Pond Way
Palmyra, PA 17078


Cynthia Martin
1454 Banner Drive
Lancaster, PA 17601


Cynthia Mayer
6926 Forrest Avenue
Philadelphia, PA 19138


Cynthia Minster
405 Tiporary Ct
Oakdale, PA 15071


Cynthia Mitchell
3723 South Orchard Street #A
Tacoma, WA 98466

Cynthia Montoney
293 Hathaway Drive
Cuyahoga Falls, OH 44223

Cynthia P Abati
1344 Lexington Drive
Lawrence, PA 15055

Cynthia P Wingfield
135 Main Street
McClellandtown, PA 15458

Cynthia Patton
1850 Ridge Road
Falls Creek, PA 15840

Cynthia Payne Langlois
121 Kerry Gibbons Drive
Chapin, SC 29036

Cynthia Presutti
3015 N 64th Street
Mesa, AZ 85215

Cynthia Ramirez Estrada
P.O. Box 4332
San Luis, AZ 85349


Cynthia Shirk
390 N. Crawford Road
Grantville, PA 17028


Cynthia Smith
202 Lake Drive
Fleetwood, PA 19522


Cynthia Steward
3764 St Rt 224
Greenwich, OH 44837


Cynthia Tallent
2838 Mars Hill Rd
Spring City, TN 37381


Cynthia Taylor
2701 Rhoadesdale Avenue
Akron, OH 44312

Cynthia Verrengia
3 Sandpiper Court
Jackson, NJ 08527

Cynthia Vita
117 Reaghard Drive
Cheswick, PA 15024

Cynthia Warren
4792 Library Road
Bethel Park, PA 15102

Cynthia Watts
335 Marzolf Road
Pittsburgh, PA 15209

Cynthia Wein
1885 Beechwood Avenue
North Canton, OH 44720

Cynthia Williams
49 Thomas Drive PO Box 146
Brockway, PA 15824

Cynthia Williams
1529 Mohawk Drive
Madison, TN 37115



Cyprienne Lemon
2459 Georgetown Road North
Canton, OH 44704



Cyrstal  Lee Snyder
448 Hoodridge Drive Apt A1
Pittsburgh, PA 15234



D and J Limousine
7960 Busch Road
Birch Run, MI 48415



D and V Butler Inc
601 Crescent Blvd  Suite 102
Ridgeland, MS 39157



D Bradley Garst
2047 Dennings Road
New Windsor, MD 21776

D G Schreckengost
4299 Glenwood Avenue
Boardman, OH 44512

D Oscar H McCray
45 Acme Street
Columbia, SC 29201

D Scott Waltman
3540 River Road
Conestoga, PA 17516

D. Adam Krause
2004 Carsons Cove
Commerce Township, MI 48390

Dae K  Kwan
5145 Edmonson Circle
Nashville, TN 37211

Dafina Czerneczky
131 Five Oaks Drive
Nashville, TN 37217

Dahny Hok
40209 N Blaze Court
Phoenix, AZ 85086



Dain Sykes
430 Forest Avenue
West Milton, OH 45383



Daisy Beltran
133 N. 10th Street Apt2
Allentown, PA 18102



Daisy Beltran
131 N 10th St Apt 2
Allentown, PA 18102



Daisy J White
41840 Jones Road
Shade, OH 45776



Daisy Lang
4619 Vore Ridge Rd
Athens, OH 45701

Daisy M Ramos
512 East 145 Street  Apt 5E
Bronx, NY 10454

Daisy Perez
480 Winona Lakes
East Stroudsburg, PA 18302

Daisy T Evans
231 Cart Drive
Spartansburg, SC 29307

Dakota M Page
519 55th St NW
N Canton, OH 44720

Dale A Karr
82 Park Avenue
Shelby, OH 44875

Dale A Lifer
RR1 Box 1131
Kunkletown, PA 18058

Dale A Perriello
522 Center Hill Road
Pittsburgh, PA 15239

Dale Anthony Duyan
8791 Duncan Barrel Ave  No 102
Las Vegas, NV 89178

Dale B Rivers
6000 S Regal Lane
Charlotte, NC 28210

Dale Bortolani
8211 Linden Leaf Cir
Columbus, OH 43235

Dale Burge
20680 Clemmets Road
Centerville, PA 16404

Dale C Bowland
222 Duquesne Boulevard
New Kensington, PA 15068

Dale Carpenter
819 Running Deer
Nashville, TN 37205

Dale E Lewis
1403 Barbara Lane
Mansfield, OH 44905

Dale Ellen Johnston
115 Carriage Drive
Wernersville, PA 19565

Dale F Strickhouser
3789 Carlisle Pike
New Oxford, PA 17350

Dale Goodman
PO Box 674
Lake Charles, LA 70602

Dale H Lyon
19 E Canal Street  PO Box 214
Navarre, OH 44662

Dale H Richards
118 Water Tower Rd
Latrobe, PA 15650


Dale Hitt
11511 Liming Van Thompson Road
Hamersville, OH 45130


Dale Johnston
115 Carriage Dr
Wernersville, PA 19565


Dale Leatherberry
95 Cheyenne Drive
Girard, OH 44420


Dale Malone
79 Forest Avenue
Cohasset, MA 02025


Dale Olsen
350 W McLellan  #5
Mesa, AZ 85201

Dale P Traver
838 Hulmeville Road
Langhorne, PA 19047


Dale R McGlaughlin
1211 Louise St
Munhall, PA 15120


Dale R Sprigg II
129 Davis Lane
Alum Bank, PA 15521


Dale Reed
1538 Long Run Road
Schuylkill Haven, PA 17972


Dale Rennee Lewis
8121 S La Rosa Drive
Tempe, AZ 85284


Dale S Andrews
108 Richards Avenue
Darlington, SC 29532

Dale Swank
HCR 63 Box 77 Upper Mile Hill
Mt Pleasant, PA 15666


Dale Tyler
514 Sylvania Avenue
Pittsburgh, PA 15210


Dale W Starry Jr
130 Pugh Drive
Shippensburg, PA 17257


Dalene Burgmeier
13626 So 43th St.
Phoenix, AZ 85044


Dalenne Savers
102 Glass Lane
Fombell, PA 16123


Dallas J Dixon
373 Penny Lane
Bellefontaine, OH 43311

Dalmar Kirk
112 Emrose Drive
Pittsburgh, PA 15235

Damara Bugai
27B Greenwood Heights
Connellsville, PA 15425

Damaris Murray
704 Webster Ave
Woodbine, NJ 08270

Damaris N Roe
397 Mt Tabor Rd
Connellsville, PA 15425

Damen Anderson
13 Fireweed Drive
Whitehorse, YT Y1A5V2
CANADA

Damen E Barry
1281 Ringing Rocks Park
Pottstown, PA 19464

Dameter Sharpe
1217 Bluff Avenue
North Las Vegas, NV 89030

Damian Blasco
134 Hawthorne
Delmont, PA 15626

Damian Guzman
529 N Howard Street
Allentown, PA 18102

Damian J Askin
109 Jamestown Manor
Lower Burrell, PA 15068

Damian J Zottoli
330 Earlwood Road
Pittsburgh, PA 15235

Damian M McIntyre
1140 Greenvalley Dr
Pittsburgh, PA 15220

Damian Motyka
2746 S Seton Avenue
Gilbert, AZ 85297


Damian Ngodo
P.O. Box 3833
Houston, TX 77253


Damian R Cunningham
1569 Buchanon Drive
Clarksville, TN 37042


Damian Siekonic
2822 Stonesthrow Road
Center Valley, PA 18034


Damien Benzak
HC1 Box 203
Saylorsburg, PA 08353


Damien DeChurch
1405 Duke Court
Limerick, PA 19468

Damien Lopez
434 Pear Street
Scranton, PA 18505

Damien Wong Ken
3512 Juneberry Way
Murfreesboro, TN 37128

Damon Huddleston
4621 S Elizabeth
Whichita, KS 67217

Damon L Shearon
906 Poplar Ridge Road
Chapmansboro, TN 37035

Damon R Mills
211 Dogwood Circle
Waverly, TN 37185

Damon Reglia
116 S South McKean St
Kittaning, PA 16201

Damon T Nicholas
55 Taurus Drive Unit 3B
Hillsborough, NK 08844


Damon W Mallow
505 W Lake St
Lakeview, OH 43331


Damon Ware
11 Elderberry Lane
Willingboro, NJ 08046


Damond L Anderson
411 Misty Lane
Akron, OH 44321


Dan Cataneo
18 Farview Dr
Rockaway, NJ 07866


Dan Jessup
5101 Missy Marie Lane
Las Vegas, NV 89130

Dan A Tribett Sr
61071 Meek Road
Shadyside, OH 43947


Dan Adams
2111 Jenny Lane
Washington Courthouse, OH 43160


Dan Armstrong
845 Irwin Avenue
Meadville, PA 16335


Dan Ater
1702 Stingy Lane
Clarksburg, OH 43115


Dan Bahr
611 Strawberry Hill
Philadelphia, TN 37846


Dan Bordo
8588 W Barkhurst Dr
Pittsburgh, PA 15237

Dan Buck
162 anthony Rd
Glen Gardner, NJ 08826

Dan Coll
903 Pullman dr
North Wales, PA 19454

Dan Denisio
2343 Glen Canyon
Altadena, CA 91001

Dan Dospoy
439 Hillcrest Street
Northern Cambria, PA 15714

Dan Drop
166 River  Unit 1
Dedham, MA 02026

Dan Durstein
517 Armstrong
St Marys, OH 45885

Dan Foley
257 Oakridge
Pontiac, MI 48341


Dan Lynch
126 Cottonwood Drive
Franklin, TN 37069


Dan Mares
5644 Kipling Parkway Apt 307
Arvada, CO 80002


Dan Ott
5951 Irishtown Road
Grampian, PA 16838


Dan Schindler
16374 Bostater
Ney, OH 43549


Dan T Marett Jr
108 Country Garden Lane
Anderson, SC 29626

Dan wallace
1053 Elm Street
Eagleville, TN 37060


Dan Whisler
PO Box 614
Winthrop, WA 98862


Dana  Essick
3305 Gentle Court
Alexandria, VA 22310


Dana A Messer
387 Lex Ontario Road
Mansfield, OH 44903


Dana Alexander Forbes
2277 Van Ness Avenue  #C
San Francisco, CA 94109


Dana Baradei
11527 Courtney Lane
Northport, AL 35475

Dana Bollman
5009 Apache Valley Avenue
Las Vegas, NV 89131


Dana Brown
3509 Windsor Court
Mays Landing, NJ 08330


Dana Bynalski
318 Boggs Avenue
Pittsburgh, PA 15211


Dana Carbenia
502 E Bury
N Canton, OH 44720


Dana Carol Weaver
100 Pine Terrace
Great Falls, SC 29055


Dana Cesesne
236 North Carolina Avenue
Sewanee, TN 37375

Dana Diakunik
353 Fan Hollow Road
Uniontown, PA 15401


Dana E Ruff Elkins
577 Pitt Rd
Kingsport, TN 37663


Dana F Kugel
618 Linden Avenue
Celina, OH 45822


Dana Ford
467 West Road  Apt 2
Bridgeton, NJ 08302


Dana Fuhs
1004 Pheasant Court
Kingston Springs, TN 37082


Dana G Prinkey
206 Hall Road  PO Box 61
Ohiopyle, PA 15470

Dana Gemma
3210 Parklane Drive
Parma, OH 44134

Dana Hawkins
25 Oakridge Drive
Irwin, PA 15642

Dana J Clegg
3044 George Buchanan Dt
LaVergne, TN 37086

Dana Jacobs
185 Grandview Avenue
Monaca, PA 15061

Dana L Carter
5969 Sycamore Drive
Hernando, MS 38632

Dana L Rudat
512 Gorgas Street
Pittsburgh, PA 15210

Dana L Tucker
8684 Old State Route 78
Glouster, OH 45732

Dana M Crincic
404 East Patterson Street
Lansford, PA 18232

Dana Mazzarini
4830 Brownsville Road
Whitehall, PA 15236

Dana McLaughlin
33 South Market Street
Gibbstown, NJ 08027

Dana Pcolar
6095 Pleasant Valley Road
Irwin, PA 15642

Dana S Riggall
6923 E Snowdon Street
Mesa, AZ 85207

Dana Stewart
723 Erie Street N
Massillon, OH 44646

Dana Strupp
57 Whitworth Blvd
Nashville, TN 37205

Dana Tsakanikas
6760 Headwater Trail
New Albany, OH 43054

Dana W Ryan
2154 Kidd Road
Nolensville, TN 37135

Danchell Taylor
789 Sheridan Park Court
Bexley, oh 43209

Dane Sorenson
150180 Bluewater Rd
Big River, CA 92242

Dane Strassman
8337 Lorreto Ave
Philadelphia, PA 19152


Dane W Eck
120 Pheasant Dr
Kutztown, PA 19530


Danelle Drexler
2228 Harsh Ave SE
Massillon, OH 44646


Danetta Claybrook
3940 Lockwood Boulevard
Boardman, OH 44511


Danette Freed
6331 Linglestown Road
Harrisburg, PA 17112


Danial Newman
235 Waddell Avenue
Donora, PA 15033

Daniel  Bowers
2808  W Rosegarden Blvd
Mechanicsburg, PA 17055

Daniel  Decoursey
10194 Dutch Road
Waterford, PA 16441

Daniel  Enoh
15 Jordan Drive #12
Whitehall, PA 18052

Daniel  Faulkner
233 Pike  Apt 416
Athens, TN 37303

Daniel  Faustino
103 E Montrose
Youngstown, OH 44505

Daniel  Gonzalez
348 Quigley Ave  Apt A
Vineland, NJ 08360

Daniel  Hayes
7401 Huffaker Ferry Rd
Knoxville, TN 37920

Daniel  Meyer
5203 Burrville Road
Coldwater, OH 45828

Daniel  Rauso
109 Oakwood Drive
Clairton, PA 15025

Daniel  Santek
5550 East Michigan St  No 3202
Orlando, FL 32822

Daniel  Vega
901 Wyandotte Street
Bethlehem, PA 18015

Daniel  Wegan
2012 1st Ave
Altoona, PA 16602

Daniel A Broughton
319 West Oak Ave
Wildwood, NJ 08260

Daniel A Thomas
465 Townsend Avenue
Columbus, OH 43223

Daniel Ackerman
1535 W Scottsdale #1073
Tempe, AZ 85281

Daniel Adams
2728 Banks Ct
Thompson Staton, TN 37179

Daniel Alcott
4032 Schalk #2 Road
Millers, MD 21102

Daniel Amigone
5096 Old York Course
Hollywood, SC 29449

Daniel Avorgbedor
159 Desantis Drive
Columbus, OH 43214


Daniel B Krammes
38 South Tremont Street
Zerbe, PA 17981


Daniel B Kulp
539 E Callowhill St
Perkasie, PA 18944


Daniel Baker
14400 Block Rd
Pittsburgh, PA 15239


Daniel Baran
3318 N Decatur Blvd #1014
N Las Vegas, NV 89130


Daniel Barker
322 Jefferson Avenue
Downingtown, PA 19335

Daniel Battista
247 Chestnut Street
Glendora, NJ 08029

Daniel Batza
HC 63 Box 570
Romney, WV 26757

Daniel Bishop
6973 Sandusky Street
Chatfield, OH 44825

Daniel Bowen
315 Sequoia Drive
Newtown, PA 18940

Daniel Bradley
1259 Morningside
Pittsburgh, PA 15206

Daniel Burke
711 3rd Avenue West
Springfield, TN 37172

Daniel Burrus
808 Timber Lane
Nashville, TN 37205

Daniel Butler
555 Disston Street
Philadelphia, PA 19111

Daniel C Coleman
5672 Farlook Drive
Cincinnati, OH 45242

Daniel C LeBlanc
400 Eastover Court
Franklin, TN 37064

Daniel C Ryan
215 S Ashland Avenue
New Castle, PA 16102

Daniel C Stahler
429 S Sugar St
Celina, OH 45822

Daniel Cardwell
6343 Simmer Circle
Springfield, VA 22150

Daniel Carlson
162 Lehner Road
Eldora, NJ 08270

Daniel Carr
108 Steele Road
Camillus, NY 13031

Daniel Cogliano
149 Summer Pines
Blythewood, SC 29016

Daniel Corrigan
5229 N 23rd Street
Phoenix, AZ 85016

Daniel Cox
6186 E Stonechat
Tucson, AZ 85706

Daniel Davenport
921 N 103rd Street
Mesa, AZ 85207

Daniel Demarco
105 Rebud Drive
Beaver Falls, PA 15012

Daniel Douglas
320 W Midlothian
Youngstown, OH 44511

Daniel Duba
413 W Park Avenue
Maple Shade, NJ 08052

Daniel Durbin Jr
4516 Ganges Five Points Road
Shelby, OH 44875

Daniel E Brannan
1405 Wood Rivetr Blvd
Beavercreek, OH 45434

Daniel E Ferenchak
5216 Lincoln Ave
Whitehall, PA 18052


Daniel E Rodriguez
5647 Frontenac
Philadelphia, PA 19124


Daniel E Scott
4942 SR 788
Wellston, OH 45692


Daniel Engle
PO Box 149  189 Market St
Pillow, PA 17080


Daniel Ernest
8785 W Pecos Road  #2099
Chandler, AZ 85225


Daniel F Ross
430 Tiffany St
Johnstown, PA 15905

Daniel F Williamson
137 Wehler Road  PO Box 551
Saint Marys, PA 15857

Daniel Farley
PO Box 581  215 NW 4th Ave
Clearfield, PA 16830

Daniel Fineberg
219 Fallowfield Dr
Leopla, PA 17540

Daniel Fisher
58 South 14th Street
Indiana, PA 15701

Daniel Flynn
HCR 1  Box 301  47 Highview Court
Brodheadsville, PA 18322

Daniel Ford
250 Woodcreek Way
Acworth, GA 30101

Daniel Fox
908 Fairview Avenue
Feasterville Trevose, PA 19053


Daniel G Boger
334 Bellwood Road
West Mifflin, PA 15122


Daniel G Magulick
1924 Moss Creek Road
N Cambria, PA 15714


Daniel Gifford
24114 Laureumont Court
Katy, TX 77494


Daniel Gomez
127 Trey Lee Way
Maryville, TN 37801


Daniel Gremillion
11 Middleton Dr
Nashville, TN 00053-7215

Daniel Hall
RD3 Box 12
Moundsville, WV 26041


Daniel Hamilton
5788 Aristides Way
New Albany, OH 43054


Daniel Hanson
608 Bowers Drive
West Chester, PA 19382


Daniel Hege
2027 Huffine Mill Road
McLeonsville, NC 27301


Daniel Hines
4717 Cougar Ridge Road
Fort Worth, TX 76126


Daniel Hordak
317 N. 6th Street
Coshocton, OH 43812

Daniel Huttemann
1302 Autumn Bluff CV
Cordova, TN 38018


Daniel J Boulton
3629 Valley Vista Road
Nashville, TN 39205


Daniel J Burniston
73 Cracker Jack Road
Monongahela, PA 15063


Daniel J Cenci
704 William Drive
Trafford, PA 15085


Daniel J Dugo
181 East St Joseph Street
Easton, PA 18042


Daniel J Edmiston
9 Forcey Dr
Baden, PA 15005

Daniel J Ginecki
4030 Lyman Dr
Philadelphia, PA 19114


Daniel J Grennay
1404 N Hartford #5
Chandler, AZ 85225


Daniel J Gutherman
3526 Llanberis Ave
Bristol, PA 19007


Daniel J Heberle
1132 W 29th Street
Erie, PA 16508


Daniel J Kavcak
4488 Graystone Drive
Nazareth, PA 18064


Daniel J Paracat
4080 Howley St
Pittsburgh, PA 15224

Daniel Jackson
107 Hawthorne #3
Columbia, IL 62236


Daniel Jansen
22 Meadow Ridge Lane
Lafayette, NJ 07848


Daniel Jasonowski
2132 Magee Avenue
Philadelphia, PA 19149


Daniel Jones
2728 Phipps Avenue
Willow Grove, PA 19090


Daniel K Randalls
112 Cherry Hill Drive
Hendersonville, TN 37075


Daniel Kanar
204 Forestwood Drive
Northfield, OH 44067

Daniel Kaye
201 Marruth Ave
Easton, PA 18040

Daniel Keesey
11529 Mt Baldwin Ct
Alta Loma, CA 91737

Daniel Koellner
101 Shannon Ct
Warminster, PA 18974

Daniel Konya
6714 Lower Macungie Road Apt F9
Trextertown, PA 18081

Daniel Kunk
800 Pauline
Coldwater, MI 49036

Daniel L Flipse
7945 Stonecastle Road
Athens, OH 45701

Daniel L Ginder
40 West Morgan Court
Hilton Head, SC 29926


Daniel L Hockenberry
6883 Leesville Road
Crestline, OH 44827


Daniel L Rowland
2711 Emerson Avenue
Erie, PA 16508


Daniel L Sanner
2581 Maple Street
Rock Creek, OH 44084


Daniel L Simmons
4354 Helene Drive
N Charleston, SC 29418


Daniel Lawlis
30680 King Road
Salem, OH 44460

Daniel Lee Rockwell
255 Sleepy Hollow Rd
Smithfield, PA 15478


Daniel Leonard
106 Wappler Drive
Hanover, PA 17331


Daniel M Gulick
322 E South
Wilkes Barre, PA 18702


Daniel M Hawks
PO Box 117
Saxonburg, PA 16056


Daniel M Sevcik
2675 Union Avenue NE
Minerva, OH 44657


Daniel M Webber
506 Bear Creek Street  PO Box 462
Auburn, PA 17922

Daniel Mackin
119 Latham Drive
Griswold, CT 06361


Daniel Marino
741 Grant Street
Reynoldsville, PA 15851


Daniel Mason
1319 Sixth Street NW
Canton, OH 44703


Daniel Mayes
374 Irish Circle
Hopkinsville, KY 42240


Daniel McCleese
9718 Crestbrook Drive
Cincinnati, OH 45231


Daniel Michaels
46 Monticello Drive
Brunswick, OH 44212

Daniel Moyer
2002 West Main Street TRLR 53
Ephrata, PA 17522

Daniel O Bryan
1051 West First Avenue #30
Columbus, OH 43212

Daniel Obodeh
14 Suydam Street Apt A
New Brunswick, NJ 08901

Daniel Ogello
111 Dornoch St
Cortland, OH 44410

Daniel Ortiz
2445 Dayton Avenue
Union, NJ 07083

Daniel P Burns
302 Fell Street
Belle Vernon, PA 15012

Daniel P Kurtzhal
425 Straube Ave
Baden, PA 15005

Daniel P Maloney
13564 Clancy Road
Meadville, PA 16335

Daniel P OConnor
11520 Yaple Road
Waterford, PA 16441

Daniel P ONeill
130 Kenney Drive
Sewickley, PA 15143

Daniel P Roberts
7574 George Horn Rd
Nashville, TN 37221

Daniel P Schleher II
2371 South Union Street
Spencerport, NY 14559

Daniel P Walsh
244 Lemoyne
Pittsburgh, PA 15228


Daniel Paranzino
158 Hollow Haven Drive
Pittsburgh, PA 15236


Daniel Paul
1650 Maddy Lane
Keego Harbor, MI 48320


Daniel Petti
3875 L Street
Philadelphia, PA 19124


Daniel Petz
1137 W Harvest
Mesa, AZ 85201


Daniel Pomerlee
875 E Fifteenth North
Mountain Home, ID 83647

Daniel Quill
5902 Hampstead Avenue
Cleveland, OH 44129

Daniel R Ansell
321 Second Street  PO Box 38
W Leisenring, PA 15489

Daniel R Bernard
2528 St Rt 681
Albany, OH 45710

Daniel R Blizzard
7384 Balmore Drive
Sunset Beach, NC 28468

Daniel R Egbers
57 Woodstock Dr
Fairfield, OH 45014

Daniel R Flaugh
5945 Pilgrim Drive
Erie, PA 16509

Daniel R Lisjack
213 Lawrence Court
Gibsonia, PA 15044

Daniel R Makar
2331 Market #318
Akron, OH 44312

Daniel R Patterson
6225 Ramblewood Drive
Dayton, OH 45424

Daniel R Rella
123 Leanne Drive
New Egypt, NJ 08533

Daniel R Stockwell
2070 County Road 168
Dundee, OH 44624

Daniel R Wise
304 Farrell Rd
Marsteller, PA 15760

Daniel Ray Relei
PO Box 38267
Phoenix, AZ 85069


Daniel Raymond Deal
604 West Chestnut St
Lancaster, PA 17603


Daniel Rhodes
5470 St Rt 37
Ostrander, OH 43061


Daniel Robertson
660 Lake Village Blvd  No 306
Auburn hills, MI 48326


Daniel Romaine
27730 Euclid Ave
Euclid, OH 44132


Daniel Rose
270 Blue Sky Circle
Lafayette, TN 37083

Daniel Ruvalcaba
3961 W Chama Drive
Glendale, AZ 85310


Daniel S Henn
1955 N End Rd
Mohrsville, PA 19541


Daniel S McCarley
605 Sycamore Dr
Russellville, KY 42141


Daniel Sawyer
8002 Timber Cove Drive
Mount Juliet, TN 37122


Daniel Scarberry
1318 Walnut
Emporia, KS 66801


Daniel Scott Brown
436 Three Mile Hill
Mount Pleasant, PA 15666

Daniel Shamael
PSC Box 23787  Luke AFB
Glendale Luke AFB, AZ 85309

Daniel Shea
1932 W Bell St
Houston, TX 77109

Daniel Shebesta
1659 Alcor Terrace
Cincinnati, OH 45230

Daniel Sheridan
391 Nature Trail Lane
Murrysville, PA 15668

Daniel Sherman
430 Forby Estates Dr
Eureka, MO 63025

Daniel Smith
11900 Winter Road
Amanda, OH 43102

```
Daniel Smucker
2404 Route 890
Paxinos, PA 17860




Daniel Sutton Jr.
414 Camilla Street
Baden, PA 15005




Daniel Sweeney
517 Newton Avenue
Oaklyn, NJ 08107




Daniel Swigart
2516 Medina Line Road
Wadsworth, OH 44281




Daniel Thompson
3380 State Route 30 East
Latrobe, PA 15650




Daniel Thompson
5042 S. Bigley Ridge Road
Long Bottom, OH 45743
```

Daniel Turner
7421 W John Cabot Road
Glendale, AZ 85308


Daniel V Monticelli
1202 Ridge Road
Belle Vernon, PA 15012


Daniel Vallance
3588 Liberty Ellerton
Dayton, OH 45418


Daniel Vergara Padrow
1708 W Villa Maria Drive
Phoenix, AZ 85023


Daniel W  McCombs
1866 Hickory Ridge Dr
Beavercreek, OH 45432


Daniel W  Woods
853 Castle Garden Rd
Driftwood, PA 15832

Daniel W Black
410 Falls Ave
New Castle, PA 16105


Daniel W Day
10117 Landwood Drive
Louisville, KY 40291


Daniel W Dickinson
289 Highland
Wadsworth, OH 44281


Daniel W McClain
359 Taylor Rd
Mansfield, OH 44903


Daniel W Wilkins
PO Box 85  307 Madison Heights
Madison, PA 15663


Daniel Warren
1596 N County Road  800E
Avon, OH 45123

Daniel Williams
8560 W Peoria
Peoria, AZ 85345

Daniel Wing
9264 Reed Avenue
Morrisville, PA 19067

Daniel Wolf
1537 Red Oak Rd
Kettering, OH 45432

Daniel Wood
3099 S Duck Creek Road
North Jackson, OH 44451

Daniel Workman
1482 Old St Road
Coolville, OH 45723

Daniela M Rizea
24172 Carla Lane
North Olmsted, OH 44070

Daniele D Formichelli
7552 Wilson Mills Rd
Chesterland, OH 44026


Daniell Evans
723 8th Avenue
Brackenridge, PA 15014


Daniell Moore
161 Heatherwood Drive
Ephrata, PA 17522


Danielle  Estle
6961 Shellcross Dr
Huber Heights, OH 45424


Danielle  Holmes Shine
137 Main Street  Second Floor
W Orange, NJ 07052


Danielle  Stuart
8113 Chiltern Avenue
Las Vegas, NV 89129

Danielle Bennett
1328 Penn Avenue
Pittsburgh, PA 15221


Danielle Benward
6255 Wadsworth Road
Medina, OH 44256


Danielle Certeza
122 E 4th Ave
Altoona, PA 16602


Danielle Croker
811 Mallet Hill Road #1606
Columbia, SC 29223


Danielle D Ridley
5292 Seneca Avenue
Memphis, TN 38117


Danielle Davis
3819 E Camelback Road #157
Phoenix, AZ 85018

Danielle DeSanti
199 Huntingtown Rd
Newtown, CT 06470


Danielle Dickens
612 S Main
St Marys, OH 45885


Danielle Eilleen Geisser
3318 North Decatur Blvd Apt 2110
Las Vegas, NV 89130


Danielle Foley
889 Olde Farm Court
Vandalia, OH 45377


Danielle Hill
535 St Annes Drive
Holland, OH 43528


Danielle K Baker
344 Brushrun Road
Claysville, PA 15323

Danielle K Cusate
709 Hunters Run
Perkasie, PA 18944


Danielle Keen
527 Somers Ave
Trevose, PA 19053


Danielle L Fitch
1329 Strawn Avenue
New Kensington, PA 15068


Danielle L Fletcher
1603 Gregg Ave  Apt 3E
Florence, SC 29501


Danielle M Lindsey
37422 Tail Feather Dr
North Ridgeville, OH 44039


Danielle McGlaughlin
1715 Carmel Church Road
Celina, OH 45822

Danielle Meskel
523 W. Brady Street
Butler, PA 16001


Danielle Moore
2711 S. Union
Alliance, OH 44601


Danielle N Guggie
142 Haser Drive
New Kensington, PA 15068


Danielle N Stewart
3121 Hemlock Rd
Cape May, NJ 08204


Danielle Poorman
2 Robin Hill Rd
Levittown, PA 19055


Danielle R Carter
2011 Ferry Avenue  M17
Camden, NJ 08104

Danielle Smith
1319 Harvard Avenue
Natrona Heights, PA 15065


Danielle Stevenson
5 Colin Kelly
Riverside, OH 45431


Danielle Witkowsky
17 East Greenwood Avenue
Villas, NJ 08251


Danita N Antonutti
P.O. Box 444
Joelton, TN 37080


Danita S Dulkoski
244 Third Street  SW
New Philadelphia, OH 44663


Danny B Magnelli
1230 Straka Street
Pittsburgh, PA 15204

Danny Doroshenko
2801 NE 183rd Street #704
Aventura, FL 33160


Danny Fischer
3140 Buttermilk Road W
Lenoir City, TN 37771


Danny Gibbs
9126 Pleasant Drive
Ooltewah, TN 37363


Danny J Blank Jr
2821 Laurie Lane
Marrero, LA 70072


Danny Keeton
8 Dukes Park Road
Summertown, TN 38483


Danny McCullough
418 Kserman Ave NE Apt A
New Philadelphia, OH 44663

Danny Monge
2708 Welsh Crest
Antioch, TN 37013

Danny Mull
404 Second Street
Seymour, TN 37865

Danny P Roberts
100 Mill St
Royston, GA 30662

Danny Sands
PO Box 102
Greenback, TN 37742

Danny Tinsman
5986 Yorba Court
Las Vegas, NV 89103

Danny Wood
10547 E 38th Place
Yuma, AZ 85364

Danny Wright
10049 Berry Rd
Kensington, OH 44427

Danny Ziadeh
1003 Woodbury Falls Drive
Nashville, TN 37221

Dante S Willis
3451 Partridge Pl
Columbus, OH 43221

Danwade Lee
930 Tahoe Blvd  Ste 802  PMB 119
Incline Village, NV 89451

Danyale Northern
2907 Stayton Street
Pittsburgh, PA 15212

Danyell L Washington
720 Grand Avenue
Pittsburgh, PA 15221

Danyell Wisniewski
326B East 12th Street
Northampton, PA 18067


Danyelle Coder
6491 Knapp Rd
Jefferson, OH 44047


Daphne  Watkins
8668 Treaure Trove
Las Vegas, NV 89123


Daquan Square
1918 Genesee Street
Trenton, NJ 08610


Dara Amira Spivey
1535 67th Avenue
Philadelphia, PA 19126


Dara Hooker
4215 Harding Rd
Nashville, TN 37205

Dara Ingram
6411 Malvern Avenue 2nd Floor
Philadelphia, PA 19151


Dara Marie Finney
3412 West Street
West Miffline, PA 15122


Darby A Anderson
405 Martineese Rd
Swansea, SC 29160


Darby Lewes
120 W Houston Ave
Montgomery, PA 17752


Daric Keys
4655 Stonehill Street
Hilliard, OH 43026


Darica L Wilbert
1950 N Walnut Rd   No 238
Las Vegas, NV 89115

Darick J May
1581 State Route 197
St Marys, OH 45885

Darik R Allen
3232 Bidlington Dr
Columbus, OH 43224

Darin Forry
1327 Strickler Road
Manheim, PA 17545

Darin J Mallett
684 E Winchester Way
Chandler, AZ 85249

Darin L Borger
26 Plymouth Drive
Jonestown, PA 17038

Darin L Hawkins
1642 Lenox New Lyme Road
Jefferson, OH 44047

Darin R Youngs
1264 Denniston Avenue
Bettendorf, IA 52722


Dario Cortez
1325 Bienstar Lane
San Luis, AZ 85349


Darius L Jenkins
123 Cals Lane
Ligonier, PA 15658


Darius Lucas
7158 N. Via Lucia Maria
Glendale, AZ 85301


Darl McNutt
2659 Prinston Street
Lowel Burrell, PA 15068


Darla  Newbern
28 Gellow Way Road
Richboro, PA 18954

Darla Brown
4140 East Hallihan Drive
Cave Creek, AZ 85331


Darla L Thrower
1601 Woodmont Ave
Arnold, PA 15068


Darlen Mazza
104 Hitzel Hill Road
Sewickley, PA 15143


Darlene Alento
102 Colonial Lane
Greentown, PA 18426


Darlene Carbonell
5644 Mount Athos Street
North Las Vegas, NV 89031


Darlene Crews
151 Nordeen Road
Erwin, TN 37650

Darlene D Kulp
318 Conewago Drive
East Berlin, PA 17316


Darlene Gay
PO Box 1239
Danville, WV 25053


Darlene Jones
115 Callaway Lane
Meridianville, AL 35759


Darlene Jones Cheeks
PO Box 381 73 Rt 47
Cape May Court House, NJ 08210


Darlene K Zappa
3711 Springmill North Road
Shelby, OH 44875


Darlene Keown
428 Applegate Ave
Toms River, NJ 08757

Darlene L Harris
2215 Centennial Rd
Hanover, PA 17331


Darlene Lenardos
4921 Piccadilly Street
Canton, OH 44706


Darlene Leslie
5616 W. Vineyard Road
Laveen, AZ 85339


Darlene M Bertin
7043 Paxton Road
Boardman, OH 44512


Darlene Maylor
6 Abberton Circle
Columbia, SC 29229


Darlene McClain
1912 Wilter Street
Philadelphia, PA 19115

Darlene McDaniels
PO Box 3934 / 26 Indian Rock
Crossville, TN 38557

Darlene Mihalko
2104 Boring Lane Lot 3
E. Liverpool, OH 43920

Darlene Shelton
3960 Bell Road Apt 906
Hermitage, TN 37076

Darlene Sundo
3930 Wm Penn Hwy Apt 331
Pittsburgh, PA 15235

Darlye McLaughlin
815 royal Heights
Connellsville, PA 15425

Darnell Barron
328 Renova St
Pittsburgh, PA 15207

Darnell Haldeman
665 Chain Street  Apt 2
Norristown, PA 19401


Darnell Wood
111 Apple blossom Lane
Cranberry Twp, PA 16066


Darnetta I Northern
7101 Whipple St
Swissvale, PA 15218


Darnise L Jennings
258 Everglade Drive
Pittsburgh, PA 15235


Darnise Wilks
10205 Clair Avenue
Pittsburgh, PA 15235


Darrel Ice
5421 Washington Road
Albany, OH 45710

Darrell  Heard
3208 Dove Place
Nashville, TN 37218


Darrell  W Merryman
3105 Windsor Green Drive
Antioch, TN 37013


Darrell A Grant
75 Ridge Oak Place
Jackson, TN 38305


Darrell Becker
327 Fairview Drive
Lititz, PA 17543


Darrell Blanton
2666 Green Mill Drive
Memphis, TN 38119


Darrell Garber
1505 Rex Mills
New Concord, OH 43762

Darrell Goodwine
1350 HErman St
Pittsburgh, PA 15212

Darrell Herron
5210 Strathaven Dr
Dayton, OH 45424

Darrell L Mack
105 Hinckley Road
Proctor, AR 72376

Darrell Linger
210 Shawnee Drive
Buckhannon, WV 26201

Darrell Morris
1383 Howe Valley Road
Cecilia, KY 42724

Darrell Myers
212 West High St
Re Lion, PA 17356

Darrell N Downs
346 E Second Street
Mansfield, OH 44902


Darrell S McNabb Jr
2813 Highway 95
Rock Spring, GA 30739


Darrell Staton
2123 46th Street
Pennsauken, NJ 08110


Darrell W Strickland
12934 Pacer Dr NW
Pickerington, OH 43147


Darrell Wiles
1650 Lillian Circle
Columbia, TN 38401


Darrels S Tetlow
6921 Watergrove Drive
Memphis, TN 38119

Darren E Dirksen
2279 Rutgers Street W
North Canton, OH 44720


Darren G Toler
3829 Caldwell Ridge Parkway
Charlotte, NC 28213


Darren Hughes
22 Clark Place
Oak Ridge, TN 37830


Darren Johnson
4000 Gypsy Lane #207
Philadelphia, PA 19129


Darren L Powell
2288 E 95th Street
Cleveland, OH 44106


Darren Lee Reitbauer
6 Flint Ridge Drive
Reading, PA 19607

Darren Stinnett
720 Regent Court
Maryville, TN 37803


Darren Tappen
4526 E Weldon Avenue
Phoenix, AZ 85018


Darren Testa
11 Greenwood Hills Drive
Mountain Top, PA 18707


Darrick K Ramsey
11443 Muddlety Valley Road
Summersville, WV 26651


Darrin Bane
11 Lodge St
Pittsburgh, PA 15227


Darrin L Biggs
1642 W Calle Del Norte
Chandler, AZ 85224

Darrin M Monnie
2484 McKeever Street
Monongahela, PA 15063

Darrin McAninch
2987 Benttree Dr
Cincinnati, OH 45244

Darrin Ray Stanford
4804 Wunder Ave
Oakford, PA 19053

Darryl  Dennis
214 Eden
Massillon, OH 44646

Darryl  Johnson
7729 Overbrook Avenue
Philadelplhia, PA 19151

Darryl A Lawrence
1412 Warren Dr
Lebanon, PA 17042

Darryl Cranfield
195 Shell Lane
Decatur, TN 37322


Darryl D Byrd
711 Brownsville Road
Pittsburgh, PA 15210


Darryl Heisser
10946 Hardy Pecan Court
Fontana, CA 92337


Darryl J Zaren
908 Route 906  PO Box 75
Webster, PA 15087


Darryl L Jasper
940 E 24th St
Erie, PA 16503


Darryl L Wiggers
9301 Page Rd
Wattsburg, PA 16442

Darryl S Harrington
825 MacBeth Drive
Pittsburgh, PA 15235


Darryl Thompson
6724 Marshall Rd
Upper Darby, PA 19082


Darryl W Henderson
36997 S Golf Course Drive
Tucson, AZ 85739


Darryl Whitted
708 James Street
Athens, TN 37303


Darryle Lyles
7964 Oakfirld Grove
Brentwood, TN 37027


Darryn Howard
84 Wood Dr
Carrolton, OH 44615

Darryn T Dierickx
1346 South Shore Drive
St Cloud, FL 34771


Darwin Wall
287 E Frye Road  Suite #1
Chandler, AZ 85225


Daryl  Demonbreum
703 Davidson Rd
Nashville, TN 37205


Daryl Keith Sowell
16009 Stuarts Draft Court
Charlotte, NC 28278


Daryl Kirby
20716 West Lost Creek Dr
Buckeye, AZ 85396


Daryl L Moore
294 Spruce Glen Cove
Cordova, TN 38016

Daryl L Stainbrook
804 Faircrest Street SW
Canton, OH 44706

Daryl LaFountain
2678 Walnut Ridge Dr
Troy, OH 45373

Daryl R Woods
3600 Bellwood Avenue
Nashville, TN 37205

Daryl W Alhart
5544 Mt. Herman Road
Cookeville, TN 38506

Daryl Walker
5201 West Campo Bello
Glandale, AZ 85308

Daryl Walny
146 North Berwick Lane
Franklin, TN 37069

Daryll Postlethwait
26300 Quarry Road
Wellington, OH 44090

Dashiell Minford
641 Randolph Street
Allentown, PA 18109

Datton Wilson III
2108 SE 7th St
Lees Summit, MO 64063

Daunise Marshall
315 Morewood Ave
Blairsville, PA 15717

Dave  Brittain
108 Kinvara Court
Pittsburgh, PA 15237

Dave  Layhee
695 Cherry Hills
N Sioux City, SD 57049

Dave Archer
464 Blue Stem
Dakota Dunes, SD 57049

Dave Barber
2720 Breakers Creek Drive
Las Vegas, NV 89134

Dave Clossey
5815 Lochlen Road
Baltimore, MD 21209

Dave G Gorman
205 Freeport Road
Creighton, PA 15030

Dave Grasowski
701 Second Street  Apt 1
Oakmont, PA 15139

Dave Marlin
2016 Concord Lake Road
Kannapolis, NC 28083

Dave McGeary
4444 Birchwood Drive
Allison, PA 15101


Dave Olson
1195 Treasure Lake
DuBois, PA 15801


Dave Wright
901 Hawthorne
St Marys, OH 45885


Daved R  Coen
1250 State Route 56
New Masfield, OH 45766


David  Adams
31 Pearl Dr
Pittsburgh, PA 15227


David  Andrews II
8832 Cressent Glen Court
Cane Ridge, TN 37013

David  Anselm
715 Fernwood St
Bethlehem, PA 18018

David  Ashford
909 West Heather Drive
Mesa, AZ 85201

David  Bloom Jr
1324 Aetna St
Connelsville, PA 15425

David  Burchfield
402 Midway Drive
Oliver Springs, TN 37840

David  Burroughs
10916 Parkview Court
Plymouth, IN 46563

David  Cunningham
28 S Ninth Street
Allentown, PA 18102

```
David  Curtis
3790 Woodrow Ave
Pittsburgh, PA 15227




David  Fine
87 Green Valley Road
Sweet Valley, PA 18656




David  Ford
118 Douglas Shade
Gray, TN 37615




David  Foutz
PO Box 523
Louisville, OH 44641




David  Greiner
462 Limestone Drive
Bethel Park, PA 15102




David  Gutterman
5033 Glenarden Drive
Las Vegas, NV 89130
```

```
David  Hale
610 E Benton
Wapakoneta, OH 45895



David  Harmuth
913 Mount Hood
Pittsburgh, PA 15239



David  Hildehoff
171 Slate Run Rd
Greensburg, PA 15601



David  Hollycross
343 N Miami Street
West Milton, OH 45383



David  Holsopple
1036 Hilton Street
Bethlehem, PA 18017



David  Howells
1460 Beverly Hills Road
Coopersburg, PA 18036
```

David  Jackson
8509 Gateway Rd
Breinigsville, PA 18031

David  Kelly
405 Charles St
Scranton, PA 18508

David  Kerstetter
RR 2  Box 501
Herndon, PA 17830

David  Lee
1424 Eleventh Street
Fort Lee, NJ 07024

David  M Russell
658 Fleetwood Road
Mansfield, OH 44905

David  Mahaney
14345 Highway 70 North
Monterey, TN 38574

David  Martinez Sr
3650 N Marshall Street
Philadelphia, PA 19140

David  Monroe
520 Pleasant Ridge Road
McKees Rocks, PA 15136

David  Pope
725 W Water Street
Piqua, OH 45356

David  Radebaugh
4584 Bunker Lane
Stow, OH 44224

David  Raymond
8 Corduroy Rd
Essex Junction, VT 05452

David  Robbins
P.O. Box 119  340 Popular Street NW
Bolivar, OH 44612

David  Rosen
900 N. Kingsbury #862
Chicago, IL 60610


David  Sestak
3005 Brodhead Road #170
Bethlehem, PA 18020


David  Sielken
442 Hamilton Drive
Stewartsville, NJ 08886


David  Strang
347 E Lomavista Drive
Tempe, AZ 85282


David  Warner
422 Washington Avenue
Lancaster, OH 43130


David  Whybrew
924 E. Wescott Drive
Phoenix, AZ 85024

David  Wisk
6 Fawn Court
Marlton, NJ 08053


David  Zeigler Jr
1703 Southbound Dr
Swansea, SC 29160


David A  Eller Jr
2950 18th St NW
Canton, OH 44708


David A Brush
132 Regency Court
Covington, OH 45318


David A Campbell
4 Easet Christy Dr
Mount Holly Springs, PA 17065


David A Clemens
2900 Wolff Dr
Eden, NY 14057

David A Coffey
20009 N Window Rock D
Surprise, AZ 85374


David A Conley
1959 Trego Creek Rd
Chillicothe, OH 45601


David A Dotts
919 Fawn Alley
Houtzsale, PA 16651


David A Drum
212 Cahllenge Lane
Cheswick, PA 15024


David A Ellison
69523 Heils Lane
Bridgeport, OH 43912


David A Forshay Jr
5950 Deerfield AVe
North Lawrence, OH 44666

David A Hawes
813 Madison Avenue
East Pittsburgh, PA 15112


David A Highland
739 Mallard Dr
Apollo, PA 15613


David A Hill
218 Harrison Street
Pottsville, PA 17901


David A Knight
106 Tenth Street SW
Massillon, OH 44647


David A Krysik
248 St Patricks Road
Worthington, PA 16262


David A Lockhart
24969 Mountainbelle Road
Coolville, OH 45720

David A Matzie
396 Pennsylvania Avenue
Rochester, PA 15074


David A Miramontes
11105 Obee Rd
Whitehouse, OH 43571


David A Parker
365 Roslyn Street
Buffalo, NY 14215


David A Peterson
6162 Library Road  Apt 44
Bethel Park, PA 15102


David A Romero
39 W 482 West Mallory Drive
Geneva, IL 60134


David A Spade
934 Union Cemetery Road
Greensburg, PA 15601

David A Tutterrow
7389 Ivy Trails Cove
Olive Branch, MS 38654


David Abrahamian
241 Sunrise Blvd
Williamsville, NY 14221


David Adamec
1570 N Prospect Ave #710
Milwaukee, WI 53202


David Adams
14765 Twp Rd 202
Corning, OH 43730


David Anctil
620 W Chestnut Street
West Chester, PA 19380


David Anderson
21 san diego Dr
Magnolia, NJ 08049

David Andrew DuBois
232 Whiteford Way
Lexington, SC 29072


David Appleby
1091 Hickory Ridge Lane
Loveland, OH 45140


David Atwood
803 Sprint Lane
Camp Hill, PA 17011


David B Allen
57427 Tr 261
W Lafayette, OH 43845


David B Bayus
3100 Old Mill Road
Hudson, OH 44236


David B Meneely
171 Beauty Hill Road
Barrington, NH 03825

David B Robins
7551 Tagg Drive
Germantown, TN 38138


David B Shuffelton
1650 Cardo Road
Fort Laramie, OH 45945


David B Zeller
850 State Route 307 West
Jefferson, OH 44047


David Barhorst
708 Arrowhead Dr
Sidney, OH 45365


David Barr
700 Center Avenue
Verona, PA 15147


David Beem
11263 Sandyville Road
Sandyville, OH 44671

David Bender
4 Golf Road
Myerstown, PA 17067

David Bennett
516 Mohawk Street
Allentown, PA 18103

David Biggs
470 Whitestone Road
Harmony, PA 16037

David Blackmon
1106 Pinehurst Drive
Hartsville, SC 29550

David Blanchard
2521 Riva Road  Suite D2
Annapolis, MD 21401

David Blevins
8631 Knauf Road
Canfield, OH 44406

David Bliklen
7311 N. 3rd Street
Phoenix, AZ 85020

David Bobo
11941 Hawks Nest Road
Athens, OH 45701

David Bracken
106 Limestone Hill Road
Connellsville, PA 15425

David Brasseur
18 W Williams Avenue
Mansfield, OH 44902

David Breneman
3346 River Road
Conestoga, PA 17516

David Brill
5292 Ridge Trail
Clarkston, MI 78348

David Brooks
6341 Lemaster Road
Athens, OH 45701


David Bruce Bland
624 3rd St NE
Washington, DC 20002


David Bunch
572 Gobey Rd
Wartburg, TN 37887


David Byelene
408 22nd Street NW
Canton, OH 44709


David Byers
289 Georgetown Ln
Beaver, PA 15009


David Byers
601 Affirmed Court
Crestview, FL 32539

David C Bidlack
42634 sand ridge Rd
Albany, OH 45710


David C Coleman
4745 Picadilly Street  SW
Canton, OH 44706


David C Fitzgerald
345 ridgeley Circle SE
Canton, Oh 44720


David C Gazzetta
21730 Ridge Circle
Elkhorn, NE 68022


David C Gill
6031 Barnsley Cove
Millington, TN 38053


David C Olson
1195 Treasure Lake
DuBois, PA 15801

David C Shipe
1727 West Main Street
Valley View, PA 17983


David Cain
2400 East County Down Dr
Chandler, AZ 85249


David Caines
107 Sand Piper Court
Midway, KY 40347


David Campbell
1444 Winterberry Street
Murfreesboro, TN 37130


David Caton
750 Magnolia Rd
Hrellertown, PA 18055


David Charles Morian
12111 Sperry Road
Atlantic, PA 16111

David Clark
7307 McClure Ave
Pittsburgh, PA 15818


David Coalbank
15629 N 17th Avenue
Phoenix, AZ 85023


David Coneway
609 Ginger Lane
Elizabeth, PA 15037


David Connelly
619 Farragut Street  Apt C
Millvale, PA 15209


David Conti
7683 West County Rd 150  South
Coatesville, IN 46121


David Cooke
9205 Gillespie Street
Philadelphia, PA 19114

David Copeland
1116 Kerns Drive NE Apt B PO Box 5
Bolivar, OH 44612

David Cotten
7103 Prairie Wind Drive
Colorado Springs, CO 80923

David Cramer
1517 McFarland Drive
Landisville, PA 17538

David Cromley
210 Regency Blvd
Sugar Grove, IL 60554

David Cullen
PO Box 174 Stadden Road
Tannersville, PA 18372

David D Best
1411 Priceville Road
Gilbert, SC 29054

David D Dye
8343 Nichols Road
Windham, OH 44288


David D Gallagher
145 Johnson Lane
Connnellsville, PA 15425


David D Lowry
17351 Millfield Rd
Millfield, OH 45761


David D Todorich
340 Black Hills Drive
Latrobe, PA 15650


David D Washington
204 Penfort Street
Pittsburgh, PA 15214


David Dahan
3625 Devonshire Rd
Allentown, PA 18103

David Davis
58 S Weston Rd
Troy, OH 45373


David Day
1610 Quaterhorse
Henderson, NV 89002


David Deal
1221 CR8 Midland
City, AL 36350


David Dearwester
3534 Pine Oak Street
Grove City, OH 43123


David DeBiasse
4102 Wimbledon Circle
Lawrence, KS 66047


David Devore
555 Williamson County Line Road
Fairview, TN 37062

David Disabato
4226 Ivey Hollow Court
Denver, SC 28037


David Dodson
568 Old Bachman Valley Road
Westminster, MD 21157


David Duvall
226 Brinks Drive
Circleville, OH 43113


David E Balmat
14 Rattlesnake Lane
Andreas, PA 18211


David E Bostic II
70 Juniper Dr
Etters, PA 17319


David E Emerick
PO Box 209
Ono, PA 17077

David E Filler
3176 East High St
Springfield, OH 45505


David E Hawk
144 Pleasantview Drive
Strausburg, PA 17579


David E Johnson
21 Dixie Dr
Mt Vernon, OH 43050


David E Jones
560 Inwood Drive
Mansfield, OH 44903


David E Keith
1784 Galusha Rd
Brockway, PA 15824


David E Liprando
435 Fox Hill Street
Greensburg, PA 15601

David E McElyea
831 Englewood Cove
Memphis, TN 38127


David E Moody
1728 Herbert Garrett Road
Cookeville, TN 38506


David E Phipps
7361 Mercer Auglaize County Line Road
St Marys, OH 45885


David E Ross
620 Tie Plant Road
Grenada, MS 38901


David E Shotts
192 Lucas Pipeline Road
Ruffs Dale, PA 15679


David E Simmons Jr
4 Grandview Avenue
Lancaster, PA 19603

David E Wilson
221 Cottage Avenue
Lemont Furnace, PA 15456

David E Womac
2096 Walker Valley Rd NW
Charleston, TN 37310

David E.  England
2307 Bluegrass Road
Springfield, TN 37172

David Edwards
P.O. Box 6082
Ketchum, ID 83340

David Ellinwood
83 Broad St
Charleston, SC 29402

David Eugene Bender Jr.
17  Dante Street
Bangor, PA 18013

David Evans
1390 Laubach Avenue
Northampton, PA 18067

David Ewing
2918 Rawle St
Phledelphia, PA 19149

David F Imhof
2781 N Firestone Rd
Wooster, OH 44691

David Ferringer
578 Red Mill Road
Kittaning, PA 16201

David Ferro
934 Upland Avenue
Reading, PA 19607

David Figueroa
16250 W Davis Road
Surprise, AZ 85374

David Fisher
5842 Laura Avenue
Homeworth, OH 44634


David Fite
1717 Clearview Road
Pottstown, PA 19464


David Flournoy
12720 Comblain Road
Knoxville, TN 37934


David Fuller
955 Mullen Avenue
Henderson, NV 89044


David G Crow
705 Centre Street
Easton, PA 18042


David G Stubbs Jr
232 Theobold Avenue
Greensburg, PA 15601

David G Todorich
131 Second Avenue
Latrobe, PA 15650

David G Waite
PO Box 251
Bowmansville, PA 17507

David Garrison
4509 Nebraska Avenue
Nashville, TN 37209

David Gates
1850 Atlantic Drive
Columbia, SC 29210

David Gay
12978 E Douglas
Tucson, AZ 85641

David Geiler
100 Riverboat Row  #C 7
Newport, KY 41071

David Gergen
3375 e STreet
Phoenix, AZ 85028

David Giancola
5661 Struthers Road
Struthers, OH 44471

David Gibbs
2010 Ben Hill Court
Nolensville, TN 37135

David Gibson
3418 Plaza Candida
Sierra Vista, AZ 85650

David Glabb
877 Red Tail Ct
Leechburg, PA 15656

David Goblinger
430 Fayette Street
Latrobe, PA 15650

David Godfrey
6815 Vinewood #2
Cincinnati, OH 45227

David Graas
2588 Gaines Court
Tracy, CA 95377

David Graff
450 State Road
Geneva, OH 44041

David Groover
4400 County Highway 83A W
Freeport, FL 32439

David Gross
1555 Minespring Lane
Upper Black Eddy, PA 18972

David H McCord
612 Hillsboro Road
Nashville, TN 37215

David H Smith
164 Saint Paul Street
Pittsburgh, PA 15203

David Hahne
620 Comstock
Seattle, WA 98109

David Haney
134 Surevue Dr
Murfreesboro, TN 37127

David Harmon
42420 Rancho Las Palmas Drive
Rancho Mirage, CA 92270

David Harris
9437 S 47th Place
Phoenix, AZ 85044

David Hayes
2120 S Navajo Way
Chandler, AZ 85248

David Heintucker
Rd Box 139
Moundsville, WV 26041


David Hettrick
814 E Bellevue Ave
Laureldale, PA 19605


David Hill
1014 3rd Avenue
Hellerstown, PA 18055


David Hill Sr.
311 Morton Avenue
Moundsville, WV 26041


David Hilton
88 Glenwood Drive
North Kingstown, RI 02852


David Hilton
874 Shady Hollow Circle
Bloomfield hills, MI 48304

David Hitchens
9710 Cumberland Rd.
Pleasant City, OH 43772


David Holt
95 Little Simmons Road
Clarksdale, MS 38614


David Horan
PO Box 103
Lake Harmony, PA 18624


David Horn
PO Box 1430
Mayer, AZ 86333


David Howard
4201 E Craig Rd #1046
N Las Vegas, NV 89030


David Hoyack
2100 Enterprise Pkwy
Twinsburg, OH 44087

David Huck
2101-9 Hill Road
Sellersville, PA 18960


David Humphries
235 Bridge Street
Catasaqua, PA 18032


David Hunt
22536 La Quilla Drive
Chatsworth, CA 91311


David Hunter
816 Rosedale Street
St Marys, OH 45885


David Hunter
7716 Sunset Drive
Harrisburg, PA 17112


David Hyland
724 S Chester Ave
Riverside, NJ 08075

David J Attenborough
302 Deland Avenue
Cape May, NJ 08204

David J Basista
504 Green Haven Ct
Pittsburgh, PA 15239

David J Black
8808 Indian Mound Road
Waterloo, SC 29384

David J Brockway
6151 Center Street  Apt 201
Mentor, OH 44060

David J Cohen
34 Savage Drive
Upper Holland, PA 19055

David J Cramer
1143 Tudor Drive
Breinigsville, PA 18031

David J Eaton
13713 Daltrey Lane
Charlotte, NC 28277


David J Everson
2775 Woodside Drive
Zanesville, OH 43701


David J Farrow
50 Pine Grove Rd  PO Box 214
Peach Bottom, PA 17563


David J Ford
1720 Supplee Rd
Lansdale, PA 19446


David J Goodwin II
2611 Township Road 218
Richmond, OH 43944


David J Gordon
6924 Talkeetna Court
Atlanta, GA 30331

David J Kalkbrenner
9982 W. J.J. Ranch Raod
Peoria, AZ 85383

David J Kemerer
1129 Circle Dr
Irwin, PA 15642

David J Lawrence
109 North Second Street
McSherrystown, PA 17344

David J Maclin
PO Box 211
Gallaway, TN 38036

David J Ott
240 Valley View Drive
Fairfield, PA 17320

David J Schaefer
69 South Berne Street
Schuylkill Haven, PA 17972

David J Schmidt
1718 Briarwood Lane
Pittsburgh, PA 15239


David J Spangenberg
PO Box 215   5743 Lower York Road
Lahaska, PA 18931


David J Wachalec
3326 Shelly Drive
Mansfield, OH 44903


David Jackel
160 Raymaley Rd
Harrison City, PA 15636


David James
915 South Firetower Road
Florence, SC 29506


David Jan Williams
207Gen Stonewall Jackson
Stanley, NC 28164

David Jankowski
344 Marzolf Road
Pittsburgh, PA 15209


David Jarvis
4525 West Sandra Terrace
Glendale, AZ 52306


David Johnson
424 Mertland Avenue
Dayton, OH 45431


David Jones
121 Lincoln Road
Chambersburg, PA 17201


David K Alaback
3210 Arbor Road SW
Canton, OH 44710


David K Andrews
209 King Arthur Circle
Franklin, TN 37067

David Kane
60 Riverbank Drive
Roebling, NJ 08554

David Karl Wochner
716 E Erie Drive
Tempe, AZ 85282

David Kelly
2081 Northside Drive
Charleston, SC 29407

David King
57 W Moser Avenue
Coaldale, PA 18218

David Kirk Groome
7419 Maple Street
New Orleans, LA 70118

David Kirkwood
322 Huntley Drive
Los Angeles, CA 90048

David Kissel
1516 South Street
Rockton, PA 15856

David Koch
1716 Glenwillow Street
Las Vegas, NV 89117

David Kommer
1275 Deal Road
Mansfield, OH 44903

David Koon
7248 Bennell Dr
Reynoldsburg, OH 43068

David Korb
6276 Youngstown Drive
Hubbard, OH 44425

David Kurland
9241 Collins Ave Apt 14
Surfside, FL 33154

David L Brabham Jr
124 Eden Lane
Cheraw, SC 29550


David L Cole
932 Sharp Hollow Road
Sevierville, TN 37862


David L Driscoll
1076 Marla Avenue
Logan, OH 43138


David L Earl
720 Martin St
Maryville, TN 37804


David L Gibbons
222 Meredith Street
Pittsburgh, PA 15210


David L Gudel
119 Jefferson Pike
Brownsville, PA 15417

David L Heighton
30713 Stewart Hollow Road
Middleport, OH 45760


David L Heilman
404 Whitetail Trail NE
Canton, OH 44704


David L Hrovatic III
27296 Weaver Road
East Rochester, OH 44625


David L Joyce Jr
1621 Crosslynne Avenue
Oaklyn, NJ 08107


David L Kleyn
5643 Kemerer Hollow Road
Export, PA 15632


David L Kubancik
3877 Grandview Avenue
Shadyside, OH 43947

David L Mataka
115 S Wayne Street
Orwigsburg, PA 17961

David L McCurdy
242 Georgetown Court
Royersford, PA 19468

David L McQuay
2275 Linden Rd
York, PA 17408

David L Pfrommer
9 Oak Hollow Court
Columbia, SC 29209

David L Rawlinson
1080 W Oak Dr
Rock Hill, SC 29732

David L Richards Jr
7294 Forest Hill Avenue
Poland, OH 44514

David L Riley
5435 Canal Rd
Pleasantville, OH 43148

David L Schwartz
53 Kennedy Boulevard
Taylor, PA 18504

David L Stout
96 Third Street  PO Box 5
Gouldsboro, PA 18424

David L Ward
29348 CR 25
Warsaw, OH 43844

David L Yanacek
216 Golf Road
Tamaqua, PA 18252

David Lauber
59 Gloria Drive
Allendale, NJ 07401

David Leach
320 Chenoweth Dr
Simpsonville, SC 29681


David Lee
3221 Newberry Place
Troy, MI 48084


David Lee Frame
123 Donald Street
Nashville, TN 37207


David Leid
4110 Snyder Road
Galion, OH 44833


David Lemelman
9278 NW 40th St
Coral Springs, FL 33065


David Lenard
850 Manifold Road
Washington, PA 15301

David Leneveu
11723 Kemperwoods Drive
Cincinnati, OH 45249


David Leon Azicri
4000 Ridgewood Dr
Erie, PA 16506


David Leroy Hopkins
1339 S Edgewater Dr
Charleston, SC 29407


David Levering
4548 Marcellus St NW
Canton, OH 44708


David Lewis
7522 Celina St NW
Massillon, OH 44646


David Lickey
4141 NE Alameda
Portland, OR 97212

David Linck
3390 Mustang
Las Vegas, NV 89108

David Lipnicky
448 Antenor Avenue
Pittsburgh, PA 15210

David Lippert
8816 Tamarack Dr
Meadville, PA 16335

David Longley
105 Brookline Court
Franklin, TN 37069

David M Baker II
51053 Richardson Avenue
Negley, OH 44441

David M Beard
17754 State Route 198
Wapakoneta, OH 45895

David M Beatty
214 Yarrow Lane
Pittsburgh, PA 15236


David M Blauch
190 Sagamore Hill Road
Pittsburgh, PA 15239


David M Burns
6687 Parma Park Blvd
Parma Heights, OH 44130


David M Bush
519 Finley Street
Pittsburgh, PA 15206


David M Greer
11 White Rd
Cheswick, PA 15024


David M Hufford
416 Sunnyside Road
Smyrna, DE 19977

David M Karpinski
812 Dohrman Street
McKees Rocks, PA 15136


David M Maggi
3530 W Pittsburgh Rd
New Castle, PA 16101


David M Pack
1009 Wiiloughby Way
Nashville, TN 37221


David M Penton
495 Belinda Parkway
Mt Juliet, TN 37122


David M Short
330 Livermore Road
Blairsville, PA 15717


David M Tesche
340 Lynn Avenue
Landisville, PA 17538

David M Weaver
78 Spruce St
Natrona Heights, PA 15065

David M Wilson
223 Hidden Brook Drive
Sweetwater, TN 37874

David M Yurtin
128 Marshall Place
New Castle, PA 16101

David Madochick
1202 Lehigh Avenue
Allentown, PA 18103

David Magill
8841 US Route 220
Bedford, PA 15522

David Maneval
50 Lambert Street
Pittston, PA 18640

David Mark Hudson
497 Martin Road
White House, TN 37188


David Martell Jr.
632 Pine Street
Reading, PA 19602


David Marzich
5627 Wallings Rd
North Royalton, OH 44133


David Masters
4094 Green Park Drive
Mount Joy, PA 17552


David Mathes
2858 West 34th
Erie, PA 16506


David Matko
332 Main Street PO Box136
Arcada, PA 15712

David Matthew McGraw
3438 Emanual Church Rd
Lexington, SC 29073


David McAllister
18 Brook Hollow
Sinking Spring, PA 19608


David McCain Jr.
388 High Street
Smithfield, OH 43948


David McClellan
1846 Tahoe Dr
Xenia, OH 45385


David McCown
6535 Oak Park Drive
Memphis, TN 38134


David McCoy Jr.
327 West Federal Street
Allentown, PA 18103

David McCranie
8553 Wide Rd
Tallahassee, FL 32305

David McDermot
133 8th Ave
West Mifflin, PA 15722

David McGill
6102 Alpine St
District Heights, MD 20747

David McGoogan
40886 Bonesville School Road
Leetonia, OH 44431

David McHale
113 Shoemaker Street
Dumore, PA 18512

David McLean
214 Luella Avenue
Charleroi, PA 15022

David Megela
3139 Westborn Street
Pittsburgh, PA 15212


David Messerschmidt
20 North Second Street
Saint Clair, PA 17970


David Metcalf
4907 W. South Range Road
Canfield, OH 44406


David Metz
636 Bell Street
New Kensington, PA 15068


David Michael Anderson
5633 Montelle Lane
Nashville, TN 37211


David Michalak
113 West Road
Cranesville, PA 16410

David Michals
6703 Sawtooth Drive
Ooltewah, TN 37363

David Mikula
7803 Spectrum Drive
McKinney, TX 75070

David Miller
12808 Finley Avenue
Meadville, PA 16335

David Milling
3560 Rockwood Place
Johns Island, SC 29455

David Minnich
10332 Allentown Blvd
Grantville, PA 17028

David Moore
950 S Alcony Conover Rd
Troy, OH 45373

David Moss
8253 High St. N.E.
Warren, OH 44484


David N Clarizio
1910 Leland Avenue   Apt B
Baltimore, MD 21220


David N Wagner
318 North Front Street
Minersville, PA 17954


David N Wathe
24 Morningside Drive
Middletown, NY 10941


David Nelson
820 Audrey Place
Dayton, OH 45408


David Nelson
514 Saint Anns Lane
Exton, PA 19341

David Nelson
110 Gore Road
Onalaska, WA 98570

David Neu
1155 Ben Hill Boulevard
Nolensville, TN 37135

David Neukirch
117 Nanticoke Court
Shamong, NJ 08088

David Nicgorski
1609 Fifth Street
Beaver Falls, PA 15010

David Oates
11 Lee Road 2082
Phenix City, AL 36870

David Olson Jr
1195 Treasure Lake
DuBois, PA 15801

David Orantes
1935 Coronado Circle
Bullhead City, AZ 86442


David Orlowski
8714 Sharon Drive
Scottsdale, AZ 85260


David Oshura
RR1 Box 16E
Whote Haven, PA 18661


David P Devine
33 Summit Ave
Reading, PA 19605


David P Harden
708 North Maple Street
Lancaster, OH 43130


David P Matako Jr
1731 Lincoln Way NW  Apt 2B
Massillon, OH 44647

David P Price
214 Morning Glory Rd
Ruckersville, VA 22968

David P Shefton
915 N Fifth Street
Reading, PA 19601

David Packer
8371 E Olive Anne
Yuma, AZ 85365

David Perecko
1425 Fourth Street
Monongahela, PA 15863

David Peters
4282 Mark Rd NE
Mechanicsburg, OH 44651

David Pfeifer
3840 Iverson Lane
North Las Vegas, NV 89032

David Pitaro
264 Shafer Rd
Coraopolis, PA 15108


David Powell
9123 Rue De Fluer
Denham Springs, LA 70706


David Pozzutto
1262 Hidden Lakes Drive
Mt Pleasant, SC 29464


David Price
2340 East Brook Road #8
New Castle, PA 16105


David Price
3396 Hwy 11 S
Riceville, TN 37370


David Prudden
1008 E Franklin Street
Troy, OH 45373

David R Alton
91 Front Street
Schuylkill Haven, PA 17972


David R Dimond
12155 Old Mill Road
Spencer, OH 44275


David R Goff
508 Fairoaks Blvd
Mansfield, OH 44907


David R Grill
231 Moniger Road
Washington, PA 15301


David R Kates
414 Strope Road
Burgettstown, PA 15021


David R Rice
668 Glen Run Drive
Atglen, PA 19310

David R Weidinger
2102 State Route 152
Dillonvale, OH 43917


David R Willis
331 Mapletree Dr
Knoxville, TN 37934


David R Withrow
1068 Lakemont Drive
Bridgeville, PA 15017


David Ramirez
3433 Morrow Drive
Bensalem, PA 19020


David Randall Raymond
527 Westover Road
Columbia, SC 29210


David Rankin Jr.
6912 Wood Street
Crestline, OH 44827

David Reconnu
291 Twin Bridges
Charleroi, PA 15022

David Renner
6720 Chestnut Hill Road
Coopersburg, PA 18036

David Richards
1275 Jolly Rd
Wellston, OH 45692

David Richardson
1 Aiken St
Charleston, SC 29403

David Ritchey
13692 Cunningham Drive
Westfield, IN 46074

David Robinson
5011 Lausanne Ddrive
Dayton, OH 45458

David Rock
32640 Shadowbrook Dr.
Solon, OH 44139


David Ross
4215 Harding Road #104
Nashville, TN 37205


David Rubauer
700 East 1st Street Apt 6
Birdsboro, PA 19508


David S Harner
2028 Hill Road
Perkiomenville, PA 18074


David S Miller
1324 Horseshoe Boulevard
Mt Pleasant, SC 29466


David S Puskan
159 Truxall Rd
Apollo, PA 15613

David S Rice Jr
604 Burton Drive
Anderson, SC 29625

David S Ruckert
1347 Lovi Road
Freedom, PA 15042

David S Szedon Sr
7 Davis Road
Monongahela, PA 15063

David Salyers
531 Shearwater Drive
Richmond, KY 40475

David Sanders
5647 Candlwood
Houston, TX 77056

David Saucedo
12237 Tierra Rosa
El Paso, TX 79938

David Sborz
141S Third Street
Minersville, PA 17954


David Schiavone
211 Garland way
Chestertown, MD 21620


David Schmutz
677 Vernon Avenue
Nashville, TN 37209


David Schnier
451 S Hawes Road #19
Mesa, AZ 85208


David Schoettle
328 Reading Avenue
Boyertown, PA 19512


David Seligman
504 Belle Meade Boulevard
Nashville, TN 37205

David Sellers
125 Huron Avenue
Mount Clemens, MI 48043


David Senn
18 Villa Jardin
San Antonio, TX 78230


David Shaum
P.O. Box 2653
Mansfield, OH 44903


David Shaum
4351 Tommy Lane
Manfield, OH 44906


David Shelkey
255 6th Avenue
New Kensington, PA 15068


David Sherman
3376 Marie Jones Road
Springfield, TN 37172

David Shiers
45695 67th Road
Gibbon, NE 68840


David Shipula
222 Lyndwood Ave
Hanover Twp, PA 18706


David Silbaugh
143 Mallory Blvd
New Bloomfield, PA 17068


David Simononis
609 Mews Drive
Perasie, PA 18944


David Smith
139 Green Valley Road
Plymouth Meeting, PA 19462


David Smith
7020 E Via Costa
Scottsdale, AZ 85258

David Snyder
715 1st Avenue
Altoona, PA 16602

David Soland
617 Sunny Slope
Emporia, KS 66801

David Soler
1131 West Union Steet
Allentown, PA 18102

David Spodeck
5917 Fireside Dr
Brentwood, TN 37027

David Stanley
531 Belmonte Pk #601
Dayton, OH 45405

David Stanley Brown
112 Sparrow Rd
Greenwood, SC 29649

David Stoppi
111 W Carpenter Avenue
Myerstown, PA 17067

David Stubing
9825 West Lancaster
Sun City, AZ 85651

David Swain
23546 State Route 180
Rockbridge, OH 43149

David Swatsworth
627 Center Street
Curwensville, PA 16833

David Sweval
1680 Lorkay Drive
Mansfield, OH 44905

David T Kay
331 Fair Street
Berea, OH 44017

David T Massey
1431 Prim Rose Lane
Franklin, TN 37064


David Tackett
1821 E Maryland No10
Phoenix, AZ 85016


David Thompson
143 Home Ave
Trenton, NJ 08611


David Tornetto
11534 Clayton Road
St Louis, MO 63131


David Traina
57 Wabash Avenue
Cheektowaga, NY 14206


David Trask
275 South Stewart Street
Blairsville, PA 15717

David Tucci
721 Welty Street
Greensburg, PA 15601


David Turner
4251 Flaming Ridge Trail
Las Vegas, NV 89147


David Turner
232 Springhill Rd
Brownsville, TN 38012


David Vanriper Jr.
476 Randolph Lane
Meadville, PA 16335


David Vegh
3203 Hatton Road
Baltimore, MD 21208


David Vulcano
7410 Master Shane Drive
Fairview, TN 37062

David W Bennett
7 Ridgewood Dr
McKean, PA 16426


David W Brandon
930 Oaklawn Place
Southaven, MS 38671


David W Brown
315 Concorde Avenue #2
Greensburg, PA 15601


David W Campbell
706 Riata Court
Smyrna, TN 37167


David W Couch
3032 Oceanside Road
Oceanside, NY 11572


David W Dixon
1606 Brinton Ave
Braddock, PA 15104

David W Duplin
1306 Altemus Road
Homer City, PA 15748


David W Gahan
2633 Woodlawn Ave
Erie, PA 16510


David W Hartman
1445 East  750 n
Wawaka, IN 46794


David W Jones
779 Edgemont Avenue
Palmerton, PA 18017


David W Ludwig
802 Betsy Ross Drive
Murfreesboro, TN 37129


David W Markovitch
2317 Dellenbaugh Road
Tarentum, PA 15084

David W McMillan
115 28th Ave North
Nashville, TN 37203


David W Newman
815 E Deep Run Road
Westminster, MD 21158


David W Nicholson
41 Country Club Rd
Carlisle, PA 17015


David W Ollis
5980 Margie Circle
Navarre, OH 44662


David W Pacella
4159 Hill Terrace Drive
Sinking Spring, PA 19608


David W Peppard
227 21st St NW
Canton, OH 44709

David W Putman
26972 Huckleberry Road
Coolville, OH 45723


David W Weiner Sr
915 Passer Road
Coopersburg, PA 18036


David Waggoner
5956 Sedberry Road
Nashville, TN 37208


David Wagner
3031 W Whitehall St
Allentown, PA 18104


David Waldmann
2971 E. Superior Road
Queen Creek, AZ 85243


David Wallach
310 S Fourth Street #504
Phoenix, AZ 85004

David Washington
7671 Peggy Dr
N Charleston, SC 29418

David Waters
1530 Fort Johnson Road #36
Charleston, SC 29412

David Watkins
11820 Capos Road
Glouster, OH 45732

David Weaver
24 Bell Street
Bellville, OH 44813

David Weil
31 East Otterman Street Apt 10
Greensburg, PA 15601

David Weimer
209 Houston Avenue
Connellsville, PA 15425

David Weist
2262 Mt. Chapel Road
Breezewood, PA 15533

David Whittimore
7168 Hwy 70 West
Brownsville, TN 38012

David Wiegand
5929 E Boston Street
Mesa, AZ 85205

David Worley
2021 Trenton Dr
Spring Hill, TN 37174

David Yanko Jr.
177 Chelsea Street
Enon Valley, PA 16120

David Yoha
3654 Birdland Avenue
Akron, OH 44319

David Young
4317 N 27th Street
Phoenix, AZ 85016

David Young
26770 Orchard Drive
Albany, OH 45710

David Yurgelaitis
7684 Cassablanca Street
Pinckney, MI 48169

David Zatsick
12674 Lakeside Drive
Conneaut Lake, PA 16316

David Zebrak
3104 Woodlawn Avenue
Erie, PA 16510

David Ziegman
10062 Pebble Stone Drive
Centerville, OH 45458

David Zuhlsdorf
19436 Sugar Creek Road
Bowling Green, OH 43402

Davorine Anderson
5511 Autumn Woods Apt 11
Trotwood, OH 45426

Dawn  Harvey
6368 Coventry Way
Clinton, MD 20735

Dawn  Scruggs
3890 Scottsville Rd
Lafayette, TN 37083

Dawn  Wehr
14298 Columbiana Canfield Rd
Columbiana, OH 44408

Dawn A Gasbarro
55 Dewey Street  Apt 2
Pittsburgh, PA 15223

Dawn A Gorman
1414 Alton Street
Pittsburgh, PA 15216

Dawn B Latkovic Roose
306 13th Street
Sharpsburg, PA 15215

Dawn Barrett
30 Pinecreek Drive
Carlisle, PA 17013

Dawn C Brown
180 Highway Supply Road
Dunbar, PA 15431

Dawn D Heuser
1717 Ridge Avenue
Arnold, PA 15068

Dawn Dunithan
107 Wickham Farm Drive
Union, OH 45322

Dawn E  Frankish
1040 Roosevelt
Cuyahoga Falls, OH 44221


Dawn Gass
100 Orchard Drive
Cape May, NJ 08204


Dawn Hoyman
124 Mill St
Derry, PA 15627


Dawn J Adams
51 Hillcrest Avenue
Hubbard, OH 44425


Dawn L Engelhardt
802 Bartley Place
Toledo, OH 43609


Dawn M Brandt
1127 Mifflin Street
Lebanon, PA 17046

Dawn M Breidigan
783 S Spruce Street
Annville, PA 17003


Dawn M Galob
531 Greenfield Court
N Huntington, PA 15642


Dawn M Linthicum
421 Fulton Street
Millville, NJ 08332


Dawn M Reynolds
216 Greydon Avenue
McKees Rocks, PA 15136


Dawn M Stroncek
21 Conley Lane
Burgettstown, PA 15021


Dawn Marie Brown
147 North Ninth Street
Quakertown, PA 18951

Dawn Michelle Whelpley
741 First Street
DuBois, PA 15801

Dawn Murray
386 Dry Run Road
Monongahela, PA 15063

Dawn Orsi
4103 Grenwich Lane
Mt Laurel, NJ 08054

Dawn R Trapanese
501 May Pink Dr
Toms River, NJ 08753

Dawn Reese
5217 Beech Ridge Rd
Nashville, TN 37221

Dawn S Price
614 S Carolina Ave
Cape May Court House, NJ 08210

Dawn Savinelli
221 Reynolds Street
Kingston, PA 18704

Dawn Thompson
204 Roselle Drive
Apollo, PA 15613

Dawn Vasquez
839 Night Street #2
Allentown, PA 18102

Dawn Wilcox
469 Ridge Road
Lewisberry, PA 17339

Dawna Roederer
130 Central Avenue
Athens, OH 45701

Dawnee L Sloan
207 Jucunda Street
Pittsburgh, PA 15210

Dawnette Lounds Culp
4543 Garden Hills Drive
Stone Mountain, GA 30083

Dayna L Kellett
91 Back Street
Mary D, PA 17952

Dayse Mariano Duci
327 Lighthouse Way
Myrtle Beach, SC 29577

Dean  Curry
4744 Stone View Ct
Powell, OH 43065

Dean  Greenbell
6718 S Indian Wells
Goodyear, AZ 85338

Dean A Entrekin
1507 Doyle Drive
Downingtown, PA 19335

Dean A Nevill
211 Craig Street
New Brighton, PA 15066

Dean A Willis Jr
1592 Reiser Road
Mansfield, OH 44905

Dean Bacalzo
275 West Third Avenue Drive
Broomfield, CO 80020

Dean Betz
540 E Betsy Lane
Chandler, AZ 85296

Dean Dierdorf
2529 Fallen Oak Circle NE
Massillon, OH 44646

Dean Durham
2 Deer Harbour Ct
Columbia, SC 29229

Dean E Kitchen
321 Brumfield Road
Lancaster, OH 43130


DeAn Fox Blanton
343 Shiloh Unity Road
Lancaster, SC 29720


Dean K Chatkin
274 Lodestone Ct
Westminster, MD 21158


Dean M Clawson
Pipe Town Road Box 113
Hostetter, PA 15638


Dean Mark Requidan
498 Hainesworth Drive
Charleston, SC 29414


Dean Marucci
4734 Havana Drive
Pittsburgh, PA 15239

Dean McMahan
153 Moody Ridge Road
Belpre, OH 45714


Dean R Carlson
1002 Monongahela Street
Belle Vernon, PA 15012


Dean R Maser
1564 South Jefferson Ct
Lancaster, PA 17602


Dean Wills
1592 Reiser Drive
Mansfield, OH 44905


Deangelio Kelly
9215 Lumberjack Road
Nashville, TN 37214


Deann Barrett
1617 Englishtown Rd
Old Bridge, NJ 08857

Deann L Davis
736 E Judson Avenue
Youngstown, OH 44502


Deann Wheelock
1005 Nighhawk Lane
Mount Juliet, TN 37122


Deanna Bundy
105 Burtha Avenue
Donora, PA 15033


Deanna G Fye
3243 West 43rd Street
Erie, PA 16506


Deanna J Schnarrs
146 Montgomery Dr
Harleysville, PA 19438


Deanna Kennedy
1625 Mill Street
Chesterhill, OH 43728

Deanna L Hunter
4474 Tomahawk Road
Prairie Valley, KS 66208


Deanna L Tavares
2014 48th Street NE
Canton, OH 44705


Deanna Law
8096 Del Laton Drive
Scottsdale, AZ 85258


Deanna M Burge
31 Brownfield Lane
Uniontown, PA 15401


Deanna M Sall
57878 Main Street
Martins Ferry, OH 43935


Deanna Posada
115 Dedham Drive
Rockvale, TN 37153

Deanna Scherer
308 East 20th Street
Dover, OH 44622


Deanna Spensieri Rice
158 David St
Staten Island, NY 10308


Deanna Wright
716 Cribbs Street
Greensburg, PA 15601


Deanne  Burford
320 Kentons Way
Franklin, TN 37067


Deanne Vasquez
1114 Patton Avenue
Monessen, PA 15062


Deatrice A Pearson
211 Third Street
Braddock, PA 15104

Deb Dietz
449 Ramsgate Drive
Gibsonia, PA 15044


Deb Hoffman
4004 Saranac Dr
Sharpville, PA 16150


Debbie A Rhymer
104 River Bluff Way
Bluff City, TN 37618


Debbie Bassett
5525 E Lincoln #109
Paradise Valley, AZ 85253


Debbie Dawson
125 Wilder Drive
Signal Mountain, TN 37377


Debbie Dean
7 Hunter Lane
Chaddsford, PA 19317

Debbie G Young
409 Floyd Street
Newberry, SC 29108


Debbie Gordon
209 10th Avenue South Ste.322
Nashville, TN 37201


Debbie Hook
17420 Old Town Road SE
Oldtown, MD 21555


Debbie Lupariello
4295 Ebenezor Rd
Cincinnati, OH 45248


Debbie Reynolds
12 Spring Street
Drayton, SC 29333


Debbie Walker
7435 Fox Glenn
Olive Branch, MS 38654

Debby A Langley
413 1/2 Sassafras St
Millville, NJ 08332


Debby Gonzalez
1444 E Luzerne Street
Philadelphia, PA 19124


Debby Reith
7203 Barton Road
Olmsted Township, OH 44138


Debi Shawl
2533 North 87 Way
Scottsdale, AZ 85257


Debora H Welch
125 Old US Highway 33
Shade, OH 45776


Debora L Forish
832 S Main Street
Greensburg, PA 15601

Debora Martinez
508 Cleveland Avenue
Athens, TN 37303


Deborah  Comley
1179 Sarah St
Bethel Park, PA 15102


Deborah  Hensel
PO Box 86
Granger, TX 76530


Deborah  Leighty
491 Olde Mill Drive`
Westerville, OH 43082


Deborah  Myers
2414 Adelaide Dr
Thompsons Station, TN 37179


Deborah  Wilmering
1165 Foxwood Lane
Baltimore, MD 21221

Deborah A  Johnson
1302 Edgewood Lane
Streetsboro, OH 44241


Deborah A Brannan
345 Nemoral St
Warminster, PA 18974


Deborah A Cain
712 Redford Avenue
Columbus, OH 43207


Deborah A Dandridge
18 Roselann Avenue
Lancaster, PA 17613


Deborah A Djbrilla
173 West Vine St
Shiremanstown, PA 17011


Deborah A Duche
217 Mary Ellen Road
North Versailles, PA 15137

Deborah A Fenchalk
817 Isobel Street
Harwick, PA 15049


Deborah A Hernandez
13610 Augusta Hooe Road
Upper Marlboro, MD 20772


Deborah A Hromanik
515 Tomahawk Drive
Elizabeth, PA 15037


Deborah A Hubbard
37 West Main St
Jacksonville, Oh 45740


Deborah A MacDade Hendricks
201 Appletree Drive
Levittown, PA 19055


Deborah A Wells
510 Tyler Street
Columbia, SC 29205

Deborah A Williams
125 Chancery Lane
Columbia, SC 29229



Deborah Bartalini
27 Avon Circle  #D
Rye Brook, NY 10573



Deborah Bosley
5019 Miller Station Rd
Hampstead, MD 21074



Deborah Brown
3006 Robinwood Drive SW
Lordstown, OH 44481



Deborah Burch
3318 North Decatur Blvd #1094
Las Vegas, NV 89130



Deborah Conwell
1804 Woodmont Avenue
Arnold, PA 15068

Deborah Corbin
34294 Union Ridge Road
Albany, OH 45710


Deborah Curigliano
663 Patterson Avenue
Bridgeville, PA 15017


Deborah DeChurch
651 Guy Avenue
DuBois, PA 15801


Deborah Dunn
1456 Kueber Boulevard NE
Massillon, OH 44646


Deborah E Laskey
454 Freeport Rd
Pittsburgh, PA 15238


Deborah Eileen Owens
1535 Barrett Rd
Woodland, PA 16881

Deborah Evans
1895 Old Elmore Rd
Crossville, Tn 38572


Deborah Hamilton
777 Cherrytree Rd  Apt C51
Upper Chichester, PA 19014


Deborah Heiler
3125 S South Road
Ocean View, NJ 08230


Deborah Houbbadi
114 Chestnut Hill Rd
Oak Ridge, TN 37830


Deborah J LaValla
1733 Claredon Avenue  NW
Canton, OH 44708


Deborah J McGinnis
305 W Murphy Ave
Connellsville, PA 15425

Deborah J Shaffer
PO Box 206  Cleveland St
Hyndman, PA 15545


Deborah J Wilson
1512 Olympic Circle East  Apt 3
Whitehall, PA 18052


Deborah Jones
1 Adams Avenue
Warminster, PA 18974


Deborah Kotsol
309 S Broad Street
Canfield, OH 44406


Deborah L Davis
5034 15th Street SW
Canton, OH 44710


Deborah L Gaul
343 Blaker Drive
East Greenville, PA 18041

Deborah L Kaylor
4279 Edenburg Rd
New Castle, PA 16102

Deborah L Kline
1552 Tower Road
Mohrsville, PA 19541

Deborah L Martin
104 Yale Drive
Lower Burrell, PA 15068

Deborah L Paskins
910 Garfield Avenue
Lancaster, OH 43130

Deborah L Strapple
418 Hartford Stuare
Lower Burrell, PA 15068

Deborah L Temple
130 Hahn Road
Westminster, MD 21157

Deborah Little
1341 Whittler Street NE
North Canton, OH 44721


Deborah M Franey
146 Canterbury Crossing
Fort Mill, SC 29708


Deborah M Franklin
4450 13th Street NW
Canton, OH 44708


Deborah M Offen
631 Pine Street
Ambridge, PA 15003


Deborah M Summers
725 Heslep Avenue
Donora, PA 15033


Deborah Malinics
197 E Evergreen Avenue
Philadelphia, PA 19118

Deborah Martin
118 Blackburn Avenue
Nashville, TN 37205


Deborah McConnell
7837 Spartanburg Street
Las Vegas, NV 89149


Deborah Minetti
67 Ohlin Dr
News Middleton, OH 44442


Deborah Mottle
212 North Cadillac Drive
Boardman, OH 44512


Deborah Murray
601 E Colliery Avenue
Tower City, PA 17980


Deborah Panetta
112 N. Midland Avenue
Norristown, PA 19403

Deborah Plesset
322 Penn Vista Drive
Pittsburgh, PA 15235


Deborah Polce
320 Rolling Hills Rd.
Freedom, PA 15042


Deborah R Lain
1232 Meadow Lane
Liberty, MO 64068


Deborah Reed
1000 Newbold Street PO Box 112
Tuscarora, PA 17982


Deborah Reidy
6 Hollyberry Ave
Egg Harbor Twp, NJ 08234


Deborah Riggs
5 Rosewood Lane
Sewell, NJ 08080

Deborah Smerker
61 Brookside Boulevard
Pittsburgh, PA 15241

Deborah Smith
4819 Rosetta Street
Pittsburgh, PA 15224

Deborah Soule
4126 21st Street SW
Canton, OH 44706

Deborah Tucker
1015 Rosalie St
Philadelphia, PA 19149

Deborah Twyman
2456 Philadelphia Drive
Dayton, OH 45405

Deborah Wilkes
761 Leath Street
Memphis, TN 38107

Deborra L Jones
PO Box 8181
Phoenix, AZ 85066

Debra  Bailey
9338 Campus Lane
Philadelphia, PA 19114

Debra  Dailey Gallivan
425 Falling Rock Way
Greenville, SC 29615

Debra A Walker
210 Penn Ave
Pittsburgh, PA 15210

Debra Ann Talley
564 Wetzel Rd.
Pittsburgh, PA 15209

Debra Catalano
4215 Fairland Road
Philadelphia, PA 19154

Debra Cottrell
371 South Rock Road
Mansfield, OH 44903


Debra D Hallom
4612 N Mill Port Cove #1
Memphis, TN 38116


Debra Daily
828 Troy Drive
Dayton, TN 37321


Debra E Hallahan
2004 Adams Street
Greensburg, PA 15601


Debra Edwards
30 Battle Ridge Lane
Nolensville, TN 37135


Debra Gobble
1008 E Griswold
Phoenix, AZ 85020

Debra Henry
816 Columbus Road NW
Canton, OH 44708

Debra Hernandez
19 Bellevue Avenue
Woodbury, NJ 08096

Debra J  Landis
7540 Cheverton Circle NW
Massillon, OH 44646

Debra J Blystone
PO Box 105   340 Steele Road
Marion Center, PA 15759

Debra Johnston
3491 Washington Avenue
Finleyville, PA 15332

Debra K Cowden
168 Cowden Road
Burgettstown, PA 15021

Debra K Gray
1806 Treemont SE
Massillon, OH 44646


Debra Kouse
6670 St Rt 68N
Bellefontaine, OH 43311


Debra Koval
1629 Freeport Road
Kittanning, PA 16201


Debra Kroger
6614 Hollowview Trail
Centerville, OH 45458


Debra L Bruni
103 Arizona Dr
Lower Burrell, PA 15068


Debra L Howard
2324 Woodstock
Pittsburgh, PA 15218

```
Debra L Musser
126 Mayfield
Lititz, PA 17543




Debra L Stevens
205 West Wilson St
Bryant, IN 47326




Debra L Washburn
1110 White Dawn Lane
Mechanicsburg, PA 17055




Debra L West
5138 Dearborn Street
Pittsburgh, PA 15224




Debra L Wolfe
4007 Stiffler Hill Road
Cherry Tree, PA 15724




Debra Lawrence
228 Tremont Avenue
Greensburg, PA 15601
```

Debra Lombardo
39 Pittston Avenue
Yatesville, PA 18640


Debra Peterson
2067 North Villas Lane
Chandler, AZ 85224


Debra Petrosky
6 Homestead Drive
Millville, NJ 08332


Debra Pinion
501 West Charles
Bucyrus, OH 44820


Debra Roggenkamp
10 Michelle Lane
Bayville, NJ 08721


Debra S Harris
1030 County Road 30A
Ashland, OH 44805

Debra S Shoemaker
3637 Willow Road
Erie, PA 16505

Debra Sanders
502 B East Goepp Street
Bethlehem, PA 18015

Debra Schiff
776 Eves Drive
Hillsborough, NJ 08844

Debra Seeley
31 Lake Drive
Parkersburg, WV 26104

Debra Selmon
158 Beharn Ridge Road
West Alexander, PA 15376

Debra Shaw
337 Nantmeal Road
Glenmoore, PA 19343

Debra Trent
4876 Marco Polo Street
N Las Vegas, NV 89031


Debra Weidleman
3832 Taft Avenue NE
Canton, OH 44705


Debra Weiss
616 Ramah Road
Millville, NJ 08332


Debra Wells
42375 Halstom Road
Hammond, LA 70403


Debra Welsh
5016 Impala Drive
Murrysville, PA 15668


Debra Williams
14 Knox Avenue
Monessen, PA 15062

Debra Zarbaugh
1604 Fift Ave
Arnold, PA 15068


Debrah Varner
47 Quail Hill Drive
Alum Creek, WV 25003


Debraha Feenerty
1903 Grandview Road
Glendale, WV 26038


Debria Zankel
900 First Street 1st Floor
McKeesrocks, PA 15136


Dee S McKendrick
5122 Kylock Road
Mechanicsburg, PA 17055


Deedee M Wright
712 E 2nd St 1st Fl
Erie, PA 16503

Deek Glotfelty
48280 State Route 78
Clarington, OH 43915

Deena C Kolarik
616 Ancient Mayan
Henderson, NV 89015

Deena K Shattuck
400 Autumnwood Drive
Whitehouse, TN 37188

Deepak Chowdhary
2801 Cypress Bend Road
Florence, SC 29506

Deidra B King
7082 S Star Drive
Gilbert, AZ 85297

Deidre Gilmore
28 Sharpless Blvd
West Hampton, NJ 08060

Deion M Hickman
14 Williams St
Rio Grande, NJ 08242

Deirdre E Benoit
2500 Eastshore Dr  No F
Reno, NV 89509

Deirdre Shehane Stroud
902 Duckwood Road
Lancaster, SC 29720

Dejoyce S Hall
7211 Smithfield Road
Columbia, SC 29223

Del Dausman
402 Rockledge Dr
Sewickley, PA 15143

Delaine Deer
1457 Simmons St.
Mount Pleasant, SC 29464

Delana McGee
240 E. Meyers Street
Pittsburgh, PA 15210


Delandrian Wright
453 96 Hwy
Greenwood, SC 29649


Delbert Chaney
3150 Marshfield Rd
Albany, OH 45710


Delbert Waldeck Jr.
11 Spring Street
Glouster, OH 45732


Delia E Sanchez
542 Palm St
Lancaster, PA 17602


Delilah Burger Entry
153 Saddlebrook Road
Lexington, SC 29072

Delilah P Lopez
184 W Morelos
Chandler, AZ 85224

DeLinda C Fields
113 Thomas Holman Circle
Springfield, TN 37172

Dell Business Credit
P.O. Box 5275
Carol Stream, IL 60197-5275

Della Hoskins
5769 Co Road 11
Bellefontaine, OH 43311

Della M Martinez
924 Wabash Avenue
Youngstown, OH 44502

Della Mellis
1732 Santee Street
Charleston, SC 29412

Delletha Murphy
1375 Spring Village Dr
Mansfield, OH 44905


Delmar Hall
9695 Staudt Road
Union City, OH 45390


Delmeka S Carter
204 3rd Ave
Aliquippa, PA 15001


Delores A Felder
103 Iverness
Summerville, SC 29483


Delores Ann Barb
311 Sharp Hollow Road
Bluff City, TN 37618


Delores Chism
13332 Sonnett Cove
Memphis, TN 38134

Delores Coleman
6133 North Marshall Street
Philadelphia, PA 19120


Delores DeMore
4235 W Morton
Phoenix, AZ 85051


Delores Leach
3406 Finley Chapel Road
Wellston, OH 45692


Delores Ledford
3230 Centenial  Lot 8
Sylvania, OH 43560


Delores M Holcomb
2523 Peach St  PB 4075
Erie, PA 16512


Delores Miller
3729 Peters Mountain Road
Halifax, PA 17037

Delores Roppelt
135 Adlin Avenue
Houston, PA 15342


Delores T Hatcher
217 W Anna St
Cape May Court House, NJ 08210


Delores Turner
RT 2 Box 219A
Pennsboro, WV 26415


Delores Wright
5067 Rosecrest Dr
Pittsburgh, PA 15201


Delphine Orsat
8721 Santa Monica Blvd #327
West Hollywood, CA 90069


Demareio Champion
826 Finley View Drive
Rock Hill, SC 29730

DeMarie Sanchez
1563 East 9th Street
Bethlehem, PA 18015

Demaris  Morales Flores
6912 Hegerman Street
Philadelphia, PA 19135

Demetra K Lahanis
2128 Hollywood Street
Warren, OH 44483

Demetria Hubbard
995 Garfield Ave.
Alliance, OH 44601

Demetrius Martin
15915 Kipling Ave
Cleveland, OH 44110

Demetrius Thompson
3344 Woodford Road
Cincinnati, OH 45213

Demian Packett
5039 Cattail Court
Dayton, OH 45431


Dena C Sharpe
231 Brookside Rd
Norristown, PA 19401


Dena Gray Magwood
3181 Murraywood Road
Johns Island, SC 29455


Denis A Souers
3511 Rexdale Street  SW
Canton, OH 44706


Denise  Exley
946 Ivy Lane
Pottstown, PA 19464


Denise  Johnson Wilhelm
603 King Street
Perryopolis, PA 15473

Denise  Warters
153 Dix Dr  Apt 11
North Versailles, PA 15137

Denise A Baker
46310 Kayann Lane
New Waterford, OH 04445

Denise A Barron
108 Fisk Avenue  Apt 2
Pittsburgh, PA 15202

Denise Albright
2006 Aspen Ridge SE
Cedar Rapids, IA 52403

Denise Baye
805 Wildel Avenue
New Castle, DE 19720

Denise Bozentka
808 Main St
Edwardsville, PA 18704

Denise Brooks
1311 Tyne Boulevard
Nashville, TN 37215

Denise Brooks
758 Farmdale Road
Mount Joy, PA 17552

Denise Brown
6835 Chew Avenue
Philadelphia, PA 19120

Denise Carlton
1406 8th Street NW
Canton, OH 44707

Denise D Oaks
722 Mt Pleasant Road
Pittsburgh, PA 15214

Denise Dando
455 Elm Street
Indiana, PA 15701

Denise Darcel Turner
5167 Kings Oasis Way
Bartlett, TN 38135

Denise DeLoach
1905 Beech Street #25
Pittsburgh, PA 15221

Denise Duncan
18701 County Road #12
Rawson, OH 45881

Denise Dunn
302 Old Course Loop
Blythewood, SC 29016

Denise Evans
61 Winnsboro Arms Apt 10
Winnsboro, SC 29180

Denise Fordyce
11239 Harvey Road
Emmitsburg, MD 21727

Denise Greenwalt
424 Berkley Lane
Greensburg, PA 15601


Denise J Shaffer
114 Bucklick Rd
Uniontown, PA 15401


Denise Johnson
843 Berekley St  Apt B
Newmilford, NJ 07646


Denise Kuperminc
301 Roslyn Road
Richmond, VA 23226


Denise L Allen
1365 Harlow Street
Pittsburgh, PA 15204


Denise M Terrell
304 Carla Dr
Pittsburgh, PA 15238

Denise Mitchell
10324 Lettuce Leaf
Las Vegas, NV 89183


Denise Naugle
16 Seltzer Avenue
Shelby, OH 44875


Denise Orrison
12 West Newport Road #1
Lititz, PA 17543


Denise R Lefeld
232 N Sycamore
St Henry, Oh 45883


Denise Russell
510 Acorn Dr
Easton, PA 18040


Denise Smith Jennings
1401 Longcreek Drive Apt 504D
Columbia, SC 29210

Denise Somerville
512 Friendship Avenue
McKees Rocks, PA 15135

Denise Sweeney
5249 Carnegie St
Pittsburgh, PA 15201

Denise Taylor
951st George Street
East Liverpool, OH 43920

Dennie J Johnson
174 West Glendale St
Bedford, OH 44146

Dennis  Falkowski
10385 Rue Mont Grenoble
San Diego, CA 92131

Dennis  Fumanti
1543 Monsey Ave
Scranton, PA 18509

Dennis  Kirkman
2572 S Adams Street
Denver, CO 80210

Dennis  Natale
2225 Rexdale Drive SW
Canton, OH 44706

Dennis  Williams
141 Clingar
Hubbard, OH 44425

Dennis A Doggett
531 First Street
Charleroi, PA 15022

Dennis A Johnson
517 10th Street
Monessen, PA 15062

Dennis B Stoner
1130 S Green St
Palmyra, PA 17078

Dennis Balogh
450 Nibert Rd
Indiana, PA 15701

Dennis Behm
5567 Viewpoint Dr
Dayton, OH 45459

Dennis Bielinski
27016 Midland Road
Bay Village, OH 44140

Dennis C Gabel
P.O. Box 515
Bristol, PA 19007

Dennis Cowley
1349 Cushmore Road
Southampton, PA 18966

Dennis Crawford
11909 Forest Ave
Cleveland, OH 44120

Dennis Davis
430 Hunter St AptA
Gloucester City, NJ 08030

Dennis DeCost
211 Girard Avenue SE
Canton, OH 44707

Dennis Deegan
266 Venetian Drive
Easton, PA 18040

Dennis Dent
311 Wild Turkey Lane
Soddy Daisy, TN 37379

Dennis Deyarmin
1550 Greenwich Road
Cherry Tree, PA 15724

Dennis Drake
906 Highland Avenue
Bellefont, DE 19809

Dennis E Barnes
106 Carol Street
N Cambria, PA 15714


Dennis E Boyd
311 Ramsgate Drive
Gibsonia, PA 15044


Dennis E Hernandez
2475 Grand Avenue
Bellmore, NY 11758


Dennis E Ireland
111 Lee Avenue
Jackson, OH 45640


Dennis E Lawson
36807 Lime Bank Road
Logan, OH 43138


Dennis Falkowski
33 Norfield Road
Weston, CT 06883

Dennis Flege
7543 Tanglewood Lane
West Chester, OH 45069


Dennis Franks
40 Little Mingo Road
Finleyville, PA 15332


Dennis G Chapman
313 Upper Drennan Road
New Kensington, PA 15068


Dennis G Troyer
2547 TR 176
Baltic, OH 43804


Dennis Gray
215 S State St
Dubois, PA 15801


Dennis Gronski
250 Route 66
Delmont, PA 15626

Dennis Guthery
6127 West Kings Ave
Glendale, AZ 85306


Dennis Howell
416 1 2 Second Street NE
Massillon, OH 44646


Dennis J Fiore
10 Tracy Drive
Doylestown, PA 18901


Dennis J Skrajewski
261 Spring Run Lane
Downington, PA 19335


Dennis J Smerbeck
508 Mayflower Crossings   Apt 552
Wilkes Barre, PA 18702


Dennis J. Hoover
3928 Lake Run Blvd
Stow, OH 44224

Dennis Jasper Jr
401 E Market St
Clearfield, PA 16830


Dennis Jones
4118 Western Avenue
Woodward, OK 73801


Dennis Kelly Jr
70 North Harrison Ave
Pittsburgh, PA 15202


Dennis L Beatty Jr
1378 Fifth Ave
Arnold, PA 15068


Dennis Lee
921 East Willow Circle
Payson, AZ 85541


Dennis Lepera Jr
536 Gordon Street
Reading, PA 19601

Dennis M  McDonald
4400 Grand Ceantral Ave  34
Vienna, OH 26105

Dennis M Hall
3458 Green Leaf Dr
Mount Joy, PA 17552

Dennis M McCrea
855 Freeland St
Pittsburgh, PA 15210

Dennis M McTeir
1258 Orangewood Avenue
Pittsburgh, PA 15216

Dennis McCarthy
716 Mt Carmel Rd
Nashville, TN 37205

Dennis Morgan
3675 S. Rainbow #1071-110
Las Vegas, NV 89103

Dennis Nornhold
One Laurel Drive
Enola, PA 17025


Dennis O'Shea
903 Buford Place
Nashville, TN 37204


Dennis P Hillary
411 South Avenue  PO Box 86061
Williamsburg, PA 15221


Dennis Pratte
1074 East Locust Dr
Chandler, AZ 85286


Dennis R Himes
1105 Jacob Circle
Scottdale, PA 15683


Dennis R Lane
1149 Michigan Street
Bellefontaine, OH 43311

Dennis Robbins
706 Roantree Drive
Brentwood, TN 37027


Dennis Roberts
163 Lakesview Circle
Valentines, VA 23887


Dennis Rosser Jr.
37358 Vales Mill Rd.
Radcliff, OH 45695


Dennis Rowe
3001 Glenmahr Avenue
Pittsburgh, PA 15204


Dennis Satyr
108 Ebony Court
Brooklyn, NY 11229


Dennis Scull
28 Pine Street
Force, PA 15841

Dennis Simpson
4958 Cloverhill Drive
Murfreesboro, TN 37128

Dennis Stevenson
7045 Fort Amanda Road
Lima, OH 45606

Dennis Tishko
7560 Wills Run
Blacklick, OH 43004

Dennis W Baker
28659 Blackjack Rd
Logan, OH 43138

Dennis W Martin
4258 Loop Rd
Waterford, PA 16441

Dennis Wade
9833 Fillinger Road
Cranesville, PA 16410

Dennis Wilson
207 Muenster Road
Saint Marys, PA 15857

Dennis Wright Jr
506 Northview Drive
Bexley, OH 43209

Dennis Zbinden
6565 Dale Avenue
Massillon, OH 44646

Denny L  Miller
131 Rudy Rd
Masnfield, OH 44903

Denosha Ward
777 Rockdale Street
Rock Hill, SC 29730

Denton Stacey
718 Main St  Rd 5
Ashland, OH 44805

Denzil E Lilly
14375 Shade Road
Shade, OH 45776


Denzil Peters
1210 Breeden Road
Charlotte, TN 37036


Deon Nick
2175 Kweteng Drive
Mt. Pleasant, SC 29464


Dereck W Poole
440 Ruxton Street
Pittsburgh, PA 15211


Derek  DiMeo
14 Photinia Drive
Newark, DE 19702


Derek  Drake
1047 Mansker Farms Blvd
Hendersonville, TN 37075

Derek A Andrews
314 Knoedler Dr Apt 2
Pittsburgh, PA 15236


Derek A Landfair
2862 Freedom Trail
Reynoldsburg, OH 43068


Derek Allen Broughton
1268 Cheraw Rd
Cassatt, SC 29032


Derek Campos
6819 Dartworth
Parma, OH 44129


Derek Delong
114 Montieth Avenue
West Lawn, PA 19609


Derek Driggs
259 East 100 North
Bountiful, UT 84010

Derek Favers
726 California Avenue Apt 2
Pittsburgh, PA 15202


Derek Grieco
5 Floral Street
Windham, NH 03087


Derek Handley
805 Cranberry Drive
Monroeville, PA 15146


Derek K French
1065 East Broadway
Leisenring, PA 15455


Derek L Foster
4101 Lake Street
St Paris, OH 43072


Derek M Emrick
16615 E Gunsight #102
Fountain Hills, AZ 85268

Derek Musgrove
PO Box 1219
Pine Knot, KY 42636


Derek Pierce
15 Pin Oaks Drive
Phoenixville, PA 19460


Derek T Dunn
530 S Baltimore
Derby, KS 67037


Derell Sills
2179 Clay Stone Place
Reynoldsburg, OH 43868


Deric Beier
2622 Mary's Lane
Rensselaer, IN 47978


Derik Rutten
10250 Porter Lane
Athens, OH 45701

Deron Bearden
2416 Crane Ct
N Las Vegas, NV 89084

Derric L Porter
319 West Twelfth Street
Columbia, TN 38401

Derrick Bryant
1201 Shawnette Rd
Collinwood, TN 38450

Derrick C Reed
6215 Jamestown Avenue
Horn Lake, MS 38637

Derrick Clark
1314 S Wilton Street
Philadelphia, PA 19143

Derrick Fontaine
1700 Butler Pike Apt 321A
Conshocken, PA 19428

Derrick Foster
9975 n 131 Place
Scottsdale, AZ 85250

Derrick L Logan
1860 Greentree Place SE
Massillon, OH 44646

Derrick M Tibbs
1539 Needmore Road
Old Hickory, TN 37138

Derrick Mains
831 WestSan Marcos
Chandler, AZ 85225

Derrick Merritt
123 Richardson Way
Maynardville, TN 37807

Derrick Moore
741 Work Drive
Nashville, TN 37207

Derrick Norris
4131 Mapleton Street SE
Canton, OH 44707

Derrick Oree
2313 Wellbrook Road
Columbia, SC 29223

Derrick P Tulloch
17502 Magma Court
Hagerstown, MD 21740

Derrick Peppers
3004 Casa Drive
Nashville, TN 37214

Derrick Stewart
3101 Rosedale Blvd
Louisville, KY 40220

Derrick Williams
4055 Trudy Street
Memphis, TN 37128

Derrik T Pannell
1580 Kenwick Rd
Columbus, OH 43209

Derwood Kogler
RR 1 Box 289D
Falls, PA 18615

Desiree L Cox
921 Emma St
Lebanon, PA 17042

Desiree M Brusco
216 Hoffman Heights
Greensburg, PA 15601

Desiree Smith
241 Broad Street
Saint Clair, PA 17970

Desonda L Hughes
417 Hillview Street
Duquesne, PA 15110

Despina E Xenakis
2014 Pembrook Drive
Glenshaw, PA 15116

Dessiree L Whitlow
PO Box 23  Fishpot Rd
Vestaburg, PA 15368

Detief Flocke
529 Inwood Dr
Mansfield, OH 44903

Detra L Rotundo
315 E Union Boulevard
Bethlehem, PA 18018

Dev Sharma
1518 W Willow Ridge
Phoenix, AZ 85041

Devaughn Randolph
603 Washington St
Aliquippa, PA 15001

Devaughn Williams
718 Virginia Avenue
Rochester, PA 15074


Devika Kumar
401 Bowling Avenue  Unit #1
Nashville, TN 37205


Devin  Cox
284 East Kercher Avenue
Lebanon, PA 17046


Devin Barclay
51 West Blenkner Street Apt 107
Columbus, OH 43215


Devin Johnson
N 15292 County Road K
Galesville, WI 54630


Devin M Foster Clark
112 Springdale Lane
Millersville, PA 17551

Devin McCane
Twelve Trees Lane  Lot 1
Vanceburg, KY 41179

Devin Milliken
122 Ulisky Lane
Worthington, PA 16262

Devlin Moreland
1925 Third Avenue
New Brighton, PA 15066

Devon Maness
181 Rice Rd
Brownsville, TN 38012

Devon Washington
2810 Shipley Road
Philadelphia, PA 19152

Devrin Kuipers
140 Outer Drive
Oak Ridge, TN 37830

Devynn Creitz
15377 Norwood Avenue
Blue Ridge Summit, MD 17214

Deward Spellman
7017 Wheeler Street
Philadlphia, PA 19142

Dewarren Mashode Compton
120 Carlyle Circle
Goldsboro, NC 27530

Dewayne D Cohen
RR 3 Box 158
Pleasant Unity, PA 15676

Dewayne E Grady
2361 Uriah Place
Murfreesboro, TN 37129

Dewayne Holmes
1255 Eddy Scamp City Road
Arab, AL 35016

Dewayne Simmons
205 Rae Street
Lake City, SC 29560

Dewey H Caldwell
1327 Robin Avenue
Salem, OH 44460

Dewey J  Wakefield
4411 Teesdale St
Philadelphia, PA 19136

Dewey Richmond  Jr
6639 Evergreen Wood Dr
Huber Hts, OH 45424

Dexter Kimsey
3931 Stonebriar Lane
Duluth, GA 30097

Dexter L Smith
38 Hampton Gate Dr
Sicklerville, NJ 08081

Dexter R Casta
461 Gypsy Lane #8
Youngstown, OH 44504


Deyra Robles Tapia
1970 Veterans Highway #M32
Levittown, PA 19056


Dezso  Kovesi
1470 Wagar Road #103
Rocky River, OH 44116


Dhanamjay Adoni Babu
1522 E Southern Ave  201B
Tempe, AZ 85282


Dhaval  Vaishnav
39900 Finley Dr
Canton, MI 48188


Di Liu
126 Piedmont Trail Road
Clarksburg, MD 20871

Diah Maglish
5253 Sandstorm
Las Vegas, NV 89142


Diamond Pearl Robinson
2618 Nutmeg Ct
Mays Landing, NJ 08330


Diana  Pollack
10404 Edgepark
Garfield Heights, OH 44105


Diana  West
5 Coventry Lane
Athens, OH 45701


Diana Ahlers
421 Park St
St Henry, OH 45883


Diana C Attaway
421 Boundary Street
Newberry, SC 29108

Diana C Ritenour
36 Riviera Terrace  PO Box 224
Dilliner, PA 15327

Diana Coleman
414 Pleasant Street
Ashland, OH 44805

Diana D Maynard
122 Oak Brook Drive
Liberty, SC 39657

Diana E Mathis
422 Hamilton NE
Canton, OH 44704

Diana Glover
433 Santa Paula Dr
Grand Prairie, TX 75052

Diana H. Fisketjon
5390 Parker Branch Road
Franklin, TN 37064

Diana K Cutting
2100 Bravo ST
Las Vegas, NV 89108

Diana Kelley
6925 Maplebrook Ave NE
East Canton, OH 44730

Diana Kimes
55498 4th Ave
Reedsville, OH 45772

Diana Kittle
3601 St Rt 703 #84
Celina, OH 45822

Diana L Allen
244 Fifth Avenue
Mansfield, OH 44905

Diana L Bailey
402 McGill Street
Orrville, OH 44667

Diana L Channels
48084 Moore Rd
East Liverpool, OH 43920


Diana L Cook
342 E Main Street  PO Box 387
St Henry, OH 45883


Diana L Krise
616 N Maple Avenue
Ridgway, PA 15853


Diana L Lilly
14375 Shade Road
Shade, OH 45776


Diana Petty
1138 Patton St
Troy, OH 45373


Diana Stupak
3119 Brunot Avenue
Pittsburgh, PA 15201

Diana Veglia
355 W 7th St
Salem, OH 44460


Diana Wallace
800 Willopenn Drive
Southampton, PA 18966


Diana Worman
118 Lennon Circle
Telford, PA 18969


Diane  Adams
PO Box 633
Ridgeville, SC 29472


Diane  Adney
39642 Highview Dr
Oakhurst, CA 93644


Diane  Bass
9648 Sioux
Redford Twp, MI 48239

Diane  Morgan
123 County Road 889
Etowah, TN 37331



Diane Arbuckle
2925 W Maryland Ave
Phoenixville, AZ 85017



Diane Bagshaw
4949 Division Hwy
East EArl, PA 17519



Diane Benson
4908 Barrie Street NW
Canton, OH 44708



Diane Boso
9737 Snortin Ridge Road
Lancaster, OH 43130



Diane Brown
726 Belfast Road
Newberry, SC 29108

Diane C Hildenbrand
124 Carriage Drive
Pittsburgh, PA 15237

Diane Celidonia
2416 Hamilton Avenue
Glenshaw, PA 15116

Diane Dansevicus
4069 Dalewood Street
Pittsburgh, PA 15227

Diane Dawes
5130 Earlsdale Road
Pittsburgh, PA 15234

Diane E Henson
5765 Lake Cable Avenue NW
Canton, OH 44718

Diane F Allison
PO Box 194
Henryville, PA 18322

Diane Fleming
306 Legare Street
Latta, SC 29565


Diane Foster
550 Bilper Avenue Apt 6717
Lindenwold, NJ 08021


Diane J Kellenberger
502 E Locust Street
Fleetwood, PA 19522


Diane J Mariani
4 Wellington Road
Pittsburgh, PA 15221


Diane J Polcovich
5111 South Hickory St
Mount Carmel, PA 17851


Diane Johnson
639 7th Ave.
Bethlehem, PA 18018

Diane Jones Johnson
919 Sassafrass Drive
Millville, NJ 08332


Diane K Nelson
16835 E Alamosa  Unit A
Fountain Hills, AZ 85268


Diane K Wingerson
238 South 89 Street
Mesa, AZ 85208


Diane L Bresler
6301 Westfall Rd
Lancaster, OH 43130


Diane L Dixon
5651 South Lamont Road
Springfield, TN 37172


Diane L Greer
305 Buffalo Ridge
Louisville, OH 44641

Diane L McCarty
220 Ridgewood Dr
Boardman, OH 44512

Diane Landsberger
3274 E. S. Range Road
New Springfield, OH 44443

Diane M Cross
2153 S Live Oak Drive
Moncks Corner, SC 29461

Diane M Palmer
618 North Broad St
Lancaster, OH 43130

Diane M Rabatin
2109 Saint Elmo NE
Canton, OH 44714

Diane Moultrie
6529 Van Dike Street
Philadelphia, PA 19135

Diane Nagy
4104 Harvard Road
Erie, PA 16509


Diane Nuske
3812 Root Avenue
Canton, OH 44705


Diane O Keehl
18723 Brewster Rd
Chagrin Falls, OH 44023


Diane Penn
200 Marvin Road
Shicisshinny, PA 18655


Diane Raffa
339 Winona Lakes
East Stroudsburg, PA 18301


Diane Reese
317 Layfield Road
Perkiomenville, PA 18074

Diane Reynolds
2038 Lake Road
Ridgeway, SC 29130

Diane Roach
8407 B New Jersey Avenue
Wildwood, NJ 08260

Diane Rose
3164 Ridgeway Road
Dayton, OH 45419

Diane S McFadden
109 Schley St
Newark, NJ 07112

Diane Smith
27740 Tomball Parkway
Tomball, TX 77375

Diane Smith
115 Canton Court
Goodeettsville, TN 37072

Diane Smith
27740 Tombau Pkwy
Tom Ball, TX 77375

Diane Stile
67 Horner Lane PO Box 757
Charleroi, PA 15022

Diane T Cambron
203 Bramley Place
Franklin, TN 37069

Diane W Stonebeck
4261 Clear Way
Allentown, PA 18103

Diane Ward
5152 Singing Hills Dr
Antioch, TN 37013

Diane Wilson
655 Louise Drive
Fairview, PA 16415

Diane Yoder
7088 County Road 5
West Liberty, OH 43357

Diane Zimmerman Fitzgerald
18267 Route 322  Apt B
Brookville, PA 15825

Diann Galvin
221 Main Street
Pottsville, PA 17901

Diann Velovitch
10625 Laurens Drive Northeast
Bolivar, OH 44612

Dianna  L Kelly
206 South 4th St
Duquesne, PA 15110

Dianna  Medina
4210 Apple Oak Ct
Las Vegas, NV 89115

Dianna Carsey
16485 Willow Creek Road
Guysville, OH 45735

Dianna Chambers
1200 Hitt Lane
Goodlettsville, TN 37072

Dianna Enoff
2144 Enoff Drive
Westminster, MD 21157

Dianna Gindhart
495 Friesburg Aldine Rd
Elmer, NJ 08318

Dianna Harmon
26 North 14th St Apt 1
Allentown, PA 18102

Dianna J Woltz
1826 Baltimore Rd
Lancaster, OH 43130

Dianna L Wolfe
6525 Cameron Road
Athens, OH 45701


Dianna Lynn Barber
10228 Loftin Dr
Olive Branch, MS 38654


Dianna Montgomery
294 Main Street #1
Landisville, PA 17538


Dianna Williams
PO Box 7070
Wise, VA 24923


Dianna Wilson
134 West Duval Street
Philadelphia, PA 19144


Dianne  Daily
401 Keener Avenue
Middletown, PA 17052

```
Dianne  Robinson
19603 Lanbury Ave
Beachwood, OH 44122




Dianne C Houser
4688 Madeline Drive
Rock Hill, SC 29732




Dianne Fisk
3121 South Farm Crest
Cincinnati, OH 45213




Dianne J Jordan
102 Melrose Montebello Parkway
Natchez, MS 39120




Dianne L Korchnak
3033 Sheila Street  NW
Massillon, OH 44646




Dianne M Monahan
38b Higgins Avenue
Clementon, NJ 08021
```

Diedra N Round
2106 Arlington Ave
Pittsburgh, PA 15210

Dierdre A Wilkinson
119 King Arthur Road  PO Box 873
Blakeslee, PA 18610

Digital Region Music LLC
PO Box 871  Spring St
Logan, OH 43138

Dillen Rodgers
3160  Lakestream Drive
Columbus, IN 47201

Dillon Abplanalp
725 Villa Road
Springfield, OH 45071

Dimitar Petkuva
2383 Akers Mill Rd SE 18
Atlanta, GA 30339

Dimitri Dolgov
26 Regency Dr
Poughkeepsie, NY 12603

Dina Cociuba
PO Box 1226
Carefree, AZ 85377

Dina Hutt
252 Tyler Street
Rock Springs, WY 82901

Dina N Cerniglia
1028 Dutch Hollow Road
Jeannette, PA 15244

Dinesh Rugnath
130 Brookfield Avenue
Nashville, TN 37205

Dineshbhai R Patel
2702 Fairmont Court
Troy, OH 45373

Dinh N Tran
8249 Teakwood
Woodway, TX 76712


Dinnea L Goins
1706 Brinton Manor Apt 306
Pittsburgh, PA 15221


Dino Piccolino
108 Sandra Court
North Versailles, PA 15137


Dino Ventura
498 Heistersburg Road
East Millsboro, PA 15433


Dion  Wilford
P.O. Box 441
St Stephen, SC 29479


Dion Hammond
1632 Laketon Road
Pittsburgh, PA 15221

Dion Hammond
7585 Bristol Circle
Naples, FL 34120


Dion J Larese
8200 Highline Boulevard
Erie, PA 16509


Dion Roy Serventi
11973 E Becker Lane
Scottsdale, AZ 85259


Dion Smith
378 25th Street Northwest
Massillon, OH 44647


Dione Jones
29280 Corbin Pkwy
Easton, PA 21601


Dionisio Valentin
120 E Street Road
Warminster, PA 18974

Dionne G Pettus
1318 Stanmore Street
Pittsburgh, PA 15212




Dionne R Evans
49 Girard Ave
Trenton, NJ 08639




Dipayan Jana
909 Essex Drive
Greensburg, PA 15601




Dirk E Wetherhold
2353 Danfield Way
Macungie, PA 18062




Dixie Gamble
301 28th Avenue N
Nashville, TN 37203




DJ Strotman
7200 Noblestown Road Apt 9
Oakdale, PA 15071

DLon L Walker
1120 Pemberton Street
Pittsburgh, PA 15212

Doan P Nguyen
301 N Reservoir Street
Lancaster, PA 17602

Dock McDuffie lll
344 Vanderlake Drive
York, SC 29745

Dodge Express LLC
24621 Devoe Avenue
Euclid, OH 44123

Doeron E Rayford
9003 S Burley Ave
Chicago, IL 60617

Doeun Chhan
24577 Meadow Lane
Westlake, OH 44145

Dolbey Jamison Optical Co Inc
213 Jones Blvd
Pottstown, PA 19464

Dolores  Aversa Gounley
5060 Arney Rd
Harrisburg, PA 17111

Dolores A Anderson
3112 W 38th St
Erie, PA 16506

Dolores A Hernandez
260 S Noble
Mesa, AZ 85208

Dolores A Jones
154 Goldenridge Dr
Levittown, PA 19057

Dolores Calabro
1504 Marion Street
Dunmore, PA 18509

Dolores Claire King
6373 N Willowbrook Drive
Casas Alobes, AZ 85704


Dolphos Henderson
4300 East 141st
Cleveland, OH 44128


Domenic Cozzocrea
2190 Pauline Street
Pittsburgh, PA 15216


Domenic J Agnoni
3326 Meridian St
Philadelphia, PA 19136


Domenic Villani
930 Wafford Lane
Bethlehem, PA 18017


Domingo Deleon
1 Price Street
Providence, RI 02907

Domingo Garcia Rodriguez
825 North 8th Street
Reading, PA 19604


Domingo Negron
11984 SSG Rivers Court
El Paso, TX 79908


Dominic DiDonato
2628 S Mole Street
Philadelphia, PA 19145


Dominic Prophete
2321 Morse Avenue
Scotch Plains, NJ 07076


Dominick A Bruno
3115 Holland St
Erie, PA 16504


Dominick Laspina
87 Germanville Rd
Ashland, PA 17921

Dominique C Currie
610 Garfield
Emporia, KS 66801

Dominique Johnson
2360 Duncan Drive  Apt 4
Fairborn, OH 45324

Dominique Ponko
6123 Farm Road
Export, PA 15632

Don  Olson
722 Sunset Way NW
Bemidji, MN 56601

Don & Pamela Zelaya
3005 Pandell Court
Spring Hill, TN 37174

Don A Cooper
113 Lena Loop
Burns, TN 37029

Don C Ramsey
30 Vernon Road
Shelby, OH 44875

Don C Splittorf
7755 Fox Run NW
N Canton, OH 44720

Don Carter
7320 Meadowlark Place
Philadelphia, PA 19153

Don Carter
1107 Twin Oaks Road
Sylvania, GA 30467

Don D Newcomb III
704A East Gate Plaza
Emporia, KS 66801

Don Donnell
3072 W. Hwy 80
Bisbee, AZ 85603

Don Fisher III
4906 Wiseland Avenue SE
Canton, OH 44707


Don G Bergert
19 South Ridge Trail South East
Cartersville, GA 30120


Don Henderson
8226 Lytle Ferry Road
Waynesville, OH 45068


Don Hunnell
651 S Second Street
Cottonwood, AZ 86326


Don Kronforst
3 Prospect Drive
Prospect Heights, IL 60070


Don Lewis
331 Lewis Road
Weedville, PA 15868

Don M Blandin
2934 28th Street NW
Washington, SC 20008


Don Morris
96 Miles Road
Columbia, SC 29223


Don Nation
829 Ceadr Springs Road
Athens, TN 00033-7303


Don Oliver
1412 McCorkle Road
Piketon, OH 45661


Don T Henderson
8226 Lytle Ferry Road
Waynesville, OH 45068


Don Weber
1059 West 35th
Erie, PA 16508

Dona Jean Tedesco
244 Princeton Avenue
West View, PA 15229

Dona Zeigler
739 Woodcrest Drive Apt 1
Mansfield, OH 44905

Donald  Bucher
5511 West 85th St
Overland Park, KS 66207

Donald  Evans
1564 Roosevelt Dr
Sharon Hills, PA 19079

Donald  Fankhauser Jr
306 Ludlow Ave
Steubenville, OH 43952

Donald  Hewlette
9406 Diagonal Rd
Mantua, OH 44255

Donald  Mays
137 Kovach Road
Greensboro, PA 15338

Donald  Milner
3509 Neyrey Drive
Metairie, LA 70002

Donald  Murray Jr
3255 Foxbrair
Memphis, TN 38115

Donald  Olson
16568 Daza Dr
Ramone, CA 92065

Donald  Robinson
5715 West Monte Vista Road
Phoenix, AZ 85035

Donald  Robinson
7245 Bennett Street
Pittsburgh, PA 15208

Donald  Selway
6207 Sherman Church
Canton, OH 44706

Donald  Simpson
3033 Argyll Dr
Summerville, SC 29483

Donald  Welch
1132 Keels Rd
Manning, SC 29102

Donald  White Jr
2231 E Bowker Street
Phoenix, AZ 85040

Donald  Wittmeyer
93347 E Edan Rd
Eden, NY 14057

Donald A Arnold Jr
684 Woodland Rd
Westampton, NJ 08060

Donald A Carpenter Jr
221 N Main Street  PO Box 117
Cherry Tree, PA 15724

Donald A Johnson
526 S Gamble St
Shelby, OH 44875

Donald A Newsome
179 Cherry Hill Road
Laurens, SC 29360

Donald A Pesher
1139 Bellflower Avenue SW
Canton, OH 44710

Donald Adair
3628 Candelaria Street
Plano, TX 75023

Donald Adams Sr
14987 Twp Road 202
Corning, OH 43730

Donald Allen
76 Lake Shore Drive
Youngstown, OH 44511


Donald Anthony
243 William Street   PO Box 882
DuBois, PA 15801


Donald Austin
3309 Dilton Mankin
Murfreesboro, TN 37127


Donald B French
255 Prince Circle NE
North Canton, OH 44720


Donald Barnes
401 Morris Rd
Lansdale, PA 19446


Donald Barnum
321 Ronald Avenue
Las Vegas, NV 89110

Donald Block
1135 Tenne Vue Estates
Paducah, KY 42003


Donald Boyd
10977 N 800 St
Robinson, IL 62544


Donald Brown
1630 Second Street
Bethlehem, PA 18020


Donald Caire
4963 Tyne Ridge Court
Nashville, TN 37220


Donald Cool
24741 South Saddletree Dr
Chandler, AZ 85248


Donald Cricks
2921 2nd St NW
Canton, OH 44708

Donald D Sawders
429 Pittsburgh Street
Columbiana, OH 44408


Donald D Shriver
52251 State Route 26
Jerusalem, OH 43747


Donald Davenport
6735 Short Lane
Upper Darby, PA 19082


Donald Dean
5819 Memphis St
Bel Aire, KS 67220


Donald Densmore
2924 Autumn Haze
Las Vegas, NV 89117


Donald Duane Rothrock
1206 Edward Street
Philipsburg, PA 16866

Donald Dunn
8008 West Bailey Rd
Millfield, OH 45761

Donald E Bassett
809 State Route 302  PO Box 110
Nankin, OH 44848

Donald E Blanchard
5113 Roxborough Dr
Hermitage, TN 37076

Donald E Carr
3695 Gibson Lane
New Concord, OH 43762

Donald E Cash
1700 Savannah Highway
North, SC 29112

Donald E Coates
33339 Myers Road
Pomeroy, OH 45769

Donald E Fisher
157 Redwood Rd
Mansfield, OH 44907


Donald E Grassler
730 Hills and Dales  NW  Apt E27
Canton, OH 44708


Donald E Hageman Jr
611 Crow Street
Celina, OH 45822


Donald E Hickey
71 N Main Street  Route 250
Greenwich, OH 44837


Donald E Richter
359 E Crawford Avenue
Connelsville, PA 15425


Donald Embry
114 Idle Dr
Shelbyville, TN 37160

Donald Eugene French
5101 Missy Marie Lane
Las Vegas, NV 89130


Donald Everett
2775 Old Bethlehem Pike
Quakerstown, PA 18951


Donald F Pernsley
1155 York Road  A-9
Warminster, PA 18974


Donald F Small Jr
1623 Hillside Ave
Lancaster, SC 29720


Donald Ferguson
25 Cherry Ridge Terrace
N Cambria, PA 15714


Donald G Dahlinger
201 Pebble Brook Drvie
Nashville, TN 37221

Donald G Huffman
935 Mayflower Dr
Mansfield, OH 44905


Donald G Janes
355 Greenlee Rd
Mansfield, OH 44907


Donald G Pethtel
22200 East River Road
Grosse Isle, MI 48138


Donald G Post
371 S Walnut Street
St Henry, OH 45883


Donald Gotschall
114 Hilltop Drive
Minerva, OH 44657


Donald Grosvenor
4933 E Virginia Avenue
Phoenix, AZ 85008

Donald Heflin Jr
2323 E Apache Rd   No 1019
Tempe, AZ 85281


Donald Holloway
6 Bedford Ln
Newtown, PA 18940


Donald Huff
135 S Stygler Rd  Apt 1F
Columbus, OH 43230


Donald Hunt
8 Saint Andrews
Marmora, NJ 08223


Donald J Angelo
1133 Lakeview Avenue  NW
Canton, OH 44708


Donald J Connors
1396 Broadway Avenue
E McKeesport, PA 15035

Donald J Handel
1441 Apple Circle  Apt 179
Mechanicsburg, PA 17055


Donald J Nichols
1021 Havelock Drive
Taylors, SC 29687


Donald J Nolan Jr
529 Solomon Temple Rd
Latrobe, PA 15650


Donald Jobes
2436 Dreamwood Avenue SW
Canton, OH 44706


Donald Jones
503 West Washington Street
Corry, PA 16407


Donald K Argyle
1268 Sheridan Drive
Lancaster, OH 43130

Donald K Slater
23 Lincoln Dr
Shelby, OH 44875


Donald Katschka
8000 Spring Mountain Road 2170
Las Vegas, NV 89117


Donald Kendrick
1303 Brooklyn Ave SW
Canton, OH 44710


Donald King
7403 Wessel Man Rd
Cleves, OH 45002


Donald L Brominski
907 Marion Lane
Moosic, PA 18507


Donald L Mitchell
1524 Victoria Avenue
Arnold, PA 15068

Donald L Musselma
501 Barley St
Roaring Spring, PA 16673

Donald L Newton Sr
5443 Washington Road
Albany, OH 45710

Donald L Semoni
105 Forbes Trail Drive
Export, PA 15632

Donald L Stahl
499 Stahl Rd
Smithton, PA 15479

Donald L Vanderhoof Jr
45670 Sundback Road
Spartansburg, PA 16434

Donald Losey
499 Hillcrest Drive
Emporium, PA 15834

Donald M Dial
8640 Deer Meadow Boulevard
Streetsboro, OH 44241


Donald M Lunn
1584 Cross Pointe
Brentwood, TN 37027


Donald MacDonald
165 Roup Avenue
Pittsburgh, PA 15206


Donald Machovina
9236 West Hampton Dr
North Royalton, OH 44133


Donald Maloney
229 Wood Street
Bristol, PA 19007


Donald Martin
33 Meadowview Dr
Lapatcong, NJ 08865

Donald Mathey
1120 Stratford Avenue NE
Massillon, OH 44646


Donald McCready
11060 Pennfield Road
Dayton, OH 45458


Donald McNeill
1181 Marl Pit Road
Middletown, DE 19709


Donald Meteny
617 S Chestnut Street
Scottdale, PA 15683


Donald Miller
528 Shasta Dr
Lancaster, OH 43130


Donald Mooneyham
447 Bradley Wyatt Road
Pikeville, TN 37367

Donald Newton
736 Jackson Street
Nelsonville, OH 45764

Donald Nordquist Jr.
2662 Grandview Road
Lake Milton, OH 44429

Donald P Ostrander
370 Walnut Hill Road
Millersville, PA 17551

Donald P Timperley
2101 Graphic Arts
Emporia, KS 66801

Donald P Williams
343 Prospect Street
Pottsville, PA 17901

Donald Pike
9191 North Lima Road Apt 25D
Poland, OH 44514

Donald R Franchi
854 Garlow Blvd
Pittsburgh, PA 15239


Donald R Geiter Jr
15 Lewiston Circle
Lancaster, PA 17601


Donald R Kirkwood Jr
27753 Ann Drive
Columbia Station, OH 44028


Donald R Morrow
258 W Main Road
Conneaut, OH 44030


Donald R Vanmeter
45820 Pomeroy Pike
Chester, OH 45720


Donald R. Clark
127 W Ardmore
Phoenix, AZ 85041

Donald Ray
45990 Crestview Road
New Waterford, OH 44445

Donald Ray Harris
5234 Newton Oak Circle S
Memphis, TN 38117

Donald Ray Smith
868 N Maple St
Ephrata, PA 17522

Donald Reeves
1640 Kennerly Road
Irmo, SC 29063

Donald Reidnauer
66 Stone Gate Road
Quakertown, PA 18951

Donald Rhodes
157 Glendale Church Rd
Smithfield, PA 15478

Donald Schadler
2649 North Charlotte
Pottstown, PA 19464


Donald Schaeffer
5197 Myers Road
West Salem, OH 44287


Donald Schorr
7401 N. Timberlane Drive
Cincinnati, OH 45243


Donald Sjmjndinger
02588 Lock Two
New Bremen, OH 45865


Donald T McConnell Jr
352 Brumbaugh Rd
Roaring Sping, PA 16673


Donald Thomas
197 Foote Ave
Duryea, PA 18642

Donald Thomas
201 Maryville Lane
Piqua, OH 45356


Donald Tkacs
3025 Pyramid Avenue
Pittsburgh, PA 15227


Donald Underwood
37976 North Sandy Dr
Queen Creek, AZ 85240


Donald V Cribbet
7911 New England Rd
Stewart, OH 45778


Donald Vicente
2055 Trolley Bridge Drive
Quakertown, PA 18951


Donald W Douglas
365 N Brinker Avenue
Columbus, OH 43204

Donald W Strauser
1959 Doc Walker Road
Parker, PA 16049


Donald Weisman
109 Woodshone Drive
Columbia, SC 29223


Donald Wharton
255 Ironwood Street SW
Canton, OH 44706


Donald Yoder
835 W Main Street #34
Mesa, AZ 85201


Donalin A Scott
132 Riverwalk Court
Irmo, SC 29063


Dong Xie
155 Miami Street
Tiffin, OH 44833

Dongshin Kim
361 Seventeenth Street NW  Unit #1617
Atlanta, GA 30363


Dongyell Johnson
28381 North Zircon Dr
Queen Creek, AZ 85242


Donita Hartman
926 State Route 66
Leechburg, PA 15656


Donn Freer
11862 Poleman Cir NW
Canal Fulton, OH 44614


Donn Kitzmiller
8 Seneca Drive
Elkview, WV 25071


Donna  Broyles
5905 Airways Boulevard  #701
Southaven, MS 38671

Donna  Castle
Millersdale Rd RD 1 Box 379 D
Greensburg, PA 15605


Donna  Davis Ruggieno
4253 Stanton Avenue
Pittsburgh, PA 15201


Donna  Federlein
70 Plymouth Drive  N
Glen Head, NY 11545


Donna  McClellan
PO Box 3143
Cottonwood, AZ 86326


Donna  Robinson
30251 N Royal Oakway
Queen Creek, AZ 85143


Donna Bishop
224 Grandview Street
Scio, OH 43988

Donna Branigan
610 Moreboro Road
Hatboro, PA 19040


Donna Brinser
221 Irish Rd
Berwyn, PA 19312


Donna Brown
1340 Lakeshore Drive  Apt B
Camden, NJ 08104


Donna C Summer
1126 Airport Road
Newberry, SC 29108


Donna Clevenger
8 Jordan ST
Fairchance, PA 15436


Donna D Scott
460 Cole Brookdale Road
Boyerstown, PA 19512

Donna Dickerson
190 Hawthorne St
Memphis, TN 38104

Donna E Fisher
4935 Twp Rd 430
Logan, OH 43138

Donna Eiseman
42 Victory Way
Indianola, PA 15051

Donna Ellison
1008 Cypress Street
Jeannette, PA 15644

Donna Flumerfeldt
5253 Sallee Drive
Murfreesboro, TN 37129

Donna Hicks
347 Edgemont Avenue
Spartansburg, SC 29301

Donna Inners
10478 Christopher Lane
Conifer, CO 80433

Donna J Carrelli
139 Edgewater Drive
Westville, NJ 08093

Donna J Erickson
1461 Greenall Road
Summerton, SC 29148

Donna J Johnston
2923 Leechburg Road
Lower Burrell, PA 15068

Donna J Nilsen
530 S Spruce Street
Elizabethtown, PA 17022

Donna Jackowski
1216 Thomas Avenue
Monongahela, PA 15063

Donna K Brant
1426 Elm Street
Greensburg, PA 15601

Donna K Friedman
8071 Oakdale NW
Massillon, OH 44646

Donna K Kelley
434 1 2 S Arch
Alliance, OH 44601

Donna K Steinkamp
5108 Williamsburg Road
Brentwood, TN 37027

Donna Kipila
6370 Pine Crest Lane
Macungie, PA 18062

Donna L Bowman
451 South State St
Ephrata, PA 17522

Donna L Frazier
217 N Warren Avenue
Columbus, OH 43204


Donna L Kroh
2037 Centre Street
Ashland, PA 17921


Donna L Lupkin
1203 Spring Garden Street
Pottsville, PA 17901


Donna L Ney
237 Sweet Arrow Lake
Pine Grove, PA 17963


Donna L Stevens
3950 Amanda Clearport Rd SW
Lancaster, OH 43130


Donna L Taylor
566 W Chocolate Avenue
Hershey, PA 17033

Donna Lowery
2439 W Allegheny Ave
Philadelphia, PA 19132

Donna M Boswell
217 Northridge Cir
Nashville, TN 37221

Donna M Castora
3464 US Route 6
Rome, OH 44085

Donna M Koenig
3321 Jeffrey Dr
Dresher, PA 19025

Donna M Marous
1678 Chapel Road
Jefferson, OH 44047

Donna M Schultz
7 Montague Dr
Dillsburg, PA 17019

Donna M Thompson
2716 Broadway Avenue
Pittsburgh, PA 15216


Donna M Trifero
513 E Church Avenue
Masontown, PA 15461


Donna Mae Rael
6340 N 126th Avenue
Litchfield Park, AZ 85340


Donna Marie Edwards
9 Duff Road Apt 11
Pittsburgh, PA 15235


Donna Marie Oswald
15 Ginna B Drive
Robesonia, PA 19551


Donna McGrew
463 Wisconsin Street
Monongahela, PA 15063

Donna Mead
100 Bruin Rd
Lake Ariel, PA 18436

Donna Meelwer
1235 Denbigh Lane
Wayne, PA 19087

Donna N Fallis
1286 Eden Road
Awendaw, SC 29429

Donna Norman
1906 E Venado Drive
New River, AZ 85087

Donna Olish
221 Shawna Road
Northern Cambri, PA 15714

Donna Painter
501 Rutgers Avenue
Swarthmore, PA 19081

Donna Paul
4491 Mozart Avenue
Huber Heights, OH 45424


Donna Phillips
625 27th Street NW
Massillon, OH 44647


Donna Queeney
13 West New York Ave
Villas, NJ 08251


Donna R Berry
20 Hollaway Cove Road
Chappels, SC 29037


Donna R Davis
1535 Port Au prince
Phoenix, AZ 85023


Donna R Mason
7122 Churchland Street
Pittsburgh, PA 15206

Donna R Stainbrook
565 Surfside Dr
Pittsburgh, PA 15239


Donna R Waechter
4496 Lahm Dr
Akron, OH 44319


Donna Rae Purcell
13 Willow St
Pottsville, PA 17901


Donna Raebel
5181 W Desert Hills Drive
Glendale, AZ 85304


Donna Smith
1142 Eisanhauer Drive
Russellton, PA 15076


Donna Tobey
P.O. Box 2175
E Falmouth, MA 02536

Donna Torres
34 Eisenhower Circle
Whitehall, PA 18052

Donna Tutor
7148 Fountain Creek Ridge Lane
Waterloo, IL 62298

Donna W Phillips
7945 Susquehanna St
Pittsburgh, PA 15221

Donna Wenger
200 Sharon Drive
Lower Burrell, PA 15068

Donna Winston
3507 Primrose Rd
Philadelphia, PA 19114

Donnell Bowden
62 Highland Avenue
Pittsburgh, PA 15136

Donnell Mazyck
1132 Hamlin Road
Mt Pleasant, SC 29464


Donnie A Gay Jr
1549 Omarest Drive
Columbia, SC 29210


Donnie E Kinsey
3160 Walling Road
Springfield, TN 37172


Donnie G Skinner
3888 Sargent Road
Guysville, OH 45735


Donnie R Newsome III
318 Third Street NE
Massillon, OH 44646


Donny R Beck
2316 Harleywind Dr
Memphis, TN 38134

Donta Beaty
135 Indianola Avenue
Dayton, OH 45405

Dontay Mobley
2614 North 16th Street
Philadelphia, PA 19132

Donyale L Murray
106 Courtney Ln
Bristol, VA 24201

Donzil R Tanner
1258 Huron Road SE
Massillon, OH 44646

Dora J Reed
7611 Hamilton Avenue
Pittsburgh, PA 15208

Dora Loftis
315 Main Street
Goodspring, NV 89019

Dora Schaeffler
8644 Ferndale Street
Philadelphia, PA 19115


Doral Demus
210 St. Joseph Street
Pittsburgh, PA 15210


Doreen Isett
4305 Fourrth Avenue
Temple, PA 19560


Doreen K Hitz
2632 Deodate Rd
Elizabethtown, PA 17022


Doreen M Fox
206 S Eagle ST
Geneva, OH 44041


Dorene M Riddick
518 W Wyoming Street
Allentown, PA 18103

Dorette Johnson
1732 15th St  SE
Massillon, OH 44646


Dorine I Lowery
1440 Mill Street
Pittsburgh, PA 15221


Doris  Vaughn
472 Alison Ave
Mansfield, OH 44903


Doris A Hinkel
174 Hinkel Road
Ashland, PA 17921


Doris A Shrader
64 Colin Kelly Drive
Riverside, OH 45431


Doris Busse
211 N Vine Street
Farina, IL 62838

Doris Ellis
4716 Shanks Phalanx
Southington, OH 44470

Doris J Barnhart
324 Latrobe Street  PO Box 434
Youngstown, PA 15696

Doris J Corbin
4881 Auston
Springfield, OH 45502

Doris Jackson
45 Granite Lane
Willingboro, NJ 08046

Doris Keefer
217 Dry Hill Rd
Connellsville, PA 15425

Doris M Jones
615 Locust St
Monessen, PA 15062

Doris Peych
3332 Marworth Ct #10
Macingie, PA 18062


Doris Renfro
160 North Middle
Columbiana, OH 44408


Doris Stinnette
5570 Ludlow Street
Philadelphia, PA 19139


Dorothea R Lint
3 Carnegie Avenue
Mt Pleasant, PA 15666


Dorothy A Balliet
594 half Ironwood Dr
Mansfield, OH 44903


Dorothy A Reedy
514 East Main Street
Schuylkill Haven, PA 17972

Dorothy Ann Wriglesworth
86 Rabbit Lane
Clearfield, PA 16830

Dorothy Annette Jones
2122 Clancy St
Las Vegas, NV 89156

Dorothy E Blaney
502 Broken Oak Court
Mansfield, OH 44904

Dorothy F Edwards
11357 Street Route 55
Athens, OH 45701

Dorothy H Doyle
111 Idaho Ave  PO Box 119
Villas, NJ 08251

Dorothy H richey
853 Savage Rd
Charleston, SC 29414

Dorothy Hand
3 Cedar ST
S Seaville, NJ 08246

Dorothy J Stark
145 Hilltop Road  PO Box 45
Mill Run, PA 15464

Dorothy Kabaitan
110 Miller Court
Summerville, SC 29485

Dorothy L Kirkingburg
414 Washington Boulevard
Jefferson, OH 44047

Dorothy McGettigan
290 Oxford Valley Road
Yardley, PA 19067

Dorothy Munsey
625 Main Street
Hellertown, PA 18055

Dorothy Spurley
20256 Market Street
Orancock, VA 23417


Dorothy Weik
3602 N Eagle Canyon
Mesa, AZ 85207


Dottie Paver
2893 Dibblee Aveneu
Columbus, OH 43204


Doug Bardick
PO Box 2248
Didsbury, AB T0M0W0
CANADA


Doug Benedict
722 West Market St
Bethlehem, PA 18018


Doug Chipman
4470 Route 412
Riegelsville, PA 18077

Doug Geller
1208 W Shawnee Drive
Chandler, AZ 85224


Doug Grube
2953 Rockdale Road
Slatington, PA 18080


Doug Jenrath
4313 Signal Hill Dr
Nashville, TN 37205


Doug Pera
4625 Piedmont Row Road
Charlotte, NC 28210


Doug Prestier
842 Soutn Main Street
North Canton, OH 44720


Doug Roth
876 W Shannon Street
Chandler, AZ 85225

Doug Rubenkoewig
5619 Ramblewood Court
Columbus, OH 43235


Doug Tomolonis
1520 Meadow Run Road
Bear Creek, PA 18602


Douglas  Brighton
1227 Greenwood Blvd
Connellsville, PA 15425


Douglas  Gallentine
338 Foxburg Road
Normalville, PA 15465


Douglas  Jones
10433 Rowland Avenue SW
Lakewood, WA 98499


Douglas  Krousfoupf
6820 Wentworth Dr
Philadelphia, PA 43771

Douglas  McCullough
219 Pats Drive
Belle Vernon, PA 15012


Douglas  Ziegler
171 Fretz Rd
Telford, PA 18969


Douglas A Bryan
122 South 4th St
Perkasie, PA 18944


Douglas A Cooper
1231 Curtis Drive
Lebanon, TN 37087


Douglas A Garner
432 Seventh Street  NE
Massillon, OH 44646


Douglas Arbogast
172 Melrose Avenue
Tyron, NC 28782

Douglas Armstrong
202 Church Street
Warsaw, OH 43844


Douglas Avann
2433 N 37th Place
Phoenix, AZ 85008


Douglas Bauer
477 Walnut Street
St Marys, PA 15857


Douglas Beri Sr.
3715 Berry Drive
Windber, PA 15963


Douglas Billock
1902 Cemetry HL
Brockway, PA 15824


Douglas Bryan
8410 Mason Hill Road
Woodstock, IL 60098

Douglas C Dowdle
505 Pointer Place
Brentwood, TN 37027

Douglas C Hodge
6908 Meadow Lake Road
New Market, MD 21774

Douglas C Phillips
115 Dane Drive
Ephrata, PA 17522

Douglas Coburn
650 E Azure Avenue #6 2043
Las Vegas, NV 89081

Douglas Cottrill
4466 Gooding Street SW
Canton, OH 44706

Douglas Craver
548 Lindberg
Berea, OH 44017

Douglas E DeCastro
894 Goshen Rd
Cape May Ct, NJ 08210

Douglas E Leaman
172 Oak View Road
Lancaster, PA 17602

Douglas E Yohman
357 Airway Inn Rd
Uniontown, PA 15401

Douglas Ford
1303 Spencer Street
Croydon, PA 19021

Douglas Freeman
141 Robinson St #47
Pittsburgh, PA 15213

Douglas Huff
12310 Brooklawn
Cleveland, OH 44111

Douglas I Krimes
225 Hartings Park Road
Denver, PA 17517

Douglas J Davis
47 Queen Lily Rd
Levitown, PA 19057

Douglas J Edwards
4340 Hanna Hills Dr
Dublin, OH 43016

Douglas J LeFevre
PO Box 38
Eden, GA 31307

Douglas J Leist
6564 Countryside Trail
Liberty Township, OH 45044

Douglas Johnson
113 Ashton Drive
Mt Pleasant, PA 15666

Douglas K Hinkle
9349 Childrens Home Bradford Road
Bradford, OH 45308

Douglas Kemp
983 Johnsonville Road
Chester, WV 26034

Douglas Kinney
632 Licking View Drive
Heath, OH 43056

Douglas Kroener
1429 W Lamplighter Lane  Box 191
Gwynedd, PA 19436

Douglas M Ford
12606 State Route 691
Nelsonville, OH 45764

Douglas M Rehker
506 Rider Way
Coraopolis, PA 15108

Douglas M Sherman
5455 Gun Club Road
Athens, OH 45701

Douglas Martin
275 North Blainsport Road
Reinholds, PA 17569

Douglas Mason
1192 Forest Avenue #A
Pittsburgh, PA 15236

Douglas Mathis
133 Windsor Drive
Pittsburgh, PA 15235

Douglas McClelland
314 Veron Avenue PO Box 37
Ridgway, PA 15853

Douglas Merrick
1300 Division Street Suite 301
Nashville, TN 37203

Douglas Miller
500 Center Grange Road Apt 71
Monaca, PA 15061


Douglas Myers
196 Ridge Avenue
Homer City, PA 15748


Douglas Newman
4041 Laurel Flat Court
Las Vegas, NV 89129


Douglas Peyton
740 E Warm Springs Apt 421
Henderson, NV 89015


Douglas R Boam
4024 Stellar Drive
Erie, PA 16506


Douglas Rich
5937 Westheimer Drive
Brentwood, TN 37027

Douglas Roberts
213 Ash St
Scranton, PA 18509

Douglas Roberts
7128 Alert New London
Okeana, Oh 45053

Douglas S Besch
403 S Main Street
Sellersville, PA 18960

Douglas S Segalowitz
422 Grinnell Street
Pickerington, OH 43147

Douglas S Shearer
1949 Stovertown Road
Spring Grove, PA 17362

Douglas Smith
9421 Polo Club Dr
Knoxville, TN 37922

Douglas Strabel
4307 NW Oregon St
Camas, WA 98607


Douglas T Willis
9 West Ninth Street
New Castle, DE 19720


Douglas Thomason
931 Forrest Acres Street
Nashville, TN 37220


Douglas W Kanouff
940 Creek View Drive
Aurora, OH 44202


Douglas W Kelly
102 Tanglewood Ct
Irwin, PA 15642


Douglas W Ober
282 Mascot Road
Ronks, PA 17572

Douglas Walbert
1505 Fifth Avenue
Ford City, PA 16226


Douglas Wilhide
470 Austin Ave
Pittsburgh, PA 15243


Douglas Wise
1049 Harmon Avenue
Columbus, OH 43223


Doushon L Germany
823 E Eleventh Avenue  Apt #1
Munhall, PA 15120


Dovie Majors
2639 Big Eagle Trail
Murfreesboro, TN 37127


Doy R  Nitz II
2470 Second Street
Syracuse, OH 45779

Doyle Redington
50 Columbia St
W Orange, NJ 07052


Doyle Wilhoite
910 College Street
Portland, TN 37148


Dr Jack Lazzaratto
8942 Bracken Cliff Court
Las Vegas, NV 89129


Dr Matt Perkins
1507 Downing Court
Murfreesboro, TN 37130


Dragan Cicvarcic
1507 Energy St.
Gillette, WY 82716


Dre Hastings
700 North Dobson  Slot 37
Chandler, AZ 85224

Dreamlyn Talley
453 S Parkcrest #412
Mesa, AZ 85206

Drew A Haubert Jr
13 S River Street  PO Box 720
Maytown, PA 17550

Drew Berman
2711 Muscadine Dr
Maryville, TN 37803

Drew DeWeerd
1414 E San Miguel
Phoenix, AZ 85014

Drew Ecklund
407 Hawthorne Street
Greensburg, PA 15601

Drew Mittelsteadt
2700 N Hayden Road #2091
Scottsdale, AZ 85257

Drew Wykoff
418 Hulton Rd
Oakmont, PA 15139

Drusilla Caldwell
152 Lincoln Avenue
Ashland, OH 44805

Duan Walker
17 Oslo Avenue
Rio Grande, NJ 08242

Duane Bush
9714 Asbury Drive
Parrish, FL 34219

Duane C Schlosser
19238 State Hwy 198
Saegertown, PA 16433

Duane E Albert
1231 Strawn AVe
New Kensington, PA 15068

Duane Eberly
8058 W. Smithville West
Wooster, OH 44691


Duane Erickson
1650 Golden Hills Road
Colorado Springs, CO 80919


Duane L Dollar
7710 Meadow Glen Lane
Houston, TX 77063


Duane Lein
2545 Airport Road #1
Portage, WI 53301


Duane McDonald
12552 Buffalo Road
Anamosa, IA 52205


Duane Miller
2410 Mount Union Ave. SE
Massillon, OH 44646

Duane Shoemaker
220 Morley Road
Dilliner, PA 15327

Duane Snyder
10181 East Aster Drive
Scottsdale, AZ 85260

Duane Swingley
400 Wren Avenue
Bellefontaine, OH 43311

Duane Wells
18 Terminal Way Suite 400
Pittsburgh, PA 15219

Duke Shannon Mitchum
122 Maple Drive
Summerville, SC 29485

Dung C Vo
824 Brookline Boulevard  Third Floor
Pittsburgh, PA 15226

Durdica G Jakovijevic
7040 Carriage Hill
Brecksville, OH 44141

Durell S West Scott
103 Park Manor Drive
Monessen, PA 15062

Dureya Robinson
5599 Thomas St
Maple Heights, OH 44137

Dusan Maran
430 Larkspur Loop
Lancaster, PA 17605

Dustin B Shaner
11695 Hawks Nest Road
Athens, Oh 45701

Dustin Boyce
287 Sherman Road
Mansfield, OH 44903

Dustin C Duebler
161 Heatherbrooke Est
Muncy, PA 17756

Dustin Carpenter
311 Cty Hwy 12
Adena, OH 43901

Dustin D Shafer
8444 Nave Road SW
Massillon, OH 44646

Dustin G Miller
164 East Gilmore Avenue
Trafford, PA 15085

Dustin Gordon
2225 Maplecrest Drive
Nashville, TN 37214

Dustin Hoffman Reed
215 Oakland Ave
Punnxsutawney, PA 15767

Dustin Holm
2631 Ohio State Dr SE
Massillon, OH 44646


Dustin Hunt
533 Woodbine Street
Willard, OH 44890


Dustin J Kosley
2986 Douglas Street
Ravenna, OH 44266


Dustin J Rineer
294 Magnolia Drive
Holtwood, PA 17532


Dustin L Hepner
6163 Turney Road
Garfield Heights, OH 44125


Dustin L McClure
1761 Honey Locust Drive
Mansfield, OH 44905

Dustin Moore
23619 Woltz Road
Rockbridge, OH 43149


Dustin Mullholland
2585 Stonewall Cemetary
Lancaster, PA 43130


Dustin Robinson
3034 Leisure Rd NW
Minerva, OH 44657


Dustin S Eckman
843 Burkhart Ave
Erie, PA 16511


Dustin Smith
990 View High Drive
Kansas City, MO 64101


Dustin Songer
190 Vaneal Rd
Washington, PA 15301

Dustin Turner
2505 Cypress Pond Rd
Palm Harbor, Fl 34683


Dustin W Sonn
95 E Rancho Vista Way
Cottonwood, AZ 86326


Dwain Weaver
12 Village Drive
Lititz, PA 17543


Dwald Zentner
106 Larchmont Drive
Lower Burrell, PA 15068


Dwayne  Floyd
20111 Drake Road
Strongsville, OH 44149


Dwayne  Molnar
9455 E. Raintree Drive  #2051
Scottdale, AZ 85260

Dwayne Chatelain
1054 Meadow Glen Avenue
Zachary, LA 70791


Dwayne E Brown
4340 Hillcrest Dr
Bellbrook, OH 45305


Dwayne Hysell
11627 Pete Smith Road
Athens, OH 45701


Dwayne Lyons
34 Sigler Road
Chillicothe, OH 45601


Dwayne Myer
5983 Wertztown Road
Narvon, PA 17555


Dwayne Persky
2911 W Morrow Drive
Phoenix, AZ 85027

Dwayne R Van Buren
637 S Union Street
Galion, OH 44833


Dwayne R Walker
1009 Clay St
Woodbine, NJ 08270


Dwayne Swafford
3329 Ultimate Way
West Carollton, OH 45342


Dwayne Watkins
104 W Scott Street
Whitesboro, NJ 08252


Dwayne Wright
4168 Brookside Boulevard
Cleveland, OH 44132


Dwight A Hoover
807 Summit Street
Coraopolis, PA 15108

Dwight Cole
800 B Bush River Blvd
Columbia, SC 29210


Dwight D Riegel
56 Grandview Avenue
Jackson, OH 45640


Dylan Hettinger
656 S Grant Street
Denver, CO 80209


Dylan T Crawford
29977 State Route 356
New Marshfield, OH 45766


E Barry Bridgforth
16164 Highway 432
Pickens, MS 39146


E Brooks  Quigley
2524 Devon Valley Drive
Nashville, TN 37221

E J Haffey
704 Catherine Street
Ripley, OH 45162

Eagle One Properties
3370 N Hayden Rd    123
Scottsdale, AZ 85251

Eagle Trust Group
3122 E Vermont Drive
Gilbert, AZ 85295

Ear Photographics Inc
202 Green St
Athens, TN 37303

Earl  Eaton
6527 Carston Court
Frederick, MD 21703

Earl  Matlock Jr
210 E Sunrise Avenue
Dayton, OH 45426

Earl Albert McMullen Jr
250 W Juniper Avenue #87
Gilbert, AZ 85233

Earl Bell
394 Honey Lane
Leetonia, OH 44431

Earl D Wilson
132 Chestnut Avenue
Cape May Court House, NJ 08210

Earl G Richards
24 Valley Hill Road
Ashland, PA 17921

Earl Lewis
PO Box 1048
Tonto Basin, AZ 85553

Earl Lounsberry
143 Hoffman Road
Philadelphia, PA 19148

Earl Myers Jr.
2685 Downning Street SW
East Sparta, OH 44626


Earl R Bowen Jr
2910 Van Horn Hill Road
Malta, OH 43758


Earl R Brown Jr
508 Crescent Boulevard Ext
Crescent, PA 15046


Earl R Campbell
8735 Carr Bailey Rd
Millfield, OH 45761


Earl Ruckdeschel III
2944 Fretz Valley Rd
Perkasie, PA 18944


Earl Smetak
4691 State Route 982
Latrobe, PA 15650

Earl Stafford
920 N 17th Street
Allentown, PA 18104


Earl W Johns
515 River Road
Yardley, PA 19067


Earl W Lee
1105 Berdella St
Pittsburgh, PA 15220


Earle H Humphreys Jr
PO Box 4112
Bethlehem, PA 18018


Earle Smith
713 Skyview Drive
Cranberry Township, PA 16066


Earlene Timmons
4901 Courtyard West
Paducah, KY 42001

Earline Sanders
4637 Honey Suckle Lane
Memphis, TN 38109

Early A Smith
290 Beverly Lane
Holly Springs, MS 38635

Early A Smith III
290 Beverly Lane
Holly Springs, MS 38635

Earnell Branson
157 Springway Drive
Columbia, SC 29209

Earnest Frazier
335 Macassar Drive
Pittsburgh, PA 15236

Earnest Jackson
28735 Carmel Ct
Southfield, MI 48076

Earnest L Daniel
112 Blackwood Drive
Madison, AL 35757


Earnestine W King
614 Hicksville Road
Early Branch, SC 29916


Earth To Air Systems
123 SE Parkway Court #160
Franklin, TN 37064


Eartha L McElveen
420 Forest Grove Circle
Columbia, SC 29210


East Coast Drilling and Trenching LLC
1205 Mount Zion Rd
Lebanon, PA 17046


Eastern Tech Group
4467 Woodbury Pike
Woodbury, PA 16695

Easton Harvey
638 South 700 West
Orem, UT 84058

Eastwood Johnson
109 Maryland Avenue #109
West Mifflin, PA 15122

Eboni Buggs
840 Rebecca St
Pittsburgh, PA 15221

Ebony C Moultrie
403 1 2 W Elizabeth Street
Pittsburgh, PA 15207

Ebony D Foote
100 Loomis St
Chester, SC 29706

Ebony Harris
1275 Brentwood Highlands
Nashville, TN 37211

Ebow Bannerman
2699 Beau Ct NW Apt 5
Canton, OH 44708

Ed  Howerton
1707 Elmhurst Dr
Athens, TN 37303

Ed Casto
1191 Oak Grove Road
Waverly, WV 26184

Ed Jasorio
66 Yost Road
Womelsdorf, PA 19567

Ed Joseph
316 E Fayette St
Connellsville, PA 15425

Ed Kreps
725 Piketown Road
Harrisburg, PA 17112

Ed R Hamon
14712 E Willis Road
Gilbert, AZ 85296

Ed Rist
37 Ann Street
Pottsville, PA 17901

Ed Sickenberger
RD1 Box 210
Imler, PA 16655

Edda Ross
601 Rosamond Street
Dayton, OH 45427

Eddie Adkins
161 Partridge Trail
Walterboro, SC 29488

Eddie Adolph
17730 N Bell Pointe Boulevard
Surprise, AZ 85374

Eddie Childs
205 Edgewood Circle
Ninety Six, SC 29666

Eddie L Williams II
3396 Venson Drive
Bartlett, TN 38135

Eddie Mac  Husband
1044 Parkwood Terrace
Nashville, TN 37220

Eddie Pennington Jr
1351 Olentangy Road
Gallion, OH 44833

Eddie Perry
405 East Jenkins Avenue
Columbus, OH 43207

Eddie R Barber Jr
2063 McGee Road
Rock Hill, SC 29730

Eddie Volker
135 Morton Street
New Eagle, PA 15067

Edelmiro  Perez Garcia Jr
1033 Madison Ave
Reading, PA 19601

Edgar Ayala Rodriguez
404 Oxford Road
Ladson, SC 29456

Edgar Cuevas
5801 S 24th Street
Phoenix, AZ 85040

Edgar J Juarez Webb
2725 Snellis  Unit 2119
Las Vegas, NV 89121

Edgar K Dicken
173 Williams Lane
Morgantown, WV 26508

Edgar Magana Monroy
823 Waverly
Emporia, KS 66801


Edgar Nin Martiniz
3462 Myrtle Way Avenue
LAs Vegas, NV 89102


Edgar O McClung Jr
305 Jackson Street
Medina, OH 44256


Edgar Oliver Fields
438 Ravenscroft Road
West Columbia, SC 29172


Edgar Rene Martinez
8711 E 24th Place
Yuma, AZ 85365


Edgar V Gonzalez
4775 S Wild Rose Drive
Tucson, AZ 85730

Edith  Valentin
563 Brumswick Ave
Trenton, NJ 08638


Edith Brown
970 North 7th Street
Philadelphia, PA 17123


Edith E McCullough
521 Rostraver St
Monessen, PA 15062


Edith E Riggen
59 Lower Martin Road  PO Box 1
Martin, PA 15460


Edith Richards
345 Tevebaugh Road
Freedom, PA 15042


Edith S Betts
302 Bayview Rd
Rio Grande, NJ 08242

Edivaldo Coelho
313 Anetta Dr
Goose Creek, SC 29445

Edman Braun Jr
201 Pear Street
Bethesda, OH 43719

Edmond  Burton
3139 Laurel Ave
Henderson, NV 89014

Edmond Diamond
22 Militia Hill Drive
Chesterbrook, PA 19087

Edmond Ray Smith
411 N Salem Dr
Florence, SC 29506

Edmund  Hill
137 Woodward Hill Place
Brentwood, TN 37027

Edmund C Okeke
3284 Niagara Court
Nashville, TN 37214


Edmund Homa
444 Speiring Hill Court
Lower Burrell, PA 15068


Edmund L Kidd Jr
781 Harvard Street
Rochester, NY 14610


Edna Dawkins
511 Goldsmith Road
Simpsonville, SC 29681


Edna M Nance
1367 Dusky Street
Syracuse, OH 45779


Edna Ortiz
424 Virginia Avenue
Whitehall, PA 18052

Edna Ortiz
311 East Robert Avenue Apt  4
Wildwood, NJ 08260


Eduardo Bustamonte
21241 SouthWest 97 Court
Miami, FL 33189


Eduardo Gomez
8450 W Hwy 95 Apt 62
Somerton, AZ 85350


Eduardo Ortiz
514 Lincoln Avenue
Woodbine, NJ 08270


Eduardo Rosario
252 E Walnut Street
Allentown, PA 18109


Edward  Cesareo
23 Lackland Ave
Piscataway, NJ 08855

Edward  Dolph
1653 Bedford Avenue SW
Canton, OH 44706


Edward  Hinecker
4124 MMeadow Valley
Las Vegas, NV 89107


Edward  Kyun Kwon
1145 Krista Lane
Rochester, MI 48307


Edward  Lesh
978 E 1100 N
Lehi, UT 84043


Edward  McCabe
6809 Sweet Pecan Street
Las Vegas, NV 89149


Edward  McGourn
PO Box 1572
Burlington, VT 05401

Edward  Reddington
1852 Quail circle
Lugoff, SC 29078


Edward  Steele Jr
4254 Chavis Road
Cosby, TN 37722


Edward  Toussant
2455 E Harrison Court
Gilbert, AZ 85296


Edward  Tremp
4066 Poe Rd
Medina, OH 44256


Edward A Moleski
15826 US Route 33S
Nelsonville, OH 45764


Edward A Thomsen
1024 Trent Place
Pleasant View, TN 37146

Edward A West
6462 Macedonia Church St
Prosperity, SC 29127


Edward B Sampiero
197 Caladonia Avenue
Fairlawn, OH 44333


Edward Barnes
5515 E. Via Los Caballos
Paradise Valley, AZ 85253


Edward Bernard Mitchell
3884 Oakley Drive
Johns Island, SC 29455


Edward Bloom
184 24th Street SE
Massillon, OH 44646


Edward Bracey
520 Bowen Drive
Sumter, SC 29150

Edward Brown
1122 Oglethorpe
Pittsburgh, PA 15201

Edward C  Schulz
3358 Cincinnati Brookviile Rd
Hamilton, OH 45013

Edward C Baitt
811 Rome Rock Creek
Roaming Shores, OH 44085

Edward Celidonia
2416 Hamilton Avenue
Glenshaw, PA 15116

Edward D Compton Jr
1500 Second Street
Pen Argyl, PA 18072

Edward D Shields
3765 Spring Valley Road
Albany, OH 45710

Edward D Williams
829 Bergen Street
Gloucester, NJ 08030

Edward Dale Harper
4623 Cloverdale Loop
Hixson, TN 37343

Edward David  Lane
PO Box 566
Cal Nev, AZ 89038

Edward DeMartino
5970 SW 18th St  Unit 267
Boca Raton, FL 33433

Edward Dodson Sr.
10800 Yare Circle NW
Canal Fulton, OH 44614

Edward Dougherty
131 Walnut Street  PO Box 205
Tuscarora, PA 17982

Edward E Snodgrass
506 Millers Lane
Pittsburgh, PA 15239


Edward E. Miller
43 Paradise Hills Lane
Lebanon, TN 37090


Edward Edgell
342 East Wheeling Street Apt 4
Lancaster, OH 43130


Edward Ewers Jr
630 Oak St Lot 169
Mansfield, OH 44907


Edward Fieser
2315 Entity St
St Louis, MO 63114


Edward Franczyk
22 Forest Avenue
Greensburg, PA 15601

Edward G DeLong
120 S Mill St
Lexington, OH 44904


Edward G Kuhn
568 Cemetery Road
Orangeville, PA 17859


Edward Grabigel
1212 Union Avenue
Natrona Heights, PA 15065


Edward Gracie
525 302 Grant Ave
Morgantown, WV 26505


Edward H Boylan
4346 Industry Rd
Rootwtown, OH 04272


Edward H Frankenfield
613 Crown Street
Morisville, PA 19067

Edward Hakeem
1201 Orherd Mt. Ct.
Antioch, TN 37013

Edward Hamlett
1518 Banyan Way
Knoxville, TN 37914

Edward Harden Jr.
1132 Nortrh 11th Street
Reading, PA 19604

Edward Harkins
655 Horning Road
Pittsburgh, PA 15236

Edward Hawthorne Harris
2825 Wylie Ave
Pittsburgh, PA 15219

Edward Hayes
4311 T R 55
Cochocton, OH 43812

Edward Heisler
1119 Brownsville Road
Pittsburgh, PA 15210


Edward Holmes
6582 Gano Rd
Cincinnati, OH 45241


Edward Hunter
302 Route 9
Cape May, NJ 08204


Edward Ingram
237 Co Road 296
Sweetwater, TN 37874


Edward J Cotton
1389 Saffron Drive
West Salem, OH 44287


Edward J Domain
717 Brookline Boulevard
Pittsburgh, PA 15226

Edward J Kruczek
1978 Hamilton Drive
Coopersburg, PA 18036




Edward J Rapoza
335 High Crest Drive
West Milfred, NJ 07480




Edward J Schifman
2843 Lone Pine Lane
Naples, FL 34119




Edward James Galgon
Rt 29  918 Gravel Pike
Palm, PA 18070




Edward Janicki
P.O. Box 512
Garberville, CA 95542




Edward Jones
736 East 6th Street
Yazoo City, MS 39194

Edward K  Chiu
16 Aaronwoods Ct
Wheeling, WV 26003


Edward K Curigliano
663 Patterson Avenue
Bridgeville, PA 15017


Edward K Dorst Jr
801 Washington Street
Baltimore, OH 43105


Edward Kapcin
6295 Old William Penn Highway
Export, PA 15632


Edward Keedy
214 E Georgia Ave
Connellsville, PA 15425


Edward Kellert
32665 Colony Hill
Franklin, MI 48025

Edward Kolek
13900 Millersburg Rd
Navarre, OH 44662


Edward Konetsky
4478 Emmett Dr
Erie, PA 16511


Edward L Asbury
801 Red Dale Road
Orwigsburg, PA 17961


Edward L Bernhard
1721 Illingsworth Avenue
Allentown, PA 18103


Edward L Curts
717 Murlin Avenue
Celina, OH 45822


Edward L Dubbs
518 Parkview Lane
Hanover, PA 17331

Edward L Mayercik
412 Hazelwood Drive
Smyrna, TN 37167


Edward L Stayton
727 Bell Road Apt 520
Antioch, TN 37013


Edward L Thomas
1808 Patricia Lane
N Versailles, PA 15137


Edward Lizano
5103 Seagrove Cove
San Diego, CA 92130


Edward Lyman
4744 Hammock Dr
Murfreesboro, TN 37128


Edward M Kelly
823 T R 974
Ashland, OH 44805

Edward M Porter
RD1 Box 97B Measor Rd
Springcreek, PA 16436


Edward Madden
7131 Gillespie Street
Philadelphia, PA 18155


Edward Max Webster
610 Maple Avenue
DuBois, PA 15801


Edward McFarland
130 Radcliff Drive
Aliquippa, PA 15001


Edward Miller
36 Bill Brown Rd
Crossville, Tn 38571


Edward Morgan
116 Gardenview Drive
Pittsburgh, PA 15212

Edward Myers
1508 Boone Court
Murfreesboro, TN 37130


Edward P Mulvey
1130 Heberton Street
Pittsburgh, PA 15206


Edward Potter lll
12037 Westlake Road
E. Springield, PA 16411


Edward Preston McKinney
1313 Blairfield Drive
Antioch, TN 37013


Edward R Ladd
178 Governors Drive
Johns Island, SC 29455


Edward R Lampe
8303 Fawn Lake Court
Cincinnati, OH 45247

Edward R Seay Jr
212 Augusta Nat Ct
Franklin, TN 37069


Edward Ray Tallow Jr
140 Bagwell Farm Road
Spartanburg, SC 29302


Edward S Melanson
33 Union Street
Columbiana, OH 44408


Edward Santen
4203 N. Yorkshire Square
Cincinnati, OH 45245


Edward Sawyers
601 Baughman Ave
Jeanette, PA 15644


Edward Seay
212 Augusta National Ct
Franklin, TN 37069

Edward Sloan
14 Kutz Road
Temple, PA 19560


Edward Soden
849 Liden Street
Jefferson, OH 44047


Edward Spitman
801 Shady Avenue
Corry, PA 16407


Edward Strawn
839 Sixth Street
Beaver, PA 15009


Edward Struna
7014 Stanhope Kelldosville Road
Williamsfield, OH 44093


Edward Swidowski
309 George Street
Greensburg, PA 15601

Edward T Adams
428 Lutz Lane
Port Matilda, PA 16870


Edward T Stiner
430 Woodside Old Frame Rd
Smithfield, PA 15478


Edward Tortorello
95 Meadowlark Lane
Sadona, AZ 86336


Edward TRUE
15275 St Rt 691
Nelsonville, OH 45764


Edward Tyson
123 Old Mill Rd.
Dripping Springs, TX 78620


Edward Vega Jr.
732 Sout Hall Street
Allentown, PA 18103

Edward W Howard
429 Fenton Avenue NE
Canton, OH 44704


Edward W Lauffer
313 Elgin Circle
Mechanicsburg, PA 17055


Edward W Mattucci
8190 Dungarvin Dr
Granc Blanc, MI 48439


Edward Williams
3 Topeka Ct.
Marlton, NJ 08053


Edward Wilson
884 Blueridge Rd.
Pittsburgh, PA 15239


Edward Wilson Jr
109 Pine Grove Road
Mt Juliet, TN 37122

Edward Winters
49 Conklingtown Road
Chester, NY 10918


Edwardo E Collazo
84 Jessen Place
Beacon, NY 12508


Edwin  Green
612 Holly Ridge Lane
Columbia, SC 29229


Edwin Armstrong
P.O. Box 1388
Camp Verde, AZ 86322


Edwin C Sanders II
3514 Geneva Circle
Nashville, TN 37209


Edwin Fava
411 Evans Street  Apt 2
Williamsville, NY 14221

Edwin G Hutchinson
10965 Canning House Road
Felton, PA 17322

Edwin Knight
5727 Carthage Avenue
Norwood, OH 45212

Edwin Koch
104 Jucunda Street
Pittsburgh, PA 15210

Edwin Lopez
1001 Cedar Street
Allentown, PA 18102

Edwin M Ellis
1335 Morgans Circle
Canonsburg, PA 15317

Edwin Pinero Soto
1410 Town House Boulevard
Scranton, PA 18508

Edwin R Anderson
1029 Briarview NW
North Canton, OH 44720

Edwin Robinson
3299 Brevard Dr
Memphis, TN 38116

Edwin Rodriguez
1535 Herbert Street
Allentown, PA 18102

Edwin Smith Jr.
19083 CR 7
Coshocton, PA 43812

Edwin Sugay
4545 Wolverine Way
Antioch, CA 94531

Edwin Weeber Jr
1 Perry Lane
Pittsburgh, PA 15229

Edwinna M Reagan
117 Tyrone Ave
Uniontown, PA 15401


Edythe Christopher
105 Bluegrass Parkway
Lebanon, TN 37090


Ee Foo Lee
2921 Albazano Court
Sparks, NV 89436


Efficent Electric Efficent Electric
4800 Groves Road
Columbus, OH 43232


Effie Kauffman
480 Shut In Gap Rd
Spring City, Tn 37381


Efrain  Espionza
150 E Adams Street
Nogales, AZ 85261

Efrain Mota
24604 Helene Drive
Brownstown, MI 48183


Efrain Torres
2745 Creeks Edge Lane
Navarre, FL 32566


Efton Foster
4377 Espirit Dr
Ft Collins, CO 80524


Egidio Colella
105 Pontaxit Avenue
Cape May, NJ 08204


Egna Berenice Robledo
115 E County 22nd Street
San Luis, AZ 80349


Eileen Britt
155 High Street
Roscoe, PA 15477

Eileen Cantera
3110 26th St NE
Canton, OH 44705


Eileen F Cernansky
1206 N Fifth Street
Toronto, OH 43964


Eileen Fox
1061 Swallow Drive
Cherry Hill, NJ 08003


Eileen H Zimmerman
3540 Luciousboro Road
Homer City, PA 15748


Eileen M Rhoades
1471 Troy Rd  Lot 28
Ashland, OH 44805


Eileen May Wing
104 Penn Lear Dr
Monroeville, PA 15146

Eileen Myers
115 Lynnbrook
Nashville, TN 37218

Eileen Parrinello
57 Van Buren Avenue
Metuchen, NJ 08840

Eileen Priest
418 Aventura Drive
Mount Juliet, TN 37122

Eileen R Brockway
3243 Hines Road
Kingsville, OH 44049

Eileen Ricciletti
1217 Susquehana Rd
Rydal, PA 19046

Eileen Stevens
10437 E Cochise Avenue
Scottsdale, AZ 85258

Eileen Wasko
18 South Irving Avenue
Scranton, PA 18505


Ekin Okat
506 Hickory Villa Drive
Nashville, TN 37211


Ekow Yankah
1 East Main Plaza # 104
Champaign, IL 68120


Elaina J Talayumptewa
1 Ridge Rd
Peach Springs, AZ 86434


Elaine  Bowers
953 White Mountain Dr
Show Low, AZ 85901


Elaine  Fritz
4654 E Mountain Vista Drive
Phoenix, AZ 85048

Elaine A Burton
184 Jasmine Place
Columbia, SC 29203


Elaine A Hamski
6818 Cottage Street
Philadelphia, PA 19135


Elaine Babb  Blackmon
646 Park Dr
Rock Hill, SC 29730


Elaine Castillo
2900 Sunridge Heights  No 1013
Las Vegas, NV 89052


Elaine Freeman
2703 Shetland WAy
Westville, NJ 08093


Elaine Kelly
518 Sher De Lin Road
Dubois, PA 15801

Elaine Larntz
22083 TR 1705
West Lafayette, OH 43845


Elaine M Richcreek
220 Creek Road
Camp Hill, PA 17011


Elaine M Vrancich
173 Terrace Dr
Boradman, OH 44512


Elaine R  Johnson Thomas
942 S Meadow Street
Allentown, PA 18103


Elaine Serra
509 1/2 N Rail Road Street
Allentown, PA 18102


Elaine Shelton
123 E Fayette Street
Connellsville, PA 15425

Elana Goldstein
322 Felter Ave
Hewlett, NY 11557


Elbert L. Williams
31565 Painter Ridge
Vinton, OH 45686


Elbert P Jones
3642 Shady Grove Dr
Manvel, TX 77578


Elder O Sandoval
112 N Main St
Sellersville, PA 18960


Eldon W Spivey
617 Towne Park West Drive #1227
Rincon, GA 31326


Eldred J Kraemer
3177 Hampton AVe
Pittsburgh, PA 15234

Eleanor F Landman
327 Jefferson Street
Lemont Furnace, PA 15456

Eleanor H Williams
3291 Wexford Road
Gibsonia, PA 15044

Eleanor J Harkins
8239 New Second Street
Elkins Park, PA 19027

Eleanor Wenrich
10 Windwood Place
Lititz, PA 17543

Eleanore M Hall
7145 State Route 96
Crestline, OH 44827

Elease Portee
627 Ridge Trail Drive
Columbia, SC 29229

Elek Hendrickson
1865 N Fuller Ave Apt #215
Los Angeles, CA 90046

Elena M Bova
431 Shell Court East
Columbus, OH 43213

Elena Salas
2821 North Rancho Drive
Las Vegas, NV 89130

Elenzio Ferreira
929 Tyson Ave Apt A 20
Philadelphia, PA 19111

Eleuterio Sillas
2842 Flower Avenue
N Las Vegas, NV 89030

Elgirtha Ryder
1605 Mercer Court
Yellow Springs, OH 45387

Eli Lundy
7244 Cabot Drive
Nashville, TN 37209

Eli Taylor
1818 W Ashdale St
Philadelphia, PA 19144

Eli Veenendaal
130 Partridge Circle
Carlisle, PA 17013

Eligio L Garcia Jr
509 East Street
Emporia, KS 66801

Elijah L. Patton
2816 Mayfield Road
Cleveland, OH 44118

Elijah Robinson
PO Box 584
Round O, SC 29474

Elijah Roush
240 Nightengale
Pickerington, OH 43147

Elik Serpas
5277 Wilbur Street
Las Vegas, NV 89119

Elina Volodina
29249 Longview Avenue
Warren, MI 48093

Elinor M Dettorre
345 Pershing Avenue
Blairsville, PA 15717

Eliot E. Gminder
5500 Lincoln Way
Fayetteville, PA 17222

Elisa O Quendo
8705 Kulka Road
Las Vegas, NV 89161

Elisabeth Lee
7126 Riverfront Dr
Nashville, tN 37221


Elisabeth McNeal
2001 Hamilton Street Apt 327
Philadelphia, PA 19130


Elise Vaughan
104 Colonial Court
Galloway, NJ 08205


Elisete Perdigao
8524 Summerdale Avenue
Philadelphia, PA 19152


Elisha R Kipker
10755 State Route 274 W
Lewistown, OH 43333


Elisha Rouse
449 6th Street NW
New Philadelphia, OH 44003

Elisio Sapata
159 Fairhill Drive
Wilmington, DE 19808


Elissa L Schwartzmann
4766 Fiesta Way
Las Vegas, NV 89121


Elita R Moses
619 Hancock Street
Monongahela, PA 15063


Elite Construction Srvc Inc
PO Box 542
Ames, LA 50010


Elixalen Trebanino
124 S Woodlawn Avenue
Clifton Heights, PA 19018


Elizabeth  Abraham
1632 Greystone Rd
Charleston, WV 25314

Elizabeth  Canaval
5268 Royal Arch Cascade Drive
Dublin, OH 43016

Elizabeth  Chavarin
7365 E 24th Lane
Yuma, AZ 85365

Elizabeth  Crespo
2235 W Walnut Street Apt A
Allentown, PA 18104

Elizabeth  Currey
5450 E Corrine Dr
Scottsdale, AZ 85254

Elizabeth  Estep
5172 Madison Ave  Apt B1
Okemos, MI 48864

Elizabeth  Inostroza
2209 N Second Street
Philadelphia, PA 19133

Elizabeth  Williams
17 Cedricton Street
Pittsburgh, PA 15210



Elizabeth A Aliatis
14 Congress Court
Quakertown, PA 18951



Elizabeth A Bruce
1308 Keystone Park Road
New Alexandria, Pa 15670



Elizabeth A Ferguson
1411 W Park Avenue
Perkasie, PA 18944



Elizabeth A Gazzano
345 Winona Lakes
East strosudsburg, PA 18301



Elizabeth A Greene
3023 Linmuth Dr E
Springfield, OH 45503

Elizabeth A McGill
909 e Camelback Rd 2122
Phoenix, AZ 85014


Elizabeth A Morgan
106 Fieldbridge Court
Lancaster, PA 17603


Elizabeth A Sanso
101 Pohls Road
Aliquippa, PA 15001


Elizabeth A Stark
15 West Shellbay Ave
Cape May Court House, NJ 08210


Elizabeth A Stark
P.O. Box 173
Leesburg, NJ 08327


Elizabeth Adams
71 Beechmont Ct Unit C
Schaumburg, IL 60193

Elizabeth Ann Allen
2801 Aston Woods Ct
Thompsons Station, TN 37179

Elizabeth Arthur
755 Hickory Ct
Ashland, OH 44805

Elizabeth Ayesse
3808 M Ridgeway Avenue
Chicago, IL 60618

Elizabeth Bach
370 Brush Creek Road
Irwin, PA 15642

Elizabeth Beitel
231 Arbor Road
Villas, NJ 08251

Elizabeth Butler
5310 W 80th Terrace
Prairie Village, KS 66208

Elizabeth C Delvin
6400 Delvin Farm Lane
College Grove, TN 37046


Elizabeth Carlin
613 Ivy Green Lane
Irmo, SC 29063


Elizabeth Cervantes
3015 South 71st Drive
Phoenix, AZ 85043


Elizabeth Chandler
2231 North 26th Street
Mesa, AZ 85213


Elizabeth Cochenour
21 Cross Road
New Pond Land, NJ 07435


Elizabeth Dillie
2408 Bellwood Court
Pittsburgh, PA 15237

Elizabeth F Bahlinger
437 Hartz Road
Fleetwood, PA 19522


Elizabeth F Germes
604 Roberts Lane
Marlten, NJ 08053


Elizabeth Grzandziel
455 Parker Street
Pittsburgh, PA 15209


Elizabeth Gyaami
1012 Keystone Court
Vacaville, CA 95687


Elizabeth Harrison
7210 Whitaker Avenue
Philadelphia, PA 19111


Elizabeth J Bimson
1503 Hollyridge Court
Murfreesboro, TN 37130

Elizabeth Jaeger
7205 Charlton Street
Philadelphia, PA 19119

Elizabeth Johnson
5201 South Spruce
Wichita, KS 67216

Elizabeth Johnson
5360 Edmondson Pike Apt 407
Nashville, TN 37211

Elizabeth K Crawford
49031 Elwonger Road
East Palestine, OH 44413

Elizabeth Kairo
6523 Seventeenth Avenue
Phoenix, AZ 85041

Elizabeth Kooba
3705 Gina Drive
Bloomington, IL 61704

Elizabeth L Anthony
2829 Davison Avenue
Erie, PA 16504

Elizabeth L Clifton
1141 Ridgecrest Drive
Dickson, TN 37055

Elizabeth L Good
1066 Hidden Moss Drive
Cockeysville, MD 21030

Elizabeth M Brownfield
218 Harding Avenue SW
Massilon, OH 44646

Elizabeth M Hollar
2510 Fairway Crossing
Mansfield, OH 44903

Elizabeth Marcellino
6376 Jackson Street
Pittsburgh, PA 15206

Elizabeth Martinez
205 West 4th Street Apt 301
Bethlehem, PA 18015


Elizabeth McCracken
2426 Beaufort Avenue
Pittsburgh, PA 15226


Elizabeth McMullin
1715 2nd Avenue
Altoona, PA 16602


Elizabeth Mertes
1002 Yardley Commons
Yardley, PA 19067


Elizabeth Morrissey
1118 Forrester Avenue
Pine Hill, NJ 08021


Elizabeth Nardini
1150 Old Country Lane
Dayton, OH 45414

Elizabeth Post
373 Los Tres Hombres
San Luis, AZ 85349

Elizabeth R Eddy
107 Creel Street
St Marys, WV 26170

Elizabeth Rivera Rosario
1829 Hanover Avenue
Allentown, PA 18109

Elizabeth S Mellor
219 West Third Avenue
Wildwood, NJ 08260

Elizabeth Simpson
16493 North 176th Drive
Surprise, AZ 85388

Elizabeth Slutz
9501 W Sahara Avenue 1203
Las Vegas, NV 89117

Elizabeth Thielke
8606 Newsome Station Road
Nashville, TN 37221


Elizabeth W Douglas
3020 Holy Trinity Church Road
Little Mountain, SC 29075


Elizabeth Weiner
3031 Franklin Pike
Nashville, TN 37024


Elizabeth Whitener
510 Alexander Circle
Columbia, SC 29206


Elizabeth Y Cheers
121 Winesap Court
Murfreesboro, TN 37127


Elizabethanne Frances
129 Dover Dr
Corapolis, PA 15108

Ella L Houston
1057 Greenlaw Avenue
Memphis, TN 38105

Ella Roytburd
20 Brentwood Place
Holland, PA 18966

Ella W Cunning
4813 Lower Elkton Rd
Leetonia, OH 44431

Ellen  Oakes
1517 West Blvd
Alpha, NJ 08865

Ellen  Price
10060 Salem Warren Rd
Salem, OH 44460

Ellen B Goldring
852 Highland Crest
Nashville, TN 37205

Ellen Beard
16216 North 32nd Place
Phoenix, AZ 85032

Ellen Blessing Havry
8399 Kifer Road
Newburgh, IN 47630

Ellen Booth
1342 Middle Easton Belmont
Stroudsburg, PA 18360

Ellen C Vaughan
410 Holly Berry Ln
Lugoff, SC 29078

Ellen Engstrom
602 Pennridge Road
Pittsburgh, PA 15211

Ellen Fletcher
2617 Cox Mill Rd
Hopkinsville, KY 42240

Ellen Glass
6907 East Latham Street
Scottsdale, AZ 85257

Ellen Graham
203 Clairmont Drive
Altoona, PA 16602

Ellen Hollis
113 Delta Boulevard
Franklin, TN 37067

Ellen J Ashby
109 Walnut Street  Apt 14
Lansdale, PA 19446

Ellen Jones
506 Old Towne Drive
Brentwood, TN 37027

Ellen Policastro
655 Hall Road
Beaver, PA 15009

Ellen R Zucker
P.O. Box 210334
Nashville, TN 37221


Ellen Renee Burns
143 Lightner Road   P.O. Box 262
Landisburg, PA 17040


Ellen Seidel
119 West Avenue
Medina, TN 38355


Ellerbe Somers Gregg
4624 Lelias Court
Columbia, SC 29206


Ellie Philips
6143 Ruthedge Hill Road
Columbia, SC 29209


Elliot Dworkin
2330 Blackoak Bend
San Antonio, TX 78248

Elliot Maldonado
2086 E Scenic Drive
Bath, PA 18014

Elliott Persinger
3107 Melissa Ct.
Smyrna, TN 37167

Ellis Antoon
6425 Addely Drive
Las Vegas, NV 89108

Ellis J Brockington
1509 N Missouri Ave
Atlantic City, NJ 08401

Ellis Turner
1537 West Orland Street
Philadelphia, PA 19126

Ellsworth Blackwell
6587 Santa Cruz Place
Reynoldsburg, OH 43068

Ellyn Roth
6009 N Granite Reef
Scottsdale, AZ 85250

Elmar Zobens
26096 W Gilmer Road
Grayslake, IL 60030

Elmer  Myers
234 Stonehouse Rd
Carlisle, PA 17013

Elmer Eash
3610 E. Longview
Haven, KS 67543

Elmer S Martin
641 New London Rd
Hamilton, OH 45013

Elmer V McIlhenney
9338 Tulip Street
Philadelphia, PA 19114

Elmer W Coffman Sr
434 Ogden St
Connellsville, PA 15425

Elmerina Abdullah
625 Melrose Avenue
Atlantic City, NJ 08401

Elmore Williams
3339 Kidd Street
North Las Vegas, NV 89032

Elois Lee Dunell
736 High Street
Bethlehem, PA 18018

Elsa Pastuna
11 Chatham Place
Plainfield, NJ 07060

Elsie H Victoria
1977 Greenberry Road
Baltimore, MD 21209

Elsie J Walsh
1726 Kendrick Street
Philadelphia, PA 19152

Elton Howard
2508 Holly Springs Court
Ellicott City, MD 21043

Elton Spain
107 Myton Court
Columbia, SC 29203

Elva Guttman
328 Church Hill Rd.
Kintnersville, PA 18930

Elvin Metzler
108 Clarien Drive
Souderton, PA 18964

Elvin N Nolt Jr
321 N Hershey Avenue
Leola, PA 17540

Elvira  Torres
2712 Rondel Rd
Columus, OH 43231


Elwaleed Ahmed
19432 Mayfield Ave No202
Livonia, MI 48152


Elwood Hall
4422 Limerick Road
Jackson, OH 45640


Elwood Harold Dorn
40391 Dorn Road
Centerville, PA 16404


Emanuel  Romanias
464 Long Drive
Pittsburgh, PA 15241


Emanuel Jimenez
3700 New Jersey Ave  Apt BB
Wildwood, NJ 08260

Emanuel O Roland II
3104 Skinner Dr
Antioch, TN 37013

Emeil Soryal
17360 Wood Acre Trail
Chagrin Falls, OH 44023

Emerald Delbrugge
54520 Brackin Road
Martins Ferry, OH 43935

Emery J Able Jr
1430 W Fair Ave
Lancaster, OH 43130

Emil Bortis
6946 W Josac Street
Glendale, Z 85308

Emilio Cabrera
5742 W Morten Avenue
Glendale, AZ 85301

Emily  Hardcastle
1172 TRavellers Ridge
Nashville, TN 37220


Emily  Wood
1008 Rockdale Street
Green Bay, WI 54304


Emily A Gauss
340 Woodlawn Terrace
Collinswood, NJ 08108


Emily Boes
1525 W Lynnwood Street
Phoenix, AZ 85007


Emily C Paulsen
6514 W. Silver Sage Lane
Phoenix, AZ 85083


Emily Cope
632 Meadowridge Drive
Ellwood City, PA 16117

Emily Deatley
809 5th St
Struthers, OH 44471


Emily Legg
800 Park Road
Westerville, OH 43081


Emily M Garland
8204 Londonberry Road
Nashville, TN 37221


Emily Meghan Neff
3104 Duncan St  Apt 3
Columbia, SC 29205


Emily Potter
117 Manassas Loop
Yorktown, VA 23693


Emily R  Gifford
118 Walden Court
Columbia, SC 29204

Emily R Degounette
120 North Second Street
Duquesne, PA 15110


Emily R Semanco
5242 W Ridge Rd  Apt B
Erie, PA 16506


Emily S Fortuna
730 Fairbank Herbert Road  Box 251
Fairbank, PA 15435


Emily Scott
107 North Pinecrest
Wichita, KS 67208


Emily T Smith
2150 Stadium Dr  No K2
Phenix City, AL 36867


Emily Vanburen
1691 Bond Avenue
Columbus, OH 43229

Emilya Bonita Bailey
2849 Dubard St
Columbia, SC 29204


EMITech Phx Inc.
4609 South 33rd Place
Phoenix, AZ 85040


Emma  Tarli
610 Rt 981
Smithton, PA 15479


Emma Davis
247 N Ogden Avenue
Columbus, OH 43204


Emma Jane Chaney
7889 County Rd  Number 121
Valley Heaf, AL 35989


Emma L Croston
2531 Indiana Way NE
Canton, OH 44705

Emma Rae Tennent
1803 Lillian St
Nashville, TN 37206


Emmaline Seevers
540 Bailey Drive
Mansfield, OH 44904


Emmanuel  Grammatikos
909 Willard Avenue NE
Warren, OH 44483


Emmanuel A Ufele
354 Penn Oak Drive
Pittsburgh, PA 15235


Emmanuel Ameh
19627 Wheatfield Terrace
Gaithersburg, MD 20870


Emmanuel Terzakis
5003 Atlantic Ave Apt 1
Ventnor, NJ 08406

Emmanuella Longmire
2096 Ridgeway Road
Memphis, TN 38119


Encounters Network
2389 Henpeck Lane
Franklin, TN 37065


Enjou Berry
130 Eastmont Lane
Sicklerville, NJ 08081


Enkhee  Tsegmid
3109 Barbara Dr Apt X7
Middletown, OH 45044


Enrico Pagnanelli
111 South 15th Street
Philadelphia, PA 19102


Enrique  Gonzalez
6873 N Placita Chula Vista
Tucson, AZ 85704

Enrique B Luchino
86 Mill Street
Washington Boro, PA 17582


Enrique Berajes
3785 Calumet Circle
N Las Vegas, NV 89031


Enrique Hernendez
104 Maple St
Bell Buckle, TN 37070


Enrique Ortiz
8025 Sunset Crrk
Las Vegas, NV 89113


ER Motors
3603 Sandpiper Trail
Mandan, ND 58554


Erasmus Gyamfi Jr
7742 Silkwood Ct
Columbus, OH 43085

Erhardt J Bell
2510 Substation Road
Medina, OH 44256

Eric  Collinsworth
212 Fernwood Lane
Lebanon, TN 37087

Eric  Flinchbaugh
1679 6th Avenue
York, PA 17403

Eric  Geadlemann
2864 Sawyer Bend Rd
Franklin, TN 37069

Eric  Schroeder
215 Eagle River rd
Joplin, MO 69804

Eric A Bakey
146 Stonemill Drive
Elizabethtown, PA 17022

Eric A Herbert
1237 Berkshire Avenue
Pittsburgh, PA 15226


Eric A Riegner
3283 Maple Drive
Pittsburgh, PA 15237


Eric Allen
1853 Garden Ridge
Toledo, OH 43614


Eric B Lambes
1280 Hickory Tree Drive
Zanesville, OH 43701


Eric Bell
44B New St
Hatboro, PA 19040


Eric Bowers
118 McMahon Drive
Manor, PA 15665

Eric Bowman
2010 Eastview Avenue
Dayton, OH 45405


Eric Broderick
125 Inman Road
Harrisville, RI 02830


Eric Brown
1415 Stewart Street
New Kensington, PA 15068


Eric C Borland
425 Donna Drive
Clarksville, TN 37042


Eric C McFall
4721 Buhl Boulevard
Uniontown, OH 44685


Eric C Murray
124 Sixth Street Apt 4
McKeesport, PA 15132

Eric C. Goslowsky
1903 Chartwell Court
Murfreesboro, TN 37629

Eric Clarkson
5022 Reeds Road
Shawnee Mission, KS 66202

Eric D Brody
546 Bradford Drive
Gallatin, TN 37066

Eric D Carriker
7925  St Ives Rd  Apt 11C
North Charleston, SC 29406

Eric D Clendenin
348 Heipie Hill Road
Gorham, IL 62940

Eric D Emrescahk
3319 Jameson Dr
Pittsburgh, PA 15227

Eric D Kaufman
127 Congruity Road
Greensburg, PA 15601


Eric Daniels
335 Regency Avenue
Pataskala, OH 43062


Eric DeBronsky
345 Winona Lakes
East Stroudsburg, PA 18301


Eric Devine
526 10th St
Struthers, OH 44471


Eric E Greer
PO Box 396
Roscoe, PA 15477


Eric Ericson
130 Brighton Close
Nashville, TN 37205

Eric Farr
11 Virginia Avenue
Reading, PA 19606


Eric Foley
5104 Brookstone Court
Antioch, TN 37013


Eric Ford
4709 North 111th Lane
Phoenix, AZ 85037


Eric Fox
21937 Phelps Road
Meadville, PA 16335


Eric Groff
1190 Wheaton Street
Memphis, TN 38117


Eric H Goodman
475 West Main Ave
Myerstown, PA 17067

Eric Harkins
27744 North 98th Drive
Peoria, AZ 85380

Eric Haser
1304 Union St
Valencia, PA 16059

Eric Haught
434 Gallery Drive
Marysville, OH 43040

Eric Henning
12631 W Ashby Drive
Peoria, AZ 85383

Eric Hess
237 Dombey Dr
Pittsburgh, PA 15237

Eric Hudson
1506 Peters Road
Troy, OH 45373

Eric Hull
369 Bounty Way
AVon Lake, OH 44012

Eric J Anderson
11457 N Inca Avenue
Fountain Hills, AZ 85268

Eric J Pena
606 Bingaman St
Reading, PA 19602

Eric J Tweed
206 Durham Road
Hellertown, PA 18055

Eric J Wissner
4510 Melwood Road
Leechburg, PA 15656

Eric James Blake
1732 W Tulsa Street
Chandler, AZ 85224

Eric John Kellerhals
424 Saddlebrooke Road
Lexington, SC 29072

Eric Justin Helton
2025 Bice Rd
Soddy Daisy, TN 37379

Eric L Appel
1613 W Market Street
Frederick, MD 21701

Eric L Brenner
240 Old Hickory Road
New Castle, PA 16102

Eric L Gale
2205 Alteras Dr
Antioch, TN 37013

Eric L Ping
62 Glen Oak Ct
Hurricane, WV 25526

Eric L Swartz
1841 T Bird Drive
Front Royal, VA 22630

Eric L Thomaston
18719 Highland Avenue
Homewood, IL 60430

Eric Lennon
1131 William Street
Hamilton, NJ 08610

Eric M Brink
3312 Carlisle Court
Fort Mill, SC 29715

Eric M DeAngelo
1156 Wildwood Way
Erie, PA 16511

Eric M Hall
57 Rolling Meadows
Goodlettsville, TN 37072

Eric M Trier
220 Turkeyfoot Rd
Venetia, PA 15367


Eric Macchiaroli
2606 Wildwood Road
Allison Park, PA 15101


Eric Maldonado
6505 S. 15th Dr
Phoenix, AZ 85041


Eric Martin Borough
1032 Gibbons St
Scranton, PA 18505


Eric Mercer
4220 Fiery Run Road
Linden, VA 22642


Eric Michaud
821 Hillview Heights
Nashville, TN 37204

Eric Morris
14 1/2 Grace Avenue
Shelby, OH 44875


Eric Morrison
2940 Caywood Road
Marietta, OH 45750


Eric Newsome
8550 Highway 70
Arlington, TN 38002


Eric Norris
1306 Apache Trail
Hephzibah, GA 30815


Eric Oetzel
928 W Mill Street
Quakertown, PA 18951


Eric P Droege Jr
4141 Magnolia Drive
Mt Joy, PA 17552

Eric P Kann
456 Rich Valley Road
Carlisle, PA 17015


Eric P Pinney
69454 Prattsville Road
McArthur, OH 45651


Eric R Keller
367 Squire Lane
Lititz, PA 17543


Eric R Mattson
989 Old Highway 33
Shade, OH 45776


Eric Rader
13 Palisades Point
Johnson City, TN 37601


Eric Richardson
1380 Nash Road
Ridgeville, SC 29472

Eric Romain
9838 E Farmdale Avenue
Mesa, AZ 85208

Eric Rubright
32 Kingston Drive
Palmyra, PA 17078

Eric Rush
3034 Hogback Road
Finleyville, PA 15332

Eric S Hazlett
907 McCoy Road
McKees Rocks, PA 15136

Eric S Snyder
13 Scott Street
Brodheadsville, PA 18322

Eric Salisbury
1843 S Old Greenfield Road
Mesa, AZ 85206

Eric Sandt
110 Canberra Dr
Knoxville, TN 37923


Eric Schroeder Rev Trust
215 Eagle Ridge Rd
Joplin, MO 64804


Eric Seidel
P.O. Box 733
Trumbauersville, PA 18970


Eric Snook
620 Grassy Hill Road
Summerville, SC 29483


Eric Spalding
2037 Hawks Nest Court
Hermitage, TN 37076


Eric Swaebly
3695 Pigeon Run Rd SW
Massilon, OH 44647

Eric T Fath
5 South 8th Ave
Villas, NJ 08251


Eric T Pancoast
323 Flour Lane
Langhorne, PA 19047


Eric T. Hoffman
110 Scott Ridge Road
Harmony, PA 16037


Eric Taylor
413 Aiken Hunt
Columbia, SC 29223


Eric Thomas Couture
2524 S El Paradiso Drive 28
Mesa, AZ 85202


Eric Thristino
1119 Jackson Avenue NW
Massillon, OH 44646

Eric Toth
625 Irving Park Blvd
Sheffield Lake, OH 44054


Eric Vevango
2511 N 148th
Goodyear, AZ 85395


Eric W Mattey
1734 Banning Rd
Dawson, PA 15428


Eric W Miller
135 Maple Drive
Cadiz, OH 43907


Eric W Sweitzer
213 Sweitzer Lane
Brookville, PA 15825


Eric W Ventling
PO Box 41914
Nashville, TN 37204

Eric W Yocum
551 Cliffside Dr
Lexington, OH 44904


Eric Wagner
108 Cherokee Roaad
Danville, PA 17821


Eric Ward
4911 Menloughwood Dr
Canton, OH 44703


Eric Weltmer
2101 Cedar Run Drive  201
Camp Hill, PA 17011


Eric Widener
402 Walnut Street
New Weston, OH 45348


Eric Wolanski
12 Hanover Acres
Burgettstown, PA 15721

Eric Wolf
3011 Hietter Road
Quakertown, PA 18951


Eric Wolfe
P.O. Box 666
Winslow, AZ 86047


Eric Wood
9814 Dornoch Trail
Brighton, MI 48114


Erica  Perez
3000 Ford Road Apt B-31
Bristol, PA 19007


Erica C Duffy
1421 Carlton Rd
Carlton, PA 16311


Erica C Patton
1701 Parkline Drive #10
Pittsburgh, PA 15227

Erica Cook
5366 Keeport Dr Apt 18
Pittsburgh, PA 15236

Erica Cotto
430 North Oswego Street
Allentown, PA 18109

Erica Dazey
312 45th Street SW
Canton, OH 44706

Erica Dougher
942 Providence Road
Scranton, PA 18508

Erica Hart
2601 S. Pavilion Ctr Drive #2062
Las Vegas, NV 89135

Erica L Coleman
2112 Collingwood Ave
Pittsburgh, PA 15218

Erica L Hayden
839 Highland Avenue Apt B
Greensburg, PA 15601


Erica L Martin
23 Ridgewood Dr
McKean, PA 16426


Erica L Mencer
109 East Street
Bolivar, OH 44612


Erica L Troshak
1420 Centre Ave
Pittsburgh, PA 15219


Erica Pollard
66 Sanhican Dr
Trenton, NJ 08618


Erica R  Benson
513 S Walker St
Columbia, SC 29205

Erica R Demauri
738 East 29th St
Erie, PA 16504

Erica R Jones
14152 Staley Road
Anna, OH 45302

Erica R Robinson
2135 Durant Lane
Manning, SC 29102

Erica R Youtsey
706 Carnwise Street SE
Canton, OH 44707

Erica Roseborough
115 Sunnyslope Drive Apt 4
Mansfield, OH 44907

Erich Kielburger
2601 Pickertown Road
Warrington, PA 18976

Erick  Rieger
32 Wilmot St
East Brunswich, NJ 08816


Erick Melendez
97 Timberhill Drive #1
Hamilton, PA 45013


Erick Melgar
1804 Snughaven Court
Las Vegas, NV 89108


Erick Taylor
80 Kachina Trail
Flagstaff, AZ 86004


Erick Willis
4584 Mission Meadow Circle
Las Vegas, NV 89139


Ericka Cobbs
38 A St Mays Apt A
Charleston, SC 29403

Ericka D Clendening
3834 Sam Boney Drive
Nashville, TN 37211


Ericka E Neiswonger
108 West Broad Street
New Bethlehem, PA 16242


Ericka Porter
12624 Wrightwood Court
Upper Marlboro, MD 20772


Erickson Archie
267 Robinson Street
Rock Hill, SC 29730


Erik  Turner
507 Oak Manor Avenue
Massillon, OH 44646


Erik A Lewetag
360 Cherry Valley Road
Saxonburg, PA 16056

Erik A Venning
1010 North East Horizon Loop #1909
Hillsboro, OR 97124

Erik Carroll
18419 N 57th Drive
Glendale, AZ 85308

Erik Christian
2914 River Bend Lane
Grand Junction, CO 84503

Erik Draaijer
15969 Punta Espada Loop
Corpus Christi, TX 78418

Erik Emsing
17132 Amity Drive
Derwood, MD 20855

Erik Heiney Sr
233 North 10th St
Allentown, PA 17102

Erik John Loesch
1679 Lauda Drive
Mount Pleasant, SC 29464

Erik Johnson
19635 N Cave Creek Road #3
Phoenix, AZ 85024

Erik Jones
2371 Groveland Street
Pittsburgh, PA 15234

Erik Larson
136 Marion Ave
Wynantskill, NY 44077

Erik Schneider
1652 N 132nd Avenue
Goodyear, AZ 85338

Erik Sievers
1810 Quinn Road
Collierville, TN 38017

Erik Wells
100 Pinecrest Ave
Dallas, PA 18612

Erika A Campbell
212 Jennifer Lane
Ephrata, PA 17522

Erika Bucci
511 Walnut Street
Conneaut, OH 44030

Erika K Steiskal
4910 Burkwood Circle
Sylvania, OH 43560

Erika L Braun
626 N Front Street
Wormleysburg, PA 17043

Erika L Yeager
1445 Madison Avenue
Toronto, OH 43964

Erika Poma
2052 Heritage Ct.
Asheboro, NC 27203


Erin  Mercier
822 Buffalo Street
Franklin, PA 16323


Erin B Swingle Carney
2735 East Ridgewood Ct
Zanesville, OH 43701


Erin Bauder
3196 Bean Oller
Delaware, OH 43015


Erin C Doherty
21 Bard Road
Shippensburg, PA 17257


Erin D Reeder
732 Cherry Street
Galion, OH 44833

Erin E Connelly
131 Howard St
Millvale, pa 15209


Erin F Yabu
16825 N Fourteenth Street #105
Phoenix, AZ 85022


Erin K Pressler
4522 Brunnerdale Avenue NW
Canton, OH 44718


Erin Kiney
4810 Abbay Drive
Nashville, TN 37211


Erin Lewis
8985 Storey Road
Northeast, PA 16428


Erin Lozowski
5435 Station Road
Erie, PA 16510

Erin M Devine
1236 Winterton Street
Pittsburgh, PA 15206


Erin Mary Joynt
1148 Emma Lane
Warminster, PA 18974


Erin Nicole Graff
42176 W Chisolm Drive
Maricopa, AZ 85239


Erin Nicole Lochner
4960 Gittings Drive
Gibsonia, PA 15044


Erin Prenger
5332 E. Exeter Blvd.
Phoenix, AZ 85018


Erin Riffle
1330 Piper Court
Canton, OH 44703

Erin Roskos
1327 Spangler Road
Canton, OH 44714

Erin Sawchik
27478 Bassett Road
Westlake, OH 44145

Erin Showman
5 Penn Street Apt 2
Mt Pleasant, PA 15666

Erin Troutman
3559 Ridgeway Avenue
Reading, PA 19605

Erkin B Karimi
10 Creekwood Square
Cincinnati, OH 45246

Erlene Wade Fuqua
1641 Converse Street
Lancaster, SC 29720

Erline Taylor
1600 e Mai St Lot 14
Brownsviile, TN 38012


Erma Frew
825 Netherwood NW
Canton, OH 44708


Erna Kracher
Box 137
Inglis, MB R0J0X0
CANADA


Erna L Carpenter
12880 Veronica Lane
North Huntingdon, PA 15642


Ernane Batista Del Media
6451 Oxford Avenue
Philadelphia, PA 19111


Ernest Bell Sr
120 S State St Apt 913
Elgin, IL 60120

Ernest D Bennett III
909 Yearling Way
Nashville, TN 37221


Ernest Dimuccio
615 Brekenridge Way
Beavercreek, OH 45430


Ernest Haggy
36967 Rocksprings Road
Pomeroy, OH 45769


Ernest K Rice Jr
4144 Meadowsweet Drive
Riverside, OH 45424


Ernest L Bonds
1490 Bridgewater Road
Cordova, TN 38018


Ernest L Dorsett Sr
2123 Elsie Street
Pittsburgh, PA 15210

Ernest Nellos
3431 Dakota Lane
Aburquerque, NM 87110


Ernest S Check
409 Back Street
Dunbar, PA 15431


Ernest W Kuhley
106 Harvey
Struthers, OH 44471


Ernestina Reyes
8825 West Mercer Lane
Peoria, AZ 85345


Ernestine K Brown
1591 Crucible St
Pitsburgh, PA 15205


Ernestine P Kitchin
2603 Yale Ave
Memphis, TN 38112

Ernestine Tucker
232 Tilting Rock Dr
Hopkins, SC 29061


Ernestine Young
1307 Taylor Avenue
New Kensington, PA 15068


Ernestine Young Reed
4416 Rangeline
Memphis, TN 38127


Ernesto Arias
4623 Sahwnee Street
North Charleston, SC 29405


Ernie H Stone III
301 South Street
Sedalia, OH 43151


Eros Riston
355 Crescent Boulevard
Los Angeles, CA 90048

Errick Bethel
204 Hopecreek Drive
Irmo, SC 29063




Errick D Freeman
3603 Ellis Ave NE
Canton, OH 44705




Errol Johnson
4222 Quail Run Parkway
Danville, CA 94506




Erskine Thompson
458 Harshberger Road
Johnstown, PA 15905




Erston  Senger
9501 N 53rd Place
Paradise Valley, AZ 85253




Ertan Kanalp
224 Sample St
Pittsburgh, PA 15209

Ervette D Bonnett
28 S Madison Street
Allentown, PA 18102




Ervin L Okeley
314 Armstrong St
Celina, OH 45822




Ervin Yarrell
7 Copperwood Court
Columbia, SC 26331




Erwin Query Jr.
414 Creek Denwart
Mount Pleasant, SC 29464




Esau Villa Gonzalez
4630 Koval Lane #59C
Las Vegas, NV 89109




Ese Duke
620 Clydesdale Dr
York, PA 17402

Essence Hambrick
303 Rosyln Avenue
Canton, OH 44708


Essie Mae White
372 Dreger
Memphis, TN 38109


Esteban Mason Rahine Lewis
12510 Lava Court
Haterstown, MD 21740


Esteban Vidal IV
1633 Chadwick Circle
Lancaster, PA 17603


Estee Copeland
326 Greenvale Rd
South Euclid, OH 44121


Estelle Stokes
1114 Thirteenth Street SE
Massillon, OH 44646

Esther D Jackson
109 Woodfern Circle
Belton, SC 29627


Esther Davidson
18842 North 73rd Drive
Glendale, AZ 85308


Esther J Rentas
231 Rabbit Lane
Reading, PA 19601


Esther L Gillespie
901 State Route 46 S
South Jefferson, OH 44047


Esther M Anderson
1632 State Route 711
Stahlstown, PA 15687


Esther Madara
2535 Kutztown Road
Pennsburg, PA 18073

Esther R Miller
863 Massillon Rd  Lot 39
Millersburg, OH 44654


Esther Titus
21 E Honda Bow Road
Anthem, AZ 85086


Ethan Jenkins
411 Hazelwood Drive
Smyrna, TN 37167


Ethel Dillard
15778 Lamphere Street
Detriot, MI 48223


Ethel E Waters
1924 Green Street  Apt 2
Philadelphia, Pa 19130


Ethel F Weeks
106 Eleventh Street NE
Massillon, OH 44646

Ethel Ruth  Wright
2519 Longleaf Drive
Charlotte, NC 28210


Ether L Santiago
4342 Glendale Street
Philadelphia, Pa 19124


Etta Carpenter
20262 Sand Rock Road
Stewart, OH 45778


Etta Goodwin
511 George Lane
Newberry, SC 29108


Etta Porter Sanders
7461 Church Hill Road
Hollywood, SC 29449


Eugene  Ballestero
400 Craig Ave
Staen Island, NY 10307

Eugene  Rees
301 East Main St
Carnegie, PA 15106

Eugene A Rutter
625 Mill St Apt 2F
New Lexington, OH 43764

Eugene Beaird
721 Work Drive
Nashville, TN 37207

Eugene Brooks
1254 Colony Church Road
Newberry, SC 29108

Eugene Collier
1915 Springwood Drive
Piqua, OH 45356

Eugene Cunard
32 Stanley Street
Hanover Twp, PA 18706

Eugene Cupp
5844 Longview St SW
Massillon, oH 44646

Eugene D Raugust
6228 Lauren Ashton Avenue
Las Vegas, NV 89131

Eugene D Smith
3 Keeler Avenue
Stevens, PA 17578

Eugene Dade
37 Bannockburn Blvd
Blacklick, OH 43004

Eugene Demers ll
1900 Idlewild Drive
Reno, NV 89509

Eugene Drury
6020 A Fairfield Road
Fairfield, PA 17320

Eugene Eldredge
2950 Dean Parkway 202
Minneapolis, MN 55416

Eugene F Mason
498 Rt 50
Woodbine, NJ 08270

Eugene F Miller III
3227 Rhett Road
Philadelphia, PA 19154

Eugene Filiaggi
3322 Cramlington Drive
Gibsonia, PA 15044

Eugene G Schenk
1615 Walnut Street
Ashland, PA 17921

Eugene George
47 Nesco Manor Road
Drums, PA 18222

Eugene H Lopes
114 Old Route 217
Derry, PA 15627

Eugene Majni
349 North Erie Beach
Marblehead, OH 43440

Eugene Niemeyer
16011 Challenger Drive
Crosby, TX 77532

Eugene P Coppney
135 Saxons Ferry Drive
Lexington, SC 89072

Eugene P Hart IV
3356 Venson
Memphis, TN 38134

Eugene Reynolds
1104 Linden Street #2
Allentown, PA 18102

Eugene S Horning
544 Five Pointville Road
Denver, PA 17517

Eugene Smith
7394 ST RT 97 Lot 75
Mansfield, OH 44903

Eugene Yannayon
4706 Pleasant Hill Rd NW
Canton, OH 44708

Eugeneia Aikens
6936 Casale Blvd PO Box 7
Mizpah, NJ 08342

Eugenia P Shealy
301 Breton Dr
Greer, SC 29650

Eugenia Reeves
2 Kilmarnok Way
Charleston, SC 29414

Eunice Gray
2600 Welsh Road Apt 21
Philadelphia, PA 19152


Eunice J Parrish
7018 Ticonderoga
Downers Grove, IL 60516


Eunice Shorter
5023 Penwood Cove
Memphis, TN 38118


Eunmi Kiyota
4422 E Zenth
Cave Creek, AZ 85331


Euridices Jeffries
47 N. Waverly Street
Columbus, OH 43213


Eva Cook
1409 East Bloch Road
Phoenix, AZ 85040

Eva Davis
38 Aldene Avenue
Goose Creek, SC 29445


Eva Emans
227 N Brandon Avenue
Celina, OH 45822


Eva Marlene Boudreaux
207 John Kinard Cir
Chapin, SC 29036


Evan  Williams
8614 Harrison Bay Road
Harrison, TN 37341


Evan C Blackman
8716 Overcup Oaks Drive
Cordova, TN 38018


Evan Ediger
2821 NW 173rd
Edmond, OK 73012

Evan Eichelberger
2241 Derrill Avenue
Newberry, SC 29108

Evan J Reber
101D Community Drive
Shillington, PA 19607

Evan Johnston
1824 East High Street  Apt B
Springfield, OH 45505

Evan M Needs
49331 McKenzie Ridge Road
Racine, OH 45771

Evan McCutchen
1700 W Clinch Ave  Unit 217
Knoxville, TN 37916

Evan Pangiliran
16013 N 58th Street
Scottsdale, AZ 85254

Evan R Callahan
4081 Hill St
South Park, PA 15129


Evan Reber
2422 Grandview Ave
Reading, PA 19606


Evan T Renninger
157 Ridge Rd
Fallentimber, PA 16639


Evanna K DeFonteny
11000 Proctor Road
Philadelphia, PA 19116


Evans Valme
125 Florence Street
Brockton, MA 02301


Eve M Thompson
201 Webster Ave Apt F15
Woodbine, NJ 08270

Evelyn  Watson
36 W Main St
Jacksonville, OH 45740


Evelyn Almodovar
2043 S Fountain Street #5
Allentown, PA 18103


Evelyn Cale
15926 E. Genoa Way
Fountain Hills, AZ 85268


Evelyn Fisher
1614 Penns Crossing
Allentown, PA 18104


Evelyn Harris
5303 East Twain 59
Las Vegas, NV 89122


Evelyn K Bennett
4240 Delmont Road
Lancaster, OH 43130

Evelyn L Kanoski
365 County Road 10
Dillonvale, OH 43917


Evelyn Ludington
250 Loop Road
Lewistown, PA 17044


Evelyn M Camp
3205 Dresden Road
Zanesville, OH 43701


Evelyn M Cook
2324 Jenkintown Road
Glenside, PA 19038


Evelyn M Martin
1394 Hammon Avenue
Ephrata, PA 17522


Evelyn M Moulton
1132 Sheffield St
Pittsburgh, PA 15233

Evelyn Montes De Oca
4841 W. Wrightwood Avenue
Chicago, IL 60639

Evelyn Rodriguez
3916 Proclamation Place
Las Vegas, NV 89110

Evelyn Scott
1726 Morris Avenue
Villas, NJ 08251

Evelyn Shular Dana
4418C Grannywhite Park
Nashville, TN 37204

Everett A Tracy
118 East Lincoln St
New Lexington, OH 43764

Everett Adkins
PO Box 542
Gadsden, AZ 85336

Everett Corson
PO Box 50 53 Moores Beach Road
Delmont, NJ 08314

Everett Weston
4102 Sturgis Heights Apt 209
Fort Leonard Wood, MO 65473

Everette H Taylor Sr
5148 Croft Crossing Drive
Richmond, VA 23237

Evert Briggs III
1230 Oak Avenue NW
Canton, OH 44708

Evert Simpson
437 Southlake Rd
Columbia, SC 29253

Evon Robinson
1008 Bodison Memorial Drive
Roundo, SC 29474

Evyn Mustoe
411 32nd Avenue South
Nashville, TN 37212


Ewana Lavette Skinner
34 Care Lane
Greer, SC 29651


EWMS Leasing
441 Prospect Street
Pawtucket, RI 02860


Experian
949 West Bond Street
Lincoln, NE 68521


Eyvonne K Crowder
1402 Wautaga St
Kingsport, TN 37664


Ezekell Jamison
13808 Lakeshore Drive
Bratenahl, OH 44110

Ezekiel Washington
2418 Church Street
Denmark, SC 29042


Ezequiel Hernandez
6 McCulloch Avenue Ext
Ravena, NY 12143


F J  Bernhard III
270 Carrie Lane
Harleysville, PA 19438


F Robertson Hancock
413 Fairfax Ave
Nashville, TN 03712


Fabian Delgado
505 N Rock Road  Apt 1002
Wichita, KS 67206


Fabiola Contreras
122 West 30th Street
Wichita, KS 67217

Fadil Dajti
7151 Cottage Street
Philadelphia, PA 19135

Fadilj Dzambazi
208 Peters Avenue
East Meadow, NY 11554

Fadra Kamel
4129 E Indian School Road #221
Phoenix, AZ 85018

Fady Diab
4312 Hyde Park Apt 1
North Olmstead, OH 44070

Faetina Boggs
9042 Fulton Lane
Cordova, TN 38016

Faisel A Haruna
646 Seventh Street
Niagara Falls, NY 14301

Faith  Sharif
166 Knight Bridge Drive E
Pickerington, OH 43147


Faith  Shingledecker
3783 SR 18 E
Marion, IN 46952


Faith A Wentz
15700 Murray Road
Union City, PA 16438


Faith Nicholson
702 Sherwwood Cir
Connellsville, PA 15425


Faith Weinert
115 W Elm Street
St Paris, OH 43072


Falcon Ventures Inc
2551 38th Ave NE  Unit 135
Minneapolis, MN 55421

Faouzi Allouch
1816 Sable Place  #2
Memphis, TN 38134




Farah Wamshar
494 Oysterdale Road
Oley, PA 19547




Farborzamir Alikhani
157 Brickyard Road
Mars, PA 16046




Farhat Unnisa
916 Mann Court
Folsom, CA 95630




Faris Carpet Inc.
7495 National Pike
Uniontown, PA 15401




Farrah  Agnone
5917 Clover Meadows Ave
Scotts, MI 49088

Farrah J Grinion Adams
2727 Maple Ave
Vineland, NJ 08361


Fate E Harris
340 Norman Way
Erie, PA 16508


Fatimah Jones
5929 Nassau Rd
Philadelphia, PA 19151


Fatmata Sumah
9738 Basket Ring Road
Columbia, MD 21045


Fatmir Rushawi
6531 W Brookhart Way
Phoenix, AZ 85083


Fawzi Sabieh
15608 Howe Rd
Strongsville, OH 44136

Fay Buchanan
5417 S Nopone Valley Rd
Decatur, TN 37322


Faye Grund
1430 Ledgewood Crt.
Mansfield, OH 44906


Fed-Ex
P.O. Box 371461
Pittsburgh, PA 15250-7461


Felder Shanae
347 New Hechman
Jersey City, NJ 07305


Felicia A Jackson
10611 Onslow Street
Houston, TX 77016


Felicia Bitto
HC 3 Box 3704
Albrightville, PA 18210

Felicia Bright
2024 Stoney Battery Road
Newberry, SC 29108


Felicia Dotson
3663 Highway 49 East
Charlotte, TN 37036


Felicia E Carson
208 Woodkirk Street  Apt 1
Carnegie, PA 15106


Felicia L Moore
107 Cinderella Lane
Greenville, SC 29617


Felicia M Diehl
1512 Beechview Avenue
Pittsburgh, PA 15216


Felicia M Mason
5125 Five Chop Rd
Cameron, SC 29030

Felicia Mack
2253 Larue St
Philadelphia, PA 19137


Felicia Moran
3933 W Kelton Lane
Phoenix, AZ 85053


Felicia N Jones
56 Center St rear
Pittsburgh, PA 15112


Felicia N Jones
506 Center Street Rear
Pittsburgh, PA 15112


Felicia Romer
7889 W Windsor Boulevard
Glendale, AZ 85303


Felicia Spikes
3392 Margruder Avenue
Columbia, SC 29207

Felicia Y Burrows
2210 Winfield Way NE
Canton, OH 44705

Feliciana L Hipolito
P.O. Box 825
Farmingdale, NJ 07727

Felicito Diaz Solis
528 Cedar Street
Reading, PA 19601

Felipe Arroyo
129 West Douglas Street
Reading, PA 19601

Felipe Paulino
111 NH. Ellsworth
Allentown, PA 15109

Felipe Ruiz
11626 W. Bloomfield Rd
Elmridge, AZ 85335

Felix Castro
408 Ridgewood Drive
Fairborn, OH 45324


Felix Jiminez
1945 Bridge Street
Philadelphia, PA 19124


Felix Luis Pabon Jr
647 Bay Street
Lancaster, PA 17603


Felix Medina
5404 Walker Street
Philadelphia, PA 19124


Feng Haljru
1400 Martin Street Apt 1111
State College, PA 16801


Feng Juan Lu
5204 E Woodridge Drive
Scottsdale, AZ 85254

Fenghua Li
1830 Choctaw Place
Kent, OH 44240

Ferich Hoebler
3809 Grant Street
Library, PA 15129

Fermin Carrillo Ramirez
2420 Blueheaven Lane
Carson City, NV 89701

Fernando M Monge
9071 Mill Creek Rd  apt 1509
Levittown, PA 19054

Fernando Miranda
1 Fairview Avenue  A22
Danbury, CT 06810

Fernando Morales
1412 W Linden Street
Allentown, PA 18102

Fernando R  DeCastro
5508 N 83rd Dr
Glandale, AZ 85305


Fernando Reyes Ramirez
18234 Oakbrook Lane
Reno, NV 89508


Fernando Sanchez
625 E Mifflio St
Lebanon, PA 17046


Fernando Soto
2367 East Reno Ave
Las Vegas, NV 89119


Ferrell Brownlee
6381 Union Dr
Alliance, OH 44601


Fidel D Soto
5785 Tacoma Rd  Apt D
Columbus, OH 43229

Fielding D Jewell
4712 Stuart Glen Dr
Nashville, TN 37215


Fielding Jewell
4712 Stewart Glen Dr
Nashville, TN 37215


Filiberto Sotelo
4249 Laurel Park Avenue
Las Vegas, NV 89103


First AME Church
177 Mitchell Ave
Clairton, OA 15025


Firutu  Coroiu
35369 Tall Oaks Dr
Dterling Heights, MI 48312


Fletcher Foster
1825 Laurel Ridge Drive
Nashville, TN 37215

Fleur De Lis Leasing and Sales
628 East 1 St Str
Thibodaux, LA 70301




Floice D Carter
1005 Richland Drive
West Memphis, AR 72301




Flor Y Lopez
1973 Vegas Valley Drive
Las Vegas, NV 89169




Flora Dorman
1122 McCleary Street
McKeesport, PA 15132




Flora E Raiford
1635 Ardmore Blvd  Apt 27
Pittsburgh, PA 16221




Flora Mozee
1003 Green Acres Road
Silverstreet, SC 29145

Florence Atheson
544 Farview Drive
Greensburg, PA 15601

Florence L Price
373 Duck Pond Rd
Dunbar, PA 15425

Florence L Taylor
122 Robinson Avenue
Clarksville, PA 15322

Florence M Early
5112 Thirteenth Street SW
Canton, OH 44710

Florence McCutcheon
6224 N Central Avenue
Philadelphia, PA 85012

Florence Nahar
425 Don St
Belle Vernon, PA 15012

Florence S Cotopolis
2224 Washington Boulevard NW
Camden, OH 44709


Florence Time
109 N. Merion Avenue
Pleasantville, NJ 08232


Florin Gabriel Pop
36803 Dover Drive
Westland, MI 48185


Flossie A Cline
RR1 Box 106
Friendly, WV 26146


Flossie M Berry
6542 Barclay Street
Millington, TN 38053


Floyd A Donahoo
420 Highland Ridge Road
Marianna, PA 15345

Floyd Franklin  Risner
97 Ridding Ridge Court
Ridgeway, SC 29130


Floyd Henderson
3425 N Rocky River Rd
Lancaster, SC 29720


Floyd N Corbin Jr
206 Collinsburg Road
West Newton, PA 15016


Floyd N Simms Jr
2821 Zach Road
Columbus, OH 43219


Floyd R Conley III
10039 State Route 700  #57
Mantua, OH 44255


Floyd R Hayes
209 Riverpark Way  2104
Sevierville, Tn 37862

Forest Melchior
19 Promontory Ln
Telluride, Co 81435


Forrest C Whitlark
3000 Heyward Street
Cola, SC 29205


Forrest Cleave Ham
91 Beaufain Street
Charleston, SC 29401


Forrest D Reinard
536 Delacy Dr
Fairview, TN 37062


Forrest S Bish
3 Main St
York, PA 17406


Fran Morrison
2060 Listonburg Rd
Concluence, PA 15424

Frances  Mamber
460 Poplar Street
Lancaster, PA 17603


Frances  Puhalla
1284 W Elm St
Monaca, PA 15061


Frances A Anderson
5435 Garden Trail Lane
Collierville, TN 38017


Frances A Bailey
198 Steele Avenue
Northern Cambria, PA 15714


Frances A Greenaway
PO Box 502
Madera, PA 16661


Frances C Chang
2075 Cotton Valley Street
Henderson, NV 89052

Frances Coffee
10202 N. 32nd Lane Unit 151
Phoenix, AZ 85051


Frances Crist
6510 Keystone Street
Philadelphia, PA 19135


Frances D Figueroa
505 Refwal St
Allentown, PA 18102


Frances K Fuson
1440 Thomas Avenue Apt 4
San Diego, CA 92109


Frances L Edwards
2624 Eaton Road NW
Canton, OH 44708


Frances M Wilson
111 West Atlantic Ave
Cape May Court House, NJ 08210

Frances Mae E Richards
19777 N 76th Street  #1263
Scottsdale, AZ 85255


Frances Manahan
140 Highland Avenue
Pennsville, NJ 08070


Frances Mulholland
108 West Jacksonville Ave
Villas, NJ 08251


Frances Singery
2875 Timbarlyn Trail Road
Fullterton, CA 92833


Frances T Corley
1114 Dothan Road  Apt A
Columbia, SC 29210


Frances Tiziani
177 Aluminum City Terrace
New Kensington, PA 15068

Francesco Taormina
148 East Main Street
Hegins, PA 17938

Francia Pizarro
2300 Faunce Street
Philadelphia, PA 19152

Francine G Hickman
403 Oak Manor Dr
Columbia, SC 29229

Francine I Barrow
431 N Redrock Street
Gilbert, AZ 85234

Francine L Hawkins
3112 Glenfinnan Drive
Memphis, TN 38128

Francine Tate
527 Cumberland Hills Drive
Hendersonville, TN 37075

Francine Zachowski
9233 Meadow Lane
Brecksville, OH 44141

Francis Alonge
2407 Eastlawn Pkwy
Erie, PA 16510

Francis Arias
6250 West Arby Avenue # 184
Las Vegas, NV 89118

Francis Bacus
520 W. Washington Street
Nelsonville, OH 45764

Francis Davis
8300 Sawyer Brown L305
Nashville, TN 37221

Francis Ewing
9335 St Rt 664 N
Logan, OH 43138

Francis G White
633 Lincoln Road
Birdsboro, PA 19508


Francis Githire
1446 Francis Station
Knoxville, TN 37909


Francis Glaser
3126 Woodview Ridge Drive  Apt 301
Kansas City, KS 66103


Francis Gouker IV
825 Hayden Boulevard
Elizabeth, PA 15037


Francis Gutowski
217 North 3rd Street
DuBois, PA 15801


Francis Guy
47 Hunter Street
Tamaqua, PA 18252

Francis H Sprouse
1225 Pegtown Ave  PO Box 508
North Apollo, PA 15672


Francis J Golia
3371 Brunswick Pike
Trenton, NJ 08648


Francis J Wurtenberg
611 Fourth Ave
Croydon, PA 19021


Francis James Welsh
8805 Cherry Springs Drive
Cordova, TN 38016


Francis Nunez
1114 Chestnut St
Reading, PA 19602


Francis P Quetot Jr
11063 Echo Dell Road
Rogers, OH 44455

Francis S Loy Jr
31 Deep Run Road
Myerstown, PA 17067


Francis Uber
348 Palm Hill Road
Polk, PA 16342


Francis X OConnell
1422 Centre Street
Ashland, PA 17921


Francisca Amatekpor
1637 Alverado Avenue
Pittsburgh, PA 15216


Francisco Braganza
9534 117th St
S Richmond Hill, NY 11419


Francisco Calaway
881 Co Road 32 South
Bellefontaine, OH 43311

Francisco Cintron
1154 Marion Street
Reading, PA 19604

Francisco G Acosta
740 Summit Chase Dr
Reading, PA 19611

Francisco J Perez
15737 E Kipling Drive
Fountain Hills, AZ 85268

Francisco J Villegas
6201 N Cherry Lynn Road
Phoenix, AZ 85033

Francisco LIz
422 N Tenth Street
Allentown, PA 18102

Francisco Nieves
5430 Valley Street
Philadelphia, PA 19124

Francisco Padilla
517 Emory Ave
Trenton, NJ 08611

Francisco Perez
16 Griswold Circle
Granby, MA 01033

Francisco R Herrera
24 Newburg Drive
Newmanstown, PA 17073

Francisco Rosario Jr
811 Bento Street
Allentown, PA 18103

Francisco Thomas
1740 W Drake Circle
Mesa, AZ 85202

Francisco Valencia
331 Cuahutemoc Street
San Luis, AZ 85349

Franco Tricarico
102 25th Street
Belleair Beach, FL 33786

Frank  Chapman
4777 Trousdale Ferry Park
Lebanon, TN 37087

Frank  DiMatteo
448 Chapeldale Drive
Apollo, PA 15613

Frank  DiShon
1618 W Lamar Road
Phoenix, AZ 85015

Frank  Klein Jr
14321 Murray Road
Union City, PA 16438

Frank  Manone Jr
3900 Sterner Mill Road
Quakertown, PA 18951

Frank  Sabula
2322 Moyer Road
Connellsville, PA 15425


Frank  Taylor Jr
6228 B Roosevelt Blvd
Philadelphia, PA 19149


Frank  White
505 Vanmore Rd
Fairless Hills, PA 19030


Frank A Lorello
26 Leslie Drive
Edinburg, PA 16116


Frank A Mesich
236 Underwood Drive
Greensburg, PA 15601


Frank A Natale
165 Neshannock Trails Drive
New Castle, PA 16105

Frank Ancrum III
1660 Old Trolley Road
Summerville, SC 29485


Frank Blozusky
1407 Main Street
Gilberton, PA 17934


Frank Bova
5995 Estate Ct
Erie, PA 16509


Frank Brown
1016 N Arch Street
Allentown, PA 18104


Frank Campagna
941 Hamilton Drive
Broadview Heights, OH 44147


Frank Cenin
2421 Somrac
Willoughby Hills, OH 44094

Frank Cirioni
PO Box 242
Niantic, CT 06359

Frank Cservak
3852 Morganza Rd
Bridgeville, PA 15017

Frank Cusick
33 West Washington Ave
Dubois, PA 15801

Frank D Amico
100 Smallacombe Drive
Scranton, PA 18508

Frank D Gibbons
2727 Gould Drive
South Park, PA 15129

Frank D Price
60 Woodbridge Dr
Charlston, WV 25311

Frank DiBrino
79 Oakland Ave.
Tuckahoe, NY 10707


Frank E Faris III
5283 Euclid Ave   PO Box 336
Buchtel, OH 45716


Frank E Harpster III
242 Broadway Street  PO Box 154
Meyersdale, PA 15552


Frank E Kietzke
413 Ohio Ave  PO Box 350
Rochester, PA 15074


Frank E Randall Jr
3518 Bevan Road
North Versailles, PA 15137


Frank Fetty
46716 Winston Dive
East Liverpool, OH 43920

Frank Freidl
4212 Bayard Street
Easton, PA 18045


Frank Fultz M
1578 Hobart Ave
Akron, OH 44306


Frank G Auld
706 Sixth Street  PO Box 652
Marianna, PA 15345


Frank G Pollock Jr
4508 Alcott Drive
Nashville, TN 37215


Frank Gerald King
1630 S. Webster Avenue
Scranton, PA 18505


Frank Giordano
4801 Eland Downe Road
Phoenixville, PA 19460

Frank Grant
P.O. Box 1345
Hoopa, CA 95546


Frank Guffre
6211 Johnston Road   Cheffield 6
Albany, NY 12203


Frank H Fuelling
120 Anna NW
Canton, OH 44708


Frank H Turner
163 Meadowland Court
Manchester, TN 37355


Frank Hartzell
218 Cassatt Ave
Jeannette, PA 15644


Frank Heinlen
1838 County Highway 56
Nevada, OH 44849

Frank Howell Jr.
9 Main Street PO Box 192
Daisytown, PA 15427


Frank J Horack Jr
4167 Dudley Road
Mantua, OH 44255


Frank J Lally
43 Nell St
Hopwood, PA 15445


Frank J Sanner
695 Hoover Street
Monessen, PA 15062


Frank L Beichner
630 Twilight Drive
West Newton, PA 15089


Frank L Smith
190 Reichwein Road
Lavelle, Pa 17943

Frank M Byrd
111 Fox Knoll Lane
West Chester, PA 19380



Frank Marion
933 Fineview
Pittsburgh, PA 15235



Frank Martinez III
609 Beegle Road
Bedford, PA 15522



Frank Mazzei
116 Chanticleer Drive
Penn Hills, PA 15235



Frank McKlueen
163 Westin Park
Johnson City, Tn 37615



Frank Messano
4018 Otono Drive #B
Santa Barbara, CA 93110

Frank Moreno
3914 Harrison Street
Kansas City, MO 64110

Frank P Struble Jr
226 Chestnut Street
West Reading, PA 19611

Frank Payne
15802 W Quinlin
Tucson, AZ 85735

Frank Pillitteri
234 E 35th Street
Erie, PA 16504

Frank Pisco
6724 Theus Circle
Las Vegas, NV 89107

Frank R Dupre
506 Village Court
Nashville, TN 37206

Frank R Mount
746 Delverne Avenue SW
Canton, OH 44710

Frank R Stewart
9871 Townline Rd
Northeast, PA 16428

Frank R Velazquez Jr
509 Woodfield Cr  Apt D
Paw Paw, MI 49079

Frank Robinson
5571 S Pagosa Court
Centennial, CO 80015

Frank S Browning
2455 E Catalina Avenue
Mesa, AZ 85204

Frank S Strickland
110 Diebold Road
McKees Rocks, PA 15136

Frank Salters
229 Bill Williamson Court
Lexington, SC 29073


Frank Schuler
1446 Mottle Avenue
Bethlehem, PA 18018


Frank Shope
8677 Haselton Road
Nashville, TN 37221


Frank Spicer
707 Delverne Ave SW
Canton, OH 44710


Frank Spragens Jr.
407 Dudley Road
Lexington, KY 40502


Frank Stotts
308 Pheasant Drive
Pittsburgh, PA 15235

Frank T Richo
7213 Grand Palace
Las Vegas, NV 89130

Frank T Trombetta
986 Baldwin Rd Ext
Carnegie, PA 15106

Frank W George Sr
7746 Shadow Hills Drive
Arlington, TN 38002

Frank Walford
1226 Buffalo Street
Franklin, PA 15323

Frank Wallace
439 William St
Pen Argyl, PA 18072

Frank Warchol Jr
201 2nd St
North Augusta, SC 29841

Frank Watkins Jr
3820 Benton Street NW
Washington, DC 20007


Frankie  Stone
108 C Hickory Hills Lane
Hermitage, TN 37076


Frankie J Fishon
28 Decker Road
Bushkill, PA 18324


Frankie Lee Walton
145 Ross Road
Columbus, OH 43213


Frankie M Church
204 Zoder Drive
Gatlinberg, TN 37738


Frankie Pennington
3667 Mechanicsville Road
Bensalem, PA 19020

Franklin Ames
38 Barnham Brook Road
Saranac, NY 12984


Franklin Bennett
821 Glenview Street
Philadelphia, PA 19111


Franklin Clymer
21 East Temple Avenue POB 215
Sellersville, PA 18960


Franklin E Blake
451 S Hawes Rd  No 75
Mesa, AZ 85208


Franklin Gbenedio
2640 Wild Cat Lane
Riverside, CA 92503


Franklin H Brown
307 Normandy Circle
Nashville, TN 37209

Franklin Henson
130 College St
Spartanburg, SC 29303


Franklin Heyward
138 Oatstraw Lane
Swansea, SC 29160


Franklin James
148 Robinson Ct
Gaston, SC 29053


Franklin Oellio
97 Meadowview Drive
Leola, PA 17540


Franklin Ogelsby
109 Caroline Court
Benton, KY 42025


Franklin Santana
6433 58th Road
Maspeth, NY 11378

Franklin Schaeffer
534 Birds Hill Rd
Pine Grove, PA 17963

Franklin Seifert
129 Oberlin Avenue
Sinking Spring, PA 19608

Fred  Dailey
205 Shrineview Avenue
Boalsburg, PA 16827

Fred  Davis Jr
1614 N 19th St
Allentown, PA 18104

Fred  Kuhl
505 Falcon Lane
Las Vegas, NV 89107

Fred  Ramirez
4815 Meyer Ct
Bethlehem, PA 18020

Fred Abrams
51 Callison Lane
Voorhees, NJ 08043

Fred Allen
3906 Avenue K #D2
Brooklyn, NY 11210

Fred Baes
2505 W Woodbridge Drive
Muncie, IN 47304

Fred Bitterly
1187 County Route 31
Granville, NY 12832

Fred C Jones
1808 State Street
Georgetown, SC 29446

Fred Evans
1160 Glenbrook Drive
Franklin, TN 37064

Fred G Andrews
8696 Springhill Trail
Poland, OH 44514

Fred Galiardo
24 Crowndale Place
Galloway, NJ 08205

Fred Ganter
15536 Gannetglade Lane
Lithia, FL 33547

Fred Garlington
6619 Black Bend Court
Riverdale, GA 30294

Fred Gross
10399 Covington Lane
Twinsburg, OH 44087

Fred Hulin Jr
1002 W Redondo Dr
Gilbert, AZ 85233

Fred J David
103 General Drive
Uniontown, PA 15401

Fred Joseph Martin
600 Englishman Hill Rd
Connellsville, PA 15425

Fred Kong
1821 Granite Avenue
Las Vegas, NV 89104

Fred Koss
4223 St Andrews Place
Cincinnati, OH 45236

Fred LeBleu
593 Sam Houston Jones Parkway
Lake Charles, LA 70611

Fred Porada
3681 E. Main Street
New Waterford, OH 44445

Fred R Cook
1819 McMinn Street
Aliquippa, PA 15001


Fred Tierney
11122 Ruby Road
Cambridge, OH 43725


Fred W McMullen
108 Township Drive
Hopwood, PA 15445


Fred Westerbeck
6569 Chestwick Lane
Hudson, OH 44236


Freda B Bryant
130 Leona Road
Athens, OH 45701


Freda Mae Clemons
323 Euclid Avenue
Canonsburg, PA 15317

Freddie D Gillians
103 N Ansel Crossing
Goose Creek, SC 29445


Freddie Echiverri
627 E. Nottingham Place
San Antonio, TX 78209


Freddie L Wagner Jr
210 West Jackson Avenue #D1
West Memphis, AR 72301


Freddie R Wicker
1148 Leita Street
Newberry, SC 29108


Freddie S Byas Jr
9680 Snortin Ridge Rd
Lancaster, Oh 43130


Freddie Thompson
4425 Plainville Rd
Cincinnati, OH 45227

Freddy  Funes
5304 Tipper Avenue
Las Vegas, NV 89122




Freddy Jackson Jr
248 Penn Avenue Extension
Turtle Creek, PA 15145




Freddy L Arwood
1391 Gists Creek Road
Sevierville, TN 37876




Freddy Mathias
323 Ponderosa Ln
Crossville, TN 38555




Frederic Billings
3906 Woodmont Drive
Nashville, TN 37205




Frederick  Mattola
3019 Villawood Ave
Pittsburgh, PA 15227

Frederick  McIlvenny
3047 Emerald Blvd
Long Pond, PA 18334


Frederick  Sammons Jr
141 Stamford Park Dr
Huntington, WV 25705


Frederick  Telles
1100 7th St  Rear
New Kensington,  PA 15068


Frederick A Essien
3206 Latonia Avenue
Covington, KY 41015


Frederick C Blanchard
108 Sherwick Drive
Elizabeth,  PA 15037


Frederick C Garlitz
126 Half Paved lane
Greensburg, PA 15601

Frederick Enters
1001 Cumberland View Drive
Ashland City, TN 37015


Frederick H Mathias Jr
8 Connet Road
The Plains, OH 45780


Frederick Hall
3201 Forestdale Ave SW
Canton, OH 44706


Frederick J Grzybowski
25 Driftwood
Rittman, OH 44270


Frederick M Helms
122 W Painter Street
Connellsville, PA 15425


Frederick Mohr
322 33rd Street NW
Canton, OH 44709

Frederick Norris
6505 Tuscarawas Road
Midland, PA 15059


Frederick P Bors
3223 Market Avenue N
Canton, OH 44714


Frederick P Ferringer
10 Rear Virginia Avenue
Uniontown, PA 15401


Frederick Smith Jr
103 Colonial Drive  Apt D
Reading, PA 19607


Frederick T Lepore
228 Valley Bend Drive
Nashville, TN 37214


Frederick Welshhans
702 W Southern Avenue
Columbiana, OH 44408

Frederick White
1257 Oakmont Ave
Flossmoor, IL 60422


Fredericka Quattlebaum
4824 Smallwood Road  Apt 85
Columbia, SC 29223


Fredrick Hibbert
1409 Calloway Court
Nashville, TN 37221


Fredrick J Barraclough
439 Terrace Drive
Pittsburgh, PA 15238


Fredrick Jacobs
233 Windsor Village Drive
Columbia, SC 29223


Freeman A Miller
5874 Township Road 332
Millersburg, OH 44654

Freeman Freshcorn
1906 Hamilton Street
New Castle, PA 16101


Freselanda V Naranjo
9461 Stephanie St
Centerville, OH 45458


Friso Kramer Freher
70 Cotswold Circle
Ocean, NJ 07712


Frrancis J Hess
1098 Springsview Drive
Southampton, PA 18966


Fruit of the Spirit
1100 Sunset Drive
Columbia, SC 29203


Fullington Trailways
316 East Cherry Street
Clearfield, PA 16830

Furman Ezekeil Jordan Jr.
26 Kirk Bluff Road
Bluffton, SC 29910


Fury Sainato
7125 Locust Ave #4
Boardman, OH 44512


G Barry Tompkins
132 Cove Court
Irmo, SC 29063


G Don Hutchinson
1020 Fairway Dr
Greenbriar, TN 37073


G Franklin Causey Jr
160 Forty Love Point
Chapin, SC 29036


G Paige Hiatt
14341 Wright Way
Broomfield, CO 80020

G Roger Rutt
2340 Hobson Rd
Lancaster, PA 17602




G Tom Welsh
1314 Forest Green Drive
Coraopolis, PA 15108




Gabriel  Gutierrez
8866 E Shangrila Road
Scottsdale, AZ 85260




Gabriel Blas
4915 Russell #159
Las Vegas, NV 89044




Gabriel Draguicevich
524 Catumet Dr
Fflugerville, TX 78660




Gabriel Joseph Soto
2716 Meyer Pl
Philadelphia, PA 19144

Gabriel L Vasquez
1805 Apple Ridge Circle
Nashville, TN 37211


Gabriel McGavock
4905 Fox Ridge Lane
McKinney, TX 75071


Gabriel Meza
1420 Tangerine
Las Vegas, NV 89110


Gabriel Ortiz
70 A North Hurley Rd
Hurley, NM 88043


Gabriel Rodriguez
5300 West Highview Street #3
Allentown, PA 18104


Gabriel Valdenegro
4843 N 80th Lane
Phoenix, AZ 85033

Gabriel Velasquez
1526 S Longmore Court
Chandler, AZ 85286


Gabriele Matthews
25 Fulling Mill Rd.
Rio Grande, NJ 08242


Gabriella Mitrofan
1860 W 85th Street
Cleveland, OH 44102


Gabrielle D Campbell
1950 Scott Rd
New Marshfield, OH 45766


Gabrielle E Yarbrough
20725 Melanie Drive
Wittman, AZ 85361


Gabrielle Moleski
14209 St Rt 278
Nelosnville, OH 45764

Gabrielle Roux
264 Mountain Avenue
Princeton, NJ 08540


Gabrielle Taylor
305 Katy Lane
Englewood, OH 45322


Gail A Crites
76935 Virtue Road
New Comerstown, OH 43832


Gail A Goss
2519 Old Erie Pike
West Decatur, PA 16878


Gail A Sneathen
467 Handsmill Rd Belleplain
Woodbine, NJ 08270


Gail B Hall
PO Box 90
Block Island, RI 02807

Gail Gerdelmann
1011 Washington Street
Hainesport, NJ 08036


Gail J Kron
4652 Old William Penn Highway
Monroeville, PA 15146


Gail L Dorris
7451 Antietam Lane
Murfreesboro, TN 37130


Gail Lee Scerbo
HCR #1 Box 613
Brodheadsville, PA 18322


Gail M Bittinger
511 Kaylynn Street  SE
Massillon, OH 44646


Gail M Machina
376 Adelaide Road
Connellsville, PA 15425

Gail M Marotto
1041 Indian Mt Lake
Albrightsville, PA 18210


Gail M Swatzel
14453 Shade Road
Shade, OH 45776


Gail Medlock
5380 W Whitten Street
Chandler, AZ 85226


Gail Settles
2956 Gilbert Avenue NE
Canton, OH 44705


Gail Warren
1733 Hathaway Lane
Upper St Clair, PA 15241


Gale J Barnes
1433 Bell Road
S Russell, OH 44022

Gale M Artemus
305 Hathcock Court
Columbia, SC 29210


Gale Winters
3303 West Monterey Street
Chandler, AZ 85226


Galen Blair
832 Young Avenue NE
Canton, OH 44705


Galen J Miller
3082 E Oriole Way
Chandler, AZ 85202


Galen P Hoffman III
710 Vine St  Apt 2
Perkasie, PA 18944


Gamalier J Velazquez
103 Green Terrace  Apt 3
Reading, PA 19601

Gareth Edwards
2514 Nicholas Place NW
Canton, OH 44708


Gareth W Skar
715 N Maple
Green Bay, WI 54303


Garey L Lewis
1939 Kent Street
Columbus, OH 43219


Garland Hopkins
2701 Madison Street Apt 250
Chester, PA 19013


Garnet M Mitchell
113 Perch Drive  PO Box 187
Kennerdell, PA 16374


Garnett C Brock
1311 Center Street
Pittsburgh, PA 15221

Garrett Lee Roth
106 Beech Street
Denver, PA 17517


Garrett M Patterson
421 Spring Hill Rd
Lexington, SC 29073


Garrett Murphy
3439 Beck Road
Butler, PA 16002


Garry E Matson
977 Lindfield Dr
South Park, PA 15129


Garry E Smith
619 E Erie Street
Chandler, AZ 85225


Garry Smith
365 Crussell Road
Piney Flats, TN 37686

Garry T Hall II
9946 German Road
Northeast, PA 16428

Garry Webb
7062 Lookout Court
Liberty Township, OH 45011

Garth Hensley
PO Box 1143
Mount Gay, WV 25637

Gary  Baker
779 Martin Street
Greenville, OH 45331

Gary  Barbee
2235 E Taxidea Way
Phoenix, AZ 85048

Gary  Humphrey
1355 W Highland Street
Chandler, AZ 85224

Gary  Johnson
P.O. Box 21
Pikeville, TN 37367

Gary  Klein
275 W Juniper Avenue  #2102
Gilbert, AZ 85233

Gary  Madison
6B Missouri AVe
Cherry hill, NJ 08002

Gary  Martin
2533 Burgundy Street
New Orleans, LA 70117

Gary  McPeak
179 Wolf Willow Crescent
Edmonton, AB T5T1T3
CANADA

Gary  Schreiber
567 Rosemar Road
Morrisville, PA 19067

Gary  Small
816 Heilprin Avenue
Woodbine, NJ 08270


Gary  Smith
517 Rosslyn Avenue
Springdale, PA 15144


Gary  Stiegerwald
410 Royal Palm Boulevard
Charleston, SC 29407


Gary  Swope
222 BEams Rd
Luthesburg, PA 15848


Gary  Wood
10244 Chigoza Pine Avenue
Las Vegas, NV 89135


Gary A Eagler
310 Carmel Street
Northern Cambria, PA 15714

Gary A Haider
2701 Main Street
Munhall, PA 15120


Gary A Jordan
53594 #9 Road  PO Box 296
Reedsville, OH 45772


Gary Adams
2560 Gallows Hill Road
Kintnersville, PA 18930


Gary Alberding
24 Private Rd 6051
Marion Center, PA 15759


Gary Baginski
3011 Pipkin Hills Drive
Springhill, TN 37174


Gary Bee
1581 Pekin Drive SE Lot 38
East Canton, OH 44730

Gary Bluestein
19 Pioneer Circle
Sharon, MA 02067


Gary Bohinsky
373 State Street
Baden, PA 15005


Gary Boyd
1132 Princeton Avenue
Celina, OH 45822


Gary Byrnes
24145 W Tonto Street
Buckeye, AZ 85236


Gary C Hebert
212 Exeter Lane
Blountville, TN 37617


Gary C Hill
60 Churchill Road
Pittsburgh, PA 15235

Gary C McBride
PO Box 31
Romney, WV 26757


Gary C Shriver
117 Mill Road
Lancaster, OH 43130


Gary Campbell
4280 Center Road
Zanesville, OH 43701


Gary Cannon
2004 Plateau Street
Pittsburgh, PA 15210


Gary Cheatle
865 South Michael Road
Saint MArys, PA 15857


Gary Clark
344 Clark Road
Bristol, TN 37620

Gary Clay
223 Paddock Circle West
Powell, OH 43065


Gary Cole
45 Logan Way
W Ossippe, NH 03890


Gary Colonna
2629 Ridge Road Ext.
Baden, PA 15005


Gary Cron Jr
204 N Main Street
DeGraff, OH 43318


Gary Crooks Sr
7972 Macklin Street
Las Vegas, NV 89129


Gary D Harman
204 Eagle Pointe Drive
Columbia, SC 29229

Gary D Reed
3318 Nolo Road
Penn Run, PA 15765


Gary D Reising
39 Winard Circle
Sellersville, Pa 18960


Gary Deeter
235 Jefferson St
New Madison, OH 45346


Gary Dickson
3890 Bainridge Drive
Medina, OH 44256


Gary Duvall
179 Grant Street
Homestead, PA 15120


Gary E Kissinger
64 Cross Key Road
Bernville, PA 19506

Gary E Sullivan
2644 Orchard Run Dr
Dayton, OH 45449


Gary Egenlauf
410 Stephens Street
Connellsville, PA 15425


Gary Farmer
460 Sweet Pea Lane
Swansea, SC 29160


Gary French
229 Richmond Drive
Jeanette, PA 15644


Gary G Jackson
143 S Joslyn Dr
Verona, PA 15147


Gary Goodman
1350 S Greenfield #1150
Mesa, AZ 85206

Gary Greenwood
220 North 22nd Unit 1111
Mesa, AZ 85212

Gary Gresh
1061 Crest Drive
Crescent, PA 15046

Gary Grube
P.O. Box 221
Perkasie, PA 18944

Gary Guinn
9724 Woodland Drive
Hanover, PA 17331

Gary Hartley
742 Shaw Avenue
Monroeville, PA 15146

Gary Hatton
12425 Walnut Drive
Conneaut Lake, PA 16316

Gary Himelfarb
7005 Arandale Road
Bethesda, MD 20817


Gary Howard
6446 East Trailridge Circle #14
Mesa, AZ 85215


Gary Hume
1060 Kennesaw Blvd
Gallatin, TN 37066


Gary J  Geldhof JR
755 Pleasant Ave
Peckville, PA 18452


Gary J Lemon
275 Fairview Dr
Lower Burrell, PA 15068


Gary J McCain
7951 Evergreen Lane
Middletown, OH 45044

Gary K Greene
911 Still Spring Run
Inman, SC 29349


Gary Kitchen
305 B Longfellow
Vandergrift, PA 15690


Gary L Beers
10937 Route 8
Wattsburg, PA 16442


Gary L Boyd
11367 E Dreyfus Avenue
Scottsdale, AZ 85259


Gary L Braglin Jr
11 North St
Glouster, OH 45735


Gary L Byers
1113 Hillcrest Rd
Akron, PA 17501

Gary L Cox
1187 Fixler Road
Wadsworth, OH 44281

Gary L Gracely Jr
242 Naftzingertown Road
Mohrsville, PA 19541

Gary L Jackson Jr
68 Ludwig Road
Armagh, PA 15920

Gary L Jarvis
30555 lake Logan Rd Lot #8
Logan, Oh 43138

Gary L Krantz
202 Cindalyn Drive
New Holland, PA 17557

Gary L Pehrson
315 East Alcott Avenue
Fergus Falls, MN 56537

Gary L Rohrbach
2863 Hauck Rd
Green Lane, PA 18054

Gary L Wolverton
1006 Wallace St
Vandergrift, PA 15690

Gary Lee Fisher
1910 River Chase Rd
Hixson, TN 37343

Gary Lester
8126 E Morgan Trail
Scottsdale, AZ 85258

Gary Lin Miller
10 Whitehall Drive
Robensia, PA 19551

Gary Lucas
812 Madison Avenue
Cambridge, OH 43725

Gary M Gaia
5283 Highway 3
Sarah, MS 38665


Gary M Keaton
P.O. Box 891
Charleston, SC 29402


Gary M Norman
216 Allendale Drive
Friendsville, TN 37737


Gary Macciocchi
43255 De Luz Road
Temecula, CA 92590


Gary Maynor
1204 Evening Star
East Canton, OH 44730


Gary McCloy
519 Rail Road St PO Box 1
Stockdale, PA 15483

Gary McDonnell
6800 Feeder Run Circle
Canal Fulton, OH 44614

Gary McNair
4126 N Lockwood
Toledo, OH 43612

Gary Meyer
121 Pikemont Drive
Wexford, PA 15090

Gary Minteer
309 E Falls Street
New Castle, PA 16101

Gary Misenhelder
611 Park Street
Martins Ferry, OH 43935

Gary Newhart
165 Fieldstone Way
Lebanon, OH 45036

Gary Ott
909 Lafayette Street #905
Denver, CO 80218


Gary P Sautters
809 Plymouth Court NW
Canton, OH 44703


Gary Pears
8217 Holly Road
Brentwood, TN 37027


Gary Petry
9015 Fairway Hill Drive
Austin, TX 78750


Gary Pirri
212 Old Barn Path
Marshfield, MA 02050


Gary R Baker
1122 Everbright Drive
Uniontown, OH 44685

Gary R Bost
307 Village Lane
West Mifflin, PA 15122


Gary R Calhoun
196 Scenic Circle
Tellico Plains, TN 37385


Gary R McCall
1007 Laurel Boulevard
Pottsville, PA 17901


Gary R Mobley
1515 Anatole Court
Murfreesboro, TN 37130


Gary R Mohney
126 N Mulberry Street
New Castle, PA 16101


Gary Ryan
8516 Old Ivory Way
Bucklick, OH 43004

Gary S Kowalo
273 Rogers Mill Road
Normalville, PA 15469

Gary S Waldron
532 Main St
Coal Township, PA 17866

Gary Sanudosky
4736 Poplar Street
West Mifflin, PA 15122

Gary Saunier
3503 Dueber Avenue SW
Canton, OH 44706

Gary Schreffler
611 E Elm Street
Tamaqua, PA 18252

Gary Schulz
3 Crawford Lane
Gordonsville, TN 38563

Gary Shelton
845 S Kenny Way
Las Vegas, NV 89107


Gary Stegenga
386 Booth Road
Washington, PA 15301


Gary T Murray
207 Sunshine Crest Ct
Apex, NC 27502


Gary Topp Jr
228 South Union
Emporia, KS 66801


Gary Vanmook
539 Old Mill Road
Pittsburgh, PA 15238


Gary Voorhies
1660 McMahon Hollow Rd
Pleasant View, TN 37146

Gary W Benz Sr
128 Addison Avenue
Franklin, TN 37064


Gary W Benz Sr
1724 General George Patton Drive
Brentwood, TN 37027


Gary W Simmons
2009 Frosty Hollow Road
Roaring Spring, PA 16673


Gary W Smith Jr
168 S Grant Street
Manheim, PA 17545


Gary W Thomas
2294 Park Ave West
Mansfield, OH 44906


Gary Wallace
708 Morrell Avenue
Connelsville, PA 15425

Gary Wilson
27679 155th Place
Sturgeon Lake, MN 55783


Gary Wilson Manges
110 Starboard Villa  Apt 108
Greensburg, PA 15601


Gary Wispelaere
16677 E. Westby Dr # 205
Fountian Hills, AZ 85208


Gary Yarbrough
7452 Hwy 151
Lafayette, GA 30728


Gavin Curtis
2006 S Main Street
Moscow, ID 83843


Gavin Newsome
4568 Knotty Oaks Road
Memphis, TN 38141

Gavin O Bruhier
12827 N Palm Street
El Mirage, AZ 85335


Gavrao Bardia
9125 E Purdue Avenue #209
Scottsdale, AZ 85288


Gayla  Farokh
5925 Willowross Way
Plano, TX 75093


Gayla Coryellbattle
16728 N Palo Rojo Rd
Maricopa, AZ 85138


Gayle Brook
4504 Salt Marsh Circle
Pawleys Island, SC 29585


Gayle Flaherty
11113 Blossom Ave
Parma, OH 44130

Gayle Lynn Welever
1028 South Acres
Anderson, SC 29625

Gayle Morgan
1707 Claire Ct
Murfreesboro, TN 37129

Gaylord Coffman
188 TR 1990
Jeromesville, OH 44840

Geaunita Huggins
2429 Zackview Drive
Darlington, SC 29540

Geeta C Shanbhag
S Church Street Ext
Roebuck, SC 29376

Geewon Kim
20 Mission Rd
Sedona, AZ 86336

Gelena R Motes
14 Hill Pines Court
Columbia, SC 29210




Gemma V Crawford
214 E 25th Avenue #102
North Wildwood, NJ 08260




Gena D Robinson
2409 Main Street
Pittsburgh, PA 15235




Gene Brown
1327 Valley Road
Coatesville, PA 19320




Gene Daniele
432 Eigth Street
Donora, PA 15033




Gene Fritz
4654 E. Mountain Vista Dr
Phoenix, AZ 85048

Gene Gilbert
715 Daria Ct
Houston, TX 77079


Gene L Flatt
502 Essex Lane
Mesa, AZ 85208


Gene L. Markey
88 Hillcrest Lane
Kenton, OH 43326


Gene Phipps
14406 Groveleigh Lane
Cypress, TX 77429


Gene Riepensell
808 N Eleventh Street
Allentown, PA 18102


Gene W Lane
4841 Mulberry Street
Philadelphia, PA 19124

Geneth Jones
7674 Hampton Cove
Las Vegas, NV 89139




Genetia Harrison
385 W Pierson Street A4
Phoenix, AZ 85013




Geneva Dawkins
855 Easter Street
Columbia, SC 28203




Genevieve H Mauro
175 7th St Ext
New Kensington, PA 15068




Gennady Brayman
4208 Elm Crest Drive
West Bloomfield, MI 48322




Gentry Chiropractic LLC
679 Orangeburg Road A
Summerville, SC 29483

Geo P Matthews Jr
1075 E Main Street
Roaring Springs, PA 16673


Geoff Heidke
4039 N 141st Drive
Goodyear, AZ 85395


Geoffrey Bean
212 North Iroquois Street
Laurium, MI 49913


Geoffrey Gournet
820 Paxinosa Street
Easton, PA 18042


Geoffrey I Scott
2528 Grace Chapel Rd
Wadmalaw Island, SC 29407


Geoffrey Magaziner
7200 Atlantic Avenue
Wildwood, NJ 08260

Geoffrey P Davis
751 Nordeen Drive
West Mifflin, PA 15122


Geoffrey Twigg
16 W Greenhouse Rd
Dillsburg, PA 17019


Geoffrey Vickers
1345 Bell Road #444
Antioch, TN 37013


George  Barker
6086 Chester Rd
Arlington, TN 38002


George  Bryant
1046 Boswell Rd  PO Box 1032
Munford, TN 38058


George  Gonard
13100 Havan Rd
Garfield Heights, OH 44125

George  Hefner
175 Mt Pleasant Road
Belle Vernon, PA 15012


George  Lisle
1363 Headquaters Plantation D
Johns Island, SC 29455


George  Rand
55 S Locust Ave
Marlton, NJ 08053


George  Taylor Jr
1362 S Vineyard  #2110
Mesa, AZ 85240


George  Washington Jr
158 Crescent Garden Drive
Pittsburgh, PA 15235


George A Dzura Sr
975 North Market Street
Jefferson, OH 44047

George A Hoy
1817 N 59th Cir
Mesa, AZ 85205


George A Laws
918 Hill Hollow Road
Sevierville, TN 37876


George A Letender
151 Chasity Dr
Aliquippa, PA 15001


George A Perry
164 Mt Lebanon Blvd
Pittsburgh, PA 15228


George Ashton
321 Roberts Avenue
Wildwood, NJ 08260


George Brink Jr.
1481 Alexander SE
Canton, OH 44709

George Brokaw lll
1250 North Street Apt 9
Martins Ferry, OH 43935


George Brosky
270 Rattlesnake Road
Brockway, PA 15824


George C Vasquez
8405 S College Lane
Tempe, AZ 85284


George Colaneri
1175 Calla Road E  A122
Poland, OH 44514


George Cullen
132 Glenwood Drive
Elizabeth, PA 15037


George Curran
7494 East Earll Drive #114
Scottsdale, AZ 85251

George D McCaughey
45 Holly Hill Rd
Richboro, PA 18954


George Duck
6040 Lake O Springs Avenue NW
Canton, OH 44718


George E  Camp
1722 Yotk Dr
Columbia, SC 29204


George E Anderson
53760 Dutch Ridge Rd  Box 112
New Rumley, OH 43984


George E Bailey
229 Virginia Avenue
Chester, WV 26034


George E Day Sr
7 Eastwood Lane
Pottsville, PA 17901

George E Errig Jr
1036 Williamstown Road
Franklinville, NJ 08322

George E Williams
1220 Player Street
Newberry, SC 29108

George E Williams II
1181 Primm Road
Ashland City, TN 37015

George Eber
9 Torrey Pines Way
Brentwood, TN 37027

George Ebersole
536 New Street
Roaring Spring, PA 16673

George Engisch
5737 E. Horseshoe Road
Paradise Valley, AZ 85253

George English Oldham IV
341 Childe Harolds Circle
Brentwood, TN 37027

George F Harding Jr
5100 Scenic Road
Murrysville, PA 15668

George F Metz
19865 Elton Rd
Sidney, OH 45365

George Fabian
129 Herring Lane
Uniontown, PA 15401

George Ferry
1271 Lambert Circle
Sacramento, CA 95838

George Fyock
865A Sheldon Court
Wheaton, IL 60187

George G Huff
325 Ninth Street NW
North Canton, OH 44720

George Gamber
1035 Washington Road
Pittsburgh, PA 15228

George Gaugler IV
998 North Bent Road
Hatfield, PA 19440

George Gibbs
1271 N Jackson St
Chandler, AZ 85225

George Ginter
3400 Todd Road
Lexington, KY 40509

George Gnatovich
8711 E Pinnacle Peak Road  174
Scottsdale, AZ 85255

George H Blair
7 Hansom Lane
Marlboro, NJ 07746

George H Britton Jr
423 Wet Spruce Street
Mahonoy City, PA 17948

George H Hoffman
126 Grassmere Lane
Elgin, SC 29045

George H Johnson Sr
2121 Anderson Anthony
Warren, OH 44481

George H Johnston
5295 White Tail Circle
Wadsworth, OH 44281

George Handy
1705 Catawba Street
Columbia, SC 29205

George Hickok
7 Royal Oaks Drive
Charleroi, PA 15022




George Holladay
1100 Salem Church Road
Irmo, SC 29063




George J Phillips
105 Rockwood Road
Wilmington, DE 19809




George Jackson
443 W. Spicer Avenue
Wildwood, NJ 08260




George Jordan
341 Siloam Church road
Rutledge, AL 36071




George K Walters
13379 Ault Road NW
Pickerington, OH 43147

George Koppany
3511 Chalfont Drive
Philadelphia, PA 19154


George Koutris
9 Maple Drive
Colts Neck, NJ 07722


George L  Bunting
2815 Norcom Rd
Philadelphia, PA 19154


George L Benjamin
925 Hamlet Court  Apt 6
Monroeville, PA 15146


George L Bright
525  Hamilton Street
Easton, PA 18042


George L Bucher
7810 Millerton Dr
Centerville, OH 45459

George L Huey
13103 Harpers Crossing
Langhorne, PA 19047


George Lee lll
325 Wood Duck Road
Columbia, SC 29223


George Lewis Joseph
609 Robson Street
Manning, SC 29102


George Lutz
2044 Lincoln Court
Reading, PA 19610


George M Bryant
123 Clifton Street
Greenwood, SC 29649


George M Pack
3517 Spring Branch Drive
Grove City, OH 43123

George M Parker
1215 Clement Drive
Worthington, OH 43085

George Manzannes
3056 West 17th Street
Yuma, AZ 85364

George Mazevski
10016 Esteppe Drive
Manassas, VA 20111

George Miller
3421 Steele Road
West Paducah, KY 42086

George Miller Markland
4057 Hills Church Rd
Export, PA 15632

George Mokodean
3649 Farnham Street
North Canton, OH 44720

George N Whitfield
12497 N Crimson Vista Drive
Marana, AZ 85658


George Nassoor
201 East Lafayette Street
Easton, PA 18042


George Nicholas
269 Old Mill Road
Apollo, PA 15613


George Olson
124 Rosemont Ave
Austintown, OH 44515


George P Goranitis
9115 State Route 45
Orwell, OH 44076


George P Price II
114 Amy Drive  Box #7
Pittsburgh, PA 15205

George P Putnam
7005 Stone Mill DRive
Knoxville, TN 37919

George Pastoor
4531 Prescott
Naples, FL 34119

George Piskorik
24 Dorchester Drivee
Dallas, PA 18612

George Polinsky
26 Willow Lane
Pottsville, PA 17901

George Q Kline
124 E Pine Street
Mahonoy City, PA 17921

George R Cartron
5921 Mill Branch Rd
Huntingtown, MD 20639

George R Frycklund
15 Reston Drive
Indiana, PA 15701

George R Reichenbach Jr
225 Mellinger Circle
Ephrata, PA 17522

George R Rikard
1310 Second Street
Newberry, SC 29108

George Randall Knight
14722 Dayton Pike
Sale Creek, TN 37373

George Randolph Rice
147 Maple Lo Dr
Pittsburgh, PA 15235

George Rice
147 Maple Lo Drive
Pittsburgh, PA 15235

George Roach
2315 Cedar St
Philadelphia, PA 19125

George Robert Gore
978 Homestead Lane PPO Box 830
Hershey, PA 17033

George S Ragan
40582 State Route 689
Albany, OH 45710

George Sapic
32 High Street
Fairchance, PA 15436

George Smith
5507 W Montecito Avenue
Phoenix, AZ 85031

George Sofranko
210 S. Hitchman Street
MT. Pleasant, PA 15666

George Southerland
1627 Taft Hwy
Signal Mountain, TN 37377

George Stofira
2713 North River Road
Warren, OH 44483

George Stuckey
88 Ard Circle
Hemingway, SC 29554

George T Hotochin
8 Albert Ave
Monongahela, PA 15063

George T Thompson
PO Box 161
Cape May Court House, NJ 08210

George Tutt III
11 Cinnamon Drive
Cumberton, NJ 08048

George V Deakings
P.O. Box 565
Slippery Rock, PA 16057

George Vatchnadze
4243 Hidden Meadows Court
Okemos, MI 48864

George Vaughan
4104 Goldfield
Lawrence, KS 66049

George W Bealiles Jr
69466 Provident Road
St Clairsville, OH 43950

George W Davis
1030 Maybington Road
Whitmire, SC 29178

George W Gramling
P.O. Box 35
Gramling, SC 29348

George W Jacoby
163 Davidson Lane
Aliquippa, PA 15001

George W Knox II
119 Firethorn Rd
Baden, PA 15005

George Whitfield
9019 N Sarsi Cove
Negley, OH 04441

George Williams
4113 Wendt Ave
Memphis, TN 38128

George Worster
126 Hughes Ave
Sellersville, PA 18960

George Wright
9274 Great Lakes Circle
Centerville, OH 45458

George Z Harty
211 N Greenbriar Road
Muncie, IN 47304

George Zimmerman
1300 Kercher Avenue
Myerstown, PA 17067

Georgette H Fike
4461 Fourth Street
Grindstone, PA 15442

Georgia  Gray
211 Lawn Avenue
Sellersville, PA 18960

Georgia A Mungin
2575 Delk Road  Apt 1530D
Marietta, GA 30067

Georgia Arnold
9055 Heritage Rd
Magnolia, OH 44643

Georgia C Basalyga
PO Box 130  1122 Helbling Rd
New Brighton, PA 15066



Georgia Fotopoulos
447 County Line Road
York Springs, PA 17372



Georgina  Arnold
PO Box 264
Murray City, OH 43144



Geovany Chavez
2136 Petersham Court a
Las Vegas, NV 89108



Gerald  Urish
137 Mine Road
Grassflat, PA 16839



Gerald A Brundage
635 Orchard Drive W
Mansfield, OH 44904

Gerald A Lauffer
3204 Main Street
Sumneytown, PA 18084


Gerald A Sloan
911 Taft Avenue Rear
Pittsburgh, PA 15210


Gerald B Sinclair
2064 Deckers Point Road
Marion Center, PA 15759


Gerald Benson
PO Box 7
Byesville, OH 43773


Gerald Biggins
500 N Hwy 89
Prescott, AZ 86313


Gerald Blizzard
640 Mickey Inn Road Lot 68
Chambersburg, PA 17201

Gerald Ciciliano
775 Cathy Lane
Henderson, NV 89015

Gerald Dixon
1315 Big Rock Court
Ft. Mill, SC 29708

Gerald E Deitsch
9413 Burrville Road
Rockford, OH 45882

Gerald E Heller
259 Jefferson Avenue
Moundsville, WV 26041

Gerald E Kunkel
41 Eurana Ave
Weatherly, PA 18255

Gerald E Mote
1601 Country Club Dr
Pittsburgh, PA 15237

Gerald E Murtha
10647 Kilburn Lane
Cambridge, OH 43725


Gerald Eagleston
3521 E Brown Rd  Ste 103
Mesa, AZ 85213


Gerald Fleischer
5202 Close Circle
Nashville, TN 37205


Gerald H Murray
1417 Dehirsch Ave
Woodbine, NJ 08270


Gerald Hastings
21 Beaver Dr
Barrington, NJ 08007


Gerald Hufner
1311 Newtown Avenue
West Collingwood, NJ 08107

Gerald J Rushin
RD3 Hyde Road  Box 852
Spartansburg, PA 16434


Gerald K Pyle
235 W1st Ave
Columbus, OH 43201


Gerald Kagan
17 Harrison Street
New York, NY 10013


Gerald L  Martin
16 Broad St
Ephrata, PA 17522


Gerald L Miller
268 Kerr Ave
Arcadia, PA 15712


Gerald Lee Zimmerman
605 Logan Rd
Warren, PA 16365

Gerald Leon Coble
34 Askey Road
Frenchville, PA 16836


Gerald Linton
1319 West Madison Avenue
Athens, TN 37303


Gerald Lloyd
4957 Rt 240 Hwy
Cherry Tree, PA 15724


Gerald M Hampton
5268 McGavock Rd
Brentwood, TN 37027


Gerald M Sobczyck
385 Lein Road
West Seneca, NY 14224


Gerald Matzura Jr
407 N. Locust St
Mt Carmel, PA 17859

Gerald Medina
236 East Cambria Street
Philadelphia, PA 19134


Gerald Murphy
3727 West Turtle Hills Drive
Anthum, AZ 85086


Gerald N Boggess
1882 Oakland Road
Jackson, OH 45640


Gerald Pallitta
412 Harrison Avenue
Greensburg, PA 15601


Gerald Parry
659 Brownstown Road
Larimer, PA 15647


Gerald R Lesak
813 15th Street
Ambridge, PA 15003

Gerald S Dixon
1315 Big Rock Court
Fort Mill, SC 29708


Gerald Smith
3151 Prairie College Road
Canton, OH 44706


Gerald St Pierre
5014 Hasty Drive
Nashville, TN 37211


Gerald Tumbleston
329 Evian Way
Mt Pleasant, SC 29464


Gerald Villella
3216 Harvard
Erie, PA 16508


Gerald W Dushack
229 Front Street
N Huntington, PA 15642

Gerald W Hall
5109 West Shorewood Drive
Dunkirk, NY 14048


Gerald Wertz
1302 1st Strteet Box 266
Hiller, PA 15444


Gerald Wynne
40850 N Hearst Drive
Anthem, AZ 85086


Geraldine M Schlenger
3910 Bayshore Rd  Apt E13
Cape May, NJ 08204


Geraldine Moore
47 General Greene Ave
Trenton, NJ 08618


Geraldine Shaw
1402 N Bluff Street
Wichita, KS 67208

Geraldo  Rivera
2444 W Emaus Avenue Apt 4
Allentown, PA 18103


Gerard  Schrom
209 Eaton Rd
Drexel Hill, PA 19026


Gerardo Bravo
3826 Maryland Avenue
Las Vegas, NV 89121


Gerardo H Cabrera
7513 Sloughhouse
Elk Griove, CA 95624


Gerardo O Sanchez
PO Box 6642
San Luis, AZ 85349


German Gomez
1938 SW 177 Ave
Miramar, FL 33029

Geroge  L Italien
45 Sawyer Road
Hampden, ME 04444


Gerold Eshelman
3010 Walnut Lane
Telford, PA 18969


Gerome Brown Jr
2116 Stenton Avenue
Philadelphia, PA 19138


Gerri Pinson
3630 Laurel Hollow
Spring, TX 77388


Gerry  Freeman
49245 McCoy Avenue
East Liverpool, OH 43920


Gerry Lightner
720 Brown St
Everson, PA 15631

Gerry Ramon Austin
224 Hance St
Laurens, SC 29360


Gerry Wharington
1610 Briarwood Road
Saskatoon, SK S7V1H2
CANADA


Gerryanne Thomas
345 East County Line Road
Hatboro, PA 19040


Gertrude Perez Torres
537 and half Strong Aly
Reading, PA 19602


Gertrude Waymore Bennett
4783 Bauman Hill Road
Lancaster, OH 43130


Ghadi Cole
9609 Cardwell Avenue
Cleveland, OH 44105

Ghadud Naum El
1129 Sheffield Street
Pittsburgh, PA 15233

Ghezai Habtemichael
519 W Second Street
Ottawa, KS 66067

Ghirmai Negash
10 Spring St
Athens, OH 45701

Giff  Ludwigsen
135 West Main St
Missoula, MT 59802

Gigi A. Noll
103 W. McNutt St
Houston, PA 15342

Gigi N Walton
1120 Glenarden Drive
Rock Hill, SC 29730

Gil J Valencia
516 North Crest Drive
Nashville, TN 37211


Gil J Valiencia
516 North Crest Drive
Nashville, TN 37211


Gil Senaten Jr
20 Arlington Avenue
Wyandanch, NY 11798


Gilbert Benjamin
215 Sutter Lane
Plymouth Meeting, PA 19462


Gilbert Douglas White
1340 W Pike St
Philadelphia, PA 19140


Gilbert F Alfaro
740 Cinammon Teal Circle
El Paso, TX 79930

Gilbert Hutton
2634 Lansdale Dr.
Wexford, PA 15090


Gilbert M Figueroa
7098 Long Run Road
Athens, OH 45701


Gilbert Millstine
945 Washington Boulevard Apt E245
Pittsburgh, PA 15206


Gilbert R Gateward
323 Haven Avenue
Ocean City, NJ 08226


Gilbert R Williams
4101 NW 146th Terrace
Oklahoma City, OK 73134


Gilbert S Lederman
304 Douglas Rd
Staten Island, NY 10304

Gilberto Cepeda
1166 N Sloan Lane
Las Vegas, NV 89110

Gilberto Garcia
1728 Lansdale Avenue
Bethlehem, PA 18017

Gilberto Soares
8101 Large St
Philadelphia, PA 19152

Gilberto Zamoro Torres
374 Montana Drive
San Luis, AZ 88349

Gilliam Baptiste
1641 West Linden Street
Allentown, PA 18102

Gina A Franciscus
405 Palace Court
Pittsburgh, PA 15227

Gina Carroll
17356 Angules Road
Jefferson, SC 29718

Gina Culver
4215 Barnett Street
Philadelphia, PA 19135

Gina D Grey
39023 N Boulder View Drive
Scottsdale, AZ 85262

Gina E Solano
5415 Desert Stone
Sparks, NV 89436

Gina F Brazil
5400 Hill Road Circle
Nashville, TN 37220

Gina Holland Fryer
207 Destin Road
Columbia, SC 29212

Gina Hull
285 Isaw Drive
Mt. Pleasant, SC 29464

Gina Hutson
225 E Winterberry
Whitehouse, TN 37188

Gina Jackson
4751 Woodside Avenue NW
Canton, OH 44709

Gina Lewis Hunley
368 Rosebrook Dr
Gallitin, TN 37066

Gina M Collins
15B Potomac Street
Oakmont, PA 15139

Gina M Nichols
408 Kemper Ave
Lancaster, OH 43130

Gina M Rizzardi
233 E Mahanoy Avenue
Girardsville, PA 17935

Gina Marie Dagastino
6058 Blue Springs Avenue
Bartlett, TN 38134

Gina P Grant
116 W Chapel Chase Dr
Decatur, IN 46733

Gina R Watson
3920 Vinceton St
Pittsburgh, PA 15214

Gina Rispo
2126 Fuller Street
Philadelphia, PA 19152

Gina Ruiz Lopez
291 Clinton Avenue
Akron, OH 44301

Gina Shaler
2501 Clay Pike
N Huntington, PA 15642

Gina Sibila
2419 49th Street  NE
Canton, OH 44705

Ginger Crowe
575 Country Club Ln
Nashville, TN 38205

Ginger Dowler
14 Jacobs St
Chauncey, OH 45719

Ginger E Strapp
106 N Mill Street
Degraph, OH 43318

Ginna Stamps
532 Roundtree Circle
Chester, SC 29706

Giovanna Quirici
1435 Quince St
Denver, CO 80220

Giovanni C Dattalo
1116 Milton St
Louisville, KY 40217

Giovanni Provenzano
231 Myers Lane
Allison Park, PA 15101

Giovanni Verango
8308 Shorebreeze Drive
Las Vegas, NV 89128

Gisela Montoya
1814 West 18th Street
Yuma, AZ 85364

Gisele Savage
1520 N Bouvier St
Philadelphia, PA 19121

Gitty  Fisher
26 Roselle Court
Lakewood, NJ 08701


Giuseppe Bordonaro
RR3 Box3248A
Saylorsburg, PA 18353


Giuseppe Canale
1325 E. Cedar Street
Annville, PA 17003


Giuseppe GC Rosselli
184 Richbarn Road
Pittsburgh, Pa 15212


Gladden Delk
7153 Wellbaum Road
Brookville, OH 45309


Gladstone Hutchinson
2165 Beechwood Drive
Orefield, PA 18069

Gladys  De Jesus
4757 N Second Street
Philadelphia, PA 19120


Gladys  Mitchell
3020 Glen Mawr St
Pittsburgh, PA 15204


Gladys B Azpurua
121 San Wood Road
Knoxville, TN 37923


Gladys E Sepulveda
111 West 16th Ave  Apt 3
North Wildwood, NJ 08260


Gladys Feliciano
318 6th Avenue
Bethlehem, PA 18018


Gladys Lounder
902 Oakstone Dr
Johnson City, Tn 37601

Gladys M Gillespie
13 Wild Rose Court
Columbia, SC 29229


Gladys S Jackson
19700 Harvard Ave
Warrensville, OH 44122


Glanville Sewer
613 Crescent Avenue
Reading, PA 19605


Glen  Rosenwald
2113 B Arch Street
Philadelphia, PA 19103


Glen  Young
2783 S Sulley Dr  102
Gilbert, AZ 85295


Glen Beddies
1701 Spaulding Road
Dayton, OH 45432

Glen Brantley
332 S Pierce Street
Delphos, OH 45833


Glen E Foster
139 Shannon Street
Spartanburg, SC 29307


Glen L Alexander
1206 Terrance Dr
Johnson City, TN 37604


Glen R Chester Jr
1031 Sha Dawn Road
Joelton, TN 37080


Glen W Larimer
181 Sawmill Rd
Saltsburg, PA 15681


Glenda A Brasda
1333 West Cindy Street
Chandler, AZ 85224

Glenda Findley
2996 Taylortown Road
Shelby, OH 44875

Glenda J Collins
225 Anderson Dr
Knoxville, TN 37920

Glenda R Reed
654 Holly Dr
Summersville, WV 26651

Glendi Alcantara
129 Ashmore Ave
Trenton, NJ 08611

Glenn A Gossard
549 Clemesha Ave
Pittsburgh, PA 15226

Glenn A Millar
2443 Manchester Road
North Lawrence, OH 44666

Glenn A Powell Jr
9780 Woodland Rd North
Pittsburgh, PA 15237


Glenn B Hopper
111 S. Hatton Avenue
Lebanon, TN 37087


Glenn B Lester
2655 Lake Mead #1030
Las Vegas, NV 89032


Glenn Carlish
1417 E Goldenrod Street
Phoenix, AZ 85048


Glenn Clifford
1811 Woodbine Circle NE
Massillon, OH 44646


Glenn D Hoback
975 General George Patton
Nashville, TN 37221

Glenn E Brooks
1514 Carpenter Road
Albany, OH 45710


Glenn E Collins
1885 King Ave
Columbus, OH 43212


Glenn E Rhea
1405 Chota Drive
Knoxville, TN 37922


Glenn G Jones Jr
109 W Beachwood Road
Bessemer, PA 16112


Glenn Harmon
546 South Country Club #1140
Mesa, AZ 85210


Glenn Holland
204 Michigan Drive Lot 50
Altoona, PA 16602

Glenn L Bauerfeind
1065 Coral Circle
Conway, PA 15027


Glenn L Mohler
102 South Line Rd
Ephrata, PA 18552


Glenn Lauchman
65 S. Hickory Lane
New Oxford, PA 17350


Glenn Lundstedt
5614 King Trail
Corpus Christi, TX 79414


Glenn Powel
5115 Huff Ferry Road
Loudon, TN 37774


Glenn R Eyster III
105 Church Street
Seven Valleys, PA 17360

Glenn Reichle
952 West Pershing Street
Salem, OH 44460

Glenn Replogle
1210 S Mulberry Street
Troy, OH 45373

Glenn Stevens
2033 Lancaster
Grosse Pointe, MI 48236

Glenn Strouse
210 East Main St.
Schuykill Haven, PA 17972

Glenn T Moore
462 Hill Street
Beech Bottom, WV 26030

Glenn W Hupp
933 Greefield SW
Canton, OH 44706

Glenna Bentley
595 Hetzler Road
Rochester Mills, PA 15771

Glenna Spell
125 South Bend Ct
Loveland, OH 45140

Gloria  Salamanca
3503 Mercury St  Apt B
N Las Vegas, NV 89030

Gloria Adler
RR1 Box 269A
Effort, PA 18330

Gloria B Sievers
234 Club House Drive
Middletown, NJ 07748

Gloria B Sosack
1052 Bank Street
East Liverpool, OH 43920

Gloria Barnes
2215 Boustead Street
Pittsburgh, PA 15218

Gloria Black
103 Millbrook Street
Simpsonville, SC 29681

Gloria Bolin
5289 Washington Road
Albany, OH 45710

Gloria D While
548 Jedburgh Way
Rock Hill, SC 29730

Gloria Erhardt
17822 North 20th Place
Phoenix, AZ 85022

Gloria Ferguson
543 McNiel Dr
Sagamore Hills, OH 44067

Gloria Harner
10009 Neptune Mendon Road
Mendon, OH 45862


Gloria Heatherington
71140 Sharon Road
Birdgeport, OH 43912


Gloria J Raiders
4148 Cypress St
Butler, PA 16001


Gloria J Schmiesing
8141 Blanke Road
Anna, OH 45302


Gloria J Wertman
335 S Second Street
Pottsville, PA 17901


Gloria L Dawson
448 Jefferson Street #2
Rochester, PA 15074

Gloria Lynch
325 Eleazar Road
Tellico Plain, TN 37385


Gloria M Williams
2935 State Route 31
Acme, PA 15610


Gloria R Brass
2783 S Las Palmas Vista
Yuma, AZ 85364


Gloria Robinson
24 Bond St
Trenton, NJ 08638


Gloria Rollins
2020 E Freeport Ln
Gilbert, AZ 85234


Gloria Sanmiguel
11581 W Cocopah Street
Avondale, AZ 85323

Gloria Thornton
724 Nonconnah Avenue
Memphis, TN 38109


Glynn Johnson
219 Tyborne Cir.
Columbia, SC 29210


Golden Adkins
304B Due West
Madison, TN 37115


Gordon A Roddy
3220 McGhee Road
Maryville, TN 37803


Gordon Hall
4330 Fox Sparrow Road
Klamath Falls, Oh 97601


Gordon L Given
33597 SR 78
Lewisville, OH 43754

Gordon McCall
5870 North Chaparral
Tucson, AZ 85743


Gordon Neely
123 Southwood Drive
Madison, AL 35758


Gordon Ross ll
347 Robin Drive
Nazareth, PA 18064


Gordon Seeton
5175 Lynncrest
Canton, OH 44706


Grace  Beattie
1448 Cathys Lane
North Wales, PA 19454


Grace  Urda
512 Airbrake Ave
Wilmerding, PA 15148

Grace Fife Crawford
715 Gatepost Drive
Mt Pleasant, SC 29464

Grace L Cropper
724 Benwood Avenue
McKees Rocks, PA 15136

Grace R Martin
804 Universal Road
Pittsburgh, PA 15235

Grace Zugay
33 Harrison Avenue Apt 8
Souderton, PA 18964

Gracelia Malcom
1006 S. Main Street Apt 25D
Pleasantville, NJ 08234

Gracie Moore
3725 Hudson Avenue
Youngstown, OH 44511

Graciela G De Valdez
13610 Demster Avenue
Downey, CA 90242

Grady Williams
5602 Tynecastle Loop
Dublin, OH 43016

Graham L Roberts
400 North Coronado St  No 1015
Chandler, AZ 85224

Graham Timmins
2715 Tramway Circle NE
Albuquerque, NM 87122

Grant R Clemo
7 Rolling Ridge Dr
Rockaway, NJ 07866

Grayson Brady Blake
816 Pine Oak Rd
Camden, SC 29020

Grayzie Diaz
350 W 13th Place #130
Mesa, AZ 85201


Greater Deliverance World Out Reach Ctr
538 Smith Rd
Peachland, NC 28133


Greg  Furlong
1764 N. Rock Road
Mansfield, OH 44903


Greg  Kline
1085 Marquette Dr
Lancaster, OH 43130


Greg Beach
2561 Coral Ridge Aveenue
Grove City, OH 43123


Greg Blankenship
923 Boscobel St
Nashville, TN 37206

Greg Bradley
5044 Idylwood Street
Beaumont, TX 77703


Greg Carrell
512 Raymond Street
Nashville, TN 37211


Greg Corlis
103 Fremont Avenue
Park Ridge, NJ 07656


Greg D Nicholls
4437 Hoger Street
Orlando, FL 32812


Greg Dulski
1452 Cliffview Road
Pittsburgh, PA 15212


Greg E Milkovich
5063 Springhouse Lane
Bridgeville, PA 15017

Greg Fahey
1233 Melvin Drive
Murfreesboro, TN 37128

Greg Flatt
703 Pinnacle Hill Road
Kingston Springs, TN 37082

Greg Gerkey
153 McConnells Mill Road
Portersville, PA 16051

Greg Grathouski
185 Bel;oun Road
Chambersburg, PA 12701

Greg Guth
8931 Breingsville Road  PO Box 126
Breingsville, PA 18031

Greg Hampton
802 Highway 3405
Eolia, KY 40826

Greg Harri
27 Tupelo Trail
Columbia, SC 29206

Greg J Schleier
451 Village Dr
Hauppauge, NY 11788

Greg Joseph Suraci
12103 Altadena Drive
Scottsdale, AZ 85259

Greg L Kline
1085 Marquette Drive
Lancaster, OH 43130

Greg Long
4041 Unity Street
Latrobe, PA 15650

Greg Marvin
422 Troon Dr
Napa, CA 94558

Greg Morton
5761 Traymore Street
Huber Heights, OH 45424



Greg Pierce
17 Lake Crest Dr
Columbia, SC 29206



Greg Rankin
32831 Street  Highway 77
Centerville, PA 16404



Greg Scott Mineweaser
426 West Pinecrest Lane
Brookville, PA 15825



Greg Sluss
13149 Crab Orchard Rd
Coeburn, VA 24230



Greg Vest
2245 Sunningdale Road
Kingsport, TN 37660

Greg Wilder
23 Sawgrass Lane
Brentwood, TN 37027

Greg Williams
3950 Mountain Vista #106
Las Vegas, NV 89121

Gregg Crystal
520 Glendale Avenue
Mapleshade, NJ 08052

Gregg E Higgins
209 Junior High Drive
Irwin, PA 15642

Gregg Hellwig
112 Graham Place
Bethlehem, PA 18015

Gregg M. Wald
P.O. Box 112
Dayton, OH 45409

Gregg W Patterson
23 First Street Box 143
Alverda, PA 15710


Gregory  Dabe
58 Euclid Street
Versailles, OH 45380


Gregory  Fletcher
285 Lawndale Ave
King of Prussia, PA 19406


Gregory  Gallina
2700 Cambridge Street
Philadelphia, PA 19130


Gregory  Gosselin
4 Thunderhill
York Harbor, ME 03911


Gregory  Nevel
444 N 3rd St
Emmaus, PA 18049

Gregory  Wall
1405 Bradberry Dr
Murfreesboro, TN 37136


Gregory  Wilkins
4043 Windsor Rd
Boardman, OH 44512


Gregory A Anoia
140 Country Club View Drive
Lebanon, Pa 17042


Gregory A DePalma
2878 7th Street Road
Lower Burrell, PA 15068


Gregory A Levendis
128 Ramunno Circle
Hockessin, DE 01977


Gregory A Lookshin
1101 E Annette Dr
Phoenix, AZ 85022

Gregory A McFadden
210 W Pennsville Street
Conellsville, PA 15425


Gregory A Warner
2150 Alsace Rd  Apt 2
Reading, PA 19604


Gregory Baugh
19 Belmont Circle
Uniontown, PA 15401


Gregory Bednar
259 Holly Place
Mt Pleasant, PA 15666


Gregory Brooks
11597 Youngstown Pittsburgh Road
New Middletown, OH 44442


Gregory Bundrage
110 Byington Drive
Fayetteville, GA 30214

Gregory Bunns
12 Morris St
South Amboy, NJ 08879

Gregory C Coe
12657 Monroe Mills Road
Mt Vernon, OH 43050

Gregory D Cooley
3753 Faulkner Dr
Nashville, TN 37211

Gregory D Garcia
5707 W Cholla
Glendale, AZ 85304

Gregory D Hughes
6455 Buckner St
Canal Winchester, OH 43110

Gregory D Matz
18160 Route 403
Dixonville, PA 15734

Gregory Dakters
10890 Stella Lane
Chagrin Falls, OH 44023

Gregory Davis
997 Carver Street
Philadelphia, PA 19124

Gregory Donley
20 Water Front Way
Horner, WV 26372

Gregory Dyer Jr
2336 Parklyn St
Pittsburgh, PA 15234

Gregory England
807 Jone Terrace Road
Reading, PA 19611

Gregory F Johnson
4175 Thistlewood Road
Hatboro, PA 19040

Gregory Fischer
235 Stone Fence Road
West Chester, PA 19382

Gregory Frank
301 Beaver Street
Greensburg, PA 15601

Gregory Gamache
3400 Waynesburg Dr SE
Canton, OH 44707

Gregory Gearhart
84 Warrington Road
Dillsburg, PA 17019

Gregory Gilot
14765 Via Tivoli Court
Davie, Fl 33325

Gregory Grant Howard
1009 William Penn Boulevard
Womelsdorf, PA 19567

Gregory Greiser
1045 North West End Blvd Lot 408
Quakertown, PA 18951

Gregory H Pierce
2 Wartman Road
Collegeville, PA 19426

Gregory Hardison
423 Maelln Drive
Webster Groves, MO 63119

Gregory Harley
Bx 246 Diffley Road
Ashville, NY 14710

Gregory Harris
3006 S 68 Street
Philadelphia, PA 19142

Gregory Hubler
723 S Route 183
Schuylkill Haven, PA 17972

Gregory J Bahleda
295 Hill St
Pitcairn, PA 15140

Gregory J Breen
3215 Keating Court
Manchester, MD 21102

Gregory Kaminsky
526 Cochran Street
Sewickley, PA 15143

Gregory Kemp
626 Chestershire Road
Columbus, OH 43204

Gregory Koziel
341 Grandview Street
Memphis, TN 38111

Gregory L Alleman
32467 Long Run Road
Sycamore Valley, OH 43789

Gregory L Frakes
30 Maple Road
Columbus, OH 43217

Gregory L Knapp
148 Lickdale Road
Jonestown, PA 17038

Gregory L Lowe
711 Fruit Way
McKees Rocks, PA 15136

Gregory L Mayer
7575 E Indian Bend #2081
Scottsdale, AZ 85250

Gregory L Swift
2700 55th Street NE
Canton, OH 44721

Gregory L Watson
4873 Bronsze Cove
Memphis, TN 38125

Gregory Layne
3385 Twp Road 335
JUnction City, OH 43748


Gregory Lewis
8985 Storey Road
Northeast, PA 16428


Gregory Lewis
5228 Princeton Lane
Groveport, OH 43125


Gregory Lonigro
512 East Patterson Ave
Connellsville, PA 15425


Gregory M Smith
5 Bridle Court West
Goshen, NY 10924


Gregory Mahoney
351 East Carrollton Street
Magnolia, OH 44643

Gregory Market
3150 Essington Way
Bensalem, PA 19020


Gregory Mattioli
122 Eisele Rd.
Cheswick, PA 15024


Gregory May
156 Buckhorn Trail
Bozeman, MT 59718


Gregory Michael
5503 E Danbury Rd
Scottsdale, AZ 85254


Gregory Michael Hindman
2546 Hunting Ridge Trail
Bridgeville, PA 15017


Gregory Muiter
2640 Fountain Dr
Wexford, PA 15090

Gregory N Shamus
26049 Dreschfield
Grosse Ile, MI 48138


Gregory P Prevenslik
414 Saw Mill Rd
Greensburg, PA 15601


Gregory R Hopp
217 Northridge Road
Columbus, OH 43214


Gregory R Smith
250 Chestnut Street
Runnemede, NJ 08078


Gregory Rodden
103 Colgan Terrace
Verona, PA 15147


Gregory Roger Stanley
150 S Roosevelt Road #2149
Mesa, AZ 85202

Gregory S Braden
83 Welton Road
Conneaut, OH 44030


Gregory S Harrison
316 R Eutaw Avenue
New Cumberland, PA 17070


Gregory S Schmitt
114 Trolley Ct
Pittsburgh, PA 15237


Gregory S Stanford
89 W Fourth Street
Burnside, PA 15721


Gregory Scott Fyock
460 Oslo Dr
Deltona, FL 32725


Gregory Scott Morgan
5836 Pinelake Dr
Harrison, TN 37341

Gregory Shaneyfelt
Old Route 119 Box 214
Ruffsdale, PA 15679


Gregory Sherman
31925 Tracy Lane
Solon, OH 44139


Gregory Smith
3365 Clarkston Avenue
Columbus, OH 43232


Gregory Smith
11 Bennington Road
Havertown, PA 19083


Gregory Stephens
6383 Water Dragon Avenue
Las Vegas, NV 89110


Gregory Sullivan
11 S Washington Avenue
Bala Cynwyd, PA 19004

Gregory T Carson
479 Tanner Way
Lansdale, PA 19446


Gregory Taylor
411 Laurel Hill Drive
Roebuck, SC 29376


Gregory Thad Pierce
4931 Clemson Avenue
Columbia, SC 29206


Gregory Thomas Mathias
1575 W Warm Springs  No 1771
Henderson, NV 89014


Gregory V Varrato
268 Elmtree Road
New Kensington, PA 15068


Gregory Volk
1323 West Glenmere Drive
Chandler, AZ 85224

Gregory Vukasovic
8472 W Gilmore St
Las Vegas, NV 89129

Gregory W Glendenning
2330 McDonald Road SW
Lancaster, OH 43130

Gregory Wade
745 South Filmore Street
Allentown, PA 18103

Gregory Wallace
121 Rohrman Road
Darlington, PA 16115

Gregory Wilkinson
6621 Riverview Drive
Nashville, TN 37209

Gregory Wilson
1127 Bark Rd
Magnolia, OH 44643

Greta Stoddard
409 Lost Creek Drive
Columbia, SC 29212


Greta Yvonne Tyler
3411 Neeses Highway
Orangesburg, SC 29115


Gretchen Fonseca
215 Windsor Avenue
Upper Darby, PA 19082


Gretchen K Meilahn
1643 Dell Terrace
Cincinnati, OH 45230


Gretchen M Huff
2438 Stono Watch Drive
Johns Island, SC 29455


Gretchen Meyers
401 Horn St
Lewisburg, OH 45338

Griselda  Camarena
8049 Kokoma Drive
Las Vegas, NV 89107


Grover Anderson
1590 First Street  NE  Apt J
Massillon, OH 44646


Grzegorz Boc
9277 Shady Lake Drive  Apt 207
Streetsborough, OH 44241


Guadalupe Buendia
3024 Harewood Circle
Las Vegas, NV 89030


Guardian LTC Pharmacy
Route 219  PO Box 240
Brockway, PA 15824


Gudrun Gaynor
3935 Seneca Ct
Skippack, PA 19474

Guerdon Stuckey
3041 Tifton Grass Lane
Charlotte, NC 28269

Guerino Defalco
429 Walnut Street
Vandergrift, PA 15690

Guillermo Ortiz
15148 W Pershing Street
Surprise, AZ 85379

Guillermo Villagran
7003 S 23 Lane
Phoenix, AZ 85041

Gulnaz Kapadia
25119 Callaway Street
San Antonio, TX 78260

Gurdev Singh
637 Mountainview
Lewiston, NY 14092

Gurkamal Badyal
73 Summit Avenue
Northfield, OH 44067

Gustaro Gutierrez
P.O. Box 4631
San Luis, AZ 85349

Gustavo Vrezi
2701 North Rainbow
Las Vegas, NV 89108

Guy  Jennings
1742 Richbourg Park Drive
Brentwood, TN 37027

Guy A  Molina
4715 Oceanview Avenue
Virginia Beach, VA 23455

Guy Cascella
14 Clayton Hills Lane
St Louis, MO 63131

Guy L Morgan
912 Pinecrest Drive
Jonesboro, AR 72401


Guy Lyre
484 Roarks Cove Road
Sewanee, TN 37375


Guy W Bowers
133 W Second Mountain Road
Pottsville, PA 17901


Gwen Handley
230 Mathews Avenue
Ashland, OH 44805


Gwen L Kosie
8053 Lindisfrane Drive
Pittsburgh, PA 15237


Gwen Prater
194 Red Jacket Trace
Murfreesboro, TN 37127

Gwendolyn Hartman
500 North Locust Street
Elizabethtown, PA 17022

Gwendolyn L Glaze
6605 Brainard Street
Pittsburgh, PA 15206

Gwendolyn M Ritchie
243 Coachlight Terrace
Huntingdon Valley, PA 19006

Gwendolyn P Pongracz
2781 Bleiler Hill Road
New Tripoli, PA 18066

Gwenn Hasbrouck
109 W Magnolia Avenue
Oak Ridge, TN 37830

Gwenn Kuhns
17 Village Dr
Mt Pleasant, PA 15666

Gwyn A Lesnikov
45016 State Route 303
Wellington, OH 44090


Gwyneth  Ayers
1623 20th Avenue
Longmont, CO 80501


Habbeeb Salameh
574 Holt Valley Road
Nashville, TN 37221


Hadde Robles
425 East Cumberland Street
Allentown, PA 18103


Hadjira Moudjed
4429 Wilmington Pike D
Kettering, OH 45440


Hai Thanh Tran
96 Jordan Street
Pittsburgh, PA 15102

Haig J Berberian
2069 Ashburton Way
Mount Pleasant, SC 29466

Hailee Yurjevich
13604 Merton Woods Lane
Charlotte, NC 28273

Hakan Ilkin
102 S 16th St
Pittsburgh, PA 15203

Hal Freeman
350 Southwinter Street
Russellville, KY 42276

Hal White
P.O. Box 676022
Rancho Santa Fe, CA 92067

Halee Bryant
148 West Burk Avenue Apt 2
Wildwood, NJ 08260

Haley  Vines
118 Pershing Ave
Lufkin, TX 75904

Haley Cross
209 Hunters Chase Dr
Smyrna, TN 37167

Haley Lubow
5005 Evanston Way
Thompsons Station, TN 37179

Halva Warner
1916 Kimball Avenue
Arnold, PA 15068

Hamdan H Omar
3525 Parker Road
Wylie, TX 75098

Hamilton Harrison
5 Moyer Place
Cincinnati, OH 45208

Hanjo D Farr
127 Avenue E
Schuylkill, PA 17972

Hank Morrison
44 Mehalic Drive
Lewis Run, PA 16738

Hank P Hoover
22 Clemens Road
Fleetwood, PA 19522

Hannah Gage
6046 Leeward Lane
Wilmington, NC 28409

Hannah Hubler
7665 CR 33A
Wapak, OH 45895

Hannah M Gillmon
2716 Allegheny Avenue
Bexley, OH 43209

Hannah Montgomery
1138 Euclid Street Apt 1
Santa Monica, CA 90403




Hannah R Ayers
403 Alice Drive  Apt #81
Sumter, SC 29150




Hannah Simmons
2120 Lick Brandy Road
Glasgow, KY 42141




Hanover Twp Fire Co
100 Stoke Park Road
Bethlehem, PA 18017




Hans Erik Hurst
52 Pebble Creek Drive
Lititz, PA 17543




Hao Le
4704 Laurel Drive
Harrisburg, PA 17110

Hardie Burgan
107 Valley Lane
Pittsburgh, PA 15238

Harilaos Sorovigas
6099 sleight Rd
Bath, MI 48808

Harish  Sundaram
15912 Fairway Lake
Chesterfield, MO 63017

Harish Ramakrishna
4509 E Night Owl Lane
Cave Creek, AZ 85331

Harjinder Sran
7566 N Hanna
Fresno, CA 93722

Harlan G McKinney
115 Long Needle Rd
Columbia, SC 29229

Harlan Schafir
3026 Lantern Trail
Richmond, IN 47374

Harland  Heady
5046 Santana St
Murfreesboro, TN 37129

Harmony Bleigh
11178 Orville
Massillon, OH 44647

Harold  King
126 Oak Turn Road
Charleston, SC 29412

Harold A Palmer
4781 Serenity Lane
Murrysville, PA 15668

Harold A Shemesh
1252 Fells Church Road
Belle Vernon, PA 15012

Harold Cook
23718 S Illinois Ave
Chandler, AZ 85248


Harold D  McMann
141 Cochran Rd
Oak hill, OH 45640


Harold D Angel
3230 Richey Rd
Connellsville, PA 15425


Harold Dwight Myers II
118 Capri Street
Sugar Land, TX 77478


Harold Ellis
3235 North Bambrey Street
Philadelphia, PA 19129


Harold F  Elliott
49053 Riggs Crest Rd
Reedsville, OH 45772

Harold Gerhart Jr
316 Virginia Road
Mechanicsburg, PA 17050


Harold Glover
838 Josephine Street
Memphis, TN 38114


Harold H Heady Jr
1202 Crest Avenue
Charleroi, PA 15022


Harold H McDevitt
13 Dennis Creek Dr
Cape May Court House, NJ 08210


Harold Hinklin
208 Eighth Avenue
Galton, OH 44833


Harold J Frank
P.O. Box 8565
Incline Village, NV 86452

Harold Jones Jr
9552 Woodstone Mill Dr
Jacksonville, FL 32244


Harold Leibensperger
84 Fork Mountain Road
Auburn, PA 17922


Harold Livingston Jr
PO Box 458
Goshen, NJ 08218


Harold Mabardy
232 Winter Creek Dr
Bluefield, VA 24605


Harold Manigault
1654 River Road
Mc Clellanville, SC 29458


Harold Perlstein
5637 N Central Park
Chicago, IL 60659

Harold Six
12353 St Rt 691
Nelsonville, OH 45764

Harold Wesner
51 Franklin Lane
Quakertown, PA 18951

Harriet Cleckley
110 Pops Dr
Orangeburg, SC 29115

Harriet Perantinides
278 Park Dr
Campbell, OH 44405

Harris  Allen
901 Shenandoah Drive
Brentwood, TN 37027

Harris Cowen
199 Popcorn Lane
Enon Valley, PA 16120

Harrison A Moyer
1424 Chippewa Drive
Allentown, PA 18104


Harrison DB Kidd
4518 Yancey Drive
Nashville, TN 37215


Harrison Jones
593 Lark Street
Brownsville, TN 38012


Harry  Furman II
312 Voss Road
Geneva, OH 44041


Harry  Halkides
1701 Vine Ave SW
Canton, OH 44706


Harry A Costa
5153 Lakeshore Road
Burlington, ON L7L1C1
CANADA

Harry Audley Flannery
116 Valhalla Drive
New Castle, PA 16103


Harry Becker
296 Yellow Hill Road
Narvon, PA 17555


Harry Bottles
119 Montville Street
Pittsburgh, PA 15214


Harry C Bothwell
200 Faculty Rd
Duncannon, PA 17020


Harry Dolance
2401 Scotch Hill Rd  1
North Huntington, PA 15642


Harry E Carney Jr
282 Route 250
Adena, OH 43901

Harry E Ramsey
4242 N 85th Drive
Phoenix, AZ 85037


Harry Gaillard Jr
10 Piedmont Ridge
Columbia, SC 29229


Harry H Lockhart
34334 Eretton
Livonia, MI 48152


Harry Hoffman
129 Terrace Road
St Marys, PA 15857


Harry Hopkins
230 Devore Street
Cadiz, OH 43907


Harry J Vargo
8658 Mohr Lane
Fogelsville, PA 01801

Harry Maier
256 Lake Front Drive
Akron, OH 44319


Harry Ong
2008 Andover Way
Mt Pleasant, SC 29466


Harry P Kinnison
121 OBrien Road
Lucasville, OH 45648


Harry Swank
39 Beverly Drive
Columbiana, OH 44408


Harry T Amend
1838 Bigger Rd
Bulger, PA 15019


Harry Thomas II
207 North College Street
Carlisle, PA 17013

Harry Thomas Moyer
RR 7 Box 826A  PO Box  631
Hollidaysburg, PA 16648

Harry W Crosby
115 Westridge Court
Chapin, SC 29026

Harry Winter
301 S Nicholas St
Saint Clair, PA 17970

Harvey E Gordon
84041 Mizer Rd
Cadiz, OH 43907

Harvey H Hatfield
PO Box 122
St Marys, WV 26170

Harvey Huntley
109 Blythewood Pt Dr
Blythewood, Sc 29016

Harvey L Calhoun
150 Willingham Road
Talladega, AL 35160

Harvey T Mitchell
2722 Lincolnway East
Massillon, OH 44646

Hasan Alhachem
1815 J F Kennedy Boulevard #1014
Philadelphia, PA 19103

Hasan Drewry
43 A Elsmere Blvd
Wilmongton, DE 19805

Hasan Sarikaya
9321 Bohning Dr
Garfield Hts, OH 44125

Hasina M. Thomas
2760 Katian Road
Columbus, OH 43219

Haskel R Williamson
PO Box 7
Holden, WV 25625


Hassan M Kassem
7908 Jims Ct
West Chester, OH 45069


Hassan Rammanian
1024 Pinto Drive
Fairborn, OH 45324


Hatem Gabr
15 Anchorage Pointe
Anchorage, KY 40223


Hattie Brown Rambert
2026 Little Avenue
North Charleston, SC 29405


Hawke McKeon & Sniscak LLP
100 N 10th St Box 1778
Harrisburg, PA 17105

Hayden Kepner
5194 Baldwin Terrace
Marietta, GA 30068


Hayward Reeder
233 Coville Drive
Browns Mills, NJ 08015


Haze Massey
157 McFall Ways
Blacklick, OH 43004


Hazel A Fredericks
3151 Allenford SE
Canton, OH 44707


Hazel Calendine
11353 St Route 550
Athens, OH 45701


Hazel Hamilton
244 Boles Road
Early Branch, SC 29916

Hazel M Llewellyn
5675 Gun Club Road
Athens, OH 45701




Health America Coventry
P.O. Box 6479
Carol Stream, IL 60197




Heath  McCrea
4039 Fulton Drive  Apt 2
Canton, OH 44718




Heath Evans
13365 N Como Drive
Tucson, AZ 85755




Heath Pickering
6552 E Fairfield
Mesa, AZ 85205




Heather  Burke
243 Weston Lane
Wilkes Barre, PA 18702

Heather  Cuyles
184 Burns Rd
New Brighton, PA 15016


Heather  Flynn
528 Tamplin Street
Sharon, PA 16142


Heather  Reighard
724 25th Street NW
Canton, OH 44709


Heather  Roberts
418 County Rd 116
Athens, TN 37303


Heather  Shearer
30 Evergreen St
Thompsontown, PA 17094


Heather  Singleton
241 Clinton Ave
Akron, OH 44301

Heather A Freuchtel
256 Rampart Boulevard
New Kensington, PA 15069


Heather A Nice
300 Parkland Avenue  SW
Massillon, OH 44646


Heather A Selfe
43 Sedgwick Drive
East Berlin, PA 17316


Heather Bartolota
18447 North 95th Street
Scottsdale, AZ 85255


Heather Brocious
PO Box 36   107 Second St
Stump Creek, PA 15863


Heather Brown
4088 Railroad Street
New Marshfield, OH 45766

Heather Cibik
205 Arizona Drive
Lower Burrell, PA 15068

Heather Clayton
3622 W Carla Vista Drive
Chandler, AZ 85226

Heather Cordrey
113 Holbrook Lane
Gilbertsville, PA 19525

Heather D Cartmill
325 South Cottonwood
Emporia, KS 66801

Heather D Peters
5056 School Creek Lane
Annville, PA 17003

Heather Dawn Bishop
111 Jarett Road
Summerville, SC 29485

Heather Delprincipe
36 Poland Manor
Poland, OH 44514


Heather Denise Merritt
1450 E Bell Rd # 2136
Phoenix, AZ 85022


Heather Dennis
962 E Rockwell Drive
Chandler, AZ 85225


Heather Emerick
81 Beacon Circle
Cranston, RI 02910


Heather Fry
25 Newport Drive
Hazleton, PA 18201


Heather G Tarr
214 Orange St
Urbana, OH 43078

Heather Hannan
7146 Jackson Street
Philadelphia, PA 19135


Heather Herman
1102 Miley Street
Lebanon, PA 17046


Heather Hess
312 Glen View Circle
Lititz, PA 17543


Heather J Holbrook
166 Ellisade Rd
Allentown, NJ 08501


Heather Johnson
227 Otterbein Drive
Lexington, OH 44904


Heather Konetsky
655 Eldred Street
Erie, PA 16511

Heather L Behm
16248 Highway 119 North
Rochester Mills, PA 15771


Heather L Davis
212 Nicewonger Lane
Duncansville, PA 16635


Heather L Goodwin
17 Honeysuckle Lane
Birmingham, AL 35213


Heather L Morris Terry
7 Sandstone Court
Little Rock, AR 72227


Heather L Parks
3894 Dartmouth Avenue NW
Massillon, OH 44646


Heather L Ruffner
1904 Winston Drive
St Marys, OH 45885

Heather L Stefan
72279 Pine Drive
Bridgeport, OH 43912


Heather Laracuente
1104 RT 47 South Lot C
Rio Grande, NJ 08242


Heather Lloyd
107 Woodland Ave SE
Massillon, OH 44646


Heather Lynne McKinney
2818 Oakley Ave
Bensalem, PA 19020


Heather M Dougan
3703 Dynes Avenue
Erie, PA 16510


Heather M Miller
1144 Chapel Rd
Monaca, PA 15061

Heather M Scarano
676 Loridge Dr
Pittsburgh, PA 15209


Heather M Sethman
109 B Back Street  PO Box 196
Coal Center, PA 15423


Heather M Trout
14 Medsger Rd
Connellsville, PA 15425


Heather M Yurkovich
115 Stump Dr
Belle Vernon, PA 15012


Heather Mammone
313 Edgewater Avenue NW
Massillon, OH 44646


Heather McManus
310 South Village Lane
Logoff, SC 29075

Heather N Kuhn
21 Westview Drive
McSherrystown, PA 17344


Heather N Tilley
RR2 Box 188
Tyrone, PA 16686


Heather O Rourke
382 Keever Avenue
Pittsburgh, PA 15205


Heather Pierce
1548 Clark Sound Circle
Charleston, SC 29412


Heather Rady
634 State St
Greensburg, PA 15601


Heather Rombold
117 Rombold Lane
New Brighton, PA 15066

Heather S Miggantz
124 Calmont Dr
Pittsburgh, PA 15239


Heather S Ryan
7708 S Heather Drive
Tempe, AZ 85284


Heather Seibel
3244 Ridge Pike
Eagleville, PA 19408


Heather Smith
1671 Diehl Road
Bedford, PA 15522


Heather Steele
580 River Ridge Road
McKeesport, PA 15133


Heather Thompson
4238 Barr Avenue
Memphis, TN 38111

Heather Watts
900 S. 1st Avenue
Lebanon, PA 17042


Heather Webster
36 Grant Street
Rittman, OH 44270


Hebert Estrada
19446 Mountain Road
Grantville, PA 17028


Hector Caballero
2580 Devon Valley
Nashville, TN 37221


Hector Camarillo Espinoza
1136 Weiner
Memphis, TN 38122


Hector E Peguero
5834 Weymouth Street
Philadelphia, PA 19120

Hector Feliciano
305 Bellaire
Fairborn, OH 45324

Hector G Guzman Jr
3850 Orangemans Rd
Hatboro, PA 19040

Hector Gonzalez Jr.
699 Cedar Hill Drive
Allentown, PA 18109

Hector Irizarry
1621 Dolphin Ave
Pleasantville, NJ 08232

Hedy Baker
919 Overview Court
Mt Pleasant, SC 29464

Hee Kang
2456 South Old Oaks Drive
Beavercreek, OH 45431

Heeyung Jeung
5901 W Behrend Drive Apt 2002
Glendale, AZ 85308

Heidi Ames
1110 Bricklanding Place
Webster, NY 14580

Heidi Banks
1909 Gay Evans Road
Winchester, KY 40391

Heidi Garcia
3369 Zion Road
Olanta, PA 16863

Heidi Gault
2779 Ranger Drive
North Charleston, SC 29405

Heidi Hatfield
2401 Kanan Road
Agoura Hills, CA 91301

Heidi M Limbert
140 Ginder Road NE
Lancaster, OH 43130



Heidi Marie Hatfield
2401 Kanan Road
Agoura, CA 91301



Heidi Wendling
8159 West 100 North
Farmland, IN 37340



Helen A McCoy
5 South Eighth Street  PO Box 77
Jacksonville, OH 45740



Helen Brisco
3794 Sylvan
Memphis, TN 38128



Helen DeBarr
201 Cool Springs
Sutersville, PA 15083

Helen Delhoyo
3700 Stewart SP 176
Las Vegas, NV 89118

Helen E Vaughn
1092 Weakley Lane
Smyrna, TN 37167

Helen Edgerton
2616 Ringsted Lane
Mt Pleasant, SC 29466

Helen G Maddox
811 Paris SE
Paris, OH 44669

Helen Godish
1590 Woodlwan Drive
Latrobe, PA 15650

Helen Hahn
2089 18th St SW
Akron, OH 44314

Helen Johnson
7234 Lamport
Upper Darby, PA 19082


Helen June Kelley
RR2 Box 645
Hollidaysburg, PA 16648


Helen L Hall
4422 Limerick Rd
Jackson, OH 45640


Helen L Morrison
2221 Vincent Lane
Kingsport, TN 37660


Helen L Spencer
2495 Henn Hyde Road
Cortland, OH 44410


Helen Long
409 Ocean Avenue
Sea Girt, NJ 08750

Helen Marie Martinez
509 N Broad Street
Ridgway, PA 15853


Helen R Dworkin
801 S Chester Road #206
Swarthmore, PA 19081


Helen Schenz
17949 North Oakley Drive
Buchtel, OH 45716


Helen Smith
308 Union Street
Tamaqua, PA 18252


Helen Theresa McDaris
8459 Wildcat Bridge Road
Danielsville, GA 30633


Helen Weidenhammer
815 West Leesport Road
Leesport, PA 19533

Helen Weis
1107 Country Club Drive
Tullahoma, TN 37388


Helen Wimer
2101 Hideout Lane
Bowie, MD 20716


Helena A Garcia
2900 El Camino Ave No13
Las Vegas, NV 89102


Helena Baillio
304 Clover Dale Boulevard
Ft Walton Beach, FL 32547


Helene Berlin
1988 E Oxford Dr
Tempe, AZ 85283


Helene Moore
324 Wilson Avenue
Port Carbon, PA 17965

Helene Wright
21 Briar Court
Fishkill, NY 12524


Hen Van Vo
9369 Pinarello Street
Las Vegas, NV 89178


Hendina Hamill
4540 E Westchester Drive
Chandler, AZ 85249


Hendrick Cousar
426 E White St Apt B
Rock Hill, SC 29730


Hendrik Post
26 Bernice Court
Grimsby, ON L3M5C3
CANADA


Henehan Family Living Trust
410 Long Pointe Dr
Avon Lake, OH 44012

Henri Van Der Vegte
2015 Lenox Cove Cr. NE
Atlanta, GA 30319

Henrietta H Mason
7975 Lanier Drive
Cumming, GA 30041

Henrietta M  Drayton
1221 Palustrine Ct
Charleston, SC 29414

Henrietta R Cvetan
40886 SR 689
Albany, OH 45710

Henry  Fong
10301 N 70th St #244
Paradise Valley, AZ 85253

Henry  Jackson
2400 Seventh Avenue  PO Box 275
Beaver Falls, PA 15010

Henry  Schoen
35 W Riley
Montezuma, IL 45866


Henry A Wilson
904 Timberglen Drive
Imperial, PA 15126


Henry B Johnson
607 Fourteenth Street SE
Canton, OH 44707


Henry C Ford
909 Todds Lane
Hampton, VA 23666


Henry Chen
35 Watergate Drive #706
Sarasota, FL 34236


Henry D McMaster
1731 Senate St
Columbia, SC 29701

Henry Deni
1109 Kemper Drive
Warminster, PA 18974


Henry E Raber
2155 Township Road 416
Dundee, OH 44624


Henry Esquivias
31 S. Temple Street
Mesa, AZ 85204


Henry F Jumper
102 Creek Bottom Drive
Cayce, SC 29033


Henry Gray Jr
214 South Franley
Jefferson, OH 44047


Henry J Jefferson
6781 W Peuget Avenue
Peoria, AZ 85345

Henry J Zalokar
2701 Silver Fox Trail
Ashland, OH 44805

Henry Nathan Johnson
1255 Audrey Road
Manning, SC 29102

Henry Seiner
254 Hickory Heights Dr
Bridgeville, PA 15017

Henry Stubbs
491 Crandall
Youngstown, OH 44505

Henry T Skipper IV
3452 Crestridge Dr
Nashville, TN 37204

Henry Victor Jr.
P.O. Box 51
Rose Pine, LA 70699

Henry W Brockman
1407 Old Hillsboro Road
Frankllin, TN 37069

Henry W Ferree
307 Maywood Rd
York, pa 17402

Henry W Robinson Jr
4 Linden Drive
Hamburg, PA 19526

Henry Wilson
1068 Neal Road
Hopkins, SC 29061

Henry Yaun
1384 Honeysuckle Court
Gilbert, AZ 85296

Herb Dula
6283 Maybee Road
Clarkston, MI 48346

Herbert  McMahan
3790 St Ellens Drive
Mt Pleasant, SC 29466


Herbert Blankson
West Green Office    Ohio University
Athens, OH 45701


Herbert Edwards
70 Stoneycreek Road
Troy, OH 45373


Herbert F Dickerson
7 Wheatland Highway
Simpsonville, SC 29681


Herbert Falligan
1838 Fernon Street
Philadelphia, PA 19145


Herbert Fishman
1418 Glendale Crt
Monroeville, PA 15146

Herbert Grant
2120 Durant Ave
N. Charleston, SC 29405


Herbert H  Norton
96 Harold Dr
Ashland, OH 44805


Herbert H Hall
105 Statin Street
Pittsburgh, PA 15235


Herbert J McMonagle Jr
7 Demarest Ct
Baltimore, MD 21234


Herbert Kisthardt
316 East Broad Street Apt
Bethlehem, PA 18018


Herbert L Jones
2780 Bonnell Drive
Sumter, SC 29154

Herbert Liebold
13 Cranberry Creek Estates
Cresca, PA 18326

Herbert Ligon
16 West Lake
Nashville, TN 37205

Herbert Ricky Merritt
6016 Belden St
Philadelphia, PA 19149

Herbie Mertel
9441 Linda Shore Dr
Southaven, MS 38672

Heriberto G Villena
1526 SW 136 Place
Miami, FL 33184

Heriberto Gutierrez
344 Joshua Street
Somerton, AZ 85350

Heriberto Santiago Gonzalez
1333 Perkiomen Avenue
Reading, PA 19602

Herman Cortez
2049 Seagar Boulevard  6C
Far Rockaway, NY 11691

Herman E Kennedy
9755 St Rt 377
Chesterhill, OH 43728

Herman Kroninger
12971 National Rd SW
Pataskala, OH 43062

Herman Pondexter
150 White Oak Lane
Harleyville, SC 29448

Herman Posey
7700 Lloyd Avenue  #2
Swissvale, PA 15218

Herman Quick Jr
227 Highpoint Drive
Diamondhead, MS 39525

Herminia S Wilson
1088 Milltown Road
Verona, PA 15147

Herminio Morales
3650 Stober Blvd #18
Las Vegas, NV 89103

Hero Kader
13811 N 55th Place
Scottsdale, AZ 85254

Herold Nazon
200 Sheffield Lane
Summerville, SC 29485

Herschel Conley
35275 Hull Rd
Salinville, OH 43945

Herve Beriault
217 Tilfordk
Deerfield Beach, FL 33442


Heyward Bannister
2206 Lincoln Street
Columbia, SC 29201


Hi Tech Mold Engr Inc
2775 Commerce Drive
Rochester Hills, MI 48309


Hickle Vending
450 E Main Street
Uniontown, PA 15401


Hiesha R Legrande
3928 Market Street
Philadelphia, PA 19103


Hieu Do
1346 Country Club Drive
Lancaster, PA 17602

Hieu Truong
3499 W 120 Street
Cleveland, OH 44111

Highmark Vision
P.O. Box 382069
Pittsburgh, PA 15251

Hilda Astorga
1733 Markham Dr
Bethlehem, PA 18017

Hilda Holman
913 W. Wagner Dr.
Gilbert, AZ 85233

Hilda Vega
1705 S Albert Street  Apt 7
Allentown, PA 18105

Hillary A Hamdan
7614 Pons Lane
West Chester, OH 45069

```
Hillel J Ceria
5829 Arlington Bend Dr
Las Vegas, NV 89139




Hilton C  Williams
2988 Sharptop Rd
Palmyra, TN 37142




Hing C Lam
157 35 24th Road
White Stone, NY 11357




Hipolito Villanueva
115 W Ray Road
Chandler, AZ 85225




Hiram  Torres-Rivera
1452 Cotton Street
Reading, PA 19602




Hoa Thi Phan
915 Wingfield Road
Memphis, TN 38122
```

Hoang Huynm
1214 Whitney Street
Columbia, SC 29201


Hobert Yount
4620 Kendal Street SW
Canton, OH 44706


Holiday Inn Express
3053 Washington Pike
Bridgeville, PA 15017


Holliann Marie Smiley
715 Crescent Avenue Apt 3
Ellwood City, PA 16117


Hollie A Pabin
71766 Saint Clairsville Street
Saint Clairsville, OH 43950


Hollie L Shimatzki
181 Leapline Boulevard
Dunbar, PA 15431

Hollie P Davis
5170 Hickory Hollow Parkway Apt 604
Antioch, TN 37013


Hollie Power
28526 Water Oak Loop
Ponchatoula, LA 70454


Holly  Johnson
5713 E Everett Dr
Scottsdale, AZ 85254


Holly A Campbell Bradley
7810 W Third Street
Dayton, OH 45427


Holly A Savard
1341 Toboggan Trail
Easton, PA 18040


Holly Aucreman
1008 East Fifth Avenue
Lancaster, OH 43130

Holly Claire Hansen
12 Held Circle
Charleston, SC 29412


Holly E DeCarlo
405 Ruxton Street
Pittsburgh, PA 15211


Holly E Edwards
312 Ashcroft Place
Nashville, TN 37215


Holly Ferrare
129 Vine Street
Girard, PA 16417


Holly H Justice
5015 Millbrook Drive
Nashville, TN 37221


Holly Henbest
5215 E Poston
Phoenix, AZ 85054

Holly J Lane
12240 Ridge Avenue
Edinboro, PA 16412


Holly J Ruffolo
25 Fifth Street
Pittsburgh, PA 15215


Holly L Hubbard
5620 Lincoln Ave
Export, PA 15632


Holly Lee Gorby
66 S Washington Street Apt 37
East Palestine, OH 44413


Holly Lefeld
4810 Buschor Rd
Coldwater, OH 45828


Holly M Boxer
1413 Main Street
Gilberton, PA 17934

Holly M Patt
422 East Brown Ave
Bellefontaine, OH 43311


Holly N Bobarsky
133 S Lehigh Avenue
Frackville, PA 17931


Holly Peterson
16388 Florida Way
Rosemount, MN 55068


Holly Radcliff
142 North Main Street Apt 3
Columbiana, OH 44408


Holly Rathjew
1734 Noon Valley Drive
Bellingham, WA 98226


Holly Watson
817 East Third Street
Oil City, PA 16301

Homer Ray  Adams
176 Project Road
Langley, SC 29834


Hong Hoa Thi Nguyen
19 E Coventry
Charleston, WV 25309


Hong Joo Lee
3993 spring Mountain Rd  No 188
Las Vegas, NV 89102


Hong Thach
6302 North 5th Street
Philadelphia, PA 19126


Hope Brazzell
212 Spring Haven Court
Nashville, TN 37221


Hope C Manning
1260 A J Knight Road
Crofton, KY 42217

Hope Center
1178 Jerro Road
Manning, SC 29102

Hope Gottlieb
52 Willow Avenue  F5
Cornwall, NY 12518

Hope Marie Smith
39 Red Lion Avenue
Felton, PA 17322

Hopeton L Guthrine
1065 Chardea Dr
Calrksville, TN 37040

Hopewell Precision Inc
89 Haight Hill Road
Stanfordsville, NY 12581

Horace Crosby
116 Oakmont Dr
Madison, MS 39110

Horace Shepard
51 Midland Heights Apt C
Midland, PA 15059


Hoshea Cordowin
2840 S Decatur
Las Vegas, NV 89102


Hosseyn Nuri
3522 McCoppin Park Court
San Jose, CA 95124


Houng Truong
1305 West Sells Drive
Phoenix, AZ 85013


Houston Patrick Jr
7566 Misty Meadows Dr
Lake Cormorant, MS 38641


Howard  Schneiderman
2150 Stocker Mill Road
Easton, PA 18045

Howard  Webber III
PO Box 156  1408 Dehirsch Ave
Woodbine, NJ 08270


Howard A Keener
1350 Kenneth Avenue
New Kensington, PA 15068


Howard A Muir
270 Highway 259
Portland, TN 37148


Howard Baird
218 Carnation Ct East
Mt Pleasant, PA 15666


Howard Berman
44 Antler Drive
Holland, PA 18966


Howard Berman
2640 Leihigh
Philadelphia, PA 19125

Howard Blinn
301 Bayberry
Imperial, PA 15126



Howard Cade III
144 Belmont Avenue
Croydon, PA 19021



Howard Chin
1470 Shore Dr
Bronx, NY 10465



Howard Cohen
230 North Ott Street
Allentown, PA 18104



Howard E  Shields
333 Finance Rd
Weirton, WV 26062



Howard E Corsnitz
2618 Boas Street
Harrisburg, PA 17101

Howard G Henderson III
1635 Hawthorne St
Pittsburgh, PA 15201


Howard G Snyder
5 Chestnut Ln
Montgomery, NY 12549


Howard Henley
330 N Bullmoose Street
Chandler, AZ 85224


Howard J Burns
2348 Twin Lake Circle
Jackson, MS 39211


Howard L Lemon
110 E Sixteenth Street
Winfield, KS 67156


Howard M Sherman
2236 Simon St
Philadelphia, PA 19137

Howard McFadden
309 Oklahoma Drive
Sumter, SC 29153


Howard Minnichbach
6515 Delilah Road
Egg Harbor, NJ 08234


Howard R Stein
452 Sequoia Dr
Pittsburgh, PA 15236


Howard S Strug
3060 Bristol Road Apt 179
Bensalem, PA 19020


Howard W Beeman
740 Foreman Road
Austinburg, OH 44010


Howard W Dunlap
560 Willow Street
Pottsville, PA 17901

Howard Williams
4254 Ormond St
Philadelphia, PA 19124


Howard Wright
1547 East Pastorius Street
Philadelphia, PA 19138


Hubert E Walker
9004 State Route 14
Du Quoin, IL 62832


Hubert F Stollenwerk
1550 Darmstadt Avenue
Egg Harbor, NJ 08215


Hubert Wisenbarger
4185 Bloomfield Rd.
Cambridge, OH 43725


Hugh  Sprague Jr.
324 Discovery Lane
Egg Harbor Twp, NJ 08234

Hugh Arthur
1503 Broad Street
Camden, SC 29020


Hugh B Auton
3536 Wheeland School
Prosperity, SC 29127


Hugh C Howser III
701 Bowling Avenue #6
Nashville, TN 37215


Hugh G Swisher
720 Edgemont
Lancaster, OH 43130


Hugh Raney
41 Sevier Lane
Decaturville, TN 38329


Hugo Trinidad
3300 Street Road  Apt C4
Bensalem, PA 19020

Huirong  Huang
1 Community Dr Apt 604
Athens, OH 45701

Humberto Jimpikit
2555 Old Trevose Road  L2
Trevose, PA 19053

Humberto Rodarte Nava
3642 Boulder Highway No 85
Las Vegas, NV 89121

Humberto Rosales
1525 W Seventh Avenue
Mesa, AZ 85202

Humphreys George
333 Bridgewater Drive
McDonald, TN 37353

Hung P  Nguyen
3194 E Mead Drive
Chandler, AZ 85249

Hussein Farhat
23626 Edward Street
Dearborn, MI 48128


Hussein Mabruk
3626 Ardincaple Dr  No A
Columbia, SC 29203


Huy Son
2336 Alki Ave SW
Seattle, WA 98116


Hye Kang
213 Sparkleberry Ln
Columbia, SC 29229


Hynjoo Rah
1201 S McClintock  #108
Tempe, AZ 85281


Ia Abashidze
446 Blue Course Drive Apt 203
State College, PA 16803

Iain  Hunter
350 W 50th St 11E
New York, NY 10019


Iain Briggs
574 Grand Oaks Drive
Brentwood, TN 37027


Ian  Craig
902 Clearview Drive
Nasahville, TN 37205


Ian  Harris
1803 Daylily Lane
Charleston, SC 29412


Ian  MacNeil
254 Andrea Ln
Clarksville, TN 37042


Ian A Grant
2016 New York Avenue
Finleyville, PA 15332

Ian C Evringham
8650 Lake Drive
West Liberty, OH 43357

Ian Craig
2133 Chickering Lane
Nashville, TN 37215

Ian Ely Cate
322 Mullin Avenue
Iowa City, IA 52246

Ian M Willis
15478 Olive Green Rd
Centeburg, OH 43011

Ian Moskowitz
6326 Trotter Street
Philadelphia, PA 19111

Ian R Campbell
1327 Ashbourne Road
Elkins Park, PA 19027

Ian T Macauley
1230 s Rancho Dr
Las Vegas, NV 89102

Ibrahim Desooki
1038 Adams Avenue  Apt B
Elizabeth, NJ 07201

Ibrahim Mohamed Shafik
4538 Valleydale Way
Columbus, OH 43231

Ida Gutierrez
29666 N Broken Shale Drive
Queen Creek, AZ 85243

Idalina Curet
5618 Miram Road
Philadelphia, PA 19124

Idalis Acevedo
132 Colonial Park Apt. K
Reading, PA 19607

Ieshia Watkins
104 Fairway Circle
Rock Hill, SC 29730

Ifiok E Enyong
175 Scott Road
York, PA 17403

Igli Bica
17609 North 8th Avenue
Phoenix, AZ 85023

Igor Kravets
901 Bell Ave
Sacramento, CA 95838

Igor Loureiko
1111 Post Oak Boulevard Apt 548
Houston, TX 77056

Igor Lukyan
2003 N Royal Birkdale Dr
Vernon Hills, IL 60261

Ihab Abu Kweik
308 Brownsfell Dr
Columbus, OH 43235

Ihor Shvetsov
836 Damen Avenue
Chicago, IL 60622

Iiya Simyatitsky
302 N Meridian Avenue
Wichita, KS 67203

Ikshvanku Barot
126 Sleepy Pointe Way
Suffolk, VA 23435

Ila S Prouty
26 Nora Lane
Bakersville, NC 28705

Imelda Lucy
8419 Lucero Street
Las Vegas, NV 89149

Inacio A Pinto
916 Woodland Avenue
Union, NJ 07083


India McRae
33 Aberdeen Place
Woodbury, NJ 08096


India Stradford
4056 Rawleigh Street
Harrisburg, PA 17109


Inetta Armstead
821 North Main Road 66 B
Vineland, NJ 08360


Inez Matus
168 Long Stretch Road
Pine Grove, PA 17963


Inez Salazar Shensley
1835 Salem Road
Coopersburg, PA 18036

Inga Kim
8167 Charlotte Pike
Nashville, TN 37221


Ingrid Edgerly
PO Box 967
Kasilof, AK 99610


Ingrid J McLane
3533 Hardscrabble Road
Alexandria, OH 43001


Innocent Akpuaka
6817 Real Princess Lane
Gwynn Oak, MD 21207


Intel Public Relations, Inc.
265 S. Federal Highway
Suite 176
Deerfield Beach, FL 33441


Interim Health Care
8016 State Line  Suite 205
Leawood, KS 66208

Interstate Supply Co Inc.
103 Good Street PO Box 670
Roscoe, PA 15477


Ion Satnick
3199 Monterey Drive
Merrick, NY 11566


Ionel Popa
22194 S 211th Street
Queen Creek, AZ 85242


Iovino Tub and Spa
4066 B Route 130
Irwin, PA 15642


Ira Friedman
11418 N Miller Road
Scottsdale, AZ 85260


Ira H Bennett
7115 Route 819
Mt Pleasant, PA 15666

Ira Lee Swinney Jr
107 Tuckerman Ave
Middletown, RI 02842




Ira W Bryan
078 2nd St Byer
Wellston, OH 45692




Irana L Davis
508 Paige St
Lower Burrell, PA 15068




Irene Croft
454 Old Federal Road
Madisonville, TN 37354




Irene Jean Santos
2035 W El Camino  No 325
Sacramento, CA 95833




Irina Vladimirovin
196 Murrell Meadows
Sevierville, TN 37876

Iris  Jackson
5245 Bucksport
Memphis, TN 38118


Iris M Daniels
117 Briarheath Circle
Dayton, OH 45415


Iris Vasquez
1031 Faunce St
Philadelphia, PA 19111


Irma J Kosh
733 Hamilton Avenue
Belle Vernon, PA 15012


Irma Reyes
1323 Levick Street
Philadelphia, PA 19111


Irona L Boyd
133 Hazlett Street
Pittsburgh, PA 15214

Irvin M Kamp
249 Margaretta Street
Schuylkill Haven, PA 17972

Irvine Williams
502 Shiloh Drive
Dayton, OH 45414

Irving Chambers
11908 Aten St
Ft Washington, MD 20744

Irwin B Davidheiser Jr
14 Blue Mountain Heights
Schuylkill Haven, PA 17972

Irwin Braemer
9005 Tumblewood Avenue
Las Vegas, NV 89143

Isaac Aleshire Jr.
6871 Leetown Road
Kearneysville, WV 25430

Isaac C White
319 Cumberland Drive
Columbia, SC 29203

Isaac Jacob Wesley Hayden
2739 Kingston Drive
Natrona Heights, PA 15065

Isaac K Lum
201 North Ray Street
New Castle, PA 16101

Isabela Berman
345 Milford Street
Newton, PA 18940

Isabelle Edmondson
7815 Craig Street
Philadelphia, PA 19136

Isadore Dimaria
3683 El Toro
Las Vegas, NV 89121

Isiah Flemister
1513 Fourteenth Street SE
Canton, OH 44707


Isma Villasenor
557 S 15 and half St
Reading, PA 19606


Ismael Garcia
4108 N 8th St
Philadelphia, PA 19140


Ismael L Olvera
1982 Verde Mirada Dr
Las Vegas, NV 89115


Isong R Uboh
720 E Eharpnack
Philadelphia, PA 19119


Israel  Rosenfeld
2214 Shady Avenue
Pittsburgh, PA 15217

Israel Koger
225 Cypress Drive
Walterboro, SC 29488




Israel Morales
15204 Wayside Road
Philadelphia, PA 19116




Issam Shabaneh
158 North Broad Street
Mobile, AL 36603




Itiat Peter
4681 Triple Paks Lane
Chatanooga, TN 37416




Ivan Avila
1320 State Route 7 NE
Brookfield, OH 44403




Ivan J Schnars
5314 Woodward Drive
Erie, PA 16509

Ivan Reyes
507 Flossmoor Avenue
Waukegan, IL 60085


Ivan Stanley
11394 St Rt 691
Nelsonville, OH 45764


Ivan Swangren
485 Howard Avenue
Ephrata, PA 17522


Ivy Shou
4395 Dunmore Road
Marietta, GA 30068


J &  B Sprafka Enterprises Inc
1430 Goodyear Blvd
Akron, OH 44305


J Allen Reynolds III
1111 Moran Road
Franklin, TN 37069

J and S Electrical Services
625 Wilson Creek
Lawrenceburg, IN 47025

J Andre Turner
401 Devon Port Circle
Raymond, MS 39154

J Ascension Tiscareno Rom
311 S Dakota Street
Chandler, AZ 85224

J Christopher Fulp
130 River Landing Dr Apt 9100
Charleston, SC 29492

J D Lambrinos
102 Robin Lane
Hummelstown, PA 17036

J Douglas Williams
809 Main St
Sistersville, WV 26175

J Guadalup Garcia
550 STevens Dr  Apt 208
Pittsburgh, PA 15237




J Kenneth Ferrelli
2766 Rock Wall Road
Nashville, TN 37221




J Kenneth Keener
350 N Locust Street
Lititz, PA 17543




J Lewis  Gregory
30 29th Ave
Isle of Palms, SC 29451




J Mark Andrews
604 N Hills Drive
Johnson City, TN 37604




J Milton Gutman
369 Green Ridge Dr
Triadelphia, WV 26059

J Philip Wimer
200 Locust Terrace
Elwood city, PA 16117

J Richard Brown
7090 Rieber St
Columbus, OH 43085

J Robert Bretz
2502 Lumpoc Ct
Bensalem, PA 19020

J Robert Laing
758 Roseland Rd
Coalport, PA 16627

J Ruth Reynolds
8566 Sawyer Brown Road
Nashville, TN 37221

J Todd Bullard
1832 Carmel Ridge Road
Charlotte, NC 28226

J William Renfrew
5806 Vine Ridge Drive
Nashville, TN 37205


J. Brian Drake
4800 N. 68th St #114
Scottsdale, AZ 85251


J. Dixon Witherspoon
4004 Wayland Drive
Nashville, TN 37215


J. L. Woodard
6576 Issac Road
Summit, MS 39666


J. Neal Ehrhart
1515 Mountain Road
Manheim, PA 17545


Jace Weaver
601 Swamp Picnic Road
Gilbertsville, PA 19525

Jacek D Kotowicz
6730 Dartmouth Street #2 U
Forest Hills, NY 11375


Jacie Pruitt
1115 McKennie Ave
Nashville, TN 37206


Jacilyn K Ledford
456 Yager Road
Clinton, OH 44216


Jack Runkle
1 Edgewood Dtr
Mechanicsburg, PA 17055


Jack Sawmiller
537 Touvelle #13
Celina, OH 45822


Jack Seasholtz
P.O. Box 646 Ashford Lane
Hereford, PA 18056

Jack  Tindel
1724 Leishman
Arnold, PA 15068


Jack  Wapner
7 Liberty Ridge Court
Owings Mill, MD 21117


Jack Ackley
2800 Vine Street S
Grove City, OH 43123


Jack Asher
3779 West 380 South
New Palestine, IN 46163


Jack Bailie
108 Edith lane
Creighton, PA 15030


Jack Bates
316 Tomato Hill Rd
Leesburg, FL 34748

Jack Berry Jr
80 Poland Manor
Poland, OH 44514


Jack Brant
384B Chesnut Street / PO Box 284B
Hyde Park, PA 15641


Jack Cohen
1 Alda Place
Richmond Hill, ON L4E245
CANADA


Jack D Whiteman
2919 De Brocy Way
Winter Park, FL 32792


Jack E Jemison
3456 E 143rd Street
Cleveland, OH 44120


Jack E Polson
1421 Trace Ridge Lane
Nashville, TN 37221

Jack E Taylor Jr
777 Walnut Ridge Drive
La Vergne, TN 37086


Jack F  Townley
6979 Dolan Road
Glouster, OH 45732


Jack F Kuchcinski
449 South Colonial Drive
Cortland, OH 44410


Jack Folk
128 Nater Street
Ashland, PA 17921


Jack G Riley
48680 State Route 26
Beausville, OH 43716


Jack Gardner
Po box 1002
Shelton, WA 98584

Jack Goldsmith
1518 W Spirit Drive
Anthem, AZ 85086


Jack Haines
465 Layden Avenue
Canal Fulton, OH 44614


Jack Henley
6101 Oak Tree Road
Edmond, OK 73025


Jack Hess
2827 Longvale Lane
Sevierville, TN 37862


Jack Jarvis
4628 State Road
Ashtabula, OH 44004


Jack Jensen
73 White Bridge Road
Nashville, TN 37205

Jack L Hamilton
6671 Township Road 120
Adena, OH 43901

Jack L Krider
5841 Connolly Court
Dublin, OH 43016

Jack L Lewis
1611 Calhoun Street
Newberry, SC 29108

Jack Leff
2405 Fox Hollow Drive
Pittsburgh, PA 15237

Jack Macey
408 Hillcrest Drive
Delmont, PA 15626

Jack Master
106 Wright
Easton, PA 18042

Jack McMurtry
4540 Jernigan
Cross Plains, TN 37049

Jack Miller
4367 Roundtree Dr
Beavercreek, OH 45432

Jack Miller
102 Allison Drive RD #2
Beaver, PA 15009

Jack Morgan
55 Chestnut Avenue
Northfield, OH 44067

Jack Moyd
439 Hillbrook Road
Laurens, SC 29360

Jack Nye
1210 Bay Lane
Beavercreek, OH 45430

Jack Overbeck
53 Windy Lane
Brockway, PA 15824


Jack P Weimer
31020 N 41st Place
Cave Creek, AZ 85331


Jack R Anderson
641 East King Street
Lancaster, OH 43130


Jack Strohecker
250 Miller Road
Halifax, PA 17032


Jack Williams Jr.
273 Mark Lynn Lane
Benwood, WV 26031


Jack Williamsoon
3650 N 38th Street
Phoenix, AZ 85018

Jack Wood
101 Bluegrass Cove
Hendersonville, TN 37075


Jack Yarbrough
PO Box 22291
Beaumont, TX 77754


Jackie Boyd
1260 shenandoah Circle
Rock Hill, SC 29730


Jackie Hart
1091 Old Swamp Road
Swansea, SC 29160


Jackie L Cartwright
1071 River Road
Hinckley, OH 44233


Jackie Layne
425 Lucinda Avenue SE
Canton, OH 44707

Jackie M McCormack
112 Shadowhaven Way S
Hendersonville, TN 37075


Jackie R Eckenrod
205 Graff ST
Everson, PA 15631


Jacklen Calvi
51 Birchton Court
Columbia, SC 29209


Jackson County Board on Aging Inc
25 E Mound Street
Jackson, OH 45640


Jackson Lewis, LLP
P.O. Box 416019
Boston, MA 02241


Jaclyn Griffin
3834 Salina Road
Philadelphia, PA 19154

Jaclyn Maupin
3831 N Berkley Cir
Cincinnati, OH 45236

Jaclyn R  Phillips
507 Brookview Dr
Greencastle, PA 17225

Jaclyn Reffuge
33 N School St  Apt B
Gibbstown, NJ 08027

Jaclyn Sell
5757 Fairfield School Road
Columbiana, OH 44408

Jaclyn Wagner
621 Keston Drive
Fairless Hills, PA 19030

Jacob  Gribbon
4605 Green Tree Lane
Irvine, CA 92612

Jacob  Walters
15442 N 30th Dr
Phoenix, AZ 85053


Jacob A Sottiaux
129 Redline Road
Kennerdell, PA 16374


Jacob Alwell
914 Appaloosa Hills Avneu
N Las Vegas, NV 89081


Jacob Barto
111 Birch St
Evans City, PA 16033


Jacob Beers
1126 Hill Top
Sidney, OH 45365


Jacob Bert Smith Jr
500 Harbison Boulevard Apt 911
Columbia, SC 29212

Jacob Bright
139 College Avenue
Ashland, OH 44805

Jacob C Poling
655 Park Road
Beaver Falls, PA 15010

Jacob D Burbank
1042 Terrace Lane
Pottstown, PA 19464

Jacob D Stolzle Jr
404 Spruce Glen Drive
Cordova, TN 38018

Jacob D Young
202 Anna Drive
West Memphis, AR 72301

Jacob Johnson
1138 Lehigh Street
Allentown, PA 18103

Jacob King
2976 Hwy 231
Vincent, AL 35178

Jacob Knight
12660 Millersburg Road
Massillon, OH 44647

Jacob L Edwards
1011 Novarese Rd
Memphis, TN 38122

Jacob Lewis
118 East Harding Road
Springfield, OH 45504

Jacob Miller
29106 CR 10
Fresno, OH 43824

Jacob Mitchell
3328 Marrion Street
Reading, PA 19604

Jacob P Daniels
5186 Streeter
Mantua, OH 44255

Jacob Podolsky
208 Charles Ave
New Kensington, PA 15068

Jacob R Fritz
1412 S Rosemont
Mesa, AZ 85206

Jacob S Comer
22 1 2 E Main Street
Allegany, NY 14706

Jacob Schneier
5736 Brentwood Meadows Circle
Brentwood, TN 37027

Jacquelin Galarza
2621 Baird Boulevard
Camden, NJ 08105

Jacqueline A West
935 Shadyside Avenue SW
Canton, OH 44710


Jacqueline Bowens
1398 Lockbourne Road
Columbus, OH 43206


Jacqueline Brady
8 Washington Place
Carbondale, PA 18407


Jacqueline E Battles
3922 Hord Road
Murfreesboro, TN 37129


Jacqueline Elkhoury
5420 Wing Lake Road
Bloomfield, MI 48302


Jacqueline Hubbard
97 Briarwood Circle
Goos Creek, SC 29445

Jacqueline Latimer
1004 Spruce Ridge Lane
Springhill, TN 37194

Jacqueline Mutadabur
5341 Carnegie Street 2 Floor
Pittsburgh, PA 15201

Jacqueline Peterson
414 Pamlico Street
Columbus, OH 43228

Jacqueline Phillips
190 E 34 St
Brooklyn, NY 11203

Jacqueline S Soto
3394 Cricket Glen Cove
Bartlett, TN 38134

Jacqueline Stillwell
304 Rose Hill
Nashville, TN 37212

Jacqueline Todaro
2102 Royal Oaks Drive
Toms River, NJ 08753

Jacquelyn Jackson
4637 Blueberry Avenue
Dayton, OH 45406

Jacquelyn K Atkins
7 Juniata St
DuBoise, PA 15801

Jacquelyn Lynn White
19321 E Via De Olivos
Queen Creek, AZ 85242

Jacquelyn M Staaf
3502 Pennsylvania Ave  2nd FL
Erie, PA 16504

Jacquelyn MacDonald
200 Kedron Parkway  258J
Spring Hill, TN 37174

Jacquelyn Ortiz
2015 E Letterly St
Philadelphia, PA 19125

Jacquelyn R Anderson
641 King St
Lancaster, OH 43130

Jacquelyne Anderson
3 1/2 Lakeside Drive
Bessemer, PA 16112

Jacquleene Miller
3953 Mayfair Road Apt 203
Uniontown, OH 44685

Jacquline S Zimmerman
4300 Collegiate Way Apt 1232B
Mount Pleasant, MI 48858

Jacqulyn B Sanders
11992 Bishopville Road
Glouster, OH 45732

Jacson A Gonzalez
888 Hamilton Avenue
Roebling, NJ 08554

Jade  Miller
4150 Longknife Road
Reno, NV 89519

Jade Garth
914 Fisher Street
Pittsburgh, PA 15210

Jade Maddox
1006 Berkshire Lane
Russell, KY 41169

Jade R Axton
227 Knox Avenue
Monessen, PA 15062

Jadie White
1837 McTaggart Drive
Akron, OH 44320

Jaeseok Jun
680 Hamptons Drive
NW Ccalgary, AB T3A6B3
CANADA


Jagroop Sahota
13922 Blue Vista Drive
Sugarland, TX 77478


Jahdasha Flagg
148 Halsted Street
East Orange, NJ 07018


Jahmar Francis
430 E 6th St
Tucson, AZ 85705


Jahmi B Shope
1131 E 27th St
Erie, PA 16504


Jahn Syres Jimenez
131 East Cresse Avenue FL1
Wildwood, NJ 08260

Jai Patel
3423 Percy Priest Drive
Nashville, TN 37214

Jaime  Steger
6852 Collingwood Drive
Nashville, TN 37221

Jaime Certilman
HC88 Box 1510
Pocono Lake, PA 18347

Jaime Danielowski
660 Wilson Avenue
Dallastown, PA 17313

Jaime L Goddard
328 E 4th St
Berwick, PA 18603

Jaime Mengel
4122 Mauch Chunk Rd
Coplay, PA 18037

Jaime Osatchuck
20 Silver Creek Ropad
New Philadelphia, PA 17901

Jaime R Moore
5422 Wetmore Rd
Conneaut, OH 44030

Jaime Richter
70 Cottage Avenue
Bridgeton, NJ 08302

Jaime S McDaniel
7205 Explorer Trail
Nashville, TN 37221

Jaime Valenzuela
2604 E San Rafael Trail
Casa Grande, AZ 85294

Jaimeanne Rosenhauck
1569 Crestview Dr
Pittsburgh, PA 15237

Jake Bivins
67 Agope Drive
Ephrata, PA 17522




Jake Klerlein
95 Lyle Lane
Nashville, TN 37210




Jake Waldman
6314 North Kedzie Avenue Apt B
Chicago, IL 60659




Jake Zimmerman
200 Tuscany Valley Dr
Lafayette, LA 70506




Jakke  Mcquade
7338 Middlebranch NE
Canton, OH 44721




Jakob Lars Burke
4028 W Villa Linda Dr
Glendale, AZ 85310

Jaleesa D Watkins
26 West Foundry St
Millville, NJ 08332


Jamal  Johnson
2441 E Bellerive Pl
Chandler, AZ 85249


Jamal Tate
5049 Teal Petals
Las Vegas, NV 89081


Jamar J Dailey
1306 Decatur Street
Pittsburgh, PA 15233


Jamari Davis
58 Tiffany Lane
Lebanon, PA 17046


Jameel S Hawash
9809 N 24th Place
Phoenix, AZ 85028

```
James   Russell
125 CR 150
Riceville, TN 37303




James  Baker
4396 Westmont
Memphis, TN 38109




James  Battaglia
1918 Peachtree Court
Poland, OH 44514




James  Bertino
3820 Willow Brook
Ravenna, OH 44266




James  Caldwell
6320 FM 945 North
Coldspring, TX 77331




James  Caldwell
2146 Bollinger Mill Rd
Finksburg, MD 21048
```

James  Carter
3635 Little Grove Rd
Lavinia, TN 38348

James  Conrad
132 Hilltop Boulevard
Canfield, OH 44406

James  Dorton
5684 State St
Albany, OH 45710

James  Duncavage
6020 Martingale Lane
Brentwood, TN 37027

James  Eady
23 Hidden Ridge Drive
Ringgold, GA 30736

James  Fahr III
2555 Jacksonville Road
Bethlehem, PA 18017

James  Falbow
440 Manion Drive
Duncansville, PA 16635

James  Harris Jr
4525 Pine Gate Drive
Memphis, TN 38125

James  Haversack
P.O. Box 183
Hyde, PA 16843

James  Johnson
17048 S Golden Sunrise Place
Corona, AZ 85641

James  Jones Jr
2557 Georges Rd
Powhatan, VA 23139

James  McCullough
3004 Christine Ct
Mt Juliet, TN 37112

```
James  McLellan
309N Holly Street
Hammond, LA 70401
```

```
James  Miller
7013 S 17th Avenue
Phoenix, AZ 85041
```

```
James  Mitchell
4455 E Twain Ave
Las Vegas, NV 89121
```

```
James  OHaver
PO Box 282
Prescott, AZ 86302
```

```
James  Parsons
103 State Road
Lehighton, PA 18235
```

```
James  Pimpas
446 Stewart Avenue
Massillon, OH 44646
```

James  Porter
6635 W Lebanon Rd
Navarre, OH 44662


James  Rankin
209 Driftwood Drive
Saxonburg, PA 16056


James  Ridderhoff
831 Cayuga Cove
Auburn, PA 17922


James  Roberts
RR2 Box 237 A2
Wysox, PA 18854


James  Robinson
240 Forks of the River Parkway
Sevierville, TN 37862


James  Sowers
39785 Gun Club Rd
Woodsfield, OH 43798

James  Spencer
8783 E. Fairway Woods Drive
North Charleston, SC 29420


James  Stevens Jr
4336 Morriswood Drive
Nashville, TN 37204


James  Tingle
172 Chestnut St
Leetonia, OH 44431


James  Walker
14480 N Main Street
Mill Village, PA 16427


James  Walker
P.O. Box 1003
Franklin, TN 37065


James  Wendell
44 Henry Avenue
Feasterville, PA 19053

James  Wentworth
64 River Road
Tamaqua, PA 18252

James  West
415 Clearview Road
Cottontown, TN 37048

James  Willhite
1363 W Calle Rio Lobo
Tucson, AZ 85714

James & Charity Graves
115 Caldwell Drive
Henderson, TN 37075

James A Bolin
5289 Washington Road
Albany, OH 45710

James A Brown
2030 Foxwood Drive
Elizabeth, PA 15037

James A Campbell
105 Fiocchi St
Landisville, NJ 08326


James A Campbell
7102 Regina Lane
Olmsted Township, OH 44138


James A Cantley
4129 Mountainview Drive
Walnutport, PA 18088


James A Hoak
1995 Myers Road
Shelby, OH 44875


James A Hulme
250 N Lafayette Avenue
Morrisville, PA 19067


James A Kelly
12 s Perkasie
Perkasie, PA 18944

James A Kelly
15218 E Palomino Boulevard
Fountain Hills, AZ 85268

James A Marshall Jr
133 Nicholson Street PO Box 36
Martin, PA 15460

James A Mazur
10998 Pentland Downs Street
Las Vegas, NV 89141

James A Merritt
2200 Bermuda Hills Road
Columbia, SC 29223

James A Miskovsky
1757 Cedar Lane
Quakertown, PA 18951

James A Montagner
9674 Oak View Rd
Kempton, PA 19529

James A Silbaugh III
334 Johnson Lane
Connellsville, PA 15425

James A Walker
811 Oby Place NW
Canton, OH 44703

James A Wright
203 Hugel Drive Apt 1E
Pittsburgh, PA 15209

James Abouaf
623 St Rt 708
Russells Pt, OH 43348

James Al Azeez Ali
7646 Cherrywood Dr
N Charleston, SC 29418

James Alan Sanders
5015 Farmview Drive
Schnecksville, PA 18078

James Amundsen
2038 Glastonbury Drive
Franklin, TN 37069


James Arnold
1246 Bellview Drive
Mansfield, OH 44905


James Atkins
273 A1 Hampshire Drive
St Albans, WV 25177


James B  Moore
311 Titans Circle
Murfreesboro, TN 37127


James B Leatherman
404 Granoble Drive
Sellersville, PA 18960


James B Richey
81 Knollwood Court
Athens, OH 45701

James B. Crenshaw
1205 Hood Drive
Brentwood, TN 37027

James Baird
14 Brian Daniel Cort
Reisterstown, MD 21071

James Baize
5880 Filly lane
Colorado Springs, CO 80908

James Bannon
747C Freemansville Road
Reading, PA 19607

James Barcus
506 South St
Louisville, OH 44641

James Barlow
1502 N. Dennis Avenue
Tucson, AZ 85715

James Barrow
7100 Tulan Road E #201
Horn Lake, MS 38637

James Baston
5735 Canterbury Drive
Akron, OH 44319

James Batina
17701 Dans Rock Road
Frostburg, MD 21532

James Baxter
1307 Lark Lane
Fort Washington, MD 20744

James Belcher
2618 River Tanmer Way
Bowling Green, KY 42101

James Benedek
5828 Route 1830
Reynoldsville, PA 15851

James Blair
4664 West Main
Fredonia, NY 14063

James Bobby Raymond II
420 Holy Cross Place
Kenner, LA 70065

James Bonner
603 Grant Avenue
Croydon, PA 19021

James Books
417 East High Street
Philadelphia, PA 19144

James Bostic
58835 N Phillips Street  Second Floor
Philadelphia, PA 19120

James Boyd
837 Wallop Ln
Crossville, TN 38571

James Brautigam
5061 State Route 29E
Sidney, OH 45365


James Breitinger
12834 Brentwood Farms Dr
Pickerington, OH 43147


James Bresciani
567 Cambridge Road
Coshocton, OH 43812


James Brister
105 Shenandoah Estate Circle
Brandon, MS 39047


James Broadley
8317 N. 82nd Place
Scottsdale, AZ 85258


James Brown
832 Broadway Rd
Shickshinny, PA 18655

James Brown
100 Walton Place PO Box 61357
Summerville, SC 29483


James Burchfield
PO Box 4083
Sevierville, TN 37864


James Burchfield
1627 Middle Court
Sevierville, TN 37862


James C Beecher
1452 Bronte Court
Lansdale, PA 19446


James C Colabine
4634 17th Street NW
Canton, OH 44708


James C Cook
3695 Hunters Hill
Poland, OH 44514

James C Dulaney
45 Ross St
New Martinsville, WV 26155


James C Gillespie
3541 E Cannon Drive
Phoenix, AZ 85028


James C Pugh
2817 Russell Drive
Beavercreek, OH 45431


James C Swanger
376 Vernon Road
Mansfield, OH 44905


James Canepari
2208 Ipswitch Dr
Thompson Station, TN 37179


James Cashman
523 Fanshawe Street
Philadelphia, PA 19111

James Cauley
1754 47th Street
Pennsauken, NJ 08110


James Chaney
487 Clayton Howard Road
Wartburg, TN 37887


James Charles Hampton
784 E Railroad Ave
Summerville, SC 29485


James Chloe Wyckoff
731 Woodberry Road
Lexington, SC 29073


James Churley Sr
183 Beatty County Road
Latrobe, PA 15650


James Cirelli
PO Box 926 Oakford Park Road
Greensburg, PA 15601

James Clark
928 West Barlett Ave
Las Vegas, NV 89106

James Cole
5333 Zelzah Avenue
Encino, CA 91316

James Coleman
103 33 Rainey Creek Rd
Glenoma, WA 98336

James Cookson
6005 Haut Street SW
Navarre, OH 44662

James Cooper
182 Miller Lane
Kittanning, PA 16201

James Cooper
10791 State Route 550
Athens, OH 45701

James Costello
173 Lancaster Ave
Buffalo, NY 14222

James Costello
1447 Shelly Drive
Mulvane, kS 67110

James Crisp
5017 Fourth Street
Canton, OH 44708

James Crivaro
658 Harvest Drive
Dallastown, PA 17312

James Cunningham
9705 SW 92nd Ct  Unit a
Ocala, FL 34481

James Cupp
29250 US Highway 19 North
Palm Harbor, FL 33761

James D Bealer Jr
64 First Street
Pottstown, PA 19464


James D Cook
2401 Hardy St  Suite 20
Hattiesburg, MS 39401


James D Cupp
PO Box 91  51 Middle Street
Wickhaven, PA 15492


James D Dalpiaz
15122 Timber Ridge Drive
Middlefield, OH 44062


James D Davis
553 Peters Street
Verona, PA 15147


James D Domitrovich
1107 Pacific Avenue
Monaca, PA 15061

James D Duncan
1091 Lewis Road
Chapmansboro, TN 37035

James D Durniak
44 Forest Road
Ambridge, PA 15003

James D Erwin
5681 Bowman St Rd
Shelby, OH 44875

James D Hills
703 Hogan Drive
Murfreesboro, TN 37128

James D Hollis
296 Friedel St
Homestead, PA 15120

James D Johnson Jr
1141 E 38th Street
Erie, PA 16504

James D Leach
56 Mount Harman Road
Pageland, SC 29728


James D Lehneke
8066 State Rt 819
Greensburg, PA 15601


James D Lemmi
34 Stella Street
Burgettstown, PA 15021


James D Plummer
6786 Spy Glass Lane
Loveland, OH 45140


James D Rau
9 Sycamore Hill Court
Lebanon, PA 17042


James D Riley
829 Sharon Valley Road
Newark, OH 43055

James D Rugh III
500 N Sixth Street
Apollo, PA 15613


James D Schollmeyer
322 Route 46 West
Parsippany, NJ 07054


James D Smith
468 Windamere NW
Massillon, OH 44646


James D Walker
644 Evergreen Street
Johnstown, PA 15904


James D Williams Jr
212 Ridge Point Road
Columbia, SC 29223


James Daniels
6429 New Cumberland Road NE
Mineral City, OH 44656

James Darby
9619 Muckley Drive
Waynesburg, OH 44688

James David Anderson
7285 Golden Star Ave
Las Vegas, NV 89130

James David Koon
9900 Two Notch Road
Columbia, SC 29223

James Davis
802 Ormond Street
Tarentum, PA 15084

James Davis
21174 Ryan Road
Meadville, PA 16375

James Day
4236 S Carrollton
New Orleans, LA 70118

James Deichman
8500 Allentown Rd
Blandon, PA 19510

James Dickson
45010 Mather Ln
Hunting Valley, OH 44022

James Dillie
37 State Street
Amesville, OH 45711

James Dillie
PO Box 89 37 State Road
Amesville, OH 45711

James Diss
6508 W Eagle Talon Street
Phoenix, AZ 85085

James Dunlavey
97 Bull Street
Charleston, SC 29401

James E Allen
PO Box 122
Empire, NV 89405

James E Beavers
75640 Harrisville Road
Adena, OH 43901

James E Bollman
129 Robinson Drive
Newport News, VA 23601

James E Bowser Jr
1168 Dunnings Creek Road
New Paris, PA 15554

James E Bush
8613 Bunker Hill
Southaven, MS 38671

James E Cochran
126 McGrew Hill Road
Irwin, PA 15642

James E Conoran
10211 Twin Hill Road Ext
Wexford, PA 15090

James E Cooper
164 Matta Ave
Youngstown, OH 44509

James E Easley
4555 Ditman Street
Philadelphia, Pa 19124

James E Eckert Jr
3503 Chestnut Ave
Baltimore, MD 21211

James E Guido
5645 Clingan Road #24C
Struthers, OH 44471

James E Handa
430 Pearlwood Road
Albany, OH 45710

James E Kasper
1460 Crane Avenue
Pittsburgh, PA 15220

James E Korab
706 East Long Avenue
New Castle, PA 16101

James E Ledbetter
3018 Beamsville Union City Road
Ansonia, OH 45303

James E Lindler
155 Forest Trail
Prosperity, SC 29127

James E McGuinness
427 E Norwegian Street
Pottsville, PA 17901

James E McLendon
1404 Roslyn Street SW
Canton, OH 44710

James E Moore
10 W Wallace Avenue
New Castle, PA 16101

James E Muth
5107 Route 307 East
Geneva, OH 44041

James E OHara
1107 Cambria Avenue
Windber, PA 15963

James E Schultz
3162 Charles Street
Cuyahoga Falls, OH 44221

James E Wimbley
4948 Rosehaven Drive
Jackson, MS 39209

James Edgar Redman Jr
311 Garnet Street
Fort Mill, SC 29708

James Edward Youngs
399 Kelly Road
Williston, SC 29853


James Eisaman
2 West Main St
Macedonia, NY 14502


James F  Piazza Jr
219 Valley View Rd
Media, PA 19063


James F Baxter Jr
4317 Esteswood Dr
Nashville, TN 37215


James F Evans
12 Anne Street
Pomeroy, OH 45769


James F Kerr
512 Timber Trail
Imperial, PA 15126

James F McNamara
3592 Woodgreen Drive
Beavercreek, OH 45434

James F Wright III
100 Spring House Lane
Telford, PA 18969

James FD Seyler
5620 N 200 East
Bryant, IN 47326

James Felletter lll
HC 87 Box 114B
Pocono Lake, PA 18347

James Fields
255 E. Dean Road
Irmo, SC 29063

James Fischer
2 Honeyman Street
Princeton, NJ 08540

James Fitzpatrick
34 Hampshire Drive
Ivyland, PA 18974


James Fitzpatrick
85 Tomlinson Road
Huntington Valley, PA 19006


James Fitzzgerald
82000 Redeye Rd
Cadiz, OH 43907


James Ford
917 Wonderland Pass
Hermitage, TN 37076


James Fox
133 Bridge St
Newscomertown, OH 43832


James Frazer
PO Box 648  Lot #217
Harmony, PA 16037

James Fritz
RR5 Box 5531
Saylorsburg, PA 18353




James Frye
1755 E Lockwood Street
Mesa, AZ 85203




James Furcini
5049 E Lafayette Boulevard
Phoenix, AZ 85018




James G Brown
1307 English Lane
Athens, TN 37303




James G Cecil
3680 Winchell Road
Mantua, OH 44255




James G DeFelice
2181 Melanie Drive
Wooster, OH 44691

James G Jones
6350 State Route 29
Celina, OH 45822


James Gara Fleshman II
516 Winsong Point Lane
Columbia, SC 29212


James Garrity
8207 246th Street
Bellrose, NY 11426


James Geedy
2535 Pheasant Drive
Mechanicsburg, PA 17055


James Genello
201 Cleveland Avenue
Palmyra, NJ 08065


James Gerano
1884 Ridge Road
Jeannette, PA 15644

James Gonzalez
1115 Leslie St NW
North Canton, OH 44720


James Graver
100 Town Court PO Box 202
Richlandtown, PA 18955


James Greene
415 Hays Drive
Gatlinburg, TN 37736


James H Clancy
188 Railroad Street
Manville, RI 02838


James H Elliott Jr
58 Raymond Avenue
Shelby, OH 44875


James H Groh
31 Wolf Creek Lane
Lillington, NC 27546

James H Osburn
238 Plummer Road
McClellandtown, PA 15458


James H Patterson
1589 Greenwich Road
Cherry Tree, PA 15724


James H Sanders
481 Trees Mills Rd
Greensburg, PA 15601


James H Snider
124 Country Road 534
Etowah, TN 37331


James H Wellington
519 Coal Street
Pittsburgh, PA 15221


James H Young
22 Cross Street
The Plains, OH 45780

James Hagan
36337 W Velazquez
Maricopa, AZ 85238

James Hall
7434 SR 78
Gloucester, OH 45732

James Hamilton
116 Charles St
Hooversville, PA 15936

James Harkless
7162 Westfield Ct
Alexandria, VA 22306

James Harris
121 Station Bottom Lane
Rockton, PA 15856

James Harvey
1321 Meriline St
Cuyahoga Falls, OH 44221

James Hauck
2576 Lermitage Place
Stow, OH 44224

James Haven
3635 Carrol Dr
Horn Lake, MS 38637

James Hayes
3070 Union Hill Road
Joelton, TN 37080

James Henrice
650 North Downing
Piqua, OH 45356

James Herrick
20020 N 30th Place
Phoenix, AZ 85050

James Highlander Jr
3787 Shelby Ganges Rd
Shelby, OH 44875

James Hilton
676 Cedar Branch Road
Windsor, SC 29856


James Hollingsworth
27400 Chardon Rd
Willoughby Hills, OH 44092


James Horn
1409 Hill Meade Dr
Nashville, TN 32205


James Hubert Gainey Jr
446 S Timberlake Lane
Hartsville, SC 29550


James Huff
1137 W Mohave
Phoenix, AZ 85007


James Hulton
50 Whites Road
Brockport, PA 15823

James Huntwork
374 E Monte Vista Road
Phoenix, AZ 85004

James I McCabe
108 Memory Lane
Dunbar, PA 15433

James J Callaway
112 Acanthus St
Marietta, PA 17547

James J Conner
1311 Arrowhead Drive
Brentwood, TN 37027

James J Curran III
865 W Market Street
Orwigsburg, PA 17961

James J Goggin
11139 Loris Ave
Aurora, OH 44202

James J Hufstetler
6421 Hillfield Street NW
North Canton, OH 44720


James J Lind
1433 Rosedale Drive
Moon Township, PA 15108


James J Lohr
526 Steel Avenue
Hannastown, PA 15635


James J Quinn
4776 Delma Dr
Pittsburgh, PA 15236


James J Yocabet
11 Short Street   PO Box 445
Republic, PA 15475


James Jackson
2460 Clematis Trail
Sumter, SC 29150

James Jenkins
292 Tropic St
Jackson, OH 45640


James Jenkins
302 Grant Rd
Adamstown, PA 19501


James Johnson
3000 East Main St
Columbus, OH 43209


James Johnson
1220 N Green Hills
Mt Juliet, TN 37122


James Jones
61858 West Tacoma
Barnesville, OH 43713


James Jones
106 Harington Ave
Madison, TN 37115

James Jowe
6509 Algard St
Philadelphia, PA 19135

James K Bass
3065 Rock Cress Lane
Sandy Hook, VA 23153

James K Collenette
128 Pineview Drive
Swansea, SC 29160

James K Curry
909 Echo Street
Celina, OH 45822

James K Elliott Jr
1126 Swede Hill Road
Greensburg, PA 15601

James K Larkins
73 13th Street
Keansburg, NJ 07734

James K Ransford
6436 Fleetwood Drive
Nashville, TN 37209


James K Umbenhaur
48 Rockland Drive
Orwigsburg, PA 17961


James Kaplan
81 Lane 5
Warwick, RI 02888


James King
7857 W Andrea Drive
Peoria, AZ 85383


James Konschnik
1428 Mohawk Lane
Easton, PA 18040


James L McQueen
1527 Butler Street
Columbia, SC 29205

James L Boyd
10859 Lincoln Hwy
Van Wert, OH 45891


James L Dreaden
930 Thompson Road
Pegram, TN 37143


James L Edmonds
115 Main Street Apt 4
Schwenksville, PA 19473


James L Forsythe
30 Campman
West Middlesex, PA 16159


James L Genco
4051 Columbiana Road
New Springfield, OH 04443


James L Hall
13423 Cedar Road NE
Thornville, OH 43076

James L Harrigan
18 Towns Rd
Levittown, PA 19056

James L Herron
1123 Bubbling Well
Madison, TN 37115

James L Howe II
856 Duke Avenue
Mansfield, OH 44905

James L Krystynak
1675 Sandybrook Court
Grove City, OH 43123

James L Marshall
243 N Fairground Street  #E
Jackson, TN 38301

James L Massie
13809 Calaboone Road
Doylestown, OH 44230

James L Moore
807 Cottonwood Dr
Monroeville, PA 15146



James L Purcell
407 W Main St
Ringtown, PA 17967



James L Rugger
6721 Maple Mesa St
N Las Vegas, NV 89084



James L.  Blackburn
21095 Clark Range Highway
Monterey, TN 38574



James L. Johnson
13803 E. Sage Hills Drive
Vail, AZ 85641



James Lafayette Haynsworth IV
5269 Ellerbe Mill Road
Rembert, SC 29128

James Lazar
213 S. 6th Street
Youngwood, PA 15697


James LeBlanc
424 Bank Lane SE
New Philadelphia, OH 44663


James Lengel
260 Station Avenue
Quakertown, PA 18951


James Levitan
12416 Borges Avenue
Silver Springs, MD 20904


James Lipscomb
1414 Lincoln Street
Monessen, PA 15062


James Lloyd
504 Vermont Avenue
Glassport, PA 15045

James Lou
2442 Ridgewood Road
York, PA 17406


James M Albertoni
13405 Kent Ave NE
Hartville, OH 44632


James M Alexander Jr
1848 Brentwood Pointe
Franklin, TN 37067


James M Artz
153 South Line Street
Feackville, PA 17931


James M Bradley
20039 S Mostertown Road
Saegertown, PA 16433


James M Bubemyre
7168 New Madison Coletown Road
Greenville, OH 45331

James M Carr
1006 Lilac Street
Celina, OH 45822


James M Chaffee
212 Forest Ridge Court
Franklin, TN 37069


James M Davidson
922 Glenwood Drive
Murfreesboro, TN 27129


James M Dwan
13160 Lasalle Avenue
Huntington Woods, MI 48070


James M Gresh
9135 Gans Ave NE
North Canton, OH 44721


James M Hans
56731 McGee Road
Shadyside, OH 43947

James M Oakes Jr
1152 Rockwell Dr
Xenia, OH 45385


James M Pinkerton
1127 East Raines Road
Memphis, TN 38116


James M Powers
5127 Pritchett Drive
Nashville, TN 37220


James M Rickert
822 Park Drive
Wapakoneta, OH 45895


James M Shrader
1584 Grange Road
Charleroi, PA 15022


James M Siudela
160 Coal Bluff Road
Finleyville, PA 15332

James M Walker
Kirsch Road
Erie, PA 16510


James Majeed
PO Box 666
Stratford, CT 06615


James Mara
1188 Marie Street
Lawrenceburg, IN 47025


James Marczak
10005 Valleyview Court
Wexford, PA 15090


James Martosella
1134 High Grove Drive
West Chester, PA 19380


James Mascardine
14042 Blackberry Circle
Strongsville, OH 44136

James Mateo
5107 Frys Valley Rd SW
Port Washington, OH 43837

James May
37509 Applegate Rd
Lisbon, OH 44432

James McCarley
3700 FM 715
Midland, TX 79706

James McDaniel
112 Indian Trace
Madisonville, LA 70447

James McFarland
903 Bluff Rd
Brentwood, TN 37027

James McLaughlin
15 Friendly Lane
Levittown, PA 19055

James McLean
1703 Porter Road
Nashville, TN 37206

James Mclean
2883 Edgemont Drive
Allentown, PA 18103

James McNeile
10047 Goodman Drive
Overland Park, KS 66212

James McPeak
134 Sycamore Street PO Box 171
Wendel, PA 15691

James Michael Derrick Jr
409 Hollenbeck Road
Irmo, SC 29063

James Middleton
836 E Jasmine Street
Mesa, AZ 85203

James Milano
806 N 94th Place
Mesa, AZ 85207


James Miller
5900 Upper Bremo Lane
New Albany, OH 43054


James Mirtich
19220 Cherry Stone Lane
Strongsville, OH 44136


James Moore
1000 Urlin Ave # 914
Columbus, OH 43212


James Mulidore
2571 Hidden Forest Circle
Henderson, NV 89074


James Mullins
18 Dukes Way
Feasterville Trevose, PA 19053

James Munson
7 Duchess Drive
Old Lyme, CT 06371

James Mussler
1585 Sequoua Dr
Youngstown, OH 44514

James Myers
1051 Jones Bridge Road
Blackville, SC 29817

James N Collins
2467 Birch St
Easton, PA 18042

James N Crosby
2446 Durham Manor Drive
Franklin, TN 37064

James Nance
337 Overbrook Boulevard
Pittsburgh, PA 15210

James Neeley
108 W. High Street
Plymouth, OH 44865


James O Frink
PO Box 191
Lonewood, NC 28452


James O'Connell
43945 Seneca Lake Road
Sarahsville, OH 43779


James Oates
926 Underwood  Box 606
Roscoe, PA 15477


James P Ayotte
1451 Needmore Road
Old Hickory, TN 37138


James P Bauer
13581 White Tail Drive
Tyler, TX 75707

James P Benson Jr
2220S Shannon Drive
Tempe, AZ 85282


James P Dorava
PO Box 18162
Fountain Hills, AZ 85269


James P Fullerton
18680 E Reins Road
Queen Creek, AZ 85242


James P Shields
105 Tree Line Ct
Pittsburgh, PA 15237


James P Shore
740 N Main Street
Greensburg, PA 15601


James P Tweedy
43 S Landon Ave
Kingston, PA 18704

James P Whyte
5807 Birch Bark Circle
Grove City, OH 43123


James P Wolak
628 Painter
Everson, PA 15631


James Patitucci
Box 92   820 Main St
McClellandtown, PA 15458


James Perkins
438 Boyscout Road
Gaston, SC 29053


James Peterson
2294 Saxonburg Blvd
Cheswick, PA 15024


James Petkewitz
833 Nordale
Dayton, OH 45420

James Phillips
724 Fair Street
Franklin, TN 37064

James Pouba
26031 North Palomino Tr.
Scottsdale, AZ 82588

James Q Chambers
3856 Peniel Road
Patriot, OH 45658

James R Carter
11 Cherry Creek Cove
Little Rock, AR 72212

James R Cross
693 Bute Road
Uniontown, PA 15401

James R Douglass
20521 Chagrin Blvd
ShakerHeights, OH 44122

James R Drabiski
6444 New Road
Austintown, OH 44515


James R Gillespie
6035 Bolte Drive
Verona, PA 15147


James R Gillespie Jr
6035 Bolte Drive
Verona, PA 15147


James R Greeley
RD #1 Box 221
Tidioute, PA 16351


James R Hall
7434 State Route 78
Glouster, OH 45732


James R Hart
3888 Carmel Church
Celina, OH 45822

James R Hartzogg
1502 N Midway Road
Clinton, MS 39056


James R Isner
30 Fay Cove
Atoka, TN 38004


James R Ivey
5882 Calico Lane
Canfield, OH 44406


James R Johnson
301 Liberty Street
Girard, PA 16417


James R Krol
907 E 24th Street
Erie, PA 16503


James R Lindesmith
1723 24th Street NW
Canton, OH 44709

James R Lyden
35 Germanville Rd
Ashland, PA 17921


James R Maldonado
310 27th Street
McKeesport, PA 15132


James R Meetze
3117 Point Clear Drive
Fort Mill, SC 29708


James R Meyers
4700 E Zalesky
Cottonwood, AZ 86326


James R Muri
4307 Woodbine Ct
Murrysville, PA 15668


James R Overton
102 S Harkston Drive
Pittsburgh, PA 15237

James R Petrello Jr
96 Pine Summit Forrest
Ringtown, PA 17967

James R Ross
1078 Rt 981
Latrobe, PA 15650

James R Ruderek
405 Moss Creek Circle
Nashville, TN 37201

James R Spencer
311 Chesterville
Tupelo, MS 38801

James R Stimmel
973 Ridge Rd
Homer City, PA 15748

James R Taylor Jr
514 Mt Vernon Avenue
Coraopolis, PA 15108

James R. Thompson
459 Brandermill Road
Fayetteville, NC 28314

James Rance
383 Honey Lane
Leetonia, OH 44431

James Rankin
10965 North Point Drive
Athens, OH 45701

James Rasimovich
927 Ridge Avenue
Scranton, PA 18510

James Reese
1622 Third Avenue
Charleston, WV 25312

James Reiner
709 Mixsell St.
Easton, PA 18042

James Ressler
224 Wagon Trail North
Powell, OH 43065




James Rhinehart
16903 Lakeview Court
Hagerstown, MD 21740




James Ricca
26680 Gershwin
Westlake, OH 44145




James Robert Walker
10942 Word Rd
Soddy Daisy, TN 37379




James Roberts
PO Box 5027 Mohave Valley
Mohave Valley, AZ 86446




James Robinson
331 Pine Ridge Road
Jackson, OH 45640

James Rockovich
3566 Foxwood Court
Murrysville, PA 15668

James Rukeyser
1700 El Prado Dr
Knoxville, TN 37922

James S  Maholage
3095 McCloy Ave
Murrysville, PA 15668

James S Crise
207 E Pittsburgh Street
Delmont, PA 15626

James S Kress
146 Willow Rd
Apollo, PA 15613

James S Palko
356 Devon Road
Valparaiso, IN 46383

James S Rivers
1433 Gold Crest Drive
Hixson, TN 37343


James S Saneda
3526 Country View Dr
Canal Winchester, OH 43110


James Schartel
617 Carbon St
Pottsville, PA 17901


James Schauer
44280 Heck Road
Columbiana, OH 44408


James Schmidt
126 Candlewood Dr
Hampstead, NC 28443


James Schultz
3162 Charles St
Cuyahoga Falls, OH 44221

James Senk
314 East Monument Street
Colorado Springs, CO 80906

James Siegfried
109 Barberry Court
Chalfont, PA 18914

James Silk
1833 S. Cholla
Mesa, AZ 85202

James Simmons
5 Terraceview Ave
Pittsburgh, PA 15243

James Simonton
113 Edwards Street  PO Box 337
Nelsonville, OH 45764

James Sims Jr.
P.O. 337
Trenton, GA 30752

James Smith
808 Breckstone Lane
Nashville, TN 37221

James Smith
312 St. James Street
Cola, SC 29205

James Smith
16013 S. Desert Street Foothills Pkwy 21
Phoenix, AZ 85048

James Smith
4125 E Adobe
Mesa, AZ 85205

James Sowers
48108 Cats Run Road
Beallsville, OH 43711

James Spaulding
14130 Havens Corner Road
Pataskala, OH 43062

James Stacy Warren
334 County Road 260
Niota, TN 37826


James Stanford
4034K Indian Runn Drive
Dayton, OH 45415


James Steiner
209 Grouse Lane
West Newton, PA 15089


James Stockton
884 Summit
Salem, OH 44460


James Strbjack
413 Gateway Blvd
Huron, OH 44839


James Swann
5374 S River
Tempe, AZ 85283

James T Hutchison
2057 Bellefontaine Ave
Dalton, OH 45404

James T Kissel
4301 Strathaven Street
Riverside, OH 45424

James Tallarico
1505 Monroe Ave
Dunmore, PA 18512

James Tarmin
939 New Market St
Philadelphia, PA 19123

James Taylor
375 Rich Hill Road
Cheswick, PA 15024

James Terry Jr
236 Riverside Drive
Greenville, SC 29605

James Thomas
2565 Pleasant Hill Road
Athens, OH 45701


James Thomas Harrell
1338 N Glen Dr
Hixson, TN 37343


James Thomas Sullivan
PO Box 1346
Leeds, AL 35094


James Thorpe
314 Windsor St
Reading, PA 19601


James Timms
540 Alta Vista Court
El Dorado Hills, CA 95762


James Toth
132 Altoona Avenue
Enola, PA 17025

James Traber
9159 New Hall Drive
Sacramento, CA 95826

James Ulizzi
18 White Tail Way Avenue
Norwalk, OH 44857

James Underwood
6922 Highway 70 South
Nashville, TN 37221

James Unger
352 Sir Edward Drive
Hamilton, OH 45013

James Upchurch
1999 Green Acres
Clark Range, TN 38553

James Vecchio
17631 Walnut Trail
Chagrin Falls, OH 44023

James Voss
1213 Spyglass Court
Creswell, OR 97426


James W  Payne
8405 Manson Way
Louisville, KY 40258


James W Carroll
4000 Harbor Lake  #22A
Goose Creek, SC 29445


James W Hutchinson
26 Hogsett Lane
Uniontown, PA 15401


James W Jack
1720 Grovewood
Parma, OH 44134


James W Massey
2710 Belmont Blvd
Nashville, TN 37212

James W Nelson V
1547 Banning Rd
Dawson, PA 15428

James Walsh
19426 N 62nd Avenue
Glendale, AZ 85308

James Walter Kasper
370 Stark Avenue
Greensburg, PA 15601

James Weyandt
202 Hill Street
New Kensington, PA 15068

James William McClintock
112 1 2 East Park Avenue
DuBois, PA 15801

James William Royer
11 Quail Creek Drive
Jackson, TN 38305

James Williams
493 West Pelican Dr
Chandler, AZ 85286


James Williams
PO Box 426
Clinton, MS 39060


James Willie McCall
2411 Friends Ave
Highpoint, NC 27260


James Wise
PO Box 4
Lafferty, OH 43951


James Woebert
433 Marietta Place
Pittsburgh, PA 15228


James Wood
15817 N. Moon Valley Drive
Phoenix, AZ 85022

James Wright
1107 4th Ave
Ford City, PA 16226


James Wurzer
200 East Patcong Street
Linwood, NJ 08221


James Wylie  Butler
175 Ashwood Lake Dr
Columbia, SC 29209


James Youtsey
2201 Paradise Road
Las Vegas, NV 89104


James Zunotelli
38 Carlsbad Road
Pittsburgh, PA 15239


Jami Gomia
416 Kenec Drive
Middletown, OH 45042

Jami Grant
31904 N 16th Ave
Phoenix, AZ 85085

Jami L Battisti
10333 Lindberg Avenue
Pittsburgh, PA 15235

Jami Lynn Cramer
24 E 2nd St
Hummelstown, PA 17036

Jami Uema
2330 E Azalea Dr
Chandler, AZ 85249

Jamie  Auman
4 Railroad St
Hershey, PA 17033

Jamie  Azulay
775 Elk Avenue
Rochester, PA 15074

Jamie  Huston
110 Winters Road
Six Mile Run, PA 16679


Jamie  Smith
1144 Deveraux Avenue
Philadelphia, PA 19111


Jamie A Pierson
3740 Cain Street NW
N Canton, OH 44720


Jamie B Hopkins
153 Fullwood Place
Marion, SC 29571


Jamie Barrett
48434 Eagle Ridge Road
Long Botttom, OH 45743


Jamie Blaylock Pate
2781 Merwether Lane
Mount Pleasant, SC 29466

Jamie Bryant
2195 16th Street SW
Akron, OH 44314

Jamie Crawley
1324 Good Morning Dr
Nashville, TN 37207

Jamie D Smith
7306 Hughes Red
Ravenna, OH 44265

Jamie DeRhammer
5208 Main Street Apt 101
Whitehall, PA 18052

Jamie E Auman
32 Walker Avenue
Hershey, PA 17033

Jamie Gaugler
1516 Oneida Drive
Jefferson Hills, PA 15025

Jamie H Schools
1348 Pleasant Grove Road
Westmoreland, TN 37066

Jamie Harden
8 Mosswood Drive
Larksville, PA 18651

Jamie Hermanson
5330 East Forest Place
Cave Creek, AZ 85331

Jamie Hiles
114 Norwood Drive
Beaver, PA 15009

Jamie Huff
3042 Kings Road
Scottdale, PA 15683

Jamie Hunsaker
22310 Nightingale Ddrive
Queen Creek, AZ 85242

```
Jamie J Harris
514 Fourth Street
Elizabeth, PA 15037




Jamie Johnson
4322 Dayberry
Bellbrock, OH 45305




Jamie Jones Morris
35 Winding Hill Drive
Mechanicsburg, PA 17055




Jamie K. Brown
12502 Coral Reef Circle
Knoxville, TN 37922




Jamie Kassay
530 Iris Lane
St Louis, MO 63122




Jamie L  Lund
106 East 10th Ave
Wildwood, NJ 08260
```

Jamie L Ackerman
515 Eighth Street
Glassport, PA 15045


Jamie L Azbell
12662 Scatter Ridge Road
Athens, OH 45701


Jamie L Dial
14106 State Route 691
Nelsonville, OH 45764


Jamie L Halliday
5154 Holly Road
Mt Pleasant, PA 15666


Jamie L Kobylinski
7421 Demshar Drive
Mentor, OH 44060


Jamie L Lee
1643 Maplewood Avenue
Pittsburgh, PA 15221

Jamie Leuthauser
474 Campbell AVe
New Kensington, PA 15068

Jamie Lynn Carter
624 W Lafayette Street  Second Floor
Norristown, PA 19401

Jamie M Nicholls
1904 E National Pike
Scenery Hill, PA 15360

Jamie McCoy
116 Gerald Avenue
Shillington, PA 19607

Jamie McCoy
2017 Memorial Hwy #B
Oley, PA 19547

Jamie Mead
2017 Wilson Avenue
Bristol, PA 19007

Jamie Miller
1158 N Barkley
Mesa, AZ 85203


Jamie N Wright
40003 N Majesty Trail
Anthem, AZ 85086


Jamie Peifer
301 East 2nd Avenue
Lititz, PA 17543


Jamie Ponter
3760 Old Troy Pike
Dayton, OH 45404


Jamie Rossiter
18964 Burkhart Road
Dalton, OH 44618


Jamie S Abbott
103 Roosevelt Avenue
Bentleyville, PA 15314

Jamie Sargent
702 Northway Road
Williamsport, PA 17701

Jamie Tarrant
4465 Boca Way #155
Reno, NV 89502

Jamie Ubben
11468 320th
Ackley, IA 50601

Jamie Warnick
487 Coolsprings
Uniontwon, PA 15701

Jamie West
114 Valley View Trailer Park
Dallas, PA 18612

Jamie Winston
1443 Folliage Street
Pittsburgh, PA 15221

Jamika Spellman
606 North Michigan Avenue
Atlantic City, NJ 08401

Jamil Dyer
5970 Via Capri Dr
Las Vegas, NV 89122

Jamil Wehbe
9755 Gallo Drive
Las Vegas, NV 89147

Jamilee  Van Horn
360 Sherman St
Clymer, PA 15728

Jamison Mathy
611 E Washington St
Bloomington, IL 61701

Jamonica McFarland
118 Fox Glove Lane
Columbia, SC 29210

Jan DeRouin
145 Parkhurst Road
Warwick, RI 02889


Jan Harmon
5760 Matlock Bend Road East
Loudon, TN 37774


Jan Morrow
2232 Westlawn
Kettering, OH 45440


Jan Weisinger
14208 Sheldon Road
Brook Park, OH 44142


Jana Breeden
3531 Christine Lane
Kodak, TN 37764


Jana L Glidewell
84 Parkside Cove
Munford, TN 38058

Jana M Myrick
654 Bradford Drive
Gallatin, TN 37066

Janae L Brown
2218 Homestead Road NW
Lebo, KS 66856

Janal A Elhaddad
46 Boucher Lane
Ligonier, PA 15658

Janda M King
217 Sherwood Dr
Laurens, SC 29360

Jane A Bush
717 Columbus Court
Wallingford, PA 19086

Jane A Coronati
6475 Tupelo Road
Allentown, PA 18104

Jane B McDonald
1607 Otter Creek Road
Nashville, TN 37215

Jane Bramfield
313 Stonehindge
Nashville, TN 37221

Jane Brumfield
313 Stonehindge Way
Nashville, TN 37221

Jane D Gallagher
1855 Jackson Grove Rd
Columbus, NC 28722

Jane D Giles
408 Ridgeway
White Plains, NY 10605

Jane E Kuhlke
2533 Conwood Dr
Beavercreek, OH 45434

Jane Farley
4070 Camelot Road
Piqua, OH 45356


Jane Ferraro
2428 Nottingham Road
Bethlehem, PA 18017


Jane Gintner
7111 West Bethel Ave
Muncie, IN 47304


Jane Hicklin
11 Water Street
Charleston, SC 29401


Jane L Jamison
1919 Wenz Road
Wakeman, OH 44889


Jane L Lacy
207 Sturbridge Court
Deptford, NJ 08096

Jane P. Fitzpatrick
161 Shire Drive
New Hope, PA 18938


Jane Pitts
2065 Nebraska Drive
Xenia, OH 45385


Jane Rinn
7 Heatherwood Ct
Medford, NJ 08055


Jane Stewart
16 Spoonbill Drive
Beaufort, SC 29907


Jane T Hughes
4518 Greenfield Dr
Bethlehem, PA 18017


Jane Weinzierl
322 South Ridge Road
Saint Marys, PA 15857

Janeese Aguirre
2669 Sanctuary Drive
Bullhead City, AZ 86442

Janeil Hicks
8477 Paw Paw Springs
Smyrna, TN 37167

Janel Murph
1010 Mt Airy Ave
Philadelphia, PA 19150

Janell Luther
550 Luther Road
Granger, WA 98932

Janelle D Ward
4570 Fremar Road
Lancaster, OH 43130

Janelle L Howell
3758 Weavers Station Road
New Madison, OH 45346

Janelle Moore
8201 Forest Pointe
Blacklick, OH 43004


Janelle N Bouillot
615 Broadway Street  Apt 4
Milton, PA 17847


Janelle Titus
13 Railroad St
Mocanaqua,  PA 18655


Janet  Ring
7746 Alden Drive
Harrisburg, PA 17112


Janet Acton
Rt1 Box 81
Hide-Away Hills, OH 43107


Janet B Newham
510 Pitt Street
Mt Pleasant, SC 29464

Janet Comer
121 Arcadia Lane  Apt A
Oak Ridge, TN  37830


Janet Cota Copeland
9740 SW Chambers Rd
Augusta, KS  67010


Janet Deyarmin
3838 Arcadia Road
Cherry Tree, PA  15724


Janet E  McMahon
204 South Fir Drive
Latrobe, PA  15650


Janet E Pavelka
411 Fernwood Drive
Akron, OH  44320


Janet E Rockwood
225 Waverly Ct
Lexington, SC  29072

Janet G Marnejon
4823 Kirk Road
Columbiana, OH 44408


Janet Gill
13814 Clifford Avenue
Cleveland, OH 44135


Janet Guy
175 Chris Avenue Apt D1
Washingtonville, OH 44490


Janet Hesidence
303 Byron Rd
Pittsburgh, PA 15237


Janet Huston
4538 Yackey Dr NW
Strasburg, OH 44680


Janet L Belajac
511 Winesap Court
Bridgeville, PA 15017

Janet L Chalmers
2808 Johnson Street
Aliquippa, PA 15001

Janet Lewis
Box 56
Springtown, PA 18081

Janet M Judge
28430 N 46th Place
Cave Creek, AZ 85331

Janet M Ochs
2625 Graham Dr
Lancaster, OH 43130

Janet M Tuthill
42115 Hawk Street
Carbon Hill, OH 43111

Janet Matz
2903 3rd St NW
Canton, OH 44708

Janet McIntyre
19758 Forest Green Drive Apt 811
Meadville, PA 16235

Janet Newhart
329 Tazewell Avenue / PO Box 31
Cape Charles, VA 23310

Janet Otero
1417 E Gordon Street
Allentown, PA 18103

Janet Pate
26 Dunn Road
Leoma, TN 38468

Janet Portillo Borbolla
10420 W Wood Street
Tolleson, AZ 85353

Janet S Murry
901 First Avenue
Ragland, AL 35131

Janet S Wierville
8780 St Rt 81
Rockford, OH 45882


Janet T Hogarty
9409 Catalina Circle
Johnston, IA 50131


Janet Tenney
137 Uselma Avenue
Jefferson, OH 44047


Janet Truely
141 E Askern Street
Uniontown, PA 15401


Janet Wood
1425 S Delozier Road
Seymour, TN 37865


Janeth I Montes
852 Constitution Drive
Allentown, PA 18103

Janette F Koewacich
5069 E Radio Road
Youngstown, OH 44515


Janey Elliott
5528 West Market Street  Apt K
Greensboro, NC 27409


Janice  Moore
19456 State Route 93
Wellston, OH 45692


Janice  Sarver
300 Zoar Church Road
Wright City, MO 63390


Janice A Trumpie
406 Bunola River Road  PO Box 342
Bunola, PA 15020


Janice Dorety
HC 88  Box 1704
Pocono Lake, PA 18347

Janice E Johnson
869 Elm Road
Northern Cambria, PA 15714

Janice E Kinsey
501 Washington St
Auburn, PA 17922

Janice F Hardin
920 County Road 350
Sweetwater, TN 37874

Janice Gambo
130 Smith Street
Dunmore, PA 18512

Janice Gropelli
1276 Cook School Road
Bridgeville, PA 15017

Janice Jeffrey
503 West Poplar Avenue
Wildwood, NJ 08260

Janice K Bair
3205 Township Rd 185
Junction City, OH 43748

Janice Komisor
609 Mixsell Street
Easton, PA 18042

Janice L Eckles
99 Eckles Drive
Industry, PA 15052

Janice L Matus
615 West Main Street Apt 2D
Monongahela, PA 15063

Janice L OBrien
2701 Dalin Drive
West Lawn, PA 19609

Janice Livengood
1384 Highway 100
Centerville, TN 37033

Janice M Debolt
3996 1/2 North Central Ave
Shadyside, OH 43947

Janice M Dillon
11205 Red Fox Road
Glouster, OH 45732

Janice M Jeffrey
503 W Poplar Ave
West Wildwood, NJ 08260

Janice M Lobb
16420 N Thompson Peak  j#2078
Scottsdale, AZ 85260

Janice M Schaeffer
5429 Mountain Road
Germansville, PA 18053

Janice M Smith
428 Yellow Jack Lane
Greensburg, PA 15601

Janice M Stevenson
1015 Irvington Avenue NE
Massillon, OH 44646

Janice McGowan
160 Wilson Avenue Apt 505
Fitzerald, GA 31750

Janice Morrison
3 Latourelle Lane
Pittsburgh, PA 15215

Janice Oase
2024 South Playa
Mesa, AZ 85202

Janice S McConnell
1915 Fifth Avenue Apt #5
New Brighton, PA 15066

Janice Spicer
25 Joseph Place
Levittown, PA 19057

Janice Tucker
206 Crescent Drive
Laurens, SC 29360

Janice Williams
9 James Riceland Ct
Simpsonville, SC 29681

Janie Basham
8160 Navarre Road SW
Massillon, OH 44646

Janie M Charley
3211 Brinton Manor Dr
Pittsburgh, PA 15221

Janie Y Alford
1371 Belvoir Mews
South Euclid, OH 44121

Janine Bowman
3252 Ravenwood Drive
Fairborn, OH 45324

Janine Campbell
765 Ridgeview Lane
Pottstown, PA 19464

Janine D Lowe
115 Haberman Ave
Pittsburgh, PA 15206

Janine D Lowe
115 Haberman Avenue
Pittsburgh, PA 15211

Janine Davis
378 West North Street
Carlisle, PA 17013

Janine E Eidell
102 Walter Drive
Media, PA 19063

Janine M Bass-Adair
422 Orchard Rd
Perkasie, PA 18944

Janine M Bunce
2029 Bevans Way
Hatfield, PA 19440


Janine M Fry
25 Newport Drive
Hazleton, PA 18201


Janis G Loman
1007 Mansker Drive
Goodlettsville, TN 37072


Janis I OBrien
553 Jacobs Mill Pond Road
Elgin, SC 29045


Janis Jeffreys
2023 Old Philadelphia Pike
Lancaster, PA 17602


Janis L Werhnyak
346 McClain Road
Enon Valley, PA 16120

Janis Medina
927 Beideman Ave
Camden, NJ 08105

Janith G Ledford
12100 Framar Rd
Midlothian, VA 23113

Janna Gordon
2241 Rosecran
Lavergne, TN 37086

Janna H Jackson
24 Palmetto Beach Drive  PO Box 1561
Bluffton, SC 29910

Jannah Smith
6832 Hickory Rim Ct
Antioch, TN 37013

Janny Ji
3332 El Suyo Drive
San Ramon, CA 94583

Jans Ann Lacy
1139 Clifton Lane
Nashville, TN 37204


Jaqueline  Aldridge
133 Haleyon Drive
New Castle, DE 19720


Jaqueline J Hurwitz
654 Brice Rd
Reynoldsburg, OH 43068


Jaquette Huntley
489 S Ashburton Road
Columbus, OH 43213


Jarba Wento
2925 W Palmer Avenue
Phoenix, AZ 85051


Jared Becton
300 Bowie Street  #908
Austin, TX 78703

Jared C Myers
65 Lukens Mill Drive
Coatesville, PA 19320


Jared D Zinn
7736 National Pike
Uniontown, PA 01541


Jared E Griggs
5800 Meadowbrook Road  Apt 18
Albany, OH 45710


Jared Engel
116 East Broadway
Westerville, OH 43081


Jared Flaherty
18110 West Las Crues Drive
Goodyear, AZ 85338


Jared Grimes
9840 Watson Rd
Kensington, OH 44427

Jared King
42999 Darwin Road
Shade, OH 45776

Jared M Estep
3851 Royal Glen Lane
Grove City, OH 43123

Jared M Frost
321 S Apache Drive
Chandler, AZ 85224

Jared Pickerson
103 Long Needle Way
Anderson, SC 29621

Jared Wilson
106 East Palomino Drive
Gilbert, AZ 85296

Jarin M Johnson
2641 Calverton
Toledo, OH 43607

Jarina Brown
6630 Tulip Street
Philadephia, PA 19135

Jarobin D Holmes
40 East McKellar Avenue
Memphis, TN 38109

Jarod Bailes
4521 Jarvis Road
Guysville, OH 45735

Jarod D Hupp
33179 Smith Ridge Road
Long Bottom, OH 45743

Jarod Massie
1771 Kirkway Lane
Lapeer, MI 48446

Jarred Corbin
3760 St Rt 141
Gallipolis, OH 45631

Jarred Grabiak
504 S Chestnut St
Scottdale, PA 15683

Jarrel H Burnett
196 W Hills Dr
Greensburg, PA 15601

Jarret J Walter
1141 West Pine Street
Coal Township, PA 17866

Jarret Stanko
135 Franklin Drive
Greensburg, PA 15601

Jarrett Rice
208 Woodbury Drive
Butler, PA 16001

Jarrod M Hartman
7435 Tippecanoe Road
Canfield, OH 44406

Jarrod McIntyre
2207 Adams St
Natrona Heights, PA 15065

Jarrod Starkey
57 Mill Street / PO Box 81
Chauncey, OH 45719

Jarron Robinson
1455 N Alma School Rd
Mesa, AZ 85201

Jasmin Adrovic
560 Greenfield Road
Lancaster, PA 17601

Jasmine E Andujar
4347 E Thompson Street
Philadelphia, PA 19137

Jasmine Hamilton
1343 Grand Avenue
Toledo, OH 43606

Jasmine N Alford
2621 S Laura
Wichita, KS 67216

Jason  Epstein
4412 Sunnybrook Dr
Nashville, TN 37205

Jason  Fritz
4820 Ridgeside Circle SE
Canton, OH 44707

Jason  Howes
38 Marigold Lane
Chillicothe, OH 45601

Jason  Jarvis
2211 Jordan Run Rd
Guysville, OH 45735

Jason  Johnston
213 Tent Church Road
Colliers, WV 26065

Jason  Kang
23300 SE Black Nugget Road  Unit F1
Issaquah, WA 98029




Jason  Lawrence
179 Greenmill Road
Columbia, SC 29223




Jason  Olsen
1570 E Flint Street
Chandler, AZ 85225




Jason A Bowers
129 N South St
Warren, PA 16365




Jason A Goode
7320 Joey Lane
Northfield, OH 44067




Jason A Low
638 Woodlynn Drive
Decatur, IN 46733

Jason A Meade
1516 Hyndma St
S Connellsville, PA 15425

Jason A Merrick
6010 Turnwood Dr
Westerville, OH 43081

Jason A St Gelais
28087 North Desert Native Street
Queen Creek, AZ 85243

Jason A Taylor
67 Cherry Street
Clarksville, PA 15322

Jason A Watkins
6600 Ziegler Lane
Charlotte, NC 28269

Jason A Weitzel
161 Bradford Street
Millersville, PA 17551

Jason Arant
612 West Sherwood Drive
Payson, AZ 85541

Jason B Baird
1003 Birdsall St
Old Hickory, TN 37138

Jason B Morgan
8526 Lakeview Dr
Olive Branch, MS 38654

Jason Balmer
5747 Drexel Road
Philadelphia, PA 19113

Jason Barish
85 Holly Avenue
Penndel, PA 19047

Jason Battaglia
3286 Evergreen Drive
Murrysville, PA 15668

Jason Beeharilal
1321 Forest Hills Boulevard
Cleveland Heights, OH 44118

Jason Benndt
609 Chalkstone Avenue Apt 3
Providence, RI 02908

Jason Bryan Baker
468 Copperhead Rd
Mountain City, TN 37683

Jason Bungard
93 Bermont Avenue
Munroe Falls, OH 44262

Jason Burruss
29938 North 4020 Road
Ramona, OK 74061

Jason C Butler
1027 Saint Johns Drive
Maryville, TN 37808

Jason C Hewes
236 W Baron Street
Pottsville, PA 17901


Jason C Kraner
927 Marshall Avenue
New Castle, PA 16101


Jason C Swanson
2078 E Manhatton Drive
Tempe, AZ 85282


Jason Cahill
1005 Cut Leaf Drive
Sumter, SC 29150


Jason Campbell
1823 West Calle Escude
Phoenix, AZ 85085


Jason Carroll
54802 Cove Road
Powhatan Pt, OH 43942

Jason Cherpak
28 North Nile Street
Frackville, PA 17931


Jason Cormier
10004 Kenley Way
Birmingham, AL 35242


Jason Cotton
598 Belmont Avenue 1-105
Southampton, PA 18966


Jason D Baughman
25 Sawgrass Avenue
Felton, PA 17322


Jason D Dick
411 S Market St
Martinsburg, PA 16662


Jason D Emmett
2803 Salisbury Court
Wexford, PA 15090

Jason D Hassig
23 Devon Drive
Lexington, OH 44904

Jason D Jennings
57811 Deep Run Road  Apt 1
Martins Ferry, OH 43912

Jason D Suchy
640 Southcrest Dr
Pittsburgh, PA 15226

Jason D Wessinger
32 Doe Dr
Little Mountain, SC 29075

Jason Darby
461 North Main Street
West Milton, OH 45383

Jason DeLong
35860 Hysell Run Rd
Pomroy, OH 45769

Jason Derr
237 Joya Circle
Harrisburg, PA 17112

Jason Dotson
430 Russell
Sidney, OH 45365

Jason Dutt
113 N Portage Street
Doyletown, OH 44230

Jason E Rhoads
15483 State Route 328
Logan, OH 43138

Jason E Sagerman
1244 Rydal Rd
Rydal, PA 19046

Jason E Thornton
110 Elwood Ave  Apt C2
Pittsburgh, PA 15235

Jason E Willis
300 South 9 Mile Road
Midland, MI 48640


Jason Erhard
433 Schofield St Apt 2
Curwenville, PA 16833


Jason Eugene Shaffer
125 E Weber Ave
DuBois, PA 15801


Jason F Lehr
1017 Seneca Street
Bethlehem, PA 18015


Jason Farino
6670 Frances Celia Avenue
Las Vegas, NV 89122


Jason Field
333 Knigs Road
Piney Flats, TN 37686

Jason Fisher
1504 Union Street
Allentown, PA 18103


Jason G Daugherty
45 Railroad St
Dunbar, PA 15431


Jason G Pence
8703 Chippewa Road
Brecksville, OH 44141


Jason G Rawson
21 Fairmouth Street
Worcester, MA 01607


Jason Gelling
1304 26th Street
Rockford, IL 61108


Jason Giffin
143 Similo Drive
Elizabeth, PA 15037

Jason Greenawalt
126 Gillespie Lane
Kittanning, PA 16201


Jason Griffith
7620 South Concordia Place
Midvale, UT 84047


Jason Hass
241 Cullom Way
Clarksville, TN 37043


Jason Hefflinger
2304 S Mulcahy Road
Port Clinton, OH 43458


Jason Huehn
651 Dow Avenue
Carnegie, PA 15106


Jason Huffman
175 First Avenue
Cookeville, TN 38506

Jason J Alleman
210 N Main Street
Souderton, PA 18964

Jason J Parker
16411 N 99th Place
Scottsdale, AZ 85260

Jason J Wolfgang
1081 Creek Rd
Hegins, PA 17938

Jason Jackson
406 West Hillwood Drive
Nashville, TN 37205

Jason Jared
3402 Ingleside Road
Parma, OH 44134

Jason Jones
135 Mill Street
Little Mountain, SC 29075

Jason Ju Hao Chen
230 Valley Forge Road
Lansdale, PA 19446

Jason Knight
7133 E Medina Ave
Mesa, AZ 85028

Jason Knox Jr
1804 Survey Trail
Helena, AL 35080

Jason Kosmann
80 Newnan Lakes Blvd
Newnan, GA 30263

Jason L Ervin
3485 Shelby Road
Millington, TN 38053

Jason L Myers
4308 W Park Street
Laveen, AZ 85339

Jason Lamotho
3904 Tylerbrown Drive
Clarksville, TN 37040

Jason Ledbetter
211 Maybelle Lane
Nashville, TN 37205

Jason Lee
1576 E Orchid Ct
Gilbert, AZ 85296

Jason Lee  Kleinfelter
109 Fisher Mill Stream Road
Bernville, PA 19506

Jason Lincicome
6222 Fairacres SW
Canton, OH 44706

Jason M Bryan
824 Oak St
Denver, PA 17517

Jason M Buckley
4112 West Richards Way
Peoria, IL 61615


Jason M Hartman
500 Acorn Lane
Reading, PA 19605


Jason M Moyer
644 S State Street
Ephrata, PA 17522


Jason M Riley
521 Independence Avenue
Uniontown, PA 15401


Jason M Snyder
Pitt St  PO Box 432
Jennerstown, PA 15547


Jason M Stintzcum
7 Standish Ct  Apt D
Greenfield, MA 01301

```
Jason M Wingerter
401 Quail Ridge Drive
Plainsboro, NJ 08536




Jason Maravich
1301 Atlantic Ave
Monaca, PA 15061




Jason Martinez
5516 S 30th Lane
Phoenix, AZ 85041




Jason Merrill
1504 Randolph Avenue  Unit A
Grand Forks Air Force Bas, ND 58204




Jason Mogg
3503 Kidwa Drive
Youngstown, OH 44511




Jason O Imig
912 W 9th St
Erie, PA 16502
```

Jason Otundo
12625 Tiffnay Ct
Burnsville, MN 55337



Jason P Kolar
1050 Ninth Avenue
Brackenridge, PA 15014



Jason Paternoster
99 Gilmore Terrace
Donora, PA 15033



Jason Pitzer
103 W Tyne Drive
Nashville, TN 37205



Jason R Anderson
4420 Second Street NW
Canton, OH 44708



Jason R Davis
221 S Berger Street
East Canton, OH 44730

Jason R Laux
313 Granger Circle
WPAFB, OH 45433


Jason R Leach
5302 Northway Drive
Swartz Creek, MI 48473


Jason R Marchand
19 Plainmont Street
Navarre, OH 44662


Jason R Montgomery
728 Creekside Drive
Lancaster, OH 43130


Jason R Postovit
3031 N Civic Center Plaza #356
Scottsdale, AZ 85251


Jason R Scherl
10 Shady Lane
Central Islip, NY 11722

Jason R Tretter
6149 Chantilly Rd
Waterloo, IL 62298

Jason Richard
04003 Brewer Road
St Mary, OH 45885

Jason Ringler
64 Oakhill Road
N. Kingstown, RI 02852

Jason Rivera Seda
7335 Belden Street
Philadelphia, PA 19111

Jason Roberts
3925 S Butte Avenue
Tempe, AZ 85282

Jason S Krawczyk
22 Jacamar Dr
Voorhees, NJ 08043

Jason S Peterson
1711 Branding Ct
Fernley, NV 89408


Jason S Stewart
54602 Colerain Pike
Martins Ferry, OH 43935


Jason Seeman
3302 Hill Meade Ct
Nashville, TN 37221


Jason Shugar
136 Leighton Lane
Birdsboro, PA 19508


Jason Sikora
5005 Holly Ct
Murrysville, PA 15668


Jason Starr
85 Curtis Rd
Gilford, NH 03249

Jason Szpara
392 Pine Ridge Drive
Venetia, PA 15367


Jason T Allen
230 Mathews Road
Belle Vernon, PA 15012


Jason T Cluley
506 Cherrywood Court
Perkasie, PA 18944


Jason T Grove
P.O. Box 8934
Erie, PA 16502


Jason Taylor
2188 E Streetsboro Rd
Hudson, OH 44236


Jason Thomas
114 Champa
Memphis, TN 38109

Jason Toler
141 Old Rink Road
New Richmond, WV 24867


Jason Treherne
1450 Farrington Drive
Kettering, OH 45420


Jason Turner
853 Delaware Avenue
Palmerton, PA 18071


Jason Vanallsburg
2315 S. Gary Drive
Tempe, AZ 85282


Jason Vanlierde
96 Ridge Road
New Bloomfield, PA 17068


Jason Vassey
122 Lake Cherokee Rd
Gaffney, SC 29340

Jason W Gross
101 Crockett Court
Smyrna, TN 37167


Jason W Long
1121 Schang Rd
Pittsburgh, PA 15236


Jason Wagner
142 Myrtle Road
Woodbine, NJ 08270


Jason Welch
3534 Fairmount Boulevard
Canton, OH 44705


Jason Werner
P.O. Box 6284
El Paso, TX 79906


Jason Wiler
164 Lover Leap
Smithfield, PA 15478

Jason Wilkens
8017 Telegraph Rd
Severn, MD 21144

Jason Zarecov
553 Rosedale Ave
Nashville, TN 37211

Jason Zaun
5340 Schantz Road
Allentown, PA 18104

Jason Zwaduk
16271 Hawley Road
Oberlin, OH 44074

Jasper Beard
1600 East Oceanview # H
Norfolk, VA 23503

Jasper E Chappelle
470 Chappell Town Road
Winnsboro, SC 29180

Jasper Frazier
4654 Norway Drive
Jackson, MS 39206

Jaswinder Singh
1900 L Street NW  Ste 301
Washington, DC 20036

Jatinder Patheja
1418 Marshall Lane
Meadowbrook, PA 19046

Javan S Martin
21929 Ringgold Pike
Hagerstown, MD 21742

Javaree Bolden
4052 Clove Hitch
Las Vegas, NV 89032

Javen Colon Jr
945 West Pine Street PO Box 1841
Allentown, PA 18102

Javier Delgado
4315 E Thunderbird Road #239
Phoenix, AZ 85034


Javier Gonzalez
541 North 6th Avenue
San Luis, AZ 85349


Javier Leon
624 Woodcrest Avenue Apt 2
Lititz, PA 17543


Javier Morales
2324 N Marshall St
Philadelphia, PA 19133


Javier Navarro
11510 Riverside Rd
El Paso, TX 79927


Javier Smith
30846 N Bramwell Ave
Queen Creek, AZ 85243

Javier Uriarte
376 Walnut St
Newark, NJ 07105

Jawalar Tummala
1267 Dye Meadow Lane
Flint, MI 48532

Jawgwa Spurgeon
208 Guess Street Left
Greenville, SC 29605

Jay  Adams
6378 Putnam Drive
Circleville, OH 43113

Jay  Singh
62 Daniel Street
Port Reading, NJ 07064

Jay A Burakowski
6709 Raven Crest
Liberty Township, OH 45011

Jay Bellamy
658 Route 211 West
Middletown, NY 10940

Jay Constable
32 Lee Avenue
Pittsburgh, PA 15221

Jay D Saylor
110 Middle Creek Rd
Lititz, PA 17543

Jay D Schankman
1 Church St  PO Box 526
Kingston, OH 45644

Jay E Marshall
RR6 Box 6416
Stroudsburg, PA 18360

Jay Gerber DDS
20 Mount Manor Dr.
St Marys, WV 26170

Jay Griffin Roark
6709 Sam Smith Road
Birchwood, TN 37308


Jay Hurtt
19130 Route 954 Highway N
Smicksburg, PA 16256


Jay Huss
137 W Smiley Avenue
Shelby, OH 44875


Jay K M Secor
1611 Franklin Avenue
Nashville, TN 37206


Jay L Holifield
3821 Woodglen Ave
Norton, OH 44203


Jay Myers
315 Evergreen Drive
Latrobe, PA 15610

Jay Outen
813 Brooke Valley Trace
Clarksville, TN 37043


Jay Pogue
4849 Corning Drive
Nashville, TN 37211


Jay Puzake
2000 Seven Mile Drive
New Philadelphia, OH 44663


Jay Richard
4353 State Route 66
Apollo, PA 15613


Jay Ryan Edgerton
1204 Ambling Hwy
Mt Pleasant, SC 29464


Jay S Shelley
497 Lake Road
Inman, SC 29349

Jay V Arroyo
12 W Crestwood Avenue
Somerdale, NU 08083


Jayanitbhai H Patel
5480 Inn Road
Mobile, AL 36619


Jayaprakash Alagarsamy
4206 Washington Avenue SE
Charleston, WV 25304


Jaycee Floyd
9036 Arborgate Drive  Apt #A
Charlotte, NC 28273


Jaydish Brahmbhalt
319 Quince Ave.
Galloway, NJ 08205


Jayhue Murdock Jr
9260 Portage  NW
Massillon, OH 44646

Jayme Kittle
681 Blue Ridge Rd
Pittsburgh, PA 15239


Jayme R Skeba
337 Grove Drive
Lower Burrell, PA 15068


Jaymee Vitullo
839 Reserve Street
Pittsburgh, PA 15209


Jaymie Andrews
40388 Miller Rd
Leetonia, OH 44431


Jaymie D Pastorius
514 E Murphy Avenue
Connellsville, PA 15425


Jaymie L Greer
305 Buffalo Ridge
Louisville, OH 44641

Jayne Kinney
8413 State Route 274
Lewistown, OH 43333

Jayson Busato
307 S 4th St
Jeannette, PA 15644

Jayson Rivero
720 North View Street
Bethlehem, PA 18018

Jean  McGonigle
219 Saint David Dr
Mt Laurek, NJ 08054

Jean A Kindrachuk
9732 Turnbridge Court
Brentwood, TN 37027

Jean A McCamish
25 Eden Place
Athens, OH 45701

Jean A Paris
5610 Valerius
Navarre, OH 44662

Jean A Siefring
542 Spruce St
St Henry, OH 45883

Jean Anderson
2906 Bungalow Lane
Henderson, NV 89074

Jean Brownlee Conyers
0102 Cat Tail Pond
Seabrook Island, SC 29455

Jean C Daltirus
243 Yellow Springs Court
Yardley, PA 19067

Jean C Riehle
195 Pease Road
Manalapan, NJ 07726

Jean Exume
337 Crystal Rock Road
Temple, PA 19560

Jean Ferguson
7814 Twp Rd 291 SE Box 427
Corning, OH 43730

Jean Konotopka
28991 199th Ave
Martin, SD 57551

Jean M Birmingham
18 Dalton Drive
Nelsonville, OH 45764

Jean M Denis
19475 N Grayhawk Dr
Scottsdale, AZ 85255

Jean R Barreau
2400 Downing Street
Reading, PA 19605

Jean R Lambert
5624 Washington Road
Albany, OH 45710


Jean Rowe
2057 Wethersfield Court
Reston, VA 20191


Jean S Cubbison
109 Easy Street
Renfrew, PA 16053


Jean States
2940 South Hood Ranch
Meridian, ID 83642


Jean T Ferrante
209 Northmont Drive
Verona, PA 15147


Jean Tatar
324 Holiday Drive
Pittsburgh, PA 15237

Jeanette Beltran
41811 W Avella Drive
Maricopa, AZ 85238

Jeanette Delvalle
4630 Reach Street
Philadelphia, PA 19120

Jeanette Knipfer
601 W Wenger Road
Englewood, OH 45322

Jeanette L Cornwell
580 Lincoln Avenue #3
Circleville, OH 43113

Jeanette M Ireland
118 Remil Dr
Butler, PA 16001

Jeanette Marie Lancas
948 Greenfield Avenue
Pittsburgh, PA 15217

Jeanette R Harris
521 McNair Street
Pittsburgh, PA 15221


Jeanette Rivera
190-A Redwood Ave
Ironwood, NY 11096


Jeanette Suzanne Guzzetti
7575 E Indian Bend Road  Apt 2072
Scottsdale, AZ 85250


Jeanie B Jeffcoat
2614 Riverland Drive
Cayce, SC 29033


Jeanine Edel
23 Shadiside Avenue
Keansburg, NJ 07734


Jeanine Haseleu
119 Clearview Ave
Pittsburgh, PA 15205

Jeanine M Havens
640 Pine Street  PO Box 146
Merrittstown, PA 15463


Jeanine Marie Michael
5503 E. Danbury Road
Scottsdale, AZ 85254


Jeanne  Predmore
2417 Jericho Dr
Harrisburg, PA 17110


Jeanne A Carroto
1150 Corsham Court
Akron, OH 44312


Jeanne A Corroto
1150 Corsham Circle
Akron, OH 44312


Jeanne Burns
4615 Hoy Place
Annondale, VA 22003

Jeanne Jonard
6008 Shala Dr
Nashport, OH 43930


Jeanne Knowlton
8 Carleton Court
Camp Hill, PA 17011


Jeanne L Knisely
314 East Main St
Roaring Spring, PA 16673


Jeanne Phillips
3 Emily Circle
Horsham, PA 19044


Jeanne S Reid
16 Boxwood Lane
Greenville, SC 29601


Jeannette  Clegg
1331 Vermont Place NE
Canton, OH 44714

Jeannette  Ross Tyler
35 E Hillcrest Avenue
Dayton, OH 45405


Jeannette A Roche
313 S Magnolia Dr
glenshaw, PA 15116


Jeannette Aguiniga
2050 North Betty Lane Apt #124
Ls Vegas, NV 89156


Jeannette Ely
153 East Penn Street
Carlisle, PA 17013


Jeannette F Rassey
618 State Street
Pulaski, PA 16143


Jeannette Gibson
2750 Soldiers Home WC Road
Dayton, OH 45418

Jeannette Miskimmin
3910 McLean Drive
McKeesport, PA 15133


Jeannie F Van Zandt
3 Oak Street
Cuddy, PA 15031


Jeannie Owen
36384 Skinner Rd
Pomeroy, OH 45769


Jed A Fisher
PO Box 6723
Goodyear, AZ 85338


Jed A Gibbons
103 Franklin St
Northen Cambria, PA 15714


Jed Goldfarb
511 Harbor Place
W New York, NJ 07093

Jed Henderick
972 Oak Dr
Glencoe, IL 60022


Jeff  Brown
PO Box 256
Adna, WA 98522


Jeff  Hendrick
4944 sough Highway 261
Hardinsburg, KY 40143


Jeff  Johnson
5212 Ash St
Roeland Park, KS 66205


Jeff  Sanders
611 Hastings Drive
Harrisburg, PA 17109


Jeff  Slane
1377 Woodlock Rd
Mt Pleasant, SC 29464

Jeff B Strong
3361 Calais Circle
Antioch, TN 37013


Jeff Bradenbaugh
3274 Van Buren Drive
Brunswick, OH 44212


Jeff Bratt
6640 Revere Street
Philadelphia, PA 19149


Jeff Bunims
3600 West Starr Pass Boulevard
Tucson, AZ 85745


Jeff C Nelson
1081 Court Ave  No 221
Memphis, TN 38104


Jeff Crimaldi
722 Locust Drive
Tallmadge, OH 44278

Jeff Cruea
373 Miles Ave
Tipp City, OH 45371

Jeff Cuellar
56 South Auburndale
Memphis, TN 38104

Jeff D Bowman
9002 Old Smyrna Road
Brentwood, TN 37027

Jeff Ford
309 Hunters Mill Lane
Evington, VA 24550

Jeff Giovino
188 Blue Jay Way
Hummelstown, PA 17036

Jeff Hamm
760 Bud Court
Murfreesboro, TN 37130

Jeff Holmes
5395 Waddell Hollow Road
Franklin, TN 37064


Jeff Hughes
2861 E Temple Ct
Gilbert, AZ 85296


Jeff Huss
14800 Staring Lake Parkway
Eden Prarie, MN 55347


Jeff Jacobson
73 Pine Street
Swansea, MA 02777


Jeff Johnston
2902 Polo Club Road
Nashville, TN 37221


Jeff Jones
864 Betty Avenue
Logan, OH 43138

Jeff Klamut
3015 Mary St
Ardara, PA 15616


Jeff Kohl
507 Chippenham
Franklin, TN 37069


Jeff Loniewski
3355 West US 20
Laponte, IN 46350


Jeff M Sproveri
524 West Washington Street
Corry, PA 16407


Jeff McEver
2847 Polo Club Rd
Nashville, TN 37221


Jeff McGuire
520 E. Main Street
Washingtonville, OH 44490

Jeff Mintzer
14 Chrisamber Drive
Orwigsburg, PA 17961

Jeff Mitchum
305 Walnut Grove Road
Unionville, TN 37180

Jeff Owens
4242 E Nineteenth Street
Spokane, WA 99223

Jeff Pacelt Display Network Inc
3890 Comers Drive
Saint Charles, IL 60174

Jeff R Wilkins
PO Box 454
Berlin, OH 44610

Jeff Rainey
5130 Sheets Road
Logan, OH 43138

Jeff Riggin
50 Barbara Lane
Uniontown, PA 15401


Jeff Roberts
3211 Frantasia Trail
Dayton, OH 45449


Jeff Rueb
3308 W Walter Way
Phoenix, AZ 85027


Jeff Sherwin
1111Chaucer Drive
Greensburg, PA 15601


Jeff Spears
1083 Moran Road
Frankllin, TN 37069


Jeff T Long
2739 Rear Gruyan Avenue
Huntington, WV 25702

Jeff Topping
1517 Hollow Tree
Las Vegas, NV 89032


Jeff Walker
2104 Willow Wren Dr
North Las Vegas, NV 89084


Jeff Zenoniani
3316 Andalusia Blvd.
Cape Coral, FL 33909


Jefferey Neris
2214 Faunce Street
Philadelphia, PA 19152


Jefferey Watson
3170 E Rocky Slope Drive
Phoenix, AZ 85048


Jefferson S Silva
9545 Brentford Drive
Highlands Ranch, CO 80130

Jeffery A  Barr
116 E Main St
Sellersville, PA 18960


Jeffery A Jackson
845 N Broad Street
Lancaster, OH 43130


Jeffery Alan Duna
9750 Peace Way
Las Vegas, NV 89147


Jeffery Compton
AB1 Mountainview Manor
Morgantown, WV 26501


Jeffery G Johnson
1419 17th Street
Canton, OH 44703


Jeffery Getts
3320 Brookview Blvd
Parma, OH 44134

Jeffery Goodwill
365 Sixth Street
Corry, PA 16407


Jeffery Hall
737 Redwood Circle
Columbia, TN 38401


Jeffery Harmon
4188 Winding Way
Indianapolis, IN 46220


Jeffery Jackson
123 Horace Street
Dayton, OH 45402


Jeffery McCoy
304 Minton Street
Pittsburgh, PA 15204


Jeffery P Ogg
860 Meadowview Drive
Canal Fulton, OH 44614

Jeffery Prince
3008 Shady Glen
Murfreesboro, TN 37128


Jeffery R Crider
819 Rockridge Road
Connellsville, PA 15425


Jeffery R Karam
4082 Meckes Drive
Walnutport, PA 18088


Jeffery S Brewer
2215 Cotter Road
Mansfield, OH 44903


Jeffery Santicola
416 Maryland Avenue
Oakmont, PA 15139


Jeffery Thomson
723 Carpenter Way
Woodstock, GA 30188

Jeffery VanDerMeulen
58 Magnolia Ave
Northfield, OH 44067

Jeffery W Borgersen
1300 W Warner Road  j#1094
Gilbert, AZ 85233

Jeffery W Krebs Jr
315 Chestnut St  Apt 3
Sewickley, PA 15143

Jeffrery H High
2350 Cubit Street  Apt 205
Eugene, OR 97402

Jeffrey  CD McCoy
206 W Osbun St
Mt Victory, OH 43340

Jeffrey  Favar
1302 Kennedy Dr
Manchester, TN 37355

Jeffrey  Plewak
10660 South Park Avenue
Clarence, NY 14031


Jeffrey  Williams
1874 Old forge Rd
Magadore, OH 44260


Jeffrey  Younsuk Lee
907 N Longwood Drive
Clarks Summit, PA 18411


Jeffrey A Bishop
422 Mount Drive
Sevierville, TN 37876


Jeffrey A Bogan
3208 Lone Prairie Ct
N Las Vegas, NV 89031


Jeffrey A Bolewake
1105 Connellsville Road
Fayette City, PA 15438

Jeffrey A Keirn
163 Anna Drive NW
Canton, OH 44708


Jeffrey A Martin
102 Walden Farm Circle
Union, OH 45322


Jeffrey A Peikins
3399 Lownesdale
Cleveland Heights, OH 44112


Jeffrey A Rudy
18 Rehrersburg Road  PO Box 99
Rehrersburg, PA 19550


Jeffrey A Waugh
2854 Gibson Dr
Columbus, OH 43207


Jeffrey Andrews
1298 Highland Ave E
Salem, OH 44460

Jeffrey Artz
1198 E Main Street
Hegins, PA 17938


Jeffrey Bailey
3054 Unionville Deason Rd
Bell Buckle, TN 37020


Jeffrey Baker
216 Kingsville Way
Roaming Shores, OH 44084


Jeffrey Barker
21 November Terrace
Weston, CT 06883


Jeffrey Bickel
150 Hepner Road
Hamburg, PA 19526


Jeffrey Bishop
1616 Rifle Range
Mount Pleasant, SC 29464

Jeffrey Bott
287 Route 68
Rochester, PA 15074


Jeffrey Boudinot
13594 Clover Valley Road
Croton, OH 43013


Jeffrey Bradford
40 North Gamble
Shelby, OH 44875


Jeffrey Braxton
233 Atlantic Street
Brigeton, NJ 08302


Jeffrey Breighner
50 Mulligan Drive
Etters, PA 17319


Jeffrey Burgess
48 Salisbury Avenue
N Kingstown, RI 02852

Jeffrey C  Payne
1530 West Longhorn Ct
Chandler, AZ 85248

Jeffrey C Nahley
4433 Georgian Place
Nashville, TN 37215

Jeffrey C Schmidt
2585 Church Lane
Kintnersville, PA 18930

Jeffrey Caley
2227 12th St SW
Canton, OH 44706

Jeffrey Cline
107 Klime Road
Bendersville, PA 17306

Jeffrey Croy
1456 B Gaylord Circle
Mesa, AZ 85213

Jeffrey D Cancilla
2478 William Flynn Highway
Butler, PA 16001


Jeffrey D Mathies
619 Calle Concordia
Pueblo West, CO 81007


Jeffrey D Natter
4355 E Barlind Drive
Pittsburgh, PA 15227


Jeffrey D Paraoan
10651 Ashford Circle
Waldorf, MD 20603


Jeffrey D Radziwon
11 Kenmore Rd
Yardley, PA 19067


Jeffrey D Sanders
613 General Barksdale Drive
Smyrna, TN 37167

Jeffrey D Turner
7311 Grindle Road
Wadsworth, OH 44281


Jeffrey D Williams
108 Groff Road
Confluence, PA 15424


Jeffrey Dawson
146 Huntingwood Drive
Lancaster, PA 17602


Jeffrey Derstler
511 East Chestnut Street
Lancaster, PA 17602


Jeffrey Dervanick
104 3rd Ave
Pittsburgh, PA 15229


Jeffrey Drummonds
750 Princeton Hills Dr
Brentwood, TN 37027

Jeffrey E Hugus
12352 Beaver Creek
Salem, OH 44460

Jeffrey E Jones
3721 E 154th Street
Cleveland, OH 44120

Jeffrey Elliot
114 Ladomus Circle
Ridley Park, PA 19078

Jeffrey Elliott
307 Hickory Street
Jeannette, PA 15644

Jeffrey F Wall
1151 Highland Ave
Ambridge, PA 15003

Jeffrey Gamble
230 South Green Road
S. Euclid, OH 44121

Jeffrey Gase
2669 Valencia Circle
Thousand Oaks, CA 91360


Jeffrey Gennaro
24410 N. 43rd Drive
Glendale, AZ 85310


Jeffrey Goodere
12285 Watsonville Road
Gilroy, CA 95020


Jeffrey Gray
1851 East Cornwell Street
Philadelphia, PA 19134


Jeffrey Greenberg
23500 Country Club Blvd., #12
North Olmsted, OH 44070


Jeffrey Groover
441 Plantation Place
Rincon, GA 31326

Jeffrey H Godfrey II
939 Shady Avenue
Charleroi, PA 15022


Jeffrey Hanshaw
15 S Arch Street
Dellroy, OH 44620


Jeffrey Haynam
9291 Rochester Road
Minerva, OH 44657


Jeffrey Hecht
11340 Santa Barbara Drive
Plain City, OH 43064


Jeffrey Hecht
4114 E Calle Redonda  #52
Phoenix, AZ 85018


Jeffrey Henson
3345 Dell Glade
Memphis, TN 38111

Jeffrey Hill
140 Blue Jasmine Lane
Summerville, SC 29483

Jeffrey Howiler
851 Jones Avenue
Newark, OH 43055

Jeffrey Johnson
2609 Lexington Place
McKinney, TX 75070

Jeffrey Kelly
1170 Tumbleweed Street
Uniontown, OH 44685

Jeffrey Kimbrell
1744 Brownell Road
Dayton, OH 45430

Jeffrey Kozlowski
7935 Jackson Road
Beaumont, TX 77706

Jeffrey Kunkle
341 Washington Street
Latrobe, PA 15650


Jeffrey L Brown
705 Blanchard Street
Osceola Mills, PA 16666


Jeffrey L Deiseroth
103 Arjay Dr
Lower Burrell, PA 15068


Jeffrey L Hysell
32097 Twp Road 704
Racine, OH 45771


Jeffrey L Kennedy
1306 Harvest Grove Boulevard
Murfreesboro, TN 37129


Jeffrey L Masloski
243 Hagan Street
Adena, OH 43901

Jeffrey L Moyer
2544 Brown Avenue
Grapeville, PA 15634


Jeffrey L Potteiger
143 S Maple Street
Mt Carmel, PA 17851


Jeffrey L Snook
2022 W Third Street  PO Box 4082
Williamsport, PA 17701


Jeffrey L Spees
1298 Woodforest NW
Massillon, OH 44647


Jeffrey L Weston
5905 Airways Boulevard
Southaven, MS 38671


Jeffrey Laper
1512 Carr Avenue
Memphis, TN 38104

Jeffrey Lazarus
10350 E. Easter Avenue
Centennial, CO 80112


Jeffrey Leary
230 North C Avenue
Beatty, NV 89003


Jeffrey Leibepsperger
67 W Laurel Street
Bethlehem, PA 18018


Jeffrey Leon  Scott
11183 W Tonto Street
Avondale, AZ 85323


Jeffrey Lorson
11818 Keener Drive
Orrville, OH 44667


Jeffrey M Eger
637 East Gore Road
Erie, PA 16509

Jeffrey M Everhart
2933 Falls Road
Bainbridge, OH 45612

Jeffrey M Mains
5800 White Horse Pike
Egg Harbor City, NJ 08215

Jeffrey M Nace
130 North St George St
Allentown, PA 18104

Jeffrey M School
315 3rd St
Monongahela, PA 15167

Jeffrey Maldonado
35468 N Shorthorn Trail
Queen Creek, AZ 85243

Jeffrey Manzolli
18217 NE 100th Court
Redmond, WA 98052

Jeffrey McElnea
5 Bayview Place
Madison, CT 06443

Jeffrey McKain
1608 Duke of Windsor Road
Virginia Beach, VA 23454

Jeffrey Menchofer
3120 East 216th St
Cicero, TN 46034

Jeffrey Michael McLaughlin
212 Clearview Lane
Lincoln University, PA 18352

Jeffrey Moorehead
304 Aldrich Avenue
Altoona, PA 16602

Jeffrey P Fullam
2 Oak Street
Smithfield, RI 02917

Jeffrey P Kemmler
2927 Brentwood Avenue
Pittsburgh, PA 15227

Jeffrey P Maddon
518 E Bradstock Way
Queen Creek, AZ 85240

Jeffrey P Serrano
12743 E Lupine Avenue
Scottsdale, AZ 85259

Jeffrey Pearson
2781 Merwether Lane
Mt Pleasant, SC 29466

Jeffrey Phillips
5 Bayard Rd  Apt 801
Pittsburgh, PA 15243

Jeffrey Pinegar
35943 Jeffrey Drive
Sterling Heights, MI 48310

Jeffrey Politis
2318 Cherry Lane Arden
Wilmington, DE 19810


Jeffrey Powell
1169 Dotta Dr
Pen Argyl, PA 18072


Jeffrey R Fisher
539 Close Lane
Nashville, TN 37205


Jeffrey R Helbig
3457 Westerville Woods
Columbus, OH 43231


Jeffrey R Rymer
309 Church Street #602
Nashville, TN 37201


Jeffrey R Steele
222 Leonard Ave S
Nashville, TN 37205

Jeffrey R Whyle
115 East Manilla Ave
Pittsburgh, PA 15220


Jeffrey R Young
2240 Belltree Drive
Reynoldsburg, OH 43068


Jeffrey Robinson
936 Carpico Drive
Lancaster, OH 43130


Jeffrey Roger Shirk
19 Vanderbilt Dr  PO Box 832
Brownstone, PA 17508


Jeffrey Russell
4998 Anderson Road
Pierport, OH 44082


Jeffrey S Collett
422 E South St
Coldwater, OH 45828

Jeffrey S Curry
9261 Meadowglen Drive
Cincinnati, OH 45231

Jeffrey S Krepps
PO Box 623  107 North Main St
Milroy, PA 17063

Jeffrey S Krugh
5125 Stonehope Road
New Albany, OH 43054

Jeffrey S Murray
PO Box 464
Woodbine, NJ 08270

Jeffrey S Webb
4200 Jamestown Highway
Alpine, TN 38543

Jeffrey S Wimmer
204 Diehl Drive
Telford, PA 18969

Jeffrey Sheets
1517 Skeels Road
Celina, OH 45822


Jeffrey Shields
314 Naraw Rd
Shelbyville, TN 31160


Jeffrey Smiley
101 Heather Way
Brentwood, TN 37027


Jeffrey Smith
3075 Dogwood Drive
Lititz, PA 17543


Jeffrey Smith Jr
113 Cherry Hill Rd
Shickshinny, PA 18655


Jeffrey Snodgrass
17300 US 33
Nelsonville, OH 45764

Jeffrey Stiffler
2755 Lexington Avenue B22
Mansfield, OH 44904


Jeffrey Stratt
2150 North Tenaya Way #2110
Las Vegas, NV 89128


Jeffrey Strong
515 Gleneagle Circle
Irmo, SC 29063


Jeffrey Sylvester
298 Holly Grove Plantation Lane
Washington, LA 70589


Jeffrey Szabo
1121 Freeport Rd
Natrona Heights, PA 15065


Jeffrey T Gumaer
350 Ridge Rd
Orwigsburg, PA 17061

Jeffrey T Jarrett
3650 St Andrews Dr
Youngstown, OH 44505

Jeffrey Todd
188 Shirley Dr
Monaca, PA 15061

Jeffrey Trimble
210 Hampton Dr
Summerville, SC 29483

Jeffrey Ulery
3081 W Sixteenth Street
Cleveland, OH 44113

Jeffrey W Sterling
215 Silver Oak Drive
Pittsburgh, PA 15220

Jeffrey W Wenhold Jr
25 Detweiler Road
Sellersville, PA 18960

Jeffrey Walther
302 Irvine Road
Lexington, KY 40502

Jeffrey Weiss
348 Franklin Court
Ambler, PA 19002

Jeffrey Yokum
433 Baum Street
Canton, OH 44707

Jeffrrey M Yokannis
147 Fort Pond Boulevard
East Hampton, NY 11937

Jeffrrey W Kurtak
711 Maryland Avenue SW
Canton, OH 44710

Jelin Peralta
1341 Moss Street 2nd Floor
Reading, PA 19604

Jelka Stojanovic
308 Earl Drive
Spartanburg, SC 29306

Jelyn Farquliar
3001 Lake East Drive
Las Vegas, NV 89117

Jemond Daughtry
903 Chaqueta Court
Smyrna, TN 37167

Jena Lee Jensen
16447 E Gunsight Dr #2
Fountain Hills, AZ 85268

Jeneen Foreman
650 Gershal Avenue
Pittsgrove, NJ 08318

Jenette McFee
2745 Highway 50
Liottle River, SC 29566

Jenifer L Berger
3812 Beanblossom Road
Greenville, OH 45331


Jenifer R  Gemas
1118 1/2 Sycamore Street
Connellsville, PA 15425


Jenise Musselman
4372 Upper Bridge Road
Pennsburg, PA 18073


Jenn Hegwood
1729 North Smith Road
Rnerton, WY 82501


Jenna Brumbaugh
616 N Main Street
Ithaca, OH 45384


Jenna Longstreth
413 Hamlet Drive W
Spring Grove, PA 17362

Jenna Soltes
2282 Forest Creek Circle
Columbus, OH 43223


Jenna Suter
399 Buttermore Road
Ruffs Dale, PA 15679


Jennifer  Dailey
343 Longfellow Street  #B
Vangergrift, PA 15690


Jennifer  Linder
1105 Earl Avenue
Smithville, TN 37166


Jennifer  Luckett
1102 Terrace Avenue  NW
Canton, OH 44708


Jennifer  Means
41 Columbia Rd
Monongahela, PA 15063

Jennifer  Pearson
166 Ranger Drive
Elizabethton, TN 37643


Jennifer  Unklesbay
1957 Village Street
Canton, OH 44707


Jennifer A Brown
747 E Chew St  No1B
Allentown, PA 18103


Jennifer A Cheddadi
2214 S Goebbert Road  #485
Arlington Heights, FL 60005


Jennifer A Deal
8542 Poplar Creek Rd
Nashville, TN 37221


Jennifer A Everman
1899 Kremer Road
Maria Stein, OH 45860

Jennifer A Gudknecht
2036 Blair St
Philadelphia, PA 19125

Jennifer A Hoarstick
2411 Miller Avenue
Coatesville, PA 19320

Jennifer A Kost
219 S York Street
Mechanicsburg, PA 17055

Jennifer A Kumer
175 Oak Street
Fair Oaks, PA 15003

Jennifer A Rice
335 Sunset Drive
Mendan, OH 45862

Jennifer Amy Yocum Dize
16747 Birdham Dr
Hamilton, VA 20158

Jennifer Anzalone
260 Woodland Dr.
Medina, OH 44256

Jennifer Bahnemann
8 Fishing Point
Elgin, SC 29045

Jennifer Baugher
5109 Beachview Circle NW
Canton, OH 44708

Jennifer Becker
221 3rd Avenue
Burnham, PA 17009

Jennifer Belisle
1821 Bryn Mawr Drive
Newark, OH 43055

Jennifer Borgelt
1879 State Route 99S
Willard, OH 44890

Jennifer Boulton
3629 Valley Vista Road
Nashville, TN 37205

Jennifer Bradley
116 E Montgomery Avenue  Apt 215
Ardmore, PA 19003

Jennifer Cardaci
134 East Atlantic Avenue
Villas, NJ 08251

Jennifer Cassidy
1036 Nutmeg Square South
Troy, OH 45373

Jennifer Conwell
577 LWE
Chambersburg, PA 17201

Jennifer Cowart
1137 S. Fork Dr.
Sevierville, TN 37862

Jennifer Davidson
514 Madison Avenue
Woodbine, NJ 08270


Jennifer Despain
9566 W. Maplewood Avenue
Littleton, CO 80123


Jennifer Ditty
5307 Elkins Avenue
Nashville, TN 37209


Jennifer Dotel
1282 Main Street
Northampton, PA 18067


Jennifer E Bienz
10846 Celina Mendon Drive
Mendon, OH 45862


Jennifer E Carell
930 Travlers Ct
Nashville, TN 37220

Jennifer E Keller
47269 State Route 248
Long Bottom, OH 45743


Jennifer E Torres
112 Elizabeth Ave
Trenton, NJ 08610


Jennifer Evans
728 Brockton Mountain Dr
Barnesville, PA 18214


Jennifer F Bean
15 Marine Avenue
Westport, CT 06880


Jennifer Flack
46 Needlepoint Lane
Levittown, PA 19054


Jennifer Floyd
56 Morton Street
Jackson, OH 45640

Jennifer Fludd
8160 North Ridgebrook Drive
North Charleston, SC 29420

Jennifer Garner
1295 West Galbraith Road
Cincinnati, OH 45231

Jennifer Gould
4845 Kendor Drive
Lower Burrell, PA 15068

Jennifer Graham
2644 S Ft Apache No 1023
Las Vegas, NV 89147

Jennifer Hall
7707 Pippin Road
Cincinnati, OH 45239

Jennifer Hardacre
1536 N Hampton Rd
New Carlisle, Oh 45344

Jennifer Hardman
708 Kenilworth Ct
Gahanna, OH 43230

Jennifer Haughey
1135 First Street
Grindstone, PA 15442

Jennifer Haun
17119 3rd Street
Connellsville, PA 15425

Jennifer Henry
856 Rushcreek Road
Galloway, OH 43119

Jennifer Hughes
4008 Canterbury Drive
Erie, PA 16506

Jennifer I Lang Claycomb
2011 Leishman Avenue
Arnold, PA 15068

Jennifer J Sharp
9489 Kitty Lane
Athens, OH 45701

Jennifer Janoco
5886 Knapp Road
Ravenna, OH 44266

Jennifer Jones
339 Aitken Avenue
Belle Vernon, PA 15012

Jennifer Jones
331 Beaver Street
Leetsdale, PA 15056

Jennifer Jones
1252 S Rhode Island Avenue
Wellston, OH 45692

Jennifer K Martin
1037 Cottingham Drive
Reynoldsburg, OH 43068

Jennifer K Murphy
216 Glenwood Avenue
Merchantville, NJ 08109


Jennifer K Poor
910 Holly Street
Celina, OH 45822


Jennifer K Rohr
1624 Washington AVenue
Piqua, OH 45356


Jennifer Kajut
1254 Constitution Boulevard
New Kensington, PA 15058


Jennifer Kraus
1755 N 500 West
La Porte, IN 46350


Jennifer L Alyanabi
703 Westmoreland Avenue
Jeannette, PA 15644

Jennifer L Estes
7233 Memory Lane
Cincinnati, OH 45239


Jennifer L Fitzgerald
453 Cemetery Road
Reynoldsville, PA 15851


Jennifer L Gehrt
829 Gainsborough Rd
Dayton, OH 45419


Jennifer L Gilroy
711 Hulton Road
Oakmonti, PA 15139


Jennifer L Haramoto
884 29th St
Altoona, PA 16601


Jennifer L Jones
2616 Thames Valley Close Court
Bowling Green, KY 42101

Jennifer L Mapes
638 Annfield
Mansfield, OH 44905


Jennifer L Mikos
517 Second Street
Harrisburg, PA 17113


Jennifer L Nalbandian
1801 Chippewa Ridge
Ambler, PA 19002


Jennifer L Patrick
10631 Dow Road
Mulliken, MI 48861


Jennifer L Perry
3601 State Route 703  #73
Celina, OH 45822


Jennifer L Youndt
174 Eagle Drive
Ephrata, PA 17522

Jennifer L Zebrasky
422 Russell Avenue
Poland, OH 44514

Jennifer Lee Dalley
216 Norwegian Woods Drive
Pottsville, PA 17901

Jennifer Leitner
262 East 2nd Street
Hummelstown, PA 17036

Jennifer Long
2191 Swallowtail Lane
Saint Augustine, FL 32092

Jennifer Lyn Brown
216 Lakeside Drive
Chapin, SC 29036

Jennifer Lynn Rone
1150 Hungryneck Blvd Ste721
Mt Pleasant, SC 29464

Jennifer M Borger
398 Center Street
Parryville, PA 18244


Jennifer M Cunningham
55510 Calais Road
Quaker City, OH 43773


Jennifer M Hogue
310 Crimson Circle
Campbell, OH 44405


Jennifer M Huggins
2106 Clark Street
Jonesboro, AR 72401


Jennifer M Rocha
3483 E Hight Mesa Rd
Safford, AZ 85548


Jennifer M Santerre
507 Kingstown Road
West Kingston, RI 02892

Jennifer Marshalek
510 West chestnut St
Lisbon, OH 44432


Jennifer McFarland
94 Solon Rd
Chagrin Falls, OH 44022


Jennifer Michaux
4603 Hershey Ct
Raleigh, NC 27613


Jennifer Miller
1913 S Fifth Street
Allentown, PA 18103


Jennifer Mondal
3120 Greenridge Drive
Lancaster, PA 17601


Jennifer N Aviles
759 Herkness St
Phildelphia, PA 19124

Jennifer N Roberts
PO Box 485  46 Allen Rd
Brownstown, PA 17508


Jennifer Needs
30807 Carey Road
Salem, OH 44460


Jennifer O Young
2175 Sprucewood Circle
Mansfield, OH 44903


Jennifer Olivet
1040 Kirk Rd
Greenback, TN 37742


Jennifer Ortiz
6042 North 36th Dr
Phoenix, AZ 85019


Jennifer P Pforr
300 Granger View Circle
Franklin, TN 37064

Jennifer Panaccione
3430 Brookview Blvd
Parma, OH 44134


Jennifer Pavely
200 Oakridge Rd
Pittsburgh, PA 15237


Jennifer R Harvey
728 S Washington
Liberal, KS 67901


Jennifer R McNelley
27 Tiffany Lane
Lebanon, PA 17046


Jennifer R Oddi
3039 Rightmire Boulevard
Columbus, OH 43221


Jennifer R Smashey
50 Sartori Avenue
Mt Ephram, NJ 08059

Jennifer R Walken
1912 Arkansas
Atlantic City, NJ 08401

Jennifer Richardson
13102 Ridgemoore Rd
Prospect, KY 40059

Jennifer S Correll
1832 Pennsylvania Avenue
Irwin, PA 15642

Jennifer S Driver
1934 Midway Ave NE
Canton, OH 44705

Jennifer Scales
1811 Diefenbach Road
Evansville, IN 47720

Jennifer Scheib
1304 Maple Street
Valley View, PA 17983

Jennifer Schoenman
1081 Devonwood Rd
Mansfield, OH 44907


Jennifer Seegichetla
3529 Beaumont Drive
Brunswick, OH 44212


Jennifer Sekely
102 Ringneck Lane
Irwin, PA 15642


Jennifer Sharon
10 Soloff Dr.
Hamilton Twp, NJ 08610


Jennifer Smith
445 Dixwell Avenue
New Haven, CT 06511


Jennifer Smitherman
3200 Old Hickory Boulevard Unit 316
Nashville, TN 37221

Jennifer Soltis
814 Marietta St
Connellsville, PA 15425

Jennifer Stevenson
1889 Sassafras Lane
Quakertown, PA 18951

Jennifer Thees
161 West Main Street
St. Henry, OH 45883

Jennifer Tissue
209 Irwin Drive
New Kensington, PA 15068

Jennifer Titman
2746 Icard Rhodhiss Road
Connelly Springs, NC 28612

Jennifer Torres
114 S 11th Street
Reading, PA 19602

Jennifer V Hamlin
9503 Misty Mountain Trail
Chattanooga, TN 37421


Jennifer Varela
121 Magazine Street
Carnegie, PA 15106


Jennifer W Jaha
211 Geary Ave  2nd floor
New Cumberland, PA 17070


Jennifer Ward
349 Penn Avenue
Leechburg, PA 15656


Jennifer Waterhouse
104 Edgeview Drive
Hendersonville, TN 37075


Jennifer Wellesley
1513 Edgewood Avenue
Roslyn, PA 19001

Jennifer Westcott
308 E Nunneley Road
Gilbert, AZ 85296

Jennifer Williams
4020 Ulmer Road Apt 201
Cola, SC 29209

Jennifer Williams
74 Oxford Drive
Gloucester, NJ 08030

Jennifer Worrell
1221 Norabell Avenue
Pittsburgh, PA 15226

Jennifer Wright
520 West 3rd Street
Lansdale, PA 19446

Jennifer Zack
305 George Street
Hanover, PA 17331

Jenny E Adkins
226 Hensley Cemetery Lane
Gainsboro, TN 38562


Jenny Hottinger
102 Baker Avenue
Plainfield, OH 43836


Jenny L Fleming
284 Shannon Road
Monongahela, PA 15063


Jenny L Perry
2410 Swart Road
Albany, OH 45710


Jenny Labate
1203 W Park Ave
Perkasie, PA 18944


Jenny Lehman
209 Centre Street
Coal Twnsp, PA 17866

Jenny M Maddox
1305 Leishman Avenue
New Kensington, PA 15068


Jerad Hoyson
804 Gaylord Avenue
Masury, OH 44438


Jerair Ohanian
5805 Madison Street
Morton Grove, IL 60053


Jerald Johnson
470 Mason Dr
Havana, FL 32333


Jerald Stanley Johnson
13416 Ladbroke Court
Charlotte, NC 28278


Jerardo Cardenas Sanchez
815 S Eighth
Yuma, AZ 85364

Jered D Gordner
123 E Market St Apt 3
Danville, PA 17821




Jerel Allen
420 E Slocum St
Philadelphia, PA 19119




Jeremey Milligan
5196 Dietrick Avenue
Orient, OH 43146




Jeremi J Hermann
10443 Whales Road
Erie, PA 16510




Jeremiah Chatham
5730 Heathrow Cove
Memphis, TN 38115




Jeremiah D McKain
5636 Forbes Ave
Pittsburgh, PA 15217

Jeremiah Hoagland
3304 Bowie Drive
Louisville, KY 40219


Jeremiah J Stein
PO Box 503
Wellsburg, WV 26070


Jeremiah Miles
33 Barr Road  PO Box 185
Penfield, PA 15849


Jeremiah Riethmiller
1256 Belle Village Drive N
Erie, PA 16509


Jeremie L Jessee
3221 Raystown Rd
Hopewell, PA 16650


Jeremy  Dearth
131 W Parkwood
Sidney, OH 45365

Jeremy  Elliott
619 Patriot Lane
Franklin, TN 37067


Jeremy  Hammond
7582 W 400S
Redkey, IN 47373


Jeremy  Polster
10301 E Charter Oak Road
Scottsdale, AZ 85260


Jeremy A Stillwagon
424 Elnell Ave
West Mifflin, PA 15122


Jeremy Abram  Stauffer
5103 Citrus Blvd. #300
River Ridge, LA 70123


Jeremy Adams
2857 Chiswick Road
Memphis, TN 38128

Jeremy Armstrong
40 Wabash St
Pittsburgh, PA 15220

Jeremy Baker
8 Ridgewood Drive
Conway, AR 72034

Jeremy Bender
514 Dupont Avenue
York, PA 17403

Jeremy Benton
425 Broadmeadows Boulevard #103
Columbus, OH 43214

Jeremy Breland
3113 Bishops Way
Franklin, TN 37064

Jeremy Brunot
949 Highland Avenue
Greensburg, PA 15601

Jeremy Byers
12 Gaskell Street
Pittsburgh, PA 15211


Jeremy C Wilson
1 Northmoor Drive
Arcanum, OH 45304


Jeremy Chesney
2522 Wildwood Avenue NE
Canton, OH 44714


Jeremy Clemons
43568 Angela Drive
Vinton, OH 45686


Jeremy Crain
116 Camp Creek Circle
Hendersonville, TN 37075


Jeremy D  Winkler
1165 McClellantown Rd
McClellantown, PA 15458

Jeremy Dennison
PO Box 263
Nuremberg, PA 18241


Jeremy E Fien
260 Park Avenue
Washington, PA 15301


Jeremy E Manarang
9723 Bolton Landing
Las Vegas, NV 89178


Jeremy E Schmidt
507 Liberty Way Apt 1B
McKeesport, PA 15133


Jeremy Elhaddad
46 Boucher Lane
Ligonier, PA 15658


Jeremy Elliott
619 Patriot Lane
Franklin, TN 37067

Jeremy G Gaskill
406 Goshen Rd
Cape May Court House, NJ 08210


Jeremy Gale
1910 Cleveland Rd West
Huron, OH 44839


Jeremy Haynes
1595 Crider Road
Mansfield, OH 44903


Jeremy Hiett
2305 Orchard Street
Nolensville, TN 37135


Jeremy J  Reichert
500 Blue Mountain Parkway
Harrisburg, PA 17112


Jeremy J Dicandilo
932 County Line Road  Floor 2
Bryn Mawr, PA 19010

Jeremy Jaramillo
6468 Peppergrass Drive
Sparks, NV 89436


Jeremy Jeanneret
2806 A Autsin Ave
Ft Campbell, TN 42223


Jeremy Kifen
331 Vanes Avenue
Monogahela, PA 15063


Jeremy L Perry
836 Hunker Lumber Road
Hunker, PA 15639


Jeremy L Wright
20 Joneswood Drive
Athens, OH 45701


Jeremy Lacy
714 Fenwick Close
Murfreesboro, TN 37130

Jeremy Laszlo
504 Golf Ave
Ellwood City, PA 16117


Jeremy Lee Kennington
480 Kennington Ln
McBee, SC 29101


Jeremy Little
5602 Wells Dr
Parlin, NJ 08859


Jeremy M Chaney
1025 W North Street
Piqua, OH 45356


Jeremy M Kutch
421 Sawhill Run Road
Butler, PA 16001


Jeremy M Latchaw
2920 SW 31st Ct
Topeka, KS 66614

Jeremy Marteney
1626 Lorna Drive
Henderson, NV 89011



Jeremy Ostergard
702 12th Street
Franklin, PA 16323



Jeremy Pewitt
5001 Evanston Way
Thompson Station, TN 37179



Jeremy Porter
3973 Old State Route 56  Apt A
New Marshfield, Oh 45766



Jeremy R Hartman
100 Howard St
Youngstown, OH 44515



Jeremy R. Drabik
180 Big Horn Road
Pittsburgh, PA 15239

Jeremy Raymer
1011 Heatherwood Road
Pleasant View, TN 37146


Jeremy Smith Sr
142 South Union Street
Easton, PA 18042


Jeremy Stout
15003 Malachite Ct
Reno, NV 89506


Jeremy T Flynn
4560 Nailscreek Rd
Radfor, TN 37853


Jeremy Teter
2940 High Street
Rock Creek, OH 44085


Jeremy W Henderson
6787 Longview Dr
Murfreesboro, TN 37129

Jeremy W Ray
1496 Dowey Circle
Lugoff, SC 29078


Jeremy W Ryan
6710 West Del Rio Street
Chandler, AZ 85226


Jeremy W Smith
10 Hope St
DeBois, PA 15801


Jeremy Walker
374 E. Biggs Road
Portland, TN 37148


Jeremy Ward
4184 Sugarcreek Drive
Bellbrook, OH 45305


Jeremy Wilson
20 Gibbs Street
Columbia, SC 29201

Jeremy Yarnell
211 Clay Street
Tamaqua, PA 18252




Jerett Konorla
274 Tent Church Road
Uniontown, PA 15701




Jeri L Stickle
2434 Whipple Avenue NW #5
Canton, OH 44708




Jericho Cabuso
611 Main Street
Blandon, PA 19510




Jermaine  Brown
3937 East Dell Dr
Fayettevlle, NC 28311




Jermaine  Smith
209 Annesbury Lane
Cane Ridge, TN 37013

Jermal Bowman
457 Sapphire Way
Pittsburgh, PA 15224

Jermale Anderson
857 Robertson Rd
Rock Hill, SC 29730

Jerome  Betz
89 Ye Old Hauto Road
Tamaqua, PA 18252

Jerome  Dillon
15232 S Harper St.
Dolton, IL 60419

Jerome  Gaffney
916 Hunters Ridge Way
N Las Vegas, NV 89032

Jerome  Gay
3519 Dunkirk Avenue
Norfolk, VA 23509

Jerome A Macke II
312 Dogwood Drive
Wapakoneta, OH 45895


Jerome Ash
629 Vintage Dr
Williston, SC 29853


Jerome Boykin
422 North 61st St
Philadelphia, PA 19151


Jerome Buchanan
1945 Claredon Drive
Easton, PA 18040


Jerome C Fulare
1630 Old Dominion Road
Altoona, PA 16602


Jerome Dooley
222 Briarcotes Circle
Lavergne, TN 37086

Jerome E Marshall
131 Mary Joe Martin Drive
Lavergne, TN 37086

Jerome Harris
62 Brophy Dr
Trenton, NJ 08638

Jerome J  Hoehn
128 Autumn Dr
Level Green, PA 15085

Jerome Kenneth Offhaus
428 Anderson Street
Curwensville, PA 16833

Jerome McDaniels
115 Castle Drive
Pittsburgh, PA 15235

Jerome Miller
1 Pioneer Point Court
Irmo, SC 29063

Jerome Miner
4160 Jonquil St
Columbus, OH 43224


Jerome Reed
1104 Caldwell Lane
Nashville, TN 37204


Jeromy Snyder
615 Market Street
Mifflinburg, PA 17844


Jeromy T Schultz
115 Madison Street
Nelsonville, OH 45764


Jeronimo Luis Vasques
6201 N Sixteenth Street  #224
Phoenix, AZ 85016


Jeronza Raeford
211 Mock Road
Davidson, NC 28036

Jerra Bradley
400 Cedarhurst Drive
Zanesville, OH 43701

Jerred Coren
604 State Route 224
Sullivan, OH 44880

Jerri C Parker
100 Skyline Cove
Helena, AR 72342

Jerri L Porter
4213 Warren Road
Franklin, TN 37064

Jerrod L Nichols
60001 Mt Olive Road
McArthur, OH 45651

Jerrod Reffner
5369 Plum Creel Boulevard
Roaring Springs, PA 16673

Jerry  Brown
55 Main Street
Jacksonville, OH 45740


Jerry A Botdorf
5802 Baker 47 Street
Shelby, OH 44875


Jerry A Purtee Jr
12652 County Road 115
Kenton, OH 43326


Jerry Beck
61 Keyser Road
Milton, PA 17847


Jerry Cardona
7335 Woodward Street
Allentown, PA 18103


Jerry Cunningham
26281 TR 1159
Warsaw, OH 43844

Jerry D Jones
1316 Lucia Dr
Canonsburg, PA 15317

Jerry D Metz
5196 County Road 23
Quincy, OH 43343

Jerry D Speer
5920 Highway 147
Stewart, TN 37175

Jerry Durling
7 West New Port Street
Ashley, PA 18706

Jerry E Smith
1443 Hass Street
Pittsburgh, PA 15204

Jerry Edmondson
102 Glenabby Drive
Summerville, SC 29483

Jerry Harris
203 Winburn Lane
Franklin, TN 37069

Jerry Henderson
1096 Ellis Way
Gallatin, TN 37066

Jerry Ho
221 Ames Court
Silverton, OR 97381

Jerry Hodges
6933 Lark Lane
Knoxville, TN 37919

Jerry Ikerd
575 Pumphouse Rd
Somerset, KY 42503

Jerry Keel
3845 N Calisto Circle
Mesa, AZ 85207

Jerry L  Rothenhoefer Jr
415 South Main St
Red Lion, PA 17356



Jerry L Boyd
1260 Chenandoah Circle
Rock Hill, SC 29730



Jerry L Neely
125 Harts Run Rd
Aleppo, PA 15310



Jerry L Rupert
24814 Highway 18
Springboro, PA 16435



Jerry Lykins
3145 Hales Branch Road
Midland, OH 45148



Jerry M Monagon
50897 State Rt 113
Amherst, OH 44001

Jerry M Young
214 Brown Chapel Drive
Newberry, SC 29108


Jerry Maples ll
267 Jim Laney Lane
Pageland, SC 29728


Jerry O  Rose Sr
410 Court Road
Beaver Falls, PA 15010


Jerry Prince
192 Irvin Road
Lavergne, TN 37086


Jerry Reynolds
123 Powell Avenue
Sweetwater, TN 37874


Jerry Ridennour
3896 Dutch Valley Road
Clinton, TN 37716

Jerry S Duckett
2721 Lincolnway West
Massillon, OH 44647


Jerry T Garmo
27425 West Skye Drive
Farmington Hills, MI 48234


Jerry Teague
808 Million Street
Athens, TN 37303


Jerry Tillis
36730 Kingsbury Road
Pomeroy, OH 45769


Jerry W Phelps
5048 Artesia Dr
Kettering, OH 45440


Jerry Wadro
5637 N Central Park Avenue
Chicago, IL 60659

Jesi Munday
521 Antabellan Court
Franklin, TN 37064


Jess Klutter
4024 Dogleg Trail
Medina, OH 44256


Jess Pitts
105 E Walnut Box 591
Botkins, OH 45306


Jesse  Crihfield
PO Box 222
Clinchco, VA 24226


Jesse  Harmon
2985 Fairway Lane  Apt C10
Zanesville, OH 43701


Jesse A Scarbrough
3934 S Greythorne Way
Chandler, AZ 85248

Jesse Austin Kirkpatrick
6064 Wooten Dr
Falls Church, VA 22044


Jesse Bloom
10 Victory Lane
Shermans Dale, PA 17090


Jesse C DeBruhl
1282 Horseshoe Bend
Mt Pleasant, SC 29464


Jesse D Miller
2550 Claiborn
Wichita, KS 67226


Jesse Dreibilbis
3327 Ridgeway Street
Reading, PA 19605


Jesse F. Buck-Brennan
232 Elm Avenue
Oaklyn, NJ 08107

Jesse Graner
1031 Prospect Road
Columbia, PA 17512

Jesse H Gutshall
203 Heritage Rd
Osterburg, PA 16667

Jesse J Cramer
12724 Samuel Ddrive
Mantua, OH 44255

Jesse J Greening
408 Fifth Avenue NE
Cullman, AL 35055

Jesse J Smith
132 40th Ave North
Nashville, TN 37209

Jesse J Young
1189 Holly Hill Drive  Apt 7
Greenville, OH 45331

Jesse Johnson
7712 Skylark Drive
Columbia, SC 29209

Jesse King
892 Childs Avenue
Crescent, CA 95531

Jesse L Roudebush
220 School Street
Bruin, PA 16022

Jesse L Thompson
2659 N Dellrose
Wichita, KS 67220

Jesse Loflin
6706 Greeley Drive
Nashville, TN 37205

Jesse M Wood
5310 Old Shallotte Road
Shallotte, NC 28470

Jesse Mutigli
5540 Swan Ave
North Canton, OH 44721


Jesse R James
1414 Agnes Place
Memphis, TN 38104


Jesse Starling
5830 Barrows Road
Athens, OH 45701


Jesse W Howard
310 Capehart Place
New Haven, WV 25265


Jesse White
3239 N. Bambrey Street
Philadelphia, PA 19129


Jesse William Krewson Jr
6764 Air Assault Ave  Ste 200
Clarksville, TN 42223

Jessica  Boord
391 Pechin Road
Dunbar, PA 15431


Jessica  Lear
113 Lewis St
Phillipsburg, NJ 08865


Jessica  Martin
301 S 7th Street
Emmaus, PA 18049


Jessica  Noto
2541 E Ridge Creek Rd
Phoenix, AZ 85024


Jessica  Ross
1101 Downs Blvd  no 97
Franklin, TN 37064


Jessica A Hardyway
4912 New Jersey
Wichita, KS 67210

Jessica A Kynion
14993 S. State Avenue
Middlefield, OH 44062


Jessica A Mason
1997 Palmer Dr
Norristown, PA 19403


Jessica A Peed
1044 Ankeney Road
Xenia, OH 45385


Jessica A Quinn
270 E Mennonite Road
Aurora, OH 44202


Jessica Birchell
902 Grimes Road
Mansfield, OH 44903


Jessica Boyer
8589 Dayton Cincinnati Pike
Miamisburg, OH 45342

Jessica Bull
517 Selsey Court South
Hermitage, TN 37076


Jessica Campbell
1486 Woodmart Blvd
Nashville, TN 37215


Jessica Cortese
82 Maple St
Elm Hurst, PA 18406


Jessica Cowan
556 East 9th Street
Erie, PA 16503


Jessica Danielle  Bryson
122 Shadowmoss Dr
Piedmont, SC 29673


Jessica Darrach
1024 Phillips Avenue
Dayton, OH 45410

Jessica Dawn  Tripp
310 Ross Rd  No 4J
Columbia, SC 29223


Jessica Dominguez
3270 Shoehorn Dr
Lakeland, TN 38002


Jessica F Maciolek
1017 Estates Blvd
Hamilton Sq, NJ 08690


Jessica Federman
1351 Chucker Drive
Clarksville, TN 37042


Jessica Feldman
12 Pennlyn Road
Churchville, PA 18966


Jessica Fischbach
172 Fannie Drive
Summerville, SC 29485

Jessica Friedman
1413 E. Fairview Avenue  Apt D
Montgomery, AL 36106




Jessica Geier
2932 Stachler Road
Ft Recovery, OH 45846




Jessica Hawk
4998 Alton Street
Albany, OH 45710




Jessica J Fockler
1071 Eagle Drive  Apt 1403
Akron, OH 44312




Jessica Jane Kopinetz
25 Parry Drive
Pottsville, PA 17901




Jessica Jendrejewski
224 Market Street
Freeport, PA 16229

Jessica Jo Baker
25 Rural
Emporia, KS 66801

Jessica Kirkland
233 Mill Street PO Box 15
Marion Center, PA 15759

Jessica L Anderson
4400 Milla Road
Clarion, PA 16214

Jessica L Artman
112 Parkedge Rd
Pittsburgh, PA 15220

Jessica L Bruckner
2347 Lincoln Way E
Massillon, OH 44646

Jessica L Day
10450 McDougal Road
Millfield, OH 45761

Jessica L Glass
709 Cheatham St
Springfield, TN 37172


Jessica L Graber
480 Syner Rd
Annville, PA 17003


Jessica L Janderchick
7476 Sterling Road
Harrisburg, PA 17112


Jessica L Knox
716 Idlewood Avenue  Apt 2
Carnegie, PA 15106


Jessica L Lupi
472 Cedar Drive
Moon Township, PA 15108


Jessica L Mazaika
199 Seip Lane
Shoemakersville, PA 19555

Jessica L Painter
Lower Road  PO Box 164
St Benedict, PA 15773


Jessica L Scruble
2426 Penn Avenue
West Lawn, PA 19609


Jessica L Sollinger
306 Bella Lane
King of Prussia, PA 19406


Jessica M Back
6125 Gebhart Church Road
Miamisburg, OH 45342


Jessica M Ingraham
15346 Mercer Rd
Townville, PA 16360


Jessica M Smith
11746 State Route 2226
Shreve, OH 44676

Jessica M Stup
92 Ritter Drive
Martinsburg, WV 25401

Jessica M Thomas
306 Flatwoods  Rd
Vanderbilt, PA 15486

Jessica Miller
285 S. Jefferson Street
Hanover, PA 17331

Jessica N Drawe
206 Village Dr
Pittsburgh, PA 15205

Jessica N Jenkins
11 Hunter Court
Laurens, SC 29360

Jessica N Leiendecker
525 East Russell Ave
West Lafayeete, OH 43845

Jessica N Niekamp
152 Reed Street
New Bremen, OH 45869

Jessica O Neill
603 West Center Avenue
Titusville, PA 16354

Jessica Palmyra
1719 California Street
Mountain View, CA 94041

Jessica Parker
9093 Spoonbille Ridge Place
PlaceLAs Vegas, NV 89143

Jessica Parker
582 Crestmont Ct
Galloway, OH 43119

Jessica R Baker
1446 Powell St
Norristown, PA 19401

Jessica R Robinson
3241 Greenbrook Court
Columbus, OH 43224


Jessica Riggle
4348 West Woods Edge Lane
Mancie, IN 47304


Jessica S Pressler
4522 Brunnerdale Avenue NW
Canton, OH 44718


Jessica S Smith
305 Cemetery Road
Sistersville, WV 26175


Jessica Sandoval
5247 W Potter Drive
Glendale, AZ 85308


Jessica Skinner
4000 Sargent Road
Guysville, OH 45735

Jessica Smith
8233 Rossi Road
Brentwood, TN 37027

Jessica V Herrera
719 Mulberry Street
Trenton, NJ 08638

Jessica Valentin
3942 Palmetto Street
Philadelphia, PA 19124

Jessica W Wise
1751 Chestnut Street
New Ringgold, PA 17960

Jessica Wall
104 Deerfield Place
Archdale, NC 27263

Jessica Winsett
9280 Vaughn Road
Miamisburg, OH 45342

Jessie  Ford
3608 Moss Avenue
Columbia, SC 29205


Jessie Ambriz
472 S 17th Ave
Yuma, AZ 85364


Jessie Goodspeed
375 Shawnee
Queen Creek, AZ 85243


Jessie L Lamison
419 Longfellow Street
Vandergrift, PA 15690


Jessie McDonald
Bus 110  3 Forum Drive
Columbia, SC 29229


Jessie Moore
3667 Ferman Road
Columbus, OH 43207

Jessie Reisdorf
2451 N Rainbow  2042
Las Vegas, NV 59108




Jessie Schaible
5683 Ericka Ct
Galloway, OH 43119




Jessika Krcek
4142 W Saguaro Lane
Glendale, AZ 85310




Jesus Arreola
344 E Kenwood Circle
Mesa, AZ 85201




Jesus B Valenzuela Montes
2403 E Kesler Lane
Chandler, AZ 85225




Jesus Carrano Olvera
4626 Coronado Hills Way
Las Vegas, NV 89115

Jesus Delgado
6412 Avenue 9E
Yuma, AZ 85364

Jesus Garcia
1665 Monreal Lane
San Luis, AZ 85349

Jesus Hernandez
15236 W Jackson Street
Goodyear, AZ 85338

Jesus Hernandez Zavala
558 South 11th Street
Reading, PA 19602

Jesus M Suarez Santos
1027 West Allen St
Allentown, PA 18102

Jesus Quintana
22 W 276 North Ave
Glen Ellyn, IL 60137

Jesus R Soto Servin
105 Los Tres Hombres Street
San Luis, AZ 85349

Jesus Rodriguez
18L3 S Olsen
Tucson, AZ 85713

Jesus Salazar
461 Sunset Villa Drive
Las Vegas, NV 89110

Jesus Velez
4100 Longshore Avenue
Philadelphia, PA 19135

Jesus Zalapa
1711 Rawhide St 119
Las Vegas, NV 89119

Jewell Ann Mason
PO Box 2752
Greer, SC 29650

Jeyson Seneli Jean
2234 S 79th
West Allis, WI 53219



Jhad Rahman
38810 Waverly Drive
Avon, OH 44011



Jhane Cole
16015 N 159th
Surprise, AZ 85374



Jide  Akande
2404 Cantura Dr
Mesquite, TX 75181



Jide Emiola
1125 Tenth Street S  Apt A4
Bilmingham, AL 35205



Jihad Elmasri
3700 Bush River Rd  Apt L4
Columbia, SC 29210

Jill  Hawkins
2719 Park Road
Selinsgrove, PA 17870

Jill A Eilerman
4851 St Peter Road
Coldwater, OH 45828

Jill C  Reading
2610 Broadmead Rd
Louisville, KY 40205

Jill Constantinou
10597 Moultrie Avenue
Las Vegas, NV 89129

Jill Cruz
6 Webster Ave
New Rochelle, NY 10801

Jill Dawson
1005 Crimson Way
Hendersonville, TN 37075

Jill Grechs
434 Darby Lane
Bel Air, MD 21015


Jill Hendry
1018 Chestnut
Emporia, KS 66801


Jill Hunter
9040 Woodview Drive
Pittsburgh, PA 15237


Jill Jacobs
234B Cherokee Road
Nashville, TN 37205


Jill Kerr
14020 South 31st Street
Phoenix, AZ 85048


Jill Minneman
8285 Lukmin Court
Clayton, OH 45315

Jill Page
4808 Crimson Glory Lane
Las Vegas, NV 89130


Jill Paynter
10721 E Mission Lane
Scottsdale, AZ 85258


Jill Price
681 Hathaway Trail
Tipp City, OH 45371


Jill Stevens
4415 Holiday Lane
Bellefontaine, PA 43311


Jill White
53 Deer Run Dr
Coaldale, CO 81222


Jillian  Bichsel
116 Dippold Street
Sewickley, PA 15143

Jillian K Eubanks
225 Pine Ridge Road
Jackson, OH 45640

Jillian R Trbovich
531 Cedar Creek Road
Belle Vernon, PA 15012

Jillisa Richards
138 Becks Lane
Powell, TN 37849

Jim  Blackstock Jr.
533 Turtle Creek Drive
Brentwood, TN 37027

Jim  Hay III
201 N Deer Wood Lane
West Chester, PA 19382

Jim  Johnston
2080 West Hunter Road
Tucson, AZ 85755

```
Jim  Malfetti
6 Strickland Way
Glen Mills, PA 19342




Jim Blackstak
415 Church Street  Apt 1908
Nashville, TN 37219




Jim Childress
350 Bishop Chapel Road
Loretto, TN 38469




Jim E  Lee III
1366 McCartney Lane
Columbus, OH 43229




Jim Field
706 Las Lomas
Austin, TX 78746




Jim Frantz
5170 Grove Drive
Celina, OH 45822
```

Jim H Fowles Jr
140 Yelton Lane
Eastover, SC 29044


Jim Hupp
2285 Ravenna Avenue NE
East Canton, OH 44730


Jim Joint
3440 Capri Way Unit 3
Oceanside, CA 92056


Jim King
7857 W Andrea Drive
Peoria, AZ 85383


Jim Lever
1314 E Encinas Avenue
Gilbert, AZ 85234


Jim Pallone
1931 Sterrett Road
Reynoldsville, PA 15851

Jim Paulson
9833 Royal Lamb
Las Vegas, NV 89145

Jim Rieniets
2505 21st Avenue Suite 204
Nashville, TN 37212

Jim Riordan
1286 Carnahan
Pittsburgh, PA 15220

Jim Rush
6294 Gamble Road
Lisbon, OH 44432

Jim Veghte
101 W Centre Street
Shenandoah, PA 17976

Jim Wyatt
5308 Greystoke Drive
Brentwood, TN 37037

Jimmie  Pound
1653 Busbee Road
Gaston, SC 29053


Jimmie J Robinson
428 Walkersville River Rd
Walkersville, WV 26447


Jimmie L Davis
6413 Hwy 311
Green Forest, AR 72639


Jimmie L Dicken
6182 Pattonsville Road
Jackson, OH 45640


Jimmy  Caban Jr
571 Blake Moore Drive
Lavergne, TN 37086


Jimmy  Gates
1856 Whitney Ave
Memphis, TN 38127

```
Jimmy B Caudill
2101 Battlesburg SW
East Sparta, OH 44626




Jimmy C Smith
4628 FDartford Rd
Englewood, OH 45322




Jimmy D McCloskey
7006 Pearl Road  SE
Amsterdam, OH 43903




Jimmy D Watkins
5603 Royal Court
Hermitage, TN 37076




Jimmy DiFabrizio
4597 Harrison Street
Bellaire, OH 43906




Jimmy E Taylor
9 Lincoln Ave
Burgettstown, PA 15021
```

Jimmy Glenn  Bright
207 Starboard Side
Anderson, SC 29625


Jimmy Hodges
3226 N 106th Ave
Avondale, AZ 85323


Jimmy J Guess
117 St John Street
Nelsonville, OH 45764


Jimmy Martin
1906 Holston Valley Road
Morristown, TN 37814


Jimmy R Wiles
3511 Huntingbrook Drive
Columbus, OH 43231


Jimmy Taveras
2563 N 17th Street
Philadelphia, PA 19132

Jimmy Wen
3245 Unruh Avenue
Philadephia, PA 19149


Jimmy Wheeler
161 Sontag Drive
Franklin, TN 37064


Jimmye S Lickliter
1909 Mystic Bay Court
Indianopolis, IN 46240


Jin H Zhao
21 Deans Trace Street
Glasgow, KY 42141


Jing  Huang
1209 North State Parkway #4
Chicago, IL 60610


Jo Ann Conti
143 Main Boulevard
Ringtown, PA 17967

Jo Ann Robinson
917 Lawrence Street
Emporia, KS 66801

Jo Ann Rocknage
901 Hartman Street
McKeesport, PA 15132

Jo Ann Sickels
204 Oak Street
Bessemer, PA 16112

Jo Ann Williams
1609 James Cox Road
Belton, Sc 29627

Jo Anne Birotte
973 W Trenton Avenue  Apt B44
Morrisville, Pa 19067

Jo Anne Force
103 Saige Court
Cranberry Township, PA 16066

Jo L Braxton
304 Connellsville Street
Uniontown, PA 15481

Jo Lynn Wallace
1805 Winchester #5
Elko, NV 89801

Jo Windon
5379 Old Columbus Road
Springfield, OH 45502

Joachim Alfieri
6825 Wesley Drive
Harrisburg, PA 17112

Joan A Shaud
215 South Third Street
Saint Clair, PA 17970

Joan A Williams
5341 Gunness
Dublin, OH 43017

Joan E Ferguson
1620 State Street
Osceola Mills, PA 16666

Joan Godfrey
1038 E Elm St
Scranton, PA 18505

Joan Godoy
2710 Eldora Circle #B
Las Vegas, NV 89146

Joan K Hart
1767 Heather Heights Dr
Crescent, PA 15046

Joan Lagomarsino
33 Geranium Road
Levittown, PA 19057

Joan M Jones
64 Talmadge Rd
Clayton, OH 45315

Joan P Wood
306 Eastcliffe Way
Greenville, SC 29611

Joan Sell
3 Caitlin Court
Johnson City, TN 37604

Joan V Bell
232 Yankee Road  Lot 144
Quakertown, PA 18951

Joan Vitkoski
67 Armstrong Street
Edwardsville, PA 18704

Joan Wolfel
163 Sunflower Lane
Emporium, PA 15834

Joana  Nikolaiczyk
1816 Shackleford Rd
Nashville, TN 37218

Joane R Learn
536 N 2nd St
Bellwood, PA 16617


Joanie Cannon
3247 Webber Drive
Arlington, TN 38002


JoAnn Brown
1121 Brokinrich Road
Huger, SC 29450


JoAnn C Kuntz
8731 Woodlore Circle NW
N Canton, OH 44720


Joann Cepko
2764 Valleyview Dr
Lower Burrell, PA 15068


Joann D Ritter
905 Watson Street
Pittsburgh, PA 15219

Joann DeJonge
6160 Duncan Drive
Las Vegas, NV 89108

Joann Hinton
17315 SR 339
Waterford, OH 45786

Joann Jones
3941 N Nellis Blvd No 130
Las Vegas, NV 89115

Joann M Pawling
204 Appletree Court
Mullica Hill, NJ 08062

Joann Mary Miller
39 James Road
Hatboro, PA 19040

JoAnn Smalls
1102 Quaker Creek Dr
Mebane, NC 28302

Joann Williams
9 Clearview Drive
Canonsburg, PA 15317


JoAnn Zeiglar
16 Meadow Lane
Quakertown, PA 18951


Joanna A Hurt
1344 County Rd 404
Killen, AL 35645


Joanna A McKinney
5580 Ream Road
Lima, OH 45806


Joanna L Morris
225 Marshall Drive
Pittsburgh, PA 15235


Joanna Lacommare
902 Cherry Street
Pittsburgh, PA 15205

Joanne Corcoran
5400 2nd Ave.
Pittsburgh, PA 15207

Joanne Cragen
33 Bast Avenue
Ashland, PA 17921

Joanne D Screwes
664 N Hawkins Avenue
Akron, OH 44313

Joanne Dimick
47 Swigart Street
Barberton, OH 44203

Joanne Jackson
5049 Leona Dr
Pittsburgh, PA 15227

Joanne Kinard
2442 North 29th Street
Philadelphia, PA 19132

Joanne Kohler
218 East Town No112
Wapakoneta, OH 45895


Joanne M Bosh
5293 City Road 57
Galion, OH 44833


Joanne M Muransky
231 Wychwood Lane
Youngstown, OH 44512


Joanne Rocco
2932 Willet Road
Pittsburgh, PA 15227


Joanne Stotts
35 West Second Street
The Plains, OH 45780


Joanne Work
320 Greenhill Road
West Chester, PA 19380

Joanne Y Dull
4127 Skyline Drive
Nashville, TN 37215


Joaquim D Carvalho
2831 Keystone St
Bethlehem, PA 18020


Jocelyn Anderson
18416 N. Cave Creek Raod  #2047
Phoenix, AZ 85032


Jocelyn Wolesla
223 East First Avenue
Altoona, PA 16602


Jochem Gliss
4359 E Briles Rd
Phoenix, AZ 85050


Jodell Uffman
3301 Biddle Road
Crestline, OH 44827

Jodi Barthel
2259 Allen Avenue
Canton, OH 44707


Jodi Bennett
10898 Half Moon Road
Wattsburg, PA 16442


Jodi Bennett
2544 Bellflower NW
Carrollton, OH 44615


Jodi Foraker
1163 Grandview Avenue SW
Canton, OH 44710


Jodi L Hocker
1770 Delmar Drive
Springfield, OH 45503


Jodi L Richardson
1581 Rydalmount
Cleveland Hts, OH 44118

Jodi L Romberger
507 Fairview Street
Pottsville, PA 17901


Jodi L Simcox
325 Witmer Street
Clearfield, PA 16830


Jodi L. Hassler
1892 Russell Ridge Road
Crossville, TN 38555


Jodi Melissa Schleicher
2128 Sherbrooke Court
Nashville, TN 37211


Jodi Murphy
8946 Farmdale Way
Maineville, OH 45039


Jodi Murphy
38 Blue Sky Drive
Chester, WV 26034

Jodi Nicole Lindemuth
109 Pebble Lane
Brookville, PA 15825


Jodi R Preston
259 E Thirteenth Avenue  Apt C
Columbus, OH 43201


Jodi Robertson
1632 West End Avenue
Pottsville, PA 17901


Jodi Rodericks
188 Hoffman Heights Rd
Greensburg, PA 15601


Jodi Stambler
712 N. Cambridge Avenue
Ventor, NJ 08406


Jodie Beneke
114 Blackburn Avenue
Nashville, TN 37205

Jodie Thielen
113 Springfield Dr
Smyrna, TN 37167


Jody  Bucci
391 Pine Ridge Dr
Venetia, PA 15367


Jody Cercone
710 Lanawan Lane
Youngstown, OH 44512


Jody Concannon
2401 Glenarm Avenue
Pittsburgh, PA 15226


Jody D Keyser
1198 W Swan Dr
Chandler, AZ 85248


Jody Fox
225 N Mulberry St
Bremen, OH 43107

Jody Graham
7381 State RT 45
Lisbon, OH 44432


Jody Johnson
7843 Irvington Avenue
Dayton, OH 45415


Jody N Small II
194 Blackpiece Road
Wardsboro, VT 05355


Jody Odorisio
217 East Schribner Avenue
DuBois, PA 15801


Jody R Powng
52 Barcelona Drive
Niles, OH 44446


Jody Riddle
822 Columbus Ave NW
Canton, OH 44708

Jody Weber
172 Finsbury Lane
Troy, OH 45373


Joe  Gregory
7201 E 32nd Street  Suite 198
Yuma, AZ 85365


Joe  Jackson
8 Sleepy Hollow Lane
Hopkins, SC 29061


Joe  Lococo
1445 First Street
Massillon, OH 44646


Joe  Reinharot
157 Governors Loop
Myrtle Beach, SC 29588


Joe  Smith
1015 Thompson Place  Apt L9
Nashville, TN 37217

Joe A Talkish
11687 Rt 97  Lot 88
Waterford, PA 16441


Joe Arnold
102 Woodmont BV Ste 246
Nashville, TN 37205


Joe Arvallo
737 S. Ocotillo Lane
Gilbert, AZ 85296


Joe Asturi
2007 Pelone DRive
Verona, PA 15147


Joe Babb
P.O. Box 2215
Page, AZ 86040


Joe Barbuti
148 East Geace Street
Old Forge, PA 18518

Joe Book
9538 Valley Road
Pittsburgh, PA 15237


Joe Brown
PO Box 274
Wellsville, PA 17365


Joe Catalano
217 Arla Drive
Pittsburgh, PA 15220


Joe D  Martin
1442 Snell Boulevard
Nashville, TN 37218


Joe Dillingham
712 Glen Iris Court
Nashville, TN 37221


Joe F Cooperwood
4890 Scottsdale Avenue
Memphis, TN 38118

Joe Fellers
4020 Guinn Road
Knoxville, TN 37931

Joe Grace II
3568 Old Oaks Drive
Beavercreek, OH 45431

Joe Hayes
3970 Mountain Terrace
Memphis, TN 38127

Joe Kitchen
21960 Highway 76
Newberry, SC 29108

Joe Lyons
3398 N Main Street
Mansfield, OH 44903

Joe Mata
10921 W Citrus Grove Way
Avondale, AZ 85323

Joe McCune
165 Toledo Street
Glouster, OH 45732


Joe Monroe
5751 W Altadena
Glendale, AZ 85304


Joe Neira
1104 Denmont Avenue S.W.
Massillon, OH 44646


Joe Pasillas
400 W Pebble Beach Avenue
La Habra, CA 90631


Joe Plowman
116 Taggart Lane
Nashville, TN 37205


Joe R Dietrich
446 West Main St
Kutztown, PA 19530

Joe Ricciardi
891 E Gail Drive
Gilbert, AZ 85296




Joe Schwab
712 Fox Creek Lane
Cincinnati, OH 45246




Joe Sesate
10320 East Emelita Avenue
Mesa, AZ 85208




Joe Spencer
210 Stites Avenue
Fairview Heights, IL 62208




Joe Strotheide
96391 Pine Islands
Comstock Park, MI 49321




Joe W  Allen
1481 Doris Ave
Memphis, TN 38106

Joel  Chambers
605 Ohio Street
Wapak, OH 45895


Joel  Jackson
4774 Cameo Avenue
Memphis, TN 38128


Joel  Plote
1708 N 15th Ave
Phoenix, AZ 85007


Joel A Fulmer
920 First Avenue North
Nashville, TN 37201


Joel A Pezzano
2005 Cedar Lane
Nashville, TN 37212


Joel B Laborce
3185 Longridge Way
Grove City, OH 43123

Joel B Tomas
6036 Stibor St
North Las Vegas, NV 89081


Joel C Smith
4102 Old State Road
Knox, PA 16232


Joel Carey
4558 North Canal Street
Philadelphia, PA 19143


Joel D Matthews
25 Fulling Mill Rd
Rio Grande, NJ 08242


Joel Dryden
2089 West Ivanhoe
Chandler, AZ 85224


Joel Elhard
4825 Augustus Court
Hilliard, OH 43026

Joel G Mercado
PO Box 11544
San Luis, AZ 85349

Joel Garcia
762 North 13th Street
Reading, PA 19604

Joel Guerrier
1530 West Ruscomb
Philadelphia, PA 19141

Joel Jason Compton
176 Shady Elm Lane
Weber City, VA 24290

Joel Krocker
2538 County Road 775 Box 507
Perrysville, OH 44864

Joel L Thomas
11181 W Loma Lane
Peroia, AZ 85245

Joel Lee Mauldin ll
3036 Southshore Dr
Charleston, SC 29407


Joel M Klompus
83 Via Los Altos
Tiburon, CA 94920


Joel Martinez
2860 CR 775
Loudonville, OH 44842


Joel Mayeski
19 Sunset Drive
Mechanicsburg, PA 17050


Joel O Gray
1348 Singing Trees
Memphis, TN 38116


Joel Rolon
301 Bridge Street
Old Forge, PA 18518

Joel S Rodriguez Bermudez
1017 12th St
Allentown, PA 18103


Joel S Schwartz
126 E 31st Street
Erie, PA 16504


Joel Santiago
1228 Union Street
Lancaster, PA 17603


Joel Scott Abraham
957 Bockstoce Avenue #301
Pittsburgh, PA 15234


Joel Simmons
9722 Eighth Avenue
Inglewood, CA 90305


Joel Soriano
120 N McQueen Road #105
Chandler, AZ 85225

Joel Sundo
126 Dorseyville Rd
Ohara, PA 15215


Joel Ulrich
1828 Frush Valley Rd
Temple, PA 19560


Joel Weiss
11 Timothy Ct
Monsey, NY 10952


Joel Wise
3921 Orchard Avenue
Cincinnati, OH 45236


Joel Z Durham
175 Pennsylvania Avenue
Pittsburgh, PA 15202


Joel Zeiger
1008 Delene Road
Jenkintown, PA 19046

Joelle P Farrar
1670 W Winchester Way
Chandler, AZ 85248


Joelle R Jared
4537 Elliot Ave  Apt 1
Dayton, OH 45410


Joenathan S Chaplin
209 Cartgate Circle
Blythewood, SC 29016


Joesph Coit
131 Jefferson Avenue
Buffalo, NY 14210


Joeta Brozosky
2147 E Kenwood Street
Mesa, AZ 85213


Joetta C Ross
2414 16th St  NE
Canton, OH 44705

Joey A Briggs
322 Bowling Ave
Columbia, SC 29203


Joey Barbera
4845 Monticello NW
Canton, OH 44708


Joey Brunson
1081 Williams Acres Lane
Manning, SC 29102


Joey C Lewis
3523 State Route 13N
Mansfield, OH 44903


Joey Carpentry
2001 Sheaffer Road
Elizabethtown, PA 17022


Joey Funck
2001 Sheaffer Rd
Elizabethtown, PA 17022

```
Joey West
5609 Traceside Dr
Nashville, TN 37221




John  Adams
1120 Market St  Apt 610
Meadville, PA 16335




John  Antonelli
3629 Red Lion Rd
Philadelphia, PA 19114




John  Aquaro Jr
1837 Garden Court
Langhorne, PA 19047




John  Arkley
2922 Raspberry St
Erie, PA 16508




John  Barnes Jr
1926 Merrimac Cove
Southaven, MS 38671
```

John  Buxton Jr
341 D West Coleman Blvd
Mt Pleasant, SC 29464


John  Capone
112 Treona Dr
Verona, Pa 15147


John  Clayton Jr
1609 Harding Place
Nashville, TN 37215


John  Collins
3080 Silver Hill Rd.
Atlanta, GA 30316


John  Conner
38337 N Reynosa Dr
Queen Creek, AZ 85240


John  Faulkiner
989 West State St
Salem, OH 44460

John  Ford
203 Tigitsi Pl
Coudon, TN 37774


John  Furr
6855 East Sparta Ave
East Sparta, OH 44626


John  Gamboa
879 Borgwood Court
San Jose, CA 95120


John  Glawe
8702 60th Ave NW
Pine Island, MI 55963


John  Gonzalez
322 Pavillion St
Atlanta, GA 30315


John  Hank
23233 N Pima Rd #113-130
Scottsdale, AZ 85255

```
John  Harris
344 Waren Ave
Rochester, NY 14918




John  Hervey
713 W Loughlin Dr
Chandler, AZ 85225




John  Hurst
332 S Main St
St Charles, MO 63301




John  Jones
245 E 5th St
Erie, PA 16507




John  Kirkham
24 Annadale Rd
Nashville, TN 37215




John  Koch
1996 North Meridian Road
Huntington, IN 46750
```

John  Lambert
3019 Padgett Road
Hopkins, SC 29061


John  Linquist
175 Rangley Dr
Colorado Springs, CO 80921


John  McCaa
4020 N MacArthur 122-309
Irving, TX 75038


John  Merlino
1438 Gilham Street
Philadelphia, PA 19111


John  Meyer
117 Mattison Rd
Branchville, NJ 07826


John  Pilieri
61 Wescott Road
Cape May Court House, NJ 08210

John  Ruse
559 Woodview Lane
Harleysville, PA 19438

John  Smith Jr
2217 Albion Street
Nashville, TN 37208

John  Stellato
3921 B Ave
Newportville, PA 19056

John  Thorne
7820 Santa Rosa Rd
Buellton, CA 98427

John  Williams
1619 Sulpher Springs Road
Murfreesboro, TN 37129

John  Yochim
7668 Fairlane Dr
Fairview, PA 16415

John  Ziock
609 East St
New Salem, PA 15468


John A Altman
280 south Ridge Rd
Coal center, PA 15423


John A Bender
14073 Dickson Road
Meadville, PA 16335


John A Craig
59 Thomas Cove
Jackson, TN 38305


John A Dilling
3355 Waterford Road
New Waterford, OH 44445


John A Flask Jr
37457 State Route 558
Leetonia, OH 44431

John A Forde
5107 Nathan Avenue
Ashtabula, OH 44004


John A Groff
904 Union Street
Lancaster, PA 17603


John A Guernsey
2342 Wrencroft Circle
Dayton, OH 45459


John A Hayes
PO Box 293
Zaleski, OH 45698


John A Kennedy
27 Atkins St
Glouster, OH 45732


John A Kousky
2305 W Ruthrauff Road #L29
Tucson, AZ 85705

John A Matheny
6150 Vore Ridge Rd
Athens, OH 45701


John A Polyak
8015 Millcreek Parkway
Levittown, PA 19054


John A Powers
1404 Winding Lane
Champaign, IL 61820


John A Racippio
3322 Lexington Road
Louisville, KY 40206


John A Salton
2582 Linda Drive
Murrysville, PA 15668


John A Spagnolo
601 Columbia Court
Mars, PA 16046

John A Stolzfus
1784 Walnut Rd
Honey Brook, PA 19344

John A Tabron
253 Third Avenue
Sutersville, PA 15083

John A Townsend
21 Clark Avenue
Spring Church, PA 15686

John Albert Brandon
404 Legendary Lane
Mars, PA 16046

John Albertini
1306 Henry Lane  Apt Hq
Blacksburg, VA 24060

John Aleksiejczyk
987 Victoria Road
Warminster, PA 18974

John Ambrosio
HC63 Box 13C
Acme, PA 15610

John Andrew Qualley
49 Regola Dr
Irwin, PA 15642

John Archer
2325 Woodstock Road
Columbus, OH 43221

John Archuleta
2003 S Tenth Avenue
Safford, AZ 85546

John Auger
24 Casey Drive
Hooksett, NH 03106

John Ayers
33 W Balph Avenue
New Castle, PA 16102

John B Adams
121 Chadwyck Place
Madison, MS 39110


John B Brumbaugh
2723 Espy Avenue
Pittsburgh, PA 15216


John B Crysell
704 Princeton Hills Dr
Brentwood, TN 37027


John B Kelly
1183 Oak Leaf Lane
Warminster, PA 18974


John B Russell
4304 Parkview Circle
Nashville, TN 37204


John Baccus
1060 Hough circle
Rock Hill, SC 29730

John Bacon
100 Higginson Place N
Gallatin, TN 37066


John Balintona
4220 Cristo Rey St
Farmington, NM 87401


John Barbas
1273 Riker Drive
New Albany, OH 43054


John Barlow
PO Box 1479
Woonsocket, RI 02895


John Barwick
237 Transom Court
Gaston, SC 29053


John Beard
111 Lawrences Lane
Latrobe, PA 15650

John Beliakoff
1701 El Travesta Drive
La Habra Heights, CA 90631


John Bell
27 West Montcrest Drive
Mountain Brook, AL 35213


John Bellando
2448 Weir Road
Warren, OH 44483


John Beney
15065 Water Street PO Box 143
North Lawrence, OH 44666


John Bengfort
1215 Northfield Rd
Colorado Springs, Co 80919


John Bernnauer
2529 Silverton Drive
Las Vegas, NV 89134

John Bidlecki
65 Vern Lane
Cheektowaga, NY 14227

John Bingaman
322 Shavtlesville Road
Mohrsville, PA 19541

John Bird
404 South Garfield St
Arlington, VA 22204

John Boyed
377 La Rue Avenue Apt #11
Reno, NV 89509

John Brennan Jr.
17427 Lake Avenue
Lakewood, OH 44107

John Brittan
338 Delp Road
Lancaster, PA 17601

John Brown
634 Knollwood Drive
Lavergne, TN 37086

John Browning
469 Riverstyx Road  PO Box 653
Hopatcong, NJ 07843

John Buccinno
1615 Cleveland Avenue
Wyomissing, PA 19610

John Buchanan
3923 W Lake Estates Drive
Davie, FL 33328

John Buchignani
1064 Greentree Road
Pittsburgh, PA 15220

John Buhalak
1091 Yukon Avenue
Akron, OH 44320

John Bussard
90 N. Park Place Apt D2
DuBois, PA 15801


John C Brose
4184 County Road 152
East Liberty, OH 43319


John C Davidson
420 Sells Road
Lancaster, OH 43130


John C Dickens
280 E Pine Street Ext
Lisbon, OH 44432


John C Fausnaught Jr.
510 W Chestnut Street
Pottstown, PA 19484


John C Greenway
3804 North Stone Gully
Mesa, AZ 85207

John C McCluskey
2 Park Street
Pittsburgh, PA 15209


John C Miller
RR 5 Box 634
Tyrone, PA 16686


John C Osburn
14825 Hillcrest Avenue
Middlefield, OH 44062


John C Smith
18 North Joslyn Drive
Pittsburgh, PA 15235


John C Spellings
614 West Hill Ave No 5
Knoxville, TN 37902


John C Welsh
22353 Wallace Avenue
Alliance, OH 44601

John Camardo
91 Countryside Lane
Williamsville, NY 14221


John Capp
109 West Rickert Ave
Dickson, TN 37055


John Chacon
6241 Sky Flower Drive
Tucson, AZ 85757


John Chandler
2011 Powder Mill Road
Youngstown, OH 44505


John Charles Demoss
25 Woodland Farms Road
Pittsburgh, PA 15238


John Chavez
7537 Red Fox Court
Littleton, CO 80125

John Chicchetti
378 River St
Wilkes Barre, PA 18702


John Chris Hansel
15605 E. Scorpion Drive
Fountain Hills, AZ 85268


John Cioffi
P.O. Box 114
Piscataway, NJ 08855


John Cirota Jr.
122 Commercial Avenue
Masontown, PA 15461


John Clay
7865 Jamaica Road
Miamisburg, OH 45342


John Cleator
110 Wellington Park Court
Nashville, TN 37215

John Cole
322 Hancock Avenue Apt C
Vandergrift, PA 15680

John Connor
326 Cattail Court
Pennsburg, PA 18073

John Connor
672 Lincoln Drive
DuBois, PA 15801

John Corsack
3031 Holme Avenue  Apt 2
Philadelphia, PA 19136

John Corsi
13658 Market Avenue North
Hartville, OH 44362

John Cowder
1614 N Webster Avenue
Dunmore, PA 18512

John Coyle
308 Lynch Street
Olyphant, PA 18447

John Crooks ll
1260 Flagdale Road
Junction City, OH 43748

John Curran
4639 Kendrick Street
Philadelphia, PA 19136

John Cushey
549 Dry Row Road
Monongahela, PA 15063

John D  Hoerr Sr
7534 Reynolds Nill
Seven Valleys, PA 17360

John D Autesberger
RD 2  Box 623  Lot 121
Altoona, PA 16601

John D Blank
6887 Walnut Hills Drive
Brentwood, TN 37027


John D Crowe
4483 Tumbleweed Trail
Port Orange, FL 32127


John D Doutt
509 Old State Road
Waterford, PA 16441


John D Kosko
9216 Douglas Fir Dr
Pittsburgh, PA 15239


John D Nelson Jr
4456 Enchanted Circle
Nashville, TN 37218


John D Robertson
912 Lynn Street
Parkersburg, WV 26101

John D Rock
76541 Zion Road
Kimbolton, OH 43749


John D Rosenberry
870 S 3rd St
Columbus, OH 43206


John D Wilson
1921 Pointview Avenue
Youngstown, OH 44502


John Dallas Buchanan
129 Stirling Street
Blandon, PA 19510


John Daly
22 Ruby Lane
Huntington, NY 11746


John Daniels
420 Talmage Street
Raleigh, NC 27603

John Davidson
PO Box 85
Rockton, PA 15856


John Davis
416 Derry Street
Latrobe, PA 15650


John DeAngelis
PO Box 475
Castle Point, NY 12511


John Debarge
323 Pine Valley Dr
Felton, PA 17322


John Delli
350 Crescent Drive
Bordentown, NJ 08505


John Dennis
127 Preston Dr
North Wales, PA 19454

John Denson
228 Harpeth Wood Dr
Nashville, TN 37221


John DeSantis
106 Dickie Hill Road
Davidsville, PA 15928


John Devere
192 Plymouth Street
Pittsburgh, PA 15211


John Dickson
5601 Cloverland Dr
Nashville, TN 37027


John Domasjewicz
RD 3 Box 209A
Meshoppen, PA 18630


John Dunn
1532 N 11th Street`
Reading, PA 19604

John Dunn
8411 Carpet Road
New Tripoli, PA 18066


John E  McNichols
119 15 Farmers Boulevard
Jamaica, NY 11432


John E Baxter
914 North Leh Street
Allentown, PA 18104


John E Clonch
33425 Hysell Run Road
Pomeroy, OH 45769


John E Crace
119 Clayton Road
Williamstown, NJ 08094


John E Evans
326 Walker St
Osceola Mills, PA 16666

John E Frazee
101 S Market St
Martinsburg, PA 16662


John E Holsinger
616 Duganne Lane
Duncansville, PA 16635


John E Horn
1121 West Schwenkmill Road
Perkasie, PA 18944


John E Klanke
50616 Canyon Lane
Granger, IN 46530


John E Lovan
6418 E Fairfield Street
Mesa, AZ 85205


John E Mango
325 Michigan Ave
Lower Burrell, PA 15068

John E Martin
2343 Emory Street
Newberry, SC 29108


John E Schneider
210 Carden Avenue
Nashville, TN 37205


John E Sersen Jr
1182 Hedy Lynn Drive
Irwin, PA 15642


John E Smith
11261 Lake Pleasant Road
Union City, PA 16438


John E Tretter
72 Canoebirch Rd
Levittown, PA 19057


John E Waite
PO Box 1221
Pearce, AZ 85625

John E Ytuarte
1302 Woodland Avenue NW
Canton, OH 44703


John Edson Shaw
650 E Azure Avenue #1078
N Las Vegas, NV 89081


John Elardi
631 N. Stephanie Street
Henderson, NV 89014


John Essig
1094 Maidencreek Road
Fleetwood, PA 19522


John Evans
1 Reef
Laguna Niguel, CA 92677


John Everlof
3800 Charter Club Dr
Doylestown, PA 18901

John F Brodzina
4531 Clover Hill Lnae
Tyrone, PA 16686


John F Connelly Jr
203 High Lea Road
Brentwood, TN 37027


John F Devivo
RR8  Box 4068
Saylorsburg, PA 18353


John F Kauffman
302 Jackson St
Berea, KY 40403


John F Martin
310 Sill Avenue  Lot 131
Celina, OH 45822


John F Raule
2813 Shelley Road
Philadelphia, PA 19152

John Farkasovsky Jr.
623 Edgewood Road
Pittsburgh, PA 15221


John Fenimore
15 Kingsland Avenue
East Yaphawk, NY 11967


John Fischer
1682 E. Wild Horse Place
Chandler, AZ 85249


John Fletcher II
8556 Cleveland Ave
Magnolia, OH 44643


John Frazier
765 Darden Place
Nashville, TN 37205


John G Graves
96029 Piedmont
Fernandina Beach, FL 32034

John G McEvoy
454 Wood Avenue
Cincinnati, OH 45220


John G Palmer Jr
2811 Tyne Boulevard
Nashville, TN 37215


John G Stare
2203 Briarwood Drive
McKeesport, PA 15135


John Gabriele
290 W Bacon St
Hillsdale, MI 49242


John Gaither
1620 Sandpiper Drive
Rock Hill, SC 29730


John Galli
800 Anderson Street
New Kensington, PA 15058

John Garofalo
14 Carlton Avenue
Marlton, NJ 08053


John Geatens
8 Lenape Way
Honey Brook, PA 19344


John Gentry
2120 Lebanon Park #25
Nashville, TN 37210


John Giardino
43 W Main St
Jacksonville, OH 45740


John Gilespie
414 Jacks Creek
Richmond, KY 40475


John Gimenez
1901 Forest Avenue
Nashville, TN 37206

John Glennon
2048 Timberwood Drive
Nashville, TN 37215


John Goshertt
94 Basler Drive
Elizabethtown, PA 17022


John Grandizio
510 New York Avenue
Wildwood, NJ 08260


John Greder
153 Pershing
St Marys, OH 45885


John Green
147 Girard Avenue
North Hills, PA 19038


John Gregory Hensley
5213 Fredericksburg Way E
Brentwood, TN 37027

John Guernsey
971 Derring Lane
Bryn Mawr, PA 19010


John Gulino
16414 Spanish Oaks Boulevard
Prairieville, LA 70769


John Gulledge
403 Forrest Road
Fort Oglethorpe, GA 30742


John Guttman
46 Knoll Road
Coatesville, PA 19320


John H  Hart
342 Blackhills Dr
Latrobe, PA 15650


John H Brailford
254 E Main St
Summerton, SC 29148

John H Brown
1417 English Ivy Court
Mt Pleasant, SC 29464


John H Byas
124 Stone Heath Dr
Columbia, SC 29223


John H Cartwright
467 McBrayer Road
Buchanan, GA 30113


John H Coker
2917 Hazel St
Erie, PA 16508


John H Dean
1425 Eighth Avenue
New Brighton, PA 15066


John H Grant
1581 Orr Street
Memphis, TN 38108

John H Jemison
131 Adaline Avenue
Campbell, OH 44405

John H Lea
1651 S Pecan Circle
Mesa, AZ 85202

John H Mullen
224 Lehr Ave
Pittsgburgh, PA 15223

John H Sinclair
301 Graney Crossing
Cayce, SC 29033

John H Wallace
129 Broadcrest Drive
Pittsburgh, PA 15235

John Hadden
6969 Main Street
Waitsfield, VT 05673

John Hall
267 Randy Lane
Moon Twp, PA 15108

John Handza
108 Comrie Avenue
Pittsburgh, PA 15104

John Harden
1015 W Hunter St  Unit B
Logan, OH 43138

John Harris
603 Chestnut Lane
Boardman, OH 44512

John Hatlestad
2401 Scouting Trail
Raleigh, NC 27615

John Haydock
1223 Waveland Avenue
Gurnee, IL 60031

John Hayes
107 Hickory Street PO Box 293
Zaleski, OH 45698

John Hayworth
4500 Waylead Drive
Nashville, TN 37215

John Herrington
1800 Treasure Lake
DuBois, PA 15801

John Hershberger
15959 Porie Flamongo Rd SE
Corning, OH 43730

John Hess
2827 Longvale Lane
Sevierville, TN 37862

John Hinchey
617 Dutchmans Dr
Hermitage, TN 37076

John Holbert
424W Main Street
Mechanicsburg, PA 17055


John Holley
108 Oglesby Ave
Birmingham, AL 35209


John Hombosky
115 Wedgewood Drive
Gibsonia, PA 15044


John Homer Cawley Jr
4344 Bream Road
N Charleston, SC 29418


John Horn
3118 109th Avenue  SE
Bellevue, WA 98004


John Horner
228 Curtiswood Drive
Sumter, SC 29150

John Howarth
11 Haswill Street
Warwick, RI 02889


John Hunnicutt
8048 Poplar Wood Road
Nashville, TN 37221


John I Gilbert
164 High Street  PO Box 537
Tuscarawas, OH 44682


John I Rivera
480 S Ninth Street  Apt E208
Quakertown, PA 18951


John J  Joyce
1600 division St  No 620
Nashville, TN 37203


John J Beaumont
1953 Beyer St  1st Fl
Philadelphia, PA 19111

John J Collins Jr
2319 Wilson Avenue
Bristol, PA 19007


John J Crooks
1330 Flagdale Rd
Junction City, OH 43748


John J Harrold
115 Sunn Hillside Road
Benton, PA 17814


John J Kuzel
230 Laredo St
McKeesport, PA 15133


John J Long
67 Ralston Avenue
Havertown, PA 19083


John J Oatman
2021 Chapel Forge Drive
Lancaster, PA 17601

John J OConnell
35 King Richard Drive
Boxford, MA 01921

John J Range
12898 Cedar Ave
Cleveland Heights, OH 44118

John J Rogers
8000 Moro St
Philadelphia, PA 19136

John J Willman Jr
2746 Briarwood Drive
Tiffin, OH 44883

John J Yorde
14460 Old McArthur Road
Logan, OH 43138

John J Yost
1808 Third Avenue
Pottsville, PA 17901

John J Zaleski
281 Ringtown Boulevard
Ringtown, PA 17967


John Jordan
3822 Logans Ferry Road
Pittsburgh, PA 15239


John Jordan
292 Twin Pond Road
Newberry, SC 29108


John Jouanet
5268 Autumn Run Rd
Powder Springs, GA 30127


John Jutte
4213 Eratur Durbin
Ft Recovery, OH 45646


John K Petrik
205 Meadowlawn Street
Cheektowaga, NY 14225

John K Pierce
61713 Locker Plant Road
McArthur, OH 45651


John K Riley
5016 W Tonto Road
Glendale, AZ 85308


John Kalicky
10591 West Rd
Albion, PA 16401


John Kennedy
PO Box 651  Hillside Drive
Saylorsburg, PA 18359


John King
5995 Baker Rd
Athens, OH 45701


John Kingman
2035 E Gondola Lane
Gilbert, AZ 85234

John Kobal
22 Viburnum Lane
Levittown, PA 19054


John Kolodziejski Jr
254 Orrs Mills Road
New Windsor, NY 12553


John Kozioziemski
134W 20th Avenue
Munhall, PA 15120


John Krause
703A Able Colony Road
Windgap, PA 18091


John L Catizone
541 Mt Olive Boulevard
Lost Creek, PA 17946


John L Green
4800 Cross Creek Dr
Columbus, OH 43232

John L Hall
5008 Danestone Dr
Nashville, TN 37220


John L Hunter
16166 Main Street  PO Box 94
Millfield, OH 45761


John L Kemp II
535 Grove Drive
Beaver, PA 15009


John L McCue
4 Highview Drive
Donegal, PA 15628


John L Sexton
21812 North Street
Venango, PA 16440


John L Underwood Jr
2419 Crimsonberry Lane
Grove City, OH 43123

John Labos
934 Meadow Crest Drive
Pittsburgh, PA 15237

John Lamparter
2165 Old Philadelphia Pike  Apt 16
Lancaster, PA 17602

John Lanoy
172 Twp 129
Dillonvale, OH 43914

John Larson Price
6378 W 49th Street
Mission, KS 66202

John Lauth
117 Sturgeon
St Marys, OH 45885

John Lee Warrick
132 Mountaineer Lane
West Mifflin, PA 15122

John Lewis
1039 Edgeood Avenue
Westville, NJ 08093

John Loscombe
3115 Parallel Drive
Scranton, PA 18504

John Lujan
1855 Holt Rd
Paducah, KY 42001

John Lynah
1216 Lakewood Drive
Greensboro, NC 27410

John M  Dick III
2902 Glenwood Road
Camp Hill, PA 17011

John M  Sitnik
6409Arborwood Lane
Erie, PA 16505

John M  Zinna
1210 Silver Dr
Erie, PA 16509


John M Bazay
143 S 108th Place
Mesa, AZ 85208


John M Chamberlain
4212 N Tenth Place
Phoenix, AZ 85014


John M Connor
5254 Leatherwood Avenue
Memphis, TN 38111


John M Davis
186 St Charles St
Nelsonville, OH 45764


John M DeAngelo
242 Virginia Avenue
Shenandoah, PA 17976

John M Denman
1955 Harbert Avenue
Memphis, TN 38104


John M Dues
440 E Livingston Street
Celina, OH 45822


John M Franck
2513 Shadow Cove
Franklin, TN 37069


John M Gleaton
219 Millwood Avenue
Lexington, SC 29073


John M Nasados III
36 Chapel Road
Pottsville, PA 17901


John M Noble
378 Donahoe Road
Greensburg, PA 15601

John M Powell
2621 Third Street
Syracuse, OH 45779

John M Prokopakis
68 Cemetary Lane
Bloomingdale, OH 43910

John M Rothenberger
131 W Pine St
Fleetwood, PA 19522

John M Rotterman
8428 Erickson Ct
Waynesville, OH 45068

John M Rutter
315 Stacy Drive
Batesville, AR 72501

John M Usher
723 Henry Street
Belle Vernon, PA 15012

John M Venable
3123 Ridgeview Court
Murfreesboro, TN 37129


John M Warner
1011 N Mercer St
New Castle, PA 16105


John M Wehner
31 Erwin Court
Nashville, TN 37205


John M Wolfe
500 Lemon Street
Warminster, PA 18974


John Madarang
7141 E Rancho Vista   no 3002
Scottsdale, AZ 85251


John Magnone
101 Bird Way
Weirton, WV 26062

John Mangan
909 Kay Street
Boalsburg, PA 16827


John Manly Jr
117 Summer St
Biddeford, ME 04005


John Marinucci
7255 Hills and Dales Road NW  Apt 8
Massillon, OH 44646


John Marozzi
196 Spring Avenue Apt 4
Pittsburgh, PA 15202


John Marston
8319 E Citrus Way
Scottsdale, AZ 85250


John Martin
310 Jill Avenue  Lot 131
Celina, OH 45822

John Massey
5359 Blackwell Rd
Bartlett, TN 38134




John McCarthy
249 South Crooks Road
Clawson, MI 48017




John McCurry
33 Marble Court
Collegeville, PA 19426




John McDonald
2711 Johnson Road
Germantown, TN 38130




John McGonigal
112 Mary Street
Johnsonburg, PA 15845




John McGrath
628 Dana Way
Rochester, PA 15074

John McGuire
12100 Red Oak Court S
Burnsville, MN 55337


John McPeak
2517 Belle Brook Drive
Franklin, TN 37067


John Melnick
4952 Nevra Pkwy
Bounswick Hills, OH 44212


John Meyer
245 Quail Run Rd
Venetia, PA 15367


John Meyers
3830 Devonshire Avenue
Phoenix, AZ 85018


John Miseishin
180 Ashford Drive
Enola, PA 17025

John Molick
6 Meadow Road
Catawissa, PA 17820


John Molyneaux
301 Fairview Street
Reading, PA 19605


John Montgomery
704 Indiana Ave
Avonmore, PA 15618


John Morgan
611 Birch Street
Scranton, PA 18505


John Moy
271 Colonel Greene Road
Yorktown Heights, NY 10598


John Murray
6500 W Charleston #428
Las Vegas, NV 89110

John Myers
24 South Water Street
Masontown, PA 15461


John N Zama
3225 Toledo Place  Apt T$
Hyattsville, MD 20782


John Nanthalangsy
2400 Wapakoneta Avenue
Sidney, OH 45365


John Neidig
3950 McGregor Road
Adams, TN 37010


John Neininger
3601 Biathalon Avenue Apt B
North Pole, AK 99705


John Nelson Prater
6110 Piccadilly Court
Harrisburg, PA 17112

John Nester
303 Liberty Street
Wapakoneta, OH 45895


John Noble
378 Donohoe Road
Greensburg, PA 15601


John Nye
1210 Bay Lane
Beavercreek, OH 45430


John Odell
11935 Woodview
Parma, OH 44130


John Orde
107 Culbertson Court
Greenwood, SC 29649


John Orsino
3 Perryoak Place
Baltimore, MD 21236

John Ortiz
22 Jennifer Lane
Sugarloaf, PA 18249


John Oscar Wood Jr
285 Wagoners Way
Landisville, PA 17538


John Ozohonish
188 Ferncliff Road
Rices Landing, PA 15357


John P  Lowry
55238 Zepp Rd  Box 127
Senecaville, OH 43780


John P  Stroney
761 Churchill Drive
Girard, OH 44420


John P Cox
172 Woodtrail Ln
Gaston, SC 29053

John P Golisek Jr
300 Spruce Street
Mt Pleasant, PA 15666


John P Hatfield
45 S Main Street
Marshallville, OH 44645


John P Horgos
13 Dogwood Lane
West Middlesex, PA 16159


John P Judson
958 Charles St
Logan, OH 43138


John P Lutz II
326 S Village Lane
Lugoff, SC 29078


John P Mangan Sr
3384 Columbia Dr
Pittsburgh, PA 15234

John P Milocick
428 Frankfort Clinton Road
Clinton, PA 15026


John P Page Jr
30 High Point Dr
Kunkletown, PA 18058


John P Sanders
4101 Brandywine Pointe Boulevard
Old Hickory, TN 37138


John Palmer
709 Aeronca Road
Knoxville, TN 37919


John Paredes
10736 E 34th Place
Yuma, AZ 85365


John Parins
6305 Portola Road
Las Vegas, NV 89108

John Parsley
3913 Aigen Avenue
Columbus, OH 43208


John Paton  Blough
110 Ford Rd
Greer, SC 29651


John Paul Thompkins
3015 Old Bryan Rd  Bldg 17  Apt 5
Myrtle Beach, SC 29577


John Penyak
843 Cameleon Star
Henderson, NV 89015


John Peyton
3417 Timberwood Dr
Pittsburgh, PA 15120


John Pfautz
1399 Douglas Drive
Denver, OA 17517

John Phinney Jr
131 Surrey Dr
Delmont, PA 15626


John Pickard
213 Quail Ridge Rd
Smyrna, TN 37167


John Pierce
850 Battery Lane
Nashville, TN 37220


John Pinarelli
7417 Hickory Hills Drive
Las Vegas, NV 89130


John Pirolozzi
427 Harter Ave NW
Canton, OH 44708


John Pisauro
8709 East Cypress Street
Scottsdale, AZ 85257

John Provident
208 Conrad Drive
Pittsburgh, PA 15227



John Pyeatt
1617 Palmcroft Drive SW
Phoenix, AZ 85007



John Qualteria Jr.
3255 Dove Cote Drive
Quakertown, PA 18951



John Quick
816 Mahaffie Rd
New Cumberland, WV 26047



John R  Evans
7788 Hoover Rd
Athens, OH 45701



John R Allen
4635 Fifteenth Street NW
Canton, OH 44708

John R Bentley
1905 River Road
Upper Black Eddy, PA 18972

John R Bubeck
815 Schuylkill Mtn Rd
Schuylkill Haven, PA 17972

John R Davis
747 Star Point Dr
Gallatin, TN 37066

John R Dickey Sr
207 Irwin Street
Phillipsburg, NJ 08865

John R Hruniuk
20E Mahanoy Avenue
Mahanoy City, PA 17948

John R Karmazin Jr
24 Atlantic St
Union City, PA 16438

John R Kelley
11832 Meadow Lane Avenue
Uniontown, OH 44685

John R Levy
2161 Ygnacio Valley Road
Walnut Creek, CA 94598

John R Lynch
35 Hermans Street
Commodore, PA 15729

John R Marable Jr
1600 Travelers Rest Court
Lavergne, TN 37086

John R Martin
506 East 2nd Ave
Tarentum, PA 15084

John R McGregor
1526 Sixth St
New Orleans, LA 70115

John R McIntyre
1600 Park Ave
Sellersville, PA 18960


John R Mulliken III
421 Longtown Rd West
Blythewood


John R Nichols
430 Lakeview Drive
Vincent, OH 45784


John R Paulus
P.O. Box 1699
Silverthorne, CO 80498


John R Ryan
491 W Marlin Place
Chandler, AZ 85248


John R Sadler
120 Adams Street
Monongahela, PA 00015-0663

John R Stefan
11009 Azalea Drive
Pittsburgh, PA 15235


John R Ward
73 Leet Street
Washington, PA 15301


John R Weaver
25 Hill Road
Pottsville, PA 17901


John R Welshhans
134K St Johns Road
Colliers, WV 26035


John R Zeringue
1316 Clara Street
Gadsden, AL 35903


John R. Anderson
3224 Newburg Road
Nazareth, PA 18064

John R. Miras III
401 East Water Street
Greenville, OH 45331


John Rafferty
HCi Box 183E
Paupack, PA 18451


John Regan
5155 W Tropicana Avenue #2162
Las Vegas, NV 89103


John Reynolds
309 Sunset
Bagdad, AZ 86321


John Richards
1010 Oak Avenue
Davis, CA 95616


John Rickey Jr
3619 Edgemont Street
Philadelphia, PA 19134

John Roach
1530 SW 89 Bldg D 1
Oklahoma City, OK 73159

John Roby lll
200 Dorchester Drive
Baltimore, OH 43105

John Roman
390 Gap Road
Macungie, PA 18062

John Ross
9500 Bassett Road
Athens, OH 45701

John Roth
1465 Calkins Road
Milanville, PA 18443

John Rushing lll
1152 Cleveland Hall Boulevard
Old Hickory, TN 37138

John Russell
11801 S 193rd Drive
Buckeye, AZ 85326

John Rutter
124 W Lincoln Highway
Penndel, PA 19047

John S  Michalik
457 Ohio Ave
Rochester, PA 15074

John S Hoffman
2339 W Penn Pike
Andreas, PA 18211

John S King
5963 Highland View
Sylvania, OH 43560

John S Labecki
1513 Sherman ST
Cheswick, PA 15024

John S Morgan
61360 Web Heights Road
Shadyside, OH 43947


John S Salemo Jr
609 610 New York Ave
Wildwood, NJ 08260


John S Stocks
2400 Barrett Creek Boulevard Apt 818
Marietta, GA 30066


John Salen
112 N Front Street
St Clair, PA 17970


John Salinas Rodas
912 Greenwood Avenue
Trenton, NJ 08609


John Sanko
P.O. Box 83
Dunmore, PA 18512

John Santos Gleason
PO Box 68  126 Reber Street
Wernersville, PA 19565

John Schackai
7830 Jeannette Pl
New Orleans, LA 70118

John Schlitt
112 Colen Haven Lane
Franklin, TN 57069

John Sereno
238 Elm Street
Pittsburgh, PA 15218

John Shaheen
601A Eagleton Downs Drive
Pineville, NC 28134

John Shallenberger
3908 Stoneshire Court
Fort Worth, TX 76179

John Shrewsbury
64 Norfolk Lane
Lebanon, PA 17042

John Shuey
613 Allenview Drive
Mechanicsburg, PA 17055

John Sidlow
14 Hawthorne Court
Higganum, CT 06441

John Silvey
3121 Lick Run Lyra Street
Wheelersburg, OH 45694

John Skrzypczak
PO Box 1054
Breckenridge, CO 80424

John Sloan III
165 Taft Story Road
Jamestown, TN 38556

John Smitsky
239 Keeper School Road
Hookstown, PA 15050

John Sneed
1246 Hartsfield Dr
Columbia, TN 38401

John Soler
1279 Summit Chase Drive
Snellville, GA 30078

John Solooki
2279 Ridgewood Rd
Akron, OH 44313

John Sparks
1923 Laddie Ct
Xenia, OH 45385

John Spencer
7 Manor Dr
Morristown, NJ 07960

John Stanley
1625 Dexter Woods
Cordova, TN 38016


John Stanley  Allen Jr
1711 W Tyson Street
Chandler, AZ 85224


John Stephen Jr
134 Chapman Avenue
Newcomerstown, OH 43832


John Steven Campbell
645 Silver Place Blvd  No110
Fernley, NV 89408


John Sullivan
3336 Garrett Drive
Concord, NC 28027


John Sullivan
8671 Lavender Lane
Cicero, NY 13039

John Swinson
6047 Village Drive SW
Concord, NC 28027

John T  Petrozza
503 Cary Ave
Staten Island, NY 10310

John T Cunningham
204 Gloucester Court
Franklin, TN 37064

John T Galioto
4697 Hidden Pond Drive
Allison Park, PA 15101

John T Hamilton
2184 Moorefield Road
Carlisle, KY 40311

John T Ingraham
182A Elbe Drive
Pittsburgh, PA 15209

John T Killeen
819 Forest Lane  PO Box 383
Minersville, PA 17954


John T King III
5143 Winter Creek Drive
Grove City, OH 43123


John T Locascio
223 Wigeon Dr
Pawleys Island, SC 29585


John T Modzeleweski Jr
9724 Mark Rd
Erie, PA 16509


John T Moyer
829 S Front Street
Allentown, PA 18103


John T Stone
1049 Thoman Street
Crestline, OH 44827

John T Venit
3050 Hellerman St
Philadelphia, PA 19149


John T Wilson
3701 Poinciana Ave
Reading, PA 19605


John T Wilson
64 Mill St
Stewartstown, PA 17363


John Tatar
509 Park Ave
Monongahela, PA 15063


John Tate Rice
1830 Bay Pointe Drive
Hixson, TN 37343


John Thomas Hood
5826 Chaucer Dr
Hanahan, SC 29410

John Thomas Simpson
397 North Ridge St
Orangeburg, SC 29118


John Thress
17 Hickory Street
South Zanesville, OH 43701


John Tinney
PO Box 2321
Harrisburg, PA 17105


John Tocco
7800 Blushing Den St
Las Vegas, NV 89131


John Tokos
5186 Willow Drive NW
Malvern, OH 44644


John Tomasseti
8825 Old State Route 78
Glouster, OH 45732

John Tomsich
7932 Ironwood Way
West Chester, OH 45069


John Tosi
5628 Murray Road
Memphis, TN 38119


John Trucilla
230 Superior Avenue
Erie, PA 16505


John Turvaville
2222 Belvoir Avenue
Knoxville, TN 37917


John Tyler Jr
2202 Old Government St
Mobile, AL 36606


John V Anderson
7691 E Parkview Drive
Tucson, AZ 85715

John V Cunningham
207 Deborah Lane
Trafford, PA 15085


John V Peletsky
210 E Franklin Street
Saint Clair, PA 17970


John W  Loub II
941 Woodbine St
Pittsburgh, PA 15201


John W  Miller
4820 Big Pine Drive
Gahanna, OH 43230


John W Anderson
118 Witherspoon Dr
Smithville, TN 37166


John W Cushey IV
549 Dry Run Road
Monongahela, PA 15063

John W Davis
416 Derby Street
Latrobe, PA 15650


John W Fichter
1409 Brookline Boulevard
Pittsburgh, PA 15226


John W Fisk
116 Volusia Ave
Dayton, OH 45409


John W Hermann
PO Box 96
South Seaville, NJ 08246


John W Hernandez
3828 Sunrise Lake
Milford, PA 18337


John W Hollis
4704 Chalmers Drive
Nashville, TN 37215

John W Jaster
330 West 1st Street  Apt 1003
Dayton, OH 45402


John W Lima
3127 W Lone Cactus Drive
Phoenix, AZ 85027


John W Long
16813 Scottsdale Blvd
Shaker Hts, OH 44120


John W Meeks
1696 Seignious Drive
Charleston, SC 29407


John W Meyers
299 Wilson Avenue
Ambridge, PA 15003


John W Montjoy
237 Pineview
Swansea, SC 29160

John W Russ
714 Lynwood Place
Hartsville, SC 29550

John W Smith
4370 Frahm Pike
Celina, OH 45822

John W Smith Jr
10183 Bloomsbury Avenue
Cordova, TN 38016

John W Walmsley
110 Seton Rd
Verona, PA 15147

John W Wassell
123 Clover Drive
Hollidaysburg, PA 16648

John W Werley
612 New Texas Rd
Pittsburgh, PA 15239

John Wagner
2112 Los Angeles Avenue
Pittsburgh, PA 15216

John Walker
211 Summit Place #231
Silverthorne, CO 80498

John Walsh
345 Gunston Hall Court
Alpharetta, GA 30004

John Warner Stefanovich
2210 Littlemore
Cordova, TN 38016

John Watkins
2121 Haywood Drive
Mansfield, OH 44903

John Watroba lll
405 4th Street PO Box 68
Webster, PA 15087

John Wean
280 Millview Dr.
Pittsburgh, PA 15238


John Weaver
25 Valleybrook Court
Blackwood, NJ 08012


John Weber
497 Saylors Mill Road
Spring City, PA 19475


John Whittleton
3306 Alligator Road
Florence, SC 29501


John Wiehagen
213 Trailer Boulevard
Lower Burell, PA 15068


John Wilderson
125 Conley Road
Lewisberry, PA 17339

John Wilk
606 First Ave
Croyden, PA 19021

John Wisniewski
312 Mountain Road
Lebanon, NJ 08833

John Wolbert II
PO Box 190 3055 Michael Drive Apt C8
Manchester, MD 21102

John Woodbridge
3003 Mohawk Trail
Lake Worth, TX 76135

John Workman
3120 Northern Dr
South Park, PA 15129

John Zagame
124 Lancaster Street
Albany, NY 12210

John Zelez
302 Gibson Road   Trl 100J
Bensalem, PA 19020


Johna M Purvis
4044 Sara Drive  Apt 114
Uniontown, OH 44685


Johnathan Moser
1232 Oakmont St
Pittsburgh, PA 15205


Johnathan R Wade
106 Yoder St
Hamburg, PA 19526


Johndell D Greene
1871 Jaywood Cir
Charleston, SC 29407


Johnnie Irby
25844 Fieldstone Dr
Madison, AL 35756

Johnnie Lambert
48 Regency Manor
New Brunswick, NJ 08901


Johnnie Lee Norris Jr
181 Highwoods Plantation Avenue
Summerville, SC 29485


Johnny  Epperson
551 Boreing Chapel Rd
Gray, TN 37615


Johnny  McClain
7690 Black River Rd
Rembert, SC 29128


Johnny B Blackstone II
747 Summerdale Avenue
Massillon, OH 44646


Johnny B Calloway
4408 Far Hills Avenue
Dayton, OH 45429

Johnny B Cannon
310 N Emerald Rd Apt F8
Greenwood, SC 29646

Johnny C Wilson
662 Bethel Church Rd
Laurens, SC 29360

Johnny Carroll
785 Walden Ridge Rd
Briceville, TN 37710

Johnny D Gueren
942 Williams Street
Pendleton, SC 29670

Johnny Di Bartolo
810 Morning Creek Lane
Suwanee, GA 30024

Johnny E Berg
338 Hickman County Line Road
Pleasantville, TN 37033

Johnny E Groves
2871 Wise Avenue NW
Canton, OH 44708


Johnny E Lazur
1827 Sweet Arrow Lake Road
Pottsville, PA 17901


Johnny Epperson
551 Bakery Chapel Road
Gray, TN 37015


Johnny Huard
210 Pine Core Court
Wexford, PA 15090


Johnny L Halbrooks
7535 Joe Rowlin Road
Christiana, TN 37037


Johnny Lester Garner
3039 Scott Rd
Great Falls, SC 29055

Johnny Morales
512 S Webster St
Scranton, PA 18505

Johnny Oliver
200 Isley Road
Blountville, TN 37617

Johnny Owens Jr
208 Woodlands Lane
Columbia, SC 29229

Johnny P Clark
1013 Sand Piper Ct
Fairborn, OH 45324

Johnny Villamil
844 Tolstoy Street
Freemansburg, PA 18017

Johnson J Porter
908 Winwood St
Las Vegas, NV 89108

JohnT Barnhart
1447 Topper Hill Rd
Pulaski, PA 16143

Johny K Henderson
786 Archer Road
Bedford, OH 44146

Joko Faseun
5298 Glenbriar Court
Columbus, OH 43232

Jolea Hackman
118 Maple Street PO Box 395
Bowmansville, PA 17507

Joleen Shaw
8627 W Golden Lane
Peoria, AZ 85345

Jolene McGrath
100 Adams Avenue
Cuyahoga Falls, OH 44221

Jolinda Edwards
141 Pine Grove Drive
Nelsonville, OH 45764

Jolynn Greer
1933 Elzey Ave
Memphis, TN 38104

Jon  Bodnar
1005 Winslow Ave
New Castle, PA 16101

Jon  Gillett
5625 Cloverland Park Drive
Brentwood, TN 37027

Jon  Grissinger
560 Wood Duck Dr
Manhein, PA 17545

Jon  Jones
16666 Oak Rd
Sargertown, PA 16433

Jon  Kauffman
104 Swedesford Lane
Millersville, PA 17551


Jon  Pearson
7453 Chicago Way NW
Bremerton, WA 98312


Jon  Renberg
380 Jordan Ave
Clovis, CA 93611


Jon  Tucker
1082 Bower Hill Road Suite 100
Pittsburgh, PA 15243


Jon A Boyer
120 North Main Street
Elderton, PA 15736


Jon A Deitz
113 S Market Street
Schaefferstown, PA 17088

Jon A Hambach
1152 Smith Avenue SW
Canton, OH 44706


Jon A Royse II
107 County Road 810  Lot 21
W Salem, OH 44287


Jon A Wooditch
504 Indiana AVe
Lemoyne, PA 17043


Jon Agnone
635 Hazel Street
Girard, OH 44420


Jon Bonilla Escroriaza
922 Amity Street
Reading, PA 19604


Jon C Patti Jr
28 Balsam Road
Levittown, PA 19057

Jon Chambless
415 Tapscott Road
Hartselle, Al 35640


Jon Coomer
2606 Windsor Lane
Old Hickory, TN 37138


Jon D Miller
56 Millersdale Rd
Jeannette, PA 15644


Jon F Keller
907 Black Oak Court
Gibsonia, PA 15044


Jon Holman Moores Jr.
1401 Clarendon Court
Decatur, AL 35601


Jon Houck
525 Teece Ave
Pittsburgh, PA 15202

Jon Miller
7149 E. Jensen Street
Mesa, AZ 85207

Jon R hahn
800 W Queen Creek Road #2075
Chandler, AZ 85248

Jon Schreima
Box 387
Rockford, Oh 45882

Jon Watson Jr
15 Manchester Place Apt 2G
Newark, NJ 07104

Jon William Reeves
2948 Augusta Trace Dr
Spring Hill, TN 37174

Jon Wohlfert
19700 Stanford Hall Road
Ashburn, VA 20147

Jonah Rabinowitz
407 North 16th Street
Nashville, TN 37206


Jonas  Ewing
1502 W Union Blvd
Bethlehem, PA 18018


Jonas Cavileer
10751 E El Moro AVe
Mesa, AZ 85208


Jonatan Peralta
957 North 11th Street
Reading, PA 19604


Jonathan  Bridges
442 Marsh Duck Way
Virginia Beach, VA 23451


Jonathan  Douglas
500 Blue Ridge Road
Black Mountain, NC 28711

Jonathan  Eccher
106 Portway
Columbia, MO 65201


Jonathan  Jones
8041 Fohl Road
Navarre, OH 44662


Jonathan  Philips
50984 North Front St
Negley, OH 44441


Jonathan  Ricks
3330 US Highway 411
Maryville, TN 37801


Jonathan Benson
3303 Lilac Avenue
Trevose, PA 19053


Jonathan Berarducci
1055 Island Brook Dr
Hendersonville, TN 37075

Jonathan Buot
1324 E Arrowhead Trail
Gilbert, AZ 85297

Jonathan Burright
312 KAW
Cottonwood Falls, KS 66845

Jonathan Coggins
39 Lark Bunting Lane
Littleton, CO 80127

Jonathan D Betz
361 Main Street
Denver, PA 17517

Jonathan D Hench
2934 Orchardpark Dr
Cincinnati, OH 45239

Jonathan D Rock
714 South 14th Street
Monessen, PA 15062

Jonathan Dangerfield
941 Willow Brook Court
Dayton, OH 65424


Jonathan Dyar
3806 Drexel Court
Louisville, KY 40241


Jonathan E  McDonald
104 allen Street
Minersville, PA 17954


Jonathan G Thomas
1800 Ladera Trail
Dayton, OH 45459


Jonathan Goldsberry
542 Flintlock Court
Nashville, TN 37217


Jonathan Gonzalez
168 Elmdale Avenue
Providence, RI 02904

Jonathan Green
1002 Bayview Road
Rio Grande, NJ 08242



Jonathan Greene
923 Meadow Dr
Lugoff, SC 29078



Jonathan Haloua
5031 W Lake Road
Mayville, NY 14757



Jonathan Henry
311 Parkway Drive
Erie, PA 16511



Jonathan Hoffman
506 Penny pack Circle
Hatboro, PA 19040



Jonathan I Lyons
48 Woodland Street
Plymouth, OH 44865

Jonathan J Bishop
2322 E Rock Road
Perkasie, PA 18944


Jonathan J Ecker
18 indian Trail Rd
Ocean View, NJ 08230


Jonathan J Lyon
2500 Woodbrook Court
Lawrenceville, GA 30043


Jonathan Kirk
2512 Elkridge Drive
Wexford, PA 15090


Jonathan Kopishla
438 North Oswego Street
Allentown, PA 18109


Jonathan Lee
74 Rebecca Lane
Searcy, AR 72143

Jonathan M Byler
1235 Middle Creek Road
Selinsgrove, PA 17870


Jonathan M Edwards
206 Chautauqua Blvd
Erie, PA 16511


Jonathan M Higgins
91 Ashley Drive
Greensburg, PA 15601


Jonathan M Lizotte
68 Old Dike Rd
Trumbull, CT 06611


Jonathan M Zinn
7743 Tylers Reserve Drive
West Chester, OH 45069


Jonathan Miller
51 Meadow Lane
Abbostown, PA 17301

Jonathan Monoski
3203 Regent St
Erie, PA 16506

Jonathan Moses
1232 Oakmont Street
Pittsburgh, PA 15205

Jonathan Moyer
1217 Elizabeth Ave
Laureldale, PA 19605

Jonathan P Bryson
1503 Holmes Ave
Cape May, NJ 08204

Jonathan Perry
1508 Southoak Dr
Nashville, TN 37211

Jonathan Peterson
819 Birch Ct
Bensalem, PA 19020

Jonathan Psenka
847 East Sheridan Street
Phoenix, AZ 85006

Jonathan R Hayden
4104 Miracle Ridge Rd
Elizabeth, PA 15037

Jonathan Reilly
28 East Cumberland
Allentown, PA 18103

Jonathan Ricafente
9115 Royal Crest Ln
Richmond, TX 77469

Jonathan S Coote
9 Vanguard Lane
Longmeadow, MA 01106

Jonathan S Elick
8226 Stoutsville Pike
Circleville, OH 43113

Jonathan S Plisco
558 Watson Branch Dr
Franklin, TN 37064

Jonathan Saeger
28 W Pittston Street
Allentown, PA 18103

Jonathan Scott Barker
4510 Terra Vista Dr
Chattanooga, TN 37416

Jonathan Sexton
6725 Dyer Road
Mt Sterling, OH 43143

Jonathan Shachar
20701 N. Scottsdale Road #107-407
Scottsdale, AZ 85254

Jonathan Smith
2916 Prairie College
Canton, OH 44706

Jonathan Stevens
1153 Monarchos Ridge
Union, KY 41091


Jonathan T Weinheld
426 N FFarmersville Rd
Ephrata, PA 17522


Jonathan Tate
3821 Burton Ave
Erie, PA 16504


Jonathan Trimble
4779 Hedgewood Drive
Tallahassee, FL 32308


Jonathan Welch
19850 Adirondack Way
Caldwell, ID 83605


Jonathan Young
106 E Gay St
West Chester, PA 19380

Jones Warf
707 Starlit Road
Nashville, TN 37205


Joni Beth Ramsay
5912 Cross Pointe Lane
Brentwood, TN 37027


Joni Gill
427 Jacks Run Road
Pittsburgh, PA 15202


Joni Hayes
320 Sparrow Street
Vacaville, CA 95687


Joni L Petriano
438 Buffalo Street
Beaver, PA 15009


Joni Lynn Cortese
114 Pleasantview Court
Pittsburgh, PA 15236

Jonmicah Clanton
2137 Spring Lake Drive
Spring Hill, TN 37174

Jonna M Warren
55518 TR 172
Fresno, OH 43824

Jonnava Tucker
19513 E Fifth Court N
Independence, MO 64056

Jordan  Adler
PO Box 35336
Phoenix, AZ 85069

Jordan  Mersky
459 Loucroft Rd
Haddonfield, NJ 08033

Jordan  Reynolds
3842 W Main
New Waterford, OH 44445

Jordan Banks
1915 Cottonwood
Lenexa, KS 66215


Jordan Bitzer
10 Hill Road
Sewickley, PA 15143


Jordan Bridges
1118 N 9th Street
Reading, PA 19604


Jordan Byrd
164 Hudson Lane
Clinton, TN 37716


Jordan D Johnson
41 West Euclid Avenue
Monongahela, PA 15063


Jordan Deisher
1716 Williams Avenue
Reading, PA 19606

Jordan Ellis
1245 Timberbrook Lane
Bartlett, TN 38134


Jordan Ferrell
9684 Spring Hills Degraff Road
Spring Hills, OH 43318


Jordan Keith Fox
719 Oak St
Akron, PA 17501


Jordan L Ball
608 E Sandusky Street  PO Box 876
Bellefontaine, OH 43231


Jordan L Dananay
224 Indian Hill Road
Leechburg, PA 15656


Jordan Landerman
4935 Rider Road
Roseville, OH 43777

Jordan M Brickman
2576 E Georgia
Phoenix, AZ 85016


Jordan Marks
108 Lexington Dr
McMurray, PA 15317


Jordan Mayural
4700 North Kolb Rd  #11113
Tucson, AZ 85750


Jordan P Lozosky
9 Huffman Road
Fredericktown, PA 15333


Jordan Price
15249 Green Trails Blvd
Baton Rouge, LA 70817


Jorden Atwater
402 Woodside Meadows Place
Columbus, OH 43230

Jorge A Gallegos
960 W Detroit Street
Chandler, AZ 85225

Jorge Andrade Ramirez
345 Mauch Chunk Street  Apt 4
Nazareth, PA 18064

Jorge Casimiro
6227 Souoth Austin Ave
Chicago, IL 60638

Jorge Farinhas
1302 North 19th Street
Allentown, PA 18104

Jorge Hernandez
6309 Strongbow
Las Vegas, NV 89156

Jorge I Santiago
1825A Brunswick Park
Lawrenceville, NJ 08648

Jorge M  Camacho
1113 Maryland Ave
Croydon, PA 19021


Jorge Mario Sandoval Avila
PO Box 455
Somerton, AZ 85350


Jorge Moya
250 S 15th Avenue
Yuma, AZ 85364


Jorge O Guevara
4005 Ross Parkway
Wichita, KS 67210


Jorge Ortega
2214 West Havrel Lane
Phoenix, AZ 85029


Jorge Rodriguez
183 4th Street
Jersey City, NJ 07097

Jorge Rubio
5675 Santiago Dr
Westerville, OH 43081


Jorja Bentley
9320 Arrowhead Way
Reno, NV 89506


Josaeph Koffler
621 Woodward Avenue
McKeesrocks, PA 15136


Joscelyn Rachal
4316 Hera Temple
Las Vegas, NV 89031


Jose  Candido
1513 Montgomery St
Wilmington, DE 19805


Jose  Davila Caroballo
707 East Ontario St
Philadelphia, PA 19134

Jose  Feliciano
6870 Orchard Blvd
Parma Heights, OH 44130


Jose  Villa Garcia
415 May Ave
Yuma, AZ 85364


Jose A Delgado
406 N Walnut
Union City, OH 45390


Jose A Duran
3702 Diamond Boulevard
Weslaco, TX 78596


Jose A Herrera
104 Columbia St
Villas, NJ 08251


Jose A Reyes
2700 Elroy Road Apt A9
Hatfield, PA 19440

Jose Aguilar
8122 Sun Down Vista Avenue
Las Vegas, NV 89147

Jose Aguirre
6300 South Avenue Apt 303
Boardman, OH 44512

Jose Alfonso Casteneda
336 S Nineteenth Avenue
Yuma, AZ 85364

Jose Aybar
155-01 90 Avenue
Jamaica, NY 11432

Jose Beltran Jr.
1409 A Carlisle Road
Airville, PA 17302

Jose Bobet Torres
1028 Walnut Street
Reading, PA 19601

Jose Campos
5684 Lancaster Drive
Olive Branch, MS 38654


Jose Colon Maldonado
1958 W Dartmouth St
Mesa, AZ 85201


Jose Coriano Gerena Sr
625 Willow Street
Reading, PA 19602


Jose David Maradiaga Torres
407 Smithridge Park
Reno, NV 89502


Jose De Jesus Rios
3931 Lonely Heart Ct
Las Vegas, NV 89115


Jose DeLeon
P.O. Box 372
Allentown, PA 18105

Jose Diaz
1207 N 14Street
Kansas City, KS 66102

Jose E Jacobo
1808 Wadsworth
Cayce, SC 29033

Jose E Pascacio
1521 W Sixth Drive
Mesa, AZ 85202

Jose E Rivera
1319 East Sixth Street
Bethlehem, PA 18015

Jose Estremera
1825 Riverside Drive
Dayton, OH 45405

Jose F Amparo
2176 E 14th Place
Yuma, AZ 85364

```
Jose F Brena
PO Box 1565
Somerton, AZ 85350




Jose F Hernandez
146 S Bromley Ave
Scranton, PA 18504




Jose G Garcia
PO Box 4589
San Luis, AZ 85349




Jose G Toscano
5323 N Sierra Hermosa Street
Litchfield Park, AZ 85340




Jose Gonzalez
6352 Jackson Street
Philadelphia, PA 19135




Jose Handal
2008 E Somerset Street
Philadelphia, PA 19134
```

Jose Hernandez
3953 Clear Acre Lane #305
Reno, NV 89512

Jose J Sandoval
4060 Judson Ave
Las Vegas, NV 89115

Jose Kuilan
430 W Venango Street
Philadelphia, PA 19140

Jose L Estrada
613 N Court
Wichita, KS 67204

Jose L Moretta Salvador
217 Amhurst Ave
West Lawn, PA 19609

Jose L Seda
3700 N Jersey Avenue  A5
Wildwood, NJ 08260

Jose Luis Contreras
6530 E Lush Vista View
Florence, AZ 85232


Jose Luis Martinez Guevara
1198 Dundee Ave
Akron, OH 44305


Jose M  Perez
8680 North Lake Tahoe Blvd
Kings Beach, CA 96143


Jose M Cajas Torres
130 Pickwick Place
Millersville, PA 17551


Jose Miranda Recinos
4380 East Chicago Avenue
Las Vegas, NV 89104


Jose Munive
558 Oakbrook Ln
Las Vegas, NV 89169

Jose N Arias
4136 Chandler Drive
Columbus, OH 43215


Jose Nieves Jr.
303 Beverly Ct 2
Reading, PA 19602


Jose Pellecer
328 West Nequehoning Street
Easton, PA 18042


Jose Plaza
1216 West Erie AVenue
Philadelphia, PA 19140


Jose R Reyroso
4713 E County 18th St
Yuma, AZ 85365


Jose Ramirez
2920 Sedona Place
Fort Mill, SC 29708

Jose Ramirez Castro
7255 E Snyder Rd  4101
Tucson, AZ 85750


Jose Ramirez Perez
112 W Bacon Street
Pottsville, PA 17901


Jose Ramos
1973 E Ebony Place
Chandler, AZ 85285


Jose Raul Bravo
1682 Broughton St
Orangeburg, SC 29115


Jose Roca
3640 North Pecos Road
Las Vegas, NV 89115


Jose Rubio
1238 Sugar Loaf Road
Sevierville, TN 37876

Jose Ruiz
931 Spruce Avenue
Pleasantville, NJ 08232

Jose Samayoa
16 Ashmore Avenue Apt 1st FL
Trenton, NJ 08611

Jose Santiago
713  1 2 N Seventh Street  Apt 2
Allentown, PA 18102

Jose Torres
6505 Southfield Avenue
Cleveland, OH 44144

Jose Turcios Cruz
9  62nd Street
West New York, NJ 07093

Jose V Ruiz
2255 E Sunset
Las Vegas, NV 89119

Jose Valles
1417 Lost Padre Mine Drive
El Paso, TX 79902

Jose Vazquez
1118 Snyder Avenue
Scranton, PA 18504

Josef J Pearson
403 S Holly Ave
Galloway, NJ 08205

Josef Robinson
300 Brook Hollow Drive
Cola, SC 29229

Josef Zomber
32793 Arlesford Road
Solon, OH 44139

Josefa Martinez
907 N Sean Drive
Chandler, AZ 85225

Josefina Estrada
614 Lincoln
Emporia, KS 66801

Joseph  Babcock
6640 Kodiak Drive
Canal Winchester, OH 43110

Joseph  Bledsoe
313 South Summit Ave
Quarryville, PA 17566

Joseph  E Soliwoda
907 E Grandview Blvd No 303
Erie, PA 16504

Joseph  Elftman
5838 Jones
Wichita, KS 67217

Joseph  Gaitan
1761 Seneca Lane
Las Vegas, NV 89109

Joseph  Hargis
516 Netherwood Ave
Canton, OH 44708


Joseph  Hudson
3809 Watterson Road
Cincinatti, OH 45227


Joseph  Kachurak
56 Hughes St
Kingston, PA 18704


Joseph  Knapp Jr
305 Quinton Marlboro Rd
Salem, NJ 08079


Joseph  Kosis Jr
345 Southmount Boulevard
Johnstown, PA 15905


Joseph  Kutschbach
405 Perry Circle
Cranberry, PA 16066

Joseph  Lurenz
37 Martin Dr
Wappingers Falls, NY 12590

Joseph  Maltagliati
11520 W Piccadilly Rd
Avondale, AZ 85323

Joseph  Marnelli
2209A Cullem Drive
Reading, PA 19601

Joseph  Medal II
1241 Homedale Ave NW
Canton, OH 44708

Joseph  Payton
3400 Rain Forest Drive
Austin, TX 78646

Joseph  Peters
PO Box 429  Roosevelt Hwy
Lake Winola, PA 18625

Joseph  Price
239 Cumberland Dr
Seven Fields, PA 16046

Joseph  Pucci
2411 Swiss Avenue SW
Canton, OH 44706

Joseph  Redding
45 East Third Ave
Spring Grove, PA 17362

Joseph  Rosano Jr
2530 S Colorado St
Philadelphia, PA 19145

Joseph  Shannon
1 Main St
Locust  Gap, PA 17840

Joseph  Stevick
2418 Willow Drive
Murfreesboro, TN 37127

Joseph  Vangalio
15499 Kidd Dr
Newbury, OH 44065


Joseph  Wise
2768 Jefferson Ave
Washington, PA 15301


Joseph A Catania
5 Slaughter Drive
Athens, OH 45701


Joseph A Fosco
3223 Valley Drive
West Chester, PA 19382


Joseph A Frizzell
1024 Charles Street
Galion, OH 44833


Joseph A Gaither
206 West Jefferson Avenue
Wheaton, IL 60187

Joseph A Graziano
648 Hamel Ave
Glenside, PA 19038

Joseph A Krull
1505 N Country Club Drive #226
Mesa, AZ 85201

Joseph A Lynn
5586 Walden Valley Cove
Bartlett, TN 38135

Joseph A Mailki
207 Allison St
West Newton, PA 15089

Joseph A Quairoli
2 Vista Drive  PO Box 178
Fredericksburg, PA 17026

Joseph A Wroblewski
11537 Rte 89
Wattsburg, PA 16442

Joseph Adams
3004 Manchester Drive
Spring Hill, TN 37174


Joseph Alonzo
44303 Comnock Road
Franklintown, LA 70438


Joseph Aston
712 Bowling Avenue
Nashville, TN 37215


Joseph Aylsworth
6452 Butterfly Sky Street
North Las Vegas, NV 89084


Joseph B Ciarcia
6 Cobblewood Drive
Pocono Summit, PA 18346


Joseph B Kokes
608 E Fordham Drive
Tempe, AZ 85283

Joseph B Pokowitz
3733 Estes Rd
Nashville, TN 37215

Joseph B Winick
719 Black Creek Dr
Chattanooga, TN 37419

Joseph Battochi
698 Gamble  Rd
Oakdale, PA 15071

Joseph Bergen
33894 Crown County Drive
Avon, OH 44011

Joseph Betty
4006 NW Hiram Road
Canton, OH 44718

Joseph Blevins Saunders
1418 North Franklin Street
Pittsburgh, PA 15233

Joseph Bracco
RD 4  Box 290
Boyertown, PA 19512


Joseph Browell Jr.
35 Ashland Avenue
Ephrata, PA 17522


Joseph Burns
2425 Ruralton Street
Pittsburgh, PA 15210


Joseph C Klucsarits
1224 S Meadow Street
Allentown, PA 18103


Joseph C Librera III
132 Stieg Avenue
Staten Island, NY 10308


Joseph C Myers
170 Oliphant Rd
Uniontown, PA 15401

Joseph C Nill
1414 Florence Avenue
Evanston, IL 60201


Joseph Callahan
55 Pine Valley Road
Cherry Hill, NJ 08034


Joseph Carl Messner
94 Port O Call Boulevard
Butler, PA 16002


Joseph Carroll
107 Avenue B
Schyylkill Haven, PA 17972


Joseph Caskey
194 Pine Avenue PO Box 68
Force, PA 15841


Joseph Cecere
225 Mt Zion Road
Ten Mile, TN 37880

Joseph Centurione
1607 Wyndham Rd
Camp Hill, PA 17011


Joseph Chilleo
5177 Elmwood Drive
Pittsburgh, PA 15227


Joseph Clagg
2228 Shannon Dr
Murfreesboro, TN 37129


Joseph Colon
2916 W Lotus Blossom Court
Tucson, AZ 85741


Joseph Coram
6414 Ridgeview Drive SE
Waynesboro, OH 44688


Joseph Crain
1570 Stanford Rd
Gulf Breeze, FL 32563

Joseph Csiszar Jr
1101 Surrey Woods Road
Bethel Park, PA 15102

Joseph Curk III
2328 19th St
Cuyahoga Falls, OH 44223

Joseph D Boland
1015 Cooper Street
Vandergrift, PA 15650

Joseph D Crowley
1339 Fox Boro Drive
Monroeville, PA 15146

Joseph D Shick
1177 Dickey Rd
Reynoldsville, PA 15851

Joseph D Wood
135 Davenport Street
Spartansburg, PA 16434

Joseph Darwish
8854 Ceddar Lake Road
Pickney, MI 48169


Joseph DeBelle
709 Abbeydale Ct.
Ambler, PA 19002


Joseph Deele
PO Box 255
Amargosa Valley, NV 89020


Joseph Diaferia
1105 Weston Drive
Mount Juliet, TN 37122


Joseph Diamond Jr.
RR6 Box 6849
Saylorsburg, PA 18353


Joseph Diegidio
2036 River Road
Bensalem, PA 19020

Joseph Difilippantonio
730 West Milton Street Apt 1
Easton, PA 18042

Joseph DiSisto
1678 Amazon Rd
Mohegan Lake, NY 10547

Joseph Doll
2513 Venus Star Street
Henderson, NV 89044

Joseph Donohue
1132 Mt Pleasant Road
Greensburg, PA 15601

Joseph E  Chadwick II
259 Center Street
Carmichael, PA 15320

Joseph E Cook
239 Lisa Lane
Nashville, TN 37210

Joseph E Gwaltney
462 Meadowfield Road
Gaston, SC 29053

Joseph E Sanders
2122 Walnut Street #2R
Philadelphia, PA 19103

Joseph E Shell
5921 Lydell Red
New Washington, OH 44854

Joseph E Skonczny
2030 Indian Head Road  PO Box 213
Indian Head, PA 15446

Joseph E Soliwoda IV
812 Buffalo Road
Erie, PA 16503

Joseph E Stark
2850 Golf Circle road
Emmaus, PA 18049

Joseph E Telles
68 Boulder St
Pittsburgh, PA 15239

Joseph Ervin
331 Town View Drive
Wappingers Falls, NY 12590

Joseph F  Dantonio
286 Harvison Road  Apt #8
Irwin, PA 15642

Joseph F Devrieze
PO Box 91913
Henderson, NV 89009

Joseph F Hyatt
239 Hytype Farms Dr
Gibsonia, PA 15044

Joseph F Kelly
2626 Cavins Drive
Springfield, OH 45503

Joseph F Sernicola
10486 Scatell Street NW
Canal Fulton, OH 44614


Joseph Fantuzzo
204 Wills Road
N Kensington, PA 15068


Joseph Fisher
233 Spring House Lane
Telford, PA 18969


Joseph Ford
10327 Sugar Grove Road
Jacksonville, FL 32221


Joseph Forsythe
50 Shippensburg Mobile Estate
Shippensburg, PA 17257


Joseph Frazier
637 Danbury Street
Pittsburgh, PA 15214

Joseph G Balestino
960 Fiske Avenue
Fallen Timber, PA 16639

Joseph G Corrie Jr
3373 Raystown Road
Hopewell, PA 16650

Joseph G Coruzzi
26 Park Avenue  Apt D54
Chalfont, PA 18914

Joseph G Salloum
3817 Abbott Martin Rd
Nashville, TN 37215

Joseph G Torroni
6001 Central Avenue  First Floor
Sea Isle City, NJ 08243

Joseph Gardfalo
1359 New England Drive SE
N. Canton, OH 44720

Joseph Gorman Jr
2688 Landon Road
Shaker Heights, OH 44122

Joseph Greco
2443 S. Fairhill Street
Philadelphia, PA 19148

Joseph Griffin
32 Mary Fran Drive Apt 32
West Chester, PA 19382

Joseph Gunn
508 Wilson Road
New Castle, PA 16101

Joseph Gunshore
1702 Christopher Lane
Liberty, SC 29657

Joseph H Decker Sr
1317 Mt View Road
Benton, TN 37307

Joseph H Horton
6635 Chestnut Hill Road
Coopersburg, PA 18036

Joseph H Yoo
2866 Madison Apt #1
Cincinnati, OH 45209

Joseph Hall
410 Page Road
Nashville, TN 37205

Joseph Hanshaw
623 Reno Avenue
Niles, OH 44446

Joseph Harrington
18 Apricot Lane
Liverpool, NY 13090

Joseph Havlick
2971 Six Point Way
Sevierville, TN 37862

Joseph Hornicak
662 Chestnut Street
Baden, PA 15005

Joseph Hough
111 Springhill Drive
Oakdale, PA 15071

Joseph Indavina
810 4th Street
Ambridge, PA 15403

Joseph Izzo
7810 Thirteenth Avenue
Brooklyn, NY 11228

Joseph J Brennan
PO Box 233  S Lehigh Avenue
Trackville, PA 17931

Joseph J Collins
1767 Dumont Drive
Mineral Ridge, OH 44440

Joseph J Daywood
56 S Gates Ave
Kingston, PA 18704


Joseph J Micklow
233 Gertrude Street
Latrobe, PA 15650


Joseph J Mucha
2 Summit View Drive
Mountain Top, PA 18707


Joseph J Raczkowski
1323 Orchard Lane
Jim Thorpe, PA 18229


Joseph J Siminitus
5 High Raod
Pottsville, PA 17901


Joseph Jacob
3117 Blyethburn Road
Mountain Top, PA 18707

Joseph Jacobson
2857 Election House Rd
Lancaster, OH 43130

Joseph James Fanale
262 S Albemarle Street
York, PA 17403

Joseph John Stockbauer
205 Front St
Lititz, PA 17543

Joseph Johnson
43 S Congress Street
Winnsboro, SC 29180

Joseph K DeCroo
114 Woodland Drive
Sarver, PA 16055

Joseph Keith
361 Farrell Road
Marsteller, PA 15760

Joseph Kelly
7207 N Radcliffe Street
Bristol, PA 19007

Joseph Kessin
404 Madison Avenue  Apt 3
Lakewood, NJ 08701

Joseph Kirkland
136 Rustic Manor Court
Lexington, SC 29169

Joseph Kocsis
820 Squirrel Hill Drive
Bordman, OH 44512

Joseph Kondub
24 Old Tannery Road
Monroe, CT 06468

Joseph Kooima
32 E Jackson Street
Villa Park, IL 60181

Joseph Kovitch
28 Aluminum City Terrace
New Kensington, PA 15068

Joseph Kralick
5460 Green Palms Street
Las Vegas, NV 89130

Joseph Kuhns
7719 Paradise Hts
Abbottstown, PA 17301

Joseph L Buch
2905 Tenth Street NW
Canton, OH 44708

Joseph L Chaffin
810 Bellevue Avenue
Columbus, OH 43207

Joseph L Cundiff
1015 E Pike
Alliance, OH 44601

Joseph L Evanoff
12159 Arbuckle Road
Union City, PA 16438


Joseph L Hines
2129 Binginham Is
Sevierville, TN 37876


Joseph L Wolf
104 Sutters Way
Franklin, TN 37067


Joseph Labella
6958 Wood Bark Drive
Las Vegas, NV 89119


Joseph Laffey
912 Ralph Lane
Mousic, PA 18507


Joseph Lee Lockard
16060 Inheritance Road
Brandywine, MD 20613

Joseph Lester
307 Gold Mill Road
Wingap, PA 18091

Joseph Lombardo
15046 Escondido Drive #1
Fountain Hills, AZ 85268

Joseph Lynch
5286 Circle Drive
Painesville, OH 44077

Joseph Lyons
3359 Blue Jay Pass
Fort Mill, SC 29708

Joseph M Deas
229 Doster Road
Lancaster, SC 29720

Joseph M Destefano
304 Deep Run Rd
Perkasie, PA 18944

Joseph M Eckart
16 Fassett Street
Canton, PA 17724


Joseph M McGowan
2510 Cedar Tree Drive  Apt 3B
Wilmington, DE 19810


Joseph M Mercuri
105 Wappoolah Drive
Summerville, SC 29483


Joseph M Snow
11208 Mohawk Path
Lakeview, OH 43331


Joseph Martin
40 Dartmouth Avenue
Pittsburgh, PA 15229


Joseph Martinez
123 Portland Street
South Berwick, ME 03908

Joseph Masabni
4406 Edinburgh Place
College Station, TX 77845

Joseph McCloud
368 s 3rd Ave
Middleport, OH 45760

Joseph McDonough
2024 Grey Fox Lane
Virginia Beach, VA 23456

Joseph McManis  III
1057 Manor Vue Ct
Delmont, PA 15626

Joseph Mendez
136 Wales Street
Cranston, RI 02920

Joseph Michalick
23 W Walter St
Summit Hill, PA 18250

Joseph Mick
711 North Evergreen Road Apt #2120
Mesa, AZ 85201

Joseph Mine
560 Freil Road
Baden, PA 15005

Joseph Miniace
9712 Holloway Hill Court
Potomac, MD 20854

Joseph Mirocke
643 Oxford Drive
Lancaster, PA 17601

Joseph Mondelli
1121 Brookside Drive
Franklin, TN 37069

Joseph Moore
837 W Hillview Dr
Brentwood, TN 37027

Joseph Mott
1701 East Colten #256
Phoenix, AZ 85016


Joseph Myers
5 Senate Dr
Oil City, PA 16301


Joseph Nader
233 Montana Avenue
Lower Burrell, PA 15068


Joseph Neff
311 South 20th Street
Altoona, PA 16602


Joseph Niner
2706 Congress Dr SW
Canton, OH 44706


Joseph O  Romness
4117 N Randolph St
Arlington, VA 22207

Joseph O Garcia
803 Bridge Street
Bethlehem, PA 18018


Joseph Olasin
1000 Michelle Road
New Kensington, PA 15068


Joseph Olsen
109 Milton Road
Warwick, RI 02888


Joseph Oludij
6154 E Karen Drive
Scottsdale, AZ 85254


Joseph P  Lux
172 Churchville Lane
Churchville, PA 18966


Joseph P Kelly
675 E St Rd  Apt 608
Warminster, PA 18974

Joseph P Knapp
112 California Avenue
Oakmont, PA 15139

Joseph P Shannon
903 Decker Lane
Warminster, PA 18974

Joseph P St George
20660 N 40th St No2126
Phoenix, AZ 85050

Joseph Palermo
31 East Montgomery Avenue
Hatboro, PA 19040

Joseph Panetta
210 Hope Road
Mars, PA 16066

Joseph Pappas
1607 Woodcrest Avenue
Charleston, SC 29407

Joseph Parfitt
935 Sage Street
Clymer, P 15728

Joseph Park
712 1 2 Main Street
Greensburg, PA 15601

Joseph Patrick
6669 Springmist Court
Mason, OH 45040

Joseph Pizzimenti
551 Westchester Ave
Rybrook, NY 10573

Joseph Podolak
111 Monongahela Avenue
Dravosburg, PA 15034

Joseph Prats
1831 Riva Ridge Drive
Mansfield, OH 44904

Joseph Quirk
518 Ridge Avenue
Pottsville, PA 17901

Joseph R Berei
923 Jefferson Heights Drive
Pittsburgh, PA 15235

Joseph R Boback
3143 Primrose Lne
Natrona Heights, PA 15065

Joseph R Feragamo
545 Franklin Road
Coventry, RI 02816

Joseph R Ferragamo
545 Franklin Road
Coventry, RI 02816

Joseph R John
240 Colleen Lane
Jeannette, PA 15644

Joseph R Kerr
117 Terrace Drive
New Castle, PA 16102

Joseph R Murtha
1905 Snyder Avenue
Greensburg, PA 15601

Joseph R Raffaele St
3300 New Jersey Ave  Apt 208
Wildwood, NJ 08260

Joseph R Rappa Jr
3649 Ashley Court
Kunkletown, PA 18058

Joseph R West
396 Fourth Street
Beaver, PA 15009

Joseph Rasmussen
730 Dixon Ave
Croydon, PA 19021

Joseph Renau
4733 Padgett Street
N Charleston, SC 29405


Joseph Roda Jr
716 Mill Grove Road
Eagleville, PA 19403


Joseph Rogers
1145 Lawnton Avenue
Woodbury, NJ 08096


Joseph Rollinson
12405 North 51st Lane
Glendale, AZ 85304


Joseph Roshannon
525 Prospect Street
Pottsville, PA 17901


Joseph S Marian Jr
67 Union Street
Uniontown, PA 15401

Joseph S York
109 Arion St
Pittsburgh, PA 15211


Joseph Sabulsky
1219 Sagerville Road
Bainbridge, PA 17502


Joseph Salaske
1510 Leishman Ave
Arnold, PA 15068


Joseph Schwartz
5762 E North Wilshire Drive
Tucson, AZ 85711


Joseph Schwenk
1910 17th Street SW
Allentown, PA 18103


Joseph Scorza
11 Smith Street
Charleroi, PA 15022

Joseph Shouse
1110 8th Ave
Freedom, PA 15042


Joseph Sites
129 Scenic Ridge Drive
Venetia, PA 15367


Joseph Sleasman
70 Maple Avenue
Blairsville, PA 15717


Joseph Sobeski
3230 Rocky Lane
Easton, PA 18045


Joseph Spagnola
5 Northhaven Court
Glenshaw, PA 15116


Joseph Spain
112 Gallagher Dr
Franklin, TN 37064

Joseph Speight
3025 Holsted Drive
Murfreesboro, TN 37128

Joseph Staeuble
5067 Glenmina Drive
Cemterville, OH 45440

Joseph Stanley Jr
83 Spring St
Foxboro, MA 02035

Joseph Stephens
2553 Meadowcrest Drive
Newburgh, IN 47630

Joseph Sukenick
109 Jojo Road
Bartonsville, PA 18321

Joseph Szabo
224 Mountain Park Road
Allentown, PA 18103

Joseph T Dempsey
4125 Chesterland Blvd
Stow, OH 44224

Joseph T Washington Sr.
365 Briarbend Rd
Goose Creek, SC 29445

Joseph Terzo lll
30 Chadwick Manor
Fairport, NY 14457

Joseph Tilmon
18R Poplar Street
Mount Union, PA 17066

Joseph Todd Bowman
809 Oliver
St Marys, OH 45885

Joseph Toth III
8561 Johnycake Ridge Rd
Mentor, Oh 44060

Joseph Trotter
531 Westland Drive
Greensburg, PA 15601


Joseph Uhler
857 Oak Road
Bradford Hills, PA 15015


Joseph V Laragione
2132 E Susquehanna Ave
Philadelphia, PA 19125


Joseph Viccica
292 W Eighth Street
West Wyoming, PA 18644


Joseph W  Adams
4218 Elm Court
Collegeville, PA 19426


Joseph W Ansley
112 Outlook Drive
Tallmadge, OH 44278

Joseph W Clemente
516 Wallace Street
Erie, PA 16507


Joseph W Daywood
56 S Gates Avenue
Kingston, PA 18704


Joseph W Prenger
7169 Hellwarth Road
Celina, OH 45822


Joseph W Stover
300 Golden Gate Drive
Verona, PA 15147


Joseph W Titch
19264 Route 89
Corry, PA 16407


Joseph Wagner
7010 Headley Court
Levittown, PA 19051

Joseph Warnick
316 Elk Run Avenue
Punxsutawney, PA 15767


Joseph Waterbury
2711 NW 157th St
Des Moines, IA 50325


Joseph Wayne
226 n Line Street
Girardville, PA 17935


Joseph Weikel
14 Spring St
Pittsburgh, PA 15223


Joseph Whelan
3873 Blake Rd
Huntingdon Valley, PA 19006


Joseph William Neighbors
5555 Hixson Pike  Apt 408
Hixson, TN 37343

Joseph Williams
1434 Keeneland Hill
Aledo, TX 76008

Joseph Windell Sr
532 E Main Street
Roaring Spring, PA 16673

Joseph Wysochanski
9228 Frankfort Avenue
Philadelphia, PA 19114

Joseph Ziegler
36081 State Route 93
Hamden, OH 45634

Josephine B Knupp
213 Myhr Green
Nashville, TN 37221

Josephine E Besh
7900 E Princess Drive #1061
Scottsdale, AZ 85255

Josephine E Seals
4142 Palmer Road
New Lexington, OH 43764


Josephine Lotruglio
6122 Canter Glen Avenue
Las Vegas, NV 89122


Josephine Thomas
41 Bayside Terrace
Jersey City, NJ 07305


Josephine Wakefield
520 Columbus Drive
Hermitage, TN 37076


Josephyne L Barbosa
1130 N 9th Street
Reading, PA 19604


Joseppi Hinkle
818 Shaw Avenue
Lansdale, PA 19446

Joseth  Vincent
8435 Tiger Wood Ave
Las Vegas, NV 89128


Josh  Careme
721 Third Street
West Stonewall, MB R0C2ZO
CANADA


Josh Baker
617 Jackson Hill Road
Jackson, OH 45640


Josh Felber
224 Lake Pointe Dr
Akron, OH 44333


Josh Moss
2615 E. 15th Street
Juplin, MO 64804


Josh Shepard
7870 Cross Ridge Drive
Germantown, TN 38139

Josh Watson
1335 Dodd Trail
Murfreesboro, TN 37128

Josh Zeldis
610 Lavender Court
West River, MD 20778

Joshlyn L Williams
1825 Williston Rd 1
Beech Island, SC 29842

Joshua  Berger Marzullo
226 Kaimuohema Place
Honolulu, HI 96817

Joshua  Bowman
412 East Youghiogheny Avenue
Conn, PA 15425

Joshua  Martin
204Bauer Avenue
Mancos, CO 81328

Joshua  Yauger
2650 Canel Rd
Hamilton, OH 45011

Joshua A Musser
125 Spring Valley Road
Laureldale, PA 19605

Joshua Austin
815 Fourth Street
Belle Vernon, PA 15012

Joshua B Nelms
3707 Southridge Boulevard
Murfreeboro, TN 37128

Joshua Barlet
66 Hidden Valley Rd
Mertztown, PA 19539

Joshua Bell
145 Hollywood Avenue
Youngstown, OH 44512

Joshua Branum
6700 Cabot Drive Apt D-26
Nashville, TN 37209

Joshua Bruce  Miles
2842 August
Johns Island, SC 29455

Joshua Byington
337 Chadwell Road
Kingsport, TN 37660

Joshua C Bringle
126 Dudley Place
Byhalia, MS 38611

Joshua Cherry
6131 N Sixteenth Street
Phoenix, AZ 85016

Joshua Cossins
8550 W. Pleasant Valley Road
Parma, OH 44130

Joshua D Angel
1352 Mt Zwingli Rd
Breman, OH 43107

Joshua D Edie
2933 Rabbit Drive
Dennison, OH 44621

Joshua D Kimple
PO Box 3232
Gettysburg, PA 17325

Joshua D Little
120 Spruce Lane
Acme, PA 15610

Joshua D Samuels
8517 Rt 18
Girard, PA 16417

Joshua Deakter
5699 Golden Eagle Circle
Palm Beach Gardens, FL 33418

Joshua Deitch
511 Boston Court
Mechanicsburg, PA 17050

Joshua E Fulton
738 Clintonbypass Rd
Normalville, PA 15469

Joshua E Negley
146 N Grant Ave
Kittanning, PA 16201

Joshua Feltenberger
199 North Franklin Street
Cochranton, PA 16314

Joshua Ford
9 Prospect St
Lisbon, OH 44432

Joshua Fryberger
2432 Aspen Way
Harrisburg, PA 17110

Joshua Gamble
2241 Joann Drive
Spring Hill, TN 27174




Joshua Gray
6105 Sierra Morena Street
Mesa, AZ 85215




Joshua Grubbs
100 Memorial St
Dunbar, PA 15431




Joshua Head
12403 W. Monte Vista Road
Avondale, AZ 85323




Joshua J Berthold
7000 Christopher Wren  Apt 205
Wexford, PA 15090




Joshua J Mortensen
8599 Griffin Park Drive
Cordova, TN 38018

Joshua J Withers
917 McLaughlin Run Road
Birdgeville, PA 15017

Joshua John Grefe
2634 Wentorth Road
Parkville, MD 21234

Joshua K Coffman
275 Imel Road
Normalville, PA 15469

Joshua Klingenberg
6261 Viewpoint Drive
Los Vegas, NV 89156

Joshua Kraus
1086 Hoffman Road
Smithton, PA 15479

Joshua L Lukins
1502 29th Street
Des Moines, IA 50311

Joshua L Ungemach
5526 Albany Springs Drive
Westerville, OH 43081


Joshua L Williamson
823 Sylvan Road
Lancaster, PA 17601


Joshua Landis
1143 Northern Boulevard
Clarks Summit, PA 18411


Joshua Lang
4906 Deis Hill Rd NW
Dover, OH 44622


Joshua Lehmann
700 Meadow Crest Lane
Montgomery City, MO 63361


Joshua Lien
3707 Woodmont Boulevard
Nashville, TN 37215

Joshua Lord
2975 Willowood Drive
Erie, PA 16506


Joshua M Colbrunn
6841 Lockwood Boulevard #95
Baordman, OH 44512


Joshua M Cooper
1400 W Norwegion St
Pottsville, PA 17901


Joshua M Noska
221 Main Street
Red Hill, PA 18076


Joshua M Olivieri
710 Millsboro Road
Mansfield, OH 44903


Joshua M Sherrid
354 Locust Street
Steelton, PA 17113

Joshua McCain
3510 Negley Road
Columbus, OH 43232

Joshua McPeake
116 Red Oak Dr
Boyertown, PA 19512

Joshua Meckley
5800 Crone Road
Dover, PA 17315

Joshua Morgan
27 Private Road 222A
Bruce, MS 38915

Joshua N Reinders
2844 State Route 257
Seneca, PA 16346

Joshua Nusbaum
1220 Mayfair Dr.
Mansfield, OH 44905

Joshua O Duran
2093 Calle Gran Desierto
Tucson, AZ 85706

Joshua Osting
767 Cable Trail
Centerville, TN 37033

Joshua P Randall
14318 Mystic Rd
Cambridge Springs, PA 16408

Joshua Paul Smith
745 Bloomfield Dr
Mt Pleasant, SC 29464

Joshua Petit
803 Harrison Avenue
Natrona Heights, PA 15065

Joshua R Bolin
24 N Plains Rd
The Plains, OH 45780

Joshua Ryen
2731 East Creek Road
Rochester Hills, PA 15771


Joshua Schall
700 Carl Avenue Apt 104
New Kensington, PA 15068


Joshua Stacy
10806 Pineview Court
Louisville, KY 40299


Joshua Stemerick
192 Jamison Street
Slickville, PA 15684


Joshua Strasburg
17738 W Post Drive
Surprize, AZ 85388


Joshua Szukalski
5310 St Mawes Court
Federick, MD 21703

Joshua T Coates
9593 Kistler Valley Rd
Kempton, PA 19529


Joshua Turner
340 West Susquehanna Street
Allentown, PA 18103


Joshua Watts
997 Ashmead Dr
Gahanna, OH 43230


Joshua Wolford
1271 Woodline Drive
Marysville, OH 43040


Josiah D Nuhfer
761 Fairbanks Rd
Russell, PA 16345


Josie Marie Martinez
10848 N 146th Avenue
Surprise, AZ 85374

Joslyn R Bottenfield
115 Dovetail Lane
New Enterprise, PA 16664


Jospeh Corino
317 Honey Hill Ct
Nashville, TN 37217


Jospeh Novak
386 Beefalo Rd.
Ford City, PA 16226


Josue B Mendez
6643 W 87th Street
Shawnee Mission, KS 66212


Joubert Remy
102 Farmington Lane
Coatesville, PA 19320


Jovan Milosevic
8718 Madison
Munster, IN 46321

Jovan Rajsic
999 Hancock Avenue
Akron, OH 44314

Jovania E Martinez
2600 Starr Road
Pennsauken, NJ 08109

Joy A Curtis
47 Harvest Rd
Ivyland, PA 18974

Joy Davies
2412 Lexington Dr
Reading, PA 19610

Joy Faith Villalta
409 Friel Road
Baden, PA 15005

Joy O'Dell
1024 Cobbler
Nashville, TN 37221

Joyanne  Paradissis
3000 Ford Rd  Apt K4
Bristol, PA 19007

Joyce  Pickett
518 Mountain View Drive
Pulaski, TN 38478

Joyce  Pierce
P.O. Box 50502
Nashville, TN 37205

Joyce A  McMillion
500 Thomas Armor Dr
Windsor, PA 17366

Joyce A Allgretto
27 50th St West
Sea Isle City, NJ 08243

Joyce A Browning
13710 Della Dr  Apt 104
Athens, OH 45701

Joyce A Hively
1103 St Rt 545 Rd 1
Ashland, OH 44805


Joyce A Potts
1200 Spring Run Rd Ext
Moone Twp, PA 15108


Joyce A Santore
31 Gentile Drive
Uniontown, PA 15401


Joyce A Sigers
429 Pecks Beach
Ocean City, NJ 08226


Joyce A Thwaits
625 Magnolia Drive
Greenville, OH 45331


Joyce Anderson
3630 Owens  No 2102
Las Vegas, NV 89110

Joyce Balogh
1236 Rostraver Street
Monessen, PA 15062

Joyce C Radvansky
PO Box 185 116  Fazenbaker Drive
Leckrone, PA 15454

Joyce D Green
PO Box 145
Woodbine, NJ 08270

Joyce Davis
136 Sleepy Hollow Lane
Franklin, PA 16323

Joyce E Hoover
6055 Spring House Place  Apt A21
Bridgeville, PA 15017

Joyce E McCann
891 Pleasantville Rd
Lancaster, OH 43130

Joyce E Page
1104 Stainback Avenue
Nashville, TN 37027


Joyce Gorczyca
2340 E University Drive  #264 B
Tempe, AZ 85281


Joyce H Hatten
4630 Faulkland Rd
Columbia, SC 29210


Joyce H Morton
1792 Webster Road
Webster Springs, WV 26288


Joyce Hange
327 State Route 95
Jeromesville, OH 44840


Joyce Hill
4301 Ashburner Street  Floor 1
Philadelphia, PA 19136

Joyce Hill
4730 E Craig Rd #1130
Las Vegas, NV 89115


Joyce Jones
108 Tanglewood Circle
Goose Creek, SC 29445


Joyce Kawalec
16295 Rock Creek Road
Thompson, OH 44086


Joyce L Bartels
714 Covey Street
Belpre, OH 45714


Joyce L Underwood
5518 County Road 93
Mt Gilead, OH 43338


Joyce Lazell
11715 Joan Drive
Pittsburgh, PA 15235

Joyce Mills
45280 Baum Addition
Pomeroy, OH 45769

Joyce Onusko
371 Redcut Lodge Road
Latrobe, PA 15650

Joyce S Hayes
3518 Kreston Rd
Gwynn Oak, MD 21207

Joyce Tyson
1208 Grandview Avenue  SW
Canton, OH 44710

Jozef Kurowski
274 Husson Street
Staten Island, NY 10306

Jozita A Williams
1209 Rebecca Avenue
Pittsburgh, PA 15221

Juan  Moreno
2934 Cedar Ave
Las Vegas, NV 89101

Juan  Rodriguez
1173 Marina Dr
Yuba City, CA 95993

Juan  Ruiz
2440 South Reese St
Philadelphia, PA 19148

Juan  Tejeda
119 West Dr
Clarksville, TN 37040

Juan A Sanchez
2474 85th Street
Brooklyn, NY 11214

Juan A Vinces
1204 Theresa Drive
Quakertown, PA 18951

Juan Arroyo
810 Calle De Paz
Somerton, AZ 85350


Juan Ayala
3014 Gilham Street
Philadelphia, PA 19149


Juan C Amezquita
4401 Jamaica Drive
Memphis, TN 38108


Juan C Lopez
6941 Gallop Drive
Cordova, TN 38018


Juan Carlos Resendiz
567 Roxella Lane  No B
Las Vegas, NV 89110


Juan Carlos Santana
931 S Tusa Rd
Maricopa, AZ 85239

Juan Carlos Torres
1615 W Allen Street
Allentown, PA 18102

Juan Castro
3221 Figiler Ct Unit A
Las Vegas, NV 89030

Juan Chicojay
369 Park Avenue
Arlington, MA 02476

Juan D Sexton
1209 E Front Street
Dover, OH 44622

Juan Dominguez
923 Spruce Street
Reading, PA 19602

Juan J Medina
8116 Dartmoor Ave
Las Vegas, NV 89129

Juan L Barcelo
1611 Kennedy Lane
San Luis, AZ 85349


Juan Luis Rodriguez Alfaro
1760 E Julian Street
San Luis, AZ 85349


Juan Manuel Moreno
2011 Bienestar Lane
San Luis, AZ 85349


Juan Mendoza
3401 North Walnut Rd Unit 52
LAs Vegas, NV 89115


Juan O Negron Martinez
476 New Street
Lebanon, PA 17046


Juan P Sauceda
375 S 16th Avenue
Yuma, AZ 85364

Juan Rivera
1826 Harrison Street
Philadelphia, PA 19102

Juan Saenz
25717 W St Kateri
Buckeye, AZ 85326

Juan Sharp
4472 Winton Dr
Antioch, TN 37013

Juanita Crews
122 Walnut Circle
Elizabeth, PA 15037

Juanita Davis
101 Summit Gardens Boulevard
Kent, OH 44240

Juanita Gabriel
1125 Baker Road
Albany, OH 45710

Juanita Hutchison
PO Box 346  109 Clay St
Woodbine, NJ 08270


Juanita Jamison
6531 W Avenida Del Rey
Phoenix, AZ 85083


Juanita King
504 Terrace Drive
McKees Rocks, PA 15136


Juanita Ortis
2208 Rockspring Road B
Toledo, OH 43614


Judd D Groff
3300 Oak Street
Lebanon, PA 17042


Jude Donald Lundy
3519 Bendingo Rd
Wilcox, PA 15870

Jude L Kiah
107 Meadow Drive
Macomb, IL 61455


Judea L Jackson
2425 Chauncey Drive #151
Pittsburgh, PA 15219


Judee Milano
3309 Ridgeway Road
LAkehurst, NJ 08733


Judi Nicosia
2215 Myrtle Street Floor 1
Scranton, PA 18510


Judith Bresler
1451 Beechwood Drive
Lancaster, OH 43130


Judith Jones
216 Parkview Avenue NW
N Canton, OH 44720

Judith  Potteiger
1735 E Sycamore
Casa Grande, AZ 85222

Judith  Roan
134 W Green Street
Nanticoke, PA 18634

Judith  Smith
9351 Andover Road
Phildelphia, PA 19114

Judith A Greenfarb
5169 Stablegate Lane
Hollywood, SC 29449

Judith A Grigsby
23 Poston Rd
The Plains, OH 45780

Judith A Gruseck
14580 Michael Dr
North Huntingdon, PA 15642

Judith A Kline
152 Stoebner Way
Pittsburgh, PA 15206

Judith A Shaw
6 Corson Street
Rio Grande, NJ 08242

Judith Allen Pruitt
201 Cantrell Road
Pendelton, SC 29670

Judith Barrie
2223 Wickersham Lane
Germantown, TN 38139

Judith Bell
2610 Mission Ridge Drive
Murfreesboro, TN 37130

Judith Cheena
6870 GRand River
Brighton, MI 48114

Judith Dunn
450 Kristina Dr
Bellefontaine, OH 43311

Judith F Beaupre
9 Edwards Ave
Wakefield, RI 02879

Judith Heishin Sacks
3256 Catholic Valley Rd
Glen Rock, PA 17327

Judith Hill
2312 Johnson Road
Clarksville, TN 37043

Judith I Koontz
570 Koontz Road
New Alexandria, PA 15670

Judith Jetter
5231 Barbara Way
Las Vegas, NV 89119

Judith L Dailey
513 Shenley Drive
Erie, PA 16505

Judith L Merulli
153 Dillon Street
Beaver Falls, PA 15010

Judith L Peregoy
126D Unity Center Road
Pittsburgh, PA 15239

Judith Morris
111 Heather Road
Churchville, PA 18966

Judith Otenburg
17811 N Second Street
Phoenix, AZ 85022

Judith Potteiger
1735 E Sycamore
Casa Grande, AZ 85222

Judith Sloan
3455 Street Road  Sherman 4
Bensalem, PA 19020

Judith Stolzenburg
4800 Duvall Road Lot 290
Ashville, OH 43103

Judith Summarell
209 Page Road
Nashville, TN 37205

Judith Torres
6109 Edge Avenue
Bensalem, PA 19020

Judy  Satterfield
415 Quary St
Ashland, OH 44805

Judy  Smith
809 Laurel Road
Clinton, TN 37716

Judy  Turner
521 Constellation Square SE Unit B
Leesburg, VA 20175


Judy  Villarreal
20 East Main St
Hummelstown, PA 17036


Judy A Barrows
7140 122 Selby Road
Athens, OH 45701


Judy A Mitchell
1107 Green Valley Drive
Ashland City, TN 37015


Judy Barrow
7140 122 Selby Rd
Athens, OH 45701


Judy Brunson
1620 Hanover Drive
Reno, NV 89523

Judy Buck
223 Meyer Ave
Riverside, OH 45431


Judy Corchia
306 Iroquois Drive
Arnold, PA 15068


Judy E Everhart
3585 Alvin Rd
Shelby, OH 44875


Judy E Knapke
1896 Nan Del Lane
Portland, IN 47371


Judy Fernando
7913 W Claremont Street
Glendale, AZ 85303


Judy Jarrett Brown
2 Carl Weed Court
Cola, SC 29212

Judy K Blair
439 Battle Avenue
Franklin, TN 37064


Judy Kagan
1422 School House Road
Perkasie, PA 18944


Judy L Williams
2344 S Alice Street
Allentown, PA 18103


Judy Luckinbill
818 Wyndom Terrace
Clifton Heights, PA 19018


Judy McVickar
186 Tilden Avenue
Richmond, VT 05477


Judy Nixon
8811 Hercules Drive
Jacksonville, AR 72076

Judy Nwajiaku
2920 Sunstone Drive
Fort Collins, CO 80525


Judy Stevenson
904 Harvey Avenue
Greensburg, PA 15601


Judy Veal
150 West Laurens School Road
Dublin, GA 31029


Julia  Wortman
813 18th Ae South  Suite B1
Nashville, TN 37203


Julia A Garris
84 Bennett Lane
Berkeley Springs, WV 25411


Julia A Rodden
160 Mansfield Blvd
Cherry Hill, NJ 08034

Julia Ann Hoover
10 Willowdale Dr
Lancaster, PA 17602

Julia H Baldridge
1101 Graybar Lane
Nashville, TN 37204

Julia K Whittaker
9305 Old Indian Hill Road
Cincinnati, OH 45243

Julia M Evans
1773 Harcor Drive
Pittsburgh, PA 15226

Julia Oh
137 Central Park North  Apt 1A
New York, NY 10026

Julia P Wagner
13 Homestead Lane
Camp Hill, PA 17011

Julia Palmer
7416 Stacey Drive
Nashville, TN 37221

Julia Parthemore
126 McMurray Circle
Nashville, TN 37204

Julia Peltz
12331 Rockhaven Road
Chesterland, OH 44026

Julia S Sandker
20922 Island Sound Circle Unit 206
Estero, FL 33928

Julia Thompson
8 Azalea Ct
Manchester, PA 17345

Julia Tillman
404 Lake Vista Ct
Columbia, SC 29229

Julian DuFour
255 Twin Lake Drive
Divide, CO 80814

Julian Gomez
11944 W 95th Street #185
Lenaxa, KS 66215

Julian K Webb
320 Maingate Drive
Columbia, SC 29223

Julian Owens
1839 E. Ellist Street
Phoenix, AZ 85042

Julian W Walker Jr
211 S Edisto Avenue
Columbia, SC 29205

Juliann Niccols
316 East Fayette Street
Connellsville, PA 15425

Julianna Jennett
423 Second Street
Oakmont, PA 15139


Julianne Alexander
104 Lindberg Drive
Aliquippa, PA 15001


Julie  Ness
3308 Berrywood Ave SW
Canton, OH 44706


Julie  Winfield
101 Juno Cove
Medina, TN 38355


Julie A Guy
1999 Marshall Rd  No 606
Monaca, PA 15061


Julie A Perry
305 S Market
Caldwell, KS 67022

Julie A Tauber
413 Hall Avenue
Sidney, OH 45365

Julie Barnick
2811 Dudley Drive
Thompsons Station, TN 37179

Julie Bashore
195 Woodchuck Drive
Ephrata, PA 17522

Julie Bradshaw
1772 E Rd 2 North
Chino Valley, AZ 86323

Julie Bryan
2650 Goldbug Avenue
Sullivans Island, SC 29482

Julie C Balliet
1737 Santee Street
Charleston, SC 29412

Julie C Barger
413 Colton Avenue
Bellefontaine, OH 43311

Julie C Gordon
5102 E Paradise Drive
Scottsdale, AZ 85254

Julie Cherilis
103 Brookstone Dr
Burns, TN 37029

Julie Cowen
22 Third Street
Lawrence, PA 15055

Julie Crago
PO Box 320
Fernley, NV 89408

Julie DAmico
1208 Summit Pointe
Scranton, PA 18508

Julie Dawn Smith
40821 N Raleigh Court
Anthem, AZ 85086


Julie E Grant
250 Painter St
Greensburg, PA 15601


Julie J Rovet
4012 Atha Court
Dayton, OH 45424


Julie J Smith
102 Valeron Court
Irwin, PA 15642


Julie L Casari
110 Green Forest Lane
Lehighton, PA 18235


Julie M Schmidt
7495 Swadley Street
Arvada, Co 80005

Julie Pestridge
261 W Metzler Road
Ephrata, PA 17522


Julie Puckett
1156 Sturbridge Dr
Louisville, OH 44641


Julie R McClain
13172 Old Rt 19 Apt B
Waterford, PA 16441


Julie Royer
113 Silver Lake Circle
Columbia, SC 29212


Julie Shelton
261 Hwy 99
Eagleville, TN 37060


Julie Spiros
1266 Ascot Drive
Maineville, OH 45039

Julie Strizki
1506 Judith Lane
Yardley, PA 19067


Julie Wagner
13 Homestead Lane
Camp Hill, PA 17011


Julie Wright
6791 Gower Road
Nashville, TN 37209


Julie Zoeiro
8010 Hammond Rd
Cheltonham, PA 19012


Julienne Sassetti
13232 Skyline Drive
Plainfield, IL 60585


Juliette A Montgomery
34 Cochran Dr
Duncansville, PA 16635

```
Julio  Polin
405 Parsonage Road
Edison, NJ 08837




Julio Rodriguez
2226 Masher Street
Philadelphia, PA 19133




Julius  Hughes
20 Hight St  Apt 4
Woodbury, NJ 08096




Julius A Harden Jr
301 N Wade Blvd  Apt 910
Millville, NJ 08332




Julius L Hill
505 Abbeyhill Dr
Columbia, SC 29229




Julius Prator
8441 Cavaricci Street
LAs Vegas, NV 89129
```

Julius R Thomas
603 S Raccoon Rd No 44
Youngstown, OH 44515


Julius Yonnie
8626 W Wethersfield
Peoria, AZ 85381


June  Felicioni
16 Phillips Road
Hainesport, NJ 08036


June Cook
2060 Creek Bend Drive
Lancaster, PA 43130


June Harris
1950 Stone Bridge Drive
Memphis, TN 38134


June Leck
2322 Fremont Pike
Perrrysburg, OH 43551

June Linley
4121 Ashgrove Drive
Grove City, PA 43123

June M Solomon
118 Freedom Avenue NE
Canton, OH 44704

June Moko
1747 Skyline Dr
Johnson City, TN 37604

June Reed
97 Bertolet Mill Road
Oley, PA 19547

Jung Lee
111 E First #1
The Plains, OH 45780

Jung Park
1816 Erlinger Drive
Nolensville, TN 37135

Junior Dennis
987 E Tall Pine St
Queen Creek, AZ 85242

Junior Escalante
1520 Longshore Avenue
Philadelphia, PA 19149

Junior R Ramey
104 W Park Drive
Shelby, OH 44875

Junior S Molbah
1651 Skyline Drive Apt S24
Pittsburgh, PA 15227

Juniper Olsen
1088 Singapore Ct
Las Vegas, NV 89110

Juraj Bratkovic
22 Homestead Lane
Greenwich, CT 06831

Justan R Hardy
1943 Walton Ave
Pittsburgh, PA 15210


Justin  Bird Bear
4505 S Hardy  #1109
Tempe, AZ 85282


Justin  Walsh
226 Sunnyland Ave  No1
Pittsburgh, PA 15227


Justin A Bresen
4006 Woodthrush Dr
Cincinnati, OH 45251


Justin A Myers
12 Church Road
Hatfield, PA 19440


Justin A Walker
5948 Melrose Lane
Shawnee, KS 66203

Justin Adam Bottrell
5180 S Whispering Sands Dr
Casa Grande, AZ 85022


Justin Anderson
104 Stonecrop Cr
Dayton, OH 45431


Justin Apple
1504 Murray Avenue
Pittsburgh, PA 15217


Justin Arata
1532 Mainsail Dr  Apt 2
Naples, FL 34114


Justin B Vanover
774 West Union  #9
Athens, OH 45701


Justin Bajgrowicz
9545 E Via Del Sol Caliente
Tucson, AZ 85748

Justin Bradfield
4790 Castle Rock Ct
Las Vegas, NV 89147


Justin Bridges
1118 North 9th Street
Reading, PA 19604


Justin Burke
2707 Village Road
Orwigsburg, PA 17961


Justin Chandler
7413 NE 161st Place
Vancouver, WA 98682


Justin Crawmer
15655 Mary Ann Furnace
Newark, OH 43055


Justin D Berry
103 Willard Cove
Senatobia, MS 38668

Justin D Knipe
2420 S Third Street
Allentown, PA 18103


Justin D Park
4081 Taylor Dr
Hesston, PA 16647


Justin D Ross
246 Dawney Dr
Hamilton, OH 45013


Justin D Seymour
118 North Pennsylvania Avenue
Morrisville, PA 19067


Justin D Stiles
238 Osage Lane
Bradyville, TN 37026


Justin D Strawser
260 Rinck Lane
Richfield, PA 17086

Justin Davis
30 Warden Street
Union City, PA 16438


Justin Domachowski
6201 Pebble Creek Dr
Washington, PA 15301


Justin Dubravcak
5359 Mahoning Ave
Warren, OH 44483


Justin E Winter
115 Snowberry Circle
Dayton, OH 45431


Justin Earley
206 Clearwater Ct
Englewood, OH 45322


Justin Failla
1013 Autumn Woods Lane #109
VA Beach, VA 23454

Justin Gold
4205 Helens Pouroff Ave
Las Vegas, NV 89085


Justin Gore
3851 Wynn Road Apt 1105
Las Vegas, NV 89103


Justin Griebel
2976 Boap Fat Road
Shippenville, PA 16254


Justin Hamilton
106 Cottreal Avenue
Jeannette, PA 15644


Justin Howard
324 Russellwood Avenue
McKees Rocks, PA 15136


Justin J Kean
3302 N Seventh Street #253
Phoenix, AZ 85014

```
Justin Jones
1927 E Hampton  #257
Mesa, AZ 85204




Justin Jurman
3 Fair Acres Road
Nyack, NY 10960




Justin Kronket
640 Indiana Avenue Apt 1 Rear
Glassport, PA 15045




Justin Kryser
1535 D Batfish Ct
Kew West, FL 33040




Justin L Diamond
33 Maple Leaf Road  PO Box 655
Glendale, RI 02826




Justin L Homan
816 Hemlock Street
Celina, OK 45822
```

Justin L Kelly
936 Broadway Ave
McKees Rocks, PA 15136


Justin Lawless
1101 Downs Boulevard # 111
Franklin, TN 37064


Justin M Barber
3162 Cheltenham Ct
Gibsonia, PA 15044


Justin M Capadona
1616 Roselawn Rd
Mayfield Heights, OH 44124


Justin M Heidelmark
120 St Charles St  Apt 8
Drexel Hill, PA 19026


Justin M Lobaugh
5207 West 53rd
Fairview, PA 16415

Justin M Merod
151 Aspencade Circle
St Peters, MO 63376

Justin M Moore
1321 Lawanna Drd
Rock Hill, SC 29732

Justin M Ostervich
10020 Market Avenue  NW
Hartville, OH 44632

Justin Maloney
1409 Lorenzo Avenue Unit 12
Tampa, FL 33629

Justin Manning
636 Pine Street
Lancaster, PA 17603

Justin McAfee
212 Maplewood Avenue
Pittsburgh, PA 15214

Justin Meyer
34 Fourth Avenue
Scottdale, PA 15683

Justin Michael Catanzarite
2901 Salisbury Court
Wexford, PA 15090

Justin Mitzel
39 West Main Street
Carrollton, OH 44615

Justin P Keller
8047 Bienville Drive X9
Nashville, TN 37211

Justin P Klosky
350 McKleveen Road
New Alexander, PA 15670

Justin P Taylor
137 Alston Circle
Lexington, SC 29072

Justin Peterson
406 E Broadway No 290
Salt Lake City, UT 84111

Justin Quinn
165 Bland Dr
Mt Juliet, TN 37122

Justin R Barnes
204 Southview Drive
Cressona, PA 17929

Justin R McKay
7010 E Carnage
Scottsdale, AZ 85250

Justin R Sampsel
3452 Stein Road
Shelby, OH 44875

Justin R Schwieterman
7132 E State Route 26
Portland, IN 47371

Justin Ritter
14853 S Foxtail Lane
Phoenix, AZ 85048


Justin Ross
3109 East Cholla St
Phoenix, AZ 85028


Justin S Cregan
816 Stoner Mill Lane
Hermitage, TN 37076


Justin S Matheny
12 Club House Road
Evans, WV 25241


Justin Sawyer
104 Elvin Hill Rd
Maynardville, TN 37807


Justin Smith
2820 Irish Creek Road
Mohrsville, PA 19541

Justin Stedman
2010 West Whisper Rock Trail
Phoenix, AZ 85085


Justin T Lewis
190 Indian Springs Rd
Hopewell, PA 16650


Justin T Turley
8042 Hunterdon Road
Glouster, OH 45732


Justin W Dietrich
437 E Water Street
Mount Carmel, PA 17851


Justin W Meyer
2014 Marietta Avenue
Lancaster, PA 17603


Justin Wentz
224 North Main Street
Richlandtown, PA 18955

Justin Wessel
3821 Davis Dr
Charlotte, NC 28270


Justin Whiting
704 N Pine
Pratt, KS 67124


Justina M Washington
236 Stonebridge Drive
Myrtle Beach, SC 29588


Justyne E Clinton
106 Wilson Ave
DuBois, PA 15801


Juvenal Rodriguez
2801 E Polk
Phoenix, AZ 85008


Jvonn C Bivins
414 Ridgewood Street
Pittsburgh, PA 15214

K Richie Pound
646 Wantoot Boulevard
Charleston, SC 29407


Kaci Neptune
5635 Chandlersville Rd
Chandlersville, OH 43727


Kaela Smith
118 Trail Circle
Nashville, TN 37214


Kaffee Ray
3001 Magnolia Street
Beaufort, SC 29906


Kai Schwerdtfger
8937 Cypress Forest Drive
Charlotte, NC 28216


Kaitlin Mancuso
6 Harvest Ct
Egg HarborTwp, NJ 08234

Kaitlyn Dannibale
107 Stoney Point Avenue
Shippensburg, PA 17257

Kaitlyn Schulz
4109 Faithway Dr
Murfreesboro, TN 37128

Kaitlyn Strunk
4164 Leona Ct
Hamilton, OH 45013

Kaleen Patterson
1589 Greenwich Rd
Cherry Tree, PA 15724

Kaloti Mgmt Co LLC
404 S Reynolds Rd
Toledo, OH 43615

Kalum M Fortune
6280 Chickansaw Ct
Sun Valley, NV 89433

Kamala Nola
813 Wonderland Ct
Franklin, TN 37069


Kameshia Rouse
1001 Lawrence Ave
Darby, PA 19023


Kamilla Puskas
842 Linley St
Bridgeport, CT 06606


Kamran Ali
227 Creighton Court
Gahanna, OH 43230


Kanesha L Frazier
311 S Bilbro Avenue
Murfreesboro, TN 37130


Kansas Pech
131 Piedmont Circle
Simpsonville, SC 29681

Kara Evanoff
520 Waugh Avenue
New Wilmington, PA 16142

Kara Fuller
40 North State Street
Ripley, NY 14775

Kara Hull
242 Town Hill Rd
New Enterprise, PA 16664

Kara J Griffith
1823 Kenneth Avenue
Arnold, PA 15068

Karasiotes Konstantinos
5078 Cameo Terrace
Perry Hall, MD 21128

Karee Baugh
316 South Avenue
Pittsburgh, PA 15221

Kareem Robinson
1403 Manchester Court
Edgewater Park, NJ 08010


Karen  Gingrich
120 Dry Hollow Rd
Bernville, PA 19506


Karen  McGettigan
3124 Plyers Mill Rd
Kensington, MD 20895


Karen  Reidler
1024 Brick Hill Road
Orwigsburg, Pa 17961


Karen A Fetrow
10 Stone Spring Lane
Camp Hill, PA 17011


Karen A Fleming
70 Pine Tree
Indiana, PA 15701

Karen A Mahin
1516 West Northern Ave
Phoenix, AZ 85021

Karen A Talens
1 Appian Way Unit 708 5
San Francisco, CA 94080

Karen Anderson Doggett
5539 Orlando Place
Cincinatti, OH 45227

Karen Anne Long
1891Sunbury Rd
Columbus, OH 43219

Karen Beene
5726 Trailside Ct
Mason, OH 45040

Karen Blouch
52 Kingston Dr
Palmyra, PA 17078

Karen Braun
310 Jill Avenue Lot 105
Celina, OH 45822


Karen Brock Snow
924 E San Carlos Way
Chandler, AZ 85249


Karen Brown
3204 Buckeye Ct
Augusta, GA 30906


Karen Bryan
8169 Briggle Avenue SW
East Sparta, OH 44626


Karen Butler
1129 E Hortter Street
Philadelphia, PA 19150


Karen Cawthorn
42 Old Farm Rd
Darien, CT 06820

Karen Clark
2266 Griffintown Road
White Bluff, TN 37187


Karen Cook
243 Kirks Mill Road
Nottingham, PA 19362


Karen Crocker
682 Adluh Street
Mt Pleasant, SC 29464


Karen Cudjoe
4013 Southshore Drive
Mason, OH 45040


Karen D Mathews
110 Seneca Circle
Goose Creek, SC 29485


Karen Darney
617 Pleasant View Road
Lewisberry, PA 17339

Karen Diane Lee
36424 W Alhambra Street
Maricopa, AZ 85239


Karen Dobruck
317 Carriage Crossing Lane
Middletown, CT 06457


Karen E Dahn
158 N Congress Street
Athens, OH 45701


Karen E Desimone
670 Meadowbrook Road
Trafford, PA 15085


Karen E Schultz
936 Climax Street
Pittsburgh, PA 15210


Karen Flynt
472 East 128th Street
Cleveland, OH 44108

```
Karen Foga
Box 606  125 5th Ave North
Martensville, SK S0K2T0
CANADA




Karen G Newton
72883 Bowen Rd
Radcliff, OH 45695




Karen Gabriel
5824 Meadowbrook Road Apt 34
Albany, OH 45710




Karen Gardner
44 East Ravenwood Dr
Ocean View, NJ 08230




Karen Helga King
1147 Daystar Drive
Harrisburg, PA 17111




Karen J Alukonis
1437 Royal Park Boulevard
South Park, PA 15129
```

Karen J Hancock
17350 Donation Road
Corry, PA 16407

Karen J Muth
5107 State Route 307 East
Geneva, OH 44041

Karen Johnson
226 CO Rd 725
Riceville, TN 37370

Karen K Morgan
1631 Kinnard Kingscreek Rd
Urbana, OH 43078

Karen K Winwood
100 Stambaugh Street
Girard, OH 44420

Karen Knoblock
880 Royalwood Lane
Oviedo, FL 32765

Karen Kromer
672 Byers Rd
Indiana, PA 15701

Karen L Anderson
7639 St Rt 312
Logan, OH 43138

Karen L Coll
3477 Clover Road
Cumberland, OH 43732

Karen L Haas
9650 West Lake Road
Lake City, PA 16423

Karen L Ondreako
511 1/2 East 9th
Erie, PA 16503

Karen L Rohr
6940 Rochester Rd #21
East Rochester, OH 44625

Karen L Skar
717 Gray Street
Green Bay, WI 54303

Karen L White
112 HIgh St
Leesburg, NJ 08327

Karen L Yarbro
15 Buck Dr
Parsons, TN 38363

Karen Lewis
4650 N Rainbow # 1071
Las Vegas, NV 89108

Karen Lewter
127 Shumpert Rd
W Columbia, SC 29172

Karen Lind
PO Box 332 1954 Grantview Drive
Hamlin, PA 18427

Karen Lynn Johnston
7905 Saltsburg Road
Pittsburgh, PA 15239

Karen Lynne Smith
161 King George Street
Charleston, SC 29497

Karen M Bowman
1519 Vassar Avenue NW
Canton, OH 44703

Karen M Dickey
825 Arcadia Lakes Drive
Columbia, SC 29206

Karen M Feighan
134 Ohio Avenue
Clementon, NJ 08021

Karen M Fitch
5145 N Susquehanna Trl
York, PA 17406

Karen M Hodge
723 Market Street  Apt #B
Steubenville, OH 43952




Karen M Hooper
4351 Cato Road
Nashville, TN 37218




Karen M Turcotte
3469 Downing Street  SW
East Sparta, OH 44626




Karen Marku
1212 Maryland Avenue SW
Canton, OH 44710




Karen Mathis
1901 S Emporia
Wichita, KS 67211




Karen McCann
896 Temple Road
Pottstown, PA 19465

Karen McLeod
2455 cindy St
Athens, TN 37303

Karen Melaragno
4504 Millport Ave SW
Canton, OH 44706

Karen Nichols
309 Blackheath Dr
Pittsburgh, PA 15205

Karen Omasta
247 Black Road
Rural Valley, PA 16249

Karen Owens
9031 E Friess Drive
Scottsdale, AZ 85260

Karen Paxton
824 Pebble Beach Circle
Mount Juliet, TN 37122

Karen Peterson
110 Beverly Ave
E Lansdowne, PA 19050

Karen R Barren
7223 Joshua Street
Pittsburgh, PA 15206

Karen R Charles
3216 Rose Ave
Erie, PA 16510

Karen R Skwara
516 Sells Lane
Greensburg, PA 15601

Karen Rega
731 Hill Street
Greensburg, PA 15601

Karen Reis
652 Diane Drive
Etters, PA 17319

Karen Rickman
145 Co Rd 430
Englewood, TN 37329

Karen Rogers
808 Kippley Street
Memphis, TN 38112

Karen S Graham
11855 Concord Church Rd
Glouster, OH 45732

Karen S Schiltz
300 Columbus Avenue NW
Canton, OH 44708

Karen S Sexton
14 Pear Ave
Browns Mills, NJ 08015

Karen S Truax
412 Clinton Street
Martins Ferry, OH 43912

Karen S. Clark
11436 West US Route 36
Bradford, OH 45308


Karen Saibene
500 Meadowridge Aenue NW
Canton, OH 44708


Karen Schmuzler
3585 Nottingham Lane
Philadelphia, PA 19114


Karen Sloggatt
250 Charlotte Street
Charleston, SC 29403


Karen Snyder
168 Groves Lane South
Hendersonville, TN 37075


Karen Speck
2631 Darnell Road
Lewisburg, TN 37091

Karen Thomison
75 South Broad Street
Norwich, NY 13815

Karen Trimacco
5219 Arrel Rd
Lowellville, OH 44436

Karen Vallee
2811 N 51st Street
Kansas City, KS 66104

Karen Wheeler Polk
7300 Jean Dr
Oakwood Village, OH 44146

Karensue Matthews
692 Weeks Landing Rd
Cape May, NJ 08204

Karey A Shearer
335 Grandview Avenue NW
Canton, OH 44708

Kari Jones Gilchrist
1101 Hwy 19 PO Box 1155
Bryson City, NC 28713


Kari M Szost
249 Ewings Mill Road
Moon Township, PA 15108


Karianne E Kline
19R Greenwich Street
Kutztown, PA 19530


Karin J Karaba
4714 Twain Street
Ames, IA 50014


Karissa J Kilgore
1906 Moore Ave
N Apollo, PA 15673


Karl Brakl
11603 NW 35th Court
Palm Springs, FL 33065

Karl Emerson
821 Stoneybrook Lane
Lewisberry, PA 17329


Karl F Daugherty
1893 Windsor Street
Cuyahoga Falls, OH 44221


Karl H Paige
103 N Rudolph Street
Saluda, SC 29138


Karl I Heyliger
14750 4th St #321
Laurel, MD 20707


Karl J Palmer
1731 Lincolnway Apt 2A
Massillon, OH 44647


Karl L Jones
218 Curtis Street
Pittsburgh, PA 15235

```
Karl Mann
HC2 Box 261-K
Payson, AZ 85541




Karl Meland
234 McKays Court
Brentwood, TN 37027




Karl Reese
107 Parkview Dr
Apollo, PA 15613




Karl Reese
107 Parkview Drive
Apollo, PA 15613




Karl Schwerdtfeger
8972 Tangerine Sky Avenue
Las Vegas, NV 89178




Karl Valentine
9900 Georgia Avenue #603
Silver Springs, MD 20902
```

Karla A Kefover
400 Cheri Drive
Canonsburg, PA 15317

Karla Biesecker
326 Woodside Ave
Hamilton, NJ 08610

Karla Hicks
375 North American Boulevard
Vandalia, OH 45377

Karla L Barralaga
226 N Monpelier Ave
Atlantic City, NJ 08401

Karlton A Hopkins
524 Narragansett
Tallmadge, OH 44278

Karol A Snap
519 Elysian Fields
Nashville, TN 37211

Karole Stoute
2222 Delay Drive
Lascassas, TN 37085


Karrie M Mitchell
101 Pleasant Way
Shelbyville, TN 37160


Karuna Garlapaty
1185 Copperwood Drive
Bloomfield Hills, MI 48302


Kashawn Hives
204 Purple Passion Avenue
Las Vegas, NV 89032


Kassandra L Thomas
434 Halley Street
Erie, PA 16511


Kassi M Frye
324 Morrow Street
Greenville, OH 45331

Kat DeLeonard
370 Wallace Road  D25
Nashville, TN 37221


Kat Deleonard
370 Wallace Road  D25
Nashville, TN 37211


Kate M Gluth
286 Hays Rd
Upper St Clair, PA 15241


Kate Mulligan
509 Byram Kingwood Rd
Frenchtown, NJ 08825


Kateann Amidon
337 E Walnut Street
Kutztown, PA 19530


Katelyn C Roberts
30261 Roy Jones Road
Syracuse, OH 45779

Katelyn E  Graham
1947 Iris Court
Grove City, OH 43123


Katelyn M Ciccozzi
85 Zellner Rd
Tamaqua, PA 18252


Katelyn McKibben
3344 Perry Hwy
Hadley, PA 16130


Katelynn Goss
12312 W Edgemont
Avondale, AZ 85323


Katherine  Imbesi
45 W Teakwood Place
Chandler, AZ 85248


Katherine A Harrison
5045 Suter Drive
Nashville, TN 37211

Katherine Burdette
Box 30 Beaver Hill Rd
Birchrunville, PA 19421

Katherine C Mizerak
514 Broad Avenue Rear
Belle Vernon, PA 15012

Katherine Corvino
4471 Tusketee Drive
Bethlehem, PA 18020

Katherine D Louw
841 Rose Park Dr
Nashville, TN 37206

Katherine E Banaszak
3543 Ashland Dr
Bethel Park, PA 15102

Katherine Emma Baylor
1607 Willowby Street
Columbia, SC 29223

Katherine J Cronkleton
2062 County Road 8
West Mansfield, OH 43358

Katherine Johns
310 Brentwood Pointe
Brentwood, TN 37029

Katherine L Beatty
12 Radcliff Terrace
Oak Ridge, TN 37830

Katherine L Miller
2739 County Line Road
Kettering, OH 45430

Katherine Lange
572 Sol Lane
Grand Junction, CO 81504

Katherine McCollum
10208 Albemarle Lane
Philadelphia, PA 19114

Katherine Murfree
730 East Main Street
Murfreesboro, TN 37130


Katherine Ross
511 Tuxford Court
Pennington, NJ 08534


Katherine Samsa
1701 East Twelfth Street
Cleveland, OH 44114


Katherine Wolf
17616 Bank Street
Buchtel, OH 45713


Katheryn D Uri
4650 N Rainbow Blvd
Las Vegas, NV 89108


Kathey Hurley
3626 Bowen Street
Memphis, TN 38122

Kathi C Cowher
305 State Street  PO Box 121
Sandy Ridge, PA 16677

Kathi R King
8110 Buss Rd
Apple Creek, OH 44605

Kathi Richards
413 Hayes
McDonald, OH 44437

Kathlee Roscoe
108 Horn Street
Pittsburgh, PA 15210

Kathleen  Connor
639 N Forklanding Rd
Maple Shade, NJ 08052

Kathleen  Dennis
26 Oak St
Trenton, NJ 08635

Kathleen  MacMillan
171 East Shore Culver Road
Branchville, NJ 07826


Kathleen  Work
5517 Traceside Drive
Nashville, TN 37221


Kathleen A Bittel
RD 1 Box 290
Acme, PA 15610


Kathleen A Brock
1407 Eagle Lane
Beaufort, SC 29906


Kathleen A Forrester Furst
320 Brest Road
New Castle, PA 16105


Kathleen A Jacque
907 State Rte 58
Ashland, OH 44805

Kathleen Amabisca
8555 W McLellan Road
Glendale, AZ 85305

Kathleen Ann Swander
9321 W Brown Street
Peoria, AZ 85345

Kathleen Barnett
125 Edgecliff Road
Carnegie, PA 15106

Kathleen Block
10731 Elm St
Mantua, OH 44255

Kathleen C Rex
1501 13th Avenue
Dorothy, NJ 08317

Kathleen D Evich
123 Olivia Street
McKees Rocks, PA 15136

Kathleen Dozier
3351 Harvester Woods Dr
Decatur, GA 30034


Kathleen Dugas
111 Tecumseh Street  Apt 801
Pittsburgh, PA 15207


Kathleen E Barber
704 Park Manor Drive
Monessen, PA 15062


Kathleen E Smith
2145 Kenyon Street  Apt D
Louisville, OH 44641


Kathleen Fedak
337 Reeves Avenue
Trenton, NJ 08610


Kathleen Gougle
345 Crystal St
East Stroudsburg, PA 18301

Kathleen Gripentrog
4113 W Bart Drive
Chandler, AZ 85226

Kathleen Groh
4218 Leopard Circle
Orefield, PA 18069

Kathleen H Klosko
298 Sunset Boulevard
Washington, PA 15301

Kathleen Harlan
11213 Clary Road
Wakeman, OH 44889

Kathleen Hopkins
3880 Priest Lake Drive #77
Nashville, TN 37217

Kathleen I Ambler
632 West Newton Road
Elizabeth, PA 15037

Kathleen Knupp
561 Sautter Drive
Crescent, PA 15046

Kathleen L Hough
142 Shadyside Drive
Boardman, OH 44512

Kathleen L McElroy
1101 Downs Boulevard
Franklin, TN 37064

Kathleen Laurin
301 Vista Drive Apt 101
Greensburg, PA 15601

Kathleen M Carroll
109 North Plains Rd Apt 6
The Plains, OH 45780

Kathleen M Taylor
229 Taney Avenue
Bellaire, OH 43906

Kathleen Macartney
1321 E Barbara Drive
Tempe, AZ 85201


Kathleen Marie Stalter
6800 Stella Circle
Coopersburg, PA 18036


Kathleen Melloy
3630 Prince Circle
Philadelphia, PA 19114


Kathleen N Brockington
301 Anthony St
Pittsburgh, PA 15210


Kathleen Naglich
113 Ninth Street
Turtle Creek, PA 15145


Kathleen S Ickes
3019 Bremer Street
Port Washington, OH 43837

Kathleen Smith
RR4 Box 340 PO Box 39
Forbes Road, PA 15633


Kathleen Talley
209 East Third Street
Oil City, PA 16301


Kathleen Tebin
115 Hickory Lane
Tamaqua, PA 18252


Kathleen Wallace
3139 S Esmeralda Circle
Mesa, AZ 85212


Kathleen Wynn
70 Sherman Road
Birdsboro, PA 19508


Kathlen Gallagher
717 Creekside Dr
Lancaster, OH 43130

Kathryn  Hill
9005 Forest Lane
Chesterland, OH 44026


Kathryn A Morrell
1853 Clearbrook NW
Massillon, OH 44646


Kathryn Alley
6420 East Tropicana #482
Las Vegas, NV 89122


Kathryn Amatore
6962 Depot Road
Lisbon, OH 44432


Kathryn Brown
1783 Pipers Ridge Circle NorthWest
Conover, NC 28613


Kathryn DaSilva
8188 Poplar Creek Road
Nashville, TN 37221

Kathryn Dopp
207 Bresci Ln
Mars, PA 16046

Kathryn Dudley
58 Greenbush Road
E Greenwich, RI 02818

Kathryn Everly
7237 Claridge St
Philadelphia, PA 19111

Kathryn Gillespie
444 Corsons Tavern Road
Ocean View, NJ 08230

Kathryn J  Linville
1945 Bataan Drive
Kettering, OH 45420

Kathryn Krause
331 E Merrill Avenue
Gilbert, AZ 85234

Kathryn L Crown
3028 N 49th Ct
Phoenix, Az 85018

Kathryn L Landsittel
551 Tannehill Drive
Canonsburg, PA 15317

Kathryn L Stover
644 Old 220 Rd  Box 33
Milesburg, PA 16853

Kathryn M OBarr
3213 Bellevue Street
Knoxville, TN 37917

Kathryn Mahoney
909 Le Blanc Court
Nashville, TN 37221

Kathryn N Roub
101 Parkwood Drive
Shelby, OH 44875

Kathryn Nussbaum
201 Maple Street  Apt 4
Baltic, OH 43804


Kathryn Proctor
1280 General George Patton Rd
Nashville, TN 37221


Kathryn Reyes
942 Lansing Street
Philadelphia, PA 19111


Kathryn Russell
132 Foxcroft Rd
Lexington, OH 44804


Kathryn Shelton
113 Stillhoused Road
Hendersonville, TN 37075


Kathryn Tehrani
PO Box 8884
Calabasa, CA 91372

Kathy  Bramblett
7605 Norton Avenue
Harahan, LA 70123


Kathy  Drew
403 Acorn Court
Smyrna, TN 37167


Kathy  Terrell
808 General Barksdale Drive
Smyrna, TN 37167


Kathy  Tobin
4615 E Mineral Road
Phoenix, AZ 85044


Kathy  Wade
115 Youngwood Drive
St Simons Island, GA 31522


Kathy Ann Penzenstadler
5221 E Larkspur Drive
Scottsdale, AZ 85254

Kathy Baxley
894 Joe Rivers Road
Charleston, SC 29412

Kathy Bell
274 Twin Bridges Road
Charleroi, PA 15022

Kathy Bowersock
6501 N 3rd Ave. Apt 201
Phoenix, AZ 85013

Kathy Brown
5711 Inns Brook Commons
Rock Hill, SC 29730

Kathy Dyer
120 Panther Lane
Cookeville, TN 38506

Kathy J Bynum
2639 Linwood Avenue
Pittsburgh, PA 15214

Kathy J Fultz
134 College Ave  Apt B
Lancaster, PA 17603


Kathy Jo Viviani
114 Honor St
Coal Center, PA 15423


Kathy Komlo
364 Hickory Lane
Gladwyne, PA 19035


Kathy Kramer
7559 Doe View
West Chester, OH 45069


Kathy M Grimsley
17714 Crest Drive
Hagerstown, MD 21740


Kathy M Schniering
7724 Farmwood Lane
Harrison, TN 37341

Kathy N Hixson
216 E Saint John Rd
Phoenix, AZ 85022


Kathy Oyler
3783 Logan Ferry Road  Apt E
Pittsburgh, PA 15239


Kathy Plaufcan
1717 E Washington St
New Castle, PA 01101


Kathy R Cameron
1105 Marion Street Ext
New Eagle, PA 15067


Kathy S Meeks
3731 Enlow Road
Albany, OH 45710


Kathy Santiago
100 Wheatland Road
Lewisberry, PA 17339

Kathy Trent
11704 3rd St NE
Magnolia, OH 44643

Kathylynn  Holliday
1308 Moorehead Place
Pendleton, SC 29670

Katie A Carney
2412 Post Road
Allentown, PA 18106

Katie Clack
6465 Whitebeam Trail
Braselton, GA 30517

Katie Dekowski
4117 Guilford Avenue Apt 9
N. Canton, OH 44709

Katie L Biggins
13680 Sweet Hollow Road
Millfield, OH 45761

Katie L Lord
110 Parkridge Place
Piqua, OH 45356


Katie McLaud
1253 Franklin St
Old Forge, PA 18518


Katie S Dunham
85 Harding Heights Blvd
Mansfield, OH 44906


Katie Spencer
303 North Mill Street
Celina, OH 45822


Katie Stumbo
2901 E Villa Theresa
Phoenix, AZ 85032


Katie Williams Wood
526 Kohne Street
Pittsburgh, PA 15210

Katina Hartzell
5128 State Route 121 S
Greenville, OH 45331


Katlyn Yarborough
833 Stonebrook Blvd
Nolensville, TN 37135


Katrina B Hawkins
116 Clyde Street
Hopwood, PA 15445


Katrina Brandon
918 Wyoming Street
Allentown, PA 18103


Katrina Brown
19970 Thompson Ridge Road
Laurelville, OH 43135


Katrina Fajbik
2413 Palm Street
Tarentum, PA 15084

Katrina Hein
650 north Sumner Ave
Scranton, PA 18504


Katrina L Greco
1012 Manor Road
New Kensington, PA 15068


Katrina N Scott
125 Antler Way
Columbia, SC 29229


Katrina R Jones
2800 Spring Hill Drive
Memphis, TN 38127


Katrina Sapiego
108 Susquehanna Ave
West Pittston, PA 18643


Katrina T Lowe
325 Stotler Rd
Pittsburgh, PA 15235

Katy A Peeling
424 Waupelani Drive
State College, PA 16801


Kauffman Truss Inc
133 Cain Rd
Fairplay, SC 29643


Kawaskie Scott
6605 Old Squaw Cove
Memphis, TN 38141


Kay L Mottice
2306 Onahom circle NE
Canton, OH 44705


Kay S Williams
605 Champions Drive
Georgetown, TX 78628


Kaya D Outen
349 Weddell Street
Columbia, SC 29223

Kayce Barber
319 W Day/Yell Springs Road Apt 235
Fairborn, OH 45324

Kayce M Briney
1816 Route 9
Seaville, NJ 08230

Kayla Bodnar
16808 Hampton Road
Williamsport, MD 21795

Kayla Burton
575 Broadway
Americus, KS 66835

Kayla Caldwell
204 Cord Rd #5
Corry, PA 16407

Kayla J Martin
115 Fairview Avenue
Hartwell, GA 30643

Kayla L  Nice
131 Hursey Rd
Cadiz, OH 43907

Kayla Lengerich
10361 County Road 66A
St Marys, OH 45885

Kayla M ONeal
6060 Silverlake Rd
Reno, NV 89506

Kayla McCune
11740 Haywood Road
N Huntington, PA 15642

Kayla Tansky
13311 Fisher Rd
Sigel, PA 15860

Kayla Wilcox
222 48th St SE
Canton, OH 44707

Kayle Palmer
1226 Bailey Farm Rd
Greensburg, PA 15601

Kaylee M Young
427 Ashland Court
Elyria, OH 44035

Kayleen Geist
19348 South 189th St
Queen Creek, AZ 85242

Keanna Tibbs
847 Clover Leaf Ct
Edgewood, MD 21040

Keaylon Hallmon
3259 S. Senseney Cir
Clarksville, TN 37042

Keenya Mathis
2903 Bridge Lane
Bethlehem, PA 18020

Kees Vandervelden
252 Goldeye Court
Holland, MI 49424

Keisha R Williams
3941 Gaine Drive
Clarksville, Tn 37040

Keisha Savage
232 Briarwood
West Berlin, NJ 08091

Keisha Veach
431 Dandelion Road
Millville, NJ 08332

Keith  Heenan
3324 rovost Rd
Pittsburgh, PA 15227

Keith  Holsing
285 Swink Hill Road
Connellsville, PA 15425

```
Keith  Kerner
19241 ST Rt 114
Cloverdale, OH 45827




Keith  Lamotte
3302 Eleventh Street
Canton, OH 44710




Keith  Renish
889 Woodlawn Ave
Phoenixville, PA 19460




Keith  Siegfried
1332 N Sloan
Las Vegas, NV 89110




Keith  Smith
2811 Legendary Court
Silver Spring, MD 20906




Keith  Williams
13231 N 31st St
Phoenix, AZ 85032
```

Keith A  Holloway
713 Stonecrest
Maryville, TN 37804


Keith A  McKnabb
10761 Salem Rd
Athens, OH 45701


Keith A Backus Jr
725 Tenth Avenue
New Brighton, PA 15066


Keith A Dewitz
9001 Rohrer Road
Orrville, OH 44667


Keith A Johnson
10436 Smith Road
Chatham, OH 44253


Keith A Monick
4075 Maplelynn St SW
Canton, OH 44706

Keith A Sotiroff
3605 Maxwell Court
Bloomfield, MI 48304

Keith A. Hohing
423 White Horse Pike
Haddon Heights, NJ 08035

Keith B Dupler
7072 Wood Rd
Albany, OH 45710

Keith B Magnant
11161 Barbizon Circle East
Jacksonville, FL 32257

Keith Banksdale
1624 Chickering Road
Nashville, TN 37215

Keith Barrett
1107 Myatt Loop
Burns, TN 37029

Keith Bauer
7399 East Shafer Ridge Rd
Milltown, IN 47145

Keith Best
2224 N Sydenham
Philadelphji, PA 19122

Keith Bonzani
1029 Martin Ave
New Kensington, PA 15068

Keith C Brown
1805 4th St
S Connellsville, PA 15425

Keith Carpenter
20420 Ranger Lane
Freeport, OH 43973

Keith Carter
217 Ora Wrighter Drive
Buffalo, NY 14204

Keith Collins
813 Shoal Creek
Arab, AL 35016


Keith Creyer
4540 Main St
Slatington, PA 18080


Keith D Hampton
335 Lechner Ave
Columbus, OH 43223


Keith E Neidig
501 Cibey Street
Aristes, PA 17920


Keith Elliott Emery
2706 Seastrand Lane
Mt Peasant, SC 29466


Keith Farson
7780 Vore Ridge Road
Athens, OH 45704

Keith Fisk
1086 Chickadee Trail
Kingston Springs, TN 37082

Keith G Pfister
6389 Temple Road
Franklin, TN 37069

Keith Gregg
6524 Edinburgh Drive
Nashville, TN 37221

Keith Hicks
1926 Wilkonstown Road
Parsons, TN 38363

Keith Hunter
309 Overbrook Rd
Dallas, PA 18612

Keith J Willison
6951 Glades Pike
Somerset, PA 15501

Keith L Johnson
673 Bighorn Creek Street
Henderson, NV 89002

Keith Lynn
12070 Sand Hill Manor Drive
Marriottsville, MD 21104

Keith M Haney
6380 Appleseed Pl
Huber Heights, OH 45424

Keith Maddock
800 6th Ave  Apt 19A
New York, NY 10001

Keith Mathias
5799 Rushwood Drive
Dublin, OH 43017

Keith Michael Husar
157 Sharie St
Philipsburg, PA 16866

Keith Miller
26 Ailanthus Lane
Levittown, PA 19055



Keith P Jones
901 North Summerfield Drive
Madison, TN 37115



Keith R Crawford
163 Drifting Drive
Kittanning, PA 16201



Keith R Dougherty
2 Stratford Avenue
Trenton, NJ 08618



Keith R Foore
26 Elbow Lane
Lansdale, PA 19446



Keith R Graham
2829 West Sahara Ave  No 11
Las Vegas, NV 89102

Keith R Kulow
PO Box 649
Shalimar, FL 32579

Keith Roberts
624 Ilata Avenue
Lima, OH 45805

Keith S Israel
1218 Hemlock Street  304D
WPAFB, OH 45433

Keith Sanders
1239 41 Rose Street
Plainfield, NJ 07060

Keith Smith
520 Bon Ox Rd
Gettysburg, PA 17325

Keith T Bedell
18416 N 46th Place
Phoenix, AZ 85032

Keith T Hustosky
125 Wyndffield Dr
Mt Pleasant, PA 15666

Keith Tabler
10855 Dowler Ridge Road
New Marshfield, OH 45766

Keith Tanis
1102 Spring Meadow Drive
Quakertown, PA 18951

Keith Tinkham
185 Avonshire Drive
Summerville, SC 29483

Keith W Anderson
936 Jefferson Drive
Clairton, PA 15025

Keith Williams
2650 Country Glade Drive
Cordova, TN 38016

Keith Wilson
7940 West 102nd Street
Palos Hills, IL 60456


Kelita J Duncan
517 Michigan Street Apt 1
Pittsburgh, PA 15210


Kelle  Squires
1357 Drey Street
Arnold, PA 15068


Kelley A Clark
3 Frankhoover Street
Uniontown, PA 15401


Kelley A Ramirez
205A Community Drive
Reading, PA 19607


Kelley B Ellebruch
5790 Deerview Lane
Medina, OH 44256

Kelley D Stephens
88 N Main Street
Greenwich, OH 44837


Kelley Davis
611 National Drive
Pittsburgh, PA 15235


Kelley E McGrady
1023 Percy Warner Boulevard
Nashville, TN 37205


Kelley Fry
250 Hemingway Lane
Fort Mill, SC 29708


Kelley Holland
396 Wyoga Lake Boulevard
Stow, OH 44224


Kelley Lafferty
175 W 90th Street  Suite 12K
New York, NY 10024

Kelley Perkins
129 Salina Ln
Goose Creek, SC 29445

Kelley R Sadler
296 Greenfield Road
Star Junction, PA 15482

Kelli Burke
98 North Hill Top Drive
Southampton, PA 18966

Kelli Flanigan
815 Bristol Dr
Smyrna, TN 37167

Kelli Kersten
408 Village of Searight
Uniontown, PA 15401

Kelli L Gregory
55 Scout Ave
Pittsburgh, PA 15210

Kelli M Canonge
102 Francis Street
Coraopolis, PA 15108


Kelli Morant
2644 Northfield Drive
East Petersburgh, PA 17520


Kelli N Appel
1613 N Market Street
Frederick, MD 21701


Kelli Smith
1062 Diamond Way
Sandy, UT 84094


Kelli Stiles
15148 East Marathon Drive
Fountain Hills, AZ 85268


Kellie L Vetterly
824 Kingsto Dr
McDonald, PA 15057

Kellie M Smith
2837 Jamestown Road
Crooksville, OH 43731


Kelly  Allred
7909 Bonita Dr
Scottsdale, AZ 85020


Kelly  Holmes
PO Box 142
Kresgeville, PA 18333


Kelly  Peurifoy
216 Lakeside Drive
Chapin, SC 29026


Kelly A Damelio
406 Main Street
Juliustown, NJ 08042


Kelly A Korchnak White
4444 South Boulevard Apt 11
Canton, OH 44718

Kelly A Martin
904 West Carroll St
Saint Clair, PA 17970


Kelly A Martin
5518 Buckeye Street
Wright Patterson AFB, OH 45433


Kelly A Mehall
1306 Million Dollar Hwy
Kercey, PA 15846


Kelly A Postlewaite
1229 Martin Drive
Cincinnati, OH 45202


Kelly A Rogers
2406 Laurelwood Drive
Columbia, OH 43229


Kelly A Zenner
7974 Township Rd 140 NW
Rushville, OH 43150

Kelly Adamson
3856 E Hampton
Mesa, AZ 85206


Kelly Ann Fisher
845 Fritztown Road
Reading, PA 19608


Kelly Bajack
111 Bajack Lane
Tarentum, PA 15084


Kelly Bryant
1305 Otay Street
Nashville, TN 37216


Kelly Bugden
806 Norwich Court
Harrisburg, PA 17112


Kelly C Smith
55 Cobb Avenue
Pittsburgh, PA 15205

Kelly Champion
2331 Clarksville Rd
Clarksville, Oh 45113

Kelly DeVite
117 Kingswood Road
New Castle, PA 16105

Kelly Donachy
105 Charlemagne Drive
Butler, PA 16002

Kelly Duke
178 Abby Road
Galliztin, TN 37066

Kelly Ernst
6925 Fielders Way
Middletown, OH 45042

Kelly F Thrasher
10 Larch Lane
Denver, PA 17517

Kelly Gancarek
8312 Spinnaker Cove Drive
Las Vegas, NV 89117


Kelly Gardner
1822 Downing Street
Memphis, TN 38117


Kelly Grant
20 Henry Drive
Struthers, OH 44471


Kelly I Casey
511 Lee Road
Follansbee, WV 26037


Kelly J Hensley
2500 Fisher Road
Athens, OH 45701


Kelly J Hugo
3401 Niagra Road
Annapolis, MD 21403

Kelly J Miller
232 Fairhawn Avenue
Mansfield, OH 44903

Kelly J Turner
347 Keely Road
Franklin, PA 16323

Kelly Johnson III
2015 Hickory Hill Lane
Hermitage, TN 37076

Kelly Jones
9349 Ram Cliff Place
Las Vegas, NV 89178

Kelly Kelp
11812 Grandstone Lane
Montgomery, OH 45249

Kelly Kosa
3527 Glen Avenue
Easton, PA 18045

Kelly Krefting
919 Yesterday Lane
Medina, OH 44256


Kelly L  Heaton
1215 Sherwood Dr
Elizabeth, PA 15037


Kelly L Chaklos
305 S Balliet Street
Frackville, PA 17931


Kelly L Kruper
112 Country Club Drive  PO Box 42
Jones Mills, PA 15646


Kelly L Murphy
258 E 6th St  Apt No 2
Waterford, PA 16441


Kelly L Presutti
951 Pittsburgh St
Springdale, PA 15144

Kelly L Schake
658 Meaowbrook Rd
Murrysville, PA 15668

Kelly Lawrence
PO Box 3071 EMC
Casa Grande, AZ 85222

Kelly Lester
2513 Anna St
Beaver Falls, PA 15010

Kelly M Dabrowski
1278 E 28th Street
Erie, PA 16504

Kelly M Hickey
162 E Brookside Avenue
Akron, OH 44301

Kelly M Miller
1235 McNeily Rd
Pittsburgh, PA 15216

Kelly M Porter
525 Harding Avenue
Massillon, OH 44646

Kelly McCafferty
24 Prospect St
Union City, PA 16438

Kelly Miranda
72 Lake Valhalla
East Stroudsburg, PA 18301

Kelly Monoski
55 N River St
Wilkes Barre, PA 18702

Kelly Ontrop
3848 Philothea Road
Coldwater, OH 45828

Kelly Pitsenberger
1055 Cedarview Lane
Franklin, TN 37067

Kelly Poplawski
4122 E Canandaigua Road
Walworth, NV 14568


Kelly R Kowalski
508 Crescent Avenue
Ellwood City, PA 16117


Kelly R Neal
722 Poplar St
Nelsonville, OH 45764


Kelly Reed
312 WAlnut Hill
Havertown, PA 19083


Kelly Rhodes
7424 Ferry Road Box 105
Point Pleasant, PA 18950


Kelly Riegel
15888 Conneaut Lake Rd
Meadville, PA 16335

Kelly S Mullins
2071 Three Degree Rd
Valencia, PA 16059

Kelly Saunders
4106 Harvey Avenue
Munhall, PA 15120

Kelly Shannon
7083 White Pine Lane
Mechanicsville, VA 23111

Kelly Stephens
119 E. MAin Street
Versailles, OH 45380

Kelly Thomas
1779 Messner DRive
Hilliard, OH 43026

Kelly Turner
5043 Coulson Drive
Dayton, OH 45418

Kelly Wells
1121 Claysburg Road Lot 8
Greenwich, OH 44837


Kelly Wible
196 B Commodore Drive
Perryopolis, PA 15473


Kelly Wysong
837 S Central
Fairborn, OH 45324


Kemar  Smith
3748 Frosthoffen Avenue
Pennsauken, NJ 08110


Kemishie Walker
1719 Jimmy Cove
Lavergne, TN 37086


Ken  Emerson
635 S Buena Vista
Gilbert, AZ 85296

```
Ken  Halford
2400 Crest Moore Suite 211C
Nashville, TN 37215




Ken  Hromanik
515 Tomahawk Drive
Elizabeth, PA 15037




Ken  Kahren
3032 Cherry Lane
Northbrook, IL 60062




Ken  Min
210 Bucktail Drive
Middeltown, DE 19709




Ken  Nelson
7501 Cannon Run Drive
Rockford, MI 49341




Ken  Petty
23301 Friar Tuck Lane
Edmonds, WA 98020
```

Ken Adams
13258 Ontario St
Meadville, PA 16335

Ken Armstrong
9041 E Maple Leaf Dr
Tucson, AZ 85710

Ken Barkan
3105 Avalon Road
Carrollton, OH 44615

Ken Boyd
213 Blithe Street
Green Bay, WI 54303

Ken Burkett
3201 Saxon Lane
South Lake, TX 76092

Ken Cataldi
1030 Hilltop Road
Warminster, PA 18974

```
Ken D Emerson
635 S Buena Vista
Gilbert, AZ 85296




Ken Darwin
1025 Salt Lick Ln
Camp Verde, AZ 86322




Ken Harlan
452 Trusel Road
Portersville, PA 16651




Ken L Trail
339 Dora Drive
Elizabeth, PA 15037




Ken Nair
3513 E Onyx  A2
Phoenix, AZ 85028




Ken Opalenick
2210 Loblolly Court
Wilmington, NC 28412
```

Ken Pitzer
1035 Beckford Street
New Castle, PA 16101


Ken Pond
124 Crowder
St Marys, OH 45885


Ken Raimondi
1417 Tribble Run Drive
Lawrenceville, GA 30045


Ken Robertson
9103 Gasserway Ct
Brentwood, TN 37027


Ken Rogers
26944 State Route 30
Kensington, OH 44427


Ken Smigo
4418 Crosland Road
Philadelphia, PA 19154

Ken Vanover
3718 B Central Avenue
Nashville, TN 37205


Kendale LeFebvre
102 Engle Road
Industry, PA 15052


Kendall P Lachermeier
4421 E Turquoise Avenue
Phoenix, AZ 85028


Kendra  Primm
1030 Denman Avenue
Coshocton, OH 43812


Kendra Johnson
45 Winfough Street
Coalton, OH 45621


Kendra L Rausch
23844 Woodstock Rd
Milford Center, OH 43045

Kendra Rasmussen
101 W Hannison
Wapak, OH 45895

Kendrick L Cavil
8500 Sweet Oaks CV
Germantown, TN 38138

Kendrick Merrill Louden
1627 Willow Creek Drive
Columbia, SC 29212

Kenia Hernandez
3559 East Caudrilla Lane
Yuma, AZ 85365

Kenisha Bolden
37 Whispering Dr
Trotwood, OH 45426

Kennedy Phillip
107 E 56th St
Brooklyn, NY 11203

Kenneth  Carroll
613 Ogden Avenue
Swarthmore, PA 19081


Kenneth  Cecco
507 Colfelt Ct
Exton, PA 19341


Kenneth  DiRoberto
5732 Keystone Crewst St
North Las Vegas, NV 89081


Kenneth  Douglas
804 W Eighth Avenue
Emporia, KS 66801


Kenneth  Hart
35 Oakmont Dr
Concord, NH 03301


Kenneth  Kramer
5226 Glenwood
Erie, PA 16509

Kenneth  Rugg
571 Mae West Rd
Confluence, PA 15424


Kenneth  Schaftel
10105 E Bella Vista Drive
Scottsdale, AZ 85258


Kenneth  Tesch
9711 Kennet Sq Apt A
Bolivar, OH 44612


Kenneth  Watson Jr
4084 Fer Don Road
Dayton, OH 45405


Kenneth A Bailey
150 Nicholas St
Plymouth, OH 44865


Kenneth A Banks Jr
1911 Riverdale Rd
Columbus, OH 43232

Kenneth A Bruce
285 Sherman St
Fallon, NV 89406


Kenneth A Grimm
1914 Nevada St
Wellsville, OH 43918


Kenneth A Panfile
3336 Sherman Valley
Hopewell, PA 16650


Kenneth A Persons
32374 Evergreen St NW
Cambridge, MN 55008


Kenneth A Torgeson
228 Debus Street
Leechburg, TN 38464


Kenneth A Zambelli
31016 N 41st Place
Cave Creek, AZ 85331

Kenneth Alloway lll
6B J Avenue
West Wildwood, NJ 08260

Kenneth Anderson
3642 Grove lande
Idaho Falls, ID 83404

Kenneth B King
3585 Peninsula Dr
Akron, OH 44319

Kenneth Bell
1211 Montour Road
Louisville, PA 17047

Kenneth Brown
5438 Senour Drive
West Chester, OH 45069

Kenneth Brunette
1245 Old Plank Road
Milford, MI 48381

Kenneth Burkhart
386 Lauschtown Rd
Denver, PA 17517


Kenneth Burns
1213 Barnwell Bluff
Beaufort, SC 29902


Kenneth C Anderson
1013 Imperial Dr
Pittsburgh, PA 15236


Kenneth C Haggerty
212 Shepherd Road
Cherry Tree, PA 15724


Kenneth C Miller
7674 Cooley Road
Ravenna, Oh 44266


Kenneth C Ware
139 Brushwood Road  Apt A 10
Uniontown, PA 15401

Kenneth Camp
40 Chapman Blvd Apt K1
Somers Point, NJ 08244




Kenneth Church
781 Brettingham Ct
West Chester, PA 19382




Kenneth Conner
550 South Nursery Avenue
Purcellville, VA 20132




Kenneth Coon
1744 N Decatur Boulevard 5
Las Vegas, NV 89108




Kenneth Cooper
44 Majestic Drive
Martinsburg, WV 25401




Kenneth Crabtree
123 Dutchman Shores Circle
Chapin, SC 29036

Kenneth D Grayson
113 Monoca Dr
Canonsburg, PA 15317


Kenneth D LaBorde Jr
1095 River road
Olanta, PA 16863


Kenneth Deal
2011 Holland Court SW
Canton, OH 44706


Kenneth Dolmovich
2491 Victoria Drive
Allison Park, PA 15101


Kenneth Duckett
4064 Prescott Ave
Dayton, OH 45406


Kenneth E  Spry Jr
1000 Duluth Hwy Apt 1407
Lawrenceville, GA 30043

Kenneth E Long
211 East Sixth St
Lititz, PA 17543

Kenneth E Parrish
120 S Balliet Street
Frackville, PA 17921

Kenneth E Riddle III
217 7th Street
New Brighton, PA 15066

Kenneth E Toews
206 Sunrise Dr
Forest, VA 24551

Kenneth Fullam
3716 Coral Gables Road
Cincinnati, OH 45248

Kenneth G Bedrosian
44 Bedford Road
Carlisle, MA 01741

Kenneth G Jones
21810 State Route 278
Nelsonville, OH 45764


Kenneth G Jones
P.O. Box 375
Nelsonville, OH 45764


Kenneth Grogg
808 Heilprin Ave
Woodbine, NJ 08270


Kenneth H Bowen
3854 Mason Rd
Canal Winchester, OH 43110


Kenneth H Wheeler
31450 Bowls Road
Dexter, OH 45741


Kenneth Halterman
1200 Ironville Pike
Columbia, PA 17512

Kenneth Homerosky
1719 Ridgewood Drive
Washington, PA 15301

Kenneth J Ballard
178 Ashton Dr
Goose Creek, SC 29445

Kenneth J Keber
17791 Harbour Town Court
Granger, IN 46530

Kenneth J Nash Jr
418 Vankirk Street
Philadelphia, PA 19120

Kenneth James Wooldridge
512 Pembrook Lane
Chattanooga, TN 37421

Kenneth Jean
710 Mockingbird Dr
Franklin, TN 37069

Kenneth Jennas
2606 N 44th Street #115
Phoenix, AZ 85008


Kenneth Johnson
813 Ashwood Drive
Allen, TX 75002


Kenneth Joseph Hall
6044 Windjammer Drive
Tega Cay, SC 29708


Kenneth Keith
309 Deerwood Lane
Brentwood, TN 37027


Kenneth Kinloch
135 Westfield Court Apt 906
Clarksville, TN 37040


Kenneth Krisantz
511 Maple Street
East Pittsburgh, PA 15112

Kenneth L Brookline
1366 4th Ave
Arnold, PA 15068

Kenneth L Fisher
255 Pleasure Road
Lancaster, PA 17601

Kenneth L Schlesener
1740 Rd 275
Reading, KS 66868

Kenneth Larsen
585 Hill Street
Reynoldsville, PA 15851

Kenneth Le Noir  Jr
12846 W Palo Brea Lane
Peoria, AZ 85383

Kenneth Lee Cook
2110 Monterey Court
Columbia, SC 29206

Kenneth Leslie Morgan
438 Hartford Square
New Kensington, PA 15068

Kenneth Lovejoy
816 June Drive
Fairborn, OH 45324

Kenneth M Finney
4321 Coleridge Street
Pittsburgh, PA 15201

Kenneth M Holland
208 Geronimo Road
Knoxville, TN 37934

Kenneth M Hubik
512 Overlys Grove Road
New Holland, PA 17557

Kenneth M Kelso
131 Driftwood Ave
Driftwood, PA 15832

Kenneth M Kunkler
372 Kenneth Drive
St Henry, OH 45883


Kenneth M Sanderson
619 Turkey Hill Road
Wampum, PA 16157


Kenneth M Walters
22 Scenic Avenue
Hamburg, PA 19526


Kenneth Marshall
1972 Edwards Mill Road
Germantown, TN 38139


Kenneth McKay
110 Scarborough Lane
Canonsburg, PA 15317


Kenneth Miller
1405 Ashland Rd
Mansfield, OH 44905

Kenneth Miller
207 Sugar Bush Road
Dalton, PA 18414


Kenneth Morse
9 McGrath Ct
Stonington, CT 06378


Kenneth N Danner
9885 Broad Street
Amanda, OH 43102


Kenneth O Neal
4777 S Futon Ranch #1044
Chandler, AZ 85248


Kenneth P Moffat
106 Abbotsford Dr
Nashville, TN 37215


Kenneth Presock Jr
7482 State Route 819
Mt Pleasant, PA 15666

Kenneth R Ball
2641 Cambria Street
Fallentimber, PA 16639




Kenneth R Dillon
7795 Richland Road
Rushville, OH 43150




Kenneth R Houbre
191 Sussex Court #101
Cordova, TN 38018




Kenneth R Knight
127 Roland Rd
North, SC 29112




Kenneth Schneider
1349 Maple Avenue
Haddon Heights, NJ 08035




Kenneth Singleton
628 Prairie Star Circle
Colorado Springs, CO 80916

Kenneth Spear
2326 Club Creek Boulevard
Garland, TX 75043


Kenneth Swanson
217 Cherokee Road
Nashville, TN 37205


Kenneth T Gilbert
9477 State Route 235
Quincy, OH 43343


Kenneth Tolley II
324 40th Street SW
Canton, OH 44706


Kenneth Villwock
1013 Eric Drive
Harrisburg, PA 17110


Kenneth W Clark
7040 Tidewater Street NW
Canton, OH 44708

Kenneth W Ferringer
1124 Poplar Rd
Clymer, PA 15728

Kenneth W Fitschen
646 E Calavar Road
Phoenix, AZ 85022

Kenneth W Sheffield
816 Wynwood Drive
Prattville, AL 36067

Kenneth Walburn
539 Griffin Circle
Hermitage, TN 37076

Kenneth Wallace Sr.
1518 Cadney Street NE
Canton, OH 44714

Kenneth Waywood
5836 Spring St
Omaha, NE 68106

Kenneth Williams
411 Burns Ave
Indiana, PA 15701

Kenneth Williams
6839 Sycamore Hill Drive
Bartlett, TN 38135

Kenneth Williams
1618 North Franklin Street
Philadelphia, PA 19122

Kenneth Wisniewski
2638 Buckius Street
Philadelphia, PA 19137

Kenneth Woods
7130 E. Booro Lane
Prescott Valley, AZ 86314

Kenneth Yoder
1354 Springville Road
East Earl, PA 17519

Kenneth Zalawski
PO Box 814
Cheektowaga, NY 14225

Kenneth Zemencsiks
378 White Oak Lane
Bath, PA 18014

Kenny Binkley
2300 Maple Dr
Atoka, TN 00038-0040

Kenny D  Rockhold
50098 Arbaugh Rd
Reedsville, OH 45772

Kenny Hinkes
9805 Green Brick Road
Albuquerque, NM 87111

Kenny L Sikes
821 Timberwood Lane
Cincinnati, OH 45245

Kent  Miller
10317 W Edgemont Dr
Avondale, AZ 85392


Kent A Young
1027 Newlove Road
South Charleston, OH 45368


Kent B Shoemaker
1084 Springer Road
Scottdale, PA 15683


Kent Barns
308 Co Rd 51 W
Belle Center, OH 43310


Kent Bickel
1418 Bunkerhill Road
Brentwood, TN 37027


Kent Cattran
70391 Crescent Rd.
St Clairsville, OH 43950

Kent Cochran
1889 Cedar Lane
Dayton, TX 77535

Kent D Taylor
3701 Woodmont Boulevard
Nashville, TN 37215

Kent Floyd
1069 Marsh Court Lane
Mt Pleasant, SC 29464

Kent Snyder
4209 Hormtown Road
Reynoldsville, PA 15851

Kenya Straight
3908 Alvin Ave
Dayton, OH 45417

Kenyatta Q Wingfield
5543 Miriam Rd
Philadelphia, PA 19124

Kenyon C Nelson
102 Lonestar Court
Murfreesboro, TN 37129

Kenyotta M Headen
242 Park Ave
Natrona, PA 15065

Kera S Johnson
308 Liberty Drive
Lake City, SC 29560

Kereen Forbes
6018 Morton Street
Philadelphia, PA 19144

Keri Harris
533 Brumfield Rd
Lancaster, OH 43130

Keri S Collins
1900 Williford Woods Ln
Rock Hill, SC 29730

Kermit Casey
9004 Amber Oaks Way
Owings Mill, MD 21117


Kermit James Graham
301 N High Street  PO Box 44
Port Matilda, PA 16870


Kermit R Henderson
13940 Cedar Road  #397
University Heights, OH 44118


Kerndt M Zuckowsky
3406 Hillmeade Court
Nashville, TN 37221


Kerri L Nugent
3661 S Vista Place
Chandler, AZ 85248


Kerriann Crawford
203 Maryland Avenue
Rio Grande, NJ 08242

Kerry  Grabowski
2701 Grant St
Reading, PA 19606


Kerry A nicholson
8804 Stage Coach rd
Athens, OH 45701


Kerry Ball
8387 Kepler Ave NW
Canal Fulton, OH 44614


Kerry Beamer
1122 W Market Street
Celina, OH 45822


Kerry G Hoffman
24 Edgehill Road
Boyertown, PA 19512


Kerry McCarthy
739 S 38th Street
Mesa, AZ 85206

Kerry Miller
487 Adena Drive
The Plains, OH 45780

Kerry Schumacher
3932 Cambridge Avenue
Nashville, TN 37205

Kerry Sue Gilligan
1017 Freeport Road
Natrona Heights, PA 15065

Keshia Renee Fair
2542 Rosalyn Drive
Newberry, SC 29108

Ketan Pema
7676 Tylers Meadow Dr
Hamilton, OH 45011

Ketch Anderson
10867 Beeler Street
Henderson, CO 80640

Ketuan Baldwin
756 Harlem Street
Youngstown, OH 44510




Keven  Gilbert
7049 E. Lathem Street
Scottsdale, AZ 85257




Kevin  Chandler
7369 Mottice Dr
Waynesburg, OH 44388




Kevin  Moore
3041 Hibiscus Circle
Charlotte, NC 28273




Kevin  Petherick
1525 Buxton Dr
Knoxville, TN 37922




Kevin  Scott
6425 Botkini road
New Knoxville, OH 45875

Kevin A Bibey
2526 Rhode Island Avenue
Massillon, OH 44646

Kevin A Keebler
198 Kitner Hill Rd
Upper Black Eddy, PA 18972

Kevin A Lilly
813 Union Street
Ashland, OH 44805

Kevin A Vinglish
779 Colonel Drake Highway
Ashville, PA 16613

Kevin Allen
113 Kings Creek Road
Irmo, SC 29063

Kevin B Foltz
1936 Rhode Island Avenue
Aliquippa, PA 15001

Kevin Bertilacci
8704 Suncrest Drive
Poland, OH 44514


Kevin Bland
9331 Fairground Road
Louisville, KY 40291


Kevin Bolden
4816 Powder Springs Rd
Nolensville, TN 37135


Kevin Brickley
502 Drew Street
Smyrna, TN 37167


Kevin Brown
5801 E 20th
Wichita, KS 67208


Kevin Brown Sr
1055 Heather Drive
Mesa, AZ 85201

Kevin Brumbach
1128 N Eleventh Street
Reading, PA 19604

Kevin Burris
2238 W Cumberland Street
Philadelphia, PA 19132

Kevin C Cogswell
15 Ironwood Lane
Brentwood, TN 37027

Kevin C Mosby
106 North Park Drive
Aurora, OH 44202

Kevin C Newman
4116 Inland Ave
West Mifflin, PA 15122

Kevin Callahan
359 Machell Avenue
Dallas, PA 18612

Kevin Cewter
30203N Bobcat Way
Queen Creek, AZ 85243


Kevin Chandler
300 Wuske Pl SE
Canton, OH 44707


Kevin Chandler
269 Queens Xing
Dayton, OH 45458


Kevin Cox
2169 Windemere Rd
Rock Hill, SC 29732


Kevin Crum
860 East Company Farm Road
Aspers, PA 17304


Kevin D Jones
19401 N Seventh Street #196
Phoenix, AZ 85024

Kevin D Kee
2940 Teague Store
Somerville, TN 38060


Kevin D Murray
961 Corison Loop
Columbia, SC 29229


Kevin D Rue
949 Paxton Lake Drive
Loveland, OH 45140


Kevin D Trent Jr
2907 N Kuther Road
Sidney, OH 45368


Kevin D Weeks
248 E Ward
Versailles, OH 45380


Kevin Dallas
4721 Grant St
Mineral city, OH 44656

Kevin Duffy
105 Independence Drive
Lockport, NY 14094

Kevin Dupes
1107 Tunbridge Lane
Mechanicsburg, PA 17050

Kevin E Crawford
13820 South 42nd Way
Phoenix, AZ 85044

Kevin E Hawkins
2464 Cathy Drive NE
Canton, OH 44705

Kevin E Holter
50178 Portland Road
Racine, OH 45771

Kevin Eye
329 W Main Street
Girardville, PA 17935

Kevin Fisher
225 New Freedom Rd
Vincentown, NJ 08088

Kevin Foose
473 Pine Creek Drive
Orwigsburg, PA 17961

Kevin Fortson
275 Browns Lake Road
Salem, SC 29676

Kevin Frank
9441 Rt 28
Brockway, PA 15824

Kevin G Nelson
425 Dockside Drive #506
Naples, FL 34110

Kevin Gabreski
1327 W Park Road
Slippery Rock, PA 16057

Kevin Gardner
1640 Hunter Lane
Dauphin, PA 17018

Kevin Gavaghan
1915 Ursinus Ave
Lancaster, PA 17603

Kevin Gellner
1500 Russell Drive Apt C
Streetsboro, OH 44241

Kevin H Douglas
2410 Oakland Avenue
Nashville, TN 37212

Kevin Hardy
3436 Brittany Avenue
Port Arthur, TX 77642

Kevin Heitert
1117 Olivaire Lane
Olivette, MO 63132

Kevin Hillker
406 Glenwood Avenue
Ambridge, PA 15003

Kevin Hofman
4841 E. Presidio
Scottsdale, AZ 85254

Kevin Holden
1501 Walker Ave
Follansbee, WV 26037

Kevin Huebner
703 Martin Rd
Belle Vernon, PA 15012

Kevin Ingram
441 Colorful Rain Avenue
N Las Vegas, NV 89031

Kevin J Chandler
7639 Mottice
Waynesburg, OH 44688

Kevin J Cody
133 Woodbridge Drive
Slippery Rock, PA 16057

Kevin J Kalamasz
691 Shaffer road
Hookstown, PA 15050

Kevin J Lanigan
77 Wheatsheaff Lane
Perkasie, PA 18944

Kevin J Magill
114 McGaffick Drive
Darlington, PA 16115

Kevin J McCarthy
23 Olde Mill Road
Lititz, PA 17543

Kevin J Prisco
6716 Peach Street
Bath, NY 14810

Kevin Johnson
903 Walnut Street
Nelsonville, OH 45764

Kevin Johnson
524 Morris Lane
Berwyn, PA 19312

Kevin K Payton
3493 Madewell Street
Memphis, TN 38127

Kevin K. Najafabadi
313 Cathy Jo Drive
Nashville, TN 37211

Kevin Kerestes
3022 Shawnee Ct
Gibsonia, PA 15044

Kevin Kirkland
410 Community Drive
Reading, PA 19604

Kevin L  Claycomb Sr
204 Davidson Ave
Connelsville, PA 15425


Kevin L Barkman
8796 Clear Ridge Road
Everett, PA 15537


Kevin L Bassett
425 Mueller Avenue
Pittsburgh, PA 15205


Kevin L Bracken
400 Karstridge Road
Smyrna, TN 37167


Kevin L Faulkner
4141 Shadow Oaks Drive
Horn Lake, MS 38637


Kevin L Hall
870 Route 130N  Apt N9
Burlington, NJ 08016

Kevin L Wren
4329 Bellmore
Wichita, KS 67220

Kevin Lee
80 Honors Course Drive
Las Vegas, NV 89148

Kevin Lee McCrarey
31 Sweetoak Court
Columbia, SC 29223

Kevin M Daley
300 Walter Ave
Delanco, NJ 08075

Kevin M Green
1098 Beaver Avenue
Midland, PA 15059

Kevin M McGaha
211 Hand Mill Rd
Bellplain, NJ 08270

Kevin M Pistory
2015 Mace Road
Carrollton, OH 44615


Kevin M Smith
2001 21st Avenue South
Nashville, TN 37212


Kevin M Taylor
1681 Old Memphis Road
Covington, TN 38019


Kevin McNea
13826 Lyric Avenue
Cleveland, OH 44111


Kevin Michael Champeno
2709 16th Street
Altoona, PA 16601


Kevin Michael Quinn
3312 Wellington Street  First Floor
Philadelphia, PA 19149

Kevin Mitchell Brown
577 Anson Drive
Columbia, SC 29229

Kevin Morelli
3 Colonial Circle
Irwin, PA 15642

Kevin Murphy
2013 Brewster Dr
Franklin, TN 37067

Kevin Nelson
6271 Patton Hollow Road
Cambridge, OH 43725

Kevin Northup
2325 Genoa SW
Massillon, OH 44646

Kevin O Hara
1401 Mt. Holly Rd
Burlington, NJ 08016

Kevin Olds
412 E Fulton
Celina, OH 45822

Kevin P  Hersho
110 East 18th Avenue  Apt 2
Homestead, PA 15120

Kevin P Komorek
10922 Route 97
Waterford, PA 76441

Kevin P McEvoy
113 Steelson Court
Murfreesboro, TN 37128

Kevin Quinn
7165 Willow Creek Drive
Nashville, TN 37221

Kevin R  Neyer
865 Water Edge Ct
Lebanon, PA 17046

Kevin R Eyerly
11395 Cross Station Rd
Girard, PA 16417

Kevin R Kohne
315 N Perry Street
St Marys, OH 45885

Kevin R Miller
718 Seneca Street
Pottsville, PA 17901

Kevin R Rager
126 Substation St
Alverton, PA 15612

Kevin Rankin
1674 Preston Place
Brentwood, TN 37027

Kevin Reid
3072 Wexford Drive
Orangesburg, SC 29118

Kevin Rieck
3115 Barry Crest
Memphis, TN 38134


Kevin Rohde
1897 Shaw Circle
Brunswick, OH 44212


Kevin Rose
110 Crossroad Drive
Henderson, TN 37075


Kevin Ross
6011 West Warner Street
Phoenix, AZ 85043


Kevin S Bordwine
8248 Woodglen Drive
Cincinnati, OH 45255


Kevin Sanderson
758 Louther Street
Carlisle, PA 17013

Kevin Schaefer
997 Georgetown Danascus
Beloit, OH 44609

Kevin Siebecker
2015 Oakford Woods
Clarks Summit, PA 18411

Kevin Smith
985 Treasure Lake
DuBois, PA 15801

Kevin Spencer
5858 Florence Avenue SW
Navarre, OH 44662

Kevin Stoll
3256 Rainer Avenue
Columbus, OH 43231

Kevin Stone
POP Box 504
Tatamy, PA 18085

Kevin Strickler
11598 Parkview Drive
Stoutsville, OH 43154


Kevin Swauger
1004 Maple Avenue
Hollidaysburg, PA 16648


Kevin T McClennon
133 Creeper Lane
St Stephen, SC 29479


Kevin T Wildrick
97 Harts Road
Evans City, PA 16033


Kevin Teel
505 Plainfield Avenue
Pen Argyl, PA 18072


Kevin Townsend
3109 Overbrook Court NW
Canton, OH 44709

Kevin W Chandler
300 Wuske Place
Canton, OH 44707


Kevin W Dolhi
606 Hampton Avenue Apt 3
Pittsburgh, PA 15221


Kevin W Jones
1709 Foote Street
Conway, PA 15027


Kevin Walker
536 West Ave
Pitman, NJ 08071


Kevin Waugh
517 Pine Ridge Road
Johnson City, TN 37601


Kevin Whitaker
140 Sheldon Drive
Centerville, OH 45459

Kevin Winton
120 Sterling Avenue
Claymont, DE 19703

Kevin Wire
153 Chalfonte Avenue
Pittsburgh, PA 15229

Kevin Zachariah
87 N Westgate Ave
Columbus, OH 43204

Keyla  Escobar-Diaz
1839 S Church Street
Allentown, PA 18103

Keylee Grenier
16475 Canyon Hills Rd
Chino Hills, CA 81709

Keysha L Batie
513 and half Second St
Millville, NJ 08332

Kfir Menahem
4329 Bacara Ridge Avenue
Las Vegas, NV 89115


Khaled Williams
313 Berkshire Road
Fairless Hills, PA 19030


Khalid G Darraj
1912 Windyoks Lane
Hixson, TN 37343


Khalid Hijer
1818 Magnolia Ave
Knoxville, TN 37917


Khalif A Lane
6534 N 27th Avenue
Phoenix, AZ 85017


Khalif Samad
PO Box 1194 4046 Huntee Drive
Pocono Summit, PA 18346

Khalil Salman
14 Fieldstone Dr Unit 340
Hartsdale, NY 10530

Khang Vo
2581 Jean Dr
Hatfield, PA 19440

Kheomi R Rollins
2609 W Delhi
N Las Vegas, VN 89031

Khia Danford
2541 Erial Road
Blackwood, NJ 08012

Khoa Nguyen
112 Howe Street
Belmont, NC 28012

Kiersten D Troutman
2805 Heritage Avenue NW
Canton, OH 44718

Kierstyn Rucci
450 Patton Circle
Albrightsville, PA 18210

Kilgore Manson
4224 Money Street
Pahrump, NV 89048

Kim  Barker
502 Sunset Ct
Mt Juliet, TN 37122

Kim  Duong
650 Curtis Corner Rd
Wakefield, RI 02879

Kim  Gamble
424 Georgia Ave
Chester, WV 26034

Kim  Perry
7540 Hollycroft Ln
Mentor, Oh 44060

Kim A Schacher
4328 Frederick Dr
New Kensington, PA 15060

Kim C Kristoff
6035 North Fifth Pl;ace
Phoenix, AZ 85012

Kim Carwheel
4632 N Camac Street
Philadelphia, PA 19140

Kim E  Mullet
1538 Windsor Rd
Orwell, OH 44076

Kim Earley
206 Clearwater Court
Englewood, OH 45322

Kim Elaine Zack
1024 E Frye Road  #1019
Phoenix, AZ 85048

Kim Hackett
1055 Brookfield Drive
Medina, OH 44256


Kim Herron
209 Cromwell Road
Knoxville, TN 37923


Kim M Gray
5851 Drenta Circle SW
Navarre, OH 44662


Kim Martin
3203 Arrowsmith Drive
Reynoldsburg, OH 43068


Kim Michele Taylor
5529 Elmwood Ave
Philadelphia, PA 19142


Kim N Ta
2228 E Branham
Phoenix, AZ 85042

Kim Peterman
6037 W Marconi Avenue
Glendale, AZ 85306


Kim Wagner
45536 West Mountainview Road
Maricopa, AZ 85239


Kim Warner
1593 Charter Ridge
Fairborn, OH 45324


Kimball Johnson
5938 Gina Place
Columbus, OH 43231


Kimball Roebke
4029 N 141 Drive
Goodyear, AZ 85338


Kimber L Ferryman
129 Players Court
Urbana, OH 43078

Kimberlee J Henry
18079 Chambers Road
Amanda, OH 43102

Kimberlee L Bluto
34 1 2 Plum Street
Greenville, PA 16125

Kimberlee L Keller
1705 Terrace Court
Minot, ND 58703

Kimberleen Thomas
504 Sheridan Dr
Columbia, SC 29223

Kimberley M Coates
584 E Smithville Western Rd
Wooster, OH 44691

Kimberly  Bartlett
1705 Chatham Rd
Camp Hill, PA 17011

Kimberly  Dougher
415 church St  2314
Nashville, TN 37219

Kimberly  Hodde
1817 Kingsbury Dr
Nashville, TN 37215

Kimberly  Little
2317 E Peach Tree Drive
Chandler, AZ 85249

Kimberly  McHugh
509 12th Ave
Scranton, PA 18504

Kimberly A Ceol
4341 Western Avenue
Trafford, PA 15085

Kimberly A Dennis
304 Cooper Avenue
Massillon, OH 44646

Kimberly A Graham
312 Spruce Street
Beaver, PA 15009


Kimberly A Hall
211 Wills Road
Connellsville, PA 15425


Kimberly A Howard
1397 Maryland Avenue SW
Canton, OH 44710


Kimberly A Males
953 Seventh Street Ext
New Kensington, PA 15068


Kimberly A Morgan Thomas
5345 E Van Buren Street #380
Phoenix, AZ 85008


Kimberly A Neyman
716 Pier St
Smithton, PA 15479

Kimberly A OLaughlin
294 Hathaway Dr
Cuyahoga Falls, OH 44223



Kimberly A Pilmore
9141 State Route 700
Windham, OH 44288



Kimberly A Risjan
15120 Holmes Road
Waterford, PA 16441



Kimberly A Shutt
313 Market St  No 2
Lykens, PA 17048



Kimberly A Thomas
15960 Fife Road
Vanwert, OH 45891



Kimberly A Wohlgemuth
4023 Evergreen Rd   PO Box435
New Bedford, PA 16140

Kimberly Aliano
138 Copperfield Drive
Deptford, NJ 08096


Kimberly Allen
1516 Haines Street
Philadelphia, PA 19126


Kimberly Andrew
231 S Second Street
Lehighton, PA 18235


Kimberly Ann Kesterbout
163 Hilliard Plats Rd
Rural Valley, PA 16249


Kimberly Ann Roberts
PO Box 627
Sister Bay, WI 54234


Kimberly Berry
413 Montego Ct
Avon Lake, OH 44012

Kimberly Cantees
219 Orr Road
Pittsburgh, PA 15241

Kimberly Casto
7374 Mudbrook Rd NW
Massillo, OH 44646

Kimberly Claire Pate
1102 Ocean Breeze Court
Mt Pleasant, SC 29464

Kimberly Clayton
2815 W Ford No 2048
Las Vegas, NV 89123

Kimberly Coleman
1410 Whispering Trail
Benton Harbor, MI 49022

Kimberly D Burley
520 Clawson St
Pittsburgh, PA 15208

Kimberly D Lanzrath
427 S Union
Emporia, KS 66801

Kimberly Deichert
48 W Clementon Rd
Gibbsboro, NJ 08026

Kimberly E Buoni
5199 Norwich
Hilliard, OH 43026

Kimberly Fashaw
106 North 10th Avenue
Rio Grande, NJ 08242

Kimberly G Spreng
2866 Pulver Road
Lucas, OH 44843

Kimberly Gates
3002 E. South Fork Drive
Phoenix, AZ 85048

Kimberly Gill
5974 Heritage View CT
Hilliard, OH 43026


Kimberly Grozier
2379 Cherry Springs
Cordova, TN 38016


Kimberly Gundell
1020 Farmingdale Road
Jackson, NJ 08527


Kimberly H Cope
1900 McCormick Drive
Rochester Hills, MI 48306


Kimberly Hildinger
123 W. Walnut Street AptG PO Box 2789
Lancaster, OH 43130


Kimberly Horsch
586 Lamplight
Horsham, PA 19044

Kimberly Howerton
20 Teaneck Road
Goose Creek, SC 29445

Kimberly J Ault
3221 24th Street SE
Canton, OH 44707

Kimberly J Heid
333 N Mercer Ave
New Brighton, PA 15066

Kimberly J Ream
155 Mill Rd
Lancaster, OH 43130

Kimberly Jo Cheek
372 Bunola River Road
Bunola, PA 15020

Kimberly Joiner
400 Savannah Park Way
Panama City Beach, FL 32407

Kimberly K Kelton
1420 Ramble Hill Circle
Nashville, TN 37211


Kimberly K Spangler
612 Market St
Scottdale, PA 15683


Kimberly King
180 Ellinton Road
Riverside, OH 45431


Kimberly Kollig
330 Forrer Blvd
Dayton, OH 45419


Kimberly L Johns
5105 Front River Road
Neville Island, PA 15225


Kimberly L Waters
513 Hidden Boulevard
Mount Pleasant, SC 29466

Kimberly Lane
6271 Beacon Tree Court
Huber Heights, OH 45434

Kimberly Long
1725 Skyline Drive Apt 28
Pittsburgh, PA 15227

Kimberly M Dietsch
8513 Township Rd 50
Masnfield, OH 44904

Kimberly Males
314 Pershing Drive
New Kensington, PA 15068

Kimberly Mauro
185 7th Street ext
New Kensington, PA 15068

Kimberly McAndrew
143 15th Street Apt 8
New Cumbeland, PA 17070

Kimberly Michelle Budkey
1060 Temple Road
Monaca, PA 15061


Kimberly Miller
6343 Kossuth Amanda
Spencerville, OH 45887


Kimberly Moreland
9911 E Rugged Mountain
Gold Canyon, AZ 85218


Kimberly Moss
141 Neese Dt  G18
Nashville, TN 37211


Kimberly N Fortson
2323 Heston Street
Roslyn, PA 19001


Kimberly Pacolitch
42 Country Club
Gouldsboro, PA 18424

Kimberly Pilote
260 Blackberry Run
Fayetteville, GA 30214

Kimberly Pollard
3254 Island Ford Road
Silverstreet, SC 29145

Kimberly R Habenak
PO Box 723
New Salem, PA 15468

Kimberly Robinson
718 Penny Drive
Pittsburgh, PA 15235

Kimberly Romano
410 A. Park Road
Ambridge, PA 15003

Kimberly S Bell
3416 Long Shadow Court
Murfreesboro, TN 37129

Kimberly S Carlson
321 Ridge Road
Hershey, PA 17033


Kimberly S Miller
167 Warmuth Lane
Bedford, PA 15522


Kimberly S Nething
665 Lohr Road
Mansfield, OH 44903


Kimberly S Young
236 Cypress Hill Dr
Pittsburgh, PA 15235


Kimberly Sammons
26 Fox Hunt Drive #258
Bear, DE 19701


Kimberly Shannon
2308 March Drive
Spring Hill, TN 37174

Kimberly Sharkey
2400 Amber Glenn Court
Murfreeesboro, TN 37128

Kimberly Sharpe Jayich
7261 E Northridge Street
Mesa, AZ 85207

Kimberly Sheeler
PO Box 203
Sassamansville, PA 19472

Kimberly Shumar
159 Lyndale Road
Grindstone, PA 15442

Kimberly Sines
273 Twin Bridges Road
Charleroi, PA 15022

Kimberly Sue Ferrara
1416 East Washington Street
New Castle, PA 16101

Kimberly Sue Haas
2102 Second Street
S Connellsville, PA 15425

Kimberly Sweitzer
213 Sweitzer Lane
Brookville, PA 15825

Kimberly Thomas
PO Box 683
Dresdon, TN 38225

Kimberly Tyson
1570 Lillian Rd
Stow, OH 44224

Kimberly Wagner
209 Chickasaw Ave
Pittsburgh, PA 15237

Kimberly Watees
101 Fresh Meadow Lane
Mt Pleasant, SC 29466

Kimberly Waters
101 Fresh Meadow Lane
Mt Pleasant, SC 29466

Kimberly Wilkerson
2793 Sonora Drive
Memphis, TN 38115

Kimberly Williams
2721 Richfield Boulevard
Las Vegas, NV 89102

Kimberly Wunder
48 Richland Creek Drive
Greenville, SC 29609

Kimberly Y Hughes
2013 Country Lane
Ewing, NJ 08628

Kimberly Yeckel
312 Marshall Drive
Pittsburgh, PA 15235

Kimm Applegate
1730 N Pennington Drive
Chandler, AZ 85224


Kimmy L Bennett
1339 Caroline Cr
Franklin, TN 37064


Kimo Klask
3601 Pacific Avenue  Monagan #312
Stockton, CA 95211


Kio Phomthisene
7336 Sugarloaf Drive
Antioch, TN 37013


Kira Sisk
130 Angle St
Brwonsville, PA 15417


Kira Wunderlich
13282 April Circle
Lovettsville, VA 20180

Kiran R Malhotra
712 Forrest Rose Ave
Lanscaster, OH 43130


Kirk A Brandt
124 W 15th Street
Camp Hill, PA 17011


Kirk Bing
235 Elmford Avenue SW
Massillon, OH 44646


Kirk E Ball
3319 Arbor Road SW
Canton, OH 44710


Kirk Goeldner
10 Ridgeland Dr.
Greenville, SC 29601


Kirk L Groff
419 Martin Ave
Mount Joy, PA 17552

Kirk M Doerger
612 Legend Hills
Cincinnati, OH 45255

Kirk P Kirkpatrick
930 Miles Run Road
Spring Creek, PA 16436

Kirk Steinke
678 N Sugar Street
Celina, OH 45822

Kirk Turley
50140 Street RT 124
Racine, OH 45771

Kirk Vonderhaar
6409 Aspen Way
Cincinnati, OH 45224

Kirk W Gilbert
329 North Sixth Street
Olean, NY 14760

Kirstin Fortson
9306 W. Ridge Trail Road
Soddy Daisy, TN 37379




Kit Chacon
2112 Mogadore
Akron, OH 44312




Kiwanna  Nelson Suitt
407 Norwood Court
Monks Corner, SC 29461




Klarisa L Wallace
2011 Richard Jones Road  Apt C14
Nashville, TN 37215




Klindt Breckenridge
5960 N Moccasin Trail Drive
Tucson, AZ 85750




Kody Newland
1928 E. Highland F104 RMB 611
Phoenix, AZ 85016

Kofi Barry
1555 Market Street
Marcus Hook, PA 19061


Kolby A Stephens
18 Lamont Ave Apt 14
Hamilton, NJ 08619


Kolin Gregory
25 Kurtz St  Apt 103
Athens, OH 45701


Korey J Rychorcewicz
16986 Abers Creek Road
Monroeville, PA 15146


Korey Leatherwood
3105 RT 9
Seaville, NJ 08230


Kori Bates
6449 Route 580 Highway
Cherry Tree, PA 15724

Kory Kutzler
341 East 3rd Street
Wind Gap, PA 18091


Kraig Eric Imboden
1526 E Grand Avenue
Tower City, PA 17980


Kraig Okerlund
3006 Bordell Road
Smethport, PA 16749


Krasimir Radev
7978 Imperial Treasure St
Las Vegas, NV 89139


Kregg Galbreath
7356 Crow Cut Road
Fairview, TN 37062


Kris Frey
2703 S Topeka #304
Wichita, KS 67216

Kris Motschenbacher
800 Rodman Circle
Monterey Park, CA 91754


Kris Nagoda
5433 E Fort Lowell
Tucson, AZ 85712


Kris Wright
2355 Liberty Street
Beaumont, TX 77702


Krissi Strickland
1803 Long St
Chattanooga, TN 37408


Krista Caldwell
21749 Hillsdale Ave
Fairview Park, OH 44126


Krista D Campbell
51 Cave Street
Fairchance, PA 15436

Krista Ebbert
3961 Holleyberry Lane
Milton, FL 32583

Krista Evans
3627 St. Peter Road
Ft. Recovery, OH 45846

Krista I Papa
1412 Woodward Avenue
McKees Rocks, PA 15136

Krista M Winzer
3161 Evans Way
Twinsburg, OH 44087

Krista Miller
4504 Murphy Road
Nashville, TN 37209

Krista Orwig
54 fPine Road
Orwigsburg, PA 17961

Krista Porter
1001 Bear Island Drive #522
Summerville, SC 29483


Krista Shaheen
104 Haser Dr
New Kensington, PA 15068


Krista Williamson
6282 Cary Avenue
Cincinnati, OH 45224


Krista Wood
RR2 Truro
Nova Scotia, NS B2N5B1
CANADA


Kristafer Guercio
31 Weir Mountain Acres
Kunkletown, PA 18058


Kristal Leeann Rojas
1944 Gatewood Lane
Bethlehem, PA 18018

Kristan Jones
337 East Washington Street
Libson, OH 44432

Kristen A Gruber
31 W Marion St
Lititz, PA 17543

Kristen Ashley
2444 Groveland St
Pittsurgh, PA 15234

Kristen Brinsky
298 Sutherland Dr.
Venetia, PA 15367

Kristen D Fuqua
632 Watt Street
Pittsburgh, PA 15219

Kristen D Menchhofer
60 Aspen Lane
Levittown, PA 19055

Kristen E Folk
1323 Jill Ann Drive
Lebanon, PA 17042


Kristen Endy
347 Anthonys Mill Road
Bechtelsville, PA 19505


Kristen Hinrich
1594 Teardrop Street
Las Vegas, NV 89142


Kristen K Anderson
6195 Brandy Run
Fairview, PA 16415


Kristen Kay Josephsen
1819 Kanawha Trail
Camden, SC 29020


Kristen L Brodie
261 N Franklin  Apt 201
Hanover, PA 17331

```
Kristen L Irving
1710 Kent Rd
Camp Hill, PA 17011




Kristen Lauren Fitzpatrick
56 Foal Court
Lancaster, PA 17602




Kristen M Bowen
109 Hutchinson Drive
Smyrna, TN 37167




Kristen M Hanchulak
P.O. Box 111
Sewickley, PA 15143




Kristen M Kreider
PO Box 2339  108 Woodrow Ave
REading, PA 19608




Kristen Macioce
450 August
Pittsburgh, PA 15211
```

Kristen Martin
3825 East Alexan Drive #1056
North Las Vegas, NV 89032


Kristen Mauro
212 Highland Pines Drive
Pittsburgh, PA 15237


Kristen McGinnis
312 Marshall Drive
Pittsburgh, PA 15235


Kristen McGriff
126 Blue Ridge Terrace
Hendersonville, TN 37075


Kristen Moyer
1996 Knight Road
Green Lane, PA 18054


Kristen Pavlovich
958 West Gary Dr
Chandler, AZ 85225

Kristen Perhonitch
1312 Long Run Road
Friedensburg, PA 17933


Kristen Qudri
2122 W Butler Drive #211
Phoenix, AZ 85021


Kristen Tango
720 1 2 S Wooster
Strasburg, OH 44680


Kristi  Jeffries
403 Thanksgiving St
Uniontown, PA 15401


Kristi Baker
350 Clarendon Avenue NW
Canton, OH 44708


Kristi Cochrane
3002 Wallace Court
Murfreesboro, TN 37129

Kristi Crisp
15965 Main Street
Millfield, OH 45761

Kristi D Glenn
111 West Jefferson Ave
Wildwood Crest, NJ 08260

Kristi D Vincent
11 Eighth Street
Malta, OH 43758

Kristi Knitter
702 Bradford Place
Murfreesboro, TN 37130

Kristi L Lee
558 Hoover Road
Mansfield, OH 44905

Kristi L Wiles
51491 Trembley Ridge
Beallsville, OH 43716

Kristi Lukasiak
5066 Clayton Avenue
Pennsauken, NJ 08109

Kristi Summer Nelson
6964 Maybank Hwy
Wadmalaw Island, SC 29487

Kristian  Hudy
175 Deerford NW
Massillon, OH 44647

Kristian E Kuzminsky
116 Treeview Drive
Moon Township, PA 15108

Kristie Francioni
PO Box 14  420 Francioni Hill Lane
Glenshaw, PA 15116

Kristie L Smith
7677 Sweetwood Court
Dublin, OH 43016

Kristie M McCollins
803 Orange Street
Ashland, OH 44805

Kristie M Wolf Maloney
30 Kohler Lane
Etters, PA 17319

Kristie Teslovich
155 7th St Ext
Trafford, PA 15085

Kristin A Sagun
4209 Wrexham Ct
Charlotte, NC 28269

Kristin Brackbill
6917 Leon Avenue
W. Las Vegas, NV 89131

Kristin D Durst
2703 Voelkel Avenue Apt 1
Pittsburgh, PA 15216

Kristin K LaBounty
5050 Tower Road
Moose Lake, MN 55767


Kristin L Julian
560 East Main Street
Monongahela, PA 15063


Kristin L Stuckey
2314 Morris Drive
East Petersburg, PA 17520


Kristin Lee Ross
207 South Fifth St
Youngwood, PA 15697


Kristin M Szuch
313 Creek Drive Apt 201
St Davids, PA 19087


Kristin R Warner
4008 Route 89
Northeast, PA 16428

Kristin Spengler
1609 Sage Brush Ranch Way
N Las Vegas, NV 89081


Kristin Thompson
928 Patrick Lane
Newry, PA 16665


Kristina Baldwin
180 S. Main Street
Bellefonte, PA 16823


Kristina Berberena
4228 I Street
Philadelphia, PA 19124


Kristina E Goldsmith
108 Peartree Lane
Anderson, SC 29625


Kristina E Maroni
12 Aluminum City Terrace
New Kensington, PA 15068

Kristina H Mumford
356 N Prune St
Lebanon, PA 17042

Kristina Heitkamp
1001 Motz Street
St Marys, OH 45885

Kristina M Graymire
902 Springwood Lane
Wapakoneta, OH 45895

Kristina M Klinger
122 Lewis St  Apt 1
Minersville, PA 17954

Kristina M Secilia
200 Field and Stream Road
Marianna, PA 15345

Kristina M Zupp
1817 Thackeray Avenue NW
Massillon, OH 44646

Kristine Barholetti
206 Mclead Drive
Oxford, PA 19363


Kristine Germann
555 Timber Lane
Cookeville, TN 38501


Kristine Marker
303 East Spring Street
New Knoxville, OH 45871


Kristine Smailer
601 Mill Road
Punxsutawney, PA 15767


Kristofer Redinger
879 Bonnie Brae
Erie, PA 16511


Kristopher  Bobo
1616 Queen Anne Avenue N.  Apt 402
Seattle, WA 98109

Kristopher Anderson
2626 Sewanee Place
Murfreesboro, TN 37128



Kristopher Campbell
2005 40th Street NW
Canton, OH 44709



Kristopher D Johnson
4489 Flowers Road
Mansfield, OH 44906



Kristopher J Black
304 Second Street  PO Box 56
Vestaburg, PA 15368



Kristopher Kahao
1550 Allendale Road
Port Allen, LA 70767



Kristopher S Harper
909 Wallace St
Erie, PA 16503

Kristy Duncan
4861 Bethesda Road
Thompson Station, TN 37179


Kristy J Schartz
4370 E Sack Drive
Phoenix, AZ 85050


Kristy Louise Christy
1209 S 27th St  Apt 2D
Altoona, PA 16602


Kristy Lynn Kaplan
346 Maley Hollow Rd
Dayton, TN 37321


Kryslyn E Slother
208 Pine Street
Edinboro, PA 16412


Krysta Kunkle
248 Ridge Avenue
Homer City, PA 15748

Krysta M Lankford
1141 Tanglewood Drive
Mantua, OH 44255


Krystal Brown
98 Jackie Nash Rd
Knob Lick, KY 42154


Krystal Flores
396 Suburbia Drive
Blountsville, TN 37617


Krystal Fortner
4638 Dale Street
Noton, OH 44203


Krystal L Bahleda
295 Hill St
Pitcairn, PA 15140


Krystal Marucci
RR1 Box 183 Chimne
Hillidaysburg, PA 16648

Krystian Torres
PO Box 91310
Yuma, AZ 85369

Krystine K Horvath
137 County Rd 2
Rayland, OH 43943

Kulbeer Sanghera
1504 NW 3rd Avenue
Fort Lauderdale, FL 33311

Kun Ho Lee
4742 Centre Avenue Apt 403
Pittsburgh, PA 15213

Kunuz Ahmed
2193 River Trace Drive #8
Memphis, TN 38134

Kurai Mangozhe
14438 Banister Dr
Noblesville, IN 46060

Kuri Edwards
857 Cedar Hill Road
Allentown, PA 18109

Kurlan Pothen
4105 Lakeridge Lane
Bloomfield Hills, MI 48302

Kurt  Krause
522 Sheldon Road
Valencia, PA 16059

Kurt A Jaeger
82 1 2 North Fifth Avenue  Apt 1
Clarion, PA 16214

Kurt A Kanaskie
229 Hawk Mountain Road
Kempton, PA 19529

Kurt A Snyder
6429 Chilton Drive
N Richland Hills, TX 76180

Kurt C Lewis
12193 Route 36
Brookville, PA 15825


Kurt Danga-Storm
531 9th Avenue
Bethlehem, PA 18018


Kurt Dubendorf
14 N. Main Street
Yeagertown, PA 17099


Kurt F Frank
20 Clearview Drive
Athens, OH 45701


Kurt Kennicutt
406 Fourth Avenue
Vestal, NY 13850


Kurt M Green
9740 New California Drive
Plain City, OH 43064

Kurt O Bue
121 Bue Lane
Export, PA 15632


Kurt Phifer
462 Winding Lane
Sparta, TN 38583


Kurt R Guyer
3300 E Broadway Road  Lot 73
Mesa, AZ 85204


Kurt Ruhe
212 Kennedy Street
Ottawa, OH 45875


Kurt Schneider
1024 Twp Rd 1682
Ashland, OH 44805


Kurt W Beiter
1965 Tremont Avenue  SE  Apt 13
Massillon, OH 44646

Kurt Woodrow Penninger
7295 Awendaw Landing Rd
Awendaw, SC 29429


Kurtis Armstrong
225 Valley St
Fort Carbon, PA 17965


Kurtis E Hall
19545 Main St
Trimble, OH 45782


Kurtis Messner
712 Leah Ct
Gilbert, AZ 85233


Kutaibe Birkdar
2257 Hedgerow Road G
Columbus, OH 43220


Kwabena Muhammad
6803 W Congress Street  Apt 1
Milwaukee, WI 53218

Kwame Boate
3196 Mount Zion Road Apt 4003
Stockbridge, GA 30281


Kwang H Lee
5170 John Hagar Road
Hermitage, TN 37076


Kyla J Burlingham
11544 Donation
Waterford, PA 16441


Kyle  Brooks
1000 N Randolph St
Philadelphia, PA 19123


Kyle  Van Name
228 Colonial Crest Drive
Lancaster, PA 17601


Kyle Artim
1319 Sonja Drive
Clarksville, TN 37042

Kyle B Jones
6559 Brookland Ave
Solon, OH 44139


Kyle Bailey
2217 Stonewall Drive
Union City, TN 38261


Kyle Beddome
860 S. Cancun Drive
Gilbert, AZ 85233


Kyle Cahall
7485 Central College Road
New Albany, OH 43054


Kyle Chaapel
RR1 Box 1890
Monroeton, PA 18832


Kyle Cincere
4403 Blackman Court
Nashville, TN 37211

Kyle D Edwards
5201 Webster Rd
Centerburg, OH 43011


Kyle D Perrine
118 Tank Hill Road
Adah, PA 15410


Kyle Dehaven
113 Avon Lane
Greenville, NC 27858


Kyle Durante
405 Fairview Street PO Box 388
Terre Hill, PA 17581


Kyle E Kyser
823 Washington Ave
Salem, OH 44460


Kyle E Liddick
830 Valley Rd
Enola, PA 17025

Kyle E Wallace
4717 Jefferson Street
Bellaire, OH 43906


Kyle Eisert
1930 Norcross Road
Erie, PA 16510


Kyle Greenway
418 Benita Drive
Nashville, TN 37211


Kyle Gustine
429 Summit Oaks
Nashville, TN 37221


Kyle Hansen
6316 Lindsay Lane
Racine, WI 53406


Kyle Harold
165 Horse Shoe Lane
Warminster, PA 18974

Kyle Henderson
1855 Sunburst Lane
Tempe, AZ 85284


Kyle J Lanham
800 Martinsburg Road
Mt Vernon, OH 43050


Kyle J Rodney
2160 Hillborn Road
Erie, PA 16509


Kyle Jensen
7916 Pale Rider
Las Vegas, NV 89131


Kyle Kretschman
1701 Fox Ave.
Beaver Falls, PA 15010


Kyle L Donaldson
P.O. Box 144
Nottingham, PA 19362

Kyle L Hunt
448 Mulvane Street
Newcomerstown, OH 43832

Kyle L Sigmund
1514 N 12th St
Reading, PA 19604

Kyle L Swango
954 S Poplar Street
Nelsonville, OH 45764

Kyle Lewis
8978 Main Street
McKean, PA 16426

Kyle M Walters
674 Muddy Run Road
Milton, PA 17847

Kyle Marcincin
128 E Main Street
Fleetwood, PA 19522

Kyle Palmer
780 Steubenville Pike
Burgettstown, PA 15021


Kyle R Giles
1001 Felix Court
Reading, PA 19605


Kyle R Monroe
1451 Parkside Ave
Trenton, NJ 08638


Kyle R Purdy
2970 Copper Grove Dr
Grand Rapids, MI 49525


Kyle Ryan
119 Gateshead Way
Phoenixville, PA 19460


Kyle S Henry
101 W Main Street
St Henry, OH 45883

Kyle S Walker
110 E Mintor Drive
Tempe, AZ 85282




Kyle Schneider
612 North Avenue NE
Massillon, OH 44646




Kyle Spreadborough
7461 Wheeldale Circle
Reno, NV 89511




Kyle Steven Kenworthy
120 Crump Road
Exton, PA 19341




Kyle Strunk
3042 Quail Ct
Greenbrier, TN 37073




Kyle W Thompson
527 Case Place NW
Canton, OH 44703

Kyle Wills
1325 Hares Hill Rd
Kimberton, PA 19442


Kylie  Simmons
PO Box 181
Apache Junction, AZ 85217


Kymwonia V Moore
8273 New Leaf Ave
Las Vegas, NV 89131


Kyndra Fuller
2317 Delano Lane
District Heights, MD 20747


Kyoichi Shimodaira
2408 Rollett Court
Nashville, TN 37211


Kyong N Elias
121 Narrows Rd
Connellsville, PA 15425

Kyunghoon Kim
1902 South Broadway  Apt 1
Pittsburg, KS 66762


Kyungtyek Han
12626 Victoria Station Court
Fairfax, VA 22033


L  Long Luckie
19612 Steel Street
Detroit, MI 48235


L Bertram Hayes
1230 N Redfield Street
Philadelphia, PA 19151


L C Smith Jr
217 Azalea Drive
Atoka, TN 38004


L C St John
9995 Woodland Birch
Lakeland, TN 38002

L.W. Flynn
2528 Forest Drive
Columbia, SC 29204


La Rea Henderson
108 E 17th St
Silver City, NM 88062


La Sonja Lee
214 Jersey Street
Trenton, NJ 08611


Lacey Crook
1753 Road E  Lot 399
Emporia, KS 66801


Lacey Marie  Hendricks
2099 Lake Carolina Drive
Columbia, SC 29229


LaChandra Hilliard
211 Bolette Lane
Columbia, SC 29229

Laci Evans
8206 State Route 33
Celina, OH 45822

Lacinda E Atkins
4750 W Elm Street
Lima, OH 45807

Lacy  Washington
5812 Sunny Morning Dr
Memphis, TN 38141

Lacy Harmon
7119 Vann Dr
Pittsburgh, PA 15206

Ladarica Talford
177 Parmount Lane
Rock Hill, SC 29730

Ladislav Gavalcin
815 Saint Olaf Drive
Eaton, OH 45320

Ladonna Arnett
772 Atlantic Avenue
York, PA 17404

Ladonna Winter
761 Walton Street
Lemoyne, PA 17043

LaDonna Y Washington
1720 W Bonanza
Las Vegas, NV 89106

Ladonya Claybourne
1822 4th St SE
Canton, OH 44707

Ladymai Yancy
1405 Veterans Hwy J3
Bristol, PA 19007

Lafaith Lane
712 Millplace Loop
Irmo, SC 29863

Lafe R Barnett
19460 State Route 328
New Plymouth, OH 45654


Laine Gooding
837 N Main Street
Sycamore, SC 29846


Lajuana Nicklow
18 Jamison St
Uniontown, PA 15401


Lajuana Turner
5900 Highstead Street #103
Henderson, NV 89011


Lajy S Raju
114 Hower Lane
Philadelphia, PA 19115


Laken B Brangard
PO Box 9   35 Steel St
Republic, PA 15475

Lakendra Gaither
7840 Lipscomb Dr
Memphis, TN 38125


Lakesha Bacchus
2389 Ketchum Road
Memphis, TN 38114


Lakesha Brooks
45 East City Avenue Unit 432
Bala Cynwyd, PA 19004


Lakesha Mays
4944 Warrington Street
Memphis, TN 38118


Lakeysha Greer Isaac
904 Cardigan Court
Madison, MS 39110


Lakia S Rogers
3314 Rosedale Avenue  Apt 6
Camden, NJ 08105

Lakiesha N Evans
226 East Cresse Ave  Apt 2R
Wildwood, NJ 08260

Lakisha Brachew
10 Woodland Ave
Pleasantville, NJ 08232

LaKisha D Hardin
2754 Chapman Circle
Rock Hill, SC 29732

Lakvita Dews
753 Superior Avenue
Dayton, OH 45402

Lalene D Kay
331 Fair Street
Berea, OH 44017

Lalyn Anderson
2435 Belfast Street W
Rosemount, MN 55068

Lam Nguyen
88 Regina Rd
Monsey, NY 10952

Lamar Downer
1500 Avon Place
Pittsburgh, PA 15221

Lamar I Bracey
936 N Negley Ave
Pittsburgh, PA 15206

Lamar M Gest
357 Monica Place
Corpus Christi, TX 78411

Lamar R Green
816 Wesley Church Road
Shulerville, SC 29453

Lamarcus Duncan
964 Woodyhills Drive
Clarksville, TN 37040

Lamarr E Barnes
1573 Watkins Rd
Columbus, OH 43207


Lamont Powell
331 Hillcrest Street
Ewing, NJ 08618


Lamont Waheed
5011 North Marvine St
Philadelphia, PA 19141


Lamonte Nelson
513 Seville Row
Charleston, SC 29414


Lamor Mayo
434 North 9th Street
Allentown, PA 18102


Lana  Dunlap
321 Jamison Ave
Cadiz, OH 43907

Lana Hogue
44122 Kelly Pann Road
Columbiana, OH 44408


Lana Parker
2352 E Cloud Rd
Phoenix, AZ 85086


Lana Richmond
3456 Southbridge Boulevard
Murfreesboro, TN 37128


Lanaire D Jones
138 Quiet Circle Drive
Gray Court, SC 29645


Lance Branham
780 Cliffside Dr
Fairborn, OH 45324


Lance Hooker
10504 N Buck Ridge
Oro Valley, AZ 85737

Lance Mitchell
627 Mt Zion Road
Jackson, OH 45640


Lance Nuzum
24413 Brillante Drive
Wildomar, CA 92595


Lance P Cobb
34 Durange St
Henderson, NV 89012


Lance R Jording
2486 E Orchid Lane
Gilbert, AZ 85296


Lance Robinson
6731 Dovewood Way
Tucson, AZ 85757


Lance Schreffler
173 Blue Ball Road
Centre Hall, PA 16828

Lance W Hoppen
1710 Blair Boulevard
Nashville, TN 37212


Landon D Roeder
1926 Hartsville Pike
Lebanon, TN 37087


Landon Reynolds
7449 Parnell Ave
Las Vegas, NV 89147


Landon Wilhelm
1082 State Road 1
West Harrison, OH 47060


Landon Wise
9 Broadmoor Drive
Mechanicsburg, PA 17055


Lane Gibson
2921 Briarpark Drive #623
Houston, TX 77042

Lanece Williams
369 Katlynn Street SE
Massillon, OH 44646


Laneeta L Berry
523 Larimer Avenue
Turtle Creek, PA 15145


Lanelee Brown
11335 Point Harbor Drive
West Point, MS 39773


Lanette A Williams
309 S Exchange
Emporia, KS 66801


Lanette Kay Eckert
3586 Old Hershey Road
Elizabethtown, PA 17022


Lanning S Reed
923 Lincoln Ave
Carrollton, OH 44615

Lanta P Archer
70655 Hopewell Road
Kimbolton, OH 43749




Lantz B de Contreras
233 Santa Monica Drive
Oxnard, CA 93035




LaPorcha Powell
2210 N 19th Street
Philadelphia, PA 19132




Laquana A Brown
116 North Fourth Street
Millville, NJ 08332




LaQuinda Bandy
253 Bill Stewart Boulevard
Lavergne, TN 37086




Lar;ry Cremeens
264 Southview
Troy, OH 45373

Lara Cox
3260 Alafaya Club Drive
Orlando, FL 32817

Lara Lane
38 Desert Sunflower Circle
Henderson, NV 89002

Lara Shemali
3805 West 42nd Avenue
Kennewick, WA 99337

Laret  Casella
6024 Gardendale Dr
Nashville, TN 37215

Larhonda Williams
3427 Winston Mason Drive
Snellville, GA 30039

Larisa Dean
903 Ogden Place
Philadephia, PA 19123

Larisa Jevtovic
5654 Macy Avenue
Cincinnati, OH 45227


Larrie Seitz
7249 Fisher Road
Conneautville, PA 16466


Larry Crouch
107 Woodmont Dr
Marysville, TN 37801


Larry Espenshade
240 West Fairville AVe
Harrisburg, PA 17112


Larry Gardiner
1776 W Redfield Rd
Gilbert, AZ 85233


Larry Hillegass Jr
31744 County Road 20
Brinkhaven, OH 43006

Larry  Koontz
18808 North 3rd Ave
Phoenix, AZ 85027

Larry  Schurr
PO Box 217  3193rd St
Grensboro, PA 15338

Larry  Scott
9560 E Rockwood Street
Scottsdale, AZ 85255

Larry  Small Jr
6535 Orange Plank Rd
Hixson, TN 37343

Larry  Wilkerson
310 Rexford Drive
Heritage, PA 16148

Larry A Meixsel
532 W Washington Street
Slatington, PA 18080

Larry A Smith
239 McKinley Ave  PO Box 2
E Vandergrift, PA 15629




Larry Alexander
254 Seneca Street
Turtle Creek, PA 15145




Larry Arnold Jr.
2385 Whitney Avenue
Mansfield, OH 44906




Larry Bailey
3785 Clarion Drive
Memphis, TN 38135




Larry Barton
54700 St Rt 681
Reedsville, OH 45772




Larry Beall
100 N. Parkview Lane #201
Savoy, IL 61874

Larry Belle
1704 Cherry Oak Place
Knoxville, TN 37909


Larry Bovenzi
1099 Valley of Lakes
Hazelton, PA 18201


Larry Briggs
10418 Caldwell Depot Road
Cornelius, NC 28031


Larry Bruce
9600 Five Points Road
Athens, OH 45701


Larry Burns lll
14180 New Buffalo
Columbiana, OH 44408


Larry Butler
1012 Smith Street
Winenton, MO 63383

Larry C McClinton
2540 South Paxton Drive
Warsaw, IN 46580

Larry D Long
2929 W Malibu
Golden Valley, AZ 86413

Larry D Miller Jr
129 Stratford Avenue  Apt 3
Pittsburgh, PA 15206

Larry D Sprankle
RD 5  Box 428
Dallas, PA 18612

Larry D Sterling Jr
1320 Presidential Trace
Hermitage, TN 37076

Larry Denison
657 Summerdale NW
Massillon, OH 44646

Larry Derva Jr.
9 Locust Lane
Dillsburg, PA 17019


Larry Doochin
1000 Old Hickory Blvd
Brentwood, TN 37027


Larry Dubay
3626 Moore Drive
Kingman, AZ 86409


Larry E  Wilson
172 Hawk Rd
Normalville, PA 15469


Larry E Gardner
39085 State Route 26    PO Box 34224
Graysville, OH 45734


Larry E Rose
253 Greenbriar Drive
Bellville, OH 44813

Larry F James
221 Northgate Cir
Boiling Springs, SC 29316


Larry G  Appleby
26827 N 45th St
Cave Creek, AZ 85331


Larry G Lenzi
454 Chessnut Street
Monongahela, PA 15063


Larry Gibbs
633 Sleepy Hollow Road
Oliver Springs, TN 37840


Larry Gibson
7939 Big Horn
Baytown, TX 77521


Larry Haugh
178 Alexander Lane
Brookville, PA 15825

Larry Hayes
928 Oak Valley Lane
Nashville, TN 37220


Larry Heath
513 Longtown Rd
Lugoff, SC 29078


Larry Heffelfinger
1426 Main Street
Lehighton, PA 18236


Larry I Kishbaugh
RR6 Box 6730
Saylorsburg, PA 18353


Larry J Bates
69 Harwood St Apt 1
Pittsburgh, PA 15211


Larry J Cormier
2401 E Rio Salado Parkway #1018
Tempe, AZ 85281

Larry J Leamer
40 S Main Street
Cherry Tree, PA 15724


Larry J Uberti
306 Fairview Street
Pottsville, PA 17901


Larry Jordonek
6729 Velma
Parma, OH 44129


Larry Lain
203 Cambridge Road
Coshocton, OH 43812


Larry Lake
121 Hopwood Coolspring Road
Hopwood, PA 15445


Larry M Howard
1052 N Willette Street
Memphis, TN 38107

Larry M Huffman
802 North Wood Street
Logan, OH 43138

Larry Mitchell
1306 Blue Springs Road
Franklin, TN 37069

Larry P Smith
7140 128 Selby Rd
Athens, OH 45701

Larry Paul
539 Silverstreet Rd
Silversteet, SC 29145

Larry Powers
2923 Elm Place
West Lawn, PA 19609

Larry Puckett
2506 Elk Park Hwy
Newland, NC 28657

Larry R Barrett
8342 Kruse Road
Wapakoneta, OH 45895

Larry R Schwenk
502 Woodland Drive
Auburn, PA 17922

Larry Randolph Sr
1846 Suman Avenue
Dayton, OH 45403

Larry Rodrigue
3400 Nashville Avenue
New Orleans, LA 70125

Larry Schmick
660 Huffs Church Road
Alburtis, PA 18011

Larry Shea
1210 Gaspar Avenue
Bethlehem, PA 18017

Larry Sightler
1365 Mack Street
Gaston, SC 29053

Larry Six
313 Walters Road
New Alexandria, PA 15670

Larry Smith
2243 Wyland Avenue
Allison Park, PA 15101

Larry T Pauly
2037 Chestnut Street
Pottsville, PA 17901

Larry T Sanders
2212 Isaac Lane
Franklin, TN 37064

Larry Thomas
7496 Frontier Ranch
Las Vegas, NV 89113

Larry Van Brocklin
760 Shute Lane
Hendersonville, TN 37075


Larry W Hickey II
4018 Margo Circle
Lavergne, TN 37086


Larry W Poole
11800 Melrose Avenue
Green Castle, PA 17225


Larry W Reigle II
325 E Russell Avenue
W Lafayette, OH 43845


Larry Winger
5 Senate Drive
Oil City, PA 16301


LaRue Price
22315 Arrellaga
Sun City West, AZ 85375

LaShawn Bryson
8001 Marsha Wood Drive
Memphis, TN 38125


Lashawn D Evans
22561 Chardon Rd
Euclid, OH 44117


Lashawn Joshua
4613 Tampa St
Philadelphia, PA 19120


Lashawn Lester
7331 Will Cove
Memphis, TN 38125


Lashawn Nelson
1334 Marshall Ave
Pittsburgh, PA 15212


Lashawn P Reed
3815 A Grant St
South Park, PA 15129

Lasheida Beck
2558 N Charles St
Pittsburgh, PA 15214

Latasha  Fleming Wise
226 N Broad   Apt B
Clayton, NJ 08312

Latasha Kennard
253 Warden Avenue
Dorset, OH 44032

LaTasha L Payne
300 East Elwood Street
Philadelphia, PA 19144

Latasha R Blackmon
439 Haven Ave
Ocean City, NJ 08226

Latasha R Lawson
7138 Idlewood Street
Pittsburgh, PA 15208

Latasha Swogger
906 15th St NE
Cantaon, OH 44714


Latashia Hannah
6308 Roberts Avenue
Marys Landing, NJ 08330


Latesha Rainey
112 Holly Ridge Lane
Columbia, SC 29229


Lathan  Gross
1730 Mill Creek Road
York, PA 17404


Lathran Johnson Woodard
519 Torwood Drive
Columbia, SC 29203


Latia N Lee
1233 Church Ave
McKees Rocks, PA 15136

Latisha Belcher
ETSU Buccaneer Ridge A203
Johnson City, TN 37614


Latisha Felton
100 Jamal Place Apt 101
Pittsburgh, PA 15213


Latisha N McDonald
124 Kenova Street
Pittsburgh, PA 15211


Latonia D Smith
1129 E Johnson St
Philadelphia, PA 19138


Latonya  Munden
170 E Guadalupe  #38
Gilbert, AZ 85234


Latonya Pope
151 Ashewood Lake
Columbia, SC 29209

Latoya Andrade
8516 Roxbury Ct
Olmstead Falls, OH 44138

Latoya Branch
5223 W St Charles Avenue
Laveen, AZ 85339

Latoya Jarman
5132 N Tenth Street
Philadelphia, PA 19141

Latoya Johnson
1500 East Karen Street # 137
Las Vegas, NV 39169

Latoya L Gray
6 Killian Green Court
Columbia, SC 29229

Latranette Brown
913 Agave Avenue
North Las Vegas, NV 89032

Latrelle Clark
324 South 4th Street
Millville, NJ 08332


LaTrese T Sanders
2922 Gilbert Avenue
Canton, OH 44705


Latrice Sulton
32 Ramah Road
Bridgeton, NJ 08302


Latrisha Seward
4503 Pebble Dr
Wilmington, DE 19802


Latroy Kinder
108 Thomas Drive
Sumter, SC 29150


Laura  Barnaclo
5800 Windsong Court
cincinnati, OH 45243

Laura  Cox
4532 Anderson Road
S. Euclid, OH 44121


Laura  Sidney
5615 S 21st Pl
Phoenix, AZ 85040


Laura A Craft
2030 Srpingmill Rd
Mansfield, OH 44903


Laura A Degross
7827 Dogwood Lane
Parma, OH 44130


Laura A Hobbs
169 Mulloy Lane
Butler, KY 41006


Laura A Shola
614 Franklin Ave
Canonsburg, PA 15317

Laura A. Obejo
1400 S 28th Avenue
Yuma, AZ 85364

Laura Barreda
39B Oxford Village
Egg Harbor Twnshp, NJ 08234

Laura Brager
9229 Tulip Trestle
Las Vegas, NV 89148

Laura Bramnick
3825 East Patrick Lane
Phoenix, AZ 85050

Laura Brannick
3825 E Patrick Lane
Phoenix, AZ 85050

Laura Cone
312 W Quail Drive
Marmora, NJ 08223

Laura Cox
300 Herpeta Ridge
Nashville, TN 37221

Laura D Hamilton
2251 Eisenhower Avenue #501
Alexandria, VA 22314

Laura D LoJacono
110 Lucas Lane
Brentwood, TN 37027

Laura Delerme
737 N 25th Street
Reading, PA 19606

Laura Dickerson
18458 Township Road 73
Coshocton, OH 43812

Laura Dudley
507 Sandpiper Circle
Nashville, TN 37221

Laura E Shephard
1417 21st Street NW
Canton, OH 44709

Laura Faye Paulson
4318 El Cebra Way
Las Vegas, NV 89121

Laura Fischer
378 Pascoe Boulevard Apt B
Bowling Green, KY 42104

Laura Gaines
1457 Riva Ridge
Bowling Green, KY 42104

Laura Gallagher
308 West Garfield Ave No 101
Wildwood, NJ 08260

Laura Gorin
28425 Brick Row Drive
Oxford, MD 21654

Laura Greene
6283 Winterberry Crossing
Oakwood Village, OH 44146

Laura Gwen Robinson
3189 Southfield Drive
Beavercreek, OH 45434

Laura H Polhill
3411 Lyles St
Columbia, SC 29201

Laura H Sturgeon
169 Eagle Pointe Drive
Chapin, SC 29036

Laura Hathaway
46 Railroad Avenue
Tauton, MA 02780

Laura Hertenstein
16799 St Marys River Rd
St Marys, OH 45885

Laura Jerry
1840 Shy Albatross Avenue
North Las Vegas, NV 89084

Laura K Lawson
2073 Reynolds Avenue
Albany, Oh 45710

Laura Kathryn Savaggio
15251 S 50th St  No 1015
Phoenix, AZ 85044

Laura L Peters
608 Morrow Lane
New Kensington, PA 15068

Laura M Patterson
172 Antebellum Way
Summerville, SC 29483

Laura Marie Lynch
4812 Highway 17 N
Awendaw, SC 29429

Laura Martinique
46 Deerfield Ct.
N. Kingstown, RI 02852

Laura Payne
2121 N Center Street
Mesa, AZ 85201

Laura S Stewart
1018 Meandering Way
Franklin, TN 37067

Laura Santoro
PO Box 81105
Las Vegas, NV 89180

Laura Scott
1200 Blue Springs Road
Franklin, TN 37069

Laura Shiver
119 David Dr
Franklin, TN 37069

Laura Smith
56 W. Prospect Avenue Apt 1
Washington, PA 15301


Laura Vitelli
19611 Pawnee Avenue
Cleveland, OH 44119


Laura Wald
2100 Tanglewilde # 715
Houston, TX 77063


Lauraetta L Mull
16311 Shilling Road
Berlin Center, OH 44401


Laurel A Parrish
27 Sunset Drive
Shelby, OH 44875


Laurel Leuschel
368 N Michael Street
St Marys, PA 15857

Laurel Petty
612 Gist Creek Road
Sevierville, TN 37876


Laurel Stankey
411 Lockwood Rd
Export, PA 15632


Laurel Wilson
6501 Buttercup Drive
Nashville, TN 37221


Lauren  Berdich
277 Cornerketch Rd
Downingtown, PA 19335


Lauren  Dycus
3706 Highway 78
Dyersburg, TN 38024


Lauren  LeBlanc
848 Lakemont
Louisville, TN 37777

Lauren Clifford
P.O. Box 115
Hasrrisonville, NJ 08039


Lauren Cox
191 Handsmill Rpad
Delmont, NJ 08314


Lauren Doell
55 Fair Drive No 294
Costa Mesa, CA 92626


Lauren E Barker
448 Woodridge Drive
Mansfield, OH 44903


Lauren E Stanaitis
17097 Heiser Road
Berlin Center, OH 44401


Lauren Henderson
1601 Las Almos
N Las Vegas, NV 89031

Lauren J Friedman
916 Mary Street   PO Box 203
Langloth, PA 15054

Lauren Justice
3220 Carmel Bay Drive
Mt. Pleasant, SC 29466

Lauren Kane
516 N Taylor Avenue
Pittsburgh, PA 15212

Lauren M Azbell
641 Georgian Drive
Columbus, OH 43228

Lauren Scott
5309 Virginia Avenue
Chattanooga, TN 37409

Lauren Shore
5445 West Reno Avenue #2203
Las Vegas, NV 89118

Lauren Warner
615 South Delaware Drive
Easton, PA 18042

Laurence J Mathis Jr
4229 Sheffield Street
Philadelphia, PA 19136

Laurence ORourke
1025 Jeffrie Road
Orwigsburg, PA 17901

Laurence R Zimmerman
29480 Sisson Run Road
Albany, OH 45710

Lauretta R Stadler
9930 Armitage Road
Athens, OH 45701

Lauretta Stadler
9930 Armitage Road
Ahtens, OH 45701

Lauri Anderson
508 W Brazos
Groesbeck, TX 76642


Lauri Gilmore
1503 Clay Avenue
Quakertown, PA 18951


Laurie  Fenstermacher
1603 Long Run Road
Schuyikill Haven, PA 17972


Laurie A Farrell
8098 Buffalo Road
Erie, PA 16421


Laurie A Franks
40 Little Mingo Road
Finleyville, PA 15332


Laurie A Lawrence
519 W 6th St
Erie, pA 16507

Laurie Ann Glancey
637 Campus Drive
Perkasie, PA 18944

Laurie Catton
1658 Brewington Drive
Billings, MT 59105

Laurie Cheney
502 Brightwater St
Henderson, NV 89014

Laurie Dougherty
3240 Fishinger Road
Columbus, OH 43221

Laurie Duty
1705 Calderwood Court
Franklin, TN 37067

Laurie G Grooms
133 Quiet Cove
Chapin, SC 29036

Laurie K Palecek
5200 E Main Street  LotK1
Mesa, AZ 85205

Laurie K VanGilder
258 County Route 1975
Jeromesville, OH 44840

Laurie L Powers
1833 March Road Ext
Jefferson, OH 44047

Laurie Osenider
206 W 1st St
Oil City, PA 16301

Laurie P Lynch
8025 Bay Springs Rd
Columbia, SC 29223

Laurie Pettit
135 Clover Hollow Road
Easton, PA 18045

Laurie S Jakoplic
3811 California Avenue
Kettering, OH 45429

Laurie Smith
4397 Westbrook Road
Bartlett, TN 38135

Laurie Sonesen
9552 Tropicana Avenue 2090
Las Vegas, NV 89147

Laurie Wasilition
42898 Overly Square
South Riding, VA 20152

Laurie Wilson
109 Bennock Mill Court
Lexington, SC 29072

Laurie Yarussi
240 Delaware Drive
Glenshaw, PA 15116

Laurina Jarvis
7364 East Lobo Avenue
Mesa, AZ 85209


Lavakia L Lennen
1840 Carriage Lane  Apt 18B
Charleston, SC 29412


Laveda D Files
1322 Lakeview Dr
Ellston, IA 50074


Lavern Coe
801 Woodside Avenue
Columbia, SC 29203


LaVerne Bleeker
4848 N 36th Street  #101
Phoenix, AZ 85018


Laverne Vanscyoc
1900 Shamokin Street
Pittsburgh, PA 15203

Lavieta Kasimati
7602 N 72nd Drive
Glendale, AZ 85303

Laville Tarres Martinez
7800 Teague Road
Columbia, SC 29209

Lavinia R Plumblee
48 Laurel Ridge
Greenville, SC 29609

Lavone  Pittler
168 Glenn Hill Drive
Hendersonville, Tn 37075

Lavonna McWilliams
2261 Delbert Road
Columbus, OH 43221

Lavonne Charrington
645 Mt Vernon Road  #A
Newark, OH 43055

Lavonne R Harrison
333 E Main Street
Ashland, OH 44805

Lawana J Hill
136 W Prospect Street
Mansfield, OH 44907

Lawrance Hilton Rush
7502 Hunt Club Road  Apt 11C
Columbia, SC 29223

Lawrence  Connell
9710 Pleasant Gate Ln
Potomac, MD 20854

Lawrence  Lynch
329 Williams St
Fairborn, OH 45324

Lawrence A Komarek
1030 Beech Ave
Hershey, PA 17033

Lawrence Allard
PO Box 762
Blythewood, SC 29016

Lawrence Anthony Lucas Jr
318 Belfair Road
Irmo, SC 29063

Lawrence Baran
309 Bute Rd
Uniontown, PA 15401

Lawrence Bechtel
185 Friar Lane
Bloomsburg, PA 17815

Lawrence C Siereveld Jr
1823 Wagon Wheel Drive
Hamilton, OH 45013

Lawrence Deroo
731 Sheperd Road
Xenia, OH 45385

Lawrence E Bittner Jr
3944 Utah Court
Export`, PA 15632


Lawrence E Everett
12130 Scatter Ridge Rd
Athens, OH 45701


Lawrence G Edwards
106 Rambler Ave
Wildwood Crest, NJ 08260


Lawrence G Shaffer
3001 Street Road
Bensalem, PA 19020


Lawrence H  Fraser
603 S 9th Avenue
Scranton, PA 18504


Lawrence Honore
8 Viewpoint Lane
Levittown, PA 19054

Lawrence J Howells Jr
113 Palomino Lane
Apollo, PA 15613

Lawrence J Lavigne
1236 Concord Hunt
Brentwood, TN 37027

Lawrence J Marley Jr
200 Glenmore Drive
Coraopolis, PA 15108

Lawrence J Philllips
8208 Milmont Street NE
Massillon, OH 44646

Lawrence K Farnsworth
71 Florence Avenue
Aston, PA 19014

Lawrence L McCoy
404 Bunker Hill Rd
Harleysville, PA 19438

Lawrence Lantier
10 Whisper Wind PLace
The Woodlands, TX 77382


Lawrence Lieb
308 Kirby Road
Farmington, PA 15437


Lawrence Martinez
2232 E Catalina Avenue
Mesa, AZ 85204


Lawrence Miller
5454 Meadow Lake #3
Memphis, TN 38115


Lawrence Obiadi
4620 N 68th Street
Scottsdale, AZ 85251


Lawrence P McGuire III
1301 Wertz Avenue SW
Canton, OH 44710

Lawrence Palermo
1212 Norma Joyce Lane
Las Vegas, NV 89128

Lawrence Roche
105 Lampeter Ct
Exton, PA 19341

Lawrence Thees
407 Green Avenue
Brielle, NJ 08730

Lawrence W Vogel
123 Duquesne Boulevard
New Kensington, PA 15068

Lawrence Walling
4337 Morningside Boulevard
Riverside, OH 45432

Lawrence Westgerdes
1906 Mockingbird Lane
Celina, OH 45822

Laylay Crockett
2101 Hussium Hills  No 108
Las Vegas, NV 89108


Layman Dixon
71 Justin Place
Hamilton, OH 45013


Laymond L Pierce
15920 Millfield Road
Millfield, OH 45761


Lazarus Afrapides Jr
535 92nd Street
Brooklyn, NY 11209


LC  Kelly Jr.
142 West Fox Ridge Drive
Lyman, SC 29365


Le Anne M Raisor
110A Currie Road
Slippery Rock, PA 16057

Lea A Wandling
28587 St Rt 143
Albany, OH 45710


Lea Marie Angle Warhola
4127 Willow Ave
Pittsburgh, PA 15234


Lea N Grace
2131 Lewis Run Road
Jefferson Hills, PA 15025


Leah Gray
195 Hickory Avenue
Weedville, PA 15868


Leah Hall
675 Harding Place Apt D3
Nshville, TN 37211


Leah Manuel
546 Sycamore Drive
Euclid, OH 44132

Leah R Gray
4 Circle Drive
Brockway, PA 15824


Leah R Simpson
513 Linden Street
Vandergraft, PA 15690


Leann  Bohn
12 Deer Street
Heislerville, NJ 08324


Leann Ashley Pinto
234 Walnut St
Bristol, PA 19007


Leann M DeLong
950 W Main Street
Cadiz, OH 43907


Leann Whitehill
100 N River Ave
New Cumberland, WV 26047

Leanna Edelman
47 Nestingrock Lane
Levittown, PA 19054


Leanna Grillo
911 4th St
Charleroi, PA 15022


Leanna M Stitt
345 S Aiken Ave  Apt 1
Pittsburgh, PA 15232


Leanna Ziolkowski
111 Lowell Avenue
Mercerville, NJ 08619


Leanne Loving
1147 Valley Road
Tamaqua, PA 18252


Leanne M Washeim
128 Constitution Ave
Nazareth, PA 18064

LeAnne R Hengstler
110 Topview Road
Seneca, PA 16346


Leanor Fraijo
2410 Forgeous Stra
Tucson, AZ 85713


Lease Acceptance
5300 W Atlantic Avenue  Suite 201
Delray Beach, FL 33484


Leatrice Franella Jamison
365 Amber Rd
North, SC 29112


Lebronze Walker
2600 Arville Street #C23
Las Vegas, NV 89102


Lee  Doss Jr
614 Albany Street
Toledo, OH 43611

Lee  Elliott
899 Brookfield Drive
Aurora, OH 44202


Lee  Knox
8633 s Kenwood Lane
Tempe, AZ 85284


Lee  Spencer
1832 Peterson Avenue
South Pasadena, CA 91030


Lee A Howard
433 E Marny Road
Tempe, AZ 85281


Lee Ann Ferraro Trevino
6301 NW Casper Apt A
Parkville, MO 64152


Lee Ann Miller
314 Main St Apt B
Tarentum, PA 15084

Lee Ann V Degnan
423 Fullers Circle
Pickerington, OH 43147


Lee Anne Benton
2906 Mountain Trails
Kingman, AZ 86401


Lee B DeMarco
1126 Vine Street
Connellsville, PA 15425


Lee D Gordon
12308 29th Avenue West
Everett, WA 98204


Lee Dilworth
4705 Stuart Glen Dr
Nashville, Tn 37215


Lee Drutchal
353 S Sherman Street
Wikles Barre, PA 18702

Lee Ester Frazier
1731 James Prioleau Road
Charleston, SC 29412


Lee Getson
7 Hamilton Drive
Vincetown, NJ 08088


Lee Lubonne
5902 N 132rd Drive
Litchfield Park, AZ 85340


Lee Mallette
2054 Cloverridge Ave SE
East Canton, OH 44730


Lee Marshall
135 Harris Ave
Boalsburg, PA 16827


Lee McDaniel
806 Bonnycastle Avenue
Englewood, OH 45322

Lee McDonald
1916 Fairlawn Street
Pittsburgh, PA 15221


Lee Partin
101 Partridge
Kingstport, TN 37663


Lee Patrick Ketterer
107 Short Street
Pittsburgh, PA 15237


Lee S Moore
1900 R D Anderson Road
Cookeville, TN 38506


Lee Sotiropoulos
193 Lower Main Street
Freeport, ME 04032


Lee Spitzley
209 S Hubbardston Road
Pewamo, MI 48873

Lee T Crusa
2945 Strachan Avenue
Pittsburgh, PA 15216


Lee V Vault
2122 Morninglo Lane
Columbia, SC 29223


Lee Vance
2206 Ipswitch Dr
Thompson Station, TN 37179


Lee Zitzer
367 West 2nd Street
Alburtis, PA 18011


LeeAnn McDowell
2320 Southampton Drive
Pittsburgh, PA 15241


Leenard Wilkes
3898 East 151st Street
Cleveland, OH 44128

Leesa Caril Dillon
8250 N Grand Canyon Drive
Las Vegas, NV 89166

Lehigh Coal and Navigation
101 N Center Street
Pottsville, PA 17901

Leigh Ann Daugherty
1050 Claylick Road
White Bluff, TN 37187

Leigh Anne Lamon
18245 E El Buho Pequeno
Gold Canyon, AZ 85218

Leigh Weaver
4098 Route 322
Knox, PA 16232

Leigh Williams
1015 Mansker Farms Blvd
Hendersonville, TN 37075

Leija Aguilar
633 Mount Hood Dr
Antioch, TN 37013


Leila Mayrant
2353 Ginko Drive
Sumter, SC 29150


Leinder Calloway
185 Liberty Street
Uniontown, PA 15401


Leisa Carlson
20 Hilltop Court
Lenhartsville, PA 19534


Leisa Sweitzer
30 Harville Rd
Crossville, TN 38555


Lekeshia Richardson
44932 W Gavilan Dr
Marilopa, AZ 85239

Lela Ciotti
21289 Hall Rd
Woodhaven, MI 48183


Leland Cowan
816 Onslow Way
Nashville, TN 37221


Leland Joseph Morris
406 Christinas Court
Cranberry, PA 16066


Leland Snyder
60925 Moore Turner Road
Bethesda, OH 43719


Lelon L Clark
5565 Country Road 20
Mount Gilead, OH 43338


Lemuel R Douglas
4928 Stoneybrook Blvd
Columbus, OH 43026

Lena Dianna Styles
2650 East McKellips Road Lot 136
Mesa, AZ 85213


Lena R Grinion
323 Sassafras Street
Millville, NJ 08332


Lenna Burkinshaw
992 N. Wren Drive
Gilbert, AZ 85234


Lennis J Loriol
120 Oakview Drive
Adamsville, TN 38310


Lennon K Badgette
5021 Monte Del Sol Lane
N Las Vegas, NV 89031


Lenny Feygin
6668 Smithtown Road
Excelsior, MN 55331

Lenora Johnson
519 Avonworth Heights Drive
Pittsburgh, PA 15237

Lenora V Gossett
1027 Warden Rd
Mansfield, OH 44905

Leo Arcilla
2101 Chest Nut Street Unit 503
Philadelphia, PA 19103

Leo Commandeur
41213 N Whistling Straight Court
Anthem, AZ 85086

Leo Faulkner
3334 Valleywood Drive
Murfreesboro, TN 37129

Leo Gay
3450 Cox Street
N Las Vegas, NV 89032

Leo Lichetenberg
10502 Williamson Pkwy
Carmel, IN 46033


Leo Lisowski
357 Meade Drive
Moon Township, PA 15108


Leo Masciulli
204 Lake Hills Lane
Travelers Rest, SC 29690


Leo N Balase
88 Van Reypen Street
Jersey City, NJ 07306


Leo N Garcia
521 E Susquehanna Street
Allentown, PA 18103


Leo Petkavich
11949 Lake Pleasant Rd
Union City, PA 16438

Leo Tate Sr.
PO Box 157 Valley Road
Glen Rock, PA 17327

Leon Arcuri
113 McLaughlin Drive
New Kensington, PA 15068

Leon E Meyers
1325 Mar Del Drive Apt 1
Greenville, OH 45331

Leon E Phillips
13920 Phillips Road
Wattsburg, PA 16442

Leon Howard
1700 Montier Street
Pittsburgh, PA 15221

Leon Morehead
2615 Hiko Ave
Reno, NV 89512

Leon Mroz
2898 Sequoia Drive
Macungie, PA 18062


Leon R Harrison III
1272 Camp Ravine Road
Burns, TN 37029


Leon Rosenberg
10873 Moss Grove Road
Titusville, PA 16354


Leon Truskey
86 Sunrise Circle
Denver, PA 17517


Leona M Sheipe
16 West Centre Street  Apt 208
Ashland, PA 17921


Leonard  Moyer
101 Kettle Road
Tamaqua, PA 18252

Leonard  Robinson Jr
304 Cricketwood Court
Canonsburg, PA 15317


Leonard Barbeau
1004 Lockmiller Road
Estill Springs, TN 37330


Leonard Breeze Sr.
2465 Perry Ridge Road
Nelsonville, OH 45764


Leonard Britt
12511 Clifton Boulevard 12AE
Lakewood, OH 44107


Leonard Bromberg
1960 1962 County Line
Huntingdon Valley, PA 19006


Leonard Calianno
467 Big Knob Road
Rochester, PA 15074

Leonard Carroll
PO Box 712
Woodbine, NJ 08270

Leonard E Wolfe
193 Allison Road  PO Box 284
Dixonville, PA 15734

Leonard Huggins Jr
2212 Binnicker Bridge Road
Cope, SC 29038

Leonard M Miscragna Jr
952 Sixth Avenue
Bridgewater, NJ 08807

Leonard Marinacci
515 Ogden Ave
Pittsburgh, PA 15221

Leonard Moranko
1131 Water St
Moosic, pa 18507

Leonard Raifsnider Sr.
543 South 14th Street
Reading, PA 19602

Leonard Reginald Lucas
642 Lockner
Columbia, SC 29212

Leonard Scannapieco
1728 Wrightstown Road
Newtown, PA 18940

Leonard W Gossett
13696 Hatchie Lane
Athens, AL 35613

Leonard W Watkins
39845 State Route 684
Pomeroy, OH 45769

Leonard Zamora
3200 Moonflower Drive
Las Vegas, NV 89146

Leonid Bord
2635 Virginia Lane
Jamison, PA 18929


Leopoldo  Carrillo Jr
P.O. Box 212
Harrison, OH 43030


Leroy  Bentley
1307 S Ohio Avenue
Jackson, OH 45640


Leroy A Pearson Jr
963 Equestrian Drive
Mount Pleasant, SC 29464


Leroy D Lewis II
24950 Rockside Road  #602
Bedford, OH 44146


Leroy E Clay Jr
1007 Horseshoe Drive
Nashville, TN 37216

Leroy E Hasse
149 Hughes Avenue
Sellersville, PA 18960

Leroy Jordan
4438 West Phalen
Phoenix, AZ 85087

Leroy L  Smith
607 9th St
Elizabeth, PA 15037

Leroy L Shaw Jr
6990 Hillshire Drive
Memphis, TN 38133

Leroy L Smith
607 Ninth Street
Elizabeth, PA 15037

Leroy Rodriguez
4302 E 20th
Tucson, AZ 85711

Leroy Sampson
227 Crestview Road
Pittsburgh, PA 15235

Leroy Smith
245 Cana Dr
Nashville, TN 37205

Les Dawson
1980 Marsh Lane
Paimesville, OH 44077

Les Licklider
947 E Saratoga Street
Gilbert, AZ 85296

Lesleigh Flynn
925 Tittsworth Springs Road
Seymour, TN 37865

Lesley A Kanney
723 Third Street SE
Massillon, OH 44646

Lesley Higgins
10622  Drexton Place
Newburgh, IN 47630


Lesley M Sylvander
312 Monongehela Ave  Apt C
Glassport, PA 15045


Leslie  Nolen Garner
836 N Belmont
Wichita, KS 67208


Leslie  Zsambory
1505 Washington Road
Washington, PA 15301


Leslie A Allshouse
59 Marion Villa
Belle Vernon, PA 15012


Leslie A Bauer
316 Walker Road
St Marys, PA 15857

Leslie A Dunn
461 Sharon Dale Drive
Murfreesboro, TN 37129

Leslie B Shumak Jr
8555 Collinswood
Olive Branch, MS 38654

Leslie Breen
371 Afton Avenue
Youngstown, OH 44512

Leslie Bringle
126 Dudley Place
Byhalia, MS 38611

Leslie Bruce
8102 Dewberry Circle #1807
Pasadena, MD 21122

Leslie Burchette
804 Creek Street Apt E
Tarentum, PA 15084

Leslie C Fuentes
212 N Ash
Wichita, KS 67214


Leslie Cloyd
3119 New Journey Way
North Las Vegas, NV 89032


Leslie D Coble
306 Deer Park Circle
Nashville, TN 37205


Leslie Dagastino
598 Ricker AVe
Santa Rosa, FL 32459


Leslie Fitzpatrick
417 E Buckeye St
Belle Center, OH 43310


Leslie G Ritenour
3304 Springfield Pike
Normalville, PA 15469

Leslie George
205 Stockport Road
Columbus, OH 29229


Leslie Glazer
225 Wyoming Avenue
Enola, PA 17025


Leslie Gober
1204 Park Street
Orangeburg, SC 29115


Leslie Helton
402 Murrell Street
Dickson, TN 37055


Leslie Herring
3840 Almonview St
Las Vegas, NV 89147


Leslie Hershberger
2375 Wilmington Avenue SE
Massillon, OH 44646

Leslie Hunze
1005 Arcadia Court
Antioch, TN 37013

Leslie J Mumenthaler
45 East Weber Ave
Villas, NJ 08251

Leslie L Costelnock
410 S Hickory Street
Scottdale, PA 15683

Leslie Lawson
6402 Larcomb Drive
Huber Heights, OH 45424

Leslie Lee Edwards
300 Kietzke Lane  Apt 2
Reno, NV 89502

Leslie R Flemming
130 W Ruscomb Street
Philadelphia, PA 19120

Leslie R Nichols
8970 State Route 49
Celina, OH 45822


Leslie Radanovich
3012 McKinley Avenue
Aliquippa, PA 15001


Leslie Ross
11411 N Bancroft Drive
Phoenix, AZ 85028


Leslie Spranger
848 Burroughs Rd
Alcoa, TN 37701


Leslie V Thurman
1049 Christina Drive
Leesport, PA 19533


Leslie Whitehead
621 E. Frankford Street
Bethlehem, PA 18018

Leslie Winn Smith
1225 Michelle Lane
Johns Island, SC 29455


Lessume Smith
43 Honeysuckle Lane
Levittown, PA 19055


Lester  Brown
5897 Rolling Ridge Dr
Kannapolis, NC 28081


Lester E Kellough
2623 Briar Trail Court
Matthews, NC 28104


Lester H Gauding
5155 McCormick Road
Ravenna, OH 44266


Lester Isner Jr
10 North Crescent Street
Tremont, PA 17981

Lester R Kennedy
5694 Enright Avenue
Riverside, OH 45431

Lethia Carter
1040 Fitzpatrick Rd.
Nashville, TN 37214

Leticia Herrera
4095 Main Avenue
Sranton, PA 18504

Leticia N Acosta
1141 Laguna Park Ct
Las Vegas, NV 89110

Letisha N Scotland
906 First Street W
Hampton, SC 29924

Letivia  Clemente
8312 Hydra Lane
Las Vegas, NV 89128

Letrivia Fason
1730 Sutton
Memphis, TN 38127


Lettie P Marks
16 Francis Place NW
Massillon, OH 44647


Letuan Lloyd Wang
13 Guardhouse Dr
Redding, CT 06896


Levan Collins Rogers
1003 Jamsie Cove Drive
Charleston, SC 29412


Levi A Lamfers
810 Emory Drive
Chattanooga, TN 37415


Levi Bing
117 N. University Drive
Ladson, SC 29456

Levi Dingle
155 Bitting Road
Alburtis, PA 18011

Levi Garrett Fallaw
128 Stoney Pointe Drive
Chapin, SC 29036

Levi Hardy
14955 Academy Lane
Salem, OH 44460

Levi Perez Lujan
2154 Casa Ladera Street
Las Vegas, NV 89156

Levon Aslanyan
3431 N 62nd Place
Scottsdale, AZ 85251

Lewie A Zavitsky
46 West Riddle Street
Coaldale, PA 18218

Lewis Johnson
2100 Country Club Dr
Lancaster, SC 29720


Lewis L Colin
269 Oakridge Drive
Lower Burrell, PA 15068


Lewis R Wian
706 Willowbank Street
Bellefonte, PA 16823


Leyat Mafouda
5009 Blue Bell Avenue
Valley Village, CA 91607


Leysa Diaz
2732 Stargate Street
Las Vegas, NV 89108


Liana Mayer
935 Louisa Street
Union, NJ 07083

Lianthong S Sisouphanh
1025 Salisbury Rd
Columbus, OH 43204

Lida  Hunt
2500 Bayview Drive
Nashville, TN 37217

Lien Thi Nguyen
314 Fairfax Ave
Nashville, TN 37212

Liesel M Gyurko
PO Box 33  8 Mason St
Trimble, OH 45782

Lihua Sheng
6816 Alto Vista Drive
Nashville, Tn 37205

Lila M Shoup
225 B Street
Girardville, PA 17935

Lilia Castaneda
4159 Salem Street
Philadelphia, Pa 19124

Lilia Lucia Godina
1808 Gold Point Cir S
Hixson, TN 37343

Liliana  Ame
318 David Avenue
Staten Island, NY 10310

Lillian A Lide
7605 Ducharme Ave
Las Vegas, NV 89145

Lillian A Thompson
329 St Rt 60
Greenwich, OH 44837

Lillian B Faircloth
706 Beachman Dykes Road
Swansea, SC 29160

Lillian D Bland
4934 Rorer Street
Philadelphia, PA 19120


Lillian Davis
2240 Cecil Ave
Baltimore, MD 21218


Lillian E Jaworski
761 Erie Street
Massillon, OH 44646


Lillian Farrel
403 MacFarland Drive
Pittsburgh, PA 15235


Lillian J Latshaw
240 South Lehigh Avenue
Frackville, PA 17931


Lillian M Sorenson
6891 Long Island Rd
Catawba, NC 28609

Lillian Perez
8301 West Charleston Boulevard
Las Vegas, NV 89117


Lillian Sue Roberts
214 Peachtree Street
Nashville, TN 37210


Lillie A Nelson
3440 Clearfield
Pittsburgh, PA 15204


Lillie B Bolden
710 Cypress Lane
Anderson, SC 29621


Lillie Felder Campbell
3336 Cash Rd
Johnsonville, SC 29555


Linda  Agular
331 Piedmont Rd
Phoenix, AZ 85041

Linda  George
480 Pizza Barn Rd
Blairsville, PA 15717


Linda  Hagge
812 East Street
Waterford, PA 16441


Linda  Micklo
625 Herminie Road
Herminie, PA 15637


Linda  Schneggenburger
87 Stony Rd
Lancaster, NY 14086


Linda Allen
46 Halsey Boulevard
Charleston, SC 29401


Linda Babbitt
1175 Delsea Dr
Woodbine, NJ 08270

Linda Baccari
12 Prudence Court
Warwick, RI 02888

Linda Ballinger
4478 Paradise Road
Sugar Grove, OH 43155

Linda Black
631 Claude Howard Rd
Deerlodge, TN 37726

Linda Blem
10175 Spring Mountain Road # 1033
Las Vegas, NV 89117

Linda C Shannon
100 Evergreen Heights Drive
Pittsburgh, PA 15229

Linda Cleveland
2960 Lenox New Lyme Road / PO Box 64
Jefferson, OH 44047

Linda Colavita
2637 South 11th street
Philadelphia, PA 19148

Linda Coley
920 MacBeth Dr. Apt 7
Monroeville, PA 15146

Linda Cooksey
11900 Oprah Lane
Athens, OH 45701

Linda Crookston
528 10th Street
Irwin, PA 15642

Linda D Newhouse
148 Yellow Pine Lane
New Stanton, PA 15627

Linda D Smith
517 Schuylkill Ave
Reading, PA 19601

Linda Darwish
21258 Hetke drive
Farmington Hills, MI 48335

Linda Davis-Taylor
6 Danielle Court
Jackson, MS 39206

Linda Dejoy Ketterer
2 Gamble Avenue
Pittsburgh, PA 15212

Linda Dion
2762 Broyles Lane
Franklin, TN 37069

Linda Donnelly
3563 Miller Street
Phiadelphia, PA 19134

Linda Dowler
5796 Vore Ridge Road
Athens, OH 45701

Linda F Boyer
1140 East Drive
Greenville, OH 45331

Linda F Henry
863 Lavergne Lane
Lavergne, TN 37086

Linda Faye Jacobs
2604 Shadow Lane
Nashville, TN 37216

Linda Felty
34 Terrace Hill Road
Pine Grove, PA 17963

Linda Flail
336 North 12th Street
Pottsville, PA 17901

Linda G  Compton
904 Harpeth Tracr Drive
Nashville, TN 37221

Linda G Burnett
220 Dove Drive
Sevierville, TN 37876


Linda G Chance
108 Story Book Drive
Clarksville, TN 37042


Linda G Compton
904 Harpeth Trace Drive
Nashville, TN 37221


Linda G Fair
4213 October Woods Drive
Cane Ridge, TN 37013


Linda G Nelson
7140 Shelby Road
Athens, OH 45701


Linda Gagner
514 Albion Street
Scranton, PA 18508

Linda Gail Huggins
153 Justin St
Warrenville, SC 29851

Linda Garrett
1711 Mohican Avenue SE
Massillon, OH 44646

Linda Greiss
31 Railroad Lane PO Box 156
Mertztown, PA 19539

Linda Griffith
361 Statae Highway 150
Adena, OH 43901

Linda Hall
4600 Oxbow Trail
Cottonwood, AZ 86326

Linda J Adkins
273 Flaugherty Run Road  Lot 1
Moon Township, PA 15108

Linda J Carns
2851 E Smiley Ave
Shelby, OH 44875

Linda J Poudrier
2000 S Apache Road #152
Buckeye, AZ 85326

Linda J Stevens
4464 N Twin Valley Road
Morgantown, PA 19543

Linda Jones
42689 West Central Avenue
Titusville, PA 16354

Linda K Furtney
1615 E Crawford Avenue
Connellsville, PA 15425

Linda K Goldman
555 Doral Country Drive
Nashville, Tn 37221

Linda K Hovenier
343 Main Street
Franklin, TN 37064

Linda K Jones
202A Woodmont Circle
Nashville, TN 37205

Linda K Rowell
3600 Park Street
Grove City, OH 43123

Linda Kay Newcomb
115 Belle Glen Drive
Nashville, TN 37221

Linda Kotheimer
45 Division St
Hudson, OH 44235

Linda L  Turner
1797 Township Rd 179
Bellefontaine, OH 43311

Linda L Darazio
330 Elizabeth Way
Bradenville, PA 15620


Linda L Edgar
318 1 2 N First Street
Lehighton, PA 18235


Linda L Ellinger
322 Riley Street
Celina, OH 45822


Linda L Froce
321 East Hillcrest Avenue
New Castle, PA 16105


Linda L Giles
1435 Oberlin Street
Pittsburgh, PA 15206


Linda L Mevis
64 Penny Packer Drive
Schwenksville, PA 19473

Linda L Niles
1116 West Dallas Road
Urbana, OH 43078

Linda L Risaliti
3010 Dyewood Road SW
Carrollton, OH 44615

Linda L Smith
127 Wabash Avenue
Orrville, OH 44667

Linda L Yu
1510 Middletown Rd
Glen Mills, PA 19342

Linda Lambert
986 Hanna Road
Mansfield, OH 44906

Linda Larson
603 Enon Springs Rd W
Smyrna, TN 37167

Linda Larson
603 Enon Springs Road W
Smyrna, TN 37167


Linda Linsenbach
1034 Dogwood Lane
Enola, PA 17025


Linda M  Zettlemoyer
2041 Black river Rd
Bethlehem, PA 18015


LInda M Holcomb
10579 Back St
Millfield, OH 45761


Linda M Kerr
PO Box 145  1902 Mill Street
Albany, OH 45710


Linda M. Gustin
319 West 8th Avenue
Tarentum, PA 15084

Linda Mack
1409 2nd Avenue
Bridgeton, NJ 08302

Linda Manson
3506 Davison Avenue
Erie, PA 16504

Linda McCall
337 West Salem Street
Columbiana, OH 44408

Linda Neal
445 East Valley
Abingdon, VA 24210

Linda Patterson
7429 Calder Dr
Capitol Heights, MD 20743

Linda R Barrett
10000 Antle Orchard Road
Glouster, OH 45732

Linda R Sill
505 Wando Street
Columbia, SC 29203

Linda Ryan
PO Box 808 30985 Roy Jones Road
Syracuse, OH 45779

Linda S Dunn
140 Main Street
Prospect, PA 16052

Linda S Ober
111 Maplecrest
N Canton, OH 44720

Linda S Patton
13592 Kimberly Road
Nelsonville, OH 45764

Linda S Ratliff
1112 Eighth Avenue
Freedom, PA 15042

Linda S. Doner
1005 Rosewood Drive
Celina, OH 45822

Linda Stell
1806 Versailles Road
Lexington, KY 40504

Linda Stidam
206 Co Op Dr
Cedarville, NJ 08311

Linda Stubbs
1445 Gibbard Ave
Columbus, OH 43219

Linda Stumbo
39401 Todd Rd
Nelsonville, OH 45764

Linda Tatman
2878 Pinecone Rd.
Lancaster, OH 43130

Linda Todd
345 Maynard Avenue
Crestline, OH 44827

Linda Vaughan
8132 E Appaloosa Trail
Scottsdale, AZ 85258

Linda Vavra
1509 Decker Avenue
Clairton, PA 15075

Linda Villano
2722 Old Oak Walk
Johns Island, SC 29455

Linda Whitewolf
28248 M Tatum Boulevard B 1 #178
Cave Creek, AZ 85331

Lindburgh Shipman
2008 Beckton Street
North Charleston, SC 29420

Lindie Pennington
9153 Saltsburg Road
Pittsburgh, PA 15239


Lindley Cannon Jr
5755 E River Rd   1408
Tucson, AZ 85750


Lindsay A Scottoline
527 Furlong Ave
Havertown, PA 19083


Lindsay Alexander
3619 W 18th Ae  No 1021
Emporia, KS 66804


Lindsay Alvarez
8507 Leigh Street  #A2
Prescott Valley, AZ 86314


Lindsay B Bechtler
408 Goshem Road
Cape May Court House, NJ 08210

Lindsay Black
7706 Chatfield Avenue
Whittier, CA 90606


Lindsay Cauffiel
6325 Phillips Ave Apt 1
Pittsburgh, PA 15217


Lindsay Chamberlain
RR 1  Box 177
Rome, PA 18837


Lindsay Feracco
204 Woodbine Avenue
Feasterville, PA 19062


Lindsay Jellison
151 White School Road
Greensburg, PA 15601


Lindsay King
346 Sterling Park Terrace
Franklin, TN 37069

Lindsay Lan
1202 Karina Circle
Maryville, TN 37804


Lindsay LaRue
6742 W. El Cortez Place
Peoria, AZ 85383


Lindsay M Fetzer
3593 McCloskey
Bethlehem, PA 18015


Lindsay Schoonmaker
635 East Stottler
Gilbert, AZ 85296


Lindsay Spitznogle
1205 Ridgeview Drive
Latrobe, PA 15650


Lindsay Sullivan
269 Fidler Road
Woodbine, NJ 08270

Lindsay Weigand
7612 Kirkwood Drive
West Chester, OH 45069


Lindsey A Houbre
594 Wood Arbor Parkway #108
Cordova, TN 38018


Lindsey Bennett
316 Madison Ave
Brownsville, PA 15417


Lindsey D  Garber Albrecht
168 Texter Mountain Road
Wernersville, PA 19565


Lindsey F Gardner
13423 Stanwood Street SW
Massillon, OH 44647


Lindsey M Denillo
3771 Second Avenue
Finleyville, PA 15332

Lindsey Meador
751 Huffine Manor Circle
Franklin, TN 37067


Lindsey R Pierce
113 Loucks Ave
Scottdale, PA 15683


Lindsey Robbins
101 Huntington Lane
Heiskell, TN 37754


Lindsey Waltonbaugh
119 Birmingham Avenue
Pittsburgh, PA 15210


Ling Cui
157 Pleasdant St
Cambridge, MA 02139


Linh Doung
8701 Diddulf
Brooklyn, OH 44144

Linnea P Raine
4847 Route 711
Boliver, PA 15923


Lino Juarez
1830 E Washington
Phoenix, AZ 85034


Linwood  Harmon Sr
648 East Tilghman St
Allentown, PA 18109


Linwood Kent
226 West Main Street 2nd
Millville, NJ 08332


Linwood Williams
411 Riley St
Columbia, SC 29201


Lionel Fedel
503 McCully Street
Pittsburgh, PA 15216

Lionel Hollins
7594 Tagg Drive
Gr\ermantown, TN 38138

Lisa  DiValerio
1374 Stonegate Dr
Downington, PA 19338

Lisa  Foster
1494 W Sattle Buute St
Apache Junction, AZ 85220

Lisa  McCabe
535 Lewis Lane
Summerville, SC 29483

Lisa  McCollister
657 Co Rd 316
Niota, TN 37826

Lisa  Prisock
807 18th Ave  No 210
Nashville, TN 37203

Lisa A Davis
145 Chamberlain Ave  PO Box 67
Pottsville, PA 17901

Lisa A Fowler
314 Leonard Avenue NW
Massillon, OH 44646

Lisa A Knotts
2230 Steubenville Road
Carrollton, OH 44615

Lisa A Lollar
8096 Rolling Hills Rd
Athens, OH 45701

Lisa A Mountz
222 Chestnut Street
Lebanon, PA 17042

Lisa A Orloski
540 Third Street
Isabella, PA 15447

Lisa A Pennington
RR2 Box 240
Tyrone, PA 16686


Lisa A Peters
2 Edgewood Drive
Mechanicsburg, PA 17055


Lisa A Rohrig
222 51st Street SW
Canton, OH 44706


Lisa A Tempio
670 Donohoe Road
Latrobe, PA 15650


Lisa Adair
6557 Covington Eudailey
College Grove, TN 37046


Lisa Ann Clark
214 Florence Dr
New Stanton, PA 15672

Lisa Ann Gallagher
5896 Morgan Run Rd
West Decatur, PA 16878

Lisa Ann Rhodes
123 E Forest Ave  #W
Jackson, TN 38301

Lisa Armijo
3537 E Virginia
Phoenix, AZ 85008

Lisa Barto
PO Box 8333
Pittsburgh, PA 15218

Lisa Bennett
90 E. King Street
Zanesville, OH 45701

Lisa Bianco
656 W Shawnee
Chandler, AZ 85225

Lisa Bluhm
2925 Woodway
Dayton, OH 45405

Lisa Bodnar
131 Adele Road
Pittsburgh, PA 15237

Lisa Bostjancic
291 Calvert St
Bridgeville, PA 15017

Lisa Bromage
157 Spring Street
Scranton, PA 18508

Lisa C Rouwenhorst
6837 Collinswood Drive
Nashville, TN 37221

Lisa Chambliss
248 Highland Avenue
Trenton, NJ 08618

Lisa Cohen
5614 Baker Road 47
Shelley, OH 44875

Lisa Cuzzo
145 Critchlow School Road
Renfrew, PA 16053

Lisa Decker
401 Cherry Street
Wrightsville, PA 17368

Lisa Desart
PO Box 33
Imlay, NV 89418

Lisa Dodson
812 Level Road
Lilly, PA 15938

Lisa Dougherty
1233 Pine Grove Drive
Easton, PA 18045

Lisa Dye
9413 Maple Avenue
East Sparta, OH 44626

Lisa Edward
7011 Pescado Cr
Rancho Murieta, CA 95683

Lisa F Wheeler
414 East Sycamore
Blytheville, AR 72315

Lisa Farrier
1110 W Mango Drive
Gilbert, AZ 85233

Lisa Fohey
2920 E Hampshire Apt H
Milwaukee, WI 53211

Lisa G Klavora
544 Second Street
Pitcairn, PA 15140

Lisa Graves
9278 Beaver Pike
Jackson, OH 45640

Lisa Greer
330 Summit Ave
Ellwood City, PA 16117

Lisa Haile
PO Box 7431
McMinnville, TN 37111

Lisa Harsch
3721 Rhea Avenue
Memphis, TN 38122

Lisa Hartshorn
34188 Hartshorn Rodge Road
Graysville, OH 45734

Lisa Herndon
777 North Centre Street
Pottsville, PA 17901

Lisa J Eldeu
126 E Logan Avenue
Altoona, PA 16002


Lisa J Ibbetson
1122 Elm Avenue
Lansdale, PA 19446


Lisa J Thomason
4925 Far Hills  Apt A
Dayton, OH 45429


Lisa Jenkins
209 Meeting Street
Charleston, SC 29401


Lisa Jennings
1311 Elm Street
Coshocton, OH 43812


Lisa Jones
2976 Ruthwood Avenue
Pittsburgh, PA 15227

Lisa Jones
118 N Fairfield Drive
Smyrna, DE 19977

Lisa Juskae
1119 Forest Avenue
Piqua, OH 45356

Lisa K Gain
4 Keno Lane
West Grove, PA 19390

Lisa L Beatty
129 Blatnik Road
Fayette City, PA 15438

Lisa L Falkenbach
178 Timberlake Drive
Hendersonville, TN 37075

Lisa L Goodman
299 Lakewood Drive  Apt C
Lexington, OH 44904

Lisa L Grosch
283 Buchanan St
Warren, PA 16365


Lisa Larkin
233 Octorara Rd
Parkesburg, PA 19365


Lisa Levine
9337 Adam Run
Twinsburg, OH 44087


Lisa M Ferguson
13076 Tarlton Road
Circleville, OH 43113


Lisa M George
315 Roslyn Avenue NW
Canton, OH 44708


Lisa M Giarratana
7277 Charlotte Park #105
Nashville, TN 37209

Lisa M Heberling
1106 West Finley Road
West Finley, PA 15377

Lisa M Nania
147 Lansdowne Drive
Verona, PA 15147

Lisa M Prunsinski
504 Desoto Ave
Villas, NJ 08251

Lisa M Schultz
220 Morgantown Rd
Reading, PA 19611

Lisa M Stubblefield
9230 Highway 51 S
Atoka, TN 38004

Lisa Malone
1405 Harrison Road
Jackson, OH 45640

Lisa Mauger
418 Colonial Ct.
Blandon, PA 19510

Lisa Maxey
1895 Beechwood Ave NE Apt D4
North Canton, OH 44720

Lisa McGowan
202 Pleasant Valley Rd
Wampum, PA 16157

Lisa Meyer
3931 S Hogan
Tucson, AZ 85735

Lisa Miles
4544 Lakeview Road
West Farmington, OH 44491

Lisa N  Garwood
1012 Manchester Dr
Tipp City, OH 45371

Lisa N Kusky
290 Shirls Ave
Wasihington, PA 15301


Lisa Oz
14 Edgewater Road
Cliffside Park, NJ 07010


Lisa R Frank
5 Via Naples Drive
Smock, PA 15480


Lisa R Phillips
3230 Fox Chase Dr
Memphis, TN 38115


Lisa Raymond
888 Bower Hill Rd
Pittsburgh, PA 15243


Lisa Richards
15600 Northwood
Maple Heights, OH 44137

Lisa Rossetti
224 Garden City Drive
Monroeville, PA 15146


Lisa Rumph
1612 Village Lake Drive
Charlotte, NC 28212


Lisa Rutherford
12008 Chapin Road
Berlin Heights, OH 44814


Lisa S Stillwagon
280 Jefferson Street
Rochester, PA 15074


Lisa Shanks
5404 Dogwood Road
Knoxville, TN 37918


Lisa Simons
731 Laurel Drive
Ligonier, PA 15658

Lisa Stahl
789 Frahm Pike
Celina, OH 45822


Lisa Stewart
12043 Butternut Lane
Knoxville, TN 37934


Lisa Strahan
612 West Norwegian Street
Pottsville, PA 17901


Lisa Taylor
483 S. Kaser Drive
Wadsworth, OH 44281


Lisa V Synuria
219 Cadwallader St
Brownsville, PA 15417


Lisa Venable Manuel
5705 Courtland Place
Alexandria, LA 71301

Lisa W Blewer
4743 Arco Ln
North Charleston, SC 29418



Lisa Weber
110 Elleta Avenue Apt. 4
Gallatin, TN 37066



Lisa Wilson
21 Carol Lane
The Plains, OH 45780



Lissete Rivera
859 Arqus Ct
Bethlehem, PA 18015



Lissette  Rios
235 N Peach St
Allentown, PA 18102



Livia Lack
600 East Inskip B101
Knoxville, TN 37912

Lizabeth C Hamlin
7262 Bailey Cove Road
Huntsville, AL 35802


Lizabeth I Gomzalez
6121 Hoover Dr
Mays Landing, NJ 08330


Lizbeth C Gladwell
2199 Marjory Drive SW
Massillon, OH 44647


Lizeth Chavira
1553 East Constitution Street
San Luis, AZ 85349


Lizette Tolentino
119 South 7th Street #3 PO Box 9419
Allentown, PA 18102


Lizina R Greene
330 Virginia Ave
Pittsburgh, PA 15221

Lizzie P Murphy
107 Melstone Drive
Hopkins, SC 29061


Lloyd Crites
15321 Coronado Forest
Tucson, AZ 85739


Lloyd Dotson
32 Cherry Lane
Ridgefield, CT 06877


Lloyd E Bacon II
11191 W Tonto Street
Avondale, AZ 85323


Lloyd Eugene Price
195 Roundhopuse Ln
Statesville, NC 28625


Lloyd Faircloth
7611 Carr Cemetery Rd
Cross Plains, TN 37009

Lloyd Faulos
1650 Leggett Road
Sale Creek, TN 37373

Lloyd Gable
1005 Oscar Armstrong Road
Knoxville, TN 37914

Lloyd Kaltenbaugh
328 Carpenters Corners Road
Clarks Mills, PA 16114

Lloyd McCabe
224 Corry Street Box 131
Bradenville, PA 15620

Lloyd Roben
354 Piedmont Golf Course Road
Piedmont, SC 29673

Llyod McCarty Sr
928 Bellflower SW
Canton, OH 44710

```
Locadio  Fuentes Valdez
2044 S Maple Ave No1
Yuma, AZ 85364




Logan  Long
2650 Edith Nankipoo
Ripley, TN 38063




Logan Cooper
115 West Second St
Mesa, AZ 85201




Logan Cooper
730 N Date
Mesa, AZ 85201




Logan Family Medical Center LLC
2210 Timber Trail
Bellefontaine, OH 43311




Logan Mathys
405 n Madriver St
Bellefontaine, OH 43311
```

Logan Phipps
50 N 4th St
Reading, PA 19606

Lois A Martin
126 Martin Lane
Polk, PA 16342

Lois A Reed
2517 Vi Lilly Circle
Grove City, OH 43123

Lois Bereradi
729 Sanford Ave
Philadelphia, PA 19116

Lois E Scott
PO Box 424
Marienville, PA 16239

Lois H Llewellyn
41 Watson Street
Sewickley, PA 15143

Lois Kelly
1205 Clay Avenue
Dunmore, PA 18509


Lois Koller
2 Blackwoods Road
Freedom, PA 15042


Lois M Layne
1548 Kinnard Dr
Franklin, TN 37064


Lois M Petroff
527 National Pike E
Brownsville, PA 15417


Lois Walter
2745 Unami Circle
Harleysville, PA 19438


Loius McDonald
3305 Bancroft Drive
Aston, PA 19104

Lola G Hollis
135 Evan St
Everson, PA 15631


Lolis Eric Elie
PO Box 50160
New Orleans, LA 70150


Loma Attanasio
6282 Ottawa Place
Dublin, OH 43017


Lon Oesterling
167 Camelot Road
Portersville, PA 16051


Lon Smitty
301 East State St
Martinsburg, PA 16662


Lona Joyce Bryant
655 Church St
Cleveland, GA 30528

London Frison
505 Maytide Street
Pittsburgh, PA 15227

Lonnie D Ford
114 Thames Drive
Goose Creek, SC 29445

Lonnie Dudgeon
17191 Morris Rose
Jackson Center, OH 45334

Lonnie Flowers
9910 New England Road
Stewart, OH 45778

Lonnie L Lemon
14212 SW 50th
Benton, KS 67017

Lonnie McDonald
913 Oak Street SW
Warren, OH 44485

Lonnie Scott Jr
1417 Rostraver Street
Monessen, PA 15062

Lonnie Tustin
217 Lewisville Road
Woodsfield, OH 43793

Lonny Charles Roach
714 Allen St
Greensburg, PA 15601

Lora Cugino
1208 James Street
Reading, PA 19608

Lora Dikun
100 Cherrywood Dr
New Kensington, PA 15068

Lora L Trout
14 Medsger Rd
Connellsville, PA 15425

Lora M Rhodes
572 E Park Avenue
Columbiana, OH 44408


Lora Monnin
5025 Walzer Road
Russia, OH 45363


Lora Rutter
9896 Alderman Road
Millfield, OH 45761


Loraine V Velategui
2337 E Balsam
Chandler, AZ 85249


Lorece Bland
2589 Young Avenue
Memphis, TN 38111


Loren Allyson Justis
3800 West End Avenue #5
Nashville, TN 37205

Loren L Martin
218 Hahnstown Road
Ephrata, PA 17522


Loren L Scholl
117 Berms Circle No 6
Branson, MO 65616


Lorena G Sandoval
PO Box 9206
San Luis, AZ 85349


Lorena Greenberg
916 Bear Gulch Crt
Las Vegas, NV 89031


Lorena Orola
2501 Cedarton Court
Chatanooga, TN 37421


Lorence  Ellis
178 S Basswood Ct
Round Lake, IL 60093

Lorene A Garlando
4631 Tioga Street NW
Canton, OH 44708

Lorene J Kutzner
5029 Bahama Drive
Pittsburgh, PA 15239

Lorene TwoBulls
1121 Tarklin Road  Lot 150
Lancaster, OH 43130

Lorenzo Johnson Jr.
520 Vester Place Apt 310
Reading, PA 19608

Loretta A Badarou
154 N Virgina Lee Road
Columbus, OH 43209

Loretta A McGuire
4 Hemlock Dr
The Plains, OH 45780

Loretta Goodwin
45 Hampton Springs Ct
Columbia, SC 29209

Loretta Lucas
892 Gainsway Road
Yardley, PA 19067

Loretta McClinton
1605 Begonia Way
Rock Hill, SC 29732

Loretta Miller
130 Plain Street PO Box 288
Magnolia, OH 44643

Loretta Sprouse
68002 ST RT 124
Ewington, OH 45627

Loretta Stephens
158 Cotillion Crescent
Summerville, SC 29483

Lori  Brown
6683 Fredonia Rd
Manchester, TN 37355


Lori  Clawson
738 River Road
Freeport, PA 16220


Lori  Ritchie
28789 Bashan Road
Racine, OH 45771


Lori A Berry
710 Herron Avenue
Verona, PA 15147


Lori A Deunger
5275 Auberry Street NE
Louisville, OH 44641


Lori A Hamm
576 Pepper Ridge Rd
Cincinnati, OH 45244

Lori A King
1146 Springbrook Drive
Mansfield, OH 44906

Lori A Pifer
518 Seventh Avenue
Carnegie, PA 15106

Lori A Suitor
505 S Chestnut Street
Scottdale, PA 15683

Lori A Zernick
170 Mill Road
Northern Cambria, PA 15714

Lori Ann Copley
745 Country Club Drive
Wytheville, VA 24382

Lori Ann Smeltzer
1101 Frenchtown Road
Perryville, MD 21903

Lori Aul
513 Ridge Ave
Hamburg, PA 19526

Lori Brower
2186 Troy Urbana Road
Troy, OH 45373

Lori Burford
8282 Main Street
Kinsman, OH 44428

Lori Campbell
1620 Knox Drive
Brentwood, TN 37027

Lori Clawson
738 River Road
Freeport, PA 16229

Lori D Shults
315 Lighthouse Drive
Jonestown, PA 17038

Lori Dobson
3004 Windsor Court
Easton, PA 18045

Lori Francoeur
3911 E Agave Rd
Phoenix, AZ 85044

Lori Fritz
113 S Atlantic Avenue
Cheswick, PA 15024

Lori Gilmore
PO Box 434
Moundsville, WV 26041

Lori H Elmore
2902 Lake Highland Way
Hoover, AL 35242

Lori H Oconnor
4335 Barnes Cove
Nashville, TN 37211

Lori Harris
P.O. Box 477
Grand Junction, TN 38039


Lori Haydt
319 Prospect Street
Weissport, PA 18235


Lori Hess
14030Ensign Rd
Burton, OH 44021


Lori J Nelson
6773 Eddleston Street
Canal Winchester, OH 43110


Lori J Porter
592 Presidential Drive
Boardman, OH 44512


Lori Jacks
1826 East Ellis St
Phoenix, AZ 85042

Lori Jean Rodabaugh
715 Haskell Rd
Gilbert, SC 29054

Lori Jones
11021 Dipali Court
Charlotte, NC 28214

Lori L Moody
815 Third Avenue
Elizabeth, PA 15037

Lori L Steele
101 Butterfield Court
Goodlettsville, TN 37072

Lori L Tolliver
37 Bouscay Avenue  Apt #C
Norwalk, OH 44857

Lori Marks
100 Abbey Court
Venetia, PA 15367

Lori Ortiz
6321 St Andrews Dr
Canfield, OH 44406

Lori Pendley Christian
2622 Eastwind Dr
Soddy Daisy, TN 37379

Lori Robinson
412 Center Street
Hyde Park, PA 15641

Lori Roediger
428 Pierce Street
Bethlehem, PA 00018-0115

Lori Skinner
611 Hoying Street
Celina, OH 45822

Lori Weaver
629 Union Street
Mt Pleasant, OH 43939

Lori Werkmeister
3824 3rd Aveunue
Altoona, PA 16602


Lori Wozny Larsson
1062 Riverspring Drive
Nashville, TN 37221


Lorie Balazhi
2135 Lambs Gap Road
Enola, PA 17025


Lorinda J Learn
614 Irving St
Vandergrift, PA 15690


Lorna Elliot
12 North Street
Dellroy, OH 44620


Lorna Jean Lee Trust
1150 Mt Tabor Rd Ext
Connellsville, PA 15424

Lorna Wiener
18 Birch Terrace
Parlin, NJ 08859

Lorne Hamilton
8032 34th Avenue NW
Calgary, AB T3B1PT
CANADA

Lorraine  Wilent
109 Rt 610
Petersburg, NJ 08270

Lorraine A Richardson
7930 Lincoln Rd
Verona, PA 15147

Lorraine Andrews
2624 Woodstock Terrace  Apt A
Pittsburgh, PA 15668

Lorraine L Guth
2209 Southshore Dr  SE
St Petersburg, FL 33705

Lorraine M Burkhart
268 Yosemite Drive
Pittsburgh, PA 15235

Lorraine Marcyanis
916 Russellton Road
Cheswick, PA 15024

Lorraine Meade
20 Mechanic Street  PO Box 581
Ripley, NY 14775

Lorraine Raymond
10215 Second Street
Hanoverton, OH 44423

Lorraine Stetzel
1142 Edward Avenue
Allentown, PA 18103

Lorri J Rice
14773 Dickson Street
Guysmius, PA 16327

Lory Koch
5128 Chippendale Dr
Murfreesboro, TN 37129


Lottie  Chishom
204
Shallow Brook Dr, SC 29223


Lou Ann Eline
1034 High Street
Hanover, PA 17331


Lou Tisdale
132 Pennbrook Lane
Irmo, SC 29063


Lou Zhechun
15 S Shafer St  Apt 1804
Athens, OH 45701


Louanne Bumgarner High
3031 Pea
Claremont, NC 28610

Louell E Despain
2305 N Shefford
Wichita, KS 67205

Louella Livingston
1137 Kenneth Avenue
New Kensington, PA 15068

Louis  Romanet
146 Pine Ridge Dr
Wallace, NC 28466

Louis A Bundis
44015 W Granite Drive
Maricopa, AZ 85235

Louis A. Piconi
2353 Southwood Drive
Upper St Clair, PA 15241

Louis Albanese
20 Harvest Hill Drive
Effort, PA 18330

Louis Brame
7934 S Dorchester Ave.
Chicago, IL 60619


Louis D Enoff
2144 Enoff Drive
Westminster, MD 21157


Louis Dubrow
100 Glendale Garden Dr
Nashville, TN 37204


Louis E. Comus Jr.
4544 East Becker Lane
Phoenix, AZ 85028


Louis Goormastic
313 E Sandusky
Bellefontaine, OH 43311


Louis Gorenflo
134 Azalea Dr
Afton, VA 22920

Louis J Pellegrini
43 Pearl Alley
Monongahela, PA 15063


Louis J Rolih
1388 Potomac Court
Carol Stream, IL 60188


Louis Jarrell Jr
7433 River Bend Circle
Nashville, TN 37221


Louis L Veazey
100 Beaumont Drive
Hendersonville, TN 37095


Louis Lanier
4499 Henry Hudson Parkway Apt 6D
Bronx, NY 10471


Louis Lee
1927 Bridgepointe Pkwy 120
San Mateo, CA 94404

Louis Manuel Solorio
P.O. Box 6600
San Luis, AZ 85349


Louis McCall
1359 N. Kenwood Lane
Chandler, AZ 85226


Louis Peterson
110 Walden Pond Lane
Cranberry Township, PA 16066


Louis Petro
705 9th Street
Perkasie, PA 18944


Louis Robinson Jr
50854 Chestwick Court
Plymouth, MI 48170


Louis S Blake
11 Buckeye St   Box 156
Adena, OH 43901

Louis Zanias
6291 Pidcock Creek Road
New Hope, PA 18938


Louis Zozos
206 Enders Lane
Wexford, PA 15090


Louise Catalano
544 Grand Oaks Dr
Brentwood, TN 37027


Louise M York
1936 Washburn Street
Scranton, PA 18504


Louise R Jacobs
120 Indiana Avenue
Glassport, PA 15045


Louise Rodebush
18960 Coffinberry Boulevard
Cleveland, OH 44126

Louise Schweinforth
1303 Normal Avenue
Chattanooga, TN 37405

Louise Urban
232 Todd Farm Road
Belle Vernon, PA 15012

Louiz R Oliveira
1139 Rock St
Scranton, PA 18304

Loukesha Q Brooks
9366 Captiva Bay Dr
Miamisburg, OH 45342

Lourdes O Quendo
318 Whalers Drive
Absecon, NJ 08201

Lovella G Bryant
7864 Mt Carmel Road
Verona, PA 15147

Lovelle Isles
506 Colfax Avenue
Scranton, PA 18510


Lowell E Bernstein
1019 Assembly Street
Columbia, SC 29201


Lowell W Metzger
21327 Township Road 209
Alvada, OH 44802


Lowell Wright
2021 Gordon Street
McKeesport, PA 15132


Loyd W Posey Jr
1061 Montour Street
Coraopolis, PA 15108


Lu Anne Reid
216 54th Ave North
Nashville, TN 37209

Luann  Spang
3102 Indiana Dr
Lower Burrell, PA 15068


Luann C Riley
829 Sharon Valley Road
Newark, OH 43055


Luanne Dimmitt
237 Railroad Street
Allentown, PA 18102


Lubuster B Sartor
1211 Brown Chapel Road
Newberry, SC 29108


Lucas  Winter
10310 Providence Drive #212
Johnston, IA 50131


Lucas Atwood
2332 W Steed Ridge
Phoenix, AZ 85085

Lucas G Palumbi
405 Kambach Street
Pittsburgh, PA 15211


Lucas L Clark
1445 South 28th Street  #8
Arlington, VA 22206


Lucas Smith
137 Reserve Road
St Marys, PA 15857


Lucia Castro Neri
250 W Juniper Avenue  #6
Gilbert, AZ 85233


Lucile C Welch
126B Woodmont Boulevard
Nashville, TN 37205


Lucille M Amerson
357 E Brewster Road
Butler, PA 16001

Lucille Tarsitano
3819 Janice Street
Philadelphia, PA 19114


Lucille Williams
13066 Hunter Brook Drive
Woodbridge, VA 22192


Lucinda Borris
315 N Arch St  Apt 1008
Connellsville, PA 15425


Lucinda Dietz
2951 Seminary Drive
Greensburg, PA 15601


Lucinda S Ritenour
380 Quarry Drive
Greensburg, PA 15601


Lucio Gaspar
38 E Saint Charles Avenue
Phoenix, AZ 85042

Luciria Ramirez
906 Linden Avenue
Pleasantville, NJ 08232

Lucretia C Rowe
2863 Klein Street  Apt 7
Allentown, PA 18103

Lucretia Nance
428 Mendenhall Road
Newberry, SC 29108

Lucy C Carter
7339 Burton Street
Swissvale, PA 15218

Lucy E Ashley
1011 Meadowlark Dr
Johns Island, SC 29455

Lucy H Lewis
2552 Somerset Drive
Nashville, TN 37217

Lucy Iapalucci Herma
96 Beechwood Drive
Greensburg, PA 15601

Ludwig Corsi Jr
3925 Douglas Road
Erie, PA 16510

Luhelen Wadsworth
5139 Howenstine Drive SE
East Sparta, OH 44626

Luis  Cintron
1709 N Mascher St
Philadelphia, PA 19122

Luis  Palacio
27 Braeburn Lane
Beaufort, SC 29907

Luis A  Barbecho
3822 Spokane Avenue
Cleveland, OH 44109

Luis A Alonso
861 W Mesquite Street
Chandler, AZ 85225

Luis A Najar Gomez
2776 S Sailors Way
Gilbert, AZ 85296

Luis Bermeo
134 Division Street
Trenton, NJ 08611

Luis C Cardoza
310 W Lindley Ave
Philadelphia, PA 19120

Luis Cardenas
516 Merseyside Drive
Las Vegas, NV 89178

Luis Frajuada
10988 N. 110th Way
Scottsdale, AZ 85259

Luis Gutierrez
735 North Second Street
Reading, PA 19601


Luis H  Canepa
607 N 7th St No 2
Allentown, PA 18107


Luis Hernandez
539 North 6th Street
Allentown, PA 18102


Luis Jimenez
3229 W Larkspur Drive
Phoenix, AZ 85029


Luis Machuca Sanchez
451 North Nellis Boulevard #C
Las Vegas, NV 89110


Luis R Colon
5013 Temple Avenue
Temple, PA 19560

Luis R Solis
2669 1 2 Waverly Dr
Los Angeles, CA 90039

Luis Rojas
2895 E Charleston #2036
Las Vegas, NV 89104

Luis Suarez
14295 Bridle Trail
Strongsville, OH 44136

Luis Valentin Arroyo
301 North 9th Street Apt B
Allentown, PA 18102

Luis Valles
322 Cypress Ave
Kansas City, MO 64124

Luis Veguilla
3405 Frankford Avenue 1st Floor
Philadelphia, PA 19134

Luis Ventura
206 E Roosevelt Boulevard
Philadelphia, PA 19120

Luisa F Jaramillo
32955 Chatham Lane
Franklin, MI 48025

Luisa J Brass
405 N Union St
Middletown, PA 17057

Lukasz Zborowski
847 Pennsylvania Avenue
Trenton, NJ 08638

Luke A Corson
4721 Woodlake Drive
Allison Park, PA 15101

Luke Clouner
710 Linden Avenue
St Marys, OH 45885

Luke G Lefeld
3760 State Route 705
New Weston, OH 45348


Luke Patacca
6975 Carriage Hille 8203
Bricksville, OH 44141


Luke Shilling
452 27th Street NW
Massillon, OH 44647


Luke Wiley
3822 Brookmere Place
Mason, OH 45040


Lundon T Minniefield
938 N Murtland Street
Pittsburgh, PA 15208


Lura May Haynes
3798 Gardeau Rd
Austiin, PA 16720

Luther Gallman Jr
1445 Highway 395
Newberry, SC 29108

Luther Reed Jr
616 6th Ave
Coraopolis, PA 15108

Luther Ricks
8592 Sharee Place
Denlham Springs, LA 70726

Luther Scott
124 White Hurst Way
Columbia, SC 29229

Luthor  Casnor
746 The Hide Out
Lake Ariel, PA 18436

Luz  Tellez
15973 W Bartlett Ave
Goodyeaar, AZ 85338

Luz D McCullough
12204 Barbary Rd
Philadelphia, PA 19154




Luz D Wellman
8940 North 8th St No106
Phoenix, AZ 85020




Luz M Candelaria
140 E Leaming Avenue #4
Wildwood, NJ 08260




Luz M Reyes
17 Greenbrier Road
Levittown, PA 19057




Luz M Taveras
3324 New Town Road
Antioch, TN 37013




Luz Rivera
645 Main St APt 515
Bethlehem, PA 18018

Lydia  Kerr
47010 St Rt 46
New Waterford, OH 44445

Lydia Bond
315 S. Cedar Street
Lititz, PA 17543

Lydia Carrillo
4865 South Romano
Mesa, AZ 85212

Lydia D Jones
250 W Church Street
Ridgeway, SC 29130

Lydia E Cuison
106 Queensbury Cir
Goose Creek, SC 29445

Lydia Hall
2251 Mancke Drive
Rock Hill, SC 29732

Lydia J Coakley
36560 Smith Chapel Road
Logan, OH 43138


Lydia J Liciaga
436 N Jordan Street
Allentown, PA 18102


Lyle  Hall
698 State Street
Meadville, PA 16335


Lyle Leck
294 S. Sanatoga Road
Pottstown, PA 19464


Lynda  Philbrick
1014 E Eighth Place
Mesa, AZ 85203


Lynda Anne Roe
617 Lockner Rd
Columbia, SC 29212

Lynda Demharter
964 Morgan Street
Brackenridge, PA 15014

Lynda M Chantal
810 Southwestern Run
Poland, OH 44514

Lynde Blymier
132 Rex Drive
Carlisle, PA 17015

Lyndene Dionne
2891 Junjper Street
East Providence, RI 02914

Lyndon B Leichliter
134 East Smithfield Street
Mount Pleasant, PA 15666

Lyndon B Spigelmire
3207 Dover Road
Wooster, OH 44691

Lyndsey Brooke Rowles
207 Fuller Avenue  PO Box 32
Falls Creek, PA 15840


Lynell Bolden
6358 Quail Lake Drive
Jackson, MS 39206


Lynette C Wood
14424 Polo Club Drive
Strongsville, OH 44136


Lynette G Less
334 N Ericson Drive
Cordova, TN 38018


Lynette Kimbroug
231 Wilmont Ave
Camden, NJ 08105


Lynn Althouse
11900 Northcrest St NW
Massillon, OH 44647

Lynn Craig
1010 Wheatfield Way
Camillus, NY 13031


Lynn E Boroff
8370 Riley Road
Celina, OH 45822


Lynn Fuson
912 Waterswood Drive
Nashville, TN 37220


Lynn G Gump
5909 New Cumberland Road NE
Mineral City, OH 44656


Lynn Hungate Desmone
209 Hampton Road
Pittsburgh, PA 15215


Lynn J Arthur
10869 N Scottsdale Road
Scottsdale, AZ 85254

Lynn M Allen
3460 Carrington Rd
Bloomington Springs, TN 38545

Lynn M Barabach
4025 Stonybrook Drive
Nashville, TN 37221

Lynn M Lostetter
578 State Route 885
Clairton, PA 15025

Lynn Moran
900 Missionary Drive
Pittsburgh, PA 15236

Lynn Shertzer
832 Fisher Road
Mechanicsburg, PA 17055

Lynn Shumaker
550 Tatum St
Woodbury, NJ 08096

Lynn Stoltzman
17730 Susan Drive
Minnetonka, MN 55345


Lynn Wagnon
130 East Main Street
Coldwater, KS 67029


Lynn Walsh
19 Berks Plaza
Wyomissing, PA 19610


Lynn Woodall
108 Chapelwood Lane
Franklin, TN 37069


Lynne A Cooney
211 Sutherland Drive
MountainTop, PA 18707


Lynne A George Jackson
214 West Schwab Avenue  PO Box 27
Munhall, PA 15120

Lynne E Argo
56 Grand Boulevard
Shelby, OH 44875

Lynne K Denunzio
927 Pike Street
Reading, PA 19604

Lynne Myers
12 Ash St
Fairchance, PA 15436

Lynne Rose
6211 Lucas Ave
Ashtabula, OH 44004

Lynne S Rich
134 Ashley Hall Plantation Rd
Charleston, SC 29407

Lynne Swartz
137 W Seventh Avenue
Tarentum, PA 15084

Lynne Winter
113 Hover Road #2
Mercer, PA 16137

Lynnette Concepcion
5228 Horrocks St
Philadelphia, PA 19124

Lynsi Rathbun
17974 Hare Creek Road
Corry, PA 16407

Lysander Nelms
5047 Wllfleet Dr
Trotwood, OH 45426

Lyudmila Druzhenko
8735 Bay Pkwy A52
Brooklyn, NY 11214

M Haluk Bilgen
13774 Oak Tree Trail
Chardon, OH 44024

M Jay Holtzman
148 Beacon Avenue
Jamestown, RI 02835

M John Roberts
1533 Truman Street
Walla Walla, WA 99362

M Tyler Wren
6099 Hudnall Rd
Athens, OH 45701

Mac Mitchell
8740 West Hammer Lane
Las Vegas, NV 89149

Machelle L Williams
766 Mary St
McKees Rocks, PA 15136

Macie R Pierce
33320 Beech Grove Road
Rutland, OH 45775

Mackerl Stuckey
92 Wintergreen Drive
Beaufort, SC 29906

Madden and Madden PA
108 E Kings Highway
Haddonfield, NJ 08033

Madeline Deleon Cruz
154 W Oley Street
Reading, PA 19601

Madeline N Helton
2010 Fernwood Church Rd
Morristown, TN 37813

Madhubabu Mandava
4029 East Las Altos Drive
Gilbert, AZ 85297

Madie Branch
918 6th Street N/E
Washington, DC 00020-0002

Maegen Munday
1134 Brentwood Pointe
Brentwood, TN 37027

Magan Wilson
7129 Crane Rd SW
Sherrodsville, OH 44675

Maggie L Baxter
69 Glenn Street
Newberry, SC 29108

Maggie M Finkelstein
309 Chadwyck Lane
Lititz, PA 17543

Maggie Watson
73 Cheshire Drive
Gallaway, NJ 08205

Magimuoyu Nzunga
151 E First Street Apt 361
Mesa, AZ 85201

Magnolia Financial
187 W Broad St
Spartanburg, SC 29306


Mahalia J Schumpert
643 Cherry Lane
Newberry, SC 29108


Mahalie Moore
3323 Devereaux Rd
Columbia, SC 29205


Mahbubur Sharif
166 Knight Bridge Drive E
Pickerington, OH 43147


Maher J Albarati
810 Players Ct
Nashville, TN 37211


Mahesh K Raman
107 Pichelman Road
Royersford, PA 19468

Mahmood Khan
6929 Kilburn
Lincolnwood, IL 60712


Mai Oswald
6750 Thornbriar
Canton, OH 44718


Mai T Truong
825 Karie Dr
McDonough, GA 30253


Maira J Rosas
913 Ephedra Lane
Sparks, NV 89436


Maira Ortega
PO Box 5265
San Luis, AZ 85349


Maja G Burkett
91 W Killian Station Street
Columbia, SC 29229

Malachi Johnson
5987 N Opal Street
Philadelphia, PA 19141

Malchrom Guesman
4570 Pineridge Drive
Stow, OH 44224

Malcolm Sargent
4225 Lakewood Ct
Clayton, IN 46118

Malia Hardin
4749 S Mountain Avenue
Tucson, AZ 85714

Malia Sciacchitano
216 Brentwood Oaks Drive
Nashville, TN 37211

Maliese Roberts
4084 E 150th Street
Cleveland, OH 44128

Malik  Smith
302 Anthon Dr
Pittsburgh, PA 15235


Malikai Elouerdighi
4200 Westbrook Dr  No 415
Brooklyn, OH 44144


Malikiyia N Yang
250 Alcoma Blvd  Apt 407
Pittsburgh, PA 15235


Malisha Robinson
751 Mallet Hill Road
Columbia, SC 29223


Mallory Donaldson
1515 S Lakeview Boulevard
Lorain, OH 44052


Malorie Jo Parry
129 Averys Way
Cranberry Twp, PA 16066

Malorie Richmond
46744 CR 405
Coshocton, OH 43812


Mandee Merriam
11258 E Edgewood Avenue
Mesa, AZ 85208


Mandi B  Walters
30 Mary Street  Apt 3
Charleston, SC 29403


Mandi J. Farley
175 Harville Lane
Crossville, TN 38571


Mandi L Mollenhauer
20925 E Shetland Street
Queen Creek, AZ 85242


Mandi Love
47 Lighthouse Court
Atlantic City, NJ 08401

Mandy L Camuso
323 Olive Ave
Du Bois, PA 15801


Mandy L Giuliani
2500 Maryland Road Apt D7
Willow Grove, PA 19090


Mandy Palasch
PO Box 332
Green Creek, NJ 08219


Mandy Prorok
321 Poplar Avenue NW
Canton, OH 44708


Mandy Smith
9746 Slip Road
Logan, OH 43138


Manfred Franz
109 Evesham Dr
Summerville, SC 29485

Manier and Herod
One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219


Manileth Kromahavong
804 Spike Tr
Murfreesboro, TN 37129


Manjula Bradley
777 West Germantown Pk #428
Plymouth Meeting, PA 19462


Manomay Solutions
6571 Evergreen Ct
Mason, OH 45040


Manuel  Quintana
13321 Claredon Ave
Litchfield Park, AZ 85340


Manuel A Maldonado
129 Haws Lane
Flourtown, PA 19031

Manuel Aguayo
7832 E Willetta Street
Scottsdale, AZ 85257

Manuel C Pereira
32 Glade Dr
Long Pond, PA 18334

Manuel D Sanchez
325 Sprint St
Somerton, AZ 85350

Manuel Ficachi
PO Box 10914
San Luis, AZ 85349

Manuel Gaytan
107 Mountainwood Drive
Hendersonville, TN 37075

Manuel Guallpa
1798 Pine Lane
Kunkletown, PA 18058

Manuel J Diaz
126 W 5th Avenue
Emporia, KS 66801

Manuel Lamont Thompson
1495 Nova Cove
Cordova, TN 38016

Manuel Lateulade
4313 Marvin Avenue
Cleveland, OH 44109

Manuel M Campos
8315 Pardue Dr
Memphos, TN 38125

Manuel Maldano
10656s Del Golf
Yuma, AZ 85367

Manuel Maynez
2105 S. Bristol
Mesa, AZ 85212

Manuel Rodriguez
2224 Glennview Street Apt 1
Philadelphia, PA 19149

Manuel S Vargas
1302 Carbon Street
Reading, PA 19601

Manuel Sanchez
1911 Luzerne Avenue
Silver Spring, MD 20910

Manuj Bhandari
2222 N Tuckahoe
Arlington, VA 22205

Manya R Flowers
1300 Joust Ct
Antioch, TN 37013

Mara Krsteska
676 Country Club Road
Columbus, OH 43213

Maralee Stockdale Barela
400 Pinewood Dr  Apt E3
Summerville, SC 29483




Maram W Saader
316 Lutton St
New Castle, PA 16101




Maranda Lee Ramp
1511 Hillside Vlg
Harrisburg, PA 17103




Maranda Miller
10321 Laurens Dr NE
Bolivar, OH 44612




Marc  Benge
2851 Emily Dr
Grand Junction, CO 81503




Marc  Pacelli
614 Spruce St
Scranton, PA 18503

Marc  Saunders
1297 Stonnington Drive
Youngstown, OH 44505


Marc A. Matteo
4185 Frontier Road
Hatboro, PA 19040


Marc Beginin
2023 Hazel Street
Birmingham, MI 48009


Marc C Devlieger
2055 Sugarloaf Drive
Cornville, AZ 86325


Marc F Cortes
1650 Selwyn Avenue #15B
Bronx, NY 10457


Marc Harder
280 Reeser Dr
York Haven, PA 17370

Marc Hembrough
1315 Warwick Furnace Road
Pottstown, PA 19465


Marc Kamin
6576 East Blue Sky Drive
Scottsdale, AZ 85266


Marc Lesitsky
1305 Fox Den Trail
Canfield, OH 44406


Marc Levine
3777 Blake Rd
Huntingdon Valley, PA 19006


Marc Lewis
100 Witherspoon Street
Louisville, KY 40202


Marc McKenzie
1407 10th St NW
Canton, OH 44703

Marc Nott
173 Cottage Street
Lockbourne, OH 43137

Marc Richard Frazier
857 Cedar Drive
Aiken, SC 29803

Marc Strand
5123 Waterford Drive
Kingsport, TN 37664

Marc T Michaels
541 LaJoy Dr
Akron, OH 44319

Marcel L Howard
2438 Woodlawn Ave
Erie, PA 16510

Marcel Love
5312 Madison
Kentwood, MI 49548

Marcelina Paulat
1101 E Renee Dr
Phoenix, AZ 85024

Marcella C Kirkland
1004 Allegheny Place
New Kensington, PA 15068

Marcella F Throckmorton
6894 Mist Hollow
Memphis, TN 38134

Marcella Moore
3411 N Sixteenth Street #2045
Phoenix, AZ 85016

Marcello Amato
892 US Rte 522
Selinsgrove, PA 17870

Marcelo A Tavarez
328 N Front St
Reading, PA 19604

Marcelo E Paciorek
1115 Weeping Willow Way
LaGrange, KY 40031

Marcelo Hernandez
550 North 4th Street
Allentown, PA 18102

Marci A Yildiz
334 Cherry Street
Latrobe, PA 15650

Marci Crum
402 Easton Road  Box 172
Easton, PA 18077

Marci Jo Ann Bettis Smith
1714 Algonquin Rd
Frederick, MD 21701

Marci Torrence
10510 Forest Hill Drive
Wexford, PA 15090

Marcia Ann Stephenson
4409 W country Gables
Glendale, AZ 85306


Marcia Ballard
317 Alexis Drive
Smyrna, TN 37167


Marcia Jackson
114 Stone Drive
Kittaning, PA 16201


Marcia Markovich
1511 36th Avenue South
Seattle, WA 98144


Marcia Parrish
7573 E Mclellan Lane
Scottsdale, AZ 85250


Marcia Paul Hynes
267 Washington Lane
Jenkintown, PA 19046

Marcia Reid
246 Suncrest Street
Pittsburgh, PA 15210

Marcia Smock
406 Sherwood Drive
Lower Burrell, PA 15068

Marcia Wohlbach
108 Independence Ct
Bethlehem, PA 01820

Marcianne M Barnes
2062 Long Run Road
Schuylkill Haven, PA 17972

Marcin Harbuz
9035 Andraste Way
Reno, NV 89506

Marco A Camarillo
435 San Felipe Street
San Luis, AZ 85349

Marco LaVerde
323 Harbor Point Drive
Mount Pleasant, SC 29464

Marco Perfetti
12833 Elnora Road
Philadelphia, PA 19154

Marco Telles
185 SE Fourteenth Terrace Apt 2904
Miami, FL 33131

Marco Urena
8645 W Holly Street
Phoenix, AZ 85037

Marcos Juarez
737 Blue Heron Drive
Allentown, PA 18103

Marcos Rizo
2801 S Main Street
Findlay, OH 45840

Marcus A Hayward
160 North Metzger
Rittman, OH 44270

Marcus Dorris
3188 Stardust Cove
Memphis, Tn 38134

Marcus McGriff
3549 Skyline Drive
Bethlehem, PA 18020

Marcus Moreno
773 W Raven Drive
Chandler, AZ 85286

Marcus Proctor
1122 Dohrman Street  Apt A
McKees Rocks, PA 15136

Marcus Ricks
172 Community Lane
Lancaster, SC 29720

Marcus Stanton
2111 South East Imlay Avenue
Hillsboro, OR 97123


Marcus Tibbs
847 Clover Leaf Court
Edgewood, MD 21040


Marcus Whaley
743 Old State Rd
Apollo, PA 15613


Marcus Wilson
1711 McMahon Road
Wheaton, MD 20902


Marcy Drafts
1451 Picard Road
Columbus, OH 43227


Marcy McElroy
18 Belpain Street
Pittsburgh, PA 15227

Marcy R Stewart
187 Morse Avenue
Painesville, OH 44077


Marden J Hooper
618 Bonnette Road
Cope, SC 29038


Mardys Hewgley
828 Pisgah Park
Brentwood, TN 37027


Mareco J Thomas
284 Copper Creek Drive
Raeford, NC 28376


Margaret  Murphy
50 North end Rd
Mountain Top, PA 18707


Margaret A Anderson
116 W Eleventh Street
Ashland, OH 44805

Margaret A Ausland
60511 Township Line Road
Coldwater, OH 45828

Margaret A Collins
321 Garvin Rd
Norris, SC 29667

Margaret A Ziegler
P.O. Box 684
Elkins, AR 72727

Margaret Ann Ely
417 West Clark Boulevard
Murfreesboro, TN 37129

Margaret Closs
1 Holly Street
Wilkes Barre, PA 18702

Margaret Cole
3012 Stilley Street #19
Clairton, PA 15025

Margaret Downey
503 Camellia Trace Dr
Maryville, TN 37801


Margaret E  Lehner
PO Box 328
Goshen, NJ 08218


Margaret E Kelley
618 Portico Park
Mount Pleasant, SC 29464


Margaret E Kulikosky
2306 Oak Road
Baltimore Bay, MD 21219


Margaret E Pridemore
242 Rodborough Road
Columbia, SC 29212


Margaret F Weber
117 Beverly Drive
Madison, TN 37115

Margaret G Cooper
123 West Irving St
Corry, PA 16407

Margaret Gredler
19 Lakecrest Drive
Columbia, SC 29206

Margaret H Sullenberger
217 Washington Street  Apt 7
Latrobe, PA 15650

Margaret H Wolf
1537 Red Oak Road
Kettering, OH 45432

Margaret Jacobs
64 Green Point Circle
Uniontown, PA 15401

Margaret Jane Barnes
413 Quail Hollow
Anderson, SC 29621

Margaret K Burris
1650 Catoe Road
Lancaster, SC 29720



Margaret L  Bates
2791 Scarborough Rd
Cleveland, OH 44118



Margaret L Garcia
2107 N East Street
Flagstaff, AZ 86004



Margaret L OShea
908 North 4th St
Beewood, PA 10617



Margaret Logan
2007 River Rd
Johns Islan, SC 29455



Margaret M Dyer
31 Blueberry Ln
N Kingstown, RI 02852

Margaret M Studer
10 Park Village
Shelby, OH 44875


Margaret Martinez
2112 Derry Street  Apt 1
Harrisburg, PA 17104


Margaret McConnell
7637 Aynlee Way
Harrisburg, PA 17112


Margaret Needham
1670 Jesse Bean CAircle
Morristown, TN 37814


Margaret O Robbins
160 Cedar Grove Extended
Ripley, TN 38063


Margaret OConnell Ferguson
349 Ferguson Lane
Moncks Corner, SC 29461

Margaret Ostapowicz
530 Clover Hill Road
Coal Center, PA 15423

Margaret Popke
622 E Press Road
Queen Creek, AZ 85240

Margaret R Beckom
1721 Parkline Drive #12
Pittsburgh, PA 15227

Margaret Robertson
16448 E Glenbrook Boulevard
Fountain Hills, AZ 85268

Margaret Scott Rabb
95 Catesby Circle
Columbia, SC 29206

Margaret Solares
3740 E Meadowbrook
Phoenix, AZ 85018

Margaret Taylor
136 Collinsburg Road
West Newton, PA 15089


Margaret Thomson
2831 Hillside Drive  H3
Nashville, TN 37212


Margaret Zukas
6144 N 28th Street
Phoenix, AZ 85016


Margaretta Mathis
7812 N Ridgeview Drive
Paradise Valley, AZ 85253


Margarita Herrera
1950 E Birch Street
Philadelphia, PA 19134


Margarita Meneses
4940 Owens  Apt D
Las Vegas, NV 89110

Margarita Sanchez Colina
606 Quincy Ct
Glassboro, NJ 08028


Margarite Steensland
7043 US Highway 42
Mount Gilead, OH 43338


Margherita Sofo
1527 Seneca Trail
Effort, PA 18330


Margie Cleveland
110 Johnstone Drive
Madison, MS 39110


Margie Ferguson
4463 Brighton Lane
West Chester, OH 45069


Margie Hill
2307 24th NE
Canton, OH 44705

Margie Hunt
5845 Shilling Avenue
Louisville, OH 44641

Margie L Graves
7143 Verona Boulevard
Pittsburgh, PA 15235

Margie M Westenhofer
3773 White Lane
Hoover, AL 35216

Margie Z Mullin
932 Mechanicsville Road
Rock Creek, OH 44084

Margit Julicher
534 Brighton Way
Phoenixville, PA 19460

Margret Driscoll
3811 McCleland
Erie, PA 19542

Marguerita Alebante
11 Cooper Ridge Cr
Egg Harbor Twp, NJ 08234




Marguerite Clayton
1609 Harding Place
Nashville, TN 37215




Marguerite Hibberz
1344 Tyson Avenue
Philadelphia, PA 19111




Marguerite Rutledge
239 Beach City Road
Hilton Head Island, SC 29926




Marguette Stuart
1525 Townsend 2H
Bronx, NY 10452




Maria  Crilley
282 E Carrollton St
Magnolia, OH 44643

Maria  De La Torre
569 Terrasas Drive
San Luis, AZ 85349

Maria  De Samaniego
3720 W County 18th Street
Somerton, AZ 85350

Maria  Farias
44 Maynard St  No 2
Roslindale, MA 02131

Maria  Furino
8 Quasar Court
Sewell, NJ 08080

Maria  Torres
1911 E Wensley St
Philadelphia, PA 19134

Maria A Espinoza
1700 Whipple Road  #1A
Mt Pleasant, SC 29464

Maria A Landivar
123 Thorne Street
Jersey City, NJ 07307


Maria A Smiley
801 Lincoln Ave
Blakely, PA 18447


Maria Alicia Wilfon
PO Box 7392
Reno, NV 89510


Maria Armenta
3830 W St John Road
Glendale, AZ 85308


Maria B Peck
68 Slyvanus Avenue
Uniontown, PA 15401


Maria Bottoms
192 Poplar Ridge Road
Pittsburgh, PA 15235

Maria C Masellis
2978 E Parkview Drive
Gilbert, AZ 85295

Maria Carrera
4637 W Magdalena
Laveen, AZ 85339

Maria Contreras
513 Rygrass Court
Aurora, IL 60504

Maria Cotopolis
752 Timber Wolf Lane
LaGrange, OH 44050

Maria D Cardenas
3423 Arlington Street
Reading, PA 19605

Maria Davalos
11425 E Flossmoor Avenue
Mesa, AZ 85208

Maria Dejusus
611 Artisan Street
Trenton, NJ 08618


Maria Domaneant
5822 Edgehill Dr
Parma, OH 44130


Maria E Leon
1600 Lehigh Parkway E
Allentown, PA 18103


Maria Espinoza
1720 Nantahala Boulevard
Mt Pleasant, SC 29464


Maria Finazzo
45 E Main Street  Apt 6
Lititz, PA 17543


Maria G Montague
2478 S Sixth Avenue
Yuma, AZ 85364

Maria Ganville
1689 E Hearne Way
Gilbert, AZ 85234


Maria Garcia
4001 Pennwood Ave
Las Vegas, NV 89102


Maria Gonzales
117 Kastle Kove Drive
Lewis Center, OH 43035


Maria Gonzalez
4925 Hill Apt #1
Las Vegas, NV 89195


Maria Gonzalez
409 Tulpehocken St
Reading, PA 19601


Maria Guerra
1715 Gates Ave  2B
Ridgewood, NY 11385

Maria Guerrero
3676 Blue Lake Avenue
Las Vegas, NV 89115

Maria Johnson
1658 Campaign Road
Bidwell, OH 45614

Maria Kennon
230 Cochise Lane
Bisbee, AZ 85603

Maria L Aramburo
830 Conception Avenue
Spring Valley, CA 91977

Maria L Ceniceros
512 McCandless Avenue
Pittsburgh, PA 15201

Maria Lane
3730 Sagamore Drive
Greensboro, NC 27410

Maria Luisa Salcido
98 W 36th Pl
Yuma, AZ 85365


Maria Luz Miguez
PO Box 4570
San Luis, AZ 85349


Maria Manno
2608 1 2 Heron Lane
Clenshaw, PA 15116


Maria Marconi
5127 Karrington Drive
Gibsonia, PA 15044


Maria Martinez
3864 Valley Meadow Drive
Las Vegas, NV 89120


Maria Mullary
1184 Cooper St
Deptford, NJ 08096

Maria Nicholson
19805 N 47th Lane
Glendale, AZ 85308

Maria Novales
427 Mulberry St
Reading, PA 19604

Maria Ollis
#8 493 Barnett Drive
Kingsport, TN 37664

Maria ONeill
4406 Shelmire Avenue
Philadelphia, PA 19136

Maria Perez
1433 S 10th Ave
Yuma, AZ 85364

Maria R Volpe
2312 7th St NW
Canton, OH 44708

Maria Rivera
641 Atlantic Street Apt 4
Bethlehem, PA 18015


Maria Rollinson
12405 N 51 Lane
Glendale, AZ 85304


Maria Rosado
449 Redfern Street
Trenton, NJ 08610


Maria S Finazzo Hernandez
762 S Cedar Street
Lititz, PA 17543


Maria S Wilson
1313 Warrick Place NE
Canton, OH 44714


Maria Santos
210 Creek Road
Delanco, NJ 08075

Maria Silva
1805 Cristal Chimes Drive
Las Vegas, NV 89106

Maria Spece
310 New Dorwart Street
Lancaster, PA 17603

Maria Trujillo
179 North 10th Avenue
Yuma, AZ 85364

Maria Valenzuela
255 E Auburn Dr
Tempe, AZ 85283

Maria Villalobos
12241 E 39th Way
Yuma, AZ 85367

Maria Westbeld
435 Morse Ave
Dayton, OH 45420

Maria Wyda
2009 W Morningside Drive
Phoenix, AZ 85023


Maria Zambrano
241 Southside Drive
Meminnville, TN 37110


Maria Zavala
326 South 7th Street
Reading, PA 19602


Maria Zayes
25720 W Globe Ave
Buckeye, AZ 85326


Marian A Douglas
6924 Carmel Street
Columbia, SC 29203


Marian Bogatkevitch
1709 Canyon Oaks Drive
Mt Pleasant, SC 29464

Marian Frances Judice
435 South Church Street
DuBois, PA 15801


Marian Glick
2127 S Ninth Street  Apt 1
Allentown, PA 18103


Marian Marracco
353 39th St
Avalon, NJ 08202


Marian Mitchem Matthews
1816 Hatfield Street
Columbia, SC 29204


Marian Olivas
4695 Castleton Drive
Farfield, OH 45014


Marianne C Honard
249 Beachgrove Drive
Erie, PA 16505

Marianne Kucinski
3531 W 50th St
Cleveland, OH 44102


Marianne Mancuso
106 N Brockway Ave
Youngstown, OH 44509


Marianne Shepard
8925 E Street  Rt 55
Casstown, OH 45312


Mariasha  Giral
20 West Canal St  Apt 225
Winooski, VT 05404


Marice Cleaves
5145 Sinia Drive
Mason, TN 38049


Maricela Sandoval
336 Independence Street
San Luis, AZ 85349

Marie  McGuire
50 Greenwood Drive
Blackwood, NJ 08012


Marie  Meyer
448 Majory Way
Sun Prairie, WI 53590


Marie Ayen
33069 Jackson Loop
Locust Grove, VA 22508


Marie B Farook
141 Robinson Street Apt 39
Pittsburgh, PA 15213


Marie Clark
404 Christian Street
Philadelphia, PA 19147


Marie F Dawson
311 A Hulton Road
Verona, PA 15147

Marie Gibson
167 Nathan Ridge Lane
Gadsden, SC 29052


Marie Hummel
5718 Captain Kidd Road
Hollywood, SC 29449


Marie J Casuccio
1435 Georgia Street
Aliquippa, PA 15001


Marie L Arbogast
206 Maple St
Orville, OH 44667


Marie Levaforeg
905 Revono Avenue #2
Trenton, NJ 08629


Marie M Shank
100 N Harmony Road
Penn Run, PA 15765

Marie Militana
216 S. Orange Drive
Los Angeles, CA 90036


Marie Sprenger
155 Gloucester Drive
Medina, OH 44256


Marie T Deem
113 Lammert Drive
Glenshaw, PA 15116


Marie T Zorn
2637 E 43rd Street
Erie, PA 16510


Marie Thomas
3522 W Dunlap #177
Phoenix, AZ 85051


Mariela Macias Magana
207 Alexander Point Drive
Hopkins, SC 29061

Marilin Lott
1073 Oak Shade Lane
Henderson, NV 89015


Marilu Penaloza Arroyo
3050 Nellis Blvd
Las Vegas, NV 89121


Marilyn  Bossman
454 Wood Avenue
Cincinnati, OH 45220


Marilyn  Lynn
2196 N 600 Road
Eudora, KS 66025


Marilyn  Robinson
139 17th Street NW Apt 37
Canton, OH 44703


Marilyn  Sidders
5404 West Clinton St
Albany, OH 45710

Marilyn Cruz
821 W Chew Street  Apt 2
Allentown, PA 18102


Marilyn Deffenbaugh
1440 S Val Vista  #1077
Mesa, AZ 85204


Marilyn Diekmann
1204 Twp Hwy 267
Amsterdam, OH 43903


Marilyn Drayton
3 Kirkwall Court
Columbia, SC 29229


Marilyn Guerrero
207 Prosperity Court
Toms River, NJ 08755


Marilyn L Northcutt
1211 Stoney Point Lane
Franklin, TN 37067

Marilyn Lewis DiRoberto
5732 Keystone Crest Street
North Las Vegas, NV 89081


Marilyn McDonough
1834 Dewitt Drive
Dayton, OH 45406


Marilyn Rodriguez
1021 South Hall Street
Allentown, PA 18103


Marilyn Rooks
505 South 19th Street
West Memphis, AR 72301


Marilyn Seewagon
329 Madison Ave
Langhorne, PA 19047


Marilyn Sue Casto
1191 Oak Grove Road
Waverly, WV 26184

Marilyn Sue Rice
47381 Morning Star Road
Racine, OH 45771


Marilyn Zurawski
8822 N 35th Drive
Phoenix, AZ 85051


Marina Michele Jeffery
1210 Bryn Mawr St
Scranton, PA 18604


Marina Parker
6096 Bartlett #2
Memphis, TN 38134


Marina Showalter
211 25th Street SW
Canton, OH 44706


Marina Whitehead
728 Woodward Rd
Penfield, PA 15849

Marino  Canals
7309 Ossa De Mar
Henderson, NV 89062


Marino Mariche
212 Roundtree Court
Gaston, SC 29053


Mario  Padron
1223 State Street
Emporia, KS 66801


Mario A Sollecchio
548 Newport Dr
Greensburg, PA 15601


Mario Glover
3421 Fawnwood Place
Nashville, TN 37207


Mario Jelinic
17555 W Desert Sage Drive
Goodyear, AZ 85338

Mario Mairena
35 Bruce Street
Stafford, VA 22554

Mario Oliveros
5409 S. 1st Avenue
Phoenix, AZ 85041

Mario P Carby
PO Box 11181
Las Vegas, NV 89111

Mario Perez Valenzuela
1000 Lexington Farms Drive
Spring Hill, TN 37174

Mario Raul Santos
3630 Camino Del Vara
Sierra Vista, AZ 85650

Mario Russo
18 Athena Drive
Baldwinsville, NY 13027

Mario Wiggins
6659 Bambino Road
Tucson, AZ 85746


Mario Yarbrough
4118 Aux Arms Drive
Memphis, TN 38128


Marion Cooper
302 Raven Road
Stephens City, VA 22655


Marion D Marsh
78 Forest Lane
Blairsville, PA 15717


Marion Gaskin
2165 Edisto Avenue
Charleston, SC 29412


Marion Gehman
200 Swamp Creek Rd
Gilbertsville, PA 19525

Marion Gregory OBarr
3400 Daniel Lane  Apt 303
Monroeville, PA 15146




Marion H Wallace
209 Evelyn Avenue
Nashville, TN 37205




Marion J Lopez Fernandez
144 Susina Drive
Leesburg, GA 31763




Marion M. Hobbs
5021 Louisa Court
Cleveland, OH 44127




Marion Mack
1600 Harden Street
Columbia, SC 29204




Marion Minaudo
218 Sulpher springs Rd
Asheville, NC 28806

Marion Ordak
402 roosevelt Ave
Bessemer, PA 16112

Marion Soliven
109 shairpin Lane
Greenville, SC 29607

Marisa Grochowski
1112 Oakmont Rd.
Clarks Summit, PA 18411

Marisa Nia Madison
P.O. Box 330671
Nashville, TN 37203

Marisa Osborne
4711 Valley Brook Drive
Englewood, OH 45322

Marisa Santiago
712 Franklin St
Woodbine, NJ 08270

Marisela Arroyo
5900 W Tropicana No 5
Las Vegas, NV 89103


Marisol Becerra
1405 Rolls Royce Road
North Las Vegas, NV 89031


Marisol Gonzalez
4401 Benner Street
Philadelphia, PA 19135


Marissa  Sheeley
1500 Wright Street
Bellefontaine, OH 43311


Marissa  Sonday
17 Cherry St
Pine Grove, PA 17963


Marissa  Wiegand
3546 E Rio Pelle
Gilbert, AZ 85298

Marita  Greenwood
3233 Beaumont NW
Massillon, OH 44647


Marita Kerr
904 Robin Drive
Apollo, PA 15613


Marius L Rush
216 Stonedale Way
Nashville, TN 37013


Marjorie A  Flanigan
14 Pointview Road
Pittsburgh, PA 15227


Marjorie Blanton
400  Heartwood Dr
Lexington, SC 29073


Marjorie E Waldron
3601 State Route 703  Lot 60
Celina, OH 45822

Marjorie J Hess
203 Hunters Ridge
Brownsville, PA 15417


Marjorie L Halloran
10 Echo Valley Drive
Ephrata, PA 17522


Marjorie McKeaver
1209 Highland Road NE
Canton, OH 44704


Marjorie Palmer
324 Kramer Way
Pittsburgh, PA 15211


Marjorie Paternoster
108 Lauren Lane
Manchester, NJ 08759


Marjorie Stevens
2441 Applewood Dr
Orefield, PA 18069

Marjory Coleman
87 Second Street
Shelby, OH 44875

Mark  Campbell
5346 E Herrera Drive
Phoenix, AZ 85054

Mark  Cann
225 Brookstone Lane
Irmo, SC 29063

Mark  Christopher
601 Hazel Lane
Philadelphia, PA 19116

Mark  Dansizen
400 Lookout Court
Avon Lake, OH 44012

Mark  Davis
286 Doctors Path
Riverhead, NJ 11901

Mark  Gigliotti
850 Presque Isle Dr
Pittsburgh, PA 15239

Mark  Godfrey
2011 West Harrison
Chandler, AZ 85224

Mark  Greenberg
301 East Mill Rd
Flourtown, PA 19031

Mark  Hansen
1089 Deleisseline
Mount Pleasant, SC 29464

Mark  Hendley
2522 PR 1169
Farmersville, TX 75442

Mark  Herley
1204 Fayette Street
Conshohocken, PA 19428

```
Mark  Huff
7418 Bridle Dr
Nashville, TN 37221




Mark  Huff
46003 Carter Rd
New Waterford, OH 44445




Mark  Jaruszewski
8224 Kingslee Rd
Bloomington, MN 55438




Mark  Kirkland
602 Monroe St
Madisonville, TN 37354




Mark  Manning
81 Filbert Avenue
Sausalito, CA 94965




Mark  Miller
2375 State Route 39
Sugarcreek, OH 44681
```

```
Mark  Phy
803 Mooreland Hills Drive
Mount Juliet, TN 37122



Mark  Robinson
PO Box 746
Monticello, AR 71657



Mark  Smith
555 Cricket Lane
Downington, PA 19335



Mark  Spaziani
160 Lindberg Dr
Aliquippa, PA 15001



Mark  Wait
1245 Vintage Place
Nashville, TN 37215



Mark  Walker
209 West 4th St
Livingston, TN 38570
```

Mark  Wright
4123 E Spur Drive
Cave Creek, AZ 85331


Mark & Marie Walsh
6015 Fieldstone Circle
Charleston, SC 29414


Mark A Davis II
4013 Heath Road
Finleyville, PA 15332


Mark A Evans
1816 Chestnut Ridge Drive
Pittsburgh, PA 15205


Mark A Ginn
1209 W Vineyard
Phoenix, AZ 85041


Mark A Hafer
2437 Beckler Road
New Marshfield, Oh 45766

Mark A Hatter
58 Mahantonga Street
Tremont, PA 17981

Mark A Hinz
2366 Route 45
Rock Creek, OH 44084

Mark A Kirlin
6 Kristine Ave
Boyertown, PA 19512

Mark A Leigey
16 H Hellers Church Road
Leola, PA 17540

Mark A Lovey Jr
8 McCormick Avenue
Uniontown, PA 15401

Mark A Mahen
1503 Timberglen Drive
Imperial, PA 15126

```
Mark A Sewards
16 Watt Street
Athens, OH 45701




Mark A Smith
4029 Meadow View Circle
Pleasant View, TN 37146




Mark A Stanko
482 Gardenwood Drive
Boardman, OH 44512




Mark A Suchevits
74 Gilmore Street
Uniontown, PA 15401




Mark A Vandzura
2622 Dakota Street
Bryans Road, MD 20616




Mark A Whitehouse
9350 Park Road
Utica, KY 42376
```

Mark A Wilson
463 Wolf Ave
Wadsworth, OH 44281


Mark A Wisinski
5210 Washinton Ave
Erie, PA 16509


Mark Abell
121 E South St
Jackson, OH 45640


Mark Adams
119 W Clark
Augusta, KS 37010


Mark Adams
1401 Fair Rd
Sidney, OH 45365


Mark Albert
585 Bodle Road
Wyoming, PA 18644

Mark Bauer
16 Grantwood Lane
St Louis, MO 63123


Mark Beckendorf
2751 E Tyson St
Chandler, AZ 85225


Mark Bellamy
243 TR 1650
Jeromesville, OH 44840


Mark Blakeley
14855 Old Fredericktown Road
East Liverpool, OH 43920


Mark Brehl
193 Ridgeview Drive
Wexford, PA 15090


Mark Brett
7 Jean Place
Old Lyme, CT 06371

Mark Brody
82 Mill Race Drive
Langhorne, PA 19053


Mark C  Sandberg
624 S Wayne St
St Marys, OH 45885


Mark C Brenfleck
#6 Christopher Drive
Philadelphia, PA 19155


Mark C Hite
1410 Westview Dr
Lancaster, PA 17603


Mark C Mercy
825 Glen Leven
Nashville, TN 37204


Mark Campbell
5346 E Herrera Drive
Phoenix, AZ 85054

Mark Carr
225 Brookstone Lane
Irmo, SC 29063


Mark Conroy
756 North Brook Road
Kennet Square, PA 19348


Mark Cooley
1701 Bridgewood Road
Clarksville, TN 37040


Mark Cooper
1020 Briggs LAne
Springhill, TN 37174


Mark Costa
156 Rampart Blvd
New Kensington, PA 15068


Mark Couse
10922 Ashton Road
Northeast, PA 16428

Mark D Diver
45 LeBoeuf Drive  PO Box 921
Waterford, PA 16441

Mark D Drescher
423 N York St
Pottstown, PA 19464

Mark D Feasel
3401 Geneva Drive
Murfreesboro, TN 37128

Mark D King
5037 Rabbit Chase Lane
Arlington, TN 38002

Mark D Uzlik
101 Stephens Street
New Kensington, PA 15068

Mark Daniels
1323 Taylor Avenue
New Kensington, PA 15060

Mark Dearing
532 Waybridge Rd
Toledo, Oh 43612

Mark Dreskler
839 Bryonaire Drive
Mansfield, OH 44903

Mark Duber
544 Brookline Ct
Northfield, OH 44067

Mark Dubiel
1540 Wakefield Avenue
Youngstown, OH 44514

Mark Duhamel
3311 Pine Hollow Dr
Stow, OH 44224

Mark Dziatkowicz
285 Putnam Lane
Weirton, WV 26062

```
Mark E  Glinka
3376 Royal Glinka
Delaware, OH 43015




Mark E  Ruhl
1801 Panther Valley Road
Pine Grove, PA 17963




Mark E  Smith
700 East 7th Ave
Tarentum, PA 15084




Mark E Flinner
422 Union Avenue
New Philadelphia, OH 44663




Mark E Friend
1079 Stoneridge Avenue
Lane, OH 43130




Mark E Kelso
1205 Denivon View Street
Pittsburgh, PA 15205
```

Mark E Kromer
17 Avans Avenue
Reading, PA 19610


Mark E Padelsky
712 Cornwall Rd
State College, PA 16803


Mark E Roberts
54765 Red Lane Road
Cumberland, OH 43732


Mark Ellison
3916 Gaine Drive
Clarksville, TN 37040


Mark English
18436 Lakehaven Court
Baton Rouge, LA 70817


Mark Evans
1561 Hunt Club Drive
Milford, OH 45150

Mark F Kosterny
928 McCartney
Easton, PA 18042


Mark Fiegel
1460 Endicot Way
Mount Pleasant, SC 29466


Mark Flanders
4615 W Boca Raton Road
Glendale, AZ 85306


Mark Frampton
4789 W Tulsa Street
Chandler, AZ 85226


Mark Franks
1035 Pinhook Road
W. Harrison, TN 47060


Mark G Edwards
4140 W Gelding Drive
Phoenix, AZ 85053

Mark Gee
3322 Disston Street
Philadelphia, PA 19149

Mark Gonzalez
509 Spruce Street
Lebanon, PA 17046

Mark Gordon
235 West Chestnut Street  Apt 603
Washington, PA 15301

Mark Grzelak
142 Rose Hill Drive
Pawleys Island, SC 29585

Mark Guzma
2888 Broadhead Road
Aliquippa, PA 15001

Mark Guzzo
2424 Maury Dr
Birmingham, AL 35242

Mark H Johnston
1023 Marietta Ave
Lancaster, PA 17603

Mark Haggard
9000 E Lincoln #512
Wichita, KS 67207

Mark Helton
2480 Via Stella
Henderson, NV 89104

Mark Henderson
1741 w Tamar Rd
Phoenix, AZ 85086

Mark Henley
10235 Mt Holly Rd
Charlotte, NC 28214

Mark Hitchins
231 Chestnut Street
Sewickley, PA 15143

Mark Hofbauer
220 Springdale Rd
Venetia, PA 15367


Mark Hubbard
31 Lambs Road
Jonestown, PA 17038


Mark I  Hooper
30 Woodland Dr
Burgettstown, PA 15021


Mark Isaac Fidler
232 Mill Road
Bernville, PA 19506


Mark J  Beat
4459 State Route 4
Attica, OH 44807


Mark J Eramo
33 Logans Run Road
Enola, PA 17025

Mark J Houseknecht
605 Blue Eagle Avenue
Harrisburg, PA 17112


Mark J Mikela
107 Maple Circle
Elizabeth, PA 15037


Mark J Skinner
P.O. Box 95
Trimble, OH 45782


Mark J Steverding
5781 Silvertree Court
Madison, OH 04457


Mark Jacobs
612 Bayhill Court
Hermitage, TN 37076


Mark Jarvis
7093+9 Colerain Pike
Bridgeport, OH 43912

Mark Johnson
7001 W Charleston Blvd #2060
Las Vegas, NV 89117

Mark Johnson
P.O. Box 21537
Mesa, AZ 85277

Mark Johnson
5874 W. Del Lago Drive
Glendale, AZ 85308

Mark Johnson Jr
1608 Myer Avenue B
McKeesport, PA 15133

Mark K Boomgaard
513 Dove Court
Grand Junction, CO 81507

Mark Kalil
1141 Radnor Glen Road
Brentwood, TN 37027

```
Mark Kathman
2350 Bagby Street  #13204
Houston, TX 77006




Mark Kaufman
12705 W Maya Way
Peoria, AZ 85383




Mark Knable
7334 Lincoln Way West
St Thomas, PA 17252




Mark Knutsend
1908 Highland Ave
Burlington, IA 52601




Mark Kostelny
928 McCartney Street
Easton, PA 18042




Mark L  taylor
175 Pagemont Dr
Medina, TN 38355
```

Mark L McDaniel
1353 Lane on the Lake
Columbus, OH 43235


Mark L Palmo
1331 Anthony Run Rd
Indiana, PA 15701


Mark L Shields
1612 Kimber Road
Wooster, OH 44691


Mark Laack
1111 North Broadway
Green Bay, WI 54303


Mark Lange
7007 West Charles Avenue
Laveen, AZ 85339


Mark Larey
208 Mansfield Drive
Spartanburg, SC 29307

Mark Laubach
59 Raymond Street
Philipsburg, NJ 08865

Mark Lawrence
763 Milanville Road
Beach Lake, PA 18405

Mark Leininger
6446 St Rt 118
Celina, OH 45822

Mark Lemons
1310 Taylor Road
Manchester, TN 37355

Mark Letusick
291 County Road 17
Rayland, OH 43943

Mark Lockett
221 Shadowood Dr
Johnson City, TN 37604

Mark Lonsway
630 Crofton Park Lane
Franklin, TN 37069


Mark Lukens
8836 Blitzen Avenue
North Canton, OH 44720


Mark Lutynsky
108 Ridgewood Dr
Sarver, PA 16055


Mark M Faut
2160 E Flintlock Way
Chandler, AZ 85249


Mark M Moss
4035 Duckcreek Road
North Jackson, OH 44451


Mark M Ruzic
13609 Drexmore
Cleveland, OH 44120

Mark MacVittie
398 W Jasper Drive
Chandler, AZ 85225

Mark Mahony
2325 Wyland Avenue
Allison Park, PA 15101

Mark Maturen
7390 Maceday Lake Road
Waterford, MI 48329

Mark McCoy
5040 Sutherland Drive
Columbus, OH 43207

Mark McCready
2 Bentlee Court
Quispamsis, NB E2E4K5
CANADA

Mark McCroskey
1485 Deer Run Drive
Ft Gibson, OK 74434

Mark McGlashen
2406 Country Club Ct
Davison, MI 48423


Mark Musial
2192 Ben Franklin Drive
Pittsburgh, PA 15237


Mark Noble
2078 Waynesburg Rd NW
Carrollton, OH 44615


Mark Orndorff
105 Woodranch Lane
Moore, SC 29369


Mark Oyer
1866 Robin Way
Bethlehem, PA 18018


Mark P Adams
216B East Baldwin Road
Panama City, FL 32405

Mark P Barbus
601 Ridge Road  Apt G1
Sellersville, PA 18960


Mark Pollan
12710 Eldrid Place
Silver Spring, MD 20904


Mark R Roth
2109 Cross Creek Rd
Macungie, PA 18062


Mark R Van Lenten
75 Talon Drive
Ephrata, PA 17522


Mark Reeder
3801 E Irma Lane
Phoenix, AZ 85050


Mark Reese
9061 Rooks Road
Centerville, OH 45458

Mark Reidenbaugh
30 Horseshoe Drive
Ephrata, PA 17522

Mark Rhodes
234 Voyager Estates
West Newton, PA 15089

Mark Robin
309 Terry Trace
Nashville, TN 37205

Mark S Crabtree
1272 Willowridge Drive
Beavercreek, OH 45434

Mark S Gaddy
1577 Neshaminy Valley Dr
Bensalem, PA 19020

Mark S Trew
11 Fairview Road
Pittsburgh, PA 15221

Mark Schaeve
3007 Treeside Street NW
Canton, OH 44709


Mark Sentner
211 Sixth Avenue
Pittsburgh, PA 15229


Mark Shoemaker
1429 Brynmawr Street
Scranton, PA 18504


Mark Shust
6474 State Road
Cleveland, OH 44134


Mark Simmonds
160 Patten Circle
Albrightsville, PA 18210


Mark Simonek
4623 E Ardmore Road
Phoenix, AZ 85044

Mark Smeby
7043 Penbrook Drive
Frankllin, TN 37069

Mark Smith
8730 Glenloch Street
Philadelphia, PA 19136

Mark Snipe
5527 Stanton Ave
Pittsburgh, PA 15206

Mark Sobota
RD 1 Box 190 S
Acme, PA 15610

Mark Spagnuolo
62 S Thomas Avenue
Kingston, PA 18704

Mark Spengler
2382 Turnbury Road
Culbertsville, PA 19575

Mark Starcher
3483 Clay Road
Spencer, WV 25276


Mark Stephens
PO Box 220771
Chantilly, VA 20153


Mark Stevens
1053 Baier Ave NE
Louisville, OH 44641


Mark Stuyvesant
PO Box 264
Belmont, WV 26134


Mark T Finney
1851 Joel Road
Carthage, NC 28327


Mark T Huffman
3522 37th Street
New Brighton, PA 15066

Mark Thomas
611 Terry Avenue NE
Massillon, OH 44646


Mark Timothy Rangel
2418 W Brilliant Sky Drive
Phoenix, AZ 85085


Mark Tiounoff
114 Devon Road
Cinnaminson, NJ 08077


Mark Torres
2516 S 102nd Lane
Tolleson, AZ 85353


Mark Travis
850 Bonney Lane  #300
Bellefontaine, OH 43311


Mark V Miglicio
77 W High Street
Yoe, PA 17313

Mark Venuti
508 Southern Turf Drive
Nashville, TN 37211

Mark W McCormack
398 Kings Highway  Lot 72
Marysville, PA 17053

Mark W Meekins
2332 W Sienna Bouquet Place
Phoenix, AZ 85085

Mark W Montgomery
1102 Spruce Grove Road
Oxford, PA 19363

Mark Weber
4850 Graywood Ave
Long Beach, CA 90808

Mark Wehner
3511 Woodmont Lane
Nashville, TN 37215

Mark Whitmore
1056 Weeks Road
Panama, NY 14767

Mark Whitt
8276 Chippenham Drive
Dublin, OH 43016

Mark Workman
1035 N 2nd St
Mesa, AZ 85201

Mark Woydick
107 Heinz Court
Johnstown, PA 15907

Mark Youngman
5103 Nashville Highway
Chapel Hill, TN 37034

Markeia T Jones
109 Indian Trail Rd
Cape May Court House, NJ 08210

Markos Mendoza
833 Aspen Peak Loop #2611
Las Vegas, NV 89011

Markus Grabants
1136 Shoreline Drive
Stanley, NC 28164

Marla J Romero
PO Box 292
Loganville, PA 17342

Marla L Pitt
110 Pennsylvania Ave
Mount Gretna, PA 17064

Marla Soto
515 N Ninth Street
Allentown, PA 18102

Marla Stamper
3626 Springmill Road
Shelby, OH 44875

Marla Tajeda
1785 Chapel Avenue
Allentown, PA 18103


Marlane Peak
102 Carriage Way
Brentwood, TN 37027


Marlee  Hoffman
5625 E Nauni Vally Dr
Paradise Valley, AZ 85253


Marlen B Jacobs
8020 NE 128th Avenue
Kirkland, WA 98034


Marlen Torres Delgado
500 Piccadilly Row  Apt 126
Antioch, TN 37013


Marlene Adkins
4493 Lomita St
Las Vegas, NV 89121

Marlene Chaiken
675 E Street E Rd Apt
Warminster, PA 18974

Marlene Hocevar
2518 Tupelo Ddrive
Roaming Shores, OH 44084

Marlene Johnson
406 Harrison Avenue
Greensburg, PA 15601

Marlene Jones
2136 Medary Avenue
Philadelphia, PA 19138

Marlene K Henschen
11123 State Route 29
New Knoxville, OH 45871

Marlene M Lewis
3915 Superior St
Munhall, PA 15120

Marlene M Weldon
430 N Hanover Street
Hershey, PA 17033


Marlene Marckisotto
8021 Apt A Saltsburg Rd
Pittsburgh, PA 15239


Marlenia Overholt
PO Box 832
Hendersonville, TN 37077


Marlin D  Carpenter
5002 E Windsor Ave
Phoenix, AZ 85008


Marlin Rhoads
549 Frysville Road
York, PA 17406


Marlisa A Kreiser
89 Moonshine Rd
Jonestown, PA 17038

Marlo Sturgis
1979a Quaker Valley
Fishertown, PA 15539

Marlon A Hill Sr
1600 Harrell Road
Arlington, TN 38002

Marlyn Barbosa
920 Plane Street Apt 4204
Columbia, PA 17512

Marlyn Lovett
134 Colony Avenue
Park Ridge, NJ 07656

Marques D Russell
112 Lafayette AVe
Darby, PA 19023

Marques Penn
1418 Bellaire Place
Pitsburgh, PA 15226

Marquette Carter
1152 Rutland Road Apt 1
Memphis, TN 38114


Marquita  Darden
605 /w Market Street
West Chester, PA 19382


Marquita L Harris
1253 Dickson Street
Pittsburgh, PA 15212


Marris Alecsa
6539 West Eagle Talon Trail
Phoenix, AZ 85085


Marsha Cates
42 Club Court
Stroudsburg, PA 18360


Marsha E Gibbs
134 S Pierce Street
Galion, OH 44833

Marsha Kurpakus
1229 Forest Avenue
New Kensington, PA 15068

Marsha M Raineri
73 Seventh Street
Midland, PA 15059

Marsha R Nusbaum
2154 Enoff Drive
Westminster, MD 21157

Marsha R Phillips
235 Canal Rd NW
Baltimore, OH 43105

Marsha Sayer
109 White Pine Avenue
Hamburg, PA 19526

Marshall Blair
608 Hanford Street
Columbus, OH 43206

Marshall Davis III
2123 Brodhead Road
Aliquippa, PA 15001

Marshall Dennehey Warner
1845 Walnut Street
Philadelphia, PA 19103

Marshall Hill
700 McKinley Apt 713
Canton, OH 44703

Marshall J Bravo
8 Gaskel Street
Pittsburgh, PA 15211

Marshall Kahn
3432 E Manso Street
Phoenix, AZ 85044

Marshall L Bingham
148 9th Ave
New Paris, PA 15554

Marshall McFarland
54 Park Ave
Shelby, OH 44875


Marshall Nickens Jr.
106 Haven St
Hendersonville, TN 37075


Marshall Shumate
748 Hill Road
Brentwood, TN 37027


Marshall Tolley
11281 Eureka Road  PO Box 156
McKean, PA 16426


Marshall Watson
721 Forrest Cove Court
Clarksville, TN 37040


Marshall Wiemer
35 Browns Drive
Easton, PA 18042

Marshia B Waddell
12232 Mantle Drive
Jacksonville, FL 32224


Marta Monegro
870 North Vine Street
Hazelton, PA 18201


Marta Thomas
695 West Ladd Avenue
Bloomington, IN 47403


Martez D Moore
122 Cumberland Shores Drive
Hendersonville, TN 37075


Martha  Durst
55498 Fourth Ave
Reedsville, OH 45772


Martha  Eden
1430 Gravel Hill Road
Bethpage, TN 37022

Martha  Rogowsky
1894 Bentley Dr
Salem, OH 44460


Martha  Rowell
202 s Main St
Gaston, SC 29053


Martha A Silver
3855 Mill Drive
Zanesville, OH 43701


Martha Ann Ferkel
28 Plantation Drive
Manning, SC 29202


Martha Ballenger
1831 University Circle
Charlottesville, VA 22903


Martha Blanc
336 Paxinosa Ave.
Easton, PA 18042

Martha Cabrera de Sosa
1166 Liberty Street
San Luis, AZ 85349


Martha Coulbourne
244 N Simpson St
Philadelphia, PA 19139


Martha D Becker
513 Stacy Sq Terrace
Nashville, TN 37221


Martha Durst
55498 Fourth Ave
Reedsville, OH 45772


Martha Englund
PO Box 250
Cashion, AZ 85329


Martha J  Wilson
2227 Aplegrove Street NW
North Canton, OH 44720

Martha J Golea
4333 N 24th Street  #205
Phoenix, AZ 85016


Martha J Weber
3606 Cambria Street
Munhall, PA 15120


Martha Jane Sellars
1209 W Sixteenth Street
Tempe, AZ 85281


Martha L. Gorham
6100 Jocelyn Hollow Road
Nashville, TN 37205


Martha Llama
1957 Dwarf STar
Las Vegas, NV 89115


Martha Pratt
135 Sturbridge Drive
Franklin, TN 37064

Martha S. Lawson
819 12th Street
New Brighton, PA 15066


Marti Burdiss
760 Charter Drive  Unit D-17
Longs, SC 29568


Martin  Koster
900 E Pearl St #3
Butler, PA 16001


Martin  McKee
607 Ridgemont Avenue
Pittsburgh, PA 15220


Martin  Torresa Conde
930 Birch St
Reading, PA 19604


Martin A Kirsch
232 Fees Lane  Box 127
Nicktown, PA 15762

Martin Alver
4307 Arwind Court
Louisville, KY 40245


Martin Avila
1508 Lynbrooke Drive
Yardley, PA 19067


Martin C Tima
2240 Interlake Dr
Lake Havasu City, AZ 86403


Martin Clement Jr.
13022 County RT 123
Henderson Harbor, NY 13651


Martin Cole
6333 Salmon Drive  Apt 6
Memphis, TN 38115


Martin Cripps
PO Box 191
Wildwood, NJ 08260

Martin D Willis
401 Bowling Avenue #50
Nashville, TN 37205




Martin Davis
339 Chestnut Street
Mount Carmel, PA 17851




Martin Donahue
504 Blue Mountain Rd
Schuylkill Haven, PA 17972




Martin G Harrison
310 Mackey Street
Vienna, OH 44473




Martin Gregus
352 Cherrywood Dr
Clementon, NJ 08021




Martin L Mitchell
115 Dundee Lane
Columbia, SC 29203

Martin M Mikulka
128 Summit Street
Edwardsville, PA 18704


Martin McDonald
1218 Arrott Street
Philadelphia, PA 19124


Martin McElhaney
3536 W Andora Drive
Phoenix, AZ 85029


Martin Mosesso
1827 President Drive
Glenshaw, PA 15116


Martin P Gismondi
728 Brown Street
Everson, PA 15631


Martin Pahula
18 Venice Drive
Smock, PA 15480

Martin Parrales
2009 Canyon Breeze Drive
Las Vegas, NV 89134


Martin R Spears
7316 Middlebrook Circle
Nashville, TN 37221


Martin Raphael
2220 W Mission Lane #2153
Phoenix, AZ 85021


Martin Ruiz
9047 Calle Carlos
Tempe, AZ 85283


Martin Salloumi
2105 Newell Street
Sterling Hieghts, MI 48310


Martin Sewell
261 Co Rd 364
Niota, TN 37826

Martin W Saltsman
PO 2336   7001 Leisure lane
Carefree, AZ 85377


Martin Weber
3745 Harriet Avenue S  Apt 102
Minneapolis, MN 55409


Martin Wood
410 E. Clay St
Panora, IA 50216


Martin Yohana
2746 Heritage Avenue
Canton, OH 44718


Martina M Davanzo
918 Chelsea Dr
Easton, PA 18045


Martine Nielsen
120 Parker Avenue
Easton, PA 18084

Marty  Mitchell
1 Eola Dr  No 3
Orlando, FL 32801


Marty Halprin
760 Lanark Street
Winnipeg, MB R3N1M3
CANADA


Marty Machi
5850 centre Ave # 308
Pittsburgh, PA 15206


Marvin  Hall Jr
149 Victoria Street
Youngstown, OH 44510


Marvin Farmer
2226 Greenfield Drive
Northfield, MN 55057


Marvin Hardy
7309 Somerset Street
Pittsburgh, PA 15235

Marvin Kronenberg
3813 Abbot Martin Rd
Nashville, TN 37215

Marvin L Foster
210 Wayne Ave
Carrollton, OH 44615

Marvin L Meadows
9339 State Route 159  Apt 3
Chillicothe, OH 45601

Marvin Myers
6822 Baile Rd
Las Vegas, NV 89146

Marvin Sauers
311 Delicious Lane
Sugarloaf, PA 18249

Marvin Spuers
311 Delicious Dr
Sugarloaf, PA 18249

Marvin W Fulmer
258 Long Boys Trail
Newberry, SC 29108

Marvis B Gonzalez
P.O. Box 6226
Sevierville, TN 37864

Mary  Craig
5612 Township Road 54
Salineville, OH 43945

Mary  Dupre
1601 S Sandhill No62
Las Vegas, NV 89104

Mary  Edwards
4221 State Route 762
Lockbourne, OH 43131

Mary  Gardner
226 Calmar Dr
Verona, PA 15147

Mary  Hatcher
2536 W Nichols Street
Philadelphia, PA 19121

Mary  Laudeman
719 Lytle Street
Minersville, PA 17954

Mary  Lopez
3109 Mercer Rd
New Castle, PA 16105

Mary  Nance
303 Norththree Rivers Apartments
FT Wayne, IN 46802

Mary  Temorio
2606 S Durango Dr
Las Vegas, NV 89117

Mary  Wrbas
7138 Belle Riviere
Pittsburgh, PA 15202

Mary A Lantz
26079 E Hornsby Road
Coolville, OH 45723


Mary A Mace
12949 Liars Corner Road
Millfield, OH 45761


Mary A Mikula
PO Box 172  176 Farmington Ohiopyle Road
Farmington, PA 15437


Mary A Miser
40 Manito Trail
Malvern, OH 44614


Mary A Parks
112 Third St
Fountain Inn, SC 29644


Mary A Reaggle
112 Varndell St
Uniontown, PA 15401

Mary A Stangil
525 Wild Mint Lane
Allentown, PA 18104


Mary A Taylor
427 Greenbriar Lane
Charleston, SC 29412


Mary A Vallely
3676 Bethel NWL Rd
New Wilmington, PA 16142


Mary A Wagner
2721 Oakwood Street
Erie, PA 16508


Mary Ada Campagna
1344 Riverside Drive
Oil City, PA 16301


Mary Alice Rouslin
232 Inverness Drive
Murfreesboro, TN 37129

Mary Ann  Gutkowski
410 Pin Oak Dr
Glenshaw, PA 15116

Mary Ann Belcher
PO Box 1237  102 Cougar Drive
Elkhorn City, KY 41522

Mary Ann Fischer
126 Dowbush Road
Lehighton, PA 18235

Mary Ann Franjesh
2477 Bowers St  NW
Uniontown, OH 44685

Mary Ann Gwynn
3470 Enclave Mill Ct
Dacula, GA 30019

Mary Ann Rubolino
1144 Country Road
Bethel Park, PA 15102

Mary Ann Rusnak
1335 Broad Ave
Belle Vernon, PA 15012


Mary Anna Matase
755 Maple Lane
Easton, PA 18045


Mary Anne D Esposito
11 Freedom Lane
Levittown, PA 19055


Mary Ash
11980 State Route 78
Glouster, OH 45732


Mary B Lake
1299 Columbia Highway
Saluda, SC 29138


Mary Beth Green
3983 Basswood Avenue
Grove City, OH 43123

Mary Bolds
2507 N Marston
Philadelphia, PA 19132

Mary Bradley
1633 South 16th Street
Coshocton, OH 43812

Mary C Braun
751 Bedford Street  Lot 100
Celina, OH 45822

Mary C Cross
1000 Bedford Ave SW
Canton, OH 44710

Mary C Hubbard
3813 N Barron
Mesa, AZ 85207

Mary C Johnston
1009 Beech Grove Rd
Brentwood, TN 37027

Mary C Porter
35 Vesta Avenue  PO Box 182
Fredricktown, PA 15333

Mary C Reed
302 Reifert St
Pittsburgh, PA 15210

Mary C Ross
1522 Hyndman Street
S Connellsville, PA 15425

Mary C Taylor
42 Glenn Way
McKees Rocks, PA 15136

Mary C Weiser
PO Box 436  Lehigh Street
Cumbola, PA 17930

Mary Chaney
919 Hillcrest Drive
Murfreesboro, TN 37129

Mary Church
59222 Patch Road
New Concord, OH 43762


Mary Collins
507 Hickory Street
Hollidaysburg, PA 16648


Mary Darby
755 Fairview Lane
Gardnerville, NV 89460


Mary DeAngelis
905 1st Avenue
Coraopolis, PA 15108


Mary Didde Esther
18501 Palamino Drive
Tempe, AZ 85284


Mary E  DiNunzio
755 Park Rd
Lansdale, PA 19446

Mary E Bishop
2004 Field Farm Ct
Spring Hill, TN 37174

Mary E Campbell
RR3 Box 194
Hollidaysburg, PS 16648

Mary E Coen
19830 Felton Road
Stewart, OH 45778

Mary E Fetrow
4408 Twelfth Street  SW
Canton, OH 44710

Mary E Fitzgerald
3849 Brownsville Rd
Pittsburgh, PA 15227

Mary E Kitner
23 Bimini Drive
Manheim, PA 17545

Mary E Lloyd
121 Wood St
Industry, PA 15052

Mary E Long
309 Smith Street
Ansonia, OH 45303

Mary E Maddey
642 Melrose Avenue
Ambridge, PA 15003

Mary E McCasland
6726 S Lakeshore Drive
Tempe, AZ 85283

Mary E McKane
2633 Bear Den Road
Frederick, MD 21701

Mary E Robinette
8345 Marsh Street
New Marshfield, OH 45766

Mary E Spivey
1515 Bridgecrest Dr
Antioch, TN 37013


Mary E Van Horn
6777 Wood Rd
Chesterhill, OH 43728


Mary Ebner
1885 Battlesburg
East Sparta, Oh 44626


Mary Elizabeth Beach
4925 Lake Palmetto Lane
Ladron, SC 29456


Mary Elizabeth Doherty
2425 Deerbourne Drive
Brentwood, TN 37027


Mary Elizabeth Forney
3864 Derry St
Harrisburg, PA 17111

Mary Elizabeth Showman
8234 Waynesburg Drive
Waynesburg, OH 44688


Mary F Mence
232 E Fifteenth Avenue
Homestead, PA 15120


Mary F Miller
14365 Church Street
Wattsburg, PA 16442


Mary G Collins
P.O. Box 582
Mt Pleasant, TN 38474


Mary G Mercier
425 East Maddison Street
Rochester, PA 15074


Mary Gabriel
95 E First Street
The Plains, OH 45780

Mary Gibson
836 Carteret Avenue
Trenton, NJ 08618

Mary Goetz
980 1/2 Findley Avenue
Zanesville, OH 43701

Mary Griffie
620 Benders Ch Road
Biglerville, PA 17307

Mary H Glenn
4444 Ridge Road
Columbus, MS 29705

Mary H Hawkins
340 Southern Lane
Wexton, SC 29170

Mary Hall
3910 Henricks Hill Drive
Smyrna, TN 37167

Mary Harrison
29413 Miller Station Road
Cambridge Springs, PA 16403

Mary Hasychak
229 Painter Ave
Greensburg, PA 15601

Mary Hayes
2848 Johnstown Road
Columbia, OH 43219

Mary Henderson
4914 Mead Avenue
Cleveland, OH 44127

Mary Ho
7006 Sedan Avenue
West Hills, CA 91307

Mary Holbrook
1981 Grove Avenue
Lancaster, OH 43130

Mary Howard
6142 State Route 772
Chillicothe, OH 45601


Mary Hughes
617 W Kelton Lane
Phoenix, AZ 85023


Mary I Jackson
624 Sunny Slope
Emporia, KS 66801


Mary J Lamping
461 Greendale Road
Kane, PA 16735


Mary J Olson
8552 Reserve Drive
Poland, OH 44514


Mary Jane Chorniak
9233 Highfield Drive
Millfield, OH 45761

Mary Jane Hauer
25 North Mill Street
Jonestown, PA 17038


Mary Jane Hoysock
8 Dodd St  PO Box 302
Cumbola, PA 17930


Mary Jane Hughes
245B Connellsville Street
Dunbar, PA 15431


Mary Jane James
253 Cove Street
Everett, PA 15537


Mary Jane Joraskie
306 S. Vine St
Mt Carmel, PA 17851


Mary Jane Rudnik
673 22nd Avenue NE
Minneapolis, MN 55418

Mary Jane Sweigart
2105 Graystone Rd
East Petersburg, PA 17520

Mary Jane Williams
1727 Kenneth Avenue
Arnold, PA 15068

Mary Jill Goodman
13824 North 30th Street
Phoenix, AZ 85032

Mary Jo Boettler
486 Royer Avenue NW
N Canton, OH 44720

Mary Jo Casillo
1440 W. 45th Street
Erie, PA 16509

Mary Jo Lobrutto
27 Brian Avenue
Williamsville, NY 14221

Mary Jo M Frank
39488 Staneart Road
Albany, OH 45710


Mary Jo Rulnick
722 Blue Ridge Road
Pittsburgh, PA 15239


Mary Joann Arrigoni
443 Highland Avenue
Charleroi, PA 15022


Mary Joann Sheeler
801 W Harrison
Chandler, AZ 85225


Mary K Hewlett
3428 Minkers Run Rd
Nelsonville, OH 45764


Mary K Leach
2447 Doeview Court
Cincinnati, OH 45230

Mary K Root
902 Burke Ave
McComb, MS 39648

Mary K Turek
1035 Route 31  Apt A
Tarrs, PA 15688

Mary Kauffman
397 S Imler Valley Road
Osterburg, PA 16667

Mary Kay Azar
1961 E Hillery Dr
Phoenix, AZ 85022

Mary Kay Cleveland
1346 Capouse Ave  Apt 3B
Scranton, PA 18509

Mary L Cooper
10791 State Route 550
Athens, OH 45701

Mary L Corbin
2504 Brinton Manor Drive
Pittsburgh, PA 15221


Mary L Demmitt
1226 Elm St
York, PA 17403


Mary L Forte
1002 Percy Warner Boulevard
Nashville, TN 37205


Mary L Jobe
579 Windy Rd
Mount Juliet, TN 37122


Mary L Johnson
34 Ward Court
Columbia, SC 29223


Mary L Logan
1101 Fernwood Drive
Wapakoneta, OH 45895

Mary L Marrone
95 Oriole Court
Jeannette, PA 15644


Mary L Mullins
26431 N Run Rd
Albany, OH 45710


Mary L Pryor
1068 Memory Lane
Pittsburgh, PA 15219


Mary L Richards
620 Leibert Street
Bethlehem, PA 18018


Mary L Smart
907 1 2 Union Street
Ashland, OH 44805


Mary Lanier
378 Dale Avenue
Mansfield, OH 44902

Mary Lee
6838 Lowesville Lane
Stanley, NC 28164


Mary Lee Harris
950 Peach Blossom Lane
Rochester Hills, MI 48306


Mary Lee Haynes
304 Haddington Court
Rock Hill, SC 29730


Mary Lisa Murphy
800 Beatty Rd  Apt 2H
Columbia, SC 29210


Mary Lou Goff
7140 Selby Road  Lot 11
Athens, OH 45701


Mary Lou Hanlin
127 East Main Street
Beach City, OH 44608

Mary Lou Michaels
515 W Wall Street
Frackville, PA 17921


Mary Lou Schlosser
3818 College Avenue
Beaver Falls, PA 15010


Mary Louise Storms
430 Blue School Rd
Perkasie, PA 18944


Mary Louise Swager
507 Hickory Street
Coalport, PA 16627


Mary Love
1510 Greenview Drive
Celina, OH 45822


Mary Lynn Bierman
3370 Trovillo Road
Morrow, OH 45152

Mary M Abbas
3815 SW 24th
Newton, KS 67114


Mary M Candlish
8352 N First Watch Way
McCordsville, IN 46055


Mary M Catov
2123 Walton Ave
Pittsburgh, PA 15210


Mary M Davis
2503 W Cumberland Street
Philadelphia, PA 19132


Mary M Robinson
708 Kinwood Court
Antioch, TN 37013


Mary M Sparrow
900 Gregg St
Columbia, SC 29201

Mary M Tomovcsik
2715 Kansas Street
McKeesport, PA 15132

Mary M Wade
166 Knox Avenue
Pittsburgh, PA 15210

Mary Maris
1316 Luther
Emporia, KS 66801

Mary McCall
15412 W Mescal Street
Surprise, AZ 85379

Mary McDonald
2100 Drumore Ct
Glenn Allen, VA 23059

Mary Moorcroft
1220 Prospect Ave
Pittsburgh, PA 15234

Mary N Kihanya
2390 Richmond Street
Scotch Plains, NJ 07076

Mary O Milam
208 Ownings Street
Laurens, SC 29360

Mary Oliver
3525 Waynsburg Rd  SE
Canton, OH 44707

Mary P Smith
2007 Sixth Street
Bethlehem, PA 18020

Mary Parker
1212 Meacham Road
Jackson, OH 45640

Mary PV Eshleman
201 Wood St
Camp Hill, PA 17011

Mary R Cinkan
911 First Street
McKees Rocks, PA 15136

Mary Rogers
2350 E. Main St.
Sacramento, PA 19768

Mary Rose Winschel
4454 Holiday Drive
Erie, PA 16506

Mary S Bourquin
143 Crescentview Avenue SW
Massillon, OH 44646

Mary S Graham
2329 Holloway Street
Newberry, SC 29108

Mary S Prado
424 Grosvenor Avenue NW  Apt 6
Massillon, OH 44646

Mary S Valenzuela
1801 West Wier
Phoenix, AZ 85041


Mary Sanders
4019 Pine Cone Drive
Columbia, SC 29204


Mary Sharo
468 sw Creek Est
Bushkill, PA 18324


Mary Smith
119 Ridge Avenue
Allentown, PA 18101


Mary Stover
2804 Bancroff Road
Columbia, SC 29223


Mary Stumpf
319 Cherry Street
Pittsburgh, PA 15120

Mary Sue Barnum
3785 County Road 15
Marengo, OH 43334


Mary Sue Smith
2213 May Lynn Dr
Cayce, SC 29033


Mary Taylor
1929 Stoney Meadow Road
Murfreesboro, TN 37128


Mary Thompson
704 Leadenhall Court
Antioch, TN 37013


Mary Titus
587 Eastdale Drive
Dayton, OH 45415


Mary Weisenmiller
14005 Kizzie Lane
Cumberland, MD 21502

Mary West
13492 Jake Tom Road
Logan, OH 43138


Mary White
1132 Thompson Bridge Road
Maryville, TN 37801


Mary Whitecavage
389 West Main Street
Girardville, PA 17935


Mary Whitford
1157 S Roca Street
Gilbert, AZ 85296


Maryann E Livingstone
195 Canton Wren Drive
Sedona, AZ 86336


Maryann L Jasionowski
6377 Sandava NW
Canton, OH 44718

Maryann Smith
2243 Wyland Avenue
Allison Park, PA 15101


Maryann Ziemba
872 Ronnie Lane
Philadelphia, PA 19128


Maryanne Demetros
10500 E Clinton Street
Scottsdale, AZ 85259


Marye L Scarola
421 Royal Oaks Drive
Nashville, TN 37205


Maryjane Nichols
1027 Woodland
Emporia, KS 66801


MaryLou Kurilla
201 Greyhorse Road
Willow Grove, PA 19090

Marzella Owens
1714 Regent Ave NE  Apt A
Canton, OH 44705

Mason A Iliff
15800 Toad Run Rd
Rockbridge, OH 43149

Mason R Egnew
7903 E Garnet Avenue
Mesa, AZ 85208

Masood Algalham
7040 Steadman Street
Deerborn, MI 48126

Math Connection
PO Box 1676
Ridgeland, MS 39158

Mathew S  Del Bianco
3371 E Baranca Street
Gilbert, AZ 85297

Mathias A Schaff
792 Cunningham Road
Salem, OH 44460


Mathias Genard Chaplin
7740 Exeter Lane
Columbia, SC 29223


Mathieu Cote
1675 Belanger
Plessisville, QC G6L2C3
CANADA


Matilda E  Schatz
28 Hamlin Ave
Telford, PA 18969


Matisha Frazier
153 E Esau Lane
Cross, SC 29436


Matrice Sharnan Rouse
328 Torwood Drive
Columbia, SC 29203

Matt  Lindsey
3927 E 132 N
Rigbee, ID 83442

Matt Buzzell
6885 E Cochoe Rd.
Prescott Valley, AZ 85253

Matt Dees
75C River Rock Lane
Woodland, WA 98674

Matt Gardner
3901 Wallace Lane
Nashville, TN 37215

Matt Lewis
700 Willow St
Elizabethton, TN 37643

Matt McDermitt
102 W Water St
Buckland, OH 45819

Matt P Hawk
5 Tulane Road
Athens, OH 45701

Matt Pottkotter
1313 Denise Rd
Ft Recovery, OH 45846

Matt Spalding
9005 Chevy Lane
Knoxville, TN 37923

Matt Warren
15281 Elm Rock Roadd
Nelsonville, OH 45764

Matteo Dipaola
16 Eagle Dr
Egg Harbor Twp, NJ 08234

Matthew  Austin
630 Memorial Drive
New Kensington, PA 15068

Matthew  Bush
17212 N 19th Terrace
Phoenix, AZ 85022

Matthew  Hofmeister
1702 Sweetbriar
Nashville, TN 37212

Matthew  LaCoss
4680 Camden Place
Mukilteo, WA 98275

Matthew  Modrzakowski
320 West Union Apt 7
Athens, OH 45701

Matthew  Pannebaker
60 Greenhedge Circle
Delaware, OH 43045

Matthew  Thomas
PO Box 66
Wartburg, TN 37887

Matthew  Washington
13800 Fairhill Rd Apt 309
Shaker Heights, OH 44120


Matthew A Barnhart
413 Pritts Road  PO Box 317
Indian Head, PA 15446


Matthew A Bettenhausen
51 School Lane
Reading, PA 19606


Matthew A Bowman
32 Barber St
Glouster, OH 45732


Matthew A Kelchner
15440 N 71st Street  #383
Scottsdale, AZ 85254


Matthew A Keller
4818 Central Avenue
Middeltown, OH 45044

Matthew A Shaulis
1532 Worthington Ave
Jefferson Hills, PA 15025

Matthew A Thompson Jr
105 S Dehoff Drive
Youngstown, OH 44515

Matthew A Wolf
1115 North 12th Street
Reading, PA 19604

Matthew B Robinson
4680 Founatin Ct
Dalzell, SC 29040

Matthew B Yates
188 Colonial Drive
Warminster, PA 18974

Matthew Barron
10 Arbor Cir  Apt 1033
Cincinnati, OH 45255

Matthew Behney
344 Yorkshire Drive
Lancaster, PA 17603


Matthew Bench
227 W. Owens Avenue
Derry, PA 15627


Matthew Bernstein
24119 Woodway Rd
Beachwood, OH 44122


Matthew Boesch
1699 Chatham Parkway Apt 1706B
Savannah, GA 31405


Matthew Bowling
402 E Water Street
Greenville, OH 45331


Matthew C Deremer
156 Walsh Avenue SE
North Canton, OH 44720

Matthew C Ginion
6652 Montague Street
Philadelphia, PA 19135


Matthew C Leonard
11048 E Sorpresa Ave
Mesa, AZ 85212


Matthew C Merulli
153 Dillon Street
Beaver Falls, PA 15010


Matthew C Miller
7392 Riverfront Dr
Nashville, TN 37221


Matthew C Weatherford
1700 Summer Street  Apt C79
Manchester, TN 37355


Matthew C Yoder
2235 Lighthouse Lane
Ft Wayne, IN 46814

Matthew Cantrall
6505 Marsol Road #107
Mayfield Heights, OH 44124

Matthew Canzian
502 Vale Avenue
Pittsburgh, PA 15239

Matthew Comeau
1742 Praise Boulevard
Fenton, MO 63026

Matthew Conrad
14578 St Rt 550
Athens, OH 45701

Matthew Cook
114 New York Street
Scranton, PA 18509

Matthew Couch
120 E. Street Road #H3-8
Warminster, PA 18974

Matthew Crookston Sr.
1001 Hancock Avenue
Vandergrift, PA 15690

Matthew D  Hetrick
12 North Richmond St
Fleetwood, PA 19522

Matthew D Beishl
907 Old Orchard Lane
Bristol, PA 19007

Matthew D Hough
112 Misty Meadow Rd
Mt Pleasant, PA 15666

Matthew D Skillman
7655 Springpark Drive
Boardman, OH 44512

Matthew D Smith
1110 Arrowhead
Brentwood, TN 37027

Matthew Dewey
874 Vaughn Road
Clarksville, TN 37043


Matthew E C Kibbey
22 Bunker Hill Court
Pickerington, OH 43147


Matthew E Ciafre
606 Walnut St
Latrobe, PA 15650


Matthew E Harris
2537 Black Rock Road
Hanover, PA 17331


Matthew E Hess
218 Greenfield Road
Vanderbilt, PA 15486


Matthew E Morrow
140 Rosewood Court
Chillicothe, OH 45601

Matthew E Wareks
1125 Oglethorpe Avenue
Pittsburgh, PA 15201

Matthew Elsarelli
6780 Autumn Morning Street
Las Vegas, NV 89148

Matthew Fagerburg
1686 Morningside Avenue
Pittsburgh, PA 15206

Matthew Farah
Serfass Road PO Box 452
Gilbert, PA 18331

Matthew Farwell
322 West Avenue I
Lewistown, IL 61542

Matthew Foard
19606 Tryon St
Cornelius, NC 28031

Matthew Fumento
510 Kauffman Street
Philadelphia, PA 19147

Matthew G Reimert
8536 Mohr Lane
Fogelsville, PA 18051

Matthew Ganss
735 Ninth Avenue
Briackenridge, PA 15014

Matthew Ganss
168 Millers Lane
Lower Burrell, PA 15068

Matthew George
521 Parlin
Philadelphia, PA 19116

Matthew Giacobbe
10 Buck Creek Plaza
Avon, CO 81620

Matthew Graham
270 Madison Avenue
Northumberland, PA 17857

Matthew Gray
810 Holly Street
Celina, OH 45822

Matthew Gray
5934 Keefe Street
Pittsburgh, PA 15207

Matthew Harlacher
2981 Deep Hollow Road
Dover, PA 17315

Matthew Haynes Sr
204 Challedon Drive
Summerville, SC 29485

Matthew Healy
1041 Barrell Springs Hollow
Franklin, TN 37069

Matthew Holsopple
2586 Hill Road
Sharpsville, PA 16150

Matthew J  Gulczinski
2408 121st Circle Unit K
Blaine, MN 55449

Matthew J Anderson
246 E Cheltenham Ave
Philadelphia, PA 19120

Matthew J Barnes
14002 N Kendall Drive
Fountain Hills, AZ 85268

Matthew J Bidzilya
3504 Poplar Avenue
Pittsburgh, PA 15234

Matthew J Cooper
224 Monroe Street  Apt 1N
Hoboken, NJ 07030

Matthew J Dillinger
3854 Carberry Drive
Dublin, OH 43016

Matthew J Donnelly Sr
2020 Spruce Ave
Villas, NJ 08251

Matthew J Ferguson
815 N 52nd Street #2196
Phoenix, AZ 85008

Matthew J Hyden
1006 Brentwood Point
Brentwood, TN 37027

Matthew J King III
171 McIlvaine Road
Greensburg, PA 15601

Matthew J Sleva
736 Port Carbon St. Clair Hwy
Pottsville, PA 17901

Matthew J Wagner
1191 Ryno Road
Luzerne, MI 48636


Matthew Kairis
6399 Grasslands Court
Westerville, OH 43082


Matthew Kippeny
1218 West Fourth Street
Winston-Salem, NC 27101


Matthew Kolovich
117 Green Street
Houston, PA 15342


Matthew L  Smith
1527 Rochester Dr
Murfreesboro, TN 37130


Matthew L Hartle
20145 Route 68
Clarion, PA 16214

Matthew Lambert
P.O. Box 501 146 E Prospect St
Smithville, OH 44677


Matthew Lang
1012 Poplar St
Natrona Heights, PA 15065


Matthew M Dolinsky
58 Belle Alto Rd
Sinking Spring, PA 19608


Matthew M Faries
301 County Route 367
Wynne, AR 72396


Matthew M Valo
205 Heistersburg Road
East Millsboro, PA 15433


Matthew Marietta
3601 Clinton Parkway D106
Lawrence, KS 66047

Matthew Michaels
14927 Broadgreen Drive
Housron, TX 77079




Matthew Mikewilson
123 Cypress Hill Drive
Pittsburgh, PA 15235




Matthew Miller
3614 Township Road 188
Baltic, OH 43804




Matthew Moore
5184 Russell Road
Franklin, TN 37064




Matthew Mullaly
10209 Immel St NE
North Canton, OH 44721




Matthew Nallen
250 Valleyview
Troy, OH 45373

```
Matthew O  White
1726 SW Third
Topeka, KS 66606




Matthew Orsini
406 Mistletoe Road
Villas, NJ 08251




Matthew P Dixon
9250 N 96th Place
Scottsdale, AZ 85258




Matthew P Gates
1391 Fahlander Drive
Columbus, OH 43229




Matthew P Young
3778 Layfield Road
Pennsburg, PA 18073




Matthew Page
30 High Point Drive
Kunkletown, PA 18058
```

Matthew Parker
2908 Shadow Lane
Nashville, TN 37216


Matthew Paull
1113 First Avenue
Croydon, PA 19021


Matthew Porter
7245 Waynesburg Drive SE
Waynesburg, OH 44688


Matthew R Collins
127 E Schultz Street
Dalton, OH 44618


Matthew R Humrichouser
172 St Rt 250 E
Polk, OH 44866


Matthew R Reichert
1322 Garfield Ave
Reading, PA 19610

Matthew R Stoltzfus
721 1 2  N Franklin Street
Lancaster, PA 17602


Matthew R Streb
539 Fourth Street  Apt 1
Pitcairn, PA 15140


Matthew R Wydra
289 Moon Clinton Road
Moon Township, PA 15108


Matthew Radke
106 Clipper Drive
Middletown, DE 19709


Matthew Reichert
355 Lackawanna Street Apt 10/1
Reading, PA 19610


Matthew Roberts
6039 SR 61 N
Shelby, OH 44875

Matthew Roschella
4988 Saddlebrook Drive
Harrisburg, PA 17112

Matthew Rothman
55 Bellevue Avenue
San Rafael, CA 94901

Matthew Rucinski
101 Gardner Avenue
Lemont Furnace, PA 15456

Matthew S  Ryan
20 Bobcat Dr
Reno, NV 89523

Matthew S Case
6768 Jenny Ann Way
Canal Winchester, OH 43110

Matthew S Hicks Jr
978 Township Road 2206
Perrysville, OH 44864

Matthew S Kelly
5447 E Justine Road
Scottsdale, AZ 85254


Matthew S Myers
2128 Reed Lane  PO Box 110
Warriors Mark, PA 16877


Matthew Schmidt
771 W Hackberry Drive
Chandler, AZ 85248


Matthew Schrank
4227 Wayld Drive
Martinez, GA 30907


Matthew Sisson
34109 Pine Grove Road
Racine, OH 45771


Matthew Stevens
521 E Franklin Street
Troy, OH 45373

Matthew T Kalogeris
529 Chrysler Street
Pittsburgh, PA 15226



Matthew T Killian
2634 Curly Top Place
Henderson, NV 89052



Matthew T Read
5968 Carriage Dr
Bartlett, TN 38124



Matthew V Fagnani III
192 Upper Valley Road
Christiana, PA 17509



Matthew Valli
812 Eaglewood Dr
Zionsville, IN 46077



Matthew W Benson
1502 Sunnyside Dr
Columbia, TN 38401

Matthew W Hall
4913 Bennington Drive
Schwenksville, PA 19473


Matthew W Rydbom
736 Railroad Street
Coalport, PA 16627


Matthew Wagner
311 Wittmer Place
Pittsburgh, PA 15237


Matthew Wagner
4051 N Kenmore Avenue #35
Chicago, IL 60613


Matthew Wertz
110 Stony Top Road
Pine Grove, PA 17963


Matthew Williamson
2709 Camden Court
Thompson Station, TN 37179

Matthew Woods
97 John Woods Road
Oak Hill, OH 45656


Matthew Zenner
4321 Westlawn Drive
Nashville, TN 37209


Matthew Zirakian
1455-3L River Street
Hyde Park, MA 02136


Matthias Hertel
927 Shady Grove Rd
Pickens, SC 29671


Mattie C Williams
3200 Fernandina Rd No 118B
Columbia, SC 29210


Mattie David
7 Woodlawn St
Uniontown, PA 15401

Mattie Hanning
3991 Grayson Drive
Obetz, OH 43027


Mattie L Hall
3353 Arlene Avenue
Dayton, OH 45406


Maudell Ulett
1027 North 19th Street
Allentown, PA 18104


Maureen  Hale
1072 Wiles Barre Street
Easton, PA 18042


Maureen B Flanagan
2150 West Eighth Street
Erie, PA 16505


Maureen Cleland
6140 Granite St NW
Canton, OH 44718

Maureen Ferguson
341 English Road
Wexford, PA 15090


Maureen Fuller
771 Depot Lane
Quakertown, PA 18951


Maureen J Kammerer
5881 Tippin Dr
Las Vegas, NV 89130


Maureen Jabaley
291 N Tessir Drive
St Pete Beach, FL 33706


Maureen M Ruyak
700 Mulberry Street
Scottdale, PA 15683


Maureen Marie Sultzer
698 Homestead Avenue
Scottdale, PA 15683

Maureen McCloskey
11119 Ridgeway Street
Philadelphia, PA 19116

Maureen White
7275 Olga Dr
Chincoteague, VA 23336

Mauresha Meashell Proctor
8005 Divine Dr
Las Vegas, NV 89128

Maurice  Armstead
3833 Fairhill St
Philadelphia, PA 19140

Maurice A Troop
2109 June Street
Erie, PA 16510

Maurice Bell
6318 Mershon Street
Phildelphia, PA 19149

Maurice C Gibeault
1094 W Berwick Street
Easton, PA 18042


Maurice E Guild
41 McClancy Place
Brooklyn, NY 11207


Maurice Gingham
134 N Mercer Street  Apt 102
New Castle, PA 16101


Maurice H Weintraub
1699 Southport Drive
Charleston, SC 29407


Maurice Hamel
63 East Terrace
South Burlington, VT 05403


Mauricia Rosas
4304 Via Olivero Avenue
Las Vegas, NV 89102

Mauricio Rivero Madrigal
35 Seminole Drive
Lakewood, NJ 08701

Maurico Difulvio
3252 Wooster Drive
Beavercreek, OH 45434

Maurico Ramirez
5501 E. Harmon #81
Las Vegas, NV 89122

Maurico Rendon
7222 American Pride Street
Las Vegas, NV 89148

Maurio Powell
2813 E 120th St
Cleveland, OH 44120

Mauritza Kristine Strong
1529 Weinman Street
Pittsburgh, PA 15221

Mauro U Barraza
43995 W Stonecreek Road
Maricopa, AZ 85239

Max  Eichinger
25230 West Hornsby Rd
Coolville, OH 45723

Max E Songer
203 E Jacksonville Avenue
Villas, NJ 08251

Max J Keisler
3901 Gun club Road
Murrysville, PA 15668

Max Margolius
522 Valley View Road
Merion Station, PA 19066

Max Pedicone
121 Diamond Lane
Latrobe, PA 15650

Max Perlman
12915 N 137th Street
Scottsdale, AZ 85259


Max R Hix
1718 Andrew Crockett Court
Brentwood, TN 37027


Max R Wright
2704 Grassy Creek Court
Indianapolis, IN 46229


Max Schrank
553 Sixteenth Avenue
San Francisco, CA 94118


Max Weinstein
1034 Prospect Avenue
Hartford, CT 06105


Maxanna Bennett Cook
241 Wilson Ave
Pittsburgh, PA 15237

Maximiliano Dominguez Ramirez
1073 Moss Road #7
South Lake Tahoe, CA 96150




Maximino Dominguez
1080 W Main Street #520
Hendersonville, TN 37075




Maxine A Delisle
PO Box 620962
Las Vegas, NV 89162




Maxine Atkinson
4002 Artic Avenue
Wildwood, NJ 08260




Maxine Brown
HC 1 Box 1379
Brodeadsville, PA 18322




Maxine Foster
1504 W Hull St
Denison, TX 75020

Maxine Grayson
1661 Garden Path Ct
Las Vegas, NV 89119

Maxine J Lindsay
19 Devereaux Avenue
Charleston, SC 29403

Maxine L Reynolds
615 Chrisman Drive
Clarksville, TN 37042

Maxine Martin
1735 Russett Avenue
Dayton, OH 45410

Maxwell A Friel
2095 Fort Bevin Road
Harleysville, PA 19438

Maxwell Varner
1071 Five Points Road
Indiana, PA 15701

May Xuemei Wu
7585 Lakota Springs Dr
West Chester, OH 45069


Maya K Bigelow
2213 Foxcroft Green
Columbus, OH 43232


Maya M Robinson
408 N Aiken Avenue
Pittsburgh, PA 15206


Mayra  Arioya
3416 Elle Street
Philadelphia, PA 19134


Mayra Zavala
14150 31st Place
Yuma, AZ 85367


Mazin Yousif
15316 NW Red Cedar Ct
Portland, OR 97231

McArthur Logan
1405 New Rodgers Road  B6
Bristol, PA 19007

McKensy Wright
1535 N Scottsdale Road  Apt  EE2154
Tempe, AZ 85281

Meagan Butler
2978 Northview Blvd
Youngstown, OH 44504

Meagan Hope Dotson
234 Sidlee Road
Waterloo, SC 29384

Mearle C Schaffer
569 Cove Lane
Roaring Spring, PA 16673

Mechele Tunno
1604 19th Avenue
Beaver Falls, PA 15010

Media E Ainsworth
1020 E Cabana Circle #7
Memphis, TN 38107

Medical Comfort Systems Inc
PO Box 2295
Irmo, SC 29063

Medy Cobb
7462 E Drummer Avenue
Mesa, AZ 85208

Megan A Fitzgerald Roman
367 Edna St
E McKeesport, PA 15035

Megan A Laslo
1130 Seventh Avenue
New Brighton, PA 15066

Megan A Lutz
203 Lutz Road
Zelienople, PA 16063

Megan Crosen
204 Charlotte Way
West Chester, PA 19380

Megan E Brink
14304 Lowville Street
Wattsburg, PA 16442

Megan E Conyers
1618 Garfield Ave
Villas, NJ 08251

Megan E Syverson
3398 Green River Drive
Columbus, OH 43226

Megan Hammett
125 Plymouth Street
Shelby, OH 44875

Megan L Kilgore
3480 Raleigh Lagrange Rd
Roseville, TN 38066

Megan L Pfeifer
244 Dickens Street
Latrobe, PA 15650


Megan L Timmins
175 E High Street Apt 5
Carlisle, PA 17013


Megan M Driscoll
1685 Township Road 37
Huntsville, OH 43324


Megan M Myers
49839 Rapp Road
Hopedale, OH 43976


Megan M Rivera
7 Park Dr
Millville, NJ 08332


Megan Meacham
2208 Fifth Street NE
Canton, OH 44704

Megan Nelms
2504 Venus Court
Chapel Hill, TN 37034

Megan O Connell
343 Summit Ridge Circle
Nashville, TN 37215

Megan Smith
280 Mill Rd
Shelbyville, TN 37160

Megan Smith
3138 Magee Avenue
Philadelphia, PA 19149

Megan Thornton
2510 S. Avicon Drive
Center Valley, PA 18034

Meghan  Maxey
5671 Sundial Dr
Galloway, OH 43119

Meghan E Gloff
10 Allegheny Center Apt 108
Pittsburgh, PA 15212


Meghan G Coulehan
1104 Vermont Ave
White Oak, PA 15131


Meghan Haynes
42980 Bearwallow Ridge
Coolville, OH 45723


Meghan Martin
13412 N 52nd Street
Scottsdale, AZ 85254


Meghan Skelly
931 North front St
Harrisburg, PA 17102


Mehrdad Davoudi
11450 E Bella Vista Dr
Scottsdale, AZ 85259

Meighan C Nelson
22 River Road Unit 401
Pittsburgh, PA 15238




Meka Harris
2112 Hampstead Road
Cleveland Heights, OH 44118




Mekdava Phimmackack
27 Highpoint Drive
Chattanooga, TN 37415




Mekee Xiong
110 Spring Farm Trail
Shepherdsville, KY 40165




Mel  Collazo
14015 Belle Pointe Dr
Little Rock, AR 72212




Melania Pate
11A Isabelle Street
Charleston, SC 29403

Melanie A Glassmire
5770 Radford Rd
Athens, OH 45701

Melanie A Smith
3323 Bluemont Drive
Memphis, TN 38134

Melanie A Weikel
318 Hobart Street
Gordon, PA 17936

Melanie Chadwick
2645 Danbury Cir
Spring Hill, Tn 37174

Melanie Goldberg
111 West Allen Street
Philadelphia, PA 19123

Melanie H Tenney
303 N Main Street
Columbiana, OH 44408

Melanie J Ashbaugh
309 Braugher Road
Indiana, PA 15701


Melanie Miles
2870 Lambert Court
Easton, PA 18042


Melanie N Martin Boone
2754 Norman Road
Abington, PA 19001


Melanie Norkevicus
328 E Garden Road
Pittsburgh, PA 15227


Melanie R Schantz
118C Center Hill Road
Upper Black Eddy, PA 18972


Melanie Riggin
8803 Dolcetto Grove
Brentwood, TN 37027

Melanie Ward
116 Williamson Court
Murfreesboro, TN 37128

Melanie Woodfork
12804 Coral Dr
Pittsburgh, PA 15236

Melda Huggins
511 Cobble Creek Circle
Cherry Hill, NJ 08003

Meldreinna Diles
1305 Yorkland Road
Columbus, OH 43232

Melesio Munoz Uribe
828 Bowman Road
Mt. Pleasant, SC 29464

Melina Caprino
8244 Post Road
Allison Park, PA 15101

Melinda  Finaly
1032 Lakeview Drive
Hermitage, TN 37076

Melinda  Fisher
17 Minooka Street
Pittsburgh, PA 15210

Melinda A Reich
1025 Chelton Ave  Apt 2
Pittsburgh, PA 15226

Melinda B Mitchell
5366 Youngridge Drive  Apt 4
Pittsburgh, PA 15236

Melinda Cestarys
9732 Gilboa Way
Orlando, FL 32817

Melinda D Oldt
258 Endlich Ave
Reading, PA 19606

Melinda Farmer
272 Murrell Road
Dickson, TN 37055


Melinda Fox
85 Ohio Street
Navarre, OH 44662


Melinda Hawkins
23629 N. Mustang Way
Florence, AZ 85232


Melinda J. Gist
P.O. Box 405
Crossville, TN 38557


Melinda L Padolf
1712 Brinton Ave
Braddock, PA 15107


Melinda League
1502 Tabor Avenue
Kettering, OH 45420

Melinda M Cabral
9153 N Camino San Diego
Tucson, AZ 85742

Melinda R McIntyre
19792 Forest Green Drive  Apt 501
Meadville, PA 16331

Melinda S Kick
6 South Chambers St
Savannah, OH 44874

Melinda Simmon
933 Alder Run Way
Akron, OH 44333

Melisa A McCurdy
6160 Siegel Rd
Waterford, PA 16441

Melisa Swailes
10800 West 131st St
Overland Park, KS 66213

Melissa  Adams
5731 Arch St
Philadelphia, PA 19135

Melissa  Brudnicki
21 W Hartford St
Wilkes Barre, PA 18706

Melissa  Burton
3738 Hiawatha St
Pittsburgh, PA 15212

Melissa  Chadwick
429 Domino Lane Apt 4
Philadelphia, PA 19128

Melissa  Gibson
617 Bowen St
Dayton, OH 45410

Melissa  Givens
4174 Mainsville Rd
Junctioncity, OH 43248

Melissa  Gray
8435 Torresdale Avenue  Apt 7
Philadelphia, PA 19136

Melissa  Green
1109 Skipton
Murfreesboro, TN 37128

Melissa  Roche
376 Wright Ave
Kingston, PA 18704

Melissa  Torres
1827 W Main St
Millville, NJ 08332

Melissa A Barone
241 Fifth Avenue
Freedom, PA 15042

Melissa A Cadena
6434 N Mozart
Chicago, IL 60645

Melissa A Hershner
201 Guy St
York, PA 17406


Melissa A Jones
608 Constitutiion
New Kensington, PA 15068


Melissa A Lance
204 W Mountain Road
Windgap, PA 18091


Melissa A Lloyd
104 Locust Street
New Galilee, PA 16141


Melissa A Murray
701 Clay Road
S Connellsville, PA 15425


Melissa A Obrocto
606 County Line Road  PO Box 332
Acme, PA 15610

Melissa A Schnitzler
1300 Gary Fox Circle
Quakertown, PA 18951


Melissa Ake
20 10th Street
Massillon, OH 44646


Melissa Andrews
15017 N. 29th Drive
Phoenix, AZ 85053


Melissa Ann Hall
2268 Newville Road
Carlisle, PA 17015


Melissa Anne Termin
45 Sheffield P.O. Box 15
Mahaffey, PA 15757


Melissa Barron
1325 S Haupt Avenue  Apt 106
Yuma, AZ 85364

Melissa Bianco
38 Martha Ave
Jeannette, PA 15644


Melissa Boland
3300 Margaret St
Pittsburgh, PA 15227


Melissa Boos
22 Sturbridge Avenue
Deptford, NJ 08096


Melissa Bowers
1691 Northview Road
York, PA 17406


Melissa Castro
41 Ponderosa Drive
Penfield, PA 15849


Melissa Crawford
PO Box 1825 /322 Rugby Road
Crossville, TN 38558

Melissa D Miller
6 Gooseneck Rd
Levittown, PA 19057

Melissa E Gray
2220 Lacrosse Street
Pittsburgh, PA 15218

Melissa Fitch
1726 Oakdale
Toledo, OH 43605

Melissa Fox
27 Keats Lane
Albrightsville, PA 18210

Melissa Francasso
3433 Pennsylvania Ave Apt 8
Weirton, WV 26062

Melissa Gibbs
825 Highland Park Court
Nashville, TN 37205

Melissa Greenburg
6 Country Club Estates
Gouldsboro, PA 18424


Melissa Habina
412 East Youghiogheny Avenue
Connellsville, PA 15425


Melissa Harris
2617 Churchill Drive
Thompsons Station, TN 37179


Melissa Hicks
234 E. 16th Avenue
Homestead, PA 15120


Melissa Hunter
3870 Peachtree Industrial Blvd #293
Duluth, GA 30096


Melissa J  Moore
1051 Donegal Springs Rd
Mount Joy, PA 17552

Melissa J Magnuson
4808 Deep Hollow Dr
Columbus, OH 43228


Melissa K Andrews
513 Cooper Avenue
Bellefontaine, OH 43311


Melissa K Dean
283 Fording Rd
New Castle, PA 16101


Melissa Kaewell
4320 Oakmont Street
Philadelphia, PA 19136


Melissa Kapushinski
45 Kelsey Dr
Schuykill Haven, PA 17972


Melissa Kaye
2108 Woodlawn Drive
Nashville, TN 37212

Melissa Klecz
215 Dandelion Road
Millville, NJ 08332


Melissa L Edmunds
436 Westland Drive
Greensburg, PA 15601


Melissa L Miller
26870 Jackson Road
Circleville, OH 43113


Melissa L Moss
20835  Zolman Road
Fredericktown, OH 43019


Melissa L Patterson
165 Carnegie Avenue
Clairton, PA 15025


Melissa Loughrey
104 North Woodlawn Avenue
Aldan, PA 19018

Melissa M Schibler
300 Soose Rd
Pittsburgh, PA 15209

Melissa Miller
219 3rd Drive SE
New Philadelphia, OH 44663

Melissa Moser
3817 Fox Run Dr  Apt 1225
Cincinnati, OH 45236

Melissa N Melnick
250 Maplewood Avenue
Ambridge, PA 15003

Melissa Ordak
11 Lakeside Drive
Bessemer, PA 16112

Melissa R Cabello
8017 Beaver Mountain Ave
Las Vegas, NV 89131

Melissa R Hanechak
1245 Woodbourne Avenue
Pittsburgh, PA 15226

Melissa R Smeltz
123 Greendale Drive
Greensburg, PA 15601

Melissa Reinert
207 Taft Avenue
Reading, PA 19606

Melissa Rinehart
40 Country Manor Lane  Apt E
Centerville, OH 45458

Melissa S Brooks
6500 Jonathan Lane
Albany, OH 45710

Melissa S Wagner
212 Genoa Avenue SW
Massillon, OH 44646

Melissa Schaub
5504 Garvers Ferry Road
Leechburg, PA 15656

Melissa Speedy
888 Redwing Drive
Canal Fulton, OH 44614

Melissa Straber
1019 Manhattan St
Pittsburgh, PA 15233

Melissa Suzanne Hines
320 Jefferson Street Apt A
Brookville, PA 15825

Melissa Swofford Moore
1020 Fourth Street SW
Canton, OH 44707

Melissa Teal
107 Hatcher Lane
Maryville, TN 37803

Melissa Terwilliger
1014 Highview Court
Temple, PA 19560

Melissa Truchan
2952 E Beechnut Place
Chandler, AZ 85249

Melissa V Taylor
1439 Elm Street
Pittsburgh, PA 15221

Melissa W Smith
238 Heaney Avenue
Lawnside, NJ 08045

Melissa Y Rodriguez
617 Marion Avenue SW
Canton, OH 44707

Melissa Zuzula
8404 Post Road
Allison Park, PA 15101

Meliton Rodriguez
15844 E Cty 3rd St
Yuma, AZ 85364


Mellanese Barbara McCall
1 Islay Lane #E
Columbia, SC 29210


Mellies G Stettler
127 Lewis Street
Ambridge, PA 15063


Mellissa D Figueroa
395 E Maynard Avenue
Columbus, OH 43202


Mellissa Mohiyeldeen
940 Oak Street
Allentown, PA 18102


Melodie Garner
243 Old Shackle Island Road
Hendersonville, TN 37075

Melodie Garrison
9771 Jupiter Forest Dr
Brentwood, TN 37027

Melody A  Haras
10352 Washington Ave
Irwin, PA 15642

Melody Brown
13224 Ingleside Drive
Calverton, MD 20705

Melody C Jackson
1389 Colonial Road
Memphis, TN 38117

Melody G Lynguar
2940 Dinnerbell Five Forks Rd
Farmington, PA 15433

Melody Groover Sharpe
6935 Hickory Nut Lane
Ravenel, SC 29470

Melody Longwill
1970 Chilton Dr
Las Cruces, NM 88001




Melonie A George
8301 Presidents Drive  Apt 412
Hummelstown, PA 17036




Melvin  Smith
10930 Foley Blvd NW
Coon Rapids, MN 55448




Melvin  Waring Jr
88 Holstone Lane
Willingboro, NJ 08046




Melvin Alexander
1732 Trolley Stone Ct
Cary, NC 27519




Melvin Borovay
2521 E Marshall
Phoenix, AZ 85016

Melvin Carter
78 Hunters Pond Drive
Columbia, SC 29229


Melvin Caskey
222 Siecker Road
Saint Marys, PA 15857


Melvin Comer
520 Milan Avenue  Lot168
Norwalk, OH 44857


Melvin Diaz
28229 SE Eagle Drive
Port Saint Lucie, FL 34984


Melvin Hensel Jr
251 Kibe Road
Acme, PA 15610


Melvin Kimmons Jr
1387 Central Avenue  #202
Memphis, TN 38104

Melvin L Abel
127 Maple Street
Stroudsburg, PA 18360

Melvin Roloff
2860 Primrose Lane N
York, PA 17404

Melvin Smith
10930 Foley Blvd NW
Coon Rapids, MN 55448

Melvin Snow
120 Alameda Road
Butler, PA 16001

Melvin Taylor
512 Heisley Drive
Columbus, OH 43207

Melvyn Knowlton
8 Carleton Court
Camp Hill, PA 17011

Memree Phillips
1307 Haysboro Avenue
Nashville, TN 37216


Merced Murillo
5122 Enchanted Place
Las Vegas, NV 89122


Mercy Vincent
3000 Ford Rd  Apt C40
Bristol, PA 19007


Meredith  Hanshaw
97 Shelby Ave
Shelby, OH 44875


Meredith Bell
1112 Elmshade Court
Nashville, TN 37211


Meredith Lee Scott
103 W Main Street  Apt 2B
Strasburg, PA 17579

Meredith Wille
1807 Arnold Street
New Kensington, PA 15068

Meredith Windsor
193 Slygo Ridge Rd
Wildwood, GA 30757

Meritza Holbert
1216 Derek Drive
Franklin, KY 42134

Merle D Mabe
405 Timber Ridge Dr
West Columbia, SC 29169

Merle Poynter
38722 State Route 518
Lisbon, OH 44432

Merlin D  Osorto Soriano
419 Fulton Rd  1st Floor
Canton, OH 44703

Merredes Villacres
3813 Summer Breeze
Las Vegas, NV 89108

Merrill Huntington Hynds
220 Northlake Road
Columbia, SC 29223

Merrill Hynds
220 Northcake Drive
Columbia, SC 29223

Merrilynn M McStraw
20834 Fish Flats Rd
Spartansburg, PA 16434

Merton Whitney
103 East Locust Street
Fleetwood, PA 19522

MGSOFT-NET, Inc.
790 West Chestnut Street
Washington, PA 15301

Mia B Lawson
43 Park Street
West Hazleton, PA 18202

Mia Isbell
43 Crawford Village Apt C
McKeesport, PA 15132

Mia Walker
512 Old Hickory Blvd No 1805
Nashville, TN 37209

Micah B Freeman
11309 Starner Road
Rockbridge, OH 43149

Micah C Gulley
730 Trenton Avenue
Rockford, IL 61102

Micah C Stapleton
174 Memory Lane
New Enterprise, PA 16664

Michael  Bish
183 Main St  PO Box 66
Yatesboro, PA 16263


Michael  Bordner
360 3rd St
Northumberland, PA 17857


Michael  Catanzaro
10 Knollcrest Drive #400
Cincinnati, OH 45237


Michael  Clore
1712 Westside Dr
Maryville, TN 37801


Michael  Crockett
27784 Cricket Lane
Harvest, AL 35749


Michael  Dahl
5576 W Cortaro Crossing Dr
Tucson, AZ 85742

Michael Faires
2908 Valvent Ct
Henderson, NV 89044


Michael Furger
9112 Spoonbill Ridge Pl
Las Vegas, NV 89143


Michael Hendrickson
49803 Stiversville Rd
Longbottom, OH 45743


Michael Joseph
862 Treat Boulevard
Tallmadge, OH 44278


Michael Jumper
20 N Pinoak Drive
Boiling Springs, PA 17007


Michael Kasten
25602 N Quail Haven Drive
Rio Verde, AZ 85263

Michael  Kelliler
4542 W Polkberry Lane
Phoenix, AZ 85063

Michael  Khodakovsky
10458 White Ash Trail
Twinsburg, OH 44087

Michael  Kiser
321 Vernon St Apt B
New Kensington, PA 15068

Michael  Knuce
3166 E Dry Creek
Phoenix, AZ 85048

Michael  Kwiek
211 W German Street
Herkimer, NY 13350

Michael  Lamungen
3815 Siesta Lane
Tempe, AZ 85282

Michael  Ligon
4096 New Hwy 96W
Franklin, TN 37064



Michael  McCormack
362 Conklintown Road
Ringwood, NJ 07456



Michael  Messler
1 Black Friar Rd
Bryn Mawr, PA 19010



Michael  Neuman
110 Ravine Rd
Stewartsville, NJ 08886



Michael  Nygren
235 Elm St
Tipp City, OH 45373



Michael  Osilka
5375 Mechanicsville Rd
Mechanicsville, PA 18934

Michael  Parrott
101 Taggart Avenue
Nashville, TN 37205

Michael  Patterson
619 Danbury Street
Pittsburgh, PA 15214

Michael  Shamshoian
235 Saddle Hills
Burleson, TX 76028

Michael  St Andre
4301 S Las Arboledas Trail
Gold Canyon, AZ 85218

Michael  Upham
1020 Mt Jackson Road
New Castle, PA 16102

Michael  Wallace
2260 Oakleigh Drive
Murfreesboro, TN 37129

Michael A  Alexander
27400 Chardon Rd  Apt 824
Willoughby Hills, OH 44092


Michael A  Timpone
184 Chesapeake Harbor Blvd
Hendersonville, TN 37075


Michael A Bandyk
3188 County Road 10
Adena, OH 43901


Michael A Barton
8754 Munford Giltedge Road
Burlison, TN 38015


Michael A Bennett Jr
1438 E Luzerne Street
Philadelphia, PA 19124


Michael a Cogis
142 Short Drive
Clinton, PA 15026

Michael A Confalone
3727 Highview Avenue SW
Canton, OH 44706

Michael A Deely
141 Wildrose St
Morgantown, WV 26508

Michael A Edwards
312 Ashcroft Pl
Nashville, TN 37215

Michael A Eslava
203 Glendevon Way
Columbia, SC 29229

Michael A Fikisz
6901 Grand Avenue  Apt 29A
Pittsburgh, PA 15225

Michael A Flanders
1310 Parker Place
Brentwood, TN 37027

Michael A Fow
871 W Thatcher Road
Quakertown, PA 18951


Michael A Garcia
2634 N 28th Place
Phoenix, AZ 85008


Michael A Himes Jr
2623 Walnut Avenue  Apt A
Altoona, PA 16602


Michael A Huth
284 Veaman Hill Road
Ford City, PA 16226


Michael A Iavecchia
4837 Hazel Avenue
Trevose, PA 19053


Michael A Kalinich
500 Walnut St
Marlin, PA 17951

Michael A Magill Jr
75698 Van Dyke Road
New Marshfield, OH 45766

Michael A Morrell
5340 N 20th Street
Phoenix, AZ 85016

Michael A Passatore
1004 Valora St
Pittsburgh, PA 15220

Michael A Powell
276 Madison Street
Nelsonville, OH 45764

Michael A Price
7907 Bridlewood Drive
Christiana, TN 37037

Michael A Rainis
847 Deep Creek Road
Ashland, PA 17921

Michael A Schimek
1677 Laura Lane
Pottstown, PA 19464

Michael A Sendro
651 Maytide Street
Pittsburgh, PA 15227

Michael A Servedio
3906 Evergreen Drive
Monroeville, PA 15146

Michael A Smith
147 Greenwich St
Kutztown, PA 19530

Michael A Sox
140 Travis Lane
West Columbia, SC 29170

Michael A Truxel
78 County Road 8
Dillonvale, OH 43917

Michael A Wiggs
112 Valley Springs Road
Columbia, SC 29223

Michael A Woessner
159 journey Dr
Murfreesboro, TN 37130

Michael A Wright
2416 Brandes St
Erie, PA 16503

Michael A Young
330 Melody Lane
Mansfield, OH 44905

Michael Abdella
28 Mill Street P.O. Box 400
Chaucy, OH 45719

Michael Abela
16 Shelly Lane
Mount Pocono, PA 18344

Michael Albers
15414 N 41st St
Phoenix, AZ 85032


Michael Alston
2654 Heathrow Street
Las Vegas, NV 89135


Michael Angelilli
4478 Arrel Road
Poland, OH 44514


Michael Arbaugh
550 Red Lion Rd
Kennett Square, PA 19348


Michael Artis
2228 S Spruce
Mesa, AZ 85210


Michael Ashley
4545 N 67th Ave #1186
Phoenix, AZ 85033

Michael B Byrum
1514 Brookstone Cricle
Mount Juliet, TN 37122

Michael B Cooper
6633 Ellesmere Road
Nashville, TN 37205

Michael B Long
39 Reeds Creek Road
Annville, PA 17003

Michael B Shanley Jr
325 Lake Street
Ephrata, PA 17522

Michael Bailey
2110 13th Ave NW
Puyallup, WA 98371

Michael Ballow
418 Slater St
Johnstown, PA 15905

Michael Barbieri
476 Lynbrook Road
Springfield, PA 19064


Michael Barrow
17833 S Oakley Dr
Buchtel, OH 45716


Michael Beichner
129 Delaney Drive
Pittsburgh, PA 15235


Michael Beilinson
3970 Beechmont Trail
Ornage Village, OH 44123


Michael Belotti
124 Kirkwood Drive
Pittsburgh, PA 15215


Michael Beyer
545 Roundtop Road
Harrisville, RI 02830

Michael Bittman
253 Hampton Drive
Langhorne, PA 19047


Michael Blasius
RD1 Box 56 A2
Mehoopany, PA 18629


Michael Blaskovich Jr
2060 Millerstown Road
Tarentum, PA 15084


Michael Boles
19 Stockton St
Charleston, WV 25312


Michael Bossick
399 White School
Greensburg, PA 15601


Michael Boxwell
536 Overlook Drive
Donegal, PA 15628

Michael Boyle
1015 Stotler Road
Pittsburgh, PA 15235


Michael Brazier
748 Principio Road
Port Deposit, MD 21904


Michael Bromley
1925 Madison Square Ste 500
Lavergne, TN 37086


Michael Brondum
8104 Patricia Dr.
Pittsburgh, PA 15237


Michael Brooks
2531 Sandhaven Ct.
Green Cove Springs, FL 32043


Michael Brookshire
3947 Miner Drive
Brunswick, OH 44212

Michael Brown
2127 Shawnee Lane
Blakeskee, PA 18610

Michael Bucci
1669 W Third Avenue
Vancouver, BC VCJ1K1
CANADA

Michael C Augustine
2016 Valley Drive
Goodletsville, TN 27072

Michael C Auten
39 Economy Street
Wheeling, WV 26003

Michael C Fluhr
21 Apple Blossom Drive
Lancaster, PA 17602

Michael C Kessen
1301 Eastland AVe
Nashville, TN 37206

Michael C Ott
59 S1 Irishtown Road
Grampian, PA 16838




Michael C Ware
5273 Thoms Run Road
Presto, PA 15142




Michael Calhau Jr
22356 Belle Terra Drive
Ashburn, VA 02148




Michael Cameron
62 Fords Landing Drive
Dover, NH 03820




Michael Campbell
623 33rd Street SW
Barberton, OH 44203




Michael Carl  Haye
11780 State Route 85
Kittanning, PA 16201

Michael Carney
130 North Nice Street
Frackville, PA 17931


Michael Casteel
1313 Fishers Meadows Cove
Hermitage, TN 37076


Michael Catalano
544 Grand Oaks Dr
Brentwood, TN 37027


Michael Catshall
25234 TR 201
Coshocton, OH 43812


Michael Cerda Jr.
3510 Forest Avenue
Munhall, PA 15120


Michael Chao
16 Meadow Road
East Brunswick, NJ 08816

Michael Chapman
1159 Oliver Spring Hwy
Clinton, TN 37716

Michael Charles Leonard
1605 Elms Plantation
Mount Pleasant, SC 29466

Michael Chavers
26 Flora Drive
Bedford, OH 44146

Michael Chayrez
4349 North 161st Ave
Goodyear, AZ 85395

Michael Check
118 Zoe Court
Murfreesboro, TN 37129

Michael Christman
250 Wendell Rd
Reynoldsburg, OG 04368

Michael Cirincione
314 Dunhams Corner Road
East Brunswick, NJ 08816

Michael Clark
12 Skyline Drive
Chalfont, PA 18914

Michael Clark
7254 Tara Avenue
Las Vegas, NV 89117

Michael Cleveland
422 Monroe Street
Flint, MI 48503

Michael Collins
1306 Overcliff Way
Pittsburgh, PA 15212

Michael Colom
900 Cedar Creek Circle
Centerville, OH 45459

Michael Colwell
9301 Twp Rd 100
N Lewisburg, OH 43060

Michael Cooper
111 S Madison Street
Republic, OH 44867

Michael Corella
916 Third Street
New Salem, PA 15468

Michael Cornelson
18058 West Acapulco Lane
Suprise, AZ 85388

Michael Cornish
863 State Rt 150
Adena, OH 43901

Michael Cotyk
23 Willow Crossing Rd
Greensburg, PA 15601

Michael Coultrap
2728 East Carson Rd
Phoenix, AZ 85042


Michael Cross
1764 Bouten Drive
Cookeville, TN 38501


Michael Crow
702 N Ashbrook Circle
Mesa, AZ 85213


Michael Culp ll
107 Deer Run Rd
Williamsburg, PA 16693


Michael Culver
1870 Pueblo Drive
Xenia, OH 45385


Michael D Ayres
3511 Iskagna Drive
Knoxville, TN 37919

Michael D Copeland
210 N Elm Street
Columbiana, OH 44409

Michael D Dickerson
716 James St
Latrobe, PA 15650

Michael D Floyd
124 Sweeney Drive
Pegram, TN 37143

Michael D Gregory
106 Kestrel Lane
Irmo, SC 29063

Michael D Highley
6574 Burrville Road
Celina, OH 45822

Michael D Lucas
1130 High St
Pittsburgh, PA 15212

Michael D Lucy
4000 Faxon Avenue
Memphis, TN 38122


Michael D Overly
1888 San Mateo Drive
Dunedin, FL 34698


Michael D Peton
120 Locust Street
Brownsville, PA 15417


Michael D Rietshlin
1971 St Rt 603
Shiloh, OH 44878


Michael D Sherwood
111 Melrose Place
Northern Cambria, PA 15714


Michael D Smale
24 Trotters Circle
Delaware, OH 43015

Michael D Smicklo
176 N Fourth Street
Indiana, PA 15701

MIchael D Wade
509 Stewart Avenue SW
Massilon, OH 44646

Michael D Williams
175 Old US 33
Shade, OH 45776

Michael D Wolfe
93 Penn Valley Village
Lititz, PA 17543

Michael Dais
832 Herberton Street
Pittsburgh, PA 15206

Michael Dare
716 Lawrence Lane
Ambler, PA 19002

Michael Darner
1843 Wilshire Drive
Piqua, OH 45356


Michael Dartarian
4696 W Lindenthal Lane
Tucson, AZ 85742


Michael Day
210 Cumberland Drive
Lebanon, TN 37087


Michael Dean Huff Jr
708 S Martinque Drive
Gilbert, AZ 85233


Michael Delio
112 Wilkins Avenue
Pittsburgh, PA 15112


Michael Delos Santos
4358 Valley Requests Drive
Las Vegas, NV 89030

Michael Dennewitz
286 Lanter Lane
Taylorsville, KY 40071


Michael Dennis Tuck
202 Broughton Drive
Greenville, SC 29609


Michael Detka
351 Grove Chapel Road
Indiana, PA 15701


Michael Deyarmin
1005 Mill Road
Duncansville, PA 16635


Michael Dicenso
592 John Mitchell Avenue
Phillipsburg, NJ 08865


Michael Dickman
17 Nicholas Dr
Beaver, PA 15009

Michael Dietel
900 Sotuh Meadowa Pkwy #323
Reno, NV 89521

Michael Dilberian
40 Sekani Trail
Albrightsville, PA 18210

Michael Dimare
170 2nd St
Wyoming, PA 18644

Michael Dorrell
361 Irumptonet
Lexington, SC 29073

Michael Dotson
1147 Benskin Ave SW
Canton, OH 44710

Michael Dowd
83 Brebeuf Terrace
Liecester, VT 05733

Michael Dowd
25 Chestnut Ridge Circle
Easton, PA 18042

Michael Dunn
2406 S. Millick Street
Philadelphia, PA 19142

Michael E Backensto
2310 Pavonia Road
Mansfield, OH 44903

Michael E Bryant
1127 Kenyon  NW
Massillon, OH 44646

Michael E Gasser
177 Cottonwood Drive
Murfreesboro, TN 37128

Michael E Handley
7441 Race Street
Pittsburgh, PA 16208

Michael E Sidwell
767 Mt Zion Rd
Lancaster, OH 43130




Michael E Wall
555 Maple Avenue  PO Box 76
Clymer, NY 14724




Michael E Woodley Jr
217 Cochran Street
Dawson, PA 15428




Michael Eddy
418 Marion Street
Creighton, PA 15030




Michael Eder
144 Gibson Ave
Mansfield, OH 44907




Michael Elia
8124 N Sable Way
Prescott Valley, AZ 86315

Michael Essig
8106 Stallion Road
Magnolia, OH 44643


Michael Etzler
841 Hemlock St
Celina, OH 45822


Michael Evans
52 W 8th Street
Wyoming, PA 18644


Michael Evans
18730 East Old Beau Trail
Queen Creek, AZ 85242


Michael Ewoldt
1098 South King Road
Purvis, MS 39475


Michael F Dimauro
116 Holly Dr
Rio Grande, NJ 08242

Michael Fantauzzi
117 Castner Ave
Donora, PA 15023

Michael Faye
188 Collins Lane
Limestone, TN 37681

Michael Finch
6586 S Garfield Way
Littleton, CO 80121

Michael Fischer
2285 Lake Street
Salt Lake, UT 84106

Michael Flynn
304 Montgomery Avenue
New Castle, PA 16102

Michael Fraiser
1150 Sessions Drive
Centerville, OH 45459

Michael Freeland
10343 East Rosemary Lane
Scottsdale, AZ 85255

Michael G Brown
5501 Grandview Dr
Altoona, PA 16001

Michael G Passas
8004 Hunters Cove
Boardman, OH 44512

Michael G Pitacciato
682 Artvue
Pittsburgh, PA 15243

Michael G Strombach
15562 Harrison Willshire Road
Willshire, OH 45898

Michael Gabriel
1332 Highland Drive
Orefield, PA 18069

Michael Gant
653 Royal View Drive
Lancaster, PA 17601

Michael Garren
14250 Julie Road
Logan, OH 43138

Michael Georgeoff
184 Hilltop Blvd
Canfield, OH 44406

Michael Geracioti
3717 Richland Ave
Nashville, TN 37205

Michael Giachetti
41 Dixon Blvd
Uniontown, PA 15401

Michael Giarratano
6339 East Greenway
Scottsdale, AZ 85250

Michael Gilvin
3650 Logan Lancaster Road Lot 1
Lancaster, OH 43130


Michael Green
1305 7th Street
N. Kensington, PA 15068


Michael Griffith
205 Tarrington Ct
Brentwood, NJ 37027


Michael Gross
32325 Wintergreen Drive
Solon, OH 44139


Michael Grossman
89 Woodview Drive
Old Bridge, NJ 08857


Michael Grudowski
133 Wilda Lane
Murrysville, PA 15668

Michael H Axt
8026 Penny Court
New Tripoli, PA 18066

Michael H LaGrone
17211 E Starflower Court
Queen Creek, AZ 85242

Michael H Rider
465 Logan Road
Mansfield, OH 44907

Michael Haarlander
2000 Mallory Lane  Ste 130 393
Franklin, TN 37067

Michael Haberman
3828 Hilltop Drive
Gibsonia, PA 15044

Michael Halsall
1023 Hathaway Road
Moretown, VT 05660

Michael Hand
1964 Hazelwood Road
Trenton, NJ 08753

Michael Handley
358 Collins Drive
Pittsburgh, PA 15235

Michael Harris
1100 Woodtree Court
Columbia, SC 29212

Michael Hayes
2650 James Edmon Ct
Murfreesboro, TN 37129

Michael Heastings
643 Howard St
Ambridge, PA 15003

Michael Hemenway
1145 East Via Linda #2 236
Scottsdale, AZ 85259

Michael Hepler Smith
2184 Chardonnay Circle
Gibsonia, PA 15044

Michael Herbert
3457 Main St
Mineral Ridge, OH 44440

Michael Herrmann
234 Academy Road
Dennisville, NJ 08214

Michael Hilka
299 Hollis Drive
Spartanburg, SC 29307

Michael Hill
112 Blackburn
Nashville, TN 37205

Michael Hines
29488 Woodward Avenue
Royal Oak, MI 48073

Michael Horoschak
104 Arnots Street
Saint Clair, PA 17970

Michael Hubbard
75 Alana Drive
York, PA 17402

Michael Hughes
100 Longstreet Dr
Greer, SC 29650

Michael Hutchinson
121 North Madison
Allentown, PA 18102

Michael Ion
4808 Foxboro Ct.
Erie, PA 16510

Michael J  Reinhart
2260 Foulkes Mill Rd
Quakertown, PA 18951

Michael J Andinolfi
219 Deb Lane
Warminster, PA 18974

Michael J Baker
919 Overview Court
Mt Pleasant, SC 29464

Michael J Barto
7343 Main Street
Burnside, PA 15721

Michael J Daly
2989 Serfass Rd
Clinton, OH 44216

Michael J David
287 Southward Drive
Coraopolis, PA 15108

Michael J Davila
26 E Grago Boulevard
Canastota, NY 13032

Michael J Dillon
652 St Nicholas Avenue
Dayton, OH 45410


Michael J Edgar
4224 S Roger Way
Chandler, AZ 85286


Michael J Engel
2214 Willowrow NE
Canton, OH 44705


Michael J Finch
917 Adelaide Street
Pittsburgh, PA 15219


Michael J Gallagher
1785 Mountain View
Monroeville, PA 15146


Michael J Gray
4355 South Woodland Dr
Bensalem, PA 19020

Michael J Hessock
1186 Willow Bend Drive
Clarksville, Tn 37043

Michael J Hunter
118 Kunkle St
Forbes Road, PA 15633

Michael J Joseph
2600 Kingswood Way
Sioux Falls, SD 57106

Michael J Kasloski
802 Sixth Avenue
Croydon, PA 19021

Michael J Kessler
105 View Point Lane
Wheeling, WV 26003

Michael J Laidman
4887 Farnhurst Road
Cleveland, OH 44124

Michael J Mardell
5464 Chimney Rock
Westerville, OH 43081


Michael J Marker
476 Fourth Street  Apt 208
Beaver, PA 15009


Michael J McAndrew
422 Third Street
Oakmont, PA 15139


Michael J Neff
917 Allegheny Avenue
New Kensington, PA 15068


Michael J Nelson
232 Shenley Dr
Erie, PA 16505


Michael J Sabo
1153 Leckrone Masontown Road
McClellandtown, PA 15458

Michael J Strunk
RD 3  Box 3249
Saylorsburg, PA 18353


Michael J Testa
524 E Vea Street  #1
Phoenix, AZ 85020


Michael J Vargo
3261 Ramsgate Street
N Canton, OH 44720


Michael J Vigilante
332 Royal Hunt Way
Lititz, PA 17543


Michael J Vitalbo
1134 Fourth Street
Monongahela, PA 15063


Michael J Zahorsky
2403 Beaver Road
Ambridge, PA 15003

Michael J Zavada
241 Airway Inn Road
Dunbar, PA 15431

Michael Jacobs
7513 Sweetbriar Drive
College Park, MD 20740

Michael James
1437 Spring Avenue NE
Canton, OH 44714

Michael James Kelly
630 E Gila Lane
Chandler, AZ 85225

Michael Jensen
1003 Roseland Avenue
Kalamazoo, MI 49001

Michael Johnson
3985 Rowena Dr B
Philadelphia, PA 19114

Michael Johnson
2196 Loudenslager Drive
Thompsons Station, TN 37179

Michael Johnston II
435 Main Street
Kersey, PA 15846

Michael Joseph Scott
1908 Clemantis Drive
Hixson, TN 37343

Michael Judd
6035 South Natoma Avenue
Chicago, IL 60638

Michael K Allen
752 Echles Street
Memphis, TN 38111

Michael K Stagg
5840 Fredericksburg Drive
Nashville, TN 37215

Michael Kane
36 Northumberland
Nashville, TN 37215

Michael Kenneth Nemeth
4235 Lotus Lane
Coopersburg, PA 18036

Michael Kinsley
4407 Reilly Drive
Troy, MI 48085

Michael Klein
1256 Chanticleer Dr
Cherry Hill, NJ 08003

Michael Knox
107 Caramel Lane
Rossville, GA 30741

Michael Kohnen
408 North Street
Wapakoneta, OH 45895

Michael Koneval
4253 Winner Circle
Medina, OH 44256

Michael Kosek
30 Hughes Street
Forty Fort, PA 18704

Michael Kozma
5401 Manning Street
North Ridgeville, OH 44039

Michael Kunce
3166 E Dry Creek
Phoenix, AZ 85048

Michael Kutz
123 Columbia
Schuylkill Haven, PA 17972

Michael L  Adair
2752 Owl Hollow Rd
Franklin, TN 37064

Michael L Albright
RR2  Box 180G
Martinsburg, PA 16662



Michael L Davis
17557 Route #5 Road
Sonora, CA 95370



Michael L Dieckhaus
13520 N Wide View Drive
Oro Valley, AZ 85755



Michael L Miner
1127 16th Street  SE
Massillon, OH 44646



Michael L Pellicciotti
27 Ingham Dr
Stevens, PA 17578



Michael L Post
757 Carmel Church Road
Celina, OH 45822

Michael L Pruett
7326 St Rt 19  2507
Mount Gilead, OH 43338


Michael L Roberts
443 Harvard Lane
Santa Barbara, CA 93111


Michael L Schenk
5936 Woodleigh Oaks Dr
Charlotte, NC 28226


Michael L Simmons
1400 Vine St
Reading, PA 19606


Michael L Smith
5264 Bunnell Hill Rd
Lebanon, OH 45036


Michael L Sweitzer
2932 Oakland Avenue
Kettering, OH 45409

Michael L Wagner
1228 Kuntz Road
Erie, PA 16509


Michael L Wylie
1151 Wylie Court
Rock Hill, SC 29730


Michael Labos
21150 North Tatum Blvd  Apt #2081
Phoenix, AZ 85050


Michael Laguna
2005 Ernest Avenue
Redondo Beach, CA 90278


Michael Lamontagne
1615 Glenn Abbey Drive
Kettering, OH 45420


MIchael Lanni
1862 Adelaide Boulevard
Akron, OH 44305

Michael Lee Erby
201 Poplar Street
Richland, PA 17087



Michael Lehlbach
4141 W Glendale Avenue Apt 2101
Phoenix, AZ 85051



Michael Leitzel
233 Cemetary Mill Road
Herdon, PA 17830



Michael Lindell ll
5347 Somerset Avenue
Westerville, OH 43082



Michael Liptak
1051 Leanne Street
Reading, PA 19605



Michael Little
310 Neighborhood Rd
Gallipolis, OH 45631

Michael Love
2029 Boving Road
Lancaster, OH 43130

Michael Lowman
137 Madison Avenue
Masontown, PA 15461

Michael Lucas
70 Ridge Road
Barnesville, PA 18214

Michael Lucas
3 Creekwood Drive
Lancaster, PA 17602

Michael Lukach
18449 Wright Road
Centerville, PA 16404

Michael Lyde
141 Rose Lane
Lansdowne, PA 19050

Michael Lynch
6859 East State Rd 144
Mooresville, TN 46158


Michael M Albinger
717 Railroad Street
Springdale, PA 15144


Michael M Morgan
855 Hamill Road
Verona, PA 15147


Michael Maddux
4917 Wilmington Pike
Kettering, OH 45440


Michael Manar
7828 Sabal Ridge Drive
North Charleston, SC 29418


Michael Manior
7930 E Arlington Road #D
Scottsdale, AZ 85250

Michael Mark Sandor
206 Elm Street
Prosperity, SC 29127

Michael Mashburn
7905 Crown Ridge Boulevard
Arlington, WA 98223

Michael Masters
23 Bestview Avenue
Bessemer, PA 16112

Michael Maurizio
5919 Western Park Dr
Baltimore, MD 21209

Michael Mayes
120 Janice Drive
Murfreesboro, TN 37128

Michael McComb
2522 Sycamore Hills Dr
Fort Wayne, IN 46814

Michael McCue
1737 Hathaway Lane
Upper Saint Clair, PA 15241

Michael McFerren
334 Sioux Court
Sinking Spring, PA 19608

Michael McGowan
4854 N Taylor Street
Eloy, AZ 85231

Michael McKittrick Jr
423 Park Pl
Berea, OH 44017

Michael McTiernan
7321 Balla Drive
N Tonawanda, NY 14120

Michael Mecca
RR2  Box 2224A
Moscow, PA 18444

Michael Meints
8027 North 5th Street
Phoenix, AZ 85020


Michael Meitzler
100 North Reading Avenue
Boyertown, PA 19512


Michael Melvin
179 Johnson Rd
Lebanon, TN 37087


Michael Menta
231 Sarahs Lane
Harleysville, PA 19438


Michael Metz
1863 Swamp Pk
Golbertsville, PA 19525


Michael Metzger
6906 Spinnaker Drive
Reynoldsburg, OH 43068

Michael Michalek
16575 Old Frederick Rd.
Mount Airy, MD 21771

Michael Milinski
2291 Stumpville Road
Jefferson, OH 44047

Michael Miller
3020 17th Street SW
Massillon, OH 44646

Michael Miller
4624 Sandy Lake Road
Carlton, PA 16311

Michael Miller
3493 Tamara Lane
Orangebury, SC 29118

Michael Monroe
314 St Mortiz Drive
Monroeville, PA 15146

Michael Moore
4725 Highway 301 South
Latta, SC 29565

Michael Moore
840 Ashtree Drive
Eaton, OH 45320

Michael Morse
9599 W. Charleston #1199
Las Vegas, NV 89117

Michael Mumma
155 Stone Mill Drive
Elizabethtown, PA 17022

Michael Murdock
8470 Riverside Road
Manjemoy, MD 20662

Michael Murphy
452 Woodridge Road
Mansfield, OH 44906

Michael Muscarella
6427 West Boulevard
Youngstown, OH 44512

Michael Na O
4496 Devlin #E 11
Nellis AFB, NV 89191

Michael Nelson
796 Los Tayis Way
Las Vegas, NV 89005

Michael Neptune
4255 Adamsville Rd
Zanesville, OH 43701

Michael Nizri
2607 Fontainebleau Drive
Atlanta, GA 30360

Michael Noel
2512 Landscape
Canton, OH 44709

Michael Noggle
1112 Lehman St
Lebanon, PA 17046

Michael Norris
570 Emerson Avenue
North Canton, OH 44720

Michael Nothstein
PO Box 140
Effort, PA 18330

Michael Novad
23 5th Street
Bessemer, PA 16112

Michael Nutter
9382 Maple AVe SE
East Sparta, OH 44626

Michael ODonnell
126 Redwood Drive
Quakertown, PA 18951

Michael Off
10061 Riverside Dr #177
Toluca Lake, CA 91602

Michael Oliver
PO Box 18760
Fountain Hills, AZ 85268

Michael Oliver
6718 State Route 242
Versailles, OH 45380

Michael P Burfield
215 Cobblestone Court
Cold Spring, KY 41076

Michael P Drye
925 Fifth Avenue
East McKeesport, PA 15035

Michael P Livelsberger
435 E Canal Road
York, PA 17404

Michael P Miskiel
2448 Henry Road
Sewickley, PA 15143


Michael P Mory
420 Liberty Drive
Blandon, PA 19510


Michael Pampino
311 Lincoln Hall Rd
Elizabeth, PA 15037


Michael Parker
3448 Ravenel Court
Murfreesboro, TN 37130


Michael Patrick Creswell
9231 State Street
Philadelphia, PA 19114


Michael Patrick Peles
414 Jackson Street
Reynoldsville, PA 15851

Michael Pefferman
201 Governor Dr
Allison Park, PA 15101

Michael Perez
807 Garfield Avenue
Lincoln Park, MI 48146

Michael Poe
220 Green Valley Blvd
Franklin, TN 37064

Michael Policastro
657 Hall Road
Beaver, PA 15009

Michael Pond
776 Nawasse Trail
Fort Mill, SC 29715

Michael Potoczny
401 Stanford Rd
Fairless Hills, PA 19030

Michael Powell
9547 Cemetery Road
Wapakoneta, OH 45895

Michael Powell
1164 Parkvue Drive
Troy, OH 45373

Michael Putman
26792 Huckelberry Road
Coolville, OH 45723

Michael R Akins
7104 Winchester Crossing Blvd
Canal Winchester, OH 43110

Michael R Bailey
49400 Foxs Bottom Road
Cadiz, OH 43907

Michael R Beecken
155 Woodall Point Road
South Pittsburgh, TN 37380

Michael R Boyd
104 Cotton Hill Rd
Huntsville, AL 37811


Michael R Buffenbarger
1129 Eighth Avenue
Brackenridge, PA 15014


Michael R Collins
301 South First St
Unon City, OH 45390


Michael R Cotter
2333 Palmer Avenue
New Rochelle, NY 10801


Michael R Duncan
5364 summit Rd
Cleveland, OH 44124


Michael R Hannabeck
608 Old Route 51
Smock, PA 15480

Michael R McNasby
524 Highland Avenue
Lindenwold, NJ 08021

Michael R Meliton
183 Old Ridge Road
Coraopolis, PA 15108

Michael R Reininger
379 Detterline Drive
New Enterprise, PA 16664

Michael R Riley
4936 Lake Rd
Athens, OH 45701

Michael R Rock
221 Dry Hill Road
Connellsville, PA 15425

Michael R Spairana III
729 Lehihgh St   PO Box 54
Bowmanstown, PA 18030

Michael R Sterner
188 Meadow Lane
Abbottstown, PA 17301

Michael R Webb
675 Wells NE
Brewster, OH 44613

Michael R Wise
1997 airport Rd
Loysville, PA 17047

Michael R Wolfe
8 Spruce Street Apt A
Pine Grove, PA 17963

Michael Rabinovitz
1704 Center Ave
Pittsburgh, PA 15229

Michael Ramirez
559 S 70th Street
Springfield, OR 97478

Michael Raphael
138 Hicks Road
Nashville, TN 37221


Michael Read
19009 16th Ave NE
Shoreline, WA 98155


Michael Reeves
31 Heffner Road
Royersford, PA 19468


Michael Rennhack
7809 Blueberry
Powell, TN 37849


Michael Renninger
910 Morrel Avenue
Connellsville, PA 15425


Michael Rice
1302 East Glenhaven Dr.
Phoenix, AZ 85048

Michael Richard Bane
1641 E Leaf Road
Queen Creek, AZ 85242

Michael Richardson
193 Riverside Circle
Goose Creek, SC 29445

Michael Riehl
1195 Mt Airy Road
Stevens, PA 17578

Michael Rivera
1064 Timberidge Lane
Allentown, PA 18106

Michael Roberts
8884 W 500th S
Jamestown, IN 46147

Michael Robinson
6610 Maplehurst Avenue
East Sparta, OH 44626

Michael Rock
314 Lafayette Avenue
Pittsburgh, PA 15214

Michael Rogers
1 South Green Office
Athens, OH 45701

Michael Romero
PO Box 416
Kearney, AZ 85237

Michael Rothwell
3689 E Vantage Pointe Lane
Meridian, ID 83642

Michael Rudd
1590 Philadelphia St
Indiana, PA 15701

Michael Rudisil
5137 Palmer Mill Rd
Clifton Heights, PA 19018

Michael Rule
10655 Whiley Road
West Salem, OH 44287

Michael Runyan
2160 Lockett Court
Duluth, GA 30097

Michael Ryan
117 Osborne Ave
Morrisville, PA 15067

Michael S Alberter
4236 Haldane Street
Pittsburgh, PA 15207

Michael S Barnett
4125 Kinneys Road
Springfield, TN 37172

Michael S Carpenter
1106 Battery Lane
Nashville, TN 37220

Michael S Crane
5195 Northcrest Drive
Nashport, OH 43830

Michael S Fee
2324 Klondike Rd
Delaware, OH 43015

Michael S Hay
300 Wood Street Apt B18
Mansfield, OH 44903

Michael S Klinger Jr
305 N Keystone Street
Muir, PA 17957

Michael S Mazanowski
8112 Stafford Drive
Wattsburg, PA 16442

Michael S Sterner
104 Sunset Lane
Hamburg, PA 19526

Michael S Wiles
1818 Pleasantville
Lancaster, OH 43130

Michael Sabo
362 Mountian Road
Uniontown, PA 15401

Michael Sanders
18750 Rivers Edge Drive East
Chagrin Falls, OH 44023

Michael Santos
6 Prince Valely Rd
Truro, MA 02666

Michael Schneider
2 Millers Road
Newtown, PA 18940

Michael Schubert
413 East State Rd
Seneca, PA 16346

Michael Secor
57 Apple Blossom Drive
Lancaster, PA 17602


Michael Shaw
1198 Forsythe Ave
Columbus, OH 43201


Michael Shawn Sabo
253 Beautyline Dr
Salix, PA 15952


Michael Shiveley
7422 St Rt 125
Portsmouth, OH 45669


Michael Shomer
9360 E Flamingo Rd Suite L12
Las Vegas, NV 89147


Michael Simmons
825 Hwy 51 Bypass N Apt 3
Dyersburg, TN 38024

Michael Smallbone
2400 Adair Court
Franklin, TN 37064


Michael Smallwood
4240 N Longview #12
Phoenix, AZ 85014


Michael Smith
844 North Rock Road
Mansfield, OH 44903


Michael Smith
18331 Fifth Street
Beloit, OH 44609


Michael Snowden
117 Auburn Leaf Drive
Hopkins, SC 29061


Michael Solomon
233 Margo Lane
Nashville, TN 37211

Michael Sosnowyj Sr
11118 Hendrit Street
Philadelphia, PA 19116


Michael Sovinski
628 N Ash Street
Celina, OH 45822


Michael Steffen
2359 State Route 981
New Alexandria, PA 15670


Michael Stefonich
1693 Heilmandale Road
Lebanon, PA 17046


Michael Steven Kitchen
728 Willow Lake Road
Charleston, SC 29412


Michael Stevens
524 Littlestone Drive
Brentwood, TN 37027

Michael Stimely
338 Possum Path
Louisville, KY 40214

Michael Straub
665 E Thirteenth Street #1
Erie, PA 16503

Michael Sweeney
3000 Cherokee Road
Johnson City, TN 37604

Michael Swierzweski
77nd Cross Creek Cir
Breinigsville, PA 18031

Michael Sykes
2414 Jefferson Street
Harrisburg, PA 17110

Michael T Burke
42269 Mudsock Rd
Coolville, OH 45723

Michael T Burke
242 Kenmar Drive
New Cumberland, PA 17070

Michael T Burns
1001 E Via Soledad
Tucson, AZ 85718

Michael T Elkins
1954 SR 550
Bartlett, OH 45713

MIchael T Hampton
114 Forest Drive
Martin, TN 38237

Michael T Hower
33 North Tenth Street
Lebanon, PA 17046

Michael T McCombe
4124 Gladstone Street
Pittsburgh, PA 15207

Michael T Smith
323 E Locust Street
York, PA 17403

Michael T Snyder
2 Bancroft Terrace
Shillington, PA 19607

Michael T Whalen
607 Airport Rd
Ashland, PA 17921

Michael T Woods
1701 Sarahs Trail
Hermitage, TN 37076

Michael Taylor
3250 Pluma Street Apt #222
Reno, NV 89509

Michael Thomas
720 Sixth Street
West Elizabeth, PA 15088

Michael Tomey
20425 North 7th Street Apt #1075
Phoenix, AZ 85024

Michael Tout
401 North Elm Street
Lititz, PA 17543

Michael Ulichney
1004 Hammocks View
Savannah, GA 31410

Michael Unrue
1236 Old State Rd
New Castle, PA 16101

Michael V Milani
2526 E 44th St
Erie, PA 16510

Michael V Sorrentino
138 Lakes Of Pines
E Stroudsburg, PA 18301

Michael V Stopyra
12 Creek View Circle
Royersford, PA 19468

Michael Vacha
309 N. Willow
Louisville, OH 44641

Michael Valladares
321 Bonanza Way
Las Vegas, NV 89101

Michael Van Wie
1E Helena
Phoenix, AZ 85022

Michael Varcelli
6630 Abby Court
Valley View, OH 44125

Michael Velo Zorzi
841 Taylor Dr
Folcroft, PA 19032

Michael Vergetis
1320 S Walcial Loop #2036
Phoenix, AZ 85644


Michael Voit
1306 Wendy View Drive
Allison Park, PA 15101


Michael Voronov
9908 Bustleton   # G10
Philadelphia, PA 19115


Michael W Atchison
5229 Rippy Road
Cross Plains, TN 37049


Michael W Bundy
511 Center Avenue
Carnegie, PA 15106


Michael W Chandler
10219 Squires Way
Cornelius, NC 28031

Michael W Horvatic
1506 Beech Avenue
Braddock, PA 15104


Michael W Johnson
9707 Shoreline Heights Drive
Soddy Daisy, TN 37379


Michael W Mayle
2244 40th Street NW
Canton, OH 44709


Michael W Miller
Washington St  PO Box 149
Robinson, PA 15949


Michael W Moyer
59 Red Horse Road
Pottsville, PA 17901


Michael W Pachella
PO Box 354  Nellie Rd
Vanderbilt, PA 15486

Michael Waddell
19552 Goast Run Honey Fork Road
Logan, OH 43138

Michael Walker
908 Fourth Street
St Marys, WV 26170

MIchael Watson Bullington
224 Shallow Brook Drive
Columbia, SC 29223

Michael Wayne Myers
617 W Seventeenth Street
Ashland, OH 44805

Michael Weber
3414 Chaparral Drive
Temple, TX 76502

Michael Weidleman
3832 Taft Avenue NE
Canton, OH 44705

Michael Wharton
1053 Audobon
Groose Pointe, MI 48230


Michael Wheatley
P.O. Box 192
Newfoundland, PA 18445


Michael Wiederhold
160 Maplewind Ct.
Montgomery, TX 77356


Michael Williams
1437 North Bernard
Mesa, AZ 85207


Michael Wilson
831 Langford Mill Road
Newberry, SC 29108


Michael Wilson
85 Fairfield Avenue
Nashville, TN 37210

Michael Wingatz
5323 Cottage Ave
South Charleston, WV 25309


Michael Wong
2335 SE Evergreen Street
Milwaukie, OR 97222


Michael Worthington
3160 Red Bird Lane
Shelby, OH 44875


Michael Wynn
304 Riffel Avenue
Greenville, OH 45331


Michael Yankevich
106 Michlin Ave
Curwesville, PA 16833


Michael Yoder
409 N Jackson Avenue
Brewster, OH 44613

Michael Zetts
1144 Struthers Coits Road
Lowellville, OH 44436


Michael Zimmer
21 Concord Dr
Fairview Village, IL 62208


Michaela Balknight
2240 Yelland St
Philadelphia, PA 19140


Michaela Whittingslow
2098 E Calle De Dulcinea
Tucson, AZ 85718


Michaelene Mazur
1420 Broadview Boulevard
Natrona Heights, PA 15065


Michaelenn Weber
694 Alden Street
Meadville, PA 16335

Michel Johnson
2437 North 123rd Avenue
Avondale, AZ 85323

Michel Mouchabeck
5454 Pheasant Run
Stone Mount, GA 30087

Michele  Cochran
916 Laurel St Apt 9-4
Tyrone, PA 16686

Michele  Muniz Trucios
307 S Main Street
Chambersburg, PA 17201

Michele B Jackson
1022 First Street
McKees Rocks, PA 15136

Michele Cleaves
77 Larry Lane
Cortland, OH 44410

Michele D Holt
636 East Main Street
Titusville, PA 16354


Michele Fox
16067 Main Street
Millfield, OH 45761


Michele Greenlee
1124 Dewey Street
Conway, PA 15027


Michele Hayward
219 Hillcrest Drive
Madison, TN 37115


Michele Henning
12631 W Ashby Drive
Pedria, AZ 85383


Michele L Amos
33212 Votaw Boulevard
Lisbon, OH 44432

Michele L Jones
8609 Pershing Street
Pittsburgh, PA 15235


Michele L Klein
4007 California Avenue
Pittsburgh, PA 15212


Michele M Curry
1515 Bridgecrest Dr  No 415
Antioch, TN 37013


Michele M Elder
1105 Pillow Avenue
Harwick, PA 15049


Michele M Vergnetti
2728 Price Street
Scranton, PA 18504


Michele McGraw
HCI Box 61A
Gouldsboro, PA 18424

Michele P Bennett
3720 Avalon Street
Philadelphia, PA 19114


Michele Pryzblick
205 Ridge Road  PO Box 3
Zion Grove, PA 17985


Michele Reno
2586 County Line Road
New Castle, PA 16101


Michele Robinson
4421 Shale Street SE
East Canton, OH 44730


Michele Rosario Melendez
309 Plaza Apartments
Lebanon, PA 17042


Michele Scott
8242 E Cavalry Drive
Scottsdale, AZ 85262

Michele Williams
105 Dupont Street
Johnstown, PA 15902


Michelle  Hall
7008 Thames Ct
Matthews, NC 28104


Michelle A Ceci
74 W Mahanoy Avenue
Tamaqua, PA 18252


Michelle A Droesch
212 Elm Street   PO Box 22
St Henry, OH 45883


Michelle A Glenn
502 Meyers Street
McKees Rocks, PA 15136


Michelle A Heffner
405 Miriam Avenue
Leesport, PA 19533

Michelle A Long
8 Bloomer Drive
Burlington, NJ 08016


Michelle A McKinght
70 Railroad St
Dunbar, PA 15431


Michelle Aeischliman
251 Road 200
Emporia, KS 66801


Michelle Aeschliman
251 Road 200
Emporia, KS 66801


Michelle Birden
50 County Rd 68
Toronto, OH 43964


Michelle Blevins
290 Pheasant Drive
Pittsburgh, PA 15235

Michelle Bradshaw
136 Fieldstone Way
Mount Top, PA 18707

Michelle Broseus
9440 Cedar Ct W
Nashport, OH 43830

Michelle Bush
1020 Park Glen Drive
Dayton, OH 45418

Michelle C Ritchey
1214 Third Avenue
Altoona, PA 16602

Michelle Capan
619 Highridge Drive
Pittsburgh, PA 15226

Michelle Corrie
447 Keystone Road
New Kensington, PA 15068

Michelle Crabtree
2322 Granger Road
Medina, OH 44256


Michelle Craig
835 Murray Street
Throop, PA 18512


Michelle Crampo
1822 Rock Street
Connellsville, PA 15425


Michelle D Shaw
15512 Fernway
Maple Hts, OH 44137


Michelle DiBlasio
4630 Pennyback Street
Philadelphia, PA 19136


Michelle Dobbins
223 Eastern Avenue
New Lexington, OH 43764

Michelle Dunaway
26604 S East Lake Drive
Sun Lakes, AZ 85248


Michelle E  Namen
7715 hills & Dales  Apt 2
Massillon, OH 44646


Michelle E Bercel
129 Shaffer Rd
Apollo, PA 15613


Michelle E DiGugliemo
619 S Front Street
Wrightsville,  PA 17368


Michelle Filsinger
7823 Chaney Lane
Bartlett, TN 38133


Michelle Friedl
143 Cuneo Road
Kersey, PA 15846

Michelle Fryer
1533 Bell Trace Dr
Nashville, TN 37013


Michelle G Showrank
249 Holt Road
Aliquippa, PA 15001


Michelle Gibson
1635 Stark Ave  SW
Canton, OH 44706


Michelle Gibson
909 Black Walnut Trails
Cedar Hill, TX 75104


Michelle Gray
10412 Silverthorn Road
Edinboro, PA 16412


Michelle Harris
512 4th Street
Elizabeth, PA 15037

Michelle Hayes
8768 Millwheel Drive
Reynoldsburg, OH 43068

Michelle Haywood
1942 E Alta Vista Road
Phoenix, AZ 85042

Michelle Huffman
2275 Edgewood Dr
Salem, OH 44460

Michelle Johnson
538 Clover Court
Exeter, PA 18643

Michelle Kirkman
2388 Old Bristol Road
Holland, PA 18966

Michelle L Bates
1020 Thornwood Drive
Pittsburgh, PA 15234

Michelle L Bear
3029 Coplay Lane
Whitehall, PA 18052


Michelle L Dalton
5470 Waynesburg SE
Waynesburg, OH 44688


Michelle L Heckowski
1030 Handy Lane
Dunbar, PA 15431


Michelle L Hughes
297 Narragansett Street
Gorham, ME 04038


Michelle L Keefe
Box 120  1200 Spangler Street
Hastings, PA 16646


Michelle L Lontoc
1018 John Glenn Dr
Cleveland, OH 44131

Michelle L Mayhue
2064 Imler Valley Rd
Imler, PA 16655

Michelle L Mohler
11335 Rosewood Lane
Athens, OH 45701

Michelle L Ruffin Jackson
207 Pinewood Square
Pittsburgh, PA 15235

Michelle Lazon Pelez
8077 Simon
Las Vegas, NV 89147

Michelle Lynn Morales
232 Philip Lane
Ephrata, PA 17522

Michelle M Cohen
485 Ewing Street
Washington, PA 15301

Michelle M Maticic
5410 Library Road
Bethel Park, PA 15102


Michelle M Salopek
4845 Transit Road  A10
Depew, NY 14043


Michelle Marrs
7 Chestnut Street
Lexington, NC 27292


Michelle Marsh
1300 Kenilworth Avenue
Coshocton, OH 43812


Michelle Martinez
10721 E Enid Avenue
Mesa, AZ 85208


Michelle McCarty
4944 Delor
Saint Louis, MO 63109

Michelle McGuigan
5 Heron Way
Cape MAy, NJ 08204


Michelle McLaurin
240 Jamil Rd  Apt 19
Columbvia, SC 29210


Michelle Miller
90 Marysville Lane  Apt 363
Piqua, OH 45356


Michelle Monteleone
6551 N Mesa View Dr
Tuscon, AZ 85718


Michelle Mulcahy
380 Lansing Drive
Mantua, NJ 08051


Michelle Mulvin
262 Franklin Street
Corry, PA 16407

Michelle Nauarro
1725 Shime Avenue
Bethlehem, PA 18018

Michelle Nelms
756 Walden Boulevard
Atlanta, GA 30349

Michelle Norwood
129 Factory St
Coward, SC 29530

Michelle Peralta
5506 Decanso Circle East
Colorado Springs, CO 80918

Michelle Petchel Petrillo
23 Hashagen D
Drums, PA 18222

Michelle Planert
4203 Morosini Farm Court
Export, PA 15632

Michelle Postiy Jones
316 Willard Avenue SE
Warren, OH 44483

Michelle R Barnhart
515 N Main Street
Columbiana, OH 44408

Michelle R Bianco
1023 Orchard Ave
Greensburg, PA 15601

Michelle R Carr
400 A East 22nd Ave
Wildwood, NJ 08260

Michelle R Morris
1700 Patrick Place
South Park, PA 15129

Michelle Rayford
5047 Jacarilla Lane
N Las Vegas, NV 89031

Michelle Reece
1435 Hide A Way Woods
Westerville, OH 43081


Michelle Reif
3972 Claridge Drive
Yo, OH 44511


Michelle Riggins
1929 Hammond Ave SW
Canton, OH 44706


Michelle Slingerland
1121 Tyne Blvd
Nashville, TN 37220


Michelle Syfert
6765 Pleasantview Rd
Lancaster, OH 43130


Michelle T Roessner
9748 Olde Park Drive
Tipp City, OH 45371

Michelle Terry
445 State Route 356
Apollo, PA 15613



Michl Ray Curtis
105 Oak CV
Florence, AL 35634



Mick Rodriguez
736 Lincoln
Emporia, KS 66801



Mickey A West
4651 Rhoric Rd
Athens, OH 00045-7014



Mickey J Wasniewski
2307 Big Rock Rd
Allison Park, PA 15101



Mickey Taylor
4581 Tulane Road
Memphis, TN 38109

Micki Slingerland
1121 Tyne Boulevard
Nashville, TN 37220

Micky W Schneider
861 Vankirk Street
Clairton, PA 15025

Midwest Direct
2222 West 110th Street
Cleveland, OH 44102

Mignon Rooney
4125 Glenfied Circle
Las Vegas, NV 89129

Miguel A Colon
1504 E Seventh Street
Bethlehem, PA 18015

Miguel A Torres
304 Parkville Station
Mantua, NJ 08051

Miguel Becerra
3118 N 21st Place
Phoenix, AZ 85016

Miguel Bonilla
46 North Jefferson Street
Allentown, PA 18102

Miguel Dominguez
655 Vancouver Drive
Westerville, OH 43081

Miguel E Turovsky
1016 N Patterson Street
McKeesport, PA 15132

Miguel Garcia Fonsecu
1701 Rock Spring #1027
Las Vegas, NV 89128

Miguel Gomez
PO Box 24803
Tempe, AZ 85285

Miguel Guerra Mondras
18891 North Shelby Drive
Maricopa, AZ 85238

Miguel I Barra
3750 E Bonanza Unit 15 #63
Las Vegas, NV 89110

Miguel J Nunez
PO Box 574
Wellton, AZ 85356

Miguel Martinez
2431 Calico Court
Clarksville, TN 37042

Miguel Mejia-Fonseca
911 Moss St
Reading, PA 19604

Miguel Ortega
5937 Autumn Harvest Ave
Las Vegas, NV 89142

Miguel Pinales
5800 W. Lakemead # 1099
Las Vegas, NV 89108


Miguel Y Verduzco
10548 E Marble Drive
Yuma, AZ 85365


Mihai Bonciu
39 Forest Drive
Lewisburg, PA 17837


Mihai Cojocaru
5005 Summit Circle
Brecksville, OH 44141


Miike Burkholder
1785 Kleinfeltersville Road
Stevens, PA 17578


Mike  Barry
7453 Painted Shadow
Las Vegas, NV 89149

Mike  Feehery
11403 autumn Chase Dr
Houston, TX 77065

Mike  Huber
2690 Lower Way
Easton, PA 18040

Mike  Hurkes
25 Wild Rose Avenue
South Portland, ME 04106

Mike  Kalder
907 Clement Rd
West Memphis, TN 72301

Mike  Miller
107 Camperdown Court
Easley, SC 29642

Mike  Nighswander
Box 188
Mendon, OH 45862

Mike  Ruddy
406 Shortbow Ct
Columbia, SC 29212

Mike  Schmotzer
35994 Bentley Dr
Avon, OH 44011

Mike Bonney
21502 E Nightingale Court
Queen Creek, AZ 85142

Mike C Rogers
1659 W 7th Pl
Mesa, AZ 85201

Mike Cardarelli
4792 Willow Drive
Pittsburgh, PA 15236

Mike Carlsen
813 Tone Street
Las Vegas, NV 89123

Mike Dean
283 Fording Road
New Castle, PA 16101


Mike Delgiudice
3495 Summit Ridge Drive
Rochester Hills, MI 48306


Mike Dey
P.O. Box 386
Windham, OH 44288


Mike Donnelly
28229 N 54th Street
Cave Creek, AZ 85331


Mike Dowling
800 Castleview Dr East
N Huntingdon, PA 15642


Mike E Fouse
PO Box 316  5894 Heckert Rd
Bakerstown, PA 15007

Mike Estep
22 East Fieldstone
Pataskala, OH 43062

Mike Foreman
1657 W. 3rd Avenue
Columbus, OH 43212

Mike Garrett
7629 Stargazing
Knoxville, TN 37938

Mike Ghanooni
908 W Apollo Avenue
Tempe, AZ 85283

Mike Henderson
512 Michigan Ave
Oak Ridge, TN 37840

Mike J Cardillo
218 Lincoln Ave
Port Jefferson, NY 11777

Mike L Binkley
8190 W State Road
Elida, OH 45807


Mike Labrum
2863 E Flower St
Gilbert, Az 85258


Mike R Dascenzo
225 Highland View Drive
Lincoln University, PA 19352


Mike Staab
60402 Highway O
Ashgrove, MO 65604


Mike Stanley
4620 Young Road
Stow, OH 44224


Mike Van Horst
10573 Inverary Lane
Fresno, CA 93730

Mike Wagner
1215 Vincent Place
Chaska, MN 55318

Mike White
111 Old Hwy 68 West
Grandview, TN 37337

Mike Whittington
4176 N Scottsdale
Centreville, AL 35042

Mike Zeller
PO Box 160705
Nashville, TN 37216

Mikea  West
8621 Fayette St
Philadelphia, PA 19150

Mikel Johnson
113 Timber Chase Lane
Lexington, SC 29073

Mikhail  Plishtiyev
6529 E Pershing Avenue
Scottsdale, AZ 85254

Mikhail Polotovski
116 Garfield Avenue
West Orange, NJ 07052

Mikhail Rivkin
99 Melanie Drive
East Meadow, NY 11554

Milagro J Diaz
RR 2 Box 344
Meshoppen, PA 18630

Milagros Miranda
1 Fairview Avenue  #22
Danbury, CT 06810

Milagros R Schmitt
713 Vista Farm Court
Lexington, SC 29073

Milan Sata
5084 Westchester Court
Clarkston, MI 48348


Milan Zivkovic
927 Rutledge Drive
Rockvale, TN 37153


Mildred  Butler
430 Whitesville Rd
Jackson, NJ 08527


Mildred  Mitchell
574 old Jamestown Rd
Robbins, TN 37852


Mildred Bass
122 Barry Avenue
Gallatin, TN 37066


Mildred E  Nyama
1605 Skyline Dr
Pittsburgh, PA 15227

Mildred Elizabeth Currie
1554 Fiddlers Den Court
Mt. Pleasant, SC 29464

Mildred Harris
519 Finley Street
Pittsburgh, PA 15206

Mildred Jenkins
324 N. St. Clair Street
Pittsburgh, PA 15206

Mildred Kimberly
59 Willis Ave
Youngstown, OH 44507

Miles Burdine
1937 Beechwood Rd
Kingsport, TN 37660

Miles Burke
8475 Sleepy Hollow Drive
Cincinnati, OH 45243

Milford Harris
1395 Lands End
Orangeburg, SC 29118

Mili Patel
505 Rapids Rd
Columbia, SC 29212

Milinda K Robinson
6468 Moor Ridge Court
Canal Winchester, OH 43110

Millard Wyatt
338 W 3rd St
Erie, PA 16507

Miller Wass Laminating #4
669 John Blackwell Drive
Russellville, AL 35653

Millette R Smart
120 Barrington Drive
Oak Ridge, TN 37830

Millie Delgado
623 N Front
Allentown, PA 18102


Millie Howard
3122 Pershing Court
Cincinnati, OH 41211


Millie Miller
301 Leslie Avenue
Altoona, PA 16602


Millissa Yonash
1115 Athala Avenue
Monessen, PA 15062


MILSPRAY
845 Towbin Avenue
Lakewood, NJ 08701


Miltiades Houpis
1448 Grove Park Dr # 1501
Columbus, GA 31904

Milton Butler
1177 Aldrich Street NE
Aiken, SC 29801

Milton Dasilva
1650 W Charlemagne
Hoffman Estate, IL 60192

Milton Enlow
899 Piester Rd
Newberry, SC 29108

Milton Ferrenberg
158 Unity Cemetary Road
Latrobe, PA 15650

Milton G Rivas
4803 Cottonwood Road
Memphis, TN 38118

Milton J Jimenez
1011 George St  Apt A5
Easton, PA 18040

Milton R Gallentine
110 Zitney Road
Vanderbilt, PA 15486


Milton R Roush
P.O. Box 45
Pomeroy, OH 45769


Milton W Smith
4215 Harding Pike #203
Nashville, TN 37205


Min Liu
517 Old Central Road Apt B
Clemson, SC 29631


Mina Bailey
2830 Third Street
Canton, OH 44708


Minale Abebe
4600 W Sirius  H117
Las Vegas, NV 89102

Mindaugas Kliukevicius
14588 S Saint Andrews Ave
Olathe, KS 66061


Mindy Broadley
8317 N. 82nd Place
Scottsdale, AZ 85258


Mindy Dugan
607 16th St.
New Brighton, PA 15066


Mindy Good
40 Conrad Lane
Lititz, PA 17543


Mindy Taylor
572 N Vine Street
Chandler, AZ 85225


Minhthu Nguyen
2945 Dargan Hills Drive
Wake Forest, NC 27587

Minkah Baraka
439 Griscom Drive
Woodbury, NJ 08096

Minnie Bluford
6 Franklin Dr
Laurens, SC 29360

Minnie D Goodman
4443 Dennis Dairy Road
Newberry, SC 29108

Minnie M Salmons
1500 S Rhode Island Ave
Wellston, OH 45692

Minseo Jang
6300 W. Lake Mead #2008
Las Vegas, NV 89108

Minyung Cheong
284 Iven Ave
St Davids, PA 19087

Miodrag Milinkovic
60 Rosscommon Crescent
Fairport, NY 14450


Mira Slash
4339 Woodbridge Avenue
Roanoke, VA 24017


Miranda  Gahn
1505 W Third Avenue  Apt 12
Columbus, OH 43012


Miranda Bunger
509 Wayne Ave
Greenville, OH 45331


Miranda Freerksen
4813 Sevier Desert St
Las Vegas, NV 89081


Miranda Pontes
1211 Paris Avenue
Nashville, TN 37212

Miriam Boddy
5324 Priscilla Street
Philadelphia, PA 19124


Miriam E Zapata
758 E Wolf Hollow Drive
Casa Grande, AZ 85222


Miriam Formoso
3600 Swanson Apt 446
Las Vegas, NV 89169


Miriam Maldonado
334 Stuart Avenue
Toms River, NJ 08755


Miriam McFadden
5 Rose Crest Place
Hopkins, SC 29061


Miriam Merjivar Gamero
3060 Bristol Rd No 134
Bensalem, PA 19020

Mirko Masini
3950 East Laurel Lane
Phoenix, AZ 85028


Miroslav Vujovic
11430 Clear Field Lane
Chardon, OH 44024


Mirza Baig
1955 Coldspring Road
Shippensburg, PA 17257


Misti Jones
2269 Sunnyland Blvd
Springfield, OH 45506


Misty  Helblig
212 Coachman Dr
Lexington, SC 29072


Misty Brill
316 West Walnut
Coldwater, OH 45828

Misty Bullock
108 Orchard Street
Shawnee, OH 43782

Misty Cole
3525 Byers Road
Nelson, OH 45764

Misty Compton
1034 Sapphire Flame Court
Delaware, OH 43015

Misty Cooper
23402 Sterling Road
Cambridge Springs, PA 16403

Misty Corle
211 7th Avenue
Altoona, PA 16602

Misty D Fulk
129 W Walnut Street  Apt C
Lancaster, OH 43130

Misty Jo Shardo
1403 Jasmine Dr
Greenfield, IN 46140


Misty Kemmerer
212 North Main
Neosha Rapids, KS 66864


Mitch Ewart
8616 Spring Brook Lane NW
Gig Harbor, WA 98329


Mitch Kafferlin
RR1 Box 9A
Springcreek, PA 16436


Mitchell Caffyn
6619 Memorial Road
New Tripoli, PA 18066


Mitchell Desmond Richardson
13102 Ridgemoor Drive
Prospect, KY 40059

Mitchell Douglas
1927 N Illinois Street
Chandler, AZ 85225

Mitchell E Mancuso
2255 Golden Yoke Road
Luthersburg, PA 15848

Mitchell Fox
829 Mountain Valley Drive
Nashville, TN 37205

Mitchell Greenwalt
810 Crown Avenue
Scranton, PA 18505

Mitchell Hendricks
19129 Watercrest
Maple Heights, OH 44137

Mitchell Nichols
24507 Penrose Dr
Farmington, MI 48336

Mitchell Oetter
8536 Old Westbury Ct
Las Vegas, NV 89149

Mitchell Paul
22 W Casa Blanca
Sacaton, AZ 85247

Mitchell T Wade
159 Robbins Point Road
Florence, AL 35634

Mitchell William
1350 E Flemingo Road #B3080
Las Vegas, NV 89119

Mitildria J Shaw
226 Perry Street
McKeesport, PA 15132

Mitzi Jo Carter
305 Market St NE
Navarre, OH 44662

MKB Leasing Corp
118 Second Street
Marietta, OH 45750

Modesta Torres
1316 E Airdrie
Philadelphia, PA 19124

Modesto Bascos
7509 Royal Crystal Street
Las Vegas, NV 89129

Modesto Cortes
365 East Street
San Luis, AZ 85349

Modesto Megillano Bascos Jr
7509 Royal Crystal Street
Las Vegas, NV 89074

Moe Pagnis Outten Used Car Center
1902 S Fourth Street
Allentown, PA 18103

Moetic Moore
818 North Penn Street
Allentown, PA 18102

Mohamad Msulwa
226 11th Street
Sharpsburg, PA 15212

Mohamed  Abbas
18 Berryhill Rd Apt D10
Columbia, SC 29210

Mohamed A Amer
6521 Souder Street
Philadelphia, PA 19149

Mohamed Amin
PO Box 3012
Arizona City, AZ 85223

Mohamed Barrie
2 Karen Drive
Malvern, PA 19355

Mohamed Saba
7035 Stone Run Drive
Brentwood, TN 37027


Mohammad Pervez
279 Cardigan Terrace
West Chester, PA 19380


Mohammad Siddigui
19236 Snickersville Drive
Gainesville, VA 20155


Mohammed A Siddiqui
6023 Palamino Drive
Allentown, PA 18106


Mohammed Abdulaziz
211 Winsor Point Road
Columbia, SC 29223


Mohsen Fazlian
1793 West Mead Place
Chandler, AZ 85248

Moira I Marks
6006 Bridge Ave
Cleveland, OH 44102

Moira S Siger
3505 Woodhaven Road
Philadelphia, PA 19154

Moises Colmenales
5441 Indian Wells Road
Las Vegas, NV 89110

Moises Rosa Perez
301 Delamar Street
Ls Vegas, NV 89107

Mojtaba Kasimian
322 Bradford Place Drive
Hixson, TN 37343

Mollie Whitman
332 Wren Street
Bellefontaine, OH 44331

Molly  Vice
1211 15th Ave South
Nashville, TN 37212

Molly A Enix
2416 Harding Avenue
Dayton, OH 45414

Molly A Rinn
2731 E 36th Street
Erie, PA 16510

Molly Brown
672 Daniels Lane
Mansfield, OH 44905

Molly Cate
1013 Clayton Ave
Nashville, TN 37204

Molly K Bowling
314 Cayenne Dr
Bell Buckle, TN 37020

Molly K Hamilton
5788 Aristides Way
New Albany, OH 43054


Molly Kay McElhaney
17763 Rogers Ferry Road
Meadville, PA 16335


Molly Walker
1012 Farming Creek Road
Irmo, SC 29063


Mona Defibaugh
908 Humphrey Hollow Road
Winnsboro, SC 29180


Mona Jalali
13115 Broadmore Rd
Silverspring, MD 20901


Mona M  McDonald
743 Laufer Street
Bethlehem, PA 18015

Mona Wilson
901 North Penn St  901P
Philadelphia, PA 19123

Monae Kelsey
2745 Whittleby Ct
West Chester, PA 19382

Monalisa M Rideout
1634 Bedford Avenue
Pittsburgh, PA 15219

Monda H DeWeese
13641 Kimberly Road
Nelsonville, OH 45764

Monessen Ambulance Svs
1001 Donner Ave
Monessen, PA 15062

Monet J Smith
386 Eckstein Place
Pittsburgh, PA 15213

Monica  Carvalho
2800 Disston Street
Philadelphia, PA 19149


Monica  Johnson
3065 N Bonsall St
Philadelphia, PA 19132


Monica  Santiago
451 N Nellis Blvd Apt 1086
Las Vegas, NV 89110


MOnica Adams
1394 Whistle Top Road
Gadsden, SC 29052


Monica Anne Zuniga
4240 E Ponca Street
Phoenix, AZ 85044


Monica Barron
640 North New Street
Allentown, PA 18102

Monica C Veal
226 Eureka Avenue
Columbus, OH 43204

Monica L Hall
929 Garden City Dr
Monroeville, PA 15146

Monica L Ruane
1814 High St
Camp Hill, PA 17011

Monica M LaBriola
503 E Lake Avenue
Barberton, OH 44203

Monica M Wilson
912 Clarissa Street
Pittsburgh, PA 15219

Monica Mika
210  1 2  Orwigsburg Street
Tamaqua, PA 18253

Monica Scales
8140 Fire Opal Lane
Reno, NV 89506



Monica Townsend
948 Rt 109
Cape May, NJ 08204



Monica Valenzuela
2332 Shady Hill Avenue
Las Vegas, NV 89106



Monica Wayland
285 Bell Street
Bellville, OH 44813



Monika Malkoon
31 Tara Street
Johnston, RI 02919



Monique  Belmares
12781 Sagecrest Dr
Poway, CA 92064

Monique  Hollaman
16133 Friend
Maple Heights, OH 44137




Monique Dilorenzo
4359 Sammers View
Colorado Springs, CO 80917




Monique S Pack
2825 Bergman Street
Pittsburgh, PA 15204




Monroe Water Systems
73022 Six Points Road  Box 15
Laings, OH 43752




Monsarrath Simon
1001 Gibbons Street
Scranton, PA 18505




Montara Tabb
416 Rutherford Ave
Trenton, NJ 08618

Monteen B Cobb
114 Clarion Rd
Irmo, SC 29063


Montford  Fox
928 N Cherry
Mesa, AZ 85201


Monti Lausten
118 N Leann Lane
New River, AZ 85087


Montie Lee Johnson
1834 Wax Myrtle Drive
Florence, SC 29501


Monty Herring
80 Brookwood Terrace
Nashville, TN 37205


Morgan Covorrubias
1202 West Bluebird Drive
Chandler, PA 85286

Morgan J Mantia
2566 E Aragon Avenue
Kettering, OH 45420

Morgan Kolibar
2011 Lakeland Avenue
Lakewood, OH 14107

Morgan R Willison
2306 Collier Crest
Grove City, OH 43123

Morrice Santiago
925 Neuhoff Lane
Nashville, TN 37205

Morris Gardner
3018 Hartwood Dr
Allison Park, PA 15101

Morris Lumpkin
6544 East Shore Road
Columbia, SC 29206

Moses B Wise
PO Box 162  149 Henry Street
Prosperity, SC 29127


Moses Jones
104 Church St
Wickhaven, PA 15492


Moses L Lamb
3259 Kady Lane
Columbus, OH 43232


Moshe Barrocas
2231 Shady Ave
Pittsburgh, PA 15217


Moshe Sabag
8308 Dorcas Street
Philadelphia, PA 19152


Motola Dare
6476 Cheyenne Drive  Apt 103
Alexandria, VA 22312

Mouhammad Badawi
921 Lilac St  Apt 1
Indiana, PA 15701




Mourad M Hanna
681 Linda Dr
Pitsburgh, PA 15226




Mozell  Mooneyhan
1130 N St Pauls Church Road
Sumter, SC 29154




Mozelle Fluellen
1625 S 17th St
Philadelphia, PA 19145




Mufasta Ameen
2722 171st Avenue East
Lake Tapps, WA 98391




Mufid Awadallah
2269 Juniper Drive
Coplay, PA 18037

Muhammad A Saafir
2971 Deckebach
Cincinnati, OH 45220

Muhammad M Salim
PO Box 6279
Chandler, AZ 85246

Muhammad R Amin
2201 Bentley Dr
Bloomsburg, PA 17815

Muhammed Ulku
651 Sheridan Avenue Apt A
Columbus, OH 43209

Munga Wechsler
3180 Kings Arms Ct. NE
Atlanta, GA 30345

Musa Kargbo
270 Bayard Road
Upper Darby, PA 19082

Mustafa Ahmadi
5353 W Desert Inn  No 1078
Las Vegas, NV 89146


Mustafa Mawie
4424 East Baseline Road  Apt #1121
Phoenix, AZ 85042


Mustafa Ozber Ekermen
1350 Woodbourne Rd  G124
Levittown, PA 19057


Mustafa Razvi
1071 Coney Island Avenue
Brooklyn, NY 11230


Myasia Wilson
40 N. Johnston Ave
Trenton, NJ 08609


Mylene Allado
3401 North 131st Lane
Litchfield Park, AZ 85340

Mynecia James
8295 Holburn Avenue
Obetz, OH 43207


Myra A Henry
2248 S Ellis
Wichita, KS 67211


Myra Brown
2339 Lee Street
Cayce, SC 29033


Myra D  Mosteller
1510 N Irby St
Florence, SC 29501


Myra Frink
4516 Bonnie Forest Boulevard
Columbia, SC 29210


Myra Galdamez
1717 McWilliams Avenue
Las Vegas, NV 89101

Myra Salyers
PO Box 5 20725 Fairfield Street
Stewart, OH 45778


Myriam  Rojas
279 Meyer Ave
Dayton, OH 45431


Myrian Gavin
PO Box 627
Donora, PA 15033


Myrna I Diaz
2661 Wisteria Drive
Chandler, AZ 85286


Myron Dobriansky
4406 Albertly Avenue
Parma, OH 44134


Myron J Peaker
6 Tenby Way  Apt A
Lancaster, PA 17601

Myrtle H Oxenreider
296 Tulpehocken Forge Road
Robesonia, PA 19551


Myrtle Myers
235 Groveport Rd
Canal Winchester, OH 00044-3110


Naaman G Amos Jr
5331 Euclid Street
Philadelphia, PA 19131


Nabeel Malik
6811 Mayfield Road Apt #1077
Mayfield Heights, OH 44124


Nabeel Mian
1234 Fairstead Lane
Pittsburgh, PA 15217


Nabil Tariq
2620 Charney
University Heights, OH 44118

Nabulungi Cochran
57 Joan Street
Wheeling, WV 26003


Nadia Montovani Esposel
3203 Romilly Rd
Wilmington, DE 19810


Nadine D Walker
1805 Jackson Downs Boulevard
Nashville, TN 37214


Nadine Hutcherson
206 Southeast 3rd Street
Walnut Ridge, AR 72476


Nadjahi R Givens
1131 Brill St
Philadelphia, PA 19124


Nadley Teems
2200 N. Delaware Drive #67
Apache Junction, AZ 85120

Nagesh Panduga
3600 College Park Drive Apt #4307
The Woodlands, TX 77384


Naila Muntasser
24281 Levern Dr
North Olmstead, OH 44070


Najada Pilgrim
1431 Aralia Drive Apt 14
Columbia, SC 29205


Najib Mouatassime
2355 Pinecrest Drive
Columbus, OH 43229


Najja Manus Banks
4858 W Rose Lane
Glendale, AZ 85301


Nakia Reed
7560 Durham Hall Avenue #201
Las Vegas, NV 89130

Nakia Smith
54 Victoria Manor
Sicklerville, NJ 08081

Nana A Agyemang
6115 Heritage Farms Dr
Hilliard, OH 43026

Nance L Ortega
203 Rio Sonora
San Luis, AZ 85349

Nancie A Mathews
1094 W Main Street
Wanaime, PA 18634

Nancy  Schroeder
513 Hampton St
Scranton, PA 18504

Nancy A Barnes
43 Long Meadow Road
Oxford, CT 06478

Nancy A Downey
12231 Lakeview Drive
Edinboro, PA 16412


Nancy A Moonley
129 Giorietta Hill Road
Apollo, PA 15613


Nancy A Toland
76750 Valley Knoll Road
Flushing, OH 43977


Nancy A Warrick
14380 Liberty Church Road
Minerva, OH 44657


Nancy Alicea
1526 East 7th Street
Bethlehem, PA 18015


Nancy Bauer
4768 West Piute Ave
Glendale, AZ 85308

Nancy Beisel
3063 River Glenn Drive
Austinburg, OH 44010

Nancy C Brooks
809 N Beatty Street
Pittsburgh, PA 15206

Nancy Decker
4927 Sardis Rd.
New Kensington, PA 15060

Nancy Delp
13 Edgehill Road HC1 Box 484A
Brodheadsville, PA 18322

Nancy Dotson Bulstrom
925 Lowery Rd
Albany, OH 45710

Nancy Dowden
7562 Church St
West Liberty, OH 43357

Nancy E Allman
28215 Creola Cemetary Rd
Creola, OH 45622


Nancy E Freeman
808 N Dogwood Drive
Coldwater, OH 45828


Nancy E Grbinich
3924 Cascade Dr
Youngstown, OH 44511


Nancy E Pees
9 Springs Avenue  Box 84
Marianna, PA 15345


Nancy E Plecenik
3935 Inland Avenue
West Mifflin, PA 15122


Nancy Franks
19 Shady Lane Rd
Clarksboro, NJ 08020

Nancy Gerhart
232 Yankee Rd  Lot 8
Quakertown, PA 18951


Nancy Gervais
22702 SE 27th Street
Sammamish, WA 98075


Nancy Givens
8.20 Rose Quartz
Las Vegas, NV 89139


Nancy Glasco
1360 East Madison Avenue  #52
El Cajon, CA 92021


Nancy H Baker
308 Wordsworth Avenue
Altoona, PA 16602


Nancy Howell
427 Marion Street
Creighton, PA 15030

Nancy J Brecht
2340 Locust St
Greensburg, PA 15601

Nancy J Malacaria
1834 Manor Avenue  NW
Canton, OH 44708

Nancy J Schlossler
7578 Harmon
Conneaut, OH 44030

Nancy J Wolford
5816 N 150 W
Bryant, IN 47326

Nancy K Mitchell
1595 Cleveland Street
Salem, OH 44460

Nancy Kaminsky
46 Northside Avenue
South River, NJ 08882

Nancy L Baldridge
15 Lynn Road
Shelby, OH 44875

Nancy L Falls
4510 N Arkansas
Wichita, KS 67204

Nancy L Haines
5315 Washington Road
Albany, OH 45710

Nancy L Hammond
3161 Camberly Drive
Gibsonia, PA 15044

Nancy L Klein
1177 E Gore Rd
Erie, PA 16504

Nancy L Klein
1177 E Gore Road
Erie, PA 16504

Nancy L Koch
168 37th Street
Avalon, NJ 08202


Nancy L Pier
15 Rena Dr
Erie, PA 16510


Nancy M Bennett
460 Asbury Road
Pigeon Forge, TN 37863


Nancy M Goff
6940 Graham Road
Mt Vernon, OH 43050


Nancy M Koval
15801 State Route 691
Nelsonville, OH 45764


Nancy M Sluss
805 N Depot
Sundusky, OH 44870

Nancy M Smallwood
10635 Columbus Street
Middleburg, OH 43336


Nancy Mattice
4519 E 18th
Tucson, AZ 85711


Nancy Mramor
9802 Three Degree Road
Allison Park, PA 15101


Nancy Murray
3618 Chestnut Grove Highway
Grampian, PA 16838


Nancy O Willms
208 Ocean Boulevard
Isle Of Palms, SC 29451


Nancy P Clemens
922 11th St NE
Massillon, OH 44646

Nancy Pabon
1218 Chestnut Street First Floor
Reading, PA 19602

Nancy Price
209 Carolina Blvd
Isle of Palms, SC 29451

Nancy R Tomazin
14 Hickory Rd
Daisytown, PA 15427

Nancy Rice
29 S. Popular Street
Jefferson, OH 44047

Nancy Robertson
730 Allen Rd  No66
Manhattan, KS 66502

Nancy Rosenberg
409 Carphilly Ct
Brentwood, TN 37027

Nancy Roth
5566 Pocusset Street
Pittsburgh, PA 15217

Nancy Schafer
375 Woodside Ct
Batesville, IN 47006

Nancy Shaffer
3253 Creek Rd Lot 184
N Waterford, OH 44445

Nancy Slemmer
108 Arrow
Harleysville, PA 19438

Nancy Spencer
4111 Kilbourne Road
Columbia, SC 29206

Nancy Spor
171 Oak Street Ext
West Middlesex, PA 16159

Nancy Springer
701 E Main Street
Rio Grande, NJ 08242


Nancy Swenson
CMR 414 Box 727
APO, AE 09173


Nancy Timmons
1313 Stephens Rd
Sidney, OH 45365


Nancy Torres
6642 Horrocks Street
Philadelphia, PA 19149


Nancy Totten
P.O. Box 2311
Carefree, AZ 85377


Nancy Vigna
1264 East County Line Road
Lakewood, NJ 08701

Nancy Wicker
404 St James Place
Cola, SC 29205

Nancy Y Klemm
111 Liberty St
Oil City, PA 16301

Nancy Yoran
146 Stadley Rough Road
Danbury, CT 06811

Nanessa Wallace
73 Dunhill Drive
Voorhees, NJ 08043

Nannette S Ruane
2021 Cheshire Street
St Marys, OH 45885

Nannie McCoy
230 Black Oak Place
Windsor, SC 29856

Naomi Caudill
355 Long Drive
Crossville, TN 38555

Naomi Cruz Posadas
106 Club Parkway
Nashville, TN 37221

Naomi D Garland Mason
1134 Bridge Street
Philadelphia, PA 19124

Naomi Nobles
17016 Libby Road
Maple Heights, OH 44137

Napoleon Anderson
1635 Collins Avenue
Jefferson Hills, PA 15025

Nara Keng
2628 Millview Dr
Columbus, OH 43207

Naran Patel
5 Highcrest Pl
Texarkana, TX 75503


Naree Hoye
249 Suncrest Dt
Verona, PA 15147


Naren Balasubramaniam
1591 Tradition Drive
Canton, MI 48187


Natalie Cindric
614 Harrison Avenue
Penn, PA 15675


Natalie LeGree
2527 Scottwood
Toledo, OH 43610


Natalie M Feeley
4565 Penacook Avenue
Easton, PA 18045

Natalie M Kast
1319 Anita Court  Apt 102
Kent, OH 44240


Natalie Meeks
4376 Thelma Dr
Obetz, AZ 43207


Natalie N Tyler
721 Fisher Street
Pittsburgh, PA 15210


Natalie Ocasio
335 S West St  Apt B
Allentown, PA 18102


Natalie P Minninger
5550 Apple Ridge Trail
West Bloomfield, MI 48322


Natalie Perry
733 Trenton Court
Severna Park, MD 21146

Natalie Renee  Grundy
5803 Fine Lace St
Las Vegas, NV 89148


Natalie V Buchanan
1703 Brighton Place
Pittsburgh, PA 15212


Natalie Webster
3203 Carson Dr
Columbia, SC 29204


Natasha  Dill
2204 Wyoming St
Dayton, OH 45410


Natasha Ball
714 Rankin Road
Hartzdale, PA 16651


Natasha Goss
1011 Timber Trail
Imperial, PA 15126

Natasha Howard
9317 Shady Lake
Streetsboro, OH 44241

Natasha M Wasson
300 S School St
Pittsburgh, PA 15202

Natasha Malendo
8802 South 9th Street
Phoenix, AZ 85042

Natasha N Porcher
1125 Johnny Smith Rd
McClellanville, SC 29458

Natasha Roberts
1086 Trewell Avenue
Penllyn, PA 19422

Natasha Scheverman
207 East Oak Hill
Knoxville, TN 37917

Nate Owen
2517 Shays Lane
Brentwood, TN 37027

Natelle Netinger
123 Tony Circle
Enola, PA 17025

Nathaly Rodino
31 Gettysburg Dr
Howell, NJ 07731

Nathan  Clark
805 W. Deser Seasons Drive
San Tan Valley, AZ 85143

Nathan  Thompson
934 Benton Station Rd
Benton, TN 37307

Nathan A Henise
182 Jonathan Way N
Red Lion, PA 17356

Nathan A Hixson
107 Kathy Dr
Hunker, PA 15639


Nathan A Howard Jr
2948 Northern Woods Lane
Columbus, OH 43231


Nathan Berklite
6916 Walnut Street  Apt B
Northampton, PA 18067


Nathan Bowman
5151 E Guadalupe Road  #2031
Phoenix, AZ 85044


Nathan Brandon
1137 Howell Drive
Franklin, TN 37069


Nathan C Jolly
PO Box 343
Tacna, AZ 85352

Nathan C Parrish
6453 Edinburgh Drive
Nashville, TN 37221

Nathan Charles Martin
122 Aspen Dr
Boalsburg, PA 16827

Nathan Cook
1614 3rd Avenue SE
Cedar Rapids, IA 52403

Nathan Gates
530 Locust St
St Marys, OH 45885

Nathan Geary
400 Rock Creek Road
Clemson, SC 29631

Nathan H Frankel
131 North Leighton Street
Kenton, OH 43326

Nathan Heckrote
453A Buttonwood Lane
Hellam, PA 17406


Nathan Henry
2313 Loris Drive
West Carrollton, OH 45449


Nathan Hickman
1443 Center St Apt 1
Pittsburgh, PA 15221


Nathan Howard
1059 Sassafrass Lane
Godletsville, TN 37072


Nathan J  Putnam
1413 Baer Ave
Hanover, PA 17331


Nathan L Yoder
1015 Penny Road
Green Lane, PA 18054

Nathan Loyer
4720 Benton Smith Rd
Nashville, TN 37215


Nathan M Smith
1326 Sixth Avenue
Ford City, PA 16226


Nathan Marks
990 St Rt 78
Malta, OH 43758


Nathan Mendicino
919 Ross Street
Springdale, PA 15144


Nathan Michael Murray
135 Cotillion Cres
Summerville, SC 29483


Nathan Miller
111 N Baltimore Street  PO Box 96
Franklintown, PA 17323

Nathan Moffitt
1670 US 68 South
Xenia, OH 45385


Nathan Newkirk
1526 S Detroit Street
Bellefontaine, OH 43311


Nathan R Kurtz
358 Clinton Rd
Normalville, PA 15469


Nathan R Pierce
250 Pigeon Run Road
New Freeport, PA 15352


Nathan R Templeton
18603 A York Road
Parkton, MD 21120


Nathan Salyer
209 Deck Valley Lane
Bristol, TN 37620

Nathan Teeters
4242 Germando Rd
Carrollton, OH 44615

Nathanael Cox
300 Harpeth Ridge Drive
Nashville, Tn 37221

Nathanial Coey
6910 New Marshfield Road
New Marshfield, OH 45766

Nathaniel A Jumper
75 E North St  No 1
Carlisle, PA 17013

Nathaniel B Brown
2721 Fairway Drive
Altoona, PA 16602

Nathaniel Berry
5172 Shillings Way
Copley, OH 44321

Nathaniel Ford
1657 E Middleton St
Philadelphia, PA 19138


Nathaniel Iskhakov
6547 North 13th
Phoenix, AZ 85014


Nathaniel J Wheeler
1224 E Evergreen State  Apt 237
Mesa, AZ 85203


Nathaniel McCallum
113 Sage Drive
Nicholasville, KY 40356


Nathaniel Streaks
1 Edenwood Court
Charleston, SC 29407


Nathaniel Sutton
2444 Willow Avenue
S Plain;field, NJ 07080

Nathaniel Tylor
1051 Morton Mill Road
Nashville, TN 37221

Natividad Fitzgerald
2311 Freemont Place
Beechview, PA 15216

Natosha S Aston
11 Run Street
Carnegie, PA 15106

Natubhai Patel
2100 Meadow Lane
Rock Hill, SC 29732

Navexperts Inc
329 Gardenville
Longueil, AC J4H2H4
CANADA

Nawal Shamoun
5933 Horsehair Blanket Drive
North Las Vegas, NV 89145

Nazareth Avedissan
536 E Wyoming Avenue
Philadelphia, PA 19120

Neal Matchett
1105 Valley Street
McDonald, PA 15057

Neal Palmer
5441 E Drumer Ave
Mesa, AZ 85206

Neal Wallace
400 Catawba
Lima, OH 45006

Neatha Hilton
30 Brunhill Street
Sumter, SC 29150

Nebojsa Stanic
8110 W 26th Street
N Riverside, IL 60546

Ned Stanislaw West
4519 Middle Rd
Allison Park, PA 15101

Neda Bedeau
3518 Glenwood Road
Brooklyn, NY 11210

Neda Saiva
29409 N. 46th Place
Cave Creek, AZ 85331

Nedra F Miller
3829 Sandell Avenue NE
Louisville, OH 44641

Nedra Stuckey
7301 E Highland Rd
Cave Creek, AZ 85331

Nee A Perez
516 Bath Rd
Bristol, PA 19007

Neeley M Martin
19071 Richter Road
Rogersville, AL 35652


Neidra James
96 Colonial Court
Absecon, NJ 08205


Neil  Lesitsky
PO Box 214
Albrightsville, PA 18210


Neil A Brown
115 Oak Hill Dr
Harmony, PA 16037


Neil A Sparber
2070 Mount Zion Rd
York, PA 17406


Neil A Staley
18383 State Route 49
Willshire, OH 45898

Neil Albers
07740 State Route 66
New Bremen, OH 45869


Neil D Marshall
401 Mt Pleasant Road
West Newton, PA 15089


Neil Fletcher
26 Orchard Pines Place
The Woodlands, TX 77382


Neil Glatzerman
2712 Bayview Avenue
Wantagh, NY 11793


Neil K Riegel
1446 Mountain Road
Hamburg, PA 19526


Neil Kauffman
540 Paddletown Road
Etters, PA 17319

Neil L Maggi
1235 Valleyview Drive
Lawrence, PA 15055


Neil Magi
7222 West Lasenda Dr
Glendale, AZ 85310


Neil Patel
8004 Streamside Drive
Mount Juliet, TN 37122


Neil Schober
1126 N Scottsdale Road  #7
Tempe, AZ 85281


Neil Soulsby
1023 South Lewis Road
Collegeville, PA 19426


Neil W May
903 Church St
Saxton, PA 16678

Neil Wells
15 Abbey Drive
Mount Wolf, PA 17347


Neil Wiedeman
6754 New Bremen New Knoxville Road
New Bremen, OH 45869


Neka Martin
1536 Lime Hollow Road
Pittsburgh, PA 15235


Nekeya Andrea Roney
5177 Shreve Ave
Las Vegas, NV 89156


Nekissta N Williams
4373 North Shore Lane
Norcross, GA 30093


Nelia Sembrano Marlow
7216 Grand Palace Avenue
Las Vegas, NV 89130

Nell M Koopman
3632 Westbury Road
Birmingham, AL 35223


Nellie Jackson
3503 North Erie
Toledo, OH 43611


Nelly Soberal
46 Linden Avenue
Lakewood, NJ 08901


Nelsido Hernandez
14627 SW 112th Street
Miami, FL 33186


Nelson Acompanado
8333 W Stella Way
Glendale, AZ 85305


Nelson Berrios
4122 Danor Dr
Reading, PA 19605

```
Nelson Cantillo
352 Berkshire Valley Road
Wharton, NJ 07885




Nelson Carter
27 Holiday Court
Columbia, SC 29223




Nelson E Gilbert
202 Saint John Street
Schuylkill, PA 17972




Nelson Gonzalez
232 Clifford Ave
Trenton, NJ 08619




Nelson Miller
5231 TR 353
<illersburg, OH 44654




Nelson Reyes
9419 Liquid Loco
Las Vegas, NV 89178
```

Nelson Toro
536 Williams Street  #1
Trenton, NJ 08610


Nelson W Burkhart
507 Willow St
Springdale, PA 15144


Nena Peaker
6 Tenby Way  Apt A
Lancaster, PA 17601


Nerissa D Emerson
272 Ballintoy Lane  Apt 305
Rock Hill, SC 29730


Nevonna Atkinson
1753 Road E Lot #19
Emporia, KS 66801


New York  Radiator
146 Susquehanna Street
Binghampton, NY 13901

New York Life Insurance
P.O. Box 500
Minneapolis, MN 55440-0500

Niccole L Neff
279 Bankway Street
Lehighton, PA 18235

Niccole Marie Gassert
345 N 20th St
Lebanon, PA 17046

Nichelle Harrison
130 Brockman Road
Greenville, SC 29615

Nichelle Watson
7955 Badura Avenue #265
Las Vegas, NV 89113

Nichol J Peltz
409 S Catalpa St
Savannah, MO 64485

Nichol Lynn Percy
18686 State Hwy 198
Saegertown, PA 16433

Nicholas  Bard
1562 Cedar Top Road
Reading, PA 19607

Nicholas  Catanzaro
4821 Longview Dr
Godfrey, IL 62035

Nicholas  DeFelice
50008 and half Calcutta Smithferry Rd
Calcutta, OH 43920

Nicholas  Micco
27 Bestview Avenue
Bessemer, PA 16112

Nicholas  Rains
3630 Antioch Church Rd West
Lenoir City, TN 37772

Nicholas  Smith
755 East 200 South No 1
Salt Lake City, UT 84102


Nicholas A Brinkley
2920 Barrymore Street  #110
Rolley, NC 27603


Nicholas A DiBattista
5253 Saltsburg Road
Murrysville, PA 15668


Nicholas A Miccarelli
206 West Ridley Ave
Ridley Park, PA 19076


Nicholas A Slowik
13059 Fletcher Terrace
Carmel, TN 46033


Nicholas Allen Durham
2815 Hillside Drive
Nashville, TN 37212

Nicholas Armes
1253 Straka Street
Pittsburgh, PA 15204

Nicholas Baker
7255 Hills & Dales Apt 10
Massillon, OH 44646

Nicholas Battaglia
5805 Vine Ridge Drive
Nashville, TN 37205

Nicholas Boyce
50 Norbert Dr
Troy, OH 45373

Nicholas C Wolfe
28 Valley High
Ruffsdale, PA 15629

Nicholas Cerdiges
8719 Summit Circle
Fugelsville, PA 18051

Nicholas Daly
229 Fulton Street
Philadelphia, PA 19142


Nicholas Demko
120 Sheridan Street
Pittsburgh, PA 15209


Nicholas Dieringer
1710 Satinwood Drive
Murfreesboro, TN 37129


Nicholas Drakulic
26 S Second Street
Youngwood, PA 15647


Nicholas E Orfanella
906 Dawn Avenue
Ephrata, PA 17522


Nicholas Edmunds
34 Strausstown Road
Bethel, PA 19507

Nicholas Failla
1242 E St John
Phoenix, AZ 85022

Nicholas Filia
824 Rice Avenue
Girard, PA 16417

Nicholas Finio
318 Beechtree Drive
Broomall, PA 19008

Nicholas Fischer
2262 Freemansburg Ave
Easton, PA 18042

Nicholas Fisher
3323 South Street
Erie, PA 16510

Nicholas Fisher
19 Pine Ave
Elysburg, PA 17824

Nicholas Foster
5336 Ashby St SW
Canton, OH 44708


Nicholas Gold
617 Treeline
Nashville, TN 37221


Nicholas J Brown
4831 Hills and Dales NW Rear
Canton, OH 44708


Nicholas J Cherish
PO Box 1110  Greenwood Dr
South Park, PA 15129


Nicholas J Clark
8504 US Hwy 23
Rising Sun, OH 43457


Nicholas J Downey
15702 West Forrest Road
Edinboro, PA 16412

Nicholas J Einrem
1187 Garretts Bluff Way No 102
Henderson, NV 89002


Nicholas J Gulluppi
200 Jefferson Court
Quakertown, PA 18951


Nicholas J Kalchuck
728 N New Street
Bethlehem, PA 18018


Nicholas J Romano
87 Milburn Ct
Souderton, PA 18964


Nicholas J Stan II
48850 Jug Run Rd
St Clairsville, OH 43950


Nicholas Kcehowski
1728 Porter Street
Conway, PA 15027

Nicholas Kirtland
1512 Lincoya Bay Drive
Nashville, TN 37214


Nicholas L Molchan
207 Grant Street Ext  PO Box 402
Star Junction, PA 15482


Nicholas Laquinta
42 Rabbit Run Lane
Glenmoore, PA 19343


Nicholas Matthews
3005 Shady Glen Circle
Murfreesboro, TN 37128


Nicholas Mendicino
919 Ross St
Springdale, PA 15144


Nicholas Myers
49 Southmont Drive
Enola, PA 17026

Nicholas O Martin
532 Boulevard Pl NE
Atlanta, GA 30308


Nicholas Obringer
5174 Curry Road
Pittsburgh, PA 15236


Nicholas Ohaviano
103 Benny Lane
Collegeville, PA 19426


Nicholas Ondeck
201 Fox St
Pottsville, PA 17901


Nicholas P Cove
14 Scheller Road
New Providence, PA 17560


Nicholas Phan
662 Market Street
Santa Cruz, CA 95060

Nicholas Pratt
2830 West Page Street
Springdale, MO 65802

Nicholas R Crawford
121 Scotstown Lane
West Columbia, SC 29170

Nicholas Rossini
601 E Oak Road  Floor 1
Norristown, PA 19401

Nicholas S C Musser
750 E Willow Street Apt 14
Elizabethtown, PA 17022

Nicholas S Syput
1739 Kenneth Ave
Arnold, PA 15068

Nicholas Senuta
503 Brighton Court
Greensburg, PA 15061

Nicholas Sheha
417 Old Airport Road
Douglasville, PA 19518

Nicholas Shumway
2216 Maryland Drive
Xenia, OH 45385

Nicholas Thompson
263 Sykes Avenue
Virginia Beach, VA 23454

Nicholas Vieira
1832 Pine Street
Scranton, PA 18509

Nicholas W Carvaines
7631 Ann Arbor
Parma, OH 44130

Nicholas Zarnich
625 Whistler Dr
Rochester, PA 15074

Nichole  Mills
2703 Jackson Avenue NW
Massilon, OH 44646


Nichole Bermea
230 Fidler Road
Woodbine, NJ 08270


Nichole D Quinn
36 Vermont Ave
Villas, NJ 08251


Nichole Dailey
2115 Pilar Avenue
N Las Vegas, NV 89032


Nichole Foley
472 Hollow Road
Darlington, PA 16115


Nichole Garcia
575 West Cherry Road
Quakertown, PA 18951

Nichole L Miller
208 S Main St
Neveda, OH 44849


Nichole M Garcia
575 West Cherry Rd
Quakertown, PA 18951


Nichole M Roberson
1500 Rt 9 South
Cape May Court House, NJ 08210


Nichole Raza
2 East Union St
Canton, PA 17724


Nichole Shingler
2244 Perry Drive
Canton, OH 44706


Nichole Shisler
230 E Carrollton St
Magnolia, OH 44643

Nichole Tucker
1097 Egar
Golden Valley, AZ 86413


Nicholes K Lewis
7558 Schuders Ave
Las Vegas, NV 89178


Nick  Leiterman
2140 W Thunderbird # 417
Phoenix, AZ 85023


Nick  Williams
513 S Tenth Street
Coshocton, OH 43812


Nick A Kotema
510 Arlington NW
Canton, OH 44708


Nick Honko
436 Cranbourne Chase
Fort Mill, SC 29708

Nick J Anania
186 Elizabeth Avenue SW
Massillon, OH 44646

Nick J Sinnott
43 Freedom Dr
Dayton, OH 45431

Nick Lowery
7181 E Bronco Drive
Paradise Valley, AZ 85253

Nick Wight
213 Midway Ave
Clarks Summit, PA 18411

Nick Wolkonsky
463 Sunnybrook Drive
Brentwood, TN 37027

Nickia L Hoy
183 Valley Park Dr
Turtle Creek, PA 15145

Nickless Northrup
6618 Cin-Zanes Road
Lancaster, OH 43130


Nickolas  Escobedo
4601 S Anvil Place
Chandler, AZ 85249


Nickolas Gulacsy
6774 Bexhill Court
Liberty Township, OH 45044


Nickolas L Camp
6070 Franklin
Golden Valley, AZ 86413


Nickolas Lauer
5125 Richville Dr SW
Navarre, OH 44662


Nickolas Parker
1447 Fellowship Rd
Mt  Juliet, TN 37122

Nicolas Diaz
416 Old Cove Road
Liverpool, NY 13090

Nicole  Barnhill
148 Maple Hollow Rd
Duncansville, PA 16635

Nicole  Tugend
425 Powell St
Taylor, PA 18517

Nicole A Moser
119 Eldredge Ave  AptB
Villas, NJ 08251

Nicole Aldridge
352 Domingo Drive
Moncks Corner, SC 29461

Nicole B Crosby
5235 Wertzville Rd
Enola, PA 17025

Nicole C Prawatya
1317 Woodmont Avenue
New Kensington, PA 15068


Nicole C Yetsick
503 Main Street  PO Box 134
Sturgeon, PA 15082


Nicole Christine Nemmers
484 Franklin Lane
Elk Grove Village, IL 60007


Nicole Costa
1801 Ridge Avenue
Arnold, PA 15068


Nicole Dale
123 Vandyke Road
Freeport, PA 16229


Nicole Dawson
549 W. Spur Avenue
Gilbert, AZ 85233

Nicole Elizabeth OBrien Neathery
4339 W Burgess Lane
Laveen, AZ 85339

Nicole Feasel
325 Daniel Ct
Mauldin, SC 29662

Nicole Fender
14718 Foxboro Court
Holland, MI 49424

Nicole Florez
9599 W. Charleston Blvd Apt 1115
Las Vegas, NV 89117

Nicole G Woods
8675 Greenmeadow
Canal Fulton, OH 44614

Nicole Harry
17148 Junkin Road Rear #152
Spring Run, PA 17262

Nicole Hawkins
25 Triangle Lane
Willingboro, NJ 08046

Nicole J Hays
11 Pebble Dr
Horsham, PA 19044

Nicole J Raffaele
PO Box 181
Woodbine, NJ 08270

Nicole Johnson
109 William Street
Fishing Creek, NJ 08204

Nicole Jones
401 Parkview Knls
Carmichael, PA 15320

Nicole Kler
322 Capac Road
Allenton, MI 48002

Nicole Koenig
14372 Thompson Boulevard
Brook Park, OH 44142


Nicole Krick
138 N 4th Street Apt A
Hamburg, PA 19526


Nicole L Dixon
2321 sierra St
Pittsburgh, PA 01523


Nicole L Harrod
628 S Seventh Street
Upper Sandusky, OH 43351


Nicole L Miller
406 Grace Street
Pittsburgh, PA 15211


Nicole Lundgren
2652 Graham Avenue
Akron, OH 44312

Nicole Lynn Werner
388 School House Lane
Stahlstown, PA 15687

Nicole M Bauer
7111E Mercer Way
Mercer Island, WA 98040

Nicole M Boice
978 Fairfax Avenue
Mansfield, OH 44906

Nicole M Carr
3010 Walnut Street
McKeesport, PA 15132

Nicole M Daugherty
118 Jane Street
McKees Rocks, PA 15136

Nicole M Kelsheimer
841 W Cherrywood Drive
Chandler, AZ 85248

Nicole Martorana
1000 Vanguard Drive
Red Hill, PA 18076


Nicole Mofrad
10405 Rising Harbor
Las Vegas, NV 89104


Nicole Morris
14428 W Ely Drive
Surprise, AZ 85374


Nicole Nichols
401 Scott Street
St Marys, OH 45885


Nicole Powell
1703 Shetland Way
Westville, NJ 08093


Nicole Puthoff
30 Mill Street
Chickasaw, OH 45826

Nicole R Donovan
511 S Elm Street
Celina, OH 45822

Nicole Redline
200 Hill Street
Trucksville, PA 18708

Nicole Rhinevault
RR 6 Box 6112
Montrose, PA 08801

Nicole Rhoads
1619 Cherry Avenue
Canton, OH 44714

Nicole Rosenberger
66 Aluminum City Terrace
New Kensington, PA 15068

Nicole S Monderewicz
1 Ginna B Drive
Robesonia, PA 19551

Nicole Smith
721 Spinning Road
New Carlisle, OH 45344

Nicole Studinger
1821 West North Street
Bethlehem, PA 18018

Nicole Taylor
111 Church Avenue
McKeesrocks, PA 15136

Nicole Taylor
111 Church Ave
McKees Rocks, PA 15136

Nicole Thomas
79 Murray AVe
Uniontown, PA 15401

Nicolete Nesbitt
109 Windor Point Road
Columbia, SC 29223

Nicolle Haefeli
6812 Snowshoe Trail
Evergreen, CO 80429


Nicoya S Walker
1810 Leishman Avenue
Arnold, PA 15068


Nicusor Mihai Lazar
232 SE 192nd Avenue
Portland, OR 97233


Niel A Rhine
6088 Robert Drive
Brookpark, OH 44142


Nigel Charles Johnson
826 Montclair Avenue
Bethlehem, PA 18015


Nikki Jo Applegate
315 Meadow Highlands Drive
Apollo, PA 15613

Nikki Selph
200 Laurel Drive
Spring City, TN 37381

Nikolas Smilovsky
15757 N 90th Place Apt 1165
Scottsdale, AZ 85260

Nikolay Korotash
5170 Thomasino Way
Antelope, CA 95843

Nilah Douglas
777 1 2 Second Street Lot #33
Coshocton, OH 43812

Nilay K Hait
370 Oakley Drive Apt 1123
Nashville, TN 37211

Nilesh Patel
64 Brookside Dr
Holland, PA 18966

Nilsa Diaz Torres
2144 Middle Hurst
Columbus, OH 43219


Nina Bowers
401 Four Oaks Road
Little Mountain, SC 29075


Nina Johnson
3522 Wilshire
Memphis, TN 38111


Nina Kovanis
421 Fountain St
Carnegie, PA 15106


Nina Ledonne
3000 Wallace Street
Lower Burrell, PA 15068


Nina McNeil
14448 N 162nd Lane
Surprise, AZ 85379

Nina Moore
625 E. Chelten Avenue
Philadelphia, PA 19144

Nina Pauline Eseny
37 Webster Avenue  Apt B
N Irwin, PA 15642

Nina Ritchey
304 Hilltop Court
Warrington, PA 18976

Nina Rymar
441 Tomlinson Ave  K1
Philadelphia, PA 19116

Ninad D Parekh
350 Market Street  Apt 605
Johnstown, PA 15901

Nita Kilgour
211 Florence Avenue
Jackson, OH 45640

Nita Mukkamala
1810 Overhill Drive
Flint, MI 48502


Nitin Joneja
3195 Blossom Drive
West Bloomfield, MI 48324


Nivaldo M Luiz
2311 Benson Street  First Floor
Philadelphia, PA 19152


Nizri Michael
2607 Fontaine Bleau Drive
Atlanta, GA 20360


Noah A Castle
628 E Columbus Avenue
Bellefontaine, OH 43311


Noah D Tomlin
8853 Penn St
Glouster, OH 45732

Noah Jablonski
6204 Gem Lane
Columbus, OH 43231


Nobie Thomas
1410 N Casa Grande Avenue
Casa Grande, AZ 85222


Noe  Reyes
51 Home Street
Somerset, NJ 08873


Noel Golden
625 Grant Street #3
Allentown, PA 18102


Noel Gonzalez Cruz
1019 Walnut Road
Reading, PA 19602


Noel J Moreno
1450 E Bell Road  Unit 2137
Phoenix, AZ 85022

Noemi Hart
2720 Dahlonega Drive
Jacksonville, FL 32224

Noi Helmken
420 Main Street
New Eagle, PA 15067

Nola M Nixon
1175 Main Drive
Greenville, OH 45331

Nolan  Tew
2300 W Water St  No 147
Yuma, AZ 85364

Nolan Brown
805 Cloverfield Ct
Brentwood, TN 37027

Nolan M Dewald
13419 South 47th Way
Phoenix, AZ 85044

Nona Pepkowski
301 Harriet Drive
Perkasie, PA 18944


Nora  Bencomo
4020 W Lydia
Phoenix, AZ 85041


Nora Avilade Corrales
2763 W Tuckey Lane
Phoenix, AZ 85017


Nora B Horton
621 Penn Street
Pittsburgh, PA 15215


Nora D Fought
903 North Moening
Delphos, PA 45833


Norbert Frantz
8789 East 500 S Street
Union City, IN 47390

Norbert Stinson
958 Cove Point Lane
Tega Cay, SC 29708


Norberto Castillo
2102 West 5th Street 2F
Brooklyn, NY 11223


Nord Bathon
4328 Estes Road
Nashville, TN 37205


Nordirah Bell
80 Lincoln St
E Orange, NJ 07017


Noreen Moderalli
1228 Four Winds Ct
Niles, OH 44446


Noreen Shell
2701 Sevier Avenue C9
Knoxville, TN 37920

Norene Aver
2837 Rt 982
Mt Pleasant, PA 15666


Norka Diaz
10577 surgar Berry St
Waldorf, MD 20603


Norma  Iacobucci
100 Allens Lane
Mullica Hill, NJ 08062


Norma E Bryan
PO Box 412  264 North Beach Street
Blanchard, PA 16826


Norma J Boylan
244 Cayuga
Canton, OH 44708


Norma J Ramsay
1804 Centre Street
Ashland, PA 17921

Norma Quijano
2041 West 9th Ave
Emporia, KS 66801

Norma Sciaretta
8764 Anchor Point Circle
Las Vegas, NV 89117

Norman A Campbell
7304 Bugler Swan Way
N Las Vegas, NV 89084

Norman B Purvis Jr
410 Royal Crossing
Franklin, TN 37064

Norman Bowles
222 West Danner Ave  #3
West Memphis, AR 72301

Norman C Christopher
1475 Snowberry Lane
Medina, OH 44256

Norman Hampton
23 Basswood Rd
Levittown, PA 19057




Norman Harris
145 Willow Street
Hanover, PA 17331




Norman Johnson
610 Elizabeth Lane
Dillon, SC 29536




Norman L Hayslett
10114 Godwin Road
Arlington, TN 38002




Norman Letinski
87 Oak Street
WilkesBarre, PA 18702




Norman McElroy
3850 Galleria Woods Drive #141
Birmingham, AL 35244

Norman Myers Jr
58 Orchard Place
Gowanda, NY 14070


Norman Nickel
221 Northwood Lake Drive
Columbia, SC 29229


Norman R Paslay II
4324 Tylers Estate Drive
Hamilton, OH 45011


Norman Ray Williamson
124 Lomond Lane
Spartanburg, SC 29307


Norman Schlosser
3933 Leprachaun Lane
Erie, PA 16510


Norman Seay
312 Schenley Manor Drive
Pittsburgh, PA 15201

Norman Solomon
3659 Stettinius Ave
Cincinnati, OH 45208


Norman Stollberg
1120 Shannon Lane
Carlisle, PA 17013


Norman Suitts
5956 Poe Avenue
Dayton, OH 45414


Norman Washington
14718 Birch Arbor Court
Humble, tx 77396


Norman Woodward
734 Woodward Rd
Penfield, PA 15849


Norris  Hill
2035 Lakeside Centre Way
Knoxville, TN 37922

North East Tech
104 East Vine
Hatfield, PA 19440


Norwood R Dennis
2515 Walton Way
Augusta, GA 30904


Noveda Roberts
341 George St
Turtle Creek, PA 15145


Nowroz Manjour
508 N Los Altos Dr
Chandler, AZ 85224


Nuno Francisco
206 Elm Street
Carteret, NJ 07008


Nurijhan Young
1103 Yarmouth Lane
Mt Laurel, NJ 08054

Nyan Winn
1450 Royal Oak Drive
Mansfield, OH 44906

Nyeneh S Flanjay
2750 Axe Factory Rd B11
Philadelphia, PA 19152

Nykia S Covington
200 Cresent Garden Drive
Penn Hills, PA 15235

O D Berry
1209 Garden Dale St
Columbia, SC 29210

O Kermit Null
75 Frontier Lane
Hurricane, WV 25526

Obed Somarriba
12417 Sw 200 Terr
Miami, FL 33177

Obioma Nwige
1322 Williamsburg Dr
Cincinnati, OH 45215


Ocfuske James King
512 Creek Point
Mt Juliet, TN 37122


Octavio  Mendoza
220 S Sixth Street #413
Cottonwood, AZ 86326


Octavius Crawford
5806 Ryewyck
Toledo, OH 43614


Odell D Ross
515 Friendship Ave
McKees Rocks, PA 15136


Odranolele Hidalgo Diaz
310 N Main Street
Coopersburg, PA 18036

Office Depot
P.O. Box 630813
Cincinnati, OH 45263


Ohio Valley Cleaning Services
7440 Hazy Morning Road
Dellroy, OH 44620


Okechukwu Achigbu
141 Darby Woods Court
Radcliff, KY 40160


Okky Oei
11259 E Via Linda
Scottsdale, AZ 85259


Okri Edward
152 Oakland #2B
Cliffside Park, NJ 07010


Ola Woods
42 W Baltimore Street
Carlisle, PA 17013

Olaf Eberhard Hecker
611 Deauville Dr Apt 11
Monroeville, PA 15146

Olando R Dulin
7020 Bennett Street
Pittsburgh, PA 15208

Oleksandr Yergiyen
233 Dalzell Avenue
Pittsburgh, PA 15207

Olga  Aguirre
2861 Wallings Rd
Broadview Heights, OH 44147

Olga Gueits
10118 Loretta Avenue
Cleveland, OH 44111

Olga L Powell
16122 Grovewood
Cleveland, OH 44110

Olinda Perez
3614 Drumore Drive F11
Philadelphia, PA 19154


Oliver Cannon
5736 Adanon Street
N Las Vegas, NV 89131


Oliver M. Palmore
559 Bush River Road
Newberry, SC 29108


Oliver W Lee Jr
1634 Alex Court
Allentown, PA 18103


Oliveth Serafica
2709 E Schillro
Phoenix, AZ 85032


Olivia  Gillcresee
1622 Memorial Dr
Rock Hill, SC 29730

Olivia Naranjo
216 Shawn Court
Irmo, SC 29063


Olivia T Knight
726 East Ninth Avenue
Homestead, PA 15120


Olivier Clause
324 Benton Court
Spartanburg, SC 29301


Omar  Ahmad
16977 Farmington Rd
Livonia, MI 48154


Omar Ghrayeb
696 Fox Hollow
Dekalb, IL 60115


Omar Hobeika
1076 Beech Tree Lane
Brentwood, TN 37027

Omar Kalim
1700 E 13th St Apt 12M
Cleveland, OH 44114

Omar L Borroto
7924 Enchanted Pool
Las Vegas, NV 89139

Omega Leasing Corp
512 Hamilton St
Allentown, PA 18101

Omer Lipnicevic
1060 N Kristin Lane
Chandler, AZ 85226

On Time PC Repair
103 D South Main Street
Summerville, SC 29485

Oneida L Keasley
825 Lincoln Ave
Charleroi, PA 15022

Onerys Encarnacion
1422 Church Street
Reading, PA 19601

Onice Bryant Sr
1104 Shriver Avenue SE
Massillon, OH 44646

Oral Alvin Gleaton
334 Gospel Hlll Court
Orangeburg, SC 29115

Oran Biehl
46 Waterford Street
Union City, PA 16438

Oren Blalock
2863 Grand Route Saint Johns St
New Orleans, LA 70119

Orlanda Rocha
116 Scarlet Oak Avenue
Toms River, NJ 08755

Orlando Centeno
1558 Princess Anne Drive
Lancaster, PA 17601

Orlando Ramos
4166 Paul St
Philadelphia, PA 19124

Orlando Reyes
1200 North 11th Street 312
Reading, PA 19604

Orlett Hall
112 West 6th Street
Lansdale, PA 19446

Ormari Edwards
7 Normandy Terrace
W Orange, NJ 07052

Orrieann Dukes
1211 E Hunting Park Ave
Philadelphia, PA 19124

Orrville Taylor
194 East Ingleside Drive
Akron, OH 44319


Orson A Ravenell
487 Beaumont Park Circle
Blythewood, SC 29016


Orvan D Beachy
811 Lauri Joe Lane
Massillon, OH 44647


Orvil D Kelly
818 Blacklick Rd
Blairsviile, PA 15717


Orville Hinkle
1026 Township Road 2156
Ashland, OH 44805


Osacr Rivera
221 South 13th Sttreet
Allentown, PA 18102

Osbaldo Rios
2848 S Cottonwood Lane
Tucson, AZ 85713

Oscar C Cota
2142 W Hawken Way
Chandler, AZ 85286

Oscar Ceballos Martinez
1591 Chartered Cir  D129
Las Vegas, NV 89101

Oscar D Montano
730 E Flint Street
Chandler, AZ 82225

Oscar E Blair
4810 Whitewood Court
Dayton, OH 45424

Oscar Garay
325 Mount Laurel Avenue
Temple, PA 19560

Oscar Granados
2033 E Palm Lane
Phoenix, AZ 85006

Oscar Hernandez Portillo
2805 Carla Avenue
North Las Vegas, NV 89030

Oscar Howard
118 Sorrel Tree Lane
Elgin, SC 29045

Oscar Hugo Tamariz Alcala
2206 N 84th Avenue
Phoenix, AZ 85037

Oscar M  Covarrubias
6341 E 34th Ave
Apache Junction, AZ 85219

Oscar Mireles
1337 N Loma Vista
Mesa, AZ 85213

Oscar Oqiendo
1925 Columbine Avenue
Bethlehem, PA 18018

Oscar R Serrano Ulloa
118 Northturn Lane
Levittown, PA 19054

Oscar Rene Debroy
2431 S Nolina Drive
Chandler, AZ 85248

Oscar Taracena
10503 Procter Street
Silver Spring, MD 20901

Osvaldo Diaz
3518 North Eighth Street
Philadelphia, PA 19140

Osvin Montopeque
29 McLean Street
Freehold, NJ 07728

Othello Coleman III
106 Del Ray Dr
Walterboro, SC 29488

Otis A  Matthews Jr
2874 Tumbridge
Memphis, TN 38128

Otis Plunk
5015 Mountview Place
Brentwood, TN 37027

Otis Smith
3608 Gowan Drive
Memphis, TN 38127

Otto E Orf II
3457 Tallmadge Road
Kent, OH 44240

Otto H Appelt
314 N Main St
Decatur, TN 37322

Otto S Shill Jr
2514 North Mesa Drive
Mesa, AZ 85201


Otto Shill
2539 E Nora Street
Mesa, AZ 85213


Ouida Barnett Atkins
112 Chippewa Circle
Jackson, MS 39211


Ousama el Hillal
19777 N 76th Street  Apt # 2185
Scottsdale, AZ 85255


Ovalene W McCauley
208 Meadowbrook Drive
Seneca, SC 29678


Ovioiu Lucian Vatamanu
2089 Reveley Ave
Lakewood, OH 44107

Owen Kling
5205 Park Avenue
Nashville, TN 37209


Owen Oswald
490 Marion Cardington
Columbus, OH 43210


Ozriel L Martin
1904 Mississippi Ave Apt 2
Atlantic City, NJ 08401


PA Department of Labor & Industry
914 Penn Avenue
6th Floor
Pittsburgh, PA 15222


Pablo  Bravo
20681 NE4th Plave Apt 105
Miami, FL 33179


Pablo  Morales
301 N 3rd Street
Allentown, PA 18102

Pablo Antonio Valdez
805 Myrtle Ave
Kansas City, MO 64124

Pablo Cancel Jr
112 Coplay St
Coplay, PA 18037

Pablo Duarte
38 Crown Circle Apt 2B
Scranton, PA 18505

Pablo Melendez
1032 Wyoming St
Allentown, PA 18103

Pablo Rodriquez
343 Hollenbach St
Reading, PA 19601

Pablo Sandoval
7136 S 251st Drive
Buckeye, AZ 85326

Pacifico Mendoza Lejano Jr
5813 West Ludden Mountain Drive
Glendale, AZ 85310


Pahoumi Paraskuvi
3265 E Ford Avenue
Gilbert, AL 85234


Paige  Winters
6458 Baertown Rd  NW
Dover, OH 44622


Paige A  Stiefken
60 Little York Mt Pleasant Road
Milford, NJ 08848


Paige Johnson
626 Warden Street
Irwin, PA 15642


Paige McMurray
PO Box 726
Kingston Springs, TN 37082

Paige Peterson
5916 West Straight Arrow Lane
Phoenix, AZ 85085


Paige Richardson
55 Old Yellow Springs  Apt H
Fairborn, OH 45324


Paige Rogers
5026 Wolfpen Woods Drive
Prospect, KY 40059


Palmetto Family Dentistry
1211 Greenlawn Dr
Columbia, SC 29209


Pam Grey
2040 E Parkside
Phoenix, AZ 85024


Pamela  Carroll
120 Orchard Drive
South Point, OH 45680

Pamela  Cheek
505 Kendall Court
Franklin, TN 37069


Pamela  Gardner
260 Indiana Rd  Rt 110  Box 43
Creekside, PA 15732


Pamela  Harrison Musulin
4820 Church Road
Morlton, NJ 08053


Pamela  Hogan
411 Paxinosa Rd East
Easton, PA 18040


Pamela A McVeigh
626 Chestershire Road
Columbus, OH 43204


Pamela A Wise
9 Broadmoor Drive
Mechanicsburg, PA 17055

Pamela A Woodson Davies
10233 King Henry Ave  No 10
Las Vegas, NV 89144


Pamela Ament
39 East Woods Drive
Lititz, PA 17543


Pamela Ann Herasingh
7108 Sunrise Drive
Lanham, MD 20706


Pamela Barker
PO Box 2563/9220
Crossville, TN 38557


Pamela Bricker
15 Mound Street Apt. A
The Plains, OH 45780


Pamela Bryant
3331 Alberta St
Bartow, FL 33830

Pamela C Barncastle
7916 Ridgefiled Court  NE
Albuqueque, NM 87109


Pamela Campbell
6436 Bray Road
Flint, MI 48505


Pamela Cathey
1701 Summit Ridge Lane
Kannapolis, NC 28087


Pamela Chavey
1020 Cambridge Road
Coshocton, OH 43812


Pamela Cohen
8207 Sawyer Brown
Nashville, TN 37221


Pamela Covington
105 Boyce Court
Nashville, TN 37218

Pamela Denise Dustin
1315 Old Whitesville Rd
Moncks Corner, SC 29461

Pamela Denise Major
7904 Trailwood Lane
Columbia, SC 29209

Pamela Dianne Visokay
893 Pine Forest Trail
Columbia, SC 29210

Pamela Dunn
641 Harpeth Trace Drive
Nashville, TN 37231

Pamela F Gotwalt
1749 Barrett Drive
Bethlehem, PA 18017

Pamela F Hite
208 Montchanin Drive
Old Hickory, TN 37138

Pamela F Pullen
93 Weakley Lane
Smyrna, TN 37167

Pamela Fedelini
6420 Collins Ave  Apt 903
Miami, FL 33141

Pamela Ganser
1007 N Brandon Ave
Celina, OH 45822

Pamela Giltner Eaton
211 S Jefferson St
Washington, GA 30673

Pamela Glaser
8522 Fairview Lane
Bon Aqua, TN 37025

Pamela Grosser
90 White Dogwood Drive
Etters, PA 17319

Pamela Gudaitus
1345 Walnut Street
Reading, PA 19604


Pamela Hammontree
538 Oak Leaf Lane
Seymour, TN 37865


Pamela Harris
3630 East Owens Apt 1010
Las Vegas, NV 89110


Pamela Harrison
1915 Acorn Wood
Olive Branch, MS 38654


Pamela Harrold
821 Hunker Lumber Rd
Hunker, PA 15639


Pamela J Caines
1056 Erikson Avenue
Columbus, OH 43227

Pamela J Farley
359 Royal Assembly Drive
Charleston, SC 29492


Pamela J Gibson
1620 Oak Ridge Lane
Hellertown, PA 18055


Pamela J Howland
3816 Stanhope Kellog
Kingsville, OH 44648


Pamela J Lecount
2342 Balerwood Dr SW
Massillon, OH 44647


Pamela J Miller
1453 State Route 327
Jackson, OH 45640


Pamela J Pavlovski
5307 Stanhope Kelloggsville
Andover, OH 44003

Pamela J Sawyer
6101 Highway 705
Nashville, TN 37221


Pamela J Torquat
20 South 23rd Street
Pottsville, PA 17901


Pamela L Carder
1091 Southridge
Delphos, OH 45833


Pamela L Striker
330 South 8th St
Connellsville, PA 15425


Pamela Lallathin
3702 Tillman St NW
Massillon, OH 44646


Pamela Ligons
5515 Hays St Apt 3
Pittsburgh, PA 15206

Pamela M Bishop
2900 Thompson Rd
Harleysville, PA 19438


Pamela M Gardner
6420 Worchester Dr
Nashville, TN 37221


Pamela M Pless
728 Maplewood Avenue
Ambridge, PA 15003


Pamela McGrady
4955 Higbee Avenue  Apt 209
Canton, OH 44718


Pamela McGuire
2924 John Street
Easton, PA 18045


Pamela Moors
2740 Robinwood Avenue
Toledo, OH 43610

Pamela R Flores
1151 Susan Dr
Hamilton, OH 45013

Pamela R Greenfield
405 Century Farm Court
Lexington, SC 29073

Pamela Rimer
513 Terrace Drive
Pittsburgh, PA 15238

Pamela Rockich
5150 Bob O Link NW
N Canton, OH 44720

Pamela S & Brenton J Zeirott
7603 Johnstown Alexandria Rd
Johnstown, OH 43031

Pamela S King
3024 London View Drive
Murfreesboro, TN 37128

Pamela S McVay
324 West Fairview  Lot 10
West Lafayette, OH 43845


Pamela S Thompson
13009 Laurel Hill Rd
Thornville, OH 43076


Pamela Scaggs Laster
829 A Winthrop Street
Ladson, SC 29456


Pamela Schmitt
424 Valleyview Terrace
Canonsburg, PA 15317


Pamela Stanley
1770 Mieral Road
New Marshfield, OH 45766


Pamela Thomas
3896 Reading Road  Apt M
Cincinnati, OH 45229

Pamela Winner Bockoven
1229 Autumn Glen Ct
Dayton, OH 45458


Pamela Yelena
4941 Haverhill Commons Circle Apt10
West Palm Beach, FL 33401


Pancho Lucas
3270 Pittston Ave 1st
Scranton, PA 18505


Pankaj Patel
50726 Lakeside Drive
Granger, IN 46530


Paolo Misa
14 Pcahontas Path
Lincoln, NJ 07035


Paquel Bueno
14008th Avenue N #130
Nashville, TN 37208

Paquito Pagsuyoin
9017 Ochoa Street
Las Vegas, NV 89143


Parag Katkar
2115 Liberty Court
Eagleville, PA 19403


Paraskevoula V Papageorgiou
19 Short Lane
Northampton, PA 18067


Paris  Cobb
1037 Main Street
Aliquippa, PA 15001


Park Hyun
32952 Embassy Avenue
Temecula, CA 92592


Park Michael Tupper
5150 Hillside Road
Columbia, SC 29206

Parks Auto Parts Inc
1204 North Main Street
Summerville, SC 29483


Parrish R Young
3101 Park Blvd Apt 2
Wildwood, NJ 08260


Parrish Thomas
1232 West Sergeant Street
Philadelphia, PA 19133


Parrish Young
3101 Park Blvd Apt 2
Wildwood, NJ 08260


Parthine Vorce
1545 North Main Street
Niles, OH 44446


Pascal Jarjoura
1242 Emerald Creek Drive
Broadview Heights, OH 44147

Pasquale John Navarra
31 Armanta Street
DuBois, PA 15801


Pasquale Verrone
2784 Maefield Road
Bath, PA 18014


Pat  Hardie
1140 Radnor Glen Drive
Brentwood, TN 37027


Pat Foreman
885 Shelby Ontario Road
Mansfield, OH 44906


Pat Jackson
551 Edgewood Avenue
West Mifflin, PA 15122


Pat McMakin
109 Allendale Drive
Nashville, TN 37205

Pat Sherrill
3308 Tourmaline Drive
Murfreesboro, TN 37128


Pathanjali V Sharma
653 Scenic Drive
Beanville, PA 19506


Patrice Hutchinson
1020 Valonia Street
Pittsburgh, PA 15220


Patrice Mejias
1910 Sherwood Hall
Alexandria, VA 22306


Patricia  Castaneda
2189 S 47th Drive
Yuma, AZ 85364


Patricia  Coates
PO Box 873
Franklin, KY 42134

Patricia  Mazurowski
302 Newlins Rd West
Easton, PA 18040



Patricia  Steelman
1611 Euclid Ave
Bowling Green, KY 42103



Patricia  Stiles
336 Possum Hollow Rd
Wampum, PA 16157



Patricia  Van Ruiten
6200 River Pointe Drive Apt G304
Boise, ID 83714



Patricia  Walker
5798 Riber Road
Hillsboro, OH 45133



Patricia  Washington
4031 Hard Scrabble Road
Columbia, SC 29223

Patricia A Bertke
362 West Main St
St Henry, OH 45883

Patricia A Bombara
2720 Churchview
Pittsburgh, PA 15227

Patricia A Bumgardner
31725 Noble Summit Road
Middleport, OH 45760

Patricia A DeLuca
80 Shirley Lane
Littlestown, PA 17340

Patricia A Fistes Adang
2134 East Oakland Street
Chandler, AZ 85225

Patricia A Hardyway
4912 New Jersey Apt 903
Wichita, KS 67217

Patricia A Johnson
2349 W Elm Street
Allentown, PA 18104


Patricia A Lieving
2732 Hebbardsville Road
Albany, OH 45710


Patricia A Martin
6123 Philadelphia Drive
Dayton, Oh 45415


Patricia A Myers
575 N Grant Street
Wooster, OH 44691


Patricia A New
2143 Hanby Square South
Columbus, OH 43229


Patricia A Patterson
1507 Arborwood Apts
Lindenwold, NJ 08021

Patricia A Patterson
714 County Road 3
Calhoun, TN 37309


Patricia A Show
318 Ogden Street
Connellsville, PA 15425


Patricia A Sims
639 Apple Land
Newberry, SC 29108


Patricia A Swart
10 Pioneer Village
Athens, OH 45701


Patricia A Vargo
143 Caulfield Avenue
Deptford, NJ 08096


Patricia A Wright
122 Camberwell Drive
Pittsburgh, PA 15238

Patricia Ann Williams
1510 Saint Andrews Road Apt 1901
Columbia, SC 29210


Patricia Armstrong
P.O. Box 1388
Camp Verde, AZ 86322


Patricia Ayers
376 Baronswood Dr
Nolensville, TN 37135


Patricia B McAneny
2805 Solly Avenue
Philadelphia, PA 19152


Patricia Baroner
1840 Ripley Drive
Erie, PA 16510


Patricia Bayer
38 Fox Lane
Jim Thorpe, PA 18229

Patricia Chikotas
405 Broad Street
Ashland, PA 17921


Patricia Crook
402 Funston Ave
New Carlisle, OH 45344


Patricia Curtis
727 Purcell Ave
Cincinnati, OH 45205


Patricia Daccardi
4214 Lackland Place
Philadelphia, PA 19114


Patricia Dodson
3613 Fifth Avenue
Altoona, PA 16611


Patricia Ebsworth
324 Broadway Avenue
McKees Rocks, PA 15136

Patricia F Childs
9437 Agattu Circle
Eagle River, AK 99577

Patricia F Wade
3024 Alling Drive
Twinsburg, OH 44087

Patricia G Etzold
1102 North Main St
Bessemer, PA 16112

Patricia Gant
8761 Quintane Lane
Las Vegas, NV 89123

Patricia Gorgone
1453 Pine Island View
Mt. Pleasant, SC 29464

Patricia Grimes
3408 Shellbark Drive
Whites Creek, TN 37189

Patricia Grubb
29613 North 59th Street
Cave Creek, AZ 85331

Patricia Gurcak
993 Becks Run Rd
Pittsburgh, PA 15210

Patricia Harbison
12044 Covert Rd
Philadelphia, PA 19154

Patricia Haro
1015 West Valley View Drive
Phoenix, AZ 85041

Patricia Harpster
233 Donna Street
Hollidaysburg, PA 00016-6448

Patricia Heinzman
2429 Newark Road
Zanesville, OH 43701

Patricia Hemphill
PO Box 106
West Yellowstone, MT 59758

Patricia Hogsett
PO Box 412
Trimble, OH 45782

Patricia I Adams
111 Bayberry Circle
Allegheny Twp, PA 15068

Patricia I Powell
4174 E 188th Street
Cleveland, OH 44122

Patricia J Bahr
2 Circle Drive
The Plains, OH 45780

Patricia J Wilson
1546 Moss St
Reading, PA 19604

Patricia J Zellner
3529 Glen Allen
Cleveland Heights, OH 44121

Patricia Johnson
PO Box 21 / 149 Spring Street
Pikeville, TN 37367

Patricia K  Steward
8683 Dublin Ridge
Massilon, OH 44646

Patricia L Bongiardino
18 Ormond Road
Hewitt, NJ 07421

Patricia L Fort
27688 Hwy 12
Salvo, NC 27972

Patricia L Hallstrom
5842 E Redwing Road
Paradise Valley, AZ 85253

Patricia L Jessee
123 Columbine Rd
Kingsport, TN 37660

Patricia L King
1705 Katherine Court
Flower Mound, TX 75022

Patricia L Lober
307 Paulson Place
Antioch, TN 37013

Patricia L McNamee
308 N Mercer St Apt 10
New Castle, PA 16101

Patricia L Radakovich
545 Frayne Street
Pittsburgh, PA 15207

Patricia L Singelyn
18991 Munn Road
Chagrin Falls, Oh 44023

Patricia L Steiner
431 Allen Street
W Hazelton, PA 18202


Patricia L Zapp
417 N Lake Street
Madison, OH 44057


Patricia Lorocca
329 Shady Ridge Drive
Monreoville, PA 15140


Patricia M Clark
5821 Fireside Dr
Brentwood, TN 37027


Patricia M Denlinger
41 West Main Street
Leola, PA 17540


Patricia M Fyock
315 Orchard Street
Johnstown, PA 15905

Patricia M Henson
315 Market St
Bristol, PA 19007


Patricia M Shreve
48521 Hamilton Road
E Palestine, OH 44413


Patricia M Walker
4025 Centurion Pass
West Columbia, SC 29170


Patricia Macalister
3300 Winter Haven 129
Las Vegas, NV 89108


Patricia Marie  Kyer
256 Hirol St
Carolina, WV 26563


Patricia Marie Chenet
424 21st Street
Aliquippa, PA 15001

Patricia Markovic
4681 Edgewater Drive
Sheffield Lake, OH 44054


Patricia McCoy
6675 Clearbrook Drive
Nashville, TN 37205


Patricia McCray
619 W Church Street
Corry, PA 16407


Patricia Piatowski
5522 River Run Drive
Fairview, PA 16415


Patricia Plunkett
587 Williams Circle
West Columbia, SC 29172


Patricia Raver
204 Camelot Drive
Goose Creek, SC 29445

Patricia Rickenbauch
12 Highland Ct
Reinholds, PA 17569

Patricia Robinson
6655 Sprague Street
Philadelphia, PA 19119

Patricia Russell
91 Custer Rd
Heath, OH 43056

Patricia S Kinloch
105 Leake Avenue #63
Nashville, TN 37205

Patricia S Qualk
853 Meadow Street
California, PA 15419

Patricia S Waters
191 Harper St
Nelsonville, OH 45764

Patricia Shipley
51 Milton Street
Uniontown, PA 15401




Patricia Simpson
64 Main Street
Hickory, PA 15340




Patricia Smith Franks Wright
1657 Tassey Road
Readyville, TN 37149




Patricia Sokolowski
1214 Elliott Drive
Murfreesboro, TN 37129




Patricia Streit
14 Brewery Lane
Tryon, NC 28782




Patricia Taylor
HC 86 Box 402
Greenspring, WV 26722

```
Patricia Thompson
P.O. Box 41972
Phoenix, AZ 85080




Patricia Wesney
9446 Portie Flamingo
Corning, OH 43730




Patricia Wilson
09560 State Route 364
New Bremen, OH 45869




Patricia Zamarripa
948 Serpent Rose Ct
Henderson, NV 89052




Patrick  Coleman
98 Terrace Street
Carbondale, PA 18704




Patrick  Hatch
834A West Main Street
Palmyra, PA 17078
```

```
Patrick  Huwe
1133 Jackson Street
Pittsburgh, PA 15221




Patrick  Millette
6914 West St Charles AVe
Laveen, AZ 85339




Patrick  Oigbokie
104 Woodlands Park Drive
Brandon, MS 39047




Patrick  Smock
17147 E Tennessee Dr
Aurora, CO 80017




Patrick A Smith
4221 Wren Hill Cove
Arlington, TN 38002




Patrick B Cence
305 McIntyre Avenue
Patton, PA 16668
```

Patrick B Connors
4555 Socialville Foster Road
Mason, OH 45040

Patrick B Hastings
217 Wilsonia Ave
Nashville, TN 37205

Patrick Blanchard
7669 Hidden Lake Drive
Hudsonville, MI 49426

Patrick Bourque
945 Bosler Avenue #E
Lemoyne, PA 17043

Patrick Brewer
1307 River run Circle
Sevierville, TN 37876

Patrick C Straub
10 Elk Avenue
Ridgeway, PA 16853

Patrick Carpenter
15221 Gaskill Drive Lot 25A
Alliance, OH 44601


Patrick Chalk
1922 Doby Dr
Rock Hill, SC 29730


Patrick Cobrea
17450 NE 163rd Place
Woodinville, WA 98072


Patrick Connally
1740 40th Street SE
Washington, DC 20020


Patrick D Rooney
1564 Bottom Road
Brookville, PA 15825


Patrick D Thoma
1038 Meadowview Drive
Apollo, PA 15613

Patrick Darago
2075 Issaquah Street
Cuyahoga Falls, OH 44221

Patrick E Callis
5551 FM 2633
Santa Anna, TX 76878

Patrick E Rodriguez
1456 Charlton Heights Road
Coraopolis, PA 15108

Patrick Eigner
58 Brown Chapel Road
Newberry, SC 29108

Patrick F  Kelly
486 2nd St  PO Box 512
Fayette City, PA 15438

Patrick F Gardner
111 Center Avenue
Morgantown, PA 19543

Patrick Fowler
2803 Pleasant Way
Lancaster, OH 43130


Patrick Gaston
321 Attavia Drive
Camano Island, WA 98282


Patrick Gioitta
1565 Chelmsford Road
Mayfield Heights, OH 44124


Patrick H Nosker
1037 Bell Run Road
Reynoldsville, PA 15851


Patrick J Cummiskey
2024 Daylily Drive
Franklin, TN 37067


Patrick J Gibson
2887 Chaneysville Road
Clearville, PA 15535

```
Patrick J Hughes
1905 Cardinal Circle
Norristown, PA 19403




Patrick J Kopfle
423 Denniston Avenue  #1
Pittsburgh, PA 15206




Patrick J Quinn
5521 E Cholla Street
Scottsdale, AZ 85254




Patrick J Rohr
18837 Racine Road
Marshallville, OH 44645




Patrick J Smith
743 Main Street
Wellsville, OH 43968




Patrick Joseph Son
305 Country Club Dr
Mountaintop, PA 18707
```

Patrick K Leahy
33 Argyle Road
Rye Brook, NY 10573

Patrick Kerr Sr
331 Clarendon Avenue NW
Canton, OH 44708

Patrick Kircher
3100 Woodsgate Drive
Little Rock, AR 72211

Patrick L Edwards
507 Washington Court
LaVergne, TN 37086

Patrick L Largent
1617 Green Friar Drive
Columbus, OH 43228

Patrick Lam
568 Continental Drive
Northfield, OH 44067

Patrick Lassonde
5545 Mechanisville Road
Mechanisville, PA 18934

Patrick Lentz
510 Simpson Rd
Trafford, PA 15085

Patrick Lewis
1376 Tennell Lane
Dyersburg, TN 38024

Patrick Maloney
1284 General Mercer Avenue
Washington Crossing, PA 18977

Patrick Matthews
1538 Jone Swamp Road
Walterboro, SC 29488

Patrick Meier
14145 N. 92nd St. 2165
Scottsdale, AZ 85260

Patrick Mellerson
879 Club Lane
Sumter, SC 29154


Patrick Mountford
11924 Arbuckle Road
Union City, PA 16438


Patrick Murphy
102 S Quarty Circle
Chandler, AZ 85225


Patrick N Londergan
11688 Collins Arbogast Road
South Vienna, OH 45369


Patrick O Bryant
12807 Terrace Lane
Crestwood, IL 60445


Patrick Oakes
1204 Robbins St
Pittsburgh, PA 15236

Patrick OBrien
2 Dolphin Road
Levittown, PA 19056


Patrick Outlaw
21515 Green Thicket Ct
Spring, TX 77388


Patrick Parks
1305 Glengoyne Place
Nashville, TN 37220


Patrick Pettit
15752 Meadow Ridge Dr
Groveland, FL 34736


Patrick R Duffy
2 Park Avenue Apt 4G
East Chester, NY 10709


Patrick R McCoy
412 Arnold Street
Las Vegas, NV 89106

Patrick S Schmidt
22363 South Beaver Road
Conneautville, PA 16406


Patrick Santomen
5100 Laura Court
Bakersfield, CA 93308


Patrick Sharpe
6009 Edmond Hwy  Lot 2
Lexington, SC 29073


Patrick Shelton
830 Taylor Street
Newberry, SC 29108


Patrick Tan
10723 W. Coolidge Street
Phoenix, AZ 85037


Patrick W Derosia
3301 Flower Valley St
Memphis, TN 38128

Patrick W Karr
8 W 2nd St
Lakewood, NY 14750


Patrick W Keenan
335 William Street
Watertown, NY 13601


Patrick W Kemmerer
1125 Brock Street
Allentown, PA 18103


Patrick W Shultz
1599 State Route 730
Wilmington, OH 45177


Patrick Willaman
600 Ivan Drive Apt 6
Grove City, PA 16127


Patson Kennivong
2031 Streling Street
Murfreesboro, TN 37127

Patsy  Deming
6780 Messick Rd
Memphis, TN 38119


Patsy L Taylor
126 Webster School Road
Grantville, PA 17028


Patsy Shirey
7853 133rd Rd
Live Oak, Fl 32060


Patsy Stone
280 Lilard Road
Benton, TN 37307


Patsy West
PO Box 43 309 Broad Street
Milmay, NJ 08340


Patte Morrison
7547 Neshoba Rd
Germantown, TN 38138

Patti Hirst
6573 W Irma Lane
Glendale, AZ 85308


Patti Tallent
445 East Linden Avenue
Miamisburg, OH 45342


Patty Gould
694 Estrella Drive
Gilbert, AZ 85233


Patty J Morrison
121 Ruff Lane
Acme, PA 15610


Patty K Puzak
210 half Rear West Main St
Mt. Pleasant, PA 15666


Patty Latonis
8409 W Dreyfus Drive
Peoria, AZ 85381

Patty Preston
617 Hanna Avenue
Loveland, OH 45140


Patty Strouse
87 Schott Road
Perkasie, PA 18944


Paul  Hcks
109 Egypt Rd
Mont Clare, PA 19453


Paul  Johnson
166 Hunters Run Place NW
Cleveland, TN 37312


Paul  Kalyango
896 Wilson Dr
Cape May, NJ 08204


Paul  Kramer Jr
33 South Sixth Street
Quakertown, PA 18951

Paul  Krasusky
26 Susan Drive
Tolland, CT 06084


Paul  Krushnowski
30 East Frothingham St
Pittston, PA 18640


Paul  Marra
112 S Market St
Mechancsburg, PA 17055


Paul  Mercer
695 Ed Davis Road
Wellston, OH 45692


Paul  Ott
22 Edgemont Lane
Newmanstown, PA 17073


Paul  Sizemore
568 South Queen Street
Littlestown, PA 17340

```
Paul  Smith
1453 Lutztown Rd
Boiling Springs, PA 17007




Paul  Wasserman
3840 N Jokake
Scottsdale, AZ 85257




Paul A Banting
1664 Moravia Rd
Enon Valley, PA 16120




Paul A Bates
1486 McFarland Avenue
Pittaburgh, PA 15216




Paul A Hendrick
8715 165 St
Jamaica, NY 11432




Paul A Knutson
720 First Street
Pottsville, PA 17961
```

Paul A Lovejoy
120 Heidinger Drive
Cary, NC 27511


Paul A Mash
49 Pine Aire Village
Athens, OH 45701


Paul A Orme
7232 Mountain Trail
Centerville, OH 45439


Paul A Shunk
1148 Skyline Drive
Greensburg, PA 15601


Paul Abraham
1870 E Haleys Creek Road
Centerville, TN 37033


Paul Allen  Musi Jr
245 Harvard Avenue
Lancaster, PA 17603

Paul Alvarez Jr
704 Colleen Ct
Wexford, PA 15090


Paul Babin
118 Holly Creek Drive
Irmo, SC 29063


Paul Baciu
1592 Wakefield Court
Mundelein, IL 60060


Paul Balch
605 Landau Drive
Nashville, TN 37209


Paul Balding
1941 Hwy 31 W
Whitehouse, TN 37188


Paul Beaston
2535 Rt 35 S
East Waterford, PA 17021

Paul Bennis
307 Grandview Ave
Perkasie, PA 18944


Paul Bongiardina
1159 E Redfield RD
Tempe, AZ 85283


Paul Bowers
PO Box 867 813 ST Rt 708
Russlles Point, OH 43348


Paul Bristol
815 Neel Street
Pittsburgh, PA 15120


Paul Bruce Jones
23 Echo Valley Drive
New Providence, PA 17560


Paul C Daniels
301 W Byrd Avenue
Coolidge, AZ 85228

Paul C Schneider
9096 Myers Road
Centerburg, OH 43011


Paul Carter
1227 Worley Avenue
Canton, OH 44703


Paul Clark
52 Cherry Lane
Braintree, MA 02184


Paul Clough
3300 Eliska Street
Pittsburgh, PA 15204


Paul Colombos
5465 Jennifer Lane
Tobyhanna, PA 18466


Paul Colvin
990 Antioch Rd
Oak Hill, OH 45656

Paul Coutcher
19215 State Route 51
Elmore, OH 43416

Paul D  Bell
46740 Morning Star Rd
Racine, OH 45771

Paul D Feagans
PO Box 378
Tonganoxie, KS 66086

Paul D Seyfert
422 Orchard
Fleetwood, PA 19522

Paul D Silvestri
3419 Eden Street
Philadelphia, PA 19114

Paul D Sulham II
986 Goodman Street
Memphis, TN 38111

Paul Dascani
132 Shenandoah Road  PO Box 805
Connellsville, PA 15425

Paul Davidson
220 Lynnwood Boulevard
Nashville, TN 37205

Paul Detwiler
84 N Loveland Avenue
Kingston, PA 18704

Paul E  Cyrus
152 Sherman Ave
Ashland, OH 44905

Paul E Gardinsky
33 S Bower Street
Shenandoah, PA 17976

Paul E Goosby
410 Twelfth Street
Beaver Falls, PA 15010

Paul E Pato
209 Grant Street Ext
Star Junction, PA 15482

Paul E Watford
8227 Sea Mist Ct
West Chester, OH 45069

Paul E. Mertens
301 Five Acres Drive
Pittsburgh, PA 15238

Paul Edgerton
2312 Foster Gwin Lane
Fayetteville, NC 28304

Paul F Ashley
14881 Cenmont  PO Box 37
North Lawrence, OH 44666

Paul F Yoculan
5311 Roslindale Avenue
Erie, PA 16509

Paul Fallis
55 Candi Brooke
Corbin, KY 40701

Paul Fischer
156 Weil Rd
Boyertown, PA 19512

Paul Foltz
4375 E Sunset Road 1322
Las Vegas, NV 89014

Paul Foster
3440 Wildrose Circle
Parker, CO 80138

Paul Frazier
711 Newport Lane
Streetsboro, OH 44241

Paul Fulton
46 Olde Yankee Drive
Freedom, NH 03836

Paul G Jennings
924 Oak Valley Lane
Nashville, TN 37220

Paul G Modonagh
5215 Lew Street
Finleyville, PA 15332

Paul G OShea
3935 Woolslayer Way
Pittsburgh, PA 15224

Paul G Robinson
282 S Spring Garden St
Ambler, PA 19002

Paul G Smith
4314 Signal Hill Dr
Nashville, TN 37205

Paul G Smith
1026 Caldwell Lane
Nashville, TN 37204

Paul Garnot
164 D Market Street
Charleston, SC 29401

Paul George
10660 State Route 4
Mechanicsburg, OH 43044

Paul George
227 Clopper Street
Greensburg, PA 15601

Paul Grermanio
2663 Hoffmans Mill Road
Belleplain, NJ 08270

Paul Gross
6823 Windham Pkwy
Prospect, KY 40059

Paul H Tyson Jr
125 Singingwood Lane
Elgin, SC 29045

Paul Hardison
320 Old Hickory Boulevard  Unit 1107
Nashville, TN 37221


Paul Harris
1041 Persimmon Court
Clarksville, TN 37040


Paul Hersman
1510 Rowlesville Rd
Vinton, OH 45686


Paul Higgins
561 Trumbauersville Road
Quakertown, PA 18951


Paul Humphrey
6721 Kern Road
Knoxville, TN 37918


Paul J Leshko
400 Center Street  PO Box 253
Wiconisco, PA 17097

Paul J Rock
22 Tamebuck
Wolcott, CT 06716

Paul J Sibeto
230 Smithfield Streete
New Castle, PA 16101

Paul J Wirrick
197 A Parmer Dr
Halifax, PA 17032

Paul Johnson
17477 First Street
Buchtel, OH 45716

Paul K Huggins
5906 Timle Lane
Columbia, SC 29206

Paul Kessler
707 Pearce Hollow Rd
Marion Center, PA 15759

Paul King
184 E Tulane Road
Columbus, OH 43202


Paul Krusell
5895 All Saints Place
Rockvale, TN 37153


Paul Kutz
1476 Cureton Drive
Rock Hill, SC 29732


Paul L  Correll III
313 Northmont Ave
Hamburg, PA 19526


Paul L Ezeukwu
7643 Brookfield Road
Cheltenham, PA 19012


Paul L Kilzer II
18834 State Route 550
Amesville, OH 45711

Paul Landsom
3419 Via Lido
Newport Beach, CA 92663

Paul Lebovitz
102 Winslow Road
Franklin, TN 37064

Paul Leidy
5 Country Club Drive
Northfield, NJ 08225

Paul Luna
106 Bergen Street Apt 2
Kearney, NJ 07032

Paul Lynch
9393 E Palo Brea Bend Apt 2076
Scottsdale, AZ 85255

Paul M Bond
1148 Cairns Road
Mansfield, OH 44903

Paul M Horton
101 Garris McCabe Lane
Blythwood, SC 29016

Paul M Humphrey
1320 North Sixth Street
Reading, PA 19601

Paul M Reilly
7822 Beech Street
Pittsburgh, PA 15237

Paul M Rinaldi
343 Smith St
Dunmore, PA 18512

Paul M Sanderson
5161 Rice Road
Antioch, TN 37013

Paul M Tanis
906 Timesville Rd
Signal Mountain, TN 37377

Paul Maher
215 Hotal Road
Mooresburg, TN 37811

Paul Mallery
5452 W Elgin Street
Chandler, AZ 85226

Paul Mancino
90 Buckhill Road
Pittsburgh, PA 15237

Paul Matesic
36195 Teddy
Union City, PA 16438

Paul Matthews
2934 Smallman Street
Pittsburgh, PA 15201

Paul McGathey
493 Laver Rd
Mansfield, OH 44905

Paul McGovern
120 Perrin Ave
Pawtucket, RI 02861

Paul Medbery
545 S. Riverview Road
Halta, OH 43758

Paul Mekeel
7765 Jacaranda Hill Ct
Las Vegas, NV 89139

Paul Moriarty
15683 Ryder Cup Dr
Haymarket, VA 20169

Paul Morrison
2200C Trailside Dr
Austin, TX 78704

Paul Moschella
PO Box 465
Brodheadsville, PA 18322

Paul Murillo
6555 N. Boulder Hwy #1207
Las Vegas, NV 89122

Paul N Barrett
158 Riverwood Drive
Franklin, TN 37069

Paul N Brown
34671 Pronghorn Drive
Whitewater, CO 81527

Paul P Sleva
15 Red Mountain Rd
Ringgold, PA 01760

Paul Palmieri
216 Dorsey Valley Drive
Cranberry Twnsp, PA 16066

Paul Pina
40 Greentree Circle
Cridersville, OH 45806

Paul R Anderson
26 S Tenth Street
Kulpmont, PA 17834


Paul R Lee
3633 Garrison Road
Toledo, OH 43613


Paul R Mungo
5499 Beach Road
Medina, OH 44256


Paul R Sherry
20 Lord St
DuBois, PA 15801


Paul Rajkumar Gupta
1833 Omarest Drive
Columbia, SC 29210


Paul Rakers
114 Rangley Drive
Pittsburgh, PA 15209

Paul Riihimaki
11251 N Pinto Drive
Fountain Hills, AZ 85268

Paul Romness
3412 North Abingdon St
Arlington, VA 22207

Paul Ross
5101 Cornwall Dr
Brentwood, TN 37027

Paul Royce
528 North Hyde Park Avenue
Scranton, PA 18504

Paul Rust
2006 West 21st Street
Erie, PA 16502

Paul S Olejarczyk
1026 W 31st St
Erie, PA 16508

Paul S Young
2418 West Ridge Drive
Emporia, KS 66801


Paul Schimmelpfening
1235 Osage
Augusta, KS 67010


Paul Schneider
1812 E High Street
Springfield, OH 45505


Paul Sharick
1933 Trolley Road
Mansfield, OH 44905


Paul Smith
1026 Caldwell
Nashville, TN 37204


Paul T Gist Jr
1 Danser Lane
Friendly, WV 26146

Paul T Goetz
3393 Sunrise Lane
Milford, PA 18337


Paul Tatz
13300 East Via Linda # 7011
Scottsdale, AZ 85259


Paul Thomas
1793 Cabana Drive
Lake Havasu, AZ 86404


Paul V Collier
1100 Nightshade Drive
Williamstown, NJ 08094


Paul Verdecchia
5759 Liberty Avenue
Vermillion, OH 44089


Paul W Miller
911 W Coal Street
Treverton, PA 17881

Paul W Winger
141 River Street
Oil City, PA 16301


Paul Warcholik
140 Borland Avenue
Kennerdell, PA 16374


Paul Witham
24447 N 77th St
Scottsdale, AZ 85255


Paul Yagielniskie
329 Washington Street
Frackville, PA 17931


Paula A Newell
919 Freeport Road
Freeport, PA 16229


Paula Barnes
2522 West Park
Murfreesboro, TN 37129

Paula Cain Bridgett
911 Riverwalk Way
Irmo, SC 29063

Paula Crum
138 Ohio Avenue
Salem, OH 44460

Paula Dooley
12 Quay Road
Levittown, PA 19057

Paula E Markey
500 Greendale Road
York, PA 17403

Paula G Sias
6182 Caledonia Climax Road
Caledonia, OH 43314

Paula Griffin
7231 Smithfield Road
Columbia, SC 29223

Paula Hambly
11028 Pegasus Drive
Las Vegas, NV 89135

Paula Harris
49600 Methodist Ridge Road
St. Clairsville, OH 43950

Paula J Goss
220 Arcadia Road  Box 47
Arcadia, PA 15712

Paula J Knecht
251 North High Street
Bradford, OH 45308

Paula J Riley
4318 South Leoma Lane
Chandler, AZ 85249

Paula J Wukovich
529 Park Avenue
Monongahela, PA 15063

Paula K Kessler Nock
104 Chestnut Street
Jeannette, PA 15644


Paula K Ziegler
35 Orchard Street
Council Grove, KS 66846


Paula M Carpenter
4075 Fisher Road
Athens, OH 45701


Paula Pappas
20 Warner Ave
Charleroi, PA 15022


Paula Tefteller
132 PR 2901
Gilmer, TX 75644


Paula W Hurst
939 Fallen Oaks Dr
Collierville, TN 38017

Paula Willey
1226 Benton Street
Barberton, OH 44203


Paulette E Jendrejewski
1070 Pacific Ave
Brackenridge, PA 15014


Paulette Mason
1607 Addington Road
Toledo, OH 43607


Paulette Myers
267 George Street
Saint Marys, PA 15857


Paulette Overberger
9840 High Country Drive
Chardon, OH 44024


Paulettte Roundtree
3249 Adams Court
Bensalem, PA 19020

Paulina Rodriguez
3128 S 32nd Avenue
Yuma, AZ 85364

Pauline Dodson
111 Blough Road
Fairless Hills, PA 19030

Pauline R Figaro
214 Abbey Lane  Fl 2
Pleasantville, NJ 08232

Pauline Wright
416 West Washington Street
Allentown, PA 18102

Pavlos Stylianos Plakakis
107 Walton St  rear
Johnstown, PA 15905

Payel Farcas
48802 N 25th Avenue
New River, AZ 85087

Paz Molina
513 Washington Avenue
Robstown, TX 78380

Peaches C Cruz
2108 Decker Blvd
Columbia, SC 29206

Pearl Joaquin
PO Box 485
Winterhaven, CA 92283

Pearl Masalko Barrett
2022 17th Street NE
Canton, OH 44705

Pearlette  Gray
767 Banning Rd
Dawson, PA 15428

Pearline Toles
994 East Raine Road
Memphis, TN 38116

Pearsall Coard
1314 Flat Street East
Allendale, SC 29810

Pedro Cajator
888 Constitution Drive
Foster City, CA 94404

Pedro Cortes
1232 W Broad Street
Bethlehem, PA 18018

Pedro Maldonado
15 Carly Drive
New Oxford, PA 17350

Pedro Martinez
10104 Landport Way
Land O Lakes, FL 34638

Pedro Martinez Alvarez
2284 W Pecan Road
Phoenix, AZ 85041

Pedro Ocasio
145 W Allen St
Allentown, PA 18102


Pedro Quintero Perez
3300 Street Road  H8
Bensalem, PA 19026


Pedro Salva
69326 Racehorse Rd.
Pearl River, LA 70452


Pedro Valadez
4368 N Cherry Creek Lane
Memphis, TN 38141


Peggie S Graybill
508 Wood Street
Malvern, OH 44644


Peggy  Wade
3037 Harrison St
San Bernadino, CA 92404

Peggy A Fisherback
138 Cherry Box 215
New Madison, OH 45346

Peggy Ann Bachman
844 Bear Creek Street
Aunurn, PA 17922

Peggy Brockman
1728 McLeod Avenue
Charleston, SC 29412

Peggy E Mahler
3073 Meadow Brook Drive
Lancaster, OH 43130

Peggy J Crum
8004 Briggle Ave SW
East Sparta, OH 44626

Peggy J Hall
1400 Drayton Street
Newberry, SC 29108

Peggy Nolan
116 Elmridge Road
Mansfield, OH 44907


Peggy S Rainwater
5053 Palestine Road
Greenbrier, TN 37073


Peggy Sue Swearengin
2229 Hamill Rd
Hixson, TN 37343


Peggy Underwood
10789 Oakleaf Drive E
Olive Branch, MS 38654


Peixin Cao
7222 Woodstar Lane
Concord, OH 44077


Pelham Myers
7300 Bluff Road
Hopkins, SC 29061

Penelope Ebersole
6838 State Route 98
Shelby, OH 44875

Pennie S Johnson
14480 Bennington Drive
Strongsville, OH 44136

Pennsylvania American Water
P.O. Box 371412
Pittsburgh, PA 15250-7412

Penny Baird
1490 Hancock Avenue
Apollo, PA 15613

Penny Ebersole
912 1st Street
Poaring Spring, PA 16673

Penny L Boyce
1121 Grace Street
Mansfield, OH 44905

Penny L Van Horn
6737 Wood Road
Chesterhill, OH 43728

Penny S Borrelli
1736 Alcoa Dr
Arnold, PA 15068

Peregrina C Reyes
1003 Hampton Drive
Macedonia, OH 44056

Perla Samara
7272 Summer Duck Way
N Las Vegas, NV 89084

Pernell Cardwell
2403 South Albert Street
Allentown, PA 18103

Perpetua Ezeibe
2728 Sparrow Drive
York, PA 17408

Perri L Wasserman
1311 Villa Sites Ave
Harborcreek, PA 16421


Perry  Lemasters
1330 Lambert Street
Alliance, OH 44601


Perry Broadnax
1600 Cumberland Station Blvd
Madison, TN 37115


Perry Keaton Jr
911 Linwood Avenue SW
Canton, OH 44710


Perry Lee
401 Sandshore Drive
Greenwood, SC 29649


Pete  Redmond
PO Box 1305
Irmo, SC 24063

Pete  Sinishtaj
400 E Romeo Rd
Oakland, MI 48363


Pete E McConney
832 Miami Ridge Drive
Loveland, OH 45140


Pete Thrower
2325 N Richland St
Phoenix, AZ 85006


Pete Wenninger
4 Byrans Court
West Islip, NY 11795


Peter  Burns
1119 Shaw Drive
Fort Washington, PA 19034


Peter  Lucas
10095 Jamaica Rd
Carlisle, OH 45005

Peter  McCook
601 Deep Hollow Road
Chester Springs, PA 19425

Peter  Musselman
8595 Fair Seasons Trail
Poland, OH 44514

Peter A Dipippa
8 W Broad Street
Hazleton, PA 18201

Peter Alan Tempkins
105 Groome Drive
Nashville, TN 37221

Peter Armstrong
3024 Abby Way
Loveland, OH 45140

Peter Buchanan
2222 East Desert Trumpet Road
Phoenix, AZ 85048

Peter Burgos
4212 Claridge Street
Philadelphia, PA 19124


Peter C Alfieri
701 Graisbury Ave
Haddonfield, NJ 08033


Peter Capito
25 E Mapleshade Lane
Marmora, NJ 08223


Peter D Bednarczyk
220 Edge Hill Road
Huntington Valley, PA 19006


Peter Detar
RD 1 Box 10B
Rillton, PA 15678


Peter E Pritiskutch
216 East Liberty Street
Schuylkill Haven, PA 17972

Peter E Sercer Sr
1111 Beaver Dam Rd
Columbia, SC 29212

Peter E Volpe
156 Laurel Drive
Beaver, PA 15009

Peter F Coakley
5557 Tillman Rd
Ridgeland, SC 29936

Peter F Golasz
1448 Olde Stable Lane
Moon Township, PA 15108

Peter G Pierce
3571 Oakhurst Drive
Center Valley, PA 18034

Peter G Thompson
1778 Leway Dr
Fairfield, OH 45014

Peter Gardner
555 Trend Way Blvd
Sheffield Lake, OH 44054


Peter Gray
2 Skyline Drive
Latham, NY 12110


Peter Guilfoyle
47 Victory Road
Howell, NJ 07731


Peter Hagenbuch
10565 Willow Brook Rd
Centerville, OH 45458


Peter J Gworek
22 Old Barge Rd
Simsbury, CT 06070


Peter J Klotunowitch
844 River Rd
Mohrsville, PA 19541

Peter J Quercioli
100 Ashland Lane
Aurora, OH 44202


Peter J Raymond
1067 Sullivans Ferry
Cottageville, SC 29483


Peter Joshua Sanchez
835 N Las Palmas Drive
Goodyear, AZ 85338


Peter K Ries
3215 2nd St NW
Canton, OH 44708


Peter Kness-Knezinskis
46111 E. Prickly Pear Trail
Phoenix, AZ 85050


Peter Koenig
334 S Fourteenth Street
Allentown, PA 18102

Peter Koury
237 Ashcot Circle
Jackson, MS 39211

Peter Laszlo
11237 Worthington Way
North Royalton, OH 44133

Peter Lorish
3430 Pearl Street
Reading, PA 19605

Peter Maltese
35 Carlsbad Road
Pittsburgh, PA 15239

Peter Maroulis
10 Timber Drive
Alburtis, PA 18011

Peter McKay
155 Irwin Avenue
Pittsburgh, PA 15202

Peter McKenna
10577 Montgomery Road
Cincinnati, OH 45242


Peter Moore
39 Wampum Hill Road
Weston, CT 06883


Peter Munilla
353 Indigo Way
Allentown, PA 18104


Peter Nguyencong
7932 Xerxes Court N
Minneapolis, MN 55444


Peter P Butcher
68646 US 50
McArthur, OH 45651


Peter Pierzchala
2100 Winterpark
Parma, OH 44134

Peter Romanyshyn Jr
2648 Augusta Drive
Whitehall, PA 18052


Peter Sid
238 Nebula Road
Piscataway, NJ 08854


Peter Siegel
13155 N 100th Street
Scottsdale, AZ 85260


Peter Sonntag
16448 North 108th Place
Scottsdale, AZ 85255


Peter Soveral
16430 72nd Ave West
Edmonds, WA 98026


Peter Stangent
304 Long Run Rd
Aliquippa, PA 15001

Peter Stewart
18755 Cathy Adams Drive
Oregon City, OR 97045


Peter Szigeti
12495 Sperry Rd
Chesterland, OH 44026


Peter Tsong
80 Monmouth Blvd
Oceanpoint, NJ 07757


Peter Von Hopffgarten
5864 Cane Ridge Road
Antioch, TN 37013


Peter Williams
4 Sparks Station Lane
Sparks, MD 21152


Peter Witham
502 North Sixteenth Street
Nashville, TN 37206

Peter Wong
875 Huckins Road
Cheshire, CT 06410


Peter Yeso
960 Fordham Ave
Pittsburgh, PA 15226


Peters Brothers Transport Inc
37 Penn Street
Lenhartsville, PA 19524


Petra  Grueder
10402 East Charter Oak Drive
Scottsdale, AZ 85259


Petra Deciga
21236 N 30th Avenue
Phoenix, AZ 85035


Petter Jartby
2637 Timberglen Drive
Wexford, PA 15090

Phaedra O McKoy
105 W Baltimore Ave  Apt 7K4
Lansdowne, PA 19050




Phaneendra Divakaruni
377 Avon Road  Apt #D116
Devon, PA 19333




Phelicia Davis
162 Clover Lane
Ridgeway, SC 29130




Phil  Seyfred
12071 Bridgeforth Mill Drive
Amelia, VA 23002




Phil  Trujillo
5641 E Gable Circle
Mesa, AZ 85206




Phil Block
5219 Montano Plaza NW
Albuquerque, NM 87120

Phil Gilliam
5894 Buechler Bend
Columbus, OH 43228


Phil Kennedy
4113 Chancellor Drive
Thompsons Station, TN 37179


Phil Markwalder
3487 Piatt Road
Delaware, OH 43015


Phil Pogge
4664 Poppleton Avenue
Omaha, NE 68106


Phil Pulfer
116 East Williams Avenue
Bellefontaine, OH 43311


Phil Smith
103 Short Ruff Way
Las Vegas, NV 89148

Philip  Smith
1284 Sheaffers Valley Rd
Landisburg, PA 17040


Philip A Cristiano
104 Ashley Rd
Phoenixville, PA 19460


Philip A D Amore
2015 Wharton Road
Glenside, PA 19038


Philip Clifton
6210 Dodge Rd SW
Canton, OH 44706


Philip Clowes
4800 S. Dorsey Lane
Tempe, AZ 85282


Philip D Collins
990 Mastin Place
Reynoldsburg, OH 43068

Philip D Hellyer
2167 E Ranch Rd
Tempe, AZ 85284


Philip Deffley
115 W Mahoney Avenue
Mahoney City, PA 17948


Philip Elko
425 Fifth Street
Beaver Falls, PA 15010


Philip Ferretti
4 Roderick court
East Northport, NY 11731


Philip Fragassi
1396 Blackmore
Cleveland Height, OH 44118


Philip Gibson
9089 Andromeda Drive
Burke, VA 22015

Philip Goff
122 W Cook Road
Mansfield, OH 44907

Philip J Seyfried
12071 Bridgeforth Mill Drive
Amela, VA 23002

Philip K Smith
842 Thorn Street
Sewickley, PA 15143

Philip Koehler
849 Topaz Drive
West Chester, PA 15382

Philip L Craft Jr
144 Voyager Road
West Newton, PA 15089

Philip Larger
624 S Wayne Street
Piqua, OH 45356

Philip Lightfoot
237 Sentinel Avenue
Newtown, PA 18940


Philip Moorman
10608 Gallman Road
Mendon, Oh 45862


Philip Penrose
425 Hedges Street
Seward, PA 15954


Philip R Fiore
4410 Fourth Avenue
Temple, PA 19560


Philip Reid
511 Vine St
Perkasie, PA 18944


Philip Schultz
113 Glade Run Road
Kittanning, PA 16201

Philip Sollenberger
29 Crestview Drive
Akron, PA 17501


Philip Stanson
1274 Rolling Meadow Rd
Pittsburgh, PA 15241


Philip Stidham
16472 State Route 139
Minford, OH 45653


Philip Trey Briscoe
6360 Brookmill Way
Cummings, GA 30040


Phillip  Hunt
44 Esquestrian Dr
Burlington, NJ 08016


Phillip  Muldrow
737 Taft Rd
Bedford, OH 44146

```
Phillip  Smith
1431 Chelton Ave
Pittsburgh, PA 15226




Phillip A  Steffes
4889 Lake Blvd
Westerville, OH 43081




Phillip A Dudley
10621 W Seldon Lane
Peoria, AZ 85345




Phillip A Eley
1521 Patricia Drive
Marysville, OH 43040




Phillip A George
317 Walnut Ct
Gallatin, TN 37066




Phillip A Lyons
908 Century Oak Drive
Nashville, TN 37211
```

Phillip B Leasure
309 Pioneer Lake Trail
Cherry Tree, PA 15724


Phillip B Lindsay
27812 Clear Sky Road
Webster, WI 54893


Phillip B Pigg
593 Mason Tucker Dr
Smyrna, TN 37167


Phillip Bluh
5110 Woodland Ln
Alpharetta, GA 30004


Phillip C Zaffuto
326 Charles Avenue
New Kensington, PA 15068


Phillip Clapp
341 McLee Road
Lexington, SC 29073

Phillip Dulaney
23220 Main St
Minerva, OH 44657


Phillip E Mohler
1825 Old Rushville Rd
Rushville, OH 43150


Phillip Forsythe
520 Hain Road
Reading, PA 19608


Phillip G Wilson
1111 S. Grenoble
Mesa, AZ 85208


Phillip Heffner
260 Degler Ave
Leesport, PA 19533


Phillip J Slate
142 Angel Creek
Argillite, KY 41121

Phillip Keith Plyer
344 Young Warrior Town Drive
Rockhill, SC 29730

Phillip L Edwards
141 Village Dr
Woodbine, GA 31569

Phillip LaRose
207 Nashville
Boulevard, PA 17362

Phillip Lewis
2015 Calumet Court  Apt C
Clarksville, TN 37042

Phillip M Reeves
3577 Rochester Rd
Memphis, TN 38109

Phillip Moeller Jr.
212 Carrie Street
Ashland, PA 17921

Phillip Moore
3140 Ocalle Lane
Ft Mill, SC 29707

Phillip N Geiger
25 E Smith Street
Topton, PA 19562

Phillip R Lawler
314 Plantation Way
Athens, AL 35613

Phillip Rundstrom
17041 E Monterey Drive
Fountain Hills, AZ 85268

Phillip Snyder
260 Paradise Valley
New Paris, PA 15554

Phillip T Rogers
171 St Charles Drive
Helena, AL 35080

Phillip Taylor
533 Kossuth Street
Sidney, OH 45365


Phillip Toth
132 Altoona Avenue
Enola, PA 17025


Phillipe B Castaneda
23 Hogsback Road
Oxford, CT 06478


Phillipe Bonnet
606 Cedar Lane
Villanova, PA 19085


Phoebe L Dail
2108 Hayes Street  Apt 63
Nashville, TN 37203


Phong Nguyen
12417 Pawleys Mill Circle
Raleigh, NC 27614

Phouthasone Philauong
404 Dellwater Way
Spartanburg, SC 29306

Phronda Becton
4469 Cedar Glen No2
Memphis, TN 38128

Phuc  Nguyen
45481 Riverwoods Dr
Macomb, MI 48044

Phuong D Nguyen
822 N Fourth Street
Allentown, PA 18102

Phylanne Morganstein
2404 Forest Lane
Harrisburg, PA 17112

Phylis Wright
3435 Tower
Cottonwood, AZ 86326

Phyllis A McAninch
104 Yale Drive
Lower Burrell, PA 15068


Phyllis A Wright
2136 Heyward Brockington
Columbia, SC 29203


Phyllis Cardinal
7653 Aramis Street NW
Massillon, OH 44646


Phyllis F Alston
1027 Findley Drive Apt 17
Pittsburgh, PA 15221


Phyllis J Boroff
8370 Riley Road
Celina, OH 45822


Phyllis J Brooks
7849 Long Run Road
Athens, Oh 45701

Phyllis Jennings
308 Pilkington Drive
Lawrenceburg, TN 38464

Phyllis L Hajos
10 E Steuben Street
Oakdale, PA 15071

Phyllis Lennon
899 Green Valley Rd
Wind Ridge, PA 15380

Phyllis Rose
8691 Guadalupe Road
New Bremen, OH 45869

Phyllis Wallace
347 West Penn Street
Carlisle, PA 17013

Pia Zenmon
3144 Penn Ave
Pittsburgh, PA 15201

Pierre R Sampeur
230 Court Ave  Apt A
Upper Darby, PA 19082


Pierre V Tyson
1293 Marquette Avenue
Muskegon, MI 49442


Piete Ferguson
10095 Taylor Road
Rockvale, TN 37153


Pih Lung Pang
1902 E Harrison St
Gilbert, AZ 85296


Pilar Kirby
9028 S. 16th Place
Phoenix, AZ 85040


Pina Carino
14445 Caminito Lazanja
San Diego, CA 92127

Pino Ceramic Tile
166 Swift Water Lane
Leesport, PA 19533


Pittsburgh Foundry and Machine
Foot of 36th Street
Pittsburgh, PA 15201


PNC Bank
P.O. Box 747046
Pittsburgh, PA 15274


PNC Bank Card
P.O. Box 3429
Pittsburgh, PA 15230


PNC Bank, NA
One PNC Plaza
249 Fifth Avenue
Pittsburgh, PA 15222


Polly Koon
4035 Kings Drive
Newberry, SC 29108

Poonam Manocha
7810 Millertown Dr
Centervile, OH 45459

Porsche Bonner
15 Almond Road
Burlington, NJ 08016

Pradeep Nagarajr
1614 Lexington Drive
Troy, MI 48084

Praveen Nagarajan
1466 Worthington Street
Columbus, OH 43201

Premedics Inc
209 10th Ave S
Nashville, TN 37203

Premsa Kotagarlapalle
1 Allandale Dr  Apt A20
Newark, DE 19713

Prentis O Dercell
4308 Ryan Avenue
Columbia, SC 29203


Pressley Draffin Sanders
1011 Statler Road
Columbia, SC 29210


Preston R Williams
109 Kathleen St
Pittsburgh, PA 15211


Preston Stewart
95 Arbor Meadow Drive
Sicklerville, NJ 08081


Prime Communications
275 Curry Hollow Road
Pittsburgh, PA 15236


Prime State Electric Inc
2375 Valleyview Dr
Columbus, OH 43204

Prince Ofosu Mensah
4216 Loring Street
Philadelphia, PA 19136


Priscilla Cooper
189 Old Forreston Road
Greeleyville, SC 29056


Priscilla P Boyles
807 4th St
St Marys, WV 26170


Priscilla Robinson
349 Gordon Drive
Bowman, SC 29018


Pritpal Sing Aujla
8350 Foynes Way
Sacramento, CA 95828


Priya Hospitality Inc
100 Albion Way
Campbellsville, KY 42718

Probodh Kumar Ghai
6910 Lehigh Ct
Allentown, PA 18106




Prophete Fils Aime
113 Vincent Dr
Verona, PA 15147




Purchase Power - Pitney
P.O. Box 856042
Louisville, KY 40285




Quanisha Greenfield
629 West Berwick
Easton, PA 18042




Quantasha Laverne Brown
2656 Woodlawn Avenue
North Charleston, SC 29405




Queenie E Murray
PO Box 511
Woodbine, NJ 08270

Queensford T Terrazas
PO Box 11043
Bapchule, AZ 85221

Quentin Earl May
570 Adrian Road
DeLancey, PA 15733

Quentin Terry
1905 Whispering Trail
Union, Ky 41091

Quentin Tipton
4124 S. Kessler Frederick
West Milton, OH 45383

Quianna Bennegfield
10022 E Boston
Wichita, KS 67207

Quidon Hypolite
7415 Taylor Street
Hyattsville, MD 20784

Quill
P.O. Box 37600
Philadelphia, PA 19101




Quincy Jones
4226 Lone Oak Drive
Nashville, TN 37215




Quincy McConnell
1420 Centre Avenue  Apt 1111
Pittsburgh, PA 15219




Quindalina Duncan
69 Ben Horry Trail
Pawleys Island, SC 29585




Quinn Duane
6218 Edgehill Drive
El Dorado Hills, CA 95762




Quinn Tedder
508 E 29th Street
Silver City, NM 88061

Quintina Faison
1664 E. Cheltenham Avenue
Philadelphia, PA 19124

Quinto Brown
5266 Herman Street
Germansville, PA 18053

Quinton Ashton
1514 E Hearne Way
Gilbert, AZ 85234

Quinton Gee
522 Wood Drive
N. Augusta, SC 29860

Quinton Underwood
10707 Dixon Drive
Riverview, FL 33579

R A Scholl Enterprises
328 N Hanover St
Carlisle, PA 17013

R Keith  Baldridge
1101 Graybar Lane
Nashville, TN 37204


R Kelly Ormsby III
7490 Twin Maple Lane
Greenville, OH 45331


R Kenneth Hodges
3393 E Calla Road
Youngstown, OH 44514


R L  Short
6023 Pleasant Ridge Rd
Millington, TN 38053


R Michael Ethridge
413 Station 22 1 2  Street
Sullivans Island, SC 29482


R. Douglas Green
8465 Rock Riffle Road
Athens, OH 45701

R. Timothy Edwards
301 East 4th Street
west Lafayette, OH 43845

R.C. Wangner
6339 Wilwood Valley Drive
Brentwood, TN 37027

R.F. Henderson
105 Spindle Lane
Lugoff, SC 29078

Rachael Cavanaugh
1160 N Richmond
Wichita, KS 67203

Rachael Grace M Aganad
55 Chaparral Drive #4
Sedona, AZ 86351

Rachael Holland
703 Wayside Dr
Fort Oglethorpe, GA 30742

Rachael McCord
PO Box 330366
Nashville, TN 37203

Rachael McGeoy
375 4th Street
Port Carbon, PA 17965

Rachael Shenk
490 E Main Ave
Myerstown, PA 17067

Rachael Stephens
2330 McElveen Road
Alcola, SC 29001

Racheal Edge
6096 Bartlett View #2
Memphis, TN 38134

Rachel  Eichler
414 SSugar St
Celina, OH 45822

Rachel  Huey
290 Mt Road
Uniontown, PA 15401


Rachel  Kirk
127 Burford Lane
Valencia, PA 16059


Rachel A Artrip
283 Stadium Street
Mansfield, OH 44906


Rachel A Jacquillard
815 Olive Street
Connellsville, PA 15425


Rachel Bixler
20 Valely Brook Dr
Lancaster, PA 17601


Rachel Bowman
353 Riverbend Drive
Ludlow, KY 41016

Rachel Britton
10249 Pettis Rd
Meadville, PA 16335

Rachel Brownsword
3200 Southberry Circle SW
Canton, OH 44706

Rachel Cain
526 Mill Stone Dr
Beavercreek, OH 45434

Rachel Cassa
203 Pleasant Manor Dr
Mt Pleasant, PA 15666

Rachel Christian
5968 Garrison Rd
Franklin, TN 37064

Rachel Church
706 Elizabeth Street
Athens, TN 37303

Rachel Cobb
2209 Courtyard Ln
Monroe, NC 28112


Rachel Farr
919 Road F
Olpe, KS 66865


Rachel Frenette
269 Stanley Park Lane
Franklin, TN 37069


Rachel Goforth
9915 Highway 64
Somerville, TN 38068


Rachel Gwen Harvey
1555 Elm Street
Lebanon, PA 17047


Rachel H Noethen
634 Norristown Rd
Horsham, PA 19044

Rachel Jones
133 Grafton Avenue
Dayton, OH 45406


Rachel Kensinger
6003 Woodbury Pike
Roaring Spring, PA 16673


Rachel Kessler
947 Centenial Drive
Indiana, PA 15701


Rachel L Bruce
105 Drayton Downs
Gallatin, TN 37066


Rachel L Henry
4269 Shady Road
Youngstown, OH 44505


Rachel L Linderman
214 Florence Drive
Uniontown, PA 15401

Rachel L. Eichler
452 Cedar Drive
St Henry, OH 45883

Rachel Lee Sipe
40 N Grant Street
Manheim, PA 17545

Rachel M Blahovec
1401 Elm Street
Greensburg, PA 15601

Rachel M Haynie
801 King Street Apt G
Columbia, SC 29205

Rachel M Svabek
1505 Green Village Drive
Jefferson Hills, PA 15025

Rachel Muth
12253 N. 79th Street
Scottsdale, AZ 85266

Rachel R Leigh
1115 Brentwood Pointe
Brentwood, TN 37027


Rachel Richards
1225 Evening Star Avenue  SE
East Canton, OH 44730


Rachel Sears
6979 Green Crest Dr
Memphis, TN 38133


Rachel Thomas
6 South Park Avenue
Millville, NJ 08332


Rachel Tkacs
124 Coventry Court
Monroeville, PA 15146


Rachel Veon
3600 N Hayden #2310
Scottsdale, AZ 85251

Rachel Younce
1537 Jeter Way
Murfreesboro, TN 37129


Rachele Wilson
1692 South Main Street
North Canton, OH 44709


Rachelle Ayala
5309 Manor Stone Street
North Las Vegas, NV 89081


Rachelle Cuff
245 Florida Ave
Shenandoah, PA 17976


Rachelle Pallotta
700 Stonecliff Drive
Akron, OH 44313


Rachelle Powell
197 Electric Avenue
Houtzdale, PA 16651

Rachnel D Ernette
1201 Emma St
Scottdale, PA 15683


Radford Clark
26920 N 61st Street
Scottsdale, AZ 85266


Rae A Stimpson
9690 Dodson Road
Millington, TN 38053


Rae Casteel
1290 N Speedway Place
Tucson, AZ 85715


Raenell Hill
719 Chautauqua Court
Pittsburgh, PA 15214


Raenell Hill
2115 Rhine Street  #2C
Pittsburgh, PA 15212

Rafael  Ruiz Ortega
HC3 Box 3356
Albrightsville, PA 18210


Rafael Camarillo
681 West Jacobs Street
Somerton, AZ 85350


Rafael Dingui
104 N Cumberland Avenue
Hainesport, NJ 08036


Rafael E Quintana
115 N 13th St  PO Box 927
Allentown, PA 18105


Rafael E Sanchez
33 Reardon Avenue
Riverside, RI 02915


Rafael Layliev
200 Lakeview Drive
Franklin, OH 45005

Rafael Mora
6501 Vegas Drive Apt 2145
Las Vegas, NV 89108

Rafael Zavala
1812 South Maple Street
Yuma, AZ 85364

Rafail L Brodskiy
15125 A Beverly Drive
Philadelphia, PA 19116

Rafal Kolankowski
701 Brookside Drive
Pittsburgh, PA 15239

Rafeh Husan
2618 Oakley Drive
Pennsauken, NJ 08109

Rafel  Serrano Rios Jr
11 William Street
Rio Grande, NJ 08242

Rafel Mendez
953 Brodway
Bethlehem, PA 18015


Raffaella Braun
301 Demonbreun Street  Unit 605
Nashville, TN 37201


Raffee D Johns II
1489 Bunts Road
Lakewood, OH 44107


Rafla Matti
13135 Florentine Drive
Shelby Township, MI 48315


Rahael P Young
314 Washington Ave
Woodbine, NJ 08270


Rahul Bheematah Jagini
111 Fir Drive
Collegeville, PA 19426

Raimey L Donkel
100 Rockefella Lane
Columbia, SC 29223

Raj Pandrangi
16346 Sleepy Hollow Drive
Fenton, MI 48430

Rajklimar Samaroo
5950 Brady Drive
Columbus, OH 43229

Ralean  Brunson
998 Dover Circle
Sumter, SC 29154

Ralf Richards III
948 S Hills Blvd
Pottstown, PA 19464

Ralph  Burlingham Jr
11490 Wilson Road
Northeast, PA 16428

Ralph Ballard
PO Box 3698
Charleston, WV 25336

Ralph C Bishop Jr
15 Elm St
Birmongham, AL 35213

Ralph Cecil Osborn
1374 Hollowtown Road
Hillsboro, OH 45133

Ralph Chavarria
10323 West Montebello
Glendale, AZ 85307

Ralph D Keefer Jr
40 S Felty Road
Pine Grove, PA 17963

Ralph Duran
202 Farmview Ct
Cranberry Twp, PA 16066

Ralph E Johns Jr
81 Oakridge Dr
Mount Clare, WV 26408




Ralph E Thomas
186 Trouttown Road
Hunker, PA 15639




Ralph Edwards Walters
106 Kendall Court
Goose Creek, SC 29445




Ralph F Crist
1147 Fredrick Street
Lancaster, OH 43130




Ralph H Learn III
2343 Donald Ave
Youngstown, OH 44509




Ralph Hood
530 S Dobson Road
Mesa, AZ 85202

Ralph Horne
1753 Road East Lot 227
Emporia, KS 66801

Ralph J Abraham
1212 River Forest Drive
Freeport, PA 16229

Ralph J Fraley
17 New Sullivan St
Swoyersville, PA 18704

Ralph J Fridg
508 College Ledge Rd
Indiana, PA 15704

Ralph John Warve
3558 Procyon Ave
Las Vegas, NV 89103

Ralph K Painter
5960 Shearsburg Road
Leechburg, PA 15656

Ralph L Harvey Jr
PO Box 931  11 N College St
Athens, OH 45701

Ralph Peterson
17242 E Ledferd Lane
Fountain Hills, AZ 85268

Ralph Petrucci
2 Owl Hollow Lane
Killingworth, CT 06419

Ralph Petrucci
18 Bon Air Circle
Milford, CT 06461

Ralph Praylow
631 Sharpe Road
Columbia, SC 29209

Ralph Proctor
625 Stanwix Street  Apt 1806
Pittsburgh, PA 15222

Ralph Ray
113 Eastside Drive
White House, TN 37188


Ralph Sprankle
179 Broadway
Shelby, OH 44875


Ralph T Smith
1128 Locke Mills Road
Milroy, PA 17063


Ralph Thompson
1022 Arsenal Ct
Franklin, TN 37064


Ralph Wolfe
P.O. Box 27
Grove City, OH 43123


Ralusher Alvaro
8851 Quarterhorse Lane
Las Vegas, NV 89148

Ramadass Prabhakar
2014 Linden no 1
Nashville, TN 37212

Ramakrishnan Rajappa
34693 Bunker Hill Drive
Rarmington Hills, MI 48331

Ramdass Aggarwal
6894 Lehigh Court
Allentown, PA 18106

Ramesh Sarvaiya
26 Eastwood Drive
Voorhees, NJ 08043

Rami Fawaz
6850 N Haggerty
Canton, MI 48187

Ramin Nur
24466 Toledo Ln
Lake Forest, CA 92630

Ramine Ettefagh
2906 Hamden Dr
Greensboro, NC 27405


Ramiro Reyes
548 N Church Rd
Wernersville, PA 19565


Ramiro Venega
1913 Brandy Avenue
Las Vegas, NV 89101


Rammie E Pearson
528 Holly Run Court
Spartanburg, SC 29303


Ramon  Arce Pena
2729 Ventura Way
N Las Vegas, NV 89030


Ramon  Rivera
312 Pitney Rd
Absecon, NJ 08201

Ramon  Sanchez Maldonado
815 Oreole Way
Incline Village, NV 89450

Ramon Castillo
PO Box 9718
San Luis, AZ 85349

Ramon E Acevedo Sr
107A Windsor St
Reading, PA 19601

Ramon Hernandez Rolon
1614 North 12th St
Reading, PA 19604

Ramon Jimenez
509 E. Church Street
Orwigsburg, PA 17961

Ramon M Morales
1966 Jeffrey Lane
Alcoa, TN 37701

Ramon Morris
61826 Siverly Creek Rd
McArthur, OH 45651


Ramon Myles
405 9th Street
Lumberton, MS 39455


Ramon Reece
5810 Jackpot Drive
Colorado Springs, CO 80922


Ramon Weaver
PO Box 1143
Lenoir City, TN 37771


Ramona  Clark
108 Shenbrook Dr
Columbia, SC 29223


Ramona Caban
325B Lake Farm Road
Smyrna, TN 37167

Ramona Corner
6433 Carver St
Pittsburgh, PA 15206

Ramona D Holmes
2057 Monongahela Avenue
Pittsburgh, PA 15218

Ramona L Tongdee
904 Grey Street
McKees Rocks, PA 15136

Ramona Snyder
1060 Wild Cherry Drive
Dayton, OH 45414

Ramone Jaroszyk
2803 Coventry Boulevard
Canton, OH 44705

Ramsey Develop Corporation
706 Jefferson Street
Tell City, IN 47586

Ramya Vaithianathan
1468 Brookwood Drive W
Winston Salem, NC 27109


Ramzl Zhvr
4296 Summer Avenue
Nashville, TN 38122


Randa Gill
11809 N 35 Street
Phoenix, AZ 85028


Randa Kay Dutcher
429 S 31st Street
Mesa, AZ 85204


Randal Girard Simbeck
132 Parade St
St Marys, PA 15857


Randal Hoagland
331 Millview Place
Canton, OH 44706

Randal Scherf
41200 Ravines Edge Way
Lagrange, OH 44050


Randal W Fullenkamp
4616 Lincoln Highway
Bucyrus, OH 44820


Randal W Johnson
13775 Neptune Lane
New Concord, OH 43762


Randall A Borowski
234 Hill Street
Lower Burrell, PA 15068


Randall A Burtnett
5179 Homeworth Road
Homeworth, OH 44634


Randall Bailes
209 Appian Way
Henderson, NV 89062

Randall Clair
385 Red Schoolhouse Road
Osceole Mills, PA 16666

Randall E Davis
454 Washington Street
Warren, OH 44483

Randall Griffith
3561 Alvera Ct
Beavercreek, OH 45432

Randall L Riggs
128 Bilby Lane
Follansbee, WV 26057

Randall L Troutman
117 Troutberry Lane
Dayton, PA 16222

Randall Lundquist
1686 ST Rt 314 S
Mansfield, OH 44903

Randall Mason
20600 Kings Hwy
Warrensville, OH 44122

Randall P Heaver
55 Jeffrey Lane
New Middletown, OH 44442

Randall P Morse
222 Woodhaven Dr
Bridgeville, PA 15017

Randall Phillips
2821 South Marvine Street
Philadelphia, PA 19148

Randall R Gustafson
8205 West Mill St  Apt 343
Cleves, OH 45002

Randall R Sutherland
103 Navajo Court
White House, TN 37188

Randall Roash
124 Prescot St
Strathmere, NJ 08248

Randall Shearer
40 Mazzotta Rd
Stevens, PA 17578

Randall Smith
15 Morgan Street
Glouster, OH 45732

Randall Stratton
549 Abbey Lane
Jackson, OH 45640

Randall Walker
12606 State Route 691
Nelsonville, OH 45764

Randall Wasson
18086 Wapak Cridersville
Wapakoneta, OH 45895

Randel L Phillips
825 S Michigan Avenue
Wellston, OH 45692

Randell Pilecki
Pocono Mountain Lake
White Haven, PA 18661

Randi A Rotz
170 Kendall Ave
Campbell, OH 44405

Randi M Chinn
5327 Second Avenue Apt #3
Pittsburgh, PA 15207

Randolf  Lopez
26 N 12th Street #3
Allentown, PA 18101

Randolph  Morrell
4145 Clearbrook Cave Road
Jacksonville, FL 32218

Randolph B Cato
PO Box 153
Gloverville, SC 29828

Randolph Hall
649 Noreth Franklin #21
Chambersburg, PA 17201

Randolph McNaulty
3806 Lisa Lane
Collegeville, PA 19426

Randolph Messersmith
11854 Mount Olivet Road
Felton, PA 17322

Randolph T Tormey
8399 Todd Creek
West Chester, OH 45069

Randy A Kaiser
5400 Summer Blvd
Galena, OH 43021

Randy Carter Sr.
1127 Highland Street
Tarentum, PA 15084


Randy Clayton
6515 Atkins Way
Gainesville, VA 20155


Randy Copleman
3971 E San Simeon Drive
Tucson, AZ 85718


Randy Coppler
1104 East 9th Street
Lima, OH 45804


Randy Cyone
128 Blue Jay Drive
Rockton, PA 15856


Randy D Downs Jr
10 Edwards Street
Fort Rucker, AL 36362

Randy D Libby
Building 2990  Indiana Ave
Hopkinsville, KY 42223


Randy E Crossen
5370 Vivian Road
Albany, OH 45710


Randy Glassman
3651 North Rancho Drive #233
Las Vegas, NV 89130


Randy Hardy
30 Fairview Drive
Flemington, NJ 08822


Randy Hoffert
423 East Lexington Rd
Lititz, PA 17543


Randy Holland
2516 Highway 179
Covington, TN 38019

Randy J Brewer
6030 E Riverdale Street
Mesa, AZ 85215

Randy J Collins Jr
238 South Moore AvE
Barrington, NJ 08007

Randy Jackson
11088 US 50
Dillsboro, IN 47018

Randy James Hinzman
104 Lewis St
Ambridge, PA 15003

Randy K  Lee Jr
102 Union Terrace
Pomeroy, OH 45769

Randy Klinger
203 Maple Street
Belle Center, OH 43310

Randy L Beck
1627 Harvard Avenue NW
Canton, OH 44703


Randy L Brown
2598 Beaver Ave  Apt A
Monaca, PA 15061


Randy L Hine
16731 State Route 78
Buchtel, OH 45716


Randy L Mathews
1354 Winoka Road
Collierville, TN 38017


Randy L McComas
117 N McElroy Rd
Mansfield, OH 44905


Randy L Philpott
1427 Banfield Street
Pittsburgh, PA 15235

Randy L Shoemaker
266 Leisenring Road
Vanderbilt, PA 15486


Randy Leist
19970 County Road 6
Coshocton, OH 43812


Randy M Salamon
1125 Substation Road
Brunswick, OH 44212


Randy Maynard
2100 FM1299 Road
Wharton, TX 77488


Randy Moore
4100 Kolbe Road
Lorain, OH 44053


Randy P Strohmeyer
9941 Young Road
Wattsburg, PA 16442

Randy Paterniti
9502 Shadduck Road
McKean, PA 16426


Randy Procopio
414 Lynetree Drive
West Chester, PA 19380


Randy Rosco
410 Parkwood Rd
Pittsburgh, PA 15210


Randy Ross
RD3 Box 112
Cameron, WV 26033


Randy S Moorehead
6 Manning Street
Oil City, PA 16301


Randy S Moorehead
307 West Third Street
Oil City, PA 16301

Randy Steward
241 Mitchell St
Corpus Christi, TX 78411


Randy T Burgett
412 Whitley Court
Franklin, TN 37067


Randy Tharpe
275 Fiddlers Lane
Gaston, SC 29053


Randy Thomas
500 Wilson Run Road
Chillocothe, OH 45601


Randy W Pierce
6431 Highway 25 East
Springfield, TN 37172


Randy W Reese
1535 2nd St
New Brighton, PA 15066

Randy W.  Woody
2665 Spruce Loop
Crossville, TN 38555


Randy Williams
113 Thomaston Drive
Columbia, SC 29229


Randy Young
211 George Street
New Ellentown, SC 29809


Ranjor Singh
7 Huron Rd
Yonkers, NY 10710


Raphael Depena
4201 Campbell Way  Apt 1
Tobyhanna, PA 18466


Raphael Lo
1830 N Buffalo  #2016
Las Vegas, NV 89128

Raquel Dicari
116 Blackwood Clementon Rd Apt E201
Clementon, NJ 08021


Raquel Rishel
102 West Granada Avenue
Hershey, PA 17033


Rasesh Desai
126 Tunstall Dr
Goose Creek, SC 29445


Rashad Mullins
2741 Old Bear Canyon
Las Vegas, NV 89156


Rasheen Davis
1829 S Cecil St
Philadelphia, PA 19143


Rashele Evans
1102 Hickory Drive
Vineland, NJ 08360

Rashmi Yajnik
3795 Shirtzinger Road
Hilliard, OH 43026

Rashonya M Miles
130 Maple Ave  Apt B
Wildwood, NJ 08260

Rasinda Hayes
130 County Road 894
Etowah, TN 37331

Rassie Cantrell
221 Carr Avenue
Livingston, TN 38570

Raul  Marrero Nieves
1133 Luzerne Street
Reading, PA 19601

Raul Lopez
1320 S Fountain Street  Apt 2
Allentown, PA 18104

Raul Lopez
4824 Greencreek Avenue
Las Vegas, NV 89110

Raul Maldonado
1634 Princeton Ave
Lawrence, NJ 08648

Raul Morales
1506 Esbenshade Rd
Lancaster, PA 17601

Raul Navarrete
4650 E Carey #162
Las Vegas, NV 89115

Raul Pacheco Valenzuela
14 W Tulsa 4
Chandler, AZ 85226

Raul Samaniego
4730 N Fourth Street
Philadelphia, PA 19120

Raul Velarde
2798 W Third Stret
Yuma, AZ 85364

Raul Velez Jr.
6007 Horrocks Street
Philadephia, PA 19149

Rava Wright
817 School Street
Clairton, PA 15025

Raven L Winton
5465 Gardendale Street
Memphis, TN 38141

Ravinderjit Pandler
8050 Brook Circle
Macedonia, OH 44056

Ravipal Bhatti
8391 Commerce Road   ST 102
Commerce Township, MI 48382

Ray  A Hardaway
6397 Fairview Rd
Hixson, TN 37343


Ray  Bossard Jr
487 Lehigh Avenue
Palmerton, PA 18071


Ray  Farner Jr
26255 Macedonia Rd
S Bloominville, OH 43152


Ray  Schnegelsberg
1336 Schiedler Drive
Batavia, IL 60510


Ray A Howard
4859 South Germantown Road
Memphis, TN 38141


Ray A Young
148 Bus Garage Rd
Greensburg, PA 15601

Ray Anthony Brown
108 Milley Drive
Summerville, SC 29485


Ray Bliley
8742 Storey Road
North East, PA 16428


Ray Brooks
2391 Hundred Springs Road
Tyrone, PA 16686


Ray Dafrico Jr
3486 Old Suttons Way
Marietta, GA 30062


Ray Dallabrida
1104 Scott St
Kulpmont, PA 17834


Ray E Coliny
10 Middle Street  PO Box 368
Vanderbilt, PA 15486

Ray E Fry Jr
128 Harper Road
Oil City, PA 16301


Ray Eldon Yohe
441 N 50th Street
Harrisburg, PA 17111


Ray H Rohrbach
1195 State St
Mertztown, PA 19539


Ray Holmes
440 Sierra Vista Ct
St Johns, FL 32259


Ray Irminger
247 Gum Hollow Road
Oak Ridge, TN 37830


Ray Koerntgen
6295 Pride Lane
Las Vegas, NV 89103

Ray Leach
1937 Delence Street
Toledo, OH 43605


Ray Marshall Evans III
590 Creole Retreat
Mount Pleasant, SC 29464


Ray Matukewicz
65 N Second Street
Cressona, PA 17929


Ray Tulchinsky
70 Teal Drive
Langhorne, PA 19047


Rayanna L Bayle
8163 Welch Road
Union City, PA 16438


Rayme  Hunley
7580 N Church Street
Conover, OH 45317

Raymie Butler
8810 Iroquois Avenue SE
Waynesburg, OH 44688


Raymond  Hein
36 Argali Lane
Mechanicsburg, PA 17055


Raymond  L Chambers
416 Columbia Court
Cambridge, OH 43725


Raymond  Rooker
1072 Million Dollar Hwy
Saint Marys, PA 15857


Raymond  Soles
502 Agnew Rd
Greensburg, PA 15601


Raymond A Clowes
221 Hill Street
Lower Burrell, PA 15068

Raymond A Rodriquez
1196 Manor Dr
Lakewood, NJ 08701


Raymond A Sisco
2860 Cedar Street
Bethel Park, PA 15102


Raymond A West Jr
620 State Street
Conneaut, OH 44030


Raymond Alston
204 Thomaston Avw
Summerville, SC 29485


Raymond Bailey
10911 St Rt 691
Athens, OH 45701


Raymond Bolena
200 West Second Avenue
Derry, PA 15627

Raymond Bryant
907 Sweetwater Raod
Greenwood, SC 29646


Raymond Buehler
12440 East Victoria Street
Chandler, AZ 85249


Raymond C Johnson
1753 Shutters Street
Thomson, IL 61285


Raymond C Stambaugh
PO Box 82  Cush Creek Road
Arcadia, PA 15712


Raymond Domachowski
160 Point View Drive
Washington, PA 15301


Raymond E Day
390 Indiana Avenue
Mansfield, OH 44905

Raymond E Fetty
1291 Rockmill Rd
Lancaster, OH 43130

Raymond E Garrett Sr
2769 Holtz Road
Shelby, OH 44875

Raymond E Noble
1254 Chrismill Lane
Mt Pleasant, SC 29466

Raymond E Sudik
143 Elm Drive
Morrisdale, PA 16858

Raymond Forkel
3609 Miramontes Circle
Wellington, FL 33414

Raymond Galloway
5149 Janet Avenue
Sylvania, OH 43560

Raymond H Schwartz
155 Delp Road
Lancaster, PA 17601

Raymond H.  Sabin III
2494 Eagle Avenue
Stow, OH 44224

Raymond Honicker
212 N Nicholas Street
Saint Clair, PA 17970

Raymond J Garling Jr
41 Stone Ledge Road
Newville, PA 17241

Raymond J Mercalde
4325 Hamilton Road
Pittsburgh, PA 15236

Raymond Jolly
1774 Green T Road
Hernando, MS 38632

Raymond K Ruth
115 Sturbridge Lane
Evans city, PA 16033


Raymond L Greco
1012 Manor Rd
New Kensington, PA 15068


Raymond L Johnston
320 Rogers Mill Road
Normalville, PA 15469


Raymond L Kronz
233 E Waldheim Rd
Pittsburgh, PA 15215


Raymond L Mitchell
20 Grace Avenue
Shelby, OH 44875


Raymond L Swogger
31383 Russell Rd
Townville, PA 16360

Raymond L Weise
175 Blackfoot Rrail
Medford, NJ 08055


Raymond L Zentko
769 Cotton Road
Canton, GA 30115


Raymond Lackey
5821 Beauegard Avenue
Nashville, TN 37215


Raymond McKay Jr.
47 Sunset Boulevard
Beaufort, SC 29907


Raymond McKim
10061 Portage Street
Canal Fulton, OH 44614


Raymond Messman
205 East Georgia Ave
Connellsville, PA 15425

Raymond Olsen
2406 E 2100 S
Salt Lake City, UT 84109


Raymond P Mongillo
751 Neshaminy St
Penndel, PA 19047


Raymond Pellend
64 Elmbrook Drive
Warwick, RI 02881


Raymond Plemons
25 Gay Street
Madisonville, TN 37324


Raymond Poole
800 Apple Grove Lane
Oconomowoc, WI 53066


Raymond Robichaud
966 Victory Highway
Coventry, RI 02816

Raymond Robinson
109 Club Place
Galloway, NJ 08205


Raymond Rublo
825 State
Emporia, KS 66801


Raymond Saleeby
9801 Log Cabin Port Ct
St Louis, MO 63124


Raymond Sanchez
801 W Somerset Street
Philadelphia, PA 19133


Raymond Troyer
4023 Mark Rd
Carollton, OH 44615


Raymond W  Putman
227 Mills Rd
Coolville, OH 45723

Raymond W Harruff
406 East Firsdt St
Spencerville, OH 45887


Raymond Wilson
152 Cotton Ridge Cove S
Cordova, TN 38018


Raymond Wilson
4637 North 21st Avenue
Phoenix, AZ 85015


Raymond Zugel
6209 Sudley Church Ct
Fairfax Station, VA 22039


Raymundo Delatorre
1654 W. Plaza Avenue
Mesa, AZ 85202


Raymundo Julian Antonio
1901 N Jones Blvd #2084
Las Vegas, NV 89108

Raymundo R Avila
1028 Ellsworth Drive
Akron, OH 44313

Rayna Gaydos
71 Brushwood Road
Uniontown, PA 15401

Raysa Rivera
439 Allen Street
Allentown, PA 18102

Rayshawn L Glenn
210 Rustic St
Pittsburgh, PA 15210

Reba K Peck
15150 Mansfield Rd
Athens, OH 45701

Reba Nan Barham
1045 Kilpatrick Lane
Fort Mill, SC 29708

Rebbecca G Fisher
595 Bruceton Mill Rd
Farmington, PA 15459


Rebeca  Stevens
2588 E Firestone
Chandler, AZ 85249


Rebeca Haros
PO Box 2805
Somerton, AZ 85350


Rebecca  Garcia
1400 Walnut Lane
Louisville, KY 40223


Rebecca  Pierce
560 McIntyre Dr
Beaver, PA 15009


Rebecca  Stokes
587 Shady Court
Clairton, PA 15025

Rebecca A Haas
315 Tohickon Ave
Quakertown, PA 18951



Rebecca A Paul
6 N Blueberry Lane
Green Creek, NJ 08219



Rebecca A Raulerson
3245 Shermans Valley Road
Loysville, PA 17047



Rebecca A Recktenwald
2229 Cornelia Street
Washington, Pa 15301



Rebecca A Rodriguez Perez
380 Minor Street  Apt 2
Emmaus, PA 18049



Rebecca A Shinsky
6 Mayview Street
Uniontown, PA 15401

Rebecca Ankney
518 Lincoln Avenue
Milvale, PA 15209


Rebecca Ault
8001 Merry Oaks Lane
Vienna, VA 22182


Rebecca Austin
200 Madison Street
Monroeville, PA 15146


Rebecca Baldwin
148 Andover Road
Woodsfield, OH 43793


Rebecca Barber
1217 E Gary Circle
Mesa, AZ 85203


Rebecca Bigenho
1645 Hillside Drive
Quakertown, PA 18951

Rebecca Carol Ross
1131 Eastminister Road
Columbia, SC 29204


Rebecca Castell
6202 Shore Dr
Madison, OH 44057


Rebecca Daly
10400 Shea Woods Drive
Collierville, TN 38017


Rebecca E Dallago
28 Carpenter Street
Cressona, PA 17929


Rebecca E Holle
38860 Bower
Scio, OH 43988


Rebecca Easter
21953 CR 124
West Lafayette, OH 43845

Rebecca Flack
129* New Stanton Manor Ct
New Stanton, PA 01562

Rebecca Foster
663 Harpeth Trace Drive
Nashville, TN 37221

Rebecca Frey
4089 Jasmine Place
Mount Joy, PA 17552

Rebecca Goodwin
109 Strickler Street PO Box 14
Dawson, PA 15428

Rebecca Grove
11755 E Waterman  Apt 28
Wichita, KS 67207

Rebecca Hayes
191 Rome Road
Crossville, TN 38555

Rebecca J Wheeler
652 Broadway St
Coolville, OH 45723


Rebecca K Sautter
4417 Wellington Avenue
Sioux City, IA 51106


Rebecca Keller
180 Forgedale Road
Fleetwood, PA 19522


Rebecca Kim Eisaman
4630 Grand Rock Dr
N Las Vegas, NV 89081


Rebecca Kindred
282 Old Philly Pike
Kempton, PA 19529


Rebecca L Dolanch
46 Woodburn Road
Claysville, PA 15323

Rebecca L Hale
4065 Darrow Road
Stow, OH 44224


Rebecca L Himmelberger
133 Siegfried Road
Bernville, PA 19506


Rebecca L Kurta
1142 Maryland Ave
Duquesne, PA 15110


Rebecca L Lutz
912 Long Run Rd
Rene Grove, PA 17963


Rebecca L Prutzman
35 N Balliet Stret
Frackville, PA 17931


Rebecca Link
8590 New Falls Road F2
Levittown, PA 19054

Rebecca M Bradfield
3132 Belmont Place SW
Canton, OH 44710


Rebecca M Deiter
680 Nova Road
Freedom, PA 15042


Rebecca M Hickok
7 Royaloaks Dr
Charleroi, Pa 15022


Rebecca M Wagner
115 North Warren Street
Orwigsburg, PA 17961


Rebecca Miller
853 Locust
Coshocton, OH 43812


Rebecca Murtoff
1686 Jencho Road
New Bloomfield, PA 17068

Rebecca P McCullough
3203 Glendale Road
W Cola, SC 29170


Rebecca Perez
4338 Bermuda Street
Philadelphia, PA 19124


Rebecca S Eden
2755 Westpoint Road
Lancaster, OH 43130


Rebecca S Foughty
16045 Pratt St
Millfield, OH 45761


Rebecca Short
23015 Caledonia Pike
Weedville, PA 15868


Rebecca Taschner
828 Washington Drive
Pittsburgh, PA 15229

Rebecca Thompson
4589 W Dublin St
Chandler, AZ 85226


Rebecca Tong
9 Old Couch Road
Athens, OH 45701


Rebecca Toothaker
709 Walnut Lane
Mar Lin, PA 17951


Rebecca V Hill
32869 Morgan Rd
McArthur, OH 45651


Rebekah L Gillespie
32 Fitzpatrick Avenue
Columbiana, OH 44408


Rebekah L Stollings
2767 Windwalker Court
Murfreesboro, TN 37128

Reece A McCall
1452 Fallaw Road
Gaston, SC 29053


Reggie Tapia
155 Batnes Road
Washingtonville, NY 10992


Regina A Bennett
3 Victory Dr
Reio Grande, NJ 08242


Regina A Wilson
429 Smithfield Avenue
Kane, PA 16735


Regina Brown
6752 Twitchell Road
Andover, OH 44003


Regina Buonavolonta
3309 Leffingwekk
Canfield, OH 44406

Regina C Tatum
538 Hudson Street
Trenton, NJ 08611


Regina Cook
249 East Main Street
Gettysburg, OH 45328


Regina Giles
21737 Star Route
Meadville, PA 16335


Regina Hammonds Toliver
100 Red Fox Ct
Columbia, SC 29223


Regina Johnson
2436 Chelsea Court
Columbus, OH 43232


Regina K Soden
414 Washington Boulevard
Jefferson, OH 44047

Regina M Whateley
280 Foam Rd
Millville, NJ 08332


Regina McCabe
271 Harkins Mill Road
Rochester, PA 15074


Regina N Byers
551 Sharon Heights
Abbeville, SC 29620


Regina Petty
3025 Denny Brooke Lane
Smyrna, TN 37167


Regina Ramirez
6551 McCarran Street Bldg #1095
North Las Vegas, NV 89086


Regina Smith
311 Old Carden Hollow Road
Bristol, TN 37620

Regina Taylor
2029 Whitland
Clarksville, TN 37043


Regina Tobras
492 W Lost Dutchman Place
Tucson, AZ 85777


Regina Vaughns
244  1 2  38th Street
Pittsburgh, PA 15201


Reginald  Jefferson
600 W Harvey St  Apt A1121
Philadelphia, PA 19144


Reginald  Moore
31 Beecher Lane
Rocky Hill, CT 06067


Reginald A Campbell
20236 North 3rd Drive #1
Phoenix, AZ 85027

Reginald A Griffin
401 Agewood Dr
Simpsonvile, SC 29680


Reginald Allen Felder
513 Willing Lakes Ct
Orangeburg, SC 29118


Reginald Belton
49 Ginkgo Court
Columbia, SC 29229


Reginald Creech
504 Summervista Dr
Columbia, SC 29223


Reginald Crumpton
855  So 14th Street
Newark, NJ 07108


Reginald D Cannon
1702 17th Avenue North
Nashville, TN 37208

Reginald Darnell Miller
1069 Critzer Dr
Lugoff, SC 29078

Reginald E Best
138 Dengler St
Pittsburgh, PA 15210

Reginald J Kelley
1108 House Street
Columbia, SC 29205

Reginald James
116 Bill William Ct
Lexington, SC 29073

Reginald K Mayes
3450 Frayser Raleigh Road
Memphis, TN 38128

Reginald Lawton
1 Roth Berry Court
Columbia, SC 29229

Reginald Scott
1852 Bluff Road
Marion, SC 29571


Reginaldo Pereira
2226 Napfle Ave
Philadelphia, PA 19152


Regis Bryant
7210 Mahogany Dr
Germantown, MD 20785


Reid E Rotzler Jr
1400 Fairmont St
New Kensington, PA 15068


Reina D Lindsey
6953 1 2 Frankstown Avenue
Pittsburgh, PA 15208


Reina Suarez
629 North Jefferson Street
Allentown, PA 18102

Reinaldo Gonzalez
3421 Chestnut Hill Lane
Lexington, KY 40509

Reinaldo Pagan
571 Delafield Drive
Summerville, SC 29483

Reinaldo Rivera
638 East Susquehanna Street
Allentown, PA 18103

Reinhard Springmann
5597 Lakeside Ct
100 Mile House, BC V0K2E1
CANADA

Reisa  Baynes
11103 Old York Rd
Bowie, MD 20721

Rejeannia Bishop
707 Perine Rd
Zanesville, OH 43701

Rema Gerts
6310 Ridgebury Blvd
Mayfield Heights, OH 44124


Rena Litz
1731 Rebecca Street
New Kensington, PA 15068


Renae Murphy
1795 Celests Circle
Youngstown, OH 44511


Renae R Bean
2322 Scott Hill Rd
Kennedy, NY 14147


Renale Tieku
35 Jodi Lane
Simsbury, CT 06089


Renata Galiardo
602 E Hillcrest
New Castle, PA 16105

Renato Peres-Palacios
5100 E Tropicana #24F
Las Vegas, NV 89122


Rene  Lopez Monzon
71 New York Street
Bridgeton, NJ 08302


Rene Duarte
738 Jacob Street
Somerton, AZ 85350


Rene Kadoo
1777 Latimer Drive
Troy, MI 48083


Rene Mark Fonda
45300 Old Middle Ridge Road
Amherst, OH 44001


Rene Vinglas
1106 Coal Hill Rd
Clearfield, PA 16830

Renea L Bates
512 E Russell Ave
West Lafayette, OH 43845


Renee Annette  Johnstonbaugh
PO Box 182
Morrisdale, PA 16858


Renee C Kinney
1767 Round Street Apt 8
Behtlehem, PA 18018


Renee Campalong
1416 Main Street
Bridgeville, PA 15017


Renee D Santy
220 Marion Avenue
Akron, OH 44312


Renee Doyle
1507 Luzerne Street
Scranton, PA 18504

Renee Fraser
40231 N Acadia Court
Anthem, AZ 85086


Renee G Thomas
307 Dayton Dr
Charleston, WV 25302


Renee Green
148 Dorchester Manor Blvd.
Charleston, SC 29420


Renee Hohrath
623 Washignton Ave
Croydon, PA 19021


Renee L Delaney
8323 Williamson Road
Meadville, PA 16335


Renee M Brisco
3127 Villawood Avenue
Pittsburgh, PA 15227

Renee Mapstone
5149 Hickory Vew Dr
Spring Grove, PA 17362

Renee Mehl
3758 Park Ave. West
Mansfield, OH 44906

Renee Pate
1249 Woodbine Street #C
Bethlehem, PA 18105

Renee Quant
521 Brentwood Pointe
Brentwood, TN 37027

Renee Smith
9255 Forest Island
Collierville, TN 38017

Renee Stribling
7008 Lemington Avenue
Pittsburgh, PA 15206

Renee Vahling
626 N Nevada Way
Mesa, AZ 85203

Renee Warren
1240 E Baylor Court
Gilbert, AZ 85296

Renee Wilson
165 Elstow Road
Irmo, SC 29063

Renethia G Coleman
2811 Hunt Avenue
Newberry, SC 29108

Renne Chirumbolo
17 Chirumbolo Lane
Canonsburg, PA 15317

Rentia Rose
1118 Basildon Road
Mount Pleasant, SC 29466

Renwick D Turner
4032 Pine Orchard Place
Antioch, TN 37013

Reshaunta M Petties
5005 Losee Rd  No 3002
North Las Vegas, NV 89081

Reuben Narando
60 First Avenue
Pataskala, OH 43062

Revonda Brown
805 Bradyville Pike  Apt N19
Murfreesboro, TN 37129

Rex Cramer
2623 Nantucket Road
Tiffin, OH 44883

Rex McKinley
583 State Route 292
Zanesfield, OH 43360

Rex O Murphy
1181 Nellie Road
Vanderbilt, PA 15486


Rex Raley Branham
1621 N Woodstream Rd
Columbia, SC 29212


Reyburn D Gove II
225 Lexington Ave #2
Pittsburgh, PA 15215


Reyes Estrada
12936 E Turtle Spring Place
Vail, AZ 85641


Reyes Holguin
2031 E. Nancy Lane
Phoenix, AZ 85042


Reyna Kareli
2104 East McWilliams Avenue
Las Vegas, NV 89101

Reynaldo Diaz
PO Box 814   1189 Old Freehold Rd
Toms Rover, NJ 08754

Reynaldo Pinos
27961 Hedgeline Drive
Laguna Niguel, CA 92677

Reynaldo Rosario
713 Whitaker Avenue
Trenton, NJ 08611

Reynaud Smith
115 Othoridge
Lutherville, MD 21093

Rhea J Smith
28 Broad Street
The Plains, OH 45780

Rhea K Moreo
108 Hawk Road
Mechanicsburg, PA 17050

Rhesha C Hairston
300 McCutcheon Lane
Pittsburgh, PA 15235


Rhianna N Brown
6524 W Beryl Avenue
Glendale, AZ 85302


Rhiannon N Esposito
174 Wickes Road
Bushkill, PA 18324


Rhoda Ann Slusser
425 28th St
McKeesport, PA 15132


Rhonda  Smith
1836 N Stapley Dr   No 63
Mesa, AZ 85203


Rhonda A Bracey
5340 Youngridge Drive
Pittsburgh, PA 15236

Rhonda A Wicks
1737 Liberty Pike
Franklin, TN 37067

Rhonda Beard
163 Baltusrol Road
Franklin, TN 37069

Rhonda Burris
526 Monclair Ave
Bethlehem, PA 18015

Rhonda Davis
1109 Sheffield Street
Pittsburgh, PA 15233

Rhonda E Phillips
11700 State Route 644
Kensington, OH 44427

Rhonda Gabriel
4079 Fisher Rd
Athens, OH 45701

Rhonda Hariston
142 South 53rd St
Philadelphia, PA 19139

Rhonda J Horst
2625 Willow Street Pike
Willow Street, PA 17584

Rhonda J Moss
5301 E Looman
Wichita, KS 67220

Rhonda Johnson
834 Lillian Street
Pittsburgh, PA 15210

Rhonda K Chappelear
10066 Salem Hollow Rd
NewStraitsville, OH 43766

Rhonda K LeBrue
921 S Sedgwick
Wichita, KS 67213

Rhonda K Miller
806 Cambria St
Bellwood, PA 16617

Rhonda Kisselburg
6845 E Coronado Rd
Scottsdale, AZ 85257

Rhonda L Britt
107 Duncan Drive
Pataskala, OH 43062

Rhonda McGill
207 Goodrich Street
Erie, PA 16508

Rhonda Mullins
86 Saluda Street
Ninety Six, SC 29666

Rhonda Pawlak
1202 West Iris Dr
Gilbert, AZ 85233

Rhonda Pawlak
1202 W Iris Drive
Gilbert, AZ 85233


Rhonda Plough
923 S Elm Street
Orrville, OH 44667


Rhonda R Layton
5074 Norcrest Dr
Columbus, OH 43232


Rhonda Rauls
188 Mohawk Avenue NW
Canton, OH 44708


Rhonda S. Reed
P.O. Box 856/ 76 Brown Reed Road
Pikeville, TN 37367


Rhonda Stuckey
92 Wintergreen Drive
Beaufort, SC 29906

Rhyan D Ohman
13760 Tope Avenue
Hartville, OH 44630

Rhys Cartwright Jones
32 Cortland Avenue
Poland, OH 44514

Ria R Hutchinson
750 May Post Office Road
Strasburg, PA 17579

Ria R Hutchinson
750 May Post Road
Strasburg, PA 17579

Ricardo Burke
1346 Tourney Hill Lane
Nipomo, CA 93444

Ricardo Campos
505 West Baseline Road #1046
Tempe, AZ 85283

Ricardo Estrada
29 West 29th Place
Mesa, AZ 85201


Ricardo Guerra
2212 Port Avenue
Las Vegas, NV 89106


Ricardo Guiterrez
398 E Chicory Pl
Queen Creek, AZ 85243


Ricardo Gutierrez
444E Joshua Street
Somerton, AZ 85350


Ricardo Hernandez
3413 Silty Court
Clarksville, TN 37042


Ricardo Luna
3243 W Holly Street
Phoenix, AZ 85009

Ricardo M Wattley
1032 S 7 St Avenue
Yuma, AZ 85364


Ricardo Vazquez Martinez
155 Shadow Wood Circle
Lexington, SC 29073


Rich L Six
9422 Salem Road
Athens, OH 45701


Rich Nichter
202 Weaver Drive
Glenshaw, PA 15116


Richard  Baker
925 N Clara AVe
Meridian, ID 83642


Richard  Bowers
7 Arch Street  PO box 117
Vestaburg, PA 15368

Richard  Brown
156 Maple Street Apartment D
Springfield, MA 01105


Richard  Fritz
1524 Meadowland Ave
Racine, WI 53406


Richard  Garner
300 Franklin Avenue
Brookville, PA 15825


Richard  Husak
243 Sweitzer Road
Mt Pleasant, PA 15666


Richard  Leopard
309 James Rd
Columbus, OH 43230


Richard  Malafarina
7440 Hazy morning Rd
Dellroy, OH 44620

Richard  Massey Jr
4417 Village Street
Erie, PA 16506


Richard  McArdle
232 Broadview Drive
Jim Thorpe, PA 18229


Richard  Morrison
3340 Liberty Road
Delawware, OH 43015


Richard  Rada
70 Hill Street
Lexington, MA 02421


Richard  Rickman
880 Humboldt Street
Fallon, NV 89406


Richard  Roseberry
855 Earl Road NW
Massillon, OH 44646

Richard  Shaver
2251 E Sahuaro Drive
Phoenix, AZ 85028

Richard  Soto
7829 East Lower Ranch Road
Sierra Vista, AZ 85650

Richard  Stout
5809 Vine Ridge Drive
Nashville, TN 37205

Richard  Walls
61 Milton Street
Uniontown, PA 15401

Richard A Azbell
201 North Ninth Street
Pottsville, PA 17901

Richard A Boyle
1043 Grand Oaks Drive
Bessemer, AL 35022

Richard A Byers
397 E North Street
East Palestine, OH 44413


Richard A Clark
4296 Briarwood
Urbana, OH 43078


Richard A Cole
621 W Johnson Drive
Gilbert, AZ 85233


Richard A Cook
122 Old Furnace Road
Hopwood, PA 15445


Richard A Groff
15514 Given Road
Wellsville, OH 43968


Richard A Hillhouse
1 A Dinicola Dr
Erie, PA 16510

Richard A Holden
20 Fifth Avenue
Scottdale, PA 15683


Richard A Lawson
1857 Fleming Road
Indiana, PA 15701


Richard A Lewis
326 Sylvan
Emporia, KS 66801


Richard A Marks
15600 N Frank Lloyd Wright Blvd #I089
Scottsdale, AZ 85260


Richard A Pugh
161 Essie Street
Darlington, PA 16115


Richard A Rice
414 Clifton Place
Nashville, TN 37215

Richard A Trump
12489 S Acuff Court
Olathe, LS 66062


Richard A Walters
26 Lyons Avenue
Fairchance, PA 15436


Richard A Ward
400 Old Stage Drive
Bristol, TN 37620


Richard A Wingard
656 Palmer Adah Road
Adah, PA 15410


Richard Alabran
3324 Cambridge House
Meadville, PA 16335


Richard Arpin
128 Inman Road
Harrisville, RI 02830

Richard Arthur Moore
5953 Starcrest Ave
Reno, NV 89523


Richard B Jones
276 Clamer Rd
Ewing, NJ 08628


Richard B Root Jr
4 Spring Lane
Pipersville, PA 18947


Richard Badea
7491 Rembrandt Drive
Sun Valley, NV 89433


Richard Bailey
P.O. Box 564
Seward, AK 99664


Richard Bangert
702 Overton Park
Nashville, TN 37215

Richard Barnett
1410 Broad Street
Elizabethton, TN 37643

Richard Bedford
1630 Otte Avenue
Cincinnati, OH 45223

Richard Beekler
256 Austin Drive
Grantville, PA 17028

Richard Beemer
115 South Main
Neosho Rapids, KS 66864

Richard Betts
52675 TH 78
Jerusalem, OH 43747

Richard Bieranowski
2608 Sixth St. PO Box 145
Wyano, PA 15695

Richard Bird
822 Carnwise Street
Canton, OH 44706


Richard Bisbee
8830 Storey Road
North East, PA 16428


Richard Black
5196 Grove Road
Pittsburgh, PA 15236


Richard Bock
4609 E Grandview Street
Mesa, AZ 85205


Richard Bogacz
1003 Beechnut Street
Tarentum, PA 15084


Richard Brady
440 Girard Avenue SE
Canton, OH 44707

Richard Brooks
848 Huffman Square
Bolivar, OH 44612


Richard Bryant
20768 TR 282
Coshocton, OH 43812


Richard Buckley
1506 Upper Bermudian Road
Gardners, PA 17324


Richard Burris
402 Midway Drive
Oliver Springs, TN 37840


Richard C   Thomas II
115 Race Street
Meadville, PA 16335


Richard C Beaver
6470 Hammonds Corners Road
Pierpont, OH 44082

Richard C Grzelak Jr
8474 Williams Road
Northeast, PA 16428

Richard C Jones
407 Franklin Church Rd
Dillsburg, PA 17019

Richard C Rohrer
93 Pine Leaf Dr
Erie, PA 16510

Richard Clawson
527 Idlewood Road
Penn Hills, PA 15235

Richard Coffman
3740 Milligantown Road
New Kensington, PA 15068

Richard Conklin
8027 Mines Road
Warren, OH 44484

Richard Coppersmith
150 Montana Road
Washington, NJ 07882


Richard Cowden
770 Hwy 182
Fairplay, SC 29643


Richard D Burlingame
2092 Cable Hollow
Russell, PA 16345


Richard D Caron
15621 E Robin Drive
Fountain Hills, AZ 85268


Richard D Kibler
716 South Washington Street
Winchester, VA 22601


Richard D Mercer
23 Glenn Street
Newberry, SC 29108

Richard D Ortiz
1514 J Ravena Street
Bethlehem, PA 18015

Richard D Partridge
1004 Grandview Ave
Pittsburgh, PA 15237

Richard D Remmeis Jr
3703 Hillsdale Road
Lewisville, KY 40222

Richard D Roberts
10160 Lochard Road
Sidney, OH 45365

Richard D Vernon
607 Stone Ridge Rd
Greer, SC 29650

Richard Davis
408 E 34th
Erie, PA 16504

Richard Davis
408 East 34th Street
Erie, PA 16504


Richard Deloach
P.O. Box 3407
N. Myrtle, SC 29582


Richard Deschaine
2844 Belleza Lane
Henderson, NV 89074


Richard DeVallance
798 Treasure l;ake
Dubois, PA 15801


Richard Dickey
32523 Wooddale Drive
Lisbon, OH 44432


Richard Donahey
137 Lentz Rd
Glen Campbell, PA 15742

Richard Donlon
9431 Lindberg Blvd
Olmstead Falls, OH 44138



Richard Douglas Martin
4305 Laurel Park Highway
Hendersonville, NC 28738



Richard Durham
704 Packer Street
Weatherly, PA 18255



Richard Dzamefe
3049 Westminster Drive  Apt 103
Beavercreek, OH 45431



Richard E Crossen
P.O. Box 7
Albany, OH 45710



Richard E Harding
1530 25th  NW
Canton, OH 44709

Richard E McAuliffe
59 Wrights Road
Tunkhannock, PA 18657

Richard E Newton
730 E McKellips Road #C118
Tempe, AZ 85281

Richard Easley Enterprises
250 Harrell Drive
Spartanburg, SC 29307

Richard Ebin
1232 Carousel Drive
Reynoldsburg, OH 43068

Richard Eicheldinger
115 College Street
Hudson, OH 44236

Richard Eisenstein
141 White Street
Howell, NJ 07731

Richard Endruat
92 Chipperfield Drive
Effort, PA 18330


Richard F Carl
2400 Colonial Road
Harrisburg, PA 17112


Richard F Johnson
13485 W Statler Boulevard
Surprise, AZ 85374


Richard F Tillman
1608 Keuper Blvd NE
Massillon, OH 44646


Richard F Tucker III
7099 Scepter Drive
Bartlett, TN 38135


Richard Falvo
6650 Townsend Drive
Erie, PA 16505

```
Richard Fluent
158 Erie St
Salamanca, NY 14779




Richard Foderaro
4101 Pine Forest
Parma, OH 44134




Richard Ford
1855 Kennedy Boulevard
Jersey City, NJ 07305




Richard Ford
20625 N 22nd Avenue
Phoeniz, AZ 85027




Richard Fortini
4517 Linden Avenue  Apt A
Mechanicsburg, PA 17050




Richard Foster
PO Box 1460
Pahrump, NV 89041
```

Richard Fredenburgh
417 N Progress Ave
Harrisburg, PA 17109


Richard Geist
8215 N Oracle  No 213
Tucson, AZ 85704


Richard Glaser
1863 Cedar Street
East Sparta, OH 44626


Richard Gratton
83 Hill Top Court
New Kensington, PA 15068


Richard Grose
242 Frontage Rd
Summersville, WV 26651


Richard Gunther
205 Moonstone Lane
Greensburg, PA 15601

Richard H Billings
19 Marsh Island
Osle of Palms, SC 29451

Richard H Black Jr
405 Broadmoor Drive
Nashville, TN 37215

Richard H Mitchell
411 Mustang Drive
Spartanburg, SC 29307

Richard H Seidler
1085 Windy Oak Drive
Pittsburgh, PA 15239

Richard Halford
82 East Wood Street
Ringtown, PA 17967

richard Hallden
8062 Highland Ave
Warren, OH 44481

Richard Hartline
6200 Perkiomen Avenue
Reading, PA 19601


Richard Hash
32 Indian Hills Drive
Tallmadge, OH 44278


Richard Hess
1484 Township Road
Greenwich, OH 44837


Richard Hicks
460 5th Street
Toledo, OH 43605


Richard Hildenbrand
317 Ziegler Street Ext
Zelienople, PA 16063


Richard Houston
1529 Old Butler Road
New Castle, PA 16101

Richard Hunsicker
4775 Orchard Drive
Center Valley, PA 18034

Richard J Ortiz
618 A Ramblewood Lane
Freemonsburg, PA 18017

Richard J Ridzy
3006 Boston Road
Brunswick, OH 44212

Richard J Sharpe
231 Brookside Road
Norristown, PA 19401

Richard J Tisone
903 Mansell Dr
Youngstown, OH 44505

Richard Jackson
14946 W Oberlin Way
Surprise, AZ 85387

Richard Johnson
43 Ash Rd
Blairsville, PA 15717

Richard K Davidson Jr
7283 Twp Rd 120
Adena, OH 43901

Richard Kellinger
3802 Leyland Drive
Mechanicsburg, PA 17050

Richard Kent Huff
703 Hilltop Drive
New Cumberland, PA 17070

Richard Kessner
139 Colonial Way
Upper Buck Eddy, pa 18972

Richard Koenig
8057B Hackney Ct
Mentor, OH 44060

Richard L Behm
56 Converse Street  PO Box 95
Chauncey, OH 45719

Richard L Chambers Jr
118 Beatrice Lane
Chillicothe, OH 45601

Richard L Dole
P.O. Box 809
Wadsworth, OH 44282

Richard L Giddings
2256 Stanhope Kell Road
Dorset, OH 44032

Richard L Hamilton Jr
676 Fleetwood Road
Mansfield, OH 44905

Richard L Haws
160 Guernsey Road
Biglerville, PA 17307

Richard L Kassinger
206 South Dennis Rd
Cape May Court House, NJ 08210


Richard L Keeling
17640 SE 295th Street
Kent, WA 98042


Richard L Lloyd
316 Marsonia Street
Pittsburgh, PA 15214


Richard L Miller
8740 taylor Woods Dr
Reynoldsburg, OH 43068


Richard L Shankel
1376 Echo St NE
Canton, OH 44721


Richard L Wessell
241 Susan Drive
Jefferson, OH 44047

Richard L Williams
26 Academy Avenue  Apt #A5
Pittsburgh, PA 15228

Richard L Williams
3725 Kent Road
Royal Oak, MI 48073

Richard Lang
2228 Pleasant Avenue
Glenside, PA 19038

Richard Lauer
416 Beth Drive
Mt Juliet, TN 37122

Richard Lawrence
1413 Springaire
Lewisville, TX 75077

Richard Leach
768 Garberdale Square
Bolivar, OH 44612

Richard Leon Shellenberger Jr
2003 West Seventh Street
Wilmington, DE 19805


Richard Lorenzo
416 Nassau Street W
East Canton, OH 44730


Richard M Layman
785 Webster Hollow Road
Belle Vernon, PA 15012


Richard M Maleski
408 Lenox Court
Gibsonia, PA 15044


Richard Maciejewski
148 Parrsmill Rd
Catrawissa, PA 17820


Richard Mark
2206 170th Avenue E.
Bonney Lake, WA 98391

Richard Maurer
2321 N 123rd Ln
Avondale, AZ 85323


Richard McCoy
110 Stone St
Liberty, TN 37095


Richard Meehan
913 S Grube Avenue
Egg Harbor, NJ 08215


Richard Muchmore
3604 Cadillac Drive
Waterloo, IA 50701


Richard N Linsenbigler
2602 Vancouver Street
Grapeville, PA 15634


Richard Neil Grindle
118 W Fourth Avenue
Derry, PA 15627

Richard Nelson
13822 N 42nd Avenue  #25
Phoenix, AZ 85053


Richard Nix
335 Parallel Ave
Pittsburgh, PA 15210


Richard Noel Bonds
100 Fair Forest Road  B 1
Cola, SC 29212


Richard Oliveras Crespo
33 Wilden Drive
Easton, PA 18045


Richard P Beshore
1424 Front Nine Drive G
Fort Collins, CO 80525


Richard P Dolan
38 Main Street
Clarksville, PA 15322

Richard Pabon
1 Tom X Road
East Stroudsburg, PA 18302




Richard Page
420 Oliver Drive
Inman, SC 29349




Richard Parent
371 E. Gleen Road Apt 1
Hershey, PA 17033




Richard Paul
7826 E Glensosa #3
Scottsdale, AZ 85251




Richard Peak
829 N. Aylesbury Road
Goose Creek, SC 29445




Richard Perez
54 White Farm Road
Wingdale, NY 12594

Richard Peters
43977 West Juniper Avenue
Maricopa, AZ 85239

Richard Piantine
104 Piantine Farm Road
Bradenville, PA 15620

Richard Pruzinsky
1028 Beech St Ext
Reynoldsville, PA 15851

Richard R Christian
5305 Kerger Road
Ellicott City, MD 21043

Richard R Lowden
435 Mariner Point Dr
Clinton, TN 37716

Richard R Schuffert
845 Anderson Street
New Kensington, PA 15068

Richard Radke
1705 Mohican SE
Massillon, OH 44646


Richard Ramirez
5 Yorkshire Court
Warren, NJ 07059


Richard Reabold
220 North Avenue
Jim Thorpe, PA 18229


Richard Rendos
9739 Dogwood Manor
Olive Branch, MS 38654


Richard Rene Baca
1580 S Pheasant Lane
Thatcher, AZ 85552


Richard Ricchiuti
PO Box 271294
Fort Collins, CO 80527

Richard Rivera
1021 Cedar Pines Street
Henderson, NV 89011

Richard Roberts
331 West Salem  Apt 301
Columbiana, OH 44408

Richard Rogers
3907 Reinwood Drive
Dayton, OH 45414

Richard Rovet
5970 W Bonzai Ct
Dayton, Oh 45431

Richard Rowland
118 E South St
Corry, PA 16407

Richard Rozzelle IV
11909 Overlook Mountain Drive
Charlotte, NC 28216

Richard Ruiz
1836 W Allen Street
Yuma, AZ 85364


Richard S  Murphy
219 E 2nd St
Wilburton, PA 17888


Richard S Champlin
7873 Rancho Mirage Drive
Las Vegas, NV 89113


Richard S Cornman II
3706 West Fourteenth Street
Erie, PA 16505


Richard S Gate
390 47 Honeysuckle Path
Aurora, OH 44202


Richard S Grassel
1117 Maplewood Avenue
Ambridge, PA 15003

Richard S Murphy
219 East 2nd Street
Wilberlon, PA 17888


Richard S Owen
29 Marian Circle
Chalfont, PA 18914


Richard Saller
2498 Cedardale Drive
Germantown, TN 38139


Richard Schlemmer
10500 Stablehand Dr
Cincinnati, OH 45242


Richard Schott
440 Bellwood Drive
Murfreesboro, TN 37130


Richard Secola
3908 Penn Avenue
Pittsburgh, PA 15224

Richard Shaffer
504 North Avenue
Connellsville, PA 15425


Richard Shaffer
690 Harvets Drive
Harrisburg, PA 17111


Richard Smith
Walnut Street PO Box 189
Millerstown, PA 17062


Richard Smith
5318 Highway 34-121
Newberry, SC 29108


Richard Smith
P.O. Box 7276
Cape Porpoise, ME 04014


Richard Snipes
500 Torwood Drive
Columbia, SC 29203

Richard Soto
7829 E Lower Ranch Rd
Sierra Vista, AZ 85650

Richard Stewart
1478 Bowman Road
Hixson, TN 37343

Richard Suddath
488 Skyline View Ln
Harriman, TN 37748

Richard Sundberg
1755 Pilgrim Point Road
Alexandria, MN 56308

Richard Sweeney
1303 Heatherwood Drive
Mount Joy, PA 17552

Richard Swiental
2317 Blue Smike Trail
Mishawaka, IN 46544

Richard T  Ritchey
53 S Liberty St
Blairsville, PA 15717


Richard T  Sweet
3680 Cheltanham Rd
York, PA 17402


Richard T Brashear
6723 Cincinnati Dayton Rd
Middlwtown, OH 45044


Richard T Crochunis
510 Little Street
Minersville, PA 17954


Richard T Elder
174 Coketown Road
Coraopolis, PA 15108


Richard T Gorgei
130 Robinwood Drive
New Middletown, OH 44442

Richard T Randall
4630 Duncastle Road Apt 1 D
Fayetteville, NC 28314


Richard T Weiler
213 Enterprise Street
Celina, OH 45822


Richard Taylor
5959 CR 28
Zanesfield, OH 43360


Richard Thomas Simpson
3066 Pignatelli Crescent
Mount Pleasant, SC 29466


Richard Tornambe
2218 Winfield Ave
Scranton, PA 18505


Richard Tweddell III
6996 Lindley Way
Liberty Township, OH 45011

Richard Ulery
719 Blue Hole Lane
Ligonier, PA 15658


Richard Unger
681 Strafford Circle
WEayne, PA 19087


Richard V Duffy Jr
319 Pebble Dr
Pittsburgh, PA 15239


Richard W  Moe
892 Yana Ct  Rt 1  Box 726
Sugar Grove, OH 43155


Richard W Bergen
362 St Andrews Dr
Franklin, TN 37069


Richard W Bossart
19 Grubbs Road
Cheswick, PA 15024

Richard W Gilbert
136 Dylark Drive
Waverly, TN 37185


Richard W Levy
524 Amaryllis Dr
Columbia, SC 29229


Richard W Thompson
PO Box 2143
Tucker, GA 30085


Richard W Umstead
3657 State Route 118
Coldwater, OH 45828


Richard W Webb
1033 Linden Hollow Lane
Allentown, PA 18104


Richard Wagner
315 Chickasaw Avenue
Pittsburgh, PA 15237

Richard Walls
12137 Barbary Road
Philadelphia, PA 19154


Richard Warnock
106 West Meyers St
Pittsburgh, PA 15210


Richard Waszo
471 Agnew Road
Greensburg, PA 15601


Richard Weber
2241 Kingridge Road Suite 101
Pittsburgh, PA 15237


Richard Weismiller
1069 Troupe Road
Harborcreek, PA 16421


Richard White Jr.
1710 Monreoville Road
Monroeville, NJ 08343

Richard Wilson
3545 Middleboro Road
Morrow, OH 45152

Richard Winston
701 West Bank Avenue
West Deptford, NJ 08096

Richard Wittstock
5629 E Grovers Avenue
Scottsdale, AZ 85254

Richard Yanez Jr
2174 W Splitwood Place
Tucson, AZ 85743

Richard Youker
57994 Oak Court
West Lafayette, OH 43845

Riche K Fitzpatrick
342 E College Street
Oberlin, OH 44074

Richelle D Blanchard
1521 Crucible Street Apt 9
Pittsburgh, PA 15205


Richie Tatman
2348 Limestone #102
Springfield, OH 45503


Rick  Lanning
13596 Eddy Road
Athens, OH 45701


Rick  Vay
5766 Huber St
Las Vegas, NV 89120


Rick Aranda
1612 Marcus Drive
Las Vegas, NV 89102


Rick Bann
116 Sunset Dr
New Cumberland, PA 17070

Rick Bolton
85 Meadow Lane
Grosse Pointe, MI 48236

Rick Dunham
9347 S Hazelton Lane
Tempe, AZ 85284

Rick E Hodge
8 W Second Street
Laura, OH 45337

Rick F Graber
1813 Carwithan Street
Philadelphia, PA 19152

Rick G Harter
484 Hull Road
Waterford, PA 16441

Rick Galiardo
2920 Green Street
Harrisburg, PA 17110

Rick Gosnell
1420 Indian Branch Rd
Darlington, SC 29532


Rick Herak
161 Oakdale Drive
Zelionople, PA 16063


Rick Mansfield
1718 Saxony Ct
Murfreesboro, TN 37128


Rick Narramore
6421 Shadow Ridge Run
Fort Wayne, IN 46804


Rick P Kasler
31 New St
Glouster, OH 45732


Rick Paashaus
426 E Landis Street
Coopersburg, PA 18036

Rick Police
4219 Palomino Court
Middletown, MD 21769

Rick Proctor
917 Town and Country Estate Court
St Louis, MO 63141

Rick T Brooks
700 Sloane Avenue
Mansfield, OH 44903

Rick Tibensky
118 Ritter Lane
Leechburg, PA 15656

Rick Woods
12627 Key Lime Blvd
West Palm Beach, FL 33412

Rickey Agee
1253 Ringwalt
Riverside, OH 45432

Rickey C Hoffman
11 Cold Run Rd
New Ringgold, PA 17960

Rickey Davis
28463 SC Highway 34
Silverstreet, SC 29145

Rickey Peterson
PO Box 219
Plainsboro, NJ 08536

Rickie Eastman
2114 E Beth Drive
Phoenix, AZ 85042

Rickie L Walker
115 Roundtop Lane
Portland, TN 37148

Rickie L Williams
1672 Lancaster Dr
Austintown, OH 44511

Rickman Fish
2071 E Renee Dr
Phoeniz, AZ 85024


Ricky  Robinson
750 Gasten Road
Weirton, WV 26062


Ricky A Maestri
1775 Church Road
Horn Lake, MS 38637


Ricky A Stiver
1073 Thompson Town Road
La Jose, PA 15753


Ricky A Wadsworth Jr
517 W Clapier St
Philadelphia, PA 19144


Ricky Averette
12789 Spring Creek
Ralph, AL 35480

Ricky C Conley
11570 Millersburg Road
Massillon, OH 44647


Ricky C Johnson
411 Boyds Circle
Seymour, TN 37865


Ricky Casey
6119 W. 35th Street SO Ct.
Wichita, KS 67215


Ricky D Blackmon
3215 S 87th Avenue
Tolleson, AZ 85353


Ricky D Seifer
5404 Aquarius Street SW
Canton, OH 44706


Ricky David Young
310 Collins St
Niota, TN 37826

Ricky Fetty
110 Stan Avenue
New Stanton, PA 15672


Ricky Gillentine
679 Blair Rd
Smyrna, TN 37167


Ricky Godfrey
2475 Twp Rd 55
Bellefontaine, OH 43311


Ricky Kailiponi
155 Jamie Circle
Woodburn, TN 37190


Ricky Kuhns
Box 84 Kitomer Road
Calumet, PA 15621


Ricky L Carrick
4095 Townline Road 12
Willard, OH 44890

Ricky L Feterstein
2115 St Rt 29
Celina, Oh 45822

Ricky L Hall
1860 Chickasaw Drive
Circleville, OH 43113

Ricky L Price
41074 Baker Road
Pomeroy, OH 45769

Ricky Loucks
18928 Dewey Road
Centerville, PA 16404

Ricky Musselman
R11 Box 871 B
Claysburg, PA 16625

Ricky Pierce
29 Franklin Street Apt 2
Bridgeton, NJ 08302

Ricky Seifer Sr.
5404 Aquarius St SW
Canton, OH 44706

Ricky Shirk
516 Griffith Avenue
Mineral Point, PA 15942

Ricky Trusley
287 Rogers Rd.
Dayton, TN 37321

Ricky V Shook
35828 State Route 26
Graysville, OH 45734

Ricky Ward
625 Terrapin Lane
Salisbury, MD 21804

Rico Preston
2393 Dover Road
Columbus, OH 43209

Rigoberto Rico
6731 West Mariposa St
Phoenix, AZ 85033

Rikki Sanchez
259 North Antlers Pl
Bear, DE 19701

Rikkia Mills
26 California Road
Mount Vernon, NJ 10552

Riley Chavis
3301 Sheldon Street
Sacramento, CA 95838

Riley S Marshall
1521 Wrangler Street
Twin Falls, ID 83301

Rinc Burgmon
5622 Catskill Court
Wintersprings, FL 32708

Risee E Bailey
712 Junilla Street
Pittsburgh, PA 15219



Rishena Godfrey
3283 Rocker Drive Apt 5
Cincinatti, OH 45239



Rita  Havens
768 Camino La Paz
Henderson, NV 89012



Rita A Alfman
19400 State Route 329
Glouster, OH 45732



Rita Hogan
1729 State Route 29W
Celina, OH 45822



Rita Lach
2821 Phillips Ave
Glenshaw, PA 15116

Rita M Beattes
5355 Gillespie
Philadelphia, PA 19124

Rita M Kline
RR4 Box 501
Altoona, PA 16601

Rita M Perkins
1136 Grant Street
Bulger, PA 15019

Rita M. Tancak
5534 Gibbs Road
Andover, OH 44004

Rita Mack
1719 Harold Dr
Dayton, OH 45406

Rita McFarlin
10049 Roanoke Drive
Murfreesboro, TN 37129

Rita Murphy
135 North Monroe
Cherry Hill, NJ 08002

Rita Reams
945 Double Branch Rd
Cowpens, SC 29330

Riverside Builders
900 Broadway  Suite 888
New York, NY 10003

Rivka Z Memran
5337 E Danbury Road
Scottsdale, AZ 85254

Rizwan Ahmed
209 Red Mill Dr
Inkster, MI 48141

Roasanne Sandora
PO Box 128   4548 W Main St
Hillsville, PA 16132

Rob Beasley
4324 Beekman Drive
Nashville, TN 37215


Rob Tornai
4579 Laclede Avenue  Apt 212
St. Louis, MO 63108


Rob Windham
30 W San Juan Avenue
Phoenix, AZ 85013


Roban Thompson
3419 Hampton Avenue
Nashville, TN 37215


Robay Stroble
252 High Street
Spartansburg, SC 29306


Robbie Cheuvront
429 Plantation Boulevard
Lebanon, TN 37087

Robbie K Pigg
2995 Barnstable Court
Murfreesboro, TN 37127


Robbie Weatherly
8864 Wells Rd
Millington, TN 38053


Robbin  Hill
6316 Sweetgum Lane
Nashville, TN 37221


Robbin A Woodson
25 Van Velsor Place  Apt 5F
Newark, NJ 07112


Robeert F Petrilia
3566 Columbiania Road
New Springfield, OH 44443


Robert  Azinovic
7469 Essex Dr
Mentor, OH 44060

Robert  Bartley
1703 W 22nd St
Mission, TX 78572


Robert  Beato Sr
364 Twining Ford Rd
Richboro, PA 18954


Robert  Berdnik
432 Montgomery Ave
Bridgeville, PA 15017


Robert  Bordner III
8108 Cambridge Dr
Frederick, MD 21704


Robert  Coy II
5250 S Hardy Drive #2068
Tempe, AZ 85283


Robert  Daniels Jr
1440 W Walnut St Apt 604
Allentown, PA 18102

Robert  Davis
12227 W Hadley
Avondale, AZ 85323

Robert  DeZoete
32050 S 616 Rd
Grove, OK 74344

Robert  Dominguez
20808 N 27th #2003
Phoenix, AZ 85027

Robert  Dominick
98 Secretariat Court
Tinton Falls, NJ 07724

Robert  Ebert
7623 W Comet Avenue
Peoria, AZ 85345

Robert  Foster
217 Disc Drive
Boynton Beach, FL 33436

```
Robert  George
902 State Route 356
Leechburg, PA 15656




Robert  Holbrook
10049 State Route 638
Belle Center, OH 43310




Robert  Hudson
4026 Birkshire Heights Street
Fort Mill, SC 29708




Robert  Hughes
504 Colquiti #3
Houston, TX 77006




Robert  Learned
2432 Devon Valley Drive
Nashville, TN 37221




Robert  Maysey
3001 N 83rd Street
Scottsdale, AZ 85251
```

Robert  Minkler
5010 N Stetson Drive
Prescott Valley, AZ 86314


Robert  Montague
2503 E. Somerset St.
Philadelphia, PA 19134


Robert  Oberholtzor
18 Franklin Drive
Plainsboro, NJ 08536


Robert  Oliver
109 Milton Rd
Warwick, RI 02888


Robert  Paolucci
307 Anthon Dr
Pittsburgh, PA 15235


Robert  Rhymer
4505 Harding Pike  No 2E
Nashville, TN 37205

```
Robert  Rochford
114 Cornelius Drive
Middletown, RI 02842


Robert  Rudnik
714 Connellsville Ave
Connellsville, PA 15425


Robert  Shepherd
3025 Highway 11W
Blountville, TN 37617


Robert  Sims
199 Penn Manor Road
Irwin, PA 15642


Robert  Smith
4348 M Street
Philadelphia, PA 19124


Robert  Smith
PO Box 14
Morann, PA 16663
```

Robert  Stewart
5814 Tipperary
Las Vegas, NV 89130


Robert  Szuch
118 Foxglove Drive
Baden, PA 15005


Robert  Todd
112 Dyrgas Gate
Canmore, AB T1W3G6
CANADA


Robert  Torres
5680 Hearthstone Trail
New Market, MD 21774


Robert  Unger
320 Fourth Street
Enola, PA 17025


Robert  Wagner
1128 Third Avenue S
Nashville, TN 37210

Robert  Weider
205 Dombey Drive
Pittsburgh, PA 15237


Robert  Ziegler Jr
509 Selfridge St
Bethlehem, PA 18015


Robert & Karen Halcombe
1488 Thies Drive
Pasadena, MD 21122


Robert A  Giacobbi
2136 Keystone Ave
Greensburg, PA 15601


Robert A Burns
3226 Main Street
Aliquippa, PA 15001


Robert A Conway
429 Seventh Avenue
Altoona, PA 16602

Robert A Cowden
35 Deerfield Road
Washington, PA 15301


Robert A Gerda
3959 Pittsburgh Road
Perryopolis, PA 15473


Robert A Gordon
5008 Hill Place Drive
Nashville, TN 37205


Robert A James
116 W Poplar Street
W Nanticoke, PA 18634


Robert A Jeke
9316 Aldenford Dr
Pittsburgh, PA 15237


Robert A Meadows
1757 Cobblestone Drive
Cookeville, TN 38506

Robert A Meeks
17199 Bucks Lake Road
Guysville, OH 45735


Robert A Monteparte II
99 Penn High Park Road
Jeannette, PA 15644


Robert A Payne
128 Lincoln Hill  PO Box 48
Pomeroy, OH 45769


Robert A Portland
32 Rust Hill Road
Levittown, PA 19056


Robert A Streets
2739 Lennox New Lyme
Jefferson, OH 44047


Robert A Trott
395 Poplar Dr
Pulaski, PA 16143

Robert Adams
21 N Liberty St
Masontown, PA 15461


Robert Alan Mond
1420 East 55th Street
Savannah, GA 31404


Robert Allan Baxter
714 Highway 17  #C38
Little River, SC 29566


Robert Allen Findley
1024 Locust Street
Nanty Glo, PA 15943


Robert Amore
321 Duff Road
Pittsburgh, PA 15235


Robert Anderson
2017 Castleman Dr
Nashville, TN 37215

Robert Anthony Lawson
284 Lawrence Road
Lexington, TN 38351


Robert Appelbaum
3746 Carisbrooke Dr
Birmingham, AL 35226


Robert Arbogast
24 High Road
Ashland, PA 17921


Robert Armstrong
1185 Indian Mountain Lakes
Albrightsville, PA 18210


Robert Armstrong Jr
1622 Cacao Lane
West Salem, OH 44287


Robert Austin
11443 North 56th Avenue
Glendale, AZ 85304

Robert B  Thomas
6945 McPherson Blvd
Pittsburgh, PA 15208


Robert B Cooper
4 Powerhouse Road  #A
Coal Center, PA 15423


Robert B Johnston
8596 Harlequin Circle
Massillon, OH 44646


Robert B Lamb
3015 Romain Trail
Spring Hill, TN 37174


Robert B McMonigal
1533 Rockland Avenue
Pittsburgh, PA 15216


Robert B Peterson
112 Essex Knoll Drive
Moon Township, PA 15108

Robert B Rhymer
935 Bruce Circle SE
Atlanta, GA 30316

Robert B Snyder
2042 Fransworth Dr
Nashville, TN 37205

Robert B Stone
1624 Birchwood Circle
Franklin, TN 37064

Robert B Taft Jr
828 Hooper Creek Road
Tryon, NC 28782

Robert B. Matvey
1605 Mohawk School Road
Edinburg, PA 16116

Robert Bagnato
17418 N 77th St
Scottsdale, AZ 85255

```
Robert Baker
711 Sugar Pine Ct
Greer, SC 29651




Robert Baker
11110 Lake Road
Cleveland, OH 44102




Robert Baldwin
PO Box 32296
Laughlin, NV 89028




Robert Baltozer
570 Wellington Road
Harrisburg, PA 17109




Robert Barkanic
215 Mine Road
Hershey, PA 17033




Robert Barry
9222 Foxboro Drive
Brentwood, TN 37027
```

Robert Basile
173 William Penn Way
New Brighton, PA 15066


Robert Beamer
1788 Bebb Park Lane
Okeana, OH 45053


Robert Bean
2751 Hornsmill Road
Lancaster, OH 43130


Robert Beato
364 Twiningford Road
Richboro, PA 18954


Robert Belling
3745 Kinross Drive
Birmingham, AL 35242


Robert Berard
121 Cardinal Street
New Bremen, OH 45869

Robert Berardi
141 Old Coach Road
Athens, OH 45701

Robert Bergenstock
922 Hamilton Place
Reading, PA 19610

Robert Bezold
32 Morning Glory Road
Levittown, PA 19054

Robert Biondo
847 Admore Drive
Kent, OH 44240

Robert Bird
68 Lehavre Court
Hamilton, NJ 08619

Robert Birkhead III
6416 Edinburgh Dr
Nashville, TN 37221

Robert Boehm
3940 Coleman Street
Pittsburgh, PA 15207




Robert Bonass
5933 Newton Avenue
Philadelphia, PA 19120




Robert Bonds
1024 Tillman Street
Memphis, TN 38112




Robert Bonner
12255 S Main St
Somerville, TN 38068




Robert Bracken
920 Tyne Boulevard
Nashville, TN 37220




Robert Brandt
7020 S County Line Road
Burr Ridge, IL 60527

Robert Brannon
2412 Read St
Columbia, SC 29204


Robert Bratton
38 Longview Heights
Athens, OH 45701


Robert Browell
912 Tim Berland Avenue
Pittsburgh, PA 15226


Robert Buckley
1331 Castle Drive
Philadelphia, PA 19148


Robert Burgess
19448 Haskell Place
Landolakes, FL 34638


Robert Burns
8549 Bay Orchard Lane
Cordova, TN 38018

Robert Burton
28111 Haria
Mission Viejo, CA 92692

Robert Burton III
6316 Bresslyn Road
Nashville, TN 37205

Robert Butler
9145 Echelow Point Drive # 2034
Las Vegas, NV 89149

Robert C Butler
2357 Marion Avenue Road
Mansfield, OH 44903

Robert C Davidson
514 Lydia St  Apt 4
Carnegie, PA 15106

Robert C Ferguson
100 Brookshire Drive
Mars, PA 16046

Robert C Fultz
7706 Ferguson Valley Road
McVeytown, PA 17051


Robert C Knepp
615 Decatur St
Philipsburg, PA 16866


Robert C Kosecki
4440 Seventh Street
New Kensington, PA 15068


Robert C Reber
275 Peacock Street
Pottsville, PA 17901


Robert C Smith
1395 Hunter Lake Drive East
Cuyahoga Falls, OH 44221


Robert C Torrens
332 Bethel Road
Pine Grove, PA 17963

Robert C Wilson
36 Rosewood Dr
Lancaster, PA 17603

Robert Calcote
221 1st St
Moncks Corner, SC 29461

Robert Cappone
PO Box 302
Big Run, PA 15715

Robert Capwell
19 West Fulton Street
Ephrata, PA 17522

Robert Carl Amoroso
144 Deer Valley Drive
Sewickley, PA 15143

Robert Carson Becker
2418 Wheaton Drive
Evansville, IN 47725

Robert Cesare
12512 Sevrat Lane
North Potomac, MD 20878

Robert Clarance Wertz
35 Blue Jay Drive
Stevens, PA 17578

Robert Clausing
2201 Culver Ave
Kettering, OJ 45420

Robert Connelly
4308 Vista Street
Philadelphia, PA 19136

Robert Conti
6050 E Indian Bend Road
Paradise Valley, AZ 85253

Robert Cool
25 Cheeta Dr
Hanover, PA 17331

Robert Corson
1221 Faunce Street
Philadelphia, PA 19111


Robert Cote
5096 Shechinah Drive
Edinboro, PA 16412


Robert Cournoyer
230 North Main Street #1
Chambersburg, PA 17201


Robert Cowart
35 2nd St NE
Navarre, OH 44662


Robert D  Andrews III
7272 Kilmer Street SE
Grand Rapids, MI 49512


Robert D Chambers
1358 Tenagra Way
Columbus, OH 43228

Robert D Cunningham
138 Emery Road
Fredrickton, PA 15333


Robert D Douglas
154 Jacob Drive
Pittsburgh, PA 15235


Robert D Figueiredo
248 Berner Avenue
Hazleton, PA 18201


Robert D Gilbert
414 Woleber Road
Myerstown, PA 17067


Robert D Hoffer
1122 Manor Avenue
Latrobe, PA 15650


Robert D McConnell
14945 Echo Drive
Golden, CO 80401

Robert D Reinheimer
305 Boyce Park Dr
Pittsburgh, PA 15239

Robert D Sherman
685 Hamlet Circle
Goose Creek, SC 29445

Robert D Stringham
9785 West Pike
Zanesville, OH 43701

Robert D Waggoner
1378 Chrismill Lane
Mount Pleasant, SC 29466

Robert D Welch
6352 Olivesburg Fitchville Road
Shiloh, OH 44878

Robert D Will
4614 Webb Lane
Murfreesboro, TN 37129

Robert Dale King
166 Ruffsdale Rd
Ruffsdale, PA 15679


Robert Davey
51 Noble Street
Sellersville, PA 18960


Robert Derito
721 Locust Street
Greensburg, PA 15601


Robert Desmond Tallon
400 N Coronado  Apt 2141
Chandler, AZ 85224


Robert Detty
11044 Chase Run Road
Albany, OH 45710


Robert Dicataldo
6922 Broadtale Court
New Tripoli, PA 18066

Robert DiCristofaro
14011 Mike Rd
N Huntingdon, PA 15642

Robert Donmoyer
423 W Main Street
Tremont, PA 17901

Robert Drake
1717 E Crocus Drive
Phoenix, AZ 85022

Robert Dwyer
7617 W Corrine Drive
Peoria, AZ 85381

Robert E Bowls
4596 Scott Crossing Drive #1
Memphis, TN 38128

Robert E Davis
3331 Heatherwood Trace
Clarksville, TN 37040

Robert E Hall
210 Main Street  PO Box 303
Markleysburg, PA 15459


Robert E Heister
312 Girard Avenue
Reading, PA 19605


Robert E Hermann
5812 Footemill Road
Erie, PA 16509


Robert E Landress
108 Ohio Ave
Etowah, TN 37331


Robert E MacGregor
1364 Marsdale Avenue
Columbus, OH 43223


Robert E Marshall
2017 Ensign Dr
Aliquippa, PA 15001

Robert E Myers
6615 East Sparta Avenue
East Sparta, OH 44626


Robert E Newsom
5820 N Murray Drive
Charleston, SC 29401


Robert E Rostorfer
702 South Park
Wakpakoneta, OH 45895


Robert E Schwaderer
5801 State Route 61
Shelby, OH 44875


Robert E Stevens
3035 Quail Ridge Circle
Durant, OK 74701


Robert E Summers
388 E Main Street
Mahaffey, PA 15757

Robert Edwards
816 Highland Road
Canton, OH 44704


Robert Elliott
184 Cline Ave
Mansfield, OH 44907


Robert Elliott
640 Harpeth Knoll Road
Nashville, TN 37221


Robert Ellison
161 Mack Street
Gaston, SC 29053


Robert English
111 Chestnut St
Cherry Hill, NJ 08002


Robert Erickson
30621 N 46th Street
Cave Creek, AZ 85331

Robert F  Schur
450 Lower Whitescreek Rd
Confluence, PA 15424

Robert F Brown
3987 Possum Point Road
Walterboro, SC 29488

Robert F Dougherty
9101 New Falls Rd
Levittown, PA 19054

Robert F Greenwood
41134 N Cambria Drive
Queen Creek, AZ 85242

Robert F Klick
28 Arbor Drive
Myerstown, PA 17067

Robert F Maney
2844 Southway SW
Massillon, OH 44646

Robert F Pollock
1 Harrison Street
Amesville, OH 45711


Robert F Swords
38 S Hartman Street
York, PA 17403


Robert Ferguson
2851 Holman Drive
Erie, PA 16509


Robert Fouch
1823 West 8th Street
Erie, PA 16505


Robert Fox
3838 East Avenue
Rochester, NY 14618


Robert Frankenberry
477 Mimosa Ln
Crossville, Tn 38572

Robert Fransko
10519 Martinique Isle Drive
Tampa, FL 33647


Robert Fraser
1540 Old Hickory Blvd.
Brentwood, TN 37027


Robert Freedberg
434 Dogwood Terrace
Easton, PA 18040


Robert Fuoco
1050 Dennis Avenue
Monessen, PA 15062


Robert G Johannes
313 Seminole Court
Goodlettsville, TN 37072


Robert G Kenney
522 Thomas Jefferson Circle
Madison, TN 37115

Robert G Kirk
318 Everson Road
Belpre, OH 45714


Robert G Watson
614 Birch Ct
Erie, PA 16503


Robert Gant
3660 N Tellegrino Drive
Tucson, AZ 85749


Robert Gearhart
14509 Jerricho Rd
Dalton, OH 44618


Robert Giddens
10615 Winfield Loop
Manassas, VA 20109


Robert Golomb
46 Deer Run
Forsyth, GA 31029

Robert Grauer
1110 Baron Road
Waxhaw, NC 28173


Robert Graziani
6415 Lake Arbor Dr
Independence, KY 41051


Robert Greager
320 Maryland Avenue
Greensburg, PA 15601


Robert Greene Jr
PO Box 4
Whigham, GA 39897


Robert Guzman
5187 Greene Lane Apt B
Las Vegas, NV 89119


Robert H Amig
RR 1 Box 453
Mifflintown, PA 17059

Robert H Frantz
77 Kettle Rd
Tamaqua, PA 18252


Robert H Landsberger
46666 Allendale Avenue
New Waterford, OH 44445


Robert H Ponting
1656 Heimandale Road
Lebanon, PA 17046


Robert H Ring
8 Sunset Lane
Yardley, PA 19067


Robert H Williams
636 National Dr
Pittsburgh, PA 15235


Robert H Williamson
6480 Shull Rd
Huber Heights, OH 45424

Robert Hallatschek
49 Dorshiemer Lane
Honey Brok, PA 19344


Robert Hamilton III
205 Plymouth Rd  Box 612
Gwynedd Valley,  PA 19437


Robert Hand
20676 Honey Creek Rd
Tonganoxie, KS 66086


Robert Hargesheimer
1192 Reichenbach Road
Collegeville,  PA 19426


Robert Harriman
5999 Edmondson Pike
Nashville, TN 37211


Robert Harrison
422 Gleason Court
Pooler, GA 31322

Robert Haynes
12995 Mont Road
Fulton, PA 17332


Robert Headman
27 Creek Lane
Mullica Hill, NJ 08062


Robert Hearston
9698 Falls Ridge Court
Cincinnati, OH 45231


Robert Helsley ll
498 Blackie Lane
Altoona, PA 16601


Robert Heyward
5629 Heyward Smalls Rd
Hollywood, SC 29449


Robert Hinton
RR 8 Box 70758
Saylorsburg, PA 18353

Robert Hipps
742 Wilkes Rd
Columbia, SC 29203


Robert Hnatuk
2863 Marietta Way
Gilbertsville, PA 19525


Robert Hoang Jr.
4659 W. 150th Street
Cleveland, OH 44135


Robert Hoffman
1788 Nuevo Road
Henderson, NV 89014


Robert Horsford
753 Warburton Ave
Yonkers, NY 10701


Robert Houck
1559 Old Westminster Road
Westminster, MD 21157

Robert Howes
47930 Cadiz Harrisville Road
Cadiz, OH 43907


Robert Hunter
1824 Tubman Road SE
Washington, DC 20020


Robert Hupperich Sr
253 Tyler Road
Woodbine, NJ 08270


Robert Huska lll
14 Cheapeake Est
Thomasville, PA 17363


Robert Hutchinson
5204 Tamarus Street Apt A
Las Vegas, NV 89119


Robert I Jones
1119 Bessica Street
Pittsburgh, PA 15221

```
Robert Israel
145 105th Ave SE Apt 23
Bellevue, WA 98004



Robert Istone
3354 Crawlington Drive
Gibsonia, PA 15044



Robert J  Ficca
81 Green Manor Dr
Butler, PA 16002



Robert J  Fox Jr
2086 Huber Drive
Quakertown, PA 18951



Robert J  Hubert
206 N Julian St
Williamstown, PA 17098



Robert J Bowers
379 Route 61 South
Schuylkill HAven, PA 17972
```

Robert J Columbia
631 Fairway View Drive
Algonquin, IL 60102

Robert J Demyanovich
225 West Phillips St
Coaldale, PA 18218

Robert J Dumas
8371 Twin Angel Cove
Memphis, TN 38125

Robert J Gallaher
135 Overlook Lane
Beaver Falls, PA 16117

Robert J Gentile
2004 Babcock Boulevard #2
Pittsburgh, PA 15209

Robert J Hooks Jr
1009 Leonard Street
Camden, AR 71701

Robert J Hoose
939 Cimarron Dr
Pittsburgh, PA 15235


Robert J Kapanyko
137 Gourley lane
Monaca, PA 15061


Robert J Kasinec
609 Fifth Street
Pitcairn, PA 15140


Robert J Long
40 Colonial Dr
McKeesport, PA 15135


Robert J Matlock
87 Wiggan Street
New Philadelphia, PA 17959


Robert J McManamy Jr
RR 3  Box 279
Hollidaysburg, PA 16648

Robert J Mulligan
3959 Coe Road
Albany, OH 45710

Robert J Musgrove
1 Pocono Rd
Tobyhanna, PA 18466

Robert J OHare
164 Locust St
Muse, PA 15350

Robert J Rankl
1771 Cadbury Avenue
Massillon, OH 44646

Robert J Rathmann
5662 Kuhl Road
Erie, PA 16510

Robert J Redmond Jr
250 Concord Church Road
Baden, PA 15005

Robert J Speed
2918 A Cornell Avenue
New Castle, PA 16101


Robert J Ward
329 Rosewood Ave
Mt Sterling, OH 43143


Robert J Waterman
906 Canterbury Drive
Celina, OH 45822


Robert J Wilson Jr
143 Orchard Street
McKees Rocks, PA 15136


Robert Jarvis
1236 South Connecticut Avenue
Wellston, OH 45692


Robert Jefferson
117 Hawthorne Court
Wyomissing, PA 19610

Robert Johnson
243 Baltimore Street
Hanover, PA 17331

Robert Johnson
472 Connett Road
Nelsonville, OH 45764

Robert Jones
689 Cordova
Lenoir City, TN 37771

Robert Jordan
100 Haccyon Road
Summerville, SC 29483

Robert Joyce
14648 N 26th Ave
Phoenix, AZ 85023

Robert Karkutt
2605 W Hawks Eye Avenue
Apache Junction, AZ 85220

Robert Keagy
42725 Kelly Park Rd
Columbiana, OH 44408


Robert Kelly
321 Andover Road
Fairless Hills, PA 19030


Robert Koch
37 Eton Rd
Charleston, SC 29407


Robert Kozscki
4440 7th St
New Kensington, PA 15068


Robert Kronmiller
1050 Stonegate Road
Hummelstown, PA 17036


Robert L  Reynolds
6640 Ellesmere Rd
Nashville, TN 37205

Robert L  Woods
3521 Post Valley Dr
OFallon, MO 63368

Robert L Becher
312 Anthony Street
Pittsburgh, PA 15210

Robert L Brown
1250 Mississippi Avenue
Pittsburgh, PA 15216

Robert L Childs
2 Lowery Dr
Dunbar, PA 15431

Robert L Climer
8508 N Ruggles Ferry Pike
Strawberry Plain, TN 37871

Robert L Crook
1803 Vanda Ave
Hamilton, OH 45013

Robert L Cutshall Jr
1210 Mill Street SW
Canton, OH 44706

Robert L DiSilvestro
Box 418  28 Van Kirk Street
Republic, PA 15475

Robert L Ecker III
352 East Sixth Street
Mount Carmel, PA 17851

Robert L Frank
213 Woodlawn Ave
Canton, OH 44708

Robert L Frey
29 North May Avenue
Athens, OH 45701

Robert L Gebhard
249 Spice Church Road
Reading, PA 19606

Robert L Guest
1104 Raff Road SW
Canton, OH 44710


Robert L Hughey
3201 Michael Avenue
West Mifflin, PA 15122


Robert L Johnson
30 Carmacks Way
Toms River, NJ 08757


Robert L Leach
563 Washington Ave
Tyrone, PA 16686


Robert L Lutz
68 Bethel Road
Pine Grove, PA 17963


Robert L McGrath
26 Foxhall Close
Nashville, TN 37215

Robert L Myers
135 E Market  Suite 201
Blairsville, PA 15717


Robert L Oestreich Jr
81 Wildflower Road
Levittown, PA 19057


Robert L Phillips
123 E Main Street  PO Box 58
Shelby, OH 44875


Robert L Shotkus
107 Falmouth Road
Mooresville, NC 28117


Robert L Steenrod
4575 Campbell Road
Athens, OH 45701


Robert L Stern
1515 Chambers Street
Trenton, NJ 08610

Robert L Young
198 N West Street
Versailles, OH 45380


Robert Lara
5170 E Woodgate Lane
Tucson, AZ 85712


Robert Lawson
5230 E Hatcher
Phoenix, AZ 85253


Robert Lee Pentecost
160 N Freemont Avenue
Bellevue, PA 15202


Robert Lee Raezer
37 Hillcrest Road
Branchdale, PA 17923


Robert Lee Strauss
25 Fisher Mill Stream Rd
Bernville, PA 19506

Robert Leonard
1182 Magee Road
Patton, PA 16668

Robert Leuschen III
9157 Dover Lane
Girard, PA 16417

Robert Lopresti
1243 Brookline Blvd
Pittsburgh, PA 15226

Robert M  Wilson
1012 Dutch Hill Rd
Martins Ferry, OH 43935

Robert M Ashcroft
22151 N. Lakeside Drive
Maricopa, AZ 85138

Robert M Diehl
1001 East Main St  Ste 8
Carbondale, IL 62901

Robert M Hollowood
1012 Palmer Road
Adah, PA 15410


Robert M Jack
6429 Masau Road #1
Mason, OH 45040


Robert M Sabol
215 E Patterson St
Lansford, PA 18232


Robert M Souza
1100 Summerville Circle
Thompson Station, TN 37179


Robert M Spellman II
837 Willowood Drive W
Mansfield, OH 44906


Robert M Webb
2123 West Straford Drive
Chandler, AZ 85224

Robert M Zufall
108 Eisele Road
Cheswick, PA 15024


Robert MacArthur
310 Fancrest
Henderson, NV 89052


Robert MacDonald
1307 Hazelton
Burlington, ON L7P4V5
CANADA


Robert Macura
5405 Jacks Court
Catonsville, MD 21228


Robert Mapleton
1504 Roemer Boulevard
Farrell, PA 16121


Robert Matlock
395 Mountain Road
New Ringgold, PA 17960

Robert Maxwell Whited
152 Vulcan Rd
Madera, PA 16661


Robert Mazzeo
442 Cadet Ave
Pittsburgh, PA 15226


Robert McCormick
1141 Siry Road
California, KY 41007


Robert McDonald
6317 Orange hue Street
N Las Vegas, NV 89031


Robert McDonough
6056 Triple Crown Circle
Greensburg, PA 15601


Robert McLafferty
3565 Beck Road
Butler, PA 16002

Robert McMeans
2403 Falconer
Jamestown, NY 14701

Robert McPheters Jr.
5158 Dear Ridge Lane
Cincinnati, OH 45247

Robert McSherry
7198 Leechburg Road
New Kensington, PA 15068

Robert Melendez
19310 E Arowhead Trail
Queen Creek, AZ 85242

Robert Meyers
5904 Garden Grove Boulevard
Dublin, OH 43017

Robert Mintzer
14 Chrisamber Drive
Orwigsburg, PA 17961

Robert Mitchell
207 N Lackawanna Trail Rd
Dalton, PA 18414

Robert Mitchell
20032 E Happy Rd
Queen Creek, AZ 85243

Robert Mlynar
3945 Evergreen Drive
Monroeville, PA 15146

Robert Molnar
6134 Millerstown Eris Road
Urbana, OH 43078

Robert Monahan
529 West 9
Erie, PA 14802

Robert MOnfredi
12300  Perry Highway
Wexford, PA 15090

Robert Monness
189 Carlton Avenue
Marlton, NJ 08053


Robert Moore
1009 Flory Street
Elizabthetown, NJ 07201


Robert Mullet
128 Perry Drive NW
Canton, OH 44708


Robert Murphy
70 Blacklick Eastern Rd
Baltimore, OH 43105


Robert N Arnold
1963 Glenview Rd
Glenview, IL 60025


Robert N Shropshire
3759 Southshore Dr
Dayton, OH 45404

Robert Neigetti
154 Point of Rock Rd
Falls Village, CT 06031

Robert Nelson
10432 Marymone Place
Las Vegas, NV 89134

Robert Nickell
34914 Wolfe Hill Road
McArthur, OH 45651

Robert Nutting
847 Jackson Street
Allentown, PA 18102

Robert P Buher
11557 Circle Ridge
Strongsville, OH 44136

Robert P Lewis
8155 Black Run Rd
Nashport, OH 43830

Robert P Sanders
216 15th Avenue
Bethlehem, PA 18618


Robert P Smith
239 Steel Avenue
Northern Cambria, PA 15714


Robert P Tirak
3907 Washington Avenue
Erie, PA 16508


Robert Packard
39 Kenridge Drive
McKees Rocks, PA 15136


Robert Pankey
465 S. Torrance
Mesa, AZ 85208


Robert Pape
21 Hickory Lane
Marianna, PA 15345

Robert Paul Kidd
11375 E Sahuaro Drive
Scottsdale, AZ 85259


Robert Peoples Jr
66460 Sam Russell Rd
Dundas, OH 45634


Robert Perrinean
3405 Plaza Lane
N Charleston, SC 29420


Robert Phelps
11545 N Frank Lloyd Wright #1017
Scottsdale, AZ 85259


Robert Pickering
317 W Forest Street
Celina, OH 45822


Robert Plonski
108 N Madison Street #D1
Harrisburg, PA 17109

Robert Pollock
PO Box 201  1 Harrison St
Amesville, OH 45711


Robert Porter
101 Pastor Lane
Adena, OH 43901


Robert Pucak
4465 Burbank Road  4L
Wooster, OH 44691


Robert R  Lepre
9 Greenwood Road
Pittsburgh, PA 15221


Robert R Green
32 Devon Lane
Avondale Estates, GA 30002


Robert R Hanshaw
228 Indian Creek Drive
Mechanicsburg, PA 17050

Robert R Jones
241 Walpole Avenue Apt 1
Pittsburgh, PA 15235

Robert R McConnel
1181 Shenango Road
Darlington, PA 16115

Robert R Moyer
411 W Keller Street
Mechanicsburg, PA 17055

Robert R Renner
398 Mackinaw Avenue
Fairlawn, OH 44333

Robert R West
1803 James St
Singing Spring, PA 19608

Robert Reeves
3205 Dockside Drive
Hermitage, TN 37076

Robert Reeves
926 W Oakland Avenue
Johnson City, TN 37604


Robert Reiss
100 North 6th Street
Emmaus, PA 18049


Robert Riddus
801 Roupe Avenue
Brackenridge, PA 15014


Robert Roman II
303 Tagart Avenue
Greenwood, SC 29649


Robert Romer
21280 Bonanza
Elkhorn, NE 68022


Robert Rue
1731 W Aster Drive
Phoenix, AZ 85029

Robert Runge
407 Carnegie Street
West Mifflin, PA 15122

Robert Ruth Jr.
51 Woodside Avenue
Temple, PA 19560

Robert S  Hartung III
320 Stuart NW
Massillon, OH 44646

Robert S Ensminger
1040 Mt Pleasant Rd
Lebanon, PA 17042

Robert S Frey Jr
2050 Jamie Court
Felton, PA 17322

Robert S Hershey
613 Sunset Drive
Dillsburg, PA 17019

Robert S Onder Jr
516 Overholt Drive
Scottdale, Pa 15683


Robert S Rowe
504 Robin Avenue
Frankfort, KY 40601


Robert S Williams
4678 Gillon Rd
Grenada, MS 38901


Robert Sacco
3341 Remuda Trail
Las Vegas, NV 89146


Robert Sackett
36311 Via El Paif Boniat
Temecula, CA 92592


Robert Scapone
5835 Heberton
Verona, PA 15147

Robert Schaper
4020 Kinross Lane
Birmingham, AL 35242


Robert Schertz
966 Longbrook Drive
Wadsworth, OH 44281


Robert Scott  George
814 Denning Ford Road
Portland, TN 37148


Robert Seewagon
329 Madison Ave
Longhorne, PA 19047


Robert Shively
10600 CR 153
East Liberty, OH 43319


Robert Simard
8005 Butte Avenue
Sutter, CA 95982

Robert Smith
1768 Shawnee Ave. SE
Massillon, OH 44646


Robert Smith
4036 W Dublin Street
Chandler, AZ 85226


Robert Smith
5525 Marifield Drive
Canfield, OH 44406


Robert Smith
98 Uhlertown Road
Erwinna, PA 18920


Robert Snyder
4299 Schupps Hill Road
Port Washington, OH 43837


Robert Souders
204 Fourth Street  PO Box 245
Summerdale, PA 17093

Robert Stephens
P.O. Box 2800-126
Carefree, AZ 85377

Robert Stiefvater
6859 Fairview Road
Brecksville, OH 44141

Robert Stutler
6420 Hampsher Road
Clinton, OH 44216

Robert Sullivan
708 Clemantis Drive
Nashville, TN 37201

Robert Sulzer
57545 Pioneer Way
Las Vegas, NV 89113

Robert Szypulski
35 Janette Circle
Irwin, PA 15642

Robert T Parker II
2308 Washington Avenue
West Lawn, PA 19609

Robert T Sanderson
9 Elk Ridge
Duck Creek Village, UT 84762

Robert Tallarico
1717 Sherman Avenue
New Kingston, PA 15068

Robert Taylor
2228 East National Pike
Scenery Hill, PA 15360

Robert Taylor
12215 Chapel Meadow Lane
Arlington, TN 38002

Robert Terrell Royal
6509 Millstream Dr
Harrison, TN 37341

Robert Thomas
Apt 115  1810 NW 23rd Blvd
Gainesville, FL 32605


Robert Thornton
58 Pioneer Trail
Marlborough, MA 01752


Robert Tiffner
145 Rolling Park Drive
Massillon, OH 44647


Robert Tremlett
4305 N. Rio Cancion Drive  #175
Tucson, AZ 85718


Robert V Novak
87 State Route 250
Adena, OH 43901


Robert V Smyth II
506 Belgrave Park
Nashville, TN 37215

Robert Vargas
8265 W Northview Avenue
Glendale, AZ 85303


Robert Volosin
107 Luella Ave.
Charleroi, PA 15022


Robert W  Lewis
17 Laurette Lane
Freeport, NY 11520


Robert W Burford Jr
545 State Route 908 Ext
Tarentum, PA 15084


Robert W Christie Jr
17 Poplar Drive
Albrightsville, PA 18210


Robert W Cote
14 Lane #1 Gasper Point
Warwick, RI 02888

Robert W Dretzka Jr
1064 Walcrest Drive
Mansfield, OH 44906

Robert W Eller
475 Sebring Road
Beaver, PA 15009

Robert W Evans
2716 Spade Road
Uniontown, OH 44685

Robert W Flynn
35 Boulder Drive
Pittsburgh, PA 15235

Robert W Forshaw
54 Highland
Tallmadge, OH 44278

Robert W Gift
2333 Wells Drive
Bethel Park, Pa 15102

Robert W Gist Jr
325 Speers Creek Church Rd
Elgin, SC 29405


Robert W Higgins
109 N Plum Street  Box 301
Ansonia, OH 45303


Robert W Hunsberger
38 Saybrook Drive
Hereford, PA 18056


Robert W Kane
105 Main Street
Gilberton, PA 17934


Robert W Lancaster
7 Oxford Circle
Somers Point, NJ 08244


Robert W Shimp
104 Creekview Drive
Jonestown, PA 17038

Robert W Simms
421 Lynn Court
Nashville, TN 37211


Robert W Wolff
344 Barclay Avenue
Pittsburgh, PA 15221


Robert Walendziewicz
143 W. Larkspur Street
Munhall, PA 15120


Robert Wallace
4554 South Creek Drive
Cookeville, TN 38506


Robert Waltz Jr
292 Williams Road
Leechburg, PA 15656


Robert Watson
237 Hawley Ave
Salem, OH 44460

Robert Wayne Hall
11 Sundance
Irmo, SC 29063

Robert Wecker
6604 Hood Rd NW
Albuquerque, NM 87114

Robert West III
6500 W Lake Mead 230
Las Vegas, NV 89108

Robert Wheatley
2315 Woodmont Boulevard
Nashville, TN 37215

Robert Wheeler
147 Greenview Drive
Verona, PA 15147

Robert Wilkie
303 S Forge Road
Palmyra, PA 17078

Robert Williams
14015 Turney Road
Maple Heights, OH 44137


Robert Wilson
200 Chester Avenue Apt A
Yeadon, PA 19050


Robert Woods Jr
300 Washington Rd  PH Apt
South Hills, PA 15216


Robert Wormsley
1531 Rutherford Avenue
Pittsburgh, PA 15216


Robert Wyman
881 Donelle Ave
Las Vegas, NV 89123


Robert Zarandin
11228 Victoria Medici Street
Las Vegas, NV 89141

Roberta A Livorini
2255 Clyde Street
Poland, OH 44514


Roberta A Reese
849 Phillips Road NE
Massillon, OH 44646


Roberta B Thornton
348 Webster Dr
Pittsburgh, PA 15235


Roberta D Beatty
4736 State Route 788
Wellston, OH 45692


Roberta E Owens
2231 Lincoln Way NW
Massillon, OH 44647


Roberta Garfield
3100 Old Post Drive
Pikesville, MD 21208

Roberta Harris
1029 Bryan Road
Drexel Hill, PA 19026

Roberta Jean Bonzo
805 5th St  Apt 32A
Baden, PA 15005

Roberta L Leahy
615 Figueroa Place SE
Canton, OH 44707

Roberto Sanchez
1309 Zarate Drive
San Juan, TX 78589

Robin  Horn
520 Cushmore Rd
Southampton, PA 18966

Robin  Lewandoski
133 S Thirteenth Street
Pittsburgh, PA 15203

Robin A Dunaway
2903 East Avenue  Apt 1
Erie, PA 16504


Robin Ann Saari
1368 Bunker Hill Road
Everett, PA 15537


Robin Arn
594 Beacon Road
Newark, OH 43055


Robin Barksdale
3904 Wayland Drive
Nashville, TN 37215


Robin Boniphant
1233 Williams Drive
Circleville, OH 43113


Robin Cole
8843 Seabright Drive
Powell, OH 43065

Robin Elliott
91 Hearth Stone Circle
Bartonsville, PA 18321


Robin Greenwald
330 3rd Avenue
New Kensington, PA 15068


Robin Grizzard
104 High Point Anchorage
Hendersonville, TN 37075


Robin Hutchings
587 E Bonita Avenue #A
San Dimas, CA 91773


Robin J Derr
913 Walnut Street
Columbia, PA 17512


Robin J Jarboe
8313 E Columbus Avenue
Scottsdale, AZ 85251

Robin J Petty
140 Cragmoor Drive
Roebuck, SC 29376


Robin J Townsend
2370 Morral Kirkpatrick Road W
Morral, OH 43337


Robin Jacoway Sr
1536 French Street Ext
Hermitage, PA 16148


Robin Jean Weirich
208 Swinging Bridge Rd
Hollidaysburg, PA 16648


Robin K Elliott
29 Elm Street
Quakertown, PA 18951


Robin L Bobula
644 South Hampton at Waterford
York, PA 17402

Robin L Grant
3370 N Hayden Rd Ste 123
Scottsdale, AZ 85251


Robin L Heller
111 9th St
Perkasie, PA 18944


Robin L Ramey
4537 Nine Mile Road
Southside, WV 25187


Robin Martin
441 Liberty Street
Grove City, PA 16127


Robin ODell
3189 Thornapple Drive
Lancaster, PA 17601


Robin Oldham
2443 Noble Rd
Cleveland Hts, OH 44121

Robin R Gallardo
10444 Ponderosa Drive
Foristell, MO 63348


Robin Rhodes
6 Lee Court
Maolewood, NJ 07040


Robin Senior
538 Firethorn Drive
Monroeville, PA 15146


Robin Shelton
6215 Charlotte
Nashville, TN 37209


Robin Smithson
10619 E Flossmore Avenue
Mesa, AZ 85208


Robin Staton
8219 Wilde Court
Waynesville, OH 45068

Robson Vaciloto
2750 Durango Drive #1031
Las Vegas, NV 89117


Robyn L Williams
1355 Southern Boulevard NW
Warren, OH 44485


Robyn M Harper
232 S Main Street
West Mansfield, OH 43358


Robynn Marshall
642 Park Avenue
Clairton, PA 15025


Rocco Anthony Dabecco
1465 Bristol Dr
South Park, PA 15129


Rocco D Pompa
1002 38th Street  Box 1221
Northern Cambri, PA 15714

Rocco Panuccio
300 Treeline Dr
Pen Argyl, PA 18072

Rochelle Anderson
643 Montgomery Woods Drive
Hockessin, DE 19707

Rochelle Faulkner
2956 Glen Mawr Avenue
Pittsburgh, PA 15214

Rochelle Hubbert
905 North New Street
Bethlehem, PA 18018

Rochelle M Boyer
1707 McMinn Street
Aliquippa, PA 15001

Rochelle Rouan
4037 Lanterman Road
Austintown, OH 44515

Rocio Zavala
6300 Carmen Blvd
Las Vegas, NV 96108

Rockie Lee Fraley
6531 Brown Quarry Road
Sabillasville, MD 21780

Roder Peterkin
234 Melrose Avenue
Lansdowne, PA 19050

Roderick D Lavelle
2215 Boustead Street
Pittsburgh, PA 15216

Roderick Devine
3636 Apple Road
Orefield, PA 18069

Roderick Hayes
152 Gloucester Pike
Lawnside, NJ 08045

Roderick Jackson
2936 Dell Dr
Columbia, SC 29209


Roderick Lewis
1151 Shogun Drive
Effort, PA 18330


Roderick M Bass
6480 Crimson Cove  No 103
Memphis, TN 38115


Roderick Malanyaon
3837 E 30th Road
Sheridan, IL 60551


Roderick Vance
4727 E Warner Rd  No 1078
Phoenix, AZ 85044


Roderick W James
4721 N 65th Avenue
Phoenix, AZ 85033

Roderick Yocum
11615 Detwiler Road
Columbiana, OH 44408



Rodg S King
11633 Can Col Road
Canfield, OH 44406



Rodger E King
31020 Logan Hornsmil Road
Logan, OH 43138



Rodger L Adams
103 Lesha Drive
Morrisville, PA 19067



Rodger Lindemuth
109 Pebble Lane
Brookville, PA 15825



Rodger Transue
48 Robin Hood Drive
Greenville, OH 45331

Rodney  Hostetler
5610 Foxford
Canton, OH 44706


Rodney  Kellow
3509 Tierra Amanda Lane
El Paso, TX 79938


Rodney  Shell Jr
112 Trace Lane
Dayton, TN 37321


Rodney Adamson
2233 State Route 156
Shelocta, PA 15774


Rodney Alexander
835 Oak Street
Coatsville, PA 19320


Rodney Beason
128 Grey Place
Mt Juliet, TN 37122

Rodney Boyd
1909 Russell Lee Drive
Louisville, KY 40211

Rodney D Robinson
4367 Chesser Road
Albany, OH 45710

Rodney E Peterson
13269 Etter Rd
Hartville, OH 44632

Rodney E Williams
6675 Century Arbor Place E  #306
Memphis, TN 38134

Rodney Emery
316 Selma Street
Sikeston, MO 63801

Rodney Essig
221 Cargile Lane
Nashville, TN 37205

Rodney G Craig
2238 Twp Rd 247
Degraff, OH 43318

Rodney Hicks
2673 Egypt Road
Willard, OH 44890

Rodney K McElravy
PO Box 288  1642 Hooker Rd
Karns City, PA 16041

Rodney L Guyer
223 Bolger Drive
Roaring Spring, PA 16673

Rodney L Wehry
170E Rauschs Road
New Ringgold, PA 17960

Rodney Lohr
212 Pine Street
Connellsville, PA 15425

Rodney Lumbardo
117 South Fulton  Apt 202
Wauseon, OH 43567

Rodney Merryman
9721 Kennet Square
Bolivar, OH 44612

Rodney Reed
4319 Ashland City Parkway
Ashland City, TN 37218

Rodney S Hardin
835 Seaton Lane
Sevierville, TN 37876

Rodney Smith
18027 N Emelita Court
Surprise, AZ 85374

Rodney Wilson
8046 Ranch Estates Road
Clarkston, MI 48348

Rodolfo Gastelum
5 S Poplar Way
Chandler, AZ 85226


Rodolfo Kabaitan
100 Miller Court
Summerville, SC 29485


Rodolfo Madrid
44523 W Honeycutt Road
Phoenix, AZ 85239


Rodolfo Medina
1116 E. 76th Street
Los Angeles, CA 90001


Rodrick J Smith
15 Sweet Arrow Drive
Hummelstown, PA 17036


Rodrigo Calderon
6461 Blueberry Lane
Pipersville, PA 18942

Rodrigo Sagastegui
419 Blue Mountain Lake
E Stroudsburg, PA 18301

Rodriguez Moreno
4214 Bethel Church Road  Apt 1123
Columbia, SC 29206

Roei Hasson
6160 Rumrill Street #222
Las Vegas, NV 89113

Rogelio Espinoza
PO Box 591
Kings Beach, CA 96143

Roger  Reed
869 Reeds Level Rd
McKenzie, TN 38201

Roger  Sommers
6100 West Broken Arrow Drive
New Palestine, IN 46163

Roger  Sterry
1251 Evline Dr
Mansfield, OH 44904


Roger  Webb
995 Linn St
Cochocton, OH 43812


Roger A Hess
1461 Bridge Cross Parkway
Hermitage, TN 37076


Roger Allman
101 First Scott Dr
Johnson City, TN 37601


Roger Anthony Watts
515 Lincoln Drive W
Ambler, PA 19002


Roger B Diekmann
1204 Township Highway
Amsterdam, OH 43903

Roger Beazel Jr
7046 Wabash Avenue
Navarre, OH 44662

Roger Blank
5468 North 78th Street
Scottsdale, AZ 85250

Roger Bowen
26593 TR 345
Warsaw, OH 43844

Roger Broerman
614 S Wayne St
Ft Recovery, OH 45846

Roger C Dye
140 George Chapman Drive
Meridianville, AL 35759

Roger D Barney
62601 McVey Road
Creola, OH 45622

Roger D Kempton
323 Oakland Avenue
Sandusky, OH 44870


Roger Dials
562 Cliffside Drive
Lexington, OH 46604


Roger Eugene Rill Jr
1006 Baer Ave
Hanover, PA 17331


Roger G Frazzini Jr
2041 Mercer Road
New Brighton, PA 15066


Roger Goodman
765 Forman Road
Souderton, PA 18964


Roger Hauck
1978 Church Road
Hummelstown, PA 17036

Roger J Knapke
5282 Burkettsville Street   Henry Road
Coldwater, OH 45828


Roger Kennedy
4062 Harmony Hwy
Harmony, NC 28634


Roger Kubancik
13160 Bourne Place
Bristow, Va 20136


Roger L Frazier
405 Lockleven Drive
Columbia, SC 29223


Roger L Gekler
416 Railroad Avenue
Crestline, OH 44827


Roger L Hall
21 NE Prairie View Drive
Elgin, OK 73538

Roger L Smith Jr
Route 4 Box E60
Bruceton Mills, WV 26525


Roger M  Jones
42650 Oakridge Road
Wellsville, OH 43968


Roger M Norman II
243 South Cedar Avenue
Lancaster, OH 43130


Roger Mativio Jr
203 East Mills Blvd
Republic, PA 15475


Roger McCune
28325 Old SR 346
Albany, OH 45710


Roger Owen
2661 Graham Road
Akron, OH 44312

Roger P Barney
4829 Amherst Road
Erie, PA 16506


Roger Paul Disilvestro Jr
600 S Detroit  Apt 102
Los Angeles, CA 90036


Roger Pile
152 Saint Andrews Drive
Knoxville, TN 37934


Roger Powers
4410 W Seldon
Phoenix, AZ 85302


Roger R  Lankford
2010 State Route 41
Troy, OH 45373


Roger Ripperger
4639 North 100th Avenue
Phoenix, AZ 85037

Roger Swonger
230 West Maple Street
Hartville, OH 44632


Roger Van Arrwindt
3034 W Eagle Claw Drive
Phoenix, AZ 85086


Roger W Myers
65258 Brook Avenue
Bellaire, OH 43906


Roger Whittenburg
3741 Taylors Chapel Road
Crossville, TN 38572


Roger Wolf
1009 Parkway Drive
St Marys, OH 45885


Rohit Bhambi
97 Aspinwall Ave
Brookline, MA 02446

Rohit Sharma
984 Eckford Drive
Troy, MI 48085

Roland Albert
6219 Avain Glen Circle
Dayton, OH 45424

Roland E Peck
605 Sunrise Farm Court
Lexington, SC 29073

Roland Eubanks
8924 Collins Avenue
Pennsauken, NJ 08110

Roland G Phelps Sr
235 Pear St
Reading, PA 19601

Roland Hall
939 Baldwin Avenue
Sharon, PA 16146

Roland L Washington II
1215 Field Avenue
Plainfield, NJ 07060


Roland Wilson
2230 South Racoon Road # 112
Austintown, OH 44515


Roland Young
1119 Reves Terrace
Union, NJ 07083


Rolando Caparas
1854 Shellring Circle
Mt Pleasant, SC 29466


Rolando Marzado
3370 Prow Ct
N Las Vegas, NV 89031


Roldan Pasron
12808 Northern Sky Avenue NE
Albuquerque, NM 87111

Rolinda Kappeler
2562 Goodfield Point
Dayton, OH 45458



Rolland D Christm
1084 Maple Hollow Road
Duncansville, PA 16635



Roman Fedorak
68 Teal Drive
Langhorne, PA 19047



Romano Norway
11012 Bowler Ridge Road
New Mansfield, OH 45766



Rommel Sinclair
322 Red Tail Drive
Blythewood, SC 29016



Romona L Luguire Litrell
2 Boardwalk Lane
Lexington, SC 29872

Romonda L Eulls
6451 Kindness Cove
Memphis, TN 38115




Ron Anderson
1204 Beautiful Valley Court
Nashville, TN 37221




Ron Brautigam
4822 Tawawa Maplewood
Sidney, OH 45365




Ron Ewing
12253 Rt 286 Hwy E
Commodore, PA 15729




Ron Fishkind
1527 E Topeka Dr
Phoenix, AZ 85024




Ron Good
68055 Hawk Station
Wellston, OH 45692

Ron Gurule
556 W Kiva Ave
Mesa, AZ 85210


Ron Hicks
9112 E Plata Ave
Mesa, AZ 85212


Ron Irad
18760 Wells Drive
Tarzana, CA 91356


Ron Keffer
177 Estates Drive
Morgantown, WV 26508


Ron Ritchey
5154 Abbotsburg Court
New Albany, OH 43054


Ron Rothenberger
410 Lincoln Drive
Wernersville, PA 19565

Ron Staso
20591 Ball Avenue
Euclid, OH 44123

Ron Suedekom
180 Timberline Rd
Franklin, TN 37069

Ron Wade
1069 Barry Lane
Gallatin, TN 37066

Ron Weller
PO Box 642
Black Canyon City, AZ 85324

Ronald  Arduino
406 Longfellow St
Vandergrift, PA 15690

Ronald  Caldwell
3223 Clearbrook
Memphis, TN 38115

Ronald  Chunn
2132 Heyward Brockington Road
Columbia, SC 29203




Ronald  Evans
1075 Broadway Rd N
Lexington, TN 38351




Ronald  Goings
320 McKinley St
Pittsburgh, PA 15210




Ronald  Hollowell
1033 East Greenville Road
Winchester, IN 47394




Ronald  Johnson
1714 Torrington Circle
Longwood, FL 32750




Ronald  Klingensmith
939 7th Ave
Ford City, PA 16226

```
Ronald  Krzanosky
1017 Queen Street
Pottstown, PA 19464




Ronald  Locklair Jr.
148 Forts Pond Road
Pelion, SC 29123




Ronald  Long
RR1 Box 761B
Coal Township, PA 17866




Ronald  Luckenbaugh
29 McAllister Street
Hanover, PA 17331




Ronald  McFarland
38 Engler Lane
Jim Thorpe, PA 18229




Ronald  Pruitt
1220 Vintage Place
Nashville, TN 37215
```

Ronald  Ross Jr
3516 Heritage Valley Rd
Atlanta, GA 30331

Ronald  Rushlow
2113 N Split Rock
Tucson, AZ 85749

Ronald  Rutter
728 Echo Street
Celina, OH 45822

Ronald  Watson
410 Seville Avenue
Altamonte Spring, FL 32714

Ronald  Wells
5 Presidential Boulevard
Shelby, OH 44875

Ronald & Wendy Price
505 Green Dale Ave
Pittsburgh, PA 15218

Ronald A DiCarlo
2 Woodclift Road
Pittsburgh, PA 15238


Ronald A Nicholson Jr
101 Buchanan Road
Normalville, PA 15469


Ronald A Rabuck
218 Walnut St
Williamstown, PA 17098


Ronald A Salvatore
722 Limestone Drive
Allison Park, PA 15101


Ronald A Schaefer Jr
14 Kaywood Lane
Cherry Hill, NJ 08034


Ronald A Schulze
5199 Karafit Rd
Celina, OH 45822

Ronald A Young
7841 Old Charlotte Pike
Nashville, TN 37209


Ronald B &  Katherine Gavin
1208 Myrick Road
Mt. Pleasant, SC 29464


Ronald B Hojstrand
6164 57th St NE
Leeds, ND 58346


Ronald Beady
1447 North Stewart Road
Mansfield, OH 44903


Ronald Bender
375 Sylvis Road
Cherry Tree, PA 15724


Ronald Boyden
106 18th Street
Vandergrift, PA 15690

Ronald Brawley
5908 Hampden Ave
Rockvale, TN 37153


Ronald Burton
40 Euclid Street
Silhol, OH 44878


Ronald C Ball
2840 Souoth Church St
Murfreesboro, TN 37127


Ronald C McDonough Jr
616 Excelsior Ave
Croydon, PA 19021


Ronald C Titus
9911 Alms Park Dr
San Antonio, TX 78250


Ronald Chatham
715 Logan Ave
Altoona, PA 16602

Ronald Christy Jr.
21 Dewey Lane
Glen Gardner, NJ 08826


Ronald Coleman
411 West 5th Street
Mt Carmel, PA 17851


Ronald D Bunyak II
280 Morris Street
Clymer, PA 15728


Ronald D Gordon
656 N Kirk Street
West Lafayette, OH 43845


Ronald D Looney
9105 Center Hill
Olive Branch, MS 38654


Ronald D Palagyi
1551 Dalton Dr
Pittsburgh, PA 15237

Ronald D Schwietzer
1009 State Route 314 S
Mansfield, OH 44903


Ronald D Waybright
119 Highlawn Drive
Ripley, WV 25271


Ronald Darwin McLean
1460 Pine Island View
Mt Pleasant, SC 29464


Ronald David Miles
3503 Yale Avenue
Columbia, SC 29205


Ronald DeFrees
4001 Circle Avenue
Reading, PA 19606


Ronald Donatucci
4723 Lorigan St
Pittsburgh, PA 15224

Ronald E Bittner
9315 Old Perry Hwy
Pittsburgh, PA 15237

Ronald E Galbraith
5352 Forest Acres Dr
Nashville, TN 37220

Ronald E Heagy
205 Elmwood Boulevard
York, PA 17403

Ronald E Miller
11194 Preble County Line
Middletown, OH 45042

Ronald E Olenik
2118 Second Street
South Connellsville, PA 15425

Ronald E Shaw Sr
3438 Central Avenue
Shadyside, OH 43947

Ronald E Six
14701 St Rt 691
Nelsonville, OH 45764


Ronald E Whitekettle
225 Church Avenue
Ephrata, PA 17522


Ronald Eliason
2658 Dublin Avenue
Waterford, PA 16441


Ronald Ellsworth
373 Carmichael
Sierra Vista, AZ 85635


Ronald F Hacker
5713 Headgates Road
Hamilton, OH 45011


Ronald F Treisch
5909 State Route 19
Galion, OH 44833

Ronald Fisher
14037 Whitesville Road
DelMar, DE 19940


Ronald G Beck
253 Portman Lane
Bridgeville, PA 15017


Ronald Garfold
1148 5th St.
Oakmont, PA 15139


Ronald Gene Minus
1013 Concord Church Road
Allendale, SC 29810


Ronald George Pollock
8150 Krebs Highway
Clearfield, PA 16830


Ronald Glenn
2012 33rd Street SW
Canton, OH 44706

Ronald Grove
243 Miller Rd
Franklin, PA 16323


Ronald H Danner
2123 Southpointe Drive
Hummelstown, PA 17036


Ronald H Goron
183 Pond Lane
CConnellsville, PA 15425


Ronald H Simon
501 W Southern Avenue
Columbiana, OH 44408


Ronald Hill
141 Maplebrook Ct
Columbus, GA 31904


Ronald Holbrook
928 Moore Oaks Ct
Henderson, NV 89011

Ronald Holland
60 Sumner Avenue #1
Pittsburgh, PA 15202

Ronald Howell Jr
26 Creed Avenue
Youngstown, OH 44515

Ronald Hutchinson
1020 Valonia Street
Pittsburgh, PA 15220

Ronald J Bennett
236 Voyager Estates
West Newton, PA 15089

Ronald J Boardman
16911 Tarbell Rd
Union City, PA 16438

Ronald J Froehlich
35220 Hiawatha Trail
Lima, OH 45806

Ronald J Grogan
1882 Graham Boulevard
Pittsburgh, PA 15235


Ronald J Holt
1744 Nova Lane
Poland, OH 44514


Ronald J Palo Jr
48 Collier Avenue
Uniontown, PA 15401


Ronald J Richards
2001 Oakland Road
Sweetwater, IN 37874


Ronald J Scere
749 Euclid Ave  POB 376
Saegertown, PA 16433


Ronald Jackson
12914 Sheridian Street
Avondale, PA 85323

Ronald Johnson
144 Park Avenue
Est Palestine, OH 44413

Ronald Keown
600 W. College PO Box 849
Oxford, KS 67119

Ronald L  Delaney
897 Salsgiver Dr
Leeper, PA 16233

Ronald L  Miller
3328 Marrion St
Reading, PA 19605

Ronald L Babbert
1936 Carroll Eastern Road
Lancaster, OH 43130

Ronald L Pauley
245 S 5TH Street
Reading, PA 19602

Ronald L Sturm
3712 Second Avenue
Beaver Falls, PA 15010

Ronald L Wilkerson
101 West Richland Ave. Apt. 105
Myerstown, PA 17067

Ronald L. Byron
P.O. Box 5880
Woodland Park, CO 80866

Ronald Lehman
15 Westwood Road  PO Box 571
Gouldsboro, PA 18424

Ronald Leslie Evens Jr
898 Old Wilmington Road
Sadsburyville, PA 19369

Ronald Lombard
4430 Twin Oaks Drive
Murrysville, PA 15668

Ronald Lutz
355 Roslyn Avenue
Glenside, PA 19038




Ronald M Schott
503 S Hickory St
Scottsdale, PA 15683




Ronald McIlwain
5053 Fairleaf Rd
Van Wyck, SC 29744




Ronald Miller
4080 Derr Road
Springfield, OH 45503




Ronald Myers
220 Ashley Hall Rd
Columbus, SC 29229




Ronald O OBrien
322 Minor Street
Emmaus, PA 18049

Ronald Orwig
1051 Coverdale St
Pittsburgh, PA 15220

Ronald P Castanet
21 Sherman Circle
McDonald, PA 15057

Ronald P Harris
3323 Nash Place SE
Washington, DC 20020

Ronald Palo
10 N Morgantown St
Fairchance, PA 15436

Ronald Pike
100 Ralston St No 603
Reno, NV 89503

Ronald Platek
1830 North Buffalo Drive #1072
Las Vegas, NV 89128

Ronald Poorman
339 S Arlington Ave
Harrisburg, PA 17109

Ronald Powell
12026 Crossroads Avenue
Felton, PA 17322

Ronald R Fedor
103 Jefferson Drive
Clairton, PA 15025

Ronald R Fowler
26449 Ridge Road
Coolville, OH 45723

Ronald R Roush
8509 State Route 7
Cheshire, OH 45620

Ronald R Schamber
225 Cavalry Road
Jonestown, PA 17038

Ronald Radcliff
14605 Olive Green Road
Centerburg, OH 43011


Ronald Ragen
851 E Thompson St
Philadelphia, PA 19125


Ronald Rambo
139 Three Oaks Ct
Prosperity, SC 29127


Ronald Ray
236 Simpson Rd.
Greensburg, PA 15601


Ronald Rohrbaugh ll
12203 Sprucevale Road
East Liverpool, OH 43970


Ronald Romandi III
204 W Front Street
Lansford, PA 18234

Ronald S DeMarco
21 Rittenhouse Circle
Flemington, NJ 08822

Ronald S Frederick
1 Mannina Avenue
Dunlevy, PA 15432

Ronald S Kees
203 Deer Park Lane
Franklin, TN 37069

Ronald S McAbee
2006 Fransworth Drive
Nashville, TN 37205

Ronald Schumacker
2321 4th Street
Tucker, GA 30084

Ronald Sheetz
432 Keystone Drive
New Kensington, PA 15068

Ronald Shields
101 Seel Street
Pittsburgh, PA 15223


Ronald Shipman
64 N 4th Street
Easton, PA 18042


Ronald Stark
4022 Henry Camp Road
St Marys, WV 26170


Ronald Stauffer
3054 Chippendale NW
Massillon, OH 44646


Ronald Thomas
3845 Wiggins Bay St  Unit 202
Las VEgas, NV 89129


Ronald Vogel
R8 BX 229 Williams
Manheim, PA 18545

Ronald W  Brown
937 W Trenton AVe  B2
Morrisville, PA 19067


Ronald W Allen
120 Deer Run Road
Anderson, SC 29626


Ronald W Koller
650 Forest Drive
Palmerton, PA 18071


Ronald W Reed
3516 Snyder Drive
Wooster, OH 44691


Ronald W Rhodes
31 Ranch Road
Dunbar, PA 15431


Ronald West
324 Pine Street
Tamaqua, PA 18252

Ronald Williams
11934 Hendersonville Hwy
Yemassee, SC 29945


Ronald Young
3777 Farber Street
Magnolia, OH 44643


Ronald Younkin
748 Baning Rd
Dawson, PA 15428


Ronardo C Stewart
2908 Harbor View Drive
Nashville, TN 37217


Ronda Bunting
525 Arthur Ave
Maryville, TN 37804


Ronda M Thomas
919 Tara Trail
Columbia, SC 29210

Rondale A Wilbur
2750 Robinson Boulevard #15
Penn Hills, PA 15235

Ronell Morrison
818 Overlook Place
McKees Rocks, PA 15136

Rong Luo
4747 Lage Drive
San Jose, CA 95130

Ronit Finkelstein
148 Hadassah Lane
Lakewood, NJ 08701

Ronld L Gates
206 Capitol Hill Rd
Dilllsburg, PA 17019

Ronnie  Wells
100 Towhee Trail
Shelbyville, TN 37160

Ronnie Boan
101 Mylon Ray Hopkins Ct
Greenville, SC 29601


Ronnie E Dzubinski Jr
237 Maple Avenue
Oakdale, PA 15071


Ronnie Freedberg
434 Dogwood Drive
Easton, PA 18040


Ronnie L ODell
270 E Pleasant Street
Pennville, IN 47369


Ronnie McCoy
4417 Spring Cove Drive
Murfreesboro, TN 37128


Ronnie Palmer
1211 South Longacre
Lansdowne, PA 19050

Ronnie Parker
8700 Oak Spring Lane
Colfax, NC 27235


Ronnie Swoger
103 Santa Fe
Olpe, KS 66865


Ronnie Turner
P.O. Box 1208
Brewster, WA 98812


Ronnie W Childers
1477 Footville Richmond
Jefferson, OH 44047


Ronnie White
23724 Laura Leigh Lane
Athens, AL 35613


Roody Ira
15401 N 30th Ave
Phoenix, AZ 85053

Roque Murillo
2112 David Drive
Bristol, PA 19007


Rory D Nesmith
112 S Arch Street
Mechanicsburg, PA 17055


Rory J Knotts
178 Curtis Rd
Fayetteville, TN 37334


Rory J Lipsett
74 Spring Street
Pottsville, PA 17901


Rory Lyons
2469 Brookledge Road Apt A33
Bridgeville, PA 15017


Rory Tangalin
502 W Main Street
Cape May Court House, NJ 08210

Rosa Duran
706 Willowick Avenue
North Las Vegas, NV 89031



Rosa Lee Lawson
201 Raintree Drive
Irmo, SC 29063



Rosa Medina De Garcia
655 N Second Avenue  Apt 3
San Luis, AZ 85349



Rosabel Chua
8606 West Carrol Avenue
Peoria, AZ 85345



Rosalie  Pribbenow
413 29th St Nort
Pell City, AL 35125



Rosalie Durkota
129 Ridgeview Drive
Ligonier, PA 15658

Rosalie Malave
415 Swatara Street
Steelton, PA 17113


Rosalind R Scales
614 Chester Ave
Pittsburgh, PA 15214


Rosalind Volious
1248 Ferry Street
Easton, PA 18042


Rosalinda Richardson
4400 South Jones #2095
Las Vegas, NV 89103


Rosalva Escobar
800 Orquidea Street
San Luis, AZ 85349


Rosaly Jimenez
435 N 6th Street #F
Allentown, PA 18102

Rosalyn James
703 Wood Duck Court
Middletown, DE 19709

Rosalyn Yellin
6 Spruce Drive
Holland, PA 18966

Rosanne Griffith
3467 Banyan Street NW
Massillon, OH 44646

Rosanne Tarapacki
9380 East Wood Drive
Scottsdale, AZ 85260

Rosario Chase
97 Rockview Avenue
North Plainfield, NJ 07060

Rosaura Munoz
1401 North Lamb Blvd # 207
Las Vegas, NV 89110

Rosco L Crabtree
20 Mound St
The Plains, OH 45780



Roscoe H Woods
1073 Cove Lane
Oliver Springs, TN 37840



Roscoe Jackson
26701 Rock Run Road
Jackson, OH 45723



Rose A Azumah
6217 Springbeauty Drive
Charlotte, NC 28227



Rose A Barbato
16 Hilltop Drive
Greensburg, PA 15601



Rose A Blower
19265 State Route 329  Rt 3
Glouster, OH 45732

Rose A Rupert
1309 Chelton Avenue
Pittsburgh, PA 15226


Rose Ann Clements
5803 Clover Street
Chatanooga, TN 37412


Rose Conti
112 Village Rd
Villas, NJ 08251


Rose Farlin
7842 Edgewater Dr
Columbia, SC 29223


Rose George
48 Carol Ann Drive
Lebanon, PA 17046


Rose L Gladden
1318S Fountain Street
Allentown, PA 18103

Rose M Giovinazzo
3742 Sharp Street
Philadelphia, PA 19127

Rose M Reid
852 North Garland
Youngstown, OH 44506

Rose M Strbak
612 S Walnut St
Blairsville, PA 15717

Rose M Trout
5 Sout Plains Rd
The Plains, OH 45780

Rose Marie Dobbs
RR4 Box 347
Cameron, WV 26033

Rose Marie Painter
9268 Burlingham Road
Holland, NY 14080

Rose Marina Colon
3108 Jimmy Ct
Fayetteville, NC 28306


Rose Mary Rimer
1403 Spruce Street
Cheswick, PA 15024


Rose Poole
4884 State Route 39 NW
Dover, OH 44622


Rose Redcay
651 Broad Street
Chambersburg, PA 17201


Rose Thurman
381 Thurman Lane
Decatur, TN 37322


Roseann Beau
201 West Hederow Drive
Swedesboro, NJ 08085

Roseanne D Leamond
805 N Channel Court
Charleston, SC 29412




Rosemarie  Elm
675 Sandy Hill Rd
Valencia, PA 16059




Rosemarie Cooney
812 Avon Road
Philadelphia, PA 19116




Rosemarie J Gordon
916 Freeport Road
Freeport, PA 16229




Rosemarie Johnson
5006J North Convert Avenue
Philadelphia, Pa 19114




Rosemarie Rodriguez
5325 Jackson St
Philadelphia, PA 19124

Rosemary Cantrell
736 E Villa Rita Drive
Phoenix, AZ 85022


Rosemary Fink
1062 Highland Dr
Albany, OH 45710


Rosemary Keller
34856 State Route 7
Pomeroy, OH 45769


Rosemary L Hagar
521 W Wayne Street
Celina, OH 45822


Rosemary Tambasco
106 Race Street
Ringtown, PA 17967


Rosendo Andrade
901 Brush Street #189
Las Vegas, NV 89107

Rosetta D Boyd
84 Oak Ridge Drive
Newberry, SC 29108


Roshan Patel
1517 Secor Rd  Apt 302
Toledo, OH 43607


Roshelle D Andrews
528 W Greenleaf Street
Allentown, PA 18102


Rosie B  Smith
12 Ketchum Court
Bloomington, IL 61704


Rosie L Jones
2897 Wade Avenue
Cleveland, Oh 44113


Rosie M Eshbach
3720 Rosewood Road
Reading, PA 19605

Rosinna Briones
3438 N Sonoran Hills
Mesa, AZ 85207

Rosio Ortiz
44 Blanchard Street
Lawrence, MA 01843

Ross A Frederickson
3314 Vantage Point Dr #2B
Fort Wayne, IN 46825

Ross Chaney
20405 Cyprus Drive SE
Massillon, OH 44646

Ross J Rotunda
416 S Lang Avenue
Pittsburgh, PA 15208

Ross Koch
79 Main Street
Pottsville, PA 17901

Ross Mattis
113 Wooded Lane
Villanova, PA 19085


Ross Sedler
3301 19th Street
Lubbock, TX 79410


Rourk Mulderig
2230 Wimbledon Circle
Franklin, TN 37069


Rowena Balanon
3302 N 7th Street
Phoenix, AZ 85014


Roxanne A Banks Williams
213 Franklin Ave
Pittsburgh, PA 15221


Roxanne Mitchell
303 Mansion Street
Pittsburgh, PA 15207

Roxanne Pugh
5489 Morse St
Philadelphia, PA 19131




Roxanne Y Hernandez
704 E Melrose Drive
Casa Grande, AZ 85222




Roxie A Marcinko
41330 Marcinko Road
Reedsville, OH 45772




Roxie Borkenhagen
7805 Falcon Wing Avenue
Las Vegas, NV 89131




Roxie Chisholm
336 Algrande Way
Columbia, SC 29229




Roxie Clabough
3419 Little Dug Road
Louisville, TN 37777

Roy  Geer
4203 Lincoln St  E
East Canton, OH  44730


Roy  Mack
82 Front Street PO Box 18
Benezette, PA  15821


Roy  Rexroth Jr
2630 Erie Street  #6
San Diego, CA  92110


Roy  Watkins Jr
1281 Firestone Avenue
Memphis, TN  38107


Roy  White
613 Mile St
New Salem, PA  15468


Roy A Erdman
952 Callowhill Rd
Perkasie, PA  18944

Roy Chamlee
2328 Cooper Lane
Nashville, TN 37216


Roy Clifton
5 Allison Drive
Loretto, TN 38469


Roy Cutshaw
1 Maryland Circle Apt 202
Whitehall, PA 18052


Roy D Shank
1321 Troy Rd
Ashland, OH 44805


Roy Dantzman
238 East Main Street
Montrose, CO 81401


Roy E Hoak
407 Russellwood Avenue
McKees Rocks, PA 15136

Roy E Kelley Jr
252 Outcrop Road Apt 15
Smithfield, PA 15478


Roy E Richmond
118 Ford Lane
Church Hill, TN 37642


Roy E Ulko
132 W Main St
Circleville, OH 43113


Roy Geiger
316 Laurel Road
Boyertown, PA 19572


Roy H Kinsey
17120 E Fairway Court
Fountain Hills, AZ 85268


Roy Harris
1029 Bryan Road
Drexel Hill, PA 19026

Roy J Duke
228 Little Summit Road
Dunbar, PA 15431


Roy Lee Bowers Jr
101 Autumn Woods Drive
Irmo, SC 29063


Roy Molter
438 Brierly Lane
West Mifflin, PA 15122


Roy Petties
PO Box 203  981 Ohio Avenue
Midland, PA 15059


Roy Phillips
1258 Horsehead Road
Lugoff, SC 29078


Roy R Lindenmuth
441 Spruce Hollow Rd
Vandergrift, PA 15690

Roy R Mabry Sr
2173 Lutheran Church Road
Lancaster, OH 43130


Royce Bailey
705 Knights Bridge Way
Antioch, TN 37013


Royce Pickett
1350 Oma Jeane
Idaho Falls, IO 83402


Royce S Toby
17804 Cormorant Lane
Germantown, MD 20874


Rozier R Cole
4824 Smallwood Rd  Apt 152
Columbia, SC 29223


Rozlynn Hicks
28 Russell Rd
NEw Casatle, DE 19720

Ruben  Moore
407 Scott Dr
Shippensburg, PA 17257

Ruben Corralejo
15361 Cactus Blossum
El Paso, TX 79938

Ruben Garcia Yanez
901 Date Street
Las Vegas, NV 89018

Ruben Gonzalez
110 East Wyomissing Boulevard Apt 23A
Reading, PA 19611

Ruben Guerra
2023 E Palm Lane
Scottsdale, AZ 85257

Ruben Michel
412 E Camino Rancho Seco
Sahuarita, AZ 85629

Ruben Murillo
1043 Meadowfield Drive
Gaston, SC 29053


Rubi P Perez
8829 W Avalon Drive
Phoenix, AZ 85037


Ruby Archuleta
6115 Magic Mesa St
N Las Vegas, NV 89031


Ruby Cortner
7101 River Park Court
Nashville, TN 37221


Ruby G Brown
117 West Main St Apt 416
Uniontowsn, PA 15401


Ruby Gilliland
1152 Narrows Road
Shelbyville, TN 37160

Ruby Taylor
160 West Avenue  Apt 1015
Woodstown, NJ 08098


Ruby Walk
204 Missley Aly
Altoona, PA 16601


Ruchir Sehra
11834 N 142nd Street
Scottsdale, AZ 85259


Rudolph Cunningham
3621 Carriage House Road
Columbia, SC 29206


Rudolph V Brown Jr
3045 High Rigger Drive
Nashville, TN 37217


Rudy Bittner
2140 Knorr Street
Philadelphia, PA 19149

Rudy Garza
12508 W Rosewood Lane
El Mirage, AZ 85335

Rudy L Guerrero
5232 L Street  Lot 128
Magnolia, OH 44643

Rudy Rodriguez
9401 N 37th Avenue
Phoenix, AZ 85051

Rudy Salas
6152 E Cicero Street
Mesa, AZ 85205

Rugaryah B Conley
36 Emma Street
Plainfield, NJ 07063

Russ Finkelstein
1720 E Cielo Grande Avenue
Phoenix, AZ 85024

Russ Porter
P.O. Box 6747
Ketchum, ID 83340

Russ Tovcimak
9742 Bellcrest Rd
Pittsburgh, PA 15237

Russel A Camp
232 Birmingham Avenue
Pittsburgh, PA 15210

Russell A Beatty
921 Claredon Avenue SW
Canton, OH 44710

Russell Angelo Jr
1056 Walnut Hill Road
Smithfield, PA 15478

Russell B Norton
91 Cardinal Road
Levittown, PA 19057

Russell Batchelor
159 Cannon Drive
Greensburg, PA 15601


Russell Borski
1067 Pembrook Road
Cleveland Hts, OH 44121


Russell Boylen
979 State Road  NW
Warren, OH 44481


Russell Brown
333 Woodlands Ridge Road
Columbia, SC 29229


Russell Chatterton
2500 E Aragon Ave
Kettering, OH 45420


Russell Christensen
1022 Grant Ave
Ogden, UT 84404

Russell Creamer
7245 Autumn Ave SE
Snoqualmie, WA 98065

Russell D Stanley
6800 Baker Road  Lot 69
Athens, OH 45701

Russell E Benton
130 Singerway Road PO Box 895
Ligonier, PA 15658

Russell F Aly
611 County Road 616
Athens, TN 37303

Russell Finkelstein
1720 E Cielo Grande Ave
Phoenix, AZ 85024

Russell Foster
400 Cedar Drive
Elizabeth, PA 15037

Russell H Jenkins
645 S Madriver Street
Bellefontaine, OH 43311


Russell Hamilton
2407 Woodward Avenue
Pittsburgh, PA 15226


Russell Hurtt
1438 S Taylor Street
Philadelphia, PA 19146


Russell J Rossman Jr
597 W Hillside Ave
State College, PA 16803


Russell K  Rickert
817 S New St
West Chester, PA 19382


Russell K Bryan
4495 Irvington Court
Roswell, GA 30075

Russell K Riley
5 Runneymede Ct
Blythewood, SC 29016

Russell L Haning
33255 Haning Road
Albany, OH 45710

Russell L Tanner
4509 W Main
Edinboro, PA 16116

Russell Lindsay
1156 West Higgins Lake Drive
Roscommon, MI 48653

Russell Markin
2877 State Route 245
Cable, OH 43009

Russell Marks
100 Abbey Court
Venetia, PA 15367

Russell McCraw
900 20th Ave South #1108
Nashville, TN 37212


Russell Moultrie
5005 Springdale Dr
Summerville, SC 29483


Russell Negaard
2902 Chelton Dr
Colorado Springs, CO 80909


Russell Olson
16414 Orchard Hills Drive
Sun City, AZ 85351


Russell P  Bennett
1368 Briarfield Ave
Scharleston, SC 29412


Russell P VanBremen
108 Angus Way
Cibolo, TX 78108

Russell Ragain
46011 W Meadows Lane
Maricopa, AZ 85239

Russell S Myers
3170 Sugar Grove Road
Lancaster, OH 43130

Russell Tidwell
4758 E Elmwood Street
Mesa, AZ 85205

Russell Velasco
837 Woodberry Road
Lexington, SC 29073

Russell W Wilson
52 Ryan Raod
Indiana, PA 15701

Russell Waters
1459 Mission Road
Quakertown, PA 18954

Russell Whittington
7670 Branden Rd
Arlington, TN 38002


Rustin A Peters
2080 Depot Street
Wateford, PA 16441


Rusty Carnes
2918 E Piute Ave
Phoenix, AZ 85050


Rusty Chilcutt
2862 Chitwood Circle
Algood, TN 38506


Ruth  Ford
15112 Newberry Road
Blair, SC 29015


Ruth  Garay
169 W Chew St
Allentown, PA 18102

Ruth  Krysinski
21 Deer Hill Road
Lebanon, NJ 08833


Ruth  Loughney Mook
2052 Valley Road
Bedford, PA 15522


Ruth A Fishero
11345 Fanchero Rd
Westerville, OH 43082


Ruth A Hursey
599 Chestnut Street
Newcomerstown, OH 43832


Ruth A Mattiuz
3242 Lake Avenue
Ashtabula, OH 44004


Ruth Ann Gentzler
5030 Cardington Green Circle
Canton, OH 44718

Ruth Ann Michel
372 Porte Street
Oakmont, PA 15139


Ruth Ann Radish
545 Conway Wallrose Road
Freedom, PA 15042


Ruth Bue
121 Blue Lane
Export, PA 15632


Ruth Chaney
5421 Washington Road
Albany, OH 45710


Ruth D Glass
2423 Maple Hollow Road
Duncansville, PA 16635


Ruth E Shuey
988 Deiberts Valley Road
Schuylkill Haven, PA 17972

Ruth Eileen Smith
147 Ridge Rd  PO Box 3
Indian Head, PA 15446


Ruth Fitz
35 Glenwood Terrace
Irvington, NJ 07111


Ruth H Hurlbert
4413 Washington Ave
Erie, PA 16509


Ruth Kinman
103 Meadow Dr
Acme, PA 15610


Ruth L Jones
305 Howarth Road
Media, PA 19063


Ruth L McClain
4010 Lucian Street
Awendow, SC 29429

Ruth Leher
7265 Brookcrest
Cincinnati, OH 45237


Ruth M Hazley
507 Arizona Drive
Lower Burrell, PA 15068


Ruth M Jacobs
1309 Michael Ave
Celina, OH 45822


Ruth Mereos
P.O. Box 60644
Potomac, MD 20859


Ruth Murphy
3100 Patriot Lane
New Waterford, OH 44445


Ruth O  Carter
896 W Tulsa Street
Chandler, AZ 85225

Ruth Poole
13492 Mt Lassen St
Reno, NV 89506

Ruth Slusher
319 Shady Lane
Bellefontaine, OH 43311

Ruth Thompson
15 Hartman Rd
the Plains, OH 45780

Ruth W Leggette
3626 Colony Park Lane
West Columbia, SC 29172

Ruthann Boyd
108 Hawk Valley Lane
Denver, PA 17517

Ryan  Cole
2120 Gilbert Ave  No B
Cincinnati, OH 45206

Ryan  Gilkey
114 Timber Ridge Court
New Stanton, PA 15672


Ryan  Troycheck
33 2nd St
Uniontown, PA 15401


Ryan A Bice
10132 Indian Run Road
Glouster, OH 45732


Ryan A Bohna
407 Heisterburg Road
East Hillsboro, PA 15433


Ryan A Wolff
57 Regola Drive
Irwin, PA 15642


Ryan A Young
765 Carpico Drive
Lancaster, OH 43130

Ryan Ainge
14 Tunkhannok Drive
Albrightsville, PA 18210

Ryan Anthony Domitrovich
1226 S Main Street
Dubois, PA 15801

Ryan Avery Vaughn Tyler
121 Parkview KNLS
Carmichaels, PA 15320

Ryan Bandy
3155 Harrison Avenue
Cincinnati, OH 45211

Ryan Black
314 Willow Road
Hellertown, PA 18055

Ryan Bruggeman
14240 Lightsville Northern
New Weston, OH 45348

Ryan Bullick
821 Jackson St
Dickson City, PA 18519


Ryan C Yacavoni
211 Pembroke Heights
Montpelier, VT 05602


Ryan Cathcart
1203 Covington Avenue
Piqua, OH 45356


Ryan Chance
431 St Johns Drive
Cherry Hill, NJ 08034


Ryan Churchman
918 Morgan Ave
Schenectady, NY 12309


Ryan Clark
42 Sand Castle Drive
Cape May Court House, NJ 08210

```
Ryan D Adams
355 Susan Drive
Charleston, SC 29407




Ryan D Lanier
638 Circle Hill SE
North Canton, OH 44720




Ryan D Plumback
710 Front Street
Greenville, OH 45331




Ryan E Zook
79 Laurie Lane
Lititz, PA 17543




Ryan Edward Charters
19 Sherman St
Pittsburgh, PA 15209




Ryan Edwards
1213 Avenue
Boulder City, NV 89056
```

Ryan Epluta
6798 Westfield Rd
Medina, OH 44256

Ryan Hanson
22817 Cedar Lane
Fergus Falls, MN 56537

Ryan Harker
2134 E Broadway #3044
Tempe, AZ 85282

Ryan Haydt
1920 Hilltown Pike Apt 6
Hilltown, PA 18927

Ryan J Nash
205 Wesly Drive
Goldsboro, NC 27534

Ryan J Ohm
614 C Pennsylvania Ave
Oakmont, PA 15139

Ryan J Steis
5511 Vaught Drive
Nashville, TN 37209


Ryan J Zeiler
111 Argonne Dr
New Kensington, PA 15068


Ryan James Long
1348 Orchard Avenue
New Kensington, PA 15068


Ryan Jewell
3725 Tippecanoe Place
Canfield, OH 44406


Ryan K Martin
209 Tobacco Rd
Ephrata, PA 17522


Ryan L Crable
1122 Montego Drive
Springfield, OH 45503

Ryan Mackin
113 Linnview Ave
Pittsburgh, PA 15210


Ryan McCoy
495 First Light Street
Henderson, NV 89052


Ryan Mershon
319 Chesnut Avenue
Springfield, OH 45502


Ryan Mill
76 Winterbrook Drive
Cranberry Twp, PA 16066


Ryan Mixter
134 Williamsburg Road
Imperial, PA 01516


Ryan Nicholson
308 Roundhill Cove
Nashville, TN 37211

Ryan Ninneman
38 Yarmouth Lane
Downingtown, PA 19335


Ryan P Costello
130 Woodlawn Rd
Sewickley, PA 15143


Ryan P Murphy
HC 01 Box 843
Sells, AZ 85634


Ryan Parks
424 N Elm Street
Bellefontaine, OH 43311


Ryan Perrone
609 W Drummond Place #2
Chicago, IL 60614


Ryan Roberds
8706 E Oak St
Mesa, AZ 85207

Ryan Roberts
1214 Steele Avenue
Scott City, KS 67871

Ryan Roth
5637 Cloverland Park Rd
Brentwood, TN 37027

Ryan S Miller
311 E Main St
Roaring Spring, PA 16673

Ryan Scott
1016 N West View
Derby, KS 67037

Ryan Sevean
19 Donald Avenue
Newton, NJ 07860

Ryan Sexauer
2233 Milligan Ave
Swissvale, PA 15218

Ryan Sidley
1824 Eagleville Rd
Jefferson, OH 44047


Ryan Smith
619 Country Club Lane
Nashville, TN 37205


Ryan T Clark
20202 S 195th St
Queen Creek, AZ 85242


Ryan T Thurston
2713 R Bachman Rd
Manchester, MD 21102


Ryan Thomas
445 August Street
Pittsburgh, PA 15211


Ryan Tomlinson
15180 Old Hickory Boulevard  Apt 1521
Nashville, Tn 37211

Ryan W Swart
227 South Center Street
Corry, PA 16407


Ryan Watton
795 Hammond Drive  #1001
Atlanta, GA 30328


Ryno Miering
4627 East Edgemont
Phoenix, AZ 85008


S Celeste Irvin
1315 Cardinal Avenue
Nashville, Tn 37216


S E  Moonitz
6412 Camp Superior
Cincinnati, OH 45241


S George  Kurz
7715 Buckingham Rd
Cincinnati, OH 45243

Sabas R Padilla
129 Stonemount Drive
Gaston, SC 29053

Sabastian Welch
7211 West Pershing Avenue
Peoria, AZ 85381

Sabrina A Kiser
69003 N US Highway 68
Wilmington, OH 45177

Sabrina Akbar
1600 A Robbins Avenue
Philadelphia, PA 19149

Sabrina Ann Jones
10763 Freewoods Road
Myrtle Beach, SC 29588

Sabrina F Smith
402 Fallen Leaf Dr
Columbia, SC 29229

Sabrina Janney
35 Noble Street
Sellersville, PA 18960

Sabrina L Franks
2430 Brooklyn Avenue SW
Canton, OH 44706

Sabrina Saunders
140 Stratford Avenue
Pittsburgh, PA 15206

Sabrina Seal
771 Orleans Circle
Ridgeland, MS 39157

Sabrina Siddigi
9309 George Williams Road
Knoxville, TN 37922

Sachin Kapoor
7320 W Dixon  #702
Forest Park, IL 60130

Sadaka Archie
1518 Alsace Road
Reading, PA 19604


Sadhasivam Parasuraman
1280 Wisteria Court
Chandler, AZ 85248


Saeko  Yamauchi
205 N 74th Stt  No 208
Mesa, AZ 85207


Safeguard Post Control
19 South Canal Street
Morrisville, PA 19907


Safia Sabri
8 Carriage Ct
Johnson City, TN 37604


Sagar Patil
820 Westmeade Drive
Chesterfield, MO 63005

Sage Harrison
5200 Martel Avenue Unit 23A
Dallas, TX 75206

Sahar Elhayek
6128 St Andrews
Canfield, OH 44407

Salah Najm
7035 Thickett Drive Apt 2D
Indianapolis, IN 46254

Salaheldin I Noureldin
41E Third Street
The Plains, OH 45780

Salem  Takriti
Flesole St
Las Vegas, NV 89141

Salil Chari
2555 Collins Ave. Apt 1809
Miami Beach, FL 33140

Salim Karnaby
3979 Arlington Drive
Palm Harbor, FL 34685


Salko Bearovic
855 W Foxcroft Drive
Camp Hill, PA 17011


Sallie Johnson
345 Carolina Farms Blvd
Myrtle Beach, SC 29579


Sally  Shepherd
3309 Skyline Dr
Nashville, TN 37215


Sally  Walker
27409 Noth  66th Dr
Phoenix, AZ 85083


Sally A Skinner Lipkin
145 Peach Avenue
Hershey, PA 17033

Sally B Shepherd
3309 Skyline Drive
Nashville, TN 37215


Sally Cusano
1207 Poplar Street
Greensburg, PA 15601


Sally Dainel Shepherd
3025 Hwy 11 W
Blountville, TN 37617


Sally E Galbraith
815 Wells Point Drive
Moore, SC 29369


Sally Gordan
728 Sugar Run Road
Altoona, PA 16601


Sally J Mathis
1464 Mathis Road
Drummonds, TN 38023

Sally L Hawn
4924 Woodman Park Drive  Apt 2
Dayton, OH 45432

Sally Marie Kirchner
84 R Winter Lane
Enola, PA 17025

Sally Schissler
192 Willow Road SE
Carrollton, OH 44615

Salvador  Donis
3225 Pecos Rd  No 244
Las Vegas, NV 89121

Salvador Perez
162 Osborne Road
Laurens, SC 29360

Salvatore A Liberato
436 Mohave Drive
Auburn, PA 17922

Salvatore Balboni
454 Main Street
Staten Island, NY 10307


Salvatore Ferrara Jr
1108 Kile Circle
Quakertown, PA 18951


Salvatore Piazza
42 Heritage Rd
Billerica, MA 01821


Salvatore Pugliese
62 Peregrine Drive
Voorhees, NJ 08043


Salvatore Rosamilia
623 Saxon Avenue
Erma, NJ 08204


Salvatore Scavo
863 Jennys Lane
Fernley, NV 89408

Salvejane Cudillo
4959 Talbot #275
Reno, NV 89509


Sam  Buchanan
502 Greenmeadow
Franklin, TN 37209


Sam  Reichman
99 Berkley
Reading, PA 19605


Sam A Buchanan
724 Kendall Dr
Nashville, TN 37209


Sam Butts
245 Tippecanoe Rd
Smock, PA 15480


Sam Chilcutt
8358 Cedar Grove Road
Cross Plains, TN 37049

Sam Farmer
5793 Gamble Road
Lisbon, OH 44432


Sam Featherman
28 Genern Drive
Spring Brook Twsp, PA 18444


Sam Harrold
315 Pittsburgh St.
Columbiana, OH 44408


Sam James
239 W Pineshadows
Sour Lake, TX 77659


Sam McKenzie
113 Cedar Springs Drive
Tuttle, OK 73089


Sam Phouvieng
8813 Plum St
Murfreesboro, TN 37129

Sam Ray
1041 NE 94th Street
Seattle, WA 98115

Sam Rubin
4511 E Amberwood Dr
Phoenix, AZ 85048

Sam Sweitzer
521 Golfview Drive
Peachtree City, GA 30269

Sam Tabler
1008 Arbor Rd
Minerva, OH 44657

Sam W Glenn
242 Bowles Lane
Silverstreet, SC 29145

Sam Zeruth
262 Lake Minsi Drive
Bangor, PA 18013

Samantha  Bidanessy
675 E Azure  No 3087
North Las Vegas, NV 89081


Samantha A Betancourt Vargas
325 4th St NE
Massillon, OH 44646


Samantha Boggs
121 Aultman Ave
Canton, OH 44708


Samantha Calderon
2161 Eclair Circle
Las Vegas, NV 89142


Samantha Cooper
3831 E Camelback Road #102
Phoenix, AZ 85018


Samantha Dagen
2265 Red Adler
Henderson, NV 89002

Samantha DeVille
6 Roy Avenue
The Plains, OH 45780


Samantha Dormez
4818 Comly Street APT C4
Philadelphia, PA 19137


Samantha J Raffaele
247 Fidler Rd
Woodbine, NJ 08270


Samantha J Williams
128 Holiday Drive
West Mifflin, PA 15122


Samantha K Kelley
131 Beechford Road
Whitehall, OH 43213


Samantha L Molinaro
233 Prigg Rd
Washington, PA 15301

Samantha L. Sokol
64 Milton St.
Uniontown, PA 15401

Samantha Leaman
14 Helen Avenue
Ephrata, PA 17522

Samantha Linton
1061 Dunbar Rd
Decaturville, TN 38329

Samantha M Craig
12161 Kerr Road
Northeast, PA 16428

Samantha Matuszewski
23556 N Sunrise Circle
Florence, AZ 85232

Samantha Meller
111 W Mt Vernon Street
Smyrna, DE 19977

Samantha Onvimala
28 Leeward Drive
Savannah, GA 31419




Samantha Palisay
1904 Pinehurst Estate
Lakehurst, NJ 08733




Samantha Porco
805 Center Avenue
Avalon, PA 15202




Samantha R Phillips
11278 Bond Road
Harrison, OH 45030




Samantha Ross
320 Deemer Avenue
Falls Creek, PA 15840




Samantha Solimani
305 Aurora Street
Lopatcong, NJ 08865

Samantha Soper
2754 SE 40th Street
El Dorado, KS 67042


Samantha Stultz
6501 Germantown Road
Middleton, OH 45042


Samantha Thomason
156 S Willow Creek Street
Chandler, AZ 85225


Samantha Tyler
1002 Sir Roberts Dr.
McDonald, PA 15057


Samantha Varnell
1244 Nicole Lane
LaVergne, TN 37086


Sameer Sarmast
470 Melton Place
Paramus, NJ 07652

Samer Touma
2501 Duncan Street
Columbia, SC 29205


Sami R Cooper
231 Sky Top Road
Acme, PA 15610


Sami Rasheed
1009 W Highway 66
Gallup, NM 87301


Samir Marc Bachour
8056 Foothill Drive
Scottsdale, AZ 85255


Sammie Wilson
PO Box 764
Kingston, TN 37763


Sammy Ellzay
109 Jackson Street
Reynoldsville, PA 15851

Sampo Rachel Shlomo
400 Bell Ave
McKees Rocks, PA 15136

Samual Lee Parks
1022 Furman Drive
Sumter, SC 29154

Samuel  Azares
9810 N Calle Solano
Oro Valley, AZ 85737

Samuel  Perez
4523 Whitaker Ave
Philadelphia, PA 19124

Samuel  Sarcadi
1201 Colombo Ave 12206
Sierra Vista, AZ 85635

Samuel  Valdez
321 S Ash St
Cortez, CO 81301

Samuel  Watson
116 24 144th Street
Jamaica, NY 11436


Samuel  Westelman
9 Ledge Road
Hanover, NH 03755


Samuel A Gleaves
1598 Hicks Edgen Road
Pleasant View, TN 37146


Samuel A Maddox
132 Summer Circle
Birmingham, AL 35242


Samuel A. Platia
5615 Spring Ridge Drive WestPA
Macungie, PA 18062


Samuel Artur Youngblood
98 Pope Tee Road
Dunlap, TN 37327

Samuel Branch
1811 Hamilton Ave
Lorain, OH 44052

Samuel C Taaffe
716 Pennsylvania Avenue
Jackson, MS 39216

Samuel Cappello
676 Hillcrest Blvd
Phillipsburg, NJ 08865

Samuel Dean Austin
111 North Hudson St
Bogata, TX 75417

Samuel E Liston
49 Nelson jRoad
Ohiopyle, PA 15470

Samuel Gonzalez Vega
1032 S Eighth Street
Allentown, PA 18103

Samuel H Abraham
10352 Washington Ave  Apt A
N Huntingdon, PA 15642

Samuel Hankins
11400 Fox Hill Drive
Charlotte, NC 28269

Samuel J Leach
619 E Ninth Avenue
Homestead, PA 15120

Samuel J Weisbrod
1011 Dunedin Rd
Columbus, OH 43224

Samuel Johnson
2333 E Southern Avenue  #205
Tempe, AZ 85282

Samuel King
6926 South 38th Lane
Phoenix, AZ 85041

Samuel L Bass
416 Kentucky Avenue
Mansfield, OH 44905


Samuel L Provil
1765 Partirdge Run Road
Pittsburgh, PA 15241


Samuel Lampley
613 Bryant Street PO Box 262
Woodbine, NJ 08270


Samuel M Diefenderfer
420 Esther Ave
New Kensington, PA 15069


Samuel M Podojil
8252 Peck Street
Ravenna, OH 44266


Samuel McAtee
108 Meadow Avenue
Creighton, PA 15030

Samuel Monge
802 South 118th Lane
Avondale, AZ 85323

Samuel Natal
1913 Owl Court
Cherry Hill, NJ 08003

Samuel O Sterhout
819 North High Street
Duncannon, PA 17020

Samuel Poncedeleon
9999 W Katie Avenue 1147
Las Vegas, NV 39147

Samuel Price
383 Duck Pond Road
Connellsville, PA 15425

Samuel R Barthelemy
2075 South 10th Ave
Yuma, AZ 85364

Samuel R Hlatky
152 Dryknob Road
Smithfield, PA 15478

Samuel Ricketts
107 Canvasback Court
Georgetown, KY 40324

Samuel S Mason
118 Timberland
Columbia, TN 38401

Samuel Snee
276 Hudson Street
Southampton, PA 18966

Samuel T Drake Jr
1109 Meadow Bridge Lane
Arrington, TN 37014

Samuel Thornton
359 Frost Bottom jRoad
Oliver Springs, IN 37840

Samuel Todd Carter
160 Township Drive
Hendersonville, TN 37075

Samuel Vassallo
2830 Rt 100
Orefield, PA 18069

Samuel Wade
55 Greensburg St Apt G
Delmont, PA 15626

Samuel Wertz
5513 Jackson Street
Pittsburgh, PA 15206

Samuel White
13 Homestead Lane
Camp Hill, PA 17011

Samuel Yerrid
444 N. 4th Street #619
Philadelphia, PA 19123

Samuel Ziegler
426 Carnegie Avenue
Clairton, PA 15025


Sana N Aslam
3728 Grimes Drive
Columbus, OH 43024


Sandara A Todaro
30 Nottingham Dr
Belle Vernon, PA 15012


Sandeep Gupta
4149 Herschel Avenue
Dallas, TX 75219


Sander Fields
15 Holliday Ct
Columbia, SC 29223


Sandor Batkai
12905 Stallion Court
Potomac, MD 20854

Sandra  Baldyga
100 Reiffs Mill Rd B7
Ambler, PA 19002




Sandra  Coleman
4531 Parkview Lane
Niceville, FL 32578




Sandra  Dalton
1550 Baker Road
Albany, OH 45710




Sandra  Dodd
6315 Kingston Pike
Knoxville, TN 37919




Sandra  Martin
409 W Marion Street
Lititz, PA 17543




Sandra  Montgomery
84 Portner
Plymouth, OH 44865

Sandra A Dean
10765 W Main Rd
Northeast, PA 16428


Sandra A Rebollar Detorres
1452 Cotton Street
Reading, PA 19602


Sandra A Wolfe
660 Catalpa Street
New Kensington, PA 15068


Sandra Almeida
16 Country Ridge Road
Danbury, CT 06811


Sandra Camillo
816 Mason Wood Drive
St. Louis, MO 63141


Sandra Casto
4829 Clardell Avenue SW
Canton, OH 44706

Sandra Cupe
2110 Mays Landing Rd.
Millville, NJ 08332


Sandra D Calvin
273 Carriage Lane Apt 301
Canfield, OH 44406


Sandra D Hunt
1018 Valley Forge Drive
Arlington, TN 37014


Sandra De Lopez
4545 Pennwood #110
Las Vegas, NV 89106


Sandra Estes
1407 Red Oaks Drive
Girard, OH 44420


Sandra F Guard
1212 Sycamore Street
Connellsville, PA 15425

Sandra Frazier
3314 Willington Drive
Dublin, OH 43017

Sandra Fred
2648 New Blockhouse
Maryville, TN 37803

Sandra Garcia
5303 N Seventh Street
Phoenix, AZ 85014

Sandra Hopkins
46006 W Morning View
Maricopa, AZ 85239

Sandra Horky
361 Caryl Dr.
Pittsburgh, PA 15236

Sandra J Olafson
701 Kimberlin Heights
Knoxville, TN 37920

Sandra J Stradling
734 Brooke Road
Wayne, PA 19087


Sandra Johns
1115 St Rt 56
Apollo, PA 15613


Sandra Johnson
1371 Hwy 1 South
Lugoff, SC 29078


Sandra Jones
9719 N. Bldg 6 Apt 1M
Parlin, NJ 08859


Sandra K Brakefield
978 Lincolnway West
Massillon, OH 44647


Sandra K Coen
1250 State Route 56
New Marshfield, OH 45766

Sandra K Firestone
112 Breakneck Road
Connellsville, PA 15425


Sandra K Harris
325 Miller Farm Rd
Edinburg, PA 16116


Sandra K Starling
P.O. Box 292822
Nashville, TN 37229


Sandra Keitt
3509 Lake Avenue Apt 1162
Columbia, SC 29206


Sandra Kistler
1134 Laurel View Drive
Latrobe, PA 15650


Sandra L  Garrison
800 Winterberry Place
Mansfield, OH 44905

Sandra L Delgado
2519 Settlement Circle
Lancaster, PA 17604

Sandra L Dickson
417 Ambridge Avenue
Fairoaks, PA 15003

Sandra L Fitzgerald
70 Hemlock Street
Beaver, PA 15009

Sandra L Garces
1047 Fehrs Court
Reading, PA 19602

Sandra L Garner
704 Millsboro Road
Mansfield, OH 44903

Sandra L Hunt
228 Broyles Road
Bristol, TN 37620

Sandra L Kish
1035 Paintertown Road
Irwin, PA 15642


Sandra L McCurley
233 Navajo Drive
Oak Hill, FL 32759


Sandra Lamell
4058 E Paradise Drive
Phoenix, AZ 85028


Sandra Lee Braun
5956 E Aire Libre Lane
Scottsdale, AZ 85254


Sandra Lou Scialdone
3001 Riverside Dr
Claridge, PA 15623


Sandra M Bullard
966 State Route 511 North
Ashland, OH 44805

Sandra M Eagley
6 S First Street  Apt 6
Mahonoy City, PA 17948

Sandra M Field
2622 Columbia Avenue
Lancaster, PA 17603

Sandra M Meyer
131 Reisenman Drive
Cooperstown, PA 16317

Sandra Marzullo
4 Steiner Avenue
West Seneca, NY 14224

Sandra McGrath
PO Box 368 203 West 26th
North Woldwood, NJ 08260

Sandra Metzger
3433 Broad Avenue
Altoona, PA 16601

Sandra Miller
701 Albert Street
Bellefontaine, OH 43311

Sandra Mora
20809 N 35th Dr
Glendale, AZ 85308

Sandra Pezek
405 Keeling Avenue
Derry, PA 15627

Sandra Richmond
296 Loma Drive
Akron, OH 44319

Sandra Robbins
3008 South Smithville Road
Dayton, OH 45420

Sandra Ryan
1058 Devonshire Drive
San Diego, CA 92107

Sandra S Gusky
2516 17th Street SW
Canton, OH 44706

Sandra S Landis
15155 Twp Rd 298 SE
Glouster, OH 45732

Sandra S Robbins
3008 S Smithville Rd
Dayton, OH 45420

Sandra Simeone
337 1/2 Church Street
Indiana, PA 15701

Sandra Smith
35 E Saint Anne Street
Phoenix, AZ 85042

Sandra Stephens
2369 Gallia Road
Patriot, OH 45658

Sandra Stephens
PO Box 435
Rio Grande, OH 45674


Sandra Tatum
4305 Snowden Court NE
Rio Rancho, NM 87124


Sandra Tkatschenko
508 Cains Mill Road
Williamstown, NJ 08094


Sandra Tyller
1566 Copperstone
Brentwood, TN 37027


Sandra Vasquez
2346 Old Welsh Road
Willow Grove, PA 19090


Sandra Walker
4709 Indian Summer Drive
Nashville, TN 37207

Sandra Washington
176 Massachusetts Avenue
Providence, RI 02905


Sandra Watkins
12810 W. Hearn Road
El Mirage, AZ 85335


Sandra Whittaker
5731 South Herda
Tucson, AZ 85106


Sandy Dieble
20491 Woodard Road
New Plymouth, OH 45654


Sandy E Hawkins
8419 E Milagro Circle
Mesa, AZ 85209


Sandy K Rickard
5576 Miller Road
Celina, OH 45822

Sandy L Sheets
1045 Alpha Street NW
Massillon, OH 44647

Sandy McCoy
6733 State Route 730
Wilmington, OH 45177

Sandy Nunez
922 Sylvan Apt 3
Emporia, KS 66801

Sandy Sanders
8471 Kacir Lane
Monclova, OH 43542

Sandy Yam
PO Box 402
Dellslow, WV 26531

Sanford Germaine
4720 East Chollo
Phoenix, AZ 85028

Sanford M Barnes
441 Ohio Ave
Clairton, PA 15025




Sang Wan Kim
7302 Waterloo Walk
Laurel, MD 20707




Sanh San
1614 South 13th St
Philadelphia, PA 19148




Sani Products Post Control
842 E. Ohio Street
Pittsburgh, PA 15212




Sanjay Sinha
600 Glenties Dr
Smyrna, TN 37167




Sanjiv B Gokhale
305 Wilson Blvd
Nashville, TN 37205

Sanoe Tomas
4515 S. Durango #2078
Las Vegas, NV 89147


Santelle Addison
222 Dove Road
Camden, SC 29020


Santiago Flores
3642 Boulder Way
Las Vegas, NV 89121


Santiago Garcia
2270 Winter Prkwy #23
Cuyahoga Fallls, OH 44221


Santos M Quijada
1019 Adeline Street
Trenton, NJ 08610


Saprina A Allen
3404 state Street NW
N Canton, OH 44720

Sara  Kinnison
9959 Harrison Bradford Rd
Bradford, OH 45308


Sara A Chavin
331 May Drive
Madison, TN 37115


Sara A Secunda
755 Drum Point Road
Brick, NJ 08723


Sara Aull
10 Leslie Drive
Edinburg, PA 16116


Sara Bell
459 Redline Rd.
Kennerdell, PA 16374


Sara Booher
1298 Neil Avenue
St Marys, OH 45885

Sara Buzzard
Rt 3  Box 4359
Danville, WV 25053

Sara D King
317 Rural Street
Emporia, KS 66801

Sara E Hollmann
865 Bellevue Rd  D18
Nashville, TN 37221

Sara F Shorter
721 North Eighth Avenue
Laurel, MS 39440

Sara G Raymond
107 Grantham Court
Columbia, SC 29063

Sara Greier
11421 Washingtonville Road
Salem, OH 44460

Sara Grubich
2418 Ligoneer St
Latrobe, PA 15650

Sara J Harpster
44 Smeach Drive
Hanover, PA 17331

Sara Jo Kent
1142 Sandy Street
Elgin, SC 29045

Sara K Overly
105 Riverside Rd
Vanderbilt, PA 15486

Sara L DiFelice
1024 Woodridge Boulevard
Lancaster, PA 17601

Sara L Ludwick
806 Greenlee Road
Frankfort, OH 45628

Sara M Jurecki
20425 N Seventh Street #3044
Phoenix, AZ 85024


Sara Nichole Lindemuth
8883 Route 28N
Brockway, PA 15824


Sara R Jackson
6506 E 125th Street Apt 3
Grandview, MO 64030


Sara Rowens
7885 Butlerfield Lane
Canal Winchester, OH 43110


Sara Saardwutijaroen
367 Innisfree Drive
Daly City, CA 94015


Sara Wendel
3418 Wabash Rd
Ft Recovery, OH 45846

Sarabjit Ashta
40 Cherry Farm Lane
West Chester, PA 19382


Sarah  Campbell
915 Kings Arms Dr
Downingtown, PA 19335


Sarah  Lloyd
5815 Stoneshead Ct
Westerville, OH 43081


Sarah A McAleer
4109 Apple St
Philadelphia, PA 19127


Sarah Akinfosile
2649 78th Avenue
Baton Rouge, LA 70807


Sarah B Gwozdz
13 Valley Drive
Telford, PA 18969

Sarah Barre
9334 Sarsen Drive
Cordova, TN 38016


Sarah Beachler
102 Breeze Ave
Venice, CA 90291


Sarah Beth Ahlers
66 W. Nimisila Road
Akron, OH 44319


Sarah Brickles
9749 St Rt 682
Athens, OH 45701


Sarah Brooke Osborne
331 Gaywood Drive
Nashville, TN 37211


Sarah C Maxwell
753 Brookhollow Rd
Nashville, TN 37205

Sarah Chirau
2018 Pinehurst Court  Apt C
Allentown, PA 18109


Sarah Chronister
1138 Township Road 296
Hammondsville, OH 43930


Sarah Coats
410 Windmill Circle
Greenwood, SC 29646


Sarah Crownover
23 Scenic Drive
Hollidaysburg, PA 16648


Sarah D Crider
2425 W Chestnut Avenue
Altoona, PA 16601


Sarah E Cauthen
4510 Landrgave Rd
Columbia, SC 29206

Sarah E Chambers
50 Harmony Dwellings
Beaver Falls, PA 15010


Sarah E Spriggs
1616 Redbush Avenue
Kettering, OH 45420


Sarah Eldred
511 North Chestnut Street
Derry, PA 15627


Sarah Forkovitch
7 S Main Street
Fairchance, PA 15436


Sarah Guellar
8480 Lime Kiln  Apt 108
Wyncote, PA 19095


Sarah H Eble
1306 Armond Drive  Apt 203
Memphis, TN 38103

Sarah Henderson
3140 Theresa Avenue
Las Vegas, NV 89110


Sarah J Sereff
210 Maryville Hwy Apt 4
Seymour, TN 37865


Sarah K Cash
2009 Jenny Lind Street
McKeesport, PA 15132


Sarah Ketchum
250 N Arcadia #1418
Tucson, AZ 85711


Sarah Kitchin
210 Third Avenue
Westville, NJ 08093


Sarah Klein
211 Log Cabin Lane
Effort, PA 18330

Sarah L Congrove
11240 Hoopere Ridge Road
Glouster, OH 45732


Sarah L McKinney
1008 Bunche Dr
Dayton, OH 45408


Sarah L Pine
6750 Hamler Drive
Canal Winchester, OH 43110


Sarah Leech
299 Maplewood Drive
McMurray, PA 15317


Sarah N Wilcox
9102 Peebles Rd
Allison Park, PA 15101


Sarah Parker
5010 Barrington Drive
Columbia, SC 29203

Sarah Parker
22004 W Cantilever Street
Buckeye, AZ 85326


Sarah Pawlak
6909 Quail Hollow
Las Vegas, NV 89108


Sarah Preston
720 Rolling Hills Drive
Johnson City, TN 37601


Sarah R Evans
108 Neville St
New Eagle, PA 15067


Sarah R Guthrie
732 Eagle Pointe Dr
Canonsburg, PA 15317


Sarah R Sakolsky
701 Dewberry Drive
Monroeville, PA 15146

Sarah Reschke
121 Allen Cove
Marion, AR 72364

Sarah Shuey
617 Wyandotte Street
Bethlehem, PA 18015

Sarah Slumard
263 Lovers Alley  PO Box 47
Bolivar, OH 44612

Sarah Stillions
5750 Yerington Avenue
Las Vegas, NV 89110

Sarah Street
382 Cameron street
Etters, PA 17319

Sarah Timm
9010 Forest Lawn Dr
Brentwood, TN 37027

Sarah Webb
4215 Harding Place
Nashville, TN 37205

Sarah Weingarten
22 E Ninth Street
Lakewood, NJ 08701

Sarah Whipple
312 N Wildrose St
Mesa, AZ 85207

Sarat Bhogavalli
620 East McKellips Road E229
Tempe, AZ 85281

Sarel Marais
4043 E Maplewood Street
Gilbert, AZ 85297

Saresa Smith
18427 Freeland Street
Detroit, MI 48198

Satpal S Patheja
1418 Marshall Lane
Meadowbrook, PA 19046

Saturnino Hermosillo
1342 E 10th St
Reno, NV 89512

Saul Machado Seon
2449 Cataluna Avenue
Henderson, NV 89074

Saul V Gil
1662 Mulberry St
Reading, PA 19604

Saulia  Negran
39 E Cumberland Street
Allentown, PA 18103

Saundra K Dannemiller
3122 Mudhouse Road NE
Lancaster, OH 43130

Savalas Eddy
317 Chestnut Street
Pottstown, PA 19464


Savannah C Mimidis
3038 Hogback Road
Finleyville, PA 15332


Savonia Lynch
26411 John j Williams
Millsboro, DE 19966


Sayan Chakraborty
244 Chatham Park Drive  Apt TA
Pittsburgh, PA 15220


Saymah Y Tuan
8905 Springfield Blvd
Queens Village, NY 11427


Scheila  Velez Cruz
1118 E Tioga St
Philadelphia, PA 19134

Schill and Associates LLC
1250 Linda Street  Suite 201
Rocky River, OH 44116




Scot A Muir
8112 S Palm Drive
Tempe, AZ 85284




Scot Coble
915 Burns Road
Marion Center, PA 15759




Scott  Aitken
1249 E. Julian Drive
Gilbert, AZ 85295




Scott  Ball
798 Mays Valley Rd
Harriman, TN 37748




Scott  Edelstein
2451 Wayfarer Court
Chapel Hill, NC 27514

Scott  Farmer
8124 Bells Campground Rd
Powel, TN 37849



Scott  Henderson
2415 E Camel Back  #1050
Phoenix, AZ 85016



Scott  Hertwig
382 Beacon Dr
McMinnville, TN 37110



Scott  Kaufman
91 Kulp Rd West
Chalfont, PA 18914



Scott  Kravets
445 Old Court St
Cincinnati, OH 45203



Scott  Lader
558 West 6th St
Brooklyn Heights, OH 44131

```
Scott  Shields
1603 E Elmswood Street
Mesa, AZ 85203




Scott  Simon
118 Staffwood
Irmo, SC 29063




Scott  Stinebiser
715 Darlington Ave
Jeannette, PA 15644




Scott A  McComas
73185 Long Run Road
Albany, OH 45710




Scott A Dow
936 E South St
Corry, PA 16407




Scott A Graham
PO Box 4778
Sedona, AZ 86340
```

```
Scott A Kerrigan
9840 McClellan St
North Huntington, PA 15642




Scott A Mason
124 McCoy Street  Box 4
Nanty Glo, PA 15943




Scott A Stiffler
10034 Hillwood Drive  Box 223
Wattsburg, PA 16442




Scott A Williams
739 Thomas Street
Monroeville, PA 15146




Scott A Wilson
28490 Old State Route 246
Albany, OH 45710




Scott A Wright
402 Lytham Court
Moon Township, PA 15108
```

Scott Alan Beegle
216 Rockgut Rd
Central City, PA 15926


Scott Allan Berglund
902 Evergreen Drive
Wyomissing, PA 19610


Scott Allen
449 Three Hill Road
Spring Grove, PA 17362


Scott Allen Solnosky
9 North First Street
Reynoldsville, PA 15851


Scott Aungst
11508 NE 128th Street  #9
Kirkland, WA 98034


Scott Bane
2511 Belmont Boulevard
Nashville, TN 37212

Scott Borchetta
5215 Harpeth Ridge Drive
Brentwood, TN 37027

Scott Breegle
18 Adrian Drive
Greensburg, PA 15601

Scott Brink
406 North Green
Charlestown, MO 63834

Scott Burger
525 Pine Street
Lykens, PA 17048

Scott C Thomas
14900 Country Club Lane
Salem, OH 44460

Scott Cameron
3344 Hickory Rd
Nashville, TN 37211

Scott Carter
20875 N 29th
Scottsdale, AZ 85255


Scott Chalfant
1352 Paoli Pike
Westchester, PA 19380


Scott Chalfant
233 W First Avenue  Apt B
Walvern, PA 19355


Scott Cleland
6515 Helena Road
Columbia, SC 29206


Scott Condit
524 S Leh Street
Allentown, PA 18104


Scott D Wilcox
1209 E 42nd St
Erie, PA 16504

Scott Deakin
2077 Sherrifs Posse Trail
Prescott, AZ 86303

Scott Dergham
379 Anthony Drive
Northampton, PA 18067

Scott Dirkson
929 Blanchard Avenue
Chambersburg, PA 17201

Scott E Behnken
12080 Air Hill Road
Brookville, OH 45309

Scott E Bellavance
45 Pearl Alley
Monongahela, PA 15063

Scott E Carradine
438 Coal Road
West Mifflin, PA 15122

Scott E Fox
26 Bean Drive
Warren, PA 16365

Scott E Ososkie
324 S Poplar St
Mount Carmel, PA 17851

Scott Eshenaur
118 South Arlington Avenue
Harrisburg, PA 17109

Scott F Staudenmeier
246 Germanville Road
Ashland, PA 17921

Scott Feldhacker
3304 June Circle
Mesa, AZ 85213

Scott Finucane
23832 Aldergrove Avenue
Sherwood, OR 97140

Scott Fisher
149 E Charlotte St
Millersville, PA 17551


Scott Frei
4148 Eldred Court
Noblesville, IN 46062


Scott Gash
4 Spring Circle
Dillsburg, PA 17019


Scott Goodrich
126 Clark St
Jackson, MI 49203


Scott Green
8880 Breezewood Dr
Pittsburgh, PA 15237


Scott Greene
850 Marina Way
Prosperity, SC 29127

Scott Greggs
833 North High Street
Waterford, PA 16441


Scott H Mulhorn
604 Staufer Street
Scottdale, PA 15683


Scott Hannum
1223 East Desert Cove Avenue
Phoenix, AZ 85020


Scott Harlacher
730 Old York Road
Dillsburg, PA 17019


Scott Harr
510 Railroad Street
Windber, PA 15963


Scott Harris
1912 Airfield
Kingman, AZ 86401

Scott Hill
25208 Clock Tower Drive
Franklin, TN 37067

Scott Hipp
7703 Hollis Drive
Morrisville, PA 19067

Scott Hoobler
2718 Timberman Rd
Hamilton, OH 04503

Scott Hutchison
3763 E Chickadee Road
Gilbert, AZ 85297

Scott Ibbotson
202 Marshland Lane
Greer, SC 29650

Scott J Zenz
3470 Brodhead Road
Bethlehem, PA 18020

Scott Johnson
29697 N 69th Drive
Peoria, AZ 85383

Scott Jones
1030 Briarwood Drive
Cottontown, TN 37048

Scott Jordan
118 Via Medicia
Aptos, CA 95003

Scott Karrenbauer
2355 Tiffin Circle Street
Massillon, OH 44646

Scott Kurtzman
23 South Gamble Street
Shelby, OH 44875

Scott L Lukens
17 Foxfield Lane
Elizabethtown, PA 17022

Scott L Saunders
144 Iron Run Road
Bethel Park, PA 15102




Scott L Wadell
603 N Milwaukee St
Port Washington, WI 53074




Scott L Williams
3323 Third Street
Dunbar, PA 15431




Scott Lambert
5682 FM580 East
Kemper, TX 76539




Scott Leftwich
9507 Ashford Place
Brentwood, TN 37027




Scott Lehman
938 W Mince St
West Chester, PA 19382

Scott Lehmann
10126 E Happy Hollow Dr
Scottsdale, AZ 85262

Scott Lilly
725 Furman Dr
Murfreesboro, TN 37129

Scott Luscavage
211 Timber Road
Pottsville, PA 17901

Scott M Cascone
8526 Avon Belden Road
N Ridgeville, OH 44039

Scott M Goff
56 Fifth Avenue
Roebling, NJ 08554

Scott M Rini
511 Ricksecker Street
Dover, OH 44622

Scott M Turner
22359 W Hadley Street
Buckeye, AZ 85326


Scott M Wagner
43 North Eighth Street
Easton, PA 18042


Scott M. Kirsch
1000 Chestnut Avenue
Northern Cambri, PA 15714


Scott Makela
16420 S 35th Street
Phoenix, AZ 85048


Scott Marikis
16812 North Hummingbird Lane
Nine Mile Falls, WA 99026


Scott Martin
22355 State Route 13
Glouster, OH 45732

Scott McNamara
708 N. Penn Street
Penn, PA 15675


Scott Merichko
217 Hornock Drive
New Alexandria, PA 15670


Scott Miller
8171 E Del Barquero
Scottsdale, AZ 85258


Scott Minman
9694 Williamson Road
Meadville, PA 16335


Scott Morgan
3606 Hampton Avenue
Nashville, TN 37215


Scott Morris
1429 West Curry Street
Chandler, AZ 85224

Scott Murphy
4376 Walters Hatchery Road
Seven Valleys, PA 17360

Scott Northridge
697 Harbor AVe
Mays Landing, NJ 08330

Scott P Beanner
249 Dell Avenue
Pittsburgh, PA 15216

Scott P Wyatt
9 Covington Ct
Bordentown, NJ 08505

Scott Polender
505 Kenilworth Avenue #9
Glen Ellyn, IL 60137

Scott Prokopec
301 Longview Dr
Manor, PA 15665

Scott R Cullen
30 South Wade Avenue Apt 2B
Washington, PA 15301

Scott R Fisher
5750 Wales Rd
Erie, PA 16510

Scott R Hozebin
312 Hartford Avenue
Old Lyme, CT 06371

Scott R Johnson
1429 Kynlyn Drive
Wilmington, DE 19809

Scott R Loveridge
3910 South Brice
Mesa, AZ 85212

Scott R McCann
1113 Farmhouse Lane
Quakertown, PA 18951

Scott R Pulkkinen
2693 Hemlock Farms
Hawley, PA 18428

Scott Reed
692 E Megan Drive
Queen Creek, AZ 85240

Scott Roth
73258 Pleasant Grove
Dillonvale, OH 43917

Scott Rutherford
2488 E Appleby Road
Gilbert, AZ 85298

Scott S Duncan
2768 Mt Troy Road
Pittsburgh, PA 15212

Scott Smith
9701 E Happy Valley Road #13
Scottsdale, AZ 85255

Scott Spriggs
305 East Williams
Bellefontaine, OH 43311


Scott Swift
173 Inlet Drive
Hendersonville, TN 37075


Scott Swogger
687 Graff Avenue
Meadville, PA 16335


Scott Teich
5684 Bent Tree Dr
Scottsdale, AZ 85262


Scott Thomas
4603 West Dunbar Lane
Laveen, AZ 85339


Scott Tullius
RD 2 Box 470 Valley View
Wheeling, WV 26003

Scott V Dennison
188 Harcourt Drive
Akron, OH 44313

Scott Vansickle
73 East Wine Street
Uniontown, PA 15401

Scott W Greenawalt
9 S Baltimore Street  Apt 11
Dillsburg, PA 17019

Scott W Marakovitz
55 Coffeetown Rd
Easton, PA 18042

Scott W Swigart
528 E Riddle Avenue
Ravenna, OH 44266

Scott Warfield
637 Maplewood Avenue
Ambridge, PA 15003

Scott Wilson
118 Cause Way
South River, NJ 08882

Scott Wilson
6376 Gura Road
Atehns, OH 45701

Scott Wood
402 Holly Tree Lane
Simpsonville, SC 29681

Scott Wynn
783 E Gemini Place
Chandler, AZ 85249

Scott Ziemer
3244 Mitchell Court
Burlington, KY 41005

Scotty West
8131 Black Bay Court Apt. 3
Dayton, OH 45458

Sean  Crump
6320 Raytown Road
Raytown, MO 64133


Sean  Frey
6923 Veto Rd
Belpre, OH 45714


Sean A Derrick
818 E Cinnabon Avenue
Phoenix, AZ 85020


Sean A Lavey
4471 Christmas Rock Road
Lancaster, OH 43130


Sean A Sweeney
6947 State Route 329
Guysville, OH 45735


Sean A Zaleski
540 Revere Road
West Chester, PA 19382

Sean B Mitchell
300 Old Pennlyn Pk
Blue Bell, PA 19422


Sean Badidles
2233 Le Conte Avenue
Henderson, NV 89074


Sean Budway
9108 Nickelwood
Las Vegas, NV 89142


Sean Burke
3855 Blair Mill Road #215A
Horsham, PA 19044


Sean C Fox
1234 Pennsylvania Avenue
Monaca, PA 15061


Sean Carey
700 South Ormond St Ext
Tarentum, PA 15084

Sean D Clancy
3921 Gann Road SE
Smyrna, GA 30082


Sean Dickieson
7784 Barret Road
West Chester, OH 45069


Sean E Reiter
1019 Dillon Circle
Fostoria, OH 44830


Sean Fleming
P.O. Box 279
Deerwood, MN 56444


Sean Gallagher
3562 South Bronco Road
Las Vegas, NV 89103


Sean J Sanborn
3964 NE 15th Street
Homestead, FL 33030

Sean Jones
14249 W Sierra Street
Surprise, AZ 85379


Sean K Dunlevy
321 Willow Dr
Cape May, NJ 08204


Sean K Spears
317 Rensselaer Rd
Bucyrus, OH 44820


Sean Keith Smith
110 Olive Branch
Anderson, SC 29626


Sean Kershner
134 W. Desert Lane
Phoenix, AZ 85041


Sean M Eads
708 Roanoke Street
Crestline, OH 44827

Sean M Fedorek
112 Greenawalt Lane
West Newton, PA 15089


Sean Makarin
8349 Shady Lady Ct
Las Vegas, NV 89131


Sean Martin
240 Fifth Avenue
New Kensington, PA 15068


Sean McCabe
577 S Burgess Avenue
Columbus, OH 43204


Sean McCormick
64 Moore Ave
Westville, NJ 08093


Sean P  Malo
280 Lost Hollow Rd
Dillsburg, PA 17019

Sean P Carr
1006 Lilac Street
Celina, OH 45822

Sean P Considine
429 E Eastland Street
Gallatin, TN 37066

Sean Padelsky
315 Church Street
Landisville, PA 17538

Sean Papa
703 North Broad Street
Ridgway, PA 15853

Sean R Scott
1305 Frances Dr
Wellsville, OH 43968

Sean Roberts
8033 Dancing Springs Street
Las Vegas, NV 89143

Sean Rozick
516 Thornbury Lane
Lititz, PA 17543

Sean Runkle
2429 Pine St
Rock Glen, PA 18246

Sean Starner
1 Merino Lane
Mechanicsburg, PA 17055

Sean Stock
7902 Fairfield
Philadelphia, PA 19152

Sean Sweeney
6947 St Rt 329
Guysville, OH 45735

Sean T Galow
321 Joshua Circle
Sun Prairie, WI 53590

```
Sean T Logue
415 Bay Ave
Somers Point, NJ 08244




Sean W Burris
PO Box 793    384 East State ST
Knox, PA 16232




Sean W Marshall
20 Hillcrest
Tuscaloosa, AL 35401




Sean Walsh
2201 N. Commanche Dr #1083
Chandler, AZ 85224




Sean Washington
1412 Goodnight
Nashville, TN 37207




Sean Wilson
8532 Mayerling Dr
Charlotte, NC 28227
```

Sean Zimmerman
419 East Main Street
Schuylkill Haven, PA 17972


Seana Esmaili
482 58th Street
Altoona, PA 16602


Seana L Miller
4992 Aspen Street
W Mifflin, PA 15122


Season B Hall
1916 West Monument Street
Philadelphia, PA 19121


Sebastian Lourier
7260 E Eagle Crest Drive  Lot #2
Mesa, AZ 85207


Seka Alford
211 E Wilkes BArre Sttreet Apt 2
Easton, PA 18042

Selena L Hamilton
3783 Churchview Avenue
Pittsburgh, PA 15236


Selena M Snyder
1412 Centre Street
Ashland, PA 17921


Selena T Camp
5045 Forsythia Circle
Murrells Inlet, SC 29576


Selene Thomas
1867 Chessland Street #10
Pittsburgh, PA 15205


Selin S Uz
526 Mixsell Street
Easton, PA 18042


Seline M Massung
188 Old Hershey Road
Elizabethtown, PA 17022

Selsa Torres
3441 Hurley Street
Philadelphia, PA 19134




Selvin Espinosa
107 Holland Street
Lindenwald, NJ 08021




Semyon M Young
485 Indigo Ridge Drive
Columbia, SC 29229




September D Morrison
10527 Garrett Road
Amanda, OH 00046-3102




Sequoia Dennis
630 Penn Street 2nd Floor
Allentown, PA 18102




Serena A Boettcher
343 S 500 E#137
Salt Lake City, UT 84102

Serena Garcia
707 Boulevard De Cannes
Edwardsville, IL 62025


Serge Mirault
803 Brentwood Pt
Brentwood, TN 37027


Serge Sarkis
6 Creek View Court
Easton, PA 18045


Sergio A Manente
2318 Mountain Road
Hamburg, PA 19526


Sergio Cervantes
4912 Algonquin Trail
Antioch, TN 37013


Sergio Fedelini
550 Longpoint Road
Mt Pleasant, SC 29464

Sergio Jose Gomez
2301 Cooper Terrace
Nashville, TN 37216


Sergio Mungvia
2937 Stewart No 2
Las Vegas, NV 89101


Sergio Rene Gonzales
1093 E Senate Circle
Chandler, AZ 85225


Sergio Rolando Salomon
208-02 33rd Avenue
Bayside, NY 11361


Sergio Ruiz
4759 E Mountain Sage Dr
Phoenix, AZ 85044


Sergio Salazar
65 Lands End Drive
Jackson, TN 38305

Sergio Sobral
8395 Langdon Street
Philadelphia, PA 19152


Sergiy  Pryadkin
2311 Somerset Blvd
Troy, MI 48084


Sergiy Merkulov
405 W Edgewood Ave
Linwood, NJ 08221


Service Car of America
2001 Assembly Street
Cola, SC 29201


Seth  Daniels
44 Messina Drive
Woolwich Township, NJ 08085


Seth  King
50 Eastgate Ave
West Jefferson, OH 43162

Seth A Grubbs
18 Sycamore Road
Ephrata, PA 17522


Seth A Hauck
1035 Kressler Road
Allentown, PA 18103


Seth Beard
225 John Stevens Drive
Coatsville, PA 19320


Seth Detmer
5429 Emmons St
Fairborn, OH 45324


Seth E Freed
2100C N Ridge Road
Perkasie, PA 18944


Seth Freeman
3532 Madera Ave
Los Angeles, CA 90039

Seth George
740 E Mingus
Cottonwood, AZ 86326

Seth J Wiesenthal
5438 Meadow Wood
Lyndhurst, OH 44124

Seth Martin
19 Gentry Drive
Palmyra, PA 17078

Seth Wampler
9081 East Karen Drive
Scottsdale, AZ 85260

Seth Womble
357 Lakemont Court
Franklin, TN 37067

Seuasti T Psaras
46 Greystone Drive
Poland, OH 44514

Severo  Lopez Campos
2255 Laguna Street  #12
Yuma, AZ 85365




Shad Meier
4001 Skyline Dr
Nashville, TN 37215




Shadawna L Pacley
1342 Lynn St
Erie, PA 16503




Shahi Mehran
8600 Starboard Dr  No2144
Lsa Vegas, NV 89117




Shahid M Tahir
5201 Park Ridge Drive
W Bloomfield, MI 48323




Shahid Wazir
204 North Ridge Oval
Brooklyn, OH 44144

Shahroon Choudhry
200 Deer Run Drive
Mountian Top, PA 18707




Shaina M Walker
6633 Saltzburg Rd  308
Pittsburgh, PA 15235




Shajan Mathew
3138 Summit Ridge Dr
Rochester Hills, MI 48306




Shajeeh Idris
182 Hunt Club Drive 2B
Coplay, OH 44321




Shakima Dowdell
423 East Broad Street
Bethlehem, PA 18018




Shakyra H Riley
318 Pittsburgh Street  Apt 302
Scottdale, PA 15683

Shala F Daniels
311 Anderson
Olpe, KS 66865

Shalom Samuel Cohen
3837 Labyrinth Road
Baltimore, MD 21215

Shambra D Yocum
2722 23rd Street
Parkersburg, WV 26101

Shameka Hannah
226 Pheasant Run Road
Mays Landing, NJ 08330

Shana Byers
103 New Street
York, SC 29745

Shana McKee
47 Buttonwood Lane
Carlisle, PA 17015

Shane  Riffle
2881 Tennyson Boulevard
Columbus, OH 43232


Shane  Young
1347 Valley Forge R
Duncansville, PA 16635


Shane B Bixby
3031 Westwood Drive
Lancaster, PA 17601


Shane Cymbaluk
1733 23rd St West
Williston, ND 58801


Shane D Crausby
97 E Marion Street
Pontotoc, MS 38863


Shane Derenzo
410 Funston Avenue
Shillington, PA 19607

Shane E Black
2879 Progress Park
Stow, OH 44224


Shane F Dunn
637 West D Street
Wellston, OH 45692


Shane Hazi
4975 Willow Drive
Pittsburgh, PA 15236


Shane Higginbotham
7013 S Golfside Lane
Phoenix, AZ 85042


Shane James
6018 Porter Drive
Harrison, TN 37341


Shane Kaiser
420 Elmington Ave  Apt 505
Nashville, TN 37205

Shane Kehs
8276 Lyon Valley Road
New Tripoli, PA 18066


Shane M  Zimmerman
818 Boyd St
Lancaster, OH 43130


Shane Michael Hoffa
315 Stevens Avenue  PO Box 185
Bernville, PA 19506


Shane Snyder
5 W Sunset Avenue
Ephrata, PA 17522


Shane Treadwell
12430 N 19th Avenue Apt 138
Phoenix, AZ 85029


Shaneka D Brown
5112 Hillcrest Street
Pittsburgh, PA 15224

Shanika Hunter
5118 Gloster Street
Pittsburgh, PA 15207


Shaniqua Harrell
360 Pennington Ave No 308
Trenton, NJ 08618


Shanita Lawrence
20026 N Flamenco Street
Maricopa, AZ 85238


Shannalee E Kirkburn
5005 N Zuck
Erie, PA 16506


Shannon  McCracken Banning
2010 Elaine Circle
Florence, SC 29505


Shannon B Ullman
2269 Bristol Rd
Warrington, PA 18976

Shannon Blackburn
1660 Miles Avenue NW
Canton, OH 44708

Shannon Burgess
8321 Williams Avenue
Philadelphia, PA 19150

Shannon Burnett
506 Matlock Street
Athens, TN 37303

Shannon Carranto
5940 Sassa Street
Las Vegas, NV 89130

Shannon Ceaser
86 Kenan Street
Taneytown, MD 21787

Shannon Curren
637 Worthington Dr
Warminster, PA 18974

Shannon E Mayan
1910 Elder St
Reading, PA 19604


Shannon Harper
1720 Innisfallen Avenue
Springfield, OH 45506


Shannon J Carver
1102 Dry Branch Road  PO Box 33
Dry Branch, WV 25061


Shannon Kleinert
3239 Mac Avenue
Flint, MI 48560


Shannon L Moore
23954 Woltz Road
Rockbridge, OH 43149


Shannon L Mosier
281 Vennum Avenue
Mansfield, OH 44903

Shannon M Kunkle
618 Wylie Avenue
Jeannette, PA 15644

Shannon M Urton
6257 Eagle View Drive
Mason, OH 45040

Shannon Orwick
232 3rd Street SW
Carrollton, OH 44615

Shannon Quinn Welling
23 Ann Arbor Drive
Pittsburgh, PA 15229

Shannon R McDaniels
201 Quittie Park Drive
Annville, PA 17003

Shannon Rae Petrosky
4172 Drone Hwy
Osceola Mills, PA 16666

Shannon Reed
301 Caddie Dr
Marysville, OH 43040


Shannon Ryan
2115 Yeaman Place #308
Nashville, TN 37206


Shannon Schaker
2280 Settlers Trail
Vandalia, OH 45377


Shannon Tower
3993 Carteret Drive
Philadelphia, PA 19114


Shannon Whitting
5084 Springdale Boulevard
Hilliard, OH 43026


Shannon Widman
94 Watertown Rd
Middlebury, CT 06762

Shante A McShepard
4083 Palm Ave
Lorain, OH 44055


Shantwania Buchanan
18 County Road 617A
Corinth, MS 38834


Shaquala R Phillips
2117 Park Hills Drive  Apt 11
Pittsburgh, PA 15221


Shaquana Howell
17 Maryland Avenue
Whitesboro, NJ 08252


Sharee N  Scott
1304 West Wishart St
Philadelphia, PA 19132


Shareh Day
3850 Wood Haven Rd #701
Philadelphia, PA 19154

Shari  Ferguson
5444 Angel Ridge Road
Athens, OH 45701


Shari Bernier
7311 East Southern #2057
Mesa, AZ 85209


Shari Townsend
6209 Oakcrest Avenue NW
Canton, OH 44718


Shari Visarraga
808 Long Branch Drive
Henderson, NV 89014


Sharl Maynor
102 Fox Chase Drive
Goose Creek, SC 29445


Sharlene Konenko
8432 N 85th St
Scottsdale, AZ 85258

Sharlene S Hartsell
1613 Grace Street
Mansfield, OH 44905


Sharon  Bowden
2520 Granite Parkway
Elk Grove, CA 95758


Sharon  Hnot
930 Mulberry Street
Reading, PA 19604


Sharon  Jankowski
1960 Cider Mill Way
Tipp City, OH 45371


Sharon  Shlavin
33 Wilden Drive
Easton, PA 18045


Sharon  Worley
159 Todd Creek Road
Neeses, SC 29107

Sharon A Bingley
12 Palmetto Park Road
Charleston, SC 29407

Sharon A Floro
8716 Arcturus Dr
Cincinnati, OH 45249

Sharon A Norman
761 Newberry Road
Nashville, TN 37205

Sharon A Rimer
1605 Loner Road
Blythewood, SC 29016

Sharon B Smith
2509 N Haven Blvd
Cuyahoga Falls, OH 44223

Sharon Baxter
11735 Chapman Highway
Seymour, TN 37865

Sharon Bohlen
278 Adams Street
Nelsonville, OH 45764


Sharon Burkholder
448 TR 1031
Nova, OH 44859


Sharon Burt
8 Summyside Drive
Athens, OH 45701


Sharon Callahan
3601 Najaro Road
Bethlehem, PA 18020


Sharon Cleland
47750 Main Street
Racine, OH 45771


Sharon Cohen
412 Parkinson Ave
Trenton, NJ 08610

Sharon Durie
12 School Road
Horsham, PA 19044


Sharon Eady
3187 Linksland Road
Mount Pleasant, SC 29466


Sharon Ellis
65 West 90th Street
New York, NY 10024


Sharon Flowers
10031 Possum Hollow RAd
Rockbridge, OH 43149


Sharon Gagnon
158 McGill Road
Kamloops, BC V2C1L7
CANADA


Sharon Gardner
555 Treadway Blvd
Sheffield Lake, Oh 44054

Sharon H Mills
1468 Legion Drive
Columbia, SC 29229


Sharon Harless
473 Payne Ridge
Walton, WV 25286


Sharon Hollar
1876 Evans Road
Jackson, OH 45640


Sharon J Bullock
6800 Baker Rd  Lot 87
Athens, OH 45701


Sharon Johnson
7711 Edgewater Ave
Huntsville, OH 43324


Sharon K Rowan
445 Park Street
Rochester, PA 15074

Sharon K Wright
4610 Erie Avenue NW
Canal Fulton, OH 44614


Sharon L Pastucka
5261 Strathmore Drive
Mechanicsburg, PA 17050


Sharon L Robinson
310 N Broad Street #D10
Carneys Point, NJ 08069


Sharon Larson
4431 N Condo Street
Litchfield Park, AZ 85340


Sharon M  Price
1036 Fidler Rd
Woodbine, NJ 08270


Sharon M Sambuca
3862 Alberta Place
Philadelphia, PA 19154

Sharon Matute
1101 North Rainbow Blvd #87
Las Vegas, NV 89108

Sharon Mount
2079 Third  PO Box 18
Thurston, OH 43157

Sharon Pleasant
4404 Landmark Road
Groveport, OH 43125

Sharon Powers
9444 Horseshoe Bend
Ludlow Falls, OH 45339

Sharon Pritchett
521 Co Rd. 3
Calhoun, TN 37309

Sharon Prosdocimo
829 Cottonwood Dr
Monroeville, PA 15146

Sharon R Allen
1428 Cagle Road
Ashland City, TN 37015

Sharon R Castle
814 Mansfield Lucas Road
Mansfield, OH 44903

Sharon R Dawson Hampton
124 Burt Drive
Roselle, NJ 07203

Sharon R. Fick
129 Saratoga Avenue NW
Canton, OH 44708

Sharon Saylor
1022 Setty Road
Albany, OH 45710

Sharon Singletary
212 Siloam Acres Drive
Greenwood, SC 29646

Sharon Singleton
43736 SR26
Woodsfield, OH 43793

Sharon Smith
1231 Center Avenue
Pottstown, PA 19464

Sharon Smith
7468 St Rt 56
Mechanicsburg, OH 43644

Sharon Sutherland
151 Downing Dr
Severna Park, MD 21146

Sharon Tinkham
14 Jacobs Avenue
Chauncey, OH 45719

Sharon V Moyer
710 Mountain Road
Pine Grove, PA 17963

Sharon Vanderveer
23 South McLean #6
Memphis, TN 38104


Sharon Wilkin
142 E Sixth Avenue
Lancaster, OH 43130


Sharon Williams
31565 Painter Ridge Road
Vinton, OH 45686


Sharon Yvonne Williams-Radecic
8421 Poplar Creek Road
Nashville, TN 37221


Sharon Zapata
408 Plum Avenue
New Kensington, PA 15068


Sharosha Daniels
312 E. Danielle Court
Mary Esther, FL 32569

Sharroll A Mowery
4840 Wheeling Road
Lancaster, OH 43130

Sharyn Washington
4 Yale Rd
Atco, NJ 08004

Shashelia Degraffinried
19906 Harvard Avenue
Warrensville, OH 44122

Shaukat Hussain
4536 Neshaminy Blvd
Bensalem, PA 19020

Shaun  Holly
4173 E Rancho Caliente Dr
Cave Creek, AZ 85331

Shaun C Laibe
5030 Broughton Place  #A
Dayton, OH 45431

Shaun Cheezan
224 13th St NW
Canton, OH 44703


Shaun Katz
7885 Muldrow Street
Las Vegas, NV 89139


Shaun McDonald
2438 S 161st Drive
Goodyear, AZ 85338


Shaun McMullen
430 Kellytown Road
McDonough, GA 30252


Shaun P Silva
504 Chesterfield Ave
Nashville, Tn 37212


Shauna J Lusby
4409 County Road 25N
Bellefontaine, OH 43311

Shauna Lee Hay
1463 Simmons Street
Mt Pleasant, SC 29464


Shauna Sanford
929 Maryland Avenue
Duquesne, PA 15110


Shauna Sipes
415 Parker Street
Pittsburgh, PA 15209


Shaunda F Gemas
318 Graff Street
Everson, PA 15631


Shaune L Milbourne
605 W. Market Street Unit 7
West Chester, PA 19382


Shauniesa R Wesley
450 Kays Avenue  Second Floor
Pittsburgh, PA 15210

Shauniesa R Wesley
1204 Arch Street #2
Pittsburgh, PA 15212


Shauntelle L Coleman
111 Hyman Place Apt 415
Pittsburgh, PA 15213


Shavon Chameri Richmond
128 Cascade Dr
Lexington, SC 29072


Shawn  Devlin
1470 Clifton Rd
Xenia, OH 45385


Shawn A Thorpe
715 Prospect St
Brackenridge, PA 15014


Shawn Baird
1346 Southeast Tenino St
Portland, OR 97202

Shawn Beuchler
8635 TR 130
Findley, OH 45840

Shawn C Mazzola
743 Palm Street
McKeesport, PA 15132

Shawn C Mitchell
30 Say Brook Circle
South Hadley, MA 01075

Shawn C Stackpole
PO Box 116
Porters Falls, WV 26162

Shawn Crews
192 English Oaks Drive
Cleveland, TN 37323

Shawn D Flail
417 5th St
Poprt Carbon, PA 17965

Shawn D Harlan
HC Box 257BBB
New Martinsville, WV 26155


Shawn D Powell
2305 Edencrest Drive
Antioch, TN 37013


Shawn E Smith
5456 Penn Ave  Apt 7
Pittsburgh, PA 15206


Shawn Englerth
355 Hilltop Drive
Ephrata, PA 17522


Shawn Garcia
1410 Neosho
Emporia, KS 66801


Shawn Glenn
109 N Jackson
Toronto, KS 66777

Shawn Healy
RT3 328B
Elizabeth, WV 26143

Shawn Hilligas
2045 E Helena Drive
Phoenix, AZ 85028

Shawn Hopson
130 Fairview Drive
Verona, PA 15147

Shawn J OMara
313 East Carson St
Pittsburgh, PA 15219

Shawn J Ratti
17 Kennedy Dr
Fairless Hills, PA 19030

Shawn Jensen
6401 N Kent Rd
Buhler, KS 67522

Shawn Koch
1881 Merchant Street
Sparks, NV 89431


Shawn L Cunningham
176 Sullivan Dr
Lower Burrell, PA 15068


Shawn Legg
33017 Graves Road
Londonderry, OH 45647


Shawn Logwood
119 Lincoln Place
Urbana, OH 43078


Shawn M Ceylan
535 Locust St
Bristol, PA 19007


Shawn M Davis
3617 S Partridge Drive
Dover, PA 17315

Shawn M Duncan
8 Ovelton Ave
Stewartstown, PA 17363


Shawn M Griffin
1907 W 24th Avenue  Apt 12C
Emporia, KS 66801


Shawn McCartney
2119 Pleasantview Drive NE
Lancaster, OH 43130


Shawn McCorkle
4910 Simpson Ferry Road
Mechanicsburg, PA 17050


Shawn Michael Kyler
5490 Morgan Run Rd  PO Box 60
West Decatur, PA 16878


Shawn Milks
2175 Gazell NE
Rio Rancho, NM 87124

Shawn N Moore
201 Webster St Apt C10
Woodbine, NJ 08270


Shawn Newcomb
4717 Circle Drive
Cola, SC 29206


Shawn Omara
360 Carlton Rd
Bethel Park, PA 15102


Shawn P Hickey
10 Crowell St
Savannah, OH 44874


Shawn Paul Leed
384 Reinholds Road
Denver, PA 17517


Shawn R  Lapping
124 Deer Lane
Rochester, PA 15074

Shawn Ray
1753 Road East Lot 269
Emporia, KS 66801


Shawn Romano
1528 Horne Boulevard
New Kensington, PA 15068


Shawn S Ide
213 Pepper Ridge Circle
Antioch, TN 37013


Shawn S McGrath
3411 Howenstine Drive
East Sparta, OH 44626


Shawn Sanders
76 Route 627
Phillipsburg, NJ 08865


Shawn Schroeder
170 Schaeffer Hill Road
Pottsville, PA 17901

Shawn Simons
31 Madison Street
Glouster, OH 45732


Shawn T Gerety
1960 Horseshoe Road
Lancaster, PA 17602


Shawn Turkovich
225 Waddell Avenue
Donora, PA 15033


Shawn W Harris
4838 Laura Beanne Boulevard
Murfreesboro, TN 37129


Shawn W Pargeon
523 Orchard Ave
New Lexington, OH 43764


Shawn Werner
537 Dreibelbis Mill Road
Shoemakersville, PA 19555

Shawn Wright
7701 Creek Road
Williamsfield, OH 44093



Shawna Green
47 Eden Place
Athens, OH 45101



Shawnna Robertson
36 W Laurel Street
Shenandoah, PA 17976



Shawntia P Jackson
108 W Meyers Street
Pittsburgh, PA 15210



Shay D Marsh
2147 N Pebble Beach Drive
Casa Grand, AZ 85222



Shay Jaeger
1513 West Shellfish Drive
Gilbert, AZ 85233

Shea N Jackson
285 E Queen Lane
Philadelphia, PA 19144


Sheena Schaming
431 Abbeyville Road
Pittsburgh, PA 15228


Shefali Lamgaday
5500 Roche Drive
Columbus, OH 43229


Shehla Raza
730 New Dover Road
Edison, NJ 08820


Sheila  Mielcarek
8018 S 38th Place
Phoenix, AZ 85042


Sheila  ORourke
1240 Vista Hills Drive
Lakeland, FL 33813

Sheila Anderson
3570 Bishop Gate
Memphis, TN 38115


Sheila Ann Gumby
415 Spring Village Road
Rugoff, SC 29078


Sheila C Reffner
5600 Plum Creek Blvd
Roaring Spring, PA 16673


Sheila Carter
6738 West Point
Hixson, TN 37343


Sheila Clifford
805 Xavier Court
Antioch, TN 37013


Sheila D Garst
2047 Dennings Road
New Windsor, MD 21776

Sheila D Smith
4967 Loch Lomond Road
Memphis, TN 38116


Sheila Green Lee
675 Sandridge Road
Little River, SC 29466


Sheila Helga
309 Forest Ave
Ambler, PA 19002


Sheila J Showalter
2439 Wittenburg NE
Massillon, OH 44646


Sheila Jo Leininger
1927 W Parker St
Pottsville, PA 17901


Sheila Johnson
1705 Maple Place
Soddy Daisy, TN 37379

Sheila Jones
12 Broad Street Ct
Cape May, NJ 08204


Sheila Kellar
2321 Shadow Lane
Nashville, TN 37216


Sheila Lakin
8425 Cullingford Lane
Charlotte, NC 28216


Sheila Lauffer
902 Mocking Bird Lane
Charleston, SC 29401


Sheila M Amoroso
663 Boyer Road
Venetia, PA 15367


Sheila M Donnelly
655 Bardwell Road
Factoryville, PA 18419

Sheila M Mercer
816 Renier Ave  1st Fl
Turtle Creek, PA 15145


Sheila M Newman
4680 Fenimore Court  Apt B
Columbus, OH 43232


Sheila M Tompkins
5596 Almaville Road
Smyrna, Tn 37167


Sheila Nejat
7009 E Kiva Ave
Mesa, AZ 85208


Sheila T Panettierre
121 North Law St
Allentown, PA 18101


Sheila Towles
128 Shoop Avenue
Dayton, OH 45417

Sheila Y Tokonitz
10 York Farm  PO Box 1386
Pottsville, PA 17901


Shelba Baker
4 West Vine St
Jackson, OH 45640


Shelby A  Swaney
107 Foxwood Lane
Franklin, TN 37069


Shelby Gray
369 Alameda Parkway
Arnold, MD 21012


Shelby Kemerly
331 Lauralwood Drive
Lebanon, PA 17042


Shelby R Ray
372 Monn Clinton Rd
Moon Twp, PA 15108

Shelia  Stigers
1214 Pebble Court
Clarksville, TN 37042



Shelia Caison
6804 E Second Street  #7
Scottsdale, AZ 85251



Shelia K Weaver
544 E Taggart Street
E Palestine, OH 44413



Shelia Richey
6666 Brookmont Terrace
Nashville, TN 37205



Shelle Dukes
2916 Elijah Parkway  Apt C
Lima, OH 45805



Shelley Ann Fetterolf
13812 Walkers Creek Drive
Charlotte, NC 28273

Shelley Bolman
5126 Mono Drive
Wooster, OH 44691


Shelley Elkins
PO Box 125 218 Paradise Road
Industry, PA 15052


Shelley Kongos
8302 N. Sener O Tres
Paradise Valley, AZ 85253


Shelley L Bridgewater
9052 West Buttersmill Cove
Cordova, TN 38016


Shelley R Chase
RR2 Box 232A
Fairmont, WV 26554


Shellie Reinoso
220 N 22nd Place  No 1009
Mesa, AZ 85213

Shelly Burch
519 Miami Street  Apt B
Piqua, OH 45356


Shelly Duvaltm
2486 Gerald Court
Arco, NJ 08004


Shelly Ford
1011 Liberty Court
Bethlehem, PA 18017


Shelly Gomez
4892 Deis Hill Rd NW
Dover, OH 44622


Shelly Halloran
5539 Morris St
Philadelphia, PA 19144


Shelly Hazell
126 Massan St
Trenton, NJ 08638

Shelly Joseph
1509 Lott Street
Philadelphia, PA 19115




Shelly L Ortman
2771 Invernest Street
Streetsboro, OH 44241




Shelly Luna
264 S Winterhaven
Mesa, AZ 85204




Shelly Paterik
4201 N 24st Street #100
Phoenix, AZ 85015




Shelly R Hann
304 E Georgia Ave
Connellsville, PA 15425




Shelton Tate
1189 Main Canal Drive
Mt. Pleasant, SC 29464

Shendra Passic
1713 Crossfield Dtr
Lancaster, PA 17603


Sheree Humphries
516 Borland Street
Pittsburgh, PA 15206


Sheree Lanette Johnson
919 Cliff St
Braddock, PA 15104


Sheree N Blomeier
124 Juniper Street
Lebanon, PA 17042


Sheree N Griffin
24 1 2 Walther Street
McKees Rocks, PA 15136


Shereen S Darwish
3501 Section Road #601
Cincinnati, OH 45237

Sheri  Rowen
5700 Kenwood Ave
Baltimore, MD 21206



Sheri Elias
115 W Palm Lane
Phoenix, AZ 85003



Sheri Ferrari
7651 E Softwind Dr
Scottsdale, AZ 85255



Sheri Green
21 Branch Brook Drive
Bellville, NJ 07109



Sheri L Pudliner
1130 E Highland Street
Allentown, PA 18109



Sheri Watts
14250 W Wigwam Villa #526
Litchfield, AZ 85340

Sheridan Boltz
9 Plymouth Drive
Junestown, PA 17038

Sherill Wynne
5300 East Desert Inn Road #271
Las Vegas, NV 89122

Sherima Latoya Wright
315 Clarine Dr
Goose Creek, SC 29445

Shermain G Givens
870 Studer Ave
Columbus, OH 43206

Sherman  Harbin
PO Box 404
N Kingsville, OH 44004

Sherman Micsak
807 Quail Hollow Cr
Avon Lake, OH 44012

Sherree May
107 Mecklem Road Apt 2
New Brighton, PA 15066

Sherree Montero
1630 Ottawa Drive
Las Vegas, NV 89169

Sherrell  Hairston
3 Hedgefield Ct
Irmo, SC 29063

Sherri A Gregory
437 Noblestown Road
Carnegie, PA 15106

Sherri Bollon
424 Darling Terrace SW
Lancaster, OH 43130

Sherri Branton
209 Fort St
Summerville, SC 29485

Sherri Edmonds
748 Ridgewood Dr.
Coshocton, OH 43812


Sherri Growden
255 Log Cabin Lane
Bedford, PA 15522


Sherri Jones
203 Lower Glen Street
Blythewood, SC 29016


Sherri L Sweeney
PO Box 472
Wildwood, NJ 08260


Sherri Parrish
2200 Harding Place #8
Nashville, TN 37215


Sherri Steen
6 Highland Avenue
Marmora, NJ 08223

Sherria L Alexander
1106 Fifth Avenue  Apt 4
Beaver Falls, PA 15010


Sherrie Aquillino
919 West Main Street
Mount Pleasant, PA 15666


Sherrie Bovain Dantzler
221 Hillsborough Road
Columbia, SC 29212


Sherrie D Davis
840 Pike St
Marietta, OH 45750


Sherrie Haley
5408 Daniel Ray Drive
Whites Creek, TN 37189


Sherrie Hayes
3118 Turret Way
Murfreesboro, TN 37129

Sherrie Hoffman
9111 Brent Meade Boulevard
Brentwood, TN 37027


Sherrie Norman
14473 Fossil Rock Road
Athens, OH 45701


Sherrika M Lawson
1800 Rankin Avenue
Columbus, OH 43219


Sherrine Bollinger
186 Colvilla Dr
Westminster, MD 21157


Sherrod L Cole
20 Mitchell Street
Pittsburgh, PA 15212


Sherry  Franks
143 Chesapeake Harbor Boulevard
Hendersonville, TN 37075

Sherry  Lloyd
219 Little Deer Creek Rd
Cheswick, PA 15024


Sherry  Wade
13332 Tenny Road
Mt Sterling, OH 43143


Sherry A Coby
1409 Michael Drive
Celina, OH 45822


Sherry Able
636 Leisenring Vanderbilt Road
Vanderbilt, PA 15486


Sherry Annette Ray
7 N Howell Ave
Chattanooga, TN 37411


Sherry Clark
756 Spruce Avenue
Sidney, OH 45365

Sherry Corvin
1490 Finley Cgapel Road
Wellston, OH 45692


Sherry D Street
1014 Adeline Dr  Apt 3
Columbia, SC 29205


Sherry J Dozier
4284 Bull Run Road
Ashland City, TN 37015


Sherry Jetter
423 N White Horse Pike
Magnolia, NJ 08049


Sherry L Myers
RD 1  Box 279A
Latrobe, PA 15650


Sherry L Reed
3013 Brentwood Avenue
Pittsburgh, PA 15227

Sherry L Smith
HC 71 Box 620
Duck, WV 25063


Sherry Louise Taylor
5847 Bobbitt Dr
Memphis, TN 38134


Sherry M Karpiak
PO Box 105  Rt 88
Dunlevy, PA 15432


Sherry Maier
10191 Dayflower Drive
Twinsburg, OH 44087


Sherry McKee
620 Vollrath
Bacyrus, OH 44820


Sherry Mest
6111 Old Bethlehem Pike
Center Valley, PA 18034

Sherry Pikul
425 North B.
Livingston, MT 59047


Sherry Q Bollevzl
5351 Hilldom Road
Pierpont, OH 44084


Sherry Rozaieski
5776 Oakhill Avenue NE
Louisville, OH 44641


Sherry Rue Stagner
7501 W Charleston Blvd Apt 5
Las Vegas, NV 89117


Sherry Smith
31 Tiffnay Drive
Shippensburg, PA 17257


Sherry Williams
310 Roseland Drive
Rainbow City, AL 35906

Sherry Wolfe
22 Shellie Street
Uniontown, PA 15401

Sherryl D Smith
2463 Oakview Lane
Lancaster, OH 43130

Sherwood James Nelson
1124 Parliament Lake Drive
Columbia, SC 29223

Shery Lindsay
527 Parkwood Road
Pittsburgh, PA 15210

Sheryl A Watkins
596 Jackson Street
Nelsonville, OH 45764

Sheryl Martin
1212 Brownfield Road
Uniontown, PA 15401

Sheryl Silbaugh
4325 Tuscarawas Road
Beaver, PA 15009


Shiann Aliff
223 Faircrest SW
Canton, OH 44706


Shirley  Love
1505 E Ash Lane
Cottonwood, AZ 86326


Shirley  Weisenberger
750 Chelsea Ave
Columbus, OH 43209


Shirley A Brandon
103 Ada Avenue
Celina, OH 45822


Shirley A Dickinson
1787 South Eighty Eight Road
Greensboro, PA 15338

Shirley A Eason
304 Sandy Springs Road
Savannah, GA 31410


Shirley A Kachinko
1806 Greensburg Avenue  Apt 1B
North Versailles, PA 15137


Shirley A Morris
4273 East 164 Street
Cleveland, OH 44128


Shirley A Palmer
2500 Nursery Road  Lot 308 S
Lake City, PA 16423


Shirley A Prokop
4120 N Leavitt Road
Warren, OH 44485


Shirley A Russell
9036 Salem Road
Athens, OH 45704

Shirley A Sandoval
13910 W Cypress Forest Drive
Houston, TX 77070


Shirley A Smith
647 Greble Road
Lebanon, PA 17046


Shirley A Wade
1223 Fifth Avenue
Beaver Falls, PA 15010


Shirley Ann Heller
310 Golden City Road
Saxonburg, PA 16056


Shirley Annette Ball
7111 Hoover Gap Rd
Christiana, TN 37037


Shirley Bock
501 Forcey Road
Woodland, PA 16881

Shirley Cody
5221 S 15th Way
Phoenix, AZ 85040


Shirley E DeSerio
5018 14th Street SW
Canton, OH 44710


Shirley Folkersen
1605 Amboy Drive
Las Vegas, NV 89108


Shirley Heasley
404 County Line Rd.
Harrisville, PA 16038


Shirley J Beck
272 N Pardee St
Wadsworth, OH 44281


Shirley J Betters
42 Snyder Avenue
Monongahela, PA 15063

Shirley J Fetterman
PO Box 271  100 2nd Street
Fayette City, PA 15438


Shirley J Goode
108 Beaver Street
New Brighton, PA 15066


Shirley J Maurer
24 N Herman Street
New Bremen, OH 45869


Shirley J Steen
625 S Tomahawk Road
Apache Junction, AZ 85219


Shirley J Timmons
242 South Prospect Street
Connellsville, PA 15425


Shirley Johnson
3655 Southern Ave NoV
Memphis, TN 38111

Shirley Johnson
742 McCalmont St
Franklin, PA 16323



Shirley L Smith
507 Carsonia Avenue
Reading, PA 19606



Shirley M Magulick
1924 Mosscreek Road
Northern Cambri, PA 15714



Shirley M Roadarmel
2695 Beau Ct  Apt3
Canton, OH 44708



Shirley Melnick
62 N Hunter Hwy
Drums, PA 18222



Shirley Morman
270 Central Dr
Somerville, TN 38068

Shirley Patterson
310 Abbeyville Road
Pittsburgh, PA 15228

Shirley Paulin
8194 Blue Ball Road
Stewartstown, PA 17363

Shirley R Cook
2812 East Pinchot Avenue
Phoenix, AZ 85016

Shirley R Lankford
4764 Apollo Drive
Antioch, TN 37013

Shirley R Lindberg
3313 Lampson Road
Austinburg, OH 44010

Shirley Rhee
609 Oakridge Circle
Sidney, OH 45365

Shirley Rigsby
252 Boyd Street
Lancaster, OH 43130

Shirley Robinson
1782N Route 9
Cape May Court House, NJ 08210

Shirley Russell
15921 Butternut Road
Nelsonville, OH 45764

Shirley Seykoski
33 Holly Drive
Charleroi, PA 15022

Shirley Tate
446 McPheron Avenue
Lima, OH 45804

Shirley Wans
8775 20th St  Lot 328
Vero Beach, FL 32966

Shon Paul Tilson
209 Stacey Kelley Drive
Seneca, SC 29678

Shona L Watts
109 Chalice Lane  Apt E
Columbia, SC 29229

Shonda L Carlson
1073 2nd Ave
Brockway, PA 15824

Shonda l Devine
15386 Smith Road
Kensington, OH 44427

Shonda M Scott
1416 Stuyvesant Ave
Trenton, NJ 08618

Shontel Dixon
8016 N 48th Lane
Glendale, AZ 85302

Shron Sloan
506 Washington Avenue
Clairton, PA 15025

Shronda Morgan Reeves
1650 Kennerly Rd
Irmo, SC 29063

Shu Ching Ng
10624 S Eastern Avenue  A728
Henderson, NV 89052

Si Ly
5250 Clayton Avenue
Pennsauken, NJ 08109

Sid Oakley
2220 Edgemont Ave
Bristol, TN 37620

Sid Saab
2120 Bell Tower Drive
Crownsville, MD 21032

Sidney Cruz
1706 Schadt Avenue
Whitehall, PA 18052


Sidney Goffney
860 Verde Avenue
Pennsauken, NJ 08110


Sidney Hamlin
138 Boundary Avenue
Clairton, PA 15025


Sidney Harris Jr.
9440 Collins Drive
Collinsville, MS 39325


Sidonna Crabtree
108 Pearl Street
Jackson, OH 45640


Siegel Actuarial Consulting, Inc.
11676 Perry Highway
Suite 3300
Wexford, PA 15090

Sierra Bawden
160 North Eclipse Drive
St George, UT 84770


Sigrid Kopf
1021 Devonshire Road
Lancaster, PA 17601


Sila Kailiponi
155 Jamie Drive
Woodbury, TN 37190


Silas Richard
116 W. Chase Drive
Charleston, SC 29407


Silke Voelz Browning
1071 Belwood Dr
Highland Heights, OH 44147


Silvia Arana Montenegro
2430 Old Forge Lane  Apt 103
Las Vegas, NV 89121

Silvia Tamayo Torres
3434 Aristos Ave  No C
Las Vegas, NV 89030

Silvino Alexander
132 Glendale Road
Havertown, PA 19083

Simeon Ananou
402 Pueblo Trail
Mercer, PA 16137

Simitria Abarca
705 Reeves Street
Cape May Court House, NJ 08210

Simon Gleyzer
10837 Nardina Way
Philadelphia, PA 19116

Simon J Stamper
6624 Kirkland Drive
Cincinnati, OH 45224

Simon P Mazloom Jr
37 Silver Creek Rd
New Philadelphia, PA 17959




Simone H Anderson
7290 Old Dominion Court
Memphis, TN 38125




Simrandee Kaur
420 W Cedar
Wildwood, NJ 08260




Sims H Price
236 Brown Chapel Drive
Newberry, SC 29108




Sinona Dodson
568 Old Bahamas Valley Road
Westminster, MD 21157




Sjef Quaedvlieg
3410 Valley Brook Road
Nashville, TN 37215

Sky Nicholson
356 Tracy Road
Hohenwald, TN 38462


Skyler S Shaba
258 Moretown Heights
Moretown, VT 05660


Skylor Massie
100 Oxford Drive  Apt 104
Monroeville, PA 15146


Snezana Gocevska
6933 Waltham St NW
Canton, OH 44708


Sobra Hatchett
6295 Farm Hill Drive
Memphis, TN 38141


Socorro Covarrubias
6800 East Lake Mead
Las Vegas, NV 89156

Soho Services Inc.
2548 Erie Avenue
Cincinnati, OH 45208


Soladene Curtis
351 Cornelia Avenue NE
Canton, OH 44704


Solaida Guadalupe
425 North 16th Street
Allentown, PA 18102


Solomon Muhammed
220 Thurlow Street
Chester, PA 19013


Somine Phillips
11206 Winterland Drive
Indianapolis, IN 46235


Somsack Souvannasy
1567 Laurel Ledge Drive
LaVergne, TN 37086

Sonak Ith
3057 E Crystal Waters Drive  Unit 4
Holland, MI 49424


Sonali Sharma
908 Wickham Drive
Winterville, NC 28590


Sondrine Albuquerque
82 Drummer Lane
Redding, CT 06896


Song Nam Mounivong
8009 Vineyard Lane
Smyrna, TN 37167


Sonia Calo
151 West Green St
Reading, PA 19601


Sonia Davis
3675 Steinbeck Dr
Las VEgas, NV 89115

Sonia Madison
400 Spring Hollow Drive
Middletown, DE 19709


Sonja Clary
119 Swainton Goshen Road
Cape May Court House, NJ 08210


Sonja D German
502 Spann Street
Mt. Pleasant, SC 29464


Sonja M Nance
3326 31st NE
Canton, OH 44705


Sonny B Robinson
418 Berrywood Road
Orangeburg, SC 29115


Sonny Badidles
2233 Le Conte
Henderson, NV 89074

Sonny R Brown
7785 US Route 22 E
Circleville, OH 43113


Sonnya Adams
1459 Todd Place Court
Wichita, KS 67207


Sonnya Adams
8722 Longlake Cr
Wichita, KS 67207


Sonya M Hook
30 Oak St
Nelsonville, OH 45764


Sonya M Patschke
209 Awol Road
Jonestown, PA 17038


Sonya M Reed
3012 S Bunker Hill
Wichita, KS 67210

Sonya R Wilson
833 Russellwood Avenue #1
McKees Rocks, PA 15136

Sonya Ruiz
2213 North Eighth Street
Philadelphia, PA 19133

Sonya Spitler
3795 Hickory Drive
Greenville, OH 45331

Soonja Oak
1275 15th St Apt 4F
Fort Lee, NJ 07024

Sophia A Hargrove
8537 Sunlight Drive
Cincinnati, OH 45231

Sophia B La
1917 E. Huntingdon Street
Philadelphia, PA 19125

Sophia Horner
2318 Winfield Way NE
Canton, OH 44705


Sophia Land
6120 Elizabethan Drive
Nashville, TN 37205


Sophia N Kirkland
1177 Holly Berry Ct
Millville, NJ 08332


Sophie Garza
1205 Stardust Circle
Emporia, KS 66801


Southeastern Machining
500 Lincoln Avenue
Lancaster, OH 43130


Spencer Armistead
1240 Central College Rd
Westerville, OH 43081

Spencer Heinl
217 Eastview Dr
Coldwater, OH 45828


Spencer Moak
9694 Ashentree Dr
Baton Rouge, LA 70818


Spencer Smith
472 Wilmington Circle
Oviedo, FL 32765


Spiros G Arvanitidis
205 Struthers-Liberty Rd
Campbell, OH 44405


Sprinivas Challagundla
8875 Mission Hills Drive  Apt 203
Memphis, TN 38125


Sprint
P.O. Box 4181
Carol Stream, IL 60197

Srindvasa Sade
2107 Hermitage Park Drive
Hermitage, TN 37076

Srinivas Mukkamala
1810 Overhill Dr
Flint, MI 48503

St Clair Williams
434 Webster St
Rochester, PA 15074

Stacee Samuel
7955 Badura No 314
Las Vegas, NV 89113

Stacey  Blackmon
3050 Burton Cove Road
Cookeville, TN 38506

Stacey  Marfia
250 Home Road South
Mansfield, OH 44906

Stacey Beck
6065 CR 207
Millersburg, OH 44654


Stacey Berry
7375 Deep Valley Drive
Germantown, TN 38138


Stacey Fabre
PO Box 51846
Lafayette, LA 70505


Stacey Floyd
121 Gale Lane
LaVergne, TN 37086


Stacey J Reichle
743 Dias Creek Rd
Cape May Court House, NJ 08210


Stacey L Blair
747 Commerce St
Reading, PA 19608

Stacey L Jordan
370 Wallace Road B7
Nashville, TN 37211

Stacey Lee Buzard
16801 Route 36
Brookville, PA 15825

Stacey McKay
5733 Lincoln Avenue
Export, PA 15632

Stacey Seacrist
183 Radley Drive
Painesville, OH 44077

Stacey Williams
350 Glenside Ct
Dayton, OH 45426

Stachia Jones
589 Longview Se
Massillon, OH 44646

Staci Lyn Ciafrani
78 McClure Rd
Cheswick, PA 15024


Staci McKeegan
5025 Hillsboro Pk  No 1A
Nashville, TN 37215


Staci S Crowley
108 Heckman Street
Phillipsburg, NJ 08865


Staci Young
301 Taffy Run Road
Rochester, PA 15074


Stacia Harper
2379 Sunnington Drive
Dublin, OH 43016


Stacie M Hunter
35102 Clay Bank Rd
Logan, OH 43138

Stacy  Infantozzi
120 Landing Drive
Hookstown, PA 15050


Stacy A Vanderveen
2522 235th Street
Milford, IA 51351


Stacy Black
1570 King Richard Pkwy
Miamisburg, OH 45342


Stacy Britton
2001 Foster Avenue Circle
Britton, PA 19007


Stacy Cummings
1421 Adams Street
Franklin, TN 37064


Stacy Destafano
9785 Fowler Drive
Papillion, NE 68046

Stacy Diamond
11228 Handlebar Dr
Reston, VA 20191


Stacy Douglas
3405 Fletton Way
Summerville, SC 29485


Stacy Evans
2414 Delaware Avenue SW
Canton, OH 44706


Stacy Foster
1035 Youngstown Road
Morgantown, KY 42261


Stacy G Tague
1510 Easton Ave
Bethlehem, PA 18018


Stacy Gardner
3901 Wallace Lane
Nashville, TN 37215

Stacy Head
1920 Wright Street
Pittsburgh, PA 15221


Stacy J Bates
Box 77  6449 Route 580 Highway
Cherry Tree, PA 15724


Stacy Jackson
626 Donaldson Drive
Pittsburgh, PA 15226


Stacy Judith Floyd
332 E Lake Trail
Columbia, SC 29209


Stacy K Zell
20 Joneswood Drive
Athens, OH 45701


Stacy Keener
1573 Co Rd 1575
Ashland, OH 44805

Stacy L Bisler
90 Vista Ridge Circle
Hinkley, OH 44233


Stacy L Goodhart Elkin
344 North Market Street
Galion, OH 44833


Stacy Lovett
6705 Lynford St
Philadelphia, PA 19149


Stacy M Bizzarro
1109 E Eleventh Street
Erie, PA 16503


Stacy M Robles
933 E Constitution Drive
Chandler, AZ 85225


Stacy Mikulski
317 Princeton Ave
Delanco, NJ 08075

Stacy Romanias
464 Long Drive
Pittsburgh, PA 15241




Stacy Varney
304 Meadow Brook Lane
Harold, KY 41635




Stafanie Weisman
109 Woodshore Dr
Cola, SC 29223




Stamica Robinson
1343 Essex Drive
Lima, OH 45804




Stan Bassett
160 Ashton Park
Madison, MS 39110




Stan Kinslow
1209 Shiloh Dr
Nashville, TN 00037-7205

Stan Patterson
1013 Vinial Street
Pittsburgh, PA 15212


Stan Vespie
310 E Main Street
Linden, TN 37096


Stanley  Joles
PO Box 83  326 Vernon Ave
Latrobe, PA 15650


Stanley  Penn III
11330 Drumsheugh Lane
Upper Marlboro, MD 20774


Stanley  Williams
130 Little Ranch Circle
Oakley, CA 94561


Stanley A Blozousky
129 S Spencer Street
Frackville, PA 17931

Stanley A Weston II
8110 Rugby St
Philadelphia, PA 19150


Stanley Boskovski
2644 E Birchwood
Mesa, AZ 85204


Stanley Eisenberg
524 Swanson Crest
Milford, CT 06461


Stanley F Hill
142 Reserve Square
Wampum, PA 16157


Stanley H Reitmire
162 Layne Street
New Haven, WV 25265


Stanley J Jalonski Jr
349 Anderson St
Pottwsville, PA 17901

Stanley J Twaroski
5693 Peck Rd
Erie, PA 16510


Stanley P Hardy
4708 Tarkington Drive
Memphis, TN 38128


Stanley Pearlman
554 Gibson Avenue
Kingston, PA 18704


Stanley Robinson
1703 Swamp Pike
Gilbertsville, PA 19525


Stanley Schoenbach
3333 Henry Hudson Pkwy
Bronx, NY 10463


Stanley T Farley
3025 Lakeview Drive
Metropolis, IL 62960

Stanley Wendell
44207 Kelly Park Road
Columbiana, OH 44408


Stanley Williams
P.O. Box 503
Bessemer, PA 16112


Starlett Strires
2315 Harmont Avenue Northeast
Canton, OH 44705


Starr L Karloski
3429 Long Hollow Road
Elizabeth, PA 15037


State of Nevada
State Unemployment Department
2800 E. St. Louis Avenue
Las Vegas, NV 89104


State of Nevada Department of Revenue
1550 College Parkway
Carson City, NV 89706

State of South Carolina
Department of Insurance
1201 Main Street
Suite 1000
Columbia, SC 29201


State Wide Management
100 Countrywood Drive
Lebanon, TN 37087


Stauroula Alwell
46 Ambassador Lane
Staten Island, NY 10309


Stefani K Combs
36270 Bailey Road
Pomeroy, OH 45769


Stefanie  Runyon
855 Riegal Ridge Road
Jackson, OH 45640


Stefanie Bungard
226 N 5th Street
Jeanette, PA 15644

Stefanie Davis
514 North Montgomery
Hollidaysburg, PA 16648


Stefanie Lucas
3321 W Twain Court
Anthem, AZ 85086


Stefanie Pitter
44 Robinson Road
Fort Leavenworth, KS 66027


Stella Frazier
1889 Bordeaux Dr
Fairborn, OH 45324


Stella L Murphy
116 Barton Bend Lane
Columbia, SC 29206


Stella Sanchez
10155 W Camelia Drive
Arizona City, AZ 85223

Stepahnie Sicchitaro
6 Lewis Road PO Box 25
Eighty Four, PA 15330


Stepanie Lynn Kline
13 Granite Dr
East Earl, PA 17519


Stepehn M O'Brien
847 N Hillview Ct
Brentwood, TN 37027


Stephan Koenig
14372  Thompson Boulevard
Brookpark, OH 44142


Stephan Meleo
600 Quacker Road
Warrenton, GA 30828


Stephan Petrovic
1626 W La Salle
Phoenix, AZ 85041

Stephane Lopez
5752 Old York Road
Lahaska, PA 18931


Stephanie  Zawislak
3929 Applecrest
Las Vegas, NV 89108


Stephanie A Harris
2813 Rustic Ridge Road
Rock Hill, SC 29730


Stephanie A Hicks
4430 Mountville Rd
Glouster, OH 45732


Stephanie A Sims
113 Larson Drive
Summerville, SC 29485


Stephanie A Winseck
3075 Dogwood Drive
Lititz, PA 17543

Stephanie Aronica
5729 Knob Rd
Nashville, TN 37209

Stephanie Bennett
84 Riverdale Ave
Neptune City, NJ 17753

Stephanie Clark
2278 Macedonia Angelus Road
Jefferson, SC 29718

Stephanie Cole
2701 Old Philadelphia Pike
Lancaster, PA 17602

Stephanie Cook
402 Autumn Wood Dr
Whitehouse, TN 37188

Stephanie Crail
40 Marion Drive
Zelienople, PA 16063

Stephanie Crooks
3901 Red River St
Austin, TX 78751


Stephanie Deitsch
9413 Burrville Rd
Rockford, OH 45882


Stephanie Dewar
124 S. Atlantic Avenue
Pittsburgh, PA 15224


Stephanie Edwards
10979 Comanche Dr
Sidney, OH 45365


Stephanie Ferraro
14 Everturn Lane
Levittown, PA 19054


Stephanie G Johnson
2876 Springland Street
Memphis, TN 38134

Stephanie Gerald
6431 Marshall Road
Cemterville, OH 45459


Stephanie Greenleaf
1522 Garfield Avenue
Pittsburgh, PA 15212


Stephanie H Davidson
7971 Martha
Millington, TN 38053


Stephanie Harris
7008 E. Gold Dust Avenue #219
Scottsdale, AZ 85253


Stephanie Hughey
3214 Berkshire Ap 301
Cleveland Hts, OH 44118


Stephanie J Reich
359 Walnut Street Apt #014
Meadville, Pa 16335

Stephanie Jones
101 Paintrock Ferry Rd Apt G14
Kingston, TN 37763

Stephanie Kanoff
6535 Linglestown Road
Harrisburg, PA 17112

Stephanie Kozel
281 Millgate Road
Bellefonte, PA 16823

Stephanie L Boring
1310 Zimmerman Rd
Carlisle, PA 17015

Stephanie L Chute
208 Woods Drive
New Brighton, PA 15066

Stephanie L Gilligan
206 S Swigart Street
New Lexington, OH 43764

Stephanie L Sherry
2727 W Gordon St
Allentown, PA 18104


Stephanie L Sprouse
106 Beechwood Place
Parkersburg, WV 26104


Stephanie L Thompson
9643 Crews Lane
Chesterhill, OH 43728


Stephanie L Vogel
1642 Oakmont Rd
South Euclid, OH 44121


Stephanie Lynch-Johnson
16621 168th TER SE
Renton, WA 98058


Stephanie M Peterson
639 N Providence Road
Media, PA 19063

Stephanie Mann
5523 S Broadwing Way
Boise, ID 83716

Stephanie McKinnis
813 10th Avenue
New Brighton, PA 15066

Stephanie Merkel
1308 N 13th St Apt J20
Whitehall, PA 18052

Stephanie Montgomery
17647 Beach Lane
Lake Milton, OH 44429

Stephanie N Malone
35298 Clay Bank Rd
Logan, OH 43138

Stephanie N McClure
1046 N Russell Street
Urbana, OH 43078

Stephanie N Woolever
16519 Burcham Rd
Logan, OH 43138


Stephanie Paolini
250 East Circle
Bristol, PA 19007


Stephanie Peake
719 Grove Street
Aliquippa, PA 15001


Stephanie Ponnett
21 James Street
Middletown, PA 17057


Stephanie R Lowe
302 Delaware Avenue
Scottdale, PA 15683


Stephanie R Smith
1421 Old Wilmington Road
Hockessin, DE 19707

Stephanie Rilling
55 Gunckel
Dayton, OH 45410

Stephanie Santoro
95 Chapel View Drive
Reinholds, PA 17569

Stephanie Smith
149 Windsor Dr
Nashville, TN 37205

Stephanie Sudina
761 William Drive
Level Green, PA 15085

Stephanie Szymanowski
326 E Doris Dr
Fairborn, OH 45324

Stephanie T Kurchock
1358 West Wade Rd
Pottsville, PA 17901

Stephanie Vanderlin
125 23rd Avenue
Altoona, PA 16601


Stephanie Wertz
3524 Fishinger Mill Drive
Hilliard, OH 43026


Stephannie Heckathorn
259 Liberty Ave PO Box 75
Vanderbilt, PA 15486


Stephen  Cross
6579 Horncliffe Court
Clarkston, MI 48346


Stephen  Filpos
36155 Taylor Avenue
Union City, PA 16438


Stephen  Long
2214 Raymond Ave
Reading, PA 19605

Stephen  Nestor
7464 River Road Pike
Nashville, TN 37209


Stephen  Pituch
200 Alder St  Apt 1
Lower Burrell, PA 15068


Stephen  Polakowski
17792 Reynolds Rd
West Farmington, OH 44491


Stephen  Urbanick
2925 Hershey Rd
Erie, PA 16506


Stephen  Wise
3745 E Sierra Madre Ave
Gilbert, AZ 85296


Stephen A  Green
3005 Cliffside Dr
Columbia, SC 29209

Stephen A Jones
393 Lawver Lane
Dayton, OH 45431


Stephen A Jones
393 Lawver Lane
Dauyton, OH 45431


Stephen Altrogge
445 Washington Street
Indiana, PA 15701


Stephen B Scott
48 Sayles Lyda Road
Fairview, NC 28730


Stephen B Wilke
7049 May Woods Lane
Germantown, TN 38138


Stephen Barber
1679 Fernstone Drive
Acworth, GA 30101

Stephen Black
344 Oak Haven Dr
Lexington, SC 29072

Stephen Bondurant
235 North Walnut Street
Logan, OH 43138

Stephen Buchanan
6113 Hickory Oakey road
Nashville, TN 37205

Stephen C Barr
13190 Kaufman Avenue NW
Hartville, OH 44632

Stephen C Boyer
2082 Weeping Willow Lane
Mount Joy, PA 17552

Stephen C Cicero
206 Maplewood Drive
Butler, PA 16001

Stephen Cinmlin
6575 East Lana Crt
New Palestine, IN 46163


Stephen Clarke
3318 E Navaho Street
Sierra Vista, AZ 85650


Stephen Cook
1167 North Washington Street
WilkesBarre, PA 18705


Stephen Craig
1069 Pleasure Lane #102
Henderson, LV 89002


Stephen D Jones
218 Williams Street
Crossette, AR 71635


Stephen D Keller
384 S Tenth Street
North Wales, PA 19454

Stephen D Rich
124 Dad Burnhams Rd
Pine Grove, PA 17963

Stephen David Putnam
3429 County Road  322
Henagar, AL 35978

Stephen E Baughman
530 Huckabee Mill Road
Swansea, SC 29160

Stephen E Ferrucci
1791 Northampton Dr
Fishers, IN 46038

Stephen Fonash
124 East High Street Apt 4
Bellefonte, PA 16823

Stephen Fuche
3625 Mauch Chunk Road
Coplay, PA 18037

Stephen G  Baker
1014 S Quinn Court
Gilbert, AZ 85296

Stephen G Gallagher
5896 morgan run
West Decatur, PA 16878

Stephen Gibson
506 South Holly Street
Columbia, SC 29205

Stephen Hall
1704 Overchek Lane
Brentwood, TN 37027

Stephen Hallo
7541 Hoertz Rd
Parma, OH 44134

Stephen Hatcher
4607 E Rancho Laredo Drive
Cavecreek, AZ 85331

Stephen Heyman
3009 Medial Avenue
Nashville, TN 37215

Stephen Hudacek
217 Thoreau Drive
Moosic, PA 18507

Stephen Humphrey
1015 Maxwell Avenue
Nashville, TN 37206

Stephen Huntsman
131 Sugarmill Drive
Bowling Green, KY 42104

Stephen Inkrot
400 Old Kellogg
Cincinnati, OH 45255

Stephen J Cannone
295 Moon Clinton Rd  Apt 9
Moon Twp, PA 15108

Stephen J Downs
55 Harding Ave
Hatboro, PA 19040


Stephen J Eacho
18719 Temperance Road
Barton, MD 21521


Stephen J Morrison
161 Frank Street
Whitaker, PA 15120


Stephen J Tobuz
42 E Longfellow Drive
Munhall, PA 15120


Stephen Johanningsmeier
3612 St Louis Street
Wichita, KS 67203


Stephen Johnson
1014 Lowden Road
Streator, IL 61364

Stephen K Deweese
552 Elizabeth
Fort Laramie, OH 45545


Stephen Kainec
2407 N Agusta Drive
Mesa, AZ 85215


Stephen Kalamar III
1311 Biafore Avenue
Bethlehem, PA 18017


Stephen Keller
621 Garfield Street
Springdale, PA 15144


Stephen Kovary
22 Heritage Court
Randolph, NJ 07869


Stephen Krajci
2215 Orthodox Street
Philadelphia, PA 19137

Stephen L Brenner
825 Merrybell Lane
Kennett Square, PA 19348

Stephen L Henry
120 Garden Lane
Franklin, PA 16323

Stephen L Lyons
101 Springwater Dr
Columbia, SC 29223

Stephen L Swick
739 East Fifth Street
Lanc, OH 43130

Stephen Labuda
5658 Hazlatt Drive NE
Magnolia, OH 44643

Stephen Lewandowski
6320 Stonebrook Dr
Fairview, PA 16415

Stephen Luter
467 Howard Ave
Ephrata, PA 17522


Stephen M Curry
45 Woodlawn Ave
East Moriches, NY 11940


Stephen M Houchins
29549 State Route 62 W  Lot 220
Salem, OH 44460


Stephen M Wachstetter
127 Dogwood Drive
Bernville, PA 19506


Stephen M Wilkins
4159 Briarwood Road
Urbana, OH 43078


Stephen Medina
6516 E Delmon Dr
Mesa, AZ 85215

Stephen Mulkerrin
6 Obey Street
Pittsburgh, PA 15205


Stephen Oakes
400 Southfield Drive
Greensburg, PA 15601


Stephen Ott
261 Beechwood Road
Greensburg, PA 15601


Stephen P Dale
900 S Elm Street
Celina, OH 45822


Stephen P Grasso
418 Evans Avenue
Willow Grove, PA 19090


Stephen P Isaac
136 Sandstone Road
Columbia, SC 29212

Stephen P Tumbloom
525 Summit Oaks Court
Nashville, TN 37221

Stephen Potter
50 Wistar Road
Paoli, PA 19301

Stephen Price
704 Perry St
Athens, TN 37303

Stephen Prouty
710 Little Creek Lane
Cranberry Twnp, PA 16066

Stephen Pynn
428A Xanthus Avenue
Galloway, NJ 08205

Stephen R McCabe
5153 Johnnycake Ridge Street
Canton, OH 44705

Stephen R Wolfe
10855 Dowler Ridge Road
Newmarshfield, OH 45766


Stephen Raffa
719 Reamer Drive
Carnegie, PA 15106


Stephen Rimmer
506 Highland
Wapakoneta, OH 45895


Stephen Rush
3721 West End Avenue
Nashville, TN 37205


Stephen S  Yearwood
1931 Paces Landing Apt 1731
Rock Hill, SC 29730


Stephen S Simko
515 Popular Street
West Newton, PA 15089

Stephen Sadurski
749 Cheyenne Place
Tipp City, OH 45371


Stephen Samson
875 Charles Street
Luzerne, PA 18709


Stephen Sandlund
4623 Millenium Dr
Zanesville, OH 43701


Stephen Schnaible
11910 Country Meadows Drive
Menohen, ND 58558


Stephen Sholtas
500 Lafayette Street
Perryopolis, PA 15473


Stephen Snyder
3313 S Arlington Avenue
Indianopolis, IN 46203

Stephen Stanton
9 Culpepper Street
Shrewsbury, PA 17363

Stephen Steinberg
PO Box 10391
Reno, NV 89510

Stephen T Personette
376 Sculps Hill Rd
Auburn, PA 17922

Stephen Taylor
445 Park View Drive
Pottsville, PA 17901

Stephen Taylor
31887 Noble Summit Road
Middleport, OH 45760

Stephen V Kelly
522 Norris Street
Saxton, PA 16678

Stephen W Asher
1308 Warm springs Ave
Boise, ID 83712

Stephen W Spivey
1948 Shadow Henn Dr
Raleigh, NC 27604

Stephen W Waddill
317 Chalford Court
Franklin, TN 37069

Stephen Wex
130 Smithville Road
New Providence, PA 17560

Stephon Alexander
1411 William Street
State College, PA 18042

Sterling E Bruch Jr
2216 Allwood Drive
Bethlehem, PA 18018

Sterling Koch
286 Frieden Manor
Schuylkill Haven, PA 17972

Sterling Naboues
109 Ryan Court
Nashville, TN 37221

Stevan Demase
16335 Old Timber Road
Abingdon, VA 24210

Steve  Aue
1047 Spectacular Bid Drive
Union, KY 41091

Steve  Buchanan
5335 E Thunder Hawk Rd
Cave Creek, AZ 85331

Steve  Frisch
151 E Le Marche Ave
Phoenix, AZ 85022

Steve  Gilliam
7 Troon Court
Columbia, SC 29229


Steve  Gordon
89 Waid Rd
Monson, MA 01057


Steve  Ledwich
847 Cindy Lane
Lititz, PA 17543


Steve  Matthews
231 Margate Drive
Glen Burnie, MD 21060


Steve  Mausolf Jr
3809 Seeman Street SW
East Sparta, OH 44626


Steve  Meyer
115 South Ethel Lane
Lansing, KS 66043

Steve  Rose
1533 West 4800 South
Taylorsville, UT 84123

Steve A Vogt
3101 Laurel Ridge Circle
Bridgeville, PA 15017

Steve Alderfer
440 Edgehill Way
Faber, VA 22938

Steve Armstrong
1701 Lexington Avenue
Lakewood, NJ 08701

Steve Arnold Smith
308 Old Wood Dr
Columbia, SC 29212

Steve Bandler
7130 N Second Place
Phoenix, AZ 85020

Steve Barreras
3323 Smith Dr #A
Reno, NV 89509


Steve Blair
7826 W Canterbury
Peoria, AZ 85345


Steve Bowers
145 Heyer Road
Nazareth, PA 18064


Steve Bradford
13492 Mt Lassen
Reno, NV 89506


Steve Bucy
1074 Oneida Trail  SW
Hartville, OH 44632


Steve Byron
8207 Sawyer Brown Road  Unit 06
Nashville, TN 37221

Steve Cassell
12708 Thompson Road
Vermilion, OH 44089

Steve China
2830 Steeplchase Drive
Dazell, SC 29040

Steve Collins
213 Fiesta St
Santa Fe, NM 87501

Steve Cooley
7020 Zither Lane
LaVergne, TN 37086

Steve E Huey
88 Weston Road
Penn Run, PA 15765

Steve Eisnaugle
240 Water Street
Jackson, OH 45640

Steve Farber
1520 South Dobson Road
Mesa, AZ 85202


Steve Gilbert
1200 Winthrop Circle
West Chester, PA 19380


Steve Graham
907 Friendly Pine
Prescott, AZ 86303


Steve H Heyward
1184 Moss Bluff
Mt. PLeasant, SC 29464


Steve Hallet
1200 Syldania Avenue
Folsom, PA 19033


Steve Hannah
451 Co Rod 249
Athens, TN 37303

Steve Hastemi
4709 N. Desert Holly Drive
Tucson, AZ 85737


Steve Hill
611 1 2 Main Street
Coshocton, OH 43812


Steve Iaconelli
383 E Upland Avenue
Galloway, NJ 08205


Steve J Trapanese
501 Maypink Drive
Toms River, NJ 08753


Steve Jackson
114 Lucille Drive
Egg Harbor, NJ 08234


Steve Jeffries
3875 Hickory Hills Drive
Colorado Springs, CO 80906

Steve Johnson
2551 Ruffner Ct
Birmingham, AL 35210


Steve Kinney
4876 Tennyson Street
Denver, CO 80215


Steve Lawrence
14417 Potomac Ave
E Cleveland, OH 44112


Steve Lloyd
RD #2 Box 212B
Proctor, WV 26055


Steve M Capaldi
254 High Street
Sellersville, PA 18960


Steve MacLeod
57 Cougarstone Crescent SW
Calgary, ON T3H4Z3
CANADA

Steve Madenbach
812 Williams Street
St Marys, OH 45885

Steve Marlowe
11234 N 15th Lane
Phoenix, AZ 85029

Steve Messner
114 E Flynn
Phoenix, AZ 85014

Steve Murray
7044 W. Wethersfield Rd
Peoria, AZ 85381

Steve P Yasilauskas
67 Beech Street
Reynoldsville, PA 15851

Steve Pace
315 Abby Road
Kingsport, TN 37663

Steve Patrick
105 Riverwood Drive
Franklin, TN 37069


Steve Poust
1240 Mill Creek Dr
Sellersville, PA 18960


Steve R Bowman
1690 Far View Lane
Prescott, AZ 86305


Steve Rose
11315 West Belmar Drive
Franklin, WI 53132


Steve Schuchart
9849 Schlottman Road
Loveland, OH 45740


Steve Smith
51 Cedar Street  Apt 4413
Woburn, MA 01801

Steve Smith
308 Oldwood Drive
Columbia, SC 29212


Steve Soukup
119 Holt Hills Road
Nashville, TN 37211


Steve T Gheorghiu
13536 Blue Ridge Road
Newcomerstown, OH 43832


Steve Thorwart
88 Metoxet Street
Ridgway, PA 15853


Steve Urban
684 North Price Street
Pottstown, PA 19464


Steve Ziemba
669 Stoney Run Road
Blairsville, PA 15717

Steven  Baverso
615 Boden St  Apt 2
Turtle Creek, PA 15145


Steven  Bieterman
304 Moncrief Drive
Goodlettsville, TN 37072


Steven  Dumas
11000 Walnut St
Lakeview, OH 43331


Steven  Eames
26 Sarage Street
Charleston, SC 29401


Steven  Fitzpatrick
1201 S McAllister Ave
Tempe, AZ 85281


Steven  Ford
PO Box 125  2796 James Emory Rd
Thurman, OH 45685

Steven  Hughes
391 Miners Cove Way
Fort Mill, SC 29708


Steven  Leonard
12 Crow Lane
Honey Brook, PA 19344


Steven  Magarino
265 Doane Ave
State Island, NY 10398


Steven  McGhee
6630 Averell Dr
Dayton, OH 45424


Steven  Meritz
3400 Red Lion Rd
Philadelphia, PA 19114


Steven  Moore
15049 Greenbower Street
Alliance, OH 44601

Steven  Noyce
137 Taborwood Trail
Murfreesboro, tN 37127


Steven  Presley
2085 Chestnut St
Sweetwater, TN 37874


Steven  Shores
3964 Whittington Drive
Atlanta, GA 30342


Steven  Sturgill
8523 N 51 Lane
Glendale, AZ 85302


Steven  Waddell
10889 Orton Rd
Watsburg, PA 16442


Steven A Collins
216 Silverleaf Drive
Fort Worth, TX 76112

Steven A Flake
433 Berger Street S
East Canton, OH 44730

Steven A Noel
700 Rustic Ridge Drive
Cranberry Township, PA 16066

Steven Anderson
504 Neilwood Dr
Nashville, TN 37205

Steven Andre
620 James Alley
Kutztown, PA 19530

Steven Andrew Kamen
711 W Penn St
Butler, PA 16001

Steven Aversano
251 S. Olds Blvd #83
Fairless Hills, PA 19030

Steven B Eisenhauer
15 East Liberty Street
Schuylkill Haven, PA 17972


Steven B Little
355 Eighth Avenue
Galion, OH 44833


Steven Baily
985 Township Road 1451
Ashland, OH 44805


Steven Behr
520 S Avinida De Palmas
Tucson, AZ 85716


Steven Blackwell
400 Herkimmer Street Apt 2J
Brooklyn, NY 11213


Steven Blum
1131 Wildhurst Street
Orono, MN 55364

Steven Bobadilla
23670 West LaVista Circle
Buckeye, AZ 85396


Steven Brown
403 Bryn Court
Pittsburgh, PA 15237


Steven Brumfield
313 Stonehindge Way
Nashville, TN 37221


Steven Burke
8 Fox Hill Drive
North Augusta, SC 29860


Steven C  Heinekamp
29 Masters Circle
Brownburg, IN 46112


Steven C Pruter
1509 Cabot Drive
Franklin, TN 37064

Steven Chirgwin
101 1/2 Main Street
Ripley, WV 25271


Steven Clark
106 E 12 St
Ashland, OH 44805


Steven Coney
112 Windward Drive
Mount Juliet, TN 37122


Steven Cook
400 Dock Street
Schuylkill Haven, PA 17972


Steven Council
27034 Fahleh Cove Ct
Tega Cay, SC 29708


Steven Craigie
44 West Sixth Street
Jim Thorpe, PA 18229

Steven D Brown
3155 New Year Drive
Cincinnati, OH 45251


Steven D Stoltzfus
102 Lehman Avenue
Lancaster, PA 17602


Steven D Virgallito
5116 Raspberry Lane
Mineral Ridge, OH 44440


Steven Davis
880 Harrison Ave
Akron, OH 44314


Steven Denham
1025 Genoa Ave SW
Massillon, OH 44646


Steven Dickerson
1318 Faulk Road
Ashland, OH 44805

Steven E Godbey
4147 Shelbyville Hwy
Murfreesboro, TN 37127


Steven E Shearer
544 Country Paradise Hill
Friendsville, PA 18818


Steven E. Sweet
739 Sligo Street
Crossville, TN 38572


Steven Ellsberry
2740 Brook Valley Drive
Cumming, GA 30041


Steven Embray
1918 N. Spruce
Wichita, KS 67214


Steven Fabian
9823 Bassett Rd
Athens, OH 45701

Steven Foreman
1289 East Drive
Zanesville, OH 43701


Steven Gardecici
4065 E Harrison Ave
Middletown, PA 17057


Steven Glaser
6056 S. Bell Place
Chandler, AZ 85249


Steven Gradtke
2905 Bahns Dr
Beavercreek, OH 45434


Steven Grau
5238 Arbor Street
Philadelphia, PA 19120


Steven Hightower
4640 Devereux Drive
Copley, OH 44321

Steven I Mills
33985 Harper  Ste 215
Clinton Twp, MI 48035




Steven J  Skrypzak
6146 Appleman Road
Erie, PA 16504




Steven J Burbank
463 Adams Street
Clymer, PA 15728




Steven J Furseth
233 Windchase Drive
Munford, TN 38058




Steven J Lapour
3321 SW Meyer Boulevard
Bluesprings, MO 64015




Steven J Porter
2681 New Port Royal Rd
Thompson Station, TN 37179

Steven J Urban
HC1 Box 468
Brodheadsville, PA 18322

Steven K Hull
508 West Pearl St
Rockford, OH 45882

Steven Kemper
455 Home Avenue
Trenton, NJ 08612

Steven Kimbler
4713 Leap Ct
Hilliard, OH 43026

Steven Koesters
122 Sunset Ave.
Saint Henry, OH 45883

Steven L Boose
733 Pointview Ave
Ephrata, PA 17522

Steven L Nelson
3300 West End Avenue #309
Nashville, TN 37203


Steven Lamoreaux
2120 N Silverton St
Mesa, AZ 85203


Steven M Barto
688 Buckley Road
Indiana, PA 15701


Steven M Emond
82 Elder Street
Lincoln, RI 02865


Steven M Hoover
1519 Holland Court SW
Canton, OH 44706


Steven M Morris
11391 Ravanna Avenue
Louisville, OH 44641

Steven M Stettler
PO Box 426
Minotola, NJ 08341


Steven Marino
3541 W. 117th Street
Cleveland, OH 44111


Steven Martin
111 E Laurel Avenue  #1
Cheltenham, PA 19012


Steven McKinney
2638 Kirby Ave NE
Canton, OH 44705


Steven McMahon
2 West Long Avenue
DuBois, PA 15801


Steven Meharry
2501 West Snyder St
Meridian, ID 83642

Steven Motter
6100 Wilkinsburg Rd
Raleigh, NC 27612


Steven Murphy
1795 Celeste Circle
Youngstown, OH 44511


Steven Neese
107 Cash Dollar Road
Mars, PA 16046


Steven P Bennett
25 Purdy Road
Burgettstown, PA 15627


Steven P Bosak
2023 Colonial Road
Harrisburg, PA 17112


Steven Pawlick
51 Canada St
Holland, NY 14080

Steven Peterson
10 Halleck Dr
East Berlin, OH 17316


Steven Poston
9506 Hudson Lane
Louisville, KY 40291


Steven Pratt
11466 US 10
Evart, MI 49631


Steven Q Troyer
1374 Greenfield Avenue SW
Canton, OH 44706


Steven R Broussard
32000 Riverside Drive  Suite B18
Lake Elsinore, CA 92530


Steven R Dodson
1330 Kentucky Highway  392
Cynthiania, KY 41031

Steven R Minor
9418 Lime Ridge Road
Mantua, OH 44255


Steven Reichman
251 Montgomery Avenue  Unit 10
Haverford, PA 19041


Steven Rodrigues
30 Grant Street
West Warwick, RI 02893


Steven Rotski
377 South Mountain Boulevard
Mountain Top, PA 18707


Steven S Russell
3548 State Route 681
Albany, OH 45710


Steven S Smillie
14930 N 77th Lane
Peoria, AZ 85381

Steven Schonert
3540 Cranberry Lane
Racine, WI 53404

Steven Schreffler Sr.
115 Main StreetPO Box 353
Reedsville, PA 17084

Steven Schulte
951 Ridge Field Road
Hamilton, OH 45013

Steven Smith
308 Old Wood Drive
Columbia, SC 29212

Steven Thomas
9400 Tahoe Drive
Centerville, oH 45458

Steven W Bohanan
1939 Trotter Avenue
Knoxville, TN 37920

Steven W Gaza
99 Central Ave
Masontown, PA 15461

Steven Y Stowe
4151 E. Cullumber Court
Gilbert, AZ 85234

Steven Yerger
3600 Becka Drive
New Windsor, MD 21776

Stevi Gregory
4212 Linniki St
N Las Vegas, NV 89032

Stiljan Mala
59 54 Gates Ave  3B
Ridgewood, NY 11385

Stuart  Martin
9411 Concord Ridge Rd
Brentwood, TN 37027

Stuart Anderson
4343 Genevieve Drive
Southaven, MS 38671

Stuart Appel
1516 Locust Street
Philadelphia, PA 19102

Stuart Browne
5 Country Club Terrace
Kirkwood, MO 63122

Stuart Burkhalter
2206 Ninth Avenue South
Nashville, TN 37204

Stuart Char
2610 W Berridge Lane  C221
Phoenix, AZ 85017

Stuart Hansen
246 St Andrews Drive
Franklin, TN 37069

Stuart M Schram III
7148 Claybeck Drive
Huber Heights, OH 45424

Suan  Haynie
8304 Arroyo Justin Avenue
Las Vegas, NV 89128

Subrata Chowdhury
1528 West Apollo Road
Phoenix, AZ 85041

Sudeep Chakravorty
10008 Valleyview Ct
Wexford, PA 15090

Sudheerraj R Dalavai
100 Swale Brook Lane
Milford, PA 18337

Sue A Essex
1472 N Lacerne Circle
Mansfield, OH 44906

Sue E Shealy
1011 Birchdale Drive
Charleston, SC 29412



Sue Kenninston
2075 Ashland Road
Mansfield, OH 44905



Sue Popadych
180 E. 4th St
Chillicothe, OH 45601



Sue Thomas
8555 Huffman Avenue
Connelly Springs, NC 28612



Sue Wonderling
3675 South Roosevelt Street
Tempe, AZ 85282



Suheily Morales Vasquez
1146 Spruce Street
Reading, PA 19604

Suhieli E Rios
2108 Fuller Street
Philadelphia, PA 19152

Suhol Afifi
4828 Southbridge
Toledo, OH 43623

Suliman Suliman
777 W Chandler Blvd
Chandler, AZ 85225

Sumanne Dansereau
291 Old Hwy 66
Big Creek, KY 40914

Sumer M Brackett
218 Lee Village
Harriman, TN 37748

Sumiko Spector
37 East Lake Road
Mt Pleasant, SC 29464

Sumit Dalwadi
2 Azalea Trail Lane
Bellaire, TX 77401


Summer M Dull
608 Annette Dr
York, PA 17403


Summer McDonald
4549 South Boulevard NW  Apt 20
Canton, OH 44718


Summer S Lantrip
5456 Arlin Dr
Arlington, TN 38002


Sunday Rossberg
417 Central Ave suite 1A
Great Falls, MT 59401


Sungbo Jung
8246 Coppercreek Drive
Louisville, KY 40222

Sunil Rastogi
3095 Pignatelli Crescent
Mt. Pleasant, SC 29466


Sunny L Stegall
2802 Gunkel Boulevard Upper
Toledo, OH 43606


Suooda K Ivy
405 Fieldstone Dr
Monroeville, PA 15146


Sure Word Ministries Inc
2603 Ravine Drive
Nashville, TN 37217


Suruj Khodai
39 Castle Gate Boulevard
Brampton, ON L4J7S2
CANADA


Surujman Kashidas
112 Chippewa Trail
Albrightsville, PA 18210

Susan  Burns
1265 S Meridan Red No 29
Apache Junction, AZ 85220


Susan  Carter
3780 Leap Rd
Hilliard, OH 43026


Susan  Daniels
2398 Hailey Court
Fogelsville, PA 18051


Susan  Jenkins
13024 E San Carlos Place
Chandler, AZ 85249


Susan  Koenig
12751 Ovebrook Rd
Leawood, KS 66209


Susan  Lewis
P.O. Box 552
Ten Mile, TN 37880

Susan  Profeta
1869 West 262nd Street
Lomita, CA 90717


Susan  Roberts
1017 Azure Way
Louisville, CO 80027


Susan A Chicco
514 W Race Street
Stowe, PA 19464


Susan A McConnell
401 Spring Forge Dr
Spring Grove, PA 17362


Susan Abad
69 Sunset Circle
Westminster, CA 92683


Susan Agoglia
8707 S.E. 70th Terrace
Ocala, FL 34472

Susan Bell
1615 Lewis Circle
Murfreesboro, TN 37129


Susan C Carosella
6012 Applecrest Court
Boardman, OH 44512


Susan C Quarles
500 Pine Hill Road
Elizabethton, TN 37643


Susan Cercone
4050 Spring Lake Blvd
Ann Arbor, MI 48108


Susan Cooper
3140 Asoleado Drive
LAs Vegas, NV 89121


Susan Crow
101 W. Flagstone Drive
Newark, DE 19702

Susan D Ambrosio
1009 Rt 9 #9
Cape May Court House, NJ 08210

Susan D Steel
15 Gilbert Drive
Boyertown, PA 19512

Susan Disciascio
215 Grandview St
New Alexandria, PA 15670

Susan E Kozak
5046 Harvest Lane
Gibsonia, PA 15044

Susan Ellis
3405 Helena Drive
Phoenix, AZ 85032

Susan Fitzpatrick
1553 Queensbury Street
Pittsburgh, PA 15205

Susan Frieder
7906 Lincoln Drive
Philadelphia, PA 19118

Susan G Thornton
1803 Marian Lane
Murfreesboro, TN 37130

Susan Grabenstein
125 Rocko Drive
Myrtle Beach, SC 29572

Susan Greaves
1915 Crystal Spring Lane
Hermitage, TN 37076

Susan H Garrison
1617 Old Berlin Road
Lewisburg, TN 37091

Susan H Mincey
283 Bobs Point Lane
Jenkinsville, SC 29065

Susan Hardcastle
2306 Henpeck Lane
Franklin, TN 37064

Susan Huber
4124 Longshore Dr
Philadelphia, PA 19135

Susan J Bilotto
281 Wayne Street
Beaver, PA 15009

Susan J Joslyn
324 Pershng Dr
New Kensington, PA 15068

Susan J Showers
9542 E Del Monte Avenue
Gold Canyon, AZ 85218

Susan J Wissman
14 S Main Street
New Bremen, OH 45869

Susan Johns
403 Alydar Drive
Watertown, TN 37184

Susan Jones
319 Pepperhill Lane
Greenwood, SC 29649

Susan K Miller
234 Dick School House Rd
Roaring Spring, PA 16673

Susan K Mort
2305 Plantation Drive
Glendora, NJ 08029

Susan K Steele
8559 Meadowlark Dr
Franklin, OH 45005

Susan Kelley
534 Florence Avenue
Millville, NJ 08332

Susan Kuncher
422 Conrad Ct
Latrobe, PA 15650


Susan L Dick
436 Athena Drive
Delmont, PA 15626


Susan L Luftman
888 Montrose Avenue
Columbus, OH 43209


Susan L Maple
1364 Allendale Avenue
Akron, OH 44306


Susan L Milcarek
812 Dunster Street
Pittsburgh, PA 15226


Susan L Nyswaner
300 Kingsbrook Drive
McDonald, PA 15057

Susan L Page
1338 Veterans Hwy NoP6
Levittown, PA 19056


Susan L Quigley
9050 Willoughby Road
Pittsburgh, PA 15237


Susan L Roach
150 Washington Boulevard Apt 2
Boardman, OH 44512


Susan Levy
6402 Mae Ann Avenue #158
Reno, NV 89523


Susan Limore
214 Lauderdale
Nashville, TN 37205


Susan Longo
693 Schugler Avenue
Kingston, PA 18704

Susan M Barnes
5906 Yorkshire Drive
Columbia, SC 29209


Susan M Kozar
21 Center Avenue
Monongahela, PA 15063


Susan M LeCates
39589 Keebaugh Road
Pomeroy, OH 45769


Susan M Metz
360 North Shadylane Drive Apt 80
East Liverpool, OH 43920


Susan M Schaeffer
3483 Flint Hill Road
Coopersburg, PA 18036


Susan M Smith
223 Kohlersburg Road
New Bethlehem, PA 16242

Susan M Zeamer
71 Spring Hill Lane
Mountville, PA 17554


Susan Majhan
308 Indian St
Ligonier, PA 15658


Susan Marrero Vasquez
2603 N Champlain Avenue
Tempe, AZ 85281


Susan McConnell
401 Spring Forge Drive
Spring Grove, PA 17362


Susan McGuire
432 Frystown Road
Myerstown, PA 17067


Susan Michelle Moten
104 Applebee Court
Goose Creek, SC 29445

Susan Miller
7729 Rathburn Avenue
Las Vegas, NV 89147


Susan Nolan
8 Southern Boulevard
Danbury, CT 06810


Susan Ostermayer
313 Lynnwood Drive
Knoxville, TN 37918


Susan Qualls Archer
3348 North Chestnut Street
Mesa, AZ 85213


Susan R Miller
13078 Union Road
Waterford, PA 16441


Susan R Salvage
1515 Township Road 35
Wooster, OH 44691

Susan R Stape
8026 Gladstone Street  Box 14
Wendel, PA 15691


Susan Radford
16705 B E. Fairfax Drive
Fountain Hills, AZ 85268


Susan Reidl
395 Misty Patch Rd  PO Box 72191
Thorndale, PA 19372


Susan Shaffer
801 Silver Leaf Drive
Riverside, OH 45431


Susan Shealy Grice
10 Shadow Creek Court
Columbia, SC 29209


Susan Sheldon
18142 NW 15 Ct
Pembroke Pines, FL 33029

Susan Shelton
13205 Crown Brook Circle
Franklin, TN 37067

Susan Shoemaker
33 Hemlock Road
Columbia, NJ 07832

Susan Slavinski
113 New York Avenue
Sinking Spring, PA 19608

Susan Smith
225 Edwin Lane
Stroudsburg, PA 18360

Susan Stephenson
136 Saxon Mist Dr
Nashville, TN 37217

Susan Swain
103 Simpson Ave  PO Box 201
Island Heights, NJ 08732

Susan Thomas
4005 Joyous Street
North Las Vegas, NV 89032

Susan Thomas
3024 Auld Tatty Drive
Spring Hill, TN 37174

Susan Tozer
325 A Norh 3rd Street
Millville, NJ 08332

Susan Ventrosco
802 Greenway Drive
Pittsburgh, PA 15204

Susan W McKinney
318 Tedlo Lane
Knoxville, Tn 37920

Susan Wadsworth
826 Emerson St
Philadelphia, PA 19111

Susan Weaver
2771 County Road 168
Dundee, OH 44624


Susan Weiss
1804 Newton Ransom Boulevard
Clarks Summit, PA 18411


Susan Wilden
305 Lougeay Road
Pittsburgh, PA 15235


Susan Williams
405 Jackson Street
Wapakoneta, OH 45895


Susan Wolfe
5995 Calverts St
Las Vegas, NV 89130


Susan Zoccoli
221 Mabel Place
Franklin Lakes, NJ 07417

Susana Hernandez Espinoza
1037 Robinson St
Reading, PA 19604

Susanna  Payne
1872 Laurel Ridge Dr
Nashville, TN 37215

Susanne Squillace
1304 Ashwood Drive
Nashville, TN 37212

Sushila Kaul
8332 Hilltop Avenue
Vienna, VA 22182

Sushma Kumar
689 Route 32 North
Wallkill, NY 12589

Sushma Srivastava
3117 Indian Ripple Road
Beavercreek, OH 45440

Susie  Bowlin
17580 N County Road
Arcola, IL 61910


Susie Brachew
10 Woodland Ave
Pleasantville, NJ 08232


Susie Lawson
1377 Orange Drive
Pinewood, SC 29125


Susie Ward
1323 Meadowcrest Drive
Mesquite, TX 75149


Suzanne C Ferez
325 Bent Oak Drive
Chapin, SC 29204


Suzanne C Perry
5613 Autumn Wynd Lane
Milford, OH 45150

Suzanne Cordero
1929 Joyful Street
Las Vegas, NV 89115


Suzanne D Natter
4355 E Barlind Drive
Pittsburgh, PA 15227


Suzanne Digirolamo
421 Shook Ave
Stroudsburg, PA 18360


Suzanne E Yurko
730 W Old Route $22
Butler, PA 16001


Suzanne Gregory
325 Irvin Jumper Road
Gaston, SC 29053


Suzanne J Titus
1925 Koons Road
North Canton, OH 44720

Suzanne K Wilson
5101 N 86th Place
Scottsdale, AZ 85250


Suzanne Kaplan
8208 E Balfour
Tucson, AZ 85710


Suzanne Lahre
PO Box 343
Hawthorne, NV 89415


Suzanne Lorentzen
10409 Adobe Road
Mesa, AZ 85207


Suzanne M Mingus
12 Elm Street
The Plains, OH 45780


Suzanne M Stolarz
4705 Nevada Avenue
Nashville, TN 37209

Suzanne M Zangrilli
3072 Earlsmere
Pittsburgh, PA 15216

Suzanne Mabe
15504 Greendale Rd
Maple Hts, OH 44137

Suzanne Nottingham
P.O. Box 710
Mammoth Lakes, CA 93546

Suzanne Perlick
5575 Boucher Dr
Orient, OH 43146

Suzanne S Melcher
420 Church Street
Royersford, PA 19468

Suzanne Taichert
4725 San Pedro Dr NE  No 5
Albuquerque, NM 87109

Suzanne Watson
412 Gibralter Road
Reading, PA 19606


Suzenne K Schoen
316 Third Avenue
Coldwater, OH 45828


Suzette F Keefer
414 Edgetree Lane
Murrysville, PA 15668


Suzette Roche
712 Redstone Drive
Allison Park, PA 15101


Svetlana Khandros
995 Longfield Rd
South Hampton, PA 18966


Svetlana Stephanovic
292 38th Avenue North
Nashville, TN 37209

Svitlvana Zabetchuk
843 Fulton Street
Baden, PA 15005



Syble Gamble
2602 W Augusta #3
Phoenix, AZ 85051



Sydney Green
3045 Patsy Lane
Palmyra, TN 37142



Sydney Richardson
400 Chaney Road #1214
Smyrna, TN 37167



Syed Amir Wasti
166 Princeton Hightstown Road
Princeton, NJ 08550



Sylvester  Lapa
4712 Alisan Rd
Reading, OH 19606

Sylvester G Johnson
12806 W Flower Street
Avondale, AZ 85323




Sylvester Graham
197 Peaceful Drive
Saluda, SC 29138




Sylvia  Colon
10806 Lake Ave
Cleveland, OH 44102




Sylvia A Law
258 Travella Boulevard
Pittsburgh, PA 15235




Sylvia A Martin
215 Sample Flatts Road
Corry, PA 16407




Sylvia Ann Paquet
4339 Sunrise Shores Avenue
North Las Vegas, NV 89031

Sylvia Ann Rivers
7225 Claudia Drive
Columbia, SC 29223

Sylvia C Laney
2572 New Cut Church Road
Lancaster, SC 29720

Sylvia D O Locke
118 Hammett Acres
Anderson, SC 29621

Sylvia Hanson
110 Eastview Drive
Jackson, OH 45640

Sylvia J Bell
433 Quince St
Vineland, NJ 08360

Sylvia J Pankiewicz
5415 Little Dipper Court
Lake Worth, FL 33463

Sylvia M Tooley
6009 Cullen Drive
Lavergne, TN 37086

Sylvia Penalver
935 Cosenza Ct.
Easton, PA 18040

Sylvia Soberano
213 E Riverside
Phoenix, AZ 85040

Sylvia Stahler
1112 Richlandtown Pk.
Coopersburg, PA 18955

Sylvia Wood
147 Robin Road
Lexington, SC 29073

T David Rheney
18 Warner St
Greenville, SC 29605

T J Fullerton
18680 E Reins Road
Queen Creek, AZ 85242


T Jay Kemmere
304 Boyce Street
Urbana, OH 43078


Ta Kim
2228 E Branham Lane
Phoenix, AZ 85024


Ta Leef Turner
1610 Skyline Drive Apt 22
Pittsburgh, PA 15227


Tab D Hamm
1249 McGowan Drive
Southaven, MS 38671


Tabatha Thomas
17th Street Ext
New Kensington, PA 15068

Tabitha  Howard
82 Parmalee
Hudson, OH 44236


Tabitha J Powell
13136 St Rt 73
McDermott, OH 45652


Tabitha Laferty
205 North Main Street PO 63
Tiro, OH 44887


Tabitha Mahan
4594 Rt 120 Hwy
Snicksburg, PA 16256


Tabitha Sayre
1010 Walnut Street
Nelsonville, OH 45764


Tadd Lannetta
145 Canterbury
Canonsburg, PA 15317

Tae Ryu
207 Hudson Park
Edgewater, NJ 08020

Taghi Burns
4500 Hard Scrabble Road #838
Columbia, SC 29229

Tagi N Araujo
1003 Collings Avenue Apt 1
Collingswood, NJ 08107

Tahereh Farkhondehroo
718 S Almaschool Road #230
Mesa, AZ 85210

Tahirah Harris
5444 Charles Street
Philadelphia, PA 19124

Tahnee L Gruskiewicz
8421 State Route 193
Williamsfield, OH 44093

Taina Manging
10 W Adams Ave
Pleasantville, NJ 08282


Taisi J Alo Jr
11630 E. Runaway Bay Court
Chandler, AZ 85349


Tak Po Cheung
1607 Madison Street
Elmont, NY 11003


Takashi Miyake
1817 North Dobson Road Apt 2010
Chandler, AZ 85224


Takeshia S Richardson
304 Anthon Drive
Pittsburgh, PA 15235


Takia Huffman
14112 Timothy Drive
Greencastle, PA 17225

Takis Patikas
4505 Wayland Dr
Nashville, TN 37215


Takiyah Washington
45 Coachmen Court
Columbia, SC 29229


Tam Nguyen
100 Sled Dog Road
Brampton, ON L6R0J4
CANADA


Tamara Batarseh
PO Box 331024
Nashville, TN 37203


Tamara Hack
7608 Orchid Court
Manassas, VA 20109


Tamara K Cole
340 County Rd 2000
Jeromeville, OH 44840

Tamara Kennedy
71 Cr 318
Falkner, MS 38629


Tamara L Polanco
1052 E 27th Street
Erie, PA 16504


Tamara McDonald
4824 Cave Creek Court
Waldorf, MD 20602


Tamara Moleski
14213 State Route 278 NE
Nelsonville, OH 45764


Tamara Rose
327 Old Oak Drive
Cortland, OH 44410


Tamara Yerofeyeva
3085 Duneville Street
Las Vegas, NV 89146

Tamara Zirkle
121 Peacock Avenue
Pomeroy, OH 45769

Tamaralee Infante
13 Burnham Wood Ct
Annapolis, MD 21403

Tamberly Frazee
4530 E Princess Drive
Mesa, AZ 85205

Tambra Merriam
433 W High Street
Womelsdorf, PA 19567

Tameeka J Armstrong
139 Hillcrest Road
Winnsboro, SC 29180

Tameka  Lane
2721 Parkwood Dr
Columbia, SC 29204

Tameka Caper
6947 N Roosevelt Blvd
Philadelphia, PA 19149


Tameka Shell
628 Baldwin Ave
Charlotte, NC 28204


Tamer Ahmed
10 Wild Azalea Ct.
Anandale, NJ 08801


Tamera Riddick
39 Gentry Lane
Willingboro, NJ 08046


Tami Call
576 Ralph Riegel Road   PO Box 756
Jackson, OH 45640


Tami Holmes
20 Jayne Avenue
Shelby, OH 44875

Tami Kelley
63 Randolph Ave
Waterbury, CT 06710

Tami L Jesperson
838 N 104th Street
Mesa, AZ 85207

Tami M Bell
663 Memorial Drive
New Kensington, PA 15068

Tamia A Anderson
5016 Laydon Ct
Mays Landing, NJ 08330

Tamia S Griffie
321 Olive Street
Clovis, NM 88101

Tamica Wade
3402 California Avenue
Pittsburgh, PA 15212

Tamie Scherbik
HC 68 Box 52
Dalmatia, PA 17017



Tamika Bennett
6332 Elmhurst
Philadelphia, PA 19111



Tamika Hinton
802 Gatehouse Lane
Dunham, NC 27207



Tamika L Smith
232 w Ruscomb St
Philadelphia, PA 19120



Tamika McKenzie
4939 Cardigon Ct
Mays Landing, NJ 08330



Tamika Rushing
3105 Reed Street Apt C
Philadelphia, PA 19111

Tamika S McMillan
936 Mechanic Street
Camden, NJ 08104


Tamika Washington
5069 Well Fleet Dr
Trotwood, OH 45426


Tamiki Hill
111 S Carnegie AVe  Apt B
Connellsville, PA 15425


Tamikka Hinton
1240 Black Street
Rock Hill, SC 29731


Tamiko Rembert
660 E Brewington Rd
Sumter, SC 29153


Tammera A Perks
10145 Briar Road
Mineral City, OH 44656

Tammi Marshall
1029 Monaca Rd
Monaca, PA 15061

Tammi S Wood
200 Cherry Tree Lane
Commercial Point, OH 43116

Tammie Brenek
524 Hamilton Street
Bellefontaine, OH 43311

Tammie Campbell
223 Wyncrest
Butler, PA 16001

Tammie Cavanaugh
2815 Brownsville Road  Apt 6
Pittsburgh, PA 15227

Tammie Greene
170 Srader Grove Road
Freeport, PA 16229

Tammy  Ambrose
PO Box 232
Wampum, PA 16157


Tammy  Crockett
2728 Preston Wood
Las Vegas, NV 89104


Tammy  Harris
11 Music Square E 504
Nashville, TN 37203


Tammy A Acord
13543 Old McArthur Rd
Logan, OH 43138


Tammy Brewer
318 E Pinal Street
Cottonwood, AZ 86326


Tammy D Heeter
2501 Heilman Dr
Ford City, PA 16226

Tammy E  Preston
3531 Dixon Ave
Bristol, PA 19007


Tammy E Meddaugh
1504 Mullis Rd
Blythewood, SC 29016


Tammy Gill
14 Krieger Lane
Oakdale, PA 15071


Tammy Gochenouer
245 High Street
Sunbury, OH 43074


Tammy Gould
813 Hickory Street
Scranton, PA 18509


Tammy Holmes
5395 Waddell Hollow Road
Franklin, TN 37064

Tammy J Cremeans
46341 Scout Camp Rd
Chester, OH 45720


Tammy K Fatzinger
15 W Main Street
Quakake, PA 18245


Tammy K Feielin
1519 Spangler NE
Canton, OH 44714


Tammy Knightstep
5189 Rampart Rd
Columbus, OH 43207


Tammy L  Deshong
1421 Six Mile Run Rd
Six Mile Run, PA 16679


Tammy L Borden
4800 Tayport Avenue
Grove City, OH 43123

Tammy L Brown
24 Fritz Reed Avenue
Schuylkill Haven, PA 17972



Tammy L Burkett
727 Third Avenue
Elizabeth, PA 15037



Tammy L Hitchcock
7413 Shadyview Avenue  NW
Massillon, OH 44646



Tammy L Nicholl
PO Box 203
West Liberty, OH 43357



Tammy L Pharr
552 South Trenton
Pittsburgh, PA 15221



Tammy L Stephens
310 Smithfield Ext
Derry, PA 15627

Tammy Lyn Lemery
2123 East 27th Avenue
Apache Junction, AZ 85219


Tammy Lynn Hocking
8688 Tomnitz #103
Las Vegas, NV 89178


Tammy McCullough
1531 Millen Road
Shelocta, PA 15774


Tammy Paxton
114 Palm City Park
Annville, PA 17003


Tammy R Fuller
3830 Moss Rose Drive
Nashville, TN 37216


Tammy R Long
735 Clematis Drive
Nashville, TN 37205

Tammy Ringenberg
4815 Abbay Drive
Nashville, TN 37211


Tammy Rotella
5370 E Craig #2359
Las Vegas, NV 89115


Tammy Smith
370 Ivanhoe Avenue
Wadsworth, OH 44281


Tammy Spruiel
1324 Heart Court
Pittsburgh, PA 15208


Tammy Staley
826 North Jefferson
Connellsville, PA 15425


Tammy Stecz
18239 Lake Chabot Road
Castro Valley, CA 94546

Tammy Steplight
201 Sagebrush Lane
Summerville, SC 29483


Tammy Williams
8023 Linda Lake Dr
Charlotte, NC 28215


Tammy Y Ricks
15 Lenox Avenue
Irvington, NJ 07111


Tamorra L Davis
972 Roselle Court
Pittsburgh, PA 15207


Tamra L Cusick
13819 Woodworth Road
New Springfield, OH 44443


Tamralea  Mills
18 David Avenue NE
Massillon, OH 44646

Tana Lantry
17200 Burbank Blvd Apt 355
Encino, CA 91316




Tanda  Higdon
324 Homestead St NE  Apt 8
Cleveland, TN 37323




Tandem Metals Inc
1149 South Central Avenue
University Park, IL 60466




Taneisha Oliver Baldwin
510 Bayberry Drive
Monroeville, PA 15146




Taner T Byrd
22 Green Acres Road
Silverstreet, SC 29145




Tania Grossman
300 W Evans Blvd
Brigantine, NJ 08203

Tania Koyanagi
15127 W Cameron Drive
Surprise, AZ 85388


Tania Miranda
690 North 10th Avenue Apt 119
San Luis, AZ 85349


Tanika Williams
523 Fairwood Ave
Columbus, OH 43205


Tanisha Jones
822 South Webster Ave
Scranton, PA 18505


Tanisha U Watkins
4622 W Rice St
Milwaukee, WI 53216


Tanner L Branam
517 Baer Lane
Somerset, PA 15501

Tanner L Richey
7096 Morgan Road   Room 118
Ft Campbell, TN 42223


Tanny  Backus
232 Wrexham Avenue SW
Massillon, OH 44646


Tanveer Chaudhry
604 Vanderbaker Road
Tampa, FL 33617


Tanya Au
PO Box 1030
Richlands, NC 28574


Tanya Bausback
PO Box 184
Independence, MO 64051


Tanya Boulware
176 Huntcliff Lane
Newberry, SC 29108

Tanya Cutrone
12 Eight Iron Dr.
Mt. Top, PA 18707


Tanya Doyle
14684 N. 138th Avenue
Surprise, AZ 85379


Tanya Hahn
1344 East Slate Ridge Drive
Canal Winchester, OH 43110


Tanya Hidvigi
301 Jackson Street
Sevierville, TN 37862


Tanya L Holt Proscia
61 Gentle Road
Levittown, PA 19057


Tanya M Dunstan Pursell
1132 Tennessee Ave
Bensalem, PA 19020

Tanya M McAllister
2213 Lexington Court
Eagleville, PA 19403


Tanya Marchiol
15640 South 17th Street
Phoenix, AZ 85048


Tanya Noland
6186 State Route 78
Glouster, OH 45732


Tanya Phillips
1273 Cedar Grove Road
Lebanon, TN 37087


Tanya Ramos
4217 Catalan Sails Avenue
North Las Vegas, NV 89031


Tanya Tippit
510 Pumpkin Ridge Road
Dover, TN 37058

Tap A Davis
763 E Long Bay Drive
Inman, SC 29349


Taqiy Abdul Muta Ali  Muhammad
38A Paisley Lane
Columbia, SC 29210


Tara  Manning
1014 James Road
Lancaster, PA 43130


Tara  Mantione
1622 West Laurel Greens Dr
Anthem, AZ 85086


Tara  Turner
3355 Carroll
Horn Lake, MS 38637


Tara A Griffith
365 Cumberland Circle
Bowling Green, KY 42103

Tara Arcuri
186 Grant Avenue
Vandergrift, PA 15690

Tara Beckley
520 Baughman Street
Ansonia, OH 45303

Tara Bowen
824 Fernwood Street
Bethlehem, PA 18018

Tara C Donaldson
1001 N Center Street
Corry, PA 16407

Tara E Welsh
419 West James Street
Lancaster, PA 17603

Tara Fahrner
152 Echo Valley Dr
Cookeville, Tn 38501

Tara Grieco
113 East Sweetbriar Road
Wildwood, NJ 08260

Tara Grotto
79 Grandview Drive
Royersford, PA 19468

Tara Hellriegel
2786 Mary Ann Way
Allentown, PA 18109

Tara L Antoniato
PO Box 121  3 Cherry Hill Lane
Brodheadsville, PA 18322

Tara L Getz
168 West Chew St
Allentown, PA 18102

Tara L Martin
2118 Seventeenth Street SE
Canton, OH 44707

Tara Lajevic
1502 Maple Ve
Turtle Creek, PA 15145


Tara Larks
2307 W Orchid Lane
Phoenix, AZ 85021


Tara Lee Krouse
8720 Country Place Drive
Tobyhanna, PA 18466


Tara M Miller
8858 Kirsch Road
Erie, PA 16510


Tara M Oswald
71 Woodvale St  C
Dunbar, PA 15431


Tara McClelland
2745 South Mosley
Wichita, KS 67214

Tara Mulderig
2230 Wimbledon Circle
Franklin, TN 37069




Tara N McCabe
119 S Broad Mountain Avenue
Frackville, PA 17931




Tara Satterfield
1025 Newburg St NW  Apt 27
Canton, OH 44709




Tara Stevens
PO Box 69 204 Sallen St.
Williamsport, OH 43164




Tara T Lill
2124 Fairview St
Reading, PA 19609




Tarie Anderson
9250 Citrus Road NW
Malvern, OH 44644

Taris A Washington
1152 Stanton Terrace
Pittsburgh, PA 15201


Tarlon Cooper
1100 Newportville Road Apt 433
Croydon, PA 19021


Taro Manabe
4008 Claymore Drive
Wilmington, NC 28405


Taroen Williams Jones
2715 Woodcrest Drive Apt A
Augusta, GA 30909


Tarolyn A Owens
203 Rayner Avenue
Mound Bayou, MS 38762


Tarone D Claybrook
3940 Lockwood Boulevard
Boardman, OH 44511

Tarrence R Harris
4048 N Lake Forest Drive
Memphis, TN 38128


Tarynn Schutte
336 Auster Park
Las Vegas, NV 89148


Tasha  Cornett
8533 Millgate Lane
Centerville, OH 45458


Tasha Farley
1131 W 11th Street
Erie, PA 16502


Tasha Lorraine Butler
225 Universal Road
Pittsburgh, PA 15235


Tatajsh Gonzalez
1420 North 6 th Street
Reading, PA 19601

Tatiana Ebert
1344 Washington Blvd
Mayfield Heights, H 44124


Taurneice Cromerdie
1413 Beech Street
McKeesport, PA 15132


Tawana L Scott
6138 Shisler St
Philadelphia, PA 19149


Tawanda Horne
113 Hazlett St
Pittsburgh, PA 15214


Tawanda M Jackson
2589 Maybury Road
Columbus, OH 43232


Tawanna Harris
223 Garfield Avenue
Trenton, Nj 86629

Tawnya F Flowers
921 Dove Run
Emporia, KS 66801

Tawnya M Panizzi
1600 2nd St
Natrona Heights, PA 15065

Tawona Lomax
8855 W Arby #1006
Las Vegas, NV 89148

Taylor Stuart
1220 Mary Street
Latrobe, PA 15650

Taylor Tausch
1309 Center Drive
Wooster, OH 44691

Taylor Thomas
138 F West Crescent Square
Graham, NC 27253

Ted  Hanson
218 Speargrass Dr
Dayton, OH 45431

Ted Grell
906 Thornton Drive
Mechanicsburg, PA 17055

Ted Price
812 Byron Rd
Columbia, SC 29209

Ted Ricketts
3856 Harrison Road
Bellefontaine, OH 43311

Ted S Merlino
6 Sarah Ct
Irwin, PA 15642

Ted Stueck
1109 Carroll Hill Drive
West Chester, PA 19382

Ted T Baginski
655 Robin Ridge
Elgin, IL 60123


Ted Vander Roest
1719 Midvale
Springfield, OH 45504


Ted Willis
1008 Colleen Dr
Piqua, OH 45356


Tedd C Breidenstein
1952 Reading Boulevard
Reading, PA 19609


Teddy S Ziegler
304 Kurt Street
Lower Burrell, PA 15068


Tedene  Haase
3481 Algiers Dr  No1117
Las Vegas, NV 89115

Teel Hummel
4840 Miner Street  Apt 6  PO Box 545
Mineral City, OH 44656


Teena Adkins
2782 Swart Road
Albany, OH 45710


Teja Schubert
4020 Dorchester Walk NW
Kennesaw, GA 30062


Temenuga Stoyanova
120 Phyllis Ave.
Savannah, GA 31419


Tenay A Davis
2503  1 2  Webster Avenue
Pittsburgh, PA 15219


Teneweti Alston
140 Randall Avenue
Trenton, NJ 08611

Tenise Wilson
402 Helton Drive
Clarksville, TN 37042


Tenisha Fennie
904 Becker Street
Hammond, IL 46320


Tenisha Kynard
3068 Morsetown Court S
Columbus, OH 43224


Teodora Dumitrescu
1005 Harrison City Export Rd
Harrison City, PA 15636


Tequesha Robinson
5271 Everett
Memphis, TN 38115


Terence Bartlett
171 Canterbury Drive
Aurora, OH 44202

Terence Capers
4909 Capo Gallo
Las Vegas, NV 89130


Terence Carmichael
210 Carriage Oaks Dr
Cola, SC 29229


Terence Larkin
640 Old Country Road
Plainview, NY 11803


Terence R Fraser
38967 State Route 39
Salineville, OH 43945


Teresa  Ficicchy
461 Santee Drive
Santee, SC 29142


Teresa A Haarstick
346 N Main St
Sellersville, PA 18960

Teresa A Hairston
1018 Stanford Road
Pittsburgh, PA 15212


Teresa A Jajich
1501 First Avenue
York, PA 17403


Teresa A Roberts
2035 Roberts Road
Amesville, OH 45711


Teresa B Price
783 Jim Isle Drive
Charleston, SC 29412


Teresa Bitsko
3375 Morning View Drive
Oceanside, CA 92054


Teresa C Smith
1045 Berkshire Ave
Pittsburgh, PA 15226

Teresa Cosek
11145 N 109th Street
Scottsdale, AZ 85259

Teresa Dannar
8506 N Carson
Kansas City, MO 64153

Teresa Dawn Bartlett
2513 Peekskill Drive
Valrico, FL 33594

Teresa Denise Williams
611 Woodland Hills West
Columbia, SC 29210

Teresa Domanski
858 7th Street
New Kensington, PA 15068

teresa Duran
7408 Braswell Drive
Las Vegas, NV 89128

Teresa E McNeely
2596 Liberty Hill Road
Chillicothe, OH 45601


Teresa Elliott
1732 County Road 25 N
Bellefontaine, OH 43311


Teresa Flores  De Duran
361 S Tenth Avenue
Yuma, AZ 85364


Teresa Floyd Daniels
543 E Myrtle Beach Hwy
Scranton, SC 29591


Teresa Haydu
9614 South Yuma Trail
Negley, OH 44441


Teresa Hortmeyer
101 Raleigh Road
Townsend, GA 31331

Teresa J Brinkley
118 Blackburn Road
Irmo, SC 29063


Teresa Jenkins
1014 Hopewood Lane
Chapmansboro, TN 37035


Teresa L Denner
986 Wewst Hubert Ave
Lancaster, OH 43180


Teresa L Johnson
209 N Drake St
Titusville, PA 16354


Teresa L Sawyer
741 Good Pasture Terr
Bellevue, TN 37122


Teresa L Schooley
3139 Seaman Road
Grove City, OH 43123

Teresa Lee
8919 Royal Crest Lane
Richmond, TX 77469


Teresa M Ferguson
360 Hopwood Cool Springs Rd
Hopwood, PA 15445


Teresa M Harris
618 Maple Top Drive
Antioch, TN 37013


Teresa M McInroy
327 Front St
Marysville, PA 17053


Teresa M Ortiz
308 Grant Ave
Croydon, PA 19021


Teresa M Roberts
2435 State Route 60
Loudonville, OH 44842

Teresa M Woodruff
113 Tupper St
West Liberty, OH 43357


Teresa M. Velasco
9579 Washington Lane
San Luis, AZ 85349


Teresa Marks
443 Folly Rd
Folly Beach, SC 29412


Teresa Ortega
24 N State St
Vineland, NJ 08360


Teresa Pander
1334 Snake Run Road
Wampum, PA 16157


Teresa R McClellan
4595 Wolf Creek Pike
Dayton, OH 45427

Teresa Reissig
34 Woodview Dr
Kunkletown, PA 18058


Teresa Richardson
132 Road  370
Nettleton, MS 38858


Teresa Salley
133 Cariese Drive
Springboro, OH 45066


Teresa Seals Johnson
128 Sandy Lake Road
Columbia, SC 29229


Teresa Stafford Scherer
116 Oriel Avenue
Nashville, TN 37210


Teresa Tagliaferri
143 Redbud Lane
Hedgesville, WV 25427

Teresa Taylor
1188 Sippy Road
Manns Choice, PA 15550


Teresa Wooten
55 Main Street
Chauncey, OH 45719


Teresa Zink
115 Biddle Road
Paoli, PA 19301


Terese Aileen Scamack
219 Township Road
Oxford, PA 19363


Teressa Duffy
1720 E. Verde Lane
Phoenix, AZ 85016


Terica Britt
463 Third Street
Clairton, PA 15025

Terra Delores Patterson
419 Nicklaus Lane
Fort Mill, SC 29715


Terra Stackhouse
842 Pineway Drive
Worthington, OH 43085


Terrance  Hardman
501 Chews Landing Rd
Sicklerville, NJ 08081


Terrance Butler
27 Wesley Lane
Burlington, NJ 08016


Terrance Dundy
120 Kennedy Street
Darlington, SC 29540


Terrance E Ryan
1010 Iron Stone Road
Boyerstown, PA 19512

Terrance G Suber
7707 Hamilton Avenue
Pittsburgh, PA 15208


Terrance J Seith
6210 Lewis St
Madison, OH 44057


Terrance L Acox
309 Palmetto Springs Road
Columbia, SC 29229


Terrance L Jenkins
140 Rice St
Neeses, SC 29107


Terrance L Lewis
54 Millview St
Uniontown, PA 15401


Terrance P Martin
3837 Hiawatha Street
Pittsburgh, PA 15212

Terrasa M Valenti
1180 Holley Street
Westmoreland City, PA 15692


Terrell Franklin Sease
232 Charlwood Rd
Irmo, SC 29063


Terrence Callahan
2251 South Fort Apache #2140
Las Vegas, NV 89117


Terrence Campbell
7810 N 14th Place  #2090
Phoenix, AZ 85020


Terrence OToole
311 Linnview Ave
Pittsburgh, PA 15210


Terri Binn
100 Oakbrook Village Rd
Columbia, SC 29223

Terri D Sweet
1320 Sandy Betts Road
Nesbit, MS 38651


Terri Epley
1180 Kuther Road South
Sidney, OH 45365


Terri Fulton
12405 Rt 286
Commodore, PA 15729


Terri Glaze
HC63 Box 3285
Romney, WV 26757


Terri Gotschall
200 Country Road 3
Rayland, OH 43943


Terri Harrison
1172 Perkins Terrace
Memphis, TN 38117

Terri L Bennett
10121 Co Rd 44
East Liberty, OH 43319




Terri L Johnson
429 Large Avenue
Clairton, PA 15025




Terri L Jones
17378 Bell Rd
Billfield, OH 45761




Terri L Kerr
7004 Wyndham Point Lane
Knoxville, TN 37931




Terri L Mathews
2015 Larkins Way
Pittsburgh, PA 15203




Terri L McIntyre
3707 Mollane Street NW
Massillon, OH 44646

Terri L Morrow
307 Bershires Lane
Apollo, PA 15613

Terri L Riegle
1946 Sohn Road
Aliquippa, PA 15001

Terri L Smith
8206 Crown Brook Circle
Franklin, TN 37067

Terri L Tallarico
1109 Warren Avenue
Arnold, PA 15068

Terri Mangan
1215 Lawrence Road NE
Canton, OH 44705

Terri Mogel
1016 North 12th Street
Reading, PA 19604

Terrill Brown
178 W Cheltenham Ave
Philadelphia, PA 19120

Terrill Harris
500 Alysia Ct
Rock Hill, SC 29730

Terrill J Vidale
1917 Youll Street  Apt 14
Niles, OH 44446

Terrill J Williams
707 Webster Terrace
Pittsburgh, PA 15219

Terry  Casto
7554 SR 9
Handoverton, OH 44423

Terry  Cohen
2100 Arms Drive
Girard, OH 44420

Terry  Keenan
601 Westbourne Road
West Chester, PA 19382


Terry A Quicksall
933 Pugh Road
Mansfield, OH 44905


Terry Barker
2070 Countrywood Drive
Jacksonville, NC 28540


Terry Brannum
438 William Wallace Drive
Franklin, TN 37064


Terry Budd
120 Lynnhurst Circle
Wexford, PA 15090


Terry Bush
1242 Blue Johnson Road
Hopkins, SC 29061

Terry Coffey
322 North Nevada Way
Gilbert, AZ 85233

Terry D August
906 Sycamore Street
Celina, OH 45822

Terry D Martin
1143 Northern Boulevard Box 243
Clarks Summitt, PA 18411

Terry D Washington
6012 Draft Horse Dr
N Las Vegas, NV 89081

Terry Davis
6630 Campground Road
Covington, TN 38019

Terry Davis
4272 Davis Lane
Sierra Vista, AZ 85635

Terry Edwin Glasgow
24 Simpson St  PO Box 48
Smithmill, PA 16680


Terry Ellyson ll
10 Vanhorn Drive
Glenville, WV 26351


Terry Garofolo
Box 5393
Lake Ariel, PA 18436


Terry Gholson
3921 San Esteban Avenue
North Las Vegas, NV 89084


Terry Green
3789 N Advantage Way
Memphis, TN 38128


Terry Holthouse
136 Wright Street
Corry, PA 16407

```
Terry Hoyer
1513 Palm Street
Reading, PA 19604
```

```
Terry Hunter
113 Kimerc Court
W Cola, SC 29170
```

```
Terry Huth
6 Cypress Dr
Apollo, PA 15613
```

```
Terry J Haycox
10230 Blackstock Road
Huntersville, NC 28078
```

```
Terry K Foster Jr
312 Oakland Avenue
Charleroi, PA 15022
```

```
Terry K Smith
8061 Meadowlark Place
Bartlett, TN 38133
```

Terry L Adams
105 Circle Street  PO Box 131
Perryopolis, PA 15473


Terry L Brewer
103 Second Avenue
Canonsburg, PA 15317


Terry L Carter
804 Jefferson Walk Circle
Jefferson, GA 30549


Terry L Halteman
4110 Seventh Avenue
Temple, PA 19560


Terry L Kreiser
8 W Jefferson Avenue
Myerstown, PA 17067


Terry L Martin
340 Spring Garden Street
Ephrata, PA 17522

Terry L Porch
426 Buckingham Blvd
Gallatin, TN 37066

Terry L Thompson
206 Laurel Hill Court
Smyrna, TN 37167

Terry L. Armfield
240 Apple Branch Lane
Boiling Spring, SC 29316

Terry Lee Box
13 Harrington Court
Columbia, SC 29223

Terry Lee Gibson
529 North 83rd Street
Mesa, AZ 85207

Terry Lohr
555 Bell Memorial Church Rd
Latrobe, PA 15650

Terry Lynn McBride
121 Bell Drive
Simpsonville, SC 29681


Terry M Tankersley
210 Spring Street  H1
Blountville, TN 37617


Terry Marlin
1837 Lewisburg Pike
Franklin, TN 37064


Terry Merril Cox
200 S Front Street
Philipsburg, PA 16866


Terry Morgan
1927 S York Street
Mechanicsburg, PA 17055


Terry Mowery
866 Cherrydale Ave
Columbus, OH 43207

Terry Neely
1216 E Williams
Las Vegas, NV 89080


Terry Peck
766 Lafayette Road Apt B
Medina, OH 44256


Terry Riggs
7208 Kingsridge
East Liverpool, OH 43920


Terry Roudebush
31242 Haessley Road
Hanoverton, OH 44423


Terry Russell
14 Clark Avenue
Shelby, OH 44875


Terry Safer
104 North Dames Avenue
Gallatin, TN 37066

Terry Sparks
13305 W Mulberry Dr
Litchfield Park, AZ 85340

Terry Spencer
2558 2nd St  PO Box 24
Syracuse, OH 45779

Terry T Lawson
9412 Barkley Manor CV
Collierville, TN 38017

Terry Tapp
1545 E Indian School
Phoenix, AZ 85014

Terry Tatro
107 Ferris Lane
Doylestown, PA 18901

Terry Underwood
4 Jersey Dr
Moundsville, WV 26041

Terry W Kratz Jr
14 E Broad St  PO Box 146
Trumbauersville, PA 18970


Terry W Terrill Jr
1620 Oakhall Drive
Brentwood, TN 37027


Terushia Jackson
1919 Reynoldsdale Road
New Paris, PA 15554


Tesilyn D Groves
P.O. Box 194
The Plains, OH 45780


Tess Cremeens
5454 Union Shelby Road
Piqua, OH 45356


Tetsuya Sakagami
7575 Pinehurst Drive
Cincinnati, OH 45244

Tetyana Panchuk
750 Sanford Street  Apt B2
Philadelphia, PA 19116

Teyona Hills
3700 New Jersey Avenue Apt H7
Wildwood, NJ 08260

Thad Dugan
2025 South Saint David Drive
Tucson, AZ 85713

Thad Knisely
170 Miller Fram Road
New Paris, PA 15554

Thaddaeus A Gormas
1214 Chester Road
Lansing, MI 48912

Thaddeus Abbott
4019 Sharoden Drive
York, PA 17408

Thadeus L Davis
4050 Park Fulton Oval #224
Cleveland, OH 44144


Thames Hillman
5008 Anchorstone Drive
Woodbridge, VA 22192


Thanh C. Au
3858 Kenway Boulevard
Uniontown, OH 44685


Thasha Jones
1713 Hillcrest Drive East
Madisonville, KY 42431


That Vy
316 W Nedro Ave
Philadelphoa, PA 19120


The Clarity Group Inc
122 Crosswell Acres Court
Easley, SC 29640

The Gabriel Trust
5809 Bent Creek Trail
Dallas, TX 75252


The Gaffer Baron Corp
1715 Green Valley Road
Havertown, PA 19083


The Green Ridge Fund, Inc.
310 South Green Ridge Rd
Liberty Lake, WA 99019


The Meadows LV LLC
4300 Del Monte Ave
Las Vegas, NV 89102


The Robbins Company
29100 Hall St
Solon, OH 44139


Thea S Bennetti
PO Box 7882
Bloomington, IN 47407

Thelma Ann West
3658 Salina Rd
Philadelphia, PA 19154


Thelma E Strealy
12 Oak Street
Bessemer, PA 16112


Thelma J Possey
14305 Lorain Avenue #203
Cleveland, OH 44111


Thelma Polano
192 Western Avenue
Mansfield, OH 44906


Theo L Baldwin
313 Maccassar Drive
Pittsburgh, PA 15236


Theo Laughner
3120 Autumn Oaks Circle
Kodak, TN 37764

Theodore  Baker Jr
4 Logan Rd
Dillsburg, PA 17019

Theodore A Sabotka
152 Reaghard Dr
Cheswick, PA 15024

Theodore A Tom Jr
2026 High St
Portsmouth, OH 45662

Theodore A Tom Sr
7655 Glenwood Ave
Canal Winchester, OH 43110

Theodore Aaron Ferris
36795 N 28th Street
Cave Creek, AZ 85331

Theodore Brower
11112 Towood Rd
Kingsville, MD 21087

Theodore Chen
1381 Oak Avenue
Redwood City, CA 94061


Theodore J  Reed Sr
10 Hogsett Lane
Uniontown, PA 15401


Theodore J Chergi
3 Alexis Street
Pittsburgh, PA 15207


Theodore Jenkins Jr
430 Main Drive
Aiken, SC 29801


Theodore Johnson
918 West First Street
Oil City, PA 16301


Theodore M Trulson
16636 E Jacklin Drive
Fountain Hills, AZ 85268

Theodore R Keith
60 Brookhill Circle
Nashville, TN 37215


Theodore Ristoff
239 Eden Avenue NW
Massillon, OH 44646


Theoff Robison
15119 North 29th Place
Phoenix, AZ 85032


Thera L Davis
389 Travis Drive
Riverside, OH 45431


Theresa  Hammons
647 Britton Avenue
Dayton, OH 45429


Theresa A Cavanagh
58 Price Ave
Lansdowne, PA 19050

Theresa A Conger
310 S Front Street
Wrightsville, PA 17368

Theresa A Elwell
7466 Lone Lane
Coopersburg, PA 18036

Theresa A Moore
3795 Mt Pleasant #21
North Canton, OH 44720

Theresa A Orsino
288 McPherson Road
Oil City, PA 16301

Theresa A Paul
2338 Lincoln Way NW
Massillon, OH 44647

Theresa A Seitner
4425 Bellemeade Dr
Bellbrook, OH 45305

Theresa A Shaffer
43200 Eastman Ridge
Pomeroy, OH 45769

Theresa A Zouck
11200 Sharrott Road
North Lima, Oh 44452

Theresa Arrington Parris
315 B Drive
West Mifflin, PA 15122

Theresa Barry
2703 Josephine Street
Pittsburgh, PA 15203

Theresa Bills
395 Eagle Rock Rd
Oil City, PA 16301

Theresa F Lewis
226 Greenwood Dr
New Brighton, PA 15066

Theresa Fazio
230 Cleveland Avenue
Pittsburgh, PA 15202

Theresa Finocchiaro
335 Florence Ave
Westville, NJ 08093

Theresa Flora
265 Parkfield Street
Pittsburgh, PA 15210

Theresa Gans
159 Dennisville Rd
Cape May Court House, NJ 08210

Theresa Gay Brown
1304 Bristol Caverns Hwy
Bristol, TN 37620

Theresa Grogan
309 Middleland Ave
Charleroi, PA 15022

Theresa Hinkle
1605 Smith Rd
Ashland, OH 44805


Theresa K Ferko
11177 Firethorn Road
Wattsburg, PA 16442


Theresa L Meyer
6916 Cornell Rd
Athens, OH 45701


Theresa L. Bergunzi Clark
228A Yencer St
Baltimore, OH 43105


Theresa Leech
163 Main St
New Eagle, PA 15067


Theresa Loughrey
1021 Anna Lane
Sellersville, PA 18960

Theresa M  Cuciak
11199 Barrington Blvd
Parma Hts, OH 44130


Theresa M Lynch
28 S Water Street
Hummelstown, PA 17036


Theresa M Medaugh
252 Touvelle
Celina, OH 45822


Theresa M Peterman
19869 Creek Rd
Wattsburg, PA 16442


Theresa Mammenga
5800 Longview St SW
Massillon, OH 44646


Theresa Maxfield
2255 Ellen Avenue
Parkville, MD 21234

Theresa Mergler
P.O. Box 1074
Waterford, PA 16441


Theresa N Meyer
716 Penn Avenue
New Brighton, PA 15066


Theresa O Robinson
327 Latrobe St
Youngstown, PA 15696


Theresa Orsini
4638 W Moon Blossom Lane
Glendale, AZ 85310


Theresa R Butler
503 Terrace Drive
McKees Rocks, PA 15136


Theresa Rewald
114 Sandra Avenue
Willow Grove, PA 19090

Theresa S DeGarmo
208 Beaver Drive
Bellmawr, NJ 08031

Theresa Schock
2040 Tennyson NE  Apt 5
Massillon, OH 44646

Theresa Shaw
3113 Ohio Drive
Lower Burrell, PA 15068

Theresa Shields
208 Connecticut Drive
Lower Burrell, PA 15068

Theresa Stumbo
108 McKinney Place
Shelby, OH 44875

Theresa Wilksen
236 S Elm Ave
Ripon, CA 95366

Therese Blackwell
11450 E. Ellis Street
Mesa, AZ 85207


Therese Jezzi
112 Lewis Drive
Pittsburgh, PA 15235


Theresia Tevyaw
1129 Westwood Drive
LAs Vegas, NV 89102


Theron W Arrington
150 Kendrick Lane  Box 421015
Flinton, PA 16640


Thi Ngoi Nguyen
1111 San Jose Lane
Hanahan, SC 29410


Thiago Tiberio
698 Undercliff Ave
Edgewater, NJ 07020

Thomas  Caliguire
104 Merwood Drive
Pittsburgh, PA 15214




Thomas  Cancelleri III
20740 Rainsboro Drive
Ashburn, VA 20147




Thomas  Clark
1333 Timberland Dr
Lima, OH 45805




Thomas  Eachues
2200 Main St
Newberry, SC 29108




Thomas  Hoyt
1095 Blue Heron
Nashville, TN 37221




Thomas  Leedom
2700 Indian Valley Road NW
Radford, VA 24141

Thomas  Littlejohn
8 Seabrook Court
Greenville, SC 29607

Thomas  Lowe
11 Old Bass River Road
South Dennis, MA 02660

Thomas  Padgett
3164 Omega Dr
Columbus, OH 43231

Thomas  Schneider
253 Fair Valley Rd
Martinsburg, PA 16662

Thomas  Sinclair
9465 West Post Rd 1010
Las Vegas, NV 89148

Thomas  Wiegel
5537 E 1200 St
Bryant, IN 47326

```
Thomas  Zimmerman
917 Lawton Street
Tarentum, PA 15084




Thomas A Brobst
335 South Front Street
Schuylkill Haven, PA 17972




Thomas A Carrill
176 South Main Street
Archbald, PA 18403




Thomas A Criss
1238 Dartmouth SW
Canton, OH 44710




Thomas A Darling
9673 Canal Dr
Hebron, OH 43025




Thomas A Gabriel
335 Mathews Way
New Castle, PA 16101
```

Thomas A Golubic
199 Ridgewood Drive
Youngstown, OH 44512

Thomas A Jernigan Jr
320 Camp Green Lane
Green Lane, PA 18054

Thomas A Mammana
9709 Station Road
Erie, PA 16510

Thomas A Middleton
110 Freedom Valley Circle
Coatesville, PA 19320

Thomas A Payne
6614 Red Fox Road
Reynoldsburg, OH 43068

Thomas A Rein
13534 Fairwinds Drive
Strongsville, OH 44135

Thomas A Strouse
68 Millers Road
Schuylkill Haven, PA 17922


Thomas A Trent
104 Rocky Road
Greensburg, PA 15601


Thomas A Witman
28 S Wayne Street
Robesonia, PA 19551


Thomas Ablas Jr
29 Crosby Road
Morgantown, WV 26508


Thomas Adkins
1010 Overton Lea Road
Nashville, TN 37220


Thomas Alven Hasdorff
100 Arbor Tree Ct.
Holly Springs, NC 27540

Thomas Amato
7569 Wilton Lane
N Royalton, OH 44133

Thomas Anderson
319 Abbey Rd
Kingsport, TN 37663

Thomas Anthony Bonacci
3824 S Lacorta Drive
Tempe, AZ 85282

Thomas B Miller
112 Prowell Dr
Camp Hill, PA 17011

Thomas B Weidensaul
240 Germanville Road
Ashland, PA 17921

Thomas Baird
2845 Lower Bellbrook Road
Spring Valley, OH 45370

Thomas Bautz
1414 Paradise View Drive
Mansfield, OH 44905


Thomas Bollman
330 Rayford Rd Ste 367
Spring, TX 77386


Thomas Bolt Jr
1834 Calistoga Street
Pittsburgh, PA 15221


Thomas Boyer
5401 Lakeview Dr.
Hubbard, OH 44425


Thomas Boyle
1727 Ridge Road
Jeannette, PA 15644


Thomas Bragg Jr.
4898 Oakvale Street SW
Canton, OH 44706

Thomas Brown
956 Union Avenue
Brackenridge, PA 15014


Thomas Buchanan
6600 Pleasant Chapel
Heath, OH 43056


Thomas Burke
106 Lombard Street
New Philadelphia, PA 17959


Thomas C Atheson
544 Fairview Avenue
Greensburg, PA 15601


Thomas C Gallardo
PO Box 477
Emmaus, PA 18049


Thomas C Gibson
1003 Hogans Branch Road
Hendersonville, TN 37075

Thomas C Hoy
5505 Potters Lane
Pipersville, PA 18947


Thomas C Hurst
225 Stratford Road
Painesville, OH 44077


Thomas Carothers
35455 Gundy Ridge Road
Scio, OH 43988


Thomas Carter lll
3962 Flowers Road
Florence, SC 29505


Thomas Castello
20 Fieldstone Drive
Pittsburgh, PA 15220


Thomas Cattalo
3554 Kyle Road
Philadelphia, PA 19154

Thomas cheatwood
39539 Long Run Road
Graysville, OH 45734


Thomas Churylo
102 Parker Road
Bloomsburg, NJ 08804


Thomas Clement
625 E. Bellrive Drive
Chandler, AZ 85249


Thomas Cook
525 Longleaf Road
Summerville, SC 29483


Thomas Cook
824 Bellarbor Avenue Northwest
Canton, OH 44708


Thomas Coons
4091 Seventh Street Road
New Kensington, PA 15068

Thomas Cooper
720 Cedar St
Erie, PA 16503


Thomas Crespo
4539 Yates Road
Bensalem, PA 19020


Thomas Curran lll
14 Kim Ct E
Westerville, OH 43081


Thomas D  Harlan Sr
96 Yellow Run Rd
Jim Thorpe, PA 18229


Thomas D Abercrombe
203 Ravine Street
Mingo Junction, OH 43438


Thomas D Altman
536 Jeffrey Avenue NW
Massillon, OH 44646

Thomas D Feisel
325 Lynwood Lane
Lancaster, OH 43130


Thomas D Holden
262 Watson Glen Drive
Warminster, PA 18974


Thomas D MacDonald
228 Autumn Drive
Exton, PA 19341


Thomas Davenport
5991 Diamond Avenue
Dewittville, NY 14728


Thomas David Dennis
195 Musser Rd  Apt D1
East Earl, PA 17519


Thomas Davis
159 Kendall Avenue  Apt 3
Pittsburgh, PA 15202

Thomas Dennis
723 Dennis Road
Kershaw, SC 29067


Thomas DeRan
1280 W Gail Drive
Chandler, AZ 85224


Thomas Dowling
1601 Shady Plain Road
Apollo, PA 15613


Thomas Duddy
1230 Brighton St
Philadelphia, PA 19111


Thomas E  Leifell
09228 Bay Rd
New Knoxville, OH 45871


Thomas E Carsey
10485 Porter Lane
Athens, OH 45701

Thomas E Day
1931 Wertz Avenue SW
Canton, OH 44706


Thomas E Dimitroff
11770 Sinclair SW
<Massillon, OH 44647


Thomas E Dimitroff
11770 Sinclair
Massillon, OH 44647


Thomas E Hankin Jr
403 River Rd
Croyden, PA 19021


Thomas E Henry Jr
315 Harrison Avenue
Vandergrift, PA 15690


Thomas E Lee
1043 Ardmore Manor Dr
Pittsburgh, PA 01521

Thomas E Lee
88 Wood Road
Pittsburgh, PA 15235


Thomas E Lemmon
100 Vista Drive
Canonsburg, PA 15317


Thomas E Mellott
PO Box 89
Clarington, OH 43915


Thomas E Miller
PO Box 954  2159 Morgantown Road
Hopwood, PA 15445


Thomas E Myers
470 Iceplant Rd
Loretto, PA 15940


Thomas E Reckner Sr
205 Cottage Avenue
Lemont Furnace, PA 15456

Thomas E Sokolis
559 Newbury Court
Sellersville, PA 18960

Thomas Easterday
43 S High Street
Jeromesville, OH 44840

Thomas Edward Webb
534 Franklin St Apt B
Freeport, PA 16229

Thomas Edwards
2178 S 28th Ave
Yuma, AZ 85364

Thomas Eynon
1856 Luna Alegre
Las Vegas, NV 89115

Thomas F Cela
503 Bergerfield Way
Fayetteville, NY 13066

Thomas F Whoulery
764 Thomason Avenue
Donora, PA 15033


Thomas Ferguson
5440 W Glass Lane
Laveen, AZ 85339


Thomas Fetters
108 Meade Street
Tyrone, PA 16686


Thomas Ford
11 Carriage Oak Court
Columbia, SC 29229


Thomas Fowler
4537 Sheridan Ave
Miami Beach, FL 33140


Thomas Francis
13 Mende Street
Trenton, TJ 08638

Thomas Franklin Tinker
46 Nemeth Lane
Clarington, PA 15828

Thomas Frazier
800 Bentley Drive
Lexington, SC 29072

Thomas Fritz
991 Cambridge Dr
Manheim, PA 17545

Thomas Fuchel
219 Smith Way
Pittsburgh, PA 15211

Thomas G Adkins
1010 Overton Lea Road
Nashville, TN 37220

Thomas G Barnet
224 Muirfield Drive
Spartanburg, SC 29306

Thomas G Milligan
1296 Morrow Rd
Pittsburgh, PA 15241

Thomas G Ross
3652 Upper Road
Shamokin, PA 17872

Thomas Gaither
170 N Franklin Street
Prospect, PA 16052

Thomas Galiardo
726 Broad Street
Emmaus, PA 18049

Thomas Gault
214 N Timber Ridge Drive
Harrisburg, PA 17110

Thomas Geisler
117 Canaveral Drive
Penn Hills, PA 15235

Thomas Godlewski
1350 West Second
Lorain, OH 44052


Thomas Goldinger
262 Acme Dam Road
Acme, PA 15610


Thomas Graham
1256 West Maple Ave
Lanhorne, PA 19047


Thomas Guislay
5006 Willock Rd
Pittsburgh, PA 15236


Thomas H Best
11160 Detwiller Road
Columbiana, OH 44403


Thomas H Duncan
2622 Addison New Carlisle Rd
New Carlisle, OH 45344

Thomas H Krake
9616 Strausser
Canel Fulton, OH 44614

Thomas H Thurber
20 Deerfield Drive
Moscow, PA 18444

Thomas H. Savage
2158 Red Rock Drive
Beavercreek, OH 45431

Thomas Hall
4118 Back Woods Road
Westminster, MD 21158

Thomas Hawk
620 Hartzell Rd
New Castle, PA 16105

Thomas Helenske
1044 Skyforest Dr
Henderson, NV 89015

Thomas Hiles
137 Cope Road
Dunbar, PA 15431

Thomas Hoff
1217 Valley Drive NW
North Canton, OH 44720

Thomas J Chesebrough III
469 Shadybrook Circle
Girard, PA 16417

Thomas J Colarik Jr
355 Broadmeadows Blvd  Apt 108
Columbus, OH 43214

Thomas J Fischer Jr
17 Tope Street
Burgettstown, PA 15021

Thomas J Gianatos
P.O. Box 12334
Charleston, SC 29422

Thomas J Hesch
522 Nobel Ave
Erie, PA 16511


Thomas J Kirby Jr
27 Colony Drive
Hazleton, PA 18202


Thomas J Korb
2 High Ridge Road
Irmo, SC 29063


Thomas J Matea
2015 Broad Top Mountain Rd
Saxton, PA 16678


Thomas J Milavec Jr
1700 Grimes Road
Mansfield, OH 44903


Thomas J Orban
99 Monticello Drive
Cheswick, PA 15024

Thomas J Reier
10000 Pasco Montra Road
Sidney, OH 45365


Thomas J Roberts
5162 Highway 342
Pontotoc, MS 38863


Thomas J Ryland
337 Coolspring Jumonville Road
Hopwood, PA 15445


Thomas J White
4732 Ranier NW
Massillon, OH 44646


Thomas Jendrzejewski
PO Box 311
Gilbert, PA 18331


Thomas Johnson
206 Mitchell Street
Kendallville, IN 45755

Thomas Johnson
283 S Main Street
Ambler, PA 19002


Thomas Joseph Fowler
125 Pinewood Lane
Butler, PA 16001


Thomas Joseph Leschak
3401 Conrad St
Philadelphia, PA 19129


Thomas Juday
144 Liberty Drive
Indianapolis, IN 46234


Thomas Kane
10407 Oakwood Drive
Urbandale, IA 50322


Thomas Keating
2509 Wedgemere Street
Pittsburgh, PA 15226

Thomas Kelly
1132 James Street
Brockway, PA 15824


Thomas Kelly
1108 Christie Lane
Prescott, AZ 86305


Thomas Kilcullen
126 Colontal Avenue
Jeffersonville, PA 19403


Thomas King Jr.
1305 S. Broad Street
Perkasie, PA 18944


Thomas Kinnaman
4234 Tylersville Road
Hamilton, OH 45011


Thomas Knapp
16230 N. Saki Dr
Fountain Hills, AZ 85268

Thomas Koehle
RR #7  Box 597B
Altoona, PA 16601

Thomas Koharchik
956 Nevada St
Brackenridge, PA 15014

Thomas Kreminsky
321 John Street
Pittsburgh, PA 15227

Thomas Kuhn
6693 Brenden Ct
Chanhassen, MN 55317

Thomas L Archer
4059 Ural Ave
Columbus, OH 43213

Thomas L Booher
30 Grant Lane
Scottdale, PA 15683

Thomas L Rockenstein
110 Elliot Drive
Butler, PA 16001



Thomas L Schmidt
602 Fenwick Drive
San Antonio, TX 78239



Thomas L Shaw Jr
880 Goshen Rd
Cape May Court House, NJ 08210



Thomas L Tucker
1717 Bywood Street SE
Canton, OH 44707



Thomas L White
291 W Washington Street
Nelsonville, OH 45764



Thomas Laird
948 Windfall Road
St Marys, PA 15857

Thomas Lamb
505 Old Fort Drive
Ladon, SC 29456


Thomas Lee
7950 Arabia Road
Lumberbridge, NC 28357


Thomas Lee Brown
121 Averill Lane
Irmo, SC 29063


Thomas Lee Long
150 Main Street Apt 1
Brookville, PA 15825


Thomas Leslie
423 Moravia Road
New Galilee, PA 16141


Thomas Leutzinger
3010 S 48th St
Omaha, NE 68106

Thomas Loughran
3736 Manayunk Ave
Phildelphia, PA 19128


Thomas Lowe
1721 Wertz Avenue SW
Canton, OH 44706


Thomas Lynn
1461 6th Street
Bethlehem, PA 18020


Thomas M Deliman
910 Ninth Avenue
Elazabeth, PA 15037


Thomas M Duffola
309 Crider Lane
Pittsburgh, PA 15237


Thomas M Hardy
2409 State Route 534
Southington, OH 44470

Thomas M Iveson
98 Ravenwood Boulevard
Barnegat, NJ 08005

Thomas M McArdle Jr
364 W Bertsch St
Lansford, PA 18232

Thomas M Rawls
115 Oakdale Drive
Whitehouse, TN 37188

Thomas M Simbeck
127 N Plains Road
The Plains, OH 45780

Thomas M Trabue Jr
2545 Jones Creek Road
White Bluff, TN 37082

Thomas M Wilks
2027 Spooky Hollow Road
Lower Burrell, PA 15068

Thomas M Woodward Jr
715 Winslow Ave
Cape May, NJ 08204


Thomas Macaluso
418 E Pine Street
Mahanoy City, PA 17948


Thomas Mark Stelling
15050 Highway 196
Eads, TN 38028


Thomas Mazzaro
7373 Stanhope Kellogsville Road
Williamsfield, OH 44093


Thomas McBride lll
450 Center Road
Bedford, OH 44146


Thomas McCarty
105 Ellery Road
Villas, NJ 08251

Thomas McConlogue
3520 East Windsong Drive
Phoenix, AZ 85048


Thomas McDonough III
1580 Stony Hill Road
Hinckley, OH 44233


Thomas McGinniss
273 McMurray Rd
Upper St Clair, PA 15241


Thomas Metais
2004 Eagle Ridge Drive
Monroeville, PA 15146


Thomas Meyer
1210 Indian Peak Road
Golden, CO 80403


Thomas Michael Prim
1501 Island Overlook
Mt Pleasant, SC 29464

Thomas Miller
858 Northwest Boulevard
Columbus, OH 43212


Thomas Miller
3804 SW Wood Valley Drive
Topeka, KS 66610


Thomas Monteleone
1315 E Marshall Blvd
San Bernadino, CA 92404


Thomas Moody
28162 Helen Avenue
Little Torch Key, FL 33042


Thomas Moriarity
322 Jardinere Walk
Mt Pleasant, SC 29464


Thomas Nikola
603 S Firestone Boulevard
Akron, OH 44301

Thomas Ochsenbine
73881 Colerain Mt Pleasant
Dillonvale, OH 43917


Thomas Opio
4203 W Tombolo Trail
Tucson, AZ 85745


Thomas Ososki
2410 Melbourne Drive
Harrisburg, PA 17112


Thomas P Whitehead
6453 County Road  43
DeGraff, OH 43318


Thomas Parvesse
23 Long Lane
Malvern, PA 19355


Thomas Peters
266 Stanton Hall Lane
Franklin, TN 37069

Thomas Phillips
515 Gilfoyle Road
Marienville, PA 16239


Thomas R Baughman
129 N Elm Street
Columbiana, OH 44408


Thomas R Cartwright
3806 Kaiser Avenue NE
Canton, OH 44705


Thomas R Couche Sr
1102 Timberline Drive
Columbiana, OH 44408


Thomas R Cross
30010 Center Road
Racine, OH 45771


Thomas R Jones II
520 Lakelly Road
Wilmington, OH 45177

Thomas R Sallee III
2705 Dracut Lane
Nashville, TN 37211


Thomas R Schmuhl
134 Linwood Ave
Norwalk, OH 44857


Thomas R Sonn
549 Broxton court
Harleysville, PA 19438


Thomas R Sumner
815 Pearl Street  Apt 5E
Elizabeth, NJ 07202


Thomas Reichwein
1100 N Priest Drive  #2151
Chandler, AZ 85226


Thomas Reynolds
107 Memorial Drive
New Castle, PA 16101

Thomas Richard Hargrove Jr
150 Barley Mill Road
Moore, SC 29369


Thomas Richards
5453 Hardt Road
Gibsonia, PA 15044


Thomas Ridgeway
438 Ludlow Avenue
Cincinnati, OH 45220


Thomas Ring
7746 Alden Drive
Harrusburg, PA 17112


Thomas Robertson
4203 Aberdeen Road
Nashville, TN 37205


Thomas Rodgers Sr
69 Strafford Drive
Irwin, PA 15642

Thomas Ruffner
240 Rodilin Drive
Pittsburgh, PA 15235

Thomas Sayre
1243 Poplar Ave SW
Canton, OH 44710

Thomas Schindler
7171 Township Line Rd
Celina, OH 45822

Thomas Schuyler
95 Skyline Dr
Easton, Pa 18042

Thomas Scirnotto
210 W Crystal Lake Avnue Apt 153 A
Haddonfield, NJ 08033

Thomas Shomo
114 Ridge Road
Fallentimber, PA 16639

Thomas Simon
323 Ramsgate Dr
Gibsonia, PA 15044


Thomas Sisco
1809 Marrose Road
Lancaster, OH 43130


Thomas Smith
14412 Idarose Avenue
Cleveland, OH 44110


Thomas Spore
10033 Hollingsworth Drive NE
Bolivar, OH 44612


Thomas Steigerwald
6926 Navarre Road SW
Massillon, OH 44646


Thomas Strubhar
141 Whippoorwill Lane
Hummelstown, PA 17036

Thomas Studer
1719 Yorktown Drive
Mansfield, OH 44906


Thomas Sweeney
HC1 Box 258C
Lakeville, PA 18438


Thomas Szymczak
1117 Timber Ridge Road
Baden, PA 15005


Thomas T Heller
135 N 15th Street  Apt 2
Allentown, PA 18102


Thomas W Acklen Jr
241 Halberton Drive
Franklin, TN 37069


Thomas W Derstine
409 Dorchester Lane
Perkasie, PA 18944

Thomas W Etheridge
395 West Oak Street
Swansea, SC 29160


Thomas W Kahler
116 Union Avenue
North Versailles, PA 15137


Thomas W Land
6120 Elizabeth Drive
Nashville, TN 37203


Thomas W Melago
181 Meadish Road
Latrobe, PA 15650


Thomas W Richmond
2140 Route 193
Dorset, OH 44032


Thomas W Scarce
2645 N Montgomery City Line Rd
Tipp City, OH 45371

```
Thomas W Taggart
5051 St Rt 78
Buchtel, OH 45716




Thomas W Todd
715 E Judson Ave
Youngstown, OH 44502




Thomas Waggett
1003 Long Street   PO Box 264
Uledi, PA 15484




Thomas Warrington
117 Saratoga Boulevard
Hendersonville, TN 37075




Thomas Weisbecker
106 Silver Street  Box 104
Silverdale, PA 18962




Thomas Wentz
593 Pleasant Valley Road
New Ringold, PA 17960
```

Thomas Werry
39385 Bradbury Road
Middleport, OH 45760


Thomas Whatley
1151 Eastland Avenue
Akron, Oh 44305


Thomas Willever
1040 Long Rd
Easton, PA 18040


Thomas Williams
111 West 21st Street 1st floor
Wildwood, NJ 08260


Thomas Williams
7303 Centenial
Warminster, PA 18974


Thomas Williams
335 South Picken Street
Columbia, SC 29205

Thomas Williams
63 Birch Drive
Swoyersville, PA 18704

Thomas Wozniak
12512 York Boulevard
Garfield Heights, OH 44125

Thomas Yancich
398 Cedar Dr
Washington, pA 15301

Thomas Yuhas
3716 Harvey Ext
Munhall, PA 15120

Thong T Ho
9580 Old Glory Lane  No 202
Summerville, SC 29485

Thornburys Inc
609 N Lincoln Road
Escanaba, MI 49829

THR and Associates
3200 Pleasant Run
Springfield, IL 62711




Thrisa Correa
695 Lexington Spring Mill Road
Mansfield, OH 44906




Thurman A Mobley
404 Ann St
Niles, OH 44446




Thurston Mills
4413 Stanley Avenue
Erie, PA 16504




Thuy Duony
160 Collins Glenn Drive
Murrells Inlet, SC 29516




Thyme Makenna
6617 Chestnut Hill Rd
Crossville, TN 38571

Tia M Benton
125 E Ninth Street
Russellville, KY 42276


Tiaira Poole
5 Chaffee St
Uniontown, PA 15401


Tiana Ayers
1008 MArion Avenue SW
Canton, OH 44707


Tiara Carpenter
1432 Hart Street
Akron, OH 44306


Tiara Cosey Bennett
4573 N 30th
Milwaukee, WI 53209


Tiara Worley
6917 Cedar
Cleveland, OH 44103

Tiejun Han
8721 Arizona Poppy Ave
Las Vegas, NV 89117

Tierney Williams
3 Carlsbad Drive
Stafford, VA 22554

Tierra Franklin
5845 Mt Home St Unit E7
Las Vegas, NV 89191

Tiffani Johnson
1034 W Lafayette Street
Easton, PA 18042

Tiffany Herley
3508 Baybrook Dr
Villas, NJ 08251

Tiffany Hunter
1621 Griffith St 1st Floor
Philadelphia, PA 19111

Tiffany  Land
4181 Jeff Webb Road
Ripley, TN 38063


Tiffany A Anderson
538 Talbot Avenue
Braddock, PA 15104


Tiffany Agnew
4062 E Coolbrook Ave
Phoenix, AZ 85032


Tiffany Brooks Ladd
1204 Martin Road
Williamston, SC 29697


Tiffany Brown
758 Hill Street
Mt Pleasant, SC 29464


Tiffany Bruning
6044 Delicious Asha Ct
Loveland, OH 45140

Tiffany Davis
8034 Rodney St
Philadelphia, PA 19150


Tiffany Derck
5363 Thompson Road
Clarence, NY 14031


Tiffany Ericksen
5464 Steubenville Rd SE
Amsterdam, OH 43903


Tiffany Flakes
2506 20th St SW
Canton, OH 44706


Tiffany Freeman
509 Richard Drive
Millville, NJ 08332


Tiffany Fryar
302 Bayview Road
Rio Grande, NJ 08242

Tiffany Hodge
4440 Berthstone Place
Columbus, OH 43231


Tiffany Holloway
670 Turney Road Apt 6
Bedford, OH 44146


Tiffany Howell
6121 richmond Rd
Solon, OH 44139


Tiffany J Dernar
54 Waterford Street
Union City, PA 16438


Tiffany J Pelton
7774 Firestone Rd
Homerville, OH 44235


Tiffany Kyle
73 E Locust Lane
New Oxford, PA 17350

Tiffany L Kieffer
12561 Salem Hollow Road
New Straitsville, OH 43766

Tiffany M Todd
1020 Lundy Street
Pittsburgh, PA 15204

Tiffany McGriff
7800 South Rainbow Boulevard
Las Vegas, NV 89139

Tiffany Peoples
5 Stocton Ct
Columbia, SC 29210

Tiffany Poirrier
770 E Main Street
Ephrata, PA 17522

Tiffany Poole
1713 N 28th St
Philadelphia, PA 19121

Tiffany Pryor
1386 Co Rd. 175
Polk, OH 44866

Tiffany R Epperson
8434 Hskell Hill Road
Wattsburg, PA 16442

Tiffany R Neice
280 Plum Street
Magnolia, OH 44643

Tiffany Roberts
1730 Piping Rock
Memphis, TN 38116

Tiffany Rose
807 Sagefield Ct
Smyrna, TN 37167

Tiffany Thompson
987 Loeb St
Memphis, TN 38111

Tiffany Turner
8583 Cherryridge Avenue
Canal Fulton, OH 44614


Tiffany Waddell
8029 Girard
Omaha, NE 68122


Tiffany Walsh
160 Cloe Street
Clarksville, TN 37042


Tiffiney A Barnett
4638 Tamarack Boulevard A13
Columbus, OH 43229


Tikeya S Simpson Jones
2409 South Twelfth Street
Camden, NJ 08104


Tilaunna Schoaf
524 Fairfield Drive
Greensburg, PA 15601

```
Tim  Lukavsky
6151 E Camelot Drive
Mesa, AZ 85215




Tim  Roberts
2602 E Virginia Avenue
Phoenix, AZ 85008




Tim  Underwood
1746 Butler Pike
Grove City, PA 16127




Tim  Wertz
376 Milpond Dr
Lititz, PA 17543




Tim Boyles
7277 Charlotte Pike  #337
Nashville, TN 37209




Tim Bushong
9423 Colegate
Hamilton, OH 45011
```

Tim Calhoon
584 Beryl Court
Henderson, NV 89015

Tim Carroll
104 Albon Rd
Oak Ridge, TN 37830

Tim Davis
217 Cotton Street
Pittsburgh, PA 15209

Tim Gies
7308 NW 114th Terrace
Oklahoma City, OK 73162

Tim Haynes
2105 Jayne Lane
Knoxville, TN 37918

Tim King
1700 Woodmont Blvd
Nashville, TN 37215

Tim Klen
7445 East Eagle Crest Drive
Mesa, AZ 85207


Tim L  Braun
612 Woodland Avenue  PO Box 55
St Henry, OH 45883


Tim Murray
8550 Sleepy Hollow Drive
Cincinnatti, OH 45243


Tim Spencer
1820 Erlinger Road
Nolensville, TN 37135


Tim Wright
8183 Stewarts Ferry Parkway
Nashville, Tn 37214


Tim Wright
904 Birchrun Rd
Chester Springs, PA 19425

Timmy Boima
1207 East Marks Street #208
Allentown, PA 18109

Timmy Harmon
301 North Road
Camden, DE 19934

Timmy R Blair
5456 North Oak Drive
Columbia City, IN 46725

Timothy  Bachnik
204 A Harding Rd
Freehold, NJ 07728

Timothy  Coyne
111 S Milton St
Zelienople, PA 16063

Timothy  Frame
9599 Hess Mill Road NE
Bolivar, OH 44612

Timothy  Gambrell
100 Whipporwill Lane
Winnsboro, SC 29180

Timothy  Geiser
8502 N 67th Avenue  Apt #149
Glendale, AZ 85302

Timothy  Hayden
110 Waterbury Way
Pendelton, SC 29670

Timothy  Hilterman
1086 Hunters Ridge
Lexington, OH 44904

Timothy  Hirst
422 E Harold Dr
Queen Creek, AZ 85240

Timothy  Hurley
205 S Cornell Ave
Villa Park, IL 60181

Timothy Jennings
4503 Falcon Circle
Dayton, OH 45424


Timothy Kelley
617 Memorial Dr
New Kensington, PA 15068


Timothy Knouse
2124 8th Ave
Altoona, PA 16602


Timothy Maupin
2391 County Road 1150 N
Homer, IL 61849


Timothy McCarthy
4514 Robin Drive
Jeannette, PA 15644


Timothy McKenzie
670 Tub Mill Rd
West Salisbury, PA 15565

Timothy Moore
40 S Plains Road
The Plains, OH 45780

Timothy Orae
118 Bonnie Dr
Dalton, PA 18414

Timothy Quinn
542 Oak Avenue
Warrington, PA 18976

Timothy Sullivan
257 N Railroad Street Rear
Palmyer, PA 17078

Timothy Thomson
6476 Terrace Ct
Harrisburg, PA 17111

Timothy Walker
18069 Waltham St
Detroit, MI 48205

Timothy  Zanaty
312 East Linwood Dr
Birmingham, AL 35209

Timothy A Aldrich
115 Kipp St  Fl1
Sherman, Y 14781

Timothy A Allred
2743 N. Superstition Lane
Prescott Valley, AZ 86314

Timothy A Brink
2866 Generra St NW
Uniontown, OH 44685

Timothy A Frankenfield
8 Dewsbury Lane
Quakertown, PA 18951

Timothy A Hunter
104 Forestwood Drive
Venetia, PA 15367

Timothy A Kawecki
13411 Youngstown Pitt Road
Petersburg, OH 44454

Timothy A Kinard
3595 1 2 Norriswood Avenue
Memphis, TN 38111

Timothy A Naff
218 Downey Dr E
Springfield, OH 45504

Timothy A Swope
5228 Bollinger Road
Robertsdale, PA 16674

Timothy A Weiford Sr
3120 Endrow Avenue  NE
Canton, OH 44705

Timothy Aerone
1972 Tamarisk Circle
Uniontown, PA 44685

Timothy Antolik
533 Tracton Avenue
Derry, PA 15627

Timothy B Cornwell
225 John Rice Blvd
Murfreesboro, TN 37129

Timothy Belknap
8880 Nichols Rd
Windham, OH 44288

Timothy Berry
102 Trenton Circle
McMurray, PA 15317

Timothy Breaux
1850 Grady E Pollard
Crowley, LA 70526

Timothy Britton
2924 Post Avenue
Erie, PA 16508

Timothy Broadwater
Lot 6 Edgewood Drive
Warsaw, OH 43844


Timothy Buffenbarger
16775 Pepple Road
Waynesfield, OH 45896


Timothy C Barnes
1308 Knotts Haven Loop
Lexington, SC 29073


Timothy C Eckenrode
944 Henry Rd
Homer City, PA 15748


Timothy Clark
125 North 10th Street 2nd Floor Rear
Allentown, PA 18102


Timothy Connor
18 Rosamond Street
McKeesrocks, PA 15136

Timothy Cox
972 Washington Ave
Palmyra, NJ 08065


Timothy D Buckley
39987 Old 7 Road
Reedsville, OH 45772


Timothy D Johnson
306 Craft Avenue
Pittsburgh, PA 15213


Timothy D Young
202 Beverly Drive
Laurens, SC 29360


Timothy Davis
2382 Peach Tree Drive
Chandler, AZ 85249


Timothy Dennis Hall
300 N Main Street
Whitmire, SC 29178

Timothy E Cooney
2 Arwin Drive Apt 4
Hummelstown, PA 17036


Timothy E Hughes
22 Ridgeland Dr
Greenviile, SC 29601


Timothy E Lambert
63176 Frazee Lane
McArthur, OH 45761


Timothy E Sigman
5374 Allison Road
Athens, OH 45701


Timothy Elwell
3851 Woodstock Rd
Santa Ynez, CA 93460


Timothy Farrell
153 Co Rd. 896
Etowah, TN 37331

Timothy Fausnaght
1656 Stonemill Drive
Elizabethtown, PA 17022


Timothy G Baker
7613 North View Lane
Lisbon, OH 44432


Timothy G DeMaison
27152 Patterson Drive
Guysmius, PA 16327


Timothy G Easterling
13860 State Route 216
Murray City, OH 43144


Timothy Gallagher
89 Altadena Drive
Pittsburgh, PA 15228


Timothy Gill
425 Ormsby Street
Pittsburgh, PA 15210

Timothy Hanifen
439 Cherry Blossom Loop
Richland, WA 99352


Timothy Holt
309 James Avenue
Franklin, TN 37064


Timothy Howells
113 Palamino Lane
Apollo, PA 15613


Timothy I Westover
181 Old Crow Lane
La Jose, PA 15753


Timothy J Ferranto
8703 Rt 430  PO Box 143
Sherman, NY 14781


Timothy J Goss
523 E Main St
Bellwood, PA 16617

Timothy J Grimm
205 Autumn Leaves Way
Johnstown, OH 43031

Timothy J Knox
112 Kilgore Street
Athens, TN 37303

Timothy J Pack
334 Sioux Court
Sinking Spring, PA 19608

Timothy J Seese Sr
3107 S Myers Rd  Lot 29
Geneva, OH 44041

Timothy J Sullivan
390 Algrin Court
Murfreesboro, TN 37128

Timothy Kelly
16 Murray Hill Square
New Providence, RI 07974

Timothy King
810 CO Rd. 110
Athens, OH 37303


Timothy Kovolenko
268 Presidential Drive
Bethlehem, PA 18020


Timothy Kreisher
2193 Red Hill Drive NW
Dover, OH 44622


Timothy L Clapper
949 East Minnesota Street
Indianapolis, TN 46203


Timothy L Cook
706 McKenzie St
N Augusta, SC 29841


Timothy L Corvin
119 Atlas Avenue
S Connellsville, PA 15425

Timothy L Eller
8701 Hickcock Lane
Waynesburg, OH 44688


Timothy L Garner
1601 Church St  No 3
Ambridge, PA 15002


Timothy L Gehart
1371 Rock Haven Rd Se
Nashport, OH 43830


Timothy L Kornbau Jr
1465 Cedar Locust Dr
Ashland, OH 44905


Timothy L Ortt
3329 County Road  150
Millersburg, OH 44654


Timothy L Snelling
3322 W Lucia Drive
Phoenix, AZ 85020

Timothy L Stauffer Jr
1301 Tom Hicken Road
Fern Glen, PA 18241


Timothy M Gintner
339 Merritt Avenue
Pittsburgh, PA 15227


Timothy M McGinnis
430 W Keeling Ave
Derry, PA 15627


Timothy M Nispel
1971 16 half Ave
Cameron, WI 54822


Timothy Mann
2460 Hancock Avenue
Dayton, OH 45406


Timothy Marcum
161 Read Trail
Rockvale, TN 37153

Timothy Marsteller
3134 Brookside Road
Macungie, PA 18062

Timothy Merski
3523 Oakwood Street
Erie, PA 16508

Timothy Messerli
3774 Manchester Road
Allentown, PA 18104

Timothy Miller
3746 Oll Mill Road
Springfield, OH 45502

Timothy Morris
3100 Ocean Hts Ave
Egg Harbor Twp, NJ 08234

Timothy P Donnelly
45 Franklin Ave  Apt 2
Villas, NJ 08251

Timothy P Lang
209 Carriage Court
Pittsburgh, PA 15238


Timothy Phillips
2327 Black Sea Road
Jefferson, OH 44047


Timothy Phillips
2357 Bacon Avenue
E. Palestine, OH 94413


Timothy Pitak
6484 Eichler Circle
Coopersburg, PA 18036


Timothy Powell
19 Cranberry Court
Lebanon, PA 17046


Timothy R  Genua
211 South Main St
Nazareth, PA 18064

Timothy R Burton
840 Bryonair Drive
Mansfield, OH 44903


Timothy R Faulk
2011 Richard Jones Road  Apt D6
Nashville, TN 37215


Timothy R Huber
200 Shaftsbury Lane
Summerville, SC 29485


Timothy R Leonard Jr
33 Ranch Road
Dunbar, PA 15431


Timothy R Luce
20714 Center Rd
Venango, PA 16440


Timothy Rehman
3315 Oakham Drive
York, PA 17402

Timothy Relihan
12 Muirfield Court
Bridgeville, PA 15017

Timothy Rengstorf
6269 Winter Hazel Dr
Liberty Twp, OH 45044

Timothy Ross
321 N. Pine Circle
Gobsonia, PA 15044

Timothy Ross Allen
2027 Downey Street
Rock Hill, SC 29731

Timothy Russell
53 Ellis Avenue
Chauncey, OH 45719

Timothy S Yechev
858 Garnet Ave
Lancaster, PA 17603

Timothy Schoener
39 Mellowbrook Drive
Reading, PA 19608

Timothy Sears
203 East Old Route 6
Hampton, CT 06247

Timothy Sigler
8475 Ickes Rd
Wooster, OH 44691

Timothy Siragusa
84 N Chapel St
Gowanda, NY 14070

Timothy Smith
1406 Summitt Street
McKeesport, PA 15131

Timothy Spoleti
1298 Poplar Hill Drive
Lebanon, OH 45036

Timothy Spring
3109 Hollybriar Ct
Glen Allen, VA 23060

Timothy Starnes
2000 Baxter Lane
Franklin, TN 37069

Timothy Steigerwald
2932 Ellis Ave NE
Canton, OH 44705

Timothy Stults
632 Dreyel Avenue
Drexel Hill, PA 19026

Timothy Swan
115 Breakneck Ave
Connellsville, PA 15425

Timothy T Thompson
39 Maurice Street
Uniontown, PA 15401

Timothy Tate
987 Co Road 172
Athens, OH 37303


Timothy Taylor
744 Ohio River Blvd
Pittsburgh, PA 15202


Timothy Thompson
33080 Smith Ridge Road
Long Bottom, OH 45743


Timothy Tiedemann
336 Greenwich St
Belvidere, NJ 07823


Timothy Todd
2979 Shirley Lane  PO Box 482
Springtown, PA 18081


Timothy Underwood
4 Jersey Drive
Moundsville, WV 26041

Timothy V Shaw
500 Meade Drive
Moon Township, PA 15108

Timothy V Wykle
545 Pottery Road
Logan, OH 43138

Timothy W Blocksom
900 20th Avenue South  Unit 712
Nashville, TN 37212

Timothy W King
423 Gardner Rd. PO Box 4245
Hidden Valley, PA 15502

Timothy W Radcliff
213 School Bus Road
Mount Morris, PA 15349

Timothy W Walker
11650 Marbuger Rd
Stoutsville, OH 43154

Timothy W Yellig
957 Bockstoce AVe  Apt B306
Pittsburgh, PA 15234


Timothy Wade Elfstrom
1642 E Bruce Avenue
Gilbert, AZ 85234


Timothy Webb
136 W Prospect
Mansfield, OH 44907


Timothy White
89 Roycroft Ave
Pittsburgh, PA 15228


Timothy William Toates
200 Redcliffe Rd
Greenville, Sc 29615


Timothy Wims
1846 Nolan Street
Philadelphia, PA 19103

Timothy Wylie
3537 W Goldmine Mtn Cove
Queen Creek, AZ 85242


Timothy Yocca
11555 Dennis Circle
N Huntingdon, PA 15642


Tina  Rogal
15616 Thomas
Allen Park, MI 48101


Tina A Donaldson
968 E Cyoher Rd
Everett, PA 15537


Tina A Marshall
210 Laura St
Philipsburg, PA 16866


Tina A Webster
6724 Hills and Dales
Canton, OH 44708

Tina Arstingstall
813 E Market St
Germantown, OH 45327

Tina Boggs
230 W Madison St  Apt #5
Rochester, PA 15074

Tina Davis
71 Hickory Road
Greenville, PA 16125

Tina Dixon
911 Roberts Drive
Elgin, SC 29045

Tina Dixon
28320 Lockdale St Apt 203
Southfield, MI 48034

Tina Elmenthaler
6702 Van Kirk Avenue
Cincinnati, OH 45216

Tina Farrington
38 Dorset Avenue
Millville, NJ 08332

Tina G Demars
3143 Crosswood Drive
Nashville, TN 37214

Tina Hotter
2424 Old Bethlehem Pike
Quakertown, PA 18951

Tina L Hoffert
266 South Fourth Street
Hamburg, PA 19526

Tina L Taley
3700 Stoney Hill Road SW
Lancaster, OH 43130

Tina L Ward
1128 W Tilghman ST
Allentown, PA 18102

Tina Ledford
108 Brooks Rd
Clinton, TN 37716

Tina Logiudice
86 Wabash Avenue
Kenmore, NY 14217

Tina M  Cline
12261 Smoketown Rd
Utica, OH 43080

Tina M Andrews
133 S Railroad Avenue
Frackville, PA 17931

Tina M Becker
1680 State Route 193 N
Jefferson, OH 44041

Tina M Cready
842 Sunset Circle
Cranberry Township, PA 16066

Tina M Daniels
219 Richbarn Rd
Pittsburgh, PA 15212

Tina M Fryling
11790 Hopson Hill Road
Wattsburg, PA 16442

Tina M Hummel
1193 Long Run Road
Schuylkill Haven, PA 17972

Tina M Jones
3212 Pheasant Court
Columbia, SC 29204

Tina M McDonnell
210 Dolomite Rd
Monroeville, PA 15146

Tina M Norris
249 Lepore Drive
Lancaster, PA 17602

Tina M Odell
111 Liberty Ave
Monessen, PA 15062


Tina M Theisen
5690 Tollgate Rd
Somerset, OH 43783


Tina M Williams
16871 River Rd
Athens, OH 45701


Tina McIntosh
3029 Flagstone Drive
Franklin, TN 37069


Tina Moran
625 E Jacksonville Avenue
Villas, NJ 08251


Tina N Flannery
3218 Holly Road
Philadelphia, PA 19154

Tina N Jones
9619 Glendale Rd
Pittsburgh, PA 15235

Tina Scott
244 Painter Ave
Greensburg, PA 15601

Tina Smith
4115 Edith Avenue
Cincinatti, OH 45227

Tina Wile
6573 Grandstone Hill Road
Chambersburg, PA 17202

Tinda D Glover
278 Ambling Circle
Columbia, SC 29210

Tirsa A Pagano
1721 Yellow Wood Court
Nashville, TN 37221

Tisha Chrzanowski
29952 North Yellowbee Drive
Queen Creek, AZ 85243


Tisha L Skellett
20798 Rose Street  PO Box 62
Stewart, OH 45778


Tishchara A Young
2531 Winfield Way NE
Canton, OH 44705


Tito Cruz
934 Rose Street
Reading, PA 19601


Tito Delgadillo
286 W Palomino Drive  #30
Chandler, AZ 85225


Tiveeka Jones
225 Hunterdonst Apt 4J
Newark, NJ 07103

TKS Computer Solutions
21 N St Marys Street
St Marys, PA 15857


Tobias Casillas
1067 S Avenue B
Yuma, AL 85364


Toby D Diegel
2784 State Route 47
Ansonia, OH 45303


Toby S Wilt Jr
161 Cheek Road
Nashville, TN 37205


Toby W Strain
2573 Laurel Crest Dr
Memphis, TN 38133


Tod Kelley
RD4 Box 370
Moundsville, WV 26041

Todd  Patton
323 W Lake Street
Lake Mills, WI 53551


Todd A Hagen
RR4 Box 81
Tyrone, PA 16686


Todd Alexander
1017 Joseph Drive
Aliquippa, PA 15001


Todd Bates
4640 Meadow Circle
Belden, MS 38826


Todd Elwert
6940 Lookout Ct
Hamilton, OH 45011


Todd Fensel
4312 W Ridgewood Road
Parma, OH 44134

Todd Gay
5383 Hapden
Rockvale, TN 37153


Todd Harrison
49255 McKenzie Ridge Road
Racine, OH 45771


Todd Henderson
213 Pine Hollow Rd
Ford City, PA 16226


Todd Hill
7021 Hamilton Ave
Pitsburgh, PA 15208


Todd Holmes
7354 Ryan Road
Medina, OH 44256


Todd Houck
413 North Street
Pottsville, PA 17901

Todd Hunter
6100 Kiter Road
Cochranton, PA 16314


Todd J Carlson
2232 S Nellis Boulevard 229
Las Vegas, NV 89110


Todd J Irons
500 Spring Acres Lane
North Lima, OH 44452


Todd Kasper
246 Sickle Lane
Deptford, NJ 08096


Todd Kopp
5570 Waynesburg Drive SE
Waynesburg, OH 44688


Todd L Hafner
1408 Krumsville Rd
Lenhartsville, PA 19534

Todd M Ciardelli
500 Foxtrail Circle East
Westerville, OH 43081


Todd M Larsen
74 Erskine Avenue
Boardman, OH 44512


Todd M Meade
1129 McNeilly Avenue
Pittsburgh, PA 15216


Todd M Miller
894 Torway Road
Gardners, PA 17324


Todd M. Post
757 Carmel Church Road
Celina, OH 45822


Todd Malcolm
46 Main St
Hopkinton, NH 03229

Todd McCabe
1726 Walnut Street
Ashland, PA 17921


Todd McKee
103 Wayne Street
Rockford, OH 45882


Todd Mills
2830 West Pine Lake Road
Columbiana, OH 44408


Todd Morris
2500 Happy Hollow Estates
Hopkinsville, KY 42240


Todd Moyer
1835 Dagger Drive
Henderson, NV 89014


Todd Napier
2011 Gweneth Drive
Spring Hill, TN 37174

Todd P Kane
184 Poplar Run Rd
Duncansville, PA 16635


Todd Pierce
319 Campbell Ave SW Unit 203
Roanoke, VA 24016


Todd R Durnell
6971 Buffalo Road
Harborcreek, PA 16421


Todd R Moulton
7050 Asberry Drive
Nashville, TN 37221


Todd R Pozzuyo
389 Valley Road
New Castle, PA 16105


Todd Robinson
612 CO Road 801
Ashland, OH 44805

Todd Snyder
3403 E Topeka Dr
Phoenix, AZ 85050


Todd Umbel
PO Box 154  221 Cetner St
Dickerson Run, PA 15430


Todd W Slomka
516 Diane Street
Lower Burrell, PA 15068


Todd West
4661 E River Road
Tucson, AZ 85718


Todd Winiecki
282 Highland Road
Mercer, OH 16137


Toi  Lewis
185 Gause Lane
Ripley, TN 38063

Toi R Johnson
4 A Helen and Robb Streets
McKees Rocks, PA 15136

Tolanda V Martin
95-1001 Puukoa Street
Mililani, HI 96789

Tom  Barratt
2341 N Sinagua Circle
Mesa, AZ 85203

Tom  Considine
39452 Champion Court
Northville, MI 48168

Tom  Parsley
167 W Shamrock Street
Gilbert, AZ 85233

Tom Basher
1551 Shining Ore Dr
Brentwood, TN 37027

Tom Bonin
1205 Clay Avenue
Dunmore, PA 18510


Tom Cambron
518 Johnson Rd
Oliver Springs, TN 37840


Tom Choate
33 Wales Ave  Suite A
Avon, MA 02322


Tom D Walker
6395 Chartwell Court
Brentwood, TN 37027


Tom Doyle
5518 Penny Lane
Madison, WI 53718


Tom Fox
737 CharldonAvenue
Massillon, OH 44646

Tom Kovacic
128 Jenny Dr
Butler, PA 16001


Tom L Mays
2350 Kenyon NW
Massillon, OH 44647


Tom McGarity
4103 Valley Vue Drive
Gibsonia, PA 15044


Tom Moon
4854 Holbird Drive
North Charleston, SC 29405


Tom OBrien
293 Beal Road
Athens, OH 45701


Tom Rattay
425 Cumberland Road
Pittsburgh, PA 15237

Tom Rhoads
111 Rosemont Avenue
Newcumberland, PA 17070

Tom Tabbert
18505 E 4th Avenue
Spokane Valley, WA 99016

Tom Thompson
317 South Harrison
Edgewater Park, NJ 08010

Tom Trader Sr
114 N Fifth Avenue
Paden City, WV 26159

Tom Ward
165 North Avenue
Pittsburgh, PA 15202

Tomeaka Massey
426 Glen Parks Apts
Bridgeton, NJ 08302

Tomekia Marshall
66 Echo
Collierville, TN 38017

Tommie Parker
210 McDonough Street
Sandusky, OH 44870

Tommy  Wammack
1092 Lynnewood Blvd
Nashville, TN 37215

Tommy Hill
1101 N Gilbert  #7107
Gilbert, AZ 85234

Tommy Nicaj
9167 Evans Drive
Scottsdale, AZ 85260

Tommy R Sheets
73 Homer Lane
Chillicothe, OH 45601

Tommy Thiesen
495 Co Rd. 2302
Loudonville, OH 44842


Tommy W Thompson
PO Box 169
Woodbine, NJ 08270


Tommy Wilson
7300 McSmith Court
Dayton, OH 45414


Tomorrow T Gales
7801 Flagler St
Las Vegas, NV 89139


Tong Jiang
647 North 7th Street
Allentown, PA 18102


Toni Clarkson
1208 Hampshire Road
Dayton, OH 45419

Toni H Armaline
559 Edward Lane
Campbell, OH 44405


Toni L Beare
644 S Mt Pleasant Road
Lebanon, PA 17042


Toni Licciardelli
195 Phoenix Avenue
Mantua, NJ 08051


Tonia M Mathis
2318 Eleanor Street
Newberry, SC 29108


Tonica Anderson
104 Saddlewood
Shelbyville, TN 37160


Tonika McClain
7610 Woodbine Ave
Philadelphia, PA 19151

Tonita C Parker
5524 64th Ave
Kenosha, WI 53144


Tonita Ubiles
43 West Spruce Street
Bethlehem, PA 18017


Tonja L Williams
3001 Hamilton Church Rd  Unit #2206
Antioch, TN 37013


Tonna McCutcheon
1425 Bakers Work Rd
Burns, TN 37029


Tonne DeBrito
564 Campbell Road
Sidney, OH 45365


Tony  Fleming
4975 Avalon Ave
Columbus, OH 43229

Tony A  Elam
7794 Meadowcreek Dr
Cincinnati, OH 45244

Tony A Hupp
49730 Circle 124
Racine, OH 45771

Tony Bonvini
631 Appletree Lane
Boca Raton, FL 33486

Tony Bristol
5521 Mesa Ridge Lane Apt J
Columbus, OH 43231

Tony E Okhiria
9060 Deer Meadow Cove
Cordova, TN 38016

Tony Ferland
20 Edwards Avenue
Biddeford, ME 04005

Tony Gardner
215 Pinehurst Drive
Oakland, TN 38060

Tony King
597 Maddox Road
Alexandria, KY 41001

Tony Lomupo
9315 Doral Drive
Pittsburgh, PA 15237

Tony Lono
1342 Oak Lane
Heber City, UT 84032

Tony Newland
16107 TR 39
Belle Center, OH 43310

Tony Oyer
21 N Elm Street
Bellefontaine, OH 43311

Tony Pozdnyakov
1635 Reading Circle
Huntingdon Valley, PA 19006

Tony Quito Ferrer
370 Oakley Lane
Nashville, TN 37211

Tony Rockhold
51020 Osborne Rd
Reedville, OH 45772

Tony S Connius
591 Mountain Road
Boyertown, PA 19512

Tony W Tucker
9648 Brower Rd
North Bend, OH 45052

Tony Zappia
134 Oakhaven Dr
Freedom, PA 15042

Tonya  Middleton
1257 Carlisle St
Bamburg, SC 29003


Tonya A Jarrett
506 Third Street
Clairton, PA 15025


Tonya Butler
1637 S Spruce
Wichita, KS 67211


Tonya Engram Chappelle
102 S Port Drive
Columbia, SC 29229


Tonya H Straugh
228 Poplar Street
Erie, PA 15607


Tonya Hardaway
2341 Ardmore
Memphis, TN 38127

Tonya I Borton
274 Wisteria Drive
Franklin, TN 37064


Tonya J Shaw
39141 State Route 682
Pomeroy, OH 45769


Tonya Johnston
116 Scorpio Lane
Irwin, PA 15642


Tonya L John
117 Korina Dr
Lower Burrell, PA 15068


Tonya L Moyer
1 Center Street
Pine Grove, PA 17965


Tonya Lambart
520 Long Spires Road
Gaston, SC 29053

Tonya Smith
2150 E. Bell Rd. #1174
Phoenix, AZ 85022

Tonya Stewart
7694 Hampton Park
Las Vegas, NV 89113

Tonya Tinkey
312 Harrison Ave
Greensburg, PA 15601

Tonyqa C McClain
956 Oranmore Street
Pittsburgh, PA 15201

Toolsie Mangroo
6 Allen St
Warminster, PA 18974

Toothsmith Inc
39 E Woods Drive
Lititz, PA 17543

Tory G Fravel
3091 Main St
Sumneytown, PA 18084

Tosha Grantham
513 W Marshall Street
Richmond, VA 23220

Toshitaka Hoppo
2276 Shady Ave
Pittsburgh, PA 15217

Toya Calhoun
618 Cleveland Street
Middletown, OH 45044

Toya Fikes
9365 W Milkweed Loop
Phoenix, AZ 85037

Tracee Abu
9596 W Bluesky Drive
Peoria, AZ 85383

Tracey Bassi
45 Mercury Street
Somerset, NJ 08873

Tracey Blackstone
705 Princeton Ave
Brick, NJ 08724

Tracey Cain
200 Shannon Lane
Madisonville, KY 42431

Tracey Dominguez
909 Valley Brook Drive
Milford, OH 45150

Tracey Doswell
703 North Lang Ave
Pittsburgh, PA 15208

Tracey Franks
3121 George Washington Boulevard #501
Wichita, KS 67210

Tracey L Davis
222 Grant Ave
Pittsburgh, PA 15209


Tracey L Foltz
1699 Broadhead Rd  Apt 3
Coraopolis, PA 15108


Tracey L Mellott
34929 Harper Ridge
Woodsfield, OH 43793


Tracey Laslo
325 East Main Street
Alliance, OH 44601


Tracey Myrell
5521 Hunter Rd
Ooltewah, TN 37363


Tracey Oblinsky
309 Acorn Circle
Lebanon, PA 17042

Tracey Smith
309 Rachel Dr
Stroudsburg, PA 18360


Tracey Snyder
2648 Black Oak Drive
Niles, OH 44446


Tracey Stromenger
1415 Ponderosa Drive
Erie, PA 16509


Traci L Madenford
1830 Crazy Horse Drive
Auburn, PA 17922


Traci Reed
312 Walnut Hill
Havertown, PA 19083


Traci Wise
3034 Leisure Road
Minerva, OH 44657

Tracie  Moss
508 Fourth St
West Pittston, PA 18643


Tracie D Washington
716 Russellwood Ave
McKees Rocks, PA 15136


Tracie Jo Lindsey
642 12th St
Clairton, PA 15025


Tracie L Brown
343 Ohio Avenue
Glassport, PA 15025


Tracie L Valenta
10559 Richard Drive
Parma Heights, OH 44130


Tracie Leatherwood
409 Haven Avenue
Ocean City, NJ 08226

Tracie Therence Ferrell
3842 Dominion Mill Drive
Alexandria, VA 22304


Tracie Washington
213 Bruce Street
McKeesrocks, PA 15135


Tracy  Durant
33 Greenwich Blvd  Apt 111
Lake Wylie, SC 29710


Tracy  Garland
517 Pittsburgh Street
Scottdale, PA 15683


Tracy  Malloy
1 New Vernon Ave
Seaville, NJ 08230


Tracy A Favors
148 E Church St
Souderton, PA 18964

Tracy A Johnston
57 Mahoning Rd
Dunbar, PA 15431

Tracy A Macchi
6 Keats Rd
Yardley, PA 19067

Tracy A Walker
512 Main Street
Red Hill, PA 18076

Tracy Ann Jones
179 Butternut Road
Shavertown, PA 18708

Tracy B Harder
2919 Edward Drive
Bowling Green, KY 42104

Tracy B Williams
1536 Briarwood Avenue
Columbus, OH 43211

Tracy Bell
628 Delbane Way
Greensburg, PA 15601

Tracy Carter
110 Bordeaux Court
Smyrna, TN 37167

Tracy Freeman
1000 11th St NW
Canton, OH 44703

Tracy Gough
1060 Pepper Ridge Terrace
Boca Raton, FL 33486

Tracy H Webber
2317 Hamill Avenue
Clarksburg, WV 26301

Tracy Higdon
107 Trefoil Court
Monreoville, PA 15146

Tracy J Lunt
801 Meldon Avenue
Donora, PA 15033


Tracy L Cook
2068 Palm St
Pittsburgh, PA 15235


Tracy L Cox
508 Wayne Avenue
Greenville, OH 45331


Tracy L Jenkins
343 State Route 224
Sullivan, OH 44880


Tracy L Lex
267 Reservoir Road
Ringtown, PA 17967


Tracy L Snyder
5705 H Tamarack Blvd
Columbus, OH 43229

Tracy L Watkins
119 County Road 522
Etowah, TN 37331


Tracy Lee  Brown
82 Blue Spruce Rd
Philipsburg, PA 16866


Tracy Lomax
543 Twin Lakes Court
Aold Hickotry, TN 37138


Tracy M Koppa
624 Chestnut
Emporia, KS 66801


Tracy McGloin
807 Heather Lane
Erma, NJ 08204


Tracy Milburn
1509 A Cottage Street
Ashland, OH 44805

Tracy Montgomery
27 N. St
The Plains, OH 45780


Tracy N Morse
3449 Pickney Bluff
Fort Mill, SC 29715


Tracy Poirrier
5434 Tanager Avenue NE
Canton, OH 44705


Tracy Pravlik
224 Rear Near Lane
Mt. Pleasant, PA 15666


Tracy Rouviere
14650 E Circle L Ranch Place
Tucson, AZ 85641


Tracy Stevens
13202 N 22nd Avenue
Phoenix, AZ 85029

Tracy Toulson
5748 Hancock Street SW
Canton, OH 44706


Tracy Tracy
4708 Harlequin Way
Chesapeake, VA 23321


Trae Brown
308 N Mercer Street Apt 11
New Castle, PA 16101


Tram Huynh
16627 South 27th Avenue
Phoenix, AZ 85045


Travia  Willmon
18820 Harvard
Cleveland, OH 44122


Travis  Nagy Deak
32 Nater Street
Ashland, PA 17921

Travis A Emch
49 Haddale Ave
Wheeling, WV 26003


Travis C Knisely
2061 Brentwood Drive
Middletown, PA 17057


Travis C Wilson
5245 Industrial Avenue
Altoona, PA 16601


Travis Christopher Norris
113 Estelle Road
Gaffney, SC 29341


Travis Dewayne Stewart
220 21st Avenue North
North Myrtle Beach, SC 29582


Travis Diehl
509 Covered Bridge Rd
Osterburg, PA 16667

Travis E Finney
7301 Green Meadow
Imperial, PA 15126


Travis Ebel
8713 Harwich Avenue
Las Vegas, NV 89129


Travis Fredell
1877 Colleen Drive
North Huntington, PA 15642


Travis Gunderson
609 Mingus Avenue
Prescott, AZ 86301


Travis Henson
224 Plum Valley
Bellefontaine, OH 43311


Travis J Gates
865 Bellevue Road  A2
Nashville, TN 37221

```
Travis K Jefferson
56 Carbon Street
Pine Grove, PA 17963




Travis Lee Leonard
210 Stonewood Dr
Cleveland, TN 37311




Travis M Derstine
703 Morris Road
East Greenville, PA 18041




Travis M Eicher
808 Albright Street
Roaring Spring, PA 16673




Travis M Swiger
18365 Linker Road
Jackson Center, OH 45334




Travis McIlvenna
267 Medlock Lane
Alexandria, VA 27304
```

Travis Miller
HC1 Box 82
Sciotta, PA 18354


Travis Richey
18803 Regatta Road
Humble, TX 77346


Travis Stover
3100 Deep Hollow Road
Coolville, OH 45723


Travis T Behler
235 Cherry St
Slatington, PA 18080


Travis Turner
649 Gate Post Drive
Mt Pleasant, SC 29464


Travis W Kalis
15850 N Thompson Peak Park
Scottsdale, AZ 85260

Travis Winter
8555 Stump Rd
Minerva, OH 44657

Trebia Hope
219 Elders Pond Drive
Coulmbia, SC 29229

Trecia Downward
9700 West Sunset Road Apt 2020
Las Vegas, NV 89148

Trema Boling
4241 Township Line
Coldwater, OH 45828

Tremaine Brewer
473 Old Stage Road
Greenville, AL 36037

Tremayne McEachern
1090 Barkley Street
Hanahan, SC 29410

Tremayne Scales
1035 Birnham Woods Boulevard
Pasadena, TX 77503

Trena Curtis
351 Cornelia Avenue NE
Canton, OH 44704

Trena I Ludlam
300 Cherokee Drive
Summerville, SC 29483

Trent L Jackson
214 W Schwab Avenue
Munhall, PA 15120

Trent Steed
247 West Summit St
Alliance, OH 44601

Trent Thompson
3401 Anderson Road #28
Nashville, TN 37013

Trent Tolbert
7201 Shalloford Road
Chattanooga, TN 37421


Tressa J Wilson
1208 Woodmont Ave
New Kensington, PA 15068


Trevor  Strawderman
2190 Worthams Outoff Road
Little River, SC 29566


Trevor Clevenger
4626 N 19th Avenue
Phoenix, AZ 85015


Trevor Gerhard
15 Washington Avenue
Exeter, PA 18643


Trevor Goulding
1294 Duane Road
Chattanooga, TN 37405

Trevor J Yeager
11 Springer Avenue
Uniontown, PA 15401

Trevor S Clark
341 S Highland Avenue
Pittsburgh, PA 15206

Trevor Sprague
451 W Bluebird Street
Gardner, KS 66030

Triandos Randolph
6646 Rutland Street
Philadelphia, PA 19149

Tribikram Kundu
1201 E Chula Vista
Tucson, AZ 85718

Tricia Boland
7360 Kelly Ct
Cincinnati, Oh 45241

Tricia L Corrado
421 Walde St
Pittsburgh, PA 15210

Tricia Mortimer
433 Irwin Lane
Pittsburgh, PA 15212

Tricia Sharp
114 Cutters Lane
Clinton, TN 37716

Tricyn Huntsman
4325 Kemary St SW
Navarre, OH 44662

Trina  Long
2525 Partridge Drive N
Hopkins, SC 29061

Trina A Gainey
1202 Hankins Road
Marion, NC 28752

Trina C Dulaney
27903 South Gerards Road
Kennewick, WA 99337

Trina C Massey
4677 Mt Carmel Road
Heath Springs, SC 29058

Trina J Woods
18313 State Route 13
Glouster, OH 45732

Trina Reynolds
6723 Saltsburg Rd
Pittsburgh, PA 15235

Trinidad Camarillo
883 Harness Lane
Norco, CA 92860

Trinidad T Torres
624 W Gary Drive
Chandler, AZ 85225

Trish Donnan
8336 Classic Villa Court
Las Vegas, NV 89128

Trisha A Avila
1233 N Washington St
Wilksbarr, PA 18705

Trisha L Harvey
3556 State Route 39
Shelby, OH 44875

Trisha Lorenzi
103 Baywood Drive
Monongahela, PA 15063

Trisha M Liebau
3902 Canterbury Drive
Erie, PA 16506

Trisha N Henry
634 Ridge Street
Emmaus, PA 18049

Trisha Stander
11090 Gayliano Street
LAs Vegas, NV 89141


Trisha Stecker
6927 Birch Lane
Bangor, PA 18013


Trishana Newsome
2224 Meadow Glade Lane #6
Memphis, TN 38134


Trista  Wycuff
1874 Shroeder Road
Celina, OH 45822


Trista Custer
788 Donelson Road
Seward, PA 15954


Tristan Lowe
509 West McKnight Drive
Murfreesboro, TN 37129

Trong L Nguyen
6304 Debidare Road
Hilliard, OH 43026

Troy  Gilbert
1011 B Street
Couer D Alene, ID 83814

Troy  Hubbard
56 Northview Dr
Mechanicsburg, PA 17050

Troy  Shackelford
PO Box 72480
Phoenix, AZ 85050

Troy Dillabough
6196 Cartage Avenue
Canal Fulton, OH 44614

Troy Empey
5655 East Sahara Avenue
Las Vegas, NV 89142

Troy Franklin Oleary
1105 Thunderhill Place
Phoenix, AZ 85048


Troy Gauker
134 Deer Trail Drive
Schuylkill Haven, PA 17972


Troy Kisko
26 1 2 N Jefferson Avenue
Canonsburg, PA 15317


Troy L Talmadge
12 Ross Ave
New Cumberland, PA 17070


Troy Mays
431 W Abbottsford Ave
Philadelphia, PA 19144


Troy Miller
1863 State Route 470
Bellefontaine, OH 43311

Troy O Brooks Jr
39649 SR 143
Pomeroy, OH 45769


Troy Ortega
2065 E Marquette Drive
Gilbert, AZ 85234


Troy Owen
1826 Ridge Ave
Arnold, PA 15068


Troy Pirolozzi
2264 Allen Ave SE
Canton, OH 44707


Troy S Dunn
1535 Vassar NW
Canton, OH 44703


Troy Smith
5609 Reatta Place
Colleyville, TX 76034

Troy Stabins
1624 Palm Street #156
Las Vegas, NV 89104


Troy W Ross
150 Finoli Drive
Greensburg, PA 15601


Troylan Caro
20250 N 67th Avenue  #2159
Glendale, AZ 85308


Trudi Schwartz
138 Burnside Avenue
Norristown, PA 19403


Trudie Marie Burns
1044 Brackenridge Ave
Brackenridge, PA 15014


Trudy Hunter
2982 Pothour Wheeler Road
Hubbard, OH 44425

Trudy Peters
2900 Lockertsville Road
Ashland City, TN 37015


Trudy T Fleming
4756 Somers Point Mays
Mays Landing, NJ 08330


Truly Mahon
52605 St Rt 248
Long Bottom, OH 45743


Trung Dang
9012 Brittany Park Dr
Sacremento, CA 00095-8829


Trung Vo
4066 S Reading Way
Denver, CO 80237


Trupti K Hogue
172 East Blake Avenue
Columbus, OH 43202

Tucker Nivison
2311 E Hartford Ave  No 27
Phoenix, AZ 85022

Tuesday M King
924 Old Commons Rd
Windsor, PA 17366

Tuyen VanTruong
201 Stonecrest Court
Pacolet, SC 29372

Twin Tots Child Care Academy
8788 Hadden Road
Twinsburg, OH 44087

Two Step Limousine
5220 S Sherman St
Littleton, CO 80121

Ty Hitman
1039 E Mahanoy St
Mahanoy City, PA 17948

Ty Ross
1203 Wallace Avenue SE
Massillon, OH 44646



Tyeasha M Jackson
4325 Meadowbend Way
Louisville, KY 40218



Tyeisha M Jacobs
616 W Courtland Street
Philadelphia, PA 19140



Tyhesia Scott
500 S Fourth Street
Philadelphia, PA 19143



Tyler  ODonnell
4218 Eagle Lake Court
Wichita, KS 67220



Tyler Boland
472 Summer Hill Road
Schuylkill Haven, PA 17972

Tyler Chanis
3209 McKently Street
Reading, PA 19605


Tyler E Kotovsky
202 St Charles Place
Pittsburgh, PA 15215


Tyler Haas
8 East Liberty Street
Schuylkill Haven, PA 17972


Tyler J Betz
5483 Kistler Rd
New Tripoli, PA 18066


Tyler J McCafferty
114 Whitetail Dr
Harrison City, PA 15636


Tyler Jason Wile
16 Constitution Ave
Mount Alto, PS 17237

Tyler Knotts
7 Twin Lakes Drive
Waterford, CT 06385

Tyler L Kaltreider
4309 Bossler Rd
Elizabethtown, PA 17022

Tyler Messer
3045 Greenpark St NW
Massillon, OH 44646

Tyler Roe
616 Maupas Avenue
Savannah, GA 31401

Tyler Witman
624 Fleetwood Dr
Lititz, PA 17543

Tylesha Y Acosta
1410 Birch St
Reading, PA 19604

Tylie A Bach
1383 Berdan Avenue
Toledo, OH 43612

Tyna Kubis
519 Tank Farm Rd
Aliquippa, PA 15001

Tyne  McClendon
351 Pioneer Ave
Akron, OH 44314

Tyne Miller
1517 Bernard Avenue Apt C
Nashville, TN 37212

Tyquwan Collins
114 E. Main Avenue
Rio Grande, NJ 08242

Tyra J. Donald
266 Brookridge Trail
Nashville, TN 37211

Tyree Chaney
4944 Hickory Woods East
Antioch, TN 37013


Tyree Curry
5905 West Charleston #163
Las Vegas, NV 89146


Tyree Patrick
1020 10th Avenue
New Brighton, PA 15066


Tyrell Jones
131 East Seventh Street
Lakewood, NJ 08701


Tyrone Bendolph
1446 North 10th Street
Philadelphia, PA 19122


Tyrone E Gregory Sr
810 W Laclede
Youngstown, OH 44511

Tyrone Houston
2061 Pinnacle Pointe Drive
Norcross, GA 30071


Tyrone Larkins
2631 Delk Ave
Nashville, TN 37208


Tyrone Marsh Jr
129 Campbell Loop Road
Chesterfield, SC 29709


Tyrone Tye
6234 W Jones Avenue
Phoenix, AZ 85043


Tyrone Wilson
6584 Gresham Lane
Washington, NC 27889


Tysen O Miller
220 Brittmoir Ave
Conshohocken, PA 19428

Tyson  Campbell
4812 Sparrow Dr
Dayton, OH 45424


Tyson M Chritton
125 Bennington Lane
Aiken, SC 29803


Tywan Johnson
1 Kingsberry Square  Apt 79G
Ternton, NJ 08611


U Tina  Shank
17 South 5th Street
Perkasie, PA 18944


Ugolhi Eze
688 Sherard Circle
Lexington, KY 40517


Ultimate Home Healthcare Serv Inc
2238 S Hamilton Road  Suite 102
Columbus, OH 43232

Umeshwar Dayal
1001 North Pasadena Unit 18
Mesa, AZ 85201

Unifirst Corporation
P.O. Box 529
New Kensington, PA 15068

Unique D Oaks
138 Dengler St
Pittsburgh, PA 15210

Uniquea Hines
5706 Soltis Drive
Clairton, PA 15025

United Cerebral Palsy of Delaware
700a River Road
Wilmington, DE 19809

United Faith Community Church
10479 Taylor Rd
Reynoldsburg, OH 43068

University Rentals 3 Corp
15 Dove Dr
Athens, OH 45704

Urte Zalyte
2750 West Wigwam #1101
Las Vegas, NV 89123

US Jetting LLC
122 S Church St
Mt Pleasant, PA 15666

Ute M Bodkins
228  1 2  E Parson Street
Galion, OH 44833

Val Swann
1158 Dohrman Street
McKeesrocks, PA 15136

Valda Y Hayne
126 Cherry Laurel Lane
Ridgeland, MI 39157

Valentin Satmarean
2950 W Louisa Drive
Phoenix, AZ 85027


Valeri E Freysz
2205 Coventry Road
Lancaster, PA 17601


Valeria Dasilva
160 Bridge Creek Drive
Goose Creek, SC 29445


Valeria Tate
3917 Gonzales Ave
Columbia, SC 29203


Valerie A Logan
2235 Lake Rd
Ontario, NY 14519


Valerie A Stephenson
114 Applewood Lane
Erie, PA 16509

Valerie Bailey
1441 Shawhan Road
Morrow, OH 45152


Valerie Becker
5967 Homedale Street
Dayton, OH 45449


Valerie Bendel
9190 Burr Oak Road
Wapakoneta, OH 45895


Valerie Carr
108 Fiarview
Russells Point, OH 43348


Valerie Harrison
912 Earl Street
North Braddock, PA 15104


Valerie J Smith
1217 Vinemont St
Pittsburgh, PA 15205

Valerie L Alvarez
438 Victory Rd
Clarksville, TN 37043


Valerie M Felix
8280 Bristol
Wilhoit, AZ 86332


Valerie Menassa
48786 Strawberry Knoll
Macomb, MI 48044


Valerie Peretic
558 Center Ave
Verona, PA 15147


Valerie S Mossor
5170 Desert Road SW
Carrollton, OH 44615


Valerie Tirman
6000 E Thomas Rd Ste #3
Scottsdale, AZ 85251

Valerie Torrence
6228 Sterling Cap St
N Las Vegas, NV 89081

Valinda Evans
528 Carolyn Drive
Millersburg, OH 45342

Valldeen L Morris II
RR 8  Box 155
Fairmont, WV 26554

Valorie M Strejcek
1434 Abers Creek Road
Pittsburgh, PA 15239

Van A Frazier
26112 N 54th lane
Phoenix, AZ 85083

Van A McKenzie
5907 Somerset Dr
Mays Landing, NJ 08330

Van Dyk
P.O. Box 660831
Dallas, TX 75266


Van Irion
2327 Laurel Lake Road
Knoxville, TN 37932


Van Khammavong
907 Meade St
Reading, PA 19611


Van McKenzie
1932 Cologne Avenue Unit Q7
Mays Landing, NJ 08330


Van Nguyen
9941 E Emberwood Ave
Tucson, AZ 85748


Vance Davis
3 Alscot Circle
Langhorne, PA 19047

Vance Young
1501 Nevada Hwy 22
Boulder City, NV 89005

Vanche Woods
235 Barger Circle
Irmo, SC 29063

Vanda McAuley
1210 Crestbrook
Knoxville, TN 37923

Vanessa  de la Rosa
100 Park Vista Dr  No 3108
Las Vegas, NV 89138

Vanessa  Finch
1210 Woodview Street SW
Canton, OH 44706

Vanessa  Samuels
302 Park Avenue
Natrona Heights, PA 15065

Vanessa  Steigerwald
510 Hamilton Avenue
Massillon, OH 44646


Vanessa  Vovrakes
5540 Morning Cross St
Las Vegas, NV 89130


Vanessa A Diggs
215 Essen St
Pittsburgh, PA 15214


Vanessa A Webster
2966 Whitley Court
Cincinnati, OH 45227


Vanessa Bodtmann
1449 Poplar Street Apt 16
Pittsburgh, PA 15205


Vanessa Brown
1126 Susan Road
Columbia, SC 29210

Vanessa Dickerson
491 Williams St
Pittsburgh, PA 15229


Vanessa E Nunley
8902 Clift Street
Hixson, TN 37343


Vanessa G  Meraz
4363 Armel Ct
Las Vegas, NV 89115


Vanessa H Austin
1320 Second Street NE
Canton, OH 44704


Vanessa J Abel
1509 W Crawford Ave
Connellsville, Pa 15425


Vanessa J McClelland
106 Morgan Street
Glouster, OH 45732

Vanessa Justice
236 Melville Street
Philadelphia, PA 19139


Vanessa K Forchion
116 W Providence Road
Aldan, PA 19018


Vanessa Kuonen
4235 North Shore Drive
West Chester, OH 45069


Vanessa M Santos
7347 Ryers Avenue
Philadelphia, PA 19111


Vanessa Marlene  Hiatt
34 Woodcross Dr  Apt 613
Columbia, SC 29212


Vanessa Noon
247 Jefferson St
Windber, PA 15963

Vanessa R Oaks
615 Climax Street
Pittsburgh, PA 15210


Vanessa Rachelle Halifax
PO Box 224
Stoneybrook, NY 11790


Vannak Yan
1735 Eberts Lane
York, PA 17402


Varonica Koon
270 Bill Dominick Rd
Newberry, SC 29198


Vasantrai Patel
106 Georgia Avenue
Tomson, GA 30824


Vassil Penev
5155 West Tropiciana Avenue
Las Vegas, NV 89103

Vaugh B. Wheeler
635 W Greenleaf St
Allentown, PA 18102


Vaugh Franklin Jr.
504 Summit Lake Ct
Knoxville, TN 37922


Vaughn Beasley
16220 N Seventh Street #2489
Phoenix, AZ 85022


Vaughn Ferich
535 Abbey Drive
Mount Wolf, PA 17347


Vaughn M Micciche
18370 Webb Rd
Stewartstown, PA 17363


Vaughn Szarka
3891 Ramblewood Drive
Richfield, OH 44286

Vaun McKimm
602 Church Street
Louisville, OH 44641




Velma K Potteiger
8121 W Miller Road SW
Malta, OH 43758




Velma Laco
304 Gemstone Avenue
Jeannette, PA 15644




Velma Miller
26042 Wilkins Road
Union City, PA 16438




Velma Simmons
1357 W Ravens Croft Rd
Sparta, Tn 38583




Velvet F McGowan
4616 Woodsong Lane
Columbia, SC 29210

Venelin Sarov
2109 Sunnycrest Drive
West Bloomfield, MI 48323

Venkata  Sharat Parimi
445 Waupelani dr Apt M1
State College, PA 16801

Vennissa Hart
147 Reddick Road
Bishopville, SC 29108

Venoy G Gross
1478 McCain Road
Brighton, TN 38011

Venoy G Gross Jr
1478 McCain
Brighton, TN 38011

Venu Thamodharan
8141 Laurel Run Road
Charlotte, NC 28269

Venus M Stewart
508 Canal St
Lebanon, PA 17046

Vera B Gregory
2003 McClean Street
Aliquippa, PA 15001

Vera Cline
2210 Ridge Road
Rapid City, SD 57701

Vera Green
111 South Linden Avenue
Clarksburg, WV 26301

Vera Locke
17212 N Scottsdale Road  Apt 2156
Scottsdale, AZ 85255

Vera Marelli
2777 McCully Road
Allison Park, PA 15101

Vera Weeks
1509 Branham
Phoenix, AZ 85042


Verda G Lawellin
14146 W Country Gabel Drive
Surprise, AZ 85379


Verdell O Hickman
3297 Broughton St
Orangeburg, SC 29115


Verdis L Dean
54A Shraders Lane
North Huntingdon, PA 15642


Verlonda Kirkland
2815 W Ford Ave
Las Vegas, NV 89123


Vern B Powers
231 Green Harbor Road 16
Old Hickory, TN 37138

Verna Murphy
231 Old Master Court
Boiling Springs, SC 29316


Vernard Goode
1901 Murfreesboro Street
Nashville, TN 37217


Verne R Chism
12283 S Shell Avenue
Yuma, AZ 85364


Vernessa Rose Thomas
504 Nottingham Road
Columbia, SC 29210


Vernon Allison
722 North Street
Oil City, PA 16301


Vernon Baker
1913 Heather Circle Apt A
Philadelphia, PA 19050

Vernon C Palmer
4949 Whitaker Avenue
Philadelphia, PA 19124


Vernon E Pilkington Jr
3668 South Denmark Road
dorset, OH 44032


Vernon F George
9630 Antrim Church Road
Greencastle, PA 17225


Vernon Huskey
10058 E Calypso Cr
Mesa, AZ 85208


Vernon J Anderson
6126 Dawn View Lane
Las Vegas, NV 89031


Vernon J Intara
8423 W Vogel Avenue
Peoria, AZ 85345

Vernon L Dyne
64 1 2 Market Street
Union City, PA 16438


Vernon L Vanhise
107 Awol Rod
Jonestown, P 17038


Vernon Miller
492 St John Road
Fredonia, PA 16124


Vernon Norviel
10526 Calle Tamarindo No8
San Diego, CA 92127


Vernon V Christiansen Jr
2416 E Gore Rd
Erie, PA 16510


Verona Miner
6451 Oxford Ave Apt C101
Philadelphia, PA 19141

Veronica Bravo
3568 Wayne Cir
Las Vegas, NV 89121

Veronica Escobar
550 West Sulleys Place
Vail, AZ 85641

Veronica Eubanks
280 Bradstone Road
Irmo, SC 29063

Veronica Franks
7337 Olmstead Drive
Nashville, TN 37221

Veronica Gripper
696 Wood Duck Road
Ridgeway, SC 29130

Veronica J Ventura
916 Maryland Avenue
New Castle, PA 16101

Veronica Kiefaber
4800 James Hill Road
Kettering, OH 45429


Veronica M Butler
101 South Ohio Street
Pittsburgh, PA 15202


Veronica Meadows
13000 Cohasset Lane
Woodbridge, VA 22192


Veronica S Lee
154 Straw Ave
Pittsburgh, PA 15202


Vertis Langley
1117 Piney Woods Rd Apt 9B
Columbia, SC 29210


Vesta JD Poag
1431 Trinity Springs Rd
Newberry, SC 29108

Vester Dupree
3839 Idle Road
St Paris, OH 43072

Vic Casebolt
47200 East Cholla St
Phoenix, AZ 85028

Vicki  Cummings
820 Kesslersville Rd
Easton, PA 18040

Vicki  Kirkland
1227 Oak Haven
Knoxville, TN 37932

Vicki  Kronabetter
4624 E Monte Vista Road
Phoenix, AZ 85008

Vicki C Mickel
8132 E Clarendon Avenue
Scottsdale, AZ 85251

Vicki D Jenkins
824 West 5th Ave
Lancaster, OH 43130


Vicki Daniels
1367 Park Avenue  SW
Canton, OH 44706


Vicki Davis
2025 Granada Boulevard
Knoxville, TN 37922


Vicki Dawson
131 N Vine St  Apt B
Libson, OH 44432


Vicki Fowler
10 Ridge Rd  Apt 2
Brookville, OH 45309


Vicki Gay Piccione
2090 Green Rd
Madisonville, TN 37354

Vicki J Cerino
1126 Richmond Road
Lancaster, PA 17603

Vicki K Roland
8470 Pettus Rd
Eagleville, TN 37060

Vicki L Baker
2703 Bear Run Drive
Pittsburgh, PA 15237

Vicki L Henry
1123 North Tenth Street
Reading, PA 19604

Vicki L Justus
108 Chestnut Court
Sewickley, PA 15143

Vicki L Murray
4095 Buttermilk Road W
Kingston, TN 37763

Vicki Wright
920 Sierra Vista #B37
Las Vegas, NV 89169

Vickie C Jackson
1220 County Road 130
Bellefonaine, OH 43311

Vickie Dawson
1980 Marsh Lane
Painesville, OH 44077

Vickie E Dempsie
113 E 6th Ave
Altoona, PA 16602

Vickie Hinds
9611 West Vera Avenue
Milwaukee, WI 53224

Vickie K Woodall
11101 Shroeder Rd
St Marys, OH 45885

Vickie L Lane
1306 Westmoreland Avenue
Pittsburgh, PA 15206


Vickie L Lint
632 Leisenring Road Box 412
Vanderbilt, PA 15488


Vickie Nash
1730 W Roma Avenue
Phoenix, AZ 85015


Vickie Wells
50980 SR 145
Malaga, OH 43757


Vicky & Kristopher Skelcher
46 Gamewood Avenue
Levittown, PA 19057


Vicky Adler
4709 Constance
Corpus Christi, TX 78413

Vicky G Davis
876 W el Monte Place #8
Chandler, AZ 85225


Vicky Garner
788 Red Belt Road
Chickamauga, GA 30707


Vicky Herring
14 Knittles Rd
Pottsville, PA 17901


Vicky Newton
117 Wolverine Trail
Lavergne, TN 37086


Vicky R Titus
908 S Hacienda Drive  Unit C
Tempe, AZ 85281


Victor  Chon
2875 W Highland St  #1112
Chandler, AZ 85224

Victor Ansaldo
6309 E Redfield Road
Scottsdale, AZ 85254


Victor Anselmo Perez Carpio
9234 S Montezuma
Phoenix, AZ 85041


Victor Aristeo III
301 Susan Drive
Cinnaminson, NJ 08077


Victor Bovalino
136 Ponderosa Drive
Beaver Falls, PA 15010


Victor Compres
944 W. Emaus Avenue #13
Allentown, PA 18103


Victor de la Rocha
6511 Kryshann
Sahuarita, AZ 85629

Victor Domen Jr.
578 Brixham Park Drive
Franklin, TN 37069

Victor F Arbushites
346 Pawnee Drive
Auburn, PA 17922

Victor Hugo Aquirre
153 Hamrond Rd
Simpsonville, SC 29680

Victor J LeGlise
7873 New Cumberland
Mineral City, OH 44656

Victor L Brown
6724 Basswood Drive
Bedford, OH 44146

Victor LeCause
295 Sky Line Drive
Easton, PA 18042

Victor M Gonzales
551 Eiger Way Unit 1226
Henderson, NV 89014


Victor M Gonzales
116 Ayres Place
South Bound Brook, NJ 08880


Victor M Gracian
6180 Rt 240 Hwy E
Cherry Tree, PA 15724


Victor M Rodriguez
4338 Malta St
Philadelphia, PA 19124


Victor Menin
110 Rivermont Court
Cheswick, PA 15024


Victor Miller
508 West Main Street
Mechanicsburg, PA 17055

Victor Pando
4577 Pender Street
Burnaby, BC V5C2M9
CANADA


Victor Quinonez
4924 Stickney Ave
Cleveland, OH 44144


Victor Quintero Gallarzo
4814 Lancewood Avenue
Las Vegas, NV 89110


Victor Siclari
1630 Forest Ridge Dr
Pittsburgh, PA 15237


Victor Torres
7794 Country Place Drive
Tobyhanna, PA 18466


Victoria  Forney
8337 W. Miami Street
Tolleson, AZ 85353

Victoria A Phillips
1421 Hodgkiss Street
Pittsburgh, PA 15212


Victoria A Posko
1516 W Walnut Street  Apt 1
Allentown, PA 18102


Victoria Cann
1207 Chickasaw Drive
Brentwood, TN 37027


Victoria E Irwin
242 Waitz Road
Oil City, PA 16301


Victoria J Stoudt
3612 Coventry Court
York, PA 17406


Victoria J Wilkins
107 Bellhaven Lane
Lexington, SC 29072

Victoria Koscho
407 Briarwood Drive
Columbus, OH 43213


Victoria Lawley
2743 Lincoln Way NW
Massillon, OH 44647


Victoria M. Hardin
5 Hibernia Street
Columbia, SC 29223


Victoria McCann
2810 E County Line Rd
Hatboro, PA 19040


Victoria McDermott
627 W Naranja Ave
Mesa, AZ 85210


Victoria Musselman
PO B129
Claysburg, PA 16625

Victoria S Foukes
588 Bigelow Street
Pittsburgh, PA 15207




Victoria Valentin
4224 Parkside Avenue
Philadelphia, PA 19104




Victoria Wyatt
1906 Harvey Place SE
Canton, OH 44707




Victory Taylor
648 TR 150
Sullivan, OH 44880




Vida Mehraban
18 Commerce
Clinton, CT 06413




Vidyasagar Armangandla
6060 Simms Drive
LaPlata, MD 20646

Vieng Myxayphone
204 Bluewater Ct
Lavergne, TN 37086

Viet Duong
5943 West Morales Street
Chandler, AZ 85224

Viet Nguyen
3508 W Sierra Street
Phoenix, AZ 85029

Vijay Mandava
1555 East Rochelle Ave 221
Las Vegas, NV 89119

Vijaya L Pavuluri
5246 McGavok Road
Brentwood, TN 37027

Vikki Dries
552 W 34902 Glacier Drive
Dalsman, WI 53118

Vikki L Hartmann
3320 Bauman Hill Road
Lancaster, OH 43130

Vikram J Deka
2545 E Meadow Brook Avenue
Phoenix, AZ 85003

Vikram Modur Sathyendra
314 Hallmark St
Hershey, PA 17033

Viktorin Newman
3339 Lark Bunting St
Las Vegas, NV 89117

Viktoriya Kryvasheyeva
27700 Bishop Park Dr  Apt S80
Willoghby Hls, OH 44092

Villanova Law Offices
1915 Murdstone Road
Pittsburgh, PA 15211

Vinayak Kulkarni
7750 Annesdale Dr
Cincinnati, OH 45243

Vince  Ghirardi
2204 Richmond Ave
Granite City, IL 62040

Vince  Suddard Jr
305 Palomino Drive
Newark, DE 19711

Vince Hohman
217 College Park Drive
Moon Twp, PA 15108

Vincent  DePaul Jr
50 Morris Rd
Ambeler, PA 19002

Vincent A DeRosa
120 Elks Place
Belle Vernon, PA 15012

Vincent A Sacco
13573 N 100th Place
Scottsdale, AZ 85260


Vincent A Williams
7336 Mount Vernon Street
Pittsburgh, PA 15208


Vincent Angelo Demarco
753 Valemont Drive
Verona, PA 15147


Vincent Brown
36 West 6th Street
Emporium, PA 15834


Vincent Brunner
1686 Homeworth Rd
Alliance, OH 44601


Vincent Castellani
265 Co Rd 545
Englewood, TN 37329

Vincent Cortina
4436 E Tremaine Avenue
Gilbert, AZ 85234


Vincent DiCarolis
1239 Martin Ave
New Kensington, PA 15068


Vincent E Sleasman
PO Box 268  43 Seymore St
Black Lick, PA 15716


Vincent G Taliaferro
227 Champlost Ave
Philadelphia, PA 19120


Vincent Grimm
9326 Overland Way
San Antonio, TX 78254


Vincent J Driscoll
24410 S Valley Drive
Channahon, IL 60410

Vincent Kent
2745 Console Avenue
Norfolk, VA 23518

Vincent L Ambroziak
2975 Craley Road
Wrightsville, PA 17368

Vincent L Reiber
32635 Court Street Road
Racine, OH 45771

Vincent Linarez
1144 Fredrick Avenue
Reading, PA 19605

Vincent Mariol
5763 Ravenna Ave
Louisville, OH 44641

Vincent Mast
3747 N Sabino Ridge Pl
Tucson, AZ 85750

Vincent Miller
17447 North Avenue of the Arts  #2032
Surprise, AZ 85374

Vincent N Mosesso
1371 Red Fern Drive
Pittsburgh, PA 15241

Vincent Oney
5204 Glenmina Dr
Dayton, OH 45440

Vincent P Scarpino
41 Woodside Drive
York, PA 17402

Vincent Quarantello
5200 Whispering Valley Drive
Nashville, TN 37211

Vincent R Argenio
205 Montgomery Ave
West Pittston, PA 18463

Vincent R Botti
426 R Stanton St
Greensburg, PA 15601


Vincent Rende
3608 New Texas Rd
Pittsburgh, PA 15239


Vincent Rifice
36 Kittiwake Lane
Babylon, NY 11702


Vincent S Brown
1102 18th Avenue S
Nashville, TN 37212


Vincent Salerno lll
6147 Cherokee Trail
Tobyhanna, PA 18466


Vincent Shank
448 Greentree Road
Elizabethtown, PA 17022

Vincent Spinazzom
55 Daniel Lane
Kinnelon, NJ 07405

Vincent Spino
10990 Gladdis St SW
Massillon, OH 44647

Vincent Zangale
17721 McCracken
Maple Heights, OH 44137

Vincent Zingarello
362 C Hackensack Street
Woodridge, NJ 07075

Vinit Thakar
12179 E Ironwood Drive
Scottsdale, AZ 85259

Vinny Taneja
1680 Debra Lane
Green Bay, WI 54302

Viola Beatty
4275 Jacobs Ladder Rd
Lancaster, OH 43130


Viola L Urbania
311 County Highway 12  Box 26B
Adena, OH 43901


Violet Leggette
348 Highway 1   PO Box 191
Gunnison, MS 38746


Violet Y  Peacock
410 West Thatcher Rd
Quakertown, PA 18951


Violetta  Glover
F 48 Candlewood Dr
Winnsboro, SC 79180


Virgie Brown
6709 Troy Brown
Piqua, OH 45356

Virgil  Parks
1279 Hodge Ave
Charleston, SC 29404

Virgil A Lacy
787 Carpico Drive NE
Lancaster, OH 43130

Virgil Cummins
1321 Winthorne Drive
Nashville, TN 37217

Virgil R Yingling
110 Border Lane
Saint Clairsville, OH 43950

Virgil S Hester
1292 Laurel Bluff Rd
Kingston, TN 37763

Virginia A Ally
410 Nita Drive
Willard, OH 44890

Virginia A Schoenlein
3816 Burrville Road
Ft Recovery, OH 45846

Virginia Baldwin
3587 Cable Road
Lewisburg, TN 37091

Virginia Barnum
726 E Ranch Road
Gilbert, AZ 85296

Virginia Baxter
805 44th Street NW
Canton, OH 44709

Virginia D West
8226 Middle Butler Road
Iron City, TN 38463

Virginia Galle
426 E Norwegian Street
Pottsville, PA 17901

Virginia L Robbins
209 E College Street
Coldwater, OH 45828

Virginia L Willie
25 Lexington Avenue  PO Box 628
Chauncey, OH 45719

Virginia Lane
18 Treasure Lake
Dubois, PA 15801

Virginia M Neff
325 Moore Street
East Liverpool, OH 43920

Virginia M Watson
Route 1  Box 90A
Point Pleasant, WV 25550

Virginia Myers
24 Elwood St
Pine Grove, PA 17963

```
Virginia P Lawson
6212 Bill Davis Road
Summerton, SC 29148




Virginia P Talamantes
762 E Mariposa Place
Chandler, AZ 85225




Virginia Plaster
158 Miller Hill Rd
Johnson City, TN 37601




Virginia Quay
412 Torrence
Bell Center, OH 43310




Virginia R Foust
338 Haney Hollow Road
Clinton, TN 37716




Virginia R Newton
3227 West 116th St
Cleveland, OH 44111
```

Virginia Schoerlein
3816 Burrville Road
Ft Recovery, OH 45846

Virginia Spicuzza
805 Hart Street
Gallatin, TN 37066

Virginia Stewart
2962 Center Road
Poland, OH 44514

Virginia Sue Dantzler
1676 Baltusrol Lane
Mt Pleasant, SC 29466

Virnelson Herbert
266 Stanza Hill Road
Newberry, SC 29108

Vishwanath Khajuri
434 Ashbury Court
Monroeville, PA 15146

Vitali Sozanski
10127 Jamestown Dr
North Royalton, OH 44133


Vito Bruno
7012 Hampton Drive
Ypsilanti, MI 48197


Vito Cappello
42 Wyckoff Way
Chester, NJ 07930


Vito Mortucci
2451 N Rainbow Unit 2142
Las Vegas, NV 89108


Vito Valenti
704 Center Field Drive
Pottsville, PA 17901


Vivian H Dukes
1648 Heyward Brockington jRoad
Columbia, SC 29203

Vivian Ramos
Senic North HC Box 3168
Albrightsville, PA 18210

Vivian Rosario
4760 Vista St
Philadelphia, PA 19136

Viviana Chapa
236 Granger View Circle
Franklin, TN 37064

Viviana Paredes
3222 West White Canyon Road
Queen Creek, AZ 85242

Vivie Hosteenez
PO Box 817
San Carlos, AZ 85550

Vladi S Markov
1256 E Tierra Buena Lane
Phoenix, AZ 85022

Vladimir Dulae
58 Vermillion Way
Levittown, PA 19054


Vladimir Hernandez
23432 Breezy Willow Trial  Lot 3
South Bend, IN 46628


Vladimir Malabranche
6141 Oakley St
Philadelphia, PA 19111


Vo Phung
568 West Thurber
Tucson, AZ 85705


Volodymyr Makovskyy
221 Robina Terrace 2nd Floor
Philadelphia, PA 19116


Vu  Nguyen
1345 Bellows Street
Akron, OH 44301

Vu Tan  Dang
567 Wolf Meadow
Cordova, TN 38018


W Douglas Brown
1593 Saucon Valley Road
Bethlehem, PA 18015


W Elliot Love
5195 Mayview Rd
Lyndhurst, OH 44124


W Gale Watkins
2133 W San Juan Avenue
Phoenix, AZ 85015


W George Gardner
12366 Pleasanton
Athens, OH 45701


W Ronald Fausnaught Jr
1509 N Main Street
Shelbyville, TN 37160

W Stephen Nichol
6832 Pennywell
Nashville, TN 57205

W Thomas Dowling III
4421 Anthony Drive
Bethlehem, PA 18020

Waddell  Hightower
4975 Newton
Memphis, TN 38109

Wade Demon Little
1718 S Longmore  #108
Mesa, AZ 85202

Wade J Spencer
21001 N Tatum Boulevard #1630 210
Phoenix, AZ 85050

Wade Klein
760 S Del Rancho Street
Mesa, AZ 85208

Wade McKee
221 South Minnesota Avenue
Wellston, OH 45692


Wade Perry
2245 Height Road
Berwick, PA 18603


Wade R Wiggen
PO Box 9462
Chandler Heights, AZ 85227


Wade Snider
516 Barrington Ct
Sellersville, PA 18960


Wade Vogler
6429 Lattasburg Rd
Wooster, OH 44691


Wade Wanamaker
8951 Deerview Lane
Slatington, PA 18080

Waderick L Burnside
272 Lisbon Road
Laurens, SC 29360


Wael H Al Yasi
9112 Los Arboles Avenue NE
Albuquerque, NM 87112


Wafa H Abuselmia
2647 Chatsworth
Columbia, SC 29223


Wahad Ansari
1301 Blackadore Street
Pittsburgh, PA 15235


Waido Cepeda
2117 Kings Gate Lane
Mt Pleasant, SC 29464


Walid Abu Hammour
6509 Apen Drive
Troy, MI 48098

Walker Bryant
3905 Bueno Vista Pike
Nashville, TN 37218

Wallace E Kennedy
500 Water Wheel Cove
Clyde, NC 28721

Wallace Maynard
750 Rock House Road PO Box 303
Fairdale, WV 25839

Wallis Lacey
2833 Stives Road
Columbia, SC 29223

Walltech Systems
417 Elizabeth Street
Apartment 2
New Kensington, PA 15068

Walt  Holman
61 East Edan Road
Ethridge, Tn 38456

Walt Phillips
4505 Harding Place
Nashville, TN 37205


Walter  Clair
6206 Mapleton Court
Brentwood, TN 37027


Walter  Hughes
3027 Columbia Ave
Columbia, SC 29201


Walter  Kelly Jr
512 Poplar Avenue
W Wildwood, NJ 08260


Walter  Scott
193 Franklin Road
W Trenton, NJ 08628


Walter A  Simmons Jr
826 Benton Avenue
Nashville, TN 37204

Walter B Ostromecki
2501 Rosenberry Road
Gilbertsville, PA 19525


Walter Barrick
112 Aldridge Lane
Athens, TN 37303


Walter Brewbaker Jr
2 Old Dirt Road
Enola, Pa 17025


Walter C Danca Jr
720 W Chestnut Street
Scottsdale, PA 15683


Walter D Moats
3405 Wright Road NW
Uniontown, OH 44685


Walter Dunaj
634 Lee Street
Plymouth, PA 18651

Walter E Bacher III
331 Morrison Rd
Clearfield, PA 16830


Walter Grey
385 Mack Hollow Road
Georgetown, PA 15043


Walter H Crawford III
4888 Whitworth Road
Memphis, TN 38116


Walter Harmon
418 Pine Ridge
Jackson, OH 45640


Walter Hill Jr
106 South 9th Street
Del Haven, NJ 08251


Walter Holland
712 N 29th Street
Camden, NJ 08015

Walter J Bell
Box 222  Horsecreek Road
Cranberry, PA 16319


Walter J Brown
923 Ashford Ct
Brentwood, TN 37027


Walter J Condo Jr
3319 Dickenson Road
Ashtabula, OH 44004


Walter Jackson
517 Grubbs Lane
Sigel, PA 15860


Walter L Jackson
4015 Southlawn
Memphis, TN 38111


Walter Lang
420 Lynwood Boulevard
Nashville, TN 37205

Walter Lee Woods
106 Bennington Circle
Cola, SC 29229



Walter Lindrose
6 Green Street
Nanty Glo, PA 15943



Walter Littles
2451 Montrose St
Philadelphia, PA 19146



Walter Maul Jr.
215 Woodland Boulevard
Portage, PA 15946



Walter Meggitt
109 Vine Street
Cyde, OH 43410



Walter N Kahill
264 Shofner Avenue
Memphis, TN 38109

Walter P Hummel II
2526 Grant Street
Reading, PA 19606

Walter R Stilwell
1 Oak Dr
Olmsted Falls, OH 44138

Walter Sardich
958 Canfield Rd
Youngstown, OH 44511

Walter Sommer
10670 Hwy 18  PO Box 161
Conneaut Lake, PA 16316

Walter Storm
1528 Hirzel
Toledo, OH 43605

Walter Sutphin Jr.
2658 Hermitage Avenue
Palmer, PA 18045

Walter T Bumpus
107 Meadow Pointe West
Hendersonville, TN 37075

Walter Vancosky
435 Railroad Ave
Scranton, PA 18505

Walter W Hood
212 Mullin Avenue
Mt. Pleasant, PA 15666

Walter Wood
6860 Colonel Taylor Lane
Centerville, VA 20121

Walter Yancey
7920 Tallow Tree Dr
Wesley Chapel, FL 33544

Wanda  West
5141 N 15th St  Apt 2
Philadelphia, PA 19141

Wanda Adams
19*08 East 19th Lot E88
Lawrence, KS 66046

Wanda Archilla
1234 West Union Street
Allentown, PA 18102

Wanda Garrison
361 Adams Dr
Coatsville, PA 19320

Wanda H Soloman
114 Whitsett Road
Nashville, TN 37210

Wanda Hernandez
4040 Boulder Hwy # 2061
Las Vegas, NV 89121

Wanda Hill Howell
805 Kerri Road
Hopkins, SC 29061

Wanda I Riley
8401 County Road 20
Lexington, OH 44904


Wanda Juarros
4800 S Kachina Drive
Tempe, AZ 85282


Wanda L Foulks
144 S Hampton Avenue
Lexington, SC 29073


Wanda M Forester
177 Elizabeth SW
Massillon, OH 44646


Wanda Miller
4044 East Whitehaven
Memphis, TN 38116


Wanda N Baim
1012 Third Avenue
Beaver Falls, PA 15010

Wanda R Callahan
66258 Pierce LeMan Road
Hamden, OH 45634


Wanda Truett
5040 Hampton Road
Conway, SC 29527


Waneta M Nogrady
16825 Truetown Rd
Millfield, OH 45761


Wanting Huang
870 Monet Drive
Hagerstown, MD 21740


Wardell Davis
1422 Housel Ave SE
Canton, OH 44707


Warren  Fox
534 Spring Street
N Kensinton, PA 15068

Warren E Pearson
723 S Hall Street
Allentown, PA 18102


Warren E Smith
3638 Emerald St
Philadelphia, PA 19134


Warren E Zettle
307 Campground Round
Loganton, PA 17747


Warren Harris
547 E Thirteenth Street
Erie, PA 16503


Warren J Crawford
8151 Horton Highway
College Grove, NJ 37046


Warren Jenik
88 Jefferson Court
Yorktown, NY 10598

Warren K Wheeler
920 Dawn Drive
Memphis, TN 38127


Warren L Colwell Jr
106 Carl Road
Corbin City, NJ 08270


Warren Lowe
485 Calvert Avenue
Pittsburgh, PA 15227


Warren Moore
1565 Gibson Avenue
Masillon, OH 44646


Warren Moore
1565 Gibson Avenue
Massillon, OH 44646


Warren S Webb
5175 Oakbrook Ct
Fairfield, OH 45014

Warren Waltonbaugh
235 Main Street
New Kensington, PA 15066


Warwick Price
43199 Burstall Ct
Leesburg, VA 02017


Waseem Akram
5030 Owens Drive  Apt# 113
Pleasanton, CA 94588


Wassim H Shaheen
8412 East Steeplechase
Wichita, KS 67206


Waterford Lakes Injury & Wellness Care
11766 E Colonial Dr
Orlando, FL 32817


Waudea-Carene Farmer
1524 Waxman Drive
LaVergne, TN 37086

Wayman Merritt
93 Harrison Drive
Newnan, GA 30265


Wayman T Nelson
308 Kelly Avenue
Pittsburgh, PA 15221


Waymond D Chambers
1231 Hill Street
Youngstown, OH 44505


Wayna Hightower
446 Sunshine Avenue
Youngstown, OH 44505


Wayne  Crable
6 Oliver Heights
Uniontown, PA 15401


Wayne  Lynch
1500 Sycamore Ave
Easton, PA 18040

```
Wayne  Smith
1620 W Aire Libre
Phoenix, AZ 85022




Wayne A Charpie
420 W Farms Rd
Farmingdale, NJ 07727




Wayne A Grimm
298 Odonnal Road
Mill Run, PA 15464




Wayne Adams
462 Melcroft Rd
Acme, PA 15610




Wayne Allard
101 Chelsea Road
Hatboro, PA 19040




Wayne B Montgomery
16447 Estate Lane
Montpelier, VA 23192
```

Wayne Blasius
8410 Thornbury Court
Knoxville, TN 37919

Wayne Conway
1910 Nance Street
Newberry, SC 29108

Wayne Dunlap
1301 Valdosta Place
Westfield, IN 46074

Wayne Eckman
439 Lori Lane
Kop, PA 19406

Wayne Edwards
289 Brookridge Drive
Prospertiy, SC 29127

Wayne Elder
7740 Wagnor Way
Elkins Park, PA 19027

Wayne Ewing
33 Riverview Street
Fredericktown, PA 15333


Wayne Freed Jr
399 Oak Street #45F
Mount Pocono, PA 18344


Wayne Fugate
347 AB Jacks Rd
Clinton, SC 29325


Wayne G Kash
912 Trails End Drive
Mansfield, OH 44903


Wayne Gunstone
60 Sanibel
Chambersburg, PA 17201


Wayne Happel
2051 Ferry Street
Easton, PA 18042

Wayne Hasson
1037 Heather Lane
Quakertown, PA 18951

Wayne Hostler
239 Old Crooks Valley Road
Kingsport, TN 37664

Wayne J Snook
5720 Springhaven Drive
Orange Park, FL 32065

Wayne K Smith
117 Campcreek Drive
Elgin, SC 29045

Wayne Leary
2019 Swarr Run Road Apt L
Lancaster, PA 17601

Wayne Moynihan
1155 Wallace Ave SE
Massillon, OH 44646

Wayne Pressley
4193 Skyland Drive
Kinsgport, TN 37664


Wayne R Catoe
2535 Treeside Dr
Columbia, SC 29204


Wayne S Sweigart
7 Wendy Road
Reading, PA 19601


Wayne Smith
2619 SR39 Rt1
Perrysville, OH 44864


Wayne Stouffer
12907 Mattley Drive
Hagerstown, MD 21740


Wayne Stover
230 Stark Rd
Sarver, PA 16055

Wayne T Lenosky
20 Kimberly Lane
Pottsville, PA 17901


Wayne Washowich
2921 State Street
White Oak, PA 15131


Wayne Wheaton
620 Townbank Road #A15
Cape May, NJ 08204


Wayne Zuickle
221 N Chestnut Street
Slatington, PA 18080


Wealth Managment
311 E Main St
Spartan, SC 29302


Webster Mahan
6107 Federal Road
Cutler, OH 45724

Weena E Wade
12517 High Meadow Dr
East Stroudsburg, PA 18302

Welborn C Rogers
210 Brentwood Circle
Anderson, SC 29625

Wellington Salinas
836 Redwood Avenue
Reading, PA 19610

Wells Marble, Attorneys at Law
300 Concourse Blvd.
Suite 200
Ridgeland, MS 39157

Wendall Buchanan
476 Hwy 75
Blountville, TN 37617

Wendell Casey
6320 Zion Road
Rushville, OH 43150

Wendell Kinley
111 Pennsylvania Avenue
Oakmont, PA 15139



Wendie Zimmerman
201 Springdale Lane
Pittsburgh, PA 15238



Wendy  Fayette
420 Pleasantview Ave
Nelsonville, OH 45726



Wendy Bernath Jr
2310 Highland Avenue
McKeesport, PA 15131



Wendy Blair
408 Street  Rt 164
Salineville, oH 43945



Wendy Bookman
103 Ernest Road
Prosperity, SC 29127

Wendy Breiner
31 Stonegate Road
Quakertown, PA 18951


Wendy Cobert
55 Hollow Road
Levittown, PA 19056


Wendy D Massey
1174 Kingsway Road  Apt 13
West Chester, PA 19382


Wendy E Krevitz
17 Karen Road
Southampton, PA 18966


Wendy Godinez
740 E. Warm Springs # 428
Henderson, NV 89002


Wendy J Emmert
435 Madison Ave
Lancaster, OH 43130

Wendy J Friedrich
2875 Willowwood Drive
Erie, PA 16506


Wendy J Royer
314 Pershing Avenue NW
Massillon, OH 44646


Wendy L Bujanowski
212 N Harrison Ave
Edgewater Park, NJ 08010


Wendy L Webber
531 Bear Creek Street  PO Box 47
Auburn, PA 17922


Wendy LeForge
2042 23rd St
Cayahuga Falls, OH 44223


Wendy Litchfield
3013 Maple Leaf Dr
Moncks Corner, SC 29461

Wendy Locke
1633 Vineland Dr
Brentwood, TN 37027

Wendy McCallion
1819 Cole Drive
Erie, PA 16505

Wendy McCormick
1013 Tall Trees Drive
Pittsburgh, PA 15241

Wendy Myers
43 Main Street
Fairchance, PA 15436

Wendy OBrien
508 Frederick Street
Cheswick, PA 15024

Wendy Rodgers
413 Forest Park Drive  Apt C3
Dayton, OH 45405

Wendy S Wallace
2381 Street Rt 56
New Marshfield, OH 45766

Wendy Stone
943 Mill Branch Road
Johnsonville, SC 29555

Wendy Vittori
5501 N 67th Place
Paradise Valley, AZ 85253

Wendy Watson
7076 W Lone Tree Trail
Peoria, AZ 85383

Wendy White
3174 Crosswind Court
Clarksville, TN 37043

Wendy Williams
335 Maple Street Apt 117
Mt Pleasant, PA 15666

Wendy Williams
4156 Tuscany Court
Hickory, NC 28602


Wendy Winkowski
5829 Hobert Street # 2
Pittsburgh, PA 15217


Wes Crocker
217 Dayspring Lane
Gaston, SC 29053


Wesley A Schwartzwaller
1520 Orange Rd Lot 80
Ashland, OH 44805


Wesley Armentrout
352 Penny Lane
Bellefontaine, OH 43311


Wesley Bettis
1550 E Thunderbird #2023
Phoenix, AZ 85022

Wesley Brett Richardson
49 County Rd 288
Florence, AL 35633

Wesley C Shindeldecker
11800 Lower Horse Valley Rd
Upper Strasburg, PA 17265

Wesley Hardin
8412 Reality Lane
Corryton, TN 37721

Wesley Hills
145 West Spicer Avenue
Wildwood, NJ 08260

Wesley Hughes
4121 Berkshire
Memphis, TN 38128

Wesley Humrichouser
235 S Main Street
Shreve, OH 44676

Wesley Hutchinson
1250 Morgan Road
Bridgeville, PA 15017


Wesley L Wilson
PO Box 460  Tex Lane
New Salem, PA 15468


Wesley M Faistenhammer
29291 E River Rd
Grosseile, MI 48138


Wesley Paul
3801 Rosehill Lane
Lexington, KY 40514


Wesley Rahmon
2950 Richmond Rd
Beachwood, OH 44122


Wesley Vauce
3013 New Natchez
Nashville, TN 37215

Wesley Wylie
9332 W Deanna
Peoria, AZ 85382

Wesli Christensen
900 Conference Apt B122
Goodlettsville, TN 37072

Weslie Baird
20 Forest Avenue
Greensburg, PA 15601

Westlyn K Cunningham
370 Dietz Avenue NE
East Canton, OH 44730

Weusi Berry
219 Torrington Road
Irmo, SC 29063

Whanda M Clemons
211 Reifert Street
Pittsburgh, PA 15210

White Memorial Chapel Inc
7204 Thomas Blvd
Pittsburgh, PA 15208

Whitley D French
2422 Thorngrove Pike
Knoxville, TN 37914

Whitney  Frazier
4141 Woodlawn Dr  53
Nashville, TN 37205

Whitney A Therit
1752 Oakwood Dr
Hanover, PA 17331

Whitney Dutton
32 Center
Navarre, OH 44662

Whitney E Baur
34 Greenbriar Drive
Uniontown, PA 15401

Whitney Howell
7975 Martha Street
Millington, TN 38053


Whitney Parker
44 S Greenfield Road #39
Mesa, AZ 85206


Whitney Whited
968 Truxell
Mansfield, OH 44906


Wholesale Parts Network
415 Wynwood Rd
York, PA 17402


Wilber A Hawkins
2186 E 78th St
Cleveland, OH 44103


Wilbert Bernard
10007 Caleb Way
Missouri City, TX 77459

Wilbert Greathouse
2050 Dalemont Avenue SE
Canton, OH 44707

Wilbur Newcomb
9280 W Ann Road
Las Vegas, NV 89149

Wilbur W Bucklin
3901 Ravenna Avenue
Louisville, OH 44641

Wiley M Johnson
702 Countrywood Dr
Franklin, TN 37064

Wilfred Zeuner
6580 Rookery Road
Fort Colons, CO 80528

Wilfredo Fontanez Jr
713 North 6th Street
Allentown, PA 18102

Wilfredo Medina
2424 N Fourth Street
Philadelphia, PA 19132

Wilfredo Santana
522 Issac Ave  PO Box 230
Woodbine, NJ 08270

Wilhelmina Keblitsch
471 Park Street
Rochester, PA 15074

Wiliam F Zack
1504 Capitol View Drive
New Cumberland, PA 17070

Will  Cheek
712 Enquirer Avenue
Nashville, TN 37205

Will Barnard
2700 Chain Bridge Road  NW
Washington, SC 20016

Will H Brunson
216 Charlestowne Court
Columbia, SC 29209


Willa Gibson
1355 Sellers Cromeans Road
Fulton, MS 38843


Willa Swofford
2833 Heritage Avenue
Canton, OH 44718


Willard B White
3299 State Route 982
Latrobe, PA 15650


Willard T Blankenship
P.O. Box 252
Pedro, OH 45659


William  Adams
1257 Cocker Dr
Bethel Park, PA 15102

William Addicks
2010 Glenmark Avenue
Morgantown, WV 26505

William Barney
904 Earps Court
Nashville, TN 37221

William Bennett
2079 Old Hillsboro Rd
Franklin, TN 37064

William Birosik II
181 West Adamsville Rd
Schuylkill Haven, PA 17972

William Borodycia
2315 Almont Avenue
Pittsburgh, PA 15210

William Bowers
111 Meridians Way
Oak Grove, KY 42262

William  Bricken
1541 Wayne Ave NE
Canton, OH 44705


William  Brown
10400 Lancaster Newark Rd NE
Millersport, OH 43046


William  Burger
3349 Red Oak Trail
Murfreesboro, TN 37130


William  Butler
640 Wright Street
Corry, PA 16407


William  Dobson
1560 Mohican Street
Philadelphia, PA 19138


William  Gaston
3548 W Altadena
Phoenix, AZ 85029

```
William  Gregg
PO Box 66
Columbia, SC 29204




William  Helter
6356 S Water St
Uhrichsville, OH 44683




William  Hope
4908 Lone Vista Way
n Las Vegas, NV 89031




William  Johnson
1223 Jefferson Davis Drive
Brentwood, TN 37027




William  Knappert
6208 65th Dr  SE
Snohomish, WA 98290




William  Krugh
701 Hawthorne
St Marys, OH 45885
```

```
William  M  Treece
305 Redds Hill Rd
Charleroi, PA 05022




William  Martin
253 14th St
Conway, PA 15027




William  McNitt III
1224 Sagerville Road
Bainbridge, PA 17502




William  Novicki Jr
105 Britainwoods Circle
Chalfont, PA 18914




William  Null
615 West Maple St
Wildwood, NJ 08260




William  Ohlinger
1015 Raff Road SW
Canton, OH 44710
```

William  Outhier
8203 Sherwood Green Court
Brentwood, TN 37027




William  Pennell
452 E Main Street
Momongahela, PA 15063




William  Polvere
16718 Valleyview Ave
Cleveland, OH 44135




William  Rigano
8592 Cypress Trail Boulevard
Waynesville, OH 45068




William  Shaw
10475 Belmeadow Drive
Twinsburg, OH 44087




William  Shearer
34 Pebble Beach Lane
Lawrenceburg, IN 47025

William  Shoopman
4252 E Desert Inn Rd
Las Vegas, NV 89121

William  Smith III
309 Village Drive
Mars, PA 16046

William  Snodgrass
129 California St
Fayette City, PA 15438

William  Sparks
1330 Hanover Rd Lot 112
Delaware, OH 43015

William  Steingrass II
2788 Lester Rd
Medina, OH 44256

William  Thomas
5114 Third Street
Verona, PA 15147

```
William  Thompson
3506 Ruland Place
Nashville, TN 37215




William  Treffinger
Box 15 Star rd
Gouldsboro, PA 18424




William  Trimarchi
668 East Pike
Indiania, PA 15701




William  Valentine
3828 Windy Ave
Memphis, TN 38127




William  Weidman
6000 Afton Court
Thompsons Station, TN 37179




William A Cercone
230 Ambridge Ave
Ambridge, PA 15003
```

William A Frederick
4318 Ellery Drive
Columbus, OH 43227

William A Godoy
245 Jacktown Rd
Bangor, PA 18013

William A Howard
1387 Ridgecrest Court
Fairborn, OH 45324

William A Knight
135 Fearer Road
Markleysburg, PA 15459

William A Maakestad
2360 Landwehr Road
Northbrook, IL 60062

William A Oldacre
2002 Fransworth
Nashville, TN 37205

William A Parise
221 Highland Road
Rochester, PA 15074

William A Upton
4848 Highway 11
Pelham, AL 35124

William Allen Nickles
4430 Ivy Hall Drive
Columbia, SC 29208

William Almasy
114 Meadowbrook Drive
Coraopolis, PA 15108

William Anderson
443 East Somerset Street
Philadelphia, PA 19134

William Army
300 Bruns Avenue #58
Celina, OH 45822

William Arnold
446 Maple ST
Bethlehem, PA 18018

William B Boots
1813 Mercer Rd
Beaver Falls, PA 15010

William B Calhoun
160 2nd Avenue North  #300
Nashville, TN 37201

William B Gemmill
4141 N 31st Street #226
Phoenix, AZ 85016

William B Gray
111 Abbot Avenue
Worthington, OH 43085

William B Hoover
1538 Shamokin Trail
Luthersburg, PA 15848

William B Lewis
400 Andover Drive
Powell, OH 43065


William B Scott
2611 #4 Williamsburg Lane NW
Canton, OH 44708


William B Spragins
421 Galloway Drive
Franklin, TN 37064


William B Thomas
5114 Third St
Verona, PA 15147


William Barron
401 Roses Bluff Drive
Madison, MS 39110


William Beard
1540 E Main St
Douglassville, CA 18518

William Bennett
5027 Impala Dr
Murrysville, PA 15668

William Berry
160 Mtn Rd PO Box 646
Kresgeville, PA 18333

William Bisher
139 East Wilkes Barre Street
Easton, PA 18042

William Bookwalter
81 Welles Street
Forty Fort, PA 18704

William Bradford
242 Broadway Apt 5
Newport, RI 02840

William Brady
PO Box 273 4657 Elm Street
Nelsonville, OH 45764

William Brett Marshall
115 39th Avenue North
Nashville, TN 37209



William Burch
5771 Kentview Ave
North Canton, OH 44720



William Burnett
7872 Hyacinth Lane
Cicero, NY 13039



William C Bauer
527 Rosewood Drive
Pittsburgh, PA 15236



William C Bucknam
5340 Plymouth Road #27
Ann Arbor, MI 48105



William C Canty
6756 North Chason Way
San Bernardino, CA 92407

William C Carter III
797 River Road
Johns Island, SC 29455


William C Dull
3245 Clay Pike Street
Herminie, PA 15637


William C Grayson
927 Craig St
McKeesport, PA 15132


William C Harwood
2 Texas Street
Asheville, NC 28806


William C Kostelnik
1857 Drenik Drive
Wickliffe, OH 44092


William C Kubitschek
1194 Calle Maria
San Marcos, CA 92069

William C Lincoln
308 Three Mile Run Road
Sellersville, PA 18960

William C Roth
100 Farm House Dr
Audobon, PA 19403

William C Ruozzi
524 Wedell Dr
Belle Vernon, PA 15012

William C Wiltrout
109 W Wine Street
Connellsville, PA 15425

William Callen
115 Seaview Drive
Holden Beach, NC 28462

William Campbell
122 Keiffer Drive
Upper St. Clair, PA 15241

William Carden
8344 St. Danasus
Blashville, TN 37211


William Carney
4105 Gouverneur St
Bartlett, TN 38135


William Conyers lll
162 Old River Road
Wilkes Barre, PA 18702


William Cortis
117N 4000 West
Cedar City, UT 84720


William Cowan
RD 1 Box 51
Columbus, PA 16407


William Cox
300 Harpeta Ridge
Nashville, TN 37221

William Craft
2407 Rock Creek Ct
Grove City, OH 43123

William Creviston
6277 Spyglass Ridge Dr
Cincinnati, OH 45230

William Cunningham
315 Garfield Street
East Liverpool, OH 43920

William Cupples
202 Princeton Place
Jackosn, TN 38305

William D Carswell
312 Summit Square
Columbia, SC 29229

William D Case
1105 W Moore Road
Milford, MI 43381

William D Dixon
1056 Route 57
Port Murray, NJ 07865

William D Russell
216 Longwood Lane
Clarksville, TN 37043

William Dale Thrush Jr
192 Elvis Presley Boulevard
Brookville, PA 15825

William Day
1404 Old Meadow Road
Upper St Clair, PA 15241

William Decker
338 E McKinley Street
Chambersburg, PA 17201

William Dennison
2160 Hogue Hollow Rd
Guysville, OH 45735

William Dolan
104 Bookbinder Circle
Pittsburgh, PA 15212

William Dunston
667 S Marshall Street
Allentown, PA 18103

William Durst
55498 Fourth Avenue
Freedsville, OH 45772

William E Boles
6450 Winding Tree Drive
New Carlisle, OH 45344

William E Fulton
10025 Antle Orchard Road
Glouster, OH 45732

William E Gallaher
101 Hoover Street
Kittanning, PA 16201

William E Haley
4803 Greenside Road
Millington, TN 38053

William E Hughes
2366 Pavonia Road
Mansfield, OH 44903

William E Jellison
249 Bruno Road
Greensburg, PA 15601

William E Kagle
9 Walnut Street Box 202
West Hickory, PA 16370

William E Lewis Jr.
P.O. Box 120189
Nashville, TN 37212

William E Mayo
3612 Hillvale Circle
Knoxville, TN 37919

William E Moffatt
1104 Lyons Rd
Millerstown, PA 17062


William E Riddick
1849 Meribrook
Philadelphia, PA 19151


William E Schake
3140 W Edgerton Road
Silver Lake, OH 44224


William E Scott
596 Dryer Dr
Tanto Basin, AZ 85553


William E Seligsohn
3088 Hills Church Rd
Export, PA 15632


William E Siders
2685 Fieldbrook Ct
Troy, OH 45373

William E Slater
3102 Ladova Way
Springdale, MD 20774


William E Smith
3424 Croffot Place SE
Washington, DC 20019


William E Watson
522 Ferguson Road
Dunbar, PA 15431


William E Williams
229 Washington Ave
Woodbine, NJ 08270


William Earl Smith Living Trust
55 Charles St.
Athens, OH 45701


William Efan
81 Greene St.
Clarksville, PA 15322

William Egan
254 Olympic Road
Pittsburgh, PA 15226

William Ensminger Jr
217 S Lewisberry Rd
Mechanicsburg, PA 17055

William Essigmann
8490 Dundee Road
Erie, PA 16509

William Etzel
1605 Conneautee Road
Waterford, PA 16441

William F Burger
460 Francis Avenue
Monongahela, PA 15063

William F Floyd
1125 HArding St
Clarks Summit, PA 18411

William F McFadden
Rt 1 Box 113 Smithfield
Smithfield, WV 26437


William F Moon Sr
4917 State Route 61 S
Shelby, OH 44875


William F Reiter
PO Box 437
Quakertown, PA 18951


William F Watson
6645 Chrisman Lane
Middletown, OH 45042


William F Yuncker
4016 Burger Avenue
Cleveland, OH 44109


William Fitschen
1205 S Parkside Drive
Tempe, AZ 85281

William Fitzell
5 Meadow Oak Dr
Blairstown, NJ 07825


William Foster
140 Wilgus Street
Russells Point, OH 43348


William Francis
39860 Old 7 Road
Reedsville, OH 45772


William Frank
20671 Kylemore Drive
Strongsville, OH 44149


William Frederick Lamb Jr
3219 Barnes Springs Road
Columbia, SC 29204


William Frick
2447 Radcliffe Ave
Abington, PA 19001

William G Anderson
1029 Briarview NW
North Canton, OH 44720


William G Brewster
2962 Halston Dr
Manchester, MD 21102


William G Ervin
6629 Ervin Road
Athens, OH 45701


William G Gilmer
1895 Main Street  PO Box 275
Allenport, PA 15412


William G McKee
525 Reservoir Rd  PO Box 69
Marion Center, PA 15759


William G Preslock
24937 Hall Drive
Westlake, OH 44145

William G Wetzel
19 E Fifth Street  Box 33
Burnside, PA 15721


William Garcia
916 Wyoming Street
Allentown, PA 18103


William Garth  Kilburn
6002 Cargile Rd
Nashville, TN 37205


William Greenwood
8346 East Posada Ave
Mesa, AZ 85212


William H Butler
4080 Tessland Road
Memphis, TN 38128


William H Cramer
71 Haser Drive
New Kensington, PA 15068

William H Croft
11 Oxford Rd
Pittsburgh, PA 15202


William H Lane
1211 Rodge Rd
Connellsville, PA 15425


William H Rapp
32 Lonsdale Street
Pittsburgh, PA 15212


William H Wilson
529 Birch Way
New Kensington, PA 15068


William Haddy
123 Karrs Lane
Conshohocken, PA 19428


William Hall Jr
12805 North Road
North, SC 29112

William Hancock
902 Budwood Avenue
Gloucester, NJ 08030

William Hargrave
4199 Pleasant Hill
Lakeland, TN 38002

William Harrell
2520 Sharondale Drive
Nashville, TN 37215

William Hartner
752 Kentwood Street
Philadelphia, PA 19116

William Hartzell
156 Goat Hill Road
Kittaning, PA 16201

William Hertonstein
2560 Bay Meadow
Sevierville, TN 37876

William Hewitt
3052 Old Hillsboro Rd
Franklin, TN 37064

William Hiester
315 Coventry Lane
Lititz, PA 17543

William Himes
868 Shawmut Road
Brockport, PA 15823

William Homa
4827 Flamingo Drive
Pittsburgh, PA 15236

William Homer
8030 Gina Dr.
Irwin, PA 15642

William Hope
4908 Lone Vista Highway
Las Vegas, NV 89031

William J  Glenn
141 Commodore Circle
Summertown, TN 38483


William J Ahern III
8 Appaloosa Trail
Southampton, PA 18966


William J Brown
9692 Sapphire Court
Brentwood, TN 37027


William J Budai
4444 Valley View Street
Pittsburgh, PA 15214


William J Chickos
1426 Lenz Avenue
Ambridge, PA 15003


William J Crawford
225 South Canton Street  Box 363
Malvern, OH 44644

William J Crawmer
5000 School House Road
Frazeysburg, OH 43822


William J Cutchin
1473 Stuart Engals Boulevard
Mount Pleasant, SC 29464


William J Hamel
Rt 201 Box 216
Fayette City, PA 15438


William J Hornberger
413 McKnight Street
Gordon, PA 17936


William J Kuhnlein
N915 M 35
Menominee, MI 49858


William J LaCamera Jr
15 West Connelly Boulevard Apt 306
Sharon, PA 16146

William J Lane
121 Dutch Point Road
Chapin, SC 29036

William J Martin Jr.
1844 Twin Bridge Road
Gaffney, SC 29341

William J Miles JR
70544 Hopewell Rd
Cambridge, OH 43725

William J Miller
630 Mill Stone Court
Sunbury, OH 43074

William J Mulig
1004 Twelfth Street NW
Canton, Oh 44703

William J Newell
11720 Frost Road
Mantua, OH 44255

William J Proctor
2 Galaxy Lane
Willingboro, NJ 08046


William J Ryan Jr
Hwy 549
Vancleve, KY 41385


William J Schaeffer
464 Hoffmansville Road
Bechtelsville, PA 19505


William J Smith
106 West McNutt St
Houston, PA 15342


William J Tissue
1827 Mt Pleasant Road
West Newton, PA 15089


William J Tolin
2828 Louisiana Avenue
Pittsburgh, PA 15216

William J Tomberlain
6242 Everett St
Philadelphia, PA 19140

William J Wright
179 Old Main Street
Rocky Hill, CT 06067

William Jimmy Martin Jr
1844 Twin Bridge Road
Gaffney, SC 29341

William Jones
30 Harrison Street
Munhall, PA 15120

William Jones
404 Nancy Court
Franklin, TN 37067

William K Mayhew
Box 276
Wrightsville Beach, NC 28480

William K Serge
212 N Third Street  Apt 4   PO Box 1611
Erie, PA 16507

William Kiely
1104 Colony Drive
Kearney, MO 64060

William Killmeyer
1860 Main Street
Pittsburgh, PA 15215

William Kirtz
26 Wyman Street
Newton, MA 02468

William Kline
5427 Rainbow Drive
East Petersburg, PA 17520

William Knipper Sr
604 Heather Lane
Sevierville, TN 37826

William Knox
2641 Brookrun Road
Murfreesboro, TN 37129

William Kokos
2 Bittersweet Lane
Mechanicsburg, PA 17050

William Kraus
517 Riverdale Avenue 1A
Yonkers, NY 10705

William Krimm
1263 Peters Road
Troy, OH 45373

William Kuntz
4243 Williamsburg Dr
Harrisburg, PA 17109

William L Booker
155 Fawn Hill Lane
New Kensington, PA 15068

William L Dudley
5708 Stoneway Trail
Nashville, TN 37209


William L Graham Sr
412 South Third Avenue
Elizabeth, PA 15037


William L Harding
54061 Bracken Road
Bridgeport, OH 43912


William L Hoover
100 Mellon Avenue
Patton, PA 16668


William L Howard
2420 Kemway Road
Johns Island, SC 29455


William L Small
6630 Bristlewood Drive
Boardman, OH 44512

William L Toomer
504 Andioch Place
Columbia, SC 29209


William L Welsh
1302 Ridge Rd
Belle Vernon, PA 15012


William L Wimbish IV
20 Mountain Lane
Enola, PA 17025


William Lammel
3268 Pointe Hill Cove
Memphis, TN 38125


William Lancaster
21 Ladys Walk
Beaufort, SC 29907


William Lawes
12 Riverside Drive
Rumson, NJ 07760

William Leary
295 N Main Street  Apt 24
Lambertville, NJ 08130


William Lee Bailey
606 Pearl Street
Lancaster, PA 17603


William Lewellen
103 Prospect
Baltic, OH 43804


William Long
927 Cressonia Road
Pottsville, PA 17904


William M  Keplar
12811 St Rt 691
Nelsonville, OH 45764


William M Beltz
9246 E Cedar Waxwing Drive
Sun Lakes, AZ 85248

William M Hughes
103 Meadowlake Dr
Gallatin, TN 37066


William M Ward
303 Kelsey Blvd
Wando, SC 29492


William M Webb
6523 Charles Road
N Olmsted, OH 44070


William Mann
312 Locust Road
Crescent, PA 15046


William Maraugha
203 High Street
Dunbar, PA 15431


William Marietta
831 S Michigan Ave
Wellston, OH 45692

William Martin
2441 Andrews Drive
Warren, OH 44481


William McCarthy
10658 Hawthorn Trail
Woodbury, MN 55129


William McCarty
21 Beachurst Drive
North Cape May, NJ 08204


William McDonald
912 Vista Oaks Lane
Knoxville, TN 37919


William McElveen
263 Tombee Lane
Columbia, SC 29209


William McFarland
204 Grove Street
Charleston, SC 29403

William McGarry
144 Summer Street
Cresson, PA 16630

William McGraw
1829 Chislett Street
Pittsburgh, PA 15206

William McIntosh
935 North Market
East Palestine, OH 44413

William McKenzie
10 Coburg Rd
Charleston, SC 29407

William McKinney
709 Broadmorre
Blytheville, AR 72315

William McPherson
868 Socks Lane
Cape May, NJ 08204

William Meek lll
1444 Marathon Drive
Murfreesboro, TN 37129

William Mekker
4525 Cloverlane Avenue NW
Warren, OH 44483

William Messler
1078 Hill Drive
Allentown, PA 18103

William Metais
4645 Iverness Drive
Columbus, OH 43228

William Miller
3002 34th St
New Brighton, PA 15066

William Morris
9195 Cedar Creek Drive
Olive Branch, MS 38654

William Mosby
108 Polk Avenue
West Mifflin, PA 15122


William Mutch
35284 Nikki Avenue
North Ridgeville, OH 44039


William N Elrod
1075 Chalker
Akron, OH 44310


William N Gadol
175 Golf View Lane
Summerville, SC 29485


William Newman
3019 W Hadden
Wichita, KS 67217


William O Berger
417 Merion Drive
Reading, PA 19608

William O Conklin
109 West End Avenue
Binghamton, NY 13905

William Owenby
796 Co. Road 655
Athens, TN 37303

William P Bagley
1927 Woodmont Avenue Rear
New Kensington, Pa 15068

William P Chalk
2450 Pleasant View Drive
York, PA 17406

William P Clancy
7043 Season Drive
Milton, FL 32570

William P Owczykowski
144 Kunkle Street  PO Box 27
Forbes Road, PA 15633

William P Price
115 Main St  PO Box 605
Vanderbilt, PA 15886

William P Wakshinsky
1391 S Ocean Boulevard  Apt 99
Pompano Beach, FL 33062

William Peagler
1080 Ranger Dr
Cross, SC 29436

William Peter Frost
8952 W Marconi Avenue
Peoria, AZ 85382

William Pett
61 Glen Drive
East Greenwich, RI 02818

William Platt
233 Patrick Henry Circle
Kingsport, TN 37663

William Powers
12644 Coral Reef Circle
Knoxville, TN 37922

William Powers
1115 Glenbrook Drive
Franklin, TN 37064

William Proctor
8830 PW Oak Drive
Zionsville, TN 46077

William Province
763S Ninevah Road
Franklin, IN 46131

William R  Chambers
815 Wagoneer Court
Glenview, IL 60025

William R  Minor
4864 St Rt 303
Shalersville, OH 44266

William R Carney
114 Galway Lake South
Hendersonville, TN 37075


William R Daugherty
1100 Fountain Blvd
Piqua, OH 45356


William R Ferry
4811 Ridge Road
Canton, OH 44707


William R Grainger
809 Lynnbrook Rd
Nashville, TN 37215


William R Johnson
279 Wheaton Road
Bidwell, OH 45614


William R Kennington
849 Fourth Street
Verona, PA 15147

William R Lahl
31320 N Claridge Circle
Queen Creek, AZ 85242


William R Locante
917 Sleepy Hollow Road
Pittsburgh, PA 15234


William R Seigle
1719 Old Central Road
Central, SC 29630


William R Sharp
328 Forest Bend Drive
Mt Juliet, TN 37122


William R Vess
10703 Pleasant Ridge Rd
Arlington, TN 38002


William R Wells
3108 Sorbus Dr
Hamilton, OH 45013

William R Williams
502 Park Center Avenue
Nashville, TN 37205

William R Woltz Jr
1275 Autumn Drive
Lancaster, OH 43130

William Radican
4178 Thistle Circle
Virginia Beach, VA 23462

William Ramsey
438 Emerald Woods Drive
Oxford, OH 45056

William Ray Doyle
3878 Screaming Eagle Road Ext
Eastover, SC 29044

William Rozenwaser
5611 E Marilyn
Scottsdale, AZ 85254

William Rush
1916 Belford Court
Maitland, FL 32751


William S  Collins
3303 Howell Rd
Mascot, TN 37806


William S Collins
7447 Footmill Road
Erie, PA 16509


William S Houston
1420 Mandy Place Court
Charlotte, NC 28216


William S Macfann
105 Main St
Daisytown, PA 15427


William S Tuttle
7852 Misty Shore Drive
West Chester, OH 45069

William S. Shaw
103 Lintel Drive
McMurray, PA 15317


William Sandor
43 Furnace St
Akron, OH 44308


William Schanz
520 Van Meter Rd
Smithton, PA 15479


William Scheel
1202 Ashwood
Sugarland, TX 77498


William Scott Sheriff
307 West Main Street
Lexington, SC 29072


William Sexton
1030 Ohio Avenue
Trenton, NJ 08638

William Shaw
418 Clover St
Brownsville, PA 15417

William Shellhorn
143 Rose Street
Fredricksburg, OH 44627

William Shoots
4840 Country Road 9
Bellefontaine, OH 43311

William Simm
1135 Mocken Drive
West Palm Beach, FL 33406

William Simms
3253 Creek Road  Lot 205
New Waterford, OH 44445

William Simons
110 Willow Run Drive
Pickerington, OH 43147

William Singer
2401 E Rio Salado Parkway Apt 1201
Tempe, AZ 85281

William Snider
813 Pine Way Dr
Worthington, OH 43085

William Soda
451 Harmon Rd
Philadelphia, PA 19128

William Soinski
7258 New Point Place
Powell, OH 43065

William Stivers
15 Fisher Street
Pomeroy, OH 45769

William Stuart
228 South Frankin Street
Fleetwood, PA 19522

William Stucke
103 Palmer Street
Clearfield, PA 16830


William Summey
5416 Barton Vale Drive
Nashville, TN 37211


William Swann
467 Bonnie Valley Drive
Lebanon, TN 37008


William T Adkins
320 high St Apt 15
Chattanooga, TN 37403


William T Dunlap
1434 Highcrest Way
Rock Hill, SC 29770


William T Rue
212 Penna Avenue
Clairton, PA 15025

William T Spanke
108 Yellowstone Drive
Latrobe, PA 15650

William T Watson
2916 Sixpoint Way
Sevierville, TN 37876

William Teague
525 Blue Gray Circle
Collierville, TN 38017

William Thompson
9745 Crews Lane
Chesterhill, OH 43728

William Tidwell
2615 Eugene Reed Road
Woodbury, TN 37190

William Trevarrow
11007 Walker St
Grand Planc, MI 48439

William Troiano
2509 I Street
Eureka, CA 95501


William Urbaniak
104 Searight Drive
Baden, PA 15005


William Van Winkle
3041 Woodlawn Drive
Nashville, Tn 37215


William Vy
354 E Rockland Street
Philadelphia, PA 19120


William W  Porter
1026 Stonebridge Park Dr
Franklin, TN 37069


William W Cathers III
65 Creek Drive
Doylestown, PA 18901

William W Myers
146 Parkland Street SW
Massillon, OH 44646

William W Wyatt
1919 Wenz Road
Wakeman, OH 44889

William W Wydra
32 Lehigh Street
Ashland, PA 17921

William Wagers
1119 Riverbay Drive
Charleston, SC 29492

William Walden
6323 South Roanoke Street
Gilbert, AZ 85298

William Wallace
1914 Twelfth Street SW
Canton, OH 44706

William Warner
1550 E Thunderbird  #2012
Phoenix, AZ 85022


William Wasuchno
3560A Route 40
Washington, PA 15301


William Watson
2122 Trillium Way
Tega Cay, SC 29708


William Westlake Jr
38 Longaqcre
Collegeville, PA 19426


William Weyer Jr.
8260 Old Rt 22
Alexandria, PA 16611


William Wheeler
934 Villa Sites Avenue
Harborcreek, PA 16421

William White
1812 5th Street
Canton, OH 44707


William White
7612 Park Avenue 4C1
North Bergan, NJ 07047


William Willcock
918 Sea Vista Place
Edmonds, WA 98020


William Woodberry
414 Maria Drive
Georgetown, SC 29444


William Worstell
417 Barkwill Street
St Marys, WV 26170


William Yaekle
2927 Rivercliff Road
Columbus, OH 43223

William Yoas
102 Mount Olive Lane
Ephrata, PA 17522

William Young
470 Rudy Rd
Masnsfield, OH 44903

William Zimmerman
580 Spang Avenue
Leechburg, PA 15656

Williard Conner
1103 Johnson Road
Maryville, TN 37804

Williard R Moore
1020 Neshannock Avenue Ext
New Castle, PA 16101

Willie  Lewis
411 Autumn Glen Road
Columbia, SC 29229

```
Willie  Coles
7048 Heritage St
Pittsburgh, PA 15208




Willie A Dyckes
909 Cindy Drive
Columbia, SC 29203




Willie Boles
3863 Rocket
Memphis, TN 38127




Willie Bracey
5507 Dally Rd
Denmark, SC 29042




Willie Brown Jr.
7169 Lyndover Place Apt. C2
Maplewood, MO 63143




Willie Godbolt
826 Eurenka Street
Pittsburgh, PA 15210
```

Willie H Anderson
1810 Sunnyside Dr
Cayce, SC 29033

Willie Hickman
4941 Cheyenne Road
Canton, OH 44707

Willie J Hollamon
532 E 5th St
Erie, PA 16507

Willie J Mendenhall
189 Pine Hills Road
Prosperity, SC 29127

Willie J Mitchell
20 Pleasant Valley Lane
Brodheadsville, PA 18322

Willie James
8821 Saint Cloud Ct
Las Vegas, NV 89143

Willie James Tucker
156 Rustic Crossing
Lexington, SC 29073


Willie Lee Fulton
193 Walker Road
Ridgeville, SC 29472


Willie N Walters
110 N Third Street Unit 702
Columbus, OH 43215


Willie Poston
4411 Grand Cedar Lane
Memphis, TN 38128


Willie Sanders
6350 Greene Street
Philadelphia, PA 19144


Willie Stack
654 Brittany Road
Greenville, NC 27858

Willie Stallworth
3944 Augusta Drive
Nashville, TN 37207


Willie Stokes
5800 Greenbrier Rd
Franklin, TN 37064


Willie Templeton lll
844 Jamestown Drive
Miamsburg, OH 45342


Willie Tucker
814 Bradley Boulevard
Clarksville, TN 37042


Willie Wilson
1890 Salters Town Road
Sumter, SC 29153


Willis Finley
105 Cherry Bluff Drive
Madison, MS 39110

Wilma Burgess
720 Harrison Street  PO Box 46
Magnolia, OH 44643

Wilma G Headley
1011 Mechanicsville Road
Rock Creek, OH 44084

Wilmer Oberholtzxer
170 Cocalico Creek Rd
Ephrata, PA 17522

Wilson J Basinger
637 Englishman Hill Road
Connellsville, PA 15425

Winifred Waddell
3289 Creighton Lane
Orange Park, FL 32003

Winnona Herr
1450 E Bell Rd  3054
Phoenix, AZ 85022

Winny Chow
PO Box 283
Santa Clara, CA 95052


Winston Bachan
1650 Lazy Lake Ct.
Charleston, SC 29412


Winston Paulk
9220 Morto Circle
Summerville, SC 29485


Wissam Nakhle
1213 Northridge Oval Bldg 15
Brooklyn, OH 44144


WK Johnson
513 Shunpike Road
Cape MAy Court House, NJ 08210


Wolf Zink
11002 N Montrose Way
Scottsdale, AZ 85254

Woonkuo  Soon
705 Forest Dr
Palmerton, PA 18071


Wray W Providence Sr
4074 Cottonwood Road
Memphis, TN 38118


Wynona L Bey
1104 Penn Ave
Pittsburgh, PA 15215


Wynona Newman
916 Elmhurst Avenue
Bristol, PA 19007


Xavier Becton
4905 Waterfowl Street
Memphis, TN 38141


Xavier Riley
3120 Village Dr
Center Valley, PA 16034

Xiaoyang Lu
196 Canterbury Lane
Aurora, OH 44202

Ximena E Montenegro
201 Mowery Street
Mifflin, PA 17058

Xin Li
1732 Wayah Dr
Charleston, SC 29414

Xingkui Guo
4617 Mountain View Drive
Nashville, TN 37215

Xiomara Vaquer Torres
60 Manor Oak Drive
Millersville, PA 18551

Xochitl Mosqueda
11461 S Prickley Pear #64
Yuma, AZ 85365

Xueli Wang
205 Livingtson Ave
Pittsburgh, PA 15238


Yaacob Zeidler
9733 East Davenport Drive
Scottsdale, AZ 85260


Yadira Rodriguez
4912 C Street
Philadelphia, PA 19120


Yadira Valadez
102 Greystone Dr
Duncansville, PA 16635


Yah Wotoe Bestman
1405 Veterans Hwy K12
Bristol, PA 19007


Yalawnda L Sidney
1507 Leighman Avenue Rear
Arnold, PA 15068

Yale Levinson
70 Pitt Rd
Springfield, NJ 07081

Yancy L Naughton
P.O. Box 495
Pt. Pleasant, PA 18950

Yancy T Anderson
43685 Rio Grande
Maricopa, AZ 85239

Yang Sok Kwon
303 Southwood Dr
Columbia, SC 29205

Yankel Gildenbrand
12003 Bustleton Avenue  Apt 335
Philadelphia, PA 19116

Yatira Yau
2851 Winton St
Philadelphia, PA 19145

Yaw Offei
4384 Cleveland Avenue
Columbus, OH 43224


Yazan Alamari
885 North Easton Road #4B4
Glenside, PA 19038


Yazmin Cochran
1118 West Allen Street
Allentown, PA 18102


Ye Shu
425 Waupelani Drive
State College, PA 16801


Yeager Precision Products Inc
705 Forest Park Dr
Brentwood, TN 37027


Yechiel Rockovc
225 Privateway 2
Lakewood, NJ 08701

Yemane W Andemichael
1003 Monroe Blvd
King of Prussia, PA 19406


Yenny Colon
1515 Hill Road
Reading, PA 19602


Yesenia H Fierro
841 S Capistrano Drive
Gilbert, AZ 85233


Yevgeniy Dyakovetski
54 Providence Drive
Richboro, PA 18954


Yevgeniy Suvorov
117 Nandina Street
Philadelphia, PA 19116


Ying Yang
203 Buchanan Dr
Ephrata, PA 17522

Yixuan Zhang
40 N McKinley Ave Apt 309
Athens, OH 45701

Ymelda Rodriguez
915 Rose Street
Reading, PA 19601

Yohali Figueroa
310 Ridge Avenue
Allentown, PA 18102

Yolanda A Zaldivar
621 N Elder
Wichita, KS 67212

Yolanda Danner
1428 Desert Ridge Avenue
N Las Vegas, NV 89031

Yolanda Garibaldi Chapman
1750 North Decatur
Las Vegas, NV 89108

```
Yolanda Henry
19 Mercer Place
Ocean City, NJ 08226




Yolanda Hermosillo
P.O. Box 806
Wittman, AZ 85361




Yolanda Little
2906 Keystone Drive
Columbus, OH 43209




Yolanda Manzo
1018 N 9th St
Phoeniz, AZ 85006




Yolanda McGee
777 Shellbark Street
Blacklick, OH 43004




Yolanda McLain
2802 Garth Road
Huntsville, AL 35801
```

Yolanda Renee Legree
4051 Wagon Road
Orangeburg, SC 29115


Yolande  Berk
806 Blackberry Hill Road
Nashville, TN 37221


Yong Cui
5670 Roche Drive Apt D
Columbus, OH 43229


Yong Register
14801 Mozimbique Court
Haymarket, VA 20169


Yong Suk Yoo
5212 S. Miller Place
Chandler, AZ 85249


Yongsook Ro
3700 E. Bonanza Road  #1099
Las Vegas, NV 89110

Yoon Seo
158 Baltusrol Road
Franklin, TN 37069


Yoonsuk Choi
10000 S Maryland Parkway
Las Vegas, NV 89183


Yordanos Z Debesai
4404 Mark Ave
Las Vegas, NV 89108


Yosef Jacobovics
3534 Bendemeer Road
Cleveland Heights, OH 44118


Yosef Zaudi
5845 Collins Avenue
Miami Beach, FL 33140


Yosi Rosenblum
5641 Pocusset Street
Pittsburgh, PA 15217

Young Ho Lee
9913 rolling Green Dr
Pickney, MI 48169


Young Kim
12021 Millen Drive
Fishers, IN 46037


Young Lee
4730 Arbor Drive #104
Rolling Meadows, IL 60008


Young Nam Kim
2770 Langhorne Yardley
Langhorne, PA 19047


Youth Life Learning Center
PO Box 90212
Nashville, TN 37209


Yubania Keyna Vera
PO Box 3097
San Luis, AZ 85349

Yudelka Ozuna
1049 Washington Street
Reading, PA 19601


Yulvonra M Legette
522 Jackson Ave
Northfield, NJ 08225


Yumar  Mendoza
1240 North 11th St
Reading, PA 19604


Yuriy Bykov
39128 Glenlivet Court
Solon, OH 44139


Yury Malinsky
28 Deerfield Road
Livingston, NJ 07039


Yusuf K Knatt
600 Whispering Hills Drive  Apt Q8
Nashville, TN 37211

Yvette Bankston
7312 Simsbury Circle
Las Vegas, NV 89129


Yvette Bowshier
1623 Barrywood Circle E
Clarksville, TN 37042


Yvette Counts
4418 Dennis Dairy Road
Newberry, SC 29108


Yvette Lee
4 Sleepy Hollow Court
Sicklerville, NJ 08081


Yvette Ochoa
1914 N. 106th Avenue
Avondale, AZ 85392


Yvette Sfire
28248 N. Tatum B-1-455
Cave Creek, AZ 85331

Yvette Wynn
1120 Fox Hill Drive Apt #202
Monroeville, PA 15146


Yvonette  Tazel
760 Sheffield Ave
Aliquippa, PA 15001


Yvonne Craig
1306 Salem Road
Burlington, NJ 08016


Yvonne G Laird
2770 W Hickory Bluff
Memphis, TN 38128


Yvonne G Marsho
4302 E Saint Joseph Way
Phoenix, AZ 85018


Yvonne Grieco
700 Palace Green Parkway
Centerville, OH 45459

Yvonne L Brown
255 Hill Farm Road
Dunbar, PA 15431

Yvonne L Hebert
4039 Naylor Road
Memphis, TN 38128

Yvonne McCoy
460 Sherman Place
Mansfield, OH 44903

Yvonne Shepherd
3172 Weirton Drive
Columbus, OH 43207

Yvonne Townsend
9413 Salt Water Court
Las Vegas, NV 89117

Zach Emery
160 Tulpehocken Street
Bernville, PA 19506

Zach Fehrenbach
365 N 24th Street
Lebanon, PA 17046

Zach Phibbs
1215 Bunker Hill Apt B
Troy, OH 45373

Zach Watson
1516 Otter Creek Rd
Nashville, TN 37215

Zachariah  Yeidel
334 Lanier Dr
Madison, TN 37115

Zachariah Hawley
8360 Blue Ridge Dr
Southaven, MS 38672

Zachary  Painter
620 Halton Rd  No. 5107
Greenville, SC 29607

Zachary A Sadecky
1430 Fifth Avenue
Amola, PA 15068


Zachary Boboth
15440 Mesquite Street
Hesperia, CA 92345


Zachary Boyle
177 Furnace Street
Logan, OH 43138


Zachary Brosius
4 Farber Drive
Chalfont, PA 18914


Zachary Crities
7023 Polins Court
Alexandria, VA 22306


Zachary D Yeastadt
781 North Centre Street
Pottsville, PA 17901

Zachary Derek Gasior
5036 Windriver Drive
McKees Rocks, PA 15136

Zachary Foreman
2530 Kutztown Road
Reading, PA 19605

Zachary Hampton
3725 W Cielo Grande
Glendale, AZ 85310

Zachary L Davis
230 Hemlock Rd  Apt A
Bidwell, OH 45614

Zachary Martin
109 Forest Avenue
DuBois, PA 15801

Zachary Meadows
765 Gwinn Lane
Lebanon, TN 37087

Zachary R Isch
2529 Wedgewood Drive
Mansfield, OH 44903


Zachary R Lebo
471 Winding Brook Rd
Biglerville, PA 17307


Zachary S Peterson
812 North Sixth Street
Clairton, PA 15025


Zachary Swain
2308 Marshfield Drive
Bedford, TX 76021


Zachary T  Rodgers
36550 Chester Rd  #5501
Avon, OH 44011


Zachary Widmer
26254 Highway 64
Lawrenceburg, TN 38464

Zachary Woytovich
325 Lindbergh Avenue
Blandon, PA 01910


Zachoeje R Lama
8437 E Orange Blossom Lane
Scottsdale, AZ 85250


Zack Alawi
4800 South Alma School Road Unit #1004
Chandler, AZ 85248


Zack Parson
2109 Stoops Court
N Apollo, PA 15673


Zakariyya Z Abdur Rahman
1921 W 71st Avenue
Philadelphia, PA 19138


Zakiya Jackson
2729 pine Ridge Way
Nashville, TN 37207

Zakkiyah  Eure
631 Greenleaf St
Allentown, PA 18102


Zander Roscoe  Lowery III
112 Thomaston Drive
Columbia, SC 29229


Zeba Idrees
800 Oakdale Road
Ann Arbor, MI 48105


Zejnepe Krasniqi
414 Tally Drive
Pittsburgh, PA 15237


Zelda K Zizelman
809 Sycamore Street
Celina, OH 45822


Zelma Thompson
1322 North Newkirk Street
Philadelphia, PA 19121

Zelma Wilson
1105 Jewel Spring Lane
North Las Vegas, NV 89081


Zelmon McBride
33713 North 23rd Drive
Phoenix, AZ 85085


Zena Custis
564 N Delaware St
Paulsboro, NJ 08066


Zenji Reynolds
10534 E Flower Ave
Mesa, AZ 85208


Zenobia Corley
5622 Knightner St
Columbia, SC 29203


Zerfe  Miche
6728 Grovers Ave
Philadelphia, PA 19142

Zev Kessler
23227 Wendover Dr
Beachwood, OH 44122


Zewab M Hussein
317 Hickory Nut Dr
Eighty Four, PA 15330


Zhen Wu
1436 Simich Dr
Independence, OH 44131


Zi Yang
123 East North Street
Piqua, OH 45356


Zien Hamdan
1333 Falke Dr
Dayton, OH 45432


Zina B Robinson
418 Friarsgate Boulevard
Irmo, SC 29063

Zina Barker
1524 The Oaks Boulevard
Kissimmee, FL 34746



Zitad Becic
4958 Edmondson Park Apt A4
Nashville, TN 37211



Zoila Castaneda  Zamora
604 N Sombrero Road  #112
Dateland, AZ 85333



Zoltan P Kovacs
507 Agate Ave
Mansfield, OH 44907



Zoran Djukanovic
3152 Stuart Court
North Royalton, OH 44133



Zoran Jakic
3013 Lincoya Bay Drive
Nashville, TN 37214

Zully Checo
177 Mac Arthur Ave
Sayreville, NJ 08872


Crystal Springs
P.O. Box 530578
Atlanta, GA 30353-0578


Ford Credit
P.O. Box 220564
Pittsburgh, PA 15257-2564


John W. Ewart, II
306 Pinto Place
Mars, PA 16046


Keith M. Jimenez
1619 Heritage Drive
Pittsburgh, PA 15237


Pitney Bowes
P.O. Box 856390
Louisville, KY 40285

Van Dyk Business Systems, Inc.
P.O. Box 660831
Dallas, TX 75266-0831

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Great Lakes Warranty Corporation**     Case No. _____

<div align="center">Debtor(s)</div>     Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _**Great Lakes Warranty Corporation**_ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 25, 2010**
_____
Date

**/s/ Paul J. Cordaro**
_____
**Paul J. Cordaro 85828**
Signature of Attorney or Litigant
Counsel for   **Great Lakes Warranty Corporation**
**Campbell & Levine, LLC**
**1700 Grant Building**
**310 - 330 Grant Street**
**Pittsburgh, PA 15219**
**412-261-0310 Fax:412-261-5066**