IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Case No. 10-26037-MBM |
| | ) | |
| GREAT LAKES WARRANTY CORPORATION, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Document No. _____ |
| | ) | |

**VERIFICATION STATEMENT**

Great Lakes Warranty Corporation hereby states as follows:

1.  Debtor is a corporation and has received income from the period of January 1, 2010 through August 25, 2010 in the amount of $2,271,977.00.

2.  Debtor declares under penalty of perjury that the foregoing statement is true and correct to the best of its knowledge, information and belief.

Date:   September 1, 2010                    /s/ John W. Ewart, II_____
                                             John W. Ewart, II, Secretary
                                             Great Lakes Warranty Corporation