10-26037

January 11, 2011

To Whom it may concern:

We are requesting to be added to the list of creditors for Great Lakes Warranty who filed bankruptcy. We purchased an extended warranty from them and they filed less than 4 months after. Our name and contact information is listed below. Thank you very much for your time and please feel free to contact us with any questions.

Sincerely,

Crystal & Todd Holmes
7354 Ryan Rd
Medina, Ohio 44256
(216) 469-4861, (216) 469-4682

FILED
2011 JAN 18 AM 9:15
CLERK
US BANKRUPTCY
COURT PGH